# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DPH HOLDINGS CORP., *et al.*,<br><br>                              Reorganized Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

## DECLARATION OF JOHN BROOKS

John Brooks declares, under penalty of perjury, as follows:

1.      I submit this declaration in support of the Reorganized Debtors' Omnibus Response To Defendants' Submissions And Oppositions To Motion For Leave To Amend Based On October 22, 2009 Supplemental Postconfirmation Extension Of Avoidance Action Service Deadline Motion (the "Response") in certain preference actions filed in the above-captioned chapter 11 proceedings (the "Chapter 11 Cases"). Capitalized terms not otherwise defined in this declaration have the meanings ascribed to them in the Response.

1.      Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge and my review of relevant documents and data.

2.      Since October 6, 2009, I have served as the President of DPH Holdings Corp., on behalf of itself and each of the company's subsidiaries in their capacities as reorganized debtors and on behalf of the chapter 11 estates being administered by DPH Holdings Corp. (collectively, "DPH ").

3.      In my position as President, I have had, and continue to have, responsibility for administering, and otherwise overseeing, the prosecution of preserved preference claims for the benefit of the chapter 11 estates.

4.      Following my appointment as President of DPH, I became aware that 177 preference claims ("Preference Actions") had been preserved; that such actions had been filed under seal and that an order had been entered by the Court that extended the time in which DPH could serve the Preference Action summonses and complaints.

5.      I reviewed the Preference Actions with the information that was available to me, which included one or more meetings with individuals who had knowledge of these claims. My review also included review of information and consultation with individuals on the potential claim value of each preserved action. Following my review, I made the business decision that it was in the best interest of DPH to proceed with all Preference Actions.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on August 3, 2011.

_____
John Brooks

# EXHIBIT 2

1

2    UNITED STATES BANKRUPTCY COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    Case No. 05-44481-rdd

5    - - - - - - - - - - - - - - - - - - - -x

6    In the Matter of:

7

8    DPH HOLDINGS CORP., ET AL.,

9

10            Debtors.

11

12    - - - - - - - - - - - - - - - - - - - -x

13

14            U.S. Bankruptcy Court

15            300 Quarropas Street

16            White Plains, New York

17

18            June 21, 2011

19            10:10 AM

20

21    B E F O R E:

22    HON. ROBERT D. DRAIN

23    U.S. BANKRUPTCY JUDGE

24

25

1

2    Hearing Re:  Whether the Reorganized Debtors' Proposed Amended

3    Complaints meet the Rule 8 pleading standard pursuant to

4    Twombly and Iqbal and also comply with the Dismissal Order

5    entered by this Court on September 7, 2010.

6

7    Hearing Re:  Whether certain individual preferential transfers

8    alleged in the Proposed Amended Complaints, but not alleged in

9    the Original Complaints, should now be dismissed because they

10   do not relate back to the dates the Original Complaints were

11   filed.

12

13   Hearing Re:  With respect to Defendants that raise a contract

14   assumption defense at the hearing, whether the factual disputes

15   between the Reorganized Debtors and those Defendants warrants

16   further discovery and investigation.

17

18   Hearing Re the Fourth Extension Challenges.

19

20   Hearing Re:  The procedures to be implemented to adjudicate the

21   case-sensitive, nonpleading-based, factual issues that the

22   Defendants originally raised in their Motions to Vacate and

23   Dismiss, and then raised again in opposition to the Motions.

24   Those issues include, by way of example and not limitation,

25   issues related to notice and prejudice in connection with the

1    Rule 4(m) orders.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Dena Page

```
 1

 2    A P P E A R A N C E S :

 3    BUTZEL LONG, P.C.

 4         Attorneys for the Reorganized Debtors

 5         Suite 100

 6         150 West Jefferson

 7         Detroit, MI 48226

 8

 9    BY:   CYNTHIA J. HAFFEY, ESQ.

10          BRUCE L. SENDEK, ESQ.

11          DONALD V. ORLANDONI, ESQ.

12

13

14    BUTZEL LONG, P.C.

15         Attorneys for the Reorganized Debtors

16         Stoneridge West

17         41000 Woodward Avenue

18         Bloomfield Hills, MI 48304

19

20    BY:   THOMAS B. RADOM, ESQ.

21          SHELDON H. KLEIN, ESQ.

22

23

24

25
```

```
 1

 2

 3    TOGUT, SEGAL & SEGAL, LLP

 4         Attorneys for the Reorganized Debtors

 5         One Penn Plaza

 6         New York, NY 10019

 7

 8    BY:   RICHARD K. MILIN, ESQ.

 9

10

11    ARCHER & GREINER, P.C.

12         Attorneys for Magnesium Electron, Inc.

13         One Centennial Square

14         Haddonfield, NJ 08033

15

16    BY:   JERROLD S. KULBACK, ESQ.

17

18

19    BOSE, MCKINNEY & EVANS

20         Attorneys for Decatur Plastic Products

21         111 Monument Circle

22         Suite 2700

23         Indianapolis, IN 46204

24

25    BY:   DAVID J. JURKIEWICZ, ESQ. (TELEPHONICALLY)
```

```
 1

 2    BRADLEY, ARANT, BOULT CUMMINGS LLP

 3         Attorneys for the Calsonic Entities, Multi-Tronics

 4         1600 Division Street

 5         Suite 700

 6         Nashville, TN 37203

 7

 8    BY:   ROGER G. JONES, ESQ.

 9         T. PARKER GRIFFIN, ESQ. (TELEPHONICALLY)

10

11

12    BRYAN CAVE LLP

13         Attorneys for Spartech Polycom

14         211 North Broadway

15         Suite 3600

16         St. Louis, MO 63102

17

18    BY:   CHRISTOPHER LAWHORN, ESQ. (TELEPHONICALLY)

19

20

21

22

23

24

25
```

```
 1

 2    CALFEE, HALTER & GRISWOLD LLP

 3         Attorneys for Williams Advanced Materials, Blair Strip

 4           Steel Co., and Park Ohio

 5         1400 KeyBank Center

 6         800 Superior Avenue

 7         Cleveland, Ohio 44114

 8

 9    BY:   KEVIN P. SHANNON, ESQ. (TELEPHONICALLY)

10

11

12    CLARK HILL PLC

13         Attorneys for Detroit Products, International, successor

14           to Doshi Prettl International

15         151 South Old Woodward Avenue

16         Suite 200

17         Birmingham, MI 48009

18

19    BY:   JOEL D. APPLEBAUM, ESQ.

20         MAHESH K. NAYAK, ESQ.

21

22

23

24

25
```

```
 1

 2   FOX ROTHSCHILD LLP

 3        75 Eisenhower Parkway

 4        Suite 200

 5        Roseland, NJ 07068

 6

 7   BY:   RICHARD M. METH, ESQ.

 8

 9

10   FROST BROWN TODD LLC

11        Attorneys for Republic Engineered Products

12        2200 PNC Center

13        201 East Fifth Street

14        Cincinnati, OH 45202

15

16   BY:   DOUGLAS L. LUTZ, ESQ.

17

18

19   GOODWIN PROCTER LLP

20        Attorneys for ANSYS Inc. successor to Fluent Inc.

21        620 Eighth Avenue

22        New York, NY 10018

23

24   BY:   BRIAN W. HARVEY, ESQ.

25
```

```
 1

 2    GREENEBAUM DOLL & MCDONALD PLLC

 3         Attorneys for DSSI LLC

 4         3500 National City Tower

 5         101 South Fifth Street

 6         Louisville, KY 40202

 7

 8    BY:   CLAUDE R. "CHIP" BOWLES, JR., ESQ.

 9

10

11    H. BUSWELL ROBERTS, JR., PLLC

12         Attorneys for Owens Corning

13         1000 Jackson Street

14         Toledo, OH 43604

15

16    BY:   H. BUSWELL "BUZZ" ROBERTS, ESQ. (TELEPHONICALLY)

17

18

19    HODGSON RUSS, LLP

20         Attorneys for Unifrax Corp.

21         140 Pearl Street

22         Suite 100

23         Buffalo, NY 14202

24

25    BY:   JAMES C. THOMAN, ESQ. (TELEPHONICALLY)
```

```
 1

 2    HONIGMAN MILLER SCHWARTZ & COHN, LLP

 3          Attorneys for Tech Central, et al.

 4          2290 First National Building

 5          660 Woodward Avenue

 6          Detroit, MI 48226

 7

 8    BY:   JUDY B. CALTON, ESQ. (TELEPHONICALLY)

 9          I. W. WINSTEN, ESQ. (TELEPHONICALLY)

10

11

12    HOWICK, WESTFALL, MCBRYAN & KAPLAN, LLP

13          Attorneys for Vanguard Distributors, Inc.

14          Suite 600, One Tower Creek

15          3101 Tower Creek Parkway

16          Atlanta, GA 30339

17

18    BY:   LOUIS G. MCBRYAN, ESQ.  (TELEPHONICALLY)

19

20

21

22

23

24

25
```

```
 1

 2    JAECKLE, FLEISCHMANN & MUGEL, LLP

 3            Attorneys for Jamestown Container Corporation

 4            12 Fountain Plaza

 5            Suite 800

 6            Buffalo, NY 14202

 7

 8    BY:    BEVERLY S. BRAUN, ESQ. (TELEPHONICALLY)

 9

10

11    KEATING, MUETHING & KLEKAMP, PLL

12            Attorneys for FA Pech

13            One East Fourth Street

14            Suite 1400

15            Cincinnati, OH 45202

16

17    BY:    JASON V. STITT, ESQ. (TELEPHONICALLY)

18

19

20

21

22

23

24

25
```

```
 1

 2    KELLEY DRYE & WARREN LLP

 3          Attorneys for TCS America International Corp.,

 4            BP Amoco Corp., BP Products North America, Inc.,

 5          Castrol and Castrol Industrial

 6          101 Park Avenue

 7          New York, NY 10178

 8

 9    BY:   GILBERT R. SAYDAH, JR., ESQ.

10

11

12    KIRKLAND & ELLIS, LLP

13          Attorneys for Magnesium Aluminum Corp.

14          300 North LaSalle

15          Chicago, IL 60654

16

17    BY:   DAVIS SPIEGEL, ESQ. (TELEPHONICALLY)

18

19

20

21

22

23

24

25
```

```
 1

 2    LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.

 3            Attorneys for Stephenson & Sons and ProTech Machine

 4            309 Davidson Building

 5            916 Washington Avenue

 6            Bay City, MI 48708

 7

 8    BY:   SUSAN M. COOK, ESQ. (TELEPHONICALLY)

 9

10

11    LOCKE LORD BISSELL & LIDELL LLP

12            Attorneys for Methode Electronics

13            3 World Financial Center

14            New York, NY 10281

15

16    BY:   ZACHARY D. SILBERSHER, ESQ.

17            SHALOM JACOB, ESQ.

18

19

20    MCGRAIL & BENSINGER LLP

21            Attorneys for Solid State Stamping

22            676A Ninth Avenue #211

23            New York, NY 10036

24

25    BY:   DAVID C. MCGRAIL, ESQ.
```

```
 1

 2    MOSES & SINGER LLP

 3          Attorneys for the Timken Company and the Timken

 4            Corporation

 5          405 Lexington Avenue

 6          New York, NY 10174

 7

 8    BY:   JAMES M. SULLIVAN, ESQ.

 9

10

11    POLSINELLI SHUGHART, P.C.

12          Attorneys for Florida Production Engineering

13          222 Delaware Avenue

14          Suite 1101

15          Wilmington, DE 19801

16

17    BY:   SHANTI M. KATONA, ESQ. (TELEPHONICALLY)

18

19

20    REED SMITH LLP

21          Attorneys for Wells Fargo Bank, N.A.

22          599 Lexington Avenue

23          New York, NY 10022

24

25    BY:   MARK D. SILVERSCHOTZ, ESQ.
```

```
 1

 2    REED SMITH LLP

 3            Attorneys for Wells Fargo, N.A.

 4            2500 One Liberty Place

 5            1650 Market Street

 6            Philadelphia, PA 19103

 7

 8    BY:   DEREK J. BAKER, ESQ.

 9

10

11    RUSKIN MOSCOU FALTISCHEK, P.C.

12            Attorneys for Wells Fargo, N.A.

13            East Tower, 15th Floor

14            1425 RXR Plaza

15            Uniondale, NY 11556

16

17    BY:   MICHAEL T. ROZEA, ESQ.

18            JEFFREY A. WURST, ESQ.

19

20

21

22

23

24

25
```

```
 1

 2   SNELL & WILMER LLP

 3         Attorneys for Microchip Technologies, Inc.

 4         One Arizona Center

 5         Phoenix, AZ 85004

 6

 7   BY:   STEVEN D. JEROME, ESQ.

 8

 9

10   STEVENS & LEE, P.C.

11         Attorneys for Globe Motors, Inc.

12         485 Madison Avenue

13         20th Floor

14         New York, NY 10022

15

16   BY:   CONSTANTINE D. POURAKIS, ESQ.

17

18

19   TAFT, STETTINIUS & HOLLISTER, LLP

20         Attorneys for Select Industries, Corp.

21         425 Walnut Street

22         Suite 1800

23         Cincinnati, OH 45202

24

25   BY:   PAIGE L. ELLERMAN, ESQ. (TELEPHONICALLY)
```

```
 1

 2    THE MICHAELSON LAW FIRM

 3          Attorneys for NXP Semiconductors, successor to Philips

 4             Semiconductors

 5          11 Broadway

 6          Suite 615

 7          New York, NY 10004

 8

 9    BY:    ROBERT N. MICHAELSON, ESQ.

10

11

12    THOMPSON HINE LLP

13          Attorneys for Rick Group

14          2000 Courthouse Plaza, N.E.

15          10 West Second Street

16          Dayton, Ohio 45402

17

18    BY:    JENNIFER L. MAFFETT, ESQ. (TELEPHONICALLY)

19

20

21

22

23

24

25
```

```
 1

 2    THOMPSON & KNIGHT LLP

 3         Attorneys for Victory Packaging

 4         900 Third Avenue

 5         20th Floor

 6         New York, NY 10022

 7

 8    BY:   IRA L. HERMAN, ESQ.

 9

10

11    TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.

12         Attorneys for Select Industries Corp.

13         425 Park Avenue

14         New York, NY 10022

15

16    BY:   JANICE B. GRUBIN, ESQ.

17

18

19    VORYS, SATER, SEYMOUR & PEASE LLP

20         Attorneys for Carlise Companies, Inc.

21         52 East Gay Street

22         Columbus, OH 43215

23

24    BY:   TIFFANY S. COBB, ESQ. (TELEPHONICALLY)

25
```

```
 1

 2    WARNER NORCROSS & JUDD LLP

 3           900 Fifth Third Center

 4           111 Lyon Street, N.W.

 5           Grand Rapids, MI 49503

 6

 7    BY:   MICHAEL B. O'NEAL, ESQ.

 8

 9

10    WINDELS MARX LANE & MITTENDORF, LLP

11           156 West 56th Street

12           New York, NY 10019

13

14    BY:   HOWARD L. SIMON, ESQ.

15

16

17    WINEGARDEN HALEY LINDHOLM & ROBERTSON, P.L.C.

18           Attorneys for HSS, LLC

19           G-9460 South Saginaw Road

20           Suite A

21           Grand Blanc, MI 48439

22

23    BY:   DENNIS HALEY, ESQ. (TELEPHONICALLY)

24

25
```

```
 1

 2    WOLFSON BOLTON PLLC

 3          Attorneys for Ex-cell-o Machine Tools

 4          3150 Livernois

 5          Suite 275

 6          Troy, MI 48083

 7

 8    BY:   ANTHONY J. KOCHIS, ESQ.

 9

10

11    YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

12          Attorneys for Tyco Electronics Corp.

13          1000 West Street

14          17th Floor

15          Wilmington, DE 19801

16

17    BY:   JOSEPH BARRY, ESQ. (TELEPHONICALLY)

18

19

20

21

22

23

24

25
```

DPH HOLDINGS CORP., ET AL.

1                    P R O C E E D I N G S

2              THE CLERK:  All rise.

3              THE COURT:  Please be seated.

4         Okay, good morning.  In re DPH Holdings.

5              MS. HAFFEY:  Good morning, Your Honor.

6         Good morning, Your Honor.  I'm Cynthia Haffey from the

7    law firm of Butzel Long representing the reorganized debtors in

8    forty-seven of the preference cases subject to today's hearing.

9              Also here, today, is the law firm of Togut, Segal &

10   Segal which as conflicts counsel, represents the reorganized

11   debtors in the remaining preference actions.

12             Seated with me at counsel table this morning are Bruce

13   Sendek, Sheldon Klein, all from Butzel Long.  Along with

14   myself, Mr. Klein and Mr. Sendek will be addressing issues that

15   arise from the reorganized debtors' motions for leave to amend

16   their original complaints, as well as from the motion that was

17   filed by certain of the preference defendants requesting relief

18   from the Court's fourth order extending the time to serve the

19   preference complaints.

20             If I may, Your Honor, first, in the interest of

21   housekeeping, and very briefly by way of background, I thought

22   I'd give the Court a status as to the preference actions in

23   total.  As this Court may recall, we filed a total of 179

24   preference complaints.  And Butzel Long is counsel in 168 of

25   those cases, and Togut, as I said earlier, has the balance of

DPH HOLDINGS CORP., ET AL.

1    the actions.

2         Prior to filing the motions for leave to amend, the

3    Butzel actions were reduced; we resolved 45 of those 168.  So

4    when we filed the motions for leave to amend in September, we

5    filed in 123 of those actions.

6         Since filing those motions to amend, we have resolved

7    an additional 52 of those 123 cases, so of only 168 cases, only

8    71 remain.  Of those, we've had several cases in which we have

9    not had counsel file an appearance, and we have twenty-four of

10   those actions where the motion, today, is unopposed.  And I

11   will ask Mr. Milin from Togut to give you a brief update on the

12   Togut cases, Your Honor.

13        THE COURT:  Okay.

14        MR. MILIN:  Your Honor, we filed eleven actions.

15   We're down to six.  Of the six, there are three who have filed

16   motions.  One of them does not raise Rule 8 issues and so it

17   won't be at issue today.  Of the two that do raise Rule 8

18   issues, one, we've reached a settlement in principle leaving a

19   sole defendant at issue today.

20        THE COURT:  Okay.

21        MS. HAFFEY:  Now, regarding today's agenda, the Court

22   may recall that back in December -- I think it was December

23   17th of 2010 -- there was a conference call between the parties

24   and the Court in which the issue of today's agenda was

25   discussed and agreed upon.  Prior to that call, the Butzel firm

DPH HOLDINGS CORP., ET AL.

1    sent this Court a list of its proposed issues, and the Honigman

2    firm, generally -- and I believe the Dickinson Wright firm, if

3    I recall, Your Honor, generally on behalf of the responding

4    defendants, each submitted a proposed hearing agenda to

5    chambers, as well.

6         On the call, the parties agreed to work from the

7    defendants' agenda list, and during that call, this Court

8    decided what issues that it would hear today.  And those can be

9    summarized into five topics.

10         First, whether the reorganized debtors' proposed

11   amended complaints meet the Rule 8 pleading standard under

12   Twombly and Iqbal as well as under this Court's dismissal order

13   that was entered on September 7, 2010.

14         Second, whether individual preferential transfers that

15   are alleged in the proposed amended complaints, but that were

16   not alleged in the original complaints, relate back to the

17   original complaints.

18         Third, to the extent that there is a defendant who

19   raises a contract assumption defense today, whether the

20   reorganized debtors have sufficiently investigated the defense

21   and dispute in good faith such that dismissal at this stage is

22   unwarranted.

23         Fourth, in addition to those issues, as I mentioned a

24   moment ago, we also have a motion that was filed by certain

25   defendants seeking relief from the Court's fourth order under

DPH HOLDINGS CORP., ET AL.

1   Rule (m) (sic).

2          And then finally, the Court also advised that it would

3   address today what procedures it would put in place to

4   adjudicate the case-sensitive, nonpleading-based, factual

5   issues that the defendants originally raised in their motions

6   to dismiss, to vacate and then raised again in their

7   oppositions to the reorganized debtors' motion to seek leave.

8   And those issues include, by way of example but not limitation,

9   issues related to notice and prejudice in connection with the

10  Rule 4(m) orders.

11         In presenting today's argument, let me just --

12         THE COURT:  Let me just interrupt you there.

13         MS. HAFFEY:  Sure.

14         THE COURT:  Do the objectors agree with that agenda?

15         MR. SULLIVAN:  No, Your Honor.

16         THE COURT:  Okay.

17         MR. SULLIVAN:  I was going to get into a little bit of

18  an introductory argument, but just -- if you want me to limit

19  it to just the agenda --

20         THE COURT:  No, I just want to focus on the agenda.

21         MR. SULLIVAN:  Okay.  James Sullivan from Moses &

22  Singer, counsel for the Timken Company and the Timken

23  Corporation.

24         Your Honor, it took a while, but the defendants really

25  have been trying their best to try to work collaboratively

DPH HOLDINGS CORP., ET AL.

1    together, and the group decided, for some reason, to elect me

2    to represent them in laying out what they proposed should be

3    the agenda for today's hearing.

4        And to start, Your Honor, the defendants would like to

5    address the defendants' failure to abide by the Court's

6    directives during -- I'm sorry -- address the

7    debtors'/plaintiffs' failure to abide by the Court's directives

8    during the December 17th status hearing.  Specifically, the

9    debtors were ordered to individually brief each of the

10   arguments raised by the defendants, and second, the debtors

11   were ordered to respond to requests for documents and

12   information bearing on the contract assumption and release

13   issues by early January.  The plaintiffs have done neither of

14   these things.  They failed to comply, and this issue was

15   noticeably omitted from the plaintiffs' proposed agenda.

16       Ira Herman will be taking the lead on this issue,

17   and --

18       THE COURT:  Well, isn't that subsumed, though -- the

19   latter point, isn't that subsumed in the contract assumption

20   issue?

21       MR. SULLIVAN:  The latter point, yes, Your Honor, we

22   can address it in connection with the contract assumption, but

23   aside and apart from the merits of that argument, it goes to

24   compliance with Your Honor's directives.

25       THE COURT:  Okay, and on the first point, I treat that

DPH HOLDINGS CORP., ET AL.

1    as subsumed within the Rule 8 leave to amend issues, although,

2    I mean, in both cases, there's a burden of proof issue, and I

3    think the failure to respond is a burden of proof issue.  So --

4             MR. SULLIVAN:  Sure, Your Honor.

5             THE COURT:  All right, so --

6             MR. SULLIVAN:  Sure, Your Honor, but I thought it was

7    worth kind of --

8             THE COURT:  All right, no, I understand.  Okay.

9             MR. SULLIVAN:  -- I thought it was a threshold issue,

10   Your Honor --

11            THE COURT:  Fine.

12            MR. SULLIVAN:  -- may want to get into.

13            THE COURT:  All right.

14            MR. SULLIVAN:  And that's why we thought that it

15   should be addressed up front.

16            THE COURT:  All right, are there any other agenda

17   issues?  And in particular, I had one, and I just wanted to

18   make sure that we're on the same page with this.  Both counsel

19   for the plaintiffs have referred to the first issue as whether

20   the proposed amended complaints meet Rule 8 and the

21   requirements of my September 7th, 2010 order.  That isn't the

22   only aspect of a Rule 15 motion.

23            MR. SULLIVAN:  Correct, Your Honor.

24            THE COURT:  And while I understand that this was not

25   set up as a factual hearing on prejudice, for example, nor an

DPH HOLDINGS CORP., ET AL.

1   evidentiary hearing on prejudice, it would seem to me that if,

2   in fact, there are other aspects of the Rule 15(a) standard

3   that you all can show are not satisfied as a matter of law,

4   then that should be part of this, whether it's compliance with

5   Rule 8 or some other aspect of Rule 15(a).  Am I missing

6   something on that?

7        MR. SULLIVAN:  Your Honor, I think, among other

8   things, for example, bad faith, undue delay, and dilatory

9   motive are also components of Rule 15.

10        THE COURT:  Right.  Well, among other things, people

11   have asserted that they never got notice of the original

12   orders.  I mean, at some point, maybe this is not a factual

13   issue; it's really an issue of law.  I mean, I don't know.  I'm

14   asking you all, is that something you all agreed to keep out of

15   this hearing?

16        MS. HAFFEY:  Your Honor --

17        THE COURT:  And I'm making a distinction between this

18   not being an evidentiary hearing and a hearing where there is a

19   burden of proof, albeit a fairly light one on the plaintiff in

20   a motion to amend that it needs to carry, and there are

21   assertions that have been made that I'm not sure have been

22   rebutted in some respects that pertain to more than just Rule

23   8.

24        MR. SULLIVAN:  I agree, Your Honor.

25        MS. HAFFEY:  Your Honor, may --

DPH HOLDINGS CORP., ET AL.

1        THE COURT:  All right, let me -- I mean, it's a

2    question addressed to you as much as to the defendants.

3        MS. HAFFEY:  Thank you, Your Honor.  And I would refer

4    the Court to page 33.  The Court was wise enough to have a

5    transcript of our conference on December 17th, and on page 33,

6    line 3 and 4, when addressing the issue of the "no notice"

7    defendants, if I can refer to them in that category, the Court

8    said, "All right, I'm not going to deal with the notice issues

9    on the 17th."  And at that time, this hearing was scheduled for

10   February 17th.  So you expressly stated that we would not be

11   dealing with no notice at today's hearing.  And in fact,

12   plaintiffs have relied on that --

13       THE COURT:  All right, but that wasn't in the context

14   of the 4(m), as opposed to Rule 15?

15       MS. HAFFEY:  It was in the context of Rule 15, Your

16   Honor.  It wasn't -- we dealt with the 4(m) later on in the

17   conference.

18            And then, in regards to the broader issues, in fact,

19   the conversation with the Court during the December 17th

20   hearing was with Mr. Sullivan, and he was making some of these

21   arguments to the Court, and on page 36, the Court said that "I

22   understand that the people would like to have a complete

23   resolution on their particular claim, but I don't think that

24   can happen on an omnibus basis.  What can happen is an analysis

25   of the amended complaint and whether on its face, it's unlikely

DPH HOLDINGS CORP., ET AL.

1    to succeed and/or failing the Twombly-Iqbal standards," and

2    that's already been briefed.

3        MR. SULLIVAN:  Your Honor, the first thing I'd like to

4    say is that I think the plaintiff sort of did the defendants a

5    favor by not responding to a bunch of the arguments.  I think

6    as a matter of law, you can find that they basically waived or

7    abandoned the ability to oppose those arguments, and therefore,

8    we should win it as a matter of law on a host of different

9    issues.  I attach as an exhibit to the Timken surreply, just

10   for something for informational purposes for the Court which

11   kind of lays out some of the arguments that each of the

12   defendants raised, and each of these arguments were unrebutted

13   by counsel for the plaintiffs.  And therefore, as a matter of

14   law, I think Your Honor can find that they've abandoned, waived

15   those issues, and therefore, we don't even need to move on to

16   the other issues, Your Honor.

17       MS. HAFFEY:  Just so we're clear, Your Honor, when I

18   quoted from the transcript earlier and said that it's already

19   been briefed, that was not the briefing for this hearing.  The

20   briefing for this hearing wasn't filed by the reply brief on

21   behalf of this --

22       THE COURT:  As you can see, I have a lot of binders up

23   here and I'm looking for the transcript of the December

24   teleconference that we had.

25       MS. HAFFEY:  I would be happy to hand you my copy.

DPH HOLDINGS CORP., ET AL.

1          THE COURT:  Okay, thanks.

2          MS. HAFFEY:  May I approach?

3          THE COURT:  Yes.

4          MS. HAFFEY:  In the -- on page 34, Your Honor, where I

5     just quoted a moment ago --

6          (Pause)

7          THE COURT:  Okay, all right.  I think the one issue --

8     John, can you give that back?

9          I think the one issue that wasn't really dealt with,

10    although maybe it was meant to be was -- and a couple of people

11    have raised this -- is the existence of, on an aggregate basis

12    against an individual defendant less than 250,000, I think that

13    was also meant to be covered by this motion for today.

14         MS. HAFFEY:  I don't believe we have any defendants

15    that have that issue.

16         MR. SULLIVAN:  That's not true, Your Honor.

17         THE COURT:  No, I think there are a couple.

18         MR. SULLIVAN:  There are people in this courtroom that

19    would beg to differ, Your Honor.

20         THE COURT:  Yeah, no, there are a couple.  At least

21    they've asserted it.  But I think that the other -- I think the

22    other issues are properly -- with the caveat that Mr. Sullivan

23    raised about individualized responses on the relate points and

24    the contract assumption points, I think that, unless I'm

25    missing something, the agenda for today that counsel laid out

DPH HOLDINGS CORP., ET AL.

1    is accurate.

2              MR. SULLIVAN:  Your Honor, we understand that, for the

3    most part, it was more about the way certain things were worded

4    and the glaring omission of the December 17th directives.

5              THE COURT:  Okay.

6              MR. SULLIVAN:  But we can probably --

7              THE COURT:  All right.

8              MR. SULLIVAN:  Our agenda was a little bit more

9    specific because we broke it down by different speakers.

10             THE COURT:  Okay.

11             MR. SULLIVAN:  And so if it pleases Your Honor, I can

12   kind of lay out which counsel are going to take the lead on

13   certain issues.

14             THE COURT:  No, that's fine.  I just wanted to make

15   sure we were all on the same page.  And I think the one --

16   you've raised the two points, and I think the one other point

17   that the transcript reminded me of was the -- some people have

18   raised this -- whether, in the aggregate, certain defendants

19   are being sued for less than 250,000 dollars.

20             MS. HAFFEY:  And we'll be prepared to respond to that,

21   Your Honor.  That's --

22             THE COURT:  Okay, all right.

23             MS. HAFFEY:  Mr. Sullivan, did you want to inform the

24   Court now who was going to be arguing, and then I'll go on with

25   the --

DPH HOLDINGS CORP., ET AL.

1         THE COURT:  That's okay.  You can do that when it

2    comes up.

3         MR. SULLIVAN:  Okay, and just so Your Honor -- just to

4    kind of lay out the procedures, then, Your Honor, although

5    we've kind of picked a lead for each issue, others may want to

6    kind of chime in at the end, and instead of doing it at the

7    very end, we would like to do it at the end of each segment of

8    the argument, if that's okay?

9         THE COURT:  That's fine; that's a good idea.  Okay.

10        UNIDENTIFIED SPEAKER:  Will counsel on the phone be

11   allowed to note their appearances?

12        THE COURT:  Well, when you speak.  When you speak, and

13   I'm not urging -- I mean, no one has to speak if they don't

14   want to, but when you speak, you should note your appearance

15   and who you're representing.  And obviously, if you come back

16   again, you're going to have to do the same thing since the ECRO

17   operator can't see you.

18        Okay.

19        MS. HAFFEY:  Thank you, Your Honor.

20        THE COURT:  Please.

21        MS. HAFFEY:  Our order, Your Honor, in presenting

22   today's arguments on behalf of the reorganized debtors, I will

23   cover the Rule 8 and the pleading standard, as well as the

24   standard set by this Court set on September 7th, 2010, as well

25   as the argument relating to the transfers under the alleged

DPH HOLDINGS CORP., ET AL.

1    assumed contracts.  Mr. Klein, then, will address whether DAS

2    LLC is the proper plaintiff in the proposed amended complaints,

3    and why the named defendants in the proposed amended complaints

4    are the proper defendants.  And then Mr. Sendek, to Mr. Klein's

5    left, will focus on why the proposed amended complaints

6    properly allege insolvency, and in addition will argue for the

7    reorganized debtors in response to the motion seeking relief

8    from the fourth order extending the time to serve under the

9    last 4(m) order.

10             Before I move on, Your Honor, with the Rule 8 motion,

11   I thought I would deal with the assumption argument first --

12             THE COURT:  Okay.

13             MS. HAFFEY:  -- and maybe we can resolve that, as well

14   as a relation-back argument.

15             This Court, in July, told the reorganized debtors that

16   any contracts that had been assumed needed to be dismissed --

17             THE COURT:  Well, no.  I actually said that if a

18   transfer -- if the antecedent debt was under a contract that

19   had been assumed, then it had to be dismissed --

20             MS. HAFFEY:  Yes.

21             THE COURT:  -- under TeleGen and all the other cases.

22             MS. HAFFEY:  Correct.

23             THE COURT:  Okay.

24             MS. HAFFEY:  And in fact, Your Honor, we went through

25   the complaints and where our records show that that was the

DPH HOLDINGS CORP., ET AL.

1   case, we did dismiss either actions entirely or actions in

2   part.  I have, personally, I had numerous conversations with

3   defense counsel on these issues, and we have dismissed all but

4   ten of the actions.  In certain of those actions, we have

5   agreed that there are transfers under assumed contracts; we

6   have agreed and stated that we would dismiss those, and have

7   asked opposing counsel to enter into an order with us to

8   dismiss those.

9        But in each of those cases, with one exception, in

10   each of those cases, the defendant has disagreed with our

11   analysis and have argued that all of the transfers have been

12   assumed.  We have a good faith dispute; we have records that

13   show what transfers were assumed -- what POs, I should say,

14   Your Honor, were assumed, what POs were not assumed.  A general

15   argument of the defendants is well, we had a master supply

16   agreement and we generally operated under a master supply

17   agreement, and therefore, everything should have been assumed.

18   But Delphi didn't assume things at the master supply agreement

19   level with few exceptions, early on, back in 2006.  It assumed

20   things at the purchase order level.  And we have records of

21   notices of nonassumption that went out to some of these

22   defendants as to these POs.  And despite those discussions, we

23   continue to have this good faith dispute, and it is a good

24   faith dispute.  And I can provide the Court with a list of

25   those defendants later, if the Court would like.

DPH HOLDINGS CORP., ET AL.

1          THE COURT:  Well, I mean, certain defendants, and I'm

2     not sure whether you've resolved these since the -- any of

3     these since the objections were filed, but certain of the

4     defendants assert with an affidavit that the only contract we

5     had was contract X with whatever Delphi entity -- I guess,

6     generally, with DAS, and that contract was assumed they show

7     the assumption order.  And so I think at that point, it's

8     incumbent upon the debtors as part of the futility argument to

9     show that it wasn't assumed, that there was some other -- that

10    the purchase order or some other contract wasn't assumed.

11         MS. HAFFEY:  If --

12         THE COURT:  Are you prepared to do that?

13         MS. HAFFEY:  If the debtor -- if I can have two

14    responses -- if the debtor provided us or attached a contract

15    that showed at the master supply level that it was assumed,

16    we've assumed those, Your Honor.  So without knowing what

17    particular defendant the Court's referring to -- I mean,

18    recently, we've dismissed --

19         THE COURT:  Well, so I think what I ought to do here

20    is counsel says that there are ten remaining complaints that

21    some portion of which, at least, involve transfers where the

22    defendant asserts that the claim would be futile because the

23    contract was assumed that gave rise to the antecedent debt.  So

24    I'm going to ask the objectors who have objected on that basis

25    to identify themselves and tell me, and then the debtors would

DPH HOLDINGS CORP., ET AL.

1    need to give me a response.

2         MR. HERMAN:  Good morning, Your Honor.  Ira Herman,

3    Thompson & Knight for Victory Packaging.  Your Honor, we filed

4    our surreply dated June 14th.  Your Honor, we've provided the

5    debtors -- the reorganized debtors with copies of the supply

6    agreement which is denominated "Packaging Commodity Management

7    Agreement" which was attached to the proof of claim, Your

8    Honor.

9         THE COURT:  Okay.

10        MR. HERMAN:  Nowhere in the debtors' filings have they

11   asserted in writing that that agreement had not been assumed.

12   In fact, Your Honor, the only evidentiary matter before Your

13   Honor is the affidavit of Leah Borrello that was filed in

14   support of the opposition to the motion to file the amended

15   complaint.

16        Your Honor, the debtor has taken, as you've heard, a

17   position that there were open POs that could be amenable to

18   assumption or rejection.  The facts, Your Honor, are that the

19   debtor, in 2007, paid cure amounts and assumed the supply

20   agreement under the plan of reorganization paragraph 8.1.

21   Those payments in 2007, Your Honor, on account of open account

22   receivable, not open POs, we don't know what these "POs" the

23   debtors' talking about are because in 2007, Your Honor, when

24   the cure payments were made, no deliveries of new corrugated

25   was made by Victory Packaging -- we supplied boxes to them

DPH HOLDINGS CORP., ET AL.

1   every day -- because there was nothing to supply.  There was no

2   executory contract, PO by PO.  There was one overarching

3   Packaging Commodities Management Agreement which, Your Honor, I

4   can hand up to you if you want to take a look at it.  There was

5   an ongoing relationship between the parties, many years.  I'm

6   not sure what the debtors' internal recordkeeping shows.  Our

7   clients, Victory Packaging, would sign an affidavit in one

8   second that they did not receive any "notices of

9   nonassumption".  We have no idea what a notice of

10  nonassumption.

11         Unless Your Honor has any questions, I'll sit down and

12  respond to argument by counsel for the reorganized debtors

13  because the argument that there were open POs to be assumed or

14  rejected in 2007 goes beyond credibility, Judge.  There just

15  was nothing there.

16         MS. HAFFEY:  May I respond, Your Honor?

17         THE COURT:  Okay.

18         MS. HAFFEY:  In discussions with counsel, and I've had

19  many with Mr. Herman, I have provided him with the list of

20  those POs in which they received notices of nonassumption.  I

21  also, Your Honor, have -- and I would be happy to share with

22  the Court, if I could approach -- an e-mail between the

23  reorganized debtors and Victory Packaging in which they refer

24  to "Please make sure all your future business is POs; let's put

25  this in payment terms."

DPH HOLDINGS CORP., ET AL.

1          MR. HERMAN:  Your Honor, I haven't seen that document,

2     and there's no foundation for the alleged list that she has

3     mentioned.  And as Your Honor said, this is not an evidentiary

4     hearing.

5          THE COURT:  What is -- let me turn to your objection.

6     This is probably in volume 6, right?

7          (Pause)

8          THE COURT:  Okay, this is -- do you -- what I'm

9     looking for, here, and I'm not sure I have it, is evidence on

10    your part that the contracts were the only contracts and they

11    were all assumed.

12         MR. HERMAN:  Pardon, Your Honor?  The evidence, Judge,

13    is the plan paragraph 8.1 and the cure checks that the debtor

14    delivered to the debtor after confirmation, 8.1 --

15         THE COURT:  8.1 says everything's assumed unless it's

16    rejected.

17         MR. HERMAN:  Every -- that's in existence, correct,

18    and we received cure payments marked "cure".  So they cured

19    them.

20         THE COURT:  So --

21         MS. HAFFEY:  We --

22         THE COURT:  -- is there any evidence of any rejection

23    of the contracts?

24         MS. HAFFEY:  Well, Your Honor, there were --

25         MR. HERMAN:  No, Judge.

DPH HOLDINGS CORP., ET AL.

1          MS. HAFFEY:  If I may, Ira.

2          I have asked Mr. Herman for the contract to which they

3     rely on, and for, I don't know, over a month now that we've had

4     these discussions, and they --

5          THE COURT:  But I think 8.1 means that he doesn't have

6     to provide that because unless the debtors took the step of

7     rejecting the contract, it was deemed assumed.

8          MS. HAFFEY:  Unless notices of nonassumption were also

9     sent out, in which we sent out notices of nonassumption.

10          THE COURT:  All right, well, do you have those?

11          MS. HAFFEY:  Yes, well, I have the list of the notices

12     of nonassumption.

13          MR. HERMAN:  Your Honor, a list is a computer run.

14     Your Honor, our client has told me that we've never received

15     those; we don't know what they're talking about.  There were no

16     open POs to reject or to not assume, because all the goods

17     ordered under the Packaging Commodities Management Agreement in

18     2004 and '05 were sold and delivered.  In fact --

19          THE COURT:  The POs would have expired, in other

20     words.

21          MR. HERMAN:  Your Honor, we supplied packaging to them

22     every day.  The facts will show, if we ever get into it, that

23     sometimes, it was delivered without POs, sometimes with POs,

24     sometimes under a blanket PO.  It was division by division by

25     Delphi.  But the Packaging Commodities Agreement required

DPH HOLDINGS CORP., ET AL.

1    Victory Packaging to hold the corrugated on their floor so they

2    could delivery daily.  And if Victory had not delivered daily,

3    they would have been in breach of a contract.

4           And Your Honor --

5           THE COURT:  Well --

6           MR. HERMAN:  -- she handed me --

7           THE COURT:  I'm sorry.

8           MR. HERMAN:  -- counsel handed me this June 1, '06 e-

9    mail; I don't know if she's handed it up to the Court yet, Your

10   Honor.  But Victory and Delphi entities continued doing

11   business post-bankruptcy daily.

12          THE COURT:  But I guess --

13          MR. HERMAN:  So this is irrelevant.

14          THE COURT:  I guess the --

15          MS. HAFFEY:  If I could just have that back.

16          THE COURT:  I think --

17          MS. HAFFEY:  The e-mail that's relevant --

18          THE COURT:  I think I may have spoken too quickly, Mr.

19   Herman.  You rely on 8.1 which is fine if there's an overall

20   executory contract that covers all of these relationships.  But

21   if, in fact, each one is a standalone payment, then I guess

22   apropos of what you were saying, the earlier transfers weren't

23   part of an executory contract; they were part of an earlier

24   relationship.

25          MR. HERMAN:  No, Your Honor.

DPH HOLDINGS CORP., ET AL.

1          THE COURT:  An earlier standalone purchase order.

2          MR. HERMAN:  There was one supply agreement in effect

3    on the filing date, everything was sold and delivered pursuant

4    to this agreement.  If Your Honor will review the agreement,

5    you'll see that there were obligations, back and forth, in

6    fact, under the agreement.  As I said, Victory was required to

7    use certain inventory maintenance system; Victory was required

8    to keep corrugated on its floor.

9          THE COURT:  All right, is there any dispute about

10   that --

11         MS. HAFFEY:  Yes, Your Honor, there is.

12         THE COURT:  -- that there's one overall agreement that

13   covered the relationship of the parties?

14         MS. HAFFEY:  Delphi, like a lot of other automotive

15   suppliers, Your Honor, had what they called master service

16   agreements that dealt with some terms.  But Delphi, as per

17   individual contract, dealt at the PO level, and it assumed

18   contracts at the PO level.  And this e-mail right here, I

19   think -- Your Honor, if I could pass it up to you -- dated

20   September 13th, 2005 demonstrates that the parties who operated

21   at a provisional PO level and here they're changing payment

22   process.

23         MR. HERMAN:  Your Honor, I haven't seen that e-mail,

24   and Your Honor --

25         MS. HAFFEY:  I just showed it to you.

DPH HOLDINGS CORP., ET AL.

1          MR. HERMAN:  No, it's a different e-mail.

2          MS. HAFFEY:  No, it's what I just handed --

3          MR. HERMAN:  Okay, that doesn't look like the page.

4      But Your Honor, yes, during the ninety days before the

5  preference period, we improved the terms under the master

6  packaging agreement and gave them better terms and gave them

7  bigger discounts.  So while Ms. Haffey is taking correspondence

8  out of context, we had one supply agreement, and Your Honor

9  will see that it's an integrated agreement, and the argument

10  that each separate PO issued under this agreement is a separate

11  contract is nonsense.

12          THE COURT:  Okay, what about the defendants' argument

13  we shouldn't be doing this on the fly at the hearing, this

14  should've been addressed in your response.

15          MS. HAFFEY:  Well, Your Honor, when we filed our

16  responses, we were -- and I'm just relying on the transcript

17  again, here, the Court says, that "I don't want to shift any

18  burden and I don't think that we should be wasting our time at

19  a hearing on something like this if the contracts have been

20  identified," and went on to indicate that we would have to look

21  at this and have a hearing on these individual bases.  And I

22  can't find it right now in the transcript, but on that point,

23  that is what the defendants relied on, Your Honor, was what was

24  decided on December 17th in filing its response.

25          We did, however, take very much to heart the Court's

DPH HOLDINGS CORP., ET AL.

1    statement that you wanted us to resolve these issues, and we

2    did, and we have, everywhere where the parties -- where the

3    defendants have shown us or through our own records have seen

4    that we assumed every transfer on the complaint, which goes

5    back to my conversation with Mr. Herman.  We have a good faith

6    dispute, here, and I think this is a prime example as to why

7    this is better left for an evidentiary hearing.

8         MR. HERMAN:  Your Honor, may I respond to that?  We

9    attempted to engage Ms. Haffey's firm, pursuant to your

10   directive, back in January.  We were ignored until last week.

11   That's the facts.  I have the e-mail trail if Your Honor really

12   wants to see it; I don't want to get into it.

13        Your Honor, the debtor had all the time in the world

14   to respond, to develop the issue.  These cases were filed in

15   2007; we had the hearing in December; we were supposed to have

16   a hearing in February.  That was the twelfth hour, Your Honor.

17   They have not done what they were supposed to do, Your Honor.

18   We have provided this Court with evidence that there was an

19   assumed contract.  That evidence has not been rebutted by the

20   debtor.  They've waived the right to rebut that.

21        MS. HAFFEY:  I don't think the Court wants to start

22   reviewing e-mail of counsel to show our due diligence --

23        THE COURT:  Well, let me just go to the --

24        MS. HAFFEY:  -- because I --

25        THE COURT:  -- basic point, which is why haven't you

DPH HOLDINGS CORP., ET AL.

1   waived the right to rebut that?  I mean, the response is the

2   footnote, right in the reply which says we disagree?

3        MS. HAFFEY:  Well, again, Your Honor, we were relying

4   on what was discussed at our December 17th hearing.  But to Mr.

5   Herman's point where he says that we haven't been diligent on

6   this, I have a very fresh memory of a conversation with him

7   around the holiday season, because it wasn't the most pleasant

8   conversation I've ever had with opposing counsel, and I have e-

9   mail to that effect.  And if -- he called me the following

10  Monday to apologize, to his credit, but we have been diligent,

11  and we have asked from day one for that underlying contract.

12  If he says that all the POs were assumed, please give us the

13  underlying contract.  We don't have it; we have no record of

14  it.  Our records show entirely different, that we worked at the

15  PO level with the supplier and sent out notices of

16  nonassumption.

17       MR. HERMAN:  Your Honor --

18       THE COURT:  Okay.

19       MR. HERMAN:  -- the only evidence on the record is

20  that there was an assumed contract.  It's never been

21  controverted.  You have the affidavit of Leah Borrello in the

22  record supporting the fact that cure payments were received in

23  2007 on account of something.  The only thing that was in

24  existence at that time was the master service agreement that

25  we've talked about called the Packaging Commodity Management

DPH HOLDINGS CORP., ET AL.

1      Agreement.  That was the only item.  When payments were

2      received in 2007, Judge, they were just payments on account of

3      2004 and 2005 invoices.  The debtor did not expect and Victory

4      did not deliver any goods in exchange for those cure amounts.

5             MS. HAFFEY:  Again, Your Honor, we relied on what we

6      understood our briefing was supposed to entail.  If the Court

7      would like, we would be happy to file an affidavit on

8      reorganized debtors' behalf within a very short period of time

9      on each one of these matters so that the Court can see there is

10     a good faith dispute.

11            THE COURT:  Is there any notice of nonassumption?

12            MS. HAFFEY:  For Victory Packaging?  Yes, there are.

13     What I have with me today is our business record of those that

14     was provided by the client.

15            THE COURT:  But I mean, was there any literal notice

16     that went to them --

17            MS. HAFFEY:  Oh, yes.

18            THE COURT:  -- in the form of a notice of

19     nonassumption.

20            MS. HAFFEY:  Yes.

21            THE COURT:  Okay.  Why don't I hear from the other --

22            MS. HAFFEY:  Now, I understand Mr. Herman says that

23     they didn't receive them, but yes.

24            THE COURT:  All right, why don't I hear from the other

25     nine?

DPH HOLDINGS CORP., ET AL.

```
 1          MR. SULLIVAN:  Your Honor, James Sullivan, counsel for

 2    Timken.  I submitted a supporting declaration -- numerous

 3    supporting declarations, actually, evidencing the fact that

 4    Delphi assumed, among others, a long-term agreement way back in

 5    the beginning of the case, back in 2006.  I sent numerous e-

 6    mails to counsel for the debtors, pursuant -- even before your

 7    December 17th directive, but subsequent to your December 17th

 8    directive as well, asking for documents related to the

 9    allegedly preferential transfers to show that -- so we could

10    review them to determine whether -- to confirm that, in fact,

11    these transfers related to the contract that was assumed.  We

12    received no documents or information in response to those

13    requests.

14          I hear Ms. Haffey talking about these records that

15    they are apparently, allegedly looking at to determine whether

16    or not transfers relate to a contract.  I haven't seen them;

17    I've made numerous requests and have received nothing.  In

18    fact, when I spoke to Ms. Haffey in January of this year, she

19    told me she had no records.  So I don't know what records the

20    debtors are looking at, but I've been told they have none.

21    I've received none in response to numerous requests, despite

22    the fact that Your Honor directed them to turn them over.  And

23    they have offered no justification whatsoever for ignoring Your

24    Honor's directive and for failing and refusing to respond to my

25    requests for information regarding these transfers.
```

1          THE COURT:  Okay.  So what's the response to the

2     argument that --

3          MS. HAFFEY:  I'm looking --

4          THE COURT:  -- that the debt was not pursuant to the

5     contract that was assumed?

6          MS. HAFFEY:  Again, Your Honor, we have notices of

7     nonassumption on Timken.  I have had several conversations with

8     Mr. Sullivan.  I have an e-mail in front of me where I sent him

9     the POs in which we have notices of nonassumption, and had --

10    my recollection of our conversations was he was going to go

11    back to his client and see whether or not they agree.  I asked

12    him to send me a copy of the waiver of avoidance claims that

13    they reference in their brief.  I never received that from

14    them.

15         MR. SULLIVAN:  That's not true, Your Honor.  I e-

16    mailed it the same day she asked for it.

17         MS. HAFFEY:  Well, that was June -- if that's the

18    case, Your Honor, that was June 16th, so that was just Thurs --

19         MR. SULLIVAN:  That was the first time she asked for

20    it.  I put in numerous --

21         THE COURT:  That --

22         MR. SULLIVAN:  -- declarations indicating, Your Honor.

23         THE COURT:  I'm sorry, that isn't -- I remember --

24         MR. SULLIVAN:  For example, the declaration of Michael

25    Hart, dated November 24, 2010.

DPH HOLDINGS CORP., ET AL.

1              THE COURT:  Well, do you have a copy of the release or

2     waiver?

3              MS. HAFFEY:  The waiver.

4              MR. SULLIVAN:  I quoted the language.  It was -- there

5     was a confidentiality provision; that's the reason why I did

6     not attach it as an exhibit.  And I don't actually think I

7     brought a copy of it with me, today, but I quoted a lot of the

8     relevant language, Your Honor, and I did e-mail --

9     notwithstanding what Ms. Haffey said, I did e-mail her a copy

10    of it the same day she requested it, earlier this week --

11             THE COURT:  Okay.

12             MR. SULLIVAN:  -- or end of last week.

13             MS. HAFFEY:  That may have been the first time I

14    requested it, Your Honor, on the 16th because I was --

15             THE COURT:  Is there an issue with it?

16             MS. HAFFEY:  Is there an issue?

17             THE COURT:  With the release?

18             MS. HAFFEY:  Your Honor, it came to me at 10:40 p.m.

19    on Thursday, June 16th, and I have -- in preparing for this

20    hearing and reviewing a lot of other things, I have not had a

21    chance to review --

22             THE COURT:  Okay, well, why don't --

23             MS. HAFFEY:  -- the document.

24             THE COURT:  -- why don't you or one of your colleagues

25    look at it during the course of today's hearing?

DPH HOLDINGS CORP., ET AL.

1          MS. HAFFEY:  Okay.

2          UNIDENTIFIED SPEAKER:  Your Honor?

3          MR. SULLIVAN:  And Your Honor, I don't want to belabor

4     the point, Your Honor, but look, we've been ask -- we've been

5     telling her about this for a long, long time, and for them to

6     sit here today and try to say, oh, we didn't have a chance to

7     look at it or think about this when I've been banging on the

8     door for a very long time on this issue, you know, it's

9     really -- it's a bit frustrating, Your Honor.

10          THE COURT:  Okay.

11          MS. HAFFEY:  And all I can say, Your Honor, is we

12    have, in turn, informed Mr. Sullivan that we -- despite what he

13    says is the waiver agreement says, and we will look at it, we

14    have notices of nonassumption for certain POs.  So we will

15    look -- we will look at it, and if it says that everything was

16    assumed, then we will dismiss that action.

17          THE COURT:  Okay.

18          MS. HAFFEY:  I --

19          MR. SULLIVAN:  Your Honor, their opportunity to

20    respond with that was a long time ago.  They can't show up in

21    court and say look, we'll look at it when we get around to it.

22          MS. HAFFEY:  No, I --

23          MR. SULLIVAN:  Your Honor was very clear at the last

24    hearing, December 17th, you said if they don't respond, they're

25    going to have to live with the consequences, Your Honor.

DPH HOLDINGS CORP., ET AL.

1      That's what Your Honor said.

2             MS. HAFFEY:  Mr. Sullivan, I was just responding to --

3             MR. SULLIVAN:  It's their motion; they're asking for

4      you to rule in their favor, here, and they should have thought

5      of that before they came in here with nothing, Your Honor.

6             MS. HAFFEY:  Mr. Sullivan, I was just responding to

7      the Court asking us to look at it today, and we will --

8             THE COURT:  All right.

9             MS. HAFFEY:  -- since I just received it on the 16th.

10            THE COURT:  Okay.

11            MS. HAFFEY:  Thank you.

12            THE COURT:  So I've heard from two of the ten?

13            MR. LAWHORN:  Good morning, Your Honor.  This is Chris

14     Lawhorn on the telephone on behalf of defendant Spartech

15     Polycom.

16            THE COURT:  Good morning.

17            MR. LAWHORN:  If it would please the Court, I'd be

18     happy to quickly address our client's issue which is similar to

19     the last two defendants'.

20            THE COURT:  Okay.

21            MR. LAWHORN:  Your Honor, we are also party to a long-

22     term contract between our client, Spartech Polycom, and the

23     debtors.  Back in October, we sent a copy of that long-term

24     contract to opposing counsel.  We expressed our belief that the

25     contract was assumed under the terms of the plan, and the

DPH HOLDINGS CORP., ET AL.

1    contract expressly incorporates all purchase orders.

2         Your Honor, following the December 17th teleconference

3    with Your Honor, we reached out to opposing counsel to again

4    assert our position and request a response as to how, why, or

5    where it is possible that that long-term contract was not

6    assumed.  We've heard nothing.  For six months, Your Honor, our

7    phone calls have gone unreturned, our e-mails have gone

8    unreturned, until just last Thursday, after the close of

9    business, we finally received a phone call from opposing

10   counsel, and we still have no explanation as to how it is our

11   long-term contract is not assumed.  So Your Honor, we believe

12   we are like the other defendants who have spoken to the Court

13   this morning, in that the motion as to our clients should be

14   denied and the case dismissed.

15        THE COURT:  Okay.

16        MS. HAFFEY:  Your Honor, Don Orlandoni from the Butzel

17   firm has been handling the Spartech matter, so I'm going to ask

18   him to respond.

19        MR. ORLANDONI:  Yes, good morning, Your Honor.  And I

20   will echo some points that I discussed with Mr. Lawhorn in a

21   telephone conference last week.  And my client has investigated

22   this asserted assumed contract defense, and based on my

23   client's investigation, with respect to the master agreement

24   that Mr. Lawhorn cites, my client has identified two part

25   numbers that pertain to that master long-term agreement.  And

DPH HOLDINGS CORP., ET AL.

1    with respect to the POs that are subject to our preference

2    claims in this action, those could only represent -- and we're

3    still investigating, but those could only represent, at most,

4    18,000 dollars' worth of our 8.6 -- approximately 8.6 million

5    dollar claim in this case.  My client has also identified only

6    one PO, one Spartech PO that was assumed during the bankruptcy

7    case.  That PO is not subject to this adversary proceeding.

8            As I informed Mr. Lawhorn last week, and in fact -- we

9    have a fundamental disagreement, again, that our position, and

10   the Delphi practice, in fact, was that it assumed contracts on

11   a PO-by-PO level, and not -- didn't assume master agreements.

12   That's the case in this matter.  Our client did the

13   investigation, and our client's investigation supports that, in

14   fact, that was the practice.  And so again, this is another

15   case where there's a genuine good-faith dispute.  We've

16   performed the inquiry as directed by the Court during the

17   December 17th conference call, and a good-faith dispute

18   remains.

19           THE COURT:  Well, I'm not sure -- let me make sure I

20   understand what you're saying.  Are you saying that this long-

21   term contract only covers part of the business between Delphi

22   and Spartech?

23           MR. ORLANDONI:  Based on our investigation, the master

24   agreement cites to two part numbers.  And again, yes, Your

25   Honor, what you say is correct.  It's only part of the

DPH HOLDINGS CORP., ET AL.

1    transactions that are subject to this adversary proceeding, and

2    again, the most -- the most that those transactions would

3    represent in terms of the amount of our claim is 18,000 dollars

4    out of our claim in the aggregate, which is approximately 8.6

5    million dollars.

6          THE COURT:  Okay, what is Spartech's response to that?

7          MR. LAWHORN:  Your Honor, we disagree.  Factually,

8    that's just not accurate as we understand the facts, number

9    one.  Number two, none of that is included anywhere in the

10   papers filed by the reorganized debtor.  Number three, Your

11   Honor, in eight months, that's the most we've heard about the

12   reorganized debtors' understanding of our relationship.

13         Your Honor had required, back in December that

14   opposing counsel reach out to us and talk to us.  That hasn't

15   happened until last Thursday, and Your Honor, we believe, as

16   the other defendants have articulated, that the time has now

17   passed for this type of argument, and that we believe the

18   motion should be denied and our case dismissed.

19         THE COURT:  Okay, I'm just taking a quick look at your

20   pleading, here.

21         MR. ORLANDONI:  Your Honor, if I could make one more

22   point when it suits the Court.

23         THE COURT:  Okay.  Is the -- your factual allegations

24   about the contract are not in the objection to the motion to

25   amend, right?  There's no affidavit or --

DPH HOLDINGS CORP., ET AL.

1          MR. LAWHORN:  Your Honor, we did set forth the

2    argument and cite the relevant provisions of the reorganized

3    plan.  And we did that in our opposition to the reorganized

4    debtors' motion for leave to file.  It is not mentioned in our

5    surreply.  And no, Your Honor, we did not submit affidavits in

6    support.

7          THE COURT:  Okay.  All right.  Okay, thank you.

8          MR. NAYAK:  Your Honor, this is Mahesh Nayak from

9    Clark Hill representing defendant Detroit Products

10   International.  And I just have a point of clarification for

11   Your Honor as we're proceeding this morning.

12          At the December hearing, Your Honor was clear that it

13   was the burden of the plaintiff to rebut, to handle on a case-

14   by-case, each of the individualized issues that were briefed by

15   the defendants in the oppositions for the motions for leave to

16   amend.  In my instance, for example, there was an issue

17   regarding service of some of the critical pleadings, including

18   the fourth extension motion -- I know this is off topic -- on

19   the issue of the assumption.

20          I only raise it now, Your Honor, to understand from

21   Your Honor whether, if an issue, whatever that issue may have

22   been, went unrebutted, that there are no proofs, that there are

23   no affidavits, that there's no information that's been supplied

24   by the plaintiff in response to our oppositions from those

25   motions for leave to amend at all, whether those issues are

DPH HOLDINGS CORP., ET AL.

1    waived, and on that basis, as a matter of law, Your Honor is

2    going to dismiss these complaints today, upon proper

3    presentation of the information.

4         THE COURT:  Well, you are jumping out of order.  But

5    as -- I mean, it depends on how the issue is raised.  I mean,

6    on the Spartech issue, for example, Spartech has submitted as

7    much factual support for its contention as the debtors have.

8    There's nothing.  It's just a lawyer's statement.  So I think

9    there there's a factual dispute, although there was an

10   additional issue, which I do have to factor into my analysis,

11   which is not a waiver issue one way or the other, which is I

12   did require the debtors to focus on this diligently.  And

13   that's a separate issue.

14        But I believe there's a distinction between the

15   debtors' obligation to respond on that level, than there is to

16   respond and be closed out today in response to actual evidence

17   which Timken has, for example.  I mean, Timken has affidavits.

18   They have a reference to a contract.  And, you know, I think

19   that makes it incumbent, as a matter of pleading to respond on

20   the debtors' part.

21        MR. NAYAK:  And Your Honor, with respect, my

22   opposition also includes affidavits, albeit on the issue of

23   service.

24        THE COURT:  Yes, well that's a different issue.  So

25   we'll deal with that later, although we dealt with it in the

DPH HOLDINGS CORP., ET AL.

1    agenda too.  I don't see anything about service on the agenda.

2         MR. NAYAK:  And, Your Honor, I just wanted to know

3    when.  Because I know we discussed the flow of the arguments

4    today.

5         THE COURT:  Well, we spent the first fifteen minutes

6    on the agenda, and service isn't on the agenda.  I raised that

7    issue, and I asked everyone is it on or off, and people said

8    it's off.  So I guess it's off, right?

9         MR. NAYAK:  No, Your Honor, it's --

10        THE COURT:  You weren't listening during the first

11   fifteen minutes?  Should it be on the agenda and on what basis?

12        MR. NAYAK:  Yes, it should be on the agenda, Your

13   Honor, as an issue --

14        THE COURT:  Okay.

15        MR. NAYAK:  -- it's an issue that has gone unrebutted.

16   And I think we did discuss today as to issues that have gone

17   unrebutted.

18        THE COURT:  No, it's -- it's not necessarily an issue

19   that they had to respond to as far as today's hearing.  That's

20   why I asked if people agree with the agenda or not.

21        MR. NAYAK:  Your Honor, my --

22        THE COURT:  It may be relevant to the fourth extension

23   challenge, but I don't see it being relevant to Rule 8 or

24   relation back or contract assumption.

25        MR. NAYAK:  Well, we did discuss the fact that one of

DPH HOLDINGS CORP., ET AL.

1    the topics that were going to be discussed today were the

2    plaintiffs' compliance with this Court's previous orders.  And

3    one of the orders of the Court, coming back to the December --

4         THE COURT:  Look, let's get to that when we get to it.

5    I'm not going to take this on a whole sidetrack at this point.

6    All right?

7         MR. NAYAK:  Thank you, Your Honor.

8         THE COURT:  We're dealing with this one issue on the

9    contract assumption, and we are three-tenths of the way through

10   with it.

11        MR. NAYAK:  Thank you.

12        MR. HERMAN:  Your Honor, I think it's clear that the

13   Victory proof is similar to the Timken proof, that it's

14   submitted by affidavit --

15        THE COURT:  I just signaled on Timken not to go over

16   the whole thing again.  But I think the --

17        MR. HERMAN:  Thank you, Judge.

18        THE COURT:  -- I think the Spartech may be a little

19   different.

20        All right.  So is there -- are there other parties who

21   are asserting contract assumption?

22        MR. JURKIEWICZ:  Your Honor?

23        THE COURT:  Yes.

24        MR. JURKIEWICZ:  This is David Jurkiewicz representing

25   Decatur Plastics in 07-2098.

DPH HOLDINGS CORP., ET AL.

1           THE COURT:  Right.

2           MR. JURKIEWICZ:  I have a slightly different variation

3   of the facts you've heard.  We filed our response in the main

4   case as 20879.  And attached thereto as Exhibit A, a long-term

5   contract dated February 9, 2004.

6           THE COURT:  Right.  I'm just getting your pleading,

7   here.  Right.  And you assert there's no other -- there are no

8   other contracts besides that one.  And that's in your

9   affidavit.

10          MR. JURKIEWICZ:  Correct, Your Honor.  There is no

11  affidavit, but that is what we assert.

12          THE COURT:  Okay.

13          MR. JURKIEWICZ:  And I'll be able to tie this argument

14  together with POs later, Your Honor.

15          THE COURT:  Okay.  That's right.  Let me just --

16  that's right.  It's the pleading that says there are no other

17  contracts.

18          MR. JURKIEWICZ:  Correct.

19          THE COURT:  Okay.  So what is the response on Decatur?

20          MS. HAFFEY:  Your Honor, you have to compare Decatur

21  and the document that was just referred to the Court under the

22  long-term contract and the exhibit that says the contract would

23  be assumed or assigned, and that it specifically relates to

24  certain PO numbers.  So again, as what the reorganized debtors

25  have been saying, they assumed contracts at the PO level.

DPH HOLDINGS CORP., ET AL.

1          When you look at these POs and the proposed amended

2     complaint, they're not all assumed.  And I've gone through it

3     on a line-by-line detail.  I've had this conversation with

4     opposing counsel.

5          THE COURT:  Okay.

6          MR. JURKIEWICZ:  Your Honor, here's where I think we

7     differ.  If you look at the notice of assumption that relates

8     to this contract, which is 11165, Exhibit 1 purports to assume

9     the long-term contract between Delphi acting through its safety

10     and interiors division and Decatur Plastic Products, dated

11     February 9, 2004.  That seems like the big contract, not the

12     baby POs, Your Honor.

13          MS. HAFFEY:  Well, but then it goes on and says that

14     it relates to PO numbers, and then it gives those three PO

15     numbers as to what it relates to.

16          THE COURT:  Okay.  So this is really a legal issue as

17     to what the assumption entails.

18          MS. HAFFEY:  We agree with that, Your Honor.

19          THE COURT:  All right.  Okay.  Okay, very well.

20          MR. MICHAELSON:  Good morning, Your Honor.  Robert

21     Michaelson on behalf of NXP Semiconductors.  They're a

22     successor to Philips Semiconductors.  Following the December

23     17th hearing, Your Honor, numerous efforts were made to speak

24     to plaintiffs' counsel concerning our assumption of contract

25     defense, and a chronology of those efforts are listed in a

DPH HOLDINGS CORP., ET AL.

1    surreply that was filed with this Court late last week.

2         Despite numerous efforts, which are documented --

3    exhibits are attached to the surreply -- there was no effort

4    other than a promise that we would talk, come forth -- coming

5    from the debtors.  So in other words, what has happened here is

6    that the debtor has failed to abide by the Court's directive,

7    for which, I submit that there needs to be some consequence.

8    The efforts were repeated.  They were done in good faith --

9         THE COURT:  I don't think I have your surreply.  I'm

10   sorry.  When was it filed?

11        MR. MICHAELSON:  It was filed on Thursday, I believe,

12   Your Honor.

13        THE COURT:  Okay.

14        MR. MICHAELSON:  NXP Semiconductors.

15        THE COURT:  So maybe it's -- oh, I'm sorry.  You're

16   with -- but it's listed under Philips.

17        MR. MICHAELSON:  It's listed under Philips, yes.  We

18   are the successor to Philips.

19        THE COURT:  Okay.

20        MR. MICHAELSON:  Right.  So basically, Your Honor, we

21   believe that we have assumed contracts.  We have no affidavit.

22   We did submit a notice of assumption in earlier pleadings, but

23   we don't have an affidavit.  And I'll submit as well, that

24   after conversations with my client, that we received no notice

25   of nonassumption.  So essentially what we have here is a

DPH HOLDINGS CORP., ET AL.

1   situation in which, despite our best efforts, there has not

2   been a reciprocation, which is in direct contravention of this

3   Court's directive, for which we submit there needs to be some

4   serious consequence.

5        THE COURT:  Okay.  What's the response on Philips.

6        MS. HAFFEY:  My records reveal a different story in

7   regards to a conversation, Judge.  I've got handwritten notes

8   from a conversation dating back to earlier in the summer.  I

9   have had several conversations with Mr. Michaelson.  And this

10  is another one of those cases where our client says that they

11  sent out notices of nonassumption, and that some of these

12  transfers may have been assumed and others not.  And when that

13  has happened, I have told opposing counsel, we'll be glad to

14  file a stipulated order of dismissal as to those that we agree

15  are assumed.

16       THE COURT:  Okay.  All right.  Very well, thank you.

17       MR. MICHAELSON:  Your Honor, if I may just quickly

18  reply?  There was no response to the argument that were raised

19  in the surreply in the papers that were submitted to the Court

20  most recently, by the debtor.  And I also respectfully disagree

21  with Ms. Haffey concerning her characterization of our

22  conversations.  My records, which I think are well maintained,

23  reflect that we had one telephone conversation in January of

24  this year.  There were a couple of e-mail correspondences in

25  which it was promised that we would have further conversations,

DPH HOLDINGS CORP., ET AL.

1    but they were never forthcoming.  That's what my records

2    reflect, and that's what our submission to the Court last week

3    says.

4               THE COURT:  Okay.  My copy of your objection here

5    doesn't have Exhibit A to it.  Can I see that?  Do you have a

6    copy of that?  It's the letter agreement pursuant to which

7    they're --

8               MR. MICHAELSON:  Yes, Your Honor.  I have it here.

9               THE COURT:  -- assumed.

10              MR. MICHAELSON:  It was excluded, Your Honor.  It was

11   an error, and I apologize.  That's actually from a different

12   pleading, but it is the same --

13              THE COURT:  This is Exhibit A to your --

14              MR. MICHAELSON:   That would be Exhibit A --

15              THE COURT:  -- to your objection to the motion to

16   amend?

17              MR. MICHAELSON:  Yes.

18       (Pause)

19              THE COURT:  Okay.  Well, the notice in the letter

20   refers to certain contracts -- it uses that phrase "certain

21   contracts that are being assumed".  And it says "accommodation

22   contract" and it gives the number.  Let me make sure I

23   understand this.  Is the debtors' position that none of the

24   transfers are under these numbers?

25              MS. HAFFEY:  No, the debtors' position, Your Honor, is

DPH HOLDINGS CORP., ET AL.

1    we have agreed as -- we agree as to certain of the transfers

2    were assumed.  I'm just looking for my notes right now.  And I

3    will have to review it better, Your Honor.  But my recollection

4    of this one is that we agreed that certain were assumed but not

5    all, as to what --

6            THE COURT:  But what I'm -- I just want to --

7            MS. HAFFEY:  -- but I really need to look at my --

8            THE COURT:  -- I want to make clear -- I want to make

9    sure I understand your position here.  On some of these you've

10   taken the position that there's a master agreement and the

11   debtor didn't assume master agreements, it assumed specific

12   purchase order numbers.

13           MS. HAFFEY:  Unless there's a contract that says

14   otherwise.

15           THE COURT:  Unless there's a contract that says

16   otherwise.

17           This notice doesn't refer to purchase orders per se.

18   It says, "accommodation contract", and then it has specific

19   numbers, about forty of them, you know, each of which has pre-

20   petition arrearage and an agreed upon cure amount; in excess --

21   more than forty.  And my question is, it seems to me that the

22   PO argument doesn't seem to apply here.  This is like specific

23   contracts that are being assumed.  So it would seem to me that

24   you really don't have an argument here, to the extent that any

25   of the transfers covered in the complaint is made pursuant to

DPH HOLDINGS CORP., ET AL.

1    any one of these contract numbers.

2            MS. HAFFEY:   The contract numbers are PO numbers, Your

3    Honor.

4            THE COURT:   All right.  So --

5            MS. HAFFEY:   Those are --

6            THE COURT:   -- so are you -- so you've carved out all

7    of these numbers from your complaint, and your point is, you're

8    referring to the other ones?

9            MS. HAFFEY:   No, what we're saying is, as to the POs

10   that are on this Exhibit 1, we agree that some are assumed, but

11   we don't agree that all are.

12           THE COURT:   Well, how can that be?  Because they're

13   all here on the list saying that they're being assumed.

14           MS. HAFFEY:   I'm sorry.  I'm sorry, Your Honor.  I'm

15   sorry.

16           THE COURT:   It's okay.

17           MS. HAFFEY:   As to the Exhibit 1, the POs that show up

18   on Exhibit 1 --

19           THE COURT:   Right.

20           MS. HAFFEY:   -- some of these numbers appear on

21   Exhibit 1.  Other POs that appear in Exhibit 1 are not on this

22   exhibit.  And that --

23           THE COURT:   All right.  And those are the only ones

24   that you're looking to proceed in the complaint on?

25           MS. HAFFEY:   That's correct.  And that's true of the

DPH HOLDINGS CORP., ET AL.

1   other defendants we've heard from today.  Where we agree that

2   there is an assumed PO --

3          THE COURT:  Well, but the other defendants don't have

4   a letter.  They're just relying on 8.1 and their statement

5   that -- okay.  So that seems to be their -- I mean, you're

6   relying on an assumption notice.  They're saying that they've

7   carved out of their complaint every transfer that would be

8   under these particular contracts.  So --

9          MR. MICHAELSON:  But that's -- that would be a factual

10   question, Your Honor.

11          THE COURT:  Right.

12          MR. MICHAELSON:  We disagree --

13          THE COURT:  All right.

14          MR. MICHAELSON:  -- that there are any excluded ones.

15   But I can't --

16          THE COURT:  All right.  So I think -- I'm not going to

17   delay on this one.  I think that with record being clear, the

18   only issue is as to whether the transfers that they've

19   identified that they continue to seek to avoid are under POs or

20   accommodation contracts different than the ones listed on this

21   Schedule 1.

22          MR. MICHAELSON:  That would be correct, Your Honor.

23   We would have hoped to have had this conversation months ago.

24   We haven't had it.

25          THE COURT:  All right.  And that's the diligence

DPH HOLDINGS CORP., ET AL.

1    issue?

2         MR. MICHAELSON:  Yes.

3         THE COURT:  Okay.  All right.

4         MS. HAFFEY:  And we disagree with that

5    characterization --

6         THE COURT:  Okay.

7         MS. HAFFEY:  -- strongly, Your Honor.

8         THE COURT:  Thank you.  Okay.  Anyone else?

9         MR. HARVEY:  Good morning, Your Honor.  Brian Harvey

10   from Goodwin Procter on behalf of ANSYS Inc., success to Fluent

11   Inc., adversary proceeding case number 07-2312.

12        Your Honor, I'm not sure if ANSYS is on the

13   illustrious list of ten, but we have had a number of

14   conversations and correspondence with the debtor concerning the

15   assumption issue.  ANSYS provided software and software support

16   to Delphi.  And ANSYS has actually been in conversations with

17   Delphi since early 2010 and sent Delphi a letter in July of

18   2010, explaining the assumption argument, attaching POs and the

19   software license agreement.  And it does principally rely on

20   the assumption under the plan.

21        The reply that we got, which was a sort of oral reply

22   in a conversation sometime after we sent the letter, was that

23   the debtor simply disagreed and needed additional information.

24   There was never a mention of ANSYS having received a notice of

25   nonassumption.  And this is actually the first I'm sort of

DPH HOLDINGS CORP., ET AL.

1    hearing of that today.

2          ANSYS filed a joinder to the various objections to the

3    motion to amend in January of this year.  And then last

4    Wednesday we received a call -- I received a call from Ms.

5    Haffey basically asking for another copy of the letter we had

6    sent the previous July and noting that maybe we can work it

7    out.  I haven't heard anything since then.

8          But in the event that we're not on this list, we

9    certainly are -- ANSYS is asserting that argument that the

10   agreements were assumed under the plan --

11         THE COURT:  All right.

12         MR. HARVEY:  -- and all of its rights are preserved.

13         THE COURT:  But that's not asserted in the joinder?

14         MR. HARVEY:  It is not.

15         THE COURT:  Okay.  All right.  I don't know if they're

16   on the list or not.  I would -- I mean, for purposes of this

17   hearing, I don't think they are, although you still need to

18   work with them.

19         MS. HAFFEY:  Would you care for a response, Your

20   Honor?

21         THE COURT:  No, I think this is more of just a case

22   you need to follow up with them.

23         THE COURT:  All right.  Any more?

24         MR. MCGRAIL:  Good morning, Your Honor.  Dave McGrail

25   on behalf of Solid State Stamping.  The adversary is 07-2633.

DPH HOLDINGS CORP., ET AL.

1      Briefly, Your Honor.  I sent a letter to counsel for the debtor

2      on May 9th.  That letter referenced Section 8.1 of the plan,

3      and then working within the framework that I think has been

4      discussed today, actually attached the executory contract

5      schedule and proposed Exhibit 1 to the amended complaint, and

6      cross referenced the purchase orders that were in both with

7      asterisks, so it couldn't be any clearer.

8          Your Honor, we did not attach that letter to the

9      surreply, which was basically a joinder.  But we did file a

10     joinder back in October where we attached an affidavit that

11     said that the defendant had only received two pleadings and no

12     other pleadings in the case, and by implication, no notice of

13     nonassumption.

14         Your Honor, we also sent a letter in March, earlier

15     this year, requesting documents.  And this goes to our

16     prejudice issue, but we won't get into that.  We've received no

17     response to either letter.  I followed up with an e-mail last

18     week to counsel for the debtor.  We exchanged some e-mails, but

19     have not had a conversation.  We've only had one conversation

20     in the case as a whole.  So, Your Honor, we'd request that Your

21     Honor dismiss as to those purchase orders that we identified in

22     our letter as overlapping and assumed.  Thank you.

23         MS. HAFFEY:  Your Honor, my records indicate that

24     Solid State did not raise this issue in their brief in

25     opposition, so it was not a --

DPH HOLDINGS CORP., ET AL.

1          THE COURT:  All right.  But I mean, they've

2     identified -- I mean, are you -- they did identify it in their

3     letter, so why -- I mean, is there any issue there on the ones

4     that they have identified?

5          MS. HAFFEY:  I need to refer to my notes, Your Honor.

6     Excuse me.  My notes, Your Honor, say that we provided info as

7     to those that were not assumed and we requested evidence of a

8     contract that Solid State relies on.  So it's another issue.

9     And in fact, I think what opposing counsel just said is his own

10    asterisk on this exhibit shows that they think that certain of

11    the POs were assumed and others were not assumed.

12          So assuming that counsel and I can agree on that, then

13    as I stated earlier, to the extent that we agree that some are

14    assumed, we will dismiss those as we are required to do.

15          THE COURT:  Mr. McGrail, what is the evidence of the

16    assumption?

17          MR. MCGRAIL:  Your Honor, because of our prejudice

18    issue, we simply have the executory contract list and the

19    exhibit that -- the exhibit contract list that was filed --

20          THE COURT:  So you're relying on --

21          MR. MCGRAIL:  -- on the docket and 8.1.  Yes.

22          THE COURT:  -- 8.1.

23          MR. MCGRAIL:  Yes.  We don't -- just very briefly,

24    Your Honor.  The company merged three years ago.  We purged all

25    of those documents.  And that goes to the reason why we

DPH HOLDINGS CORP., ET AL.

1    requested whatever documents the debtor --

2           THE COURT:  Well, is there anything in the debtors'

3    records about notice of nonassumption?

4           MR. MCGRAIL:  We have -- all we have is the affidavit

5    that says that we received only two hard copies --

6           THE COURT:  Right.  No, I'm talking to counsel for

7    the --

8           MR. MCGRAIL:  Oh, I'm sorry.

9           MS. HAFFEY:  It's my understanding from my client that

10   we sent notices of nonassumption as to certain of these POs.

11   And I don't think opposing counsel disagrees with that.

12          MR. MCGRAIL:  I have no way of knowing.  I mean, all I

13   have is the affidavit which says that we only received two

14   documents and that's it.  That does not include a notice of

15   nonassumption.  And, Your Honor, we did not receive the

16   response of counsel referred to earlier regarding providing

17   additional information.

18          THE COURT:  Is there a certificate of service or

19   affidavit of service on the notices of nonassumption?

20          MS. HAFFEY:  There should be.  I believe there are,

21   Your Honor.

22          UNIDENTIFIED SPEAKER:  Yes.

23          MS. HAFFEY:  Yes.

24          THE COURT:  I mean --

25          MS. HAFFEY:  There are.  That --

DPH HOLDINGS CORP., ET AL.

1          THE COURT:  Maybe one of your colleagues should go get

2     on his computer, get on PACER and pull it up?

3          MS. HAFFEY:  I'm sorry, Your Honor.

4          THE COURT:  Maybe one of your colleagues should get on

5     PACER and pull it up?  Okay.

6          Okay, anyone else?

7          MR. SAYDAH:  Good morning, Your Honor.  For the

8     record, Gilbert Saydah of Kelley, Drye & Warren, here today on

9     behalf of TCS America International Corp.

10         THE COURT:  I'm sorry, TCS?

11         MR. SAYDAH:  Tata, TCS.

12         THE COURT:  TCS, right.

13         MR. SAYDAH:  TCS, correct.

14         THE COURT:  Okay.

15         MR. SAYDAH:  It's adversary number 07-02668.  And also

16    representing various BP and Castrol entities in Adversary

17    number 07-02270.

18         Your Honor, we are probably not among the illustrious

19    ten.  My client has had various difficulties finding records

20    back this far, due to the age of these cases.  However, it's my

21    understanding that with respect to at least TCS, Tata, there

22    was a notice of assumption that we're attempting to get a copy

23    of.  I've spoken orally with counsel for the reorganized

24    debtors approximately a month ago, raised this issue, and asked

25    if they had any evidence to the contrary.  I have not heard

DPH HOLDINGS CORP., ET AL.

1    back.  Being that it's not prominently raised in our pleadings,

2    I don't expect a response in court today.  But I just want to

3    make --

4              THE COURT:  Okay.

5              MR. SAYDAH:  -- the Court aware that with respect to

6    both the BP entities and with respect to Tata, that that is a

7    defense that we are raising.

8              THE COURT:  Okay.

9              MR. SAYDAH:  Thank you, Your Honor.

10              THE COURT:  You don't need to respond to that one.

11              MS. HAFFEY:  I'm sorry?

12              THE COURT:  You don't need to respond to that one.

13              MS. HAFFEY:  Okay.

14              MR. KULBACK:  Good morning, Your Honor.  Jerry Kulback

15    with Archer & Greiner on behalf of defendant Magnesium

16    Electron, Inc.  It's adversary number 07-2758.

17              Your Honor, I find myself in the unique position of

18    being a defendant in this action for which an exhibit was not

19    attached to the proposed amended complaint that was filed in

20    the adversary proceeding itself.  The proposed amended

21    complaint was filed in September.  Magnesium Electron raised

22    this issue in its opposition that was filed in November.  When

23    the debtors filed their reply in January, they did not address

24    the issue at all.

25              THE COURT:  I'm sorry, is this an executory contract

DPH HOLDINGS CORP., ET AL.

1   case?

2          MR. KULBACK:  It is, Your Honor.

3          THE COURT:  All right.

4          MR. KULBACK:  Magnesium Electron filed a surreply in

5   June -- on June 17th.  And yesterday, at about 4:30, I finally

6   received a surreply from the debtor indicating that in fact,

7   the exhibit was attached and buried in exhibits on the main

8   docket and not in the adversary proceeding itself.  This was

9   the first time that I've seen a schedule that actually

10   identifies the purchase orders for which the payments allegedly

11   relate.

12          I haven't had a chance to speak with my client, having

13   received it at 4:30 yesterday afternoon, as to whether, in

14   fact, those payments or those purchase orders were assumed.  I

15   know that certain purchase orders of Magnesium Electron were

16   assumed.  We received notice of assumption as part of, I

17   believe it was the sale of the automotive division.  I just

18   haven't had time to speak with my client and look into that

19   issue further at this point and discuss with debtors' counsel.

20          I didn't want my silence and the fact that I may not

21   be on the list of ten, to be taken as a waiver of the issue.

22          THE COURT:  All right.  That's fine.

23          MR. KULBACK:  Thank you.

24          THE COURT:  But this wasn't an issue that you've

25   raised over the last few months or anything like that with

DPH HOLDINGS CORP., ET AL.

1    them?

2          MR. KULBACK:  The assumption issue?

3          THE COURT:  Right.

4          MR. KULBACK:  Well, we didn't know --

5          THE COURT:  You've been waiting to see what the POs

6    were?

7          MR. KULBACK:  -- we wanted to know what the POs were,

8    Your Honor.

9          THE COURT:  You wanted to see the complaint.

10          MR. KULBACK:  And we're reserving our rights on that.

11    I think it's sufficient at this --

12          THE COURT:  Well, that's fine.  I understand.

13          MS. HAFFEY:  And we'll work it out with them, Your

14    Honor.

15          THE COURT:  All right.

16          MS. GRUBIN:  Good morning, Your Honor.

17          THE COURT:  Good morning.

18          MS. GRUBIN:  Janice Grubin from Todtman Nachamie.  And

19    I'm co-counsel to Select Industries Corp.  And my co-counsel,

20    Paige Ellerman from the Taft Stettinius firm is on the phone

21    right now.

22          I'm not sure that we are one of the ten identified

23    adversaries.  Our adversary number is 07-02618.  And really

24    what I intend to speak to goes to the diligence standard,

25    because we are differently situated.  Specifically, Your Honor,

DPH HOLDINGS CORP., ET AL.

1    we did not know that we had an assumption and release defense

2    until after the December 17th hearing, because we really -- our

3    client has not preserved most of the books and records and

4    witness testimony critical and necessary to prove its defense.

5         But nonetheless, we did entreat upon them many times

6    to continue to look and investigate, and we did come up with,

7    in our continuing investigation, with several -- with a number

8    of purchase orders and invoices that were assumed, and in some

9    cases assigned, under transactions that are either being

10   performed with the debtor today or with third parties under

11   assumption matters.  And we are still undergoing a continuing

12   investigation.

13        We did not attach -- we did not raise this in our

14   opposition to the original motion, although we did raise it in

15   our surreply which we filed last Thursday.  We do not have any

16   supporting affidavits at this time, because our discussion --

17   our investigation is ongoing.  We -- it's our view, frankly,

18   Your Honor, that under the Court's December 17th direction,

19   this was the continuing duty that the debtors had and that they

20   should really have been reaching out to all the defendants to

21   see if they had assumption and release issues.

22        This came to the fore, Your Honor, when we prepared

23   and submitted to Mr. Fischer on May 20th, a settlement letter.

24   And one of the three issues was assumption and release.  We

25   subsequently had a discussion with Ms. Haffey, I believe on or

DPH HOLDINGS CORP., ET AL.

1    about May 31st, and we were going to exchange documents.  We

2    heard nothing.  We called her on the 17th, had a flurry of

3    calls over the weekend, and we don't agree with each other.

4    But I wanted to raise this and let the Court know that this was

5    a very live issue relating to Select and the alleged complaint

6    and the preferences.

7            THE COURT:  All right.  Listen, if someone -- I mean,

8    I don't need to hear from seventy-seven people who -- and I'm

9    not faulting you on this.  I'm just saying now that I've heard

10   a couple people on this issue, I don't need to hear from

11   seventy-seven people saying we reserve our rights on this

12   issue; if we find a release or an assumption later, we don't

13   want to be deemed to have waived it.  You won't have waived it.

14   This is really just going to the specific context that we're in

15   here, right now.

16           MS. GRUBIN:  Thank you, Your Honor.

17           THE COURT:  Okay.

18           MS. HAFFEY:  I just want to briefly address, Your

19   Honor, because I feel like I'm being wrongfully characterized

20   in not addressing things.  I did speak with Ms. Grubin.  We had

21   a very pleasant conversation.  She says it was the end of May,

22   sometime in that -- actually I think it was the first of June,

23   because it was the last day of school of my youngest son, so it

24   would have been that Friday, the first week in June.

25           And at that time, it was the first time she raised the

DPH HOLDINGS CORP., ET AL.

1    assumption agreement with me.  I told her I would get with my

2    client and get information from them.  My client then

3    diligently looked through its records, did that, and then I

4    have since sent her a very long list of POs that we say were

5    not assumed, and we have agreed to work together, as I have

6    with the other defendants, in resolving that matter.

7         THE COURT:  Okay.

8         MR. LUTZ:  Your Honor, Douglas Lutz, Frost Brown Todd,

9    on behalf of Republic Engineered Products.  We have the same

10   issue that you just addressed.  And I don't want to go into our

11   prejudice argument, but candidly, we just found out about

12   assumed contracts ourselves within the past month, and we

13   attached a notice of assumed contracts to our surreply.  And

14   the reorganized debtor did respond in their reply and said they

15   were going to investigate and, you know, discuss this with us

16   and dismiss assumed POs.

17        I really would appreciate it if we would give the

18   reorganized debtor a deadline to that.  That's all I have to

19   say.

20        THE COURT:  Okay.

21        MR. LUTZ:  Thank you.

22        THE COURT:  Okay.  Anyone else?

23        MS. HAFFEY:  Can I say -- make one last statement,

24   Your Honor, in regards to some -- a legal case that I'd like

25   the Court to look at?

DPH HOLDINGS CORP., ET AL.

1          THE COURT:  All right.

2          MS. HAFFEY:  It's out of the Southern District of New

3     York, In re Adelphia Business Solutions, Inc., 322 B.R. 51.

4     And I believe it's 2005.  And in this case, Your Honor, the

5     court found that when you have a single contract like a master

6     agreement or a supply contract, they can be separately assumed

7     and they are divisible.  So again, it's Delphi's contention

8     that though we have some defendants here that argue that they

9     had a supply agreement, this case states that despite that, it

10    can be a divisible contract and it can be assumed at a -- in

11    this case, a PO level.

12         THE COURT:  But I think the -- I mean, I understand

13    that issue, and it depends on the wording of the contracts,

14    whether they integrate it or not.  But there's another, I

15    think, overriding fact here, that's asserted by at least a

16    couple of the parties, which is that under the plan, as is

17    often the case, all contracts -- they didn't have to be

18    identified -- all contracts were being assumed unless

19    specifically rejected.

20         And -- or unless there's a specific notice of

21    nonassumption.  So I guess there's a sub-issue to that, which

22    is that -- it's your argument, I guess, that certain purchase

23    orders covered in the complaints were not executory at that

24    time.

25         MS. HAFFEY:  That's correct.  And we --

DPH HOLDINGS CORP., ET AL.

1           THE COURT:  Although it's not clear to me that those

2      have been identified as opposed to relying on notices of

3      nonassumption.

4           MS. HAFFEY:  Well, we also have notices of assumption,

5      Your Honor, for POs.

6           THE COURT:  Well, but you don't need that.  You don't

7      need notices of assumption.

8           MS. HAFFEY:  Well, I guess that kind of highlights the

9      point.

10           THE COURT:  What you're saying is, you mean the

11      notices of -- the assumptions occurred before the plan, right?

12      Is that what you -- because there's no reason to send out

13      notices of assumption unless you were working out specific cure

14      amounts.

15           MS. HAFFEY:  That's correct.

16           THE COURT:  Well, I'm a little at a loss here.  You

17      identified ten of these where there was an argument that had

18      been made that the contract had been assumed, under which the

19      antecedent debt arose.  And I have tried to keep track of this

20      through the seventy-seven or so responses here.  I didn't

21      really see ten.  I did see Victory and Timken and Spartech.

22           MS. HAFFEY:  When I referred to ten earlier, Your

23      Honor, I wasn't limiting it to those that had raised it in

24      their opposition.

25           THE COURT:  Oh, okay.  All right.

DPH HOLDINGS CORP., ET AL.

1          MS. HAFFEY:  But just to let the Court know that

2     they'd been brought to our attention.

3          THE COURT:  That you'd been focusing on them.  Okay.

4          MS. HAFFEY:  Exactly.

5          THE COURT:  All right.  So I'm going to assume, then,

6     that everyone who has raised the issue for today, in addition

7     to those who didn't raise it today, but wanted to preserve

8     their rights, and that I clarified that everyone's rights are

9     preserved on that score to raise the issue later, has said

10    their piece.

11         And it seems to me that there are two issues here.

12    One is whether there is evidence that has been asserted in the

13    opposition to the motion to amend that is uncontroverted, in

14    which case the motion to amend would not be granted, because it

15    would be futile.  And the second issue is whether I should deny

16    the motion to amend because even though there is a live factual

17    issue, the debtor has not been diligent in resolving that

18    issue, as I had instructed back in December of 2010.

19         MS. HAFFEY:  May I respond to either of those, Your

20    Honor?

21         THE COURT:  Okay.

22         MS. HAFFEY:  I'll take the last one first.

23         THE COURT:  Okay.  And I think, in that category of

24    the last one is Spartech and Decatur Plastics and NXP, as well

25    as, of course, Timken and Victory, but they also, I think, fall

DPH HOLDINGS CORP., ET AL.

1    under the first category.

2        MS. HAFFEY:  I think the issue of diligence is a

3    factual question, Your Honor.  I hear what defendants have

4    asserted, and the reorganized debtors feel differently and

5    argue differently.  I do not have my entire case files here

6    with me to be able to demonstrate to the Court the

7    conversations that we've had with not only the defendants but

8    also with our clients, and the amount of work and time that it

9    took in some of these cases to get to the bottom, if you may,

10   of some of these particular issues.

11       And as you heard today, some of these defendants

12   raised these issues in a sliding scale of time as to when they

13   were brought to our attention.  You know, most recently, Ms.

14   Grubin's defendants, Select Tools.

15       In regards to evidence asserted in response to the

16   opposition to the motion, I'll just repeat what I said earlier,

17   Your Honor.  It was our understanding from the December 17th

18   conference with the Court, that this issue was going to be

19   taken up at a later time, in a later hearing, and that all we

20   to be briefing -- because that was one of the purposes that we

21   understood for that conference, was not only to determine what

22   was going to be at the hearing today, but also how to direct

23   our briefing, because of the number of issues that were raised

24   in the -- I think there was ninety-some oppositions filed to

25   the motions to amend.

DPH HOLDINGS CORP., ET AL.

1        And so we intentionally took that off the table,

2    because we didn't understand that it was going to be heard

3    today.  So we would just ask the Court's indulgence in regards

4    to that and allow us, then, to respond singly to that issue.

5        THE COURT:  All right.  That's the first point -- on

6    the first point I made?

7        MS. HAFFEY:  Yes.

8        THE COURT:  Okay.  All right.  I think on the

9    diligence point, I am not going to preclude the debtors from

10   being able to amend the complaint solely on this issue.  If

11   there are other cumulative issues pertaining to these parties,

12   it will be a factor.  But I am going to require that the

13   debtors make a definitive response to anyone who presents

14   either an assumption notice as did Decatur Plastics, or a

15   statement under oath that our only contractual relationship was

16   under these contracts and they've all been assumed under 8.1 of

17   the plan.  That the debtor make a definitive response to that

18   within thirty days.  I think you're in a position to do that at

19   this point.

20       And that definitive response really needs to show

21   either documents showing that it's covered by other purchase

22   orders, as is the argument on Decatur Plastics, or that there

23   was a notice of nonassumption, as is the response on, I

24   believe, Philips Semiconductors/NXP, or a specific legal

25   argument that the contractual relationship was at the purchase

DPH HOLDINGS CORP., ET AL.

1    order level, and that the applicable purchase orders that serve

2    as the basis for the antecedent debt in the complaint, were not

3    executory at the time the plan was confirmed.

4         And I think that leaves Victory Packaging and Timken.

5    On Victory Packaging there's the -- I think there were two

6    responses.  One is that we sent notices of nonassumption.

7    That's something that could be established today, it would seem

8    to me, by a certificate of service.  If it's there, then there

9    will be a factual -- that will be dealt with if the parties

10   can't resolve it.  If it's not there, then I think if that's

11   the basis for the response, then Victory Packaging wins.  If --

12   why don't we make it tomorrow, since this may be a long

13   hearing -- as opposed to today.

14        The other issue is -- and that's the same, again, for

15   Timken.  I don't know whether the issue was really raised with

16   regard to either Timken or Victory that the POs that are

17   involved in the complaint were not executory at the time the

18   plan was confirmed.  Is that another issue, another defense?

19        MR. HERMAN:  Your Honor --

20        THE COURT:  Has it been raised before.

21        MR. HERMAN:  -- Your Honor, I think we agree that it

22   was executory, because there weren't any POs that were open

23   from the 2004 and 2005 period --

24        THE COURT:  Right.

25        MR. HERMAN:  -- and 2007.  I think Ms. Haffey may say

DPH HOLDINGS CORP., ET AL.

1    they weren't executory because we got notices of nonassumption.

2    So I would be very careful when we say nonexecutory.  It is

3    Victory's view that there were no open POs -- pre-petition POs

4    that could have possibly been assumed or rejected at the time

5    the cure payments were --

6         THE COURT:  No, I understand.  But that's not

7    necessarily good for Victory, because then 8.1 doesn't

8    necessarily help you.

9         MR. HERMAN:  Well, Your Honor -- no it does, because

10   of the supply agreement.  That was the only thing they could

11   have assumed.

12        THE COURT:  Well, they have a straight legal dispute

13   on that.

14        MR. HERMAN:  I understand, Your Honor.

15        THE COURT:  All right.  So I think that issue is an

16   open issue.  And on Timken, what I haven't addressed is the

17   waiver and release.  And I think there -- I'd like to hear

18   later today a response on that, after someone's looked at it.

19        MR. SULLIVAN:  And, Your Honor, you know, I've been

20   asking for information and documents --

21        THE COURT:  I understand you've --

22        MR. SULLIVAN:  -- and they say they have none.

23        THE COURT:  -- been asking.

24        MR. SULLIVAN:  So I'm not sure how they're going to be

25   able to --

DPH HOLDINGS CORP., ET AL.

1              THE COURT:  Well --

2              MR. SULLIVAN:  -- to respond.

3              THE COURT:  -- you gave them -- you gave it to them.

4              MR. SULLIVAN:  I gave them the assumption agreement

5      with the --

6              THE COURT:  So they can look at that.

7              MR. SULLIVAN:  -- agreement.  Yes.

8              THE COURT:  Okay.  So I want to hear on that today,

9      because that's -- you can do that at lunchtime.

10             MS. HAFFEY:  Mr. Sullivan, do you have that available

11     with you today?

12             MR. SULLIVAN:  I didn't bring it with me today.

13             THE COURT:  But you sent it, right?

14             MR. SULLIVAN:  It's in the declarations, and I quoted

15     relevant --

16             THE COURT:  Right.

17             MR. SULLIVAN:  -- language.  And I e-mailed it her the

18     same day --

19             THE COURT:  Well --

20             MR. SULLIVAN:  -- she asked for it.

21             THE COURT:  -- well someone can look at it back at the

22     office, right?

23             MS. HAFFEY:  Yes.

24             THE COURT:  Okay.  All right.

25             Okay, so I think that covers point 3, which is

DPH HOLDINGS CORP., ET AL.

1    contract assumption.

2         MS. HAFFEY:  We're moving along.

3         MR. HERMAN:  Your Honor, could we have someone back at

4    the office also look at whether or not there are affidavits or

5    certificates of services on these supposed notices of

6    nonassumption?

7         THE COURT:  Well, that's fair.  Someone should be able

8    to do that, rather than waiting for -- rather than waiting till

9    tomorrow.

10        MR. HERMAN:  Thank you, Judge.

11        THE COURT:  Okay.

12        MS. HAFFEY:  Would the Court entertain a five-minute

13   break so that I can get people working on this, Your Honor?

14        THE COURT:  Yes.  That's fine.

15        MS. HAFFEY:  Thank you.

16   (Recess from 11:44 a.m. until 11:50 a.m.)

17        THE CLERK:  All rise.

18        THE COURT: Please be seated.  All right.  We're back

19   on the record in the various DPH Holdings adversary

20   proceedings.

21        MS. HAFFEY:  Judge, I have one more cleanup issue that

22   I want to bring to the Court's attention, and it relates to a

23   relation-back argument.  There are certain of the proposed

24   first amended complains where, when the complaints were

25   prepared and the information that we received from Delphi

DPH HOLDINGS CORP., ET AL.

1    Automotive Systems, whether through clerical error,

2    administrative error, frankly I don't know which -- but certain

3    of the complaints, the amounts in the complaints were doubled.

4    We talked to defendants' counsel in the situations -- we've

5    seen this has happened when it's been raised to us.  And we

6    will be reducing those at whatever direction this Court gives

7    us, either by stipulation or preparing a new exhibit.  But it's

8    very clear on most of the faces of them, which ones these are,

9    that they doubled.

10           In other situations, there are certain of transfers

11   where it's just one or two transfers that were doubled or the

12   amount changed to a certain degree.  But what we're

13   representing to the Court is that we're not going to be

14   asserting any claim against any of the defendants for any

15   amount greater than what was on the original complaint.

16           THE COURT:  Okay.

17           MS. HAFFEY:  Okay.  As to -- I'm going to get into the

18   pleading standards now, under Rule 8 and Iqbal-Twombly.  And as

19   this Court, and I think everyone in this room is all too aware,

20   to state a preference claim there are certain things that a

21   plaintiff must allege.  It's got to allege that there was a

22   transfer in interest of the debtor in the property, to or for

23   the benefit of the creditor, on account of an antecedent debt,

24   made while the debtor was insolvent, on or within ninety days

25   before filing of the bankruptcy, and that it enabled the debtor

DPH HOLDINGS CORP., ET AL.

1   to receive more than it would have, if the debtor had brought

2   its case under Chapter 7 and the transfer hadn't been made, and

3   the defendant received payment of such debt, to the extent

4   provided by the Bankruptcy Code.

5          Rule 8 of the Federal Rules of Civil Procedure

6   requires that a complaint contain a short and plain statement.

7   And relatively recently, again, as we all know, Twombly and

8   Iqbal decisions clarified that Rule 8 pleading standard to now

9   require that the complaints contain sufficient factual

10  allegations to make the asserted claims facially plausible.

11  And plausible is the key here, Your Honor.

12         Contrary to what several of the defendants have

13  asserted, the new plausibility standard under Twombly and

14  Iqbal, doesn't require that the defendant -- excuse me -- that

15  the plaintiff provide factual information in its complaint to a

16  heightened pleading level.  Rather, what Twombly and Iqbal say

17  is that it has to reach a plausibility standard, taken in

18  context with the situation and with this Court's guidance and

19  common sense, to determine whether or not the plaintiffs have

20  alleged a plausible complaint.  So it's context-specific, Your

21  Honor.

22         Notwithstanding that, the defendants are going to

23  argue to this Court differently, and they're going to rely on a

24  string of cases out of the Bankruptcy Court in North America

25  (sic), the Comerica decisions.

DPH HOLDINGS CORP., ET AL.

1          THE COURT:  North Carolina.

2          MS. HAFFEY:  Excuse me.  What did I say?

3          THE COURT:  North America.

4          MS. HAFFEY:  I'm sorry, North Carolina.  Context is

5    important.  And here the context is preference litigation.  And

6    so the appropriate plausibility inquiry must proceed in that

7    context, informed, of course, as Iqbal requires, by this

8    Court's experience and of common sense.  And this Court has a

9    lot of experience with the Delphi bankruptcy and how Delphi

10   operated.

11         To point out, as a bankruptcy court in Florida

12   recently said -- and this is the TOUSA Homes decision -- that

13   any requirement that a preference complaint provide more

14   information than the who transferred what to whom and when, is

15   to mandate pedantry and to return to those dates to gotcha

16   pleadings.  Plaintiffs are allowed to rely on discovery to

17   further enhance their case as defendants are allowed to rely on

18   discovery to support their defenses.

19         Now, Twombly and Iqbal are recent decisions, so there

20   are relatively few post-Iqbal decisions in which courts have

21   interpreted what this standard is.  And again, defendants rely

22   substantially on the Comerica bankruptcy decisions out of North

23   Carolina.  Plaintiffs, however, on the other hand, point

24   this -- well first, plaintiffs point out to this Court that the

25   Comerica decisions have never been adopted by this Court.  And

DPH HOLDINGS CORP., ET AL.

1    in fact, Comerica relies on a decision called Valley Media.

2    And Valley Media was expressly not adopted -- rejected by this

3    Court.

4         And a decision that is instructive is a recent

5    decision of the Southern District of New York; HydroGen, it was

6    April of 2010.  And in that case, while the complaint was

7    dismissed and the plaintiff was allowed to amend, the reason

8    why is the court there said that it didn't provide a single

9    relevant detail such as date, amount or type of transfer.  The

10   complaints in this case, Your Honor, do that and so much more.

11        The other standard, Your Honor, is the standard, as I

12   stated earlier, is your order of September 7, 2010, the

13   dismissal order, where this Court said that we had to set forth

14   the transferor, the transferee, any known subsequent transferee

15   against whom relief is sought, the antecedent debt, and which

16   reorganized debtor is the plaintiff.  And this Court

17   specifically said that you were not going to state whether or

18   not it had to go down to the specific invoice level, and we

19   were going to look at it in context.

20        I'm going to deal with antecedent debt, as I said

21   earlier.  Mr. Klein will be dealing with the debtor, and then,

22   Mr. Sendek will be dealing with the insolvency issue.

23        Antecedent debt has two significant components, the

24   antecedent and the debt.  And this Court defined debt in In re

25   Enron as liability for a payment, whether or not such liability

DPH HOLDINGS CORP., ET AL.

1   is reduced to judgment, liquidated, unliquidated, fixed,

2   contingent, mature, unmatured, disputed, undisputed, legal,

3   equitable, secured or unsecured.

4        The Bankruptcy Code does not define the overall term

5   "antecedent debt", except that Section 547(b)(2) requires the

6   subject debt to be owed by the debtor before the transfer was

7   made.  And as I just said, Mr. Klein will be dealing with the

8   section of "by the debtor".

9        There's no single formula as to how to plead

10   antecedent debt.  And specifically in the context of preference

11   actions, there's no specific formula.  And again, it goes back

12   to because this is a context-specific analysis.  Every business

13   has its own unique set of practices and its own unique way of

14   documenting its transactions.  So for that reason, every debtor

15   pleading a preference claim will also have its own way of

16   pleading antecedent debt.

17        In this case, Delphi Automotive Systems operated with

18   a DACOR system.  First of all --

19        THE COURT:  A what?  I'm sorry.

20        MS. HAFFEY:  A DACOR payment system.  But let me back

21   up just a moment, because I think it's important to understand

22   that DAS was -- and I know the Court is very familiar with

23   this -- was a material and automotive part supplier. In fact,

24   at the time of its filing, it was part of an affiliated group

25   of companies that was the largest automotive supplier in the

DPH HOLDINGS CORP., ET AL.

1    world.  It offered a very diverse range of products to various

2    automotive OEMs.  And because of that, its supply base was

3    extremely large, deep, and very diverse.  So it operated on an

4    automated payment system.  And I referred to it at DACOR just a

5    moment ago, and that stands for Disbursement Analysis Control

6    and On-Line Reporting system.

7        In addition, DAS's terms and conditions expressly

8    provided and told its suppliers that it was using this

9    automated system.  I believe the purchase orders often

10    referenced the DACOR system, but certainly the suppliers were

11    informed of the DACOR system.  And that is how --

12        THE COURT:  Could you just -- I mean, just for the

13    transcript, could you spell, when you're saying DACOR, what

14    you --

15        MS. HAFFEY:  Sure.  It's an acronym.  It's D-A-C-O-R.

16        THE COURT:  Okay.  And this --

17        MS. HAFFEY:  Disbursement Analysis Control and On-Line

18    Reporting.

19        THE COURT:  -- and this is for D-A-S, DAS.

20        MS. HAFFEY:  That's correct.

21        THE COURT:  Delphi Automotive Systems.  Okay.

22        MS. HAFFEY:  And DAS's use of this system is pled in

23    our proposed first amended complaints in paragraphs 16 and 17,

24    where we state that plaintiff did not accept physical invoices

25    from defendant in connection with defendants' shipments of

DPH HOLDINGS CORP., ET AL.

1    goods or provisions.

2         In effect, what happened, Your Honor, is that when the

3    supplier -- the supplier would receive a purchase order from

4    DAS.  When the supplier then was ready to perform its service,

5    whether it was producing goods, whether it was producing

6    tooling, whether it was providing services, either a shipping

7    bill, a bill of lading, something was provided to the -- to

8    DAS, and at that time, then, entered into its DACOR system that

9    it had received:  a service, tooling, goods; and a payable

10   entry was recorded.  And it's that system that shows that there

11   was an antecedent debt because it was a payable.

12        Now, in our first amended complaints -- I'll walk you

13   through paragraph by paragraph to show how we pled antecedent

14   debt.  First of all, in paragraph 13, we've alleged the

15   existence of agreements.  Secondly, in the same paragraph, DAS

16   alleges the nature of that agreement, where we say if it was a

17   purchase for goods; where we say it was a purchase for tooling;

18   where we say it was a purchase for services.  And I understand

19   a couple of defendants have said, oops, you've got it wrong; we

20   weren't goods, we were tooling.  The POs that we reference

21   attached at Exhibit 1 make it clear what it was and what the

22   nature of the agreement was.  Some of those instances, the

23   parties sometimes had both goods and tooling services provided.

24        In paragraph 15, we say what the defendant was

25   required to do.  More specifically, we allege that the creditor

DPH HOLDINGS CORP., ET AL.

1   was required to ship certain goods or certain tooling or to

2   provide services.

3        Next, then, in paragraph 18, we allege that the

4   defendant actually performed its obligation under the contract,

5   whether by shipping the goods or tooling or providing the

6   services.  And then, also in paragraph 18, we allege, after the

7   date of defendants' performance, DAS made the specific

8   payments.

9        Now, this -- what I just read you, those paragraphs,

10  those are the face of the complaints.  In support of the face

11  of the complaint, and to complement the complaint and add to

12  the complaint, the exhibits to the complaint are extremely

13  important.  And as this Court may recall -- if not I'd be happy

14  to show the Court -- what the original complaints in this

15  matter looked like.

16       The original complaints had, on the face of them, a

17  Delphi Corporation, et al. identified as the plaintiff, and

18  attached an exhibit of I think twenty-some reorganized debtors

19  but didn't identify which particular plaintiff was bringing the

20  preference action.  In multi-defendant cases it identified on

21  the case caption and in the recitals of the complaint the

22  various defendants.  But then through the face of the complaint

23  and on the exhibit, it didn't identify which of the defendants

24  received which transfer.  And then on the exhibit, all it

25  showed was an amount -- it showed an amount -- excuse me --

DPH HOLDINGS CORP., ET AL.

1   date, amount and whether it was a wire, EFT or a check.

2          We went back -- when those complaints were filed, it

3   was pre-Twombly, it's my recollection as far as the date.  But

4   they were filed understanding that they were meeting the

5   pleading standards at that time.  But after this Court ruled us

6   to go back and amend, we went back, and the exhibits now

7   attached to the complaint are far more detailed.  We have

8   included on the complaint the transferring entity down to --

9   excuse me -- the transfer entity.  We have indicated the

10  transferee.  And where there are multiple entities, we have

11  listed by transfer line item, which transferee received that

12  transfer.

13         We've provided the date for each transfer.  And then

14  where in the past complaints it was a lump sum item for days --

15  so let's say, for instance, we're talking about August 4th, and

16  there would be a lump sum of 650,000 dollars, going back and

17  looking at DACOR and the payment system, that 650,000 dollars

18  may have been a payment that when you broke it down it was for

19  a number of -- payments on a number of different invoices or

20  POs.  We broke that down by the line level so that the

21  suppliers would have that information.  We had complaints that

22  went from one-page exhibits to over 300 pages of line items.

23  That's how detailed those exhibits are.

24         And then lastly, we identified for them purchase

25  orders.  We identified what we have labeled in the column as an

DPH HOLDINGS CORP., ET AL.

1    invoice.  And maybe a more accurate description would be called

2    a process number.  When that DACOR system received the payable

3    information -- let me back up for a moment.

4         Delphi was a paperless company.  And it told its

5    suppliers not to send it invoices.  So when it got information

6    as to a shipment and that information, that payable information

7    was input into DACOR, DACOR then would designate a process

8    number.  So that's what the number is on the complaints.  It's

9    either a PO number, it's a process number, and in some

10   situations, I think it's a check number.  And then we

11   identified how the transfer was made.  It was either by an EFT,

12   which is either a wire or another type of electronic fund

13   transfer, or it was paid by check.

14        Again, a tremendous amount of information.  It took

15   DAS a tremendous amount of time to go through its system and to

16   compile all of this information.

17        So the defendants come to you today and say that's

18   still not enough.  They have the date in which the tran -- and

19   again, going back to the context of a preference action and

20   what these transfers were about, it's payment for the goods and

21   the services that their clients provided.  And it gives the

22   date in which they received the payment.  It gives the date in

23   which the amount was provided to them, down to, again, the

24   invoice or the PO level.  Because we understand, some of these

25   suppliers are large, and they had large relationships with DAS.

DPH HOLDINGS CORP., ET AL.

1    But they can look, now, down to the individual transaction that

2    they provided to our client, and which we then made a payable

3    against.

4         So any argument that these complaints, the exhibits,

5    don't provide antecedent debt, Your Honor, we think is just

6    inaccurate.  It's requiring a pleading level that is far beyond

7    what is required under even the Comerica cases.  And certainly

8    it's far more than what has been required under a large

9    majority of the circuits that have reviewed Twombly and Iqbal.

10        And I'd point this Court to the attention of C.R.

11   Stone, which is 434 B.R. 208 out of Massachusetts, where there

12   the antecedent debt that was pled was very -- frankly rather

13   vague.  It says, "By unilaterally and wrongfully holding monies

14   due to C.R. Stone we paid," and it lists certain entities, "at

15   that time".  And the Court there said that that was sufficient

16   for preference claims.

17        And In re N.M. Holdings Co. LLC -- and this is a 2009

18   decision of the Bankruptcy Court out of the Eastern District of

19   Michigan -- the court said there, naming the debtor-transferor,

20   the transferee, the form of transfer, check, and then the

21   amount, was sufficient under the Twombly-Iqbal standards.

22   Similarly In re Allou Distributors, which is a bankruptcy

23   decision out of the Eastern District of New York in 2008, had

24   the same result as the Eastern District of Michigan decision.

25        I think I've stated already that the Comerica decision

DPH HOLDINGS CORP., ET AL.

1   has not been adopted by this circuit, so we don't think it's a

2   decision that the Court should rely on.  But even if it did, we

3   have sufficiently alleged that.

4        Now, defendants I think are going to say, Your Honor,

5   they haven't pled the nature and the amount of each antecedent

6   debt.  But I think what they're forgetting -- or not -- maybe

7   forgetting is not the right word -- what they're not

8   considering is the fact that we have, again, identified on the

9   exhibits, the purchase orders and/or the process numbers that

10   were driven from the very documents that their clients supplied

11   to us when they shipped the goods.  And it is on those very

12   documents, the purchase orders or the billing shippers, which

13   that process number relates back to, that identified the very

14   nature of this agreement, whether it's a shipment of goods,

15   whether it was a provision of services.

16        And the case of -- and I may destroy the name here --

17   Meg Giafica (ph.) v. Blumenthal, which is out of the Second

18   Circuit, says that when we incorporate documents and refer to

19   documents in our complaint, it's incorporated.  So those POs

20   and those invoices are all incorporated within our complaint.

21        Now, because of the DACOR system and the way it

22   operated, and it generated a payable, that shows that the debt

23   was on account of an antecedent debt.  There would not have

24   been that payable but for the service being performed, but for

25   the goods being delivered.  So, again, by attaching the exhibit

DPH HOLDINGS CORP., ET AL.

1    in the detail that we have we have demonstrated that the nature

2    of the debt and that the debt was antecedent.

3         THE COURT:  What if the exhibit, as is the case in

4    some of these complaints, is blank in that box?  The purchase

5    order invoice number.

6         MS. HAFFEY:  I'm sorry?  I didn't hear the last part,

7    Your Honor.

8         THE COURT:  In some of these complaints, like in the

9    Applied Biosystems complaint, the antecedent debt purchase

10   order/invoice number box is blank.  What should I take away

11   from that?

12        MS. HAFFEY:  Well, I guess, two things as to that one.

13   Applied Biosystems hasn't filed an opposition, but, more

14   broadly, Your Honor, in regards to the -- there are a, and it

15   is a relatively few number but a significant number and,

16   actually, an important number, of transfers where there was a

17   blank.  And it relates back to that DACOR system that I was

18   referring to earlier.  The DACOR system is a system that's,

19   again, an automated payment processing system.  Leading up to

20   Delphi's bankruptcy there was in the news the potential

21   imminent threat of bankruptcy, and the supplier base was

22   getting nervous.  They were getting concerned.  They were

23   calling Delphi and in certain situations were demanding what

24   Delphi internally referred to "hostage payments".  And there

25   were then payments that were made to defendants that were on

DPH HOLDINGS CORP., ET AL.

1    account of the antecedent debt but that were due yet they were

2    accelerated payments, and they demanded to be paid on modified

3    payment terms.  They demanded to be paid accelerated payment

4    terms, and, generally, those were in lump sum payments.

5         Now, at the time when DAS was directed by this Court

6    to go through and to provide additional information we went

7    through our payment system and provided that information, and

8    it wasn't until a little later we started noticing that we have

9    these blanks and why.  And we started digging deep down, and

10   you couldn't pull it off of the payment system because they

11   weren't there.  These weren't payments that were made off of

12   the DACOR system.  So we did a deeper dive into the records,

13   and what've we discovered, Your Honor, are these are the exact

14   payments that the statute is designed to protect the estate to

15   avoid.  These are the payments that are out of ordinary course

16   and that the supplier base was demanding that Delphi provide to

17   them.

18        Now, the question is but does that show me antecedent

19   debt.

20        THE COURT:  No, my question is is that in the

21   complaint?  I don't think so.  What you just told me isn't in

22   any of the complaints, is it?

23        MS. HAFFEY:  Well, actually, I think it is.

24        THE COURT:  It is?

25        MS. HAFFEY:  And where it is, it's on the exhibit.

DPH HOLDINGS CORP., ET AL.

1          THE COURT:  Okay.

2          MS. HAFFEY:  Because if you look back at the exhibit

3    what you see there is you see a payment on the day, on the

4    amount -- excuse me.  To the transferee on the day and on the

5    amount that their client specifically negotiated to receive

6    these payments.  So, again, we're going back to a plausibility

7    standard in which it --

8          THE COURT:  But you're relying, I guess, on -- I mean,

9    it could be a payment in advance or a COD.

10          MS. HAFFEY:  We're --

11          THE COURT:  You're relying on the -- just on the

12    relationship, right, that they - -

13          MS. HAFFEY:  We're relying on the relationship.

14          THE COURT:  That they had a supplier relationship or a

15    service or service relationship.

16          MS. HAFFEY:  And I'll give you an example, Your Honor.

17    Methode has an argument and claims, and I believe Mr. Jacob may

18    be here today and may be speaking to the Court, but Methode

19    Electronics makes an argument that they received this payment

20    and it's not on account of antecedent debt.  And our records

21    show that it has a statement on the -- Delphi ended up doing a

22    paper document that we've, again, since, in this deeper dive

23    discovered that has on it that it's an expedited payment, and

24    to the tune of three million dollars on October 6th on the cusp

25    of bankruptcy.

DPH HOLDINGS CORP., ET AL.

1           Now, there's a legitimate dispute between the entities

2     as to whether or not that was -- they claim it was on account

3     of -- not on account of antecedent debt, and we argue that it

4     was, because it says it has an expedited payment.  Again, this

5     is a plausibility standard, and by having the date --

6           THE COURT:  Well, is it just plausibility?  I mean,

7     Twombly says you're not supposed to just plead the statute, and

8     Iqbal reiterated that you -- I, rather, must identify the

9     allegations that are not entitled to the assumption of truth

10    because they are legal conclusions, not factual allegations.

11          MS. HAFFEY:  And not just --

12          THE COURT:  So if you're just pleading antecedent debt

13    alone, without what you just told me, for example, or,

14    alternatively, an invoice, isn't it just pleading the statute?

15          MS. HAFFEY:  No, because it's not formulatic (sic)

16    pleading in the sense that we had provided the suppliers with

17    the date and the transfer and the amount as to what the payment

18    was.

19          THE COURT:  But not whether it's antecedent.  Isn't

20    that one of the statutory elements?

21          MS. HAFFEY:  Well, again, on the face of the

22    complaint, though, we do state that these were all made for the

23    payment of goods or services, and then the Exhibit 1 supports

24    that.  So --

25          THE COURT:  So you're -- but I think that goes back to

DPH HOLDINGS CORP., ET AL.

1   my question.  Your point about where the exhibit has a blank as

2   opposed to an invoice, what's in the complaint to support the

3   fact that it's antecedent debt is the paragraph in the

4   complaint that says that the defendant supplied goods or

5   services.

6         MS. HAFFEY:  And that the goods -- and that it was

7   paid on account of the performance of those goods and services.

8         THE COURT:  Okay.

9         MS. HAFFEY:  And I would like to, again, point back to

10   this Court that --

11         THE COURT:  All right.  Well, why don't we look at the

12   Methode one just to see if that --

13         MS. HAFFEY:  Well, Methode doesn't have a blank, so

14   maybe it's not the greatest example --

15         THE COURT:  Oh, okay.

16         MS. HAFFEY: -- for you.

17         THE COURT:  All right.  Well -- all right.  Then we

18   can -- I'm sorry.  I got you up when I didn't need to.

19         UNIDENTIFIED SPEAKER:  Okay.

20         THE COURT:  All right.

21         MS. HAFFEY:  Generally, Your Honor, there is --

22         THE COURT:  I mean, your point on Methode is that --

23         MS. HAFFEY:  My point on Methode --

24         THE COURT:  There's just a dispute between you and

25   them on whether it's antecedent or not, but that you said it's

DPH HOLDINGS CORP., ET AL.

1    antecedent and that's enough for --

2         MS. HAFFEY:  And --

3         THE COURT: -- Rule 8.

4         MS. HAFFEY:  And the underlying documents, which are

5    on the date, the amount of, and to the transfer show that there

6    was a payment made on that day and the underlying documents,

7    our underlying document says that it was an expedited payment.

8         Now, as to others, what is a typical scenario, Your

9    Honor, is typically on October 4th, October 6th or October 7th

10   tended to be the dates these payments were made to the

11   defendant, and they are, again, those very payments, and this

12   is where we ask the Court to use its common sense here, we're

13   leading up to bankruptcy.  The bankruptcy filing was on October

14   8th.  And you have inordinate payments here, in some amounts,

15   that you didn't have before when looking at the rest of the

16   transactions, and we provided the date and who the payment went

17   to, and it is the suppliers.  I mean, if any -- if there was

18   any transfer on the exhibits that the supplier base is most

19   aware of and understand that it's an antecedent debt it's

20   particularly these transfers.

21        THE COURT:  Okay.

22        At the very least, Your Honor, the stage we're at

23   right now, we are at the stage of seeking leave for a first

24   amendment.  And the pleading standards here are very liberal,

25   and this Court can allow DAS to go back as to those one line

DPH HOLDINGS CORP., ET AL.

1   items now that we have -- because we have found for these, and

2   I can show you examples of them, the payment deviation forms

3   that show -- that record that these are no net seven day

4   payments.  These are an expedited payment to pay for these past

5   two invoices.  Some of them have settlement agreements

6   demanding payment.  We can go back and fill in that column, and

7   the standard here is only if it would be futile to allow us to

8   do so.  And it would not be futile to allow us to do so.

9           THE COURT:  This is where there's a blank on the --

10          MS. HAFFEY:  That's correct.

11          THE COURT: -- schedule?  Okay.  Okay.

12          MS. HAFFEY:  I don't know if you would like to

13   entertain --

14          THE COURT:  Why don't I -- so that this is -- you're

15   done on the antecedent debt point --

16          MS. HAFFEY:  Yes.

17          THE COURT: -- subject to rebuttal, of course.  Okay.

18   So why don't I hear from the objectors on this point?

19          MR. BOWLES:  Your Honor, Chip Bowles, Greenebaum Doll

20   & McDonald, for DSSI.  As we talked earlier, there were certain

21   people who were selected.  I am one of the people selected on

22   lead defendant to address the entire issue of antecedent debt.

23   I can go through that generally or I can answer Your Honor's

24   last client, because my client is one that does, in fact, have

25   not only blanks but the debtors' admission that they had no

DPH HOLDINGS CORP., ET AL.

1    documents at the time you required them to file the amended

2    complaint that would support that there was any antecedent

3    debt.

4           THE COURT:  Well, let's go to the blanks point first.

5    I --

6           MR. BOWLES:  I you want, Your Honor, I have a copy of

7    their proposed amended complaint.

8           THE COURT:  No, I have it right here.

9           MR. BOWLES:  Okay.

10          THE COURT:  And I'm looking at the Exhibit 1.

11          MR. BOWLES:  If you look at Exhibit 1 for Delphi it

12   has a transfer recipient, contracted entities, obligor

13   entities, transfer date, transfer amounts, transfer time.  Not

14   a single statement about antecedent debt.

15          THE COURT:  Well, they have a column that says

16   "Antecedent Debt:  Purchase Order/Invoice Number".

17          MR. BOWLES:  In the Delphi?  In DSSI?  This would be

18   07-02236.

19          THE COURT:  Oh, no.  I'm looking -- I'm sorry.  I am

20   looking at --

21          MR. BOWLES:  If I might approach?  This might be

22   easier, Your Honor.

23          THE COURT:  This is not DAS v. Methode Electronics?

24          MR. BOWLES:  No.

25          THE COURT:  All right.

DPH HOLDINGS CORP., ET AL.

 1          MR. BOWLES:  This is DSSI.

 2          THE COURT:  All right.  All right.  You have either --

 3     give me that one.

 4          MR. BOWLES:  Here.

 5          THE COURT:  Oh, okay.  So this is not Methode.

 6          MR. BOWLES:  No, no, no, no.

 7          THE COURT:  All right.  All right.  Fine.

 8          MR. BOWLES:  You were asking for one.  I just happened

 9     to be the person who was going to do it and happened to have

10     one that is.

11          THE COURT:  Okay.  Very well.  Yes, this exhibit,

12     right, does not have --

13          MR. BOWLES:  Right.

14          THE COURT:  -- invoice --

15          MR. BOWLES:  And if Your Honor will --

16          THE COURT:  -- or PO numbers.

17          MR. BOWLES:  -- will turn to, I believe it is paragraph

18     18 of their complaint, which has their statement about

19     antecedent debt.  If you'll note in that paragraph they admit

20     that they have no evidence of antecedent debt.  Their entire

21     pleading -- I'm not sure of the exact paragraph number,

22     because, unfortunately, it's my only copy, they say on

23     information and belief the documents that may prove antecedent

24     debt are in the defendants' possession.

25          Your Honor, one important thing that I think Ms.

DPH HOLDINGS CORP., ET AL.

1    Haffey has been overlooking is the important date of when these

2    allegations and arguments may, as Your Honor has so rightly

3    noted, was when they filed either their proposed amended

4    complaint under this Court's orders or, perhaps, even their

5    response.  They did neither.  So I think, Your Honor, as a

6    matter of law under Iqbal and Twombly and your orders, if there

7    are blanks or, as we were going to argue earlier, functional

8    blanks that do not show antecedent debt but just have a string

9    of numbers that are not debt obligations I think that's the end

10   of their case.

11          THE COURT:  Well, I'm sorry.  Let's just take on this

12   point first.

13          MR. BOWLES:  That's fine.

14          THE COURT:  This, and I apologize for taking your

15   copy.  It wasn't paragraph 13.  It was paragraph 23.  And it

16   says "Plaintiff made or caused to be made each transfer".

17   We're still on Exhibit 1.  And it does list the transfers.  And

18   then it simply says "for or on account of antecedent debt".  I

19   don't see any, Ms. Haffey, I don't see anything in this

20   particular complaint, other than paragraph 14, which says that

21   "DTI", which is not a plaintiff here, "and plaintiff entered

22   into certain service agreements with defendants for the

23   performance of various services.  And plaintiff assumed or

24   otherwise became obligated for all payment obligations

25   thereunder".  That's the paragraph that sets up a relationship,

DPH HOLDINGS CORP., ET AL.

1   a service agreement, but then it just says that the transfers

2   were on account of antecedent debt, which seems to me at least

3   verging on making a conclusory allegation by just repeating the

4   statute.

5         MR. BOWLES:  Yes, Your Honor.  And one small thing in

6   mind.  Ms. Haffey has been saying but, Your Honor, we should

7   get another bite of the apple.  That's more of a general

8   argument.  But one thing she keeps talking about is discovery

9   can cure this.

10        THE COURT:  No, it can't.

11        MR. BOWLES:  Right.  The Twombly case very clearly

12  says --

13        THE COURT:  You have to get -- I mean, that's the

14  whole reason for Twombly and Iqbal is to avoid discovery --

15        MR. BOWLES:  Right.

16        THE COURT: -- where there's nothing on its face other

17  than a conclusory allegation --

18        MR. BOWLES:  Right.

19        THE COURT: -- ala Twombly or an implausible allegation

20  ala Iqbal.

21        MR. BOWLES:  Right.  And if there's any argument she's

22  going to make, as it said, it wasn't made by them in the

23  pleadings this Court required, so I don't think it has any

24  relevance at all what they may or may not, could or could not

25  have discovered.  They would just file by the day, I believe it

DPH HOLDINGS CORP., ET AL.

1    was September 7th, the proposed amended complaints.  If they

2    did that by then, whatever they alleged in there is before this

3    Court.  Anything they found subsequent, Your Honor, which they

4    haven't brought to this Court's attention until very recently

5    or this day, I think, is pretty much irrelevant.  But in our

6    case, as Your Honor said, we don't think there's any showing of

7    antecedent debt or, for that matter, even that these were

8    payments on debt.  And they also admit they have absolutely no

9    documents that would ever show that, so --

10              THE COURT:  Okay.  So what's the response on that all?

11              MS. HAFFEY:  Yes.  Thank you, Your Honor.  First I'd

12   like to say that this particular complaint with the paragraph

13   that was cited to you by counsel is a one of a kind and unique

14   complaint.  You won't see that language anywhere else and --

15              THE COURT:  Right.

16              MS. HAFFEY: -- my response to that is, Your Honor, and

17   I go back to the futility argument.  What I was saying earlier

18   was not that we should be allowed to do discovery.  It's clear

19   that under Twombly/Iqbal we have to state a claim that is

20   plausible on its face.  It's also clear, though, that this

21   Court has the ability, if it thinks that the complaint on its

22   face right now does not meet a standard, we have an amended --

23   this Court can allow us an opportunity to rectify, fix,

24   provided additional information --

25              THE COURT:  All right.  But that's a discretionary

DPH HOLDINGS CORP., ET AL.

1    issue.

2         MS. HAFFEY:  It is a --

3         THE COURT:  But I first need to decide whether this

4    complies with Twombly and Iqbal, and, again, I view Twombly and

5    then as reinforced by Iqbal as saying more than plausible on

6    its face.  I think it's also saying that, you know, again, as

7    Iqbal says, before you get to plausibility you've got to decide

8    which allegations are not entitled to the assumption of truth

9    because they're legal conclusions not factual allegations.  And

10   I'm having a hard time seeing why this isn't a legal conclusion

11   as opposed to a factual allegation.

12        MS. HAFFEY:  And, again, I go back to, Your Honor, the

13   factual allegation is when you look at the date and you look at

14   the transfer amount and the transfer it went to, those were on

15   account of antecedent debt.  I mean, they were transfers for

16   payables.

17        THE COURT:  But, see, that -- I mean, you're basically

18   saying that the date indicates that the -- because it was right

19   around the time when Delphi was at its most susceptible to

20   pressure that I should assume that it was on account of

21   antecedent debt as opposed to simply succumbing to pressure.

22   It could have been a deposit.  It could have been COD.

23        THE COURT:  And I'm relying on those decisions that I

24   referred to earlier, Your Honor, in where they found that the

25   date, the amount, the transferor and the transferee was

DPH HOLDINGS CORP., ET AL.

1    sufficient under the Twombly/Iqbal standards --

2             THE COURT:  But isn't that --

3             MS. HAFFEY:  -- which is what we had there.

4             THE COURT:   At least the last case that you cited,

5    wasn't that a case where it wasn't an ongoing contractual

6    relationship.  It was a case where they -- the facts themselves

7    were pled, as opposed to just that they were supply

8    relationships.

9             MS. HAFFEY:  Well, the facts here are pled as well,

10   too, Your Honor.

11            THE COURT:  But it's a debt -- I mean, the facts to

12   establish that it was an antecedent debt as opposed to just the

13   fact that --

14            MS. HAFFEY:  I mean, again, the facts here --

15            THE COURT: -- they were in business together.

16            MS. HAFFEY:  Well, but there's more --

17            THE COURT:  I mean, it was that they were holding

18   money and they needed to pay the money to get release of

19   something else.  I mean, that was the -- it seemed to be

20   specifically alleged in that case.

21            MS. HAFFEY:  And the facts here show more.  They do

22   show more.  They show that they provided services.  We've got a

23   column on this one that shows what a contracting entity was

24   here.  And I do want to go back, Your Honor, so that the Court

25   understands if it would have obliged DAS in situations -- if

DPH HOLDINGS CORP., ET AL.

1    the Court would allow as to these blanks to allow DAS to

2    provide additional information.  Counsel just said that and we

3    don't have any information.  And that's not true, and he knows

4    that's not true.  I have provided him with the very specific

5    deviation wire transfer forms that show where the transfers

6    went to with this client, and where it says that, and I'll

7    quote, it says "Payment of payables under payment term

8    deviation requests", so --

9         THE COURT:  All right.  But I don't want to get into

10   an additional whether I should order today that you -- that the

11   debtors have no more opportunity to amend.  That includes a lot

12   of other factors besides just this one issue on antecedent

13   debt.  So I appreciate that you're responding to something that

14   counsel raised so you're feeling you have to respond.  I don't

15   really want to --

16        MS. HAFFEY:  Well --

17        THE COURT:  -- get into that issue at this point.  I'm

18   really just focusing on the face of this proposed amended

19   complaint.

20        MS. HAFFEY:  And I know I'm beating a bush here, but

21   going back to the date and the amount and looking at -- and not

22   relying on the payment deviation form, but what the date and

23   the amount does, it shows to the supplier that this was on the

24   amount of antecedent debt.  Because when they have that

25   transfer, and they have the date, and they have the amount of

DPH HOLDINGS CORP., ET AL.

1   it, and they know who it came from and who it went to, using

2   that information they know it's on account of an antecedent

3   debt.  And I --

4          THE COURT:  Well, they may not.  They may say it's

5   not --

6          MS. HAFFEY:  And --

7          THE COURT:  -- in which case you force them to answer

8   when the complaint is, kind of, taking a guess.

9          MS. HAFFEY:  But the --

10         THE COURT:  Right?  I mean, you don't really know.

11         MS. HAFFEY:  Well --

12         THE COURT:  On the face of the complaint you don't

13   know.

14         MS. HAFFEY:  Except that --

15         THE COURT:  And, so, you're putting to them -- to the

16   task of having to prove something, and, you know, basically

17   just crossing your fingers that they'll -- they won't.  And I

18   think that's what Twombly and Iqbal were designed not to do.

19         MS. HAFFEY:  Except in, and, again, DSSI is a

20   unique --

21         THE COURT:  I understand that.

22         MS. HAFFEY:  -- situation on its own.

23         THE COURT:  Right.

24         MS. HAFFEY:  If you look at the other complaints where

25   you have --

DPH HOLDINGS CORP., ET AL.

1        THE COURT:  Well, I think we should move to the other

2    complaints.

3        MS. HAFFEY:  Okay.

4        THE COURT:  Because I think we are, I mean, I

5    appreciate -- I'm not faulting you for it, but I think we are

6    getting to the point where we're repeating ourselves on this

7    one.  But, so then there was, I think -- can we deal with the

8    actual Methode complaint?  I mean, all of them that -- all the

9    transfers are listed there.  The POs are listed on the exhibit.

10   So I'm not sure what the argument on an antecedent debt is

11   where there isn't all the -- all the transfers are listed.  Is

12   there an argument there that the complaint doesn't --

13       MS. HAFFEY:  But we don't think that --

14       THE COURT:  No, I'm talking to the objectors.

15       MS. HAFFEY:  Okay.

16       THE COURT:  Is anyone arguing the point that where the

17   exhibit lists a purchase order/invoice number in the antecedent

18   debt column that the debtors, nevertheless, have not shown an

19   antecedent -- or not sufficiently pled payment of an antecedent

20   debt?

21       MR. SULLIVAN:  Your Honor, counsel for Timken.  I

22   would make that argument, because in one of the declarations

23   that my clients have been in connection with its opposition

24   indicated that the invoice number -- where it references an

25   invoice number those invoice numbers bear no resemblance to any

DPH HOLDINGS CORP., ET AL.

1    invoice number that Timken ever would have issued, and couple

2    that with the complaint which says that Delphi didn't accept

3    invoice numbers, you know --

4           THE COURT:  Well, but that just means it's a purchase

5    order number, then, instead.

6           MR. SULLIVAN:  No, no, no.  It says it's an invoice

7    number.

8           THE COURT:  No, it says purchase order/invoice number.

9           MR. SULLIVAN:  On the exhibit that was attached to the

10   complaint of Timken it --

11          THE COURT:  All right.  Well, let me --

12          MR. SULLIVAN:  -- specified whether it was an invoice

13   number or a PO number.

14          THE COURT:  I'm sorry.  Let me get to Timken here.

15          MR. SULLIVAN:  Sure.

16          THE COURT:  Okay.

17          UNIDENTIFIED SPEAKER:  And what I'd want to --

18          THE COURT:  Well, I mean, Timken says --

19          MR. SULLIVAN:  If you look at the --

20          THE COURT:  -- that --

21          MR. SULLIVAN:  -- second to last column it says

22   purchase order or invoice number, and it says invoice, and then

23   later on some of them say PO.

24          THE COURT:  Okay.

25          MR. SULLIVAN:  So it either identifies invoice or PO.

DPH HOLDINGS CORP., ET AL.

1          THE COURT:  All right.  But -- all right.  So let's

2    stick with this point, though.  At this point, you know,

3    subject to Rule 11, they are referring to a fact that they

4    have.  You may disagree with that fact, and on summary judgment

5    you may win on that, but I don't see why that should throw out

6    the complaint.

7          MR. SULLIVAN:  Your Honor, counsel made a statement

8    today that these complaints incorporated these invoices and POs

9    by reference.  They will not be able to produce an invoice that

10   says this.  In fact, I had a conversation with Ms. Haffey, and

11   there's been numerous e-mails back and forth which are

12   documented in the declaration that I submitted with this

13   Court --

14          THE COURT:  But --

15          MR. SULLIVAN:  -- in which he says she doesn't have any

16   invoices or POs that she can produce to me, because I asked for

17   them.

18          THE COURT:  But we're just dealing -- look.  We're

19   just dealing with the issue of whether, under Rule 8, they

20   properly pled antecedent debt.  I think you're going beyond

21   that at this point.

22          MR. SULLIVAN:  I guess it really goes to a futility

23   argument under Rule 15, Your Honor.

24          THE COURT:  Exactly.  So why don't we, I mean, I just

25   want to, I mean, they structure it this way so we can do this

DPH HOLDINGS CORP., ET AL.

1    piecemeal.

2           MR. SULLIVAN:  Oh, okay.  I apologize.  I didn't mean

3    to jump ahead.

4           THE COURT:  That's all right.  That's okay.  I did

5    ask, sort of, does everyone have any point on this.  Yes?

6           MR. BOWLES:  Your Honor, on the general argument on

7    antecedent debt that --

8           THE COURT:  Maybe you need to pull a little closer to

9    a microphone.

10          MR. BOWLES:  Oh.  On the general argument on

11   antecedent debt, Your Honor, that the defense group has done,

12   yes, we have an argument that basically as pled -- it takes a

13   while to do it, and I don't want to jump out of order, but if

14   you want to -- basically, the numbers that they've put in those

15   columns really do not prove it, because coming down here, and I

16   can go to that, there are actually -- pardon me.  There are

17   actually three elements to preferences.  One, was the transfer

18   for the payment of a debt.  Not for anything else.  Courts work

19   2L18L41 >>on.  Two, was it owed by the plaintiff?  In this

20   particular case, Your Honor, those are other issues.  And,

21   three, was it incurred before the transfer the debtor seeks to

22   be made.  In this particular case, Your Honor, going to the

23   numbers issue that we have, which is, basically --

24          THE COURT:  I'm sorry.  Are we back on Methode's

25   complaint?

DPH HOLDINGS CORP., ET AL.

1          MR. BOWLES:  No, no, no, no.  Not any specific

2     complaint.

3          THE COURT:  Okay.  Fine.

4          MR. BOWLES:  This is on the general one.

5          THE COURT:  All right.

6          MR. BOWLES:  This is generally.  Because in this

7     particular case what we were talking about -- and, I'm sorry,

8     I'm having to get out of here, so I just have to find it.

9     Basically, in this particular case when you incorporate the

10    documents by reference that is, in fact, the correct law if you

11    reference that in the document that is incorporated.  However,

12    Your Honor, it's not the allegation that's made on the document

13    is, in fact, what the actual document says.  Both this Court,

14    and I'm more familiar with the Seventh Circuit in Northern Gun

15    Outdoor Shows v. City of South Bend who said where an

16    instrument is incorporated into a pleading it, basically,

17    anything that's in that will trump any allegation.  So unless

18    the documents which were referred to by various numbers

19    specifically show that DAS is obligated to a defendant that's

20    all they can do.  If they don't show that then the allegation

21    is basically rendered a nullity.  In other words, Your Honor,

22    they can say gee, these documents are evidence of it, but if

23    the documents themselves, since they're incorporated in the

24    pleadings you can look at those.  Although this isn't a

25    12(b)(6) standard, when you're looking at these for both

DPH HOLDINGS CORP., ET AL.

1    futility under Rule 8 they, in fact, have to show them and look

2    at them.    If they don't have them, Your Honor, then that

3    allegation is as if they had never even referred to them,

4    because you do have the right to review those, because once you

5    incorporate them by reference they, in fact, you have the right

6    to look and see what they say.

7            Further, Your Honor --

8            THE COURT:  Well, does anyone say what they say?

9            MR. BOWLES:  Well -

10           MR. SULLIVAN:  Well, they don't exist, Your Honor.

11   They're just made up numbers.    There are no such invoices.

12   That's the problem.

13           MS. HAFFEY:  Your Honor, may I respond to that?

14           THE COURT:  No, but has anyone looked at the purchase

15   order information?  No one is disputing this, right, at this

16   point?

17           MR. SULLIVAN:  Your Honor, I mean, from Timken's

18   perspective.  I have to apologize.  We keep interrupting, but I

19   submitted a declaration that says we don't recognize any of

20   those POs or invoice numbers.  We asked, pursuant to Your

21   Honor's direction, for copies of all these things.  Mr. Haffey

22   says she or her client do not have them, and she would not be

23   able to provide them.  That's what I was told.

24           MS. HAFFEY:  I have two responses to that, Your Honor.

25           THE COURT:  Okay.

DPH HOLDINGS CORP., ET AL.

1        MS. HAFFEY:  And maybe one I'll -- well.  As I said

2    earlier Delphi was a paperless company.  It expressly told its

3    suppliers do not send us an invoice.  So when it got the bill

4    of lading, the shipper -- sometimes they send invoices --

5    whatever piece of document that they sent to the receiving

6    entity, the person there in the receiving department then

7    entered into that DACOR system that we received goods or

8    services were provided, we got the tooling.  And that system,

9    then, entered into a processing number, invoice number that

10   Delphi assigned to it.  It's not their invoices, and their

11   clients will tell them, they were expressly told by Delphi,

12   don't send us invoices.  That was how Delphi operated, which is

13   very common in the automotive industry to be paperless.  So

14   what that documents is, Your Honor, it's a reference to the

15   shipment or to the service performance of goods that got put

16   into the payable system that would then generate a payment.

17   So --

18        THE COURT:  Well, I'm assuming since you came up with

19   specific numbers that, for example, if a defendant asked for

20   evidence of -- I'll just take the first item on the Timken

21   exhibit, S3S30957, there'd be some screen that would pop up

22   that would print out that would show a date that says that

23   number on it, right?

24        MS. HAFFEY:  And I'd have to -- I assume that to be

25   true, because this is the date that my client gave me this

DPH HOLDINGS CORP., ET AL.

1   information to generate that exhibit.  So yes, taking a screen

2   shot is something I have to believe is entirely possible.  But

3   because it was a paperless entity, and again, very, very

4   common, is it going to be able to go through an old file drawer

5   and pull out that bill or that shipper?  No, I mean, it's set

6   up, this system, so that it didn't have to retain all of those

7   documents and those papers.

8       THE COURT:  All right, so I'm trying to follow; what

9   is the argument about why that's not sufficient to show that

10   this was in respect of --

11       MS. HAFFEY:  I don't know.

12       MR. BOWLES:  Basically, Your Honor, it comes down to

13   this, what they --

14       THE COURT:  You'd better move a little closer to the

15   microphone.

16       MR. BOWLES:  I'm sorry, I'll move closer.

17       And it can come from if you have Delphi's omnibus

18   response, specifically Mr. Unrue's affidavit, page 3 -- he

19   basically describes what these numbers were.  And he described

20   it more of the receiving department would get a shipment under

21   either a bill lading or shipping manifest numbers -- they were

22   called shipping numbers.  I'm not going to read a long quote

23   into the record other than noted page 3; he basically says that

24   there were a large number of ones -- and they pick various

25   numbers -- some of the receiving department may have shipper

DPH HOLDINGS CORP., ET AL.

1   numbers to catalog shipments.  Those are just basically

2   warehouse entries, Your Honor; to say there's that many goods

3   in the warehouse.

4        You have on other occasions, they may have used

5   purchase order numbers to catalog shipments.  Mr. Unrue

6   basically says they put in a number because -- as he said in

7   the last one -- these varying practices were reflected in

8   DACOR's system, because the system only allowed the entry of a

9   single number; in other words, DACOR needed a number whenever

10  you did something on.

11       Secondly, Your Honor, what you described here, goes to

12  the fact that these aren't evidences of antecedent debt for

13  this reason.  If you look in each of the complaints and in

14  their omnibus response, they don't say DACOR was set up, and

15  DACOR approved every antecedent debt.  What they said was, is

16  these numbers -- whatever they define them as -- would show an

17  antecedent debt.  Your Honor, I -- I don't have any numbers, so

18  I don't know about this, but, basically as long as you have a

19  number -- and I think there are numerous people that have

20  disputed that those numbers have any meaning to show antecedent

21  debt -- unless they can show the underlying whatever the number

22  was, they basically cannot stand on the fact of this number,

23  does it?

24       I mean, they can say it's incorporated, and that's

25  true, but there are people who have done that; not my client,

DPH HOLDINGS CORP., ET AL.

1    because we have absolute no numbers, but as a general rule that

2    doesn't do it, and I think it's by their own person's affidavit

3    that simply says how strange it was, because they used a

4    variety of things for these "numbers", not just simply

5    invoices, shipping, or anything else, but things that were more

6    inventory and the like.

7        So, I don't think -- given what you have in Twombly

8    and Iqbal, they haven't pledged specifically enough to pass

9    that, even if they have numbers; my case is different, but

10    that's the general argument.

11        MR. NAYAK:  Your Honor, this is Mahesh Nayak speaking

12    for Detroit Products, International; I just want to add one

13    other point to what Mr. Bowles said, in that the schedule

14    attached to our complaint, the one against Detroit Products,

15    International, identifies -- I guess what I'll call these D

16    numbers -- which we're having trouble deciphering what they

17    are.

18        THE COURT:  Is Detroit Products, International a

19    successor to something?  I have a list of the --

20        UNIDENTIFIED SPEAKER:  Doshi.

21        MR. NAYAK:  Doshi Prettl International --

22        THE COURT:  Doshi -- oh, fine.

23        MR. NAYAK:  -- thank you, Your Honor.

24        But in any case, the fine point I wanted to add, is

25    that both within the body of the complaint and on the

DPH HOLDINGS CORP., ET AL.

1    attachment, Delph -- DAS reflects that these D numbers are

2    invoices, purchase orders, or bills of lading.  And I think

3    they just told you today -- or what I'm hearing -- is that

4    they're none of the above.  In my complaint, they very

5    specifically identify these D numbers as purchase orders; they

6    are not purchase orders -- that's what I'm hearing DAS say

7    today.

8         THE COURT:  Well, we -- their complaint says

9    otherwise.  I don't know, I mean as far as the facial validity

10   of the complaint is concerned, I'm just going on about what's

11   in it, which says this is our rec -- you know, it says -- well,

12   I'm going back to Timken, I'll turn to yours in a second -- but

13   plaintiff -- the documents evidencing the antecedent debt

14   include the purchase orders and/or invoices/bills of lading

15   identified on our Exhibit 1.

16        Which purchase orders and/or invoices include evidence

17   of the amount of the antecedent debt, and the approximate dates

18   the subject goods contemplated by the agreements were

19   ordered -- for order.  So -- I mean that sets up an antecedent

20   debt relationship.  It may turn out not to be the case, but as

21   far as the validity of the complaint is concerned I don't see

22   why it doesn't meet Rule 8.

23        MR. NAYAK:  The point that I'm struggling with, Your

24   Honor, is they have very specifically identified these as

25   purchase orders, invoices or bills of lading.

DPH HOLDINGS CORP., ET AL.

1           THE COURT:  I understand.

2           MR. NAYAK:  And today I'm hearing that they're saying

3      that they're none of the above.

4           THE COURT:  Well --

5           MR. NAYAK:  These D numbers don't let us know, for

6      example, when parts were shipped; they're not purchase orders,

7      they're not invoices, they're not --

8           THE COURT:  I don't know; I don't know that.

9      That's -- to me, that's a summary judgment type of issue, or a

10     trial issue, as opposed to a pleading issue.

11          MR. NAYAK:  Presumably --

12          THE COURT:  If they had put in their complaint that we

13     have an entry of some sort of transaction, we don't know what,

14     but some sort of transaction, then I would understand your

15     point.  But that's not what they say.

16          MR. NAYAK:  And Your Honor, I'm sorry, I'm hearing

17     what you're saying, I just -- the disconnect for me is that

18     they told the Court that the antecedent debt is one thing in

19     their complaint and in their schedule, and today they're saying

20     it's another.

21          THE COURT:  Well --

22          MR. NAYAK:  That it is none of the above.

23          THE COURT:  I think that may be what you all are

24     saying, as opposed to them.

25          MS. HAFFEY:  Yes.

DPH HOLDINGS CORP., ET AL.

1          MR. NAYAK:  I heard today that a D number is a

2   computer entry that reflects neither a invoice, a purchase

3   order --

4          THE COURT:  Debit -- she didn't --

5          MR. NAYAK:  -- or a bill of lading.

6          THE COURT:  -- she didn't use the phrase "D number".

7          MR. NAYAK:  Well --

8          THE COURT:  The first time I heard the phrase "D

9   number" was when you spoke.

10          MR. NAYAK:  It's the number listed under their

11   antecedent debt column, for which many of us is a D number; for

12   others I think is a number which is preceded with some other

13   letter.  I don't know if D corresponds to decor or what, but --

14   unless Ms. Haffey can clarify for me today, I don't know -- and

15   she hasn't told me one way or the other, but my understanding

16   is that there are no purchase orders or invoices or bills of

17   lading bearing a D and a sequence of numbers.  Is that

18   incorrect?

19          MS. HAFFEY:  I'm certainly not in a position today,

20   Your Honor, to make that statement for as large as DAS was and

21   the many suppliers that it has, it --

22          MR. NAYAK:  But Your Honor, they have -- under the

23   standards that are imposed on them in connection with this

24   motion for leave to amend, alleged that these D numbers are

25   indeed invoices, purchase orders or bills of lading; and today

DPH HOLDINGS CORP., ET AL.

1    they're telling us that they're not in a position to say

2    whether they're any of the above.

3            THE COURT:  Let me turn to your complaint.

4            MR. THOMAN:  Your Honor, this is Jim Thoman, for

5    Unifrax, could -- I'm just wondering is Ms. Haffey could speak

6    a little closer to the microphone, I'm having trouble hearing

7    her?

8            THE COURT:  John, why don't you add line 1 of the

9    complaints?

10            MS. HAFFEY:  I would be happy to.

11            THE COURT:  John?

12            MR. THOMAN:  And I have one comment to make when

13    you're ready.

14            THE COURT:  Wait, maybe it's -- I'm sorry, it's right

15    here, I got it.

16            MS. HAFFEY:  Your Honor?

17            THE COURT:  No, let me just --

18            MR. NAYAK:  Your Honor, if I could guide you, if

19    you're looking at our complaint, to paragraph 22, where it said

20    "plaintiff made, or cause to be made, each transfer listed on

21    Exhibit 1, for or" --

22            THE COURT:  Right, I -- that's what I -- it's the same

23    language from the Temkin complaint that I just read.

24            MR. NAYAK:  Oh, thank you.

25            THE COURT:  So, all right.  And they say it evidences

DPH HOLDINGS CORP., ET AL.

1    the amount of the debt, so you could look at it.  You're saying

2    they've acknowledged it doesn't, right?

3            MR. NAYAK:  I'm sorry --

4            THE COURT:  Is there -- you say it doesn't evidence

5    antecedent debt?

6            MR. NAYAK:  That is correct.

7            THE COURT:  All right, and what's that based upon?

8            MR. NAYAK:  It's based on the fact that their claim of

9    what is antecedent debt -- which are these -- they identify the

10   antecedent debt as these D numbers.  And they identify in their

11   complaint that the D numbers are invoices, purchase orders or

12   bills of lading.  They've got to identify for us -- under

13   Twombly and Iqbal, an applicable law -- what the nature of the

14   transfers where, what the transfers were for; these D numbers

15   are neither invoices, purchase orders or bills of lading.

16   They're computer-generated screen shots, they don't show when

17   ship -- pardon me -- when good were shipped.

18           THE COURT:  Well you -- you don't know.

19           MR. NAYAK:  Neither do they, Your Honor; I don't know,

20   you're correct.

21           THE COURT:  Well, you're basing this, I believe, your

22   statement that the debtors' counsel has made an admission today

23   in open court, right?  That these screen entries do not show

24   the existence of an antecedent debt, right?  That's what you're

25   basing it on?  Because you haven't seen them, so it must based

DPH HOLDINGS CORP., ET AL.

1    on that.

2        MR. NAYAK:  Well, to be more specific, Your Honor, I'm

3    saying that what they're saying in their complaint is not the

4    case; that they have said that these D numbers are not --

5        THE COURT:  But based on what?  I'm just asking you,

6    based on what's been said in court today?

7        MR. NAYAK:  Yes.

8        THE COURT:  All right.  So, what is -- do you agree

9    that these don't show the --

10        MS. HAFFEY:  No, and I had not said what counsel here

11    claims that I have said.  I think I've been very clear on what

12    I have said.

13        THE COURT:  This is -- I believe what you have said,

14    is that this is the memorialization, or recordation, of an

15    order, right?

16        MS. HAFFEY:  Of the receipt of the goods or services.

17        THE COURT:  Right.

18        MS. HAFFEY:  So that a payable is owed.

19        THE COURT:  Right, it's like --

20        MS. HAFFEY:  Exactly.

21        THE COURT:  --a payable; an accounting of a payable.

22        MS. HAFFEY:  And it's either of the order -- the

23    purchase order -- or it's of the receipt of the goods or

24    services so it puts in -- what we -- and again, it's just

25    nomenclature -- invoice number, you can call it a processing

DPH HOLDINGS CORP., ET AL.

1    number, and as Mr. Unrue put in his declaration, DAS was at

2    the --

3            THE COURT:  I don't need the declaration, I'm just

4    focusing on the complaint.

5            MS. HAFFEY:  Okay, well --

6            THE COURT:  All right, so I don't think --

7            MS. HAFFEY:  -- when you have a --

8            THE COURT:  -- there is -- I don't think she has

9    admitted it.  I don't think it is --

10           MS. HAFFEY:  No, I have not.

11           THE COURT:  -- I just don't -- I don't agree with you

12   on this one.

13           MR. SULLIVAN:  Well, Your Honor, I mean -- pardon for

14   interrupting, James Sullivan, counselor of Timken -- but the

15   one thing that complaint doesn't do, is it doesn't allege the

16   date of the antecedent debt; so these could be COD, these could

17   be preparing -- there's no evidence in the record that these

18   screen shots reflect any antecedent debt; there should have

19   been another column in there saying, you know, date of the

20   ant -- date of the debt.

21           THE COURT:  No, that's what they say in paragraph 22.

22   Look, the first thing you do -- if I let them amend the

23   complaint, the first thing you do is say, I want to see these.

24   And if they don't do it, then you say motion to -- you know,

25   motion for summary judgment.

DPH HOLDINGS CORP., ET AL.

1         MR. SULLIVAN:  We've been doing that since October,

2    Your Honor.

3         THE COURT:  Well, not really.  Because we've been

4    doing this instead of summary judgment.

5         MR. SULLIVAN:  What I meant, I've been asking for

6    them, and I've been told by Ms. Haffey she has no documents for

7    me.

8         THE COURT:  Well, that -- again --

9         MS. HAFFEY:  I was just --

10         THE COURT:  -- this is just lawyers talking.  This is

11    not evidence, we're talking about Rule 8.

12         MS. HAFFEY:  And I never made that statement.

13         THE COURT:  The face of a complaint, so I think we

14    should move on this point -- off of this point.

15         MR. ROBERTS:  Your Honor, this is Buswell Roberts, on

16    behalf of Owens Corning, and I have just a real slight twist on

17    these facts; this is in relation to adversary proceeding 07-

18    02540, and --

19         MS. HAFFEY:  Could I -- I'm sorry, this is Ms.

20    Haffey --

21         THE COURT:  It's Owens Corning.

22         MS. HAFFEY:  Thank you.

23         MR. ROBERTS:  Owens Corning.  And Exhibit 1 -- well,

24    first of all, the complaint says that Owens Corning delivered

25    serves pursuant to a "service agreements", that's wrong; I mean

DPH HOLDINGS CORP., ET AL.

1   Owens Corning provided goods, but for the purposes of my

2   argument it's irrelevant -- and they mention that there are

3   certain service agreements, and in the purchase order, invoice

4   number antecedent debt column, there are one, two, three, four

5   D numbers, all of which are identical.  Now, I happen to know

6   what that D number references, and I'm only bringing this up as

7   an illustration as to why the information contained in this

8   column isn't very helpful with respect to antecedent debt.

9        The purchase --or the D number references one of the

10   service agreements, it's actually referred to as a requirements

11   contract, which tells Owens Corning absolutely nothing about

12   when the indebtedness arose or what, you know, what the

13   previous indebtedness was.  Those five entries are all just

14   simply a requirements contract that has nothing to do with any

15   particular order that was made by the debtor.

16        And I think what this really boils down to is, that

17   just the debtor stating, in essence, you paid me, therefore you

18   must have owed me something because otherwise you wouldn't have

19   sent me a check.  And that's in essence what the debtor has

20   really done here; when it would have been very simply for the

21   debtor simply to say, on the date that the payment of 20,101

22   dollars was made, the debtor owed Owens Corning X, Y, Z

23   dollars, which they presumably could have gotten off of their

24   screen.

25        But, it's an awfully cumbersome way to identify what

DPH HOLDINGS CORP., ET AL.

1    antecedent debt was, when it would have been so much easier

2    simply, to say, at the time of the payment, Owens Corning --

3    the debtor, rather -- owed Owens Corning X number of dollars.

4         And I don't think in Owens Corning's case, that the

5    four referenced numbers tell Owens Corning anything about

6    antecedent debt.

7         MS. HAFFEY:  If I can respond, Your Honor?  And again,

8    we need to go back to the DACOR payable system, which we have

9    pled in the face of the complaint.

10        For there to have been a transfer to have made on

11   these dates, under these purchase orders, it would have to have

12   been a payable; and that is why we referenced the DACOR system

13   and explained in the complaint how it worked.  The reason that

14   there are four of that purchase order listed on here, because

15   there were four different provisions of goods.  And it was paid

16   for on these four dates.  Which is why we broke it down to that

17   detail level, so that that supplier could see it was on account

18   of antecedent debt, and paid on those days, under that blanket

19   order; there were four different entries.

20        MR. ROBERTS:  But Your Honor, that doesn't tell me a

21   single thing about antecedent debt.  If that were sufficient,

22   then Iqbal and Twombly mean nothing because --

23        THE COURT:  Well, it -- counsel is saying that it

24   evidences a payable, based upon a prior demand, right?

25        MR. ROBERTS:  Well, that --

DPH HOLDINGS CORP., ET AL.

1          MS. HAFFEY:  It's correct.

2          UNIDENTIFIED SPEAKER:  Your Honor, but it's not a

3     payable --

4          MR. ROBERTS:  -- what she's saying Your Honor, and I

5     think she just said it out loud --

6          UNIDENTIFIED SPEAKER:  -- it could be an order, it

7     could be an order or a payable.

8          MR. ROBERTS:  -- was that for antecedent debt, all we

9     need to do is to show that we made you a payment and that

10    mean -- therefore there was antecedent debt, otherwise we

11    wouldn't have paid you.

12         THE COURT:  No, I think she said that the system

13    records a payable; meaning it records a past event; something

14    that was payable.

15         MR. ROBERTS:  Well, except that the -- this purchase

16    order, invoice number, antecedent debt, doesn't do that.  All

17    it does is say we made you a payment based on a requirements

18    contract that was executed two or three years prior to the time

19    that these payments were made.

20         MS. HAFFEY:  Well, I -- but I think --

21         THE COURT:  Well that's enough.

22         MS. HAFFEY:  And particularly when you look --

23         THE COURT:  They're paying you under a pre-petition

24    contract.

25         MS. HAFFEY:  -- particularly when you look at the face

of --

MR. ROBERTS: Well, it's a -- all it is, Your Honor, is a requirements contract; it says you have to send us a request for delivery. After you send us a request for delivery, we will then send you the goods and then you have to pay us.

MS. HAFFEY: That's exactly my point.

THE COURT: I think that says it.

MS. HAFFEY: And the purchase orders themselves spell out that.

THE COURT: I just -- look, it may be the case as Mr. Sullivan is asserting, that these entries are fictitious, or don't exist or can't be reproduced; but it seems to me that the complaint, in terms of its representation, where it says an accounts payable system in respect of goods ordered or services sought, is recorded as set forth on Schedule 1, where it says that, is sufficient. You know?

Those are facts, those are not conclusory allegations; the facts may turn out to be wrong, but as far as the pleading of the complaint is concerned, that's sufficient.

MR. JEROME: Your Honor, Steve Jerome, Snell & Wilmer, on behalf defendant Microchip Technologies, Inc., in adversary 07-02436. And similar to Mr. Bowles' client, my client's Exhibit 1 -- and I have extra copies if it --

THE COURT: No, I have it.

DPH HOLDINGS CORP., ET AL.

1          MR. JEROME:  -- has two columns, which for all eight

2    transactions, are completely blank.  And I listened with

3    interest to counsel's presentation regarding -- and I believe

4    the quote was "the exhibits to the complaint are extremely

5    important, and they reflect the detailed information regarding

6    the antecedent debt".

7          THE COURT:  No, I think we -- well, maybe we should

8    nail this down, but I think we already covered the blank

9    exhibits.  I just -- I have a real hard time with that -- with

10   those.

11         MR. SULLIVAN:  I just want to --

12         THE COURT:  I don't need to -- we already dealt with

13   that, with the DSSI one, which just -- instead of having a

14   column that was blank, it didn't have a column at all.  But I

15   think it doesn't matter; if the column's blank or the column

16   isn't there, as was the case with DSSI, then I'm just dealing

17   with the allegation and the complaint, which says that there's

18   a system in place, but I -- there's no evidence the system

19   actually spit out anything that shows that there was a payable

20   recorded; and I think that's a problem for the debtor.  I don't

21   see how they deal with that.

22         MR. SULLIVAN:  And Your Honor, and I agree, I just

23   wanted to make two real quick points, is --

24         THE COURT:  You've already won on this point.

25         MR. SULLIVAN:  Your Honor, I will sit down.

DPH HOLDINGS CORP., ET AL.

1          MR. NAYAK:  Your Honor, Mahesh Nayak, for Detroit

2     Products --

3          THE COURT:  Yes.

4          MR. NAYAK:  -- when you refer to the fact that -- as

5     you just did -- that there was a system in place, or the

6     plaintiff has alleged that there was a system in place -- do

7     you see that in the body of a complaint that you're looking at?

8          THE COURT:  Yes.  Let me go back to 16 and 17.

9     "Plaintiff did not accept physical invoices from the defendant,

10    in connection with the defendants' shipment of goods, under the

11    agreements" -- this is Doshi's complaint -- "rather the

12    defendant used its accounts payable system to make payments to

13    defendant."  And then in 22, it says that "the documents

14    evidencing the antecedent debt were" -- and then, you know,

15    we've already read that language, and obviously you can put two

16    and two together, that's the language that comes off their

17    system, on 17.  So I think it's there.  You may, in discovery,

18    show it's not there, and -- but, you know, I don't see why that

19    isn't sufficient.

20         MR. THOMAN:  Your Honor, this is Jim Thoman for

21    Unifrax, are we to interpret plaintiffs' counsel description of

22    the accounts payable system to preclude pre-payments?  That

23    there's no way a number could be generated from their system if

24    there was a COD or a pre-payment required?

25         THE COURT:  That's what I took, that it records

DPH HOLDINGS CORP., ET AL.

1   payables; and that these are the payables, as opposed to

2   something else.  That's what 22 says.

3          MS. HAFFEY:  Your Honor --

4          THE COURT:  That's what paragraph 22 says.

5          MS. HAFFEY:  That's correct and that is my

6   understanding, with the exception, and that's why there is a

7   blank in that antecedent debt column where there were

8   situations where we didn't -- DAS didn't use the accounts

9   payable --

10          THE COURT:  Right.

11          MS. HAFFEY:  -- DACOR system, and it was done at --

12          THE COURT:  It was a one-off thing.

13          MS. HAFFEY:  Yeah, it was a manual --

14          THE COURT:  Right.

15          MS. HAFFEY:  -- and we've got the manual documents to

16   show those deviations from payment terms.

17          THE COURT:  All right, okay.

18          MR. SULLIVAN:  Your Honor, I'm not sure if we'll get

19   to this, or you're ready to get to this yet, but are you going

20   to create today, perhaps some kind of a time limit in which

21   plaintiff must produce the documents that are the subject of

22   these --

23          THE COURT:  We're not getting to that yet.

24          MR. SULLIVAN:  Okay, thank you.

25          THE COURT:  Okay, so are there other issues with

DPH HOLDINGS CORP., ET AL.

1    ane -- I mean, we've covered, I think, the two categories that

2    I had on this, which is where it was blank, and where there was

3    something there.  Are there other issues besides that?

4         MR. KOCHIS:  I believe there are, Your Honor.

5         THE COURT:  Okay.

6         MR. KOCHIS:  Anthony Kochis from Wolfson Bolton PLLC,

7    and I represent two different defendants in different adversary

8    proceedings.

9         So while I would echo a lot of the sentiments that

10   have been argued, one of my clients, which is Ex-cell-o Machine

11   Tools, adversary 07-02337, is where the reorganized debtors are

12   represented by the Togut law firm, and as I stated in my

13   papers, the Togut form of proposed amended complaint actually

14   differs in the allegations that are alleged and the schedules

15   that are attached; so I don't know if you want to talk about

16   this right now, but my point is I don't think those allegations

17   and those exhibits are sufficient, in addition to the futility

18   argument that I have.

19        THE COURT:  All right.  Why don't we just put a place

20   order on that, unless --

21        MR. KOCHIS:  Sure.

22        THE COURT:  -- unless we're done with the Butzel Long

23   ones.

24        MR. KOCHIS:  Sure, no problem.

25        THE COURT:  It's just a question of moving a lot of

DPH HOLDINGS CORP., ET AL.

1    notebooks around.

2        MR. KULBACK:  Your Honor, very briefly, Jerry Kulback

3    again, on behalf of Magnesium Electron; I think Your Honor made

4    it clear that with respect to schedules that are blank with

5    respect to the purchase orders and invoices, it doesn't set

6    forth a claim --

7        THE COURT:  Unless the debtors' says that there's

8    something else in the complaint that's not in the forms of

9    complaint that I've been reading.  I mean, if there's another

10   paragraph in the complaint that says, basically what counsel

11   told me at oral argument, then it would be okay, but I haven't

12   seen that.

13       MR. KULBACK:  Well, Your Honor, I'm in the position

14   that there was no schedule attached at all --

15       THE COURT:  Okay.

16       MR. KULBACK:  -- to the amended complaint filed in the

17   adversary proceeding.

18       THE COURT:  Oh, but I thought it was attached

19   somewhere else?

20       MR. KULBACK:  Well, Your Honor, it apparently was

21   buried, which I found out again, at 4:30 yesterday, in an

22   exhibit that was filed on the main docket; but that is not in

23   the adversary proceeding.  The adversary proceeding and the

24   complaint and the motion filed in the adversary proceeding as

25   it stands right now, is deficient on its face.

DPH HOLDINGS CORP., ET AL.

1            THE COURT:  All right, well --

2            MR. KULBACK:  We raised it previously --

3            THE COURT:  That would probably one where I would let

4     them amend.

5            MR. KULBACK:  Well I would be remiss if I didn't ask,

6     Your Honor.

7            THE COURT:  Okay, all right.

8            MR. HERMAN:  Your Honor?

9            THE COURT:  Yes?

10           MR. HERMAN:  Is it -- are we discussing now the

11     element of an antecedent debt of who the obligor was?

12           THE COURT:  No.

13           MR. HERMAN:  Okay.

14           THE COURT:  That's a separate issue.

15           MR. HERMAN:  Separate issue, thank you.

16           THE COURT:  All right, so I think we're ready to turn

17     to the Togut form of complaint and rather than my rearranging

18     this whole thing, do you have an extra copy of --

19           UNIDENTIFIED SPEAKER:  Yes, Your Honor.

20           THE COURT:  -- of the particular complaint at issue?

21           MR. JONES:  Your Honor., may I make one point before

22     we move on?

23           THE COURT:  Oh sure, I'm sorry, I thought we were --

24     yeah, that's fine, when he's handing that up, you can --

25           MR. JONES:  And I want to note -- I'm Roger Jones, on

DPH HOLDINGS CORP., ET AL.

1    behalf of the Calsonic entities -- I just want to make one note

2    while it's fresh in the Court's mind, and this goes to

3    futility, but it was raised by the plaintiffs in their

4    explanation of the accounting system; what they just told the

5    Court is, that where there's a blank, that reflects the payment

6    outside the ordinary course of business, and where there's a

7    number, it's inside the ordinary course of business.

8         THE COURT:  No, no, no -- nice try.

9         MS. HAFFEY:  Nice try.

10         THE COURT:  Nice try.

11         MR. JONES:  It was worth a try.

12         THE COURT:  All right.  Okay, so I have the Ex-cell-o

13    Machine Tools?

14         MR. KOCHIS:  Yes, Your Honor.

15         THE COURT:  Okay.

16         MR. KOCHIS:  And Your Honor, maybe before we lock into

17    that, very briefly, I know we're on the issue of antecedent

18    debt, but my futility argument that I raised, was premised upon

19    the fact that the Togut firm simply filed a joinder in the

20    Butzel omnibus response.  And because the Butzel omnibus

21    response dealt with the Butzel complaint, which differs in form

22    and substance from the Togut complaint, my objections were

23    never addressed.

24         So I believe that's a unique futility argument to my

25    client, that they're simply unrebutted.

DPH HOLDINGS CORP., ET AL.

1           THE COURT:  Why don't we move on to the --

2           MR. KOCHIS:  Sure.

3           THE COURT:  -- merits of the argument.

4           MR. KOCHIS:  Sure, Your Honor.  Taking a look at the

5   complaint -- I'll just do antecedent debt at this time, I

6   imagine I'll have something on insolvency later -- but the

7   antecedent debt allegation is in paragraph number 25 of the

8   Togut proposed amended complaint, and if you take a look at it,

9   you'll immediately notice that it differs in form and substance

10  from the Butzel form of amended complaint, and it is simply a

11  recitation of the statutory element of antecedent debt; that

12  the transfers were made on account of antecedent debt.

13          THE COURT:  But they say it's more fully described in

14  Exhibit 2?

15          MR. KOCHIS:  Correct, you're correct.

16          THE COURT:  And then they have a bill of lading

17  number?

18          MR. KOCHIS:  Yes, that is correct.  So from the get

19  go, my position on the allegation, is that that is not afforded

20  the presumption of truth, and then you're correct, we would

21  turn to the exhibit.

22          THE COURT:  Right.

23          MR. KOCHIS:  So looking at Exhibit number 2, all

24  that's on there is a bill of lading number, check date,

25  transfer date, ship date, paid amount.  What I would submit,

DPH HOLDINGS CORP., ET AL.

1    Your Honor -- and this was never made clear -- but my

2    assumption is that the conclusion is because you have a check

3    date that is after a ship date, that that is somehow evidence

4    of an antecedent debt.  My argument is in fact, that doesn't

5    show anything; maybe it's evidence of a debt, that certainly is

6    not evidence that it's antecedent; it's very likely that when

7    these goods were actually delivered, it could have been cash on

8    delivery.  There is no facts --

9         THE COURT:  But it wasn't.

10        MR. KOCHIS:  What?

11        THE COURT:  It wasn't, they have a check.

12        MR. KOCHIS:  They could have issued a check that day,

13   Your Honor.  There is -- what my point is, there is nothing

14   that evidences the antecedence of these transactions.  Just

15   because you have a bill of lading number and go through ship --

16   my understanding is that these goods were shipped to Mexico and

17   Germany.  It could have taken two months for them to get there,

18   and it could have been cash on delivery when they were

19   delivered; I don't know, and there's no facts in the complaint

20   to tell me otherwise.  And I don't think that that raises it

21   above the level the cross from possible to plausible on that

22   issue.

23        THE COURT:  I don't understand; they ship it, and then

24   they pay for it later under an invoice.

25        MR. KOCHIS:  It --

DPH HOLDINGS CORP., ET AL.

1          THE COURT:  It's textbook.  I mean, you may be able to

2    show that there was COD, but it sure doesn't look like it.

3          MR. KOCHIS:  And when you say it doesn't look like it,

4    are you referring to the check date, as compared to the ship

5    date?

6          THE COURT:  Yeah.

7          MR. KOCHIS:  But what I'm saying is simply because I

8    ship something, it could have been delivered at a later time

9    and at that time it was delivered, it then could have been

10   paid.  There's no evidence set forth either in the allegation

11   or this exhibit that tells me that that debt that arose, was

12   antecedent debt.

13         THE COURT:  Except for the fact that the dates

14   earlier -- that's enough for me.

15         MR. KOCHIS:  Okay.

16         THE COURT:  I mean, again, you can rebut that evidence

17   in a -- or the parties can develop that evidence -- but I think

18   there's enough here to show that it was before -- it was

19   shipped before.

20         MR. KOCHIS:  But that doesn't necessarily mean the

21   debt was incurred then.

22         THE COURT:  It doesn't necessarily, but it is

23   something.  It's not -- as opposed to nothing, which is what

24   you have in the other cases, where there's DSSI and the like.

25         MR. KOCHIS:  And I'm not trying to quibble, but I

DPH HOLDINGS CORP., ET AL.

1   mean, an essential element of 547(b) is, that that debt was

2   antecedent.  If you cannot satisfy that -- if you cannot

3   satisfy the antecedent element, you do not have a cognizable --

4        THE COURT:  I understand, but again, the dates reflect

5   antecedence -- E-N-C-E.  The ship date's before the check.

6   That's -- for pleading purposes that's enough for me.

7        MR. KOCHIS:  Okay.  Thank you, Your Honor.

8        MS. HAFFEY:  Your Honor, I just have one last -- I

9   guess to renew the argument.  While we believe -- even after

10  the blanks on the complaint -- that we have sufficiently pled

11  antecedent debt.  If this Court did not believe so, we would

12  ask the Court -- we have not had a motion to a leave, yet;

13  these are just proposed motions for leave -- we would ask the

14  Court's indulgence to give us a very short period of time --

15       THE COURT:  I'm going to cut you short on this because

16  I know people will want to respond to it.  We've only covered

17  one of several issues that have been raised, and I want to

18  consider whether there should be leave to make a motion to

19  amend, in light of the entire record.

20       MS. HAFFEY:  Okay.  I was just going to provide the

21  Court a cite, but I'll do that at some other time; thank you,

22  Your Honor.

23       THE COURT:  Yeah, that's fine.  Okay, all right.  So,

24  I think I've been clear that on its face, the forms of

25  complaint -- or the form complaint -- prepared by Butzel Long

DPH HOLDINGS CORP., ET AL.

1    is -- does not, in my view, satisfy Twombly and Iqbal and

2    HydroGen and similar cases, where neither the body of the

3    complaint nor the schedule attached to it, shows an actual

4    recorded entry, ostensibly as set forth in the complaint of a

5    payable being entered on the debtors' system.  And you need to

6    have that I believe, in light of the fact that the body of the

7    complaint itself really only refers to this payable system, and

8    obviously that means one looks to the schedule, and if you

9    don't see the entry, then I believe that you can't conclude

10   that there is in fact a payable based on the allegations in the

11   complaint.

12          As I said during oral argument, the fact that a

13   payment was made, and that's alleged in a different column,

14   could just as easily be a payment on account of COD or payment

15   in advance demand.  And by forcing the defendant into discovery

16   on that issue, the plaintiff would be leapfrogging the

17   requirement to show more than simply a conclusory pleading of

18   the law as opposed to pleading of facts entitled to the

19   assumption or presumption of evidence for purposes of delay.

20          Most of these complaints, I think -- well, I think

21   with the exception of DSSI and -- you know what, I've lost the

22   last one, the one that was blank and the --

23          MS. HAFFEY:  Magnesium Electronic --

24          THE COURT:  Yes, thank you.

25          MS. HAFFEY:  -- I think, Your Honor.

DPH HOLDINGS CORP., ET AL.

1          THE COURT:  -- list PO or invoice numbers and

2    letters -- although some of them have a blank entry or two,

3    sometimes for a lot of money, like Doshi has one for about

4    2,000,000 dollars, I think -- that's blank, and my ruling would

5    go for not only DSSI -- or wherever the column is missing or

6    empty -- but where there's specific transfers they're not

7    covered in the column.

8          Okay, so someone was going to cover then, the debtor,

9    as far as 547?

10         MR. KLEIN:  Good afternoon, Your Honor, Sheldon Klein

11   of Butzel Long, on behalf of the plaintiff.

12         It probably doesn't need to be said again, but just to

13   give us a starting point, 547(b)(2) does require that the

14   payment is on account of an antecedent debt owed by the debtor;

15   I will be addressing the element of owed by the debtor.  Now,

16   in all of these complaints, DAS brings the claim as the debtor

17   and the claims fall into two different groups; one, in which

18   DAS is identified both as the contracting entity and as the

19   transferor of the money, and other claims in which DAS is the

20   transferor but is only one of multiple contracting entities.

21   So DAS and an additional Delphi entity is identified as the

22   contracting entity; that is very much the minority of the

23   claims, most -- substantial majority of the claims, DAS is both

24   the transferor and the contracting entity, and on its face, I

25   don't know what else can be --

DPH HOLDINGS CORP., ET AL.

1        THE COURT:  I don't think there any objections where

2    the complaint asserts that DAS is both the transferor --

3    whoever is on the phone that does not have it on mute, please

4    put it on mute -- where DAS is the transferor and the

5    contracting entity with no other allegations of other

6    contracting entities; I don't think there are any objections on

7    that basis.  I think they're all in the second category?  Am I

8    right?

9        MR. KLEIN:  Yes, okay, so I'll just add one footnote

10   to that, and otherwise not address that point; Methode -- and

11   it's possible that there may be another defendant, although I

12   don't believe so in terms of the remaining defendants --

13   Methode points out that the underlying purchase order refer --

14   although DAS is identified as both the contract entity and the

15   transferor -- the underlying purchase order identifies Delphi

16   Electronics and Safety as the buyer and so they say the

17   complaint is contradicted by the underlying record.

18        Delphi Electronics and Safety is not an entity, it's a

19   business unit in a minimum, there can be a factual issue

20   although frankly, I don't even see how there's a factual issue,

21   it's not subject to dispute that there is not an entity by that

22   name, so I would suggest that that falls into the category

23   about which there's no controversy.

24        Now, for the balance, there are a number of defendants

25   that argue that the debt paid by DAS was not owed by debtor

DPH HOLDINGS CORP., ET AL.

1    because a contracting entity, the party that received the

2    goods, was someone other than DAS -- or the party that issued a

3    purchase order probably more precisely.

4            As to those defendants, the complaint alleges that DAS

5    assumed or otherwise became obligated for the payment, for the

6    obligation.  Now, based on that allegation, we believe that we

7    have properly pled that DAS has standing here, that DAS has a

8    claim, but before moving on to specifically why that's so, I

9    just want to review a few facts regarding DAS and I think that

10   a number of them have been touched on by Ms. Haffey, so I will

11   be very quick about it.

12           DAS was the primary U.S. operating --

13           THE COURT:  The notice is in the complaint, right?

14           MR. KLEIN:  I believe it is, actually, although I --

15           THE COURT:  Well, let me phrase it differently; you

16   should confine what you're describing to me as what's in the

17   complaint.

18           MR. KLEIN:  Okay.  The complaint does allege -- and I

19   would point the Court to paragraph 12, and I hope that's common

20   to all of the complaints, I didn't make a note of which

21   defendant I was referring to.

22           THE COURT:  Right.

23           MR. KLEIN:  Paragraph 12 explains DAS's role in taking

24   on the payment responsibilities as part of a centralized cast

25   management function for the Delphi entities overall, and that

DPH HOLDINGS CORP., ET AL.

1   those bills were paid by DAS from its own funds.  And I think

2   that's the gist -- the substance of that's in the complaint.

3          Now, we believe that that is sufficient; that DAS has

4   standing in that capacity for two reasons.  First, even under

5   the most stringent definition in the case law of "owed by the

6   debtor," DAS was potentially subject to a claim if these

7   amounts had gone unpaid.  If the defendant -- the supplier who

8   for -- in many cases, for years and years and years had been

9   performing under contracts in which it was paid by DAS had gone

10  unpaid, there was the potential for a claim and, as I'll get

11  into a little more in a minute, that is sufficient to satisfy

12  the owed by the debtor element of the statute.  There is not a

13  single debtor, necessarily, that has standing to bring a claim.

14  There could be multiple entities that owe the debt within the

15  meaning of the bankruptcy statutes.

16         The second reason takes into account the equitable

17  nature of the Bankruptcy Court -- which again, I'll discuss in

18  a moment -- allows the Court to look at the substance rather

19  than the form of the transaction, including cases addressing

20  that specifically in the context of preference claims, to deal

21  with this sort of situation.

22         Now, starting with what I've described as the

23  stringent standard.  In the Second Circuit -- and I'm referring

24  to the In re: Bennett Funding Group case, 220 B.R. 739.  It's

25  Bankruptcy Appellate Panel from 1998.  The Court explained --

DPH HOLDINGS CORP., ET AL.

1   and I'm quoting now -- well, no, excuse me, I'm not quoting --

2   "owed by the debtor" when the transfer was made simply requires

3   that the Court determine that at the time of the transfer there

4   was a recognizable claim, in quotes, that was, one, against the

5   debtor rather than only against a third party and, two, that

6   was preexisting rather than one which arose simultaneously with

7   the transfer.

8           Element two we've pro -- we've obviously addressed

9   already so I will focus on element one.  Both Bennett Funding

10  from the Second Circuit and the In re: Enron case 357 B.R. 32

11  (S.D.N.Y. 2006), endorse what they refer to as the common sense

12  approach, which was articulated by the Fourth Circuit in Smith

13  v. Creative Financial Management, 954 F. 2d 193 and that's a

14  Fourth Circuit case from 1992, that the payment is owed by the

15  debtor for preference purposes if the creditor would be able to

16  assert a claim against the estate absent the transfer.  That's

17  from page 197 at that decision.

18          Now, Enron then refers back -- after citing to the

19  Smith case, Enron refers back to the definition of "claim" and

20  "debt" in the Bankruptcy Statute Section 101(5)(A) and (5)(B)

21  respectfully, and it explains that the two concepts are

22  reciprocal.  "Debt" means liability on a claim and "claim" is

23  defined as a right to payment -- and I'll paraphrase -- whether

24  it's contingent, disputed or undisputed.  So even if there is a

25  disputed possibility of a claim against DAS, it would be a

DPH HOLDINGS CORP., ET AL.

1    claim and thus a debt of DAS for purposes of the bankruptcy's

2    laws.  As the court in Enron says, claim and debt as synonymous

3    and that's quoting from the court.

4          Now, the question of whether there's a possible claim

5    is a matter of state law and, in fact, Enron, in footnote 12,

6    specifically says that.  And so the question is -- again going

7    back to the hypothesis that I raised before, if DAS had stopped

8    paying -- if DAS had said we have other uses for the money or

9    for whatever reason we're going to stop paying the bills that

10   we've always paid for those entities in which a name other than

11   DAS is listed on the PO, is there a possibility that DAS could

12   have been liable?  Even if there was a disputed claim, could

13   there have been a colorable -- a good faith claim asserted

14   against them?  I suggest to you the answer is yes.  The -- I

15   mean, certainly if DAS had come to me and said we'd like to do

16   this, can we?  Can we be assured that we couldn't be subject to

17   a goof faith claim on this basis?  I certainly would advise

18   them no.

19         THE COURT:  Can you walk me through, again, the

20   language on the -- in the complaint that shows this?

21         MR. KLEIN:  It --

22         THE COURT:  I mean, in paragraph 12 -- I may be

23   looking at a different complaint than you're reading but it

24   simply says that DAS was the operating subsidiaries of Delphi

25   North America that performed, among other things, accounting

DPH HOLDINGS CORP., ET AL.

1   and payment functions for the reorganized debtors.

2          MR. KLEIN:  And then it goes on to say --

3          THE COURT:  Which one are you reading from just so I

4   could --

5          MR. KLEIN:  I'm -- I just picked up --

6          UNIDENTIFIED SPEAKER:  It's Microchip.

7          MR. KLEIN:  -- it's Microchip 054481 but before we do

8   that -- yes, this would be an exemplar of what I'm talking

9   about.  And give me a moment and I'll point you to the text.

10         THE COURT:  let me just find that.

11         MR. KLEIN:  I apologize; I picked up one that I hadn't

12   highlighted for this purpose so --

13         THE COURT:  Well --

14         MR. KLEIN:  Okay.  On paragraph 14.

15         THE COURT:  -- I'm still turning to Microchip.  I hope

16   that's -- we're doing Microchip?

17         MR. KLEIN:  Yes.

18         THE COURT:  Okay.

19         MR. KLEIN:  This is Microchip.

20         THE COURT:  All right.

21         MR. KLEIN:  But I believe it is consistently repeated

22   in each of the class of claims that we're talking -- claims --

23         THE COURT:  Okay.  So, plaintiff was the operating

24   subsidiary of Delphi of North America --

25         MR. KLEIN:  No, paragraph 14.

DPH HOLDINGS CORP., ET AL.

1          THE COURT:  14.  Okay.

2          MR. KLEIN:  And it's the --

3          THE COURT:  And then it says "and plaintiff assumed or

4   otherwise became obligated for Delphi affiliates obligations

5   there under."

6          MR. KLEIN:  Yes.  That is the language that I was

7   referring to.

8          THE COURT:  All right.  But -- there's nothing -- I

9   mean -- I guess -- so it's really at paragraph 12 and paragraph

10  14?

11         MR. KLEIN:  it is 12 --

12         THE COURT:  I'm sorry; paragraph 13 and 14 here.

13         MR. KLEIN:  Yes.  In this complaint, it would be

14  paragraph 13 and 14 that describe the function of DAS and the

15  nature of their obligation.  I would agree with that.

16         THE COURT:  Why isn't the paragraph 14 statement that

17  DAS assumed or otherwise became obligated, really just

18  repeating claim against the debt -- of the debtor.  I mean, is

19  it -- it seems conclusory to me.

20         MR. KLEIN:  Well, I --

21         THE COURT:  What is that based on?

22         MR. KLEIN:  The -- well, what it is based on is the

23  potential that they would be subject to a claim and that's, of

24  course, a legal issue, not a factual issue.

25         THE COURT:  No, but that -- so why is -- again, that

DPH HOLDINGS CORP., ET AL.

1    goes back to Twombly.  If it's a legal conclusion, what are the

2    facts behind it to support it?

3            MR. KLEIN:  Well, the facts behind it to support it is

4    the repeated course of performance in which DAS paid -- is the

5    one that paid these suppliers.  That DAS is the one that the

6    suppliers looked to and give -- and for example, and --

7            THE COURT:  Well, just -- no, no.  But again, just the

8    complainant says that DAS performed accounting and payment

9    functions for the reorganized debtors.

10           MR. KLEIN:  I mean, it doesn't specifically use the

11   word repeated and -- over an extended period of time, I would

12   agree with that.

13           THE COURT:  Or was there only --

14           MR. KLEIN:  I don't think that makes it a legal

15   conclusion but --

16           THE COURT:  I mean -- you could have -- I mean DAS was

17   also, I guess, an operating company, right?

18           MR. KLEIN:  Yes, it was.  That's why --

19           THE COURT:  But you could have an in-house bank that

20   cuts the checks and does the accounting.  I don't see hwy that

21   would lead to a plausible inference that they were actually

22   liable to the people who got the checks.  It didn't say that

23   the checks were paid in DAS' name, for example.  If it pled

24   that the checks were issued by DAS, I would understand that, I

25   guess.

DPH HOLDINGS CORP., ET AL.

1          MR. KLEIN:  Oh, I believe that it does or at least

2     that's certainly a fair in -- a, it's the fact and, b, if you

3     look at Exhibit 1, it identifies for all of these, it

4     identifies DAS as the transferring entity.  I mean, I certainly

5     think it's a fair inference of transferring entity to be that

6     it paid the bills.  So, I don't think --

7          THE COURT:  Okay.

8          MR. KLEIN:  -- that that part is omitted.  But I agree

9     with you that the question remains and, you know, that's what I

10    was going to move on to.  Is whether there is a colorable,

11    good-faith claim that might have been asserted against DAS had

12    it stopped doing its job, stopped paying these bills.  And it

13    so happens that Delphi standard terms and conditions, as is

14    usually the case in the automobile industry calls for the

15    application of Michigan law so I'm going to discuss the

16    potential liability under Michigan law and I would refer the

17    Court to a Michigan case called Keyes, K-E-Y-E-S, v. Scharer,

18    S-C-H-A-R-E-R. And that's 165 N.W. 2d 498 (1968).

19          And it involves -- it addresses the question of when a

20    party that has delegated responsibility -- what -- the

21    circumstances under which a party that is delegated

22    responsibilities under contract could be liable to the other

23    contracting party for the performance or nonperformance of its

24    delegated responsibilities.  And under Keyes, first the court

25    held that it was a question of fact as to the nature of

DPH HOLDINGS CORP., ET AL.

1    under -- it's a question of fact under the circumstances as to

2    the nature of the delegees responsibilities and, second, it

3    goes on to emphasize -- -and I'm quoting now -- "that it" --

4    and it referring to being liable to the other contracting

5    party -- "make sense for commercial transactions involving

6    assignments particularly when it is the regular business of the

7    assignee to render the incomplete performance.

8         THE COURT:  Has Delphi -- or more particularly, DAS --

9    ever taken the position contrary to this view and prevailed in

10   this case?

11        MR. KLEIN:  I'm not aware that the issue came up.  But

12   again, the question --

13        THE COURT:  I mean, in the Chapter 11 case.

14        MR. KLEIN:  I --

15        THE COURT:  There have been about 13,000 objections to

16   claims in this case and we're down to about -- what?  To about

17   a hundred now?  So, I don't know what -- you know, I don't

18   really recall that issue but -- anyway --

19        MR. KLEIN:  One, I don't know but DAS needn't be the

20   exclusive obligor.  The fact that DAS is obli --

21        THE COURT:  No, no, I understand that.  The question I

22   was -- if it is an obligor, then you win; there's no issue

23   there.  I just -- this is a -- the reason I'm asking is it's an

24   argument that would never be made in a different context.

25        MR. KLEIN:  Well, no, I don't think it's -- in our --

DPH HOLDINGS CORP., ET AL.

1    well, I suppose it depends on what you mean.

2         THE COURT:  If DAS is -- if someone filed a proof of

3    claim against DAS and the contract party was Delphi

4    Mechatronics, DAS well may have objected to the proof of claim;

5    I don't know.

6         MR. KLEIN:  Well -- and I don't know either, Your

7    Honor.  But the question isn't whether it is disputable.  The

8    fact that DAS might have disputed it doesn't mean that they

9    weren't subject to a claim and there's noth --

10        THE COURT:  If they disputed it an won I think it mean

11   it.

12        MR. KLEIN:  I'm sorry; I had a hard time hearing, Your

13   Honor.

14        THE COURT:  If they disputed it and won, then I think

15   there might be judicial estoppel here.

16        MR. KLEIN:  I don't think so, Your Honor, and this is

17   why.

18        THE COURT:  Because you're looking at the date of the

19   petition?

20        MR. KLEIN:  No, because I'm looking --

21        THE COURT:  Or the transfer, I mean.

22        MR. KLEIN:  No, I'm -- the question focuses on the

23   date in which the payment is made.

24        THE COURT:  Right.  The date of transfer.

25        MR. KLEIN:  And it's a pre-petition date.  And the

DPH HOLDINGS CORP., ET AL.

1    question -- the question isn't do we admit that we're liable.

2    The -- if you're protecting yourself from the risk of a claim

3    and a claim includes a disputed claim, then it is -- you are a

4    debtor for purposes of the preference statute.

5         THE COURT:  Okay.

6         MR. KLEIN:  There's a number of cases addressing this

7    in the context of disputed claims or in the context of

8    contingent claims.  So it's -- the ultimate question isn't

9    whether DAS would have won or lost the lawsuit by a supplier

10   who had been unpaid and turned to DAS, assuming, for example,

11   hypothetically, that the party that issued the purchase order

12   entered into bankruptcy but DAS hadn't.  I think it's entirely

13   foreseeable that DAS could be subject to a claim, however

14   disputable, and if that's the case, it makes them a debtor for

15   purposes of the bankruptcy statute, of the preference statute.

16   And again, this goes back to the Enron case and the Bennett

17   Funding case.

18        Now, you know, I just quoted the Michigan case which

19   makes the point that there's a particular likelihood of

20   liability of it's part of the regular business to render the

21   performance; here to pay the bills.  Obviously, that is the

22   case With DAS with respect to these contracts.  So I do think

23   that, under Michigan law, there would be a colorable risk of

24   liability and that's all that's required.

25        The second thing that I would point this Court to is

DPH HOLDINGS CORP., ET AL.

1   this Court's decision in Randall Island Family Golf Centers

2   Inc. 290 B.R. 55 from this Court in 2003.  It involved claims

3   brought by the parent; it's quite similar to this.  It involved

4   claims brought by the parent's transferor who operated a

5   centralized cash management function.  Same as here.  And paid

6   bills on behalf of its subsidiaries.  The Court rejected the

7   defendants' argument that it wasn't the parent's debt because

8   the goods were ordered and shipped to subsidiaries.  And the

9   Court says, quote, "the complaint implicitly invoked an agency

10   type theory and asserted the preference claim on behalf of the

11   debtors."

12        Now in that case, unlike -- you know -- I know this

13   Court has already ruled and certainly I'm not revisiting that,

14   the Court has already ruled that asserting a claim generically

15   on behalf of the debtors isn't sufficient but the Court does

16   recognize that the operator of a cash management system on

17   behalf of its subsidiaries -- it think the gist of the opinion

18   is that it can give rise to an agency type of relationship

19   sufficient to support its status as a debtor under the statute.

20        Now, the second thing that I want to turn to is the

21   equitable nature of this Court's jurisdiction and how it comes

22   into play on this issue.  In Katz v. First National Bank of

23   Glen Head from the Second Circuit 1978, 568 F.2d 964, page 970,

24   the court stated that a Bankruptcy Court, as a court of equity,

25   must look through form to substance and treat the transaction

DPH HOLDINGS CORP., ET AL.

1    according to its real nature.  The court in Missouri and the

2    case of -- matter of Isbell, I-S-B-E-L-L, 24 B.R. 234 (W.D.Mo.

3    1982), quoted Katz and then used -- relied on Katz in part, in

4    fact, looked beyond the formal nature of the transaction to

5    uphold the preference claim.

6         In Isbell, the situation was that the Isbell

7    bankruptcy involved individual -- a corporation and its owners

8    as individuals in bankruptcy.  Shortly before the bankruptcy,

9    the owners personally borrowed money, passed the money on to

10   the corporation which then repaid the bank.  I'm -- it's -- the

11   corporation had a preexisting loan application.  Defendants

12   argued that the defendants -- that the debtor and creditor

13   didn't line up under 547 because it's the individuals pay money

14   and the corporation whose debt is satisfied as a result of the

15   money.  And the court said, against relying on Katz -- first to

16   quote Katz, I won't repeat the quotation and said the parties

17   to a transaction cannot, by using the individual debtors to

18   make a payment on behalf of the corporate debtor, prevent

19   through technicality and a thin disguise the performance that's

20   being reckoned as such.

21        Now this, obviously, is factually distinguishable.

22   There's no suggestion that any one on the debtors' side was

23   trying to manipulate anything here by having DAS pay the bills

24   for other entities but, again, the Court, as a court of equity,

25   does have the ability to avoid a situation where, although

DPH HOLDINGS CORP., ET AL.

1    there are payments which by every other characteristic, by

2    every other element, are preferences which allow the debtors --

3    excuse me, allow the creditors to be in a preferred position

4    versus the other unsecured creditors by the factual detail, the

5    technicality of DAS performing the payment function to avoid

6    its obligations under the preference statute.  And it's far

7    better characterized, I believe, as a preference than as a

8    fraudulent conveyance or any other theory in which,

9    hypothetically, that that payment, which did injure the other

10   creditors, could be recovered.

11          The only thing that stands between it and its true

12   characterization as a preference is the detail that, as with

13   many, many large companies and small companies -- Randall's

14   Golf Shops isn't a huge company -- uses centralized cash

15   management function.

16          THE COURT:  Okay.

17          MR. KLEIN:  Just briefly, I want to discuss the

18   Kimball Hill case which was just cited in early June out of the

19   Northern District of Illinois and which a number of defendants

20   cited in their surreply briefs just filed within the last few

21   days.  Kimball Hill involved a situation in which the plaintiff

22   in the preference action issued purchase orders but yet no

23   other role in the transaction.  They didn't receive

24   performance, they didn't make the payment.  And so in a

25   sense -- the company that brought the -- the company that

DPH HOLDINGS CORP., ET AL.

1    brought -- the entity that brought the claim was similarly

2    situation, in a number of respects, to the entities which

3    plaintiffs here say --

4              THE COURT:  I understand.

5              MR. KLEIN:  Let me re --

6              THE COURT:  You're basically saying it's the reverse

7    of our situation.

8              MR. KLEIN:  It's the re -- yes, thank you.  That

9    sentence was wandering off into nowhere; I apologize.  So it is

10   the reverse and the court found that in that circumstances, the

11   fact that the plaintiff issued a purchase order didn't make it

12   the debtor, where that was its only connection to the

13   transaction.  And so although plaintiffs think that Kimball

14   Hill is helpful to them, I think it's anything but helpful.  It

15   reflects the fact that this is more than a formulaic line

16   drawing exercise.  You look to the substance of what is going

17   on and if the --

18             THE COURT:  Although you'd think that the issuance of

19   a purchase order would at least give rise to a disputed claim,

20   right?

21             MR. KLEIN:  Well, I guess I could only say that that

22   issue wasn't raise in the case.

23             THE COURT:  Okay.

24             MR. KLEIN:  I take the point.  The only other thing

25   that I would add on Kimball Hill and I know that the Court

DPH HOLDINGS CORP., ET AL.

1   doesn't want to address it in this point, but in Kimball Hill

2   leave to amend was granted to correct the parties.

3          THE COURT:  Right.  Okay.

4          MS. HAFFEY:  If I could just briefly, Your Honor.  You

5   asked Mr. Klein a question and I have talked with my client and

6   DAS never did object on the basis that Mr. Klein was raising

7   today.

8          THE COURT:  Okay.  All right.  You ready -- are you

9   passing out from hunger or are you going to --

10          MR. BOWLES:  That would be Court's choice.  If the

11   Court --

12          THE COURT:  No, really, I'm serious.  If people want

13   to take a break now or you want to finish your argument first.

14   I'm -- it depends on how faint people are.

15          MS. HAFFEY:  I would just as soon finish this.

16          MR. BOWLES:  We'll --

17          MS. HAFFEY:  Let's finish.

18          MR. BOWLES:  We'll this one --

19          THE COURT:  Okay.

20          MR. BOWLES:  -- it that would be within the Court and

21   I'm -- And I'm, once again, on behalf of the -- before we

22   started this federal stuff, before we got the DSSI ruling, but

23   there are certain things.  First of all, Your Honor, as a

24   general overview, the presentation was nice but, as Your Honor

25   noted, it's not in the proposed amended complaint.  You know,

DPH HOLDINGS CORP., ET AL.

1    the details, the facts, the inferences; none of that exists.

2    It just simply says, like Your Honor said, in a particular

3    paragraph there's about number different where they have gee,

4    we weren't operating and we paid for it.  Now, the bigger

5    problem is, Your Honor, actually going back to your December

6    17th order, in some respects of why who is the plaintiff --

7            THE COURT:  You mean the September order.

8            MR. BOWLES:  The June -- July 22nd dismissal order.

9            THE COURT:  Right.

10            MR. BOWLES:  In there, you said that they had to list

11    transferor/transferees and any known immediate transferees.

12    And this is where, as Your Honor has said, where you have a

13    number of people who contracted the -- DAS might, in fact, be

14    somebody who should have been sued by another set of debtors.

15    Because it was the initial transferee.  In other words, DAS is

16    acting as -- you know, I pay you because you have a contract

17    with me to pay somebody else.  That's either a conduit or is it

18    best of the initial transferee and their subsequent

19    transferees.  And I won't bore the Court because you know if

20    you're a subsequent, nonimmediate transferee, you have a lot

21    more rights and defenses than you would have if you are an

22    immediate and initial transferee.

23            Further, Your Honor, you still have the problem of --

24            THE COURT:  Well, I actually any known subsequent

25    transferee against whom relief is sought.

DPH HOLDINGS CORP., ET AL.

1          MR. BOWLES:  Right.

2          THE COURT:  So --

3          MR. BOWLES:  But it still -- but remember, Your Honor,

4    they didn't designate in any of these that the defendants were

5    subsequent transferees and they probably were and they probably

6    had to.  Because if they're seeking relief against the

7    defendant and it turns out they are a subsequent transferee

8    that they did not comply with the order and properly allege

9    that.

10          Further, Your Honor, in the multiple identified

11   contract case, there's still the problem that we still don't

12   know who the technical plaintiff is.  When we started out this

13   on antecedent debt, the debtors said that there were two

14   elements.  There are actually three.  The third element is owed

15   to a debtor.  In other words, you actually can't have, you

16   know, some agency theory that they talk about; oh, there's an

17   agency theory.  Your Honor basically said you can't name all

18   the debtors under some agency theory.

19          And further, Your Honor -- and just preaching to the

20   choir -- this case was never substantively consolidated.  It

21   was substantively consolidated for certain voting purposes but

22   never consolidated for any other purpose including the one we

23   have here.  So if they're going to sue, they have to have the

24   right party to whom the debt was owed, who made the payment.

25   Like they said, they could have sold subsequent transferees.

DPH HOLDINGS CORP., ET AL.

1   They could have sold for DAS being a fraudulent conveyance for

2   that matter.  But, if you remember, they also waived all their

3   constructive fraudulent conveyances.  They only reserved a few

4   and none of these are the ones here.

5        So, basically, Your Honor, as an initial overview,

6   what it basically has is we don't have a proper identification

7   still, in these cases where they have multiple ones, to satisfy

8   Iqbal and Twombly, of who the proper plaintiff is, who the

9   proper plaintiff should have been and you don't have immediate

10  transferee identification because, I don't believe -- I haven't

11  read every one of them but at least the of the ones I've seen,

12  it's about thirty, I have not seen anyone say oh, and by the

13  way, the defendant is a nonimmediate transferee under 549 and

14  550.

15       THE COURT:  Can I parse these through -- I understand

16  your subsequent transferee point.  I don't understand the

17  multiple plaintiff point.

18       MR. BOWLES:  Well, the multiple plaintiff point comes

19  down -- not multiple plaintiff point but the multiple people --

20  in other words, in several of these, not mine, DSSI, so I have

21  to --

22       THE COURT:  Right.

23       MR. BOWLES:  If somebody has one that you might want

24  to argue instead of this but I can -- basically, where they

25  have the ones of -- well, actually, DSSI, although we've gotten

DPH HOLDINGS CORP., ET AL.

1    another issue that's been resolved -- they did, in fact, say

2    another entity and -- I think it was actually Delphi.  It

3    contracted with the parties and --

4             THE COURT:  But the plaintiff here is DAS?

5             MR. BOWLES:  Correct.

6             THE COURT:  Right?  There's no -- they're not multiple

7    plaintiffs anymore.

8             MR. BOWLES:  No.  But the truth is --

9             THE COURT:  That's why I was -- that's the only point

10   I was --

11            MR. BOWLES:  Oh, no, no, no.  What I mean is -- by

12   multiple plaintiffs, what I mean is they have listed one party

13   as a plaintiff but they have not alleged that -- where they had

14   said, in their exhibits, that there are two parties that

15   contract with the people.  That there are a lot -- there are a

16   lot of people and there are a lot of individual debtors that

17   have their own individual claims on this.  So there are other

18   debtors here not all part of DAS.  My only point is, in cases

19   where they say various debtors contracted with the defendants,

20   they've not shown anything that shows that, gee, DAS is in fact

21   the party as opposed to the other debtor.  They have not made

22   any allegations --

23            THE COURT:  Well, they're contention is that let's get

24   over for the moment the fact that it's pretty bare bones,

25   assumed or otherwise became obligated by, but they supplement

DPH HOLDINGS CORP., ET AL.

1    that by saying that they actually made the payment and it made

2    it in its own name not in the name of the contracting party.

3    That --

4          MR. BOWLES:  But wouldn't --

5          THE COURT:  The 547(B)(2) when it says for or on

6    account of an antecedent debt owed by the debtor, that as far

7    as owed by the debtor is concerned, you just need to show that

8    it completely would arise to the level of a disputed claim.

9          MR. BOWLES:  And I don't think that what they're

10   arguing there would be -- if you take the Enron case.  Probably

11   it's the most one.  Enron had various entities that paid for

12   other entities.  As people note, they were both what I would

13   call the alternative ones.  547, preference complaint and

14   constructive fraudulent conveyance claim.  Here, it's

15   undisputed the debtors waived all their constructive fraudulent

16   conveyance claims years and years ago in documents that long

17   before, thank God, I got involved in this case.  But

18   unfortunately while you were here.  That would be sadly more in

19   a fraudulent conveyance case as opposed to a preference case.

20   In other words, the Enron --

21         THE COURT:  So you're distinguishing Enron on the

22   basis that the court basically said it's either one or the

23   other and this -- and that's pleading for at least one.

24         MR. BOWLES:  Right.

25         THE COURT:  Okay.

DPH HOLDINGS CORP., ET AL.

1          MR. BOWLES:  In many respects there are other more

2    specific ones --

3          THE COURT:  What -- what --

4          MR. BOWLES:  -- but that's who I have for the general

5    group argument.

6          THE COURT:  What about Bennett Funding?

7          MR. BOWLES:  Bennett Funding, I'm not as familiar with

8    that one but Bennett funding, once again, is well before

9    Twombly and Iqbal which is its biggest problem.  I believe it

10   was a 2003 decision.

11         THE COURT:  I think before that.

12         MR. BOWLES:  Okay.  But I mean, when you start going

13   to what is sufficient pre-Twombly and Iqbal, I think, as Your

14   Honor has noted, there was a seat change with Twombly and Iqbal

15   including under preferences.  So whether those were allegations

16   sufficient prior to Twombly and Iqbal, I do not -- or with

17   its --

18         THE COURT:  Well, do you have any -- other than

19   Kimball, which I guess we'll get to; do you have any cases that

20   basically say the phrase debt owed by the debtor requires it to

21   be an actual, fixed, liquidated debt as opposed to a disputed

22   claim?

23         MR. BOWLES:  Not in my pleadings, Your Honor, and not

24   anything I prepared, I'll leave the other people to that but I

25   do not have anything that I cited.

DPH HOLDINGS CORP., ET AL.

1          THE COURT:  Okay.  I mean, I think, maybe this is more

2     of a question for your adversary here but it's a two-part --

3     it's a two-part standard it's kind of a debt and debt is

4     liability of a claim which includes contingent unliquidated

5     claims.  And then it says, owed by the debtor, one could argue

6     that Congress is being more specific then and said actually

7     owed by the debtor.  But I don't -- I'm not aware of any cases

8     that say that.

9          MR. BOWLES:  There's no other defendants --

10         THE COURT:  Well, you were going to say something

11    about DSSI specifically.

12         MR. BOWLES:  Oh, no, no.  I said I had nothing more.

13         THE COURT:  Oh, you have nothing more.  Sorry.  Okay.

14         MR. BOWLES:  You can go to my colleague if I'm winning

15    the issue.

16         THE COURT:  All right.  Well, I'm not sure you're

17    winning on this one.

18         MR. KULBACK:  Your Honor just briefly, Jerry Kulback

19    on behalf of Magnesium electron.

20         Your Honor raised a question to debtors' counsel as to

21    whether any objections to claims were filed.  In fact, my

22    client filed a proof of claim against Delphi Corporation et al.

23    It was an objection, a ninth objection, it was filed on the

24    basis that it was against ASAC and it was allowed by Your

25    Honor, pursuant to a stipulation that was entered against ASAC.

DPH HOLDINGS CORP., ET AL.

1    The debtor took the position, in this bankruptcy court

2    before Your Honor, in the ninth objection that the claim was

3    against ASAC, no other debtor.  There's a schedule that's

4    attached to the omnibus objection that listed all the debtors

5    and it had a little number.

6         THE COURT:  Including DAS?

7         MR. KULBACK:  DAS is on that schedule and they did not

8    assert that this was a claim, disputed or otherwise --

9         THE COURT:  I'm sorry; the schedule was to your proof

10   of claim that asserted it was against DAS?

11        MR. KULBACK:  No, my proof of claim was against Delphi

12   Corporation, et al., which would include everyone.  They

13   decided to limit it to ASAC.  In fact, Your Honor, paragraph 14

14   of the Magnesium Electron complaint says that ASAC contracted

15   with Magnesium.

16        THE COURT:  Right.

17        MR. KULBACK:  It does not say anybody else contracted.

18   It specifically identifies ASAC as the contracting party in

19   that.  And then in conclusory fashion it says DAS became

20   obligated or assumed those obligations, but that's not the

21   position that they took in connection with the claims

22   objection.  That was resolved, I believe, by stipulation at

23   docket number 4414.

24        THE COURT:  Okay.

25        MR. KULBACK:  I'm sorry; that's the wrong docket

DPH HOLDINGS CORP., ET AL.

1    number but --

2          THE COURT:  That's okay.

3          MR. KLUBACK:  -- but it was revised by stipulation

4    before Your Honor.

5          THE COURT:  But counsel's point is that, when I was

6    raising the issue of judicial estoppel, I said well even if

7    that had been the case it doesn't really apply to 547(b)(2)

8    because it refers to debt owed by the debtor before such

9    transfer was made, so you look to the prepetition period.

10          MR. KULBACK:  Well, we are looking at the pre-petition

11    period.

12          THE COURT:  I understand.

13          MR. KLUBACK:  And it --

14          THE COURT:  And the debtors prevailed on -- the

15    debtors prevailed on a position that says that --

16          MR. KULBACK:  And they prevailed on that position,

17    Your Honor, at the time that it hid the fact that they filed

18    all these complaints against all the debtors -- against all the

19    defendants.  They're flip-flopping their position where it

20    suits them.

21          THE COURT:  All right.  Okay.

22          MR. KULBACK:  And as Your Honor noted, if it were in a

23    different context they would be taking a different position.

24    If in fact --

25          THE COURT:  Well, I don't know.  I mean, the

DPH HOLDINGS CORP., ET AL.

1  representation to me was that they didn't.  They didn't take a

2  different position.

3          MR. KULBACK:  Here, Your Honor, we pushed the issue

4  that it was a claim against DAS or any other debtor, for that

5  matter, other than ASAC, the contracting party --

6          THE COURT:  Was it paid?  It wasn't paid, I guess,

7  right?

8          MR. KULBACK:  The claim?

9          THE COURT:  Yeah.

10          MR. KULBACK:  Well, that raises another issue, Your

11  Honor, because a lot of claims were assigned in this case.

12          THE COURT:  No, but was it --

13          MR. KULBACK:  My client sold its claim.

14          THE COURT:  I'm not sure it's a contested matter.  I

15  mean, if in fact it was a settlement where your client got paid

16  in full, then Delphi didn't really win because they paid you

17  off.

18          MR. KULBACK:  Well, it was a stipulation that allowed

19  the claim.

20          THE COURT:  No, I understand.  But if it -- and is

21  that all it did?

22          MR. KULBACK:  That's all it did, is allowed the claim

23  as against the ASAC estate only.

24          THE COURT:  Right.  It didn't provide for any form of

25  payment or anything like that?

DPH HOLDINGS CORP., ET AL.

1          MR. KULBACK:  No form of payment or anything else.  My

2    client subsequently assigned their claim, which goes to the

3    prejudice issue that we'll deal with later.

4          THE COURT:  And did it object?

5          MR. KULBACK:  The debtor had filed an objection.

6          THE COURT:  They filed an objection on the basis that

7    it was really owed --

8          MR. KULBACK:  Yeah, the ninth omnibus objection.

9          THE COURT:  -- it was really owed by ASAC.

10         MR. KULBACK:  They reduced the claim and changed the

11   debtor party.

12         THE COURT:  All right.

13         MR. KULBACK:  It's noted as a substantive objection

14   that they filed, the ninth objection was a substantive

15   objection both as to the debtor and the amount of the claim.

16         THE COURT:  Okay.

17         MR. KULBACK:  And it was resolved by stipulation as

18   against ASAC only because that was the contracting party.

19         THE COURT:  Okay.

20         MR. KULBACK:  Thank you, Your Honor.

21         THE COURT:  Okay.  All right.  Anything more on this

22   point?  You're just getting closer and not ultimately to the

23   microphone.

24         MR. KLEIN:  Not to the microphone, Your Honor.

25         THE COURT:  All right.

DPH HOLDINGS CORP., ET AL.

1             MR. KLEIN:  May I address the court very briefly, Your

2    Honor?

3             THE COURT:  Very briefly.  Yeah.

4             MR. KLEIN:  One, I think Your Honor understands this;

5    I think the claim is not the least bit inconsistent with the

6    position that --

7             THE COURT:  No, it's not objecting but if you actually

8    win then it is judicial estoppel, I think, unless I buy your

9    argument that it's -- I look only at the pre-petition period.

10            MR. KLEIN:  I think you should buy that argument, Your

11    Honor.

12            THE COURT:  Okay.

13            MR. KLEIN:  But I actually don't think that it's that

14    simple.  Someone needs to make a decision whether to cut a

15    check.  If in making that decision they run a risk of being

16    subject to a claim if they don't cut the check, that's all

17    that's required.  The fact that they disagree that in fact they

18    should be liable on the claim is irrelevant.  That is the

19    essence of the point that I'm making and thus there really is

20    no inconsistency regardless of whether they objected and

21    regardless of how that objection was resolved.

22            THE COURT:  What is your response on the subsequent

23    transferee point?

24            MR. KLEIN:  Frankly it strikes me as an example of

25    expecting us to rebut in our pleading every speculative

DPH HOLDINGS CORP., ET AL.

1    possibility as to how our allegations might turn out to be

2    untrue.  We plead --

3          THE COURT:  I'm sorry to interrupt you.  I had a

4    different reaction to it, which is that at least I think this

5    is the case in all of these; you do identify the other Delphi

6    party.

7          MR. KLEIN:  Uh-huh.

8          THE COURT:  So you do put the defendant on notice that

9    they might have a subsequent transferee argument.  So I'm not

10   sure there's a real -- I mean, as far as complying with the

11   September 7th order, which says to identify subsequent

12   transferees that you're going to hold liable, your obviously

13   identifying who you're going to be able to hold liable.  You

14   don't say specifically they're are subsequent transferee but

15   you do give them the ability to argue that they're a subsequent

16   transferee by identifying the other Delphi parties for whose

17   benefit the transfer may have been made.

18         MR. KLEIN:  And we didn't identify them as subsequent

19   transferees because we don't think they're a subsequent

20   transferee.

21         THE COURT:  But they're in there.

22         MR. KLEIN:  Yes, we identify the various parties that

23   are part of this transaction.  We don't think that identifying

24   them makes them a subsequent transferee.  So certainly I agree

25   that -- with your fundamental point.

DPH HOLDINGS CORP., ET AL.

1           Just two other quick comments.  One, there was a

2    discussion of Bennett (ph.) Funding being pre-Twombly.  Bennett

3    Funding, A, it was following Enron but more fundamentally

4    Bennett Funding is about the definition of a debt in claim, it

5    has nothing to do with Twombly or Iqbal or Connelly vs. Gibson

6    or anything else, or at least not for the purposes that I'm

7    discussing.

8           The only other point is, there was a mention of

9    substantive consolidation and indeed the substantive

10   consolidation was for limited purposes only and that's why I

11   didn't argue that as a formal matter, as a result of

12   substantive consolidation DAS could bring the claim.  But

13   there's a practical element of this as well, which is the money

14   is going into a single pot.  Creditors are unaffected, debtors

15   are -- the defendants aren't required to pay any more or any

16   less than if the claim had been brought by another party.  And

17   again going back to form over substance, the substantive

18   consolidation does matter at, I think, a common sense level.

19          THE COURT:  But I guess the issue I have there is 547

20   uses the word debtor in more places than just (b)(2).  So if

21   you're saying the debtor -- it doesn't really matter because

22   it's all going to the same place but it's -- you know, you have

23   to show the debtor was insolvent.  It has to be owed by the

24   debtor.

25          I mean, I think there are proof issues for the trial

DPH HOLDINGS CORP., ET AL.

1   too.  I can't -- I can't see just basically saying well it's

2   really all one debtor when it isn't.  But --

3          MR. KLEIN:  It's a fair point that it matters --

4          THE COURT:  -- I mean, I think your main argument is

5   simply that it doesn't have to be a fixed liquidated claim, it

6   can be a contingent disputed claim.

7          MR. KLEIN:  Your point's a fair point, I won't dispute

8   it.

9          THE COURT:  All right.

10          MR. KLEIN:  Thank you, Your Honor.

11          THE COURT:  All right.  Well, I'm going to break for

12   lunch for about forty-five -- why don't we come back at 3,

13   it'll take a while for everyone to get out.  I thought you were

14   done.

15          MR. METH:  I was, Your Honor, and this is procedural.

16          THE COURT:  All right.

17          MR. METH:  It is my understanding -- Richard Meth, Fox

18   Rothschild LLP, local counsel for DSSI.

19          It was our understanding, based on the comments made

20   by the Court after the review of the exhibits, that based upon

21   the total lack of any descriptives with regard to the DSSI

22   complaint that the motion to amend as to DSSI could not be

23   sustained.  If in fact our interpretation of the Court's

24   comments is correct, then we would ask that, if possible, the

25   Court could, in fact, deny the motion solely as to DSSI at this

DPH HOLDINGS CORP., ET AL.

1    point and we could be excused.

2           If the Court has not yet ruled, obviously, that is our

3    wish.

4           THE COURT:  No, I'm happy to do that although there's

5    the remaining -- I don't know if you asked for this, everyone

6    else did, that the debtors be precluded from filing a motion

7    for leave to amend and I don't really want to rule on that yet.

8           MR. METH:  Then we will remain.

9           THE COURT:  But -- but you're right about the first

10   part.

11          MR. METH:  Thank you, Your Honor.  I appreciate the

12   clarification.  Thank you.

13          THE COURT:  All right.  Thank you.  I don't think this

14   courtroom is locked normally so I wouldn't leave anything

15   valuable in here but you can leave your papers here.

16          (Recess from 2:01 p.m. until 3:00 p.m.)

17          THE CLERK:  All rise.

18          THE COURT:  Please be seated.  Okay.  We're back on

19   the record in In re DPH Holdings, the Delphi complaints and

20   DAS's motion to amend.

21          When we left off I think we concluded arguments on

22   that portion of the Rule 15(a) motion that raised issues under

23   Rule 8 concerning the necessary allegation of 547(b)(2) that

24   the transfer being made for or on account an antecedent debt

25   owed by the debtor.  The various objectors have argued that in

DPH HOLDINGS CORP., ET AL.

1    the instances where the complaints make it clear that the

2    contractual relationship under which the debt was incurred, was

3    with a debtor that is not a purported plaintiff, DAS, that on

4    their face the complaints don't comply with 547(b)(2) and that

5    the proposed amended complaint therefore shouldn't be permitted

6    to be filed as the amended complaint, because it wouldn't

7    survive a Rule 8 challenge.

8         The debtors contend to the contrary, that the

9    complaints in those circumstances allege enough to satisfy

10   547(b)(2) for purposes of the pleading standards set forth in

11   the Bell Atlantic Corp. vs. Twombly case, 550 U.S. 544 (2007)

12   and Ashcroft vs. Iqbal, 129 S.Ct. 1947 -- I'm sorry, 1937

13   (2009).

14        The portions of the complaint that are relevant here

15   are those -- are really threefold.  First the complaint's

16   assertion that the plaintiff made the payment at issue, that is

17   that DAS made the payment at issue which is set forth in the

18   complaint itself, as well as in the attachments to the

19   complaints, the schedules.  Secondly, there's an assertion that

20   DAS was the operating subsidiary of Delphi in North America

21   that performed, among other things, accounting and payment

22   functions for the reorganized debtors in connection with their

23   manufacture of various automotive parts, components, modules

24   and assemblies or in connection with paying for services.  And

25   lastly, that -- I'm looking for a sample complaint here.

DPH HOLDINGS CORP., ET AL.

1        MS. HAFFEY:  Would you like me to provide you with

2    one?

3        THE COURT:  Yeah, just one that specifically covers

4    this issue because not all of the complaints that I have raise

5    the multiple transfer issue.  Okay.

6        And then lastly that plaintiff assumed, or otherwise

7    became obligated for, Delphi subs, that those are the

8    identified Delphi entities that had the direct contractual

9    relationships, payment obligations.  And in some instances

10    there's an additional allegation that that assumption was part

11    of an agreement, not with the defendant but with the Delphi,

12    the non-plaintiff Delphi affiliates that did have a contractual

13    relationship with the defendant.

14        As I've noted a couple of times in today's hearing

15    already, ultimately in Iqbal the Supreme Court stated, "In

16    determining whether a claim should survive a motion to dismiss,

17    a court must first identify each element of the cause of

18    action," Iqbal, 129 S.Ct. at 1947.  Next, "The Court must

19    identify the allegations that are not entitled to, 'the

20    assumption of truth' because they are legal conclusions not

21    factual allegations," ID at 1951.

22        Finally, "The Court must assess the factual

23    allegations in the context of the elements of the claim to

24    determine whether they are" -- I'm sorry -- "to determine

25    whether they 'plausibly suggest' an entitlement to relief," ID

DPH HOLDINGS CORP., ET AL.

1    at 1951.

2         And that latter analysis should be done in a common

3    sense matter in light of the context specifically of the

4    particular complaint, see In re Hydrogen 431 B.R. 337 at 345 --

5    I'm sorry, 346 (Bankr. S.D.N.Y. 2010).

6         The statement in -- generally speaking in paragraph 14

7    of the proposed amended complaint that plaintiff assumed or

8    otherwise became obligated for the other Delphi entities'

9    payment obligations in my view is the type of conclusory

10   statement of law that is not entitled to the presumption of

11   truth, evidentiary truth, under Rule 8 and the Iqbal case, as I

12   believe is also confirmed or was confirmed in a similar context

13   recently in In re Kimball Hill, K-I-M-B-A-L-L, Hill Inc., 2011

14   B.R. LEXIS 2163 (Bankr. N.D. Ill., June 2, 2011) at pages 32

15   through 35.

16        However, I agree with the plaintiffs reliance upon In

17   re Enron Corporation, 357 B.R. 32 (Bankr. S.D.N.Y. 2006), and

18   in particular the discussion at pages 48 through 49 of that

19   case where Judge Gonzalez discusses Section 547(b)(2) at some

20   length and concludes that the phrase that's at issue here owed

21   by the debtor or debt owed by the debtor encompasses, properly,

22   or focuses properly on the noun debt which as defined in the

23   Bankruptcy Code includes liability that is matured, contingent

24   and disputed, et cetera.  So that with the proper allegation

25   that would set forth sufficient facts and not legal conclusions

DPH HOLDINGS CORP., ET AL.

1    in the complaint, the complaint could satisfy Section

2    547(a)(2)'s debt owed by the debtor element by asserting a

3    disputed obligation of the debtor, as the debt that was paid.

4         The plaintiff contends that its proposed amended

5    complaint is different from the complaint in Kimball Hill in

6    this regard because in addition to making the conclusory

7    statement that I've already quoted, the complaint also makes it

8    clear that the plaintiff made the specific payments and

9    therefore, apparently, considered itself to be liable and that

10   it performed the accounting and payment function on behalf of

11   its affiliates and subsidiaries from which the plaintiff asked

12   me to infer that the DAS plaintiff could be found liable under

13   a plausible legal theory under Michigan law, as acting on

14   behalf of those entities and assuming their liability.

15        This is in contrast to Kimball Hill where, as noted by

16   Judge Sonderby, the plaintiff there, although allegedly having

17   made the payments, appears not to have done so based on other

18   statements in the complaint and where it was stated that there

19   was no fact alleged that would give rise to a claim against the

20   plaintiff under applicable non-bankruptcy law in that case,

21   Texas case law see ID at page 35.

22        I find this to be a very close call, frankly.  The

23   only real facts alleged in the complaint that would suggest a

24   claim is the fact of payment itself.  However, that is a

25   significant fact in that the DAS entity made the payment

DPH HOLDINGS CORP., ET AL.

1    apparently not as a volunteer or at least I believe that's what

2    those with the supply and service relationships who were being

3    sued in these complaints, I believe, would plausibly allege at

4    the commencement of the DAS bankruptcy case.

5         So under the rationale of the Enron opinion that I've

6    already cited, it would appear to me that at that point the

7    defendants would have at least a disputed claim against

8    plaintiff DAS, which would satisfy that aspect of the

9    preference statute.  That's the only basis for my denial of the

10   objection on this grounds.  I believe that the rational of In

11   re Randall's Island Family Golf Centers, Inc., 290 B.R. 55

12   (Bankr. S.D.N.Y. 2003), that the plaintiff there would satisfy

13   Section 547(b)(2) because defendants were put on notice of what

14   was -- of the underlying claim implicitly invoking an agency-

15   type theory would not lie today in light of Twombly and Iqbal.

16        I also believe that there's no real equitable basis

17   for ruling in the plaintiffs' favor here, given the plain

18   language of the statute and that the plaintiffs -- the

19   plaintiff, instead, would have to show or plead sufficient

20   facts to show at least a disputed claim existing against DAS at

21   the time of the transfer, which I believe, as I said, the

22   complaint just barely does.

23        So on that basis, I will overrule those objections to

24   the motion.

25        I also note that one creditor has asserted -- that is

DPH HOLDINGS CORP., ET AL.

1    Magnesium Corporation has asserted that there would be a basis

2    for judicial estoppel in that the debtor entered into a

3    stipulation with it after it had asserted a claim against all

4    of the Delphi debtor entities, pursuant to which it was agreed

5    by the parties after the debtor had objected to that claim that

6    the claim would be allowed against only one debtor, the

7    specific contracting debtor, ACEC -- or ASEC.  And that

8    therefore, the debtor should be judicially estopped since it's

9    the same contractual relationship that gives rise to this

10   preference claim from asserting that DAS could have money owed

11   to it by Magnesium.

12        I do not have sufficient facts with regard to the

13   stipulation itself to find that judicial estoppel either does

14   not apply or does apply.  Normally, there is no judicial

15   adoption of a party's position for judicial estoppel purposes

16   in connection with a settlement.  There's an exception to that

17   rule, however, where a court approval of a settlement is one

18   which implicitly requires adoption of the position at issue.  I

19   am skeptical that court approval of this settlement did in fact

20   require adoption of the debtors' position since there could be

21   any number of other reasons why the debtor would have settled

22   and I would have approved such a settlement.  But the record is

23   not clear enough for me to establish that one way or the other

24   here.  So that issue, the judicial estoppel issue, would be

25   preserved for another day.  See, generally, In re Allegiance

DPH HOLDINGS CORP., ET AL.

1    Telecom, Inc 356 B.R. 93 at page 107 through 108, Bankr.

2    S.D.N.Y. (2006).

3        Okay, I think that takes care of those issues under

4    547(b)(2).  So are you going to move now to relation-back

5    issues?

6        MS. HAFFEY:  I think we'll move next, Your Honor, to

7    the insolvency issue.

8        THE COURT:  Okay.

9        MR. SENDEK:  Good afternoon, Your Honor.  Bruce Sendek

10    for DAS.

11        THE COURT:  Good afternoon.

12        MR. SENDEK:  My colleagues were kind enough to leave

13    me with a rather straightforward issue that I believe we can

14    quickly demonstrate satisfies any issue that pertains to

15    sufficiency of pleading under Twombly.

16        The pleading that we have before the Court states that

17    the transfers at issue were made within ninety days of the

18    filing of the petition and we've alleged that the -- that DAS

19    wasn't solvent.  Under 547(f), the Code allows the debtor to

20    presume insolvency within ninety days preceding the filing of

21    the petition.  And this is obviously an important advantage to

22    the debtor.  It is an advantage both in terms of ultimately

23    proving insolvency during that ninety-day period and it is also

24    an advantage in meeting any pleading requirements because the

25    debtor only need allege that payments were made within that

DPH HOLDINGS CORP., ET AL.

1    ninety-day period.  And at that point, it is accepted as a

2    fact.  That is what a presumption is.

3         If the defendant does not at some later point in time

4    present evidence to rebut that presumption, then it given as

5    true and the plaintiff has met its burden of proof in that

6    regard.  And when we look at the question of Twombly and

7    whether or not something is plausible or not, we see that we've

8    done far more than that.  Whether it is not it is plausible

9    that we were insolvent is beyond dispute here.  We have

10   demonstrated through the assistance of the presumption that it

11   is a fact.  It should be given and taken as a fact by this

12   Court that DAS was insolvent at the time the petition was

13   filed.  And that may remain a fact right through trial unless

14   the defendants do something subsequently to rebut that

15   presumption.  And that's where we are right now.

16        There are --

17        THE COURT:  What if the -- I mean, the objectors say

18   that the debtors' already rebutted it itself by having

19   scheduled, DAS is in effect solvent.

20        MR. SENDEK:  Well, if the Court is talking about -- I

21   assume the Court is talking about the schedule that they put

22   out there?

23        THE COURT:  Right.

24        MR. SENDEK:  Well, that doesn't do anything of the

25   kind.  It is just a schedule and there are legions of cases

DPH HOLDINGS CORP., ET AL.

1   that talk specifically about what schedules, book values,

2   financial statements, balance sheets mean in terms of proving

3   insolvency which is, under the definition of Code, generally

4   speaking, whether or not the debts of the debtor -- liabilities

5   of the debtor exceed its assets at fair valuation.  And, of

6   course, that's the key language.  That's fair valuation.  And

7   book value -- even if prepared according to a GAAP Financial

8   Standard, this -- remember, this is just a schedule.

9           This is not -- it doesn't purport to be a GAAP

10   schedule.  But even if it were prepared in accordance with

11   GAAP, that does not speak to valuation, other than the fact

12   that it was based on historic documents that may be adjusted

13   fro depreciation and the like.  But the courts -- and I've --

14   and we've cited them -- are clear that when you talk about

15   financial statements, schedules, lists of assets, yes, cash or

16   cash equivalents may be reflected of valuations.  But when you

17   get beyond that, when you get beyond cash or cash equivalents,

18   it may or may not have any relationship to the present value of

19   the assets and generally doesn't.  That was stated clearly in

20   the case of Ames which came out of this district, I do believe.

21   And it was stated in the Enron case quite clearly and that --

22   when I'm talking about the Enron case, I'm talking about the

23   case involving the preference with Arthur Anderson where they

24   were seeking a multimillion dollars preference in that case.

25           Arthur Anderson had the idea that they could

DPH HOLDINGS CORP., ET AL.

1    demonstrate that there was not insolvency at the time of the

2    petition being filed by reference to the Q10 report that was

3    filed with the SEC which showed, I think it was, an excess of

4    two billion dollars -- no, I think, maybe it was -- no, it was

5    ten billion dollars of assets over liabilities.  And Enron --

6    in the Enron decision, I believe that was written by Judge

7    Gonzalez in the Southern District, discusses at length why it

8    does not in fact demonstrate insolvency.  And, again, the

9    discussion, again, is of financial statements, schedules of

10   assets, don't reflect valuation and they cannot be used to

11   overcome the presumption.

12          In some cases -- I think there may be some cases where

13   a schedule -- I think I've seen one where a schedule was deemed

14   to overcome a presumption, post-leadings.  But, just -- most --

15   the majority of all the cases I have seen, Enron being one of

16   them, Ames being another, is that it doesn't overcome it.  So

17   ultimately -- at some point in this proceeding, past the

18   pleading stage, the defendants might make that argument and

19   then it will be for the Court to determine whether or not that

20   one schedule can in fact rebut the presumption that we now

21   enjoy.  But that's something to be determined later on.

22          The plaintiff in any preference action isn't required

23   to plead and presume that the presumption will be rebutted.

24   That would make no sense.  And -- because, again, Twombly talks

25   about possibilities, talks about likelihoods and we have here,

DPH HOLDINGS CORP., ET AL.

1    for all intents and purposes as we sit today, a certainty that

2    we were insolvent at the time the petition was filed.  And as

3    far as the pleading requirements go, I would refer the Court to

4    the case that the defendants like very much because it does

5    have some rather stringent pleading requirements for preference

6    cases, and that's the Caremerica case.  And in that case, in

7    fact, the Court made a decision that with preference claims

8    that went beyond ninety days, earlier than ninety days, and in

9    that decision, the Cour -- in that circumstance, the Court said

10   well, in that circumstance, the debtor has to allege some facts

11   to show they meet the Twombly standard of plausibility that it

12   was insolvent.  But that's as to those preferences, not to

13   preferences that's (sic) within the ninety days.  The language

14   was, "The trustee may presume a debtor is to be insolvent

15   during the ninety day period preceding the date of the

16   bankruptcy filing, however, this presumption is inapplicable to

17   preferential transfers made outside of the ninety day period."

18   And that's the best case they have.

19        So, what we learn from the totality of all the cases,

20   and what we learn from Caremerica, even under the most

21   favorable of circumstances to the defendant, is that pleading

22   insolvency is based on the presumption that the statute allows

23   is a given.  We are deemed insolvent as of the date of the

24   petition.  And that'll stay the case until it's -- until it is

25   rebutted by adequate evidence.

DPH HOLDINGS CORP., ET AL.

1           THE COURT:  Okay.

2           MR. JONES:  If it please the Court, Roger Jones on

3     behalf of the Calsonic defendants and also speaking for other

4     defendants with respect to the insolvency issue.

5           With respect to insolvency, Your Honor, we have two

6     arguments.  The first is, we do not believe that the debtor DAS

7     is entitled to rely on 547(f) to meet its pleading requirements

8     under Iqbal & Twombly.  Your Honor, if you take a look at the

9     legislative history of 547(f), you will find that it is an

10    evidentiary presumption subject to Rule 301 of Federal Rules of

11    Evidence.  That's an evidentiary presumption under 301 that is

12    applicable at trial.  The presumption is rebuttable and once

13    any evide -- some evidence is introduced to the contrary, the

14    presumption is rebutted.  That presumption does not render

15    insolvency somehow not an element of a preference claim and it

16    does not shift the burden of proof.  The burden of proof is on

17    the debtor; it is an element of the claim.

18          We understand, Your Honor, that five-for -- that

19    Caremerica permitted the debtor to rely on the presumption.

20    Your Honor, we simply disagree with that conclusion, again,

21    because Rule 301 indicates that 547(f) is nothing more than an

22    evidentiary presumption to be applied at trial and not at the

23    pleading stage, which is where we are now.

24          Second, Your Honor, if it were applicable, it is the

25    case that the debtor has itself rebutted the presumption

1    already and did so a long time ago.  There are cases -- we

2    cited those in our pleadings, Your Honor, that have found

3    schedules showing equity in the debtors' assets to be

4    sufficient to rebut the presumption.  But more importantly,

5    Your Honor, the debtors' chief restructuring officer testified

6    before this Court that the debtor was solvent at least as of

7    August of 2005, which is during the period that we have at

8    issue here.

9           Your Honor, that testimony was given to this Court in

10   connection with the motion to form or approve -- require the

11   U.S. Trustee to appoint a committee of equity holders.  And

12   there were -- there was testimony regarding whether the debtor

13   was insolvent or hopelessly insolvent in connection with

14   whether a committee should be appointed.

15          The debtors' chief restructuring officer, Mr. John

16   Sheehan, testified that in two-thou -- in August of 2005, that

17   the debtor made a distribution to its shareholders which it

18   could not have made under Delaware law unless the debtor was

19   solvent at that time.  And Mr. Sheehan testified expressly that

20   the debtor was solvent at that time.  Your Honor, that is the

21   transcript of the March 21, 2006 hearing before this Court.

22   Mr. Sheehan's testimony, most relevant parts, begins on page

23   152 of that testimony --

24          THE COURT:  Is this attached to any particular

25   objection?

DPH HOLDINGS CORP., ET AL.

1            MR. JONES:  It's attached to Affinia's objection, Your

2    Honor.  We relied on it, but it is attached to Affinia's

3    objection.

4            THE COURT:  All right.  Let's take a quick look.

5            MR. JONES:  It is Exhibit G, Your Honor,

6            THE COURT:  Right.

7            MR. JONES:  It --

8            THE COURT:  Okay.  The dividend there was by which

9    debtor entity?

10           MR. JONES:  It was Delphi, Your Honor.

11           THE COURT:  Okay.

12           MR. JONES:  It was the reor -- it was the --

13           THE COURT:  It was the ultimate --

14           MR. JONES:  -- Delphi corporate --

15           THE COURT:  -- parent --

16           MR. JONES:  -- publicly traded parent.

17           THE COURT:  Right.

18           MR. JONES:  You are correct, Your Honor, that it was

19    not DAS.

20           THE COURT:  Okay.

21           MR. JONES:  And on page 157,

22    "Q.  In fact, you thought you were solvent.  That's why paid

23    the dividend, right?

24    "A.  Yes, sir."

25           THE COURT:  All right.

DPH HOLDINGS CORP., ET AL.

1          MR. JONES:  The Court makes an important point that

2     that testimony relates to Delphi.  But if the Court takes a

3     look at the debtors' position here, it is the debtors' position

4     that its statements and schedules are in error because its

5     statements and schedules did not reflect pension liabilities

6     that Delphi was unable to pay.  But if Delphi was solvent, that

7     means it was able to pay its pension liabilities.

8          THE COURT:  But the schedules are not prepared at a

9     fair valuation, right?  They're not conclusive evidence of --

10         MR. JONES:  No, they are not conclusive evidence.  And

11    conclusive evidence is not required to rebut the presumption.

12    It's just an evidentiary presumption.  You come forward with

13    some evidence.

14         THE COURT:  All --

15         MR. JONES:  We cited in our papers four cases that

16    have held that schedules showing equity in the assets are

17    sufficient to rebut the presumption.  Still, have to have a

18    trial, people put on their competing proof, all that sort of

19    thing.  But it sufficient to rebut the presumption.

20         THE COURT:  But, I guess, the ultimate issue -- I

21    mean, I thought about this, I think, pretty carefully.  I don't

22    see why, given that Congress has set forth that presumption,

23    that at the pleading stage unless there's, again, some form of

24    judicial estoppel which I don't think exists here, the

25    plaintiff can't rely on it -- why the plaintiff has to show

DPH HOLDINGS CORP., ET AL.

1   more.

2          MR. JONES:  Your Honor --

3          THE COURT:  I mean, it's evidence.

4          MR. JONES:  it is an evidentiary presumption.

5          THE COURT:  But it's -- I mean -- okay.  It's still

6   evidence.  And as far as the pleading is concerned, it's not

7   conclusory because it's beyond the legal standard.  It's an

8   actual factual fact of life that Congress says is built into

9   the statute.

10         MR. JONES:  Your Honor, we don't disagree with that.

11  But 547(f) is no different than any other presumption under

12  Rule 301 of Federal Rules of Evidence.  There are many other

13  presumptions out there of 547(f), but evidentiary presumptions

14  are not applicable at the pleading stage.  But if the Court

15  concludes that 547(f) is applicable at the pleading stage, then

16  they can't rely on it in this case and they can't rely on it in

17  this case because there's already sufficient evidence in the

18  record to rebut the presumption.

19         THE COURT:  But that -- this isn't on Rule 8, though,

20  then.  This is on futility?

21         MR. JONES:  No --

22         THE COURT:  I'm --

23         MR. JONES:  -- it's not on futility, Your Honor.  We

24  understood the Court's comments that it did not wish to have an

25  evidentiary hearing on --

DPH HOLDINGS CORP., ET AL.

1          THE COURT:  Well, so --

2          MR. JONES:  It's not on futility.  This is an Iqbal

3     argument, Your Honor.  Our argument is very straightforward,

4     Your Honor.  We do not believe 547(f) eliminates the

5     requirement that they plead some facts to support insolvency as

6     an element of preference claim.  if it is applicable at the

7     pleading stage, we think it's -- was rebutted in this case by

8     their statements and schedules and by their testimony of their

9     CRO such that they can't rely on it, meaning --

10         THE COURT:  The CRO, I think, is a red herring.  He's

11    talking about the parent company and the parent company had

12    access to the equity of foreign subsidiaries.

13         MR. JONES:  It also, then, Your Honor, had the

14    ability, if it was solvent, if it were solvent at the time, to

15    pay the pension liabilities which is basis for the debtors'

16    argument that DAS was not solvent.  They argue you should

17    ignore the statements and schedules in this case because they

18    don't include the pension liabilities that Delphi could not

19    pay.

20         THE COURT:  But, I don't follow that because the --

21    that would only be on a derivative basis or secondary basis

22    after DAS couldn't pay them.

23         MR. JONES:  Your Honor --

24         THE COURT:  DAS is liable for them, too.

25         MR. JONES:  Well, that -- their argument is that they

DPH HOLDINGS CORP., ET AL.

1    allocated -- and if you take a look at the affidavit that's

2    attached, they allocated to DAS pension liabilities that could

3    not be paid by Delphi.  Not all the pension liabilities, but a

4    portion of the pension liabilities that could not be paid by

5    Delphi.

6            THE COURT:  I just -- to me, this, again, does not

7    seem to me to be a pleading issue.  This is an issue that

8    parties fight out at trial when they decide what the fair

9    valuation actually is.  I mean, as far as pleading is

10   concerned, Congress has said this is a presumption.  And what's

11   the point of saying it's a presumption if you can't rely on it?

12           MR. JONES:  The question is when can you rely on it?

13   Can you rely on it at the pleading stage or is it an issue of

14   trial?

15           THE COURT:  Well, I mean, it's easier to -- I --

16           MR. JONES:  Your Honor --

17           THE COURT:  -- I think you ought to --

18           MR. JONES:  -- I'm not going to belabor the point --

19           THE COURT:  -- flip that one.  I think it's more

20   likely you rely on it at the pleading stage than at trial

21   because someone can rebut it at trial.  But pleading, it's not

22   about rebutting; it's about just getting at your case.

23           MR. JONES:  I'm not going to belabor the point, Your

24   Honor.

25           THE COURT:  Okay.

DPH HOLDINGS CORP., ET AL.

1            MR. JONES:  Those are our arguments.

2            THE COURT:  All right.

3            MR. JONES:  I do not know whether the Court wishes to

4    address (b)(5) at this time or whether the debtors intend to

5    address that and admit it as part of their presentation, we

6    would respond to it.

7            THE COURT:  They'd do better in a Chapter S -- is

8    that -- in a liquidation?

9            MR. JONES:  Yes.

10           THE COURT:  Is someone going to address that

11   separately?

12           MR. SENDEK:  We could address that, Your Honor.  Yes.

13           MR. JONES:  Thank you, Your Honor.

14           THE COURT:  Okay.  We might as well deal with that

15   now, I think.

16           MR. SENDEK:  Does the Court wish to hear any rebuttals

17   to the arguments made by counsel?

18           THE COURT:  Well, no, I don't think so.

19           MR. SENDEK:  Okay.

20           THE COURT:  I mean, no one has a case on point except

21   for perhaps Caremerica.  But that's not really in point,

22   either.  Well, I guess it is -- yeah, it is on point.  I'm

23   sorry.  It is on point.

24           MR. SENDEK:  Then I won't miss an opportunity to say

25   nothing.

DPH HOLDINGS CORP., ET AL.

1          THE COURT:  All right.

2          MR. SENDEK:  Your Honor, 547(b)(5) is a very close

3    cousin to the issue we just described and --

4          THE COURT:  Right.  No -- can I cut through this?

5          MR. SENDEK:  Yes.

6          THE COURT:  If it's insolvent and you're dealing with

7    unsecured debt, nonpriority unsecured debt, that's the end of

8    it, right?

9          MR. SENDEK:  It is, Your Honor.  And we rely --

10         THE COURT:   I mean, it has to -- you can get 99.9

11   cents on the dollar and still trip over 547(a)(5) -- (b)(5),

12   excuse me.

13         MR. SENDEK:  I couldn't have said it better.  And

14   that's exactly what Enron says, one of the key cases we rely

15   on.  It says exactly that, that that's the end of the inquiry

16   where Arthur Anderson tried to make a case that said well, you

17   haven't shown that this was the condition as of the time that

18   the petition was filed.  And the Court basically said not so,

19   the presumption carries you there as well.  As well as looking

20   at later events that occurred in the proceedings, that in Enron

21   the fact that the general creditors did not receive anything

22   was another determining factor as here --

23         THE COURT:  But, this -- again, that's a -- that's not

24   a Rule 8 case.  That's a later -- that's an evidentiary case.

25         MR. SENDEK:  Well, that was at summary judgment, Your

DPH HOLDINGS CORP., ET AL.

1   Honor.

2        THE COURT:  Right.

3        MR. SENDEK:  The interesting thing is that all these

4   cases that are trying to attack the presumption are at -- are

5   well beyond the pleading stage.  And we're way ahead of the

6   game here --

7        THE COURT:  Except --

8        MR. SENDEK:  -- I mean, that's something for later on.

9        THE COURT:  Except Caremerica.

10       MR. SENDEK:  Except Caremerica which is the only one

11  that addresses at the pleading stage, but over and over again,

12  we see the cases are on summary judgment or at trial where the

13  courts make determination regarding the effect of the

14  presumption and whether or not it's been rebutted or not.  And

15  here, again, I say it's a close cousin because we've

16  established that we were insolvent as of the time the petition

17  was filed, at least for now, until somebody comes up with

18  credible evidence to rebut that.  So that also takes us through

19  547(b)(5).

20       THE COURT:  Okay.

21       MR. SENDEK:  Thank you.

22       THE COURT:  Any response on that one?

23       MR. JONES:  Your Honor, just as we don't believe that

24  the presumption ought to be applicable to carry the day with

25  respect to insolvency, we certainly don't think it should be

DPH HOLDINGS CORP., ET AL.

1   applicable to carry the day with respect to 547(b)(5).

2         There are no real other allegations in the

3   complaint -- in the proposed amended complaint that would carry

4   the day on that issue.  If they don't get the benefit of the

5   presumption to carry the day on 547(b)(5), then they would

6   lose.

7         THE COURT: Right.

8         MR. JONES:  The only allegation is that on a

9   consolidated basis, somebody in 2009 may get less than 100

10   cents on the dollars which doesn't tell you what would have

11   happened in 2005.

12         THE COURT:  Right.  But, again, it seems to me that if

13   I accept the proposition that simply stating the debtor was

14   insolvent is sufficient because of the presumption in 547(f),

15   then given that this is described as unsecured debt, unsecured

16   trade debt, it would seem to me that that would be enough, not

17   only for (b)(3) but also for (b)(5).

18         MR. SENDEK:  Well, Your Honor, we would cite the

19   Caremerica which actually, I think, reaches a different

20   conclusion about that and looks for whether there are

21   allegations regarding (b)(5) even though the presumption

22   applied with respect to the ninety-day period prior to the

23   filing and found that the statements and schedules which showed

24   insolvency were sufficient to carry that, which is not the case

25   here.

1          THE COURT:  But it's -- I mean, what more would you

2    say?

3          MR. JONES:  According to Caremerica, that you would

4    offer some allegations regarding what would have occurred had

5    DAS been liquidated on the petition date.

6          THE COURT:  Well, I mean, the -- under 101(32),

7    it's -- insolvency is to be determined at a fair valuation.

8          MR. JONES:  That's correct, Your Honor.

9          THE COURT:  There's a statutory presumption of

10   insolvency on the petition date.

11         MR. JONES:  Your Honor, I'm not going to belabor the

12   point --

13         THE COURT:  Okay.

14         MR. JONES:  -- I think our position's clear.

15         THE COURT:  I mean, I think the theory would have to

16   assume that a Chapter 7 liquidation would result in more value

17   than the statutory presumption?  I guess that's what we'd have

18   to assume.  That just doesn't -- I mean, that really -- I mean,

19   that tips plausibility on its head.  That truly is implausible.

20         MR. JONES:  Your Honor --

21         THE COURT:  It doesn't make any --

22         MR. JONES:  -- I would --

23         THE COURT:  It doesn't make any sense.  If that were

24   the case, Delphi would have just sold itself.

25         MR. JONES:  Your Honor, we don't disagree with that

DPH HOLDINGS CORP., ET AL.

1    point.  We don't believe the presumption gets them over the

2    pleading hurdle with respect to insolvency or 547(b)(5).

3            THE COURT:  Okay.  All right.  Well, I did think about

4    this.  Obviously, the schedules can be used and have been used

5    at times, although at other times have not been used and been

6    found not to be a basis for rebutting the statutory presumption

7    of insolvency within the ninety days before the petition date

8    that's set forth in Section 547(f).

9            I believe that, first, that issue of rebuttal is an

10   issue to be dealt with on the facts, either on summary judgment

11   or at a trial and not in the pleading because the Court would

12   have to look at the schedules and in all likelihood, I think,

13   also have to take evidence as to their preparation and the

14   effort that went into determining whether those were done at

15   fair value or not.  None of that is before me at the pleading

16   stage.

17           What is before me, again, is a statutory presumption

18   and I think that is sufficient to take this issue, which really

19   is -- shows up twice at 547(b)(3) and 547(b)(5) out of the

20   ambit of the first aspect of the Iqbal Rule 8 test, which is

21   that I shouldn't give the presumption of evidentiary fact to

22   legal conclusions, as opposed to factual allegations.  And I

23   believe that Congress meant this to be a -- treated as a

24   factual allegation by building it into the statute as an

25   evidentiary presumption.

DPH HOLDINGS CORP., ET AL.

1          So, I believe that the proposed amended complaint do

2    sufficiently plead insolvency, given that they're only dealing

3    with the ninety days before the petition date -- dealing with

4    transfers made within ninety days before the petition date.

5          Are there more Rule 8 issues?

6          MR. SENDEK:   Your Honor, I don't know if you consider

7    relationship back a Rules 8 issue?

8          THE COURT:   Well, I'm happy to turn to relation back.

9    I don't think there were any specific Rule 8 issues beyond

10   this, although as I noted, there were at least a couple of

11   objectors who stated that at least for some of their clients,

12   the pleadings didn't comply with my, really, order and that

13   they asserted aggregate claims against them less than 250,000

14   dollars.  I don't know if that's Rule 8 or just futility, but

15   you could -- we should deal with that one, too.

16         MS. HAFFEY:   I'd be happy to address that, Your Honor.

17   I did need to have the defendants identify themselves who

18   believe that that is the case because it was the reorganized

19   debtors' belief that any time we looked at the complaints and

20   we saw that that was the case, we dismissed them.  and as of, I

21   want to say maybe a month ago, there was one that was brought

22   to our attention that we had missed and we have agreed to

23   dismiss that.  And I believe it's already dismissed, that's why

24   I, really, do not know what defendant is making that argument.

25         THE COURT:   Okay --

DPH HOLDINGS CORP., ET AL.

1          MS. HAFFEY:  It may be moot --

2          THE COURT:  -- is anyone making that argument?  I

3      thought someone -- I thought I saw a couple like that.

4          MR. SAYDAH:  Your Honor, again, Gilbert Saydah of

5      Kelley, Drye on behalf of various BP entities identified in the

6      complaint, in adversary proceeding 07-02270 --

7          THE COURT:  Right, right.

8          MR. SAYDAH:  -- as BP Amoco Corp., BP Products North

9      America, Inc., Castrol and Castrol Industrial.

10         Your Honor, in the amended -- in the proposed amended

11     complaint, it breaks down the transfers by BP entities

12     specifically sought against BP Amoco, the debtors seek only

13     4,660 dollars and against BP Products North America, Inc., they

14     seek only 13,561 -- -562 dollars.  And they have no claims

15     asserted at all against the defendants simply identified as BP.

16         THE COURT:  All right.  Okay, this is one of the ones

17     I reme -- maybe this is the only one I remembered, but I didn't

18     see anything dealing with this one.

19         MS. HAFFEY:  We will move to dismiss those, Your

20     Honor --

21         THE COURT:  Okay.

22         MS. HAFFEY:  -- we, earlier, dismissed the BP

23     Microsystems, Inc. when it brought to our attention and it's

24     just an oversight.

25         THE COURT:  Okay, very well.

DPH HOLDINGS CORP., ET AL.

1          MR. SAYDAH:   Thank you.

2          THE COURT:   I'm not sure there were any other ones

3     besides that.

4          Okay, why don't we turn to the relation back issues

5     and I guess there are two there.   One is new defendants and one

6     is new -- allegedly new claims.   Although perhaps that doesn't

7     exist anymore because of the doubling up issue.   I'm not sure.

8          MR. SENDEK:   We believe you're exactly right, Your

9     Honor, that the bulk of the objections were based on increased

10    amount of the claims and we've agreed that we won't seek

11    amounts beyond what were alleged in the amended compl -- in the

12    original complaint.

13         THE COURT:   Okay.   Why don't we stick with that, then,

14    first?   If the debtor is limiting the amount it's seeking in

15    each complaint now to the amount that was sought in the

16    original complaint, logically it seems to me there's no issue

17    there.   Am I missing something?

18         I mean, leaving aside the different defendants point,

19    that's a separate issue.   And the numbers may change because

20    the different defendant and I understand that point.   But

21    that's a different relation back analysis than new dollars

22    amounts.

23         MR. SULLIVAN:   Your Honor, James Sullivan, counsel for

24    Timken.   I'm in charge with this issue.   I guess it's just a

25    matter of clarifying, so just by way of example, the original

DPH HOLDINGS CORP., ET AL.

1    Timken complaint had 16 transfers identified and the amended

2    complaint had something like 142 transfers and there are only 8

3    which overlapped.  And, you know, we couldn't really make heads

4    or tails of them because we, you know, we asked for information

5    on the new transfers and an explanation as to how they got from

6    16 to 142, even though the number of plaintiffs dropped from 40

7    to 1 and the number of defendants dropped from 5 to 2.  And

8    I've been asking for that information since October, didn't get

9    any.  And today in court was the first time I got any kind of

10   explanation on it.  So I guess that.  I just want to confirm --

11        THE COURT:  No, that's a good -- I mean, you make a

12   good point.  Maybe I spoke too soon.

13        How can I conclude that a complaint that lists 147

14   transfers or, you know, some number, 35 transfers, as being

15   avoidable deals with the same transaction or occurrence as a

16   complaint -- the first one filed that dealt with 10?

17        MS. HAFFEY:  May I?

18        THE COURT:  I mean, they could be completely different

19   transfers.  It just -- you know, the fact that the debtors'

20   willing to limit the aggregate exposure to the dollars amounts

21   set forth in the first complaint may not be enough.

22        MS. HAFFEY:  The original complaints, Your Honor,

23   identified transfer dates and then the amounts.  So it's a

24   matter of looking at the new -- because there's additional

25   lines is not really the issue.  It's --

DPH HOLDINGS CORP., ET AL.

1          THE COURT:  It's the dates --

2          MS. HAFFEY:  -- you've got to --

3          THE COURT:  --- you're saying?

4          MS. HAFFEY:  You've got to compile the dates.  So for

5    that August 2nd date, for instance, and compile them and see if

6    for that date, if it was increased.  And generally speaking,

7    where this error happened, it -- there were doubling of

8    entries, the Timken complaint happens to be a unique one where

9    it wasn't -- it's not so clear as to the doubling.  You have to

10   add up the amounts per dates.  But, as we said just a moment

11   ago, if -- when we do that and we add it by date, if by date

12   the transfer amount is greater, we will go with what the

13   original complaint says.

14         THE COURT:  Well, but would it -- are there situations

15   where in the complaint that's currently on file you list

16   for example three million dollars for June 21st -- well, that

17   would -- no.  For September 21st, 2005, but when you look at

18   the schedule in new complaint, the transfers made on September

19   21st, 2005 don't add up to three million dollars.  Is there

20   anything like that?

21         MS. HAFFEY:  So it would be less than?

22         THE COURT:  Yeah.  Or not double but something other

23   than double or less than?

24         MS. HAFFEY:  In, perhaps, Timken and a minority, it

25   might be something other than double and they are a rare case.

DPH HOLDINGS CORP., ET AL.

1    I don't believe it would ever be less than, but -- I certainly

2    haven't heard that argument from defendants that we're suing

3    them for less.  Although there are certain complaints in the

4    aggregate it has been less.

5           THE COURT:  So how --

6           MS. HAFFEY:  I haven't heard that complaint.

7           THE COURT:  How would that satisfy 15(c)?  I mean,

8    it's -- you're talking about different transactions, then,

9    aren't you?

10          MS. HAFFEY:  I'm going to let Mr. --

11          MR. MILIN:  No, Your Honor.  It's not different

12   transactions.  The -- perhaps this was clear already.  The

13   original complaint rolled up numbers to total by date.

14          THE COURT:  Right.

15          MR. MILIN:  This unbundles them.

16          THE COURT:  But, no, I'm dealing with just the

17   specific fact pattern where when you unroll them, they unroll

18   out to a different number other than just the mathematical

19   doubling error, which you know is --

20          MR. MILIN:  And in the instances in which it's not

21   doubled, we believe it's a question of some but not all line

22   items within a single date got doubled.  let me take you a step

23   back to say, as we said in our omnibus reply, under the law of

24   this district, relation back does back -- can potentially

25   become a factual issue for -- precisely because it -- I suppose

DPH HOLDINGS CORP., ET AL.

1   we would need to examine the claims at issue and, you know, be

2   able to demonstrate that the numbers in the new one tie to the

3   numbers in the old one once certain transactions are eliminated

4   or undoubled.  We can do that.

5         It's -- standing here now, I can't, you know, for a

6   particular plaintiff, take one number, show you the line items

7   on the new exhibit that tie it to the old number.  But, that is

8   the fact.  There are no -- we aren't pursuing transactions

9   which weren't included within the rolled up number in the prior

10   first version of the complaint.

11         THE COURT:  Well, isn't that a problem?

12         MR. MILIN:  At the pleading stage, I don't believe so.

13         THE COURT:  Well, but, we're talking about relation

14   back.  I mean, if these are really -- I mean, see if I could

15   say this clearly.  The complaints were filed timely as those

16   complaints and if they -- if what's being filed now is really

17   asserting different transfers, then it's time barred.

18         MR. MILIN:  But they're not.

19         THE COURT:  But how do we know that?  They say they

20   are.

21         MR. MILIN:  Well --

22         THE COURT:   I mean, there's got to be some response

23   to the defendants -- you just told me you can't do it.

24         MR. MILIN:  No, what I said is standing here now, I

25   can't take 160 line items and, you know, do it on the fly here.

DPH HOLDINGS CORP., ET AL.

1    That's all I intended to say.  I didn't intend to say that we

2    can't demonstrate if it comes to that factual issue -- and it

3    is a factual issue that, in fact, we are pursuing the same

4    transactions as were at issue and --

5        THE COURT:  Well, is it a factual issue or is just a

6    matter of showing -- I mean, this is just -- I just -- it's not

7    a factual issue in the sense that the transfers themselves are

8    being questioned.  It's, what was the basis for your original

9    filing and what was the basis for this filing?  Right?  I mean,

10   those are documents that are in your control.

11       MR. MILIN:  The --

12       THE COURT:   If you could show me those two documents,

13   or two sets of documents, whether the others dispute it or not,

14   then I would think it would be a factual issue.  But, since

15   both sets of documents are in your control, I'm not sure why

16   this is a factual issue.  I mean, you either have them or you

17   don't.

18       MR. MILIN:  Well, first in terms of being a factual

19   issue, in our omnibus reply we cited -- and I'm sure I'm going

20   to mispronounce this -- Tabacalera Cubana v. Faber, Coe &

21   Gregg, 379 F. Supp. 772 (S.D.N.Y. 1974).

22       THE COURT:  No, I understand.  Often -- often these

23   issues are factual issues.  For example, the issue of

24   prejudice.  You know, it's a four-factor test; the issue of

25   prejudice is by nature a factual issue.  And similarly, whether

DPH HOLDINGS CORP., ET AL.

1   the original -- I'm sorry, whether the claim in your proposed

2   amended complaint arises out of the same conduct set forth in

3   the original pleading is many times a factual issue.

4        On the other hand, here it doesn't strike me as -- it

5   strikes me as fundamentally different because this is simply

6   dealing with facts within your own control.  I wouldn't let

7   them dispute it on this record.  Okay?

8        If you came up with a list, which you have, which is

9   the attachments to the present -- the proposed amended

10   complaints, and then compared it -- and this is what's

11   missing -- to the list that formed the basis of the original

12   complaint, I wouldn't let Mr. Sullivan say, well, we disagree

13   with that, they're not really related, they didn't happen on

14   the same day.  That would be the type of factual issue we'd

15   have to develop.  On the other hand, I'm not even seeing that

16   second list.

17        MR. MILIN:  Okay.  So I respond this way.  First, in

18   those instances where the amounts are the same, I think the

19   dates and amounts are the same --

20        THE COURT:  I --

21        MR. MILIN:  -- rolled up it is a fair inference.  In

22   those instances in which there is an exact duplicate and we've

23   acknowledged the duplication I think it's a fair inference.  In

24   those instances in which it's more complex than the same number

25   or an exact duplicate I would acknowledge that, you know, we

DPH HOLDINGS CORP., ET AL.

1    would need to -- it can be reconciled; it can't be reconciled

2    on the papers in front of the Court right now.  I would

3    acknowledge that.

4            THE COURT:  Okay.  All right.

5            MR. THOMAN:  Your Honor, this is Jim Thoman

6    representing Unifrax.

7            I just want to point out that it gets even more

8    complicated and harder to discern, at least in our

9    circumstance.  We've been lumped into a lawsuit with BP, and I

10   know Mr. Saydah has spoken with respect to that complaint.  The

11   original complaint sued several BP entities as well as Unifrax,

12   and that exhibit to that complaint doesn't specify what entity

13   is being sued and so there's absolutely no way, based on even

14   the transfer date that we could possibly tie in the transfers

15   in the original complaint to their amended complaint because

16   there's several -- four or five different entities involved in

17   multiple transfers on the same day.

18           THE COURT:  Okay.  Well, I don't want to -- can we

19   put -- just put your point to the side for a second?  I just

20   wanted to deal with the more simple case where there's one

21   defendant and there's not a complete overlap of days and

22   numbers.

23           MS. HAFFEY:  Well, can I provide the Court with an

24   example?  If we would --

25           THE COURT:  Okay.

DPH HOLDINGS CORP., ET AL.

1          MS. HAFFEY:  -- look at Merrill Tool.

2          THE COURT:  Let me just find that.

3          MS. HAFFEY:  I'll be happy to share my --

4          THE COURT:  No, I just -- okay, I have it.

5          MS. HAFFEY:  The original complaint was for

6    $2,111,280.54 (sic).  The proposed amended complaint is four

7    million two hundred and twenty -- (skip in audio) -- and

8    twenty-four cents, not quite double but similarly double.

9          If the Court would look at the July 11th transfer just

10   as an example.  This is a complaint where we had the issue with

11   doubling as part of that date.  You can see that the transfer

12   of $4,550 is shown twice there.

13         THE COURT:  Right.

14         MS. HAFFEY:  It's the third and fourth line down on

15   the exhibit.

16         THE COURT:  Right, it's the same numbers.

17         MS. HAFFEY:  Exactly.  It used to --

18         THE COURT:  I think in the next column too, the --

19         MS. HAFFEY:  Exactly.

20         THE COURT:  Right.

21         MS. HAFFEY:  But if you go back to that one, Your

22   Honor, if you subtract the doubled one -- so add up the three

23   line items, the nineteen five -- the first, second and third

24   line item, and then look at the original complaint, it's the

25   dollar amount on the original complaint.  So there is a way to

DPH HOLDINGS CORP., ET AL.

1   rectify --

2           THE COURT:  Right.

3           MS. HAFFEY:  -- and to do this.

4           THE COURT:  But somewhere in there, there is a number

5   that's different and that's the one that I think --

6           MS. HAFFEY:  It's the doubled.

7           THE COURT:  No, no, you said that it isn't -- it isn't

8   exactly doubled.

9           MS. HAFFEY:  Well, it's because certain of the

10  transfers of July 11th are the same transfers as shown on the

11  original complaint but for one clerical error --

12          THE COURT:  That were not doubled.

13          MS. HAFFEY:  -- doubled one of them.

14          THE COURT:  All right.  Well, but what I'm saying --

15  okay, I think that was consistent with what your colleague

16  said.  If it's clear from the face of it that the numbers are

17  just doubled, simply doubled, then you just cross out one of

18  those and reduce the amount of the complaint.  And if that ties

19  into the transfer made on the bundled date in the first

20  complaint there shouldn't be a problem.  On the other hand, if

21  what you're left with after X'ing out the clear doubled ones,

22  and the clear doubled ones at least here are easy to X out.  I

23  mean, it's easy to see that they're --

24          MS. HAFFEY:  Right.

25          THE COURT:  -- they're duplicated.  And if the numbers

DPH HOLDINGS CORP., ET AL.

1   don't match up with the first complaint then the difference, I

2   think, is obviously new.  And then those, I think, should not

3   be permitted -- the new numbers.

4           MS. HAFFEY:  Again, without seeing the specific

5   factual situation I can't concede that it would obviously be

6   new.

7           THE COURT:  Okay.  All right.

8           MS. HAFFEY:  I think it's going to get down to looking

9   at each particular exhibit.

10          THE COURT:  Okay.

11          MS. HAFFEY:  But I do say to the Court I think that

12  that's going to be a very few of these and the typical problem

13  was --

14          THE COURT:  All right.  Well, it should be --

15          MS. HAFFEY:  -- what I pointed out to you.

16          THE COURT:  -- a mechanical analysis, I guess.

17          MR. SULLIVAN:  Your Honor, my only problem is, you

18  know, I've been asking them for their information since

19  October.  In my opposition papers and in my surreply I

20  highlighted the fact that we went from 16 to 140 some odd

21  transfers, that there was only overlap of 8 of those, and I got

22  no response.

23          THE COURT:  Well, I think they acknowledge you're in a

24  different position.

25          MR. SULLIVAN:  Yeah.

DPH HOLDINGS CORP., ET AL.

1          THE COURT:  But as far as the general -- and I'm

2     not -- I don't want to -- I'm not forgetting about the

3     gentleman on the phone, but is the general proposition that

4     I've just laid out, is there anything wrong -- I mean, beyond

5     that, I'm having a hard time seeing why the debtors should be

6     precluded.

7          MR. SULLIVAN:  Well, I guess I don't want to speak for

8     others if I'm in a different position.

9          THE COURT:  Right, okay.

10         MS. BRAUN:  Excuse me, Your Honor?

11         THE COURT:  Yes.

12         MS. BRAUN:  It's Beverly Braun of Jaeckle Fleischmann

13    for Jamestown Container.

14         THE COURT:  Yes.

15         MS. BRAUN:  I just want to clarify specifically what

16    the debtors are proposing because we are also in a position

17    where the amended complaint proffers an overpay -- proffers to

18    be more than what was in the original complaint.  And it is not

19    a true doubling; it's approximately 3,606 dollars.  But I can

20    tell you this that there are approximately twenty-five

21    transactions identified in the original complaint, whereas in

22    the amended complaint there's probably close to 3,000.

23         THE COURT:  Right, but you have in the amended

24    complaint the Exhibit 1 which lists the days, the transfer

25    dates.

DPH HOLDINGS CORP., ET AL.

1        MS. BRAUN:  It does.

2        THE COURT:  So you could go from there to the

3   bundled -- what they clearly did was they bundled the transfers

4   in the original complaint by day.

5        MS. BRAUN:  No, that's clear, Your Honor.  I think I

6   just wanted to make sure that I understand clearly that the

7   debtors are saying that in those instances where there was a

8   duplicate or even perhaps a new transaction that appeared in

9   the amended complaint that is greater than what was on the

10   original, that the potential maximum liability to my client is

11   that which they were seeking in their original complaint.

12        THE COURT:  Well, they definitely said that as to

13   doubling; I'm saying it as to the other part.

14        MS. BRAUN:  Thank you.

15        THE COURT:  Okay.

16        MS. HAFFEY:  I think we said it to both of them.

17        THE COURT:  Okay.  Well, counsel's correcting me.

18   They're willing to say that as to both points.

19        MR. HERMAN:  Your Honor, very briefly, Victory

20   Packaging is in a similar position to Timken.  We went from

21   approximately --

22        THE COURT:  We can't hear you.

23        MR. HERMAN:  We went approximately from twenty-one

24   million dollars to twenty-seven million dollars, from 114

25   transfers to 400 pages of transfers.  We don't think that, as a

DPH HOLDINGS CORP., ET AL.

1   defendant, Victory Packaging should have to carry the burden of

2   matching these items up.  This is the plaintiffs' burden.  We

3   shouldn't have to figure out whether it relates back --

4          THE COURT:  Well, I mean, we could do it right now.

5          MR. HERMAN:  They can sit here and do it, yes, Your

6   Honor.

7          THE COURT:  Okay.

8          MR. HERMAN:  But you know what, Your Honor, they've

9   had since Your Honor directed them to file amended complaints

10  to do that.  And the motion for -- to amend doesn't do the job.

11  It doesn't explain how you got from 114 page, you know, to, you

12  know, seven million dollars more.  And again, Your Honor, that

13  is bad faith, that is trying to push the burden that they

14  should have had onto the defendants.  And for all the reasons

15  that my colleague representing Timken has said, these

16  complaints don't meet the standards.  These complaints don't --

17  they haven't carried their burden that they should be entitled

18  to amend.

19         THE COURT:  Well, on the face of it, though, if in

20  fact these schedules do show that -- I'll just use a

21  hypothetical, you know, 75,000 dollars were transferred on

22  August 9, 2005, albeit it's now in fifteen entries instead of

23  one which is in the original complaint, then on its face it

24  seems to relate back unless the numbers don't match up when you

25  add all those up and then I think the overflow should not be --

DPH HOLDINGS CORP., ET AL.

1    the overage should not be counted.

2         MR. HERMAN:  Your Honor, I would agree with that but

3    is is the plaintiffs' job to match it up and present it to the

4    Court and to the defendant.  Otherwise they're shifting their

5    burden to do their job and the cost of doing that job onto the

6    defendants.

7         THE COURT:  Well, they're offering to do it right now.

8         MR. HERMAN:  They're offering to do it right now?

9         THE COURT:  I guess, right?

10         MR. HERMAN:  But they had, Your Honor, since September

11    or December or February to do the job.  That was a basic --

12         THE COURT:  Well, but --

13         MR. HERMAN:  -- fundamental element of their motion to

14    amend --

15         THE COURT:  -- the job is responding to your objection

16    as opposed to amending the complaint, right?  Because they did

17    amend the complaint.  They're saying the evidence is right in

18    the amendment to the complaint; all you have to do is look at

19    the schedules and compare it to the other document that's on

20    file, which is the schedules to the first amended complaint.

21         MS. HAFFEY:  Your Honor, I think counsel's concern

22    with this one, and I understand it, is as he said, it went --

23    this is one of those --

24         THE COURT:  I can't hear you.

25         MS. HAFFEY:  This is one of those complaints Victory

DPH HOLDINGS CORP., ET AL.

1    Packaging was the packaging supplier for DAS and --

2            THE COURT:  The schedule's very long on this one.

3            MR. HERMAN:  Still is, Judge.

4            MS. HAFFEY:  It's three hundred and --

5            THE COURT:  Right.

6            MR. HERMAN:  It's 400-some odd pages.

7            MS. HAFFEY:  -- sixty-some pages.

8            THE COURT:  Right.

9            MS. HAFFEY:  But we have said that we would do that, I

10   mean, that -- you know, as we have instructed the Court today.

11   But I understand, you know, why other counsel would not want to

12   do that.  It's a voluminous exhibit.

13           THE COURT:  Well, they're going to do it, right?

14           MR. HERMAN:  Your Honor, my point is they should have

15   done it already, but okay, they're going to do it.

16           THE COURT:  Okay.

17           MS. GRUBIN:  Your Honor, I would just like to add

18   that -- this is Janice Grubin on behalf of Select.  The

19   original complaint had twenty-one transfers.  The proposed

20   amended complaint had 276 transfers.

21           THE COURT:  No, but it's all the same point.  They did

22   everything --

23           MS. GRUBIN:  There's a 45,000 dollar difference here.

24   It's not six million certainly but my client's been put to a

25   lot of expense and time in getting to this point and we would

                        DPH HOLDINGS CORP., ET AL.

 1    like some indication that we'll get better cooperation in a

 2    timely fashion --

 3              THE COURT:  Okay.

 4              MS. GRUBIN:  -- to focus on --

 5              THE COURT:  All right.

 6              MS. GRUBIN:  -- this.

 7              THE COURT:  No, I understand that.

 8              MS. GRUBIN:  Thank you.

 9              THE COURT:  And I certainly think all of these points

10    go to the issue of being able to replead.  I just don't -- you

11    know, all of this is sort of cumulative.  I understand that

12    point.

13              MR. HERMAN:  Your Honor --

14              THE COURT:  But I think that's where it comes in, as

15    opposed to --

16              MR. HERMAN:  I agree, Your Honor.  Maybe they should

17    be entitled to replead it, maybe not, but it's

18    not --

19              THE COURT:  No, I'm saying this is suggesting to me

20    they shouldn't be entitled to replead.

21              MR. HERMAN:  Yes.

22              THE COURT:  But --

23              MR. HERMAN:  And Your Honor, I just want to add that

24    there has been serious prejudice to Victory Packaging by the

25    overstatement of the claim, in our view, because we've had it

DPH HOLDINGS CORP., ET AL.

1    to include in our financial statements and our reporting.

2              THE COURT:  Okay.

3              MR. HERMAN:  Your Honor --

4              THE COURT:  Did any -- I mean, no one looked at it and

5    said these are the same numbers twice?

6              MR. HERMAN:  It's very hard to match it up, Judge.

7    There's a lot of data on those schedules, as you've

8    acknowledged --

9              THE COURT:  No, but -- well, I mean, we should look at

10   this --

11             MR. HERMAN:  It doesn't work.

12             THE COURT:  Because of course I'm looking at right now

13   the Merrill Tool one, but let's just look quickly at Victory

14   Packaging because I want to see; maybe yours is different

15   than --

16             MR. HERMAN:  Can I hand you my notebook?  I have an

17   extra.

18             THE COURT:  No, I have it.

19             MR. HERMAN:  Okay.

20             THE COURT:  I've just checked for it under here.

21             MR. APPLEBAUM:  Your Honor, this is Joel Applebaum on

22   behalf of Doshi.  I think what everyone here on this side is

23   asking themselves and what I think you're about to do is

24   mechanically how do we get from here to there.  We have --

25             THE COURT:  No, I understand.

DPH HOLDINGS CORP., ET AL.

1          MR. APPLEBAUM:  We have in the first complaint a

2    number and then in the amended complaint it's doubling, not

3    necessarily of the entire amount but portions of the transfers

4    and how do we get back --

5          THE COURT:  I understand.  Let me just look --

6          MR. APPLEBAUM:  -- to this number.

7          THE COURT:  I mean, when you look at the Merrill Tool

8    one it's really easy, I mean, because it's just clear that

9    they're duplicate entries all the way through.  It's not just

10   the same amount and the same day, it's also the same purchase

11   order/invoice number.  It's all the same.  So I wanted to look

12   at the Victory one just to see if there's --

13         MS. HAFFEY:  I do not travel with our volume of

14   Victory, Your Honor.  It's, I think, at least three volumes.

15         THE COURT:  Let me just turn to it.  Okay.  So you had

16   almost your own notebook because it's so thick.

17         MR. HERMAN:  Well, Your Honor, unfortunately I had,

18   you know, helped with a little circuit training today.

19         THE COURT:  So I have gotten to that.  I'm not seeing

20   a lot of obvious duplicates here so far.

21         MR. HERMAN:  No, there aren't, Judge.

22         THE COURT:  So I mean, this does seem to -- I mean,

23   there are a lot of transfers all in one day.  The first fifty

24   or so pages is all Bastille Day.

25         MR. HERMAN:  The payment obligations and the timing

DPH HOLDINGS CORP., ET AL.

1    are set forth in the supply agreement.

2          THE COURT:  Right, it's every two weeks.

3          MR. HERMAN:  Yes, Your Honor, they got discounts for

4    early payments also.

5          THE COURT:  Okay, that's nice.  So --

6          MS. HAFFEY:  I think this wasn't one that was an exact

7    double, Your Honor, so it really would take somebody to go

8    through this one.

9          THE COURT:  It's not an exact double.

10         MS. HAFFEY:  No, no, no, no, no, and Mr. Herman says

11   it is either.

12         THE COURT:  So it's just to see whether the dates

13   themselves are bundled, and if they're not bundled the

14   difference would be disallowed.

15         MS. HAFFEY:  Yes.

16         THE COURT:  All right.

17         MR. HERMAN:  But Your Honor, the problem is, you know,

18   it's very difficult to match up and given the fact that a

19   number of --

20         THE COURT:  But why is it difficult to match up?  I

21   mean, just in this case it's like every two weeks or so, so

22   it's all on one day and then two weeks later there's another

23   day.

24         MR. HERMAN:  And I can tell you my client spent quite

25   a lot of time trying to figure it out and couldn't figure it

1    out.  And you know, the fact that in our position papers we

2    kind of spelled out that there was only eight transfers that

3    overlapped and it looked like there was 100 and some odd

4    transfers that were completely new and we got no response from

5    the debtors on that point.

6         THE COURT:  No, I think -- I mean, we haven't really

7    turned to you yet but I think you are different.

8         MR. HERMAN:  Okay.  Judge, the data, though, as you

9    heard earlier, is not the kind of data that we can match up

10   with the data in the earlier version of the complaint because

11   there were numbers there that Victory Packaging doesn't

12   recognize that were internal numbers used by DAS on their DACOR

13   system.  And so this --

14        THE COURT:  Could --

15        MR. HERMAN:  Maybe dates can match but you can't match

16   invoices, you can't match antecedent debt.

17        THE COURT:  But you can match dates and checks.

18        MR. HERMAN:  Well, you may or may not be able to,

19   Judge.  I don't know that yet.

20        MR. SAYDAH:  Your Honor, on that point of matching

21   dates and checks -- for the record, Gilbert Saydah, Kelley Drye

22   on behalf of BP.

23        Your Honor, I think it's important.  They've said that

24   these are a rollup of dates.  On the original --

25        THE COURT:  A rollout, actually.

DPH HOLDINGS CORP., ET AL.

1          MR. SAYDAH:  What's that?

2          THE COURT:  A rollout of the --

3          MR. SAYDAH:  Rollout, you are correct.

4          THE COURT:  Right.

5          MR. SAYDAH:  Your Honor, with respect to the original

6    exhibits attached, it indicates not only dates and amounts; it

7    also indicates methods of payment.  It's either, for our

8    example for the BP, it was a check and EFT or a wire.  That's

9    also true for the revised complaints or the proposed amended

10   complaints.  But Your Honor, the amounts don't in any way match

11   up.

12          I spoke with Ms. Haffey briefly in the hallway about

13   this and I think we're in agreement; but the issue bound not

14   only by dates and amounts but also by the methods of transfer

15   identified on the original complaint.

16          In the case of Castrol down, the one transfer against

17   Castrol, about 1.5 million dollars, as identified as a check, I

18   believe, on September 26th.  On the original complaint, the

19   only check identified on September 26th was for 586 dollars, I

20   believe.  Thus, Your Honor, that by definition would have to be

21   a new -- and the other transfers on that date don't add up to

22   1.5 million.  There are other wires -- there's a wire and an

23   EFT, but it's not just the amount and the date, it's also the

24   method of transfer that they need to bound by.

25          MR. THOMAN:  Your Honor, this is Jim Thoman on --

DPH HOLDINGS CORP., ET AL.

1    representing Unifrax.  I think the other complication here is,

2    in the original complaint they fail to allege who the transfer

3    is from.  There's multiple entities.  And that's an additional

4    complicating factor.

5         THE COURT:  But that wasn't your original point.  Your

6    original point was they didn't say who it was to, either, in

7    the first complaint.

8         MR. THOMAN:  Yeah, my point is it's very difficult

9    to --

10        THE COURT:  And I'm more sympathetic with that one,

11   frankly, since the payments are all -- I think were all alleged

12   to have come from DAS.  But if it's -- if -- it in the original

13   complaint the payments were alleged to go to defendant X, and

14   in the other complaint they're alleged to go to defendant Y,

15   then that may be a different issue.  But I think that goes to

16   the adding a new party as opposed to adding a new transfer, a

17   new --

18        MR. THOMAN:  No, they don't specify who the payments

19   went to at all.  So my point is, trying to relate them back to

20   the original complaint is extremely difficult.

21        THE COURT:  Right.  Okay.

22        UNIDENTIFIED SPEAKER:  Your Honor --

23        THE COURT:  Well, does anyone else have that issue

24   besides this gentleman, where they're multiple defendants,

25   where that's confusing?

DPH HOLDINGS CORP., ET AL.

1              MS. HAFFEY:  Well, there are other complaints, Your

2    Honor, where there are multiple defendants.

3              THE COURT:  No, but in terms of figuring out -- on the

4    relations back issue?

5              I think you -- it's Unifrax right?

6              MR. THOMAN:  Correct.

7              THE COURT:  I think that may be sui generis.

8              MS. HAFFEY:  Your Honor, I --

9              THE COURT:  Because of being lumped in with BP.

10             MS. HAFFEY:  I'm sorry?

11             THE COURT:  Because of being lumped in with BP.

12   But --

13             MS. HAFFEY:  I really don't see that any different

14   from when you have other multiple defendants.  The --

15             THE COURT:  Well it's a different entity.  I mean,

16   it's --

17             MS. HAFFEY:  It's not a matter of --

18             THE COURT:  In a sense it's like a newly added

19   defendant, because it's -- you're now saying who it went to.

20             MS. HAFFEY:  But -- which is what this Court asked us

21   to do when we amended our complaints.

22             THE COURT:  No, I understand, but I did -- in terms of

23   the relation -- I didn't deal with relation back at that point.

24   But before we get to the newly-added defendant point; and I

25   think the point there is that they're saying that they're not

DPH HOLDINGS CORP., ET AL.

1    BP, they're a different entity.  It's not like it's all one

2    ball of wax ultimately, so there's no harm, no foul.

3         MS. HAFFEY:  But if I could just say -- in the

4    original complaint -- they were named as a defendant in the

5    original complaint.  This is not a newly-added defendant.

6         THE COURT:  Right.  But you can't really tell whether

7    you're changing the transfers or not, from the new complaint.

8    Because -- because of that -- it's not like it all went to the

9    same entity.

10        In the old complaint, the complaint that's on file,

11   transfers that are listed on -- as of coming in on August 1st,

12   2005 in the aggregate amount of, say, a million dollars; when

13   you uncouple them there could be 500,000 to BP and 125,000 to

14   Unifrax and they're not the same -- you know, it's not -- it's

15   not the --

16        MS. HAFFEY:  But they were part of the aggregate,

17   though, Your Honor.  So they do relate back.

18        THE COURT:  That's why I think it's more of a sense of

19   a new party than -- but can we -- let's stick for a second on

20   the other points.

21        Why should I be comfortable given what I've heard from

22   Victory and Timken's counsel, that this is something that can

23   be done in a day or -- you know, a day, in terms of just

24   looking at the chart and fixing it?  They're both basically

25   saying that at the end of the day you're asking us -- you're

DPH HOLDINGS CORP., ET AL.

1  asking them to take your word for it that we really have

2  unbundled from the original complaint?

3          MR. MILIN:  Your Honor, if I may?

4          THE COURT:  Because, I mean, Timken's saying that

5  there really is only like an overlap on eight or so out of

6  the -- all of them.

7          MR. MILIN:  Your Honor, we volunteered to provide a

8  reconciliation.  When we've done so -- we're all in a position

9  to judge whether we've adequately -- whether the reconciliation

10 shows the requisite relation back.  Otherwise we're just

11 talking in a vacuum it seems to me.  And ultimately that

12 remains -- you know, when we get into the level of detail of is

13 it a check or is it a wire transfer, I certainly don't think

14 you need to decide that today, but I sure don't think that that

15 defeats relationship back if ancillary details --

16         THE COURT:  No, I think that that's probably right.

17 But I am troubled by the notion that this isn't -- that this

18 hasn't already been done; and secondly by the assertion that at

19 least with regard to Timken and perhaps Victory, it's not

20 easily done.

21         I don't know -- what?

22         MR. SAYDAH:  And the fact that we've briefed it and

23 they didn't respond to it --

24         THE COURT:  Right.  Okay.  Were you going to say

25 something, sir, in between?

DPH HOLDINGS CORP., ET AL.

1          MR. SULLIVAN:  Oh, thank you.  Your Honor -- and I

2     didn't want to jump in before you had fully clarified, but as I

3     understand it, if on a given date in the original complaint

4     there was a transfer for a thousand dollars, and in the amended

5     complaint the transfer had moved to two thousand dollars, I'm

6     understanding that that doubling, at least as we've been

7     discussing it out loud here, could be easily cured according to

8     the plaintiff; and that they would go back to the lower amount?

9          THE COURT:  Right.  That's correct.

10         MR. SULLIVAN:  Okay.  I also understand that if the

11    original amount was a thousand dollars, and the

12    second -- the first amended complaint was 1,013 dollars, that

13    the plaintiff is agreeing that it would -- that it would remove

14    the thirteen dollars; that it would go back to the original

15    thousand dollar claim.

16         THE COURT:  Right.

17         MR. SULLIVAN:  Okay.  So are -- when we're talking

18    about doubling, are we only talking about doubling that has

19    occurred on the same date or are we cross-referencing doubling

20    that might have occurred in other transactions on other dates

21    that appear on another date?

22         So for example, if there was a transfer of a thousand

23    dollars on October 1st and then the amended complaint read that

24    it was two thousand dollars, and then on October 5th you pick

25    up the fact that that same transfer was made on that date,

DPH HOLDINGS CORP., ET AL.

1    would the October 1st transfer be negated?  Or are we only

2    talking about transfers that double as --

3         THE COURT:  Well, if the October 5th transfer is --

4    doesn't appear anywhere in the original complaint -- if there

5    was no October 5th transfer in the original complaint, then to

6    my mind that's a new transfer and it's -- it's time bar.

7         MR. SULLIVAN:  All right.  I mean, here's

8    the -- here's the other reason why I find this -- this

9    situation unworkable.  Well, I'm going to pause for now.

10        THE COURT:  Okay.  All right.

11        MR. SULLIVAN:  Thanks.

12        MS. HAFFEY:  The hypothetical that was just

13   represented by counsel, I don't believe exists.

14        UNIDENTIFIED SPEAKER:  We can't hear you.

15        THE COURT:  Okay, but if it does exist, I -- it would

16   be a new transaction and wouldn't be covered by the original

17   complaint, so it wouldn't relate back.

18        MS. HAFFEY:  I don't think we have any disagreement

19   with that, Judge.

20        THE COURT:  Okay.

21        MS. HAFFEY:  I think it fits squarely with what --

22        THE COURT:  All right.

23        MS. HAFFEY:  -- we've been saying in regards to --

24        THE COURT:  So I guess the only issue I have here is

25   perhaps only with three complaints.  Timken, Victory Packaging

DPH HOLDINGS CORP., ET AL.

1    and Unifrax.

2              Let's leave Unifrax for a second.  What's your

3    response to their argument that it's too late to fix this?

4              MS. HAFFEY:  I think you actually made our argument

5    for us earlier, Judge, when you stated that we were responding

6    now to the opposition to the motions; and we are.  In various

7    conversations I've had with counsel we've talked about -- and I

8    don't want to get into negotiation discussions, but looking at

9    the original complaint value, in regards to -- so I don't think

10   it's too late.

11             THE COURT:  Okay.

12             MS. HAFFEY:  We've brought it to the Court's attention

13   that there were some first --

14             THE COURT:  So -- so let's go to the second point,

15   which is -- we're not talking about two or perhaps three

16   complaints to do -- well, that is more than just a mechanical

17   exercise, I think.

18             MS. HAFFEY:  I'm sorry; I didn't understand your

19   point.

20             THE COURT:  Well, the Merrill complaint you showed

21   me --

22             MS. HAFFEY:  Yes.

23             THE COURT:  -- you know, a paralegal could do that in

24   about an hour, right?

25             MS. HAFFEY:  Hopefully, yes.

DPH HOLDINGS CORP., ET AL.

1        THE COURT:  Or less.  Or less, I would hope.  So, you

2   know, a couple days to do all of these except for Timken and

3   Victory's is probably, you know, in order.  Because it's

4   just -- you just go through the schedule.  And where it's

5   obvious it's obvious, then you add them up by day and you

6   compare them to the schedule.

7        MS. HAFFEY:  That's correct.

8        THE COURT:  On Timken and Victory, it's clearly going

9   to take longer and there's more potential for dispute, I guess,

10   about the outcome.  But to me it still should -- I would think

11   it could be done by Friday.  I mean, I don't see why it

12   shouldn't.

13        MS. HAFFEY:  We'll have it done by Friday.

14        THE COURT:  Okay.  And if, you know, if the numbers

15   don't match up, I think that's the end of it, as far as the

16   difference.  The only remaining point is whether -- and this

17   goes I think to Unifrax's point as well.  Given that the

18   numbers don't -- if the numbers really don't match up by a lot,

19   then conceivably there's something wrong with the whole

20   process, so that in fact these -- even the ones that are on the

21   same day but are quite different what would be on the -- in the

22   original complaint, could quite conceivably be totally brand

23   new.  That the first complaint was just off by a lot.

24        So that, I mean, that issue troubles me.  I don't know

25   what we'd do with that.  It would seem to me that that -- at

DPH HOLDINGS CORP., ET AL.

1   that point there maybe really is just an insurmountable

2   plaintiff at that point.

3           I don't know if that's going to happen, but

4   conceivably it would.  I mean, that's basically what Mr.

5   Sullivan is telling me.  Right?

6           MR. SULLIVAN:  Correct, Your Honor.  And you know,

7   it's still troubling to me though that they never responded --

8           THE COURT:  Well that's a --

9           MR. SULLIVAN:  -- and now they're asking for another

10  opportunity.

11          MS. HAFFEY:  You know, I --

12          THE COURT:  -- I know you're troubled.  But --

13          MR. SULLIVAN:  You can't blame me for trying, Your

14  Honor.

15          THE COURT:  All right.

16          MS. HAFFEY:  And --

17          MR. SULLIVAN:  But --

18          THE COURT:  I guess I'm trying to give you all clear

19  guidelines for -- so that no one has to come back here for an

20  additional hearing on this issue.  And it seems to me, you

21  know, if there is a big difference after you do this exercise

22  between the numbers for say July 14th in the original Victory

23  complaint, and the numbers for July 14th after you pull out any

24  potential double counting in the current complaint, then it --

25  I don't see how you're going to show that's the same

DPH HOLDINGS CORP., ET AL.

1    transaction.  Because they're just so different at that point.

2         MR. MILIN:  Your Honor, with that said the plaintiffs

3    cannot carry their burden on the motion to amend today, until

4    at least they finish that task.

5         THE COURT:  Yeah, I think that's right.

6         MR. MILIN:  And secondly, Your Honor, you want to

7    be -- please be very specific on what they have to produce and

8    how they're going to match -- match, you know, the first chart

9    to the second chart so that -- somewhat can follow it, so we

10   don't get numbers again that have no meaning.

11        THE COURT:  No, I am assuming it would have to be --

12        MS. HAFFEY:  By date --

13        THE COURT:  -- I guess a blackline.  You know, a

14   melding of the two charts.  I -- you tell me.

15        MR. SULLIVAN:  The only think I can think of, Your

16   Honor, if they say what they did is they broke out transactions

17   out of the first chart, they can list the transactions from the

18   first chart and then list underneath it all the transactions in

19   the second part that are components of the transactions listed

20   on the first chart.

21        THE COURT:  Yeah, I guess --

22        MS. HAFFEY:  I think that's right.

23        THE COURT:  Okay.

24        MR. SULLIVAN:  That's the only way to do it.

25        THE COURT:  All right.  That makes sense.  Although

DPH HOLDINGS CORP., ET AL.

1   you -- you know, one would be in red and one would be in blue.

2          MR. MILIN:  One could be in red and one could be in

3   blue and the orphans could be in green.

4          THE COURT:  Okay.

5          MR. MICHAELSON:  Your Honor, if I may be heard.  There

6   are a lot of capable voices -- this is Robert Michaelson for

7   NXP.  There are a lot of capable voices arguing this point, and

8   I patiently listened.

9          Just so there's no mistakes concerning my client's

10   positions, which are similar to Mr. Sullivan's and Mr.

11   Hermann's to a somewhat lesser degree, okay --

12          THE COURT:  Okay.

13          MR. MICHAELSON:  -- compared to our large network.

14          THE COURT:  All right.  Well maybe I should give the

15   debtors until Friday to every one of these.

16          MR. MICHAELSON:  Right.  I just wanted to make sure

17   that you were aware that the debtor is aware that we felt we

18   were --

19          THE COURT:  All right.  As opposed to distinguishing

20   between people and say some should be done by tomorrow, and

21   some should be done by, you know -- why don't we have everyone

22   be done by Monday?

23          MS. HAFFEY:  You read my mind, Your Honor.

24          THE COURT:  All right.

25          MS. HAFFEY:  We're out traveling until tomorrow --

DPH HOLDINGS CORP., ET AL.

1          THE COURT:  All right.

2          MS. HAFFEY:  So I was going to ask for Mon --

3          THE COURT:  Yeah, everyone done by Monday.

4          MS. HAFFEY:  Thank you.

5          THE COURT:  But -- can I go back to Unifrax now?

6     I -- Unifrax's position, as I understand it, is that it's

7     lumped in with the BP entities, when it really shouldn't be.

8     And because of that it can't really sit down and review these

9     numbers in the way that we've just described, because it would

10    basically have to sit down with BP to do that.  Am I right?  Is

11    that really the point?

12         MR. THOMAN:  Yes, Your Honor.  It -- because they

13    failed to allege who the transfers went to, either a BP entity

14    or Unifrax in the original complaint; and now in the amended

15    complaint they -- they've -- you know, some go to BP entities,

16    some go to Castrol, some go to Unifrax.

17         THE COURT:  Well if they do the same exercise and

18    provide that information at the same time to you and BP, so you

19    can see that they're not doing the same thing with each one --

20    I mean, or doing different things with each one, then doesn't

21    that solve that problem?

22         MR. THOMAN:  If --

23         MS. HAFFEY:  And we would do that, Your Honor.

24         MR. THOMAN:  If Your Honor's willing to give them

25    another bite at the apple I suppose it could.

DPH HOLDINGS CORP., ET AL.

1          THE COURT:  Okay.  All right.  I think that's what

2     should happen.

3          We still haven't dealt with adding new defendants,

4     though.  Like Castrol, for example.

5          MR. SULLIVAN:  Correct, Your Honor.  I was just also

6     seeking clarification with respect to that the blackline will

7     also line up methods of payment by day.  So on a certain day,

8     EFT's will be lumped, wires will be lumped, checks will be

9     lumped.

10          THE COURT:  Well, why does that matter if the amounts

11     are the same?

12          MR. SULLIVAN:  Well, Your Honor, in our case it -- the

13     amounts are vastly different, but -- Your Honor, it goes to the

14     basis of what their original assertion was in the original

15     complaint.

16          THE COURT:  No, but if the amounts that were received

17     in the aggregate for that day are the same, what -- I mean,

18     it's the fact that the -- it's the fact that the money was

19     paid, no how it was paid, that ultimately counts, right?

20          MR. SULLIVAN:  You're --

21          THE COURT:   I mean, I would think that the same

22     transaction requirement is never altered for relation back,

23     just because complaint one said got a check and complaint two

24     said a wire transfer.  I mean, it's essentially -- it's a

25     payment, ultimately.

DPH HOLDINGS CORP., ET AL.

1          MR. SULLIVAN:  It is a payment, Your Honor, but in the

2     original complaint it was identified as a distinct item, or a

3     distinct type of payment, whereas here they're changing that.

4     So it doesn't relate back to that.

5          When they've gone out of their way in their original

6     complaints to specify wire, EFT or check, that should still

7     correspond back and be one of the items that relates back.

8          MS. HAFFEY:  And we would agree with you Judge, that

9     there's not a -- the requirement to have to plead that we added

10    onto the exhibit to deprive it -- to provide more additional

11    information to benefit the supplier -- the defendant group to

12    identify these payments, but whether it said wire or EFT the

13    first time, and now it says EFT, I mean, there's --

14         THE COURT:  I think it's the --

15         MS. HAFFEY:  -- they're just frankly the same types of

16    payments.

17         THE COURT:  I think it's the payment -- look.  If it's

18    a different amount -- if the complaint lists 125 transfers,

19    where before on that same day they aggregated as 1, but the

20    aggregate amount is the same, I don't think it matters that in

21    the first complaint it said check and in the latter complaint

22    it said ETFs.  It's a payment made on that day.  I mean, it --

23         MR. SULLIVAN:  I understand, Your Honor.

24         THE COURT:  I just think it's a -- I mean, it's

25    different, I think, qualitat -- quantitative -- qualitatively,

DPH HOLDINGS CORP., ET AL.

1   than materially, saying you know, it was a diff -- it doesn't

2   matter how the transfer was made, it's that there was a

3   transfer.

4         On the other hand, if it looks like it was a different

5   amount that was paid that day, then it may be relevant.

6         MR. SULLIVAN:  Your Honor, I --

7         THE COURT:  I mean, for the debtors to try to show the

8   other side, but I think you're -- you don't even need it then.

9   It doesn't matter if they made it -- if they paid a thousand

10  dollars on day one by check and they say that they paid two

11  thousand dollars on day one now by check.  The fact that it was

12  made by check doesn't matter.  It's still very -- over a

13  thousand dollars -- there's a problem.

14        MR. SULLIVAN:  Correct, Your Honor.  It's just -- our

15  concern is that in the original complaint it said there was a

16  check on a certain date for 500, and now it says there's a

17  check on that date for 1.5 million.

18        THE COURT:  Well, that's a problem.  But that's

19  because --

20        MR. SULLIVAN:  It is.

21        THE COURT:  -- there's a difference between 500 and

22  1.5 million --

23        MR. SULLIVAN:  Correct, Your Honor.

24        THE COURT:  -- not because one was a check and one was

25  an ETF.

DPH HOLDINGS CORP., ET AL.

1         MR. SULLIVAN:  But there are also ETFs on that day and

2    a wire that add up, I think, to 1.1 which again, there is still

3    a 400,000 dollar problem but.

4         THE COURT:  Okay.  All right.  Well, again, if there's

5    a material difference, if we're not talking about, you know,

6    pennies here, but if there's a material difference then I think

7    we're in the realm of what Mr. Sullivan is saying which is we

8    can't trust that you really are unbundling and I think that's a

9    real problem for the debtors in terms of relation back.

10        MR. MILIN:  Your Honor, we understand what -- that we

11   need to provide a reconciliation and I'll repeat what I said

12   before that until that happens we're talking in the abstract --

13   you know, the Rule 15 relationship back standard's fairly well

14   developed in the law.

15        THE COURT:  Okay.  But I can't -- I cannot -- I will

16   hold off on my ruling on the relation back issue until -- well,

17   you need time to review it -- till next Friday a week from

18   today.  So, you'll get this information by Monday and we'll

19   check with people on Thursday as to whether I should rule or

20   not.

21        If you all want to submit -- I mean my hope is that

22   everyone will reach agreement that may well be a vain hope for

23   a lot of people but if you need a ruling and you need more time

24   then I'll delay it further but I guess I want a reality check

25   by next Thursday and then we'll contact the parties then.

DPH HOLDINGS CORP., ET AL.

1          It would be useful, therefore, to have for the debtors

2     a list of all of the objectors who have raised the relation

3     back point so that we know who we're dealing with here.  So,

4     you all should give that information to the debtors.  Not

5     everyone raised this point.  All right.  So, I would assume by

6     the end of the day tomorrow you'll have alerted the debtors'

7     counsel to the fact that you raised this issue in your

8     pleadings and point them to where you raised it so they'll have

9     your contact information, can send you the chart they're going

10    to assemble, the reconciliation.  Okay?  All right.

11          MR. MILIN:  Your Honor, a few other relation back

12    issues and you've mentioned the defendant relationship back.

13    First, some confusion on our end.  We thought there was a

14    mention of Castrol or a Castrol entity.

15          THE COURT:  Right.

16          MR. MILIN:  I'm looking at the complaint and the first

17    amended complaint and the captions look the same.  Perhaps I'm

18    missing something.

19          THE COURT:  Right.  I thought BP alleged that they

20    added Castrol.  Maybe I was wrong.

21          MR. MILIN:  I can -- there are defendants who've

22    raised the issue.  The one that I know of standing here is

23    Wells Fargo so the issue arises.  I just don't see that it's a

24    Castrol.

25          THE COURT:  Okay.  Did I read that wrong?

DPH HOLDINGS CORP., ET AL.

1            MR. SULLIVAN:  Your Honor, for clarification, I don't

2    believe that we asserted that Castrol was added.

3            THE COURT:  Okay.

4            MR. SULLIVAN:  I think it came out of the confusion

5    with Unifrax saying it's like Your Honor's comment.

6            THE COURT:  Okay.

7            MR. SULLIVAN:  It was like adding another.

8            THE COURT:  All right.  So are we just -- who are

9    dealing with, then, as far as the objectors on the new parties

10   issue?  New defendants?

11           MR. SULLIVAN:  Your Honor, actually, can I throw in

12   one more additional wrinkle?

13           THE COURT:  Okay.

14           MR. SULLIVAN:  On the BP Unifrax there's also a

15   defendant BP Microsystems which isn't affiliated with BP and

16   they're listed as resolved.

17           THE COURT:  Okay.

18           MR. SULLIVAN:  So, there's --

19           THE COURT:  Right.

20           MR. SULLIVAN:  -- three entities that need to be

21   broken out.

22           THE COURT:  Right.  That's right.  You need to carve

23   them out of these transfers.

24           MR. SULLIVAN:  And I'm curious because the agenda

25   actually shows that Unifrax is resolved so I need to call Mr.

DPH HOLDINGS CORP., ET AL.

1    Thoman and see why he's on the phone still but --

2           MR. THOMAN:  I can assure you we are not resolved.

3           MR. WURST:  Good afternoon, Your Honor, Ruskin Moscou

4    Faltischeck, Jeff Wurst on behalf of Wells Fargo Bank.  We are

5    one of two Wells Fargo issues that are here today.  We're

6    seated with our colleagues who are here for another division of

7    the bank but we are the group that falls into this category

8    originally named -- the original complaint names our defendant

9    as Wells Fargo Business and Wells Fargo Minnesota.  The

10   amended complaint names us a Wells Fargo Bank, N.A.  So, just

11   to preserve that issue on the record, I'll bring it forward

12   now.

13          THE COURT:  Okay.

14          MR. MILIN:  May I respond, Your Honor?

15          THE COURT:  Yes.

16          MR. MILIN:  It's pretty straightforward.  Wells Fargo

17   did object and they rely on the case of Schiavone v. Fortune,

18   477 U.S. 21 and they argue that the rule, being Rule 15, and

19   they're quoting Schiavone "Does not allow an amendment to a

20   complaint that adds dependents who are not named originally due

21   to a lack of knowledge on the part of the plaintiffs as the

22   lack of knowledge."

23          A year ago, the Supreme Court decided Krupski v. Costa

24   Crociere.  That's K-R-U-P-S-K-I and C-O-S-T -- excuse me;

25   C-O-S-T-A, separate word, C-R-O-C-I-E-R-E, 130 Supreme Court

250

DPH HOLDINGS CORP., ET AL.

1    2485 (2010).

2         THE COURT:  All right.

3         MR. MILIN:  Schiavone is now bad law.

4         In Krupski the Court hold -- held the question under

5    Rule 15(c)(1)(C)(ii) is not whether Krupski knew or should have

6    know of the identity of the new defendant as the proper

7    defendant but whether the new defendant knew or should have

8    known that it would have been named as a defendant but for an

9    error.

10        Rule 15(c)(1)(C)(ii) asks what the prospective

11   defendant knew or should have known during the Rule (4)(m)

12   period not what the plaintiff knew or should have known at the

13   time of filing her original complaint.  And so Wells Fargo

14   argument is simply cites the wrong legal standard and they

15   don't address the issue under the right legal standard.  And

16   clearly when plaintiffs -- when the debtors originally

17   inadvertently apparently named divisions or BBAs of Wells Fargo

18   instead of the actual Wells Fargo, we were mistaken as to the

19   name of who we were paying money to.

20        The transactions were identified when clearly Wells

21   Fargo was in a position to know that we were complaining about

22   transactions that we filed then and under Krupski that's the

23   relevant question.

24        MR. WURST:  Counsel raises some very interesting

25   points, however, if we take a look at what Wells Fargo knew or

DPH HOLDINGS CORP., ET AL.

1    should have known the fact is that at the time the case was

2    commenced and at the time that -- years -- years later when

3    Wells Fargo was served with the complaint, Wells Fargo knew

4    nothing about the Delphi case.  Wells Fargo did not provide

5    goods nor services to this debtor.  It was simply a factor to a

6    company that provided goods or services to the debtor; a

7    company that is -- a company or two companies that are long

8    defunct.  So, we'll get to those issues, that was the other

9    point I would raise, when we get to prejudice which Your Honor

10   raised much earlier this morning.  But at the time the

11   complaint was filed and at the time the complaint was served

12   some years la -- two and a half years later, Wells Fargo did

13   not know about the existence of the Delphi bankruptcy, they had

14   no reason to. So, the burden really is on the debtor to have

15   gotten his facts straight.  They were the ones making the

16   payment to Wells Fargo for the account of the defunct account

17   debtor but -- Wells Fargo's account debtor or facted client.

18   So, I don't necessarily buy counsel's argument.

19        MR. MILIN:  Your Honor, it's not part of my argument,

20   it's part of the Supreme Court's decision in Krupski which

21   makes clear what the pertinent issue is.  That is --

22        THE COURT:  But counsel is basically saying they

23   didn't know anything about the complaint whether there was a

24   mistake or not because they didn't see it.

25        MR. MILIN:  Well, I guess I'm confused.  If, in fact,

DPH HOLDINGS CORP., ET AL.

1    the claim is that we named -- we filed a complaint against

2    Wells Fargo Business and Wells Fargo Minnesota and the current

3    defendant knew absolutely nothing about it at that time, I find

4    that perplexing and I suppose it's a fact issue.

5         If the argument -- I think what the argument is is

6    simply repackaging an issue that isn't up today which is the

7    alleged prejudice that flows from the procedural history of

8    this case.  And if that's the case, I think that's for another

9    day.

10        THE COURT:  Okay.  I guess the -- I understand the

11   latter point.  I just want to go back though -- just a second.

12        (Pause)

13        THE COURT:  I guess ultimately is the mistake

14   versus -- well, is the knowledge of -- the plaintiff here, I

15   think, is largely irrelevant on this -- under these particular

16   facts, right.

17        MR. MILIN:  Well, I think under Krupski, yes.

18        THE COURT:  Because there was nothing that the

19   defendant knew at all so it wouldn't be relevant.

20        MR. MILIN:  Well, I --

21        THE COURT:  The focus is on what the defendant would

22   have taken away from the filing.  Since the defendant didn't

23   see the filing it wouldn't have taken anything away from it.

24   It wouldn't have garnered any information from it at all

25   because it didn't have it.

DPH HOLDINGS CORP., ET AL.

1          That Krupski puts the focus on what's the debt the

2    defendant garners by way of information from the inaccurately

3    named defendant in the complaint.  There was nothing for the

4    defendant here to take away from the inaccurately named

5    complaint because it didn't have it.

6          MR. MILIN:  Well, I guess I don't understand that.

7          THE COURT:  So, I'm saying it's irrelevant.  That

8    factor doesn't seem to fit into this analysis at all at this

9    point.

10          MR. MILIN:  I think for the first time today I'm not

11    following.

12          THE COURT:  All right.  Well --

13          MR. MILIN:  Let me try it again.

14          THE COURT:  Okay.

15          MR. MILIN:  The question under Krupski is whether when

16    Wells Fargo Business and Wells Fargo Minnesota received a

17    complaint whether Wells Fargo recognized that we're the legal

18    entity not these other names on the complaint and so we're the

19    intended defendant.

20          The fact that Wells Fargo upon realizing that

21    someone's intending to sue us said we don't understand what

22    we're being sued for is not the question under relation back.

23    I mean assuming for sake of argument that that was their

24    reaction.  I mean when you -- you know, again, I find it

25    hard -- first of all, I didn't hear counsel for Wells Fargo say

DPH HOLDINGS CORP., ET AL.

1    but in any case I certainly find it perplexing that when they

2    got the complaint that they didn't understand that it was the

3    legal entity and not the incorrectly named nonlegal entity that

4    was intended to be sued in this lawsuit.

5           THE COURT:  Okay.  Well, all right, I understand that.

6    So, when they ultimately learned of the complaint, you're

7    saying that their understanding was that they were the ones who

8    were meant to be sued?

9           MR. MILIN:  Um-hum.

10          THE COURT:  Okay.

11          MR. MILIN:  And I think that's the question that

12   matters under Krupski.

13          THE COURT:  So, what's the response on that?

14          MR. WURST:  As much as those of us related to finance

15   consider Wells Fargo to be a great trade name if we Google --

16   well, maybe not Google because Wells Fargo pays a lot of money,

17   I'm sure, to be well-recognized, if you look on a -- in the

18   proverbial Yellow Pages or White Pages, there are many

19   different Wells Fargos.  My home alarm company happens to be a

20   company called Wells Fargo Alarms.  So, there are many

21   businesses around the country that are named Wells Fargo --

22          THE COURT:  But in terms of ones that have

23   relationships with Delphi?

24          MR. WURST:  Well, the problem, Judge, --

25          THE COURT:  And is --

DPH HOLDINGS CORP., ET AL.

1           MR. WURST:  -- is that Wells Fargo, you know, is a

2    pretty big bank and its relations with Delphi were real small.

3    It took an incredibly long time for the people crunching

4    through the computers to find what the nexus was.

5           THE COURT:  To me --

6           MR. WURST:  So -- I do want to respond to counsel's

7    comment that we did not address this paragraph 63 of our

8    papers.  It does address it.  I'm not going to take your time

9    of -- because too much time has been taken on side stuff but we

10   do address it, we do address the legal standards, we do address

11   Anderson against Allstate and Thurman.  So, I'll leave

12   paragraph 63 of our brief to respond to that but --

13          THE COURT:  Do you -- I guess my --

14          MR. WURST:  -- the fact is it was not an easy find.

15          THE COURT:  But I -- to me I think that's a fact issue

16   that we need to develop in a hearing along with prejudice.

17          MR. WURST:  It still comes down to notice issue.  And

18   again, what makes Wells Fargo different from others is that if

19   we look at the service of process they were not served with any

20   motion, they were not served with any of the extension motions,

21   any of the 4(m) motions --

22          THE COURT:  All right.  But that --

23          MR. WURST:  -- they were not served with the plan of

24   reorganization --

25          THE COURT:  Right.

DPH HOLDINGS CORP., ET AL.

1          MR. WURST:  -- with the disclosure statement.  They

2    had no notice of these proceedings until April of 2010 when

3    they were served with this complaint.

4          THE COURT:  All right.  Okay.

5          So, that issue is still -- the issue of relation back

6    here is still a live issue.  It needs to be developed on the

7    facts as far as Wells Fargo is concerned.

8          MR. MILIN:  Okay.  And, Your Honor, I believe those

9    are the only relation back issues that relate to the complaint.

10   Obviously, if there's a further amended -- relate to the

11   pending amended complaint a further amendment is allowed,

12   there's hypothetical other issues that might arise but I assume

13   you don't want to hear hypothetical other issues.

14         THE COURT:  Okay.  All right.

15         Okay.  So, what remains?  Are we at the fourth

16   extension challenge or are there other issues still on the

17   motion to amend?

18         MS. HAFFEY:  I believe so, Your Honor.

19         MR. SULLIVAN:  Your Honor, James Sullivan counsel for

20   Timken.  I don't know if now is the time you want to address it

21   but with respect to futility, we still have the issue that the

22   debtors did not comply with Your Honor's directives at the

23   December 17th hearing to brief individualized issues.

24         THE COURT:  Well --

25         MS. HAFFEY:  And then again, I thought we --

DPH HOLDINGS CORP., ET AL.

1            THE COURT:  I think we've dealt with that.

2            MR. SULLIVAN:  Maybe I came back late from the

3    bathroom and I apologize, Your Honor.

4            THE COURT:  Well, to br -- I mean there are factual

5    issues that I've given them until -- specific dates to deal

6    with.

7            MR. SULLIVAN:  Did you deal with dates on the

8    calendar?

9            THE COURT:  Yes.

10           MR. SULLIVAN:  Okay.  So, I must have been in the

11    bathroom.  I apologize.

12           THE COURT:  I don't think you were.  I was looking

13    right at you.

14           MR. SULLIVAN:  I have no dates written in my --   in

15    my --

16           THE COURT:  I said by next Monday they have to provide

17    the charts and we'll check with the lawyers who give counsel

18    their names as to the different amounts by -- on Thursday to

19    see if I should be ruling or not.

20           MR. SULLIVAN:  Well, on relation back, Your Honor, I'm

21    talking about other issues like laches and judicial estoppel

22    and other kinds of arguments that were briefed and that you

23    ordered them to be briefed and they decided not to.

24           MS. HAFFEY:  Then again --

25           THE COURT:  Well, let me turn to my order.

DPH HOLDINGS CORP., ET AL.

1          MR. SULLIVAN:  Well, it was in the transcript.  It

2     wasn't in the order, Your Honor.  It was in the December 17th

3     hearing.  And in the Togut sur-surreply, they basically

4     acknowledged that since your December 17th oral ruling was not

5     in the order they decided that they -- that they felt it was

6     optional whether or not they wanted to comply with it.  That's

7     basically what the Togut sur-surreply replies said.

8          MS. HAFFEY:  Well, that --

9          THE COURT:  Well, I think that's a good point.  I

10    mean, the order governs this.

11         MS. HAFFEY:  I would not agree that that is the

12    reorganized debtors' position at all, Your Honor.

13         THE COURT:  Well, all right.

14         MS. HAFFEY:  We think the hearing, this Court made

15    clear that what we were dealing with today were the Twombly

16    Iqbal pleading standards.

17         THE COURT:  Well, that's what my order -- that's why I

18    said I think the order governs.  Well, the two orders.  There's

19    the December one and there's the --

20         MS. HAFFEY:  The Dec -- the September 7th --

21         THE COURT:  -- and there's the September one.

22         MS. HAFFEY:  Right.

23         THE COURT:  And I think neither of them requires a

24    pleading on laches.

25         MR. SULLIVAN:  Well, your December 17th -- if during

DPH HOLDINGS CORP., ET AL.

1    the status conference on December 17th and we briefed it my

2    surreply and I quoted all the relevant provisions in your --

3    in -- from the transcript, you know, I personally would take an

4    oral direction during a hearing from Your Honor as being an

5    order.  Perhaps it wasn't reflected in the order but I wouldn't

6    view that as being an optional kind of thing which I could so

7    cavalierly disregarded, Your Honor.  That's just my thought.

8        (Pause)

9            MR. SULLIVAN:  If you look in my surreply that I --

10           THE COURT:  No, I'm rea -- I'm looking at it right

11   now.

12           MR. SULLIVAN:  It's at the bottom of page 2.

13           MS. HAFFEY:  If I can remind the Court this morning, I

14   pointed the Court to paragraph -- one of the paragraphs is

15   32nd -- 36, excuse me, where this Court said, "I understand

16   that people like to have a complete resolution on that

17   particular claim.  But I don't think that can happen on an

18   omnibus basis.  What could happen is an analysis of the amended

19   complaint, whether it's on its face it's unlikely to succeed

20   and/or fail on the Twombly Iqbal standards, and that's already

21   been briefed.  And it's quite possible that by the time the

22   hearing on the 17th is over we'll be down to, just as we've

23   already come down to in the claims that were issued this

24   summer, to a smaller amount."

25           And what the Court was talking about there is there

DPH HOLDINGS CORP., ET AL.

1   are -- were remaining issues from the July -- excuse me --

2   yeah, it's the July hearing.  And the question was whether or

3   not we were going to be discussing laches prejudice at this

4   hearing.  And the determination, it was our understanding, that

5   that was not going to be the case.

6           THE COURT:  I don't -- I don't think that you could --

7           MR. SULLIVAN:  I have the transcript.

8           THE COURT:  -- I don't think you can default on the

9   basis of this.  I mean, we set up what would be at issue in

10  this hearing.  I don't --

11          MR. SULLIVAN:  Right, but there was a long discourse

12  about whether or not we were going to require them to brief all

13  the issues, but we thought it would help lead to a resolution

14  of the process even if we weren't going to be having

15  individualized hearings at today's hearing, Your Honor.  And,

16  you know, certainly --

17          THE COURT:  Well, that's not on page 2 of your motion,

18  that long discourse.

19          MR. SULLIVAN:  Pardon me?  I didn't quote the whole

20  discourse, Your Honor.  But I thought that that was enough of

21  it for you to get the flavor.  But --

22          THE COURT:  It's not.  It doesn't say anything about

23  briefing.

24          MR. SULLIVAN:  Well, I have the transcript, Your

25  Honor.  You can probably go back a page or two on it to

DPH HOLDINGS CORP., ET AL.

1    probably to get the flavor of it.  If you'd like, I can quote

2    it.  But that was the briefing why you ordered them to brief

3    all these issues, because it was going to help --

4             THE COURT:  Where's the order?

5             MR. SULLIVAN:  -- resolve all the issues.

6             THE COURT:  I don't -- what order?

7             MR. SULLIVAN:  I meant the oral -- I'm sorry, I

8    probably --

9             THE COURT:  All right, why don't you show me the

10   section of the transcript that you're referring to?  Clearly,

11   this supplemental objection just doesn't cut it on that.  It

12   just doesn't say that on page 2.

13            MR. SULLIVAN:  Your Honor, if you look at the brief, a

14   surreply that the Togut firm's filed, basically acknowledged --

15            THE COURT:  I'm trying to figure out what you wrote.

16   I just don't see it.  It's not on page 2.  There's nothing

17   about directions from me to brief anything.

18            MR. SULLIVAN:  Okay, the quoted language -- you know,

19   I think this goes not, but I guess --

20            THE COURT:  They've already dealt with the laches

21   issues.  They've basically said there's no laches --

22            MR. SULLIVAN:  Your Honor --

23            THE COURT:  -- because they're relying on my 4(m)

24   orders.  It's already -- I told people in September or actually

25   in July when we had the argument.  You don't have to brief any

DPH HOLDINGS CORP., ET AL.

1    of this all over again.  It's already in the record; your

2    positions and their positions on 4(m).  And laches is just, you

3    know, a tail of that.

4            MR. SULLIVAN:  Well, it's just one of the issues.  I

5    mean, I think if you call the defendants here, I think they

6    would all probably -- what they took away from it, Your Honor,

7    was that they were going to have to brief all the issues.  And

8    even the Togut firm, when they submitted the tertiary reply,

9    they basically acknowledged the fact that, you know, your

10   directive -- they acknowledged that your directive required

11   them to brief these issues, but yet they felt --

12           THE COURT:  Well, you have a chart.  It says

13   antecedent debt.  We dealt with that.  Not more than Chapter 7;

14   we dealt with that.  Transfer from a non plaintiff; we dealt

15   with that.  Rule 15 relation back, alleged transfers on account

16   of assumed contracts, and alleged transfers on account of

17   previously released claims; we dealt with all of these things

18   on your chart, none of which is laches.

19           MR. SULLIVAN:  Your Honor, I have a second chart on

20   there as well.  And at the bottom, I have a footnote.  It says

21   this charts lists some but all -- but not all of defendants'

22   objection to which plaintiffs failed to respond.

23           Additionally, for example, at least forty defendants

24   raised laches to which plaintiff acknowledged by footnote, they

25   failed to address.

DPH HOLDINGS CORP., ET AL.

1          THE COURT:  They're already addressed it.  They -- we

2     dealt with this last summer.

3          MR. SULLIVAN:  They never specifically

4     individualized -- addressed the argument that Timken raised.

5     That's for sure, Your Honor.

6          THE COURT:  It's the same point.

7          MR. SULLIVAN:  They never responded, Your Honor, and

8     they didn't respond a month -- a year ago --

9          THE COURT:  Their response is they got an order.

10          MR. SULLIVAN:  -- and they didn't respond -- Pardon?

11          THE COURT:  Their response is they got four orders,

12     and I said that issue is still a live issue.

13          MR. SULLIVAN:  My -- the present argument has nothing

14     with the four extension orders, Your Honor.  They were supposed

15     to respond to each individualized argument that --

16          THE COURT:  No.

17          MR. SULLIVAN:  -- the defendants raised --

18          THE COURT:  What is -- just briefly.  What is your

19     laches argument?

20          MR. SULLIVAN:  The primary issue, dealing with is

21     prejudice, is the fact that the -- at or about the time that

22     the preference action was brought, Timken had just sold its

23     claim for 102 cents on the --

24          THE COURT:  We dealt with that.  It's on the

25     transcript.  I read it yesterday.  I reread the July

DPH HOLDINGS CORP., ET AL.

1    transcript, and we dealt with that issue then.  There's no

2    reason why they had to respond to it again.  We dealt with it.

3    Remember?

4        We had the whole talk.  Why would someone buy your

5    502(h) for more than a hundred cents on the dollar when it

6    presumes that there's been a preference, and therefore showing

7    that there's less recovery?  We went through all that.

8        MR. SULLIVAN:  Your Honor, then I'm not sure what the

9    quoted language deals with.  Why would they have to respond

10   with a few --

11       THE COURT:  Well, all right.  Give me the quoted

12   language, because the language you've quoted on point 2 just

13   doesn't say that.  Just give me the transcript section that

14   you're relying on.

15       MR. SULLIVAN:  Okay.  It's on page 40 --

16       THE COURT:  No, no.  I -- you're going to have to --

17   just give me the section of the transcri -- give me the

18   transcript's pages that you're relying on, because --

19       MR. SULLIVAN:  Your Honor, this counsel behind me are

20   asking if we can get, like, a couple of minutes break so we

21   could kind of maybe highlight the language for you.  Would that

22   be a --

23       THE COURT:  Why don't just someone gi -- I could read

24   it while you're highlighting.  Someone give me a copy of it.  I

25   mean, I know it's here because someone gave me their version of

DPH HOLDINGS CORP., ET AL.

1    it --

2              MS. HAFFEY:  I did, Your Honor.

3              THE COURT:  -- several hours ago.

4              MS. HAFFEY:  Now, I'm having trouble finding it,

5    because I don't happen to have --

6              THE COURT:  Right.  Wait a minute.  Wait a minute.  I

7    know it's here somewhere, actually.  And it should be loose.

8    I'll take a look.

9         (Pause)

10             MR. SULLIVAN:  Your Honor, I guess -- here's a copy of

11   the transcript.  And it really -- the discussion really starts

12   on page 40.  I only quoted direct -- what I thought was the key

13   language on page 42.

14             MS. HAFFEY:  And it actually --

15             MR. SULLIVAN:  Start on page --

16             MS. HAFFEY:  -- starts earlier.

17             MR. SULLIVAN:  -- 40 just to give a little bit of

18   background.

19             MS. HAFFEY:  It actually starts on page 38.  Would you

20   like a copy, Your Honor?  We have another --

21             THE COURT:  No, I'm just -- I'm sure I'm completely

22   compulsive here.  I just hate things seemingly evaporate when I

23   know they were handed to me, but you've given me the new --

24   another copy.  So let me take a look here.

25        (Pause)

DPH HOLDINGS CORP., ET AL.

1          THE COURT:  Okay.  I still -- I'm still not -- don't

2     understand your point, Mr. Sullivan.

3          MR. SULLIVAN:  I mean, Your Honor, even Togut, in

4     their --

5          THE COURT:  No, no, no.  Let's skip what Togut said,

6     okay?  He -- first of all, the counsel from Togut here

7     disagrees with you about what he said.  But, I mean, we're

8     talking about -- starting on page 39, Mr. Winsten says well, my

9     concern, Your Honor, is that Delphi is only filing an omnibus

10    brief on the few global issues in advance of February 17 and is

11    not responding to the individualized issues that have been

12    raised by each of the defendants that we really aren't

13    advancing the ball in terms of getting these cases resolved.

14         Okay, and then I say after he repeats himself well, I

15    need to -- I need to distinguish what you're referring to as

16    the individualized issues.  If they're issues about notice, I

17    think we've already addressed that.  If they're issues about

18    the merits or the preference claim; he says yes.  I say you

19    know, I guess I have a hard time dealing with that except with

20    regard to assumed contracts and the solvency issue that you've

21    raised in an omnibus hearing.

22         Oh, no, Your Honor, I'm saying something else, he

23    says.  I'm not saying that the case-by-case gets dealt with on

24    February 17th.  What I'm saying instead is this:  I'm

25    suggesting, in fact urging, that Delphi be required in each of

DPH HOLDINGS CORP., ET AL.

1   these seventy-seven cases to respond to all of the arguments

2   raised by each of the defendants, including the case-by-case.

3        And you know they can file an omnibus on the few

4   global issues, but there ought to be individualized briefs in

5   each -- on each issue, forcing them to focus on these cases

6   because at some point we're going to have a case-by-case

7   hearing.  And so, they're going to have to do it in any event.

8   And I think it would be a very positive event.

9        So then I say well, can you give me a couple of

10  examples on specifically what you're talking about?  Sure.  On

11  Affinia, for example, they're suing Affinia for five million.

12  And on three of the five million, the antecedent box is blank.

13  On the rest of them, all they've put in as evidence of the

14  antecedent debt is the check they claim they used to pay the

15  transfer.

16        And then here's the key lang -- this is -- this is it.

17  The Court:  but those are -- that's covered by the Twombly and

18  Iqbal points.  I'm assuming they're going to respond on each of

19  those, the individual points relating to Twombly and Iqbal and

20  whether they're pleading on its face is right or not.  And then

21  he says if they're going one omnibus brief, Your Honor, I tend

22  to think they're not.

23        And then I say well, I would think they would have to.

24  They're doing an omnibus brief, but they're going to have to

25  carve out two -- outer two on each of these points, but these

DPH HOLDINGS CORP., ET AL.

1   points are the ones that go those issues, not facts issues like

2   laches.

3        MS. HAFFEY:  That was our understanding, Your Honor.

4        THE COURT:  I mean, I -- and then Ms. Calton, also for

5   Affinia, makes a similar point about different plaintiffs and

6   different transfers and different debtors.  And then I say no,

7   I -- but again, we're talking about -- I'm sorry, maybe this

8   terminology is misleading people.  And that's where I get into

9   the language you quote.

10        But we're talking about whether the face of the

11   complaint works, not whether they've done something like

12   laches.

13        MR. SULLIVAN:  Right, I saw the -- you're talking

14   about -- there's two issues; a and b.  A is one that has the

15   most -- for the purposes of a Rule 15 motion --

16        THE COURT:  Right.

17        MR. SULLIVAN:  -- is the individualized issues it

18   relates to.  And b, as it such --

19        THE COURT:  I just -- I just don't --

20        MR. SULLIVAN:  -- would be Twombly and Iqbal.

21        THE COURT:  -- I think you're putting a lot of weight

22   on that point.  And given the context, it just doesn't -- it

23   doesn't support it.

24        MR. SULLIVAN:  Okay, I mean, I can --

25        THE COURT:  And there was --

DPH HOLDINGS CORP., ET AL.

1          MR. SULLIVAN:  -- tell you that --

2          THE COURT:  -- there was no contemplation that we were

3     going to deal with laches today.

4          MR. SULLIVAN:  I can tell you universally all the

5     counsel for the defendants disagree with that.

6          THE COURT:  Well, really?

7          MR. SULLIVAN:  I -- I swear.  I'm not making this up.

8          THE COURT:  I mean, the surreplies don't -- I mean --

9          MR. SULLIVAN:  We were shocked when -- we were --

10    literally, we were all shocked --

11         THE COURT:  All right.  What are the issues besides

12    laches?

13         MR. SULLIVAN:  Well, there were a number -- for

14    example -- I can't speak for everybody.  For Timken, for

15    example, one of our arguments was that a settlement that was

16    reached between the debtors and Timken are --

17         THE COURT:  We dealt with that.  I agree with you on

18    that.  We dealt with that.  I said they're going to have to --

19    you're going to show to them.  They're going to have to respond

20    to you by tomorrow on that.

21         MR. SULLIVAN:  But with a slightly different argument,

22    but --

23         MS. CALTON:  Your Honor?

24         MR. SULLIVAN:  -- but --

25         MS. CALTON:  This is Judy Calton for Rotor Coaters.

DPH HOLDINGS CORP., ET AL.

1   We were secured by right of setoff.  We thought that was a both

2   pleading (b)(5) issue and an individualized issue just as an

3   example.

4          MS. HAFFEY:  Your Honor, I think it's important to

5   note what's the last issue of what the Court said in the

6   hearing is that we were then going to set up individualized

7   hearings and briefing to cover the rest of these issues, and

8   that was the context of our conversation that day, because it

9   was a recognition that in today's hearing there was not going

10  to be time nor the place for all of the defendants to talk

11  about individual issues.

12         THE COURT:  All right.

13         MR. SULLIVAN:  And Your Honor, the fact that they

14  didn't even brief the specific issues dealing with the

15  contracts, again, leads us to believe that they were

16  universally just disregarding Your Honor's directives.  So --

17         THE COURT:  Well --

18         MS. HAFFEY:  In --

19         THE COURT:  -- I'm sorry.  I've now looked at all of

20  the pages of your exhibit.  I ruled on judicial estoppel

21  already.  And we already dealt with laches.  I mean, I --

22  there's nothing else in here as far as Timken's concerned.  Is

23  there?

24         MR. SULLIVAN:  Well, it's -- I can get into some of

25  the issues.  I briefed them all.  But the settlement I'm

DPH HOLDINGS CORP., ET AL.

1    talking about was the settlement at its -- of its proofs of

2    claims.

3              THE COURT:  Right.

4              MR. SULLIVAN:  There were two settlements.  One that

5    predated the filing of the claim, one that postdated it.

6              THE COURT:  Right.  And --

7              MR. SULLIVAN:  And it was after the statute of

8    limitations --

9              THE COURT:  -- and you've provided those settle -- we

10   already dealt with that.  I said -- you provided to them.  You

11   did that, and I said they have to get -- they have to deal with

12   that by tomorrow.

13             MR. SULLIVAN:  Actually, I think you said the end of

14   today with respect --

15             THE COURT:  All right.  Well, fine.

16             MR. SULLIVAN:  -- to the Timken motion, so --

17             THE COURT:  That's true.  We shortened it.  Okay.  So

18   what's the answer on that one?

19             MS. HAFFEY:  We're prepared to deal with it.  Mr.

20   Radom will.

21             MR. RADOM:  Your Honor, the Timken contract that was

22   assumed related to certain Grand Rapids, Michigan facilities.

23   The POs -- that there are other POs that were not assumed that

24   related to other Delphi facilities.  The waiver only relates to

25   Grand Rapids, not to any other facilities.

DPH HOLDINGS CORP., ET AL.

1            THE COURT:  Okay.  It's --

2            MS. HAFFEY:  And we have the notices -- the affidavits

3    served is that the notices of that assumption with us as well.

4            THE COURT:  Is this separate from the settlement

5    you're referring to?

6            MR. SULLIVAN:  Yes, Your Honor.

7            MR. RADOM:  I'm sorry, I didn't understand that.

8    What's separate from the --

9            THE COURT:  There's a separate settlement.

10           MS. HAFFEY:  This is the agreement that Mr. Sullivan

11   said he sent to me this week --

12           THE COURT:  Right.

13           MS. HAFFEY:  -- that I was to look at.  That's what

14   we're referring to.  So if there's something else, we

15   definitely provided it.

16           MR. SULLIVAN:  Your Honor, I fully briefed the

17   settlement issue, which is separate and apart from the contract

18   assumption issue.

19       (Pause)

20           MR. SULLIVAN:  Would you like me to point you to it?

21           THE COURT:  No, I just read it.

22       (Pause)

23           THE COURT:  Where is the settlement that you're

24   referring to?

25           MR. SULLIVAN:  Where are the settlement agreements,

DPH HOLDINGS CORP., ET AL.

1    Your Honor?

2              THE COURT:  Yes.

3              MR. SULLIVAN:  They're on the docket.

4              THE COURT:  Do you know how many items are on the

5    docket in this case?

6              MR. SULLIVAN:  I don't have --

7              THE COURT:  Did you provide a copy of the -- your

8    supplemental reply to chambers, by the way?

9              MR. SULLIVAN:  I did, Your Honor.

10             THE COURT:  Did he, John?  Look.

11             MR. SULLIVAN:  I apologize, Judge, I didn't bring a

12   copy of it.

13             THE COURT:  I'm sorry.  This -- and I guess I was

14   getting upset because I saw that you also briefed and expect

15   the debtors to the issue of judicial estoppel, which I already

16   ruled on in an order.

17             So I view this as a kitchen sink, and I don't think

18   that the transcript you're relying can lead to the debtors

19   being precluded from responding on that issue.  We'll set a

20   time for them to respond to it today.

21             MR. SULLIVAN:  With respect to -- with respect --

22   going back to the contract assumption issue, Your Honor, we

23   didn't really fully resolve that.

24             THE COURT:  Well, I mean, it seems like it's an open

25   issue.  He says that it's a release as to specifically assumed

DPH HOLDINGS CORP., ET AL.

1    purchase orders, not a general release.

2         MR. SULLIVAN:  And you're -- that's correct, Your

3    Honor.  It didn't -- it wasn't a general release.  I never said

4    it was.

5         THE COURT:  All right.

6         MR. SULLIVAN:  But the firm should be -- I've

7    requested, pursuant to Your Honor's direction, for -- I told

8    them which contracts it was, and they haven't come back with

9    any information.  I asked for the POs and the invoices to which

10   this relates, so I can come to the determination of whether or

11   not any of these transactions relate to these contracts which

12   were assumed.  And they've failed and refused to respond to any

13   of my inquiries in contravention of Your Honor's directive.

14        MS. HAFFEY:  Your Honor --

15        MR. RADOM:  Your Honor, I think we're in a position to

16   identif -- I mean, if there are --

17        THE COURT:  When did they --

18        MR. RADOM:  -- purchase orders --

19        THE COURT:  -- when did they get this document?

20        MR. SULLIVAN:  Originally October of 2010, Your Honor,

21   and I've sent numerous e-mails.  And I've submitted a

22   declaration, Your Honor, attaching copies of the e-mails.

23        MS. HAFFEY:  Your Honor, we've provided them with the

24   PO numbers that we claimed were not assumed.  I can't say if it

25   came in October.  I know I got it this week on June 16th at --

DPH HOLDINGS CORP., ET AL.

1    it was 10:40 p.m.

2              THE COURT:  All right.

3              MR. SULLIVAN:  Your Honor, I received nothing.  The

4    first time they reached out to me was, I think, on Saturday.

5              MR. RADOM:  Your Honor, we're happy to respond.  If

6    you can give us a few days, we're happy to try and provide a --

7    an --

8              THE COURT:  Okay.

9              MR. RADOM:  -- ex par -- file a response

10   to --

11             THE COURT:  I think that's --

12             MR. RADOM:  -- final response to --

13             THE COURT:  -- I think that's what should happen.

14   They -- you should respond by Monday on this.

15             MR. RADOM:  Thank you, Your Honor.

16             THE COURT:  With the facts on the different orders.

17             MR. RADOM:  So just so I understand.

18             THE COURT:  It'll be part of the --

19             MR. RADOM:  Talking to --

20             THE COURT:  -- it'll be part of the exercise in doing

21   the chart.

22             MR. RADOM:  -- what we're talking is -- as I

23   understand we're talking two agreements.  We're talking this

24   assumption agreement, which relates to specific facilities, and

25   then Mr. Sullivan is saying --

DPH HOLDINGS CORP., ET AL.

1          THE COURT:  There's a --

2          MR. RADOM:  -- a separate settlement --

3          THE COURT:  -- settlement of a claim that doesn't

4   specifically have a release in it, but the argument is that

5   it's -- it covers the entire claim, including a final 502(d)

6   claim.

7          MR. RADOM:  Did he identify the docket number?

8          THE COURT:  It's attached to some declaration that was

9   submitted in connection with the July hearing.

10         MR. RADOM:  Okay, Your Honor.  Thank you.

11         THE COURT:  The Hart declaration.  Okay.  Are there

12   other issues besides laches in this release issue that people

13   want to raise?

14         MR. NAYAK:  Your Honor, this morning -- Mahesh Nayak

15   on behalf of Detroit Products -- this morning I had raised the

16   issue with you, and I wasn't sure from where you began your

17   comments that Your Honor -- regarding the issue of service of

18   the fourth extension order on our client.

19         THE COURT:  Right.

20         MR. NAYAK:  We filed affidavits --

21         THE COURT:  No, I -- I understand how that relates to

22   the fourth extension challenge.  How does it relate to the

23   motion to amend as far as the -- what was to be determined on

24   today's hearing?

25         MR. NAYAK:  I would argue, in part, Your Honor that --

DPH HOLDINGS CORP., ET AL.

1   on a futility basis that the extension orders, neither the

2   motions nor the orders were never served on our client to begin

3   with.

4          THE COURT:  All right.

5          MR. NAYAK:  And that's gone on relentless --

6          THE COURT:  No, no, no.  I understand the point, and

7   this is why I raised this issue in connection with the

8   discussion that began this hearing at about 10:10 when the

9   debtors laid out what they understood to be the agenda for

10  day -- today's hearing.

11         And futility, which is one of the factors under Rule

12  15(a), was not on that agenda.  And I asked everyone do they

13  disagree with that agenda.  And the disagreements went to Mr.

14  Sullivan's point and the -- a couple of -- actually, it turned

15  out to be one person on claims under 250,000, and that was it.

16  And I reviewed the December transcript, and it doesn't really

17  talk about the futility point.

18         So I understand how it's relevant on the fourth

19  extension challenge, which was on for today and was scheduled

20  for today, and that's -- it's a perfectly legitimate point on

21  that issue.  I'm just not sure it's properly teed up for today

22  as far as the Rule 15 motion.  Certainly no one said that at

23  10:10 or 10:30.

24         MR. NAYAK:  I admit, Your Honor, that I did not -- I

25  did not come onto it in our opening comments.  I came onto it,

DPH HOLDINGS CORP., ET AL.

1    I think, maybe fifteen minutes after that discussion began.

2        THE COURT:  All right.  But --

3        MR. NAYAK:  But I sat down at your suggestion and --

4        THE COURT:  All right.  So what -- but -- where does

5    that -- where was that dealt with and preserved as part of the

6    conference that we had in December of 2010 as far as this

7    hearing as opposed to preserved for some other -- some other

8    day?

9        MR. NAYAK:  Your Honor, I'll say that the discussion

10   that Mr. Sullivan just had with you, it was my understanding

11   that that issue, because of -- because of the fact that it

12   relates to the 4(m), because we're talking about the issue of

13   futility, was preserved and that we would be talking about that

14   today.  It's the second time we've briefed this issue for the

15   defendant.

16       THE COURT:  No, but I said you don't need to brief it

17   because we've already -- we're go -- I'm going to rule on it.

18   I -- it's a live issue.  I'm still going to rule on it.  The

19   only issue is whether it was to be dealt with today.

20       MR. WURST:  Judge, if I may?  I think you may have

21   just focused that issue; if what you're saying is that that

22   issue remains ripe, that is part of your determination even if

23   it's not argued today but has been briefed, then I think,

24   especially in light of the fact that it's now ten of 6, we

25   should be all comfortable that we've briefed it properly, and

DPH HOLDINGS CORP., ET AL.

1    we have those issues before the Court.

2            I think the other issue that we may want to touch on

3    for a moment is point 5 on the debtors' agenda, which is the

4    procedures for dealing with individual issues.

5            THE COURT:  All right.  I don't want to get to that,

6    though.

7            MR. WURST:  No, I -- okay.  But I'm sure -- certainly

8    before we go home and --

9            THE COURT:  Okay.

10            MR. WURST:  -- go to bed tonight, we'll wrap with

11    something like that.

12            UNIDENTIFIED SPEAKER:  Your Honor, one sentence, Your

13    Honor?

14            THE COURT:  Let me just --

15            UNIDENTIFIED SPEAKER:  Futility is relevant to --

16            THE COURT:  -- I'm just looking at the transcript

17    here.

18            UNIDENTIFIED SPEAKER:  Okay.  And my comment goes to

19    that, Judge.

20            MR. SULLIVAN:  Your Honor --

21            THE COURT:  I mean, Mr. -- there's -- there was an

22    agreement in December that to the extent the Rule 4(m) issues

23    are issues that can be resolved as a matter of law, they're

24    appropriate for February 17th.  Okay?

25            And that's -- and that's what I said I would -- I --

DPH HOLDINGS CORP., ET AL.

1    you know -- if I left open, as I have here, the ability to file

2    an amended complaint on some issues, which is what's happened

3    here, then I would turn to Rule 4(m) challenges as a matter of

4    law.

5             UNIDENTIFIED SPEAKER:  Your Honor, I understand Your

6    Honor's view, and Your Honor correctly earlier stated that

7    there's no order in that transcript.  And I suggest, Your

8    Honor, that futility or showing a lack of futility as part of

9    the debtors' burden of going forward and burden of proof today

10   with regard to the motion to amend.  And the debtor has not

11   carried that burden.  It's part of their case.

12            MR. SULLIVAN:  Your Honor, I'd like to be a little

13   more specific.  This morning, and this is my fault, not Mr.

14   Nayak's, I think I took you when you were talking about the

15   agenda, you raised the issue of people who received no notice

16   of the 4(m) extensions of the disclosure statement that those,

17   as a matter of -- that you were going to deal with those as not

18   individualized prejudice, but across the board as -- you would

19   hear that today as a basis for futility.

20            That's what I interpreted the Court to mean this

21   morning when you set up the agenda, that for those defendants

22   who fall into that category of receiving no notice whatsoever,

23   that you would be dealing with that almost as a matter of law

24   as opposed to --

25            THE COURT:  So --

DPH HOLDINGS CORP., ET AL.

1          MR. SULLIVAN:  -- the factual --

2          THE COURT:  -- what about --

3          MR. SULLIVAN:  -- individualized --

4          THE COURT:  -- the statement on page 33?  The Court:

5     all right, I'm not going to deal with the notice issues on the

6     17.

7          MR. SULLIVAN:  But then Your -- later, Your Honor, on

8     page 42, you said and they're going to have to do it either by,

9     you know, two or three paragraphs on each objection.  And then

10    you keep going, and --

11         THE COURT:  But that --

12         MR. SULLIVAN:  -- the Court said no, it will be heard.

13    It's going to be heard.  I will hear it on the 17th.

14         THE COURT:  -- but that -- but the "it" doesn't refer

15    to the notice issues, which I've already -- I had already ruled

16    out?

17         MR. SULLIVAN:  It refers to the futility issue.  That

18    was our point.

19         THE COURT:  But not --

20         MR. SULLIVAN:  It referred to the futility.

21         UNIDENTIFIED SPEAKER:  Your Honor, yes, and again --

22         THE COURT:  Where's the word futility appear between

23    page 33 --

24         UNIDENTIFIED SPEAKER:  Line 15, Your Honor.

25         THE COURT:  On what page?

DPH HOLDINGS CORP., ET AL.

1        UNIDENTIFIED SPEAKER:  On page 40 --

2        MR. SULLIVAN:  42, Ms. Calton --

3        MS. HAFFEY:  But it's Ms. Cal --

4        UNIDENTIFIED SPEAKER:  Ms. Calton says, "Well, this is

5    a unique futility issue that I guess the point that I believe

6    is Mr. Winsten was trying to make is Delphi should be directed

7    to pay their attention to it.  Yes, it won't be heard on the

8    17th."  No, no, it -- the Court says, "No, no, it will be

9    heard."

10        THE COURT:  But did -- but the unique futility issue

11    is the one she raised on page 41 --

12        MS. HAFFEY:  Right.

13        THE COURT:  -- which is what we have actually been

14    dealing with, which is who's the defendant and who's the

15    plaintiff and who made the transfers.  That's the unique one.

16    We spent, in this conference, the first twenty or thirty pages

17    talking about the notice issues and Rule 4(m).  And I was

18    inclined to go either way on it, and I was finally persuaded,

19    as I said on page 33, I'm not going to deal with the notice

20    issues on the 17th.

21        MR. SULLIVAN:  Your Honor, I don't want to debate it

22    further.  I don't want to debate the issue with your further.

23    I don't -- it's not my intention to argue with you on this.

24        THE COURT:  Well --

25        MR. SULLIVAN:  But I will say that the comments that

DPH HOLDINGS CORP., ET AL.

1   Mr. Applebaum just echoed that you made this morning encouraged

2   us just to make sure that we stood up and referred --

3            THE COURT:  Okay.

4            MR. SULLIVAN:  -- one last time on this before the

5   day --

6            THE COURT:  All right.

7            MR. SULLIVAN:  -- was over.

8            THE COURT:  That's fine.  I -- that -- I understand,

9   and I think the notice issues are relevant to the fourth

10  extension challenge.  I understand that.  I just -- I mean, we

11  spent an hour or so on this on December 17th, and that's how it

12  shook out.

13           MR. SULLIVAN:  Thank you.

14           THE COURT:  Okay.  So shall we deal with the fourth

15  extension challenge?

16           MS. HAFFEY:  We shall.

17           THE COURT:  Okay.

18           MS. HAFFEY:  Mr. Sendek will deal with that.

19           MR. APPLEBAUM:  Thank you, Your Honor.  Joel Applebaum

20  of Clark Hill, on behalf of what is known to the Court as Doshi

21  Prettl Detroit Products Corporation and the other defendants.

22  I'll try to be very brief, Your Honor, because the hour's late.

23  We filed and were joined by a number of other defendants a

24  motion under Rule 60 to set aside the fourth extension order on

25  the ground of surprise and in burdens mistake as we are

DPH HOLDINGS CORP., ET AL.

1    approaching the one year anniversary of that order and based

2    upon on the reasons developed in part in the Global Crossing

3    case, 385 Bankruptcy Reporter 52.

4         Butzel, on behalf of the reorganized debtor, filed a

5    response in opposition raising two principle issues.  One;

6    whether or not that fourth extension order was a final order.

7    And two; even assuming it were a final order, that's not what

8    the -- we say Global Crossing stands for and opposed our

9    relief.

10        I don't want to rehash the arguments in the briefs.  I

11   think they were well laid out, but I do want to briefly address

12   the reorganized debtors' response.  With respect to the issue

13   of finality, we think the answer is yes.  It's a final order

14   for this purpose -- for these purposes for several reasons.

15   First, the concept of finality is more flexible in bankruptcy

16   cases than ordinary civil litigation, and orders that finally

17   dispose of discrete disputes within a larger case obviously

18   satisfy that task.

19        The fourth extension order was entered in the main

20   case, and this flexible standard applies here.  It finally

21   disposes of the discrete issue in this case their ability to

22   serve and prosecute these cases.  And, in this regard -- this

23   is particularly important -- in this regard, there was an

24   ambiguity in connection with the somewhat unusual posture of

25   these cases.  All of the adversary proceedings were dismissed,

DPH HOLDINGS CORP., ET AL.

1   albeit without prejudice, but dismissed nevertheless.

2        And we -- in the case De tie vs. Orange County, 152

3   F.3d 1109 in 9th Circuit Court of Appeals decision, the court

4   held that when a complaint is dismissed with leave to amend,

5   the order's not final in the absence of a further order

6   terminating the action.  However, whereas here the dismissal

7   order -- I'm sorry.  Whereas here leave to amend has not yet

8   been granted, the dismissal of an action, even when it's

9   without prejudice, is a final order.

10        THE COURT:  Can I -- is this argument that important

11   since I have separate authority to amend my own interlocutory

12   order and the standard really isn't that much different?

13        MR. APPLEBAUM:  I think that if the Court's willing to

14   look under either basis, I think there is -- there's overlap.

15   The Court can do it under either one.

16        THE COURT:  Okay.  And then I had one other point.

17        MR. APPLEBAUM:  I wouldn't say it's not important.

18   It's certainly --

19        THE COURT:  Well --

20        MR. APPLEBAUM:  -- important to me.

21        THE COURT:  -- well, I mean, but I'm not sure it

22   really matters since --

23        MR. APPLEBAUM:  But I think the Court can address

24   it --

25        THE COURT:  -- there's not much difference --

DPH HOLDINGS CORP., ET AL.

1          MR. APPLEBAUM:  You know, you can cut the steak any

2    number of ways --

3          THE COURT:  The other --

4          MR. APPLEBAUM:  -- I agree with you.

5          THE COURT:  -- point I had -- I've been reminded on in

6    rereading the Family Gulf case is Judge Bernstein's remark,

7    which I think is accurate, that even though the bankruptcy rule

8    applies only to final orders.  The local rules let us apply the

9    same standard to interlocutory orders; Local Rule 9023-1, and I

10   think 9023 -- 9024-1 as well, which I have to go -- I could

11   test.  I was reminded of that reading the case again in

12   connection with the 547(b)(2) point.

13          But in any event, it seems to me that as a question of

14   power or authority to take action, I either agree with you and

15   say that it's, for these purposes, a final order or I conclude

16   that if it's interlocutory I still, subject to, you know,

17   the -- with due deference to the law, the case doctrine, I

18   could still amend it under -- well, for example, United States

19   vs. Ussio (sic) or Uccio U-C-C-I-O, 948 F.2d 753, 2nd Circuit,

20   1991.

21          MR. APPLEBAUM:  I think you're correct --

22          THE COURT:  Under both --

23          MR. APPLEBAUM:  -- Your Honor.

24          THE COURT:  -- scenarios, though, it seems to me that

25   there is a basic issue, but maybe it could be dealt with, which

DPH HOLDINGS CORP., ET AL.

1   is prejudice to the plaintiff/debtor since there were orders

2   that it's relying on, which is -- would apply under either

3   standard.

4        MR. APPLEBAUM:  Right.  Well, and the Court obviously

5   has the right to review its orders, and that is in fact what

6   the Court did in Global Crossing when it set aside its previous

7   orders.  There were also four extension orders that were

8   granted.  I'm less concerned with the prejudice to the

9   plaintiff here because it was the elasticity, in their view, of

10  the statute of limitations that has really prejudiced my

11  client.

12       We received no notice of the orders the Court entered.

13  They were essentially, at least to my client, ex parte

14  submissions.  We received no notice of the disclosure

15  statement.  We received no notice of the confirmation of the

16  plan.  All of this took place out of our view.

17       And as a result, we're faced now, and we put in the

18  affidavits that Mr. Nayak was referring to, we're faced now

19  with what the Court sort of introduced at this morning's

20  hearing, which is all of the orders predate our involvement in

21  the case, our client's involvement in the case.  And all of

22  them were served or filed prior to their involvement in the

23  case.  They received no notice whatsoever.

24       So here, you have sort of a unique prejudice, if there

25  ever is a situation where there's prejudice, the prejudice is

DPH HOLDINGS CORP., ET AL.

1    you had essentially ex parte orders extending the statute of

2    limitations by almost two and a half years.  So that's what the

3    focus of our Rule 60 motion was.

4         Now, the Court, I agree, has the flexibility as

5    interlocutory or final.  We filed it under Rule 60 because Rule

6    60 refers to a hard one-year anniversary from the date of the

7    order if the Court wants to treat it under the interlocutory --

8    its interlocutory powers --

9         THE COURT:  Right.

10        MR. NAYAK:  -- that's fine, too.  But the focus of the

11   motion, which I assume is -- the Court's going to address also

12   with respect to the other 4(m) issues we were just discussing

13   is the prejudice to the defendants.

14        And while the Court started the hearing this morning

15   was where you have a situation where absolutely no notice was

16   given -- could be given that that, as a matter of law, the

17   Court was willing to carve out that spot of the defendants.

18   And that, we think, is exactly what happened here, and also why

19   we're relying on the Global Crossing case, which is a similar

20   factual situation; no notice to the defendants in that case

21   either in an effort to relate back.

22        THE COURT:  Well, Judge Gerber didn't rule on the

23   basis of there being no notice.

24        MR. APPLEBAUM:  No, he didn't.  He ruled on the

25   relation back issue, but his points were, you know, equally

DPH HOLDINGS CORP., ET AL.

1   applicable.  The Court, he said, there are serious separation

2   of power concerns --

3          THE COURT:  Right, but he didn't --

4          MR. APPLEBAUM:  -- because it would enable --

5          THE COURT:  -- rule on that basis.  He was careful not

6   to.  He's very careful in everything he does.  And he ruled on

7   the basis that the complaints that were filed subsequently

8   didn't relate back.  They were untimely.

9          MR. APPLEBAUM:  They were untimely because they were

10  filed -- they were not filed within the form extensions because

11  he found that the first form extension didn't ask for the type

12  of relief --

13         THE COURT:  Right.

14         MR. APPLEBAUM:  -- that they were requesting with

15  respect to additional defendants.

16         THE COURT:  Right.

17         MR. APPLEBAUM:  I appreciate that.

18         THE COURT:  Right.

19         MR. APPLEBAUM:  He was very careful.  But

20  nevertheless, he was also very careful to point out that

21  statutes of limitations are not elastic concepts.

22         THE COURT:  That's dicta.

23         MR. APPLEBAUM:  Well, it may be dicta, but it's

24  certainly persuasive dicta.

25         THE COURT:  He wouldn't have --

DPH HOLDINGS CORP., ET AL.

1        MR. APPLEBAUM:  At least in my mind.

2        THE COURT:  -- the -- he wouldn't have the rule

3    otherwise.

4        MR. APPLEBAUM:  Your Honor, the rule, as the judge

5    pointed -- as Judge Gonzalez pointed out is a rule to serve, to

6    find and serve.  It's to facilitate service.  It's not -- it's

7    not to allow --

8        THE COURT:  I think the point that we should be

9    focusing on is the lack of notice.

10       MR. APPLEBAUM:  I agree.

11       THE COURT:  Which provides for the argument, not on

12   prejudice but on surprise, and it also, I believe, goes to

13   rebut the plaintiffs' argument that they're prejudiced by the

14   order; the argument being in response how can you prejudiced by

15   an ex parte order being revoked, because it's ex parte.  Do you

16   follow me on that?

17       MR. APPLEBAUM:  I do.

18       THE COURT:  I think it's less a question of sur -- of

19   prejudice than surprise, and then rebutting the prejudice

20   argument that the plaintiff asserts.  It's not clear to me

21   whether the plaintiff here takes the view that if in fact it is

22   true that your client literally received no notice, was not on

23   the matrix, didn't get notice of anything that somehow they can

24   still be bound by this order.

25       I don't know if that's the case.  I have a feeling

DPH HOLDINGS CORP., ET AL.

1   that plaintiff doesn't have that view, and that it's reliant on

2   factual issues as to whether there was notice or not.

3         MR. APPLEBAUM:  I don't think they've raised any

4   factual issues in response to the two affidavits we submitted

5   in connection with our paper.

6         THE COURT:  Okay.

7         MR. APPLEBAUM:  We've seen none.

8         THE COURT:  All right.  But I don't know if they're

9   still opposing it.  That --

10        MR. APPLEBAUM:  We've seen none.

11        THE COURT:  All right.

12        MR. APPLEBAUM:  I mean, there may be, but we've seen

13   none.

14        THE COURT:  Before -- I mean, I'm laying out issues

15   that I want the plaintiff to respond to.  There's another issue

16   that I acknowledge I did not focus on sufficiently at the July

17   hearing -- because it -- I think I basically crept up in oral

18   argument.  The order I've been focusing on here is the fourth

19   one, which is the only one that's at issue in this motions.

20   And that order recites -- based upon a recital in the

21   underlying motion, as well as, I believe, a statement on the

22   record by the debtors' counsel, Ms. Marafioti that the motion

23   was served as set forth in my standing order for service in the

24   case -- your motion as well as others takes issues with that

25   cite, attaching the certificate of service.

DPH HOLDINGS CORP., ET AL.

1          And I think that's a serious issue here.  Separate and

2     apart from the other ones.  The order -- the supplemental case

3     management order dated March 17th, 2006 states that, "All

4     filing shall be served via overnight mail upon all parties with

5     a particularized interests in the subject of the filing, as

6     well as to the master service list."  And the motion that was

7     filed on October 2, 2009 states that, "Notice of this motion

8     has been provided in accordance with the supplemental order."

9     And it doesn't appear to have been.  So, I mean, I think that

10    also goes to Rule 60.

11         The argument that was made in the motion at the

12    hearing was twofold, as you all point out.  First of all, that

13    the debtors wanted more time given their drastically changed

14    circumstances.  And secondly, that it was quite possible that

15    in light of that more time they'd drop more people and would

16    not pursue the lawsuits against them.  If people are on notice

17    of that then one can take the view that, well, you know, maybe

18    they're happy not to be served yet.  But if you're not on

19    notice of then that's a sep -- you know, it's a different

20    issue, and that's the overall notice points you made.

21         But there's a subset of that, which is, it does not

22    appear to me that that representation was correct as to the

23    service of the motion.

24         MR. APPLEBAUM:  Well, I certainly -- speaking for my

25    client only, it's correct -- you're correct on both counts.

DPH HOLDINGS CORP., ET AL.

1    One, we are surprised, we didn't get notice, it wasn't served

2    on us per the motion or the --

3         THE COURT:  Right.

4         MR. APPLEBAUM:   -- the case management order.   And

5    secondly, I don't think the Court can ignore the resulting

6    prejudice that follows from the fact that, you know, lengthy

7    extensions were given, essentially, without notice and the

8    events that transpired between the --

9         THE COURT:  Well --

10        MR. APPLEBAUM:   -- the filing of the complaint --

11        THE COURT:  All right.

12        MR. APPLEBAUM:   -- and the ultimate release of the

13   complaint.

14        THE COURT:  On that issue, I'm -- I mean, it's a

15   balancing of different prejudices.  I mean, there's obviously a

16   prejudice because people are not served within the limitations

17   period, but if that were the case then there wouldn't be -- I

18   mean, if that were dispositive then you wouldn't have Rule 4(m)

19   in the first place.

20        MR. APPLEBAUM:  Well, not necessarily true, Your

21   Honor.  In most Rule 4 cases they're not ex parte orders; they

22   can be, but they're not always.  I mean, it's --

23        THE COURT:  But someone stands up and says we're

24   prejudiced because the limita -- I thought what your saying is

25   the prejudice the fact that we had to wait to be served during

DPH HOLDINGS CORP., ET AL.

1    the limitations period.

2         MR. APPLEBAUM:  No.  My prejudice is that the

3    complaints were filed under seal and two and a half years later

4    released and that's when we learned -- so it was surprise and

5    prejudice.

6         THE COURT:  All right.

7         MR. APPLEBAUM:  And in that intervening two and half

8    years there was an individualized prejudice that is virtually

9    unique to our client.

10        THE COURT:  Right.

11        MR. APPLEBAUM:  There were transactions that

12   occurred -- et cetera, et cetera.

13        THE COURT:  No.  And that needs to be dealt with --

14        MR. APPLEBAUM:  I --

15        THE COURT:  -- on a case by case basis.

16        MR. APPLEBAUM:  I appreciate that.

17        THE COURT:  I thought you were saying that the

18   prejudice is simply the fact that the limitations period had

19   run.

20        MR. APPLEBAUM:  No, no.  I'm trying to bifurcate --

21        THE COURT:  All right.  All right.  Okay.  Fine.

22        MR. APPLEBAUM:  I appreciate the individualized aspect

23   of it.

24        THE COURT:  All right.  We're on the same page, then.

25        MR. APPLEBAUM:  All right.  That's fine.

DPH HOLDINGS CORP., ET AL.

1          THE COURT:  All right.  Okay.

2          MR. APPLEBAUM:  So I guess now I'm sort of at a loss

3    as to where --

4          THE COURT:  All right.  So I basically have -- these

5    are the points I have for the debtors here.  Given that --

6    given the situation where literally there was no notice; that's

7    situation one.  And that's what's asserted by -- is it [Doh'-

8    shi] or [Dah'-shi]?

9          UNIDENTIFIED SPEAKER:  Detroit Products.

10         THE COURT:  What?

11         MR. APPLEBAUM:  [Doh'-shi].

12         UNIDENTIFIED SPEAKER:  Detroit Products, formally

13   known as --

14         THE COURT:  Detroit Products, okay, Detroit Products.

15   What's the response when there's literally no notice?  Second,

16   what's the response on the supplemental case management order

17   and the representation of the motion not apparently being true.

18   And under those scenarios -- if there's not a satisfactory

19   answer on those two, isn't this really -- this is a matter of a

20   law, isn't it?  I mean, can I deal with this now?

21         We don't have to get into whether there was notice or

22   not because there doesn't appear to have been any notice and

23   there doesn't appear to be any response on that issue.

24         MR. APPLEBAUM:  I think we'll sit down, Your Honor.

25         THE COURT:  Okay.

DPH HOLDINGS CORP., ET AL.

1          MR. WURST:  Again, if I wasn't clear earlier that

2     those facts are analogous to Wells Fargo.

3          THE COURT:  No, I know other people have made the same

4     argument.

5          MR. WURST:  So as long as that's up there and we're on

6     the record --

7          THE COURT:  Everyone who's made these arguments on

8     their paper -- in their motions -- you don't have to repeat it,

9     I'm just -- there are these common elements.  And I'm

10    distinguishing it from people who -- where there's a dispute as

11    to whether someone got notice.

12         MR. SENDEK:  Your Honor, Bruce Sendek for DAS.  I

13    believe the scope of this motion for relief has broadened

14    substantially from what appears on the papers.  And we've

15    spent -- or at least, the defendant has spent a great deal of

16    time talking about notice and an affidavit.

17         First, there is no affidavit attached to this motion

18    for relief from the fourth order.  This particular motion that

19    was keyed up for today is very limited in its scope as I read

20    it and as we responded to it and as I understand it.  It

21    doesn't speak of prejudice to the defendant, what it says is

22    rather simple.  It says, based on Rule 60 -- okay, the fourth

23    order should be set aside because of a mistake because the

24    reasons for the fourth extension order changed from what they

25    had been previously.  And for that it relies on global crossing

DPH HOLDINGS CORP., ET AL.

1   and it is a very inappropriate use of global crossing to make

2   that point.

3         The Court, I believe correctly referred to the dicta

4   in global crossing as not being what's at issue here, and if it

5   has any significance at all we need to look at the holding,

6   which of course is -- which is the important part of any

7   court's opinion.  And I've identified what the holding is in

8   that case -- at least what I believe it to be, because the

9   Court says, this court -- the Court concludes that the first

10  Rule 4(m) order, which appropriately entered -- while

11  appropriately entered for the purpose for which it sought had

12  neither the purpose nor effect of extending the statute of

13  limitations for claims against then unnamed and unidentified

14  dividend recipients.

15        THE COURT:  I understand that.  But --

16        MR. SENDEK:  Well, then I think -- but, Your Honor,

17  the important point is that that's what the fourth -- this is

18  what this motion --

19        THE COURT:  All right.  But there are --

20        MR. SENDEK:  -- is addressing.  I think defendants

21  were frustrated that the Court wasn't going to get into the

22  claims that weren't on the agenda today, and tried to really

23  shoehorn in this whole notice issue into this particular brief.

24  Again, there's not affidavit attached to it or referenced in

25  it.  It asked for a very narrow -- it asked for relief on very

DPH HOLDINGS CORP., ET AL.

1    narrow grounds.  That is that the Court -- that nobody can

2    change their reasons for a subsequent extension, which is not

3    at all what global crossing says.  It says you can't now

4    include that at some later in point time unnamed and

5    unidentified defendants.  That's what it says, it doesn't go

6    beyond that.

7         Now, again, I believe the defendants were frustrated

8    because they didn't get some of the issues addressed that they

9    thought ought to be, but we're properly before the Court today,

10   and I think that whole notice discussion is a matter for

11   another time, not here.

12        THE COURT:  I guess, my point though, ultimately, is I

13   understood a fair matter on this point at the July hearing.  I

14   mean, it basically said if you really didn't get any notice of

15   this then you shouldn't be sued.  I mean, I -- so why are we

16   still dealing -- I mean --

17        MR. SENDEK:  Well, there was a question at that time

18   of notice and what is notice and what frame -- what type of

19   notice would be sufficient --

20        THE COURT:  All right.  But it you're --

21        MR. SENDEK:  -- whether --

22        THE COURT:  They're asserting they weren't even on the

23   matrix, and they weren't served with motion -- and I'm very

24   troubled by the fact they weren't served by the motion.

25        MR. SENDEK:  They haven't asserted --

DPH HOLDINGS CORP., ET AL.

1          THE COURT:  This seems to be -- in balancing the

2     prejudice issues it's much harder for the plaintiff here to

3     argue that it would be prejudiced by my revoking the fourth

4     order when it, in fact, knew that the motion wasn't served.

5          MR. SENDEK:  With the Court's permission, as we are

6     seeming to drift into the notice question, Mr. Klein is --

7          THE COURT:  Okay.

8          MR. SENDEK:  -- is more on top of that, than I am,

9     which says -- again --

10          THE COURT:  Well, let me ask --

11          MR. SENDEK:  -- doesn't go to the fourth --

12          THE COURT:  I -- you're right, the Detroit pleading

13     that asserts the lack of notice is actually the objection to

14     the motion to amend; that's the one that asserts the lack of

15     notice.  This motion doesn't, and I'm not sure there is one

16     that specifically does.  But the issues there -- I'm still

17     confused as to whether the debtor is taking the position

18     that -- as I said, if someone in fact asserts that they didn't

19     get any notice --

20          MR. SENDEK:  Well, I believe --

21          THE COURT:  -- except maybe hearing about it somehow,

22     in the -- you know, through the ether, which -- to me they

23     would only have heard about the fact that others would be

24     potentially sued because they didn't get notice of the motion,

25     so they could assume they weren't affected by it.  I'm just --

DPH HOLDINGS CORP., ET AL.

1           MR. SENDEK:  But --

2           THE COURT:  -- I'm having troubles

3           MR. SENDEK:  -- Your --

4           THE COURT:  -- with the order.

5           MR. SENDEK:  Your Honor, while --

6           THE COURT:  With the fourth order.  Not --

7           MR. SENDEK:  -- while that wasn't --

8           THE COURT:  Not really for the point that it was based

9    upon a different rationale --

10          MR. SENDEK:  Each --

11          THE COURT:  -- per se.  But it's simply because there

12   was ex parte and I think can be reviewed -- my view is should

13   be reviewed de novo, at this point.

14          MR. SENDEK:  While I -- while that isn't keyed up in

15   this motion, and I'm not prepared to respond chapter and verse,

16   nor is Ms. Teen (ph.), but Mr. Klein has a little more to say

17   about it.

18          THE COURT:  Okay.

19          MR. SENDEK:  But I will say this, my recollection is

20   that from the July transcript as I recall it, was that the

21   Court was -- did believe that there were questions of fact

22   rolled up into this whole notion of notice, there could be

23   notice in one form or another.  Perhaps from the ECF filing,

24   perhaps from the disclosure statement, perhaps from the public

25   filings that took place by Delphi.

DPH HOLDINGS CORP., ET AL.

1          And with that, I probably said enough so I'll let Mr.

2    Klein continue.

3          MR. KLEIN:  Your Honor, I won't beat the first part to

4    death, which is we truly are surprised, and thus are not as

5    prepared as we wish we were for such, for what we acknowledge

6    is, a very important issue.  We appreciated it a year ago, and

7    we appreciate now Your Honor's concern with the issue.  First,

8    it --

9          THE COURT:  I mean, I do -- page 225, "My preliminary

10   view is that people who truly did not get notice of the

11   extension motions can argue their merits on the merits.  It's

12   not a Rule 60 requirement."

13         MR. KLEIN:  And absolutely, we read it, and, you know,

14   perhaps we focused on preliminary view.

15         THE COURT:  And then I just say, "But that leaves a

16   factual issue as to who got the notice and who didn't and what

17   do people know."

18         MR. KLEIN:  I absolute -- this is absolutely an issue

19   in the case, and in fact, the discussion we're having now is

20   the same discussion that we would have on all of the other

21   motions that weren't on the agenda today.  But I really don't

22   want to argue -- we're talking about it --

23         THE COURT:  All right.

24         MR. KLEIN:  -- and we'll do our best.  That's not my

25   point.

DPH HOLDINGS CORP., ET AL.

1          THE COURT:  Okay.

2          MR. KLEIN:  I just hope the Court accepts that we had

3     a different understanding of the agenda.  I'll leave it at

4     that.

5          UNIDENTIFIED SPEAKER:  Your Honor, if I can ---

6          THE COURT:  All right.  And to be fair, the actual

7     motions, you know, which I have here, in a much smaller binder

8     than the six -- plus six binders on the motion to amend, don't,

9     you know, don't, like, deal with that issue.  But I guess, this

10    now turns to Wells Fargo's counsel's issue.  I mean, it should

11    be, in my mind, on the top of the agenda after you guys finish

12    the items that I just dealt with you on.

13         And I can give you a preliminary view on that too,

14    which is I am of the view that the grounds for the fourth

15    extension were a lot weaker than the grounds for the first

16    three.  And the issue of prejudice to both sides is not as

17    evenly balanced, I think, as it was before.  So, I think that's

18    something for people to think about, and maybe tee those notice

19    issues up right away --

20         MR. KLEIN:  Are you --

21         THE COURT:  -- to avoid further discovery on other

22    issues.  I mean, if people -- there's affidavits of service.  I

23    mean, there's got to be something to suggest that someone did

24    have notice.

25         MR. KLEIN:  Well, can I give an example of why it's

DPH HOLDINGS CORP., ET AL.

1    not necessarily that simple?

2          THE COURT:  Okay.

3          MR. KLEIN:  Doshi Prettl and I've -- Detroit -- they

4    now have a new name and I'm drawing a blank on what it is, but

5    they're the ones who brought the primary motion here.  They

6    were represented in this action.  They filed the claim.  Their

7    attorney withdrew prior to this action.  So, it's -- when we

8    dig into the facts, it's not always going to be as black and

9    white, as note --

10          THE COURT:  Okay.

11          MR. KLEIN:  -- but that's obviously only illustrative.

12    It doesn't deal with the broader issue.

13          THE COURT:  But they didn't get notice of the motion,

14    though.

15          MR. KLEIN:  They didn't get notice of the motion, Your

16    Honor.  Or I shouldn't say they didn't -- I will --

17          MS. HAFFEY:  We don't know.

18          MR. KLEIN:  I will accept, but no, I will --

19          THE COURT:  Well, there's a stipulative service.  I

20    mean, that's prima facie evidence of who got notice.

21          MR. KLEIN:  I will accept for purposes of this

22    discussion that there are defendants who did not receive formal

23    service --

24          THE COURT:  Okay.

25          MR. KLEIN:  -- of the motions, you know, that needs to

DPH HOLDINGS CORP., ET AL.

1  be assumed for purposes of this.  I don't think -- first of

2  all, I don't think it's apt to frame the question as whether

3  they're bound if they had no notice.  I don't think people are

4  bound by procedural orders of this sort.  Certainly they're

5  effective, but the Court made no determination of any right of

6  theirs, and -- so, I think it's not the same as if you rendered

7  judgment against them without them having notice.  It's

8  fundamentally different from that issue.

9      THE COURT:  That's fair, but on the other hand how

10  much can -- well, I'll leave it at that.  I do have some

11  serious doubts as to how much the debtor can said to be

12  prejudiced by undoing this, given that there wasn't that

13  notice, particularly when it was represented that there was in

14  the actual motion.

15      MR. KLEIN:  Well, I'd like to address that.  And,

16  well, I mean, one, plainly we're severely prejudiced.  Putting

17  aside balancing, we would lose claims that we otherwise would

18  have.  That seems to me to be --

19      THE COURT:  Well, the prejudice it would be, though,

20  how much would you have -- could be said to rely on such an

21  order.

22      MR. KLEIN:  Judge --

23      THE COURT:  That would be the prejudice.

24      MR. KLEIN:  We rely on the orders of the Court, and I

25  don't mean to be glib, but --

DPH HOLDINGS CORP., ET AL.

1          THE COURT:  But if it's an order entered based upon a

2     representation that the people had been served, when in fact,

3     they hadn't been served.  That's a real problem.

4          MR. KLEIN:  I agree with you and let me address that.

5          THE COURT:  Okay.

6          MR. KLEIN:  Plain and -- I wasn't involved in the case

7     at the time, so I --

8          THE COURT:  Right.

9          MR. KLEIN:  Plainly, there was not an understanding,

10    and I could imagine very sensible reasons for thinking that the

11    notice language in the -- case management will likely know what

12    the exact name of the order is -- applied here.  First, it

13    would be inherently -- expecting this sort of notice, would be

14    inherently inconsistent with the big picture series of orders

15    that were entered that provided for filing the cases under

16    seal, precisely to avoid creating the sorts of controversies

17    that would arise here.  I mean, that was --

18         THE COURT:  But that isn't -- that wasn't the basis

19    for the fourth extension.

20         MR. KLEIN:  Well, but it's inextricably tied to put

21    it -- the cases under seal.  You can't -- I mean, the whole

22    point of the extension was to continue the status quo where

23    complaints hadn't been served.

24         THE COURT:  But did -- the point as stated in the

25    motion and in the oral presentation was that the debtor needed

DPH HOLDINGS CORP., ET AL.

1   some more time to get his act together.  That it changed from

2   the first three.  And the fact that it changed, I accept.  It

3   doesn't necessarily mean that it doesn't relate back.  But I

4   think it does affect how I view the failure to serve.  I'm not

5   sure it does fit into your argument.  It might well fit into

6   the argument in regard to the first three orders, where the

7   premise was we don't want to raise issues when everyone's going

8   to get paid anyway, so, why create this issue.

9        But the fourth one, which is the one we're really

10  focusing on, is things have been happening so fast, Judge, with

11  our new plan, we don't really know who we should be suing at

12  this point.  And I think that's, you know, that's a different

13  issue.  And maybe that should be a point where people should

14  say, well, we want to be sued at that point.  We'd rather know.

15       MR. KLEIN:  Judge, my recollection of the grounds for

16  the fourth extension was a little more complicated than that.

17       THE COURT:  Well, you know what?  They all got sued

18  after all, didn't they?  There were 177, and 177 got sued.  So,

19  there was not winnowing out process, and frankly there was no

20  refinement process either as we've been learning over the last

21  several months.  So, why don't we leave at that?

22       My view -- and now we can turn to the next step -- is

23  that after the final issues on the motion that I've been

24  hearing today on Rule 15, or I've been dealt with, but I've

25  given you the timetable for those.  To the extent that I am

DPH HOLDINGS CORP., ET AL.

1    prepared to grant the motion to amend, the next issue is

2    another gate keeping issue, which is the, whether you want to

3    call it a Rule 60 issue or simply an amendment of a

4    interlocutory order issue, and I think that all depends upon

5    reconsideration of the October order, October 2009 order.  And

6    that does hinge on notice.  And the parties need to focus on

7    whether there really are any notice issues here.

8          As I said in July, there have been affidavits

9    submitted by people, and I didn't require people to resubmit

10   them.  The debtor has them.  I think it's really incumbent upon

11   the debtor to answer those series of, what I will deem to be,

12   motions to amend that order, either under Rule 60 or under my

13   general power to reconsider my own interlocutory orders and/or

14   the local rules.  And there should be a date for the debtors to

15   respond, I think, and fixture cut date on that, as to whether

16   they actually dispute that people got notice.

17         MR. KLEIN:  Your Honor, can I ask a clarifying

18   question?

19         THE COURT:  Sure.

20         MR. KLEIN:  Are you ruling that formal service is the

21   only relevant issue and that knowledge through any other source

22   is not relevant to this question?

23         THE COURT:  I'm not prepared to do that but the debtor

24   needs to say something more than we think they had knowledge.

25         MR. KLEIN:  Okay.

308

DPH HOLDINGS CORP., ET AL.

1          THE COURT:  I mean, I think it has to -- I want to see

2     what the debtor says on that before I rule on that.

3          MR. KLEIN:  Okay.  I mean I'll --

4          THE COURT:  I mean, if it was -- I haven't ruled on

5     this but I could see a spectrum which is we had public filings

6     that referred to the disclosure statement and so you could be

7     deemed to have read the public filings and therefore deemed to

8     have read the disclosure statement to we have an affidavit of

9     Mr. X from Delphi who specifically spoke to Mr. Y at Doshi

10    about this issue.  It's that level of spectrum.

11         MR. KLEIN:  I'll make one further comment and then

12    I'll sit down.  A few minutes ago Your Honor made a reference

13    to loading it through the ether, or words to that effect.

14    Is --

15         THE COURT:  Well, that's the equivalent of there being

16    a 10-K on file, we're talking.

17         MR. KLEIN:  Well, I just wanted to make a quick point,

18    and many of us in this room are from Detroit and work in the

19    auto industry and Delphi's bankruptcy wasn't something in the

20    ether.  There was acute focus and attention throughout the

21    industry.

22         THE COURT:  Well, but it's more than Delphi's

23    bankruptcy.  Just the fact that Delphi was in bankruptcy isn't

24    going to be enough, obviously.

25         MR. KLEIN:  No, I agree.  My only point is this isn't

DPH HOLDINGS CORP., ET AL.

1    a situation that other than through some miraculous

2    happenstance, no one could have --

3            THE COURT:   I appreciate -- that's why I say there's a

4    spectrum here.

5            MR. KLEIN:   Okay.   Thank you, Your Honor.

6            THE COURT:   Okay.

7            MR. NAYAK:   Your Honor, Mahesh Nayak again.   I'm just

8    wanting to get clarification.   You mentioned some time frames

9    that you would like to see this within --

10           THE COURT:   Yes.

11           MR. NAYAK:   -- and I also want to understand from Your

12   Honor how you view this should happen, whether it should be

13   part and parcel of the -- is this a predicate or a predecessor

14   to the debtors' motion for leave to amend that they can

15   affirmatively somehow establish that service was accomplished

16   to Your Honor's satisfaction, that we would oppose that, there

17   would be a hearing on it in advance of a motion for leave to

18   amend?   Because it seems like a motion for leave to amend, Your

19   Honor --

20           THE COURT:   That's a good question.   I think it partly

21   depend -- I'm not sure there's a difference as far as burden is

22   concerned; if I treat this as step two of their leave to amend

23   or if I treat this as everyone's request for me to take another

24   look at the October order since ultimately the issue is -- I

25   think there's -- in each case, there's a fairly modest burden

DPH HOLDINGS CORP., ET AL.

1   on the debtor in either case.  But maybe I'm wrong about that.

2          I mean, ultimately it is part of -- I think a 15

3   showing to me, ultimately, because it's the futility argument.

4   Rule 15 is -- you know, it's a fairly light burden, ultimately,

5   but -- and I think the futility point here goes back to

6   reconsideration of my order so again, there's some slight

7   burden on the debtor.

8          MR. NAYAK:  Slight burden on the debtor with respect

9   to the --

10         THE COURT:  Under either -- whether I do it under

11   either approach.  But I guess it's probably best done as part

12   two of a Rule 15 motion.

13         UNIDENTIFIED SPEAKER:  -- the timing, Your Honor?

14         THE COURT:  Well, I think step one of this part two

15   would be the defendants' assertion of their facts as to notice

16   and step two of it would be the debtors' response.

17         UNIDENTIFIED SPEAKER:  Understood.

18         MR. KLEIN:  Your Honor, I assume this is only with

19   respect to defendants who have filed an affidavit as to filing

20   notice?

21         THE COURT:  Have or will?  I mean, we specifically

22   didn't make notice part of this hearing, so --

23         MR. KLEIN:  Well, no but there's -- the relevant

24   motions were filed a year ago.

25         THE COURT:  Oh, you don't have to refile one -- you

DPH HOLDINGS CORP., ET AL.

1    don't have to refile one, but --

2         MR. KLEIN:  Maybe my question wasn't clear.

3         THE COURT:  Okay.

4         MR. KLEIN:  There is already a population of

5    defendants; this was briefed over a year ago.

6         THE COURT:  Right.

7         MR. KLEIN:  Defendants raised these issues, certain of

8    them.

9         THE COURT:  Right.

10        MR. KLEIN:  Defendants filed affidavits asserting

11   those issues.

12        THE COURT:  Right.  And they don't have to refile

13   them; I've said those are live issues.

14        MR. KLEIN:  I agree, but that's what we're responding

15   to.

16        THE COURT:  Yes.

17        MR. KLEIN:  That was my question.

18        THE COURT:  Well, or -- no, or those who've filed them

19   since then.

20        MR. KLEIN:  Okay.

21        THE COURT:  In response to the motion to dismiss.

22        MR. KLEIN:  Okay.  I want to make sure we're not --

23        THE COURT:  Because again, those issues, as we --

24   about half an hour ago we said are not part of this hearing.

25        MR. KLEIN:  What's in the record as of today is --

DPH HOLDINGS CORP., ET AL.

1         THE COURT:  No.  No, I don't think so because again --

2    and I appreciate that counsel for Doshi and other counsel may

3    have reviewed the December transcript and thought that those

4    issues were for part of this hearing, but I've concluded they

5    aren't.  So I don't think people should be closed out by not

6    having raised them.  You don't have to repeat them, because

7    you've already done it, those who have done, but I don't think

8    people should be closed out for not having raised them because

9    it wasn't part of this hearing.  I've already ruled that.

10        MS. GRUBIN:  Well, Your Honor, perhaps people should

11   not be foreclosed for filing affidavits subsequent to today.

12        THE COURT:  That's what I just said.

13        MS. GRUBIN:  I wanted to make it clear, Your Honor.

14        THE COURT:  You said it more clearly.  You said it

15   more clearly.

16        UNIDENTIFIED SPEAKER:  And, Your Honor, I apologize

17   because I think I'll be repeating you too, but the vehicle to

18   make this happen will be a motion that must be brought by the

19   debtor.

20        THE COURT:  Is part two of the objection -- I'm sorry.

21   Part two of the objection to the Rule 15 motion.

22        UNIDENTIFIED SPEAKER:  Part two to the objection to

23   the Rule 15 motion.

24        THE COURT:  Yes.  Yes.  And you ought to wait to see

25   what complaints survive and then you can file your objection.

DPH HOLDINGS CORP., ET AL.

1    I'm assuming most people want to get that done sooner rather

2    than later, so you should do that promptly.  I don't want to --

3    I don't want to have new people holding back the people who

4    have already filed their affidavits already.  So I don't know

5    how soon people want to do that.  I don't know if you want to

6    meet and confer over that, you know, give yourself thirty days,

7    twenty days; I don't care.  It's up to you.

8         And the debtor should respond to that promptly.  I'm

9    assuming the debtors' thought about this and should do it

10   within again, I would say two to three weeks.

11        MR. APPLEBAUM:  Your Honor, I'm sorry; entirely my

12   fault, I'm confused.

13        We've already fi -- Doshi has already filed --

14        THE COURT:  I'm just -- no, it's everyone else.  The

15   other folks.

16        MR. APPLEBAUM:  No, no.  I appreciate that; I'm just

17   trying to -- a very prosaic issue.  We've already filed our

18   affidavits in connection with our opposition papers --

19        THE COURT:  Right.

20        MR. APPLEBAUM:  -- for us --

21        THE COURT:  Right.

22        MR. APPLEBAUM:  -- in this what is now going to be

23   part two of the Rule 15.  I'm just trying to understand

24   procedurally what I need to do.  Is now the burden on the

25   Butzel firm or the Togut firm, depending I guess on who the

DPH HOLDINGS CORP., ET AL.

1    attorney is representing them in that conflict situation, but

2    the reorganized debtor to respond to our affidavits or to sit

3    down with us --

4         THE COURT:  Yes.  I think -- yes.  But the timing will

5    have -- I mean, I don't see why they should do it piecemeal.  I

6    think the timing should be worked from a set deadline that's

7    not too far off from now to give people a chance to put in

8    their affidavit now who haven't so far --

9         MR. APPLEBAUM:  And then the idea is --

10        THE COURT:  -- we've got unduly delaying people like

11   you who have already done that.

12        MR. APPLEBAUM:  I understand.  So you'll set a date

13   then by that date they have to respond to everyone --

14        THE COURT:  Right.  Right.

15        MR. APPLEBAUM:  -- as to whether or not they agree or

16   disagree.

17        THE COURT:  Right.

18        MR. APPLEBAUM:  And then it's your hearing.

19        THE COURT:  And my only thought here is whether I

20   should expand the issue here beyond the notice issue to issues

21   of prejudice or not and my inclination is -- well, I don't

22   know.  My inclination is probably not, because I'm sort of

23   already have -- have my analysis in mind, and it really depends

24   on notice.

25        MR. APPLEBAUM:  Um-hum.

DPH HOLDINGS CORP., ET AL.

1        THE COURT:  In other words, it means less to me that

2   someone did transaction X and someone else's CEO went to firm Y

3   than that they got notice or not.

4        MR. APPLEBAUM:  Understood.  Thank you.

5        THE COURT:  So does it make sense to give a final date

6   on this issue of notice for thirty days from today and then

7   give the plaintiff three weeks to respond?  Not from today, but

8   from my issuance of an order on the first part of the motion to

9   dismiss?

10       MR. APPLEBAUM:  I don't want to speak for all the

11   defendants in the room, but do we really need that much time,

12   even?  I mean, I don't want to create too much of a long

13   timeline, but it's --

14       MR. SILVERSCHOTZ:  May I address Your Honor on that

15   point?

16       THE COURT:  Okay.  I'm also happy to have you all meet

17   and confer, talk to your clients about it and then set up a

18   call next week about it too, that's on the record.  So, you

19   know, because you don't have your clients here.  I don't know

20   how much you've thought about this -- not just you, but

21   everyone.

22       MR. SILVERSCHOTZ:  Good evening, Your Honor, Mark

23   Silverschotz, Reed Smith, for Wells Fargo.  I'm here with my

24   partner, Derek Baker, whose pro hac motion is pending.

25       THE COURT:  Okay.

DPH HOLDINGS CORP., ET AL.

1          MR. SILVERSCHOTZ:  I don't like to speak before 6:30,

2     so I've waited until now.

3          THE COURT:  Okay.

4          MR. SILVERSCHOTZ:  Your Honor, just on the procedural

5     matter, we're going to put in our affidavit, but the only

6     concern we have with respect to that affidavit is how the Court

7     would like the facts framed.  To the extent that we're putting

8     in a factual assertion that attempts in essence to prove the

9     negative, where we've received no notice of anything at any

10    time, it's a -- it's a style point, I suppose.

11         THE COURT:  Well, look -- I understand.  There's the

12    documentary evidence; there's no affidavit of service, for

13    example, I'm assuming.  But that's point one on your affidavit

14    and then we don't know.  I mean, other than that we didn't

15    know.

16         MR. SILVERSCHOTZ:  And the debtor could respond as

17    they see fit.

18         THE COURT:  Debtor can respond.  Yes.

19         MR. SILVERSCHOTZ:  Okay.  That's fine, Your Honor.

20    We'll say what we can't say.

21         THE COURT:  All right.

22         MR. SILVERSCHOTZ:  Thank you, Your Honor.

23         THE COURT:  Okay.

24         MS. HAFFEY:  Your Honor, without knowing the different

25    factual scenarios that are going be presented to us, I perceive

DPH HOLDINGS CORP., ET AL.

1   that plaintiffs are going to need to have the opportunity at

2   least to do discovery on some of these matters.  And as counsel

3   just pointed out, these are going to be factual affidavits and

4   in order for us to be able to explore those facts and determine

5   whether or not there was actual notice, I don't know how we'd

6   do that without some discovery.

7        MR. NAYAK:  Your Honor, Mahesh Nayak.  Briefly, based

8   on the extended time we were on the record, you made it clear

9   that these things would have to happen pre-discovery, without

10  discovery, and would be decided as a matter of law.  And we

11  also discussed the fact as --

12       THE COURT:  I think, given the apparent lack of

13  service of the fourth extension motion, the debtor should have

14  something already in hand before they're entitled to additional

15  discovery.  I just -- you know, you've got to know something.

16       And again, this issue is flagged in July.  I

17  understand there's not been discovery since July but I just

18  think the debtor should -- given the lack of service --

19  apparent lack of service.  If you could show me someone was

20  actually served, it's a different story.  But I think given the

21  apparent lack of service I don't see why there should be

22  discovery.  I mean, there's got to be something to show that

23  they had notice other than that.

24       MS. HAFFEY:  Well, again, I guess it's the difference

25  between notice and actual notice, Your Honor.  And to counsel's

DPH HOLDINGS CORP., ET AL.

1   point about --

2        THE COURT:  Well, but -- but the point was that it

3   wasn't -- what was said to have been provided wasn't provided

4   so I think something else has to step in place to do it and

5   going on a fishing expedition for it now is a little late.  I

6   understand your firm didn't do the notice in October.

7        MS. HAFFEY:  And it's not just a matter of fishing

8   notice, Your Honor -- or fishing expedition, Your Honor, but

9   the reorganized debtors, of course, aren't New Delphi and to

10  your example earlier, in regards to maybe someone at Old Delphi

11  had a conversation with one of these suppliers, that's not my

12  client.

13       MR. SULLIVAN:  We also didn't ask -- Your Honor, it

14  was the debtor that obviously sought these extension motions.

15  I mean, this is the debtors' bed to make.

16       MS. HAFFEY:  Well, it is -- the debtor did what it --

17       THE COURT:  I need to see some -- I think I need to

18  see some fact on notice before I'll say that there should be

19  more discovery -- that there should be any discovery.  I mean,

20  there should be something; I just -- albeit in the context of

21  some responses to the motions to amend, I have seen several

22  affidavits where people said they didn't get anything.

23       And affidavits don't count when there's a certificate

24  of service because there's a presumption of mailing.  But that

25  didn't happen.

DPH HOLDINGS CORP., ET AL.

1           MS. HAFFEY:  Well, and it -- I think what --

2           THE COURT:  If it did happen, it's different.  Then

3    you're going to be entitled to discovery and you'll get to the

4    next stage of this saga but if they're not on the certificate

5    of service, then I think the burden's more on you guys at that

6    point.

7           MS. HAFFEY:  In regards to timing, then, Your Honor,

8    since we don't know yet how many defendants are going to, in

9    the next several days --

10          THE COURT:  Right.

11          MS. HAFFEY:  -- provide us with declarations, I would

12   just ask that we set the time for the debtors to respond

13   until -- and maybe set a date in which the defendants will

14   provide us with their declarations and we'll look at the number

15   then and set a time for us to respond.  I think we're at this

16   stage kind of doing that in a vacuum without knowing.

17          THE COURT:  Okay.  I think that's fair.

18          MS. HAFFEY:  Thank you.

19          MR. WURST:  Judge, that's exactly the point I wanted

20   to address.  This -- I'm sorry, Jeff Wurst for Wells Fargo,

21   case 07-02597, to be distinguished from the 02720.

22          The gestation period for this motion is now longer

23   than that for a human being.  This motion was filed September

24   7th and it's now nine and a half months --

25          THE COURT:  Well, I know, but that's not -- I mean,

DPH HOLDINGS CORP., ET AL.

1    there are a lot of people who had their hand in that.

2            MR. WURST:  No -- well, I understand that.  And part

3    of trying to accommodate everyone's dates has dragged that out

4    and --

5            THE COURT:  Right.

6            MR. WURST:  -- where some of us had preferred earlier

7    to go the individual route, we could have been home watching a

8    ballgame by now.  But --

9            THE COURT:  That's because we wouldn't even have had

10    the hearing.

11            MR. WURST:  I'm encouraging to move this as quickly as

12    possible.

13            THE COURT:  So my view is that you should set a date.

14    I don't hear anyone leaping and saying that thirty days is too

15    short.  I hear someone saying thirty days is too long.  Do you

16    want to make it twenty-one days?

17            UNIDENTIFIED SPEAKER:  Your Honor, can we make it ten?

18    Unless any defendant has an objection?

19            UNIDENTIFIED SPEAKER:  No.

20            MR. THOMAN:  This is Jim Thoman for Unifrax.  I object

21    to ten days.

22            THE COURT:  Okay.  All right.  Why not three weeks

23    from today?

24            UNIDENTIFIED SPEAKER:  Thank you, Judge.

25            UNIDENTIFIED SPEAKER:  Judge?

DPH HOLDINGS CORP., ET AL.

1          THE COURT:  Okay, and then as far as the debtors'

2     response, my inclination would be to have it be three weeks

3     from then.  However, if they get seventy-seven of these, then

4     it might be a couple weeks longer than that.  Okay?

5          Did you have a question, Ms. Grubin, or are you just

6     getting ready to leave?

7          MS. GRUBIN:  No, I did have a question, Judge.

8          THE COURT:  Okay.  All right.

9          MS. GRUBIN:  Just at the point of clarification, we

10    still are expecting from the debtors documents --

11         THE COURT:  Well, those other deadlines are still in

12    effect.

13         MS. GRUBIN:  -- on Monday.

14         THE COURT:  Yes, on part one of the Rule 15 motion.

15         MS. GRUBIN:  Okay.  And could you so order the record,

16    Your Honor?

17         THE COURT:  There's no such thing.  I mean, everyone

18    is relying upon the record and I am perfectly prepared to issue

19    an order consistent with the record, but everyone's relying

20    upon it and that's my ruling, so that that's what should

21    happen.  That's what will happen.

22         MS. GRUBIN:  Okay.

23         THE COURT:  It's the same thing but there's no dot --

24    there's no reordering a record.

25         MS. GRUBIN:  Thank you, Judge.

                    DPH HOLDINGS CORP., ET AL.

1            THE COURT:  In my view, at least.  Okay.

2            MS. HAFFEY:  Your Honor, one housekeeping matter?  And

3    this relates back to the motions to amend and the blanks

4    that --

5            THE COURT:  Yes.

6            MS. HAFFEY:  -- that this Court said, prior to lunch,

7    that it may entertain the opport -- allowing the reorganized

8    debtors to be able to provide a amended exhibit so that it

9    would provide antecedent debt information in?

10           THE COURT:  I don't remember -- that was not my view.

11   The issue was whether I would permit you all to amend -- to

12   make a motion to amend.  I'm going to see how this exercise

13   shakes out over the next week or so --

14           MS. HAFFEY:  Okay.

15           THE COURT:  -- before I decide that.  My view, though,

16   is that there should be some costs on any motion to amend here

17   because -- on this point.  It just seems to me that it's an

18   issue that was pretty obvious and my inclination is if I allow

19   it all, the cost of responding to it would be picked up by the

20   estate.

21           I don't like repeated motions to amend where I think

22   it should have been dealt with in advance.  I just -- you know,

23   if you were able to tell this to me today, I don't know why you

24   weren't able to tell it in the complaint when it was filed.

25           MS. HAFFEY:  And all I can tell Your Honor is it was

DPH HOLDINGS CORP., ET AL.

1   just a matter of my client digging into its documents and --

2           THE COURT:  I understand, but on the other hand,

3   that's what I had granted 180 days after the effective date of

4   the fourth plan, so that these things could be done.  And they

5   weren't.  So that's if I granted any leave to amend at all.

6   So --

7           MS. HAFFEY:  Okay.

8           THE COURT:  -- I mean, to file a motion to amend,

9   which obviously incur -- people have to spend money answering

10  or responding to.

11          MS. HAFFEY:  Thank you, Your Honor.

12          THE COURT:  Okay.

13          IN UNISON:  Thank you, Your Honor.

14          THE COURT:  You look puzzled.

15          UNIDENTIFIED SPEAKER:  I am puzzled.

16          THE COURT:  About what?

17          UNIDENTIFIED SPEAKER:  Where we are in proceeding on

18  where there are blanks.

19          THE COURT:  They don't have leave to amend.

20          UNIDENTIFIED SPEAKER:  They don't have leave to amend?

21          THE COURT:  Not yet.  I'm not granting them.

22          UNIDENTIFIED SPEAKER:  So that's the thing.

23          THE COURT:  Yes.

24      (Whereupon these proceedings were concluded at 6:45 PM)

25

```
 1

 2                                  I N D E X

 3

 4                                   RULINGS

 5                                                      Page      Line

 6    Debtors will provide definitive response to       82        17

 7    defendants presenting assumption notice or

 8    claim under 8.1 within 30 days

 9    Objections to Proposed Amended Complaints,        187        23

10    Overruled

11    Proposed amended complaint meets the Rule 8       207         4

12    Iqbal standard

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1

 2                   C E R T I F I C A T I O N

 3

 4      I, Dena Page, certify that the foregoing transcript is a true

 5      and accurate record of the proceedings.

 6

 7

 8      _____

 9      DENA PAGE

10      Also transcribed by:

11      Penina Wolicki, AAERT Certified Electronic Transcriber (CET**D-

12      569)

13      Tzipora Geralnik, AAERT Certified Electronic Transcriber

14      (CET**D-489)

15      Pnina Eilberg, AAERT Certified Electronic Transcriber (CET**D-

16      488)

17      Sara Davis, AAERT Certified Electronic Transcriber (CET**D-567)

18      Sharona Shapiro, AAERT Certified Electronic Transcriber

19      (CET**D-492)

20      Miriam Greenman, AAERT Certified Electronic Transcriber

21      (CET**D-566)

22      Ellen Kolman, AAERT Certified Electronic Transcriber (CET**D-

23      568)

24      Karen Schiffmiller, AAERT Certified Electronic Transcriber

25      (CET**D-570)
```

1    Devora Kessin

2    Aliza Chodoff

3    Avigayil Roth

4    Laurie Ann Sherby

5

6    Veritext

7    200 Old Country Road

8    Suite 580

9    Mineola, NY 11501

10

11    Date:  June 24, 2011

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 3

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler


      - and -


SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036


Attorneys for DPH Holdings Corp., et al.,
    Reorganized Debtors


DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698


DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                         :
          In re                                          :     Chapter 11
                                                         :
DPH HOLDINGS CORP., et al.,                              :     Case No. 05-44481 (RDD)
                                                         :
                                                         :     (Jointly Administered)
               Reorganized Debtors.                      :
                                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x


NOTICE OF REORGANIZED DEBTORS' MOTION UNDER 11 U.S.C. § 105 AND
FED. R. BANKR. P. 9014 FOR LEAVE TO (I) SUPPLEMENT THE RECORD OF
THE JUNE 21, 2011 HEARING AND (II) FILE THE REORGANIZED DEBTORS'
STATEMENT REGARDING SERVICE OF THE FINAL EXTENSION MOTION

PLEASE TAKE NOTICE that on August 2, 2011, DPH Holdings Corp., on behalf of itself and certain of its affiliated reorganized debtors in the above-captioned cases (together with DPH Holdings, the "Reorganized Debtors"), filed a Motion Under 11 U.S.C. § 105 And Fed. R.  Bankr. P. 9014 For Leave To (I) Supplement The Record Of The June 21, 2011 Hearing And (II) File The Reorganized Debtors' Statement Regarding Service Of The Final Extension Motion (the "Motion").

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Motion will be held on August 25, 2011 at 10:00 a.m. (prevailing Eastern time) (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883) ("Supplemental Case Management Order"), and the Twenty-Third Supplemental Order Under 11 U.S.C. §§ 102(l) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered May 3, 2011 (Docket No. 21251) (together with the Supplemental Case Management Order, the "Case Management Orders"), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable

2

Document Format (PDF), WordPerfect, or any other Windows-based word processing format),

(d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain,

United States Bankruptcy Judge, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi

Drive, Troy, Michigan 48098 (Att'n: President), (ii) counsel to the Reorganized Debtors,

Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606

(Att'n: John Wm. Butler, Jr., John K. Lyons, Albert L. Hogan III, and Ron E. Meisler), (iii) the

Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street,

Suite 2100, New York, New York 10004 (Att'n: Brian S. Masumoto), and (iv) counsel for the

agent under the Debtors' former postpetition credit facility, Davis Polk & Wardwell, 450

Lexington Avenue, New York, New York 10017 (Att'n: Donald S. Bernstein and Brian M.

Resnick) in each case so as to be **received** no later than **4:00 p.m. (prevailing Eastern time) on August 18, 2011**.

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Case Management Orders will be considered by the Bankruptcy Court at the Hearing.  If no objections to the Motion are timely filed and served in accordance with the procedures set forth herein and in the Case Management Orders, the Bankruptcy Court may enter an order granting the Motion without further notice.

Dated:    New York, New York
          August 2, 2011

                SKADDEN, ARPS, SLATE, MEAGHER
                  & FLOM LLP

                By:   /s/ John Wm. Butler, Jr.
                    John Wm. Butler, Jr.
                    John K. Lyons
                    Albert L. Hogan III
                    Ron E. Meisler
                155 North Wacker Drive
                Chicago, Illinois 60606

                    - and -

                Four Times Square
                New York, New York 10036

                Attorneys for DPH Holdings Corp., et al.,
                  Reorganized Debtors

4

**Hearing Date And Time:  August 25, 2011 at 10:00 a.m. (prevailing Eastern time)**
**Response Date And Time:  August 18, 2011 at 4:00 p.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                               :
       In re                   :    Chapter 11
                                :
DPH HOLDINGS CORP., et al.,    :    Case No. 05-44481 (RDD)
                                :
                                :    (Jointly Administered)
            Reorganized Debtors.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

REORGANIZED DEBTORS' MOTION UNDER 11 U.S.C. § 105 AND FED. R. BANKR. P. 9014
FOR LEAVE TO (I) SUPPLEMENT THE RECORD OF THE JUNE 21, 2011 HEARING AND
(II) FILE THE REORGANIZED DEBTORS' STATEMENT REGARDING
SERVICE OF THE FINAL EXTENSION MOTION

DPH Holdings Corp. ("DPH Holdings"), on behalf of itself and certain of its affiliated reorganized debtors in the above-captioned cases (together with DPH Holdings, the "Reorganized Debtors"), formerly known as Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby submits this Motion Under 11 U.S.C. § 105 And Fed. R. Bankr. P. 9014 For Leave To (I) Supplement The Record Of The June 21, 2011 Hearing And (II) File The Reorganized Debtors' Statement Regarding Service Of The Final Extension Motion (the "Motion"), and respectfully represents as follows:

## Background

1.      On June 21, 2011, this Court heard oral argument on the Reorganized Debtors' Motion For Leave To File Amended Complaints (Docket No. 20575).  During that hearing, this Court instructed the preference defendants that had not already done so, to submit affidavits or declarations regarding such "defendants' assertion of their facts as to notice" with respect to the Supplemental Postconfirmation Extension of Avoidance Action Service Deadline Motion (Docket No. 18952) (the "Final Extension Motion")[1] and for the Reorganized Debtors to respond to such affidavits. (Hr'g Tr. 310:14-16, Jun. 21, 2010).

## Relief Requested

2.      By this Motion, the Reorganized Debtors' request that this Court permit the Reorganized Debtors to file a statement, attached hereto as Exhibit A (the "Statement"), so as to supplement the information provided to the Court at the June 21, 2011, hearing, concerning notice of the Final Extension Motion.  The Statement was prepared with assistance of counsel responsible for the service and prosecution of the Final Extension Motion.

---

[1]      Capitalized terms used and not defined in this statement have the meanings ascribed to them in the Final Extension Motion.

2

<u>Basis for Relief</u>

3. At the June 21, 2011, hearing, there apparently was some confusion regarding the scope of notice authorized by the Court with respect to the Final Extension Motion. Further, numerous preference defendants have now taken the position that service of the Final Extension Motion was improper. That assertion, however, is incorrect. The Debtors believe that the Statement will be helpful in demonstrating this fact by providing the complete history regarding service of the Final Extension Motion.

4. The Statement is also responsive to this Court's request that the Debtors submit information describing the "spectrum" of notice provided to the various preference defendants. (Hr'g Tr. 307-309; Jun. 21, 2010).

5. In accordance with the Court's request, the Reorganized Debtors' special counsel for avoidance actions will file an omnibus response responding to allegations in the preference defendants' declarations that such defendant did not receive notice of the Final Extension Motion. As set forth in the omnibus response, the preference defendants' objections regarding lack of notice of the Final Extension Motion should be overruled. In addition, the Reorganized Debtors are hereby requesting leave to file the Statement prepared with the assistance of counsel responsible for service and prosecution of the Final Extension Motion. The Reorganized Debtors believe that this statement provides a critical supplement to the notice information requested by the Court. The statement places the Final Extension Motion in context by describing the relevant proceedings over the course of more than two years that led to the motion, and demonstrates that limited service of the Final Extension Motion was both proper and transparent. Accordingly, the Court should grant the Reorganized Debtors request to file the statement and supplement the record concerning notice of the Final Extension Motion.

<u>Notice</u>

6.      Notice of this Motion has been provided in accordance with the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883), and the Twenty-Third Supplemental Order Under 11 U.S.C. §§ 102(l) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered May 3, 2011 (Docket No. 21251). Based on the information provided by special counsel handling the Adversary Proceedings, notice of this Motion was given to all remaining preference defendants currently subject to a pending Adversary Proceeding. In light of the nature of the relief requested, the Reorganized Debtors submit that no other or further notice is necessary.

WHEREFORE, the Reorganized Debtors respectfully request that this Court (a) permit the Reorganized Debtors to supplement the record with respect to the hearing held on June 21, 2011 and (b) permit the Reorganized Debtors to file a statement regarding service of the Final Extension Motion.

Dated:    New York, New York
        August 2, 2011

                        SKADDEN, ARPS, SLATE, MEAGHER
                           & FLOM LLP

                        By:  /s/ John Wm. Butler, Jr.
                            John Wm. Butler, Jr.
                            John K. Lyons
                            Albert L. Hogan III
                            Ron E. Meisler
                        155 North Wacker Drive
                        Chicago, Illinois 60606

                            - and -

                        Four Times Square
                        New York, New York 10036

                        Attorneys for DPH Holdings Corp., et al.,
                          Reorganized Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                       :

In re                     :        Chapter 11
                       :

DPH HOLDINGS CORP., et al.,    :        Case No. 05-44481 (RDD)
                       :

            Reorganized Debtors. :        (Jointly Administered)
                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER PURSUANT TO 11 U.S.C. § 105 AND FED. R. BANKR. P. 9014 FOR
LEAVE TO (I) SUPPLEMENT THE RECORD OF THE JUNE 21, 2011
HEARING AND (II) FILE THE REORGANIZED DEBTORS' STATEMENT
REGARDING SERVICE OF THE FINAL EXTENSION MOTION

          Upon the motion, dated August 2, 2011 (the "Motion"),[1] of DPH Holdings Corp. ("DPH Holdings"), on behalf of itself and certain of its affiliated reorganized debtors in the above-captioned cases (together with DPH Holdings, the "Reorganized Debtors"), formerly known as Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9014 for leave to (i) supplement the record of the June 21, 2011 hearing and (ii) file the Reorganized Debtors' statement regarding service of the final extension motion; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record of the August 25, 2011 hearing on the Motion; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

---

[1]   Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

ORDERED, ADJUDGED, AND DECREED THAT:[2]

1. This Court has core jurisdiction over these chapter 11 cases and the parties and property affected hereby to consider the relief described herein pursuant to 28 U.S.C. §§ 157 and 1334, article XIII of the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified), and paragraphs FF and 56 of the Plan Modification Order, dated July 30, 2009 (Docket No. 18707).  Venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The Motion is GRANTED.

3. This Court shall retain original and exclusive jurisdiction to hear and determine all matters arising from or relating to the implementation of this order.

Dated: White Plains, New York
   August ___, 2011

_____
   UNITED STATES BANKRUPTCY JUDGE

---

[2] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  See Fed. R. Bankr. P. 7052.

# EXHIBIT 3A

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan, III
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                 :
      In re                          :        Chapter 11
                                 :
DPH HOLDINGS CORP., et al.,         :        Case No. 05-44481 (RDD)
                                 :
               Reorganized Debtors.    :        (Jointly Administered)
                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

REORGANIZED DEBTORS' STATEMENT IN OPPOSITION TO DECLARATIONS FILED
BY CERTAIN PREFERENCE DEFENDANTS REGARDING SERVICE OF THE
SUPPLEMENTAL POSTCONFIRMATION EXTENSION OF
AVOIDANCE ACTION SERVICE DEADLINE MOTION


(REORGANIZED DEBTORS' 4(M) SERVICE STATEMENT)

DPH Holdings and its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), formerly known as Delphi Corporation and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), submit this statement concerning the declarations filed by certain preference defendants (the "Declarations") regarding service of the Supplemental Postconfirmation Extension of Avoidance Action Service Deadline Motion (Docket No. 18952) (the "Final Extension Motion"),[1] attached as Exhibit A hereto.

## INTRODUCTION

1.        This Statement responds to allegations in the Declarations that the Debtors' service of the Final Extension Motion was improper because certain preference defendants were not served with the Final Extension Motion and service was not in accord with the Supplemental Case Management Order (defined below).  This Statement has been prepared with the assistance of the Reorganized Debtors' counsel of record that was responsible for service and prosecution of the Final Extension Motion in the Debtors' consolidated cases in October 2009.  Such counsel did not participate in the June 21, 2011 hearing regarding individual adversary proceedings (which have been prosecuted since 2009 by special counsel) at which hearing there was apparently some confusion regarding the scope of notice authorized by this Court with respect to the Final Extension Motion.  Because these issues were left unresolved at the conclusion of the June 21 hearing, the Reorganized Debtors' have compiled the relevant history to show that service of the Final Extension Motion was both proper and transparent.

---

[1]    Capitalized terms used and not defined in this statement have the meanings ascribed to them in the Final Extension Motion.

2

2.　　Like each of the predecessor extension motions filed in the Reorganized Debtors' consolidated chapter 11 cases, the Final Extension Motion was *not* served on individual preference defendants *except* with respect to a very small list of defendants to whom service was directed by the Court and those parties with potential preference exposure that had determined to monitor the Debtors' chapter 11 cases and receive notices through the master or 2002 service lists by filing an appearance in the Debtors' chapter 11 cases.  This limited service of the Final Extension Motion was not improper; to the contrary, the Final Extension Motion, like every other extension motion, was, by definition, an *ex parte* proceeding, the service scheme was identical with every other extension motion, had been established by disclosure and discussion with the Court, and the order approving the Final Extension Motion—just like all prior extension orders—provided that the preference defendants would *not* receive service of that order until they were served with a complaint.

3.　　Indeed, to have required immediate service of the Final Extension Motion on all preference defendants in October 2009 would have defeated the very purpose of the Final Extension Motion, which, like the previous extension motions, was to keep the complaints sealed and avoid unnecessary litigation costs while the Debtors determined whether or not they would proceed with various preference actions.  The fact that the Reorganized Debtors ultimately proceeded with the prosecution of most of the remaining avoidance actions does not vitiate either the good cause demonstrated at the October 2009 hearing, or the relief granted by this Court with respect to the Final Extension Motion.

## BACKGROUND

4.　　<u>Preservation of Estate Claims Procedures Order</u>.  On August 16, 2007, the Court entered the Preservation of Estate Claims Procedures Order (Docket No. 9105) which,

among other things, (i) authorized the Debtors to file complaints in the adversary proceedings

pertaining to avoidance actions under seal, (ii) stayed each adversary action unless and until the

Debtors made service of process on the respective defendants, and (iii) extended to March 31,

2008, the deadline under Federal Rule of Civil Procedure 4(m) by which the Debtors would have

to serve process, so that the complaints would not be subject to dismissal under Federal Rule of

Civil Procedure 4(m).  (Preservation of Estate Claims Procedures Order ¶¶ 7-9, attached as

Exhibit B hereto.)  Such relief was intended to allow the Debtors to "preserve potentially

valuable assets without disrupting the plan process or existing business relationships prematurely

or prejudicing the rights of any defendants."  (Preservation of Estate Claims Procedures Motion ¶

34 (Docket No. 8905), attached as Exhibit C hereto.)  In addition, while the Preservation of

Estate Claims Procedures Motion was served on only the master and 2002 service lists[2] (Aff. of

Serv. (Docket No. 9039)), the Preservation of Estate Claims Procedures Order provided that:

"The Debtors must serve a copy of this order upon each defendant in any Adversary Proceeding

*either when the Debtors serve a summons and complaint on the defendant or as soon thereafter*

*as practicable*."  (Preservation of Estate Claims Procedures Order ¶ 11 (emphasis added).)  In

accordance with the Preservation of Estate Claims Procedures Order, the Debtors commenced

742 adversary proceedings (the "Adversary Proceedings") by filing complaints under seal.  None

of those complaints, however, were served at that time.

     5.    First Extension Motion. As the March 31, 2008, deadline to serve

complaints in the Adversary Proceedings approached, the Debtors had not yet substantially

---

[2]    Based on the information provided by special counsel handling the Adversary Proceedings, preference defendants—or their counsel either directly or indirectly by notice to such counsel's firm—in 19 of the 77 remaining Adversary Proceedings received actual notice of the Preservation of Estate Claims Procedures Motion (14 on the master or 2002 service lists, 9 by electronic notification through the Court's ECF system—4 received both forms of notice).

consummated a plan of reorganization.  The Debtors, therefore, filed the Extension of Avoidance

Action Service Deadline Motion (Docket No. 12922) (the "First Extension Motion"), attached as

Exhibit D hereto, seeking to extend the deadline to serve complaints by two months to May 31,

2008.  In addition, the First Extension Motion—like all subsequent extension requests, including

the Final Extension Motion—provided that notice of the motion had been provided in

accordance with the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr.

P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice,

Case Management, And Administrative Procedures (Docket No. 2883) (the "Supplemental Case

Management Order") .  (First Extension Motion ¶ 26.)  The underlying predicate in this

representation was the Debtors' good faith belief that the Supplemental Case Management Order

should not be interpreted to require service of process on defendants that were party to sealed

actions for which the Debtors were seeking procedural extensions of time to serve the complaints

and summons.

        6.      At all relevant times, the Debtors were completely and publicly

transparent about their interpretation of the Supplemental Case Management Order.  Their

interpretation is further supported by Bankruptcy Rule 9006(b)(1) which did not require the

Debtors to serve the extension motions.  See Law Debenture Trust Co. v. Calpine Corp. (In re

Calpine Corp.) 356 B.R. 585, 595 (S.D.N.Y. 2007); Kernisant v. City of New York, 225 F.R.D.

422, 431 n.13 (E.D.N.Y. 2005); Brady v. Marks, 7 F. Supp. 2d 247 255 (W.D.N.Y. 1998).  This

additional authority was specifically cited in each of the extension motions subsequent to the

First Extension Motion in a further effort to be completely transparent.  Moreover, as early as the

hearing on the First Extension Motion, the Debtors and the Court engaged in specific discussions

regarding the scope of notice of the extension motions.  Indeed, at the hearing on the First

Extension Motion, the Court specifically asked the Debtors whether the preference defendants that were named as retained actions under the Confirmed Plan had received notice of the First Extension Motion.  The Debtors responded that such defendants "would have *not* gotten individualized notice unless they were on the 2002 list."[3]  (Hr'g Tr. 23:19-21, Mar. 19, 2008, relevant excerpts of which are attached as Exhibit E hereto (emphasis added).)  The Debtors further explained that defendants were not served because they were not aware of the existence of the complaints.  Id. 23:23-24.  Taking these statements under advisement, the Court instructed the Debtors to settle the order approving the First Extension Motion on parties whose identities were publicly disclosed among the retained causes of action listed on Exhibit 7.24 of the Confirmed Plan—Laneko Engineering Co., Wachovia Bank, National Association, and Laneko Engineering Co., Inc.  (See Hr'g Tr. 24:7-10, Mar. 19, 2008.)  As to preference defendants in the other 741 Adversary Proceedings, most of which did not receive service of the First Extension Motion, the Court noted that: "With regard to the vast majority [of Adversary Proceedings], all the others, clearly there's a good basis for not activating that litigation.  It would be moot upon consummation of the plan."  Id. 24:12-14.  To which the Debtors' counsel responded: "And the existence of those folks is obviously that the exhibit to the plan is public.  So everyone knows what that retention is."  Id. 24:15-17.  The Court agreed.  Id. 24:19.

7.       Accordingly, on March 20, 2008, the Debtors filed a notice of presentment (Docket No. 13190) with respect to the order approving the First Extension Motion.  No party objected.  The Court therefore entered an order approving the First Extension Motion (Docket

---

[3]    Based on the information provided by special counsel handling the Adversary Proceedings, preference defendants—or their counsel either directly or indirectly by notice to such counsel's firm—in 21 of the 77 remaining Adversary Proceedings received actual notice of the First Extension Motion (14 on the master or 2002 service lists and 12 by electronic notification through the Court's ECF system—5 received both forms of notice).  No objections were filed by anyone with respect to the First Extension Motion.

No. 13277), attached as <u>Exhibit F</u> hereto, which provided that "The Debtors shall serve a copy of

this order upon each defendant in any Adversary Proceeding either when the Debtors serve a

summons and complaint on such defendant or as soon thereafter as practicable."  (Extension of

Avoidance Action Service Deadline Order ¶ 2.)  Additionally, based on the exchange with the

Court regarding Laneko Engineering Co., Bank, National Association, and Laneko Engineering

Co., Inc., the Debtors served these three parties in connection with all subsequent extension

requests and included them in the notice sections of the corresponding motions.

       8.     <u>Second Extension Motion</u>.  On April 10, 2008, after the Debtors' plan

investors failed to participate in a closing and fulfill their obligations to fund the Confirmed Plan,

the Debtors filed a motion (Docket No. 13361) (the "Second Extension Motion"), attached as

<u>Exhibit G</u> hereto, seeking to extend the service deadline from May 31, 2008, to a date thirty days

after substantial consummatio of the Confirmed Plan or any modified plan.  The Debtors served

the Second Extension Motion upon the master and 2002 service lists, as well as Laneko

Engineering Co., Wachovia Bank, National Association, and Laneko Engineering Co., Inc.[4]  The

Second Extension Motion again stated that notice of the motion was provided in accordance with

the Supplemental Case Management Order and, further, that notice of the motion also was

provided to the three individual preference defendants.  (Second Extension Motion ¶ 27.)  This

additional disclosure regarding notice to Laneko Engineering Co., Wachovia Bank, National

Association, and Laneko Engineering Co., Inc. is consistent with the Debtors' interpretation of

the requirements of the Supplemental Case Management Order as it pertained to the various

---

[4]    Based on the information provided by special counsel handling the Adversary Proceedings, preference
defendants—or their counsel either directly or indirectly by notice to such counsel's firm—in 21 of the 77
remaining Adversary Proceedings received actual notice of the Second Extension Motion (14 on the master or
2002 service lists or by individual service and 12 by electronic notification through the Court's ECF system—5
received both forms of notice).  No objections were filed by anyone with respect to the Second Extension
Motion.

extension motions and as discussed with the Court.  Indeed, the disclosure of service on the three

parties mandated by the Court in the prior hearing would have been meaningless if the Debtors

had served all of the preference defendants.

9.      At the hearing on the Second Extension Motion, the Debtors again raised

the issue of service and informed the Court that:

> We did give some specific notice in connection with [the Second Extension
> Motion], Your Honor.  We gave notice of the motion to [Laneko] Engineering
> Company, Wachovia Bank National Association and the master service list and
> the 2002 list.  The reason that we gave specific notice to [Laneko] and Wachovia
> was because those were the only two parties that had been identified under
> Exhibit 7.24 of the plan as having the avoidance actions preserved under the plan
> and, therefore, we gave particularized notice to them of the relief sought by the
> debtors.  We have not given notice to the 742 other defendants therein which are
> under seal and it was not served on those defendants except to the extent those
> defendants already had placed themselves on either the master service list or the
> 2002 list.

(Hr'g Tr. 11:18-12:5, Apr. 30, 2008, relevant excerpts of which are attached as Exhibit H hereto.)

The Court concluded that:

> Except for the notice you did give I don't think any further notice is necessary
> under the plain terms of 9006 and the cause is obviously that the analysis so far
> that's presented in the motion is the same as it was when the motion was
> originally granted which is that these causes of action are being preserved in light
> of the limitations period, however, it's not presently contemplated that they will
> be pursued, although obviously the preservation of them means that they may be
> pursued but given that there's no reason for either the debtors or the potential
> defendants to start to have to incur any costs in connection with the litigation . . .
> cause is shown under Rule 4(m) and 9006.

Id. 12:17-13:3.  As a result, the order approving the Second Extension Motion (Docket No.

13484), attached as Exhibit I hereto, again provided that "The Debtors shall serve a copy of this

order upon each defendant in any Adversary Proceeding either when the Debtors serve a

summons and complaint on such defendant or as soon thereafter as practicable."

(Postconfirmation Extension of Avoidance Action Service Deadline Order ¶ 2.)

10.    <u>Modified Plan</u>.  On July 30, 2009, the Court entered an order approving

the Modified Plan (Docket No. 18707).  Among the various modifications to the Confirmed Plan,

the Modified Plan provided for the retention of 177 of the 742 Adversary Proceedings.  (<u>See</u>

Modified Plan Ex. 7.19. ¶ 6.)  At the time, the Debtors were considering whether to retain special

counsel to prosecute the retained Adversary Proceedings and had not yet decided to proceed in

any of the Adversary Proceedings.  In accordance with paragraph 2 of the order approving the

Second Extension Motion, the Debtors therefore determined to keep the retained Adversary

Proceedings sealed until after substantial consummation of the Modified Plan.

11.    <u>Final Extension Motion</u>.  As the Debtors approached the effective date of

the Modified Plan in October 2009, it became clear that facilitating the complex transactions

provided for under the Modified Plan and the Master Disposition Agreement would consume

most of the Reorganized Debtors' time and resources in the immediate wake of their emergence

from chapter 11.  (Final Extension Motion ¶ 17.)  These restraints were particularly onerous once

it was determined that the Reorganized Debtors would have only a single employee and that a

separate law firm would pursue the Adversary Proceedings.  (Hr'g Tr. 5:10-18, Oct. 22, 2009,

attached as <u>Exhibit J</u> hereto).  Although the Debtors had narrowed the number of Adversary

Proceedings from 742 to 177, the Debtors concluded that an additional extension was necessary

to evaluate the remaining Adversary Proceedings and determine whether to proceed with

litigation.  Accordingly, on October 2, 2009, the Debtors filed the Final Extension Motion

seeking a further extension of the service deadline from 30 days to 180 days after the effective

date of the Modified Plan.  The underlying rationale for the Final Extension Motion remained the

same as prior extensions.  The Debtors believed that, given additional time to evaluate the 177

retained Adversary Actions, the Reorganized Debtors might elect not to pursue certain

9

preference claims, thereby avoiding unnecessary litigation and the corresponding costs to both the Reorganized Debtors and preference defendants.  (Final Extension Motion ¶ 18.).

12.    Upon filing the Final Extension Motion, the Debtors served the parties listed on the master and 2002 lists, as well as the special parties that the Court required be served in connection with the First Extension Motion and the Second Extension Motion (i.e., Laneko Engineering Co., Wachovia Bank, National Association, and Laneko Engineering Co., Inc.). (Final Extension Motion ¶ 24.)  Like the previous extension motion, the Final Extension Motion stated that notice of the motion had been provided in accordance with the Supplemental Case Management Order.  Once again, the Final Extension Motion also stated that notice of the motion was provided to Laneko Engineering Co., Wachovia Bank, National Association, and Laneko Engineering Co., Inc.  As explained above, naming these three parties would have been meaningless if the Debtors had served every one of the remaining preference defendants. The Debtors did not individually serve any of the other preference defendants in the Adversary Proceedings with the Final Extension Motion.  Nevertheless, based on the information provided by special counsel handling the Adversary Proceedings, preference defendants—or their counsel either directly or indirectly by notice to such counsel's firm—in 22 of the 77 remaining Adversary Proceedings received actual notice of the Final Extension Motion (12 on the master or 2002 service lists or by individual service and 19 by electronic notification through the Court's ECF system—7 received both forms of notice).[5]  Consistent with the record in the chapter 11 cases with respect to the prosecution of the First and Second Extension Motions, counsel to the Reorganized Debtors noted on the record at the hearing on the Final Extension Motion that

---

[5]    As with the prior extension motions, no objections were filed by *anyone* with respect to the Final Extension Motion.

service had been completed "in the usual fashion."  (Hr'g Tr. 5:21, Oct. 22, 2009.)  Approving

the Final Extension Motion, the Court observed that:

> Obviously the debtors' decision to proceed this way is borne out by the fact that
> the vast majority of these cases have already been, effectively, booted out.  And
> as the motion states, the potential plaintiff, here, certainly should have a little
> more time to analyze whether it makes sense to bring the remaining lawsuits or
> only some of them before DPH and the defendants incur additional costs.

Id. 6:20-7:1.  And, once again, the order approving the Final Extension Motion (Docket No.

18999) provided that "The Debtors shall serve a copy of this order upon each defendant in any

Adversary Proceeding *either when the Debtors serve a summons and complaint on such

defendant or as soon thereafter as practicable*."[6]  (Postconfirmation Extension of Avoidance

Action Service Deadline Order (Docket No. 18999) ¶ 2, attached as <u>Exhibit K</u> hereto (emphasis

added).)

## STATEMENT

13.    Although the treatment of the Adversary Proceedings had changed since

the Court granted earlier extensions—the Modified Plan, unlike the Confirmed Plan,

contemplated that the Reorganized Debtors would pursue at least some of the undisclosed

Adversary Proceedings—the rationale for keeping complaints sealed and withholding notice to

undisclosed preference defendants remained the same at the time of the Final Extension Motion.

The Debtors already had made the decision not to pursue the substantial majority of the

Adversary Proceedings by retaining only 177 of the 742 Adversary Proceedings, and believed

that further resources of both the Reorganized Debtors and the preference defendants could be

saved by giving the Reorganized Debtors additional time with its recently retained special

---

[6]    To be sure, this requirement to serve preference defendants along with the complaint would have been
redundant if all preference defendants were required to receive service at the time of the hearing.

counsel to assess the remaining Adversary Proceedings and potentially avoid unnecessary

litigation.  The Debtors' demonstration of good cause in connection with the Final Extension

Motion cannot be vitiated because the Reorganized Debtors, with the benefit of additional time,

determined that it was in the Debtors best interests to pursue the retained Adversary Proceedings.

14.    As set forth above, the lack of notice to preference defendants prior to the

hearing on the Final Extension Motion was not the result of any dereliction by the Debtors.  In

fact, as described above, notice of the Final Extension Motion was made in the same manner as

notice of each of the First and Second Extension Motions under Federal Rule of Civil Procedure

4(m), including identically phrased references to the Supplemental Case Management Order.  By

confirming at the hearing on the Final Extension Motion that notice of the Final Extension

Motion was provided "in the usual fashion," the Debtors did nothing more than confirm the

scope and method of process that had been reviewed with and approved by the Court in respect

of the trilogy of 4(m) extension motions.  As explained herein, the Debtors had consistently and

candidly disclosed that this description of the service of the motions specifically did *not* include

service on the preference defendants whose complaints remained under seal, and who were not

otherwise on the master or 2002 service lists (except as otherwise specifically required by the

Court).

15.     Accordingly, notice of each of the First, Second, and Final Extension

Motions was consistent with the Preservation of Estate Claims Procedures Order and the

statements made on the record at the hearings on those motions.  Any assertion to the contrary in

the Declarations is incorrect.


Dated: New York, New York
        August 2, 2011

                                    SKADDEN, ARPS, SLATE, MEAGHER
                                     & FLOM LLP

                            By:  /s/ John Wm. Butler, Jr.
                                 John Wm. Butler, Jr.
                                 John K. Lyons
                                 Albert L. Hogan, III
                                 Ron E. Meisler
                                 155 North Wacker Drive
                                 Chicago, Illinois 60606

                                     - and -

                                 Four Times Square
                                 New York, New York 10036

                                 Attorneys for DPH Holdings Corp., et al.,
                                  Reorganized Debtors

## EXHIBIT A

**Supplemental Postconfirmation Extension
of Avoidance Action Service
Deadline Motion**

**Hearing Date And Time: October 22, 2009 at 10:00 a.m. (prevailing Eastern time)**
**Objection Deadline: October 15, 2009 at 4:00 p.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler


    - and -


SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession


Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698


Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                    :
        In re                       :   Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :   Case No. 05-44481 (RDD)
                                    :
                                    :   (Jointly Administered)
        Debtors.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x


SUPPLEMENTAL MOTION PURSUANT TO FED. R. BANKR. P. 7004(a) AND
9006(b)(1) AND FED. R. CIV. P. 4(m) TO EXTEND DEADLINE TO
SERVE PROCESS FOR AVOIDANCE ACTIONS FILED IN CONNECTION
WITH PRESERVATION OF ESTATE CLAIMS PROCEDURES ORDER


("SUPPLEMENTAL POSTCONFIRMATION EXTENSION OF AVOIDANCE
ACTION SERVICE DEADLINE MOTION")


0544481091002000000000003

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby submit this Supplemental Motion Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. R. Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order (the "Motion"), and respectfully represent as follows:

<u>Background</u>

A.    <u>The Chapter 11 Filings</u>

1.    On October 8 and 14, 2005, the Debtors filed voluntary petitions in this Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code").  The Debtors continue to operate their businesses and manage their properties as debtors-in-possession under Bankruptcy Code sections 1107(a) and 1108.  This Court has ordered joint administration of these cases.

2.    No trustee or examiner has been appointed in these cases.  On October 17, 2005, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors' Committee").  On April 28, 2006, the U.S. Trustee appointed an official committee of equity holders, which was disbanded on April 24, 2009.  On February 26, 2009, the U.S. Trustee appointed an official committee of retired employees to represent certain of the Debtors' current active salaried employees, retirees, and their spouses for certain limited purposes.

3.    This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

2

4.      The statutory predicates for the relief requested herein are rules 7004 and 9004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and rule 4(m) of the Federal Rules of Civil Procedure.

B.      Plan Confirmation And Postconfirmation Matters

5.      On December 10, 2007, the Debtors filed their first amended joint plan of reorganization (Docket No. 11386) (the "Plan") and related disclosure statement (Docket No. 11388).  On January 25, 2008, the Court entered an order (Docket No. 12359) (the "Confirmation Order") confirming the Plan, as modified (the "Confirmed Plan").  The Confirmation Order became final on February 4, 2008.

6.      During the fall of 2008 the Debtors formulated certain modifications to the Confirmed Plan.  On October 3, 2008, Delphi filed a motion under 11 U.S.C. § 1127 for an order approving these modifications and also sought approval of a related disclosure statement and procedures for re-soliciting votes on the Confirmed Plan, as modified (Docket No. 14310) (the "Plan Modification Motion").  Subsequently, however, substantial uncertainty and significant decline in capacity in global debt and equity markets, the global economic downturn generally, and an unprecedented decline in global automotive production volumes adversely impacted Delphi's ability to develop a revised recapitalization plan and successfully consummate the modified plan of reorganization.  Moreover, as a result of market turbulence, the Debtors were unable to extend the maturity date of their DIP credit facility (the "DIP Facility") on terms reasonably acceptable to the Debtors and their other stakeholders.  Accordingly, with the support of the administrative agent (the "DIP Agent") and the requisite lenders under the DIP Facility, the Debtors entered into an accommodation agreement (as subsequently amended) to allow the Debtors, among other things, to continue using certain of the proceeds of the DIP Facility.

3

7.        On June 1, 2009, the Debtors filed a supplement to the Plan Modification Motion (the "Motion Supplement") which sought approval of certain additional modifications to the Confirmed Plan (the "Modified Plan") as well as supplemental disclosure and procedures for re-soliciting votes on the Modified Plan.  The Motion Supplement was approved, with modifications, by order entered June 16, 2009 (the "Modification Procedures Order") and was later supplemented and amended by orders entered June 29, 2009 (Docket No. 17376), July 17, 2009 (Docket No. 18352), and July 21, 2009 (Docket No. 18551).

8.        Also on June 1, 2009, while facing the most difficult economic period in decades with the most precipitous drop in U.S. vehicle sale volumes in half a century, Delphi reached an agreement to effect its emergence from chapter 11 through a transaction with Parnassus Holdings II, LLC ("Parnassus"), an affiliate of Platinum Equity, and with the support of GM Components Holdings LLC ("GM Components"), an affiliate of GM.  In the exercise of the Debtors' fiduciary responsibilities to maximize the value of their estates for the benefit of all of their stakeholders, the Debtors executed an agreement (the "Platinum-GM MDA") to reflect the foregoing transactions through a plan of reorganization.  The agreement and the changes to the Confirmed Plan were filed as part of the Motion Supplement on June 1, 2009.

9.        The Modification Procedures Order, among other things, authorized the Debtors to commence solicitation of votes on the Modified Plan and set forth a comprehensive set of supplemental procedures for evaluating non-solicited alternative transactions to the Platinum-GM MDA (as supplemented and amended, the "Supplemental Procedures").  The Supplemental Procedures provided for, among other things, an auction open to DIP Lenders making a Pure Credit Bid (as defined therein) and other Qualified Bidders (as defined therein).

10.        Pursuant to the Supplemental Procedures, the Debtors held an auction on July 26 and 27, 2009 (the "Auction") at which the DIP Agent submitted a Pure Credit Bid on

4

behalf of the DIP Lenders that was supported by the requisite majority of the two most senior

tranches of the DIP Facility (the "Required Lenders").  The Pure Credit Bid involved a credit bid

of 100% of the principal and interest due and owing in respect of the DIP Facility under the DIP

Credit Agreement (after giving effect to the application of any cash collateral to the DIP Facility)

and was based upon an alternative Master Disposition Agreement (the "Master Disposition

Agreement") pursuant to which DIP Holdco 3, LLC ("DIP Holdco 3") would replace Parnassus

as a purchaser, subject to the terms of the Master Disposition Agreement.  DIP Holdco 3 is an

entity controlled by certain of the DIP lenders that together constitute the Required Lenders

under the DIP Facility.  At the conclusion of the Auction, after careful consideration, Delphi's

board of directors determined that the Pure Credit Bid was superior to the Platinum-GM MDA,

and approved it, subject to the parties' reaching a final agreement as to the terms and conditions

of the Modification Approval Order and other items.  Subsequently, the Debtors made certain

further modifications to the Modified Plan to address the results of the Auction.

    11.  After holding a final plan modification hearing on July 29 and 30, 2009,

the Court entered an order approving the Modified Plan (Docket No. 18707) on July 30, 2009.

Upon the effectiveness of the Modified Plan, Delphi will contemporaneously effectuate

transactions, including the Master Disposition Agreement, through which DIP Holdco 3 will

operate Delphi's U.S. and non-U.S. businesses going forward with $3.6 billion in emergence

capital and capital commitments but without the labor-related legacy costs associated with the

North American sites which, together with Delphi's global steering business, are being acquired

by GM Components.  DPH Holdings Corporation ("DPH Holdings") will emerge as a

reorganized entity that retains certain residual non-core and non-strategic assets and liabilities

that are expected to be divested over time.

12.     Consummation of these transactions through the Modified Plan, which embodies concessions made by parties-in-interest to resolve these chapter 11 cases, will provide for the satisfaction of all of the Debtors' administrative claims, secured claims, and priority claims and a potential distribution to holders of general unsecured claims.  Moreover, Delphi's emerging businesses, through GM Components and DIP Holdco 3, will continue to develop and deliver high-quality products to their customers globally.

C.     The Establishment Of Procedures to Preserve Estate Claims

13.     Before the entry of the Confirmation Order, this Court on August 16, 2007 entered that certain Order Under 11 U.S.C. §§ 102(1)(A), 105(a), 107, 108(a)(2), And 546(a) And Fed. R. Bankr. P. 7004, 9006(c), And 9018 (i) Authorizing Debtors To Enter Into Stipulations Tolling Statute Of Limitations With Respect To Certain Claims, (ii) Authorizing Procedures To Identify Causes Of Action That Should Be Preserved, And (iii) Establishing Procedures For Certain Adversary Proceedings Including Those Commenced By Debtors Under 11 U.S.C. § 541, 544, 545, 547, 548, Or 553 ("Preservation Of Estate Claims Procedures Order") (Docket No. 9105).  On March 28, 2008, this Court entered the Order Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. R. Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order (Docket No. 13277) (the "Deadline Extension Order").

14.     The purpose of the Preservation Of Estate Claims Procedures Order was two-fold: on the one hand, it permitted the Debtors to preserve their right to pursue (or abandon) certain avoidance actions before the then-impending expiration of the two-year statute of limitations to file such actions; on the other hand, it established procedures to avoid having to force all potential defendants to retain counsel and defend against the adversary proceedings when, in fact, the Debtors anticipated that most of them would be resolved upon the Debtors'

6

emergence from chapter 11 and thus never pursued. To that end, the Preservation Of Estate Claims Procedures Order and the Deadline Extension Order (i) allowed the Debtors to file adversary proceeding complaints under seal, (ii) directed the Clerk of Court to delay issuing summonses for complaints unless and until the Debtors notified the Clerk of Court of their intent to prosecute such actions, (iii) stayed each adversary action unless and until the Debtors make service of process on the respective defendants, and (iv) extended the deadline under Fed. R. Civ. P. 4(m) by which the Debtors would have to serve process to May 31, 2008, so that the complaints would not be subject to dismissal under Fed. R. Civ. P. 4(m). Such relief was intended to allow the Debtors to preserve potentially valuable assets without disrupting the Confirmed Plan process or business relationships or prejudicing the rights of any defendants. In accordance with the Preservation Of Estate Claims Procedures Order, the Debtors commenced 742 adversary proceedings (the "Adversary Proceedings") by filing complaints under seal.

15.    On April 10, 2008, after the Debtors' plan investors failed to participate in a closing and fulfill their obligations to fund the Confirmed Plan, the Debtors filed a Motion Pursuant to Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed R. Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order (the "Postconfirmation Extension Motion") (Docket No. 13361), seeking to extend the service deadline set forth in the Deadline Extension Order until 30 days after substantial consummation of the Confirmed Plan or any modified plan. The Court granted this extension by order entered April 30, 2008 (the "Postconfirmation Extension Order") (Docket No. 13484).

## Relief Requested

16.    By this Motion, the Debtors request entry of an order under Bankruptcy Rule 9006(b)(1) and Federal Rule Of Civil Procedure 4(m), made applicable by Bankruptcy

7

Rule 7004(a), to further extend the deadline by which the Debtors would be required to serve a summons and complaint upon each defendant under the Preservation Of Estate Claims Procedures Order, as modified by the Deadline Extension Order and the Postconfirmation Extension Order.  Specifically, the Debtors request that the existing service deadline set forth in the Deadline Extension Order be extended to 180 days after substantial consummation of the Modified Plan.

<u>Basis For Relief</u>

17.     A further extension of the time for service in the Adversary Proceedings is necessary due to the complex nature of the transactions set forth in the Modified Plan and the Master Disposition Agreement.  At the time of the Debtors' request to extend their Fed. R. Civ. P. 4(m) deadline to serve defendants in the Adversary Proceedings until 30 days after substantial consummation of a plan of reorganization, the Confirmed Plan contemplated that the Debtors would maintain essentially the same identity and corporate organization following substantial consummation and that the reorganized company would retain few causes action.  As noted above, however, the transaction set forth in the Modified Plan and the Master Disposition Agreement divides the Debtors' business among three separate parties: DPH Holdings LLC, GM Components, and DIP Holdco 3.  The Debtors anticipate that, in the months following effectiveness of the Modified Plan, a significant amount of time and resources will be devoted to supporting the transition of operations among these three entities and implementing the Modified Plan.  Moreover, Exhibit 7.19 of the Modified Plan lists significantly more causes of action that will be retained by DPH Holdings than originally retained under the Confirmed Plan, including

177 of the Adversary Proceedings filed under seal (the "Retained Adversary Proceedings").[1]

Consequently, the Debtors do not believe that DPH Holdings will be able to evaluate each of the

retained Adversary Proceedings – for example, to assess the ongoing relationship with certain

defendants and whether events since initiating the Adversary Proceedings have impacted the

Debtors' estimated recoveries – and make a determination whether to pursue such Adversary

Proceedings within 30 days after substantial consummation of the Modified Plan.

18.    In addition, the extension now sought in this Motion will relieve the

Debtors and defendants in the Adversary Proceedings from incurring unnecessary costs.

Although the Debtors ultimately may determine not to prosecute certain of the Adversary

Proceedings listed on Exhibit 7.19 of the Modified Plan, the Debtors would have to effect service

to each of the 177 Retained Adversary Proceedings soon after substantial consummation to allow

the Debtors enough to timely serve each defendant and meet the deadline set forth in the

Postconfirmation Extension Order.  In turn, defendants who are parties to Retained Adversary

Proceedings that the Debtors otherwise might not ultimately pursue could be forced to

unnecessarily incur litigation expenses associated with the defense of such Adversary

Proceedings.

19.    The Debtors believe that there is good cause for the extension of the Fed.

R. Civ. P. 4(m) deadline because such an extension would reduce the administrative and

economic burdens of the Retained Adversary Proceedings on the Debtors and the potential

---

[1]    Under the Modified Plan, the Debtors will not retain any of the causes of action asserted in the Adversary Proceedings except those listed on Exhibit 7.19 to the Modified Plan.  Although the Debtors' request for an extension of the Fed. R. Civ. P. 4(m) deadline is applicable to all of the Adversary Proceedings, upon substantial consummation of the Modified Plan – which may occur prior to the scheduled hearing on this Motion – the extension will affect only those actions specifically retained pursuant to section 7.19 of the Modified Plan.

defendants.  Specifically, the Debtors believe that the resources that they and the defendants would need to expend prematurely to issue and serve 177 summonses and complaints in the Retained Adversary Proceedings – and the potential need thereafter to prosecute and defend such adversary proceedings – would not be in the best interests of the Debtors' estates, the Debtors' stakeholders, and other parties-in-interest.  The Debtors submit that these reasons comprise good cause for the requested extension.

<u>Applicable Authority</u>

20.     The Bankruptcy Rules and Federal Rules of Civil Procedure grant this Court discretion to adopt and implement guidelines which will aid in the administration of Adversary Proceedings, including discretion to grant the proposed extension of the service of process deadline.  See <u>Zapata v. City of New York</u>, 502 F.3d 192, 195 (2d Cir. 2007) (Rule 4(m) authorizes court to grant extensions of service period); <u>In re Sheehan</u>, 253 F.3d 507, 511 (9th Cir. 2001) ("The time for service in an adversary proceeding may be extended under two different rules: Rule 4(m) of the Federal Rules of Civil Procedure, and Bankruptcy Rule 9006(b).").

21.     Bankruptcy Rule 9006(b)(1) provides for the enlargement of time to perform acts required under the Bankruptcy Rules: "[W]hen an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of court, the court for cause shown may at any time in its discretion . . . order the period enlarged if the request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . . ."  Fed. R. Bankr. P. 9006(b)(1).

22.     Moreover, Fed. R. Civil P. 4(m), made applicable here by Bankruptcy Rule 7004(a), requires courts, upon a showing of good cause, to extend the period for service of process after the filing of a complaint.  See <u>Bank of Cape Verde v. Bronson</u>, 167 F.R.D. 370, 371-72 (S.D.N.Y. 1996) (good cause existed when future events would likely have "obviated the

10

need to serve the [] complaint" and when plaintiff requested extension before Fed. R. Civ. P. 4(m) deadline expired). Even absent good cause, this Court has discretion to extend the 120-day service period. See Zapata, 502 F.3d at 196; Mejia v. Castle Hotel Inc., 164 F.R.D. 343, 345 (S.D.N.Y. 1996).

23.    The Debtors accordingly request that the Court extend the Debtors' Fed. R. Civ. P. 4(m) deadline to serve each defendant in the Adversary Proceedings commenced in connection with the Preservation Of Estate Claims Procedures Order with a summons and a copy of the complaint until 180 days after substantial consummation of the Modified Plan, without prejudice to the Debtors' right to seek further extensions of the deadline and without prejudice to the right of each of Laneko Engineering Co., Wachovia Bank, National Association, and Laneko Engineering Co., Inc.[2] to seek a shortening of the deadline.

<div align="center">Notice Of Motion</div>

24.    Although notice is not required by Fed. R. Bankr. P. 9006(b)(1), see Law Debenture Trust Co. v. Calpine Corp. (In re Calpine Corp.), 356 B.R. 585, 595 (S.D.N.Y. 2007); Kernisant v. City of New York, 225 F.R.D. 422, 431 n.13 (E.D.N.Y. 2005); Brady v. Marks, 7 F. Supp. 2d 247, 255 (W.D.N.Y. 1998), notice of this Motion has been provided in accordance with the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883), and the Fifteenth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P.

---

[2]    Causes of action against Laneko Engineering Co., Wachovia Bank, National Association, and Laneko Engineering Co. Inc. were previously disclosed on Exhibit 7.24 of the Confirmed Plan as actions that would be retained, and these causes of action have again been retained pursuant to section 7.19 of the Modified Plan.

2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case

Management, And Administrative Procedures, entered August 27, 2009 (Docket No. 18839).

Notice has also been provided to Laneko Engineering Co., Wachovia Bank, National Association,

and Laneko Engineering Co., Inc.  In light of the nature of the relief requested, the Debtors

submit that no other or further notice is necessary.

        WHEREFORE the Debtors respectfully request that the Court enter an order

(a) granting the relief requested herein and (b) granting the Debtors such other and further relief

as is just.


Dated:     New York, New York
           October 2, 2009

                         SKADDEN, ARPS, SLATE, MEAGHER
                            & FLOM LLP

                        By:  /s/ John Wm. Butler, Jr.
                          John Wm. Butler, Jr.
                          John K. Lyons
                          Ron E. Meisler
                      155 North Wacker Drive
                      Chicago, Illinois 60606

                          - and -

                      By:  /s/ Kayalyn A. Marafioti
                          Kayalyn A. Marafioti
                      Four Times Square
                      New York, New York 10036

                      Attorneys for Delphi Corporation, et al.,
                        Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
      In re                         :    Chapter 11
                                    :
DELPHI CORPORATION, <u>et al.</u>,        :    Case No. 05-44481 (RDD)
                                    :
                  Debtors.          :    (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


ORDER PURSUANT TO FED. R. BANKR. P. 7004(a) AND
9006(b)(1) AND FED. R. CIV. P. 4(m) TO EXTEND DEADLINE TO
SERVE PROCESS FOR AVOIDANCE ACTIONS FILED IN CONNECTION
<u>WITH PRESERVATION OF ESTATE CLAIMS PROCEDURES ORDER</u>

("POSTCONFIRMATION EXTENSION OF AVOIDANCE ACTION SERVICE
DEADLINE ORDER")

           Upon the supplemental motion, dated October 2, 2009 (the "Motion"), of

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and

debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for an

order under Federal Rules of Bankruptcy Procedure 7004(a) and 9006(b)(1) and Federal

Rule of Civil Procedure 4(m) to extend the deadline to serve process for Adversary

Proceedings[1] commenced in connection with the Preservation Of Estate Claims Procedures

Order[2] (Docket No. 9105), which deadline was previously extended to May 31, 2008

pursuant to the Order Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. R.

Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions Filed In

_____

[1]    Capitalized terms used and not defined herein shall have the meanings ascribed to them in the Motion.

[2]    The Adversary Proceedings are listed by adversary proceeding number on <u>Exhibit A</u> attached hereto.

Connection With Preservation Of Estate Claims Procedures Order (Docket No. 13277) (the "First Deadline Extension Order") and further extended to 30 days after substantial consummation of the Confirmed Plan or any modified plan pursuant to the Motion Pursuant to Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed R. Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order (Docket No. 13361) (the "Postconfirmation Extension Motion"); and upon the record of the hearing held on the Motion; and this Court having determined that the relief requested in the Motion as granted herein is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given, and it appearing that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.    The Motion is GRANTED as provided herein.

2.    Paragraph 8 of the Preservation Of Estate Claims Procedures Order, as previously modified by the First Deadline Extension Order and the Postconfirmation Extension Motion, is hereby further modified so that the time under Federal Rule of Civil Procedure 4(m) by which the Debtors must serve a defendant in the Adversary Proceedings with a summons and complaint is further extended until 180 days after substantial consummation of the Modified Plan, without prejudice, however, to the Debtors' right to seek further extensions and without prejudice to the right of each of Laneko Engineering Co., Wachovia Bank, National Association, and Laneko Engineering Co. Inc. to seek a

2

shortening of the deadline.  The Debtors shall serve a copy of this order upon each

defendant in any Adversary Proceeding either when the Debtors serve a summons and

complaint on such defendant or as soon thereafter as practicable.  All other provisions of

the Preservation Of Estate Claims Procedures Order shall remain in effect.

3.      This order shall be deemed entered in each of the Adversary

Proceedings.

4.      The Debtors shall file a copy of this order in each of the Adversary

Proceedings.

5.      This Court shall retain jurisdiction to hear and determine all matters

arising from the implementation of this order.

Dated: New York, New York
       October ___, 2009


_____
     UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT A**

| Adversary Proceeding Number | Adversary Proceeding Number | Adversary Proceeding Number |
|---|---|---|
| 07-02074 | 07-02302 | 07-02592 |
| 07-02076 | 07-02305 | 07-02597 |
| 07-02077 | 07-02309 | 07-02600 |
| 07-02084 | 07-02310 | 07-02602 |
| 07-02090 | 07-02312 | 07-02605 |
| 07-02096 | 07-02313 | 07-02606 |
| 07-02098 | 07-02322 | 07-02607 |
| 07-02124 | 07-02328 | 07-02617 |
| 07-02125 | 07-02333 | 07-02618 |
| 07-02130 | 07-02337 | 07-02619 |
| 07-02131 | 07-02339 | 07-02623 |
| 07-02133 | 07-02344 | 07-02625 |
| 07-02135 | 07-02348 | 07-02633 |
| 07-02138 | 07-02350 | 07-02639 |
| 07-02140 | 07-02351 | 07-02644 |
| 07-02142 | 07-02357 | 07-02649 |
| 07-02147 | 07-02358 | 07-02650 |
| 07-02151 | 07-02372 | 07-02652 |
| 07-02161 | 07-02374 | 07-02654 |
| 07-02177 | 07-02378 | 07-02657 |
| 07-02182 | 07-02414 | 07-02659 |
| 07-02185 | 07-02416 | 07-02661 |
| 07-02186 | 07-02432 | 07-02668 |
| 07-02188 | 07-02433 | 07-02672 |
| 07-02198 | 07-02435 | 07-02679 |
| 07-02201 | 07-02436 | 07-02688 |
| 07-02203 | 07-02442 | 07-02689 |
| 07-02210 | 07-02445 | 07-02690 |
| 07-02211 | 07-02449 | 07-02694 |
| 07-02212 | 07-02457 | 07-02697 |
| 07-02214 | 07-02459 | 07-02702 |
| 07-02217 | 07-02462 | 07-02711 |
| 07-02220 | 07-02466 | 07-02712 |
| 07-02227 | 07-02475 | 07-02714 |
| 07-02234 | 07-02477 | 07-02720 |

1

| Adversary Proceeding Number | Adversary Proceeding Number | Adversary Proceeding Number |
| --- | --- | --- |
| 07-02236 | 07-02479 | 07-02723 |
| 07-02238 | 07-02484 | 07-02730 |
| 07-02242 | 07-02489 | 07-02737 |
| 07-02245 | 07-02500 | 07-02739 |
| 07-02248 | 07-02505 | 07-02742 |
| 07-02250 | 07-02523 | 07-02743 |
| 07-02256 | 07-02525 | 07-02744 |
| 07-02257 | 07-02527 | 07-02745 |
| 07-02258 | 07-02534 | 07-02750 |
| 07-02259 | 07-02539 | 07-02753 |
| 07-02260 | 07-02540 | 07-02756 |
| 07-02262 | 07-02541 | 07-02758 |
| 07-02270 | 07-02543 | 07-02767 |
| 07-02272 | 07-02551 | 07-02768 |
| 07-02274 | 07-02553 | 07-02769 |
| 07-02280 | 07-02554 | 07-02775 |
| 07-02282 | 07-02555 | 07-02783 |
| 07-02284 | 07-02556 | 07-02785 |
| 07-02287 | 07-02562 | 07-02787 |
| 07-02288 | 07-02563 | 07-02789 |
| 07-02291 | 07-02571 | 07-02790 |
| 07-02295 | 07-02572 | 07-02799 |
| 07-02298 | 07-02580 | 07-02800 |
| 07-02301 | 07-02581 | 07-02804 |

# EXHIBIT B

**Preservation of Estate Claims Procedures Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
              In re                       :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :        Case No. 05-44481 (RDD)
                                          :
                       Debtors.           :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


ORDER UNDER 11 U.S.C. §§ 102(1)(A), 105(a), 107, 108(a)(2),
AND 546(a) AND FED. R. BANKR. P. 7004, 9006(c), AND 9018
(i) AUTHORIZING DEBTORS TO ENTER INTO STIPULATIONS
TOLLING STATUTE OF LIMITATIONS WITH RESPECT TO CERTAIN
CLAIMS, (ii) AUTHORIZING PROCEDURES TO IDENTIFY CAUSES OF
ACTION THAT SHOULD BE PRESERVED, AND (iii) ESTABLISHING
PROCEDURES FOR CERTAIN ADVERSARY PROCEEDINGS INCLUDING THOSE
COMMENCED BY DEBTORS UNDER 11 U.S.C. § 541, 544, 545, 547, 548, OR 553

("PRESERVATION OF ESTATE CLAIMS PROCEDURES ORDER")

Upon the motion, dated August 6, 2007 (the "Motion"), of Delphi

Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-

possession in the above-captioned cases (collectively, the "Debtors"), for an order (the

"Order")  under 11 U.S.C. §§ 102(1)(A), 105(a), 107, 108(a)(2), and 546(a) and Federal

Rule of Bankruptcy Procedure 7004, 7016(b), 9006, and 9018 (i) authorizing the Debtors

to enter into stipulations tolling the statute of limitations with respect to certain claims,

(ii) authorizing procedures to identify causes of action that should be preserved, and



(iii) establishing procedures for certain Adversary Proceedings[1] commenced by the

Debtors under 11 U.S.C. § 541, 544, 545, 547, 548, or 553; and upon the record of the

hearing held on the Motion; and this Court having determined that the relief requested in

the Motion is in the best interests of the Debtors, their estates, their creditors, and other

parties-in-interest; and it appearing that proper and adequate notice of the Motion has been

given and that no other or further notice is necessary; and after due deliberation thereon;

and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.      The Motion is GRANTED.

2.      The filing and service procedures set forth under the Bankruptcy

Rules, the Local Rules, and any orders of this Court in these chapter 11 cases are modified

or waived, as the case may be, as provided herein with respect to the Adversary

Proceedings.

3.      Scope Of The Procedures.  The procedures established by this Order

apply to each Adversary Proceeding that the Debtors identify to the Clerk of the Court as

being subject to these procedures.

4.      Approval Of Tolling Agreements.  The Debtors are hereby

authorized to enter into stipulations, substantially in the form attached hereto as Exhibit 1,

tolling the statute of limitations with respect to claims described in the Motion for the

tolling period described in the Motion.  Each Debtor is deemed to have entered into such a

---

[1]    Capitalized terms used and not defined herein shall have the meanings ascribed to them in the Motion.

stipulation with other Debtors and affiliated non-Debtor entities either controlled by the

Debtors or that had actual notice of this Motion.

5.      Procedures To Identify Causes Of Action And Abandonment

Authority.  The procedures set forth in the Motion to identify causes of action that should

be preserved are approved.  The Debtors are authorized, without the need for any further

order or any further notice under Bankruptcy Rule 6007(a), to abandon those causes of

action or categories of causes of action that the Debtors propose in the Motion to abandon.

Subject to the procedures set forth in the Motion, the Debtors are further authorized to

abandon without further notice causes of action falling within the additional categories of

causes of action identified in the Motion and which they determine should not be pursued,

without the need for any further order or any further notice under Bankruptcy Rule 6007(a)

with the exception of the notice and opportunity for a hearing provided in the next

sentence.  The Debtors may abandon such additional causes of action after giving 10 days'

notice thereof to the Statutory Committees; if a Statutory Committee objects within 10

days after service of the notice, the Debtors may bring the matter before this Court for a

ruling on whether the proposed abandonment satisfies section 554(a) of the Bankruptcy

Code.  Notwithstanding any such abandonment, the Debtors fully reserve and preserve all

of their rights under section 502(d) of the Bankruptcy Code.

6.      Scope Of Fraudulent Transfer Review.  For purposes of identifying

and preserving potential fraudulent transfer claims, the Debtors need only review the

following categories of transactions: merger and acquisition deals at or exceeding

$20 million, transfers to Delphi's board of directors or strategy board members other than

for compensation or ordinary-course expense reimbursement (if any), unusual securities transactions (if any), dividend distributions to 5% shareholders, and Delphi's "financially troubled supplier" program.

        7.    <u>Filing Of Complaints Under Seal</u>.  The Clerk of Court is directed to accept for filing, under seal, paper copies of the complaint in each Adversary Proceeding that the Debtors inform the Clerk is subject to these procedures.  The Debtors may also file under seal any amended complaint in the Adversary Proceeding for so long as the Adversary Proceeding remains stayed in accordance with paragraph 9 below.  Absent further order of the Court or termination of the stay in accordance with paragraph 9 below, the case docket for any such Adversary Proceeding shall not disclose the identity of any defendant in the Adversary Proceeding and shall not disclose the complaint or any amended complaint in the Adversary Proceeding.  The Debtors shall coordinate with the Clerk of Court to accomplish an efficient and cost-effective filing of the complaints and amended complaints contemplated by this order.  The Debtors shall submit to the Clerk, under seal, appropriate electronic media containing PDF copies of the complaints and amended complaints.  This order shall not preclude the Debtors, in their sole discretion, from making a copy of a complaint or amended complaint available to parties; <u>provided</u> that the Debtors maintain an internal record that they, and not the Clerk, made the complaint or amended complaint available.  The Debtors and GM shall have leave to file, under seal, a stipulation acceptable to the Statutory Committees that contains tolling provisions, consistent with this order, and other agreements of the parties with respect to the sealed complaint involving GM, which stipulation shall be deemed "so ordered" and

shall be sealed in accordance with the terms of this order.  The complaint and any amended complaint filed in an Adversary Proceeding shall remain under seal until the stay terminates in accordance with paragraph 9 below.

8.      Extension of the Time for Service Under Federal Rule of Civil Procedure 4(m).  The Debtors shall have until March 31, 2008 to serve each defendant in the Adversary Proceedings with summons and complaint, without prejudice to seek further extensions.

9.      Stay Of Adversary Proceedings.  All activity in the Adversary Proceedings denominated by the Debtors as subject to these procedures shall be stayed until the earlier of (i) the Debtors' service of a summons and complaint on the defendant in any Adversary Proceeding and (ii) further order of this Court after application therefor. Notwithstanding the stay, the Debtors may amend their complaint during the stay.  Also, during the stay, the Debtors may dismiss any Adversary Proceeding after 10 days' notice to counsel to the Statutory Committees.  If a Statutory Committee objects within 10 days after service of the notice of dismissal, the Debtors may bring the matter before this Court for a ruling on whether the proposed dismissal satisfies section 554(a) of the Bankruptcy Code.

10.     Deferral Of Issuance Of Summons.  The Clerk of Court is directed not to issue summons in any Adversary Proceeding denominated by the Debtors as subject to these procedures until either the stay is lifted with respect to such Adversary Proceeding or the Debtors request the Clerk of Court to issue a summons.

11.     <u>Service Of Order With Summons And Complaint</u>.  The Debtors must serve a copy of this order upon each defendant in any Adversary Proceeding either when the Debtors serve a summons and complaint on the defendant or as soon thereafter as practicable.

12.     <u>Additional Procedures</u>.  This Order is without prejudice to the Debtors' seeking additional procedures to govern the Adversary Proceedings.

13.     This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

14.     The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated: August 16, 2007
        New York, New York


_____/s/ Robert D. Drain_____
    UNITED STATES BANKRUPTCY JUDGE

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
George N. Panagakis (GP 0770)
Ron E. Meisler (RM 3026)

       - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
        In re                             :      Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :      Case No. 05-44481 (RDD)
                                          :
                                          :      (Jointly Administered)
                        Debtors.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### STIPULATION TOLLING APPLICABLE STATUTES OF LIMITATIONS WITH RESPECT TO CLAIMS AGAINST [DEFENDANT]

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and

[Defendant], and its affiliates and subsidiaries, hereby agree and state as follows:

WHEREAS on October 8, 2007 and October 14, 2007 (together, the "Filing Date"), the

1

Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

WHEREAS in the course of the Debtors' bankruptcy cases, claims and causes of action under or through various provisions of the Bankruptcy Code, including, without limitation, sections 502, 541, 544, 545, 547, 548, 550, and 553 of the Bankruptcy Code, might be asserted by one or more of the Debtors or asserted on behalf of the Debtors' estates against [Defendant].

WHEREAS [Defendant] might wish to assert defenses, setoffs, and counterclaims to such claims or causes of action by the Debtors.

WHEREAS the Debtors and [Defendant] seek to avoid the cost and expense of unnecessary motion practice and litigation and seek to preserve all of their respective legal rights without allowing any applicable statute of limitations to expire and without acknowledging in any way that valid claims, causes of action, or defenses thereto exist or do not exist.

THEREFORE, the Debtors and [Defendant] stipulate and agree as follows:

1.      The running of any applicable statute of limitations under sections 108 and 546(a) of the Bankruptcy Code, and all other time limitations or time-based defenses concerning any claim or cause of action against [Defendant] which might be asserted by one or more of the Debtors or asserted on behalf of the Debtors' estates under or through various provisions of the Bankruptcy Code, including, without limitation, any of sections 502, 541, 544, 545, 547, 548, and 553 of the Bankruptcy Code (the "Claims"), is hereby tolled.

2.      The time elapsed during the Tolled Period (defined below) with respect to the Claims is excluded from any computation of time for purposes of any argument or defense based on statutes of limitations, laches, estoppel, waiver, and any other time-based defense or

2

right.  As of the termination of this stipulation, the rights of each of the undersigned parties and their successors, assigns, and legal representatives with respect to the Claims will be as they were immediately before the execution of this stipulation with respect to the interposition of any argument or defense based on statutes of limitations, laches, estoppel, waiver, and any other time-based defense or right.  This stipulation does not revive any Claim which was barred by the statute of limitations or any other time-based defense before the date this stipulation was executed.

3.    The provisions of this stipulation extend up to and include the first business day nine months following entry of an order confirming the Plan, as the same may have been amended or modified before its entry (the "Tolled Period").

4.    Notwithstanding the provisions contained herein, in the sole and absolute discretion of the Debtors, or their respective successors and assigns, the Debtors or such successors and assigns are permitted to commence any litigation against [Defendant] during the Tolled Period.

5.    Each of the parties acknowledges that it has read all of the terms of this stipulation and enters into those terms voluntarily and without duress.

6.    This stipulation contains the entire agreement between the parties regarding the provisions set forth above and may be modified only in a writing signed by the parties or their duly appointed agents, upon notice to counsel for the official committee of unsecured creditors.

7.    This stipulation is not to be construed, and is not intended, as an admission or suggestion that any valid claim or cause of action exists against [Defendant] or that any valid defense to any such claim or cause of action exists.

3

8.        Except as expressly set forth in this stipulation, each of the parties hereto reserves all rights and remedies that it may have against the other.

9.        The parties intend that this stipulation and Order and the tolling contemplated hereby shall not impair, diminish, or eliminate any jurisdiction of the Bankruptcy Court, to the extent that it has jurisdiction as of the date of execution of this stipulation, to adjudicate any claim, action, or proceeding relating to or arising out of any matter referred to above.  In particular, the parties understand, and the Bankruptcy Court by approving this stipulation or form of stipulation finds and determines, that section 546(a) of the Bankruptcy Code constitutes a true statute of limitations which may be tolled by the parties' agreement.  The parties nevertheless recognize that there exist dicta in certain reported cases indicating that some courts (which have considered section 546(a) of the Bankruptcy Code to impose a temporal limit on the jurisdiction of the Bankruptcy Court) might hold that section 546(a) could not be tolled by agreement.  If a final and non-appealable order of a court of competent jurisdiction determines that (i) the time limitations described in section 546(a) cannot be effectively tolled by agreement and (ii) the Bankruptcy Court therefore cannot adjudicate any such claim, action, or proceeding, then the non-Debtor party to each stipulation (as a new and separate obligation and in consideration of the forbearance provided for hereby) must pay to each Debtor that amount, if any, which the Bankruptcy Court by final order determines would have been the ultimate net liability of the non-Debtor party to such Debtor on any such claim, action, or proceeding if an adversary proceeding on such claim, action, or proceeding had been commenced in Bankruptcy Court on the date this stipulation was executed, but giving full effect to any and all other defenses or counterclaims of any kind or nature that the non-Debtor party could assert in such an adversary proceeding.  If the Bankruptcy Court is not competent to make such a determination,

4

the determination will be made by final and binding arbitration in New York City, New York, and the Debtors and the non-Debtor party hereby irrevocably submit to such binding arbitration before a single arbitrator administered by the American Arbitration Association in accordance with its Commercial Arbitration Rules and, in all disputes regardless of dollar amount at issue, its Procedures For Large, Complex Commercial Disputes (the "AAA Rules") (but only in the event that the Bankruptcy Court is not competent to make the determination as described above) and to entry of judgment upon the arbitration award in the Bankruptcy Court or any court of competent jurisdiction.  In addition to the qualifications required by the AAA Rules, the arbitrator must be a lawyer who has practiced bankruptcy law for at least five years, a lawyer on the Register of Mediators maintained by the Clerk of the United States Bankruptcy Court for the Southern District of New York, or a former bankruptcy judge.

          10.     This stipulation is deemed to have been jointly drafted by the parties hereto, and, in constructing and interpreting this stipulation, no provision may be construed and interpreted for or against any of the parties because such provision or any other provision of this stipulation, or this stipulation as a whole, was purportedly prepared or requested by that party.

          11.     This stipulation and the rights and obligations of the parties hereunder are governed by, and construed and interpreted in accordance with, the laws of the State of New York and, to the extent applicable, federal bankruptcy law, and any action or proceeding to enforce the rights and obligations of the parties hereunder must originally and exclusively be brought in the Bankruptcy Court.

          12.     This stipulation is effective as of the date it is fully executed and is binding upon, and inures to the benefit of, the successors, representatives, assigns, and heirs of the parties hereto.

13.     Pursuant to the Order of the Bankruptcy Court in these cases, dated August 16, 2007 [Docket # _____], this stipulation is deemed "So Ordered" upon its execution by the parties.

14.     This stipulation may be executed in counterparts and by facsimile signature, and all executed counterparts and facsimile signatures taken together constitute one document.

15.     Except as otherwise expressly provided herein, the use of the singular of any word includes the plural and the use of the plural includes the singular.

DATED: New York, New York
_____, 2007


[Debtor-in-Possession]                          [Defendant]

By: _____            By: _____


[Attorneys for Debtor-in-Possession]            [Attorneys for Defendant]

By: _____            By: _____

# EXHIBIT C

**Preservation of Estate Claims Procedures Motion**

**Hearing Date And Time: August 16, 2007, At 10:00 A.M.**
**Objection Deadline: August 13, 2007, At 4:00 P.M.**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
George N. Panagakis (GP 0770)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:  http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
        In re                           :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05-44481 (RDD)
                                        :
                                        :    (Jointly Administered)
                Debtors.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXPEDITED MOTION FOR ORDER UNDER 11 U.S.C. §§ 102(1)(A), 105(a), 107, 108(a)(2),
AND 546(a) AND FED. R. BANKR. P. 7004, 9006(c), AND 9018 (i) AUTHORIZING
DEBTORS TO ENTER INTO STIPULATIONS TOLLING STATUTE OF LIMITATIONS
WITH RESPECT TO CERTAIN CLAIMS, (ii) AUTHORIZING PROCEDURES TO IDENTIFY
CAUSES OF ACTION THAT SHOULD BE PRESERVED, AND (iii) ESTABLISHING
PROCEDURES FOR CERTAIN ADVERSARY PROCEEDINGS INCLUDING
THOSE COMMENCED BY DEBTORS UNDER 11 U.S.C. § 541, 544, 545, 547, 548, OR 553

("PRESERVATION OF ESTATE CLAIMS PROCEDURES MOTION")



Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), submit this expedited motion (the "Motion") for an order (the "Order") under 11 U.S.C. §§ 102(1)(A), 105(a), 107, 108(a)(2), and 546(a) and Federal Rules of Bankruptcy Procedure 7004, 9006(c), and 9018 (i) authorizing the Debtors to enter into stipulations tolling the statute of limitations with respect to certain claims, (ii) authorizing procedures for the Debtors to identify causes of action that should be preserved and granting authority to abandon certain causes of action, and (iii) establishing procedures for certain adversary proceedings, including those commenced by the Debtors under 11 U.S.C. § 541, 544, 545, 547, 548, or 553, and respectfully represent as follows:

<u>Background</u>

A.    <u>The Chapter 11 Filings</u>

1.    On October 8 and 14, 2005, the Debtors filed voluntary petitions in this Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code").  The Debtors continue to operate their businesses and manage their properties as debtors-in-possession under Bankruptcy Code sections 1107(a) and 1108.  The Court has ordered joint administration of these cases.

2.    No trustee or examiner has been appointed in these cases.  On October 17, 2005, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors.  On April 28, 2006, the U.S. Trustee appointed an official committee of equity holders (together with the official committee of unsecured creditors, the "Statutory Committees").

2

3.        This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

4.        The statutory predicates for the relief requested herein are sections 102(1)(a), 105(a), 107, 108(a)(2), 502(d), 541, 544, 545, 546(a), 547, 548, and 553 of the Bankruptcy Code and Rules 7004, 9006(c), and 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

B.        Current Business Operations Of The Debtors

5.        Delphi and its subsidiaries and affiliates (collectively, the "Company") as of December 31, 2006 had global net sales of $26.4 billion and global assets of approximately $15.4 billion.[1]  At the time of its chapter 11 filing, Delphi ranked as the fifth largest public company business reorganization in terms of revenues and the thirteenth largest public company business reorganization in terms of assets.  Delphi's non-U.S. subsidiaries are not chapter 11 debtors and continue their business operations without supervision from the Bankruptcy Court.[2]

6.        The Company is a leading global technology innovator with significant engineering resources and technical competencies in a variety of disciplines,

---

[1]    The aggregated financial data used in this Motion generally consists of consolidated information from Delphi and its worldwide subsidiaries and affiliates as disclosed in the Company's Form 10-K filed on February 27, 2007.

[2]    On March 20 2007, Delphi Automotive Systems Espana S.L. ("DASE"), whose sole operation is a non-core automotive component plant in Cadiz, Spain, filed a "Concurso" application for a Spanish insolvency proceeding.  The application was approved by the Spanish court on April 13, 2007.  On July 4, 2007, DASE, its Concurso receivers, and the Cadiz workers councils and unions reached a settlement on a social plan, the funding of which was approved by this Court on July 19, 2007.  The Spanish court approved the social plan on July 31, 2007.  The Concurso proceeding is consistent with Delphi's transformation plan to optimize its manufacturing footprint and to lower its overall cost structure.

3

and is one of the largest global suppliers of vehicle electronics, transportation components, integrated systems and modules, and other electronic technology.  The Company supplies products to nearly every major global automotive original equipment manufacturer ("OEM").

7.    Delphi was incorporated in Delaware in 1998 as a wholly-owned subsidiary of General Motors Corporation ("GM").  Prior to January 1, 1999, GM conducted the Company's business through various divisions and subsidiaries.  Effective January 1, 1999, the assets and liabilities of these divisions and subsidiaries were transferred to the Company in accordance with the terms of a Master Separation Agreement between Delphi and GM.  In connection with these transactions, Delphi accelerated its evolution from a North American-based, captive automotive supplier to a global supplier of components, integrated systems, and modules for a wide range of customers and applications.  Although GM is still the Company's single largest customer, today more than half of Delphi's revenue is generated from non-GM sources.

C.    Events Leading To The Chapter 11 Filing

8.    In the first two years following Delphi's separation from GM, the Company generated approximately $2 billion in net income.  Every year thereafter, however, with the exception of 2002, the Company has suffered losses.  In calendar year 2004, the Company reported a net loss of approximately $4.8 billion on $28.6 billion in net sales.[3]  Reflective of a continued downturn in the marketplace, in 2005 Delphi incurred net

---

[3]    Reported net losses in calendar year 2004 reflect a $4.1 billion tax charge, primarily related to the recording of a valuation allowance on the U.S. deferred tax assets as of December 31, 2004.  The Company's net operating loss in calendar year 2004 was $482 million.

losses of approximately $2.4 billion on net sales of $26.9 billion. Moreover, in 2006, the

Debtors incurred a net loss of $5.5 billion, $3.0 billion of which comprised charges related

to the U.S. employee special attrition programs.

9.      The Debtors believe that the Company's financial performance has

deteriorated because of (i) increasingly unsustainable U.S. legacy liabilities and operational

restrictions preventing the Debtors from exiting non-profitable, non-core operations, all of

which have the effect of creating largely fixed labor costs, (ii) a competitive U.S. vehicle

production environment for domestic OEMs resulting in the reduced number of motor

vehicles that GM produces annually in the United States and related pricing pressures, and

(iii) increasing commodity prices.

10.      In light of these factors, the Company determined that it would be

imprudent and irresponsible to defer addressing and resolving its U.S. legacy liabilities,

product portfolio, operational issues, and forward-looking revenue requirements. Because

discussions with its major stakeholders had not progressed sufficiently by the end of the

third quarter of 2005, the Company commenced these chapter 11 cases for its U.S.

businesses to complete its transformation plan and preserve value for its stakeholders.

D.      The Debtors' Transformation Plan

11.      On March 31, 2006, the Company outlined the key tenets of a

transformation plan that it believed would enable it to return to stable, profitable business

operations. The Debtors stated that they needed to focus on five key areas:[4] first,

---

[4]    In furtherance of the Debtors' transformation plan, on December 18, 2006, the Debtors announced their
execution of an equity purchase and commitment agreement with certain investors, and a plan
framework support agreement with those investors and GM. On July 9, 2007, Delphi confirmed that it
had formally terminated the equity purchase and commitment agreement and related plan framework

modifying the Company's labor agreements to create a competitive arena in which to

conduct business;[5] second, concluding their negotiations with GM to finalize GM's

financial support for the Debtors' legacy and labor costs and to ascertain GM's business

commitment to the Company;[6] third, streamlining their product portfolio to capitalize on

their world-class technology and market strengths and make the necessary manufacturing

alignment with their new focus;[7] fourth, transforming their salaried workforce to ensure

---

support agreement but that it expected to enter into new framework agreements with plan investors presently. Subsequently, on July 18, 2007, Delphi announced that it had accepted a new proposal for an equity purchase and commitment agreement (the "Delphi-Appaloosa EPCA") submitted by a group comprising a number of the original plan investors (affiliates of Appaloosa Management L.P., Harbinger Capital Partners Master Fund I, Ltd., Merrill Lynch, Pierce, Fenner & Smith Inc., and UBS Securities LLC) as well as, Goldman Sachs & Co. and an affiliate of Pardus Capital Management, L.P. (collectively, the "New Plan Investors"). Under the Delphi-Appaloosa EPCA, the New Plan Investors would invest up to $2.55 billion in preferred and common equity in the reorganized Delphi to support the Company's transformation plan and plan of reorganization. This Court approved the Delphi-Appaloosa EPCA on August 2, 2007.

[5]   Among the progress made to date, on June 22, 2007, Delphi reached an agreement with the International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America (the "UAW") and GM that (a) modifies, extends, or terminates provisions of the existing collective bargaining agreements among Delphi, the UAW, and its various locals, (b) provides that Delphi and GM will undertake certain financial obligations to Delphi's UAW-represented employees and retirees to facilitate these modifications, and (c) modifies retiree welfare benefits for certain UAW-represented retirees of the Debtors. This agreement, which was approved by this Court on July 19, 2007, should facilitate the Debtors' reaching consensual resolutions of their labor issues with the remaining unions and GM and permit the Debtors to continue to implement their transformation plan and to develop, prosecute, confirm, and consummate a plan of reorganization. As of August 6, 2007, similar agreements have been reached with the International Association of Machinists and Aerospace Workers and its District 10 and Tool and Die Makers Lodge 78, the International Brotherhood of Electrical Workers and its Local 663, International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers-Communication Workers of America and its local unions, and Locals 832S, 18S, and 101S of the International Union of Operating Engineers. Delphi is currently engaged in settlement discussions with its remaining U.S. labor union and is working to conclude discussions with that union as soon as practicable.

[6]   On July 9, 2007, Delphi confirmed that its discussions with GM on a comprehensive settlement agreement had entered the documentation phase and that it expected that a settlement with GM would be incorporated into the Debtors' plan of reorganization rather than filed with this Court for separate approval.

[7]   In connection with their March 31, 2006 announced transformation plan, the Debtors classified "core" and "non-core" product lines and plants. The Debtors have been working to divest non-core assets so as to maximize the value of the estate for stakeholders. During the 2006 and 2007 calendar years, for example, the Debtors sold substantially all of the assets related to MobileAria, Inc., its chapter 11 affiliate, obtained court approval for the sale of substantially all of the assets of their brake hose and

that the Company's organizational and cost structure is competitive and aligned with its

product portfolio and manufacturing footprint[8] and devising a workable solution to their

current pension situation.[9]

12.     Upon the conclusion of the reorganization process, the Debtors

expect to emerge as a stronger, more financially sound business with viable U.S.

operations that are well-positioned to advance global enterprise objectives.  In the

meantime, Delphi will marshal all of its resources to continue to deliver high-quality

products to its customers globally.  Additionally, the Company will preserve and continue

the strategic growth of its non-U.S. operations and maintain its prominence as the world's

premier auto supplier.

---

Saltillo, Mexico brake plant businesses, and obtained court approval of bid procedures related to the upcoming sale of substantially all assets used in their catalyst business.  In addition, as announced publicly, the Debtors anticipate selling additional non-core assets, including, without limitation, their steering, interior, and closures businesses.

[8]     As part of this effort, effective July 1, 2006, the Company realigned its business operations to focus its product portfolio on core technologies for which the Company believes it has significant competitive and technological advantages.  The Company's revised operating structure consists of its four core business segments:  Electronics and Safety, Thermal Systems, Powertrain Systems, and Electrical/Electronic Architecture.  The Company also has two additional segments, Steering and Automotive Holdings Group, which will be transitioned as part of the Company's transformation plan.  The Debtors also made significant progress in ensuring that their organizational and cost structure is competitive in obtaining the entry of this Court's Order Under 11 U.S.C. § 363(b) And Fed. R. Bankr. P. 6004 Authorizing Debtors To Enter Into Finance Outsourcing Agreement on April 23, 2007 (Docket No. 7773) (the "Finance Outsourcing Order").  The Finance Outsourcing Order authorized the Debtors to outsource certain of the Debtors' accounts receivable, accounts payable, fixed assets, travel and expense reporting, general ledger, and contract administration processes and significantly reduce SG&A expenses as part of their transformation plan.

[9]     To that end, on May 31, 2007, the Bankruptcy Court granted the Debtors' motion for authority to perform under the terms of those certain September 30, 2006 plan year funding waivers, which were approved by the IRS, for both the Delphi Hourly-Rate Employees Plan and the Delphi Retirement Program for Salaried Employees (collectively, the "Plans").  On July 13, 2007, the IRS modified the conditional funding waivers granted to Delphi related to the Plans, extending the dates by which Delphi is required to file a plan of reorganization and emerge from chapter 11 to December 31, 2007 and February 28, 2008, respectively.

E.    Revised Plan Framework Agreements And Preserving Estate Causes Of Action

13.    The Debtors have made significant progress toward confirming a plan of reorganization:  they have obtained the support of their Statutory Committees for and Court approval of the Delphi-Appaloosa EPCA, they have negotiated agreements with five of their six U.S. labor unions, they are engaged in the documentation phase for a comprehensive settlement agreement with GM, and they have scheduled a hearing in October 2007 to seek approval of their proposed disclosure statement and of solicitation procedures for a reorganization plan.  The Delphi-Appaloosa EPCA approved by this Court on August 2, 2007 details the New Plan Investors' commitment to invest in the reorganized Delphi and attaches a proposed framework for a reorganization plan pursuant to which the Debtors expect to emerge from chapter 11 by the end of the year.  The proposed treatment of claims under this reorganization plan would generally provide that all claims be paid or satisfied in full through distributions of cash, common stock, or both.  Accordingly, avoiding preferential transfers would provide no benefit to the Debtors' estates because any party returning such a transfer would be entitled to a claim for the same amount, to be paid in full under such a plan.  For the same reasons, avoiding statutory liens or prepetition setoffs would provide little to no benefit to the estates.  As a result, the Debtors contemplate that their reorganization plan will waive or release most if not all avoidance causes of action.

14.    At present, the Debtors estimate that they may have more than 11,000 potential preference claims arising from transfers totaling approximately $5.8 billion (before taking into account potential defenses such as transfers made in the ordinary course of business).  The constructively fraudulent transfer reach-back period, made

8

applicable by Bankruptcy Code section 544(b) and state law, is generally six years under the law of Michigan and New York.[10] Thus, with a company of Delphi's size, there are literally hundreds of thousands of transactions that occurred during these constructively fraudulent transfer reach-back periods. Under the Bankruptcy Code, each Debtor has until two years after the entry of the order for relief to commence adversary proceedings asserting avoidance causes of action, as well as certain causes of action where the applicable statute of limitations has been tolled by the Bankruptcy Code during the initial two years of these chapter 11 cases.

15. Although the Debtors do not intend to pursue avoidance actions in light of their anticipated reorganization, as a precautionary measure they must preserve these actions in some manner. The Debtors have explored various alternatives to filing avoidance actions before the two-year deadline, such as executing tolling agreements with potential defendants. The logistical challenges of circulating and executing agreements with such a large number of potential defendants, however, make that solution impractical. The Debtors, therefore, must timely commence these actions or take other action in the coming months or risk losing forever potential causes of action that should be preserved.[11]

---

[10]    By examining transactions during this reach-back period to identify potential fraudulent transfer claims that should be preserved, the Debtors do not concede that they were insolvent, undercapitalized, or unable to pay their debts as they became due at any time during the reach-back period.

[11]    As noted above, Delphi has been in discussions with GM on a comprehensive settlement agreement that they anticipate incorporating into the Debtors' reorganization plan. Because of GM's unique role in these cases, in addition to filing a sealed complaint governed by the procedures sought in this Motion, the Debtors request leave for the Debtors and GM to file, under seal, a stipulation that contains tolling provisions, consistent with this Motion, and other agreements of the parties with respect to the sealed complaint involving GM, which stipulation shall be deemed "so ordered" and shall be sealed in accordance with the terms of the order sought herein.

16.     Once these actions have been commenced, the Debtors will proceed no further and will not use them for any purpose while they focus on confirming a reorganization plan.  The procedures proposed in this Motion are designed to permit the Debtors to preserve these claims while otherwise maintaining the status quo among all parties in interest.  The causes of action would remain dormant and become relevant again only in the unlikely event that the Debtors do not timely emerge from chapter 11.

<div align="center">Relief Requested</div>

17.     As set forth in the proposed order attached hereto as <u>Exhibit A</u>, the Debtors seek to implement procedures applicable to Adversary Proceedings that will permit all parties to preserve the status quo as the Debtors are finalizing preparations for confirming a reorganization plan by year's end.  By this Motion, the Debtors seek the following relief:

Tolling Agreement

- *Approval Of Form.*  The Debtors seek court approval of a form of stipulation (attached as <u>Exhibit B</u>) which would, without further order of this Court, toll the applicable statute of limitations on claims against parties with whom the Debtors seek to enter into such stipulations.

- *Intercompany Tolling.*  The Debtors also seek to have this Court "deem" all Debtors to have entered into a stipulation with each of the other Debtors and affiliated non-Debtor entities.

Approval Of Avoidance Evaluation Procedures And Authority To Abandon Claims

- *Preference Claims Below $250,000 In Value.*  The Debtors request authority to abandon these preference actions.  To the extent that these actions are against insiders or involve persons or transactions associated with the SEC investigation of the Debtors, the Debtors also will be authorized to abandon those actions after notice to the Statutory Committees.  If a Statutory Committee objects within 10 days after service of the notice, the Debtors may bring the matter before this Court for a ruling on whether the proposed abandonment satisfies section 554(a) of the Bankruptcy Code.

<div align="center">10</div>

- *Select Categories Of Preference Claims.* The Debtors seek authority to abandon the following categories of preference actions: (i) payments to parties with a secured or priority interest in such payment, (ii) union dues, (iii) pension plan contributions, (iv) payments required under the terms of collective bargaining agreements, (v) payments to reimburse employee business expenses, (vi) ordinary course wages, salaries, and benefits to employees, (vii) payments required by a garnishment to satisfy third-party judgments and obligations, (viii) contributions to charitable organizations, (ix) payments to foreign suppliers, (x) payments to the Debtors' shippers, (xi) payments to the Debtors' insurance providers, and (xii) payments to the Debtors' utilities.

- *Scope Of Fraudulent Transfer Review.* The Debtors seek entry of an order directing that, for purposes of identifying and preserving potential fraudulent transfer claims, the Debtors need only review the following categories of transactions: merger and acquisition deals at or exceeding $20 million, transfers to Delphi's board of directors or strategy board members other than for compensation or ordinary-course expense reimbursement (if any), unusual securities transactions, dividend distributions to 5% shareholders, and Delphi's financially troubled supplier program.

- *Additional Authority For Abandonment After Notice To Statutory Committees.* The Debtors seek authority to abandon, after notice to the Statutory Committees, and without further order of this Court or further notice under Bankruptcy Rule 6007, claims (i) with insignificant value, (ii) where litigation costs would likely exceed expected recovery, (ii) where the potential harm to businesses outweighs expected recovery, or (iv) where valid defenses exist. If a Statutory Committee objects within 10 days after service of the notice, the Debtors may bring the matter before this Court for a ruling on whether the proposed abandonment satisfies section 554(a) of the Bankruptcy Code.

Commencement Of The Adversary Proceedings And Service Of Process

- *Deferral Of Issuance Of Summons.* The Clerk of Court would be directed by this Court to defer issuing a summons after the filing of a complaint, unless and until the Debtors intend to pursue the claims in the complaint.

- *Extension Of Fed. R. Civ. P. 4(m) Time Period.* The Debtors would have until March 31, 2008 to serve each defendant with a summons and a copy of the complaint, without prejudice to the Debtors' right to seek further extensions of the deadline.

11

- *Service Of Order With Summons And Complaint*.  The Debtors would be required to serve a copy of any order approving this Motion upon each defendant in any adversary proceeding either if and when the Debtors serve process on the defendant or as soon thereafter as practicable.

Stay Of Adversary Proceedings Until Service Of Process And Interim Sealing

- *Activity During The Stay*. During the stay, the Debtors may (i) amend their complaint, and (ii) after notice to the Statutory Committees, dismiss it.

- *Expiration Of The Stay*. The stay would continue until the earlier of (i) service of process and (ii) further order of this Court.

- *Filing Of The Complaints Under Interim Seal*.  The Debtors seek authority to file under seal paper copies (with PDF copies on appropriate electronic media) of the complaints in the adversary proceedings and to have the docket for such proceedings likewise sealed.

Basis For Relief

18.     The Debtors believe that implementing the proposed procedures would help enable the Debtors fulfill their fiduciary responsibility to preserve valuable estate assets in a manner that would not unnecessarily disrupt the plan process or the Debtors' existing business relationships with potential defendants that are necessary to the Debtors' ongoing operations.  These procedures would also reduce the administrative and economic burdens of the Adversary Proceedings on the Debtors, this Court, and potential defendants.  Most if not all of the avoidance actions will likely remain unnecessary in light of the terms of the Debtors' prospective reorganization plan.

F.     Approval Of Form Of Tolling Agreements

19.     The Debtors desire to preserve their respective rights and to continue negotiation and settlement discussions with certain parties without incurring the expense of filing complaints before the expiration of the applicable statute of limitations

period. The Debtors anticipate entering into stipulations with, among others, (i) GM, (ii) professional firms retained by the Debtors, and (iii) insiders who received transfers from the Debtors.

20.     Assuming that a potential defendant is willing to enter into a stipulation extending the statute of limitations, the Debtors request authorization to enter into such a stipulation, substantially in the form attached as <u>Exhibit B</u>. The principal terms of the stipulation would be as follows:

- *Statute Of Limitations*: Execution of the stipulation would toll the statute of limitations provided for under sections 108 and 546(a) of the Bankruptcy Code and other applicable law.

- *Term*: The applicable statute of limitations would be extended up to and including the first business day that is nine months following the entry of an order confirming a plan, as the same may have been amended or modified before its entry (the "Tolling Period").

- *Binding Effect*: The stipulation would bind and inure to the benefit of the successors, representatives, assigns, and heirs of the parties.

- *Termination*: The Debtors or their respective successors and assigns would be permitted during the Tolling Period to commence litigation against (a) other Debtors, (b) affiliated non-Debtor entities, and (c) third parties.

- *Effective Date*: The stipulation would become effective immediately upon execution thereof.

- *Prior Court Approval*: The stipulation would be deemed "so ordered" upon execution.

21.     Allowing the Debtors to enter into the stipulations tolling the applicable statute of limitations with respect to the claims would be the most efficient and cost-effective means of preventing unnecessary motion practice and litigation and preserving the Debtors' and potential defendants' respective legal rights without allowing

13

the applicable statute of limitations period to expire and without acknowledging in any

way that valid claims, causes of action, or defenses thereto do or do not exist.

22.    In view of the number of potential claims and causes of action that

the Debtors must preserve, obtaining Court approval for each tolling stipulation would

result in burdensome administrative expenses such as the time and cost of drafting,

serving, and filing separate approval pleadings and the time incurred by attorneys in

preparing for, and appearing at, related hearings before this Court.  Accordingly, the

Debtors request authority to enter into stipulations tolling the statute of limitations with

respect to the claims without seeking further Court approval.

23.    Likewise, requiring each of the 42 Debtors in these chapter 11 cases

to enter into individual stipulations with each of the other Debtors would require the

Debtors to execute more than 1,500 stipulations.  Execution of stipulations between the

Debtors and affiliated non-Debtor entities would add hundreds more.  Obviously, such

actions and the costs and expenses associated therewith are unnecessarily burdensome and

time-consuming in light of the related nature of the claims.  Accordingly, the Debtors also

seek an order that "deems" them to have entered into a stipulation with each of the other

Debtors and affiliated non-Debtor entities.

G.    Approval Of Avoidance Evaluation Procedures And Authority To Abandon Certain
Causes Of Action

24.    The Debtors request approval of their proposed criteria for

reviewing, evaluating, and selecting those potential causes of action that should be

preserved in accordance with the procedures discussed herein.  These criteria strike a

sensible balance between the Debtors' duty to preserve valuable estate assets and the

extraordinary costs to preserve then when, as here, there is little chance that the Debtors will prosecute any of the thousands of actions it will be commencing.

### Preference Claims Below $250,000 In Value

25.    In particular, the Debtors seek authority not to pursue any preference action against an entity if the aggregate value of transfers to or for the benefit of that entity is less than $250,000 in value.  Although this threshold would eliminate 9,894 of 11,544 potential preference recoveries, the aggregate amount eliminated would be merely 4.5% of the billions in total potential preferential transfers (before taking into account potential preference defenses).   By focusing on the 1,650 entities which benefited from transfers of $250,000 or more, the Debtors would preserve billions in potential claims (before defenses are considered) while saving the estates from incurring significant legal and other costs and avoiding any disruption to commercial relationships and the Debtors' efforts to emerge from chapter 11.  If the preference action is against an insider or involves a person or transaction associated with the SEC investigation of the Debtors, then the Debtors would be authorized to abandon such actions after notice to the Statutory Committees.  If a Statutory Committee objects within 10 days after service of the notice, the Debtors propose that they would bring the matter before this Court for a ruling on whether the proposed abandonment satisfies section 554(a) of the Bankruptcy Code.

### Select Categories Of Preference Claims

26.    In addition, the Debtors seek authority to abandon the following categories of potential preference actions which the Debtors, in their business judgment, have decided should not be pursued:  (i) payments to parties with a secured or priority

interest in such payment, (ii) union dues, (iii) pension plan contributions, (iv) payments required under the terms of collective bargaining agreements, (v) payments to reimburse employee business expenses, (vi) ordinary course wages, salaries, and benefits to employees, (vii) payments required by a garnishment to satisfy third-party judgments and obligations, (viii) contributions to charitable organizations, (ix) payments to foreign suppliers, (x) payments to the Debtors' shippers, (xi) payments to the Debtors' insurance providers, and (xii) payments to the Debtors' utilities.

<u>Scope Of Fraudulent Transfer Review</u>

27.    As noted above, potential fraudulent transfer claims are likely subject to a six-year reach-back period during which the Debtors engaged in hundreds of thousands of transactions, the vast majority of which indisputably involved the Debtors' receipt of reasonably equivalent value or involved amounts that do not warrant the mammoth undertaking of examining each and every transaction.  To balance the need for a review of transactions effected during the reach-back period and avoiding unnecessary costs, the Debtors propose to identify and review all business or asset acquisition or divestiture transactions that equal or exceed $20 million in value.  This would include a review of whether the Debtors followed their own internal procedures for the transaction and, as necessary, interviews with managers to follow up on any issues identified during the review process.

28.    The Debtors also would review (i) certain transfers to insiders, including payments or indemnifications to current and former members of the Delphi Board of Directors and of the Delphi Strategy Board other than for compensation or

ordinary-course expense reimbursement (if any), (ii) large or unusual securities transactions (if any) such as large capitalizations or recapitalizations, derivatives, foreign currency, hedging transactions, or commercial paper transactions, (iii) all dividend distributions to 5% shareholders, and (iv) the financially troubled supplier program.  As discussed below, the Debtors would enter into tolling agreements for all intercompany transactions that involve a Debtor or insiders of a Debtor.

29.    The Debtors request authority to abandon the causes of action described above in accordance with the proposed procedures, without the need for any further order or any further notice under Bankruptcy Rule 6007(a).

Additional Authority To Abandon

30.    With respect to other categories of causes of action, the Debtors anticipate that during their review they may identify additional causes of action which, in the exercise of their reasonable business judgment, should not be pursued.  The Debtors seek approval for the abandonment of those causes of action which the Debtors determine, upon completion of their review and after notice to counsel to the Statutory Committees, (i) are of insignificant value to the estates, (ii) would impose costs in excess of the value of any reasonably expected recovery, (iii) could pose other potential harm to the Debtors' businesses that would outweigh the expected recovery value, or (iv) with respect to which the Debtors believe the defendants would have valid defenses.

31.    If a Statutory Committee objects within 10 days after service of the notice, the Debtors may bring the matter before this Court for a ruling on whether the proposed abandonment satisfies section 554(a) of the Bankruptcy Code.

<u>Preservation Of The Debtors' Rights Under 11 U.S.C. § 502(d)</u>

32.    Although the Debtors are proposing to abandon certain avoidance

causes of action, the Debtors have decided to abandon them based, in part, on their

determination that they will have a right to use the avoidance claim liability to seek the

disallowance of claims asserted against the estates, as permitted by section 502(d) of the

Bankruptcy Code. Under that section, the Debtors may seek to preclude a creditor subject

to an avoidance cause of action from asserting a claim against the estate as long as the

creditor remains in possession of, or otherwise obtains the benefit of, the avoidable claim

or transfer.[12]

H.    <u>Extending Time For Service Of Process</u>

33.    Fed. R. Civ. P. 4(m), made applicable here by Bankruptcy

Rule 7004(a)(1), requires this Court either to dismiss without prejudice any adversary

proceeding for which the summons and complaint are not served on the defendant within

120 days of the filing of the complaint or direct that service be effected within a specified

time, unless the plaintiff in the adversary proceeding can show good cause for extending

the 120-day period.  The Debtors request an extension of the time within which the

Debtors must serve the summonses and complaints to March 31, 2008[13]—less than 60 days

beyond the initial 120-day deadline.  The Debtors seek the extension to preserve the status

---

[12]    In light of an appellate ruling from this district, <u>United States Lines, Inc. v. U.S.</u> (In re McLean Indus.),
196 B.R. 670, 675-77 (S.D.N.Y. 1996) (Cote, J.), <u>aff'g</u> 184 B.R. 10 (Bankr. S.D.N.Y. 1995) (Blackshear,
J.), and this Court's prior ruling, <u>In re Metiom, Inc.</u>, 301 B.R. 634, 641 (Bankr. S.D.N.Y. 2003), that
section 502(d) may continue to be used defensively after an action on the underlying avoidance action
has become time-barred, the Debtors have concluded that no affirmative relief with respect to this
Motion is required to preserve the Debtors' ability to use section 502(d) defensively.  The Debtors
expressly reserve all rights with respect to section 502(d).

[13]    March 31, 2008 is the current deadline for closing under the Delphi-Appaloosa EPCA.  <u>See</u>
Section 12(d)(iii).

quo and to avoid having to force all potential defendants to retain counsel to defend against adversary proceedings when, in fact, most of them likely will be resolved by a reorganization plan and never pursued. The Debtors propose the following procedures concerning the commencement of the Adversary Proceedings and service of process:

- *Deferral Of Issuance Of Summons*. The Clerk of Court would be directed by this Court to defer issuing a summons after the filing of a complaint filed in accordance with these procedures, unless and until the Debtors notify the Clerk of Court that they intend to litigate the claims alleged in the complaint.

- *Extension Of Fed. R. Civ. P. 4(m) Time Period*. The Debtors would have until March 31, 2008 to serve each defendant with a summons and a copy of the complaint, without prejudice to the Debtors' right to seek further extensions of the deadline.

- *Service Of Order With Summons And Complaint*. The Debtors would be required to serve a copy of any order approving this Motion upon each defendant in any Adversary Proceeding either when the Debtors serve the summons and complaint on the defendant or as soon thereafter as practicable.

34.    These procedures would permit the Debtors to preserve potentially valuable assets without disrupting the plan process or existing business relationships prematurely or prejudicing the rights of any defendants.

I.    Stay Of Adversary Proceedings Until Service Of Process

35.    For the same reasons that the Debtors seek an extension of their time to serve potential defendants with process, the Debtors also request that the Adversary Proceedings filed pursuant to the proposed procedures be temporarily stayed, without prejudice to the Debtors' right to amend their complaints during the stay. Under the proposed procedures, the Debtors also would be authorized to file, without further order of this Court, a notice of dismissal of the Adversary Action in accordance with Bankruptcy

19

Rule 7041 and Fed. R. Civ. P. 41(a) if it is decided that the Adversary Action should not be pursued after notice to the Statutory Committees or as otherwise provided in a plan of reorganization or confirmation order.  If a Statutory Committee objects within 10 days after service of the notice, the Debtors request that they be permitted to bring the matter before this Court for a ruling on whether the proposed dismissal satisfies section 554(a) of the Bankruptcy Code.  The stay would be lifted upon the Debtors' service of the summons and complaint, without further order of this Court.

J.    Filing Of The Complaints Under Seal

36.    Maintaining the status quo would also be promoted by permitting the filing of the complaints under seal.  Once filed, the actions would remain dormant.  The Debtors do not intend to prosecute the actions while pursuing plan confirmation.  Sealing the complaints will keep the actions inactive and would be consistent with the Debtors' intention to de-link the sealed adversary proceedings from all other activity in these chapter 11 cases and to prevent their use for any purpose by any party.  Thus, sealing should promote the plan process and avoid needless costs relating to actions that remain unnecessary under the Debtors' prospective plan.

37.    Moreover, sealing the actions would avoid unnecessarily alarming potential defendants.  The Debtors have worked to preserve and repair their business relationship with many of the potential defendants during these cases and have negotiated or regained favorable credit terms with many suppliers and are continuing to do so.  The Debtors are also engaged in negotiations with some of the potential defendants on issues unrelated to avoidance actions.

38.    To enable the Debtors to preserve these potential causes of action,

yet allow the Debtors to continue to implement their transformation plan and to promptly

develop, negotiate, prosecute, confirm, and consummate a plan of reorganization, the

Debtors seek authorization to file under seal paper copies (along with discs containing

complaints in PDF format) of the complaints filed in each Adversary Proceeding against

the potential defendants under seal.  The Debtors also request that the case docket for any

adversary proceedings initiated by the complaints likewise be sealed and not available for

public access.  The Debtors will coordinate with the Clerk to ensure an efficient, cost-

effective approach to filing under seal the numerous actions contemplated by this Motion.

Applicable Authority

39.    This Court has broad statutory authority to approve the relief

requested in this Motion.  The Court may "issue any order, process or judgment that is

necessary or appropriate to carry out the provisions of" the Bankruptcy Code.  11 U.S.C.

§ 105(a).  Under section 105(a) of the Bankruptcy Code, this Court has expansive

equitable powers to fashion any order or decree that is in the interest of preserving or

protecting the value of the debtor's assets.  See Schwartz v. Aquatic Dev. Group, Inc. (In re

Aquatic Dev. Group, Inc.), 352 F.3d 671, 673 (2d Cir. 2003) (Straub, J., concurring)

(quoting In re Momentum Mfg. Corp., 25 F.3d 1132, 1136 (2d Cir. 1994) ("[I]t is

axiomatic that bankruptcy courts are 'courts of equity, empowered to invoke equitable

principles to achieve fairness and justice in the reorganization process.'"); Bird v. Crown

Convenience (In re NWFX, Inc.), 864 F.2d 588, 590 (8th Cir. 1988) ("The overriding

consideration in bankruptcy . . . is that equitable principles govern.") (citations omitted); In

21

re Cooper Properties Liquidating Trust, Inc., 61 B.R. 531, 537 (Bankr. W.D. Tenn. 1986) ("[T]he Bankruptcy Court is one of equity and as such it has a duty to protect whatever equities a debtor may have in property for the benefit of its creditors as long as that protection is implemented in a manner consistent with the bankruptcy laws."). Likewise, this Court has "exclusive jurisdiction of all the property, wherever located, of the debtor as of the commencement of [its] case, and of property of the estate," 28 U.S.C. § 1334(e), and causes of action generally constitute property of a debtor's estate. See, e.g., Citicorp Acceptance Co. v. Robison (In re Sweetwater), 884 F.2d 1323, 1326 (10th Cir. 1989).

K.    Approval Of Form Of Tolling Agreements

40.    The two-year deadline imposed by section 546(a) can be waived or extended by agreement of the non-debtor party to the action. See In re Rodriguez, 283 B.R. 112, 114 (Bankr. E.D.N.Y. 2001); Pugh v. Brook (In re Pugh), 158 F.3d 530, 532-38 (11th Cir. 1998); McFarland v. Leyh (In re Tex. Gen. Petroleum Corp.), 52 F.3d 1330, 1337-38 (5th Cir. 1995); Brandt v. Gelardi (In re Shape, Inc.), 138 B.R. 334, 337 (Bankr. D. Me. 1992) (plain reading of statute and legislative history support determination that section 546(a) is statute of limitations, waivable either by stipulation or failure to assert it as defense in answer, rather than jurisdictional provision, which is not subject to expansion by court order or otherwise); In re Iron-Oak Supply Corp., 162 B.R. 301, 307 (Bankr. E.D. Cal. 1993) (rejecting argument that section 546(a)(1) is statute of repose); In re M & L Bus. Machs. Inc., 153 B.R. 308, 311 (D. Colo. 1993) aff'd, 160 B.R. 850 (D. Colo. 1993) (section 546 limitations period is not jurisdictional but is waivable and subject to equitable tolling); see also Cepa Consulting Ltd. v. New York Nat'l Bank (In re Wedtech), 187 B.R. 105, 110-11 (S.D.N.Y. 1995) (treating section 546(a) as a non-jurisdictional statute of

22

limitation that must be raised by opposing party in a timely fashion).  But see Martin v. First Nat'l Bank of Louisville (In re Butcher), 829 F.2d 596, 599-600 (6th Cir. 1987) (characterizing section 546(a) as "jurisdictional" or "substantive" statute of limitations, not subject to expansion by Bankruptcy Rule 9006(a) requiring that Saturday and Sunday be excluded in computing two-year limitations period).  The Debtors should therefore be authorized to enter into stipulations tolling all applicable statutes of limitations.

L.    Approval Of Avoidance Evaluation Procedures And Authority To Abandon Certain Causes Of Action

41.    The Bankruptcy Code expressly authorizes a debtor to abandon property of the estate that it determines is burdensome or of inconsequential value. 11 U.S.C. § 554.  Specifically, section 554 of the Bankruptcy Code provides: "After notice and a hearing, the trustee may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate." 11 U.S.C. § 554(a).  In determining the value and benefits of particular property for purposes of the decision to abandon the property, the debtor is afforded significant discretion.  See, e.g., In re Interpictures, Inc., 168 B.R. 526, 535 (Bankr. E.D.N.Y. 1994) ("courts have placed the burden of proving an abuse of discretion of the trustee's action or inaction on abandonment on the party seeking to make the trustee act"); In re Slack, 290 B.R. 282, 284 (Bankr. D.N.J. 2003) ("Courts defer to the trustee's judgment and place the burden on the party opposing the abandonment to prove a benefit to the estate and an abuse of the trustee's discretion."); In re Cult Awareness Network, Inc., 205 B.R. 575, 579 (Bankr. N.D. Ill. 1997) (decision to abandon property "must rest on a reasonable basis").  This Court need

23

only ensure that the decision to abandon "reflects a business judgment made in good faith."

Cult Awareness Network, 205 B.R. at 579.[14]

      42.     Notwithstanding abandonment, the failure to file a complaint by the

two-year deadline set forth in section 546(a) of the Bankruptcy Code does not prevent the

Debtors from later using section 502(d) defensively.  Section 502(d) provides, in pertinent

part, as follows:

> the court shall disallow any claim of any entity from which property
> is recoverable under section 542, 543, 550, or 553 of this title or that
> is a transferee of a transfer avoidable under section 522(f), 522(h),
> 544, 545, 547, 548, 549, or 724(a) of this title, unless such entity or
> transferee has paid the amount, or turned over any such property, for
> which such entity or transferee is liable under section 522(i), 542,
> 543, 550, or 553 of this title.

11 U.S.C. § 502(d).

      43.     Courts applying section 502(d) of the Bankruptcy Code have barred

any and all claims asserted by creditors who are in receipt of avoidable transfers, unless the

creditor first repays the amount of the avoidable transfer to the debtor's estate.  See, e.g.,

Glinka v. Murad (In re Housecraft Indus. USA, Inc.), 310 F.3d 64, 72 n.8 (2d Cir. 2002);

Germain v. Conn. Nat'l Bank, 988 F.2d 1323, 1327 (2d Cir. 1993); In re Centennial

Textiles, Inc., 209 B.R. 31, 33 (Bankr. S.D.N.Y. 1997).  Further, this Court, as well as

other courts in the Southern District of New York and elsewhere, has specifically held that

the section 502(d) defense may be asserted after the expiration of the two-year statute of

limitations set forth in section 546(a)(1) of the Bankruptcy Code.  See In re Metiom, Inc.,

---

[14]    Similar relief was granted in In re Safety-Kleen Corp., No. 00-2303 (PJW) (Bankr. D. Del. May 17,
2002.  See Order (I) Establishing Omnibus Filing And Pretrial Procedures For Certain Adversary
Proceedings, Including Adversary Proceedings Under 11 U.S.C. § 544, 545, 547, 548 Or 550, And
(II) Granting Authority To Abandon Certain Causes Of Action,) (Docket No. 4108).

301 B.R. 634, 641 (Bankr. S.D.N.Y. 2003) (Drain, J.); see also United States Lines, Inc. v. U.S. (In re McLean Indus.), 196 B.R. 670, 675-77 (S.D.N.Y. 1996) (Cote, J.); In re Asia Global Crossing, Ltd., 344 B.R. 247, 251 (Bankr. S.D.N.Y. 2006) (Bernstein, J.); In re Mid Atl. Fund, Inc., 60 B.R. 604, 609-11 (Bankr. S.D.N.Y. 1986) (Abram, J.); El Paso City v. Am. W. Airlines, Inc. (In re Am. West Airlines, Inc.), 217 F.3d 1161, 1167 (9th Cir. 2000); cf. Comm. of Unsecured Creditors v. Commodity Credit Corp. (In re KF Dairies, Inc.), 143 B.R. 734, 736-38 (B.A.P. 9th Cir. 1992) (permitting section 502(d) defense after expiration of section 549 statute of limitations).  But see In re Marketing Assocs. of Am., 122 B.R. 367, 369 (Bankr. E.D. Mo. 1991) (holding that "the Trustee may not use section 502(d) defensively").

44.    Here, the Debtors have proposed reasonable criteria and procedures for determining which avoidance claims should be preserved and which causes of action the Debtors should be authorized to abandon.  Accordingly, the Debtors seek approval of these procedures.[15]

M.    Extending Time For Service Of Process

45.    The Bankruptcy Rules and Federal Rules of Civil Procedure grant this Court discretion to adopt and implement guidelines, such as those proposed herein, that will aid in the administration of adversary proceedings.  Bankruptcy Rule 9006(b)(1)

---

[15]    Similar relief was granted in In re Service Merchandise, et al., Case No. 399-02649 (Bankr. M.D. Tenn. Mar. 21, 2001) (Paine, J.), where the bankruptcy court authorized the debtors to abandon claims against critical vendors.  See Order Authorizing Abandonment And/Or Stay Of Certain Estate Causes Of Action And For Related Relief.  The bankruptcy court also authorized the debtors to abandon four categories of claims: (i) claims less than $5,000, (ii) payments of rent to landlords, (iii) customer refunds, and (iv) ordinary course reimbursements to employees.  See Order (i) Establishing Omnibus Initial Filing And Pretrial Procedures For Adversary Proceedings Under 11 U.S.C § 544, 545, 547, 548, Or 553 And Certain Adversary Proceedings, (ii) Granting Authority, Pursuant to Fed. Bankr. R. P. 9019, To Compromise And Settle Such Actions, And (iii) Granting Authority To Abandon Certain De Minimis Claims And Causes Of Action dated February 27, 2001.

provides for the enlargement of time to perform acts required under the Bankruptcy Rules.[16]  As previously discussed, Fed. R. Civ. P. 4(m) requires the court to extend the period for service of process after the filing of a complaint upon a showing of good cause. Even absent good cause, this Court has discretion to extend the 120-day service period. Mejia v. Castle Hotel, Inc., 164 F.R.D. 343, 345 (S.D.N.Y. 1996).

46.      Here, the Debtors request an extension to March 31, 2008, an extension of less than 60 days.  By permitting the Debtors to timely file the Adversary Proceedings but to defer serving process on defendants, the procedures would enable the Debtors to preserve valuable business relationships and to continue developing a plan of reorganization.  The Debtors submit that permitting the Debtors to preserve potentially valuable assets without prejudicing the rights of any defendant constitutes good cause for the requested extension.[17]

N.      Stay Of Adversary Proceedings Until Service Of Process

47.      "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."  Landis v. North American Co., 299 U.S. 248, 254 (1936); see also Air Line Pilots Ass'n v. Miller, 523 U.S. 866, 879 n.6 (1998).  This inherent power is vested in bankruptcy courts as well.  See Uni-Rty Corp. v.

---

[16]  Bankruptcy Rule 9006(b)(1) provides in relevant part as follows: "[W]hen an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of court, the court for cause shown may at any time in its discretion . . . order the period enlarged if the request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . . ."  Fed. R. Bankr. P. 9006(b)(1).

[17]  Similar relief was granted in In re Ames Dep't Stores, Inc., No. 01-42217 (REG) (Bankr. S.D.N.Y. Feb. 3, 2004).  See Order Extending Time For Service Of Process With Respect To Certain Preference Actions (Docket No. 2524).

Guangdong Building, Inc. (In re Uni-Rty Corp.), No. 96 Civ. 4573 (DAB), 1998 WL
299941, at *7 (S.D.N.Y. 1998) (recognizing that bankruptcy courts possess inherent
authority to stay proceedings); In re Hagerstown Fiber Ltd. P'ship, 277 B.R. 181, 199
(Bankr. S.D.N.Y. 2002) (court has inherent power to stay proceedings before it,
particularly where stay will promote judicial economy); In re Cleveland, 353 B.R. 254, 260
(Bankr. E.D. Cal. 2006) (staying adversary proceeding pursuant to court's inherent power
to stay proceedings before it); Swift v. Bellucci (In re Bellucci), 119 B.R. 763, 770 (Bankr.
E.D. Cal. 1990) ("a bankruptcy court has the inherent power to control its docket,
including controlling the timing of proceedings on that docket"). The determination
whether a stay of proceedings is appropriate "calls for the exercise of judgment, which
must weigh competing interests and maintain an even balance." Landis, 299 U.S. at 248,
254-55. The party seeking the stay "bears the burden of demonstrating the wisdom and
justice of a stay." John's Insulation, Inc. v. Siska Const. Co., Inc., 671 F. Supp. 289, 297
(S.D.N.Y. 1987). "[T]he basic goal [is] to avoid prejudice." Volmar Distributors v. New
York Post Co., 152 F.R.D. 36, 39 (S.D.N.Y. 1993).[18]

      48.    Here, for essentially the same reasons that the Debtors have
articulated for deferring issuance of summonses and service of legal process, this Court
should likewise stay the proceedings while the Debtors pursue plan confirmation. The stay
will not prejudice the potential defendants. In fact, the potential defendants will benefit
from the stay inasmuch as they will not need to expend time or resources investigating the

---

[18]    The Volmar court articulated the following factors that may guide a court's exercise of its inherent
power: "(1) the private interests of the plaintiffs in proceeding expeditiously with the civil litigation as
balanced against the prejudice to the plaintiffs if delayed; (2) the private interests of and burden on the
defendants; (3) the interests of the courts; (4) the interests of persons not parties to the civil litigation;
and (5) the public interest." Id. at 39.

facts relating to, or defending, a lawsuit that the Debtors likely will never need to pursue.

Under these circumstances, this Court should stay each proceeding unless and until the

Debtors request the Clerk of Court to issue summons in that particular proceeding.[19]

O.    Filing Of The Complaints Under Seal

49.    Section 107 of the Bankruptcy Code provides bankruptcy courts

with the power to issue orders that will protect entities from potential harm that may result

from the disclosure of certain confidential information.  Section 107(b)(1) of the

Bankruptcy Code specifically provides in part as follows: "On request of a party in interest,

the bankruptcy court shall . . . protect an entity with respect to a trade secret or confidential

research, development, or commercial information . . . ."  11 U.S.C. § 107(b)(1).

50.    The Second Circuit has held that section 107(b) of the Bankruptcy

Code and Rule 9018 of the Bankruptcy Rules do "not require that commercial information

be the equivalent of a trade secret before protecting such information." Video Software

Dealers Ass'n v. Orion Pictures Corp.  (In re Orion Pictures Corp.), 21 F.3d 24, 28 (2d Cir.

1994).  Indeed, other courts in this district have stated that it "is required to grant that relief

upon the motion of a party in interest, assuming the information is of the type listed in

section 107(b)." In re Global Crossing Ltd., 295 B.R. 720, 723 n.7 (Bankr. S.D.N.Y. 2003)

(citing Video Software, 21 F.3d at 27).  In addition, the Second Circuit has held that a

party seeking the sealing of information is required only to show that the information is

confidential and commercial, and no showing of "good cause" is necessary.  See Video

---

[19]    Similar relief was granted in In re Service Merchandise, Case No. 399-02649 (Bankr. M.D. Tenn. Mar. 21, 2001), where the bankruptcy court granted the debtors authority to stay certain adversary proceedings while the debtors were continuing to investigate whether they would ultimately pursue them.  See Order Authorizing Abandonment And/Or Stay Of Certain Estate Causes Of Action And For Related Relief.

Software, 21 F.3d at 28.  Thus, a bankruptcy court may enter a sealing order under the

broad confidentiality protections in bankruptcy proceedings where necessary to protect

confidential information.  Id.; see also Global Crossing, 295 B.R. at 725 (The "whole point

of [Bankruptcy Rule 9018] is to protect business entities from disclosure of information

that could reasonably be expected to cause the entity commercial injury.").

        51.    Upon the request of a party in interest, a court has no discretion and

must deny public access to information that falls within one of the categories under

Bankruptcy Code section 107(b).  Orion Pictures Corp., 21 F.3d at 27.  If, however, the

information to be protected does not fit into any of the specified categories, then the court

has discretion to decide if the requesting party has shown cause to permit filing under seal.

See In re Bennett Funding Group, Inc., 226 B.R. 331, 336 (Bankr. N.D.N.Y. 1998) (citing

Nixon v. Warner Communications, Inc., 435 U.S. 589, 599 (1978)); Orion Pictures Corp.,

21 F.3d at 27 ("In limited circumstances, courts must deny access to judicial documents").

        52.    The power to seal also arises from the inherent power of the court to

control dissemination of its records.  See In re Robert Landau Assocs., Inc. 50 B.R. 670,

676, 677 (Bankr. S.D.N.Y. 1985) (court's inherent power to seal, despite section 107(b)'s

inapplicability, is implicit in section 704(7)'s exception to disclosure—"unless the court

orders otherwise"); In re I.G. Servs. Ltd., 244 B.R. 377, 388 n.14 (Bankr. W.D. Tex. 2000)

(concluding that if section 107 applied to records not filed with court, court still had power

to control dissemination of information beyond scope of section 107), rev'd on other

grounds sub nom. San Antonio Express-News v. Blackwell (In re Blackwell), 263 B.R.

505 (W.D. Tex. 2000); In re Apex Oil Co., 101 B.R. 92, 101-02 (Bankr. E.D. Mo. 1989)

(citing <u>Robert Landau Assocs.</u>); <u>In re EPIC Assocs. V</u>, 54 B.R. 445, 450 (Bankr. E.D. Va. 1985) (exercising inherent supervisory power over its own records and files).   When deciding to allow a debtor to file documents under seal, courts should look at all relevant facts and circumstances and weigh the competing interests of the debtor seeking protection with the general right of the public to access documents filed in a bankruptcy case. <u>Bennett Funding</u>, 226 B.R. at 336.  Relevant factors include (1) whether the debtor will suffer irreparable harm if the information is disclosed, (2) whether the debtor can demonstrate that disclosure will have a negative impact on its estate such that the debtor would be at a disadvantage in comparison with competitors, and (3) whether the debtor is seeking to protect the information on a temporary basis or on a permanent basis.  <u>See generally</u> <u>In re Hemple</u>, 295 B.R. 200, 202 (Bankr. D. Vt. 2003).

53.    The circumstances of this case demonstrate the need for confidentiality to preserve the status quo and to avoid unnecessary harm to the Debtors and others that would be caused by filing these complaints publicly.[20]

\*       \*       \*

54.    In light of the benefits that the relief requested would provide to the Debtors, defendants in Adversary Proceedings, and other stakeholders, and given the

---

[20]    Similar relief was granted in <u>In re Service Merchandise, et al.</u>, Case No. 399-02649 (Bankr. M.D. Tenn. Feb. 27, 2001), the bankruptcy court granted the debtors authority to file under seal certain adversary proceedings so that the debtors could continue negotiations with defendants, who were also the debtors' business partners, and to ensure that such defendants continued doing business with the debtors.  <u>See</u> Order (i) Establishing Omnibus Initial Filing And Pretrial Procedures For Adversary Proceedings Under 11 U.S.C § 544, 545, 547, 548, Or 553 And Certain Adversary Proceedings, (ii) Granting Authority, Pursuant to Fed. Bankr. R. P. 9019, To Compromise And Settle Such Actions, And (iii) Granting Authority To Abandon Certain De Minimis Claims And Causes Of Action (permitting debtor to file documents under seal in any adversary proceeding in which debtors also sought to stay the proceeding).

authority in support of such relief, the Debtors believe that entry of the proposed order is justified and appropriate.

## Notice Of Motion

55.    Notice of this Motion has been provided in accordance with the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883) (the "Supplemental Case Management Order"), and the Amended Eighth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered October 26, 2006 (Docket No. 5418) (together with the Supplemental Case Management Order, the "Case Management Orders").[21]  In light of the nature of the relief requested, the Debtors submit that no other or further notice is necessary.

## Memorandum Of Law

56.    Because the legal points and authorities upon which this Motion relies are incorporated herein, the Debtors respectfully request that the requirement of the service and filing of a separate memorandum of law under Local Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York be deemed satisfied.

---

[21]    In addition to giving notice in accordance with the Case Management Orders, the Debtors will describe the relief obtained through this Motion in their disclosure statement for the Debtors' plan of reorganization.

WHEREFORE the Debtors respectfully request that this Court enter an

order (i) granting the Motion and (ii) granting them such other and further relief as is just.

Dated:      New York, New York
            August 6, 2007

                                    SKADDEN, ARPS, SLATE, MEAGHER
                                      & FLOM LLP


                                    By:    /s/ John Wm. Butler, Jr.
                                           John Wm. Butler, Jr. (JB 4711)
                                           George N. Panagakis (GP 0770)
                                           Ron E. Meisler (RM 3026)
                                    333 West Wacker Drive, Suite 2100
                                    Chicago, Illinois 60606
                                    (312) 407-0700

                                              - and -


                                    By:    /s/ Kayalyn A. Marafioti
                                           Kayalyn A. Marafioti (KM 9632)
                                           Thomas J. Matz (TM 5986)
                                    Four Times Square
                                    New York, New York 10036
                                    (212) 735-3000

                                    Attorneys for Delphi Corporation, et al.,
                                      Debtors and Debtors-in-Possession

32

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                          :

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, <u>et al.</u>, | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER UNDER 11 U.S.C. §§ 102(1)(A), 105(a), 107, 108(a)(2),
AND 546(a) AND FED. R. BANKR. P. 7004, 9006(c), AND 9018
(i) AUTHORIZING DEBTORS TO ENTER INTO STIPULATIONS
TOLLING STATUTE OF LIMITATIONS WITH RESPECT TO CERTAIN
CLAIMS, (ii) AUTHORIZING PROCEDURES TO IDENTIFY CAUSES OF
ACTION THAT SHOULD BE PRESERVED, AND (iii) ESTABLISHING
PROCEDURES FOR CERTAIN ADVERSARY PROCEEDINGS INCLUDING THOSE
<u>COMMENCED BY DEBTORS UNDER 11 U.S.C. § 541, 544, 545, 547, 548, OR 553</u>

("PRESERVATION OF ESTATE CLAIMS PROCEDURES ORDER")

Upon the motion, dated August 6, 2007 (the "Motion"), of Delphi

Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-

possession in the above-captioned cases (collectively, the "Debtors"), for an order (the

"Order")  under 11 U.S.C. §§ 102(1)(A), 105(a), 107, 108(a)(2), and 546(a) and Federal

Rule of Bankruptcy Procedure 7004, 9006(c), and 9018 (i) authorizing the Debtors to enter

into stipulations tolling the statute of limitations with respect to certain claims,

(ii) authorizing procedures to identify causes of action that should be preserved, and

(iii) establishing procedures for certain Adversary Proceedings[1] commenced by the

Debtors under 11 U.S.C. § 541, 544, 545, 547, 548, or 553; and upon the record of the

---

[1]    Capitalized terms used and not defined herein shall have the meanings ascribed to them in the Motion.

hearing held on the Motion; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.      The Motion is GRANTED.

2.      The filing and service procedures set forth and required under the Bankruptcy Rules, the Local Rules, and any orders of this Court in these chapter 11 cases are modified or waived, as appropriate, as set forth herein with respect to the Adversary Proceedings.

3.      Scope Of The Procedures.  The procedures established by this Order apply to each Adversary Proceeding that the Debtors identify to the Clerk as being subject to these procedures.

4.      Approval Of Tolling Agreements.  The Debtors are hereby authorized to enter into stipulations, substantially in the form annexed to the Motion as Exhibit B, tolling the statute of limitations with respect to claims described in the Motion. Each Debtor is deemed to have entered into a stipulation with other Debtors and affiliated non-Debtor entities.

5.      Procedures To Identify Causes Of Action And Abandonment Authority.  The procedures set forth in the Motion to identify causes of action that should be preserved are approved.  The Debtors are authorized, without the need for any further

2

order or any further notice under Bankruptcy Rule 6007(a), to abandon those causes of action or categories of causes of action that Debtors propose in the Motion to abandon. Subject to the procedures set forth in the Motion, the Debtors are further authorized to abandon certain causes of action not specifically identified in the Motion that they determine should not be pursued, including the categories of actions set forth in the Motion, without the need for any further order or any further notice under Bankruptcy Rule 6007(a). The Debtors may abandon additional causes of action after giving notice to the Statutory Committees. If a Statutory Committee objects within 10 days after service of the notice, the Debtors may bring the matter before this Court for a ruling on whether the proposed abandonment satisfies section 554(a) of the Bankruptcy Code.

6. <u>Scope Of Fraudulent Transfer Review</u>. For purposes of identifying and preserving potential fraudulent transfer claims, the Debtors need only review the following categories of transactions: merger and acquisition deals at or exceeding $20 million, transfers to Delphi's board of directors or strategy board members other than for compensation or ordinary-course expense reimbursement (if any), unusual securities transactions (if any), dividend distributions to 5% shareholders, and Delphi's financially troubled supplier program.

7. <u>Filing Of Complaints Under Seal</u>. The Clerk of Court is directed to accept for filing, under seal, paper copies of the complaint in each Adversary Proceeding that the Debtors indicate are subject to these procedures. The Clerk of Court also is directed to seal the case docket for any such Adversary Proceeding so that it is not available for public access. The Debtors shall coordinate with the Clerk of Court to

3

accomplish an efficient and cost-effective filing of the complaints contemplated by this order. The Debtors shall submit to the Clerk, under seal, appropriate electronic media containing PDF copies of the complaints. This order shall not preclude the Debtors, in their sole discretion, from making a copy of a complaint available to parties. The Debtors and GM shall have leave to file, under seal, a stipulation that contains tolling provisions, consistent with this order, and other agreements of the parties with respect to the sealed complaint involving GM, which stipulation shall be deemed "so ordered" and shall be sealed in accordance with the terms of this order.

8.      Modification Of Federal Rule Of Civil Procedure 4(m). The Debtors shall have until March 31, 2008 to serve each defendant with summons and complaint, without prejudice to further extensions.

9.      Stay Of Adversary Proceedings. All activity in the Adversary Proceedings that the Debtors indicate are subject to these procedures shall be stayed until the earlier of (i) the Debtors' service of a summons and complaint on the defendant in any Adversary Proceeding and (ii) further order of this Court. Notwithstanding the stay, the Debtors may amend their complaint during the stay. Also, during the stay, the Debtors may dismiss any Adversary Proceeding after notice to counsel to the Statutory Committees. If a Statutory Committee objects within 10 days after service of the notice of dismissal, the Debtors may bring the matter before this Court for a ruling on whether the proposed dismissal satisfies section 554(a) of the Bankruptcy Code.

10.    <u>Deferral Of Issuance Of Summons</u>.  The Clerk of Court is directed not to issue summons until either the stay is lifted with respect to a particular Adversary Proceeding or the Debtors request the Clerk of Court to issue a summons.

11.    <u>Service Of Order With Summons And Complaint</u>.  The Debtors must serve a copy of this order upon each defendant in any Adversary Proceeding either when the Debtors serve a summons and complaint on the defendant or as soon thereafter as practicable.

12.    <u>Additional Procedures</u>.  This Order is without prejudice to the Debtors' seeking additional procedures to govern the Adversary Proceedings.

13.    This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

14.    The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated: August ___, 2007
     New York, New York

_____
    UNITED STATES BANKRUPTCY JUDGE

5

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
George N. Panagakis (GP 0770)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  |  |  |
|---|---|---|
|  | : |  |
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION TOLLING APPLICABLE STATUTES OF LIMITATIONS WITH RESPECT TO CLAIMS AGAINST [DEFENDANT]

      Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

debtors and debtors-in-possession in the above-captioned cases (collectively, the

1

"Debtors"), and [Defendant], and its affiliates and subsidiaries, hereby agree and state as follows:

WHEREAS on October 8, 2007 and October 14, 2007 (together, the "Filing Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

WHEREAS in the course of the Debtors' bankruptcy cases, claims and causes of action under or through various provisions of the Bankruptcy Code, including, without limitation, sections 502, 541, 544, 545, 547, 548, 550, and 553 of the Bankruptcy Code, might be asserted by one or more of the Debtors or asserted on behalf of the Debtors' estates against [Defendant].

WHEREAS [Defendant] might wish to assert defenses, setoffs, and counterclaims to such claims or causes of action by the Debtors.

WHEREAS the Debtors and [Defendant] seek to avoid the cost and expense of unnecessary motion practice and litigation and seek to preserve all of their respective legal rights without allowing any applicable statute of limitations to expire and without acknowledging in any way that valid claims, causes of action, or defenses thereto exist or do not exist.

THEREFORE, the Debtors and [Defendant] stipulate and agree as follows:

1.    The running of any applicable statute of limitations under sections 108 and 546(a) of the Bankruptcy Code, and all other time limitations or time-based defenses concerning any claim or cause of action against [Defendant] which might

2

be asserted by one or more of the Debtors or asserted on behalf of the Debtors' estates under or through various provisions of the Bankruptcy Code, including, without limitation, any of sections 502, 541, 544, 545, 547, 548, and 553 of the Bankruptcy Code (the "Claims"), is hereby tolled.

        2.      The time elapsed during the Tolled Period (defined below) with respect to the Claims is excluded from any computation of time for purposes of any argument or defense based on statutes of limitations, laches, estoppel, waiver, and any other time-based defense or right.  As of the termination of this stipulation, the rights of each of the undersigned parties and their successors, assigns, and legal representatives with respect to the Claims will be as they were immediately before the execution of this stipulation with respect to the interposition of any argument or defense based on statutes of limitations, laches, estoppel, waiver, and any other time-based defense or right.  This stipulation does not revive any Claim which was barred by the statute of limitations or any other time-based defense before the date this stipulation was executed.

        3.      The provisions of this stipulation extend up to and include the first business day nine months following entry of an order confirming the Plan, as the same may have been amended or modified before its entry (the "Tolled Period").

        4.      Notwithstanding the provisions contained herein, in the sole and absolute discretion of the Debtors, or their respective successors and assigns, the Debtors or such successors and assigns are permitted to commence any litigation against [Defendant] during the Tolled Period.

3

5.        Each of the parties acknowledges that it has read all of the terms of this stipulation and enters into those terms voluntarily and without duress.

6.        This stipulation contains the entire agreement between the parties regarding the provisions set forth above and may be modified only in a writing signed by the parties or their duly appointed agents, upon notice to counsel for the an official committee of unsecured creditors

7.        This stipulation is not to be construed, and is not intended, as an admission or suggestion that any valid claim or cause of action exists against [Defendant] or that any valid defense to any such claim or cause of action exists.

8.        Except as expressly set forth in this stipulation, each of the parties hereto reserves all rights and remedies that it may have against the other.

9.        The parties intend that this stipulation and Order and the tolling contemplated hereby shall not impair, diminish, or eliminate any jurisdiction of the Bankruptcy Court, to the extent that it has jurisdiction as of the date of execution of this stipulation, to adjudicate any claim, action, or proceeding relating to or arising out of any matter referred to above.  In particular, the parties understand, and the Bankruptcy Court by approving this stipulation or form of stipulation finds and determines, that section 546(a) of the Bankruptcy Code constitutes a true statute of limitations which may be tolled by the parties' agreement.  The parties nevertheless recognize that there exist dicta in certain reported cases indicating that some courts (which have considered section 546(a) of the Bankruptcy Code to impose a temporal limit on the jurisdiction of the Bankruptcy Court) might hold that section 546(a) could not be tolled by agreement.  If a final and non-

4

appealable order of a court of competent jurisdiction determines that (i) the time

limitations described in section 546(a) cannot be effectively tolled by agreement and

(ii) the Bankruptcy Court therefore cannot adjudicate any such claim, action, or

proceeding, then the non-Debtor party to each stipulation (as a new and separate obligation

and in consideration of the forbearance provided for hereby) must pay to each Debtor that

amount, if any, which the Bankruptcy Court by final order determines would have been the

ultimate net liability of the non-Debtor party to such Debtor on any such claim, action, or

proceeding if an adversary proceeding on such claim, action, or proceeding had been

commenced in Bankruptcy Court on the date this stipulation was executed, but giving full

effect to any and all other defenses or counterclaims of any kind or nature that the non-

Debtor party could assert in such an adversary proceeding.  If the Bankruptcy Court is not

competent to make such a determination, the determination will be made by binding

arbitration, and the Debtors and the non-Debtor party hereby irrevocably submit to such

binding arbitration in accordance with the arbitration rules of [_____]

(but only in the event that the Bankruptcy Court is not competent to make the

determination as described above) and to entry of judgment upon the arbitration award in

the Bankruptcy Court or any court of competent jurisdiction.

        10.     This stipulation is deemed to have been jointly drafted by the parties

hereto, and, in constructing and interpreting this stipulation, no provision may be construed

and interpreted for or against any of the parties because such provision or any other

provision of this stipulation, or this stipulation as a whole, was purportedly prepared or

requested by that party.

11.     This stipulation and the rights and obligations of the parties hereunder are governed by, and construed and interpreted in accordance with, the laws of the State of New York and, to the extent applicable, federal bankruptcy law, and any action or proceeding to enforce the rights and obligations of the parties hereunder must originally and exclusively be brought in the Bankruptcy Court.

12.     This stipulation is effective as of the date it is fully executed and is binding upon, and inures to the benefit of, the successors, representatives, assigns, and heirs of the parties hereto.

13.     Each stipulation is deemed "So Ordered" upon execution thereof.

14.     This stipulation may be executed in counterparts and by facsimile signature, and all executed counterparts and facsimile signatures taken together constitute one document.

15.     Except as otherwise expressly provided herein, the use of the singular of any word includes the plural and the use of the plural includes the singular.

DATED: New York, New York
        _____, 2007

[Debtor-in-Possession]                              [Defendant]

By: _____        By: _____


[Attorneys for Debtor-in-Possession]               [Attorneys for Defendant]

By: _____        By: _____

**Hearing Date And Time: August 16, 2007 At 10:00 A.M.**
**Objection Deadline: August 13, 2007 At 4:00 P.M.**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
George N. Panagakis (GP 0770)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
            In re                                       :    Chapter 11
                                                        :
DELPHI CORPORATION, et al.,                             :    Case No. 05-44481 (RDD)
                                                        :
                          Debtors.                      :    (Jointly Administered)
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF EXPEDITED MOTION FOR ORDER UNDER 11 U.S.C. §§ 102(1)(A),
105(a), 107, 108(a)(2), AND 546(a) AND FED. R. BANKR. P. 7004, 9006(c),
AND 9018 (i) AUTHORIZING DEBTORS TO ENTER INTO STIPULATIONS
TOLLING STATUTE OF LIMITATIONS WITH RESPECT TO
CERTAIN CLAIMS, (ii) AUTHORIZING PROCEDURES TO IDENTIFY CAUSES
OF ACTION THAT SHOULD BE PRESERVED, AND (iii) ESTABLISHING
PROCEDURES FOR CERTAIN ADVERSARY PROCEEDINGS INCLUDING
THOSE COMMENCED BY DEBTORS UNDER 11 U.S.C. § 541, 544, 545, 547, 548, OR 553

PLEASE TAKE NOTICE that on August 6, 2007, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed an Expedited Motion For Order Under 11 U.S.C. §§ 102(1)(A), 105(a), 107, 108(a)(2), And 546(a) And Fed. R. Bankr. P. 7004, 9006(c), And 9018 (i) Authorizing Debtors To Enter Into Stipulations Tolling Statute Of Limitations With Respect To Certain Claims, (ii) Authorizing Procedures To Identify Causes Of Action That Should Be Preserved, And (iii) Establishing Procedures For Certain Adversary Proceedings Including Those Commenced By Debtors Under 11 U.S.C. § 541, 544, 545, 547, 548, Or 553 (the "Motion").

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Motion will be held on August 16, 2007, at 10:00 a.m. (prevailing Eastern time) (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, and Administrative Procedures, entered March 20, 2006 (Docket No. 2883) (the "Supplemental Case Management Order") and the Amended Eighth Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures, entered October 26, 2006 (Docket No. 5418)

2

(together with the Supplemental Case Management Order, the "Case Management Orders"),

(c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) –

registered users of the Bankruptcy Court's case filing system must file electronically, and all

other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format

(PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in

hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States

Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy,

Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate,

Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John

Wm. Butler, Jr.), (iii) counsel for the agent under the postpetition credit facility, Davis Polk &

Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and

Brian Resnick), (iv) counsel for the Official Committee of Unsecured Creditors, Latham &

Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and

Mark A. Broude), (v) counsel for the Official Committee of Equity Security Holders, Fried,

Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004

(Att'n: Bonnie Steingart), and (vi) the Office of the United States Trustee for the Southern

District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n:

Alicia M. Leonhard), in each case so as to be **received** no later than **4:00 p.m. (prevailing

Eastern time) on August 13, 2007** (the "Objection Deadline").

3

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Case Management Orders will be considered by the Bankruptcy Court at the Hearing.  If no objections to the Motion are timely filed and served in accordance with the procedures set forth herein and in the Case Management Orders, the Bankruptcy Court may enter an order granting the Motion without further notice.

Dated:        New York, New York
              August 6, 2007

                        SKADDEN, ARPS, SLATE, MEAGHER
                          & FLOM LLP

                        By:    /s/ John Wm. Butler, Jr.
                              John Wm. Butler, Jr. (JB 4711)
                              George N. Panagakis (GP 0770)
                              Ron E. Meisler (RM 3026)
                        333 West Wacker Drive, Suite 2100
                        Chicago, Illinois 60606
                        (312) 407-0700

                                  - and -

                        By:    /s/ Kayalyn A. Marafioti
                              Kayalyn A. Marafioti (KM 9632)
                              Thomas J. Matz (TM 5986)
                        Four Times Square
                        New York, New York 10036
                        (212) 735-3000

                        Attorneys for Delphi Corporation, et al.,
                          Debtors and Debtors-in-Possession

# EXHIBIT D

**Extension of Avoidance Action Service Deadline Motion**

**Hearing Date And Time: March 19, 2008 at 10:00 a.m.**
**Objection Deadline: March 12, 2008 at 4:00 p.m.**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                              :
       In re                    :    Chapter 11
                                :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                              :
                              :    (Jointly Administered)
          Debtors.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MOTION PURSUANT TO FED. R. BANKR. P. 7004(a) AND
9006(b)(1) AND FED. R. CIV. P. 4(m) TO EXTEND DEADLINE TO
SERVE PROCESS FOR AVOIDANCE ACTIONS FILED IN CONNECTION
<u>WITH PRESERVATION OF ESTATE CLAIMS PROCEDURES ORDER</u>

("EXTENSION OF AVOIDANCE ACTION SERVICE DEADLINE MOTION")



Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby submit this Motion Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. R. Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order (Docket No. 9105) (the "Motion"), and respectfully represent as follows:

<div align="center">Background</div>

A.      The Chapter 11 Filings

1.      On October 8 and 14, 2005, the Debtors filed voluntary petitions in this Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code").  The Debtors continue to operate their businesses and manage their properties as debtors-in-possession under Bankruptcy Code sections 1107(a) and 1108.  This Court has ordered joint administration of these cases.

2.      No trustee or examiner has been appointed in these cases.  On October 17, 2005, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors.  On April 28, 2006, the U.S. Trustee appointed an official committee of equity holders.

3.      On September 6, 2007, the Debtors filed the Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In Possession (Docket No. 9263) and the Disclosure Statement With Respect To Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In Possession (Docket No. 9264).  Subsequently, on December 10, 2007, the Debtors filed the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession  (Docket No. 11386) (the "Plan") and the First Amended Disclosure Statement with

<div align="center">2</div>

respect to the Plan  (Docket No. 11388) (the "Disclosure Statement").  The Court entered an

order approving the adequacy of the Disclosure Statement and granting the related solicitation

procedures motion on December 10, 2007 (Docket No. 11389).  On January 25, 2008, the Court

entered an order confirming the Plan (as modified) (Docket No. 12359) (the "Confirmation

Order"), which became a final order on February 4, 2008.

        4.        This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157

and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core

proceeding under 28 U.S.C. § 157(b)(2).

        5.        The statutory predicates for the relief requested herein are rules 7004 and

9004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and rule 4(m) of

the Federal Rules of Civil Procedure.

B.       <u>Current Business Operations Of The Debtors</u>

        6.        Delphi and its subsidiaries and affiliates (collectively, the "Company") as

of December 31, 2007 had global net sales of $22.3 billion and global assets of approximately

$13.7 billion.[1]  At the time of its chapter 11 filing, Delphi ranked as the fifth largest public

company business reorganization in terms of revenues and the thirteenth largest public company

business reorganization in terms of assets.  Delphi's non-U.S. subsidiaries are not chapter 11

debtors and have continued their business operations without supervision from the Court.[2]

---

[1]    The aggregated financial data used herein generally consists of consolidated information from Delphi and its worldwide subsidiaries and affiliates as disclosed in the Company's Form 10-K filed on February 19, 2008.

[2]    On March 20, 2007, Delphi Automotive Systems Espana S.L. ("DASE"), whose sole operation is a non-core automotive component plant in Cadiz, Spain, filed a "Concurso" application for a Spanish insolvency proceeding, which was approved by the Spanish court on April 13, 2007.  On July 4, 2007, DASE, its Concurso receivers, and the Cadiz workers councils and unions reached a settlement on a social plan, the funding of which was approved by this Court on July 19, 2007.  The Spanish court approved the social plan on July 31, 2007.  The Concurso proceeding is consistent with Delphi's transformation plan to optimize its manufacturing footprint and to lower its overall cost structure.

7.        The Company is a leading global technology innovator with significant engineering resources and technical competencies in a variety of disciplines, and is one of the largest global suppliers of vehicle electronics, transportation components, integrated systems and modules, and other electronic technology.  The Company supplies products to nearly every major global automotive original equipment manufacturer ("OEM").

8.        Delphi was incorporated in Delaware in 1998 as a wholly owned subsidiary of General Motors Corporation ("GM").  Prior to January 1, 1999, GM conducted the Company's business through various divisions and subsidiaries.  Effective January 1, 1999, the assets and liabilities of these divisions and subsidiaries were transferred to the Company in accordance with the terms of a Master Separation Agreement between Delphi and GM.  In connection with these transactions, Delphi accelerated its evolution from a North American-based, captive automotive supplier to a global supplier of components, integrated systems, and modules for a wide range of customers and applications.  Although GM is still the Company's single largest customer, today more than half of Delphi's revenue is generated from non-GM sources.

C.    Events Leading To The Chapter 11 Filing

9.        In the first two years following Delphi's separation from GM, the Company generated approximately $2 billion in net income.  Every year thereafter, however, with the exception of 2002, the Company has suffered losses.  In calendar year 2004, the Company reported a net loss of approximately $4.8 billion on $28.6 billion in net sales.[3] Reflective of a continued downturn in the marketplace, in 2005 Delphi incurred net losses of

---

[3]    Reported net losses in calendar year 2004 reflect a $4.1 billion tax charge, primarily related to the recording of a valuation allowance on U.S. deferred tax assets as of December 31, 2004.  The Company's net operating loss in calendar year 2004 was $482 million.

approximately $2.4 billion on net sales of $26.9 billion.  Moreover, in 2006 the Debtors incurred a net loss of $5.5 billion, $3.0 billion of which comprised charges related to the U.S. employee special attrition programs, and in 2007, the Debtors incurred a net loss of $3.1 billion.

10.    The Debtors believe that the Company's financial performance deteriorated because of (i) increasingly unsustainable U.S. legacy liabilities and operational restrictions preventing the Debtors from exiting non-profitable, non-core operations, all of which have the effect of creating largely fixed labor costs, (ii) a competitive U.S. vehicle production environment for domestic OEMs resulting in the reduced number of motor vehicles that GM produces annually in the United States and related pricing pressures, and (iii) increasing commodity prices.

11.    In light of these factors, the Company determined that it would be imprudent and irresponsible to defer addressing and resolving its U.S. legacy liabilities, product portfolio, operational issues, and forward-looking revenue requirements.  Because discussions with its major stakeholders had not progressed sufficiently by the end of the third quarter of 2005, the Company commenced these chapter 11 cases for its U.S. businesses to complete its transformation plan and preserve value for its stakeholders.

D.    The Debtors' Transformation Plan

12.    On March 31, 2006, the Company outlined the key tenets of a transformation plan that it believed would enable it to return to stable, profitable business operations.  The Debtors stated that they needed to focus on five key areas: first, modifying the Company's labor agreements to create a competitive arena in which to conduct business; second, concluding their negotiations with GM to finalize GM's financial support for the Debtors' legacy and labor costs and to ascertain GM's business commitment to the Company; third, streamlining their product portfolio to capitalize on their world-class technology and market strengths and

5

make the necessary manufacturing alignment with their new focus; fourth, transforming their
salaried workforce to ensure that the Company's organizational and cost structure is competitive
and aligned with its product portfolio and manufacturing footprint; and fifth, devising a workable
solution to their current pension situation.

E.    Confirmation Of The Debtors' Plan Of Reorganization

13.    The confirmed Plan is based upon a series of global settlements and
compromises that involve nearly every major constituency in the Debtors' reorganization cases.
The Global Settlement Agreement and the Master Restructuring Agreement provide for a
comprehensive settlement with GM, and both agreements were approved by this Court in the
Confirmation Order.  With the Plan confirmed, the Debtors are focusing their efforts on
satisfying the conditions for the Plan to become effective and allow them to emerge from chapter
11.  The Debtors anticipate having the Plan become effective as soon as reasonably practicable.

14.    Upon the conclusion of the reorganization process, the Debtors expect to
emerge as a stronger, more financially sound business with viable U.S. operations that are well-
positioned to advance global enterprise objectives.  In the meantime, Delphi will marshal all of
its resources to continue to deliver high-quality products to its customers globally.  Additionally,
the Company will preserve and continue the strategic growth of its non-U.S. operations and
maintain its prominence as the world's premier auto supplier.

F.    The Establishment Of Procedures to Preserve Estate Claims

15.    Before the confirmation of the Debtors' Plan, this Court entered on
August 16, 2007 that certain Order Under 11 U.S.C. §§ 102(1)(A), 105(a), 107, 108(a)(2), And
546(a) And Fed. R. Bankr. P. 7004, 9006(c), And 9018 (i) Authorizing Debtors To Enter Into
Stipulations Tolling Statute Of Limitations With Respect To Certain Claims, (ii) Authorizing
Procedures To Identify Causes Of Action That Should Be Preserved, And (iii) Establishing

6

Procedures For Certain Adversary Proceedings Including Those Commenced By Debtors Under 11 U.S.C. § 541, 544, 545, 547, 548, Or 553 ("Preservation Of Estate Claims Procedures Order") (Docket No. 9105).

16.        The purpose of the Preservation Of Estate Claims Procedures Order was two-fold: on the one hand, it permitted the Debtors to preserve their right to pursue (or abandon) certain avoidance actions before the then-impending expiration of the two-year statute of limitations to file such actions; on the other hand, it established procedures to avoid having to force all potential defendants to retain counsel and defend against the adversary proceedings when, in fact, the Debtors anticipated that most of them would be resolved upon the Debtors' emergence from chapter 11 and thus never pursued.  To that end, the Preservation Of Estate Claims Procedures Order (i) allowed the Debtors to file adversary proceeding complaints under seal, (ii) directed the Clerk of Court to delay issuing summonses for complaints unless and until the Debtors notified the Clerk of Court of their intent to prosecute such actions, (iii) stayed each adversary action unless and until the Debtors make service of process on the respective defendants, and (iv) extended the deadline under Fed. R. Civ. P. 4(m) by which the Debtors would have to serve process to March 31, 2008, which was less than 60 days beyond the 120-day deadline, so that the complaints would not be subject to dismissal under Fed. R. Civ. P. 4(m). Such relief was intended to allow the Debtors to preserve potentially valuable assets without disrupting the Plan process or business relationships or prejudicing the rights of any defendants.

17.        In accordance with the Preservation Of Estate Claims Procedures Order, the Debtors commenced 742 adversary proceedings (the "Adversary Proceedings") by filing complaints under seal.  On January 25, 2008, the Court entered the Confirmation Order.  Under

the Plan, the Debtors will not retain any of the causes of action asserted in the Adversary

Proceedings except those specifically listed on Exhibit 7.24 to the Plan.[4]

<u>Relief Requested</u>

18.     By this Motion, the Debtors request entry of an order under Bankruptcy

Rule 9006(b)(1) and Federal Rule Of Civil Procedure 4(m), made applicable by Bankruptcy

Rule 7004(a), to extend the deadline by which the Debtors would be required to serve a

summons and complaint upon each defendant under the Preservation Of Estate Claims

Procedures Order.  Specifically, the Debtors request that the existing March 31, 2008 service

deadline set forth in the Preservation Of Estate Claims Procedures Order be extended by two

months to May 31, 2008.  The Debtors accordingly request that the Court enter the proposed

Extension of Avoidance Action Service Deadline Order, a copy of which is annexed hereto as

<u>Exhibit A</u>.

<u>Basis For Relief</u>

19.     The Debtors intend to emerge from chapter 11 as soon as reasonably

practicable.  Under the Preservation Of Estate Claims Procedures Order, however, the Debtors'

current deadline to serve the summons and complaint on every defendant in the Adversary

Proceedings is March 31, 2008.  To meet the March 31, 2008 deadline for each of the defendants,

the Debtors would first have to request that the Clerk of Court issue in the coming weeks

summonses for each of the 742 Adversary Proceedings to allow enough time for the summonses

to be issued and subsequently served with the complaints by the March 31, 2008 deadline.

---

[4]     Of the five categories of claims listed by the Debtors on Exhibit 7.24 to the Plan, only the claims relating to
Laneko Engineering Co., Wachovia Bank, National Association, Laneko Engineering Co. Inc., and their
affiliates and subsidiaries are subject to the Preservation Of Estate Claims Procedures Order.  (<u>See</u> Exhibit 7.24
to the Plan (Docket No. 11608).)

20.    Contemplating that further extensions may be necessary to achieve the goals of the Preservation Of Estate Claims Procedures Order, that order expressly provided that the Debtors' previous extension of the deadline for services of process was "without prejudice [to the Debtors' ability] to seek further extensions" if appropriate.  (See Preservation Of Estate Claims Procedures Order ¶ 8.)

21.    The Debtors now believe that the short two-month extension of the Fed. R. Civ. P. 4(m) deadline that is requested in this Motion is appropriate, and that there is good cause for such an extension.  Such an extension would enable the Debtors to fulfill their fiduciary responsibility to preserve valuable estate assets in a manner that would not unnecessarily disrupt the emergence process or the Debtors' current business relationships with potential defendants that are necessary to the Debtors' ongoing operations.  Moreover, the requested limited extension would reduce the administrative and economic burdens of the Adversary Proceedings on the Debtors, the Court, the Clerk of Court, and the potential defendants.  Specifically, the Debtors believe that the resources that they, the Court, the Clerk of Court, and the defendants would need to expend on issuing and serving 742 summonses and complaints in the Adversary Proceedings at this time—and the potential need thereafter to prosecute and defend such adversary proceedings—would not be in the best interests of the Debtors' estates, the Debtors' stakeholders, and other parties-in-interest because most of the Adversary Proceedings will not be prosecuted once the Plan becomes effective.  The Debtors submit that these reasons comprise good cause for the requested extension.

<u>Applicable Authority</u>

22.    The Bankruptcy Rules and Federal Rules of Civil Procedure grant this Court discretion to adopt and implement guidelines which will aid in the administration of Adversary Proceedings, including discretion to grant the proposed extension of the service of

9

process deadline.  See <u>In re Sheehan</u>, 253 F.3d 507, 511 (9th Cir. 2001) ("The time for service in an adversary proceeding may be extended under two different rules: Rule 4(m) of the Federal Rules of Civil Procedure, and Bankruptcy Rule 9006(b).").

23.    Bankruptcy Rule 9006(b)(1) provides for the enlargement of time to perform acts required under the Bankruptcy Rules: "[W]hen an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of court, the court for cause shown may at any time in its discretion . . . order the period enlarged if the request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . . ."  Fed. R. Bankr. P. 9006(b)(1).

24.    Moreover, Fed. R. Civil P. 4(m), made applicable here by Bankruptcy Rule 7004(a), requires courts, upon a showing of good cause, to extend the period for service of process after the filing of a complaint.  See <u>Bank of Cape Verde v. Bronson</u>, 167 F.R.D. 370, 371-72 (S.D.N.Y. 1996) (good cause existed when future events would have likely "obviated the need to serve the [] complaint" and when plaintiff requested extension before Fed. R. Civ. P. 4(m) deadline expired).  Even absent good cause, this Court has discretion to extend the 120-day service period.  See <u>Mejia v. Castle Hotel Inc.</u>, 164 F.R.D. 343, 345 (S.D.N.Y. 1996).

25.    The Debtors accordingly request that the Court enter the proposed order, annexed hereto as <u>Exhibit A</u>, which would extend by two months (i.e., from March 31, 2008 to May 31, 2008) the Debtors' Fed. R. Civ. P. 4(m) deadline to serve each defendant in the Adversary Proceedings commenced in connection with the Preservation Of Estate Claims

Procedures Order with a summons and a copy of the complaint, without prejudice to the Debtors' right to seek further extensions of the deadline.[5]

## Notice Of Motion

26.     Notice of this Motion has been provided in accordance with the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883), and the Tenth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered February 4, 2008 (Docket No. 12487).  In light of the nature of the relief requested, the Debtors submit that no other or further notice is necessary.

## Memorandum Of Law

27.     Because the legal points and authorities upon which this Motion relies are incorporated herein, the Debtors respectfully request that the requirement of the service and filing of a separate memorandum of law under Local Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York be deemed satisfied.

---

[5]     Similar relief was granted in In re Ames Dep't Stores, Inc., No. 01-42217 (REG) (Bankr. S.D.N.Y. Feb. 3, 2004).  (See Order Extending Time For Service Of Process With Respect To Certain Preference Actions (Docket No. 2524).)

WHEREFORE the Debtors respectfully request that the Court enter an order (a) granting the relief requested herein and (b) granting the Debtors such other and further relief as is just.

Dated:    New York, New York
          February 28, 2008

SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP

By:    /s/ John Wm. Butler, Jr.
       John Wm. Butler, Jr. (JB 4711)
       John K. Lyons (JL 9331)
       Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

       - and -

By:    /s/ Kayalyn A. Marafioti
       Kayalyn A. Marafioti (KM 9632)
       Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
      In re                                 :        Chapter 11
                                          :
DELPHI CORPORATION, <u>et al.</u>,                 :        Case No. 05-44481 (RDD)
                                          :
                Debtors.               :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


ORDER PURSUANT TO FED. R. BANKR. P. 7004(a) AND
9006(b)(1) AND FED. R. CIV. P. 4(m) TO EXTEND DEADLINE TO
SERVE PROCESS FOR AVOIDANCE ACTIONS FILED IN CONNECTION
<u>WITH PRESERVATION OF ESTATE CLAIMS PROCEDURES ORDER</u>

("EXTENSION OF AVOIDANCE ACTION SERVICE DEADLINE ORDER")

          Upon the motion, dated February 28, 2008 (the "Motion"), of Delphi

Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-

possession in the above-captioned cases (collectively, the "Debtors"), for an order under

Federal Rules of Bankruptcy Procedure 7004(a) and 9006(b)(1) and Federal Rule of Civil

Procedure 4(m) to extend the deadline to serve process for Adversary Proceedings[1]

commenced in connection with the Preservation Of Estate Claims Procedures Order[2]

(Docket No. 9105); and upon the record of the hearing held on the Motion; and this Court

having determined that the relief requested in the Motion is in the best interests of the

Debtors, their estates, their creditors, and other parties-in-interest; and it appearing that

proper and adequate notice of the Motion has been given and that no other or further notice

_____

[1]    Capitalized terms used and not defined herein shall have the meanings ascribed to them in the Motion.

[2]    The Adversary Proceedings are listed by adversary proceeding number on <u>Exhibit A</u> attached hereto.

is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.      The Motion is GRANTED.

2.      Paragraph 8 of the Preservation Of Estate Claims Procedures Order is modified so that the time under Federal Rule of Civil Procedure 4(m) by which the Debtors must serve a defendant in the Adversary Proceedings with a summons and complaint is further extended to May 31, 2008, without prejudice to the Debtors' right to seek further extensions.  The Debtors shall serve a copy of this order upon each defendant in any Adversary Proceeding either when the Debtors serve a summons and complaint on such defendant or as soon thereafter as practicable.  All other provisions of the Preservation Of Estate Claims Procedures Order shall remain in effect.

3.      This order shall be deemed entered in each of the Adversary Proceedings.

4.      The Debtors shall file a copy of this order in each of the Adversary Proceedings.

5.      This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

2

6.      The requirement under Rule 9013-1(b) of the Local Bankruptcy

Rules for the United States Bankruptcy Court for the Southern District of New York for

the service and filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated: New York, New York
       March ___, 2008

_____
        UNITED STATES BANKRUPTCY JUDGE

# DELPHI ADVERSARY PROCEEDING NUMBERS

| | | |
|---|---|---|
| 07-02072 | 07-02209 | 07-02251 |
| 07-02084 | 07-02213 | 07-02255 |
| 07-02090 | 07-02214 | 07-02259 |
| 07-02096 | 07-02219 | 07-02261 |
| 07-02101 | 07-02224 | 07-02265 |
| 07-02106 | 07-02227 | 07-02267 |
| 07-02115 | 07-02231 | 07-02270 |
| 07-02120 | 07-02077 | 07-02273 |
| 07-02124 | 07-02080 | 07-02276 |
| 07-02138 | 07-02083 | 07-02277 |
| 07-02142 | 07-02091 | 07-02280 |
| 07-02147 | 07-02095 | 07-02281 |
| 07-02150 | 07-02102 | 07-02282 |
| 07-02154 | 07-02105 | 07-02283 |
| 07-02157 | 07-02112 | 07-02284 |
| 07-02163 | 07-02117 | 07-02288 |
| 07-02170 | 07-02123 | 07-02291 |
| 07-02184 | 07-02125 | 07-02293 |
| 07-02190 | 07-02128 | 07-02074 |
| 07-02198 | 07-02130 | 07-02078 |
| 07-02202 | 07-02135 | 07-02082 |
| 07-02204 | 07-02137 | 07-02085 |
| 07-02208 | 07-02143 | 07-02089 |
| 07-02076 | 07-02148 | 07-02093 |
| 07-02081 | 07-02152 | 07-02108 |
| 07-02087 | 07-02159 | 07-02114 |
| 07-02097 | 07-02165 | 07-02119 |
| 07-02104 | 07-02169 | 07-02122 |
| 07-02112 | 07-02174 | 07-02126 |
| 07-02132 | 07-02175 | 07-02129 |
| 07-02140 | 07-02182 | 07-02131 |
| 07-02145 | 07-02189 | 07-02136 |
| 07-02153 | 07-02196 | 07-02141 |
| 07-02160 | 07-02200 | 07-02146 |
| 07-02166 | 07-02088 | 07-02151 |
| 07-02171 | 07-02094 | 07-02156 |
| 07-02180 | 07-02099 | 07-02158 |
| 07-02186 | 07-02103 | 07-02164 |
| 07-02191 | 07-02109 | 07-02167 |
| 07-02195 | 07-02110 | 07-02172 |
| 07-02201 | 07-02239 | 07-02176 |
| 07-02205 | 07-02244 | 07-02179 |
| 07-02207 | 07-02248 | 07-02183 |

## DELPHI ADVERSARY PROCEEDING NUMBERS

| | | |
|---|---|---|
| 07-02187 | 07-02107 | 07-02334 |
| 07-02193 | 07-02111 | 07-02337 |
| 07-02233 | 07-02118 | 07-02340 |
| 07-02238 | 07-02107 | 07-02346 |
| 07-02243 | 07-02149 | 07-02350 |
| 07-02247 | 07-02162 | 07-02354 |
| 07-02249 | 07-02173 | 07-02359 |
| 07-02253 | 07-02178 | 07-02237 |
| 07-02257 | 07-02185 | 07-02240 |
| 07-02263 | 07-02192 | 07-02246 |
| 07-02075 | 07-02197 | 07-02258 |
| 07-02086 | 07-02203 | 07-02264 |
| 07-02100 | 07-02211 | 07-02271 |
| 07-02116 | 07-02214 | 07-02274 |
| 07-02121 | 07-02218 | 07-02279 |
| 07-02127 | 07-02223 | 07-02285 |
| 07-02133 | 07-02229 | 07-02289 |
| 07-02139 | 07-02232 | 07-02294 |
| 07-02144 | 07-02234 | 07-02298 |
| 07-02155 | 07-02236 | 07-02302 |
| 07-02161 | 07-02242 | 07-02312 |
| 07-02168 | 07-02215 | 07-02316 |
| 07-02177 | 07-02220 | 07-02324 |
| 07-02181 | 07-02222 | 07-02330 |
| 07-02188 | 07-02226 | 07-02336 |
| 07-02194 | 07-02230 | 07-02342 |
| 07-02199 | 07-02252 | 07-02347 |
| 07-02206 | 07-02256 | 07-02783 |
| 07-02210 | 07-02262 | 07-02355 |
| 07-02212 | 07-02266 | 07-02361 |
| 07-02217 | 07-02269 | 07-02367 |
| 07-02221 | 07-02272 | 07-02373 |
| 07-02225 | 07-02275 | 07-02379 |
| 07-02228 | 07-02278 | 07-02397 |
| 07-02235 | 07-02299 | 07-02405 |
| 07-02241 | 07-02303 | 07-02268 |
| 07-02245 | 07-02306 | 07-02296 |
| 07-02250 | 07-02309 | 07-02304 |
| 07-02254 | 07-02314 | 07-02308 |
| 07-02260 | 07-02318 | 07-02311 |
| 07-02079 | 07-02321 | 07-02315 |
| 07-02092 | 07-02326 | 07-02320 |
| 07-02098 | 07-02329 | 07-02323 |

## DELPHI ADVERSARY PROCEEDING NUMBERS

| | | |
|---|---|---|
| 07-02328 | 07-02485 | 07-02706 |
| 07-02333 | 07-02488 | 07-02708 |
| 07-02784 | 07-02490 | 07-02710 |
| 07-02338 | 07-02493 | 07-02712 |
| 07-02341 | 07-02497 | 07-02714 |
| 07-02345 | 07-02499 | 07-02715 |
| 07-02349 | 07-02503 | 07-02717 |
| 07-02351 | 07-02506 | 07-02718 |
| 07-02356 | 07-02510 | 07-02719 |
| 07-02360 | 07-02513 | 07-02720 |
| 07-02363 | 07-02517 | 07-02721 |
| 07-02364 | 07-02521 | 07-02723 |
| 07-02369 | 07-02525 | 07-02726 |
| 07-02374 | 07-02528 | 07-02728 |
| 07-02377 | 07-02532 | 07-02730 |
| 07-02382 | 07-02535 | 07-02732 |
| 07-02384 | 07-02538 | 07-02734 |
| 07-02386 | 07-02544 | 07-02736 |
| 07-02388 | 07-02547 | 07-02738 |
| 07-02390 | 07-02549 | 07-02739 |
| 07-02392 | 07-02286 | 07-02741 |
| 07-02393 | 07-02290 | 07-02743 |
| 07-02396 | 07-02295 | 07-02745 |
| 07-02402 | 07-02297 | 07-02747 |
| 07-02407 | 07-02301 | 07-02749 |
| 07-02417 | 07-02305 | 07-02751 |
| 07-02421 | 07-02310 | 07-02753 |
| 07-02430 | 07-02317 | 07-02754 |
| 07-02442 | 07-02322 | 07-02756 |
| 07-02445 | 07-02327 | 07-02758 |
| 07-02449 | 07-02332 | 07-02760 |
| 07-02452 | 07-02335 | 07-02761 |
| 07-02454 | 07-02343 | 07-02762 |
| 07-02458 | 07-02348 | 07-02764 |
| 07-02461 | 07-02352 | 07-02766 |
| 07-02464 | 07-02357 | 07-02368 |
| 07-02467 | 07-02362 | 07-02371 |
| 07-02470 | 07-02366 | 07-02375 |
| 07-02473 | 07-02372 | 07-02378 |
| 07-02475 | 07-02696 | 07-02381 |
| 07-02478 | 07-02701 | 07-02383 |
| 07-02481 | 07-02703 | 07-02785 |
| 07-02483 | 07-02704 | 07-02387 |

## DELPHI ADVERSARY PROCEEDING NUMBERS

| | | |
|---|---|---|
| 07-02389 | 07-02498 | 07-02537 |
| 07-02391 | 07-02500 | 07-02540 |
| 07-02394 | 07-02504 | 07-02543 |
| 07-02398 | 07-02511 | 07-02545 |
| 07-02400 | 07-02515 | 07-02548 |
| 07-02401 | 07-02507 | 07-02559 |
| 07-02403 | 07-02520 | 07-02560 |
| 07-02406 | 07-02524 | 07-02561 |
| 07-02408 | 07-02527 | 07-02562 |
| 07-02410 | 07-02530 | 07-02563 |
| 07-02413 | 07-02533 | 07-02564 |
| 07-02416 | 07-02536 | 07-02565 |
| 07-02420 | 07-02541 | 07-02566 |
| 07-02423 | 07-02414 | 07-02567 |
| 07-02425 | 07-02418 | 07-02568 |
| 07-02428 | 07-02424 | 07-02569 |
| 07-02429 | 07-02427 | 07-02570 |
| 07-02432 | 07-02433 | 07-02571 |
| 07-02434 | 07-02435 | 07-02572 |
| 07-02436 | 07-02439 | 07-02573 |
| 07-02438 | 07-02447 | 07-02574 |
| 07-02441 | 07-02451 | 07-02575 |
| 07-02443 | 07-02455 | 07-02576 |
| 07-02446 | 07-02459 | 07-02577 |
| 07-02448 | 07-02462 | 07-02578 |
| 07-02450 | 07-02465 | 07-02580 |
| 07-02453 | 07-02469 | 07-02582 |
| 07-02456 | 07-02471 | 07-02583 |
| 07-02457 | 07-02476 | 07-02584 |
| 07-02460 | 07-02479 | 07-02585 |
| 07-02463 | 07-02482 | 07-02587 |
| 07-02786 | 07-02487 | 07-02589 |
| 07-02466 | 07-02491 | 07-02591 |
| 07-02468 | 07-02496 | 07-02287 |
| 07-02472 | 07-02501 | 07-02292 |
| 07-02474 | 07-02508 | 07-02300 |
| 07-02477 | 07-02512 | 07-02307 |
| 07-02480 | 07-02516 | 07-02313 |
| 07-02484 | 07-02518 | 07-02319 |
| 07-02486 | 07-02522 | 07-02325 |
| 07-02489 | 07-02526 | 07-02331 |
| 07-02492 | 07-02529 | 07-02339 |
| 07-02495 | 07-02531 | 07-02344 |

## DELPHI ADVERSARY PROCEEDING NUMBERS

| | | |
|---|---|---|
| 07-02353 | 07-02755 | 07-02640 |
| 07-02358 | 07-02757 | 07-02641 |
| 07-02365 | 07-02759 | 07-02642 |
| 07-02370 | 07-02763 | 07-02643 |
| 07-02376 | 07-02765 | 07-02644 |
| 07-02380 | 07-02767 | 07-02645 |
| 07-02385 | 07-02768 | 07-02646 |
| 07-02395 | 07-02769 | 07-02647 |
| 07-02419 | 07-02770 | 07-02648 |
| 07-02689 | 07-02771 | 07-02649 |
| 07-02690 | 07-02772 | 07-02650 |
| 07-02691 | 07-02773 | 07-02651 |
| 07-02692 | 07-02774 | 07-02652 |
| 07-02693 | 07-02775 | 07-02653 |
| 07-02694 | 07-02776 | 07-02654 |
| 07-02695 | 07-02777 | 07-02655 |
| 07-02697 | 07-02778 | 07-02656 |
| 07-02698 | 07-02779 | 07-02657 |
| 07-02699 | 07-02617 | 07-02658 |
| 07-02700 | 07-02618 | 07-02659 |
| 07-02702 | 07-02619 | 07-02660 |
| 07-02705 | 07-02620 | 07-02661 |
| 07-02707 | 07-02621 | 07-02662 |
| 07-02709 | 07-02622 | 07-02663 |
| 07-02711 | 07-02623 | 07-02664 |
| 07-02713 | 07-02624 | 07-02665 |
| 07-02716 | 07-02625 | 07-02666 |
| 07-02722 | 07-02626 | 07-02667 |
| 07-02724 | 07-02627 | 07-02668 |
| 07-02725 | 07-02628 | 07-02669 |
| 07-02727 | 07-02629 | 07-02670 |
| 07-02729 | 07-02787 | 07-02671 |
| 07-02731 | 07-02630 | 07-02672 |
| 07-02733 | 07-02631 | 07-02673 |
| 07-02735 | 07-02788 | 07-02674 |
| 07-02737 | 07-02632 | 07-02675 |
| 07-02740 | 07-02633 | 07-02676 |
| 07-02742 | 07-02634 | 07-02677 |
| 07-02744 | 07-02635 | 07-02678 |
| 07-02746 | 07-02336 | 07-02679 |
| 07-02748 | 07-02637 | 07-02680 |
| 07-02750 | 07-02638 | 07-02681 |
| 07-02752 | 07-02639 | 07-02682 |

## DELPHI ADVERSARY PROCEEDING NUMBERS

| | | |
|---|---|---|
| 07-02683 | 07-02588 | 07-02810 |
| 07-02684 | 07-02590 | 07-02811 |
| 07-02685 | 07-02592 | 07-02812 |
| 07-02686 | 07-02593 | 07-02813 |
| 07-02687 | 07-02594 | 07-02814 |
| 07-02688 | 07-02595 | 07-02815 |
| 07-02399 | 07-02596 | 07-02816 |
| 07-02404 | 07-02597 | 07-02817 |
| 07-02409 | 07-02598 | 07-02818 |
| 07-02411 | 07-02599 | 07-02819 |
| 07-02412 | 07-02600 | 07-02862 |
| 07-02415 | 07-02601 | |
| 07-02422 | 07-02602 | |
| 07-02426 | 07-02603 | |
| 07-02431 | 07-02604 | |
| 07-02437 | 07-02605 | |
| 07-02789 | 07-02606 | |
| 07-02440 | 07-02607 | |
| 07-02790 | 07-02608 | |
| 07-02444 | 07-02609 | |
| 07-02494 | 07-02610 | |
| 07-02502 | 07-02611 | |
| 07-02505 | 07-02612 | |
| 07-02509 | 07-02613 | |
| 07-02514 | 07-02614 | |
| 07-02519 | 07-02615 | |
| 07-02523 | 07-02616 | |
| 07-02534 | 07-02794 | |
| 07-02539 | 07-02803 | |
| 07-02542 | 07-02805 | |
| 07-02546 | 07-02797 | |
| 07-02550 | 07-02795 | |
| 07-02551 | 07-02796 | |
| 07-02552 | 07-02798 | |
| 07-02553 | 07-02799 | |
| 07-02554 | 07-02800 | |
| 07-02555 | 07-02801 | |
| 07-02556 | 07-02802 | |
| 07-02557 | 07-02804 | |
| 07-02558 | 07-02806 | |
| 07-02579 | 07-02807 | |
| 07-02581 | 07-02808 | |
| 07-02586 | 07-02809 | |

**Hearing Date And Time: March 19, 2008 at 10:00 a.m.**
**Objection Deadline: March 12, 2008 at 4:00 p.m.**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                            :
    In re                        :     Chapter 11
                            :
DELPHI CORPORATION, et al.,    :     Case No. 05-44481 (RDD)
                            :
                Debtors.   :     (Jointly Administered)
                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF MOTION PURSUANT TO FED. R. BANKR. P. 7004(a) AND
9006(b)(1) AND FED. R. CIV. P. 4(m) TO EXTEND DEADLINE TO
SERVE PROCESS FOR AVOIDANCE ACTIONS FILED IN CONNECTION
WITH PRESERVATION OF ESTATE CLAIMS PROCEDURES ORDER

PLEASE TAKE NOTICE that on February 28, 2008, Delphi Corporation

("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), filed a Motion Pursuant To Fed. R. Bankr.

P. 7004(a) And 9006(b)(1) And Fed. R. Civ. P. 4(m) To Extend Deadline To Serve Process For

Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order

(the "Motion").

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the

Motion will be held on March 19, 2008 at 10:00 a.m. (prevailing Eastern time) (the "Hearing")

before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District

of New York, One Bowling Green, Room 610, New York, New York 10004 (the "Bankruptcy

Court").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must

(a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local

Bankruptcy Rules for the Southern District of New York, the Supplemental Order Under

11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014

Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And

Administrative Procedures, entered March 20, 2006 (the "Supplemental Case Management

Order") (Docket No. 2883), and the Tenth Supplemental Order Under 11 U.S.C. §§ 102(1) And

105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates

And Certain Notice, Case Management, And Administrative Procedures, entered February 4,

2008 (Docket No. 12487) (the "Tenth Supplemental Case Management Order"), (c) be filed with

the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users

of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-

2

interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick), (iv) counsel for the official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (v) counsel for the official committee of equity security holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), and (vi) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n:  Alicia M. Leonhard), in each case so as to be **received** no later than **4:00 p.m. (prevailing Eastern time) on March 12, 2008** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Supplemental Case Management Order and the Tenth Supplemental Case Management Order will be considered by the Bankruptcy Court at the Hearing.  If no objections to the Motion are timely filed and served in accordance with the procedures set forth herein and in the Supplemental Case Management Order and the Tenth Supplemental Case Management Order, the Bankruptcy Court may enter an order granting the Motion without further notice.

Dated: New York, New York
       February 28, 2008

SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons  (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

    - and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

4

# **EXHIBIT E**

**March 19, 2008 Hearing Transcript**

ORIGINAL

1

1

2  UNITED STATES BANKRUPTCY COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  Case No. 05-44481

5  - - - - - - - - - - - - - - - - - - - -x

6  In the Matter of:

7

8  DELPHI CORPORATION,

9

10          Debtor.

11

12  - - - - - - - - - - - - - - - - - - - -x

13

14              United States Bankruptcy Court

15              One Bowling Green

16              New York, New York

17

18              March 19, 2008

19              10:09 AM

20

21  B E F O R E:

22  HON. ROBERT D. DRAIN

23  U.S. BANKRUPTCY JUDGE

24

25

21

1    prudent to file this motion.  As I indicated, it's been

2    reviewed with our statutory committees and with other

3    stakeholders.  No objections have been filed.

4            THE COURT:  Okay.  Does anyone want to say anything

5    on this motion?  All right.  I've reviewed it and the motion

6    clearly sets forth cause for, as you said, a precautionary

7    extension of exclusivity so I'll grant that.

8            MR. BUTLER:  Thank you, Your Honor.  Your Honor,

9    matter number 3 on the agenda is our motion to extend the Rule

10   4(m) time for services of summonses relating to avoidance

11   actions that were filed under the preservation of the estate

12   claims procedures order.  This motion is filed at docket number

13   12922 and this motion is also unopposed.

14           Essentially, Your Honor, what we're asking you to do

15   is to extend the time for an additional sixty days for

16   summonses to be served in connection to serve a complete

17   process in connection with all of the individual adversary

18   complaints that were filed under the estate claims procedures

19   order.  And you previously had granted us an extension through

20   March 31, 2008 and that was slightly less than sixty days

21   beyond the 120-day deadline set forth in Federal Civil

22   Procedure 4(m).  And that rule does provide -- in the case law

23   interpreting it, it does provide the opportunity for the

24   plaintiffs to come in and establish cause with the Court as to

25   an appropriate extension of those summonses.

22

1          Under case law here in the Southern District, this

2   Court has discretion to extend the 120-day service period and

3   it is a discretionary matter.  And it is particularly seen as

4   good cause when there is a reasonable belief that future events

5   would likely obviate the need to serve the complaint and

6   prosecute the actions.  That can be -- is obviously, Your

7   Honor, in this case, I think, self-evident.  Upon the

8   confirmation of a plan, I believe all but one, possibly two of

9   those matters, would end up not being pursued.  They would end

10  up being dismissed as of the effective date and would not be

11  pursued.  Similar relief of this nature has been granted in

12  other cases -- Chapter 11 cases in this district, including in

13  the Ames Department Store case in 2004 where a further

14  extension was granted at docket number 2524 in that case.

15          Your Honor, we believe that there is no reason to

16  move forward with the service of summons with respect to the

17  742 adversary proceedings that are under seal.  We would ask

18  Your Honor to give us an additional sixty days through May 31st

19  to address that issue.

20          THE COURT:  Okay.  Does anyone have anything to say

21  on this motion?  All right.  I had one question and you alluded

22  to this.  The plan did reserve or retain the ability to pursue

23  a very small number of avoidance actions.  And my question is

24  with regard to that small group, have the debtors determined,

25  assuming the plan goes effective, that those will definitely be

23

1  pursued or is that still something they're analyzing in light

2  of the cost of pursuing it versus the net gain of a victory --

3          MR. BUTLER:  I think, Your Honor --

4          THE COURT:  -- or potential victory?

5          MR. BUTLER:  -- those are still under analysis.  They

6  were retained because of the unique circumstances that were

7  pled in those particular proceedings.  And I don't think a

8  final decision has been made as to whether those would actually

9  be pursued.  But obviously, we did make -- we did do enough

10  analysis to decide that as opposed to the other 740 odd actions

11  that these should be retained for that purpose.

12          THE COURT:  Did those defendants get notice of the

13  motion?

14          MR. BUTLER:  Everyone received notice of the 4(m)

15  motion, I believe.  Let me make sure.  Is that -- I want to

16  just double check with my folks.  It went to the 2002 services,

17  I know for sure.  Just give us one second, Your Honor.

18          THE COURT:  Okay.

19          MR. BUTLER:  Your Honor, I'm almost certain that they

20  would have not gotten individualized notice unless they were on

21  the 2002 list.

22          THE COURT:  Okay.

23          MR. BUTLER:  And the reason for that is I'm not sure

24  they know about the existence of the pleadings.

25          THE COURT:  All right.  Well, I debated whether to

24

1    have you settle the order on those -- that handful of people.

2    I mean, normally, no one wants to have litigation be activated

3    but I think the rationale potentially for them is a little

4    different than the others.  So I think I'll -- particularly, if

5    we're not sure whether they got the notice.

6            MR. BUTLER:  Your Honor, I think -- let me just --

7            THE COURT:  If they're on the 2002 list, you don't

8    need to settle it.  If they weren't -- they weren't served with

9    it, I'd like you to settle it as to the handful of people that

10   the plan at least contemplates would be pursued.

11           MR. BUTLER:  Right.

12           THE COURT:  With regard to the vast majority, all the

13   others, clearly there's a good basis for not activating that

14   litigation.  It would be moot upon consummation of the plan.

15           MR. BUTLER:  We'll do that, Your Honor.  And the

16   existence of those folks is obviously that that exhibit to the

17   plan is public.  So everyone knows what that retention is.

18   So --

19           THE COURT:  Right.

20           MR. BUTLER:  -- we will deal with that and we will

21   settle the order.  If they're not --

22           THE COURT:  You can do it five days notice.

23           MR. BUTLER:  Okay.  Thank you, Your Honor.

24           THE COURT:  Okay.  If they're not on the 2002 list.

25           MR. BUTLER:  Thanks -- thank you, Your Honor.  Your

## EXHIBIT F

**Extension of Avoidance Action Service Deadline Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
      In re                         :          Chapter 11
                                    :
DELPHI CORPORATION, <u>et al.</u>,    :          Case No. 05-44481 (RDD)
                                    :
                  Debtors.    :          (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER PURSUANT TO FED. R. BANKR. P. 7004(a) AND 9006(b)(1) AND FED. R. CIV. P. 4(m) TO EXTEND DEADLINE TO SERVE PROCESS FOR AVOIDANCE ACTIONS FILED IN CONNECTION <u>WITH PRESERVATION OF ESTATE CLAIMS PROCEDURES ORDER</u>

### ("EXTENSION OF AVOIDANCE ACTION SERVICE DEADLINE ORDER")

          Upon the unopposed motion, dated February 28, 2008 (the "Motion"), of

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and

debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for an

order under Federal Rules of Bankruptcy Procedure 7004(a) and 9006(b)(1) and Federal

Rule of Civil Procedure 4(m) to extend the deadline to serve process for Adversary

Proceedings[1] commenced in connection with the Preservation Of Estate Claims Procedures

Order[2] (Docket No. 9105); and upon the record of the hearing held on the Motion; and this

Court having determined that the relief requested in the Motion is in the best interests of

the Debtors, their estates, their creditors, and other parties-in-interest; and it appearing that

proper and adequate notice of the Motion has been given, and it appearing that the notice

---

[1]    Capitalized terms used and not defined herein shall have the meanings ascribed to them in the Motion.



of the presentment of this order has been given in accordance with this Court's direction and Local Rule 9074-1 to the parties in the adversary proceeding that is subject to the Preservation of Estate Claims Procedures Order and listed on Exhibit 7.24 of the Debtors' Plan, and it appearing that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.      The Motion is GRANTED.

2.      Paragraph 8 of the Preservation Of Estate Claims Procedures Order is hereby modified so that the time under Federal Rule of Civil Procedure 4(m) by which the Debtors must serve a defendant in the Adversary Proceedings with a summons and complaint is further extended to May 31, 2008, without prejudice to the Debtors' right to seek further extensions.  The Debtors shall serve a copy of this order upon each defendant in any Adversary Proceeding either when the Debtors serve a summons and complaint on such defendant or as soon thereafter as practicable.  All other provisions of the Preservation Of Estate Claims Procedures Order shall remain in effect.

3.      This order shall be deemed entered in each of the Adversary Proceedings.

4.      The Debtors shall file a copy of this order in each of the Adversary Proceedings.

5.      This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

---

[2]    The Adversary Proceedings are listed by adversary proceeding number on Exhibit A attached hereto.

2

6.       The requirement under Rule 9013-1(b) of the Local Bankruptcy

Rules for the United States Bankruptcy Court for the Southern District of New York for

the service and filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated: New York, New York
        March 28, 2008

_____/s/ Robert D. Drain_____
        UNITED STATES BANKRUPTCY JUDGE

# Exhibit A

### DELPHI ADVERSARY PROCEEDING NUMBERS

| | | |
|---|---|---|
| 07-02072 | 07-02209 | 07-02251 |
| 07-02084 | 07-02213 | 07-02255 |
| 07-02090 | 07-02214 | 07-02259 |
| 07-02096 | 07-02219 | 07-02261 |
| 07-02101 | 07-02224 | 07-02265 |
| 07-02106 | 07-02227 | 07-02267 |
| 07-02115 | 07-02231 | 07-02270 |
| 07-02120 | 07-02077 | 07-02273 |
| 07-02124 | 07-02080 | 07-02276 |
| 07-02138 | 07-02083 | 07-02277 |
| 07-02142 | 07-02091 | 07-02280 |
| 07-02147 | 07-02095 | 07-02281 |
| 07-02150 | 07-02102 | 07-02282 |
| 07-02154 | 07-02105 | 07-02283 |
| 07-02157 | 07-02112 | 07-02284 |
| 07-02163 | 07-02117 | 07-02288 |
| 07-02170 | 07-02123 | 07-02291 |
| 07-02184 | 07-02125 | 07-02293 |
| 07-02190 | 07-02128 | 07-02074 |
| 07-02198 | 07-02130 | 07-02078 |
| 07-02202 | 07-02135 | 07-02082 |
| 07-02204 | 07-02137 | 07-02085 |
| 07-02208 | 07-02143 | 07-02089 |
| 07-02076 | 07-02148 | 07-02093 |
| 07-02081 | 07-02152 | 07-02108 |
| 07-02087 | 07-02159 | 07-02114 |
| 07-02097 | 07-02165 | 07-02119 |
| 07-02104 | 07-02169 | 07-02122 |
| 07-02112 | 07-02174 | 07-02126 |
| 07-02132 | 07-02175 | 07-02129 |
| 07-02140 | 07-02182 | 07-02131 |
| 07-02145 | 07-02189 | 07-02136 |
| 07-02153 | 07-02196 | 07-02141 |
| 07-02160 | 07-02200 | 07-02146 |
| 07-02166 | 07-02088 | 07-02151 |
| 07-02171 | 07-02094 | 07-02156 |
| 07-02180 | 07-02099 | 07-02158 |
| 07-02186 | 07-02103 | 07-02164 |
| 07-02191 | 07-02109 | 07-02167 |
| 07-02195 | 07-02110 | 07-02172 |
| 07-02201 | 07-02239 | 07-02176 |
| 07-02205 | 07-02244 | 07-02179 |
| 07-02207 | 07-02248 | 07-02183 |

## DELPHI ADVERSARY PROCEEDING NUMBERS

| | | |
|---|---|---|
| 07-02187 | 07-02107 | 07-02334 |
| 07-02193 | 07-02111 | 07-02337 |
| 07-02233 | 07-02118 | 07-02340 |
| 07-02238 | 07-02107 | 07-02346 |
| 07-02243 | 07-02149 | 07-02350 |
| 07-02247 | 07-02162 | 07-02354 |
| 07-02249 | 07-02173 | 07-02359 |
| 07-02253 | 07-02178 | 07-02237 |
| 07-02257 | 07-02185 | 07-02240 |
| 07-02263 | 07-02192 | 07-02246 |
| 07-02075 | 07-02197 | 07-02258 |
| 07-02086 | 07-02203 | 07-02264 |
| 07-02100 | 07-02211 | 07-02271 |
| 07-02116 | 07-02214 | 07-02274 |
| 07-02121 | 07-02218 | 07-02279 |
| 07-02127 | 07-02223 | 07-02285 |
| 07-02133 | 07-02229 | 07-02289 |
| 07-02139 | 07-02232 | 07-02294 |
| 07-02144 | 07-02234 | 07-02298 |
| 07-02155 | 07-02236 | 07-02302 |
| 07-02161 | 07-02242 | 07-02312 |
| 07-02168 | 07-02215 | 07-02316 |
| 07-02177 | 07-02220 | 07-02324 |
| 07-02181 | 07-02222 | 07-02330 |
| 07-02188 | 07-02226 | 07-02336 |
| 07-02194 | 07-02230 | 07-02342 |
| 07-02199 | 07-02252 | 07-02347 |
| 07-02206 | 07-02256 | 07-02783 |
| 07-02210 | 07-02262 | 07-02355 |
| 07-02212 | 07-02266 | 07-02361 |
| 07-02217 | 07-02269 | 07-02367 |
| 07-02221 | 07-02272 | 07-02373 |
| 07-02225 | 07-02275 | 07-02379 |
| 07-02228 | 07-02278 | 07-02397 |
| 07-02235 | 07-02299 | 07-02405 |
| 07-02241 | 07-02303 | 07-02268 |
| 07-02245 | 07-02306 | 07-02296 |
| 07-02250 | 07-02309 | 07-02304 |
| 07-02254 | 07-02314 | 07-02308 |
| 07-02260 | 07-02318 | 07-02311 |
| 07-02079 | 07-02321 | 07-02315 |
| 07-02092 | 07-02326 | 07-02320 |
| 07-02098 | 07-02329 | 07-02323 |

## DELPHI ADVERSARY PROCEEDING NUMBERS

| | | |
|---|---|---|
| 07-02328 | 07-02485 | 07-02706 |
| 07-02333 | 07-02488 | 07-02708 |
| 07-02784 | 07-02490 | 07-02710 |
| 07-02338 | 07-02493 | 07-02712 |
| 07-02341 | 07-02497 | 07-02714 |
| 07-02345 | 07-02499 | 07-02715 |
| 07-02349 | 07-02503 | 07-02717 |
| 07-02351 | 07-02506 | 07-02718 |
| 07-02356 | 07-02510 | 07-02719 |
| 07-02360 | 07-02513 | 07-02720 |
| 07-02363 | 07-02517 | 07-02721 |
| 07-02364 | 07-02521 | 07-02723 |
| 07-02369 | 07-02525 | 07-02726 |
| 07-02374 | 07-02528 | 07-02728 |
| 07-02377 | 07-02532 | 07-02730 |
| 07-02382 | 07-02535 | 07-02732 |
| 07-02384 | 07-02538 | 07-02734 |
| 07-02386 | 07-02544 | 07-02736 |
| 07-02388 | 07-02547 | 07-02738 |
| 07-02390 | 07-02549 | 07-02739 |
| 07-02392 | 07-02286 | 07-02741 |
| 07-02393 | 07-02290 | 07-02743 |
| 07-02396 | 07-02295 | 07-02745 |
| 07-02402 | 07-02297 | 07-02747 |
| 07-02407 | 07-02301 | 07-02749 |
| 07-02417 | 07-02305 | 07-02751 |
| 07-02421 | 07-02310 | 07-02753 |
| 07-02430 | 07-02317 | 07-02754 |
| 07-02442 | 07-02322 | 07-02756 |
| 07-02445 | 07-02327 | 07-02758 |
| 07-02449 | 07-02332 | 07-02760 |
| 07-02452 | 07-02335 | 07-02761 |
| 07-02454 | 07-02343 | 07-02762 |
| 07-02458 | 07-02348 | 07-02764 |
| 07-02461 | 07-02352 | 07-02766 |
| 07-02464 | 07-02357 | 07-02368 |
| 07-02467 | 07-02362 | 07-02371 |
| 07-02470 | 07-02366 | 07-02375 |
| 07-02473 | 07-02372 | 07-02378 |
| 07-02475 | 07-02696 | 07-02381 |
| 07-02478 | 07-02701 | 07-02383 |
| 07-02481 | 07-02703 | 07-02785 |
| 07-02483 | 07-02704 | 07-02387 |

## DELPHI ADVERSARY PROCEEDING NUMBERS

| | | |
|---|---|---|
| 07-02389 | 07-02498 | 07-02537 |
| 07-02391 | 07-02500 | 07-02540 |
| 07-02394 | 07-02504 | 07-02543 |
| 07-02398 | 07-02511 | 07-02545 |
| 07-02400 | 07-02515 | 07-02548 |
| 07-02401 | 07-02507 | 07-02559 |
| 07-02403 | 07-02520 | 07-02560 |
| 07-02406 | 07-02524 | 07-02561 |
| 07-02408 | 07-02527 | 07-02562 |
| 07-02410 | 07-02530 | 07-02563 |
| 07-02413 | 07-02533 | 07-02564 |
| 07-02416 | 07-02536 | 07-02565 |
| 07-02420 | 07-02541 | 07-02566 |
| 07-02423 | 07-02414 | 07-02567 |
| 07-02425 | 07-02418 | 07-02568 |
| 07-02428 | 07-02424 | 07-02569 |
| 07-02429 | 07-02427 | 07-02570 |
| 07-02432 | 07-02433 | 07-02571 |
| 07-02434 | 07-02435 | 07-02572 |
| 07-02436 | 07-02439 | 07-02573 |
| 07-02438 | 07-02447 | 07-02574 |
| 07-02441 | 07-02451 | 07-02575 |
| 07-02443 | 07-02455 | 07-02576 |
| 07-02446 | 07-02459 | 07-02577 |
| 07-02448 | 07-02462 | 07-02578 |
| 07-02450 | 07-02465 | 07-02580 |
| 07-02453 | 07-02469 | 07-02582 |
| 07-02456 | 07-02471 | 07-02583 |
| 07-02457 | 07-02476 | 07-02584 |
| 07-02460 | 07-02479 | 07-02585 |
| 07-02463 | 07-02482 | 07-02587 |
| 07-02786 | 07-02487 | 07-02589 |
| 07-02466 | 07-02491 | 07-02591 |
| 07-02468 | 07-02496 | 07-02287 |
| 07-02472 | 07-02501 | 07-02292 |
| 07-02474 | 07-02508 | 07-02300 |
| 07-02477 | 07-02512 | 07-02307 |
| 07-02480 | 07-02516 | 07-02313 |
| 07-02484 | 07-02518 | 07-02319 |
| 07-02486 | 07-02522 | 07-02325 |
| 07-02489 | 07-02526 | 07-02331 |
| 07-02492 | 07-02529 | 07-02339 |
| 07-02495 | 07-02531 | 07-02344 |

# DELPHI ADVERSARY PROCEEDING NUMBERS

| | | |
|---|---|---|
| 07-02353 | 07-02755 | 07-02640 |
| 07-02358 | 07-02757 | 07-02641 |
| 07-02365 | 07-02759 | 07-02642 |
| 07-02370 | 07-02763 | 07-02643 |
| 07-02376 | 07-02765 | 07-02644 |
| 07-02380 | 07-02767 | 07-02645 |
| 07-02385 | 07-02768 | 07-02646 |
| 07-02395 | 07-02769 | 07-02647 |
| 07-02419 | 07-02770 | 07-02648 |
| 07-02689 | 07-02771 | 07-02649 |
| 07-02690 | 07-02772 | 07-02650 |
| 07-02691 | 07-02773 | 07-02651 |
| 07-02692 | 07-02774 | 07-02652 |
| 07-02693 | 07-02775 | 07-02653 |
| 07-02694 | 07-02776 | 07-02654 |
| 07-02695 | 07-02777 | 07-02655 |
| 07-02697 | 07-02778 | 07-02656 |
| 07-02698 | 07-02779 | 07-02657 |
| 07-02699 | 07-02617 | 07-02658 |
| 07-02700 | 07-02618 | 07-02659 |
| 07-02702 | 07-02619 | 07-02660 |
| 07-02705 | 07-02620 | 07-02661 |
| 07-02707 | 07-02621 | 07-02662 |
| 07-02709 | 07-02622 | 07-02663 |
| 07-02711 | 07-02623 | 07-02664 |
| 07-02713 | 07-02624 | 07-02665 |
| 07-02716 | 07-02625 | 07-02666 |
| 07-02722 | 07-02626 | 07-02667 |
| 07-02724 | 07-02627 | 07-02668 |
| 07-02725 | 07-02628 | 07-02669 |
| 07-02727 | 07-02629 | 07-02670 |
| 07-02729 | 07-02787 | 07-02671 |
| 07-02731 | 07-02630 | 07-02672 |
| 07-02733 | 07-02631 | 07-02673 |
| 07-02735 | 07-02788 | 07-02674 |
| 07-02737 | 07-02632 | 07-02675 |
| 07-02740 | 07-02633 | 07-02676 |
| 07-02742 | 07-02634 | 07-02677 |
| 07-02744 | 07-02635 | 07-02678 |
| 07-02746 | 07-02336 | 07-02679 |
| 07-02748 | 07-02637 | 07-02680 |
| 07-02750 | 07-02638 | 07-02681 |
| 07-02752 | 07-02639 | 07-02682 |

## DELPHI ADVERSARY PROCEEDING NUMBERS

| | | |
|---|---|---|
| 07-02683 | 07-02588 | 07-02810 |
| 07-02684 | 07-02590 | 07-02811 |
| 07-02685 | 07-02592 | 07-02812 |
| 07-02686 | 07-02593 | 07-02813 |
| 07-02687 | 07-02594 | 07-02814 |
| 07-02688 | 07-02595 | 07-02815 |
| 07-02399 | 07-02596 | 07-02816 |
| 07-02404 | 07-02597 | 07-02817 |
| 07-02409 | 07-02598 | 07-02818 |
| 07-02411 | 07-02599 | 07-02819 |
| 07-02412 | 07-02600 | 07-02862 |
| 07-02415 | 07-02601 | |
| 07-02422 | 07-02602 | |
| 07-02426 | 07-02603 | |
| 07-02431 | 07-02604 | |
| 07-02437 | 07-02605 | |
| 07-02789 | 07-02606 | |
| 07-02440 | 07-02607 | |
| 07-02790 | 07-02608 | |
| 07-02444 | 07-02609 | |
| 07-02494 | 07-02610 | |
| 07-02502 | 07-02611 | |
| 07-02505 | 07-02612 | |
| 07-02509 | 07-02613 | |
| 07-02514 | 07-02614 | |
| 07-02519 | 07-02615 | |
| 07-02523 | 07-02616 | |
| 07-02534 | 07-02794 | |
| 07-02539 | 07-02803 | |
| 07-02542 | 07-02805 | |
| 07-02546 | 07-02797 | |
| 07-02550 | 07-02795 | |
| 07-02551 | 07-02796 | |
| 07-02552 | 07-02798 | |
| 07-02553 | 07-02799 | |
| 07-02554 | 07-02800 | |
| 07-02555 | 07-02801 | |
| 07-02556 | 07-02802 | |
| 07-02557 | 07-02804 | |
| 07-02558 | 07-02806 | |
| 07-02579 | 07-02807 | |
| 07-02581 | 07-02808 | |
| 07-02586 | 07-02809 | |

# EXHIBIT G

**Postconfirmation Extension of Avoidance Action
Service Deadline Motion**

**Hearing Date And Time: April 30, 2008 at 10:00 a.m.**
**Objection Deadline: April 23, 2008 at 4:00 p.m.**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                            :
       In re                   :    Chapter 11
                            :
DELPHI CORPORATION, et al.,      :    Case No. 05-44481 (RDD)
                            :
                            :    (Jointly Administered)
          Debtors.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MOTION PURSUANT TO FED. R. BANKR. P. 7004(a) AND
9006(b)(1) AND FED. R. CIV. P. 4(m) TO EXTEND DEADLINE TO
SERVE PROCESS FOR AVOIDANCE ACTIONS FILED IN CONNECTION
<u>WITH PRESERVATION OF ESTATE CLAIMS PROCEDURES ORDER</u>

("POSTCONFIRMATION EXTENSION OF AVOIDANCE ACTION SERVICE
DEADLINE MOTION")



Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby submit this Motion Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. R. Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order (Docket No. 9105) (the "Motion"), and respectfully represent as follows:

<div align="center">Background</div>

A.    The Chapter 11 Filings

1.    On October 8 and 14, 2005, the Debtors filed voluntary petitions in this Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage their properties as debtors-in-possession under Bankruptcy Code sections 1107(a) and 1108. This Court has ordered joint administration of these cases.

2.    No trustee or examiner has been appointed in these cases. On October 17, 2005, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors. On April 28, 2006, the U.S. Trustee appointed an official committee of equity holders (together with the official committee of unsecured creditors, the "Statutory Committees").

3.    On September 6, 2007, the Debtors filed the Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In Possession (Docket No. 9263) and the Disclosure Statement With Respect To Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (Docket No. 9264). Subsequently, on December 10, 2007, the Debtors filed the First Amended Joint Plan Of

<div align="center">2</div>

Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession  (Docket No. 11386) (the "Plan") and the First Amended Disclosure Statement with respect to the Plan  (Docket No. 11388) (the "Disclosure Statement").  The Court entered an order approving the adequacy of the Disclosure Statement and granting the related solicitation procedures motion on December 10, 2007 (Docket No. 11389).  On January 25, 2008, the Court entered an order confirming the Plan, as modified  (Docket No. 12359) (the "Confirmation Order"), which became a final order on February 4, 2008.

4.    On April 4, 2008, the Debtors announced that although they had met the conditions required to substantially consummate the Plan, including obtaining $6.1 billion of exit financing, Delphi's Plan Investors (as defined in the Plan) refused to participate in a closing that was commenced but not completed and refused to fund their Investment Agreement (as defined in the Plan) with Delphi.  The Debtors are prepared to pursue actions with respect to the Plan Investors that are in the best interests of the Debtors and their stakeholders and are working with their stakeholders to achieve their goal of emerging from chapter 11 as soon as practicable.

5.    This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

6.    The statutory predicates for the relief requested herein are rules 7004 and 9004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and rule 4(m) of the Federal Rules of Civil Procedure.

B.    Current Business Operations Of The Debtors

7.    Delphi and its subsidiaries and affiliates (collectively, the "Company") as of December 31, 2007 had global net sales of $22.3 billion and global assets of approximately

3

$13.7 billion.[1]  At the time of its chapter 11 filing, Delphi ranked as the fifth largest public company business reorganization in terms of revenues and the thirteenth largest public company business reorganization in terms of assets.  Delphi's non-U.S. subsidiaries are not chapter 11 debtors and have continued their business operations without supervision from the Court.[2]

8.    The Company is a leading global technology innovator with significant engineering resources and technical competencies in a variety of disciplines, and is one of the largest global suppliers of vehicle electronics, transportation components, integrated systems and modules, and other electronic technology.  The Company supplies products to nearly every major global automotive original equipment manufacturer ("OEM").

9.    Delphi was incorporated in Delaware in 1998 as a wholly owned subsidiary of General Motors Corporation ("GM").  Prior to January 1, 1999, GM conducted the Company's business through various divisions and subsidiaries.  Effective January 1, 1999, the assets and liabilities of these divisions and subsidiaries were transferred to the Company in accordance with the terms of a Master Separation Agreement between Delphi and GM.  In connection with these transactions, Delphi accelerated its evolution from a North American-based, captive automotive supplier to a global supplier of components, integrated systems, and modules for a wide range of customers and applications.  Although GM is still the Company's

---

[1]  The aggregated financial data used herein generally consists of consolidated information from Delphi and its worldwide subsidiaries and affiliates as disclosed in the Company's Form 10-K filed on February 19, 2008.

[2]  On March 20, 2007, Delphi Automotive Systems Espana S.L. ("DASE"), whose sole operation is a non-core automotive component plant in Cadiz, Spain, filed a "Concurso" application for a Spanish insolvency proceeding, which was approved by the Spanish court on April 13, 2007.  On July 4, 2007, DASE, its Concurso receivers, and the Cadiz workers councils and unions reached a settlement on a social plan, the funding of which was approved by this Court on July 19, 2007.  The Spanish court approved the social plan on July 31, 2007.  The Concurso proceeding is consistent with Delphi's transformation plan to optimize its manufacturing footprint and to lower its overall cost structure.

single largest customer, today more than half of Delphi's revenue is generated from non-GM sources.

C.    Events Leading To The Chapter 11 Filing

10.    In the first two years following Delphi's separation from GM, the Company generated approximately $2 billion in net income.  Every year thereafter, however, with the exception of 2002, the Company has suffered losses.  In calendar year 2004, the Company reported a net loss of approximately $4.8 billion on $28.6 billion in net sales.[3] Reflective of a continued downturn in the marketplace, in 2005 Delphi incurred net losses of approximately $2.4 billion on net sales of $26.9 billion.  Moreover, in 2006 the Debtors incurred a net loss of $5.5 billion, $3.0 billion of which comprised charges related to the U.S. employee special attrition programs, and in 2007, the Debtors incurred a net loss of $3.1 billion.

11.    The Debtors believe that the Company's financial performance deteriorated because of (i) increasingly unsustainable U.S. legacy liabilities and operational restrictions preventing the Debtors from exiting non-profitable, non-core operations, all of which have the effect of creating largely fixed labor costs, (ii) a competitive U.S. vehicle production environment for domestic OEMs resulting in the reduced number of motor vehicles that GM produces annually in the United States and related pricing pressures, and (iii) increasing commodity prices.

12.    In light of these factors, the Company determined that it would be imprudent and irresponsible to defer addressing and resolving its U.S. legacy liabilities, product portfolio, operational issues, and forward-looking revenue requirements.  Because discussions

---

[3]    Reported net losses in calendar year 2004 reflect a $4.1 billion tax charge, primarily related to the recording of a valuation allowance on U.S. deferred tax assets as of December 31, 2004.  The Company's net operating loss in calendar year 2004 was $482 million.

with its major stakeholders had not progressed sufficiently by the end of the third quarter of 2005,

the Company commenced these chapter 11 cases for its U.S. businesses to complete its

transformation plan and preserve value for its stakeholders.

D.    The Debtors' Transformation Plan

13.    On March 31, 2006, the Company outlined the key tenets of a

transformation plan that it believed would enable it to return to stable, profitable business

operations.  The Debtors stated that they needed to focus on five key areas: first, modifying the

Company's labor agreements to create a competitive arena in which to conduct business; second,

concluding their negotiations with GM to finalize GM's financial support for the Debtors' legacy

and labor costs and to ascertain GM's business commitment to the Company; third, streamlining

their product portfolio to capitalize on their world-class technology and market strengths and

make the necessary manufacturing alignment with their new focus; fourth, transforming their

salaried workforce to ensure that the Company's organizational and cost structure is competitive

and aligned with its product portfolio and manufacturing footprint; and fifth, devising a workable

solution to their current pension situation.

E.    Plan Confirmation And Postconfirmation Matters

14.    The confirmed Plan is based upon a series of global settlements and

compromises that involve nearly every major constituency in the Debtors' reorganization cases.

The Global Settlement Agreement and the Master Restructuring Agreement provide for a

comprehensive settlement with GM, and both agreements were approved by this Court in the

Confirmation Order.  After the Plan was confirmed, the Debtors focused their efforts on

satisfying the conditions for the Plan to become effective.  The Debtors satisfied those conditions

and on April 4, 2008 began a formal closing process attended by representatives of GM, the exit

lenders, and the Statutory Committees.  The Plan Investors, however, refused to participate in the

closing or fund their obligations under the Investment Agreement.  Instead, the Plan Investors

delivered written notices purporting to terminate the Investment Agreement based on both

alleged breaches by the Debtors and the failure of the Plan's effective date to occur by April 4,

2008.  The Debtors are prepared to pursue actions against the Plan Investors that are in the best

interests of the Debtors and their stakeholders and are working with their stakeholders to

evaluate their options to move forward with emerging from chapter 11 as soon as reasonably

practicable.

15.     Upon the conclusion of the reorganization process, the Debtors expect to

emerge as a stronger, more financially sound business with viable U.S. operations that are well-

positioned to advance global enterprise objectives.  In the meantime, Delphi will marshal all of

its resources to continue to deliver high-quality products to its customers globally.  Additionally,

the Company will preserve and continue the strategic growth of its non-U.S. operations and

maintain its prominence as the world's premier auto supplier.

F.     The Establishment Of Procedures to Preserve Estate Claims

16.     Before the confirmation of the Debtors' Plan, this Court on August 16,

2007 entered that certain Order Under 11 U.S.C. §§ 102(1)(A), 105(a), 107, 108(a)(2), And

546(a) And Fed. R. Bankr. P. 7004, 9006(c), And 9018 (i) Authorizing Debtors To Enter Into

Stipulations Tolling Statute Of Limitations With Respect To Certain Claims, (ii) Authorizing

Procedures To Identify Causes Of Action That Should Be Preserved, And (iii) Establishing

Procedures For Certain Adversary Proceedings Including Those Commenced By Debtors Under

11 U.S.C. § 541, 544, 545, 547, 548, Or 553 ("Preservation Of Estate Claims Procedures Order")

(Docket No. 9105).  On March 28, 2008, this Court entered the Order Pursuant To Fed. R. Bankr.

P. 7004(a) And 9006(b)(1) And Fed. R. Civ. P. 4(m) To Extend Deadline To Serve Process For

7

Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order (Docket No. 13277) (the "Deadline Extension Order").

17.    The purpose of the Preservation Of Estate Claims Procedures Order was two-fold: on the one hand, it permitted the Debtors to preserve their right to pursue (or abandon) certain avoidance actions before the then-impending expiration of the two-year statute of limitations to file such actions; on the other hand, it established procedures to avoid having to force all potential defendants to retain counsel and defend against the adversary proceedings when, in fact, the Debtors anticipated that most of them would be resolved upon the Debtors' emergence from chapter 11 and thus never pursued.  To that end, the Preservation Of Estate Claims Procedures Order and the Deadline Extension Order (i) allowed the Debtors to file adversary proceeding complaints under seal, (ii) directed the Clerk of Court to delay issuing summonses for complaints unless and until the Debtors notified the Clerk of Court of their intent to prosecute such actions, (iii) stayed each adversary action unless and until the Debtors make service of process on the respective defendants, and (iv) extended the deadline under Fed. R. Civ. P. 4(m) by which the Debtors would have to serve process to May 31, 2008, so that the complaints would not be subject to dismissal under Fed. R. Civ. P. 4(m).  Such relief was intended to allow the Debtors to preserve potentially valuable assets without disrupting the Plan process or business relationships or prejudicing the rights of any defendants.

18.    In accordance with the Preservation Of Estate Claims Procedures Order, the Debtors commenced 742 adversary proceedings (the "Adversary Proceedings") by filing complaints under seal.  On January 25, 2008, the Court entered the Confirmation Order.  Under

the Plan, the Debtors will not retain any of the causes of action asserted in the Adversary

Proceedings except those listed on Exhibit 7.24 to the Plan.[4]

### Relief Requested

19.    By this Motion, the Debtors request entry of an order under Bankruptcy

Rule 9006(b)(1) and Federal Rule Of Civil Procedure 4(m), made applicable by Bankruptcy

Rule 7004(a), to further extend the deadline by which the Debtors would be required to serve a

summons and complaint upon each defendant under the Preservation Of Estate Claims

Procedures Order, as modified by the Deadline Extension Order.  Specifically, the Debtors

request that the existing May 31, 2008 service deadline set forth in the Deadline Extension Order

be extended to 30 days after substantial consummation of the Plan or any modified plan.  The

Debtors accordingly request that the Court enter the proposed Postcomfirmation Extension Of

Avoidance Action Service Deadline Order, a copy of which is annexed hereto as Exhibit A.

### Basis For Relief

20.    As noted above, the Debtors are working with their stakeholders to

develop a path for emerging from chapter 11 as soon as reasonably practicable.  Under the

Deadline Extension Order, however, the Debtors' current deadline to serve the summons and

complaint on every defendant in the Adversary Proceedings is May 31, 2008.  To meet the May

31, 2008 deadline for each of the defendants, the Debtors would first have to request that the

Clerk of Court in the coming weeks issue summonses for each of the 742 Adversary Proceedings

to allow enough time for the summonses to be issued and subsequently served with the

complaints by the May 31, 2008 deadline.

---

[4]    Of the five categories of claims listed by the Debtors on Exhibit 7.24 to the Plan, only the claims relating to Laneko Engineering Co., Wachovia Bank, National Association, Laneko Engineering Co. Inc., and their affiliates and subsidiaries are subject to the Preservation Of Estate Claims Procedures Order.  (See Exhibit 7.24 to the Plan (Docket No. 11608).)  Notice of this Motion has been provided to those entities.

9

21.    Contemplating that further extensions may be necessary to achieve the goals of the Preservation Of Estate Claims Procedures Order, that order and the Deadline Extension Order expressly provided that the Debtors' previous extension of the deadline for services of process was "without prejudice [to the Debtors' ability] to seek further extensions" if appropriate.  (See Preservation Of Estate Claims Procedures Order ¶ 8; Deadline Extension Order ¶ 2.)

22.    The Debtors now believe that the extension of the Fed. R. Civ. P. 4(m) deadline that is requested in this Motion is appropriate, and that there is good cause for such an extension.  Such an extension would enable the Debtors to fulfill their fiduciary responsibility to preserve valuable estate assets in a manner that would not unnecessarily disrupt the emergence process or the Debtors' current business relationships with potential defendants that are necessary to the Debtors' ongoing operations.  Moreover, the requested extension would reduce the administrative and economic burdens of the Adversary Proceedings on the Debtors, the Court, the Clerk of Court, and the potential defendants.  Specifically, the Debtors believe that the resources that they, the Court, the Clerk of Court, and the defendants would need to expend on issuing and serving 742 summonses and complaints in the Adversary Proceedings at this time— and the potential need thereafter to prosecute and defend such adversary proceedings—would not be in the best interests of the Debtors' estates, the Debtors' stakeholders, and other parties-in-interest because most of the Adversary Proceedings will not be prosecuted if the Plan were to become effective and likely will not be prosecuted under any modified plan.  The Debtors submit that these reasons comprise good cause for the requested extension.

Applicable Authority

23.    The Bankruptcy Rules and Federal Rules of Civil Procedure grant this Court discretion to adopt and implement guidelines which will aid in the administration of

10

Adversary Proceedings, including discretion to grant the proposed extension of the service of process deadline.  See Zapata v. City of New York, 502 F.3d 192, 195 (2d Cir. 2007) (Rule 4(m) authorizes court to grant extensions of service period); In re Sheehan, 253 F.3d 507, 511 (9th Cir. 2001) ("The time for service in an adversary proceeding may be extended under two different rules: Rule 4(m) of the Federal Rules of Civil Procedure, and Bankruptcy Rule 9006(b).").

24.     Bankruptcy Rule 9006(b)(1) provides for the enlargement of time to perform acts required under the Bankruptcy Rules: "[W]hen an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of court, the court for cause shown may at any time in its discretion . . . order the period enlarged if the request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . . ."  Fed. R. Bankr. P. 9006(b)(1).

25.     Moreover, Fed. R. Civil P. 4(m), made applicable here by Bankruptcy Rule 7004(a), requires courts, upon a showing of good cause, to extend the period for service of process after the filing of a complaint.  See Bank of Cape Verde v. Bronson, 167 F.R.D. 370, 371-72 (S.D.N.Y. 1996) (good cause existed when future events would likely have "obviated the need to serve the [] complaint" and when plaintiff requested extension before Fed. R. Civ. P. 4(m) deadline expired).  Even absent good cause, this Court has discretion to extend the 120-day service period.  See Zapata, 502 F.3d at 196; Mejia v. Castle Hotel Inc., 164 F.R.D. 343, 345 (S.D.N.Y. 1996).

26.     The Debtors accordingly request that the Court enter the proposed order, annexed hereto as Exhibit A, which would extend until 30 days after substantial consummation of the Plan or any modified plan the Debtors' Fed. R. Civ. P. 4(m) deadline to serve each defendant in the Adversary Proceedings commenced in connection with the Preservation Of Estate Claims Procedures Order with a summons and a copy of the complaint, without prejudice

11

to the Debtors' right to seek further extensions of the deadline and without prejudice to the right of each of Laneko Engineering Co., Wachovia Bank, National Association, and Laneko Engineering Co. Inc. to seek a shortening of the deadline.

<center>Notice Of Motion</center>

27.    Although notice is not required by Fed. R. Bankr. P. 9006(b)(1), see Law Debenture Trust Co. v. Calpine Corp. (In re Calpine Corp.), 356 B.R. 585, 595 (S.D.N.Y. 2007); Kernisant v. City of New York, 225 F.R.D. 422, 431 n.13 (E.D.N.Y. 2005); Brady v. Marks, 7 F. Supp. 2d 247, 255 (W.D.N.Y. 1998), notice of this Motion has been provided in accordance with the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883), and the Tenth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered February 4, 2008 (Docket No. 12487). Notice has also been provided to Laneko Engineering Co., Wachovia Bank, National Association, and Laneko Engineering Co. Inc., against whom causes of action have been retained under the confirmed Plan.  In light of the nature of the relief requested, the Debtors submit that no other or further notice is necessary.

<center>Memorandum Of Law</center>

28.    Because the legal points and authorities upon which this Motion relies are incorporated herein, the Debtors respectfully request that the requirement of the service and filing of a separate memorandum of law under Local Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York be deemed satisfied.

<center>12</center>

WHEREFORE the Debtors respectfully request that the Court enter an order

(a) granting the relief requested herein and (b) granting the Debtors such other and further relief

as is just.

Dated:    New York, New York
          April 10, 2008

SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP

By:    _/s/ John Wm. Butler, Jr._
       John Wm. Butler, Jr. (JB 4711)
       John K. Lyons (JL 9331)
       Ron E. Meisler (RM 3026)
       333 West Wacker Drive, Suite 2100
       Chicago, Illinois 60606

          - and -

By:    _/s/ Kayalyn A. Marafioti_
       Kayalyn A. Marafioti (KM 9632)
       Thomas J. Matz (TM 5986)
       Four Times Square
       New York, New York 10036

       Attorneys for Delphi Corporation, et al.,
          Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
        In re                          :      Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :      Case No. 05-44481 (RDD)
                                          :
                 Debtors.    :      (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


ORDER PURSUANT TO FED. R. BANKR. P. 7004(a) AND
9006(b)(1) AND FED. R. CIV. P. 4(m) TO EXTEND DEADLINE TO
SERVE PROCESS FOR AVOIDANCE ACTIONS FILED IN CONNECTION
WITH PRESERVATION OF ESTATE CLAIMS PROCEDURES ORDER

("POSTCONFIRMATION EXTENSION OF AVOIDANCE ACTION SERVICE
DEADLINE ORDER")

Upon the motion, dated April 10, 2008 (the "Motion"), of Delphi

Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-

possession in the above-captioned cases (collectively, the "Debtors"), for an order under

Federal Rules of Bankruptcy Procedure 7004(a) and 9006(b)(1) and Federal Rule of Civil

Procedure 4(m) to extend the deadline to serve process for Adversary Proceedings[1]

commenced in connection with the Preservation Of Estate Claims Procedures Order[2]

(Docket No. 9105), which deadline was previously extended to May 31, 2008 pursuant to

the Order Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. R. Civ. P. 4(m)

To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With

---

[1]    Capitalized terms used and not defined herein shall have the meanings ascribed to them in the Motion.

[2]    The Adversary Proceedings are listed by adversary proceeding number on Exhibit A attached hereto.

Preservation Of Estate Claims Procedures Order (Docket No. 13277) (the "First Deadline Extension Order"); and upon the record of the hearing held on the Motion; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given, and it appearing that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.      The Motion is GRANTED.

2.      Paragraph 8 of the Preservation Of Estate Claims Procedures Order, as previously modified by First Deadline Extension Order, is hereby further modified so that the time under Federal Rule of Civil Procedure 4(m) by which the Debtors must serve a defendant in the Adversary Proceedings with a summons and complaint is further extended until 30 days after substantial consummation of the Plan or any modified plan, without prejudice to the Debtors' right to seek further extensions and without prejudice to the right of each of Laneko Engineering Co., Wachovia Bank, National Association, and Laneko Engineering Co. Inc. to seek a shortening of the deadline.  The Debtors shall serve a copy of this order upon each defendant in any Adversary Proceeding either when the Debtors serve a summons and complaint on such defendant or as soon thereafter as practicable.  All other provisions of the Preservation Of Estate Claims Procedures Order shall remain in effect.

2

3.      This order shall be deemed entered in each of the Adversary Proceedings.

4.      The Debtors shall file a copy of this order in each of the Adversary Proceedings.

5.      This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

6.      The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated: New York, New York
      April ___, 2008

_____
    UNITED STATES BANKRUPTCY JUDGE

3

# **EXHIBIT A**

## DELPHI ADVERSARY PROCEEDING NUMBERS

| | | |
|---|---|---|
| 07-02072 | 07-02191 | 07-02200 |
| 07-02084 | 07-02195 | 07-02088 |
| 07-02090 | 07-02201 | 07-02094 |
| 07-02096 | 07-02205 | 07-02099 |
| 07-02101 | 07-02207 | 07-02103 |
| 07-02106 | 07-02209 | 07-02109 |
| 07-02115 | 07-02213 | 07-02110 |
| 07-02120 | 07-02214 | 07-02239 |
| 07-02124 | 07-02219 | 07-02244 |
| 07-02138 | 07-02224 | 07-02248 |
| 07-02142 | 07-02227 | 07-02251 |
| 07-02147 | 07-02231 | 07-02255 |
| 07-02150 | 07-02077 | 07-02259 |
| 07-02154 | 07-02080 | 07-02261 |
| 07-02157 | 07-02083 | 07-02265 |
| 07-02163 | 07-02091 | 07-02267 |
| 07-02170 | 07-02095 | 07-02270 |
| 07-02184 | 07-02102 | 07-02273 |
| 07-02190 | 07-02105 | 07-02276 |
| 07-02198 | 07-02112 | 07-02277 |
| 07-02202 | 07-02117 | 07-02280 |
| 07-02204 | 07-02123 | 07-02281 |
| 07-02208 | 07-02125 | 07-02282 |
| 07-02076 | 07-02128 | 07-02283 |
| 07-02081 | 07-02130 | 07-02284 |
| 07-02087 | 07-02135 | 07-02288 |
| 07-02097 | 07-02137 | 07-02291 |
| 07-02104 | 07-02143 | 07-02293 |
| 07-02112 | 07-02148 | 07-02074 |
| 07-02132 | 07-02152 | 07-02078 |
| 07-02140 | 07-02159 | 07-02082 |
| 07-02145 | 07-02165 | 07-02085 |
| 07-02153 | 07-02169 | 07-02089 |
| 07-02160 | 07-02174 | 07-02093 |
| 07-02166 | 07-02175 | 07-02108 |
| 07-02171 | 07-02182 | 07-02114 |
| 07-02180 | 07-02189 | 07-02119 |
| 07-02186 | 07-02196 | 07-02122 |

1

| | | |
|---|---|---|
| 07-02126 | 07-02199 | 07-02226 |
| 07-02129 | 07-02206 | 07-02230 |
| 07-02131 | 07-02210 | 07-02252 |
| 07-02136 | 07-02212 | 07-02256 |
| 07-02141 | 07-02217 | 07-02262 |
| 07-02146 | 07-02221 | 07-02266 |
| 07-02151 | 07-02225 | 07-02269 |
| 07-02156 | 07-02228 | 07-02272 |
| 07-02158 | 07-02235 | 07-02275 |
| 07-02164 | 07-02241 | 07-02278 |
| 07-02167 | 07-02245 | 07-02299 |
| 07-02172 | 07-02250 | 07-02303 |
| 07-02176 | 07-02254 | 07-02306 |
| 07-02179 | 07-02260 | 07-02309 |
| 07-02183 | 07-02079 | 07-02314 |
| 07-02187 | 07-02092 | 07-02318 |
| 07-02193 | 07-02098 | 07-02321 |
| 07-02233 | 07-02107 | 07-02326 |
| 07-02238 | 07-02111 | 07-02329 |
| 07-02243 | 07-02118 | 07-02334 |
| 07-02247 | 07-02107 | 07-02337 |
| 07-02249 | 07-02149 | 07-02340 |
| 07-02253 | 07-02162 | 07-02346 |
| 07-02257 | 07-02173 | 07-02350 |
| 07-02263 | 07-02178 | 07-02354 |
| 07-02075 | 07-02185 | 07-02359 |
| 07-02086 | 07-02192 | 07-02237 |
| 07-02100 | 07-02197 | 07-02240 |
| 07-02116 | 07-02203 | 07-02246 |
| 07-02121 | 07-02211 | 07-02258 |
| 07-02127 | 07-02214 | 07-02264 |
| 07-02133 | 07-02218 | 07-02271 |
| 07-02139 | 07-02223 | 07-02274 |
| 07-02144 | 07-02229 | 07-02279 |
| 07-02155 | 07-02232 | 07-02285 |
| 07-02161 | 07-02234 | 07-02289 |
| 07-02168 | 07-02236 | 07-02294 |
| 07-02177 | 07-02242 | 07-02298 |
| 07-02181 | 07-02215 | 07-02302 |
| 07-02188 | 07-02220 | 07-02312 |
| 07-02194 | 07-02222 | 07-02316 |

3

| | | |
|---|---|---|
| 07-02324 | 07-02392 | 07-02547 |
| 07-02330 | 07-02393 | 07-02549 |
| 07-02336 | 07-02396 | 07-02286 |
| 07-02342 | 07-02402 | 07-02290 |
| 07-02347 | 07-02407 | 07-02295 |
| 07-02783 | 07-02417 | 07-02297 |
| 07-02355 | 07-02421 | 07-02301 |
| 07-02361 | 07-02430 | 07-02305 |
| 07-02367 | 07-02442 | 07-02310 |
| 07-02373 | 07-02445 | 07-02317 |
| 07-02379 | 07-02449 | 07-02322 |
| 07-02397 | 07-02452 | 07-02327 |
| 07-02405 | 07-02454 | 07-02332 |
| 07-02268 | 07-02458 | 07-02335 |
| 07-02296 | 07-02461 | 07-02343 |
| 07-02304 | 07-02464 | 07-02348 |
| 07-02308 | 07-02467 | 07-02352 |
| 07-02311 | 07-02470 | 07-02357 |
| 07-02315 | 07-02473 | 07-02362 |
| 07-02320 | 07-02475 | 07-02366 |
| 07-02323 | 07-02478 | 07-02372 |
| 07-02328 | 07-02481 | 07-02696 |
| 07-02333 | 07-02483 | 07-02701 |
| 07-02784 | 07-02485 | 07-02703 |
| 07-02338 | 07-02488 | 07-02704 |
| 07-02341 | 07-02490 | 07-02706 |
| 07-02345 | 07-02493 | 07-02708 |
| 07-02349 | 07-02497 | 07-02710 |
| 07-02351 | 07-02499 | 07-02712 |
| 07-02356 | 07-02503 | 07-02714 |
| 07-02360 | 07-02506 | 07-02715 |
| 07-02363 | 07-02510 | 07-02717 |
| 07-02364 | 07-02513 | 07-02718 |
| 07-02369 | 07-02517 | 07-02719 |
| 07-02374 | 07-02521 | 07-02720 |
| 07-02377 | 07-02525 | 07-02721 |
| 07-02382 | 07-02528 | 07-02723 |
| 07-02384 | 07-02532 | 07-02726 |
| 07-02386 | 07-02535 | 07-02728 |
| 07-02388 | 07-02538 | 07-02730 |
| 07-02390 | 07-02544 | 07-02732 |

4

| | | |
|---|---|---|
| 07-02734 | 07-02425 | 07-02541 |
| 07-02736 | 07-02428 | 07-02414 |
| 07-02738 | 07-02429 | 07-02418 |
| 07-02739 | 07-02432 | 07-02424 |
| 07-02741 | 07-02434 | 07-02427 |
| 07-02743 | 07-02436 | 07-02433 |
| 07-02745 | 07-02438 | 07-02435 |
| 07-02747 | 07-02441 | 07-02439 |
| 07-02749 | 07-02443 | 07-02447 |
| 07-02751 | 07-02446 | 07-02451 |
| 07-02753 | 07-02448 | 07-02455 |
| 07-02754 | 07-02450 | 07-02459 |
| 07-02756 | 07-02453 | 07-02462 |
| 07-02758 | 07-02456 | 07-02465 |
| 07-02760 | 07-02457 | 07-02469 |
| 07-02761 | 07-02460 | 07-02471 |
| 07-02762 | 07-02463 | 07-02476 |
| 07-02764 | 07-02786 | 07-02479 |
| 07-02766 | 07-02466 | 07-02482 |
| 07-02368 | 07-02468 | 07-02487 |
| 07-02371 | 07-02472 | 07-02491 |
| 07-02375 | 07-02474 | 07-02496 |
| 07-02378 | 07-02477 | 07-02501 |
| 07-02381 | 07-02480 | 07-02508 |
| 07-02383 | 07-02484 | 07-02512 |
| 07-02785 | 07-02486 | 07-02516 |
| 07-02387 | 07-02489 | 07-02518 |
| 07-02389 | 07-02492 | 07-02522 |
| 07-02391 | 07-02495 | 07-02526 |
| 07-02394 | 07-02498 | 07-02529 |
| 07-02398 | 07-02500 | 07-02531 |
| 07-02400 | 07-02504 | 07-02537 |
| 07-02401 | 07-02511 | 07-02540 |
| 07-02403 | 07-02515 | 07-02543 |
| 07-02406 | 07-02507 | 07-02545 |
| 07-02408 | 07-02520 | 07-02548 |
| 07-02410 | 07-02524 | 07-02559 |
| 07-02413 | 07-02527 | 07-02560 |
| 07-02416 | 07-02530 | 07-02561 |
| 07-02420 | 07-02533 | 07-02562 |
| 07-02423 | 07-02536 | 07-02563 |

| | | |
|---|---|---|
| 07-02564 | 07-02419 | 07-02768 |
| 07-02565 | 07-02689 | 07-02769 |
| 07-02566 | 07-02690 | 07-02770 |
| 07-02567 | 07-02691 | 07-02771 |
| 07-02568 | 07-02692 | 07-02772 |
| 07-02569 | 07-02693 | 07-02773 |
| 07-02570 | 07-02694 | 07-02774 |
| 07-02571 | 07-02695 | 07-02775 |
| 07-02572 | 07-02697 | 07-02776 |
| 07-02573 | 07-02698 | 07-02777 |
| 07-02574 | 07-02699 | 07-02778 |
| 07-02575 | 07-02700 | 07-02779 |
| 07-02576 | 07-02702 | 07-02617 |
| 07-02577 | 07-02705 | 07-02618 |
| 07-02578 | 07-02707 | 07-02619 |
| 07-02580 | 07-02709 | 07-02620 |
| 07-02582 | 07-02711 | 07-02621 |
| 07-02583 | 07-02713 | 07-02622 |
| 07-02584 | 07-02716 | 07-02623 |
| 07-02585 | 07-02722 | 07-02624 |
| 07-02587 | 07-02724 | 07-02625 |
| 07-02589 | 07-02725 | 07-02626 |
| 07-02591 | 07-02727 | 07-02627 |
| 07-02287 | 07-02729 | 07-02628 |
| 07-02292 | 07-02731 | 07-02629 |
| 07-02300 | 07-02733 | 07-02787 |
| 07-02307 | 07-02735 | 07-02630 |
| 07-02313 | 07-02737 | 07-02631 |
| 07-02319 | 07-02740 | 07-02788 |
| 07-02325 | 07-02742 | 07-02632 |
| 07-02331 | 07-02744 | 07-02633 |
| 07-02339 | 07-02746 | 07-02634 |
| 07-02344 | 07-02748 | 07-02635 |
| 07-02353 | 07-02750 | 07-02336 |
| 07-02358 | 07-02752 | 07-02637 |
| 07-02365 | 07-02755 | 07-02638 |
| 07-02370 | 07-02757 | 07-02639 |
| 07-02376 | 07-02759 | 07-02640 |
| 07-02380 | 07-02763 | 07-02641 |
| 07-02385 | 07-02765 | 07-02642 |
| 07-02395 | 07-02767 | 07-02643 |

| | | |
|---|---|---|
| 07-02644 | 07-02685 | 07-02588 |
| 07-02645 | 07-02686 | 07-02590 |
| 07-02646 | 07-02687 | 07-02592 |
| 07-02647 | 07-02688 | 07-02593 |
| 07-02648 | 07-02399 | 07-02594 |
| 07-02649 | 07-02404 | 07-02595 |
| 07-02650 | 07-02409 | 07-02596 |
| 07-02651 | 07-02411 | 07-02597 |
| 07-02652 | 07-02412 | 07-02598 |
| 07-02653 | 07-02415 | 07-02599 |
| 07-02654 | 07-02422 | 07-02600 |
| 07-02655 | 07-02426 | 07-02601 |
| 07-02656 | 07-02431 | 07-02602 |
| 07-02657 | 07-02437 | 07-02603 |
| 07-02658 | 07-02789 | 07-02604 |
| 07-02659 | 07-02440 | 07-02605 |
| 07-02660 | 07-02790 | 07-02606 |
| 07-02661 | 07-02444 | 07-02607 |
| 07-02662 | 07-02494 | 07-02608 |
| 07-02663 | 07-02502 | 07-02609 |
| 07-02664 | 07-02505 | 07-02610 |
| 07-02665 | 07-02509 | 07-02611 |
| 07-02666 | 07-02514 | 07-02612 |
| 07-02667 | 07-02519 | 07-02613 |
| 07-02668 | 07-02523 | 07-02614 |
| 07-02669 | 07-02534 | 07-02615 |
| 07-02670 | 07-02539 | 07-02616 |
| 07-02671 | 07-02542 | 07-02794 |
| 07-02672 | 07-02546 | 07-02803 |
| 07-02673 | 07-02550 | 07-02805 |
| 07-02674 | 07-02551 | 07-02797 |
| 07-02675 | 07-02552 | 07-02795 |
| 07-02676 | 07-02553 | 07-02796 |
| 07-02677 | 07-02554 | 07-02798 |
| 07-02678 | 07-02555 | 07-02799 |
| 07-02679 | 07-02556 | 07-02800 |
| 07-02680 | 07-02557 | 07-02801 |
| 07-02681 | 07-02558 | 07-02802 |
| 07-02682 | 07-02579 | 07-02804 |
| 07-02683 | 07-02581 | 07-02806 |
| 07-02684 | 07-02586 | 07-02807 |

07-02808
07-02809
07-02810
07-02811
07-02812
07-02813
07-02814
07-02815
07-02816
07-02817
07-02818
07-02819
07-02862

**Hearing Date And Time: April 30, 2008 at 10:00 a.m.**
**Objection Deadline: April 23, 2008 at 4:00 p.m.**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

       - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                              :
          In re                               :     Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :     Case No. 05-44481 (RDD)
                                              :
                         Debtors.             :     (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

NOTICE OF MOTION PURSUANT TO FED. R. BANKR. P. 7004(a) AND
9006(b)(1) AND FED. R. CIV. P. 4(m) TO EXTEND DEADLINE TO
SERVE PROCESS FOR AVOIDANCE ACTIONS FILED IN CONNECTION
WITH PRESERVATION OF ESTATE CLAIMS PROCEDURES ORDER

PLEASE TAKE NOTICE that on April 10, 2008, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed a Motion Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. R. Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order (the "Motion").

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Motion will be held on April 30, 2008 at 10:00 a.m. (prevailing Eastern time) (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (the "Supplemental Case Management Order") (Docket No. 2883), and the Tenth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered February 4, 2008 (Docket No. 12487) (the "Tenth Supplemental Case Management Order"), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-

2

interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick), (iv) counsel for the official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (v) counsel for the official committee of equity security holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), and (vi) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n:  Alicia M. Leonhard), in each case so as to be **received** no later than **4:00 p.m. (prevailing Eastern time) on April 23, 2008** (the "Objection Deadline").

3

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Supplemental Case Management Order and the Tenth Supplemental Case Management Order will be considered by the Bankruptcy Court at the Hearing.  If no objections to the Motion are timely filed and served in accordance with the procedures set forth herein and in the Supplemental Case Management Order and the Tenth Supplemental Case Management Order, the Bankruptcy Court may enter an order granting the Motion without further notice.

Dated:      New York, New York
            April 10, 2008

                    SKADDEN, ARPS, SLATE, MEAGHER
                       & FLOM LLP

                  By:   */s/ John Wm. Butler, Jr.*
                     John Wm. Butler, Jr. (JB 4711)
                     John K. Lyons (JL 9331)
                     Ron E. Meisler (RM 3026)
                  333 West Wacker Drive, Suite 2100
                  Chicago, Illinois 60606

                     - and -

                  By:   */s/ Kayalyn A. Marafioti*
                     Kayalyn A. Marafioti (KM 9632)
                     Thomas J. Matz (TM 5986)
                  Four Times Square
                  New York, New York 10036

                  Attorneys for Delphi Corporation, et al.,
                     Debtors and Debtors-in-Possession

# <u>EXHIBIT H</u>

**April 30, 2008 Hearing Transcript**

Page 1

```
 1                      UNITED STATES BANKRUPTCY COURT
                        SOUTHERN DISTRICT OF NEW YORK
 2   -------------------------------------X
     In Re:                               05-44481 (RDD)
 3
          DELPHI CORPORATION, et al.,     One Bowling Green
 4                                        New York, New York
                   Debtors.              April 30, 2008
 5   -------------------------------------X
 6
                     TRANSCRIPT OF MOTIONS
 7        BEFORE THE HONORABLE ROBERT D. DRAIN
              UNITED STATES BANKRUPTCY JUDGE
 8
 9   APPEARANCES:
10   For the Debtors:          JOHN WM. BUTLER, JR., ESQ.
                               KAYALYN A. MARAFIOTI, ESQ.
11                             THOMAS J. MATZ, ESQ.
                               Skadden, Arps, Slate, Meagher
12                                & Flom, LLP
                               Four Times Square
13                             New York, New York  10036
14   For Creditors Com.:       ROBERT J. ROSENBERG, ESQ.
                               MICHAEL RIELA, ESQ.
15                             Latham & Watkins
                               885 Third Avenue
16                             New York, New York  10022
17   For Equity Com.:          BONNIE STEINGART, ESQ.
                               Fried, Frank, Harris, Shriver
18                                & Jacobson, LLP
                               One New York Plaza
19                             New York, New York  10004
20   For ADAH:                 THOMAS E. LAURIA, ESQ.
                               White & Case, LLP
21                             200 South Biscayne Boulevard
                               Miami, Florida  33131
22                             (Appearances continued on next page)
23             REGENCY REPORTING, INC.
          Certified Court Reporters & Videographers
24      425 Eagle Rock Avenue     575 Madison Avenue
        Roseland, NJ 07068        New York, NY 10022
25       www.regencyreporting.net    1-866-268-7866
```

1    revised blacklined order and I'll grant the motion.  It appears to

2    me the debtors have been acting in good faith.  They obviously

3    still have remaining issues in respect of the plan and/or a

4    modification thereof and, consequently, this extension which,

5    again, is consensual on this basis is warranted.  So I'll enter

6    that order.

7            MR. BUTLER:  Thank you, Your Honor.

8            Your Honor, you also touched briefly on the 4(m) motion.

9    That's actually the next one, Item 5.  This is the post-

10   confirmation extension of avoidance action service deadlines motion

11   at docket No. 13361 and, Your Honor, this deals with the debtor's

12   seeking an entry of an order extending the deadline to serve

13   process pursuant to Bankruptcy Rule 7004(a) and Federal Rules of

14   Civil Procedure 4(m) that's made applicable by Bankruptcy Rule

15   7004(a) for avoidance actions filed in connection with the

16   preservation of estate claims procedures order earlier entered by

17   this Court at docket No. 12471.

18           We did give some specific notice in connection with

19   this, Your Honor.  We gave notice of the motion to Lenico

20   Engineering Company, Wachovia Bank National Association and the

21   master service list and the 2002 list.  The reason that we gave

22   specific notice to Lenico and Wachovia was because those were the

23   only two parties that had been identified under Exhibit 7.24 of the

24   plan as having the avoidance actions preserved under the plan and,

25   therefore, we gave particularized notice to them of the relief

1    *sought by the debtors.*  We have not given notice to the 742 other

2    defendants therein which are under seal and it was not served on

3    those defendants except to the extent those defendants already had

4    placed themselves on either the master service list or the 2002

5    list.

6            There were no objections to the motion.  At the moment,

7    Your Honor, prior to Your Honor's order, we believe that it's

8    appropriate to get a further extension.  Right now, the extension

9    is through May 31, 2008, that's Your Honor's -- a prior order

10    entered on March 28th at docket No. 13277 and, again, the process

11    that we're looking for here is essentially the same formulation we

12    did in the 365(d)(4) motion and I presume with a similar

13    modification from Your Honor, the idea here is to not have to deal

14    with these complaints so long as we have the plan process that

15    we're moving forward with.

16            THE COURT:  Okay.  Well, first, I continue to believe

17    that there is good cause for the relief sought here.  Except for

18    the notice you did give I don't think any further notice is

19    necessary under the plain terms of 9006 and the cause is obviously

20    that the analysis so far that's represented in the motion is the

21    same as it was when the motion was originally granted which is that

22    these causes of action are being preserved in light of the

23    limitations period, however, it's not presently contemplated that

24    they will be pursued, although obviously the preservation of them

25    means that they may be pursued but given that there's no reason for

1    either the debtors or the potential defendants to start to have to

2    incur any costs in connection with the litigation so cause is shown

3    under Rule 4(m) and 9006.

4            The issue that I addressed earlier on the lease

5    extension motion is slightly different here, I think, because it's

6    conceivable, I guess, that a plan that I would permit someone else

7    to submit might have a different position on avoidance actions and

8    at which point they should be pursued.  So the way I phrased it

9    here and you're all free to chime in on this if it doesn't sound

10   right to you is that the deadline or the extension would be until

11   thirty days after the later of substantial consummation of the plan

12   or any modified Chapter 11 plan and December 31, 2008.  That seems

13   to me -- that was the date you had in for another matter, it will

14   come up later and it seems far enough off so that that would be

15   sufficient.

16           MR. BUTLER:  Thank you, Your Honor.

17           THE COURT:  Okay.  So I'll grant it on that basis.

18           MR. BUTLER:  Your Honor, the next item on the agenda,

19   Item No. 6, is the debtor's second DIP extension motion filed at

20   docket No. 13409.

21           Your Honor, in this motion the debtors have sought

22   authority to supplement the January 5, 2007 DIP order entered at

23   docket No. 6461, the November 16, 2007 DIP extension order at

24   docket No. 10854 and to authorize the debtors to extend the

25   maturity date of the DIP facility to enter into related documents

# EXHIBIT I

**Postconfirmation Extension of Avoidance Action
Service Deadline Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                        :
      In re                         :      Chapter 11
                                        :
DELPHI CORPORATION, <u>et al.</u>,            :      Case No. 05-44481 (RDD)
                                        :
            Debtors.           :      (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER PURSUANT TO FED. R. BANKR. P. 7004(a) AND
9006(b)(1) AND FED. R. CIV. P. 4(m) TO EXTEND DEADLINE TO
SERVE PROCESS FOR AVOIDANCE ACTIONS FILED IN CONNECTION
<u>WITH PRESERVATION OF ESTATE CLAIMS PROCEDURES ORDER</u>

("POSTCONFIRMATION EXTENSION OF AVOIDANCE ACTION SERVICE
DEADLINE ORDER")

Upon the motion, dated April 10, 2008 (the "Motion"), of Delphi

Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-

possession in the above-captioned cases (collectively, the "Debtors"), for an order under

Federal Rules of Bankruptcy Procedure 7004(a) and 9006(b)(1) and Federal Rule of Civil

Procedure 4(m) to extend the deadline to serve process for Adversary Proceedings[1]

commenced in connection with the Preservation Of Estate Claims Procedures Order[2]

(Docket No. 9105), which deadline was previously extended to May 31, 2008 pursuant to

the Order Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. R. Civ. P. 4(m)

To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With

---

[1]    Capitalized terms used and not defined herein shall have the meanings ascribed to them in the Motion.

[2]    The Adversary Proceedings are listed by adversary proceeding number on <u>Exhibit A</u> attached hereto.



Preservation Of Estate Claims Procedures Order (Docket No. 13277) (the "First Deadline Extension Order"); and upon the record of the hearing held on the Motion; and this Court having determined that the relief requested in the Motion as granted herein is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given, and it appearing that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.      The Motion is GRANTED as provided herein.

2.      Paragraph 8 of the Preservation Of Estate Claims Procedures Order, as previously modified by First Deadline Extension Order, is hereby further modified so that the time under Federal Rule of Civil Procedure 4(m) by which the Debtors must serve a defendant in the Adversary Proceedings with a summons and complaint is further extended until 30 days after the later of substantial consummation of the Plan or any modified chapter 11 plan for the Debtors and December 31, 2008; without prejudice, however, to the Debtors' right to seek further extensions and without prejudice to the right of each of Laneko Engineering Co., Wachovia Bank, National Association, and Laneko Engineering Co. Inc. to seek a shortening of the deadline.  The Debtors shall serve a copy of this order upon each defendant in any Adversary Proceeding either when the Debtors serve a summons and complaint on such defendant or as soon thereafter as practicable.  All other provisions of the Preservation Of Estate Claims Procedures Order shall remain in effect.

2

3.       This order shall be deemed entered in each of the Adversary Proceedings.

4.       The Debtors shall file a copy of this order in each of the Adversary Proceedings.

5.       This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

6.       The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated: New York, New York
     April 30, 2008

_____/s/ Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE

3

# **<u>EXHIBIT A</u>**

# DELPHI ADVERSARY PROCEEDING NUMBERS

| | | |
|---|---|---|
| 07-02072 | 07-02191 | 07-02200 |
| 07-02084 | 07-02195 | 07-02088 |
| 07-02090 | 07-02201 | 07-02094 |
| 07-02096 | 07-02205 | 07-02099 |
| 07-02101 | 07-02207 | 07-02103 |
| 07-02106 | 07-02209 | 07-02109 |
| 07-02115 | 07-02213 | 07-02110 |
| 07-02120 | 07-02214 | 07-02239 |
| 07-02124 | 07-02219 | 07-02244 |
| 07-02138 | 07-02224 | 07-02248 |
| 07-02142 | 07-02227 | 07-02251 |
| 07-02147 | 07-02231 | 07-02255 |
| 07-02150 | 07-02077 | 07-02259 |
| 07-02154 | 07-02080 | 07-02261 |
| 07-02157 | 07-02083 | 07-02265 |
| 07-02163 | 07-02091 | 07-02267 |
| 07-02170 | 07-02095 | 07-02270 |
| 07-02184 | 07-02102 | 07-02273 |
| 07-02190 | 07-02105 | 07-02276 |
| 07-02198 | 07-02112 | 07-02277 |
| 07-02202 | 07-02117 | 07-02280 |
| 07-02204 | 07-02123 | 07-02281 |
| 07-02208 | 07-02125 | 07-02282 |
| 07-02076 | 07-02128 | 07-02283 |
| 07-02081 | 07-02130 | 07-02284 |
| 07-02087 | 07-02135 | 07-02288 |
| 07-02097 | 07-02137 | 07-02291 |
| 07-02104 | 07-02143 | 07-02293 |
| 07-02112 | 07-02148 | 07-02074 |
| 07-02132 | 07-02152 | 07-02078 |
| 07-02140 | 07-02159 | 07-02082 |
| 07-02145 | 07-02165 | 07-02085 |
| 07-02153 | 07-02169 | 07-02089 |
| 07-02160 | 07-02174 | 07-02093 |
| 07-02166 | 07-02175 | 07-02108 |
| 07-02171 | 07-02182 | 07-02114 |
| 07-02180 | 07-02189 | 07-02119 |
| 07-02186 | 07-02196 | 07-02122 |

1

| | | |
|---|---|---|
| 07-02126 | 07-02199 | 07-02226 |
| 07-02129 | 07-02206 | 07-02230 |
| 07-02131 | 07-02210 | 07-02252 |
| 07-02136 | 07-02212 | 07-02256 |
| 07-02141 | 07-02217 | 07-02262 |
| 07-02146 | 07-02221 | 07-02266 |
| 07-02151 | 07-02225 | 07-02269 |
| 07-02156 | 07-02228 | 07-02272 |
| 07-02158 | 07-02235 | 07-02275 |
| 07-02164 | 07-02241 | 07-02278 |
| 07-02167 | 07-02245 | 07-02299 |
| 07-02172 | 07-02250 | 07-02303 |
| 07-02176 | 07-02254 | 07-02306 |
| 07-02179 | 07-02260 | 07-02309 |
| 07-02183 | 07-02079 | 07-02314 |
| 07-02187 | 07-02092 | 07-02318 |
| 07-02193 | 07-02098 | 07-02321 |
| 07-02233 | 07-02107 | 07-02326 |
| 07-02238 | 07-02111 | 07-02329 |
| 07-02243 | 07-02118 | 07-02334 |
| 07-02247 | 07-02107 | 07-02337 |
| 07-02249 | 07-02149 | 07-02340 |
| 07-02253 | 07-02162 | 07-02346 |
| 07-02257 | 07-02173 | 07-02350 |
| 07-02263 | 07-02178 | 07-02354 |
| 07-02075 | 07-02185 | 07-02359 |
| 07-02086 | 07-02192 | 07-02237 |
| 07-02100 | 07-02197 | 07-02240 |
| 07-02116 | 07-02203 | 07-02246 |
| 07-02121 | 07-02211 | 07-02258 |
| 07-02127 | 07-02214 | 07-02264 |
| 07-02133 | 07-02218 | 07-02271 |
| 07-02139 | 07-02223 | 07-02274 |
| 07-02144 | 07-02229 | 07-02279 |
| 07-02155 | 07-02232 | 07-02285 |
| 07-02161 | 07-02234 | 07-02289 |
| 07-02168 | 07-02236 | 07-02294 |
| 07-02177 | 07-02242 | 07-02298 |
| 07-02181 | 07-02215 | 07-02302 |
| 07-02188 | 07-02220 | 07-02312 |
| 07-02194 | 07-02222 | 07-02316 |

3

| | | |
|---|---|---|
| 07-02324 | 07-02392 | 07-02547 |
| 07-02330 | 07-02393 | 07-02549 |
| 07-02336 | 07-02396 | 07-02286 |
| 07-02342 | 07-02402 | 07-02290 |
| 07-02347 | 07-02407 | 07-02295 |
| 07-02783 | 07-02417 | 07-02297 |
| 07-02355 | 07-02421 | 07-02301 |
| 07-02361 | 07-02430 | 07-02305 |
| 07-02367 | 07-02442 | 07-02310 |
| 07-02373 | 07-02445 | 07-02317 |
| 07-02379 | 07-02449 | 07-02322 |
| 07-02397 | 07-02452 | 07-02327 |
| 07-02405 | 07-02454 | 07-02332 |
| 07-02268 | 07-02458 | 07-02335 |
| 07-02296 | 07-02461 | 07-02343 |
| 07-02304 | 07-02464 | 07-02348 |
| 07-02308 | 07-02467 | 07-02352 |
| 07-02311 | 07-02470 | 07-02357 |
| 07-02315 | 07-02473 | 07-02362 |
| 07-02320 | 07-02475 | 07-02366 |
| 07-02323 | 07-02478 | 07-02372 |
| 07-02328 | 07-02481 | 07-02696 |
| 07-02333 | 07-02483 | 07-02701 |
| 07-02784 | 07-02485 | 07-02703 |
| 07-02338 | 07-02488 | 07-02704 |
| 07-02341 | 07-02490 | 07-02706 |
| 07-02345 | 07-02493 | 07-02708 |
| 07-02349 | 07-02497 | 07-02710 |
| 07-02351 | 07-02499 | 07-02712 |
| 07-02356 | 07-02503 | 07-02714 |
| 07-02360 | 07-02506 | 07-02715 |
| 07-02363 | 07-02510 | 07-02717 |
| 07-02364 | 07-02513 | 07-02718 |
| 07-02369 | 07-02517 | 07-02719 |
| 07-02374 | 07-02521 | 07-02720 |
| 07-02377 | 07-02525 | 07-02721 |
| 07-02382 | 07-02528 | 07-02723 |
| 07-02384 | 07-02532 | 07-02726 |
| 07-02386 | 07-02535 | 07-02728 |
| 07-02388 | 07-02538 | 07-02730 |
| 07-02390 | 07-02544 | 07-02732 |

4

| | | |
|---|---|---|
| 07-02734 | 07-02425 | 07-02541 |
| 07-02736 | 07-02428 | 07-02414 |
| 07-02738 | 07-02429 | 07-02418 |
| 07-02739 | 07-02432 | 07-02424 |
| 07-02741 | 07-02434 | 07-02427 |
| 07-02743 | 07-02436 | 07-02433 |
| 07-02745 | 07-02438 | 07-02435 |
| 07-02747 | 07-02441 | 07-02439 |
| 07-02749 | 07-02443 | 07-02447 |
| 07-02751 | 07-02446 | 07-02451 |
| 07-02753 | 07-02448 | 07-02455 |
| 07-02754 | 07-02450 | 07-02459 |
| 07-02756 | 07-02453 | 07-02462 |
| 07-02758 | 07-02456 | 07-02465 |
| 07-02760 | 07-02457 | 07-02469 |
| 07-02761 | 07-02460 | 07-02471 |
| 07-02762 | 07-02463 | 07-02476 |
| 07-02764 | 07-02786 | 07-02479 |
| 07-02766 | 07-02466 | 07-02482 |
| 07-02368 | 07-02468 | 07-02487 |
| 07-02371 | 07-02472 | 07-02491 |
| 07-02375 | 07-02474 | 07-02496 |
| 07-02378 | 07-02477 | 07-02501 |
| 07-02381 | 07-02480 | 07-02508 |
| 07-02383 | 07-02484 | 07-02512 |
| 07-02785 | 07-02486 | 07-02516 |
| 07-02387 | 07-02489 | 07-02518 |
| 07-02389 | 07-02492 | 07-02522 |
| 07-02391 | 07-02495 | 07-02526 |
| 07-02394 | 07-02498 | 07-02529 |
| 07-02398 | 07-02500 | 07-02531 |
| 07-02400 | 07-02504 | 07-02537 |
| 07-02401 | 07-02511 | 07-02540 |
| 07-02403 | 07-02515 | 07-02543 |
| 07-02406 | 07-02507 | 07-02545 |
| 07-02408 | 07-02520 | 07-02548 |
| 07-02410 | 07-02524 | 07-02559 |
| 07-02413 | 07-02527 | 07-02560 |
| 07-02416 | 07-02530 | 07-02561 |
| 07-02420 | 07-02533 | 07-02562 |
| 07-02423 | 07-02536 | 07-02563 |

| | | |
|---|---|---|
| 07-02564 | 07-02419 | 07-02768 |
| 07-02565 | 07-02689 | 07-02769 |
| 07-02566 | 07-02690 | 07-02770 |
| 07-02567 | 07-02691 | 07-02771 |
| 07-02568 | 07-02692 | 07-02772 |
| 07-02569 | 07-02693 | 07-02773 |
| 07-02570 | 07-02694 | 07-02774 |
| 07-02571 | 07-02695 | 07-02775 |
| 07-02572 | 07-02697 | 07-02776 |
| 07-02573 | 07-02698 | 07-02777 |
| 07-02574 | 07-02699 | 07-02778 |
| 07-02575 | 07-02700 | 07-02779 |
| 07-02576 | 07-02702 | 07-02617 |
| 07-02577 | 07-02705 | 07-02618 |
| 07-02578 | 07-02707 | 07-02619 |
| 07-02580 | 07-02709 | 07-02620 |
| 07-02582 | 07-02711 | 07-02621 |
| 07-02583 | 07-02713 | 07-02622 |
| 07-02584 | 07-02716 | 07-02623 |
| 07-02585 | 07-02722 | 07-02624 |
| 07-02587 | 07-02724 | 07-02625 |
| 07-02589 | 07-02725 | 07-02626 |
| 07-02591 | 07-02727 | 07-02627 |
| 07-02287 | 07-02729 | 07-02628 |
| 07-02292 | 07-02731 | 07-02629 |
| 07-02300 | 07-02733 | 07-02787 |
| 07-02307 | 07-02735 | 07-02630 |
| 07-02313 | 07-02737 | 07-02631 |
| 07-02319 | 07-02740 | 07-02788 |
| 07-02325 | 07-02742 | 07-02632 |
| 07-02331 | 07-02744 | 07-02633 |
| 07-02339 | 07-02746 | 07-02634 |
| 07-02344 | 07-02748 | 07-02635 |
| 07-02353 | 07-02750 | 07-02336 |
| 07-02358 | 07-02752 | 07-02637 |
| 07-02365 | 07-02755 | 07-02638 |
| 07-02370 | 07-02757 | 07-02639 |
| 07-02376 | 07-02759 | 07-02640 |
| 07-02380 | 07-02763 | 07-02641 |
| 07-02385 | 07-02765 | 07-02642 |
| 07-02395 | 07-02767 | 07-02643 |

| | | |
|---|---|---|
| 07-02644 | 07-02685 | 07-02588 |
| 07-02645 | 07-02686 | 07-02590 |
| 07-02646 | 07-02687 | 07-02592 |
| 07-02647 | 07-02688 | 07-02593 |
| 07-02648 | 07-02399 | 07-02594 |
| 07-02649 | 07-02404 | 07-02595 |
| 07-02650 | 07-02409 | 07-02596 |
| 07-02651 | 07-02411 | 07-02597 |
| 07-02652 | 07-02412 | 07-02598 |
| 07-02653 | 07-02415 | 07-02599 |
| 07-02654 | 07-02422 | 07-02600 |
| 07-02655 | 07-02426 | 07-02601 |
| 07-02656 | 07-02431 | 07-02602 |
| 07-02657 | 07-02437 | 07-02603 |
| 07-02658 | 07-02789 | 07-02604 |
| 07-02659 | 07-02440 | 07-02605 |
| 07-02660 | 07-02790 | 07-02606 |
| 07-02661 | 07-02444 | 07-02607 |
| 07-02662 | 07-02494 | 07-02608 |
| 07-02663 | 07-02502 | 07-02609 |
| 07-02664 | 07-02505 | 07-02610 |
| 07-02665 | 07-02509 | 07-02611 |
| 07-02666 | 07-02514 | 07-02612 |
| 07-02667 | 07-02519 | 07-02613 |
| 07-02668 | 07-02523 | 07-02614 |
| 07-02669 | 07-02534 | 07-02615 |
| 07-02670 | 07-02539 | 07-02616 |
| 07-02671 | 07-02542 | 07-02794 |
| 07-02672 | 07-02546 | 07-02803 |
| 07-02673 | 07-02550 | 07-02805 |
| 07-02674 | 07-02551 | 07-02797 |
| 07-02675 | 07-02552 | 07-02795 |
| 07-02676 | 07-02553 | 07-02796 |
| 07-02677 | 07-02554 | 07-02798 |
| 07-02678 | 07-02555 | 07-02799 |
| 07-02679 | 07-02556 | 07-02800 |
| 07-02680 | 07-02557 | 07-02801 |
| 07-02681 | 07-02558 | 07-02802 |
| 07-02682 | 07-02579 | 07-02804 |
| 07-02683 | 07-02581 | 07-02806 |
| 07-02684 | 07-02586 | 07-02807 |

07-02808
07-02809
07-02810
07-02811
07-02812
07-02813
07-02814
07-02815
07-02816
07-02817
07-02818
07-02819
07-02862

## **EXHIBIT J**

**October 22, 2009 Hearing Transcript**

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 05-44481

- - - - - - - - - - - - - - - - - - - -x

In the Matter of:


DELPHI CORPORATION, ET AL.,


        Debtors.



- - - - - - - - - - - - - - - - - - - -x


                U.S. Bankruptcy Court

                One Bowling Green

                New York, New York


                October 22, 2009

                10:02 AM


B E F O R E:

HON. ROBERT D. DRAIN

U.S. BANKRUPTCY JUDGE

2

1    Supplemental Motion to Extend Deadline to Serve Process for

2    Avoidance Action Filed in Connection with Preservation of

3    Estate Claims Procedures Order

4

5    Proposed Forty-Eighth Omnibus Hearing Agenda

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Dena Page

3

1

2   A P P E A R A N C E S :

3   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

4        Attorneys for Debtors

5        Four Times Square

6        New York, NY 10036

7

8   BY:   KAYALYN A. MARAFIOTI, ESQ.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

1              P R O C E E D I N G S

2          THE COURT:  Please be seated.  Okay.  In re: Delphi

3      Corporation.

4          MS. MARAFIOTI:  Good morning, Your Honor.  Kayalyn

5      Marafioti on behalf of DPH Holdings, Corp., which is the

6      reorganized company and successor to Delphi Corporation and all

7      but two of its affiliated debtors.

8          There are only a couple of items on the calendar

9      today, and the second of them is now moot.  The motion of

10     Robert Backy (ph.) to enforce payment of his claim was

11     withdrawn yesterday.  I think the appropriate pleadings were

12     filed.  And so that matter is, effectively, settled.

13         And that leaves us with the debtors' motion under

14     Bankruptcy Rule -- well, Federal Rule 4(m) and its companion

15     bankruptcy rule to further extend the time to file service of

16     process in connection with a number of adversary proceedings

17     that were filed under seal a couple of years ago.

18         Your Honor, since we last made a motion seeking an

19     extension of time, quite a considerable amount of progress has

20     been made.  In March, when we initially sought time that would

21     relate to thirty days past the consummation date, there were

22     some 752 complaints that might be brought.  And you may recall

23     that under the modified plan, the debtors were required to

24     submit an exhibit naming, by adversary proceeding number, the

25     complaints that could be brought post-consummation.  And that

5

1   number is now down to 177.  So the pool of potential claims has

2   been reduced to less than one quarter of its original size.

3        But the reason we're here seeking a further extension

4   is that in the intense period that led up to the closing, it

5   simply wasn't possible for the debtors to winnow that number

6   down any further.  And at the moment, under the master

7   disposition agreement, these claims inure solely to the benefit

8   of DPH Holdings, Corp.  They did not move to the buyers.  So

9   they're staying with the reorganized company.

10        And there is only one employee at DPH Holdings Corp.

11   He has a lot of things to do right now in trying to effectuate

12   all the transactions that were contemplated by the plan, and

13   certainly this issue is now very much at the center of his

14   attention, but he does need a bit more time.

15        Also, we understand that a different law firm will be

16   taking over those claims, if and to the extent that they are

17   brought, and so they need a bit of time to get up to speed as

18   well.

19        We think that those reasons form the basis for the

20   Court's extension of time, here.  There has been no objection

21   filed.  We did serve the motion in the usual fashion, and no

22   objections were lodged.  So we would simply ask that the order

23   be entered as submitted.

24        THE COURT:  Okay, and thirty days hasn't run since the

25   consummation of the plan, right?

6

1        MS. MARAFIOTI:  That's correct.  I think that would be

2   November 5 --

3        THE COURT:  Okay.

4        MS. MARAFIOTI:  -- would be the thirtieth day.

5        THE COURT:  All right, so you're within the deadline.

6        MS. MARAFIOTI:  Right.

7        THE COURT:  I'll enter the order --

8        MS. MARAFIOTI:  Okay, very good.  Thank you, Your

9   Honor.

10        THE COURT:  -- for the reasons stated in the motion.

11   As with the last ones, this is without prejudice to the rights

12   of these potential defendants to argue other defenses, other

13   than the running of the limitations period.  And I think that

14   goes without saying.  So this is just an extension of the time

15   to actually serve.

16        MS. MARAFIOTI:  That's right, Your Honor.

17        THE COURT:  So do you have a disc for me?

18        MS. MARAFIOTI:  I believe we do.  If I may approach

19   the bench, Your Honor.

20        THE COURT:  Sure.  Obviously, the debtors' decision to

21   proceed this way is borne out by the fact that the vast

22   majority of these cases have already been, effectively, booted

23   out.  And as the motion states, the potential plaintiff, here,

24   certainly should have a little more time to analyze whether it

25   makes sense to bring the remaining lawsuits or only some of

7

1    them before DPH and the defendants incur additional costs.

2              Okay, thank you.

3              MS. MARAFIOTI:  Thank you, Your Honor.

4              THE COURT:  Okay.

5         (Proceedings concluded at 10:07 a.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

8

1

2                              I N D E X

3

4                               RULINGS

5                                    Page      Line

6    Supplemental Motion to      6         10

7    Extend Deadline to Serve

8    Process for Avoidance

9    Action Granted

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

9

1

2                     C E R T I F I C A T I O N

3

4     I, Dena Page, certify that the foregoing transcript is a true

5     and accurate record of the proceedings.

6     Dena Page

       Digitally signed by Dena Page
       DN: cn=Dena Page, o, ou,
7      email=digital1@veritext.com, c=US
       Date: 2009.10.23 13:54:44 -04'00'
       _____

8     Dena Page

9

10    Veritext LLC

11    200 Old Country Road

12    Suite 580

13    Mineola, NY 11501

14

15    Date:  October 23, 2009

16

17

18

19

20

21

22

23

24

25

# **EXHIBIT K**

**Supplemental Postconfirmation Extension Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
     In re                                :    Chapter 11
                                            :
DELPHI CORPORATION, <u>et al.</u>,                :    Case No. 05-44481 (RDD)
                                            :
          Debtors.                    :    (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER PURSUANT TO FED. R. BANKR. P. 7004(a) AND
9006(b)(1) AND FED. R. CIV. P. 4(m) TO EXTEND DEADLINE TO
SERVE PROCESS FOR AVOIDANCE ACTIONS FILED IN CONNECTION
<u>WITH PRESERVATION OF ESTATE CLAIMS PROCEDURES ORDER</u>

("POSTCONFIRMATION EXTENSION OF AVOIDANCE ACTION SERVICE
DEADLINE ORDER")

          Upon the supplemental motion, dated October 2, 2009 (the "Motion"), of

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and

debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for an

order under Federal Rules of Bankruptcy Procedure 7004(a) and 9006(b)(1) and Federal

Rule of Civil Procedure 4(m) to extend the deadline to serve process for Adversary

Proceedings[1] commenced in connection with the Preservation Of Estate Claims Procedures

Order[2] (Docket No. 9105), which deadline was previously extended to May 31, 2008

pursuant to the Order Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. R.

Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions Filed In

───────────────────────

[1]    Capitalized terms used and not defined herein shall have the meanings ascribed to them in the Motion.

[2]    The Adversary Proceedings are listed by adversary proceeding number on <u>Exhibit A</u> attached hereto.



Connection With Preservation Of Estate Claims Procedures Order (Docket No. 13277) (the "First Deadline Extension Order") and further extended to 30 days after substantial consummation of the Confirmed Plan or any modified plan pursuant to the Motion Pursuant to Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed R. Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order (Docket No. 13361) (the "Postconfirmation Extension Motion"); and upon the record of the hearing held on the Motion; and this Court having determined that the relief requested in the Motion as granted herein is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given, and it appearing that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.        The Motion is GRANTED as provided herein.

2.        Paragraph 8 of the Preservation Of Estate Claims Procedures Order, as previously modified by the First Deadline Extension Order and the Postconfirmation Extension Motion, is hereby further modified so that the time under Federal Rule of Civil Procedure 4(m) by which the Debtors must serve a defendant in the Adversary Proceedings with a summons and complaint is further extended until 180 days after substantial consummation of the Modified Plan, without prejudice, however, to the Debtors' right to seek further extensions and without prejudice to the right of each of Laneko Engineering Co., Wachovia Bank, National Association, and Laneko Engineering Co. Inc. to seek a

2

shortening of the deadline.  The Debtors shall serve a copy of this order upon each

defendant in any Adversary Proceeding either when the Debtors serve a summons and

complaint on such defendant or as soon thereafter as practicable.  All other provisions of

the Preservation Of Estate Claims Procedures Order shall remain in effect.

        3.      This order shall be deemed entered in each of the Adversary

Proceedings.

        4.      The Debtors shall file a copy of this order in each of the Adversary

Proceedings.

        5.      This Court shall retain jurisdiction to hear and determine all matters

arising from the implementation of this order.

Dated: New York, New York
      October 22, 2009

          /s/Robert D. Drain                 
          UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

| Adversary Proceeding Number | Adversary Proceeding Number | Adversary Proceeding Number |
|---|---|---|
| 07-02074 | 07-02302 | 07-02592 |
| 07-02076 | 07-02305 | 07-02597 |
| 07-02077 | 07-02309 | 07-02600 |
| 07-02084 | 07-02310 | 07-02602 |
| 07-02090 | 07-02312 | 07-02605 |
| 07-02096 | 07-02313 | 07-02606 |
| 07-02098 | 07-02322 | 07-02607 |
| 07-02124 | 07-02328 | 07-02617 |
| 07-02125 | 07-02333 | 07-02618 |
| 07-02130 | 07-02337 | 07-02619 |
| 07-02131 | 07-02339 | 07-02623 |
| 07-02133 | 07-02344 | 07-02625 |
| 07-02135 | 07-02348 | 07-02633 |
| 07-02138 | 07-02350 | 07-02639 |
| 07-02140 | 07-02351 | 07-02644 |
| 07-02142 | 07-02357 | 07-02649 |
| 07-02147 | 07-02358 | 07-02650 |
| 07-02151 | 07-02372 | 07-02652 |
| 07-02161 | 07-02374 | 07-02654 |
| 07-02177 | 07-02378 | 07-02657 |
| 07-02182 | 07-02414 | 07-02659 |
| 07-02185 | 07-02416 | 07-02661 |
| 07-02186 | 07-02432 | 07-02668 |
| 07-02188 | 07-02433 | 07-02672 |
| 07-02198 | 07-02435 | 07-02679 |
| 07-02201 | 07-02436 | 07-02688 |
| 07-02203 | 07-02442 | 07-02689 |
| 07-02210 | 07-02445 | 07-02690 |
| 07-02211 | 07-02449 | 07-02694 |
| 07-02212 | 07-02457 | 07-02697 |
| 07-02214 | 07-02459 | 07-02702 |
| 07-02217 | 07-02462 | 07-02711 |
| 07-02220 | 07-02466 | 07-02712 |
| 07-02227 | 07-02475 | 07-02714 |
| 07-02234 | 07-02477 | 07-02720 |

1

| Adversary Proceeding Number | Adversary Proceeding Number | Adversary Proceeding Number |
|---|---|---|
| 07-02236 | 07-02479 | 07-02723 |
| 07-02238 | 07-02484 | 07-02730 |
| 07-02242 | 07-02489 | 07-02737 |
| 07-02245 | 07-02500 | 07-02739 |
| 07-02248 | 07-02505 | 07-02742 |
| 07-02250 | 07-02523 | 07-02743 |
| 07-02256 | 07-02525 | 07-02744 |
| 07-02257 | 07-02527 | 07-02745 |
| 07-02258 | 07-02534 | 07-02750 |
| 07-02259 | 07-02539 | 07-02753 |
| 07-02260 | 07-02540 | 07-02756 |
| 07-02262 | 07-02541 | 07-02758 |
| 07-02270 | 07-02543 | 07-02767 |
| 07-02272 | 07-02551 | 07-02768 |
| 07-02274 | 07-02553 | 07-02769 |
| 07-02280 | 07-02554 | 07-02775 |
| 07-02282 | 07-02555 | 07-02783 |
| 07-02284 | 07-02556 | 07-02785 |
| 07-02287 | 07-02562 | 07-02787 |
| 07-02288 | 07-02563 | 07-02789 |
| 07-02291 | 07-02571 | 07-02790 |
| 07-02295 | 07-02572 | 07-02799 |
| 07-02298 | 07-02580 | 07-02800 |
| 07-02301 | 07-02581 | 07-02804 |

# EXHIBIT 4

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
                                   :
   In re                           :    Chapter 11
                                   :
DELPHI CORPORATION, et al.,        :    Case No. 05-44481 (RDD)
                                   :
              Debtors.             :    (Jointly Administered)
                                   :
---------------------------------- x

## AFFIDAVIT OF SERVICE

I, Darlene Calderon, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On October 2, 2009, I caused to be served the documents listed below (i) upon the parties listed on <u>Exhibit A</u> hereto via overnight mail, (ii) upon the parties listed on <u>Exhibit B</u> hereto via electronic notification, and (iii) upon the parties listed on <u>Exhibit C</u> hereto via postage pre-paid U.S. mail:

1) Supplemental Motion Pursuant to Fed. R. Bankr. P. 7004(a) and 9006(b)(1) and Fed. R. Civ. P. 4(m) to Extend Deadline to Serve Process for Avoidance Actions Filed in Connection with Preservation of Estate Claims Procedures Order ("Supplemental Postconfirmation Extension of Avoidance Action Service Deadline Motion") (Docket No. 18952)

2) Notice of (I) Adjournment of Hearing on Certain Objections to Nonassumption of Certain Contracts and Leases, Assumption and Assignment of Executory Contracts and Unexpired Leases, and Cure Amounts and (II) Hearing with Respect to Objection of Kokomo Gas and Fuel Company to Debtors' Notice of Assumption and Assignment (Docket No. 18953)

On October 2, 2009, I caused to be served the document listed below upon the parties listed on <u>Exhibit D</u> hereto via overnight mail:

3) Supplemental Motion Pursuant to Fed. R. Bankr. P. 7004(a) and 9006(b)(1) and Fed. R. Civ. P. 4(m) to Extend Deadline to Serve Process for Avoidance Actions Filed in Connection with Preservation of Estate Claims Procedures Order ("Supplemental Postconfirmation Extension of Avoidance Action Service Deadline Motion") (Docket No. 18952)



0544481091007000000000012

On October 2, 2009, I caused to be served the document listed below (i) upon the parties listed on Exhibit E hereto via overnight mail, and (ii) upon the parties listed on Exhibit F hereto via electronic notification:

4)  Notice of (I) Adjournment of Hearing on Certain Objections to Nonassumption of Certain Contracts and Leases, Assumption and Assignment of Executory Contracts and Unexpired Leases, and Cure Amounts and (II) Hearing with Respect to Objection of Kokomo Gas and Fuel Company to Debtors' Notice of Assumption and Assignment (Docket No. 18953)

Dated: October 7, 2009

_____/s/ Darlene Calderon_____
Darlene Calderon

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 7th day of October, 2009, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: ___/s/ Gary Christensen_____

Commission Expires: _11/12/09____

# EXHIBIT A

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | PARTY/FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | Peter A. Clark | One North Wacker Drive | Suite 4400 | Chicago | IL | 60606-2833 | 312-214-5668 | 312-759-5646 | Counsel to Recticel Interiors; Motorola; Temic Automotive |
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-209-4801 | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971659 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc., Sheldahl de Mexico S.A de C.V., Northfield Acquisition Co., Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell LLP | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | Counsel to Debtor's Postpetition Administrative Agent; Counsel to JPMorgan Chase Bank, N.A. |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | Debtors |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | M/D. OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | Counsel to Employee Benefits |
| Hodgson Russ LLP | Garry M. Graber | 60 East 42nd St | 37th Floor | New York | NY | 10165-0150 | 212-661-3535 | 212-972-1677 | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | Michigan IRS |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-436-1038 | 212-436-1931 | IRS |
| IUE-CWA | Conference Board Chairman | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | Creditor Committee Member |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | Postpetition Administrative Agent |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

10/5/2009 1:04 PM
Master Service List 090925.XLS Overnight

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | Fourth Floor | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | Indenture Trustee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | Counsel to Recitcel North America, Inc. |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | Counsel to Recitcel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | Counsel to Recitcel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm. | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| New York State Office of Attorney General | Eugene J. Leff | Assistant Attorney General & Deputy Bureau Chief | 120 Broadway, 26th Floor | New York | NY | 10271 | 212-416-8465 | 212-416-6007 | State of New York; New York State Department of Environmental Consevation |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | Special Labor Counsel |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Stephen J. Shimshak Philip A Weintraub | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3000 | 212-757-3990 | Counsel to Ryder Integrated Logistics, Inc. |
| Pension Benefit Guaranty Corporation | Israel Goldowitz | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Karen L. Morris, John Menke, Ralph L. Landy, Beth A. Bangert | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | Counsel to Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | Financial Advisor |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)                    Page 2 of 3                    Master Service List 090925.XLS Overnight

10/5/2009 1:04 PM

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | 212-218-5526 | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-848-4000 | 212-848-7179 | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 155 N Wacker Drive | Suite 2700 | Chicago | IL | 60606-1720 | 312-407-0700 | 312-407-0411 | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stahl Cowen Crowley Addis LLC | Jon D. Cohen, Trent P. Cornell | 55 West Monroe Street | Suite 1200 | Chicago | IL | 60603 | 312-641-0060 | 312-641-6959 | Counsel to the Delphi Retiree Committee |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-867-4258 | Conflicts Counsel to the Debtors |
| Tyco Electronics Corporation | MaryAnn Brereton, Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 07960 | 973-656-8365 | 973-656-8805 | Creditor Committee Member |
| United States Trustee | Brian Masumoto | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | Counsel to United States Trustee |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

10/5/2009 1:04 PM
Master Service List 099925.XLS Overnight

# EXHIBIT B

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | Peter A. Clark | One North Wacker Drive | Suite 4400 | Chicago | IL | 60606-2833 | 312-214-5668 | pclerk@btlaw.com | Counsel to Recticel Interiors; Motorola; Temic Automotive |
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | bsimon@cwsny.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126866000 | sreisman@cm-p.com | Creditor Committee Member |
| Davis, Polk & Wardwell LLP | Donald Bernstein<br>Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092<br>212-450-4213 | donald.bernstein@dpw.com<br>brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent; Counsel to JPMorgan Chase Bank, N.A. |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | sean.p.corcoran@delphi.co m<br>karen_craft@delphi.com | Debtors |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | paul.anderson@flextronics.c om | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | trev.chambers@freescale.c om | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler<br>Bonnie Steingart<br>Jenifer L Rodburg<br>Richard J Silvinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | rodbuje@ffhsj.com<br>silvirj@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | randall_eisenberg@fticonsult ing.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Garry M. Graber | 60 East 42nd St. | 37th Floor | New York | NY | 10165-0150 | 212-661-3535 | ggraber@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Jefferies & Company, Inc. | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | richard.duker@jpmorgan.co m | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | susan.atkins@jpmorgan.co m | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

10/5/2009 1:04 PM
Master Service List 090925.XLS Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | jdejonker@mwe.com | Counsel to Recitel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | lszlezinger@mesirowfinanci al.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| New York State Office of Attorney General | Eugene J Leff Assistant Attorney General & Deputy Bureau Chief | 120 Broadway, 26th Floor | | New York | NY | 10271 | 212-416-8465 | eugene.leff@oag.state.ny.u s | State of New York; New York State Department of Environmental Conservation |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | william.dornbos@oag.state. ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | tjerman@omm.com | Special Labor Counsel |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Stephen J. Shimshak Philip A Weintraub | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3000 | sshimshak@paulweiss.com pweintraub@paulweiss.com | Counsel to Ryder Integrated Logistics, Inc. |
| Pension Benefit Guaranty Corporation | Karen L. Morris, John Menke, Ralph L. Landy, Beth A. Bangert | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | landry.ralph@pbgc.gov morris.karen@pbgc.gov menke.john@pbgc.gov bangert.beth@pbgc.gov ellie@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothschild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | david.resnick@us.rothschild .com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-848-4000 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 155 N Wacker Drive | Suite 2700 | Chicago | IL | 60606-1720 | 312-407-0700 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

10/5/2009 1:04 PM
Master Service List 090925.XLS Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stahl Cowen Crowley Addis LLC | Jon D. Cohen, Trent P. Cornell | 55 West Monroe Street | Suite 1200 | Chicago | IL | 60603 | 312-641-0060 | jcohen@stahlcowen.com tcornell@stahlcowen.com | Counsel to the Delphi Retiree Committee |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | cs@stevenslee.com cdp@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | jeff.tanenbaum@weil.com martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | scimalore@wilmingtontrust.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | | Creditor Committee Member/Indenture Trustee |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Adalberto Cañadas Castillo | | Avda Ramon de Carranza | 10-1° | Cadiz | | 11006 | Spain | 34 956 226 311 | adalberto@canadas.com | Representative to DASE |
| Adler Pollock & Sheehan PC | Joseph Avanzato | One Citizens Plz 8th Fl | | Providence | RI | 02903 | | 401-274-7200 | javanzato@apslaw.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 8675 | Radnor | PA | 19087-8675 | | 610-902-6028 | david.boyle@airgas.com | Counsel to Airgas, Inc. |
| Akebono Brake Corporation | Brandon J. Kessinger | 310 Ring Road | | Elizabethtown | KY | 42701 | | 270-234-5580 | bkessinger@akebono-usa.com | Representative for Akebono Corporation |
| Akin Gump Strauss Hauer & Feld, LLP | David M Dunn | 1333 New Hampshire Ave NW | | Washington | DC | 20036 | | 202-887-4000 | dfunn@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Ira S Dizengoff | One Bryant Park | | New York | NY | 10036 | | 212-872-1000 | idizengoff@akinqump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Peter J. Gurfein | 2029 Century Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-552-6696 | pgurfein@akingump.com | Counsel to Wamco, Inc. |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | mgreger@allenmatkins.com | Counsel to Kilroy Realty, L.P. |
| Alston & Bird, LLP | Craig E. Freeman | 90 Park Avenue | | New York | NY | 10016 | | 212-210-9400 | craig.freeman@alston.com | Counsel to Cadence Innovation, LLC |
| Alston & Bird, LLP | Dennis J. Connolly; David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 | | 404-881-7269 | dconnolly@alston.com  dwender@alston.com | Counsel to Cadence Innovation, LLC, PD George Co, Furukawa Electric Company, Ltd., and Furukawa Electric North America APD, Inc. |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | steven.keyes@aaam.com | Representative for American Axle & Manufacturing, Inc. |
| Andrews Kurth LLP | Gogi Malik | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | gogimalik@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | mtf@afrct.com | Counsel to Stanley Electric Sales of America, Inc. |
| Arent Fox PLLC | Mitchell D. Cohen | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | Cohen.Mitchell@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | Hirsh.Robert@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | joel_gross@aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | cgalloway@atsautomation.com | Company |
| Balch & Bingham LLP | Eric T. Ray | PO Box 306 | | Birmingham | AL | 35201 | | 205-251-8100 | eray@balch.com | Attorney for Alabama Power Company |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | Kimberly J. Robinson | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | kim.robinson@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | William J. Barrett | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | william.barrett@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | alan.mills@btlaw.com | Counsel to Mays Chemical Company |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 22

10/5/2009 1:02 PM
Email (389)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | David M. Powlen | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | david.powlen@btlaw.com | Counsel to Howard county, Indiana |
| Barnes & Thornburg LLP | John T. Gregg | 171 Monroe Avenue NW | Suite 1000 | Grand Rapids | MI | 49503 | | 616-742-3930 | john.gregg@btlaw.com | Counsel to Priority Health; Clarion Corporation of America |
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | mark.owens@btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | michael.mccrory@btlaw.com | Counsel to Gibbs Die Casting Corporation; Clarion Corporation of America |
| Barnes & Thornburg LLP | Patrick E. Mears | 171 Monroe Avenue NW | Suite 1000 | Grand Rapids | MI | 49503 | | 616-742-3936 | pmears@btlaw.com | Counsel to Amvista Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | wendy.brewer@btlaw.com | Counsel to Gibbs Die Casting Corporation |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | ffm@bostonbusinesslaw.com | Counsel to Iron Mountain Information Management, Inc. |
| Beeman Law Office | Thomas M Beeman | 33 West 10th Street | Suite 200 | Anderson | IN | 46016 | | 765-640-1330 | tom@beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |
| Bernstein Litowitz Berger & Grossman | | 1285 Avenue of the Americas | | New York | NY | 10019 | | | | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | hannah@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | sean@blbglaw.com | Counsel to Kamax L.P.; Optex America, Inc.; GKN Sinter Metals, Inc. |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | | 313-496-1200 | murph@berrymoorman.com | Counsel to UPS Supply Chain Solutions, Inc. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV, Solectron Invotronics, Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | lschwab@bbslaw.com | Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | pcostello@bbslaw.com | Counsel to Veritas Software Corporation |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | tgaa@bbslaw.com | Counsel to Veritas Software Corporation |
| Bingham McHale LLP | Whitney L. Mosby | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | wmosby@binghammchale.com | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 22

10/5/2009 1:02 PM
Email (389)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Blank Rome LLP | Marc E. Richards | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | mrichards@blankrome.com | Counsel to DENSO International America, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | rmcdowell@bodmanllp.com | Counsel to Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S.A. de C.V.; Lear Corporation, American Axle & Manufacturing, Inc. |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | chill@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | csullivan@bsk.com | Counsel to Diemolding Corporation |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | sdonato@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |
| Bose McKinney & Evans LLP | Michael A Trentadue / Carina M de la Torre | 111 Monument Circle Ste 2700 | | Indianapolis | IN | 46204 | | 317-684-5000 | mtrentadue@boselaw.com / cdelatorre@boselaw.com | Counsel to Decatur Plastics Products, Inc. and Elkenberry & Associates, Inc.; Lorentson Manufacturing, Company, Inc.; Lorentson Manufacturing Company Southwest, Inc.; Lorentson Tooling, Inc.; L & S Tools, Inc. |
| Boult, Cummings, Conners & Berry, PLLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | amcmullen@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | rjones@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brembo S.p.A. | Massimiliano Ciri | Administration Department Via Brembo 25 | 24035 Curno BG | Bergamo | | | Italy | 00039-035-605-529 | massimiliano_ciri@brembo.it | Creditor |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | dludman@brownconnery.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, A Professional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | schristianson@buchalter.com | Counsel to Oracle USA, Inc.; Oracle Credit Corporation |
| Buchanan Ingersoll & Rooney PC | Mary Caloway | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | 302-552-4200 | mary.caloway@bipc.com | Counsel to Fiduciary Counselors |
| Buchanan Ingersoll & Rooney PC | William H. Schorling | Two Liberty Place | 50 S. 16th St, Ste 3200 | Philadelphia | PA | 19102 | | 215-665-5328 | william.schorling@bipc.com | Counsel to Fiduciary Counselors |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | (205) 458-5367 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc |
| Cadwalader Wickersham & Taft LLP | Jeannine D'Amico | 1201 F St NW Ste 1100 | | Washington | DC | 20004 | | 202-862-2452 | jeannine.damico@cwt.com john.rapisardi@cwt.com oren.haker@cwt.com | Attorneys for the Audit Committee of Delphi Corporation |
| Cadwalader Wickersham & Taft LLP | John J. Rapisardi Esq / Oren B. Haker Esq / Joseph Zujkowski Esq | One World Financial Center | | New York | NY | 10281 | | 212-504-6000 | joseph.zujkowski@cwt.com | Counsel to the Auto Task Force of the U.S. Department of the Treasury |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | jonathan_greenberg@BASF.C OM | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | rusadi@cahill.com | Counsel to Engelhard Corporation |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 22

10/5/2009 1:02 PM
Email (389)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY/FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Caffee, Halter & Griswold LLC | Jean R. Robertson, Esq. | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 | | 216-622-8404 | jrobertson@calfee.com | Counsel to Brush Engineered materials |
| Calinoff & Katz, LLp | Dorothy H. Marinis-Riggio / Robert Calinoff | 140 East 45th Street | 17th Floor | New York | NY | 10017 | | 212-826-8800 | dhrigaio@gmail.com / rcalinoff@candklaw.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminium North America, Inc., Hydro Aluminium Adrian, Inc., Hydro Aluminium Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminium Rockledge, Inc., Norsk Hydro Canada, Inc. |
| Carson Fischer, P.L.C. | Joseph M Fischer / Patrick J Kukla | 4111 Andover Road | West 2nd Floor | Bloomfield Hills | MI | 48302 | | 248-644-4840 | brwy@carsonfischer.com | Counsel to Bing Metals Group, LLC, Delphi America, Inc., Findlay Industries, Vitec, LLC |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 4111 Andover Road | West 2nd Floor | Birmingham | MI | 48302 | | 248-644-4840 | rweisberg@carsonfischer.com / brwy@carsonfischer.com | Counsel to Cascade Die Casting Group, Inc.; Behr America, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | cahn@clm.com | Counsel to STMicroelectronics, Inc. |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | ddeutsch@chadbourne.com | Counsel to EagleRock Capital Management LLC |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | japplebaum@clarkhill.com | Counsel to 1st Choice Heating & Cooling, Inc.; BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLC | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | sdeeby@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | rgordon@clarkhill.com | Counsel to ATS Automation Tooling Systems Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | maofiling@cgsh.com | Counsel to Arreses Electricos Automotrices, S.A de C.V.; Cordaflex, S.A. de C.V. |
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | maofilings@cgsh.com | Counsel to Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston, Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities Inc. |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | tmaxson@cohenlaw.com | Counsel to Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale / Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | jvitale@cwsny.com / bceccotti@cwsny.com | Counsel to International Union, United Automobile, Aerospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Costin, McKenney & Philbrick, P.C. | Bruce N. Elliott | 350 South Main Street | Suite 400 | Ann Arbor | MI | 48104 | | 734-971-9000 | Elliott@cmplaw.com | Counsel to Brazeway, Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 22

10/6/2009 1:02 PM
Email (389)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Reina, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200 (230) 862-8231 | mlee@contrariancapital.com jstanton@contrariancapital.com wreina@contrariancapital.com sales@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| Coolidge Wall Co, LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | Pretekin@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany; Attorneys for Columbia Industrial |
| Covington & Burling | Susan Power Johnston Aaron R. Marcu | 620 Eighth Ave | | New York | NY | 10018 | | 212-841-1005 | sjohnston@cov.com | Special Counsel to the Debtor |
| Cox, Hodgman & Giamarco., P.C. | Sean M. Walsh, Esq. | Tenth Floor Columbia Center | 101 W. Big Beaver Road | Troy | MI | 48084-5280 | | 248-457-7000 | swalsh@chglaw.com | Counsel to Mishinito Automotive Corporation |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | dpm@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technopl&gies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtin & Heefner, LLP | Robert Szvegjkos | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | rsz@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Cindi Elliott | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-6936 | cellicott@curts.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | wsavino@damonmorey.com | Counsel to Kelco, Inc., The Durham Companies, Inc. |
| David P. Martin | | 519 Energy Center Blvd | Ste 1104 | Northport | AL | 35401 | | 205-343-1771 | davidpmartin@eorisacase.com davidpmartin@bellsouth.net | Co-Counsel for David Cargis, Jimmy Mueller, and D. Keith Livingston |
| Day Pitney LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | rmeth@daypitney.com | Counsel to Marshall E. Campbell Company |
| Day Pitney LLP | Ronald S. Beacher Conrad K. Chiu | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | rbeacher@daypitney.com cchiu@daypitney.com | Counsel to IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation |
| Dechert LLP | Glenn E. Siegel James G. Moore | 1095 Avenue of the Americas | | New York | NY | 10036-6797 | | 212-698-3500 | glenn.siegel@dechert.com james.moore@dechert.com | Counsel for Kensington International Limited, Manchester Securities Corp. and Springfield Associates, LLC |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | | 212-682-4940 | gdiconza@dlawpc.com | Counsel to Tyz-All Plastics, Inc.; Co-Counsel to Tower Automotive, Inc. |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 5 of 22

10/5/2009 1:02 PM
Email (389)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | john.persiani@dinslaw.com | Counsel to The Procter & Gamble Company |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen, Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | richard.kremen@dlapiper.com | Counsel to Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Drinker Biddle & Reath LLP | Janice B. Grubin | 140 Broadway 39th Fl | | New York | NY | 10005-1116 | | 212-248-3140 | janice.grubin@dbr.com | Counsel to Vanguard Distributors, Inc. |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | jhlemkin@duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | dmdelphi@duanemorris.com wsmikulak@duanemorris.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc.; NOK Tecnasee, LLC; and Holden America Corporation |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | | Counsel to ACE American Insurance Company |
| Dykema Gossett PLLC | Douglas S Parker | 39577 Woodward Ave | Suite 300 | Bloomfield Hills | MI | 48304 | | 248-203-0703 | dparker@dykema.com | Counsel for Federal Screw |
| Dykema Gossett PLLC | Morgan Smith | 10 South Wacker Dr | Suite 2300 | Chicago | IL | 60606 | | 312-627-5679 | mrnsmith@dykema.com | Attorneys for Tremond City Barrel Fill PRP Group |
| Dykema Gossett PLLC | Sharon A. Salinas | 10 South Wacker Dr | Suite 2300 | Chicago | IL | 60606 | | 312-627-2199 | ssalinas@dykema.com | Counsel to Tremont City Barrel Fill PRP Group |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-716-9100 | ayala.hassell@eds.com | Representative for Electronic Data Systems Corporation |
| Ellenberg, Ogler, Rothschild & Rosenfeld, P.C. | Barbara Ellis-Monro | 170 Mitchell Street, SW | | Atlanta | GA | 30303 | | 404-581-3818 | bem@eorrlaw.com | Counsel to Southwire Company |
| Entergy Services, Inc. | Alan H. Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113 | | | akatz@entergy.com | Assistant General Counsel to Entergy Services, Inc |
| Epstein Becker & Green PC | Maura I. Russell, Anthony B. Stumbo | 250 Park Ave | 11th Floor | New York | NY | 10177-1211 | | 212-351-4500 | MRussell@ebglaw.com | Counsel to SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund Ltd |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | 77 Main Street | | New Rochelle | NY | 10801 | | 516-227-6300 | gettelman@e-hlaw.com | Counsel to Jon Ballin |
| Faegre & Benson LLP | Elizabeth K. Flaagan, Louis A. Scarcella | 3200 Wells Fargo Center | 1700 Lincoln St | Denver | CO | 80203-4532 | | 303-607-3894 | eflaagan@faegre.com lscarcella@farrellfritz.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Farrell Fritz PC | Patrick T. Collins | 1320 RexCorp Plaza | | Uniondale | NY | 11556-1320 | | 516-227-0700 | pcollins@farrellfritz.com | Counsel to Official Committee of Equity Holders |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | 65 Trumbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-8588 | charles@filardi-law.com | Counsel to Federal Express Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 6 of 22

10/5/2009 1:02 PM
Email (389)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | COUNTRY | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | | 10004 | 212-344-2929 | tdonovan@finkgold.com | Counsel to Pillarbuse (U.S.A.) Inc. |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | | 60610-4764 | 312-832-4500 | jmurch@foley.com | Counsel to Kuss Corporation |
| Foley & Lardner LLP | John A. Simon | One Detroit Center | 500 Woodward Ave Suite 2700 | Detroit | MI | | 48226-3489 | 313-234-7100 | jsimon@foley.com | Counsel to Ernst & Young LLP |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | | 10016 | 212-682-7575 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | | 08401-7212 | 609-348-4515 | mviscount@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930555 | Verona | WI | | 53593 | 608-848-6350 | frikkers@rikkerslaw.com | Counsel to Southwest Metal Finishing, Inc. |
| Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Avenue | | New York | NY | | 10103-3198 | 212-318-3000 | drosenzweig@fulbright.com | Counsel to Southwest Research Institute |
| Fulbright & Jaworski LLP | Michael M Parker | 300 Convent St Ste 2200 | | San Antonio | TX | | 78205 | 210-224-5575 | mparker@fulbright.com | Attorney for Subway Fluorides, LLC / Counsel to Southwest Research Institute |
| Genovese Joblove & Battista, P.A. | David C. Cimo | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | | 33131 | 305-349-2300 | dcimo@gjb-law.com | Counsel to Ryder Integrated Logistics, Inc. |
| Gibbons P.C. | David N. Crapo | One Gateway Center | | Newark | NJ | | 07102-5310 | 973-596-4523 | dcrapo@gibbonslaw.com | Counsel to Epcos, Inc. |
| Goldberg Segalla LLP | Attn Bruce W Hoover | 665 Main St Ste 400 | | Buffalo | NY | | 14203 | 716-566-5400 | bhoover@goldbergsegalla.com | Attorneys for MasTec Inc. |
| Goodwin Procter LLP | Alan S. Brilliant | 599 Lexington Avenue | | New York | NY | | 10022 | 212-813-8800 | abrilliant@goodwinprocter.com | Counsel to UGS Corp. |
| Goodwin Procter LLP | Craig P. Druehl | 599 Lexington Avenue | | New York | NY | | 10022 | 212-813-8800 | cdruehl@goodwinprocter.com | Counsel to UGS Corp. / Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union No. 18, 101 and 832 |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara D. Mehlsack | 17 State Street | 4th Floor | New York | NY | | 10004 | 212-269-2500 | bmehlsack@gkllaw.com | Counsel to Thermotech Company |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | | 02110-333 | 617-482-1776 | pbilowz@goulstonstorrs.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Grant & Eisenhofer P.A. | James J. Sabella | 485 Lexington Ave | | New York | NY | | 10017 | 646-722-8520 | jsabella@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | | 10111 | 212-755-6501 | jeisenhofer@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 7 of 22

10/5/2009 1:02 PM
Email (389)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | mrr@crowimil.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists, AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | mdebbler@graydon.com dicanzan@gtlaw.com | Counsel to Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greenberg Traurig, LLP | Maria J. DiCanza | MetLife Bldg | 200 Park Avenue | New York | NY | 10166 | | 212-801-9200 | dicanzam@gtlaw.com | Counsel to Santech Corporation |
| Greenberg Traurig, LLP | Shari L Heyen | 1000 Louisiana | Suite 1800 | Houston | TX | 77002 | | 713-374-3500 | heyens@gtlaw.com | Counsel to Santech Corporation |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald, J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | ckm@greensfelder.com info@greensfelder.com | Counsel to ARC Automotive, Inc. |
| Hahn Loeser & Parks LLP | Lawrence E Oscar, Christopher W Peer | 200 Public Square | Suite 2800 | Cleveland | OH | 44114 | | 216-621-0150 | leoscar@hahnlaw.com cpeer@hahnlaw.com | Counsel to Casco Products, a Unit of Sequa Corporation and ARC Automotive, Inc. |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin, Christopher J Battaglia, Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net jdyas@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc. |
| Hancock & Estabrook LLP | R John Clark Esq | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | rjclark@hancocklaw.com | Counsel to Alliance Precision Plastics Corporation |
| Harrington, Dragich & O'Neill PLLC | David G Dragich | 21043 Mack Avenue | | Grosse Pointe Woods | MI | 48236 | | 313-886-4550 | dldragich@lexlaw.com | Counsel to Internet Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 350 Fifth Avenue | Suite 2418 | New York | NY | 10118 | | 212-725-7338 | hleinwand@aol.com | Counsel to Baker Hughes Incorporated; Baker Petrolite Corporation |
| Haynes and Boone, LLP | Judith Elkin | 153 East 53rd Street | Suite 4900 | New York | NY | 10022 | | 212-659-7300 | judith.elkin@haynesboone.co m | Counsel to Highland Capital Management, L.P. |
| Haynes and Boone, LLP | Lenard M. Parkins, Kenric D. Kattner | 1 Houston Center | 1221 McKinney, Suite 2100 | Houston | TX | 77010 | | 713-547-2000 | lenard.parkins@haynesboone. com kenric.kattner@haynesboone.c om | Counsel to Highland Capital Management, L.P. |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | prubin@herrick.com | Counsel to Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-889-4760 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hinckley Allen & Snyder LLP | Michael J Pendall | 185 Asylum St CityPlace I | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | mpendall@haslaw.com | Counsel to Barnes Group, Inc. |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | echarlton@hiscockbarclay.co m | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Garry M. Graber | 60 E 42nd St 37th Fl | | New York | NY | 10165-0150 | | 212-661-3535 | ggraber@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1330 | jkreher@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 60 E 42nd St 37th Fl | | New York | NY | 10165-0150 | | 212-661-3535 | sgross@hodgsonruss.com | Co-Counsel for Yazaki North America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 8 of 22

10/5/2009 1:02 PM
Email (389)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Hogan & Hartson L.L.P. | Audrey Moog | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | amoog@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 212-637-5677 | ecdolan@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division;Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection Systems, Inc.; Attorneys for Guide Corporation and Lightsource Parent Corporation |
| Honigman, Miller, Schwartz and Cohn, LLP | Lawrence J. Murphy | 2290 First National Building | 660 Woodward Ave | Detroit | MI | 48226 | | 313-465-7488 | lmurphy@honigman.Com | |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 | sdrucker@honigman.com | Counsel for Valeo Climate Control, Corp. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | | 678-384-7000 | lmcbryan@hwmklaw.com | Counsel to Vanguard Distributors, Inc. |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | jnhunter@hunterschank.com | Counsel to ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | tomschank@hunterschank.com | Counsel to ZF Group North America Operations, Inc. |
| Hunton & Williams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | stholmes@hunton.com | Counsel to Delphi Automotive, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co, Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | jeffery.gillispie@infineon.com | Global Account Manager for Infineon Technologies North America |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | rgriffin@iuoe.org | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |

10/5/2009 1:02 PM
Email (389)

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 9 of 22

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Jackson Walker LLP | Bruce J. Ruzinsky | 1401 McKinney St Ste 1900 | | Houston | TX | 77010 | | 713-751-4200 | bruzinsky@jw.com | Counsel to Constellation NewEnergy, Inc. |
| Jackson Walker LLP | Heather M. Forrest | 901 Main St Ste 600 | | Dallas | TX | 75202 | | 214-953-6000 | hforrest@jw.com | Counsel to Constellation NewEnergy, Inc. |
| James R. Scheuerle | Parmanter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | JRS@Parmanterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jason, Inc. | Will Schultz, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | 414-277-2110 | wschultz@jasoninc.com | General Counsel to Jason Incorporated |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC, Tenneco Inc. and Contech LLC |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | 239 E. 4th St. | | Panama City | FL | 32401 | | 850-763-8421 | gerdekomarek@bellsouth.net | Counsel to Peggy C. Brannon, Bay County Tax Collector |
| Jones Day | Corinne Ball | 222 East 41st Street | | New York | NY | 10017 | | 212-326-7844 | cball@jonesday.com | Counsel to YKL Ross & Co., LLC Attorneys for Symantec Corporation, Successor-in-Interest to Veritas Corporation |
| Jones Day | Peter J. Benvenutti Michaeline H. Correa | 555 California St 26th Floor | | San Francisco | CA | 94104 | | 415-626-3939 | pbenvenutti@jonesday.com mcorrea@jonesday.com | |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | sjfriedman@jonesday.com | Counsel to YKL Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-236-8000 | rsmolev@kayescholer.com | Counsel to InPlay Technologies Inc |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko Cari Campen Laufenberg Erin M. Riley | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | lsarko@kellerrohrback.com claufenberg@kellerrohrback.com eriley@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | ggotto@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

10/5/2009 1:02 PM
Email (389)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Kelley Drye & Warren, LLP | Craig A. Wolfe | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | cwolfe@kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Merrill B. Stone | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | mstone@kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |
| Kennedy, Jennick & Murray | Larry Magarik | 113 University Plaza | 7th Floor | New York | NY | 10003 | | 212-358-1500 | lmagarik@klnlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communications Workers of America |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Plaza | 7th Floor | New York | NY | 10003 | | 212-358-1500 | sjennik@klnlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers Communications Workers of America |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Plaza | 7th Floor | New York | NY | 10003 | | 212-358-1500 | tkennedy@klnlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communications Workers of America |
| King & Spalding, LLP | Daniel Egan | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | degan@kslaw.com | Counsel to KPMG LLP |
| King & Spalding, LLP | H. Slayton Dabney, Jr. | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | sdabney@kslaw.com | Counsel to KPMG LLP |
| Kirkland & Ellis LLP | Jim Stempel | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | jstempel@kirkland.com | Counsel to Lunt Manufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | sosimmerman@kwgd.com | Counsel to Millwood, Inc. |
| Kutak Rock LLP | Jay Selanders | 1010 Grand Blvd Ste 500 | | Kansas City | MO | 64106 | | 816-502-4617 | jay.selanders@kutakrock.com | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company LLC; DaimlerChrysler Canada, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | ekutchin@kutchinrufo.com | Counsel to Parlex Corporation |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | knorthrup@kutchinrufo.com | Counsel to Parlex Corporation |
| Lambert, Leaser, Isackson, Cook & Giunta, P.C. | Adam D. Bruski | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | adbruski@lambertleser.com | Counsel to Creditor Linamar Corp. |
| Lambert, Leaser, Isackson, Cook & Giunta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | smcook@lambertleser.com | Counsel to Linamar Corporation |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | mitchell.seider@lw.com | UCC Professional |
| Latham & Watkins | Robert Rosenberg | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1370 | robert.rosenberg@lw.com | UCC Professional |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq | 22 N Walnut Street | | West Chester | PA | 19380 | | 610-738-1230 | mkohayer@aol.com | Counsel to A-1 Specialized Services and Supplies Inc. |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | *AZ | 85701 | | 520-629-4427 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 11 of 22

10/5/2009 1:02 PM
Email (389)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | General Counsel for Linear Technology Corporation | 1630 McCarthy Blvd. | Milpitas | CA | 95035-7417 | | 408-432-1900 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH-35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | dallas.bankruptcy@publicans.com | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | houston_bankruptcy@publicans.com | Counsel In Charge for Taxing Authorities: Cypress-Fairbanks Independent School District, City of Houston, Harris County |
| Locke Lord Bissell & Liddell | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-812-8304 | kwalsh@lockelord.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Locke Lord Bissell & Liddell | Timothy S. McFadden | 111 South Wacker Drive | | Chicago | IL | 60606 | | 312-443-0370 | tmcfadden@lockelord.com | Counsel to Methode Electronics, Inc. |
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | gschwed@loeb.com | Counsel to Creditor The Interpublic Group of Companies, Inc. and Proposed Auditor Deloitte & Touche, LLP |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | whawkins@loeb.com | Counsel to Industrial Ceramics Corporation |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | bnathan@lowenstein.com | Counsel to Daewoo International (America) Corp. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | ilevee@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | krosen@lowenstein.com | Counsel to Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Michael S. Etkin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | metkin@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | scargill@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | vdagostino@lowenstein.com | Counsel to AT&T Corporation |
| Lydon, Lieberthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-867-8900 | egc@llyderlaw.com | Counsel to Metro Fibres, Inc. |
| Madrin, Hauser, Wartell, Roth & Heller PC | Alexander Slotland Esq. | 28400 Northwestern Hwy | Third Floor | Southfield | MI | 48034 | | 248-354-4030 | axs@madelinhauser.com | Attorney for Danlice Manufacturing Co. |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 12 of 22

10/6/2009 1:02 PM
Email (389)

Delphi Corporation 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | jlanden@madisoncap.com | Representative for Madison Capital Management |
| Margulies & Levinson, LLP | Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | lmc@bml-legal.com | Counsel to Venture Plastics |
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | | 989-752-1414 | vmastromar@aol.com | Counsel to H.E. Services Company and Robert Backie and Counsel to Cindy Palmer, Personal Representative to the Estate of Michael Palmer |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | gsantella@masudafunai.com | Counsel to NDK America, Inc;NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Talho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC and Hoskien America Corporation |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | djadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 | | 973-622-4444 | eglas@mccarter.com | Counsel to General Products Delaware Corporation |
| McCarthy Tetrault LLP | Lorne P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | lsalzman@mccarthy.ca | Counsel to Termic Automotive (McCarthy Tetrault LLP) |
| McDermott Will & Emery LLP | Gary O. Ravert | 340 Madison Avenue | | New York | NY | 10017-1922 | | 212-547-5477 | gravert@mwe.com | Counsel for Termic Automotive of North America, Inc. |
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation; Tinken Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | sselbst@mwe.com | Counsel to National Semiconductor Corporation |
| McDermott Will & Emery LLP | Steven P. Handler Monica M. Quinn | 227 W Monroe St | | Chicago | IL | 60606 | | 312-372-2000 | shandler@mwe.com mquinn@mwe.com | Counsel for Termic Automotive of North America, Inc. |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuirewoods LLP | Aaron G McCollough Esq | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1000 | amccollough@mcguirewoods.com | Counsel to Siemens Energy & Automation, Inc. |
| McGuirewoods LLP | Daniel F Blanks | One James Center | 901 East Cary Street | Richmond | VA | 23219 | | 804-775-1000 | dblanks@mcguirewoods.com | Counsel for CSX Transportation, Inc. |
| McGuirewoods LLP | John H Maddock III | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1178 | jmaddock@mcguirewoods.com | Counsel to Siemens Logistics Assembly Systems, Inc.; Counsel for CSX Transportation, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Attn Thomas R Slome Esq | 990 Stewart Ave Ste 300 | PO Box 9194 | Garden City | NY | 11530-9194 | | 516-741-6565 | tslome@msek.com | Counsel for Pamela Geller |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | hkolko@msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communications Workers of America |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Meyers Law Group, P.C. | Merle C. Meyers | 44 Montgomery Street | Suite 1010 | San Francisco | CA | 94104 | | 415-362-7500 | mmeyers@mlpc.com | Counsel to Alps Automotive, Inc. |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | emeyers@mrrlaw.net | Counsel to Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | rrosenbaum@mrrlaw.net | Counsel to Prince George County, Maryland |
| Miami-Dade County Tax Collector | April Burch | Paralegal Unit | 140 West Flagler St Ste 1403 | Miami | FL | 33130 | | 305-375-5314 | mdtcbxc@miamidade.gov | Paralegal Collection Specialist for Miami-Dade County |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | miag@michigan.gov | Attorney General for State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Rateinik | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1176 | rdateinkl@michigan.gov | Assistant Attorney General for Worker's Compensation Agency; Attorney for the Funds Administration for the State of Michigan |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | miag@michigan.gov | Attorney General for Worker's Compensation Agency; Attorney for the Funds Administration for the State of Michigan |
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | trenda@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Aluminum Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Erehart Technologies LLL and Adell Plastics, Inc. |
| Miller & Martin PLLC | Dale Allen | 150 Fourth Ave North | Ste 1200 | Nashville | TN | 37219 | | | vjones@millermartin.com | Counsel to Averitt Express |
| Miller Johnson | Thomas P. Sarb / Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 / 616-831-1726 | sarbt@millerjohnson.com / wolfordr@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | green@millercanfield.com | Counsel to Delphi Operating Partnership, LP |
| Miller, Canfield, Paddock and Stone, P.L.C. | Marc N. Swanson | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-963-6420 | swanson@millercanfield.com | Counsel to Brose North America Holding LP and its affiliates |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | fusco@millercanfield.com | Counsel to Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; FlexFilar Automotive Systems |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | pricotta@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Concería Pasubio |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | Jeff.Ott@molex.com | Counsel to Molex Connector Corp |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 14 of 22

10/5/2009 1:02 PM
Email (389)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | agottfried@morganlewis.com | Counsel to ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | mzelmanovitz@morganlewis.com | Counsel to Hitachi Chemical (Singapore) Pte, Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | lberkoff@moritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidiaries Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-Interst to Oasis Silicon Systems, Inc.) |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | RX | 75201-6659 | | 214-855-7590 214-855-7581 214-855-7587 | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com | Counsel to Texas Instruments Incorporated |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | sandy@nlsg.com | Counsel to Lankter Diversified Industries, Inc. |
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | Knathan@nathanneuman.com | Vice President and Senior Counsel to National City Commercial Capital Company |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | lisa.moore2@nationalcity.com | Counsel for National City Commercial |
| National Renewable Energy Laboratory | Mary Noland Principal Attorney | 1617 Golden Blvd | Legal Office, Mail Stop 1734 | Golden | CO | 80401 | | 303-384-7550 | marty_noland@nrel.gov | Counsel for National Renewable Energy Laboratory |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | george.cauthen@nelsonmullins.com | Counsel to Datwyler Rubber & Plastics, Inc.; Datwyler, Inc.; Datwyler I/o devices (Americas), Inc.; Rohrist Tuba (USA), Inc. |
| New Jersey Attorney General's Office Division of Law | Tracy E Richardson Deputy Attorney General | R.J. Hughes Justice Complex | 25 Market St P.O. Box 106 | Trenton | NJ | 09628-0106 | | 609-292-1537 | tracy.richardson@dol.lps.state.nj.us | Deputy Attorney General - State of New Jersey Division of Taxation |
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | dgheiman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box. 954 | | Macon | GA | 31202 | | 478-742-8706 | cehope@chapter13macon.com | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | jay.hurst@oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Ohio Environmental Protection Agency | Principal Assistant Attorney General Environmental Enforcement Section c/o Michelle T. Sutter | 30 E Broad St 25th Fl | | Columbus | OH | 43215 | | 614-466-2766 | msutter@ag.state.oh.us | Attorney for State of Ohio, Environmental Protection Agency |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | michaelz@orbotech.com | Company |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| O'Rourke Katten & Moody | Michael Moody | 55 W Wacker Dr | Ste 1400 | Chicago | IL | 60615 | | 312-849-2020 | mmoody@orourkeandmoody.com | Counsel to Ameritech Credit Corporation d/b/a SBC Capital Services |
| Orrick, Herrington & Sutcliffe LLP | Alyssa England, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | aengland@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Jonathan P. Guy | Columbia Center | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | jguy@orrick.com | Counsel to Westwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Raniero D'Aversa, Jr. | 666 Fifth Avenue | | New York | NY | 10103-0001 | | 212-506-3715 | Rdaversa@orrick.com | Counsel to Bank of America, N.A. |
| Orrick, Herrington & Sutcliffe LLP | Richard H. Wyron | Columbia Center | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | rwyron@orrick.com | Counsel to Westwood Associates, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | mseidl@pszjlaw.com | Counsel for Essex Group, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein Ilan D. Scharf | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-561-7700 | Rfeinstein@pszjlaw.com ischarf@pszjlaw.com | Counsel for Essex Group, Inc. |
| Patterson Belknap Webb & Tyler LLP | Daniel A. Lowenthal | 1133 Avenue of the Americas | | New York | NY | 10036 | | 212-336-2720 | dalowenthal@pbwt.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Patterson Belknap Webb & Tyler LLP | David W. Dykhouse Phyllis S. Wallitt | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | | 212-336-2000 | dwdykhouse@pbwt.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Paul H. Spaeth Co. LPA | Paul H. Spaeth | 130 W Second St Ste 450 | | Dayton | OH | 45402 | | 937-223-1655 | spaethlaw@bhslaw.com | Attorneys for F&G Multi-Slide Inc. and F&G Tool & Die Co. Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | arosenberg@paulweiss.com | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | ddavis@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | emccolm@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3133 | sshimshak@paulweiss.com | Counsel to Ambrake Corporation |
| Peggy Housner | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | housnerp@michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |
| Pope & Hazard LLP | Kristin B. Mayhew | 30 Jelliff Lane | | Southport | CT | 06890-1436 | | 203-319-4022 | kmayhew@popehazard.com | Counsel for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc. |
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two Logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | lawall@pepperlaw.com | Counsel to Capro, Ltd., Teleflex Incorporated, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | jaffeh@pepperlaw.com | Counsel to SKF USA, Inc. |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 16 of 22

10/5/2009 1:02 PM
Email (389)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Pepper, Hamilton LLP | Nina M. Varughese | 3000 Two Logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | varughesen@pepperlaw.com | Counsel to Capro, Ltd; Teleflex Automotive Manufacturing Corporation; Teleflex Incorporated; Amelek; Cleo, Inc.; Sierra International, Inc. |
| Pickrel Shaeffer & Ebeling | Sarah B. Center Esq. | 2700 Kettering Tower | | Dayton | OH | 45423-2700 | | 937-223-1130 | scenter@pseblaw.com | |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | jmanheimer@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S., p.A. |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | kcunningham@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pietragallo Bosick & Gordon LLP | Richard J. Parks | 54 Buhl Blvd | | Sharon | PA | 16146 | | 724-981-1397 | rjp@pbandg.com | Counsel to Ideal Tool Company, Inc. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | karen.dine@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | margot.erlich@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | Ste 550 | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | mark.houle@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | richard.epling@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin N. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | robin.spear@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | bsmoore@pbnlaw.com | |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 17 of 22

10/5/2009 1:02 PM
Email (389)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | jih@previant.com mgr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| PriceWaterHouseCoopers | Enrique Bujidos | Almagro | 40 | Madrid | | 28010 | Spain | 34 915 684 356 | enrique.bujidos@es.pwc.com | Representative to DASE |
| QAD, Inc. | Stephen Tyler Esq | 10,000 Midlantic Drive | Suite 100 West | Mt. Laurel | NJ | 08054 | | 856-840-2870 | sgf@qad.com | Counsel to QAD, Inc. |
| Quarles & Brady LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | jharris@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Quarles & Brady LLP | John J. Dawson | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | jdawson@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Quarles & Brady LLP | Kasey C. Nye | One South Church Street | | Tuscon | AZ | 85701 | | 520-770-8717 | knye@quarles.com | Counsel to Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation (Cananea) Inc. |
| Quarles & Brady LLP | Roy Prange | 33 E Main St Ste 900 | | Madison | WI | 53703-3095 | | 608-283-2485 | jto@quarles.com | Counsel to Flextronics Inc. |
| Reed Smith | Ann Pille | 10 South Wacker Drive | | Chicago | IL | 60606 | | 312-207-1000 | apille@reedsmith.com | Counsel to Infineon; Infineon Technologies |
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | 29th Street | New York | NY | 10022 | | 212-521-5400 | elazarou@reedsmith.com | Counsel to General Electric Capital Corporation, Strategic Asset Finance. |
| Republic Engineered Products, Inc. | Joseph A Kaczka | 3770 Embassy Parkway | | Akron | OH | 44333 | | 330-670-3215 | jkaczka@republicengineered.com | Counsel to Republic Engineered Products, Inc. |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | jshickich@riddellwilliams.com | Counsel to Microsoft Corporation; Microsoft Licensing, GP |
| Riock and Crotty PC | Jerome F Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-726-4646 | jcrotty@riockcrotty.com | Counsel to Mary P. O'Neill and Liam P. O'Neill |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | P.O. Box 944 | | Columbia | SC | 29202 | | 803-779-8900 | amathews@robinsonlaw.com | Counsel to Blue Cross Blue Shield of South Carolina |
| Rosen Slome Marder LLP | Thomas R. Slome | 333 Earle Ovington Boulevard | Suite 901 | Uniondale | NY | 11553 | | 516-227-1600 | tslome@rsmllp.com | Counsel to JAE Electronics, Inc. |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 28 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Roberto Carrillo | 230 Park Avenue | Suite 1130 | New York | NY | 10169 | | 212-818-9200 | rcarrillo@ssbb.com | Attorneys for Tecnomec S.r.L. |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | dweiner@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | hborin@schaferandweiner.com | Counsel to Dott Industries, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 18 of 22

10/6/2009 1:02 PM
Email (389)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Schafer and Weiner PLLC | Michael R Wernette | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | mwernette@schaferandweiner.com, shelia@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 300 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | rheilman@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | 7500 Sears Tower | | Chicago | IL | 60606 | | 312-258-5635 | egeekie@schiffhardin.com | Counsel to Means Industries |
| Schulte Roth & Zabel LLP | David J. Karp | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | david.karp@srz.com | Counsel to Parnassus Holdings II, LLC and Platinum Equity Capital Partners II, LP |
| Schulte Roth & Zabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | james.bentley@srz.com | Counsel to Panasonic Automotive Systems Company of America |
| Schulte Roth & Zabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | michael.cook@srz.com | Counsel to Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | | 212-218-5500 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | whanlon@seyfarth.com | Counsel to Beiler/LBQ Foundry S.A. de C.V. |
| Shaw Gussis Fishman Glantz Wolfson & Towbin LLC | Brian L. Shaw | 321 N. Clark St. | Suite 800 | Chicago | IL | 60654 | | 312-541-0151 | bshaw100@shawgussis.com | Counsel to ATC Logistics & Electronics, Inc. |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 | | 603-627-8139 | bharwood@sheehan.com | Counsel to Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-258-2460 | lawoffice@comcast.net | Counsel to Milwaukee Investment Company |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | ewaters@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | msternstein@sheppardmullin.com | Counsel to International Rectifier Corp. and Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | tcohen@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | twardle@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Shipman & Goodwin LLP | Kathleen M. LaManna | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5903 | bankruptcy@goodwin.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | asherman@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | jzackin@sillscummis.com, vhamilton@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Valerie A Hamilton, Simon Kimmelman | 650 College Rd E | | Princeton | NJ | 08540 | | 609-227-4600 | skimmelman@sillscummis.com | Counsel to Doosan Infracore America Corp. |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | cfortgang@silverpointcapital.com | Counsel to Silver Point Capital, L.P. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 19 of 22

10/5/2009 1:02 PM
Email: (389)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | kmiller@skfdelaware.com | Counsel to Airgas, Inc. |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | fyates@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. and United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Monika J. Machen | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | mmachen@sonnenschein.com | Counsel to United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Oscar N. Pinkas | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | opinkas@sonnenschein.com | Counsel to Schaeffler Canada, Inc. and Schaeffler KG |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 7800 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | rrichards@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc.; Counsel to Schaeffler Canada, Inc. and Schaeffler KG |
| Squire, Sanders & Dempsey L.L.P. | G. Christopher Meyer | 4900 Key Tower | 127 Public Sq | Cleveland | OH | 44114 | | 216-479-8692 | cmeyer@ssd.com | Counsel to Furukawa Electric Co., Ltd.; Counsel for the City of Dayton, Ohio |
| State of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street Ste 1702 | Los Angeles | CA | 90013 | | 213-897-2640 | sarah.morrison@doj.ca.gov | Attorneys for the State of California Department of Toxic Substances Control |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Tax Office of the Department of Labor & Economic Growth; Unemployment Insurance Agency Assistant Attorney General as Attorney for the Michigan Workers' Compensation Agency |
| State of Michigan Labor Division | Susan Przekop-Shaw | PO Box 30736 | | Lansing | MI | 48909 | | 517-373-2560 | przekopshaws@michigan.gov | Counsel for the Michigan Workers' Compensation Agency |
| Steel Technologies, Inc. | John M. Baumann Michael A Spero | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | imbaumann@steeltechnologies.com | Counsel to Steel Technologies, Inc. |
| Sterns & Weinroth, P.C. | Simon Kimmelman Valerie A Hamilton | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | ispec@sternsshaw.com | Counsel to Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | cs@stevenslee.com cp@stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | mshaiken@stinsonmorehock.co m | Counsel to Thyssenkrupp Waupaca, Inc. and ThyssenKrupp Stahl Company |
| Stites & Harbison PLLC | Madison L. Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | robert.goodrich@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Hardison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 502-587-3400 | wbeard@stites.com lrussputrsun@stites.com | Counsel to WAKO Electronics (USA), Inc., Amtrade Corporation, and Akebona Corporation (North America) |
| Stutman Treister & Glatt Professional Corporation | Christine M. Pajak Eric D. Goldberg Isaac M. Pachulski Esq Jeffrey H Davidson Esq | 1901 Avenue of the Stars | 12th Floor | Los Angeles | CA | 90067 | | 310-228-5600 | cpajak@stutman.com egoldberg@stutman.com ipachulski@stutman.com idavidson@stutman.com | Counsel to CR Intrinsic Investors, LLC, Elliot Associates, L.P., Highland Capital Management, L.P. |

In re: Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Page 20 of 22

10/5/2009 1:02 PM
Email (389)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Taft, Stettinius & Hollister LLP | Richard L. Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | ferrell@taftlaw.com | Counsel to Wren Industries, Inc. |
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | miller@taftlaw.com | Counsel to Select Industries Corporation and Gobar Systems, Inc. |
| Tellebaum & Baskin LLP | Jay Tellebaum Ron Baskin | 3 Barker Avenue | 3rd Floor | White Plains | NY | 10601 | | 914-437-7670 | jtelelbaum@tblawllp.com rbaskin@tblawllp.com | Counsel to Mary H. Schaefer |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | suhankovwyork@ag.tn.gov | Tennessee Department of Revenue |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | jforstot@tpw.com | Counsel to TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | lcurcio@tpw.com | Counsel to TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | | 100-8322 | Japan | | niizeki.tetsuhiro@furukawa.co.jp | Legal Department of The Furukawa Electric Co., Ltd. |
| The Timpken Corporation BIC-08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | | 330-438-3000 | robert.morris@timken.com | Representative for Timken Corporation |
| Thompson & Knight | Rhett G. Câmpbell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | rhett.campbell@tklaw.com | Counsel to STMicroelectronics, Inc. |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 212-751-3045 | ira.herman@tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1505 | john.brannon@tklaw.com | Counsel to Victory Packaging |
| Thompson Coburn Fagel Haber | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | lnewman@tcfhlaw.com | Counsel to Aluminum International, Inc. |
| Thompson Coburn LLP d/b/a Thompson Coburn Fagel Haber | Dennis E. Quaid Esq | 55 E Monroe 40th Fl | | Chicago | IL | 60603 | | 312-580-2215 | dquaid@tcfhlaw.com ellietfockstetgroun@tcfhelehaber.com | Counsel for Penn Aluminum International Inc |
| TI Group Automotive Systems LLC | Timothy M. Guerriero | 12345 E Nine Mfe Rd | | Warren | MI | 48089 | | 586-755-8066 | tguerriero@us.tiauto.com | General Counsel and Company Secretary to TI Group Automotive Systems LLC |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | jlev@toddlevi.com | Counsel to Bank of Lincolnwood |
| U.S. Department of Justice | Matthew L. Schwartz Joseph N Cordaro | Assistant United States Attorneys | 86 Chambers Street 3rd Fl | New York | NY | 10007 | | 212-637-1945 | matthew.schwartz@usdoj.gov bzanhorn@underhendesanerg.gm | Counsel to Environmental Protection Agency; Internal Revenue Service; Department of Health and Human Services; and Customs and Border Protection |
| Underborg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | hzoshb@cvorys.com | Counsel to McAlph Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC 1580 | Omaha | NE | 68179 | | 402-544-4195 | mkilgore@UP.com | Counsel to Union Pacific Railroad Company |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy | Allied Industrial and Service Workers, Intl Union (USW), AFL-CIO | David Jury, Esq. | Five Gateway Center Suite 807 | Pittsburgh | PA | 15222 | | 412-562-2546 | djury@usw.org | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Voys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | | 614-464-8322 | tscobb@cvorys.com | Counsel to America Online, Inc. and its Subsidiaries and Affiliates |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | RGMason@wlrk.com | Counsel to Capital Research and Management Company |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | gtoering@wnj.com | Counsel to Robert Bosch Corporation; Counsel to Daewoo International Corp and Daewoo International (America) Corp |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | mcruse@wnj.com | Counsel to Compuware Corporation |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | sgrowsb@wnj.com | Counsel to Behr Industries Corp. |
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | Glenn Kurtz / Gerard Uzzi / Douglas Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | gkurtz@ny.whitecase.com guzzi@whitecase.com dbaumstein@ny.whitecase.com | Counsel to Appaloosa Management, LP |
| White & Case LLP | Thomas Lauria / Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | tlauria@whitecase.com featon@miami.whitecase.com | Counsel to Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | barnold@whdlaw.com | Counsel to Schunk Graphite Technology |
| Wickens Herzer Panza Cook & Batista Co. | James W Moennich Esq. | 35765 Chester Rd | | Avon | OH | 44011-1262 | | 440-930-8000 | jmoennich@wickenslaw.com | Counsel for Delphi Sandusky ESOP |
| Winston & Strawn LLP | David Neier / Carey D. Schreiber | 200 Park Avenue | | New York | NY | 10166-4193 | | 212-294-6700 | dneier@winston.com cschreiber@winston.com | Counsel to Ad Hoc Group of Tranche A & B DIP Lenders |
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | mwinthrop@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | sokeefe@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Womble Carlyle Sandridge & Rice, PLLC | Allen Grumbine | 550 South Main St | | Greenville | SC | 29601 | | 864-255-5402 | agrumbine@wcsr.com | Counsel to Armacell |
| Womble Carlyle Sandridge & Rice, PLLC | Michael G. Busenkell | 222 Delaware Avenue | Suite 1501 | Wilmington | DE | 19801 | | | mbusenkell@wcsr.com | Counsel to Chicago Miniature Optoelectronic Technologies, Inc. |
| Woods Oviatt Gilman LLP | Ronald J. Kisinski | 700 Crossroads Bldg | 2 State St | Rochester | NY | 14614 | | 585-362-4514 | rkisinski@woodsoviatt.com | |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | skrause@zeklaw.com | Counsel to Toyota Tsusho America, Inc. |

10/6/2009 1:02 PM
Email (389)

# EXHIBIT C

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Angelo, Gordon & Co. | Leigh Walzer | 245 Park Avenue | 26th Floor | New York | NY | 10167 | | 212-692-8251 | 212-867-6395 | |
| APS Clearing, Inc. | Andy Leinhoff Matthew Hamilton | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | | 512-314-4416 | 512-314-4462 | Counsel to APS Clearing, Inc. |
| Bernstein Litowitz Berger & Grossman | Wallace A. Showman | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1429 | 212-554-1444 | Counsel to SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Bingham McHale LLP | John E Taylor Michael J Alerding | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | 317-236-9907 | Counsel to Universal Tool & Engineering Co., Inc. and M.G. Company Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 3000 Hanover St., M/S 1050 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | | 248-576-5741 | | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Hewlett-Packard Company | Anne Marie Kennelly | | | Palo Alto | CA | 94304 | | 650-857-6902 | 650-852-8617 | Counsel to Hewlett-Packard Company |
| InPlay Technologies Inc | Heather Besheers | 234 South Extension Road | | Mesa | AZ | 85201 | | | | Creditor |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | Counsel to Truiron Corporation |
| Jason, Inc. | Beth Klimczak, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | | | General Counsel to Jason Incorporated |
| McCarthy Tetrault LLP | John J. Salmas | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | Canada | 416-362-1812 | 416-868-0673 | Counsel to Themselves (McCarthy Tetrault LLP) |
| Michigan Heritage Bank | Janice M. Donahue | 28300 Orchard Lake Rd | Ste 200 | Farmington Hills | MI | 48334 | | 248-538-2529 | 248-786-3596 | Counsel to Michigan Heritage Bank, MHB Leasing, Inc. |
| Miller & Chevalier Chartered | Anthony F Shelley Timothy P O'Toole | 655 Fifteenth Street NW Suite 900 | | Washington | DC | 20005 | | 202-626-5800 | | Counsel to Dennis Black, Charles Cunningham, and the Delphi Salaried Retiree Association |
| Morrison Cohen LLP | Joseph T. Moldovan Michael R Dal Lago | 909 Third Ave | | New York | NY | 10022 | | 212-735-8600 | | Counsel to Dennis Black, Charles Cunningham, and the Delphi Salaried Retiree Association |
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth Jeffrey J. Angelovich Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | | 908-722-0700 | 908-722-0755 | Counsel to Rotor Clip Company, Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3157 | 212-373-2053 | Counsel to Ambrake Corporation; Akebono Corporation |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

10/5/2009 1:03 PM
US Mail (42)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison | Justin G. Brass | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Pepper, Hamilton LLP | Linda J. Casey | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | Counsel to SKF USA, Inc. |
| Professional Technologies Services | John V. Gorman | P.O. Box #304 | | Frankenmuth | MI | 48734 | | 989-385-3230 | 989-754-7690 | Corporate Secretary for Professional Technologies Services |
| Quinn Emanuel Urquhart Oliver & Hedges LLP | Susheel Kirpalani James C Tecce Scott C Shelley | 51 Madison Ave 22nd Fl | | New York | NY | 10010 | | 212-849-7199 | 212-849-7100 | Counsel For Collective Of Tranche C DIP Lenders |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | | 330-670-3004 | 330-670-3020 | Counsel to Republic Engineered Products, Inc. |
| Riverside Claims LLC | Holly Rogers | 2109 Broadway | Suite 206 | New York | NY | 10023 | | 212-501-0990 | 212-501-7088 | Riverside Claims LLC |
| Ropes, Majeski, Kohn & Bentley | Christopher Norgaard | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | | 213-312-2000 | 213-312-2001 | Counsel to Brembo S.p.A.; Bibielle S.p.A.; AP Racing |
| Ropes & Gray LLP | Gregory O. Kaden | One International Place | | Boston | MA | 02110-2624 | | 617-951-7000 | 617-951-7050 | Attorneys for D-J, Inc. |
| Sachnoff & Weaver, Ltd | Arlene Gelman Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-1000 | 312-207-6400 | Counsel to Infineon Technologies North America Corporation |
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | Counsel to Dott Industries, Inc. |
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Shipman & Goodwin LLP | Jennifer L. Adamy Lloyd B. Sarakin - Chief Counsel, Finance and Credit | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5811 | 860-251-5218 | Counsel to Fortune Plastics Company of Illinois, Inc.; Universal Metal Hose Co., |
| Sony Electronics Inc. | | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | | 201-930-7483 | | Counsel to Sony Electronics, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 | | | 415-393-9887 | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | | 510-287-2865 | 510-987-8333 | Counsel to Excel Global Logistics, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

10/5/2009 1:03 PM
US Mail (42)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Steinberg Shapiro & Clark | Mark H. Shapiro | 24901 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | | 248-352-4700 | 248-352-4488 | Counsel to Bing Metals Group, Inc.; Central Transport International, Inc.; Crown Enerprises, Inc.; Economy Transport, Inc.; Logistics Insight Corp (LINC); Universal Am-Can, Ltd.; Universal Truckload Services, Inc. |
| Sterns & Weinroth, P.C. | Jeffrey S. Posta | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | 609-392-7956 | Counsel to Doosan Infracore America Corp. |
| Thelen Reid Brown Raysman & Steiner LLP | Marcus O. Colabianchi | 101 Second St Ste 1800 | | San Francisco | CA | 94105-3606 | | 415-369-7301 | 415-369-8764 | Counsel to Oki Semiconductor Company |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | | 212-594-5000 | 212-967-4258 | Conflicts counsel to Debtors |
| Tyler, Cooper & Alcorn, LLP | W. Joe Wilson | 185 Asylum Street | CityPlace I 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | 860-278-3802 | Counsel to Barnes North America, Inc. |
| Walter Landsen Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | Counsel to Nissan North America, Inc. |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | | 817-810-5250 | 817-810-5255 | Counsel to Electronic Data Systems Corp. and EDS Information Services, L.L.C. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | | 714-966-1000 | 714-966-1002 | Counsel to Toshiba America Electronic Components, Inc. |
| Weinstein, Eisen & Weiss LLP | Aram Ordubegian | 1925 Century Park East | #1150 | Los Angeles | CA | 90067 | | 310-203-9393 | 310-203-8110 | Counsel to Orbotech, Inc. |
| WL Ross & Co., LLC | Stephen Toy | 1166 Avenue of the Americas | | New York | NY | 10036-2708 | | 212-826-1100 | 212-317-4893 | Counsel to WL. Ross & Co., LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

10/5/2009 1:03 PM
US Mail (42)

# EXHIBIT D

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Burr Forman LLP | Attn D Christopher Carson Esq | 420 North 20th Street | Suite 3400 | Birmingham | AL | 35203 |
| Laneko Engineering Company | | 275 New Jersey Drive | | Fort Washington | PA | 19034 |
| Wachovia Bank NA | Attn General Counsel | 1 Wachovia Center | | Charlotte | NC | 28288-0013 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/5/2009 12:57 PM
4(m) special parties.xls

# EXHIBIT E

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Party/Function |
|---|---|---|---|---|---|---|---|
| Arent Fox LLP | James M Sullivan | 1675 Broadway | | New York | NY | 10019 | The Timken Company |
| Connolly Bove Lodge & Hutz LLP | Jeffery C Wisler Kelly M Conlan | Nemours Bldg 1007 N Orange St | PO Box 2207 | Wilmington | DE | 19801 | Connecticut General Life Insurance |
| Hogan & Hartson | Scott A Golden Dena Copulsky Kaufman | 875 Third Avenue | | New York | NY | 10022 | XM Satellite Radio Inc |
| Procopio Cory Hargreaves Savitch LLP | Philip J Giacinti Jr | 530 B Street Suite 2100 | | San Diego | CA | 92101 | Sunrise Medical HHG, Inc. |
| Reed Smith LLP | Alexander Terras | 10 South Wacker Drive 40th Floor | | Chicago | IL | 60606-7507 | General Electric Capital Corporation |
| Reed Smith LLP | Debra Turetsky | 599 Lexington Avenue 22nd Fl | | New York | NY | 10022 | General Electric Capital Corporation |
| Schiff Hardin LLP | Jason M Torf | 233 South Wacker Drive Suite 6600 | | Chicago | IL | 60606-6473 | Kokomo Gas and Fuel Company |
| Sonnenschein Nath & Rosenthal LLP | Louis A Curcio | 1221 Avenues of the Americas | | New York | NY | 10020-1089 | AB Automotive Electronics, Ltd., AB Automotive Inc., BI Technologies Corporation, International Resistive Company, Inc. (aka International Resistive Company Wire & Film Technologies Division), International Resistive Company of Texas, LP (aka International Resistive Company Advanced Film Division), Optek Technology, Inc. and Welwyn Components Ltd. |

Page 1 of 1

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

10/5/2009 1:17 PM
NOA to Certain Objections Special Parties.xls Overnight

# EXHIBIT F

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Arent Fox LLP | James M Sullivan | 1675 Broadway | | New York | NY | 10019 | sullivan.james@arentfox.com | The Timken Company |
| Connolly Bove Lodge & Hutz LLP | Jeffery C Wisler, Kelly M Conlan | Nemours Bldg 1007 N Orange St | PO Box 2207 | Wilmington | DE | 19801 | kConlan@cblh.com, iwisler@cblh.com | Connecticut General Life Insurance |
| Hogan & Hartson | Scott A Golden, Dena Copulsky Kaufman | 875 Third Avenue | | New York | NY | 10022 | sagolden@hhlaw.com, dckaufman@hhlaw.com | XM Satellite Radio Inc |
| Procopio Cory Hargreaves Savitch LLP | Philip J Giacinti Jr | 530 B Street Suite 2100 | | San Diego | CA | 92101 | pjg@procopio.com | Sunrise Medical HHG, Inc. |
| Reed Smith LLP | Alexander Terras | 10 South Wacker Drive 40th Floor | | Chicago | IL | 60606-7507 | aterras@reedsmith.com | General Electric Capital Corporation |
| Reed Smith LLP | Debra Turetsky | 599 Lexington Avenue 22nd Fl | | New York | NY | 10022 | dturetsky@reedsmith.com | General Electric Capital Corporation |
| Schiff Hardin LLP | Jason M Torf | 233 South Wacker Drive Suite 6600 | | Chicago | IL | 60606-6473 | jtorf@schiffhardin.com | Kokomo Gas and Fuel Company |
| Sonnenschein Nath & Rosenthal LLP | Louis A Curcio | 1221 Avenue of the Americas | | New York | NY | 10020-1089 | lcurcio@sonnenschein.com | AB Automotive Electronics, Ltd., AB Automotive Inc., BI Technologies Corporation, International Resistive Company, Inc. (aka International Resistive Company Wire & Film Technologies Division), International Resistive Company of Texas, LP (aka International Resistive Company Advanced Film Divison), Optek Technology, Inc. and Welwyn Components Ltd. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

NOA to Certain Objections Special Parties.xls Email

10/5/2009 2:27 PM

# EXHIBIT 5

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### PROPOSED FORTY-EIGHTH OMNIBUS HEARING AGENDA

Location Of Hearing:      United States Bankruptcy Court for the Southern District of New
                          York, Alexander Hamilton Custom House, Room 610, 6th Floor, One
                          Bowling Green, New York, New York 10004-1408



0544481091021000000000001

The matters set for hearing are divided into the following categories for the purposes of this
Proposed Agenda:

    A.     Introduction

    B.     Continued Or Adjourned Matters (None)

    C.     Uncontested, Agreed, Withdrawn, Or Settled Matters (1 Matter)

    D.     Contested Matters (1 Matter)

**B.**    **Continued Or Adjourned Matters\***

        See footnote.

**C.**    **Uncontested, Agreed, Withdrawn, Or Settled Matters**

    1.    **Debtor's Motion To Extend Deadline** – Supplemental Motion Pursuant To
Fed. R. Bankr. P. 7004(b) And 9006(b)(1) And Fed. R. Civ. P. 4(m) To
Extend Deadline To Serve Process For Avoidance Actions Filed In
Connection With Preservation Of Estate Claims Procedures Order (Docket
No. 18952)

      *Responses filed:*    *None.*

      *Reply filed:*    *None.*

      *Related filings:*    *None.*

      *Status:*    *The hearing with respect to this matter will be
proceeding.*

**D.**    **Contested Matters**

    2.    **Robert Backie Motion** - Creditor's Motion For Court Enforcement (Docket
No. 18809)

---

\*    Motions found at the following docket numbers that appeared on previous Proposed Hearing Agendas have been
voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be reinstated
on an agenda: Mercedes-Benz U.S. International, Inc.'s Motion to File Claims [Docket No. 4778], Methode Electronics,
Inc.'s Setoff Motion [Docket No. 4912], Computer Patent Annuities Limited's Motion To Assume Or Reject Executory
Contract [Docket No. 5153], Motion Of Sumida America Inc. To Allow Setoff/Recoupment And For Relief From
Automatic Stay [Docket No. 6723], ATEL Leasing Corporation's Motion To Allow Administrative Claim [Docket No.
6990], Debtors' Omnibus Objection To Claims For Postpetition Interest [Docket No. 12833], and Furukawa Administrative
Expenses Motion [Docket No. 18706]. In addition, the following adversary proceedings have also been withdrawn from the
agenda and would be subject to re-noticing to be reinstated on a hearing agenda: National Union Fire Insurance Company
Of Pittsburgh, PA Adv. Pro. No. 07-01435, which has been settled as part of the MDL settlement and will be resolved upon
the Court's approval of the MDL settlement; Debtors' Motion for Determination [Docket No. 30] and Plaintiff's Motion for
Leave [Docket No. 36], Computer Sciences Corporation Adv. Pro. No. 09-01271.

| | |
|---|---|
| *Responses filed:* | *Reorganized Debtors' Objection To Creditor's Motion For Court Enforcement [Docket No. 18809] (Docket No. 18981)* |
| *Reply filed:* | *None.* |
| *Related filings:* | *None.* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

3

Dated:    New York, New York
          October 21, 2009

SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP

By:  /s/ John Wm. Butler, Jr.
     John Wm. Butler, Jr.
     John K. Lyons
     Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606

     - and -

By:  /s/  Kayalyn A. Marafioti
     Kayalyn A. Marafioti
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
    Reorganized Debtors

4

# EXHIBIT 6

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                          :
        In re                             :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                         Debtors.         :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

AFFIDAVIT OF SERVICE

I, Darlene Calderon, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On October 21, 2009, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via overnight mail, (ii) upon the parties listed on Exhibit B hereto via electronic notification and (iii) upon the parties listed on Exhibit C hereto via facsimile:

Proposed Forty-Eighth Omnibus Hearing Agenda (Docket No. 18991)

Dated: October 26, 2009

                                    /s/ Darlene Calderon
                                    Darlene Calderon

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 26th day of October, 2009, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:    /s/ Gary Christensen

Commission Expires:    11/12/09


0544481091027000000000001

# EXHIBIT A

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | PARTY/FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | Peter A. Clark | One North Wacker Drive | Suite 4400 | Chicago | IL | 60606-2833 | 312-214-5668 | 312-759-5646 | Counsel to Recticel Interiors; Motorola; Temic Automotive |
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-209-4801 | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2120866000 | 2126971559 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Shekdahl de Mexico S.A de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell LLP | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | Counsel to Debtor's Postpetition Administrative Agent; Counsel to JPMorgan Chase Bank, N.A. |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | Debtors |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Jennifer L. Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-247-1010 | 212-841-9350 | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-583-2386 | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | Counsel to Employee Benefits |
| Hodgson Russ LLP | Garry M. Graber | 60 East 42nd St. | 37th Floor | New York | NY | 10165-0150 | 212-661-3535 | 212-972-1677 | Counsel to Haxcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department, Brad Eric Sheler | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | | Michigan IRS |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-436-1038 | 212-436-1931 | IRS |
| IUE-CWA | Conference Board Chairman | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | Creditor Committee Member |
| Jefferies & Company, Inc. | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | Postpetition Administrative Agent |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

10/22/2009 4:39 PM
Master Service List 091006.XLS Overnight

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | PARTY/FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | Indenture Trustee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | Counsel to Redical North America, Inc. |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | Counsel to Redical North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | Counsel to Redical North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq; Thomas N Kreller Esq; James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| New York State Office of Attorney General | Eugene J. Leff, Assistant Attorney General & Deputy Bureau Chief | 120 Broadway, 26th Floor | | New York | NY | 10271 | 212-416-8465 | 212-416-6007 | State of New York, New York State Department of Environmental Conservation |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | Securities and Exchange Commission |
| Office of New York State Attorney General | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | Special Labor Counsel |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Stephen J. Shimshak; Philip A Weintraub | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3000 | 212-757-3990 | Counsel to Ryder Integrated Logistics, Inc. |
| Pension Benefit Guaranty Corporation | Israel Goldowitz | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Karen L. Morris, John Menke, Ralph L. Landy, Beth A. Bangert | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | Counsel to Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor, Inc. f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | Financial Advisor |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

10/22/2009 4:39 PM
Master Service List 091006.XLS Overnight

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | 212-218-5526 | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-848-4000 | 212-848-7179 | Local Counsel to the Debtors |
| Simpson Thacher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 155 N Wacker Drive | Suite 2700 | Chicago | IL | 60606-1720 | 312-407-0700 | 312-407-0411 | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stahl Cowen Crowley Addis LLC | Jon D. Cohen, Trent P. Cornell | 55 West Monroe Street | Suite 1200 | Chicago | IL | 60603 | 312-641-0060 | 312-641-6959 | Counsel to the Delphi Retiree Committee |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | Conflicts Counsel to the Debtors |
| Tyco Electronics Corporation | MaryAnn Brereton, Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 07960 | 973-656-8365 | 973-656-8805 | Creditor Committee Member |
| United States Trustee | Brian Masumoto | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | Counsel to United States Trustee |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II Street | 301 Commerce | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19880 | 302-636-6058 | 302-636-4143 | Creditor Committee Member/Indenture Trustee |

10/22/2009 4:39 PM
Master Service List 091006.XLS Overnight

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| APS Clearing, Inc. | Andy Lainhoff Matthew Hamilton | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | 512-314-4416 | 512-314-4462 | Counsel to APS Clearing, Inc. |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | 248-576-5741 | | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| InPlay Technologies Inc | Heather Beshears Beth Klimczak, General Counsel | 234 South Extension Road | | Mesa | AZ | 85201 | | | Creditor |
| Jason, Inc. | | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | | General Counsel to Jason Incorporated |
| Miller & Chevalier Chartered | Anthony F Shelley Timothy P O'Toole | 655 Fifteenth Street NW Suite 900 | | Washington | DC | 20005 | 202-626-5800 | | Counsel to Dennis Black, Charles Cunningham, and the Delphi Salaried Retiree Association |
| Morrison Cohen LLP | Joseph T. Moldovan Michael R Dal Lago Elizabeth L. Abdelmasieh, Esq | 909 Third Ave | | New York | NY | 10022 | 212-735-8600 | | Counsel to Dennis Black, Charles Cunningham, and the Delphi Salaried Retiree Association |
| Norris, McLaughlin & Marcus | | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | 908-722-0700 | 908-722-0755 | Counsel to Rotor Clip Company, Inc. |
| Professional Technologies Services | John V. Gorman | P.O. Box #304 | | Frankenmuth | MI | 48734 | 989-385-5230 | 989-754-7690 | Corporate Secretary for Professional Technologies Services |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | 330-670-3004 | 330-670-3020 | Counsel to Republic Engineered Products, Inc. |
| Sachnoff & Weaver, Ltd | Arlene Gelman Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | 312-207-1000 | 312-207-6400 | Counsel to Infineon Technologies North America Corporation |
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | | Counsel to Dott Industries, Inc. |
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | 201-930-7483 | | Counsel to Sony Electronics, Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | 510-287-2365 | 510-987-8333 | Counsel to Excel Global Logistics, Inc. |
| Thelen Reid Brown Raysman & Steiner LLP | Marcus O. Colabianchi | 101 Second St Ste 1800 | | San Francisco | CA | 94105-3606 | 415-369-7301 | 415-369-8764 | Counsel to Oki Semiconductor Company |
| Tyler, Cooper & Alcorn, LLP | W. Joe Wilson | 185 Asylum Street | CityPlace I 35th Floor | Hartford | CT | 06103-3488 | 860-725-6200 | 860-278-3802 | Counsel to Barnes Group, Inc. |

In re. Delphi Corporation, et al. Case No. 05-44481 (RDD)

Page 1 of 1

10/22/2009 4:17 PM Overnight (15)

Delphi Corporation
Special Parties

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| A Shulman Inc | Carrie M Caldwell | Vorys Sater Seymour And Pease Llp | 2100 One Cleveland Ctr 1375 E 9th S | Cleveland | OH | 44114 | USA |
| Ad Hoc Commit Prepetit Lend Dk Acq | Allan Brilliant E Grillo B Harvey | Goodwin Procter Llp | 599 Lexington Ave | New York | NY | 10022 | USA |
| Administrative Agent Pre Secured Le | B Angiolilo K Ziman W Russell Jr | Simpson Thacher & Bartlett Llp | 425 Lexington Ave | New York | NY | 10017 | USA |
| Agfa Gevaert Nv | Jonathan R Doolittle | Verrill Dana Llp | One Portland Square | Portland | ME | 04112 | USA |
| American Axle & Manufacturing Inc | Robert J Diehl Jr Ralph E Mcdowell | Bodman Llp | 100 Renaissance Ctr 34th Fl | Detroit | MI | 48243 | USA |
| Android Industries Inc | Attn Daniel J Weiner | Schafer & Weiner PLLC | 40950 Woodward Ave Suite 100 | Bloomfield Hills | MI | 48304 | USA |
| Arc Automotive | Alan Halperin Christopher Battaglia | Halperin Battaglia Raicht Llp | 555 Madison Ave 9th Fl | New York | NY | 10022 | USA |
| Arness Electornics Auto Cordaflex | Deborah M Buell | Cleary Gottlieb Stoen & Hamilton | One Liberty Plaza | New York | NY | 10006 | USA |
| Autocam Corporation | John T Gregg Esq | Barnes & Thornburg Llp | 300 Ottawa Ave Nw Ste 500 | Grand Rapids | MI | 49503 | USA |
| Autoliv North America Inc | Anthony J Kochis | Ryan Wolf | 5550 Airport Rd | Ogden | UT | 84405 | USA |
| Autoliv North America Inc | Attn Steve LaPlante | Miller Canfield Paddock and Stone PLC | 150 West Jefferson Suite 2500 | Detroit | MI | 48226 | USA |
| Automodular Assemblies Inc | Attn David Adler Brian F Moore | McCarter & English LLP | 245 Park Ave | New York | NY | 10167 | USA |
| Barnes & Thornburg LLP | Attn Michael McCory Mark Owens | Howard County | 11 S Meridian St | Indianapolis | IN | 46204 | USA |
| Bendeler Automotive Corp | Thomas P Sarb | Miller Johnson 250 Monroe Ave | Nw Ste 800 PO Box 306 | Grand Rapids | MI | 49501-0306 | USA |
| Bingham McCutchen LLP | Hillary A Pelletier | One Federal Street | | Boston | MA | 02110-1726 | USA |
| Calsonic Kansei Corporation | Attn Roger G Jones | Boult Cummings Conners & Berry PLC | 1600 Division Street Suite 700 PO Box 340025 | Nashville | TN | 37203 | USA |
| Cami Automotive | Susan Nicholson Esq | Susan Nicholson Esq | 300 Ingersoll St PO Box 1005 | Ingersoll | ON | N5C4A6 | Canada |
| Cohen Weiss & Simon LLP | Joseph ij Vitale Bruce Simon Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | USA |
| Dekko Stamping Pent Tech Dekko Tech | Martin E Seifert | Haller & Colvin Pc | 444 East Main St | Fort Wayne | IN | 46802 | USA |
| Denso International America Inc | Attn Marc E Richards | Blank Rome LLP | 405 Lexington Avenue | New York | NY | 10174 | USA |
| Equistar Chemicals | Attn Mark S Finkelstein | Shannon Martin Finkelstein & Alvarado PC | 2400 Two Houston Center 909 Fannin Street | Houston | TX | 77010 | USA |
| Essex Group | Michael R Seidl | Pachulski Stang Ziehl Young Jones | 919 North Market St 17th Fl | Wilmington | DE | 19801 | USA |
| Federal Mogul Corporation | Jonathan Gordon | Sidley Austin Brown & Wood Llp | 555 West Fifth St | Los Angeles | CA | 90013 | USA |
| Freescale Semiconductor Inc | Sandra A Riemer Canadice Frost | Phillips Nizer Llp | 666 Fifth Ave | New York | NY | 10103-0084 | USA |
| Fujikura America Inc Murata Elect | Paul M Balser Robert W Dremluk | Seyfarth Shaw Llp | 1270 Ave Of The Americas Ste 2500 | New York | NY | 10020-1801 | USA |
| Funkawa Electric North America Adp | Michael S McElwee | Michael S McElwee | 333 Bridge St Nw Ste 1700 | Grand Rapids | MI | 49504 | USA |
| Furukawa Electric Company / Metaldyne Corporation Pep Columbia Llc / Yazaki North America Inc | David G Dragich | | 21043 Mack Avenue | Grosse Pointe Woods | MI | 48236 | USA |
| General Motors Corporation | M Bienenstock M Kessler J Tanenbaum | Weil Gotshal & Manges Llp | 767 Fifth Ave | New York | NY | 10153-0119 | USA |
| General Motors Corporation | Attn Peter D Isakoff | Weil Gotshal & Manges LLP | 1300 Eye Street NW Suite 900 | Washington | DC | 20005 | USA |
| Gibbs Die Casting Corporation | Michael K Mccrory Wendy D Brewer | Barnes & Thornburg Llp | 11 S Meridian St | Indianapolis | IN | 46204 | USA |
| Gw Plastics Inc | J Eric Charlton | Hiscock & Barclay | One Pk Pl PO Box 4878 | Syracuse | NY | 13221 | USA |
| Harco Industries Inc | Ronald S Pretkin | Coolidge Wall | 33 West First St Ste 600 | Dayton | OH | 45402 | USA |
| Hayes Lemmerz Intl Inc & Lear Corp | Attn Ralph E McDowell | Bodman LLP | 100 Renaissance Ctr | Detroit | MI | 48243 | USA |
| Hewlett Packard | Andrew H Sherman | Sills Cummins Epstein & Gross | One Riverfront Plaza | Newark | NJ | 07102 | USA |
| Hitachi Automotive Products Usa Inc | Brian D Spector Esq | Spector & Ehrenworth Pc | 30 Columbia Turnpike | Florham Pk | NJ | 07932 | USA |
| Honda Entities | Cherie Macdonald J Patrick Bradley | Greensfelder Hemker & Gale Pc | 12 Wolf Creek Dr Ste 100 | Swansea | IL | 62226 | USA |
| Honda Entities | Robert J Sidman Robert A Bell | Voys Sater Seymour And Pease Llp | 52 East Gay St PO Box 1008 | Columbus | OH | 43215 | USA |
| Ideal Tool | Attn James R Walczak | 100 State Street | Suite 700 | Erie | PA | 16507-1459 | USA |
| Isl Of Indiana | Michael J Hebenstreit | Whitman Hebenstreit Zubek Ste 2000 | Market Square Ctr 151 N Delaware St | Indianapolis | IN | 46204 | USA |

Delphi Corporation
Special Parties

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Itapsa Sa De Cv | Robert J Taylor | Kane Russell Coleman & Logan Pc | 3700 Thanksgiving Tower 1601 Elm St | Dallas | TX | 75201 | USA |
| IUE CWA | James D Clark, Peter Mitchell | Sixth Fl | 501 Third St NW | Washington | DC | 20001 | USA |
| Kaiser Aluminum & Chemical Corp | Timothy Mehok | Heller Ehrman Llp | 7 Times Square | New York | NY | 10036-6524 | USA |
| Kelley Drye | Craig A Wolfe | 101 Park Ave | | New York | NY | 10178-0002 | USA |
| Kennedy Jennick & Murray PC | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | USA |
| Lorentson Manuf Comp SW Kokomo | Michael A Trentadue Carina M de la Torre Bose McKinney & Evans LLP | 111 Monument Circle Ste 2700 | | Indianapolis | IN | 46204 | USA |
| Magna International Group | Max Newman | Schafer & Weiner Pllc | 40950 Woodward Ave Ste 100 | Bloomfield Hills | MI | 48304 | USA |
| Magna International Inc And Certain Of Its Affiliates | Sanford P Rosen Kenneth M Lewis | Sanford P Rosen & Associates Pc | 747 Third Ave | New York | NY | 10017 | USA |
| Means Industries Inc | Michael Yenikoff | Schiff Hardin Llp | 6600 Sears Tower | Chicago | IL | 60606 | USA |
| Methode Electronics Inc | Attn Timothy S McFadden | Lord Bissell & Brook LLP | 111 South Wacker Drive | Chicago | IL | 60606 | USA |
| Mid American Products | Mark H Shapiro | Steinberg Shapiro & Clark | 24901 Northwest Hwy Ste 611 | Southfield | MI | 48075 | USA |
| Morgan Advanced Ceramics Inc | Attn Paul M Rosenblatt | Kilpatrick Stockton LLP | 1100 Peachtree Street Suite 2800 | Atlanta | GA | 30309-4530 | USA |
| Multek Flexible Circuit Sheldahl MX | Northfield Acquisition Co | Steven J Reisman Curtis Mallet Prev | 101 Pk Ave | New York | NY | 10178-0061 | USA |
| National Molding Corp Sec Plas Div | Kenneth A Reynolds NMC | Pryor & Mandelup Llp | 675 Old Country Rd | Westbury | NY | 11590 | USA |
| Newman Aluminum Automotive Impact E | John S Mairo Brett S Moore | Porzio Bromberg & Newman Pc | 156 West 56th St | New York | NY | 10019 | USA |
| Norsk Hydro Canada Inc | Patricia A Borenstein | Miles & Stockbridge Pc | 10 Light St | Baltimore | MD | 21202 | USA |
| Omega Tool Corp L&w Engineering Co Southtec Llc Dott Industries Inc Alps Automotive Inc Pioneer Automotive Technologies Inc Lakeside Plastics Limited Android Industries Inc Al Doraville Llc And Al Genesee Llc | Sanford P Rosen Kenneth M Lewis | Sanford P Rosen & Associates Pc | 747 Third Ave | New York | NY | 10017-2803 | USA |
| Pension Benefit Guaranty Corp | Karen L Morris | Deputy Chief Counsel | 1200 K Street NW Ste 340 | Washington | DC | 20005 | USA |
| Pension Benefit Guaranty Corp | Merrill Stone M Barre M Somerstein | Kelley Drye & Warren Llp | 101 Pk Ave | New York | NY | 10178 | USA |
| Power & Signal Group | John J Monaghan | Holland & Knight Llp | 10 St James Ave | Boston | MA | 02116 | USA |
| Preferred Sourcing LLC | Attn John R Humphrey | Sommer Barnard Attorneys PC | One Indiana Sq Suite 3500 | Indianapolis | IN | 46204-2033 | USA |
| Preferred Sourcing LLC | Attn Randy Wagoner | VP of Finance | 3802 North 600 West Ste A | Greenfield | IN | 46140 | USA |
| Quinn Emanuel Urquhart Oliver Hedge | Susheel Kirpalani | 51 Madison Ave 22nd Floor | | New York | NY | 10010 | USA |
| Robert Bosch Corp & Affiliates | Gordon J Toering | Warner Norcross & Judd Llp | 900 Fifth Third Ctr 111 Lyon St Nw | Grand Rapids | MI | 49503-2487 | USA |
| Semiconductor Components Llc | John Dawson John Harris S Goldberg | Quarles & Brady Streich Lang Llp | Renaissance One 2 N Central Ave | Phoenix | AZ | 85004-2391 | USA |
| Simpson Thacher & Bartlett | Attn Kenneth S Ziman | 425 Lexington Ave | | New York | NY | 10017 | USA |
| Source Electronics Corporation | Steven E Boyce | Sheehan Phinney Bass & Green Pa | 1000 Elm St PO Box 3701 | Manchester | NH | 03105 | USA |
| Sumida America Inc | Attn Joseph H Lemkin | Duane Morris LLP | 744 Broad Street Suite 1200 | Newark | NJ | 07102 | USA |
| Textron Fastening Systems Inc | Kenrith R Karble | Braun Kendrick Finkelbeiner Plc | 4301 Fashion Square Blvd | Saginaw | MI | 48603 | USA |
| Thyssenkrupp Budd Systems Llc | Tracy L Klestadt | Klestadt & Winters Llp | 292 Madison Ave 17th Fl | New York | NY | 10017-6314 | USA |
| Tricon Industries Inc | Mark A Shaiken | Stinson Morrison Hecker Llp | 1201 Walnut St | Kansas City | MO | 64106 | USA |
| United Auto Workers | Attn Gregg E Szilagyi Alex Pirogovsky | Ungaretti & Harris LLP | 3500 Three First National Plaza | Chicago | IL | 60602 | USA |
| Viasystems Group Inc | Daniel Sherrick | 8000 E Jefferson Ave | | Detroit | MI | 48214 | USA |
| Visteon | Daniel J Weber | Daniel J Weber | 101 South Hanley Rd Ste 400 | St Louis | MO | 63105 | USA |
| Wabash Technologies Inc | Attn Alan J Schwartz | Jacob & Weingarten PC | 2301 W Big Beaver Road Suite 777 | Troy | MI | 48084 | USA |
| Wc Heraeus | Richard Delaney | Bendall Delaney Hartburg Mcneely | 533 Warren St | Huntington | IN | 46750 | USA |
| | Peter A Clark | Mcdermott Will & Emery | 327 West Monroe St | Chicago | IL | 60606 | USA |

In re. Delphi Corporation et. al.
Case No. 05-44481 (RDD)

10/22/2009 4:31 PM
All DIP Special Parties Combined 090701.xls

Delphi Corporation
Special Parties

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Willkie Farr & Gallagher LLP | Jeffrey M. Goldfarb | 787 Seventh Avenue | | New York | NY | 10019 | USA |
| Winston & Strawn LLP | David Neier | 200 Park Ave | | New York | NY | 10166-4193 | USA |
| Wireless Matrix Corporation | Gregg S Kleiner | Cooley Godward Kronish Llp | 101 California St 5th Fl | San Francisco | CA | 94111-5800 | USA |
| Worthington Steel Comp Michigan Inc | Tiffany Strelow Cobb Robert Bell Jr | Vorys Sater Seymour And Pease Llp | 52 East Gay St PO Box 1008 | Columbus | OH | 43215 | USA |
| Xm Satellite Radio Inc | Scott A Golden | Hogan & Hartson Llp | 875 Third Ave | New York | NY | 10022 | USA |
| Yazaki North America Inc | Attn James Harrington | Foley & Lardner LLP | 1 Detroit Ctr 500 Woodward Ave Ste 2700 | Detroit | MI | 48226-3489 | USA |

In re: Delphi Corporation et. al.
Case No. 05-44481 (RDD)

Page 3 of 3

10/22/2009 4:31 PM
All DIP Special Parties Combined 090701.xls

Delphi Corporation
Special Party

| Company | Contact | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---------|---------|----------|----------|------|-------|-----|
| H E Services Comp Robert Backie | Victor Mastromarco Jr | The Mastromarco Firm | 1024 N Michigan Ave PO Box 3197 | Saginaw | MI | 48605 |

In re, Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/22/2009 4:39 PM
HE Services special party.xls

EXHIBIT B

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY/FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | Peter A. Clark | One North Wacker Drive | Suite 4400 | Chicago | IL | 60606-2833 | 312-214-5668 | pclark@btlaw.com | Counsel to Recticel Interiors; Motorola; Temic Automotive |
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 212(696)6000 | sreisman@cm-p.com | Counsel to Debtor's Postpetition Administrative Agent; Counsel to JPMorgan Chase Bank, N.A. |
| Davis, Polk & Wardwell LLP | Donald Bernstein, Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Flextronics International, Inc.; Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | sean.m.corcoran@delphi.co m karen.j.craft@delphi.com | Debtors |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | paul.anderson@flextronics. com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | trey.chambers@freescale.c om | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Bonnie Steingart, Jennifer L. Rochburg, Richard J. Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | rodbusk@ffhsl.com slivirj@ffhsl.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-247-1010 | randall.eisenberg@fticonsult ing.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Garry M. Graber | 60 East 42nd St | 37th Floor | New York | NY | 10165-0150 | 212-661-3535 | ggraber@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Jefferies & Company, Inc. | William O. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | bderrough@jefferies.com richard.duker@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | richard.duker@jpmorgan.co m | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | susan.atkins@jpmorgan.co m | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | mmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Shery Belance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | sbelance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

10/22/2009 4:42 PM
Master Service List 091006.XLS Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY/FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | jdejonker@mwe.com | Counsel to Rectical North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq. Thomas R Kreller Esq. James E Till Esq. | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| New York State Office of Attorney General | Eugene J. Leff Assistant Attorney General & Deputy Bureau Chief | 120 Broadway, 26th Floor | | New York | NY | 10271 | 212-416-8465 | eugene.leff@oag.state.ny.us | State of New York; New York State Department of Environmental Conservation |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State Attorney General Eliot Spitzer | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | william.dornbos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | tjerman@omm.com | Special Labor Counsel |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Stephen J. Shimshak Philip A Weintraub | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3000 | sshimshak@paulweiss.com pweintraub@paulweiss.com | Counsel to Ryder Integrated Logistics, Inc. |
| Pension Benefit Guaranty Corporation | Karen L. Morris, John Menke, Ralph L. Landy, Beth A. Bangert | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | landy.ralph@pbgc.gov menke.john@pbgc.gov morris.karen@pbgc.gov bangert.beth@pbgc.gov efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-848-4000 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thacher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 155 N Wacker Drive | Suite 2700 | Chicago | IL | 60606-1720 | 312-407-0700 | jbutler@skadden.com jlyons@skadden.com rmeisler@skadden.com | Counsel to the Debtor |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

10/22/2009 4:42 PM
Master Service List 091006.XLS Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY/FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stahl Cowen Crowley Addis LLC | Jon D. Cohen, Trent P. Cornell | 55 West Monroe Street | Suite 1200 | Chicago | IL | 60603 | 312-641-0060 | jcohen@stahlcowen.com tcornell@stahlcowen.com | Counsel to the Delphi Retiree Committee |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | cps@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Warner Stevens, L.L.P. | Michael D. Warner II | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | mwarner@warnerstevens.c om | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | martin.bienenstock@weil.co m | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | scimalore@wilmingtontrust .com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

10/22/2009 4:42 PM
Master Service List 091006.XLS Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Adelberto Cañadas Castillo | | Avda Ramon de Carranza | 10-1° | Cadiz | | 11006 | Spain 34 956 226 311 | | adelberto@cpanabas.com | Representative to DASE |
| Adler Pollock & Sheehan PC | Joseph Avanzato | One Citizens Plz 8th Fl | | Providence | RI | 02903 | | 401-274-7200 | javanzato@apslaw.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | | 610-902-6028 | david.boyle@airgas.com | Counsel to Airgas, Inc. |
| Akebono Brake Corporation | Brandon J. Kessinger | 310 Ring Road | | Elizabethtown | KY | 42701 | | 270-234-5580 | bkessinger@akebono-usa.com | Counsel to Akebono Corporation, Representative for Akebono |
| Akin Gump Strauss Hauer & Feld, LLP | David M Dunn | 1333 New Hampshire Ave NW | | Washington | DC | 20036 | | 202-887-4000 | ddunn@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Ira S Dizengoff | One Bryant Park | | New York | NY | 10036 | | 212-872-1000 | idizengoff@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Peter J. Gurfein | 2029 Century Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-552-6686 | pgurfein@akingump.com | Counsel to Wamco, Inc. |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | mgreger@allenmatkins.com | Counsel to Kilroy Realty, L.P. |
| Alston & Bird, LLP | Craig E. Freeman | 90 Park Avenue | | New York | NY | 10016 | | 212-210-9400 | craig.freeman@alston.com | Counsel to Cadence Innovation, LLC |
| Alston & Bird, LLP | Dennis J. Connolly; David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 | | 404-881-7299 | dconnolly@alston.com; dwender@alston.com | Counsel to Cadence Innovation, LLC, PD George Co, Furukawa Electric Company, LLC, and Furukawa Electric North America APD, Inc. |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 65-2-42 | | Detroit | MI | 48243 | | 313-758-4888 | steven.keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Andrews Kurth LLP | Gogi Malik | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | gogimalik@andrewskurth.com | Counsel to TW Inc. |
| Argin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue Suite 600 | | Pasadena | CA | 91101-2459 | | 626-535-1900 | mtf@afrct.com | Counsel to Stanley Electric Sales of America, Inc. |
| Arent Fox PLLC | Mitchell D. Cohen | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | Cohen.Mitchell@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | Hirsh.Robert@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | dladdin@agg.com | Counsel to Kodak Polychrome Graphics (America) Corp, d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | joel_gross@aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | cgalloway@atsautomation.com | Company |
| Balch & Bingham LLP | Eric T. Ray | PO Box 306 | | Birmingham | AL | 35201 | | 205-251-8100 | eray@balch.com | Attorney for Alabama Power Company |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | Kimberly J. Robinson | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | kim.robinson@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | William J. Barrett | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | william.barrett@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | alan.mills@btlaw.com | Counsel to Mays Chemical Company |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 22

10/22/2009 4:14 PM
Email (389)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | David M. Powlen | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | david.powlen@btlaw.com | Counsel to Howard county, Indiana |
| Barnes & Thornburg LLP | John T. Gregg | 171 Monroe Avenue NW | Suite 1000 | Grand Rapids | MI | 49503 | | 616-742-3930 | john.gregg@btlaw.com | Counsel to Priority Health; Clarion Corporation of America |
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | mark.owens@btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | michael.mccrory@btlaw.com | Counsel to Globe Die Casting Corporation; Clarion Corporation of America |
| Barnes & Thornburg LLP | Patrick E. Mears | 171 Monroe Avenue NW | Suite 1000 | Grand Rapids | MI | 49503 | | 616-742-3936 | pmears@btlaw.com | Counsel to Amrada Rubber Manufacturing Company; Bank of America Leasing & Leasing A Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | wendy.brewer@btlaw.com | Counsel to Globe Die Casting Corporation |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | ffm@bostonbusinesslaw.com | Counsel to Iron Mountain Information Management, Inc. |
| Beeman Law Office | Thomas M Beeman | 33 West 10th Street | Suite 200 | Anderson | IN | 46016 | | 765-640-1330 | tom@beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | hannah@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | sean@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | | 313-496-1200 | jmurphy@berrymoorman.com | Counsel to Kamax L.P.; Optrex America, Inc.; GKN Sinter Metals, Inc. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | pcostello@bbslaw.com | Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | tgaa@bbslaw.com | Counsel to Veritas Software Corporation |
| Bingham McHale LLP | Whitney L. Mosby | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | wmosby@binghammchale.co m | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 22

10/22/2009 4:14 PM
Email (389)

Delphi Corporation
2002 List.

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Blank Rome LLP | Marc E. Richards | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | mrichards@blankrome.com | Counsel to DENSO International America, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | rmcdowell@bodmanllp.com | Counsel to Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flektech, Inc.; Vibracoustic de Mexico, S.A. de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | chill@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | csullivan@bsk.com | Counsel to Diemolding Corporation |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | sdonato@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |
| Bose McKinney & Evans LLP | Michael A Trentadue / Carina M de la Torre | 111 Monument Circle Ste 2700 | | Indianapolis | IN | 46204 | | 317-684-5000 | mtrentadue@boselaw.com; cdelatorre@boselaw.com | Counsel to Decatur Plastics Products, Inc. and Eikenberry & Associates, Inc.; Lorentson Manufacturing Company; Lorentson Tooling, Inc.; L & S Tools, Inc. |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | | Nashville | TN | 37203 | | 615-252-2307 | amcmullen@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | rjones@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brembo S.p.A. | Massimiliano Cini | Administration Department via Brembo 25 | 24035 Curno BG | Bergamo | | | Italy | 0039-035-605-529 | massimiliano_cini@brembo.it | Creditor |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | dludman@brownconnery.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, A Professional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | schristianson@buchalter.com | Counsel to Oracle USA, Inc.; Oracle Credit Corporation |
| Buchanan Ingersoll & Rooney PC | Mary Caloway | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | 302-552-4200 | mary.caloway@bipc.com | Counsel to Fiduciary Counselors |
| Buchanan Ingersoll & Rooney PC | William H. Schorling, Esq. | Two Liberty Place | 50 S. 16th St., Ste 3200 | Philadelphia | PA | 19102 | | 215-665-5326 | william.schorling@bipc.com | Counsel to Fiduciary Counselors |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | (205) 458-5367 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc |
| Cadwalader Wickersham & Taft LLP | Jeannine D'Amico | 1201 F St NW Ste 1100 | | Washington | DC | 20004 | | 202-862-2452 | jeannine.damico@cwt.com | Attorneys for the Audit Committee of Delphi Corporation |
| Cadwalader Wickersham & Taft LLP | John J. Rapisardi Esq / Joseph Zujkowski Esq | One World Financial Center | | New York | NY | 10281 | | 212-504-6000 | john.rapisardi@cwt.com; joseph.zujkowski@cwt.com | Counsel to the Auto Task Force of the U.S. Department of the Treasury |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | jgreenberg@cahill.com DM | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | rusadi@cahill.com | Counsel to Engelhard Corporation |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

10/22/2009 4:14 PM
Email (389)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 | | 216-622-8404 | jrobertson@calfee.com | Counsel to Brush Engineered materials |
| Calinoff & Katz, LLP | Dorothy H. Marinis-Riggio Robert Calinoff | 140 East 45th Street | 17th Floor | New York | NY | 10017 | | 212-826-8800 | christos@gmail.com rcalinoff@candklaw.com | Counsel to Computer Patent Annuities Limited Partnership; Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Aluminum Elkay NA, LLC, Hydro Aluminum Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, I |
| Carson Fischer, P.L.C. | Joseph M Fischer Patrick J Kukla | 4111 Andover Road | West 2nd Floor | Bloomfield Hills | MI | 48302 | | 248-644-4840 | jbcy@carsonfischer.com | Counsel to Bling Metals Group, LLC; Behr America, Inc.; Findlay Industries; Vitec, LLC |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 4111 Andover Road | West 2nd Floor | Birmingham | MI | 48302 | | 248-644-4840 | rweisberg@carsonfischer.com bcny@carsonfischer.com | Counsel to Cascade Die Casting Group, Inc.; Behr America, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | cahn@clm.com | Counsel to STMicroelectronics, Inc. |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | ddeutsch@chadbourne.com | Counsel to EagleRock Capital Management, LLC |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | japplebaum@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne |
| Clark Hill PLC | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | sdeeby@clarkhill.com | Counsel to 1st Choice Heating & Cooling, Inc.; BorgWarner Turbo Systems Inc.; Metaldyne |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | rgordon@clarkhill.com | Counsel to ATS Automation Tooling Systems Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | maxfiling@cgsh.com | Counsel to Amtesco Electronics Automotives, S.A.de C.V.; Cordaflex, S.A. de C.V. |
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | maxfiling@cgsh.com | Counsel to Bear, Stearns, Co, Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | tmaxson@cohenlaw.com | Counsel to Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | jvitale@cwsny.com bceccotti@cwsny.com | Counsel to International Union, United Automobile, Aerospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | scrosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Conlin, McKenney & Philbrick, P.C. | Bruce N. Elliott | 350 South Main Street | Suite 400 | Ann Arbor | MI | 48104 | | 734-971-9000 | Elliott@cmplaw.com | Counsel to Brazeway, Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Contrarian Capital Management, L.L.C. | Mark, Lew, Janice Stanton, Bill Raine, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200 (230) 862-8231 | mlew@contrariancapital.com jstanton@contrariancapital.com wraine@contrariancapital.com slax@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| Coolidge Wall Co., LPA | Ronald S. Pretekin Susan Power Johnston | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | Pretekin@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Company; Attorneys for Columbia Industrial |
| Covington & Burling | Aaron R. Marcu | 620 Eighth Ave | | New York | NY | 10018 | | 212-841-1005 | sjohnston@cov.com | Special Counsel to the Debtor |
| Cox, Hodgman & Giamarco, P.C. | Sean M. Walsh, Esq. | Tenth Floor Columbia Center | 101 W. Big Beaver Road | Troy | MI | 48084-5280 | | 248-457-7000 | awalsh@bclgw.com | Counsel to Nishimbo Automotive Corporation |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | dpm@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtin & Heefner, LLP | Robert Szwajkos | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | rsz@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Cindi Elbott | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-6896 | celbott@curtis.com | Counsel to Flextronics International Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd., Flextronics Technology (M) Sdn. Bhd |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | wsavino@damonmorey.com | Counsel to Relco, Inc.; The Durham Companies, Inc. |
| David P. Martin | | 519 Energy Center Blvd | Ste. 1104 | Northport | AL | 35401 | | 205-343-1771 | davidpmartin@bellsouth.net | Co-Counsel for David Gengo, Jimmy Mueller, and O. Keith Livingston |
| Day Pitney LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | rmeth@daypitney.com | Counsel to Marshall E. Campbell Company |
| Day Pitney LLP | Ronald S. Beacher Conrad K. Chiu | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | rbeacher@daypitney.com cchiu@daypitney.com | Counsel to IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation |
| Dechert LLP | Glenn E. Siegel James O. Moore | 1095 Avenue of the Americas | | New York | NY | 10036-6797 | | 212-698-3500 | glenn.siegel@dechert.com james_moore@dechert.com | Counsel for Kensington International Limited, Manchester Securities Corp. and Springfield Associates, LLC |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | | 212-682-4940 | gdiconza@dlawpc.com | Counsel to Tyz-All Plastics, Inc.; Co-Counsel to Tower Automotive, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 5 of 22

10/22/2009 4:14 PM
Email (389)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | john.persiani@dinslaw.com | Counsel to The Procter & Gamble Company |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen, Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | richard.kremen@dlapiper.com | Counsel to Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Drinker Biddle & Reath LLP | Janice B. Grubin | 140 Broadway 39th Fl | | New York | NY | 10005-1116 | | 212-248-3140 | janice.grubin@dbr.com | Counsel to Vanguard Distributors, Inc. |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | jhlemkin@duanemorris.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; and Hoshizaki America Corporation |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | dmdelphi@duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company |
| Dykema Gossett PLLC | Douglas S Parker | 39577 Woodward Ave | Suite 300 | Bloomfield Hills | MI | 48304 | | 248-203-0703 | dparker@dykema.com | Counsel for Federal Screw |
| Dykema Gossett PLLC | Morgan Smith | 10 South Wacker Dr | Suite 2300 | Chicago | IL | 60606 | | 312-627-5679 | mmsmith@dykema.com | Attorneys for Tramont C/ty Barrel Fill PRP Group |
| Dykema Gossett PLLC / Electronic Data Systems Corporation | Sharon A. Salinas | 10 South Wacker Dr | Suite 2300 | Chicago | IL | 60606 | | 312-627-2189 | ssalinas@dykema.com | Counsel to Tremont C/ty Barrel Fill PRP Group / Representative for Electronic Data Systems Corporation |
| Eichenberg, Ogier, Rothschild & Rosenfeld, P.C. | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | ayala.hassell@eds.com | Representative for Electronic Data Systems Corporation |
| | Barbara Ellis-Monro | 170 Mitchell Street, SW | | Atlanta | GA | 30303 | | 404-581-3818 | benn@eornlaw.com | Counsel to Southwire Company |
| Entergy Services, Inc. | Alan H. Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113 | | | akatz@entergy.com | Assistant General Counsel to Entergy Services, Inc. |
| Epstein Becker & Green PC | Maura I. Russell, Anthony B. Stumbo | 250 Park Ave | 11th Floor | New York | NY | 10177-1211 | | 212-351-4500 | MIRussell@ebglaw.com | Counsel to SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund Ltd |
| Eichenberg & Hochhauser, P.C. | Gary Eichenberg | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | | 516-227-6300 | getlichman@e-hlaw.com | Counsel to Jon Ballin |
| Faegre & Benson LLP | Elizabeth K. Flaagan | 3200 Wells Fargo Center | 1700 Lincoln St | Denver | CO | 80203-4532 | | 303-607-3604 | eflaagan@faegre.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Farrell Fritz PC | Louis A. Scarcella, Patrick T. Collins | 1320 RexCorp Plaza | | Uniondale | NY | 11556-1320 | | 516-227-0700 | lscarcella@farrellfritz.com, pcollins@farrellfritz.com | Counsel to Official Committee of Equity Holders |
| Flandi Law Offices LLC | Charles J. Flandi, Jr., Esq. | 65 Trumbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-8588 | charles@flandi-law.com | Counsel to Federal Express Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

10/22/2009 4:14 PM
Email (089)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | tdonovan@finkgold.com | Counsel to Pillarhouse (U.S.A.) Inc. |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | jmurch@foley.com | Inc. |
| Foley & Lardner LLP | John A. Simon | One Detroit Center, 500 Woodward Ave | Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | jsimon@foley.com | Counsel to Kiss Corporation |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | | 212-682-7575 | fstevens@foxrothschild.com | Counsel to Ernst & Young LLP |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | mviscount@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930555 | Verona | WI | 53593 | | 608-848-6350 | frikkers@rikkerslaw.com | Counsel to Southwest Metal Finishing, Inc. |
| Fulbright & Jaworski LLP | David A. Rosenzweig | 666 Fifth Avenue | | New York | NY | 10103-3198 | | 212-318-3000 | drosenzweig@fulbright.com | Counsel to Southwest Research Institute |
| Fulbright & Jaworski LLP | Michael M Parker | 300 Convent St Ste 2200 | | San Antonio | TX | 78205 | | 210-224-5575 | mparker@fulbright.com | Attorney for Solvay Fluorides, LLC / Counsel to Southwest Research Institute |
| Genovese Joblove & Battista, P.A. | David C. Cimo | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | | 305-349-2300 | dcimo@gjb-law.com | Counsel to Ryder Integrated Logistics, Inc. |
| Gibbons P.C. | David N. Crapo | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-4523 | dcrapo@gibbonslaw.com | Counsel to Epcos, Inc. |
| Goldberg Segalla LLP | Atin Bruce W Hoover | 665 Main St Ste 400 | | Buffalo | NY | 14203 | | 716-566-5400 | bhoover@goldbergsegalla.com | Attorneys for MasTec Inc. |
| Goodwin Procter LLP | Allan S. Brilliant | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | abrilliant@goodwinprocter.com | Counsel to UGS Corp. |
| Goodwin Procter LLP | Craig P. Druehl | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | cdruehl@goodwinprocter.com | Counsel to UGS Corp. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | bmehlsack@gkllaw.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | pbilowz@goulstonstorrs.com | Counsel to Thermadore Company |
| Grant & Eisenhofer P.A. | James J Sabella | 485 Lexington Ave | | New York | NY | 10017 | | 646-722-8520 | jsabella@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | jeisenhofer@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 7 of 22

10/22/2009 4:14 PM
Email (389)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Gretz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | mrr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Graydon Head & Ritchey LLP | M. App | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | mdehmler@graydon.com | Batesville Tool & Die; PIA Group; Reliable Castings |
| Greenberg Traurig, LLP | Maria J. DiConza | MetLife Bldg | 200 Park Avenue | New York | NY | 10166 | | 212-801-9200 | diconzam@gtlaw.com | Counsel to Samtech Corporation |
| Greenberg Traurig, LLP | Shari L. Heyen | 1000 Louisiana | Suite 1800 | Houston | TX | 77002 | | 713-374-3500 | heyens@gtlaw.com | Counsel to Samtech Corporation |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | cbm@greensfelder.com | Counsel to ARC Automotive, Inc. |
| Hahn Loeser & Parks LLP | Lawrence E Oscar Christopher W Peer | 200 Public Square | Suite 2800 | Cleveland | OH | 44114 | | 216-621-0150 | leoscar@hahnlaw.com cpeer@hahnlaw.com | Counsel to Trigeo Products, a Unit of Sequa Corporation and ARC Automotive, Inc. |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J Battaglia Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | ahalperin@halperinlaw.net cbattaglia@halperinlaw.net jdyas@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive Inc |
| Hancock & Estabrook LLP | R John Clark Esq | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | rjclark@hancocklaw.com | Counsel to Alliance Precision Plastics Corporation |
| Harrington, Ongich & O'Neil PLLC | David G Ongich | 21043 Mack Avenue | | Grosse Pointe Woods | MI | 48236 | | 313-886-4550 | dhongich@dghlaw.com | Counsel to Internnat Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 350 Fifth Avenue | Suite 2418 | New York | NY | 10118 | | 212-725-7338 | hleinwand@aol.com | Counsel to Baker Hughes Incorporated; Baker Petrolite Corporation |
| Haynes and Boone, LLP | Judith Elkin | 153 East 53rd Street | Suite 4900 | New York | NY | 10022 | | 212-659-7300 | judith.elkin@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Haynes and Boone, LLP | Lenard M. Parkins Kenric D. Kattner | 1221 McKinney, Suite 2100 | 1221 McKinney, Suite 2100 | Houston | TX | 77010 | | 713-547-2000 | lenard.parkins@haynesboone.com kenric.kattner@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Haynes and Boone, LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-659-7300 | prubin@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1446 | prubin@herrick.com | Counsel to Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hinckley Allen & Snyder LLP | Michael J Pendell | 185 Asylum St City Place I | 36th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | mpendell@haslaw.com | Counsel to Barnes Group, Inc. |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | echarlton@hiscockbarclay.com | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Garry M. Graber | 60 E 42nd St 37th Fl | New York | New York | NY | 10165-0150 | | 212-661-3535 | ggraber@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1330 | jkreher@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 60 E 42nd St 37th Fl | | New York | NY | 10165-0150 | | 212-661-3535 | sgross@hodgsonruss.com | Co-Counsel for Yazaki North America, Inc. |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 8 of 22

10/22/2009 4:14 PM
Email (389)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Hogan & Hartson L.L.P. | Audrey Moog | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | amoog@hhlaw.com | Counsel to Unicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | ecdolan@hhlaw.com | Counsel to Unicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |
| Honigman, Miller, Schwartz and Cohn, LLP | Lawrence J. Murphy | 2290 First National Building | 660 Woodward Ave Ste 2290 | Detroit | MI | 48226 | | 313-465-7488 | lmurphy@honigman.com | Counsel for Valeo Climate Control Corp. |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7926 | sdrucker@honigman.com | Counsel for Valeo Climate Control Corp. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | | 678-384-7000 | lmcbryan@hwmklaw.com | Counsel to Vanguard Distributors, Inc. |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Avenue | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | jhunter@hunterschank.com | Counsel to ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Avenue | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | tomschank@hunterschank.co m | Counsel to ZF Group North America Operations, Inc. |
| Hunton & Williams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | stholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | jeffery.gillespie@infineon.com | Global Account Manager for Infineon Technologies North America |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue N.W. | | Washington | DC | 20036 | | 202-429-9100 | rgriffin@iuoe.org | Counsel to International Brotherhood of Electrical Workers Local Union No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 9 of 22

10/22/2009 4:14 PM
Email (389)

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Jackson Walker LLP | Bruce J. Ruzinsky | 1401 McKinney St Ste 1900 | | Houston | TX | 77010 | | 713-751-4200 | bruzinsky@jw.com | Counsel to Constellation NewEnergy, Inc. |
| Jackson Walker LLP | Heather M. Forrest | 901 Main St Ste 600 | | Dallas | TX | 75202 | | 214-953-6000 | hforrest@jw.com | Counsel to Constellation NewEnergy, Inc. |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | JRS@Parmenterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jason, Inc. | Will Schulz, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | 414-277-2110 | wrschulz@asoninc.com | General Counsel to Jason Incorporated |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC. |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | 239 E. 4th St. | | Panama City | FL | 32401 | | 850-763-8421 | gerde&komarek@knology.net | Counsel to Peggy C. Brannon, Bay County Tax Collector |
| Jones Day | Corinne Ball | 222 East 41st Street | | New York | NY | 10017 | | 212-326-7844 | cball@jonesday.com | Counsel to W.L. Ross & Co., LLC |
| Jones Day | Peter J. Benvenutti Michaeline H. Correa | 555 California St 26th Floor | | San Francisco | CA | 94104 | | 415-626-3939 | pjbenvenutti@jonesday.com mcorrea@jonesday.com | Attorneys for Symantec Corporation, Successor-in-Interest to Veritas Corporation |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | sjfriedman@jonesday.com | Counsel to W.L. Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-836-8000 | rsmolev@kayescholer.com | Counsel to hiPlay Technologies Inc |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko Carl Campen Laudenberg Erin M. Riley | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | lsarko@kellerrohrback.com claudenberg@kellerrohrback.com eriley@kellerrohrback.com | Counsel to Neal Fodix, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | ggotto@kellerrohrback.com | Counsel to Neal Fodix, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |

Delphi Corporation 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Kelley Drye & Warren, LLP | Craig A. Wolfe | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | cwolfe@kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Merrill B. Stone | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | mstone@kelleydrye.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communications Workers of America |
| Kennedy, Jennik & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | lmagarik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communications Workers of America |
| Kennedy, Jennik & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | sjennik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communications Workers of America |
| Kennedy, Jennik & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | tkennedy@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers of America |
| King & Spalding, LLP | Daniel Egan | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | degan@kslaw.com | Counsel to KPMG LLP |
| King & Spalding, LLP | H. Slayton Dabney, Jr. | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | sdabney@kslaw.com | Counsel to KPMG LLP |
| Kirkland & Ellis LLP | Jim Stempel | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | jstempel@kirkland.com | Counsel to Lumi Manufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | efox@klng.com | Counsel to Wilmington Trust Company, as indenture trustee |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | sosimmerman@kwgd.com | Counsel to for Millwood, Inc. |
| Kutak Rock LLP | Jay Selanders | 1010 Grand Blvd Ste 500 | | Kansas City | MO | 64106 | | 816-502-4617 | jay.selanders@kutakrock.com | Counsel to DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | ekutchin@kutchinrufo.com | Counsel to Parlex Corporation |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | knorthrup@kutchinrufo.com | Counsel to Parlex Corporation |
| Lambert, Leser, Isackson, Cook & Giunta, P.C. | Adam D. Bruski | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | adbruski@lambertleser.com | Counsel to Creditor Linamar Corp. |
| Lambert, Leser, Isackson, Cook & Giunta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | smcook@lambertleser.com | Counsel to Linamar Corporation |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | mitchell.seider@lw.com | UCC Professional |
| Latham & Watkins | Robert Rosenberg | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1370 | robert.rosenberg@lw.com | UCC Professional |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq | 22 N Walnut Street | | West Chester | PA | 19380 | | 610-738-1230 | mkohayer@aol.com | Counsel to A-1 Specialized Services and Supplies Inc |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 11 of 22

10/22/2009 4:14 PM
Email (389)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. (N/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | General Counsel for Linear Technology Corporation | Suite 1900 1630 McCarthy Blvd. | Milpitas | CA | 95035-7417 | | 408-432-1900 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | dallas.bankruptcy@publicans.com | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities Cypress-Fairbanks Independent School District, City of Houston, Harris County |
| Locke Lord Bissell & Liddell | Kevin J. Walsh | 885 Third Avenue | 28th Floor | New York | NY | 10022-4802 | | 212-812-8304 | kwalsh@lockelord.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Locke Lord Bissell & Liddell | Timothy S. McFadden | 111 South Wacker Drive | | Chicago | IL | 60606 | | 312-443-0370 | tmcfadden@lockelord.com | Counsel to Methode Electronics, Inc. |
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | gschwed@loeb.com | Counsel to Creditor The Interpublic Group of Companies, Inc. and Proposed Auditor Deloitte & Touche, LLP |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | whhawkins@loeb.com | Counsel to Industrial Ceramics Corporation |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | bnathan@lowenstein.com | Counsel to Daewoo International (America) Corp. |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | krosen@lowenstein.com | Counsel to Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | ilevee@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Lowenstein Sandler PC | Michael S. Etkin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | metkin@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | scargill@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | vdagostino@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-867-8900 | egc@lydenlaw.com | Counsel to Metro Fibres, Inc. |
| Maddin, Hauser, Wartell, Roth & Heller PC | Alexander Stotland Esq. | 28400 Northwestern Hwy | Third Floor | Southfield | MI | 48034 | | 248-354-4030 | axs@maddinhauser.com | Attorney for Dance Manufacturing Co. |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 12 of 22

10/22/2009 4:14 PM
Email (389)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Madison Capital Management | Joe Larden | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | ljarden@madisoncap.com | Representation for Madison Capital Management |
| Margulies & Levinson, LLP | Leal M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | lmc@ml-legal.com | Counsel to Venture Plastics |
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | | 989-752-1414 | vmastromarco@aol.com | Counsel to H.E. Services Company and Robert Backie and Representative to the Estate of Michael Palmer |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | gsantella@masudafunai.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sugami America, Ltd.; SL America, Inc./SL Tennessee, LLC and Hosiden America Corporation |
| McCarter & English, LLP | David J. Adler Jr., Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 | | 913-622-4444 | eglas@mccarter.com | Counsel to General Products Corporation |
| McCarthy Tetrault LLP | Lorne P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | lsalzman@mccarthy.ca | Counsel to Transervice (McCarthy Tetrault LLP) |
| McDermott Will & Emery LLP | Gary O. Ravert | 340 Madison Avenue | | New York | NY | 10017-1922 | | 212-547-5400 | gravert@mwe.com | Counsel to Temic Automotive of North America, Inc. |
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation; National Semiconductor Corporation; Timken Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | sselbst@mwe.com | Counsel to National Semiconductor Corporation |
| McDermott Will & Emery LLP | Steven P. Handler Monica M. Quinn | 227 W Monroe St. | | Chicago | IL | 60606 | | 312-372-2000 | mquinn@mwe.com; shandler@mwe.com | Counsel to Temic Automotive of North America, Inc. |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street Newark | Newark | NJ | 07102-4079 | | 973-622-2711 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuirewoods LLP | Aaron G McCollough Esq | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1000 | amccollough@mcguirewoods.com | Counsel to Siemens Energy & Automation, Inc. |
| McGuirewoods LLP | Daniel F Blanks | One James Center | 901 East Cary Street | Richmond | VA | 23219 | | 804-775-1000 | dblanks@mcguirewoods.com | Counsel for CSX Transportation, Inc. |
| McGuirewoods LLP | John H Maddock III | One James Center | 901 East Cary Street | Richmond | VA | 23219 | | 804-775-1178 | jmaddock@mcguirewoods.com | Counsel to Siemens Logistics Assembly Systems, Inc.; Counsel for CSX Transportation, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Attn Thomas R Slome Esq | 990 Stewart Ave Ste 300 | PO Box 9194 | Garden City | NY | 11530-9194 | | 516-741-6565 | tslome@msek.com | Counsel for Pamela Geller; Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communications Workers of America |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | hkolko@msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communications Workers of America |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Meyers Law Group, P.C. | Merle C. Meyers | 44 Montgomery Street | Suite 1010 | San Francisco | CA | 94104 | | 415-362-7500 | mmeyers@mlg-pc.com | Counsel to Alps Automotive, Inc. |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | 6801 Kenilworth Avenue, Suite 400 | | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | emmeyers@mrrlaw.net | Counsel to Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | rrosenbaum@mrrlaw.net | Counsel to Prince George County, Maryland |
| Miami-Dade County Tax Collector | April Burch | Paralegal Unit | 140 West Flagler St, Ste 1403 | Miami | FL | 33130 | | 305-375-5314 | mmbrich@miamidade.gov | Paralegal Collection Specialist for Miami-Dade County |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd, Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | miag@michigan.gov | Attorney General for State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1176 | raterinkd@michigan.gov | Assistant Attorney General for Worker's Compensation Agency; Attorney for the Funds Administration for the State of Michigan |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | miag@michigan.gov | Attorney General for Worker's Compensation Agency; Attorney for the Funds Administration for the State of Michigan |
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | trenda@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Elksy Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Einhart Technologies LLL and Adell Plastics, Inc. |
| Miller & Martin PLLC | Dale Allen | 150 Fourth Ave North | Ste 1200 | Nashville | TN | 37219 | | 615-831-1748 | jones@millermartin.com | Counsel to Averitt Express |
| Miller Johnson | Thomas P. Sarb, Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1726 | sarb@millerjohnson.com, wolford@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | greenj@millercanfield.com | Counsel to Wells Operating Partnership, LP |
| Miller, Canfield, Paddock and Stone, P.L.C. | Marc N. Swanson | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-963-6420 | swansonm@millercanfield.com | Counsel to Birose North America Holding LP and its affiliates |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | fusco@millercanfield.com | Counsel to Niles USA Inc.; Technesteal, LLC; The Bartech Group, Inc.; Flextner Automotive Systems |
| Mintz, Levin, Cohn, Ferris Glovsky and Popeo, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | pjricotta@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | Jeff.Ott@molex.com | Counsel to Molex Connector Corp |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 14 of 22

10/22/2009 4:14 PM
Email (389)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | agottfried@morganlewis.com | Counsel to ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | mzelmanovitz@morganlewis.c om | Counsel to Hitachi Chemical (Singapore) Pte, Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90071 | | 213-612-1163 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |
| Monitt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | lberkoff@moritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidiaries Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interst to Oasis Silicon Systems, Inc.) |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | TX | 75201-6659 | | 214-855-7590 / 214-855-7591 / 214-855-7587 | rurbanik@munsch.com; jwielebinski@munsch.com; drukavina@munsch.com | Counsel to Texas Instruments Incorporated |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | sandy@nlsg.com | Counsel to Lankfor Diversified Industries, Inc. |
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | knathan@nathanneuman.com | Counsel to Onpilve LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Elkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Elkin Managment Services, Inc. and Elkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | lisa.moore@nationalcity.com | Vice President and Senior Counsel to National City Commercial Capital |
| National Renewable Energy Laboratory | Marty Noland Principal Attorney | 1617 Golden Blvd | Legal Office, Mail Stop 1734 | Golden | CO | 80401 | | 303-384-7550 | marty_noland@nrel.gov | Counsel for National Renewable Energy Laboratory |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | george.cauthen@nelsonmullin s.com | Counsel for Dawyer Rubber & Plastics, Inc.; Dahyler, Inc. Dahyler i/o devices (Americas), Inc.; Rohtel Tube (USA), Inc. |
| New Jersey Attorney General's Office Division of Law | Tracy E Richardson Deputy Attorney General | R.J. Hughes Justice Complex | 25 Market St P.O. Box 106 | Trenton | NJ | 08628-0106 | | 609-292-1537 | tracy.richardson@dol.lps.state .nj.us | Deputy Attorney General - State of New Jersey Division of Taxation |
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | dgheiman@jonesday.com | Counsel to VW., Ross & Co., LLC |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | | 478-742-8706 | cahope@chapter13macon.co m | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | jay.hurst@oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Ohio Environmental Protection Agency | c/o Michelle T. Sutter, Michael M. Zizza, Legal Manager | Principal Assistant Attorney General Environmental Enforcement Section | 30 E Broad St 25th Fl | Columbus | OH | 43215 | | 614-466-2766 | msutter@ag.state.oh.us | Attorney for State of Ohio, Environmental Protection Agency |
| Orbotech, Inc. | | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | michael2@orbotech.com | Company |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 15 of 22

10/22/2009 4:14 PM
Email (389)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| O'Rourke Katten & Moody | Michael Moody | 55 W Wacker Dr | Ste 1400 | Chicago | IL | 60815 | | 312-655-2020 | mmoody@okrourkeandmoody.com | Counsel to Americtech Credit Corporation d/b/a SBC Capital Services |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Jonathan P. Guy | Columbia Center | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | jguy@orrick.com | Counsel to Westwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Raniero D'Aversa, Jr. | 666 Fifth Avenue | | New York | NY | 10103-0001 | | 212-506-3715 | Rdaversa@orrick.com | Counsel to Bank of America, N.A. |
| Orrick, Herrington & Sutcliffe LLP | Richard H. Wyron | Columbia Center 1152 15th St NW Floor | | Washington | DC | 20005-1706 | | 202-339-8400 | rwyron@orrick.com | Counsel to Westwood Associates, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | mseidl@pszjlaw.com | Counsel for Essex Group, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-561-7700 | RFeinstein@pszjlaw.com | Counsel for Essex Group, Inc. |
| Patterson Belknap Webb & Tyler LLP | Daniel A. Lowenthal | 1133 Avenue of the Americas | | New York | NY | 10036 | | 212-336-2720 | dalowenthal@pbwt.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Patterson Belknap Webb & Tyler LLP | David W. Dykhouse Phyllis S. Wallitt | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | | 212-336-2000 | dwdykhouse@pbwt.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems ER |
| Paul H. Spaeth Co, LPA | Paul H. Spaeth | 130 W Second St Ste 450 | | Dayton | OH | 45402 | | 937-223-1655 | pspaethlaw@rhtelaw.com | Attorneys for F&G Multi-Slide Inc and F&G Tool & Die Co, Inc |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | arosenberg@paulweiss.com | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | ddavis@paulweiss.com | General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | emccolm@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3133 | sshimshak@paulweiss.com | Counsel to Ambrake Corporation |
| Peggy Housner | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | housnerp@michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |
| Pepe & Hazard LLP | Kristin B. Mayhew | 30 Jelliff Lane | | Southport | CT | 06890-1436 | | 203-319-4022 | kmayhew@pepehazard.com | Counsel for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc. |
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two Logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | lawallf@pepperlaw.com | Counsel to Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | jaffeh@pepperlaw.com | Counsel to SKF USA, Inc. |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 16 of 22

10/22/2009 4:14 PM
Email (389)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY/FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Pepper, Hamilton LLP | Nina M. Varughese | 3000 Two Logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | varughesen@pepperlaw.com | Counsel to Capro, Ltd; Telefix Automotive Manufacturing Corporation; Telefix Incorporated; Ametek, Cleo, Inc.; Sierra International, Inc. |
| Pickrel Shaeffer & Ebeling | Sarah B. Carter Esq | 2700 Kettering Tower | | Dayton | OH | 45423-2700 | | 937-223-1130 | scarter@pselaw.com | |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | jmanheimer@pierceatwood.co m | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | kcunningham@pierceatwood.c om | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pietragallo Bosick & Gordon LLP | Richard J. Parks | 54 Bahl Blvd | | Sharon | PA | 16146 | | 724-981-1397 | rjp@bansfd.com | Counsel to Ideal Tool Company, Inc. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | karen.dine@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | margot.erlich@pillsburylaw.co m | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | Ste 550 | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | mark.houle@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | richard.epling@pillsburylaw.co m | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | robin.spear@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | bsmoore@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 17 of 22

10/22/2009 4:14 PM
Email (389)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY/FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Proviant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | jih@previant.com mgr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists, AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| PriceWaterhouseCoopers | Enrique Bujidos | Almagro | 40 | Madrid | | 28010 | Spain | 34 915 684 356 | enrique.bujidos@es.pwc.com | Representative to DASE |
| QAD, Inc. | Stephen Tyler Esq. | 10,000 Midlands Drive | Suite 100 West Two North Central Avenue | Mt. Laurel | NJ | 08054 | | 856-840-2870 | xstl@qad.com | Counsel to QAD, Inc. |
| Quarles & Brady LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | jharris@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Quarles & Brady LLP | John J. Dawson | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | jdawson@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Quarles & Brady LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | knye@quarles.com | Counsel to Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; ON Semiconductor Corporation; Flambeau Inc. |
| Quarles & Brady LLP | Roy Prange | 33 E Main St Ste 900 | | Madison | WI | 53703-3095 | | 608-283-2485 | rp@quarles.com | Counsel to Flambeau Inc. |
| Reed Smith | Ann Pille | 10 South Wacker Drive | | Chicago | IL | 60606 | | 312-207-1000 | apille@reedsmith.com | Counsel to Infineon; Infineon Technologies |
| Reed Smith Republic Engineered Products, Inc. | Elena Lazarou | 599 Lexington Avenue | 29th Street | New York | NY | 10022 | | 212-521-5400 | elazarou@reedsmith.com | Counsel to General Electric Capital Corporation, Strategic Asset Finance |
| Riddel Williams P.S. | Joseph A. Kaczka | 3770 Embassy Parkway | | Akron | OH | 44333 | | 330-670-3215 | jkaczka@republicengineered.com | Counsel to Republic Engineered Products, Inc. |
| Riddel Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | jshickich@riddellwilliams.com | Counsel to Microsoft Corporation; Microsoft Licensing, GP |
| Rieck and Crotty PC | Jerome F Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-726-4646 | jcrotty@rieckcrotty.com | Counsel to Mary P. O'Neill and Liam P. O'Neill |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | P. O. Box 944 | | Columbia | SC | 29202 | | 803-779-8900 | amathews@robinsonlaw.com | Counsel to Blue Cross Blue Shield of South Carolina |
| Rosen Slome Marder LLP | Thomas R. Slome | 333 Earle Ovington Boulevard | Suite 901 | Uniondale | NY | 11553 | | 516-227-1600 | tslome@rsmllp.com | Counsel to JAE Electronics, Inc. |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | rrainc@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Roberto Carrillo | 230 Park Avenue | Suite 1130 | New York | NY | 10169 | | 212-818-9200 | rcarrillo@ssbb.com | Counsel to Moody's Investors Service |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | dweiner@schaferandweiner.com | Attorney's for Tecnomec S.r.L. |
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | hborin@schaferandweiner.com | Counsel to Dott Industries, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 18 of 22

10/22/2009 4:14 PM
Email (389)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Schafer and Weiner PLLC | Michael R Wernette | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | mwernette@schaferandweiner.com; phello@schaferandweiner.com | Counsel to Doll Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | rheilman@schaferandweiner.com | Counsel to Doll Industries, Inc. |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | 7500 Sears Tower | | Chicago | IL | 60606 | | 312-258-5635 | egeekie@schiffhardin.com | Counsel to Means Industries |
| Schulte Roth & Zabel LLP | David J. Karp | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | david.karp@srz.com | Counsel to Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Schulte Roth & Zabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | james.bentley@srz.com | Counsel to Panasonic Automotive Systems Company of America |
| Schulte Roth & Zabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | michael.cook@srz.com | Counsel to Panasonic Automotive Systems Company of America |
| Seyfarth Shaw LLP | Paul M. Basier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | pbasier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | | 212-218-5500 | rdremluk@seyfarth.com | Counsel to le Bellen/LBO Foundry S.A. de C.V. |
| Seyfarth Shaw LLP / Shaw Gussis Fishman Glantz Wolfson & Towbin LLC | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | whanlon@seyfarth.com | Counsel to ATC Logistica & Electronics, Inc. |
| Shaw Gussis Fishman Glantz Wolfson & Towbin LLC | Brian L Shaw | 321 N. Clark St. | Suite 800 | Chicago | IL | 60654 | | 312-541-0151 | bshaw@shawgussis.com | Counsel to ATC Logistica & Electronics, Inc. |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 | | 603-627-8139 | bharwood@sheehan.com | Counsel to Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-258-2460 | lawyss@comcast.net | Counsel to Milwaukee Investment Company |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | ewaters@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | msternstein@sheppardmullin.com | Counsel to International Rectifier Corp. and Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | tcohen@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | twardle@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Shipman & Goodwin LLP | Kathleen M. LaManna | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5603 | bankruptcy@goodwin.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | asherman@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | jzackin@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Valerie A Hamilton / Simon Kimmelman | 650 College Rd E | | Princeton | NJ | 08540 | | 609-227-4600 | vhamilton@sillscummis.com; skimmelman@sillscummis.com | Counsel to Doosan Infracore America Corp. |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | cfortgang@silverpointcapital.com | Counsel to Silver Point Capital, L.P. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 19 of 22

10/22/2009 4:14 PM
Email (389)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | kmiller@skfdelaware.com | Counsel to Airgas, Inc. |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | fyates@sonnenschein.com | Counsel to Melex, Inc. and United Plastics Group. |
| Sonnenschein Nath & Rosenthal LLP | Monika J. Machen | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | mmachen@sonnenschein.com | Counsel to United Plastics Group, and Schaeffler Canada, Inc. |
| Sonnenschein Nath & Rosenthal LLP | Oscar N. Pinkas | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | opinkas@sonnenschein.com | Counsel to Melex, Inc. and INA USA, Inc.; Counsel to Schaeffler Canada, Inc. and Schaeffler KG |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 7800 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | rrichards@sonnenschein.com | Counsel to Melex, Inc. and INA USA, Inc.; Counsel to Schaeffler Canada, Inc. and Schaeffler KG |
| Squire, Sanders & Dempsey L.L.P. | G. Christopher Meyer | 4900 Key Tower | 127 Public Sq. | Cleveland | OH | 44114 | | 216-479-8692 | cmeyer@ssd.com | Counsel to Furukawa Electric Co., Ltd.; Counsel for the City of Dayton, Ohio |
| State of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street Ste 1702 | Los Angeles | CA | 90013 | | 213-897-2640 | sarah.morrison@doj.ca.gov | Attorney for the State of California Department of Toxic Substances Control |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang, Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Tax Office of the Department of Labor & Economic Growth, Unemployment Insurance Agency |
| State of Michigan Labor Division | Susan Przekop-Shaw | PO Box 30736 | | Lansing | MI | 48909 | | 517-373-2560 | przekopshaws@michigan.gov | Attorney for the Michigan Workers' Compensation Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | jmbaumann@steeltechnologie s.com | Counsel to Steel Technologies, Inc. |
| Sterns & Weinroth, P.C. | Michael A. Spero Simon Kimmelman Valerie A. Hamilton | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1288 | | 609-392-2100 | Sper@sternslaw.com | Counsel to Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | cs@stevenslee.com cdp@stevenslee.com | Counsel to Tenola Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | Suite 1800 | Kansas City | MO | 64106 | | 816-842-8600 | mshaiken@stinsonmoheck.co m | Counsel to Thyssenkrupp Waupaca, Inc. and ThyssenKrupp Stahl Company |
| Stites & Harbison PLLC | Madison L Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | robert.goodrich@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 502-587-3400 | wbeard@stites.com laurcourtsum@stites.com | Counsel to WAKO Electronics (USA), Inc., Anbrake Corporation, and Akebono Corporation (North America) |
| Stutman Treister & Glatt Professional Corporation | Christine M. Pajak Eric D. Goldberg Isaac M. Pachulski Esq Jeffrey H Davidson Esq | 1901 Avenue of the Stars | 12th Floor | Los Angeles | CA | 90067 | | 310-228-5600 | cpajak@stutman.com egoldberg@stutman.com ipachulski@stutman.com jdavidson@stutman.com | Counsel to CR Intrinsic Investors, LLC, Elliot Associates, L.P., Highland Capital Management, L.P. |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 20 of 22

10/22/2009 4:14 PM
Email (389)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Taft, Stettinius & Hollister LLP | Richard L. Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | ferrell@taftlaw.com | Counsel to Wren Industries, Inc. |
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq, Jay Tatelbaum | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | miller@taftlaw.com | Counsel to Select Industries Corporation and Gebar Systems, Inc. |
| Tatelbaum & Baskin LLP | Ron Baskin | 3 Barker Avenue | 3rd Floor | White Plains | NY | 10601 | | 914-437-7670 | rtatelbaum@tblawllp.com, rbaskin@tblawllp.com | Counsel to Mary H. Schaefer |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | agbanknewyork@ag.tn.gov | Tennessee Department of Revenue |
| Thacher Profitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | jforstot@tpw.com | Counsel to TT Electronics, Plc |
| Thacher Profitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | lcurcio@tpw.com | Counsel to TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. 08 | Mr. Tetsuhiro Nizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | Japan | 100-8322 | | | nizeki.tetsuhiro@furukawa.co.jp | Legal Department of The Furukawa Electric Co., Ltd. |
| The Timken Corporation Bic- | Robert Morris | 1835 Dueber Ave, SW | PO Box 6927 | Canton | OH | 44706-0927 | | 330-438-3000 | robert.morris@timken.com | Counsel Representative for Timken |
| Thompson & Knight | Rhett G. Campbell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | rhett.campbell@tklaw.com | Counsel to STMicroelectronics, Inc. |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 212-751-3045 | ira.herman@tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1505 | john.brannon@tklaw.com | Counsel to Victory Packaging |
| Thompson Coburn Fagel Haber | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | lnewman@tcfhlaw.com | Counsel to Aluminum International, Inc. |
| Thompson Coburn LLP d/b/a Thompson Coburn Fagel Haber | Dennis E. Quaid Esq | 55 E Monroe 40th Fl | | Chicago | IL | 60603 | | 312-580-2215 | dquaid@tcfhlaw.com, efendick.lextgroup@Fagelhaber.c om | Counsel for Penn Aluminum International Inc |
| TI Group Automotive Systems LLC | Timothy M. Guerriero | 12345 E Nine Mile Rd | | Warren | MI | 48089 | | 586-755-0668 | tiguerriero@us.tiauto.com | General Counsel and Company Secretary to TI Group Automotive Systems LLC |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| U.S. Department of Justice | Matthew L Schwartz, Joseph N Cordaro | Assistant United States Attorneys | 86 Chambers Street 3rd Fl | New York | NY | 10007 | | 212-637-1945 | matthew.schwartz@usdoj.gov | Counsel to Environmental Protection Agency; Internal Revenue Service; Department of Health and Human Services; and Customs and Border Protection |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | hzamboni@underbergkessler.c om | Counsel to Modyn Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC-1580 | Omaha | NE | 68179 | | 402-544-4195 | mkilgore@UP.com | Counsel to Union Pacific Railroad Company |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, | Allied Industrial and Service Workers, Intl Union (USW), AFL-CIO, David Jury, Esq. | Five Gateway Center Suite 807 | | Pittsburgh | PA | 15222 | | 412-562-2546 | djury@usw.org | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | | 614-464-8322 | tscobb@vorys.com | Counsel to America Online, Inc. and its Subsidiaries and Affiliates |
| Wachtel, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | RGMason@wlrk.com | Counsel to Capital Research and Management Company |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | gtoering@wnj.com | Counsel to Robert Bosch Corporation, Counsel to Daewoo International (America) Corp and Daewoo International Corp |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | mcruse@wnj.com | Counsel to Compuware Corporation |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 21 of 22

10/22/2009 4:14 PM
Email (389)

Delphi Corporation
2002 List.

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | sgrow@wnj.com | Counsel to Behr Industries Corp. |
| Waltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | Glenn Kurtz Gerard Uzzi Douglas Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | gkurtz@whitecase.com guzzi@whitecase.com dbaumstein@ny.whitecase.com | Counsel to Appaloosa Management,LP |
| White & Case LLP | Thomas Lauria Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | tlauria@whitecase.com featon@miami.whitecase.com | Counsel to Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | barnold@whdlaw.com | Counsel to Schunk Graphite Technology |
| Wickens Herzer Panza Cook & Batista Co | James W Moennich Esq | 35765 Chester Rd | | Avon | OH | 44011-1262 | | 440-930-8000 | jmoennich@wickenslaw.com | Counsel for Delphi Sandusky ESOP |
| Winston & Strawn LLP | David Neier Carey D. Schreiber | 200 Park Avenue | | New York | NY | 10166-4193 | | 212-294-6700 | dneier@winston.com cschreiber@winston.com | Counsel to Ad Hoc Group of Tranche A & B DIP Lenders |
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | mwinthrop@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | sokeefe@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Womble Carlyle Sandridge & Rice, PLLC | Allen Grumbine | 550 South Main St | | Greenville | SC | 29601 | | 864-255-5402 | agrumbine@wcsr.com | Counsel to Armacell |
| Womble Carlyle Sandridge & Rice, PLLC | Michael G. Busenkell | 222 Delaware Avenue | Suite 1501 | Wilmington | DE | 19801 | | | mbusenkell@wcsr.com | Counsel to Chicago Miniature Optoelectronic Technologies, Inc. |
| Woods Oviatt Gilman LLP | Ronald J. Kisicki | 700 Crossroads Bldg | 2 State St | Rochester | NY | 14614 | | 585-362-4514 | rkisicki@woodsoviatt.com | Counsel to Toyota Tsusho America, Inc. |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | skrause@zeklaw.com | Counsel to Toyota Tsusho America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 22 of 22

10/22/2009 4:14 PM
Email (389)

# EXHIBIT C

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3848 | 313-628-3602 | Michigan IRS |
| Internal Revenue Service | Attn: Insolvency Department, | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-436-1038 | 212-436-1931 | IRS |
| IUE-CWA | Conference Board Chairman | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | Creditor Committee Member |
| Jefferies & Company, Inc. | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | UCC Professional |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | Counsel to Recticel North America, Inc. |
| Milbank Tweed Hadley & McCloy LLP | James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | New York Attorney General's Office |
| Tyco Electronics Corporation | MaryAnn Brereton, Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 07960 | 973-656-8365 | 973-656-8805 | Creditor Committee Member |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | Counsel to General Motors Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/22/2009 4:43 PM
Master Service List 091006.XLS Fax

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Angelo, Gordon & Co. | Leigh Walzer | 245 Park Avenue | 26th Floor | New York | NY | 10167 | | 212-692-8251 | 212-867-6395 | Counsel to SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Bernstein Litowitz Berger & Grossman | Wallace A. Showman | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1429 | 212-554-1444 | |
| Bingham McHale LLP | John E Taylor / Michael J Alerding | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | 317-236-9907 | Counsel to Universal Tool & Engineering co., Inc and M.G. Corporation |
| Hewlett-Packard Company | Anne Marie Kennelly | 3000 Hanover St., M/S 1050 | | Palo Alto | CA | 94304 | | 650-857-6902 | 650-852-8617 | Counsel to Hewlett-Packard Company |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | Counsel to Trution Corporation |
| McCarthy Tetrault LLP | John J. Salmas | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | Canada | 416-362-1812 | 416-868-0673 | Counsel to Themselves (McCarthy Tetrault LLP) |
| Michigan Heritage Bank | Janice M. Donahue | 28300 Orchard Lake Rd | Ste 200 | Farmington Hills | MI | 48334 | | 248-538-2529 | 248-786-5566 | Counsel to Michigan Heritage Bank; MHB Leasing, Inc. |
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth / Jeffrey J. Angelovich / Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3157 | 212-373-3083 | Counsel to Ambrake Corporation; Atebono Corporation |
| Paul, Weiss, Rifkind, Wharton & Garrison | Justin G. Brass | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Pepper, Hamilton LLP | Linda J. Casey | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | Counsel to SKF USA, Inc. |
| Quinn Emanuel Urquhart Oliver & Hedges LLP | Susheel Kirpalani / James C Tecce / Scott C Shelley | 51 Madison Ave 22nd Fl | | New York | NY | 10010 | | 212-849-7199 | 212-849-7100 | Counsel For Collective Of Tranche C DIP Lenders |
| Riverside Claims LLC | Holly Rogers | 2109 Broadway | Suite 206 | New York | NY | 10023 | | 212-501-0900 | 212-501-7088 | Riverside Claims LLC |
| Ropers, Majeski, Kohn & Bentley | Christopher Norgaard | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | | 213-312-2000 | 213-312-2001 | Counsel to Brembo S.p.A; Bibielle S.p.A; AP Racing |
| Ropes & Gray LLP | Gregory O. Kaden | One International Place | | Boston | MA | 02110-2624 | | 617-951-7000 | 617-951-7050 | Attorneys for D-J, Inc. |
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | Counsel to Teachers Retirement System of Oklahoma; Public Employees Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 2

10/22/2009 4:19 PM
Fax (26)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | Counsel to Teachers Retirement System of Oklahoma; Public Employees' Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5811 | 860-251-5218 | Counsel to Fortune Plastics Company of Illinois, Inc.; Universal Metal Hose Co., |
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 | | | 415-393-9887 | Counsel to Funukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| Steinberg Shapiro & Clark | Mark H. Shapiro | 24901 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | | 248-352-4700 | 248-352-4488 | Counsel to Bing Metals Group, Inc.; Gentral Transport International, Inc.; Crown Enterprises, Inc.; Economy Transport, Inc.; Logistics Insight Corp (LINC); Universal Am-Can, Ltd.; Universal Truckload Services, Inc. |
| Sterns & Weinroth, P.C. | Jeffrey S. Posta | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | 609-392-7956 | Counsel to Doosan Infracore America Corp. |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | | 212-594-5000 | 212-967-4258 | Conflicts counsel to Debtors |
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoeller, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | Counsel to Nissan North America, Inc. |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | | 817-810-5250 | 817-810-5255 | Counsel to Electronic Data Systems Corp. and EDS Information Services, L.L.C. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | | 714-966-1000 | 714-966-1002 | Counsel to Toshiba America Electronic Components, Inc. |
| WL Ross & Co., LLC | Stephen Toy | 1166 Avenue of the Americas | | New York | NY | 10036-2708 | | 212-826-1100 | 212-317-4893 | Counsel to WL Ross & Co., LLC |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 2

10/22/2009 4:19 PM
Fax (26)

# EXHIBIT 7

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - x
                                           :
      In re                                :    Chapter 11
                                           :
DELPHI CORPORATION, et al.,                :    Case No. 05-44481 (RDD)
                                           :
                        Debtors.           :    (Jointly Administered)
                                           :
- - - - - - - - - - - - - - - - - - - - - - x
```

### AFFIDAVIT OF SERVICE

I, Evan Gershbein, being duly sworn according to law, depose and say that I am
employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing
agent for the Debtors in the above-captioned cases. I submit this Affidavit in connection
with the service of the solicitation materials for the **First Amended Joint Plan of**
**Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-**
**In-Possession** [Docket No. 11388] ("the Plan").

On December 1, 2005, the Court signed and entered an Order Pursuant to 28 U.S.C.
§ 156(c) Authorizing Retention and Appointment of Kurtzman Carson Consultants LLC as
Claims, Noticing and Balloting Agent for Clerk of Bankruptcy Court [Docket No. 1374]
designating KCC as the official Balloting Agent.

KCC is charged with the duty of printing and distributing Solicitation Packages to
creditors and other interested parties pursuant to the instructions set forth in the **Order**
**Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, and**
**Procedures for Temporary Allowance of Certain Claims, (III) Hearing Date to**
**Consider Confirmation of Plan, (IV) Procedures for Filing Objections to Plan, (V)**
**Solicitation Procedures for Voting on Plan, (VI) Cure Claim Procedures, (VII)**
**Procedures for Resolving Disputes Relating to Postpetition Interest, and (VIII)**
**Reclamation Claim Procedures** [Docket No. 11389] ("Solicitation Procedures Order") as
entered by the Court on December 10, 2007.

The various solicitation materials consist of the following documents:

1) Ballot for Accepting or Rejecting Joint Plan of Reorganization of Delphi
   Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (Class C
   General Unsecured Claims) ("Class C Ballot") (attached hereto as <u>Exhibit A</u>);

2) Ballot for Accepting or Rejecting Joint Plan of Reorganization of Delphi
   Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (Class D
   General Motors Corporation Claim) ("Class D Ballot") (attached hereto as
   <u>Exhibit B</u>);



054448108011100000000074

3) Ballot for Accepting or Rejecting Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (Class E Section 510(b) Note Claims) ("Class E Ballot") (attached hereto as <u>Exhibit C</u>);

4) Ballot for Accepting or Rejecting Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (Class G-2 Section 510(b) Equity Claims) ("Class G-2 Ballot") (attached hereto as <u>Exhibit D</u>);

5) Ballot for Accepting or Rejecting Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (Class H Section 510(b) ERISA Claims) ("Class H Ballot") (attached hereto as <u>Exhibit E</u>);

6) Notice of (1) Approval of Disclosure Statement; (2) Hearing on Confirmation of Plan; (3) Deadline and Procedures for Filing Objections to Confirmation of Plan; (4) Deadline and Procedures for Temporary Allowance of Certain Claims for Voting Purposes; (5) Deadline for Asserting Cure Claims for Assumed Contracts; (6) Treatment of Certain Unliquidated, Contingent, or Disputed Claims for Noticing, Voting, and Distribution Purposes; (7) Record Date; (8) Voting Deadline for Receipt of Ballots; and (9) Proposed Releases, Exculpation, and Injunction in Plan ("Confirmation Hearing Notice") (attached hereto as <u>Exhibit F</u>);

7) a letter from the Delphi Corporation Official Committee of Unsecured Creditors ("Creditors' Committee Letter") (attached hereto as <u>Exhibit G</u>);

8) a letter from the Delphi Corporation Official Committee of Equity Security Holders ("Equity Committee Letter") (attached hereto as <u>Exhibit H</u>);

9) First Amended Disclosure Statement with Respect to First Amended Plan of Reorganization, the Plan, Creditors' Committee Letter, Equity Committee Letter and Solicitation Procedures Order, in CD-ROM format ("CD-ROM")

10) Department of the Treasury, Internal Revenue Service, Form W-9 – Request for Taxpayer Identification Number and Certification ("W-9 form") (attached hereto as <u>Exhibit I</u>);

11) Department of the Treasury, Internal Revenue Service, Form W-8BEN – Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding ("W-8BEN form") (attached hereto as <u>Exhibit J</u>);

12) Notice of Non-Voting Status with Respect to Certain Claims and Interests ("Notice of Non-Voting Status") (attached hereto as <u>Exhibit K</u>);

13) Postpetition Interest Rate Determination Notice ("Interest Rate Notice") (attached hereto as <u>Exhibit L</u>):

2

14) Notice to Unimpaired Creditors of (I) Filing of First Amended Joint Plan of
Reorganization, (II) Treatment of Claims Under Plan, (III) Hearing on
Confirmation of Plan, and (IV) Deadline and Procedures for Filing Objections
Thereto ("Unimpaired Notice") (attached hereto as Exhibit M);

15) an informational letter from the International Union, United Automobile,
Aerospace and Agricultural Implement Workers of America (UAW) ("UAW
Informational Letter") (attached hereto as Exhibit N);

16) Notice of Approval of Delphi's Disclosure Statement, Hearing on Confirmation
of Proposed Plan of Reorganization and Proposed Releases Under the Plan -
Information for IAM-Represented Employees and Retirees for Delphi
Corporation ("IAM Employees and Retirees Notice") (attached hereto as
Exhibit O);

17) Notice of Approval of Delphi's Disclosure Statement, Hearing on Confirmation
of Proposed Plan of Reorganization and Proposed Releases Under the Plan -
Information IBEW-Represented Employees and Retirees of Delphi Corporation
("IBEW Employees and Retirees Notice") (attached hereto as Exhibit P);

18) Notice of Approval of Delphi's Disclosure Statement, Hearing on Confirmation
of Proposed Plan of Reorganization and Proposed Releases Under the Plan -
Information for IUE-CWA-Represented Employees and Retirees of Delphi
Corporation ("IUE-CWA Employees and Retirees Notice") (attached hereto as
Exhibit Q);

19) Notice of Approval of Delphi's Disclosure Statement, Hearing on Confirmation
of Proposed Plan of Reorganization and Proposed Releases Under the Plan -
Information for IUOE-Represented Employees and Retirees of Delphi
Corporation ("IUOE Employees and Retirees Notice") (attached hereto as
Exhibit R);

20) Notice of Approval of Delphi's Disclosure Statement, Hearing on Confirmation
of Proposed Plan of Reorganization and Proposed Releases Under the Plan -
Information for Certain Non-Represented Hourly Active Employees and
Retirees of Delphi Corporation ("Non-Represented Employees and Retirees
Notice") (attached hereto as Exhibit S);

21) Notice of Approval of Delphi's Disclosure Statement, Hearing on Confirmation
of Proposed Plan of Reorganization and Proposed Releases Under the Plan -
Information for UAW-Represented Employees and Retirees of Delphi
Corporation ("UAW Employees and Retirees Notice") (attached hereto as
Exhibit T);

22) Notice of Approval of Delphi's Disclosure Statement, Hearing on Confirmation
of Proposed Plan of Reorganization and Proposed Releases Under the Plan -
Information for USW-Represented Employees and Retirees of Delphi

3

Corporation ("USW Employees and Retirees Notice") (attached hereto as
Exhibit U); and

23) a memorandum from Kurtzman Carson Consultants to additional notice parties
of ballot recipients ("Ballot Notice Party Memo") (attached hereto as Exhibit
V).

On December 14, 2007, I caused to be served a personalized Class C Ballot,
Confirmation Hearing Notice, Creditors' Committee Letter, Equity Committee Letter, CD-
ROM, Interest Rate Notice, W-9 form and a pre-addressed, postage pre-paid return
envelope upon the parties listed on Exhibit W via postage pre-paid U.S. mail.

On December 14, 2007, I caused to be served a personalized Class C Ballot,
Confirmation Hearing Notice, Creditors' Committee Letter, Equity Committee Letter, CD-
ROM, Interest Rate Notice, W-8BEN form and a pre-addressed, postage pre-paid return
envelope upon the parties listed on Exhibit X via postage pre-paid U.S. mail.

On December 14, 2007, I caused to be served a personalized Class C Ballot,
Confirmation Hearing Notice, Creditors' Committee Letter, Equity Committee Letter, CD-
ROM, Interest Rate Notice, UAW Informational Letter and a pre-addressed, postage pre-
paid return envelope upon the parties listed on Exhibit Y via postage pre-paid U.S. mail.

On December 14, 2007, I caused to be served a personalized Class C Ballot,
Confirmation Hearing Notice, Creditors' Committee Letter, Equity Committee Letter, CD-
ROM, Interest Rate Notice and a pre-addressed, postage pre-paid return envelope upon the
parties listed on Exhibit Z via postage pre-paid U.S. mail.

On December 14, 2007, I caused to be served a personalized Class D Ballot,
Confirmation Hearing Notice, Creditors' Committee Letter, Equity Committee Letter, CD-
ROM and a pre-addressed, postage pre-paid return envelope upon the parties listed on
Exhibit AA via postage pre-paid U.S. mail.

On December 14, 2007, I caused to be served a personalized Class E Ballot,
Confirmation Hearing Notice, Creditors' Committee Letter, Equity Committee Letter, CD-
ROM and a pre-addressed, postage pre-paid return envelope upon the parties listed on
Exhibit BB via postage pre-paid U.S. mail.

On December 14, 2007, I caused to be served a personalized Class G-2 Ballot,
Confirmation Hearing Notice, Creditors' Committee Letter, Equity Committee Letter, CD-
ROM and a pre-addressed, postage pre-paid return envelope upon the parties listed on
Exhibit CC via postage pre-paid U.S. mail.

On December 14, 2007, I caused to be served a personalized Class H Ballot,
Confirmation Hearing Notice, Creditors' Committee Letter, Equity Committee Letter, CD-
ROM and a pre-addressed, postage pre-paid return envelope upon the parties listed on
Exhibit DD via postage pre-paid U.S. mail.

4

On or before December 15, 2007, I caused to be served the Confirmation Hearing Notice, Creditors' Committee Letter, Equity Committee Letter, CD-ROM and W-9 form upon the parties listed on Exhibit EE via postage pre-paid U.S. mail.

On or before December 15, 2007, I caused to be served the Confirmation Hearing Notice, Creditors' Committee Letter, Equity Committee Letter, CD-ROM and W-8BEN form upon the parties listed on Exhibit FF via postage pre-paid U.S. mail.

On or before December 15, 2007, I caused to be served the Confirmation Hearing Notice, Creditors' Committee Letter, Equity Committee Letter and CD-ROM upon the parties listed on Exhibit GG via postage pre-paid U.S. mail.

On or before December 15, 2007, I caused to be served the Confirmation Hearing Notice, Creditors' Committee Letter, Equity Committee Letter, CD-ROM, Unimpaired Notice and W-9 form upon the parties listed on Exhibit HH via postage pre-paid U.S. mail.

On or before December 15, 2007, I caused to be served the Confirmation Hearing Notice, Creditors' Committee Letter, Equity Committee Letter, CD-ROM and Unimpaired Notice upon the parties listed on Exhibit II via postage pre-paid U.S. mail.

On or before December 15, 2007, I caused to be served the Confirmation Hearing Notice, Creditors' Committee Letter, Equity Committee Letter, CD-ROM and Notice of Non-Voting Status upon the parties listed on Exhibit JJ via postage pre-paid U.S. mail.

On or before December 15, 2007, I caused to be served the Confirmation Hearing Notice, Confirmation Hearing Notice (translated in Portuguese for recipients in Brazil), Creditors' Committee Letter, Equity Committee Letter, CD-ROM, Notice of Non-Voting Status and Notice of Non-Voting Status (translated in Portuguese for recipients in Brazil) upon the parties listed on Exhibit KK via postage pre-paid U.S. mail.

On or before December 15, 2007, I caused to be served the Confirmation Hearing Notice, Confirmation Hearing Notice (translated in Chinese), Creditors' Committee Letter, Equity Committee Letter, CD-ROM, Notice of Non-Voting Status and Notice of Non-Voting Status (translated in Chinese) upon the parties listed on Exhibit LL via postage pre-paid U.S. mail.

On or before December 15, 2007, I caused to be served the Confirmation Hearing Notice, Confirmation Hearing Notice (translated in Czech), Creditors' Committee Letter, Equity Committee Letter, CD-ROM, Notice of Non-Voting Status and Notice of Non-Voting Status (translated in Czech) upon the parties listed on Exhibit MM via postage pre-paid U.S. mail.

On or before December 15, 2007, I caused to be served the Confirmation Hearing Notice, Confirmation Hearing Notice (translated in French), Creditors' Committee Letter, Equity Committee Letter, CD-ROM, Notice of Non-Voting Status and Notice of Non-Voting Status (translated in French) upon the parties listed on Exhibit NN via postage pre-paid U.S. mail.

On or before December 15, 2007, I caused to be served the Confirmation Hearing Notice, Confirmation Hearing Notice (translated in German), Creditors' Committee Letter, Equity Committee Letter, CD-ROM, Notice of Non-Voting Status and Notice of Non-Voting Status (translated in German) upon the parties listed on Exhibit OO via postage pre-paid U.S. mail.

On or before December 15, 2007, I caused to be served the Confirmation Hearing Notice, Confirmation Hearing Notice (translated in Hungarian), Creditors' Committee Letter, Equity Committee Letter, CD-ROM, Notice of Non-Voting Status and Notice of Non-Voting Status (translated in Hungarian) upon the parties listed on Exhibit PP via postage pre-paid U.S. mail.

On or before December 15, 2007, I caused to be served the Confirmation Hearing Notice, Confirmation Hearing Notice (translated in Italian), Creditors' Committee Letter, Equity Committee Letter, CD-ROM, Notice of Non-Voting Status and Notice of Non-Voting Status (translated in Italian) upon the parties listed on Exhibit QQ via postage pre-paid U.S. mail.

On or before December 15, 2007, I caused to be served the Confirmation Hearing Notice, Confirmation Hearing Notice (translated in Spanish for recipients in Mexico), Creditors' Committee Letter, Equity Committee Letter, CD-ROM, Notice of Non-Voting Status and Notice of Non-Voting Status (translated in Spanish for recipients in Mexico) upon the parties listed on Exhibit RR via postage pre-paid U.S. mail.

On or before December 15, 2007, I caused to be served the Confirmation Hearing Notice, Confirmation Hearing Notice (translated in Polish), Creditors' Committee Letter, Equity Committee Letter, CD-ROM, Notice of Non-Voting Status and Notice of Non-Voting Status (translated in Polish) upon the parties listed on Exhibit SS via postage pre-paid U.S. mail.

On or before December 15, 2007, I caused to be served the Confirmation Hearing Notice, Confirmation Hearing Notice (translated in Portuguese for recipients in Portugal), Creditors' Committee Letter, Equity Committee Letter, CD-ROM, Notice of Non-Voting Status and Notice of Non-Voting Status (translated in Portuguese for recipients in Portugal) upon the parties listed on Exhibit TT via postage pre-paid U.S. mail.

On or before December 15, 2007, I caused to be served the Confirmation Hearing Notice, Confirmation Hearing Notice (translated in Romanian), Creditors' Committee Letter, Equity Committee Letter, CD-ROM, Notice of Non-Voting Status and Notice of Non-Voting Status (translated in Romanian) upon the parties listed on Exhibit UU via postage pre-paid U.S. mail.

On or before December 15, 2007, I caused to be served the Confirmation Hearing Notice, Confirmation Hearing Notice (translated in Spanish for recipients in Spain), Creditors' Committee Letter, Equity Committee Letter, CD-ROM, Notice of Non-Voting Status and Notice of Non-Voting Status (translated in Spanish for recipients in Spain) upon the parties listed on Exhibit VV via postage pre-paid U.S. mail.

6

On or before December 15, 2007, I caused to be served the Confirmation Hearing Notice, Confirmation Hearing Notice (translated in Turkish), Creditors' Committee Letter, Equity Committee Letter, CD-ROM, Notice of Non-Voting Status and Notice of Non-Voting Status (translated in Turkish) upon the parties listed on Exhibit WW via postage pre-paid U.S. mail.

On or before December 15, 2007, I caused to be served the Confirmation Hearing Notice and IAM Employees and Retirees Notice upon the parties listed on Exhibit XX via postage pre-paid U.S. mail.

On or before December 15, 2007, I caused to be served the Confirmation Hearing Notice and IBEW Employees and Retirees Notice upon the parties listed on Exhibit YY via postage pre-paid U.S. mail.

On or before December 15, 2007, I caused to be served the Confirmation Hearing Notice and IUE-CWA Employees and Retirees Notice upon the parties listed on Exhibit ZZ via postage pre-paid U.S. mail.

On or before December 15, 2007, I caused to be served the Confirmation Hearing Notice and IUOE Employees and Retirees Notice upon the parties listed on Exhibit AAA via postage pre-paid U.S. mail.

On or before December 15, 2007, I caused to be served the Confirmation Hearing Notice and Non-Represented Employees and Retirees Notice upon the parties listed on Exhibit BBB via postage pre-paid U.S. mail.

On or before December 15, 2007, I caused to be served the Confirmation Hearing Notice and UAW Employees and Retirees Notice upon the parties listed on Exhibit CCC via postage pre-paid U.S. mail.

On or before December 15, 2007, I caused to be served the Confirmation Hearing Notice and USW Employees and Retirees Notice upon the parties listed on Exhibit DDD via postage pre-paid U.S. mail.

On or before December 15, 2007, I caused to be served the Confirmation Hearing Notice, Creditors' Committee Letter, Equity Committee Letter, CD-ROM and Ballot Notice Party Memo upon the parties listed on Exhibit EEE via postage pre-paid U.S. mail.

On or before December 15, 2007, I caused to be served the Confirmation Hearing Notice upon the parties listed on Exhibit FFF via postage pre-paid U.S. mail.

Dated: January 11, 2008

_____
Evan Gershbein

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 11th day of January, 2007, by
Evan Gershbein, proved to me on the basis of satisfactory evidence to be the person who
appeared before me.

Signature: _____

Commission Expires:_____

8

Delphi Corporation
Class C General Unsecured Claims
Class 1C Ballot

| CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argo Partners as assignee of Heritage Crystal Clean | 12 W 37th St 9th Fl | | | New York, | NY | 10018 | |
| Argus Security Systems | 314 Ash | | | McAllen, | TX | 78501-2255 | |
| Arizona Department Of Revenue Unclaimed Property | PO Box 29026 | | | Phoenix, | AZ | 85038-9026 | |
| Arizona Desert Testing | 2121Z West Patton Rd | | | Wittmann, | AZ | 85361 | |
| Ark Technologies Inc | 6505 Eagle Way | | | Chicago, | IL | 60678-1653 | |
| Armacell LLC | 300 N Greene St Ste 1900 | | | Greensboro, | NC | 27402 | |
| Armstrong Charles H Co | 1775 E Maple | | | Troy, | MI | 48083 | |
| Armstrong Relocation Co Huntsville Llc | 2775 Wall Triana Hwy Ste E | | | Huntsville, | AL | 35824 | |
| Arnold Center Inc | co Susan M Cook | Lambert Leser Isackson Cook & Giunta PC | 916 Washington Ave Ste 309 | Bay City, | MI | 48708 | |
| Arnopollet Corporation | 1101 12th St Ste D | PO Box 219 | | Bedford, | IN | 47421-0219 | |
| Arthur Andersen Llp | PO Box 390 | | | St Charles, | IL | 60174 | |
| Arthur D Thuma & Ruth A Thuma JT Ten | 10802 Plains Re No 1 | | | Eaton Rapids, | MI | 48827-9705-02 | |
| Artisan Container Services Eft | 14320 Joy Rd | | | Detroit, | MI | 48228 | |
| Artisan Tool & Die Inc | 3855 W State Rd 28 | | | Muncie, | IN | 47303 | |
| Artrex Engineering Co | PO Box 170770 | | | Glendale, | WI | 53217-8990 | |
| Arvin Industries Inc | Arvin North American Auto | PO Box 77669 | | Detroit, | MI | 48278 | |
| Asap Express Inc | PO Box 1693 | | | Taylor, | MI | 48180 | |
| Asbury Graphite Mills Inc | 41 Main St | | | Asbury, | NJ | 08802 | |
| Axa Industries Inc | 23850 Pinewood | PO Box 144 | | Warren, | MI | 48091-4753 | |
| Axa Industries Inc | 23850 Pinewood | | | Warren, | MI | 48091-4753 | |
| Axea Brown Boveri Inc Abs Standard Drive Div | 16250 W Glendale Dr | | | New Berlin, | WI | 53151 | |
| Ashland Incorporated | Collection Department DS 3 | PO Box 2219 | | Columbus, | OH | 43216 | |

12/27/2007 10:12 PM
W- 1C DOMESTIC W9 Parts 1-10

Delphi Corporation
Class C General Unsecured Claims
Class 1C Ballot

12/27/2007 10:12 PM
W - 1C DOMESTIC W9 Parts 1-10

| CreditorName | Creditor/NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Caliph Carbon Corporation | | PO Box 717 | | | Pittsburgh | PA | 18220-0717 | |
| California South Bay | | Bldg 200 Ste 208 | 1385 S Marietta Pkwy | | Marietta | GA | 30067 | |
| California Eastern Laboratories Inc | | 4590 Patrick Henry Dr | | | Santa Clara | CA | 95054-1817 | |
| Callahan Mellon Central Inc | | PO Box 138 | | | Darien Center | NY | 14040-0138 | |
| Callanan Industries Inc-dba Manitou Concrete Company | Waldman Vazzana Coccoma & Vola PC | 5 S Flatbush St | | | Rochester | NY | 14614 | |
| Caltronic Kessel Corporation | Auston L McMullen | Boult Cummings Conners & Berry PLC | 1600 Division St Ste 700 | | Nashville | TN | 37203 | |
| Caltronics Inc | c/o Richard L Ferrell | 1006 W Fayette St | | | Syracuse | NY | 13204 | |
| Calvary Industries Inc | | Taft Stettinius & Hollister LLP | 425 Walnut St Ste 1800 | | Cincinnati | OH | 45202 | |
| Cambron Engineering Inc | | 3800 Wilder Rd | | | Bay City | MI | 48706 | |
| Cameron & Barkley Co | | PO Box 933297 | | | Atlanta | GA | 31193-3297 | |
| Campbell & Sons C0 Co Inc | | PO Box 10858 | | | Huntsville | AL | 35804 | |
| Campbell Scientific Inc | | 815 West 1800 North | | | Logan | UT | 84321-1784 | |
| Can Am Tube Tech Inc | | 1095 Brookview Ne | | | Grand Rapids | MI | 49505-3402 | |
| Canon IV Inc | Canon IV Inc | 950 Dorman St | | | Indianapolis | IN | 46202 | |
| Canon IV Inc | Canon IV Inc | 950 Dorman St | | | Indianapolis | IN | 46202 | |
| Canon Business Solutions East | Canon Business Solutions East | 1250 Valley Brook Ave | | | Lyndhurst | NJ | 07071 | |
| Canon Financial Services Inc | | PO Box 4004 | | | Carol Stream | IL | 60197-4004 | |
| Canon USA Inc | Attn Steve Brecker Esq | One Canon Plz | | | Lake Success | NY | 11042-1198 | |
| Canon USA Inc | Attn Steve Brecker | 1 Canon Plz | | | Lake Success | NY | 11042-1198 | |
| Canteen Co Of No Texas Inc Ett | | 4428 Beatty Dr | | | Wichita Falls | TX | 76302 | |
| Canter Richard And Lousena | c/o Laudig George Rutherford & Sipes | One University Plaza Ste 312 | 166 East Market St | Ste 600 | Indianapolis | IN | 46204 | |
| Cardoola Inc | | 1409 SR Ave St Ste 1 | | | Decatur | AL | 35601 | |
| Cap Cap & Tool Company Inc | | 4052 6th St | | | Wyandotte | MI | 48192-7104 | |
| Capital Die & Mfg Co | | 1010 Capital | | | Oak Pk | MI | 48237 | |
| Capital Markets | Capital Markets | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | |
| Capital Markets | Capital Markets | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | |
| Capital Markets | attn Dan Diorio | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | |
| Capital Markets | Accounts Payable | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | |
| Capital Markets | Capital Markets | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | |
| Capital Markets as assignee of Inc | Marketing Valley Cartage & Air Cargo Inc | One University Plaza Ste 312 | | | Hackensack | NJ | 07601 | |
| Capital Refrigeration & Ac Capital Environmental Inc | | 1625 Orrington Ave Ste 2050 | | | Evanston | IL | 60201 | |
| Capsonic Automotive Inc | | 8701 Wilshire Blvd 10th Fl | | | Beverly Hills | CA | 90212 | |
| Carbide Probes Inc | | 460 E 200th St | | | Elgin | IL | 60123 | |
| Carbon Vanadium LLC aka Carbone of America | | 460 S Second St | | | Dayton | OH | 45420-3018 | |
| Carcite Technical Plastics | | 1338 Research Park Dr | | | Fayetteville | VA | 23801 | |
| Cardinal Health | | 900 Depot St | | | Latrobe | PA | 15650 | |
| Cardinal Law Group Ltd | | One Butterfield Trail | | | El Paso | TX | 79912 | |
| Cardtools Inc | | 1625 Orrington Ave Ste 2050 | | | Evanston | IL | 60201 | |
| Cardtels Engineered Products Inc | Steven J Ford Esq | 8701 Wilshire Blvd 10th Fl | | | Beverly Hills | CA | 90212 | |
| Carlton Dimond & Wright Inc | Vena Johnson | Cardtels Companies Incorporated | 250 B Clinton St Ste 201 | | Syracuse | NY | 13202 | |
| Carlyle Johnson Machine Co Llc | | 2838 Monway | | | Warren | MI | 48091 | |
| Carlyle Johnson Machine Company LLC | | 291 Boston Turnpike | | | Bolton | CT | 06043 | |
| | | 291 Boston Turnpike | PO Box 8546 | | Bolton | CT | 06043 | |
| Carlyland Marcolo | | 3540 East 112 St | | | Cleveland | OH | 44105-2665 | |
| Carney Brad | | 1608 Buick Ln | | | Kokomo | IN | 46902 | |
| Carole W Kildas | | 17 Deercrest Square | | | Indian Head Pk | IL | 60525-4433 | |
| Carolina Commercial Heat Treating Inc | | 108 W Bundy Rd | | | Alliance | OH | 44601 | |
| Carolyn M Kreutz | | 1208 Sunnyfield Ln | | | Scotch Plains | NJ | 07076-2220 | |
| Carrier Corp | Attn Joyce Koppel | PO Box 4808 Bldg TR 5 | | | Syracuse | NY | 13221 | |
| Cascade Die Casting Group | | 7441 S Division Ave Ste A1 | | | Grand Rapids | MI | 49548 | |
| Cascade Die Casting Group Inc | | 7441 S Division | | | Grand Rapids | MI | 49548 | |
| Cascade Engineering | | PO Box 888465 | | | Grand Rapids | MI | 49588 | |
| Casco Products Corporation | Mr John Spirito VP Global Finance | One Waterview Dr | | | Shelton | CT | 06484-7057 | |
| Catalna Inc | | PO Box 11520 | | | Calcasa | OK | 60005-7520 | |
| Caloosa Auto Repair Inc | | 104 W Elm | | | Calcasa | OK | 74015 | |
| Calcosa Flowers | | 803 S Cherokee | PO Box 726 | | Calcosa | OK | 74015 | |
| Catalina Industry | | 1650 Harborview Rd | | | James Island | SC | 29412 | |
| Cavaliers Plastics Inc | attn Tom Ehmann | 1250 North St | | | Pittsfield | MA | 01201 | |
| Ccx Inc | | PO Box 4907 | | | Carol Stream | IL | 60197-4307 | |
| Cca America Inc | | 44 Wilson St | | | Waltham | MA | 02453 | |
| Ccm International Ltd | | 407 N Jackson St | | | Jackson | MI | 49201 | |
| CCW Computer Centers Inc | c/o Receivables Management Services RMS | PO Box 5126 | | | Timonium | MD | 21094 | |

Delphi Corporation
Class C General Unsecured Claims
Class 1C Ballot

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Dewitt Ross & Stevens Sc | Atty Stephen A Dilullo | 2 E Mifflin St Ste 600 | | | Madison, | WI | 53703 | |
| Dexport Tool Mfg & Sierra Liquidity Fund | Sierra Liquidity Fund | 2699 White Rd Ste 255 | | | Irvine, | CA | 92614 | |
| Dgs Inc | | Dba Dayton General Systems Inc | 2462 Technical Dr | | Miamisburg, | OH | 45342 | |
| Dh Instruments Inc | | 4765 E Beautiful Ln | | | Phoenix, | AZ | 85044-5318 | |
| Dhl Worldwide Express | | PO Box 78016 | | | Phoenix, | AZ | 85062-8016 | |
| Diagram MSP | | 5307 Meadowland Pkwy | | | Marion, | IL | 62959 | |
| Diamond Cleaners | | 2147 S Saginaw St | | | Flint, | MI | 48503 | |
| Diana Maljevic | | 100 Woodland Troe | | | Cortland, | OH | 44410 | |
| Dickerson Thermal Solutions Inc | | 5250 Galaxie Dr | | | Jackson, | MS | 39206 | |
| Dickey & Son Machine & Tool Co | Don Dickey | 2465 Turner Ave | | | Indianapolis, | IN | 46229 | |
| Dickman Supply Inc | Dickman Supply Inc | PO Box 569 | | | Sidney, | OH | 45365-0569 | |
| Die Cut Technologies | | PO Box 30750 | | | Salt Lake City, | UT | 84189 | |
| Diebolt International Inc | | Dadco | 43850 Plymouth Oaks Blvd | | Plymouth, | MI | 48170 | |
| Diehl Steel | | PO Box 17010 | | | Cincinnati, | OH | 45217 | |
| Dielectric Laboratories Inc | | PO Box 6660 | | | New York, | NY | 10249-6660 | |
| Dierker & Associates Pc | | 3331 W Big Beaver Rd Ste 109 | | | Troy, | MI | 48084-2813 | |
| Digex Inc | | One Digex Plaza | | | Beltsville, | MD | 20705 | |
| Dimeo Anthony | | 6 Hermon Ave | | | Haverhill, | MA | 01832 | |
| Dintek Co | | 266 S Festival Dr | | | El Paso, | TX | 79912 | |
| Dionex Corporation | | 501 Mercury Dr | PO Box 3603 | | Sunnyvale, | CA | 94088-3603 | |
| Direct Line Products | | 427 West Pike St | PO Box 590 | | Jackson Ctr, | OH | 45334 | |
| Direct Sourcing Solutions Inc | | Dssi | 9300 Shelbyville Rd Ste 402 | | Louisville, | KY | 40222 | |
| Directed Light Inc Erlt | | 633 River Oaks Pkwy | | | San Jose, | CA | 95134 | |
| Director Department | | 1 West Old State Capitol Plaza | | | Springfield, | IL | 62701 | |
| Director | Office of the Illinois State Treasurer | PO Box 66098 | | | Los Angeles, | CA | 90060-0036 | |
| Disco | | PO Box 100746 | | | Pasadena, | CA | 91189-0746 | |
| Disco Hi Tec America Inc | Disco Hi Tec America Inc | 3270 Scott Blvd | | | Santa Clara, | CA | 95054-3011 | |
| Distilaia Company | | PO Box 93845 | | | Cleveland, | OH | 44101-5845 | |
| Dival Safety Equipment | Dival Safety Equipment | 1721 Niagara St | | | Buffalo, | NY | 14207 | |
| Divine Corp | Attn Diane Taylor | Johnson Diversey Inc | | | Sharonville, | OH | 45241 | |
| Docustore Inc | | PO Box 398 | 200 Crowne Point Pl | | Nixa, | MO | 65714 | |
| Diversified Plastics Corp | | attn Karen McGill | | | Naperville, | IL | 60563 | |
| Dixie Container Corporation | Packaging Credit Company LLC | 4343 Normandy Court | | | Royal Oak, | MI | 48073-2266 | |
| Dixie & Ryan Corp | | 5555 S Howell Ave | 900 E Diehl Rd Ste 131 | | Oak Creek, | WI | 53154 | |
| Dj Electronics | Tony | 2422 Les Ave Southwest | | | Canton, | OH | 44706 | |
| Dih Industries Inc | | PO Box 6030 | | | Canton, | OH | 44706 | |
| Dih Industries Inc | | 3100 Dryden Rd | | | Moraine, | OH | 45439 | |
| Dmax Ltd | Accounts Payable | 2911 I Stephenson Hwy | | | Madison Heights, | MI | 48071 | |
| Dobmeier Janitor Supply Inc | | 354 Englewood Ave | | | Buffalo, | NY | 14223 | |
| Docustore Inc | | 6520 Lonyo St | | | Dearborn, | MI | 48126 | |
| | Wiedman Vazzana Corcoran & Volta PC | | | | | | | |
| Dolomite Products Company Inc | | 5 S Fitzhugh St | | | Rochester, | NY | 14614 | |
| Don Phillips & Associates Inc | Don Phillips & Associates Inc | 3101 West Tech Road | | | Miamisburg, | OH | 45349 | |
| Donald Thomas | | 4771 N Graham Rd | | | Freeland, | MI | 48623 | |
| Donaldson Company Inc | | 1400 W 94th St | | | Bloomington, | MN | 55431-2301 | |
| | Valerie A Hamilton Esq and Simon Kimmelman Esq | | | | | | | |
| Dossan Infracore America Corp | | Sills Cummis Epstein & Gross | 650 College Rd E | | Princeton, | NJ | 08540 | |
| Dorner Mfg Corp | | 975 Cottonwood Ave | | | Hartland, | WI | 53029-0020 | |
| Dorner Mfg Corp | | 975 Cottonwood Ave | | | Hartland, | WI | 53029-0020 | |
| Dorner Mfg Corp | Ryan D Heilman Esq | 975 Cottonwood Ave | | | Hartland, | WI | 53029-0020 | |
| Doti Industries Inc | | 40950 Woodward Ave Ste 100 | | | Bloomfield Hills, | MI | 48304 | |
| Double D Logistics | | PO Box 951152 | | | Cleveland, | OH | 44193 | |
| Doubletree Guest Suites | | 1010 Waunka Fwy | | | Wichita Falls, | TX | 76309 | |
| Doubletree Guest Suites | | 300 Prestige Pl | | | Dayton, | OH | 45342 | |
| Doug Brown Packaging Products Inc | | 4223 Edgeland | | | Royal Oak, | MI | 48073 | |
| Doug Nork Photography Inc | | PO Box 543 | | | Northville, | MI | 48167 | |
| Doug Witt Enterprises Inc dba Witt Saginaw Stone Deck | Doug Witt Enterprises Inc dba Witt Saginaw Stone Deck | 4700 Crow Island | | | Saginaw, | MI | 48601 | |
| Dove Equipment Co Inc | | 723 Sabrina Dr | | | East Peoria, | IL | 61611 | |
| Dover Chemical Corp De Mille Chemical Co | | PO Box 40 | | | Dover, | OH | 44622 | |
| Dow Corning Corp | | 2200 W Salzburg Rd | | | Midland, | MI | 48686 | |
| Dow Corning Corporation | Attn Tammy Grove CO1222 | 2200 W Salzburg Rd | | | Midland, | MI | 48686 | |
| Dow Corning Corporation | Attn Tammy Grove CO1222 | 2200 W Salzburg Rd | | | Midland, | MI | 48686 | |
| Downers Grove Sanitary Dist II | Attn Tammy Grove CO1222 | 2710 Curtiss St | | | Downers Grove, | IL | 60515-0703 | |
| Downstream Technologies | | 563 Main St | PO Box 1412 | | Bolton, | MA | 01740 | |

Delphi Corporation
Class C General Unsecured Claims
Class 1C Ballot

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Equity Trust Co Custodian | co Benjamin Tanner | 11152 Westheimer Rd No 796 | | | Houston | TX | 77042 | |
| Equity Trust Co Custodian | co Benjamin Tanner | 11152 Westheimer Rd No 796 | | | Houston | TX | 77042 | |
| Equity Trust Co Custodian | co Benjamin Tanner | 11152 Westheimer Rd No 796 | | | Houston | TX | 77042 | |
| Equity Trust Co Custodian | co Benjamin Tanner | 11152 Westheimer Rd No 796 | | | Houston | TX | 77042 | |
| Equity Trust Co Custodian | co Benjamin Tanner | 11152 Westheimer Rd No 796 | | | Houston | TX | 77042 | |
| Equity Trust Co Custodian | co Benjamin Tanner | 11152 Westheimer Rd No 796 | | | Houston | TX | 77042 | |
| Equity Trust Co Custodian | co Benjamin Tanner | 11152 Westheimer Rd No 796 | | | Houston | TX | 77042 | |
| Equity Trust Co Custodian | co Benjamin Tanner | 11152 Westheimer Rd No 796 | | | Houston | TX | 77042 | |
| Equity Trust Co Custodian | co Benjamin Tanner | 11152 Westheimer Rd No 796 | | | Houston | TX | 77042 | |
| Erie Hospent | Eric Haspel | 1070 Blaz Jay Dr | | | Grayson | GA | 46035 | |
| Erie City Water Authority | | PO Box 5148 | | | Buffalo | NY | 14240-5148 | |
| Erie Industrial Supply Co | | 931 Greengarden Rd | | | Erie | PA | 16501-1925 | |
| Erie Hardware Inc | | PO Box 7451 | 350 Ellicott Sq Bl | | Cleveland | PA | 44114 | |
| Ersa Industry Committee | | 14001 L St Nw Ste 350 | | | Washington | DC | 200005-5509 | |
| Ernest C Wiles and June E | | Wiles Jt Ten | | | Yerington | NV | 89447 | |
| Ersel Rubel Power-On Inc | | 3916 Wiley Rd | 218 State Route 339 | | Dayton | OH | 45413-0267 | |
| Ernst John C & Co Inc | | 21 Gail Ct | PO Box 12267 | | Sparta | NJ | 07871 | |
| Esa Laboratories Inc | | PO Box 845070 | | | Boston | MA | 02284-5070 | |
| Eskan Enterprises Inc | | 1548 Simpson Way | | | Escondido | CA | 92029-1203 | |
| Eskay Molex Inc | | PO Box 28419 | | | Richmond | VA | 23280-8412 | |
| Estrellex Fasco Co Inc | | 11028 E Ave Ext | | | North Lima | OH | 44452 | |
| Etelic Corporation and Sierra Liquidity Fund | Sierra Liquidity Fund | 2699 White Rd Ste 255 | | | Irvine | CA | 92614 | |
| Etas Inc | Attn Joe Zarewski | 3021 Miller Rd | | | Ann Arbor | MI | 48105 | |
| Etas Inc | Attn Joe Zarewski | 3021 Miller Rd | | | Ann Arbor | MI | 48103 | |
| Etas Inc | Attn Joe Zarewski | 3021 Miller Rd | | | Ann Arbor | MI | 48103 | |
| Etrengton Matia | | 6355 E 110 South | | | Galveston | IN | 46932 | |
| Etna Becham Lubricants Ltd | | 1824 Peak Circle Dr | | | Chagrin Falls | IN | 44023 | |
| Euclid Industries Inc | | 1855 Tech Dr | | | Bay City | MI | 48706 | |
| Eugene Terry Moore Esq for Aris Elmore | Eugene Terry Moore Esq for Aris Elmore | 1802 15th St | | | Tuscaloosa | AL | 35401 | |
| Eva Crik | Elmore | | 14102 Webber Way N | | | | | |
| Eva Rita Inc | Henry Ishu | 1540 Northwind Blvd | Unit 102 | | Carmel | IN | 46033 | |
| Evox Rita Inc | | 3113 Cass Rd | | | Libertyville | IL | 60048 | |
| Ex Cell O Machine Tools Inc | | PO Box 67000 Dept 102001 | | | Monticello | MI | 48787 | |
| Excel Automation | Excel Automation | 9471 Greystone Pkwy | | | Detroit | OH | 48267-1029 | |
| Excel Health Enterprises Inc | | 409 Columbia Ave | | | Brackeville | OH | 44141 | |
| Excel Sopowas Inc | | 75 Glen St 250 | | | Anderson | CT | 06413 | |
| Excel Technical Services Inc | | PMB 141 | 7111 Ohio Hwy | | Standish Rock | MI | 06466 | |
| Excelley Industries Inc | | 600 E Mckinney Rd Ste B3 | | | Clarkston | PA | 454465-2077 | |
| Excelley Manufacturing Co | | PO Box 67000 Dept 70201 | | | Mckinney | OH | 15317 | |
| Exlo Manufacturing LLC | | 3809 Pole Trace Ct | | | Bellbrook | OH | 46267-0762 | |
| Exosphere Systems | | 149 Della Dr | | | Pittsburgh | PA | 45305 | |
| Exosphere Systems | | 4613 Collection Ctr Dr | | | Chicago | IL | 15239 | |
| Expedient Heat Testing Corp | | 42 E Niagara St | | | Lockport | NY | 60693 | |
| Express Tool & Die Co Eft | | 14801 Wattman Rd | | | Romulus | MI | 14094 | |
| Extreme Fast Control Serv | | 8330 Al Hwy 9 N | | | Cedar Bluff, | AL | 48174 | |
| Extremis Machine Inc | | 10024 Industrial Dr | | | Tatamora Lake, | MI | 35959 | |
| Echode Hose Corp | | Thermobor Michigan West | 2682 N Ridge Dr | | Walker, | MI | 48189 | |
| F & G Bsk Inc | Attn Ed Scharrer | 130 Industrial Dr | | | Franklin, | MI | 49544 | |
| F & G Casino Co Inc | | PO Box 181 | | | West Carrollton, | OH | 46005 | |
| F & S Carton Co | | 5288 Kellogg Woods Dr | | | Grand Rapids, | MI | 42545 | |
| F and a Deliveries Inc | Customer Service | 27182 Burbank | | | Foothill Ranch, | CA | 48548 | |
| F S Wright Co | | PO Box 770 | | | Dawson, | GA | 92910 | |
| Fabric Corp | | 6906 Salion Pl | | | Hamilton, | OH | 45911-0316 | |
| Factory Intelligence Network Llc | | 423 Commerce Ln Ste 6 | | | West Berlin, | NJ | 08091 | |
| Fair Harbor Capital LLC | | 875 Ave of the Americas Ste 2305 | | | New York, | NY | 10001 | |
| Fair Harbor Capital LLC | | 875 Ave of the Americas Ste 2305 | | | New York, | NY | 10001 | |
| Fair Harbor Capital LLC | | 875 Ave of the Americas Ste 2305 | | | New York, | NY | 10001 | |
| Fair Harbor Capital LLC | | 875 Ave of the Americas Ste 2305 | | | New York, | NY | 10001 | |
| Fair Harbor Capital LLC | | 875 Ave of the Americas Ste 2305 | | | New York, | NY | 10001 | |
| Fair Harbor Capital LLC | | 875 Ave of the Americas Ste 2305 | | | New York, | NY | 10001 | |
| Fair Harbor Capital LLC | | 875 Ave of the Americas Ste 2305 | | | New York, | NY | 10001 | |
| Fair Harbor Capital LLC | | 875 Ave of the Americas Ste 2305 | | | New York, | NY | 10001 | |
| Fair Harbor Capital LLC | | 875 Ave of the Americas Ste 2305 | | | New York, | NY | 10001 | |

Delphi Corporation
Class C General Unsecured Claims
Class 1C Ballot

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Fellers Group | | 5965 Hwy 221 | PO Box 228 | | Roebuck | SC | 29376 | |
| Fenn Technologies Inc | | 300 Fenn Rd | | | Newington | CT | 06111 | |
| Ferguson Enterprises Inc | | 12500 Jefferson Ave | | | Newport News | VA | 23602-4314 | |
| Fernandez Trading LLC | | 9635 Galen Rd | | | Indpls | IN | 46268 | |
| Ferranti Inc | Ken Havely | 900 Keller Dr | | | Bardstown | KY | 40004 | |
| Fry Engineering Inc dba Blackborn Media Packaging | Fry Industries Inc | 2001 479 Ann St | | | Edgerton | WI | 56126-2285 | |
| Filarem Technologies Inc | | 1550 Leeson Ave | | | Cadillac | MI | 49601 | |
| Fidelity Investments Institutional Operations Company Inc. | | 300 Puritan Way | | | Marlborough | MA | 01752 | |
| Fias Scales & Systems Inc | Fias Scales & Systems Inc | 570 Leo St | | | Dayton | OH | 45404-1508 | |
| Fias Corporation | | PO Box 610 | | | Blue Spgs | MO | 64013 | |
| Fibron Technology Inc | | PO Box 420 | | | Lansing | MI | 48906 | |
| Fibrona Extrusion Inc | | 12858 Collections Ctr Dr | | | Chicago | IL | 60693 | |
| Finch Brakes | | PO Box 30028 | | | Omaha | NE | 68100-1128 | |
| Findlay Industries Inc | | PO Box 1087 | | | Findlay | OH | 45839 | |
| Fireboy-Xintex Inc | | 2960 Jordan Rd | | | Orchard Lake Springs | CO | 80808-4141 | |
| Finger Lakes Extrusion Corp | | 7353 Victor Pittsford Rd | | | Victor | NY | 14564 | |
| Finishing Services Inc | | 877 Ann St | | | Ypsilanti | MI | 48197 | |
| Firelake Corporation | | 989 Trunsdale Ave | | | Glenn | OH | 44420 | |
| Firelands Regional Medical Ctr Main Campus | | 1101 Decatur St | | | Sandusky | OH | 44870-3005 | |
| Firestone C & F | | 5400 Old Montgomery Hwy | | | Tuscaloosa | AL | 35405 | |
| First American Capital Mgt Grp Wells Fargo Corp Tr 32187 | | Mac U1228 120 | 299 S Main 12th Flr | | Salt Lake City | UT | 84111 | |
| First Choice Heating & Cooling Inc | | 8147 Miamiview St | | | Newaygo | MI | 49337 | |
| First Farmers Bank & Trust Co | c o Bingham Farner & Wilson PC Attorneys at Law | Michael E Farrer | PO Box 494 | | Elwood | IN | 48066 | |
| First Intermed Corporation Dba Mea Medical Clinics | | 30150 Telegraph Rd Ste 444 | | | Laurel | MS | 39440 | |
| First Technology Holdings Inc and Affiliates and Subsidiaries | John D Hertzberg | | | | Bingham Farms | MI | 48025 | |
| FIRST TECHNOLOGY HOLDINGS INC AND AFFILIATES AND SUBSIDIARIES AND CONTROL DEVICES INC AND FIRST INERTIA SWITCH LIMITED | THOMAS SKIBINSKI Bankruptcy Analyst | CONTROL DEVICES INC AND FIRST INERTIA SWITCH INC | C O SENSATA TECHNOLOGIES 529 PLEASANT ST MS 81 | | ATTLEBORO | MA | 02703 | |
| Fintenergy Solutions Corp | | 393 Ghent Rd | | | Akron | OH | 44333 | |
| Fischer Special Tooling | Kevin Johnson | 7210 Commerce Dr | | | Mentor | OH | 44060 | |
| Fischer Tech Ltd | | No 12 Liberty Way | 4 Layang Industrial Estate | | Singapore | | 507002 | |
| Fischer Technology Inc | | PO Box 40000 Dept 476 | | | Hartford | CT | 06151-0476 | |
| Fisheck Thompson Corr & Huber | | 1515 Arboretum Dr Se | | | Grand Rapids | MI | 49546 | |
| Fisher Hamilton | | 271 E Wilson St | | | Saginaw | MI | 48602 | |
| Fisher Scientific | | Regional Credit Manager | 2000 Park Ln | | Pittsburgh | PA | 15275 | |
| Fisher Unitech Inc | Gary Barnes | 1150 Stephenson Hwy | | | Troy | MI | 48085 | |
| Fisher Unitech Inc | | 1150 Stephenson Hwy | | | Troy | MI | 48083-1167 | |
| Fisher Unitech Inc | | 1150 Stephenson Hwy | | | Troy | MI | 48083-1167 | |
| Fite Fire & Safety | Safety Instrumentation Inc dba Fite Fire & Safety | 3012 W Kentucky Ave | | | Midland | TX | 79701 | |
| Fitzgerald Water Light & Bond | | PO Box Drawer F | | | Fitzgerald | GA | 31750 | |
| Flambeau Inc | | 801 Lynn Ave | | | Baraboo | WI | 53915 | |
| Fleischman Jim I Fleischman Advertising | | 2315 W Applewood Ln | | | Milwaukee | WI | 53209 | |
| Flex Tech Services | Brent Robinson | 7113 S Mayflower Park Dr | | | Zionsville | IN | 46077 | |
| Flex Tech Services | | 5601 Oak Blvd | | | Austin | TX | 78755 | |
| Flex Technologies Inc | | Mount Eaton Div | 19183 E Main St | | Mount Eaton | OH | 44659 | |
| Flex Technologies Inc | | 104 Flex Dr | | | Portland | TN | 32140-150 | |
| Flex Technologies Inc | | 104 Flex Dr | | | Portland | TN | 37148 | |
| Flex Technologies Inc | | PO Box 400 | | | Midvale | OH | 44663 | |
| Flint City Of MI | | PO Box 1950 | | | Flint | MI | 48501 | |
| Flower City Ltd | | 370 Albert Rd | Gundy Dr | | Brockville | ON | 45929-024 | |
| Flower City Communications LLC | Flower City Communications LLC | 1848 Lyell Ave | | | Rochester | NY | 14606 | |
| Fluent Inc | | 3055 Payshere Circle | | | Chicago | IL | 60974-3035 | |
| Fluid Aeration Dev of Valco Cincinnati | Valco Cincinnati Inc | 411 Circle Freeway Dr | | | Cincinnati | OH | 45246 | |
| Fluid Power Systems Inc The FR | | 2205 Heath Dr | | | Novi | MI | 48375 | |
| Fluke Corporation | | PO Box 6090 | | | Everett | WA | 98206-9090 | |
| Fluorid Inc | Alin Barbara Koerber MS SSRC | 1395 Atlantic Blvd | | | Auburn Hills | MI | 48326 | |
| Flusche Joe | | 949 Transdon Ave | | | Cleveland | OH | 44114 | |
| Focus Business Solutions Sierra Liquidity Fund | Sierra Liquidity Fund LLC | 2699 White Rd Ste 255 | | | Indes | CA | 92014 | |
| Forester Instruments Inc | | 140 Industry Dr | | | Pittsburgh | PA | 15275 | |

Delphi Corporation
Class C General Unsecured Claims
Class 1C Ballot

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Foley & Lardner | | 777 E Wisconsin Ave | | | Milwaukee, | WI | 53202-5798 | |
| For All Seasons Limousine Inc | | 27 N Pine St | | | North Massapequa, | NY | 11758 | |
| Force Electronics | | 58 Jonspin Rd | | | Wilmington, | MA | 01887-4870 | |
| Ford Tool & Carbide Inc | | PO Box 576 | | | Birmingham, | AL | 35234 | |
| Ford Tool and Carbide Co Inc | Judy Oneal | PO Box 576 | | | Birmingham, | AL | 35201 | |
| Form A Chip Inc | | Kness Slave & Tool Supply | 2069 Webster St | | Dayton, | OH | 45404 | |
| Form Roll Die Corp | | 217 Stafford St | | | Worcester, | MA | 01603 | |
| Form Tool & Mold Inc | James F Geronimo Esq | 283 Walnut St | | | Meadville, | PA | 16335 | |
| Former Business Interiors Inc | | Attn Sandra Roca | 555 W Estabrook Blvd | | Milwaukee, | WI | 53222 | |
| Forrest Butch Freeman Oklahoma County Treasurer | | 320 Robert S Kerr Rm 307 | | | Oklahoma City, | OK | 73102 | |
| Fort Wayne Wire Die Inc | | 2424 American Way | | | Fort Wayne, | IN | 46809-5005 | |
| Fortune Illinois Inc | | PO Box 48030 | | | Newark, | NJ | 07101-4830 | |
| Fortune X Ray Inc | | 2524 Nordic Rd | | | Dayton, | OH | 45414 | |
| Foster Special Instruments Division Of Thos Inc | | 9402 Towne Square Ave Ste E | | | Cincinnati, | OH | 45242-6809 | |
| Four Slide Technology Inc Eft | | 2130 E Ten Mile Rd | | | Warren, | MI | 48091 | |
| Fountides Inc | | 1701 E Lincoln Ave | | | Madison Heights, | MI | 48071-4175 | |
| Four Friars Dbs Specialty Sewing | | 4823 Lakeway Dr | | | Brownsville, | TX | 78520 | |
| Fox Excavating and Sewer | | 1014 Franklin St | | | Sandusky, | OH | 44870 | |
| FPS Technologies Inc | FPS Technologies Inc | PO Box 310219 | | | Birmingham, | AL | 35231 | |
| Fraen Machining | | PO Box 84 5046 | | | Boston, | MA | 02284-5046 | |
| | | | | | | | | |
| Franklincrete USA LP | Attn Simone Kraus | Smith Gambrell & Russell LLP | 1230 Peachtree St NE | Promenade II Ste 3100 | Atlanta, | GA | 30309 | |
| Franchino Mold & Engr | | 5867 W Grand River | | | Lansing, | MI | 48906 | |
| Frank E Irish Inc | Attn Steve Willem CFO | 6701 English Ave | | | Indianapolis, | IN | 46219 | |
| Frank T Langley Co Inc | | 216 Creekside Dr | | | Amherst, | NY | 14228-2744 | |
| Franklin Covey Co | | PO Box 31456 | | | Salt Lake City, | UT | 84125-0127 | |
| Franksville Oil & Lp Gas Co Inc | | 10616 Hwy K | | | Franksville, | WI | 53126 | |
| Frederick M Short | | 1609 Jackson St | | | Brookhaven, | MS | 39601 | |
| Freedom Mfd Banquet | | 4528 Dr Martin Luther King Jr Way | | | Dayton, | OH | 45407 | |
| Freescale Semiconductor Inc | c o Susan M Freeman | Lewis and Roca LLP | 40 N Central Ave | | Phoenix, | AZ | 85004 | |
| Freese Enterprises Inc | | 45209 Helm St | | | Plymouth, | MI | 48170 | |
| Freightliner Llc | | 4747 N Channel Ave | | | Portland, | OR | 97208 | |
| Frontier Telephone Of Rochester Inc | | PO Box 20000 | | | Rochester, | NY | 14692-0008 | |
| Frontline Test Equipment Inc | | 337 W Rio Rd | | | Charlottesville, | VA | 22901 | |
| Fuji Machine America Corp | | 7432 Collection Cir Dr | | | Chicago, | IL | 60693 | |
| Fujikoki America Inc | Dennis J Anderson | 4040 Bronze Way | | | Dallas, | TX | 75237 | |
| Fujikura America Inc | Attn President | 3001 Oakmead Village Dr | | | Santa Clara, | CA | 95051 | |
| Fujitsu Components America Inc | Attn Accounting Manager | 250 E Caribbean Dr | | | Sunnyvale, | CA | 94086 | |
| Fujitsu Ten Corp Of America | Shig Onimura | 47800 Halyard Dr | | | Plymouth, | MI | 48170 | |
| Fulbright & Jaworski Llp | | 666 Fifth Ave | | | New York, | NY | 10103 | |
| Fulflo Specialties Inc | | PO Box 1623 | | | Toledo, | OH | 43604 | |
| Fultz Enterprises Inc | | 20 Cedar St | | | Franklin, | PA | 16323 | |
| Furukawa Electric North America APD Inc and | | | Attn Richard Horodecki | | | | | |
| Funakawa Electric North America | Michael S McElwee | Varnum Riddering Schmidt & Howlett LLP | PO Box 352 | | Grand Rapids, | MI | 49501-0352 | |
| Futaba Corporation Of America | | 711 E State Ply | | | Schaumburg, | IL | 60173 | |
| Future Die Cast & Engineering Inc | | 14100 Rocco Ct | | | Shelby Township, | MI | 48315 | |
| Future Engineering Inc Eft | | PO Box 189 | | | Flushing, | MI | 48433 | |
| FX Springman Plating Company LLC | FX Springman Plating Company LLC | 4600 W Bethel Ave | | | Muncie, | IN | 47304 | |
| G & C Mold Co | | 11430 Cedar Oak Dr | | | El Paso, | TX | 79936 | |
| Gage Marketing Support Ser Eft A Div Of Argenbright | | | | | | | | |
| Inc | | 101 Union St | | | Plymouth, | MI | 48170 | |
| Gaines Mechanical Contractors Inc | | 528 Hall Ave | | | Dayton, | OH | 45404 | |
| Gainey Transportation Services | | 6000 Clay Ave SW | | | Grand Rapids, | MI | 49508 | |
| Gajjar Engineering Systems Inc | | PO Box 669582 | | | Marietta, | GA | 30066 | |
| Gala Fire Protection Inc | Gala Fire Protection Inc | 10248 Pierce | | | Freeland, | MI | 48623 | |
| Gappy Uiia | | 300 Hals Dr | | | Dayton, | OH | 45415 | |
| Gar Properties Llc | | Co FF Associates | 205 St Paul St Ste 400 | | Rochester, | NY | 14604 | |
| Garber Machine Co | | 1788 Drexel Ave Nw | | | Warren, | OH | 44485 | |
| Garcia Mold Repair | | 3348 Fanton Pl | | | El Paso, | TX | 79936 | |
| Gardel Industries Llc | | 525 Wheatfield St | | | N Tonawanda, | NY | 14120 | |
| Gardner Tobin Inc | David P Suich Esq | 2625 Commons Blvd | | | Beavercreek, | OH | 45431 | |
| Gary L Shomber | | 4205 South Karen Dr | | | Edmond, | OK | 73013-3148 | |
| Gary L Shomber and Doris A | | Shomber Jt Ten | 4205 So Karen Dr | | Edmond, | OK | 73013-3148 | |
| Gary Fine | | 376 E Avalon Ln | | | Rochester, | NY | 14624 | |
| Gbs Printing Products & System | | PO Box 2340 | | | North Canton, | OH | 44720 | |

Delphi Corporation
Class C General Unsecured Claims
Class 1C Ballot

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| GCH Tool Group Inc | | 13265 E Eight Mile Rd | | | Warren, | MI | 48089 | |
| GCH Tool Group Inc | | 13265 E Eight Mile Rd | | | Warren, | MI | 48089 | |
| GCH Tool Group Inc | | 13265 E Eight Mile Rd | | | Warren, | MI | 48089 | |
| GCH Tool Group Inc | | 13265 E Eight Mile Rd | | | Warren, | MI | 48089 | |
| Ge Automotive | | 36600 Corporate Dr | PO Box 8067 | | Farmington Hills, | MI | 48331 | |
| Ge Betz Canada | Attn Joe Halstead | 4636 Somerton Rd | | | Trevose, | PA | 19053-6783 | |
| Ge Betz Inc | | 4636 Somerton Rd | | | Trevose, | PA | 19053 | |
| GE Capital Modular Space | | 530 E Swedesford Rd | | | Wayne, | PA | 19087 | |
| GE Consumer & Industrial f k a GE Lighting | Michael B Bach Esq | 11256 Cornell Park Dr Ste 500 | | | Cincinnati, | OH | 45242 | |
| GE Consumer & Industrial f k a GE Supply | Michael B Bach Esq | 11256 Cornell Park Dr Ste 500 | | | Cincinnati, | OH | 45242 | |
| GE Energy Services | Glenn M Reisman Esq | 2 Corporate Dr | PO Box 861 | | Shelton, | CT | 06484-0861 | |
| GE Infrastructure Sensing | Attn Val Venable | c o GE Plastics | 9930 Kincey Ave | | Huntersville, | NC | 28078 | |
| General Systems Information Technologies | | PO Box 100275 | 5517 Collections Ctr Dr | | Chicago, | IL | 60693 | |
| GE Plastics | Attn Val Venable | 9930 Kincey Ave | | | Huntersville, | NC | 28078 | |
| Ge Supply | | PO Box 100275 | | | Atlanta, | GA | 30384-0275 | |
| Geegen Llc | | 26321 Woodward Ave | | | Huntington Woods, | MI | 48070 | |
| Geegen Llc | | 26321 Woodward Ave | | | Huntington Woods, | MI | 48070 | |
| Geegen Llc | | 26321 Woodward Ave | | | Huntington Woods, | MI | 48070 | |
| Geegen Llc | | 26321 Woodward Ave | | | Huntington Woods, | MI | 48070 | |
| Gehring LP | | 211 W Fort St Ste 500 | | | Detroit, | MI | 48226 | |
| Gehring Pumps Inc | | PO Box 179 | | | Fairport, | NY | 14450 | |
| Gem City Chemicals Inc | | PO Box 251 | | | Dayton, | OH | 45404 | |
| Gems Sensors Inc | | 1 Cowles Rd | | | Plainville, | CT | 06062-1198 | |
| General Binding Corp | | Attn Accts Rec | 1 Gbc Plaza | | Northbrook, | IL | 60062-4195 | |
| General Chemical Performance Products LLC | Attn James Imbriaco | c o GenTek Inc | 90 E Halsey Rd | | Parsippany, | NJ | 07054 | |
| General Electric Capital Corp Inc | Attn Elena Lazarou | c o Reed Smith LLP | 599 Lexington Ave | | New York, | NY | 10022 | |
| General Factory Supplies | Attn Robert Hewald | 4811 Winton Rd | | | Cincinnati, | OH | 45232 | |
| General Fasteners Company | Accounts Payable | 11820 Globe Rd | | | Livonia, | MI | 48150 | |
| General Magnaplate Texas Inc | | 3526 300811 Drawer 910 | | | Birmingham, | AL | 35236-0811 | |
| General Magnaplate Texas Inc | | 801 Ave G East | | | Arlington, | TX | 76011 | |
| General Optical Co Eft | | 523 M L King Ave | | | Flint, | MI | 48502 | |
| General Screw Products Corp | | 1190 Brooks Ave | | | Rochester, | NY | 14624 | |
| General Super Plating Co Inc | | PO Box 31 | | | Albany, | NY | 12201-0031 | |
| Genesee County Rd Commission | | 211 W Oakley St | | | Flint, | MI | 48503-3995 | |
| Genesee County Treasurer | | 51410 Milan Dr Ste 103 | | | Macomb, | MI | 48042 | |
| Genesis Apparel & Promotions Inc | | PO Box 102172 | | | Atlanta, | GA | 30368-2172 | |
| Genoma Parts Co Napa Distribution Center | | 6900 Engle Rd Unit Kk | | | Middleberg Hts, | OH | 44130 | |
| Geometric Design & Technology Inc | George Brown | 632 Arch St Ste B 306 | | | Meadville, | PA | 16335 | |
| George F Raymond | | 2559 Bender St | | | Waterford, | MI | 48329-3409 | |
| Georgia Dept Of Revenue Unclaimed Property Section | | Property Tax Division | 4245 International Pkwy Ste A | | Hopeville, | GA | 30354-3918 | |
| Georgia Power Company | Georgia Power Company | PO Box 4545 | Bin 80002 Lakecia Burnam | | Atlanta, | GA | 30302 | |
| Gerald E Fuerst Clerk Of Courts | | Civil Clerk 1st Fl Justice Ctr | 1200 Ontario St | | Cleveland, | OH | 44113 | |
| Gerard R Lilly | | 948 Brookwood Ln | | | Rochester Hills, | MI | 48309 | |
| Gerotech Inc | | 29220 Commerce Dr | | | Flat Rock, | MI | 48134 | |
| Gerster Sales & Service Inc | | Trane Service Of Western New Y | 45 Earhart Dr Ste 103 | | Williamsville, | NY | 14221-7079 | |
| Geswein Paul H & Co Inc | | PO Box 3999 | | | Bridgeport, | CT | 06605-0936 | |
| Getecha Inc | J Bruce | 2914 Business One Dr | | | Kalamazoo, | MI | 49004 | |
| Getlig Technologies Inc | | PO Box 85 | | | Spring Mills, | PA | 16875-0085 | |
| GFS Chemicals Inc | | PO Box 245 | | | Powell, | OH | 43065 | |
| Gfx Inc | | PO Box 640371 | | | Chicago, | IL | 60664 | |
| Globe Die Casting Corporation | Michael K McCrory | Barnes & Thornburg LLP | 11 S Meridian St | | Indianapolis, | IN | 46204-3535 | |
| Gibbs Equipment Inc | | PO Box 89 | | | Bellevue, | OH | 44811 | |
| Giddings & Lewis Machine Tools LLC | | 142 Doty St | | | Fond Du Lac, | WI | 54935 | |
| Gingrich Enterprises Inc | | 45 Eleanor Dr | | | Springboro, | OH | 45066 | |
| Gladwin Metal Processing Inc | | 795 East Maple St | | | Gladwin, | MI | 48624 | |
| Glauber Equipment Corp | | 1600 Commerce Pky W | | | Lancaster, | NY | 14086-1731 | |
| Global Advanced Products Llc | | PO Box 673450 | | | Detroit, | MI | 48267-3450 | |
| Global Equipment Co Eft | | PO Box 5200 | | | Suwanee, | GA | 30024 | |
| Global Exchange Services | | PO Box 640371 | | | Pittsburgh, | PA | 15264-0371 | |
| Global Manufacturing Inc | | 200 E Sunset Rd Ste A | | | El Paso, | TX | 79922 | |
| Global Recruiters Inc | | 27650 Farmington Rd B7 | | | Farmington Hills, | MI | 48334 | |
| Global Technical Services Group | | 1728 Spy Run Ave | | | Fort Wayne, | IN | 46805 | |
| Globe Products Inc Micafil Div | | 5051 Kitridge Rd | | | Dayton, | OH | 45424 | |

12/27/2007 10:12 PM
W - 1C DOMESTIC W8 Parts 1-10

Delphi Corporation
Class C General Unsecured Claims
Class 1C Ballot

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Gloria Margarita Tapia Flores | Gustavo Larrega | 2717 Andrew Ave | | | Mission, | TX | 78572 | |
| GLT | John Welsh | 3341 Successful Way | | | Dayton, | OH | 45414 | |
| Git Inc | | 3341 Successful Way | | | Dayton, | OH | 45414 | |
| Gm Associates | | 9824 Kitty Ln | | | Oakland, | CA | 94603 | |
| GMD Industries LLC dba Production Screw Machine | co Ronald S Pretekin | Coolidge Wall Co LPA | 33 W 1st St Ste 600 | | Dayton, | OH | 45402 | |
| Gmn Inc BH | | 4822 E 355th St | | | Willoughby, | OH | 44094-4834 | |
| Gmn Usa Llc | | PO Box 563 | | | Farmington, | CT | 06004-0563 | |
| Goal Gps Inc | | 12b Manor Pkwy Ste 3 | | | Salem, | NH | 03079-2862 | |
| Godar Systems Inc | Paige Leigh Ellenman Esq | Taft Stettinus & Hollister LLP | 425 Walnut Street Ste 1800 | | Cincinnati, | OH | 45202 | |
| God S Bible School And College | | 1810 Young St | | | Cincinnati, | OH | 45210 | |
| Goldman Sachs Credit Partners L P Assignee of Siemens VDO Automotive SAS and Siemens Financial Services Inc | | One New York Plaza 42nd Fl | | | New York, | NY | 10004 | |
| Goldman Sachs Credit Partners LP | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |

Delphi Corporation
Class C General Unsecured Claims
Class 1C Ballot

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Heule Tool Corp | | 4722a Interstate Dr | | | Cincinnati, | OH | 45246 | |
| Hewitt Associates Llc | | PO Box 95135 | | | Chicago, | IL | 60694-5135 | |
| Hewitt Tool & Die Inc | | PO Box 47 | | | Oakford, | IN | 46965-0047 | |
| Hewlett Packard Company | Attn K Higman | 2125 E Katella Ave Ste 400 | | | Anaheim, | CA | 92805 | |
| Hewlett Packard Financial Services Company fka Compaq Financial Services Corporation | Attn Americas Recovery Leader | 420 Mountain Ave | | | Murray Hill, | NJ | 07974-0006 | |
| Hi Lex Corp | | PO Box 77000 Dept 77233 | | | Detroit, | MI | 48277-0233 | |
| Hi Tech Steel Treating Inc | | 2730 Roberts St | | | Saginaw, | MI | 48601 | |
| Hibath Karlsson & Sorensen Inc Michigan | | 14500 Sheldon Rd Ste 160 | | | Plymouth, | MI | 48170-2440 | |
| Hidea Analytical Inc | | 761 Hancock Rd | | | Peterborough, | NH | 03458 | |
| High Tech Systems & Equipment Inc | | 7950 Morgan Rd | | | Cleves, | OH | 45002 | |
| High Voltage Maintenance Corp | | 12001 Technology Drive A803 | | | Eden Prairie, | MN | 55344 | |
| Higher Ground Printer Services | | 1681 Sweet Rd | | | East Aurora, | NY | 14052 | |
| Hillsborough County Tax Collector | | PO Box 172920 | | | Tampa, | FL | 33672 | |
| Hills Inc | Hills Inc | PO Box 21148 | | | Tulsa, | OK | 74121 | |
| Hinmekalsten B & Co | | 2460 Pembroke Ave | | | Hoffman Estates, | IL | 60195 | |
| Hinkle Mfg Inc Eft | | PO Box 60210 | | | Rossford, | OH | 43460 | |
| Hisco Inc | | 6550 Concord Park Dr | | | Houston, | TX | 77040 | |
| Hitachi Chemical Singapore Pte Ltd fka Hitachi Chemical Asia Pacific Pte Ltd | Attn Gaylord P Whiting | | | | | | | |
| Hitachi Metals America Ltd | Attn Menachem O Zelmanovitz Esq | co Morgan Lewis & Bockius LLP | 101 Park Ave | | New York, | NY | 10178 | |
| Hitachi Metals America Ltd | | 2 Manhattanville Rd Ste 301 | | | Purchase, | NY | 10577 | |
| Hitachi Metals America Ltd | | 2 Manhattanville Rd Ste 301 | | | Purchase, | NY | 10577 | |
| Hitek Power Corporation | | 10221 Buena Vista Ave | | | Santee, | CA | 92071 | |
| Hitemco | | 160 Sweet Hollow Rd | | | Old Bethpage, | NY | 11804 | |
| Hitte Machine & Tool Co | | 2122 Dr Martin Luther King Jr | | | Indianapolis, | IN | 46202 | |
| Hk Systems Inc | | 2855 S James Dr | | | New Berlin, | WI | 53151 | |
| Hm Royal Incorporated | | PO Box 28 | | | Trenton, | NJ | 08601 | |
| Hobart Brothers Co | | hw Hobart Brothers Co | 400 Trade Sq E | | Troy, | OH | 45373 | |
| Hobart Corp | A division of ITW Ford Equipment Group | Attn Anita Clutter | 701 S Ridge Ave | | Troy, | OH | 45374-0001 | |
| Hobart Sales and Service | Dan | 181 Industrial Pkwy | | | Mansfield, | OH | 44903 | |
| Hoff & Associates Inc | | 42211 Helm St | | | Plymouth, | MI | 48170 | |
| Hoist & Crane Service Corp & Sierra Liquidity Fund | Sierra Liquidity Fund | 2699 White Rd Ste 255 | | | Irvine, | CA | 92614 | |
| Holiday Inn Hotels & Suites | | 2455 Dryden Rd | | | Moraine, | OH | 45439 | |
| Holkenborg Equipment Co | Gene Parts | 9513 Us 250n | | | Milan, | OH | 44846 | |
| Holland Special Delivery | | 3068 Highland Dr | | | Hudsonville, | MI | 49426 | |
| Hollingsworth & Vose Co | | 112 Washington St | | | East Walpole, | MA | 02032-100 | |
| Hollingsworth Lumber | Darin | 6810 West 400 South | | | Russiaville, | IN | 46979 | |
| Holm Industries Inc | | 12459 Collections Ctr Dr | | | Chicago, | IL | 60693 | |
| Holt Company Of Ohio Inc | Ohio Cat | 3993 E Royalton Rd | | | Broadview Hts, | OH | 44147 | |
| Holt Electric Company | Holt Electric Company | 135 S Lasalle Dept 3866 | | | Chicago, | IL | 60674-3866 | |
| Home Office Enterprises Inc | | 2306 Hess | | | Saginaw, | MI | 48601 | |
| Honeywell International Aerospace | Deb Mains | 1140 W Warner Rd Bldg 1233 M | | | Tempe, | AZ | 85284 | |
| Honeywell International HPS | Deb Mains | 1140 W Warner Rd Bldg 1233-M | | | Tempe, | AZ | 85284 | |
| Honeywell International Inc | Debbie Jackson Associate Accounting | Aca Cash Services | 1985 Douglas Dr N Mn10 2517 | | Golden Valley, | MN | 55422 | |
| Honeywell International S & C | Deb Mains | 1140 W Warner Rd Bldg 1233 M | | | Tempe, | AZ | 85284 | |
| Honigman Miller Schwartz and Cohn LLP | Jody S Catton | 660 Woodward Ave Ste 2290 | | | Detroit, | MI | 48226 | |
| Honold Tool & Die | Frank Ternanova | PO Box 473 | | | Gagetown, | MI | 48735 | |
| Hoover Machine Inc Ta | Cust Service | 3567 Frederick Gingham Rd. | | | Tipp City, | OH | 45371 | |
| Horizon Solutions | | 2005 Brighton Henrietta Tl Rd | | | Rochester, | NY | 14692-2003 | |
| Horton Bay Controls Inc | | 7260 S Elm St | | | Swartz Creek, | MI | 48473 | |
| Horton Tool Machine & Vise Co | Accounts Receivable | 13776 Hall Rd | | | Hamburg, | MI | 48139-9218 | |
| Hottinger Baldwin Measurements Inc | | 19 Bartlett St | | | Marblehead, | MA | 01752 | |
| Hottinger Baldwin Measurements Inc | | PO Box 33166 | | | Newark, | NJ | 07188-0166 | |
| Hover Davis Inc | | 100 Paragon Dr | | | Rochester, | NY | 14624 | |
| Howard County Partners In Education | | Co Indiana University Kokomo | PO Box 9003 | | Kokomo, | IN | 46904 | |
| Hoyt Arthur And Vivian | c/o Laudig George Rutherford & Sipes | Linda George Esq | 156 East Market St | Ste 600 | Indianapolis, | IN | 46204 | |
| Hozers Heating Healthcare | | 2135 Brenner St | | | Saginaw, | MI | 48602 | |
| Hp | | 20555 Sh 249 | | | Houston, | TX | 77070 | |
| Hp Products Corp | | PO Box 68310 | | | Indianapolis, | IN | 46268 | |
| Hrf Laboratories | | 3011 Malibu Canyon Rd | | | Malibu, | CA | 90265 | |
| Htc Global Services Inc | | 3270 W Big Beaver Rd | | | Troy, | MI | 48084 | |
| Htg Corp Inc | | Tiffin Div | 1988 S County Rd 593 | | Tiffin, | OH | 44883 | |

12/27/2007 10:12 PM
W- 1C DOMESTIC W9 Parts 1-10

Delphi Corporation
Class C General Unsecured Claims
Class 1C Ballot

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| IUE CWA for Itself and Its Affiliated Local Unions et al | Thomas M Kennedy Susan M Jennik | Kennedy Jennik & Murray PC | 113 University Pl | | New York, | NY | 10003 | |
| IUE CWA for Itself and Its Affiliated Local Unions et al | Thomas M Kennedy Susan M Jennik | Kennedy Jennik & Murray PC | 113 University Pl | | New York, | NY | 10003 | |
| IUE CWA for Itself and Its Affiliated Local Unions et al | Thomas M Kennedy Susan M Jennik | Kennedy Jennik & Murray PC | 113 University Pl | | New York, | NY | 10003 | |
| IUE CWA for Itself and Its Affiliated Local Unions et al | Thomas M Kennedy Susan M Jennik | Kennedy Jennik & Murray PC | 113 University Pl | | New York, | NY | 10003 | |
| IUE CWA for Itself and Its Affiliated Local Unions et al | Thomas M Kennedy Susan M Jennik | Kennedy Jennik & Murray PC | 113 University Pl | | New York, | NY | 10003 | |
| IUE CWA for Itself and Its Affiliated Local Unions et al | Thomas M Kennedy Susan M Jennik | Kennedy Jennik & Murray PC | 113 University Pl | | New York, | NY | 10003 | |
| Ivan Drzevecsky Co | Judith Rusnack | 4301 S Cowen Rd | | | Ojibwa, | MI | 48313 | |
| Ivy Tech Community College of Indiana | Interim Chancellor | 120 E Center Rd | | | Muncie, | IN | 47302 | |
| Ixcel Inc | | 120 Bedford Cr Rd Ste 102 | | | Bedford, | NH | 03110 | |
| J Cain D1 Services | | 618 PO 31950 | | | Tucson, | AZ | 85751 | |
| J H Bennett and Co Inc | J H Bennett and Co Inc | PO Box 6028 | 22975 Venture Dr | | Novi, | MI | 48376 | |
| J M Test Systems Inc | | PO Box 45489 | | | Baton Rough, | LA | 70895 | |
| J Perry Products Company Inc | | 7237 Vandenburg Rd | | | King Of Prussia, | PA | 19406 | |
| J Pex Expediters | | 3003 S Buckingham Ct | | | Brownsville, | TX | 78526 | |
| J V Products Co | | 929 Karr Rd | | | Arcanum, | OH | 45304 | |
| Ja Quality Assurance Group Eft | | PO Box 9500 | Springwells Ave | | Detroit, | MI | 48209 | |
| Jabil Circuit Inc | | Alejandra Juarez 11341 | | | Chihuahua, | | 31109 | |
| Jack Ka Catering Inc | | 1001 Industrial Park Dr | | | Clinton, | MS | 39056 | |
| Jacki L Malling Executor Estate of Hazel Doris Charles and Administrator Estate of Lawrence Charles | Law Office of Lenore C Garen | 2412 Falls Place Court | | | Falls Church, | VA | 22302 | |
| Jackel Industrial Sales Inc | | 1321 Buena Vista St Nw | | | Canton, | OH | 44714-1078 | |
| Jackson Blair Paint & Supply | | 121 E First St | | | Jackson, | MS | 39205 | |
| Jackson Kich Inc | | 700 Anthony Trail | | | Northbrook, | IL | 60062 | |
| Jacobs Industries Inc | | PO Box 67000 Dept 275601 | | | Detroit, | MI | 48267-2756 | |
| Jacobson Mfg LLC | | Mach Sodest | 1911 N Wacker Dr Ste 1800 | | Chicago, | IL | 60606 | |
| Jada Precision Plastics Co Eft Inc | | 600 E Emerson St | | | Rochester, | MI | 48508 | |
| Jaeckle Fleischman & Mugel Llp | | First Bank Building | Twelve Fountain Plaza | | Buffalo, | NY | 14202-2292 | |
| Jamak Fabrication Inc Eft | | PO Box 619133 | | | Dallas, | TX | 75261-9133 | |
| James B Gibson | | 1355 Stowaway Rd | | | Boca Raton, | CA | 94002 | |
| James Adcock | | 270 Leroy Hill Rd | | | Laurel, | MS | 39443 | |
| James J Kalled Trustee Uw | | Josiah W Brown | Box 132 | | Ossipee, | NH | 03864-0132 | |
| James L Pate | | 8508 Wheatley Dr | | | Middlefield, | OH | 44062 | |
| James R Truitt Jr | | 6911 Mesa Trail | | | Dallas, | TX | 75231-1409 | |
| Jamestown Container Corp | | Specialty Products Div | 2345 Walden Ave | | Buffalo, | NY | 14225 | |
| Jamestown Moraine Inc | | 2290 Arbor Blvd | | | Moraine, | OH | 45439 | |
| Jamestown Moraine Inc | | 2290 Arbor Blvd | | | Moraine, | OH | 45439 | |
| Jamestown Moraine Inc | | 2290 Arbor Blvd | | | Moraine, | OH | 45439 | |
| Jamestown Moraine Inc | | 2290 Arbor Blvd | | | Moraine, | OH | 45439 | |
| Jamestown Paint & Varnish Eft Co | | 108 Main St | | | Jamestown, | NY | 16134 | |
| Jamestown Plastics Inc | | 8806 Highland Ave | | | Brocton, | NY | 14716 | |
| Jamestown Plastics Inc | | 8806 Highland Ave | | | Brocton, | NY | 14716-0600 | |
| Jamison Bernard E | | 894 Shadow Lakes | | | Lithonia, | GA | 30058-3228 | |
| Jamison Metal Supply Inc | Karen Jamison | PO Box 70 | PO Box U | | Daytona, | OH | 45439 | |
| Jaqy Mynogyes | | 2337 Mallard Ln Apt 1 | | | Beavercreek, | OH | 45431 | |
| Jarason A A Inc | | 2070 Airport Rd | | | Waterford, | MI | 48327-1204 | |
| Jared Enr Products | | PO Box 680225 | | | Franklin, | MI | 48068-0225 | |
| Jastech Env Consulting Llc | | PO Box 3332 | 16th Fl 201 N Orange Ave | | Farmington Hills, | MI | 48333 | |
| JB Hunt Transportation Inc | Attn Shelly Allen | PO Box 130 | | | Lowell, | AR | 72745 | |
| JB Express Inc | | PO Box 1854 | | | Buffalo, | NY | 14225 | |
| Jcb Logistics Inc | | 8601 B Franklin Dr | | | Franklin, | WI | 53132 | |
| Jeanne Sagges | | 411 W Conestoga Rd Apt 15 | | | Devon, | PA | 15333 | |
| Jefferson Wells | | 500 S Exedrive Dr Ste 400 | | | Brookfield, | WI | 53005 | |
| Jencka Lister Abenstetter and Ronald R Aabenbrenner | Brian Varwood | 8020 Carrington Ct | | | Clarkston, | MI | 55002 | |
| Jencolle Lister Technologies | Randy Schimmelpfennig | C o Morgan And Morgan | | | Brighton, | MI | 48116 | |
| Jeremiah J Saunders | | 6990 Alloway | | | Orlando, | FL | 32802 | |
| Jeseph Valencia Inc | | 1613 Via Arroyo St | PO Box 4979 | | Sterling Heights, | TX | 79912 | |
| Jeswell Builders Inc | | 2689 White Road Ste 255 | | | El, Paso, | TX | 79912 | |
| Jewk Transportation & Sierra Liquidity Fund | Sierra Liquidity Fund | | | | Irvine, | CA | 92614 | |

12/27/2007 10:12 PM
W - 1C DOMESTIC WB Parts 1-10

Delphi Corporation
Class C General Unsecured Claims
Class 1C Ballot

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Meifler Automotive Inc | | 2155 W Maple Rd | | | Troy | MI | 48084-7186 | |
| Merill Communications | Merill Communications | Cill 4630 | | | St Paul | MN | 55170-2833 | |
| Merill Lynch Credit Products LLC | Gary S Cohen & Chris Moon | 4 World Financial Center 7th Fl | | | New York, | NY | 10080 | |
| Merill Tool & Machine Eit Inc | | PO Box 441066 | | | Detroit | MI | 48244-1066 | |
| Merritt James And Bonnie | c/o Laudig George Rutherford & Sipes | Kathleen A Margrave Esq | 156 E Market St | Ste 600 | Indianapolis, | IN | 46204 | |
| Mesa Equipment & Supply Co Eft | | PO Box 91568 | | | Albuquerque, | NM | 87199-1568 | |
| Mesa Laboratories Inc | Datatrace | 12100 W 6th Ave | | | Lakewood, | CO | 80228 | |
| Messner Cheunson Business In M G Industries | | 619 E Edgar Rd Us Rte 1 | | | Linden, | NJ | 07036 | |
| Met Life Edk Nbc Financial | | PO Box 5049 | | | Southfield, | MI | 48086 | |
| Met Pro Corporation Dustl Division | | PO Box 7777 W0525 | | | Philadelphia, | PA | 19175 | |
| Metal Cutting Mfg Inc | | Hodges Blliss LLP | One MAT Plz Ste 2000 | | Buffalo, | NY | 14203 | |
| Metal Cutting Corp | Atln Julia S Kreher Esq | 89 Commerce Rd | | | Cedar Grove, | NJ | 07009 | |
| Metal Improvement Co Inc | | Em Coating Services | | | Shelby Township, | MI | 48315-300 | |
| Metal Matchics Industrial Fgyna Abundii Villa | | 1071 N Metro Si 608 609 | | | El Paso, | TX | 79912 | |
| Metal Working Lub Lantek Co | | PO Box 214378 | 14830 23 Mile Rd | | Auburn Hills, | MI | 48321 | |
| Metaloci Tool Repair | Margaret Lapanri | 992 Dimco Way | | | Dayton, | OH | 45458 | |
| Metalforming Technologies Inc | | 930 N Michigan Ave | Ste 1900 | | Chicago, | IL | 60611 | |
| Metalform Controls Co Inc | Atln Raymond A Dietz | 9244 Crescent Square Dr | | | Cresleine, | OL | 44231 | |
| Metform Corp | | PO Box 98753 | | | Chicago, | IL | 60693 | |
| Metform Inc | Ray Surber a/p | 467 F Wards Corner Rd | | | Loveland, | OH | 45140 | |
| Methods Machine Tools Inc | Methods Machine Tools Inc | 65 Union Ave | PO Box 382 | | Sudbury, | MA | 01776 | |
| Metokole Corp | | 1340 Neubrecht Rd | | | Lima, | OH | 45801 | |
| Metokole Corp | | PO Box 144 | | | Harleysville, | PA | 19438 | |
| Metpro Corp Systems Div | | 5075 Cogswell Rd | | | Wayne, | MI | 48184 | |
| Metra Tool Co Eft | | 18838 Glenmore | | | Detroit, | MI | 48240 | |
| Metro Built & Fastener Metro Bolt | | 100 Metro Pkwy | | | Pelham, | AL | 35124 | |
| Metro Trailer Leasing Inc | | 860 E Hanburg St | | | Pensacola, | FL | 32502 | |
| Metrocall | | 7141 E Davison | | | Detroit, | MI | 48212 | |
| Metrology Company Inc | | 24146 Research Dr | | | Farmington Hills, | MI | 48335 | |
| Metrology Group Services Inc | | | | | | | | |
| Metropolitan Government of Nashville and Davidson County | Dept of Law | Rm 204 Metropolitan Courthouse | | | Nashville, | TN | 37201 | |
| Metropolitan Life | Kim Lee | PO Box 3149 | | | Southfield, | MI | 48086-5140 | |
| Mettler Toledo Inc | | 22670 Network Pl | | | Chicago, | IL | 60673-1225 | |
| Meunier Electronic Supply Inc | | 3409 E Washington St | | | Indianapolis | IN | 46201 | |
| Mexican Industries Products Ltd Map Ltd | | 400 Renaissance Industrial Pk | | | Pontiac, | MI | 48342 | |
| Mayer O E Co | | 3003 Tiffin Ave | | | Sandusky, | OH | 44870 | |
| Mfg Automation and Controls | Todd Or Lynn | 3078 Fleery Island Circle | | | Decatur, | AL | 35603 | |
| Mfg Automation and Controls | | 66 Wood Ave S | | | Philadelphia, | PA | 19178 | |
| Mg Walgreens North America | | 2565 International Pkwy | | | Virginia Beach, | VA | 23452-7821 | |
| Mga Research Corp | | 12790 Main Rd | | | Akron, | NY | 14001-977 | |
| Mgla Manufacturing Inc | | PO Box 4258 | | | Rome, | NY | 13442-2258 | |
| Miax Federal Electric Trucks Inc | | Aerial Equipment Of Ohio Div | 2830 E River Rd | | Dayton, | OH | 45439-1538 | |
| Miami Inductotherm Inc | | 6800 Hoke Rd | | | Clayton, | OH | 45315-8740 | |
| Miami Valley Career Technology Center | Kavanagh Maloney & Osnato LLP | 415 Madison Ave 18th Fl | | | New York, | NY | 10017 | |
| Mibce Sister Spain SA | | 23851 Commerce Dr | | | Madison Height, | MI | 48071 | |
| Mic H Ignited Industries L Components | | | | | | | | |
| Michael G Shafter DBA Shafter Environmental Consulting | Michael G Shafter DBA Shafter Environmental Consulting | 80 N Crocker Ave | | | Venture, | CA | 93004 | |
| Michael Delivery Services | | 2222 G 11th St | | | Niles, | MI | 49120-0410 | |
| Michana Enterprises | | 5268 N Michigan Ste B | | | Saginaw, | MI | 48604 | |
| Michigan Air Products | | 2040 Austin | | | Troy, | MI | 48083 | |
| Michigan Dept Of Agriculture | | Metrology Laboratory | 840 Venture Ln | | Williamston, | MI | 48895 | |
| Michigan Dept Of Consumer & In | | Michigan Bureau Of Constn Cod | 7150 Harris Dr | | Lansing, | MI | 48909 | |
| Michigan Heritage Bank | | 28540 Orchard Lake Rd | | | Farmington Hills, | MI | 48334 | |
| Michigan Heritage Bank | Michigan Heritage Bank | 17199 N Laurel Park Dr Ste 51 | | | Livonia, | MI | 48152 | |
| Michigan Metrology | | Impact Analytical | 1910 W St Andrews Rd | | Midland, | MI | 48640 | |
| Michigan Molecular Institute | | Impact Analytical | 1910 W St Andrews Rd | | Midland, | MI | 48640 | |
| Michigan Molecular Institute | | Impact Analytical | 1910 W St Andrews Rd | | Midland, | MI | 48640 | |
| Michigan Molecular Institute | | Impact Analytical | 1910 W St Andrews Rd | | Midland, | MI | 48640 | |
| Michigan Minimum Technologies | | Secory Oil Co | | | Port Huron, | MI | 48060 | |
| Michigan Petroleum Service Inc | | 2286 S Michigan Rd | | | Eaton Rapids, | MI | 48827 | |
| Michigan Runner Service Inc | | PO Box 69 | | | Hazel Pk, | MI | 48030 | |
| Michigan Sales Dept Co | | 3090 Broad Dr | | | Muskegon, | MI | 48441 | |
| Michigan Society & Dynamics Eit | | 110 Administration Bldg | Michigan State University | | East Lansing, | MI | 48824-1046 | |
| Michigan State University | Delinquent Rec Bankruptcies | 20732 Negaunee St | | | Southfield, | MI | 48034 | |
| Michigan Wholesale Printing | | | | | | | | |

Delphi Corporation
Class C General Unsecured Claims
Class 1C Ballot

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Morton International Inc | | Morton Salt Div | PO Box 93092 | | Chicago | IL | 60673-3092 | |
| Moser Automation Inc | | 5047 N Meridian St Ste 200 | | | Indianapolis, | IN | 46260 | |
| Motion Finish Proved Of Ohio Inc | | 2475 Technical Dr | | | Miamisburg, | OH | 45342 | |
| Motion Savers Incorporated | | 2667 E 8 Mile Rd | | | Warren, | MI | 48091 | |
| Motivaction Llc Motivaction | | PO Box 1450 NW9377 | | | Minneapolis, | MN | 55485 | |
| Motorola Mccp | | Blackwell Sanders Peper Martin LLP | 227 W Monroe St | | Chicago, | IL | 60606 | |
| Motorola Inc | | Teresa Trager Credit | 1307 E Algonquin Rd SWA2 | | Schaumburg, | IL | 60196-1076 | |
| Motorola Inc | | Teresa Trager Credit | 1307 E Algonquin Rd SWA2 | | Schaumburg, | IL | 60196-1078 | |
| Motorola Labs | | 1301 E Algonquin Rd | | | Schaumburg, | IL | 60196 | |
| Mott Adult High School | | 1401 E Court St | Ms 602 2912 | | Flint, | MI | 48503-2358 | |
| Mott Community College | | Attn Cashiers Office | 1401 E Court St | | Flint | MI | 48503 | |
| Mou John | | 511 N Bradford Circle | | | Kokomo, | IN | 46901 | |
| Mouchawar Owen Myers Bell & Galatzan | | 100 N Stanton Ste 1700 | PO Box 1977 | | El Paso, | TX | 79901-1448 | |
| Mouser Electronics Inc | | PO Box 99319 | | | Fort Worth, | TX | 76199-0319 | |
| Mpi Miguel Perez | | 910 N E Reeds Rd No 519 | | | El Paso, | TX | 78912 | |
| Mpi Miguel Perez | | PO Box 7112 | | | Cleveland, | OH | 44192 | |
| Mr Rooter Plumbing | | 100 Nicholas Long Dr | | | Columbia, | TN | 38401 | |
| MS Dept of Environmental Quality | | Legal Division | PO Box 20305 | | Jackson, | MS | 39289-1305 | |
| MSC Industrial Supply | | 75 Maxess Rd | | | Melville, | NY | 11747 | |
| MSC Industrial Supply | | 75 Maxess Rd | | | Melville, | NY | 11747 | |
| MSC Industrial Supply Co | | 75 Maxess Rd | | | Melville, | NY | 11747 | |
| MSC Industrial Supply Co | | 75 Maxess Rd | | | Melville, | NY | 11747 | |
| MSC Industrial Supply Co | | 76 Maxess Rd | | | Melville, | NY | 11747 | |
| MSC Industrial Supply Co | | 76 Maxess Rd | | | Melville, | NY | 11747 | |
| MSC Industrial Supply Co | | 76 Maxess Rd | | | Melville, | NY | 11747 | |
| MSC Industrial Supply Co | | 76 Maxess Rd | | | Melville, | NY | 11747 | |
| MSC Industrial Supply Co | | 76 Maxess Rd | | | Melville, | NY | 11747 | |
| MSC Industrial Supply Co | | 2200 E Pratt Blvd | | | Elk Grove Village, | IL | 60172 | |
| Msc Laminates & Composites Elf | | 189 Frelinghsn Blvd | | | Enfield, | CT | 06082 | |
| Msc Laurel Filtration Corp | | Drawer 3734 | | | Atlanta, | GA | 30384-3734 | |
| Msc Software | | PO Box 12234 | | | Atlanta, | GA | 31124 | |
| Mtj Trucking Inc | | 1118 Hwy 84 East | | | Opp, | AL | 36467 | |
| MTI Systems Inc | | 50 Inkerside Dr | | | West Springfield, | MA | 01089-5100 | |
| Mti Systems Inc | | 28 Walter Jones Blvd Ste F | | | El Paso, | TX | 79906-5216 | |
| Mtoxica com Inc successor by merger to Mattronica Inc Dna No RD | | 925 Electronics Blvd Ste C | | | Huntsville, | AL | 35824 | |
| Mtoxica.com Inc | | 96860 Industrial Rd | | | Florence, | KY | 41042 | |
| Mubea Inc | | 2165 Lapeer Ave | | | Port Huron, | MI | 48060 | |
| Mubea Industries Inc | | 2165 Lapeer Ave | | | Port Huron, | MI | 48060 | |
| Mulcahey Associates Inc | | Attn Credit Dept | | | Alsip, | IL | 60803 | |
| Mulcahey Associates Inc | | 12348 S Kester Ave | | | Alsip, | IL | 60803 | |
| Multek Flexible Circuits Inc et al | | c o Stevens J Reinman Esq | Curtis Mallet Provost Colt & Mosle LLP | 101 Park Ave | New York, | NY | 10178-0061 | |
| Multek Flexible Circuits Inc et al | | Stevens J Reinman Esq | | 101 Park Ave | New York, | NY | 10178 | |
| Multi Tech Industries Inc | | Shetal Law Firm | 500 Chestnut St | | Meadville, | PA | 16335 | |
| Multi Tech Industries Inc | | PO Box 199 | | | Meadville, | PA | 16335 | |
| Multi Tool Inc | | Shetal Law Firm | 360 Chestnut St | | Meadville, | PA | 16335 | |
| Multi Tool Inc | | Louis J Black Esq | 2220 W Corporate Corporation | | Meadville, | PA | 16335 | |
| Multimatic Technologies Inc | | Attn Tammy Grove CO1722 | Dept Ch 14075 401 Peoria St | | Palatine, | IL | 60055-4075 | |
| Municipal Emergency Services Inc | | c o Doren Corb Corporation | Frmly Global Fire Equipment | | Piscataway, | NJ | 08854 | |
| Made In Motion | | 1442 West 7th St | | | Piscataway, | NJ | 08854 | |
| Muskegon Castings Corp | | c o Parmenter O Toole | 601 Terrace St | | Muskegon, | MI | 49440-0786 | |
| Muskegon Castings Corp | | c o Parmenter O Toole | 601 Terrace St | | Muskegon, | MI | 49440-0786 | |
| Mwr Service Inc | | PO Box 1041 | | | Buffalo, | NY | 14207-0041 | |
| Mw Watermark Llc | | 12704 Greasby | | | Holland, | MI | 49424 | |
| Mycon Corp | | PO Box 802616 | Ste 20 | | Chicago, | IL | 60680-2616 | |
| N D K America Inc | | 203 N LaSalle St Ste 2800 | | | Chicago, | IL | 60601-1282 | |
| N K M A Incorporated | | 1450 Hyde Ave | | | San Francisco, | CA | 93906 | |
| N J Malin & Associates LP | | PO Box 797 | | | Addison, | TX | 75001 | |
| N J Malin & Associates LP | | 3119 Market St Ste 205 | | | Youngstown, | OH | 44507 | |
| Naacp Youngstown Branch | | 860 Commerce Dr | | | River City, | | | |
| Nabco Inc | | 545 Vernie Way | | | New Castle, | DE | 19720-1649 | |
| Nabco Inc | | 545 Yellow Glen Ste 101 | | | El Paso, | TX | 79922 | |
| Naffs Ventures Inc | | 2068 White Road Ste 255 | | | Irvine, | CA | 92614 | |
| Nagel & Shippers Products & Sierra Liquidity Fund | | Sierra Liquidity Fund | 5321 Great America Pkwy Ste | | Santa Clara, | CA | 95054 | |
| Nakamura Instrument Inc | | 143 Mitchell Rd | 272 | | Benton, | PA | 17814 | |
| Nancy Springer Dupont | | 1901 S Grover Rd | | | Kokomo, | IN | 46902 | |
| Naopah Tabeh | | File 61246 | | | San Francisco, | CA | 94160-1246 | |
| Nanometrics Inc | | Dept 78058 | PO Box 60000 | | Detroit, | MI | 48278-0058 | |
| Napa North American Operations | | Attn Ed | Dept 78000 | PO Box 78000 | Detroit, | MI | 48278-0055 | |
| Napa Auto Parts | | 109 West Water Street | | | Oak Harbor, | OH | 43449 | |

Delphi Corporation
Class C General Unsecured Claims
Class 1C Ballot

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Oklahoma Tax Commission | Bankruptcy Section | General Counsels Office | PO Box 53248 | | Oklahoma City, | OK | 73152-3248 | |
| Okuma America Corp | | 11900 Westhall Dr | | | Charlotte, | NC | 28278 | |
| Olathe City Of Ks | | 1385 S Robinson Dr | PO Box 2100 | | Olathe, | KS | 66051-2100 | |
| Olathe Medical Services Inc | | PO Box 691280 | | | Kansas City, | MO | 64169 | |
| Olentz Engineering Inc | | PO Box 844485 | | | Addison, | TX | 75374-4485 | |
| Olmco Inc | | PO Box 1405 | | | Owensboro, | KY | 42302 | |
| Olmco Plastics Inc | | PO Box 1405 | | | Owensboro, | KY | 42302-1405 | |
| Olmsted Coil Spring Co | | 833 North Ridge Ave | | | Lombard, | IL | 60148 | |
| Olson Electric Inc | | 729 North Dixon Rd Mb 172 | | | Kokomo, | IN | 46901 | |
| Omnium | | 560 E Timpanogos Circle | | | Orem, | UT | 84097 | |
| On Site Llc | | 3333 N Wayne St Ste 152 | | | Angola, | IN | 46703 | |
| Oneida Research Services Inc | | 8282 Halsey Rd | | | Whitesboro, | NY | 13492 | |
| Onesource Distributors Inc | | PO Box 910209 | | | San Diego, | CA | 92191 | |
| Onkins Satin A Kid Trelwood Fam ly Medicine | | 1 Streeter & Broadway | | | Trolwood, | OH | 45426 | |
| Onkyo Industrial Corporate Inc | | 360 Donius Ln | | | Elk Grove Village, | IL | 60007 | |
| Onlrack Data Recovery Inc | | 9023 Columbine Rd | | | Eden Prairie, | MN | 55347 | |
| Onyx Environment Services Llc | | PO Box 73709 | | | Chicago, | IL | 60673-7709 | |
| Onyx Environmental Svcs Llc | | PO Box 73709 | | | Chicago, | IL | 60673 | |
| Onyx Special Products Service Inc | | 815 Executive Blvd | | | Hicksville Heights, | OH | 45424-4440 | |
| Open Business Exchange Ltd | | 1100 Bath St 820 | | | San Francisco, | CA | 94104 | |
| Optical Associates Inc | | 555 River Oaks Pky | | | San Jose, | CA | 95134 | |
| Optima Batteries Inc | | 650 Holders Ave | | | Rochester, | NY | 14621 | |
| Optim Alm Accounts Receiv Able | | 850 Stephenson Hwy Ste 615 | | | Troy, | MI | 48083 | |
| Optipro Systems Inc | | 6368 Dean Pkwy | | | Ontario, | NY | 14519 | |
| Optrex America Inc | | 46723 Five Mile Rd | | | Plymouth, | MI | 48170-2422 | |
| Orbis Movers & Erectors Inc | | 1101 Kepler Pl | | | Dayton, | OH | 45402 | |
| Ora Hill Hub Fund Ltd | One Hill Hub Fund Ltd | 650 Fifth Ave 9th Fl | | | New York, | NY | 10019 | |
| Ora Hill Hub Fund Ltd | One Hill Hub Fund Ltd | 650 Fifth Ave 9th Fl | | | New York, | NY | 10019 | |
| Ora Hill Hub Fund Ltd | One Hill Hub Fund Ltd | 650 Fifth Ave 9th Fl | | | New York, | NY | 10019 | |
| Ora Hill Hub Fund Ltd | One Hill Hub Fund Ltd | 650 Fifth Ave 9th Fl | | | New York, | NY | 10019 | |
| Origin Lab Corp & Sierra Liquidity Fund | Sierra Liquidity Fund | 2699 White Rd Ste 255 | | | Irvine, | CA | 92614 | |
| Orlogard Lkrism Chel & Sierra Inc | | 16 Cider Mill Ave | | | Hudson, | MA | 44435 | |
| Orlon Charter Township Mi | | 2525 Joslyn Rd | | | Lake Orion, | MI | 48360 | |
| Orix Warren LLC | c o Michael J Morlan Esq | Orix Real Estate Capital Inc | 100 N Riverside Plz Ste 1400 | | Chicago, | IL | 60606 | |
| Oro Extrusioning Company Inc | | 4632 Grovss Rd | | | Columbus, | OH | 43232 | |
| Oroni Feod Control | | 119 Mundinge Dr | | | Clifford, | MS | 39157 | |
| Oskar Duran | | 122 Corner Rd | | | Underwood, | WA | 98651 | |
| Osco Inc Eft | | 2907 Walznken Dr | | | Rochester Hills, | MI | 43099 | |
| Osmam Onjio Semiconductors Inc | | 7600 Grand River Ave 210 | | | Brighton, | MI | 48114 | |
| Other Place | c o Robert L Eisenbach III | Cooley Godword LLP | 101 California St 5th Fl | | San Francisco, | CA | 94111-5800 | |
| Otis Elevator Company | Otis Elevator Company | 840 S Patterson Blvd | | | Dayton, | OH | 45402 | |
| Ottenweller Co Inc | | 1 Farm Springs Rd | | | Farmington, | CT | 06032 | |
| Ottumwa Stamp Inc | | 1271 Lincoln Ave | | | Holland, | MI | 49423 | |
| Oudoumpse Copper Nippart Inc Now Known as Luvata | | | | | | | | |
| Otto Inc | Atta Julia S Kreher Esq | Hodgson Russ LLP | One M&T Plz Ste 2000 | | Buffalo, | NY | 14203 | |
| Overhead Door Of The Border | | 14213 Marsha Dr | | | Laredo, | TX | 78045 | |
| Ovrlmla Transportation & UPS Company | Attn Rebecca Richardson | PO Box 1216 | Innsuronce Industrial Park | | Richmond, | VA | 23218-1216 | |
| Owens Cornng Fiberglass Inc C/o Owens Cornng World Headquarters | Attn Mariann Praylaski 10 6 | One Owens Corning Pkwy | | | Toledo, | OH | 43659 | |
| P & A Industries Inc | | PO Box 631005 | | | Cincinnati, | OH | 45263-5005 | |
| P & J Delivery Service Inc | | PO Box 2975 | | | Grand Rapids, | MI | 49501 | |
| P & R Communications Service Inc | P & R Communications Service Inc | 784 E 1st St | | | Dayton, | OH | 45402 | |
| P & R Communications Service Inc | Attn Patrick Bradley | 1100 Atlantic Dr | | | W Chicago, | IL | 60185 | |
| P Tod & Dls Co Inc | | 3333 Union St | | | North Chili, | NY | 14514 | |
| Pace Overhead Door Company Of Kansas City | | PO Box 12617 | | | North Kansas City, | MO | 64116 | |
| Pacer Global Logistics Inc | | 6805 Perimeter Dr | | PO Box 8104 | Dublin, | OH | 43016 | |
| Pacet Service Center | | PO Box 277773 | | | Atlanta, | GA | 30384-7773 | |
| Pacesetter Systems | Pacesetter Systems | 23515 Avenue Stanford | | | Valencia, | CA | 91355 | |
| Pacific Rim Capital Inc | | 15 Enterprise Ste 400 | | | Aliso Viejo, | CA | 92656 | |
| Pacific Rim Capital Inc | | 15 Enterprise Ste 400 | | | Aliso Viejo, | CA | 92656 | |
| Pacific Rim Capital Inc | | 15 Enterprise Ste 400 | | | Aliso Viejo, | CA | 92656 | |
| Pacific Rim Capital Inc | | 15 Enterprise Ste 400 | | | Aliso Viejo, | CA | 92656 | |
| Packaging Corporation of America | Karen McGill | Packaging Credit Company LLC | PO Box 67000 Dept 283701 | | Detroit, | MI | 48267-2837 | |
| Packaging Engineering LLC | | 2620 Centennial Rd Suites | 900 E Diehl Rd St 131 | | Naperville, | IL | 60563 | |
| | | | | | Toledo, | OH | 43615 | |

Delphi Corporation
Class C General Unsecured Claims
Class 1C Ballot

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Packaging Plus | | 7783 Loma Ct | | | Fishers | IN | 46038 | |
| Palletts Precision Products Inc | | 57 Bates St | | | Whitney | CT | 06750 | |
| Palmer International Inc Eft | | PO Box 315 | | | Skippack | PA | 19474 | |
| Palmer Moving & Storage | | 24660 Dequindre Rd | | | Warren | MI | 48091-3332 | |
| Palmer Moving & Storage | | 24660 Dequindre Rd | | | Warren | MI | 48091 | |
| Pam Transport Inc | | PO Box 1000 Dept 340 | | | Memphis | TN | 38148-0340 | |
| Panalpina Inc | | 661 Westport Pkwy Ste 100 | | | Grapevine | TX | 76051 | |
| Panalpina Inc | | 800 E Devon Ave | | | Elk Grove Village, | IL | 60007-5224 | |
| Panasonic Automotive Systems Company of America Division of Panasonic Company of North America | Attn Laurence Reach Esq | 776 Hwy 74 S | | | Peachtree City, | GA | 30269 | |
| Panduit Corporation | | 6740 Porter Rd | | | Sardis | OH | 44723 | |
| Panels Packaging Inc | | Fortuna Plastics of Illinois | 262 S Stradella Ave | | Mundelein, | IL | 60060-5105 | |
| Parafgan Design Solutions Inc | | 4300 Grand Haven Rd | | | Norton Shores, | MI | 49441 | |
| Paratech Technologies Inc | | 6731 Telford St | | | Warren | MI | 48091-1590 | |
| Paralux Inc | Paralux Inc | 699 Moto Dr No 100 | | PO Box 206 | Roddin, | CA | 95765 | |
| Paramatic Technology Corp | Judd Smith | 140 Kendrick St | | | Needham, | MA | 02494 | |
| Paramount Die Inc Die Paramount Dies | | 1300 Birner Dr | | | Batavia, | OH | 45103 | |
| Paramount Die Inc Die Paramount Dies | | 1300 Kildon Dr | | | Batavia, | OH | 45102 | |
| Park Enterprises of Rochester Inc | Chamberlain DAmanda | Attn Jerry Greenfield Esq | 2 State St Ste1900 | | Rochester, | NY | 14614 | |
| Park Ohio Products Inc | | 7000 Denison Ave | | | Cleveland, | OH | 44102 | |
| Parker Hannifin Corporation | DiVisions Engineered Seals Automotive Connectors | 6035 Parkland Blvd | | | Cleveland, | OH | 44124 | |
| Parker Machinery Movers Equipment | | 2204 Hillside Ave | | | Indianapolis, | IN | 46218 | |
| Parker Rust Proof Of Cleveland | | 1665 Arabella Rd | | | Cleveland, | OH | 44112 | |
| Parkland Design Corporation Inc | Chun Chang | 1465 Lyell Ave | | | Rochester, | NY | 14606 | |
| Parkview Metal Products | c/o Robert D Welford | Miller Johnson | PO Box 306 | | Grand Rapids, | MI | 49501-0306 | |
| Parkway Products Inc Eft | | PO Box 630198 | | | Cincinnati, | OH | 45263-0001 | |
| Parsons Brinckerhoff Quade | | 8 Douglas Ave | | 50 Lakefront Blvd Ste 111 | Buffalo, | NY | 14202 | |
| Pat Lonskin | | 207 Fieldstone Dr | | | Glenshaw, | PA | 11516 | |
| Paul Mellings Jendreky and Welder Llp | Katherine A Trader | 515 E Flower St 25th Fl | | | Los Angeles, | CA | 90071 | |
| Paul Weldon & Associates LPA | Craig T Matthews & Associates LPA | 320 Regency Ridge Dr | | | Centerville, | OH | 45459 | |
| Pauline C Holland | Pauline C Holland | 5308 Falcon Chase Ln NE | | | Atlanta, | GA | 30042 | |
| Paulo Products Co | | 5920 N Park Ave | | | St Louis, | MO | 63110 | |
| Pavo Inc | | 1376 Putman Dr Bldg B | | | El Paso, | TX | 79936 | |
| Paxton Products | | 7878 Remittance Dr Ste 6061 | | | Chicago, | IL | 60675-6061 | |
| Pbcc | | PO Box 856460 | | | Louisville, | KY | 40285-6460 | |
| Pc Computers & Software Inc | c/o Damon & Morey LLP | 8125 G E 51st St | | | Tulsa, | OK | 74145 | |
| Pcb Piezotronics | | 1600 Cathedral Pl | | | Buffalo, | NY | 14202 | |
| Pea | | 34468 Doreka | | 289 Main St | Fraser, | MI | 48026 | |
| Pd Systems Venty Inp | | 44000 Old Warm Springs Blvd. | | | Fremont, | CA | 94538 | |
| Pear Technologies Inc | | PO Box 8605 S4055 | | | Philadelphia, | PA | 19178-4055 | |
| Pearson Cynthia A | | 5506 Heatherton Dr | | | Trotwood, | OH | 45426 | |
| Pearson Education Inc | Pearson Business Services | Attn PE No 5221771 | | 200 Old Tappan Rd | Old Tappan, | NJ | 07675 | |
| Pedersen Keenan King Wachsberg & Andrzejek Pc | | 4067 W Maple Rd | | | Bloomfield Twp | MI | 48301-2083 | |
| Peerless Industrial Group Inc | | 2570 Ferry St | | | Commerce Township, | MI | 48393-2030 | |
| Peerless Steel Company Inc | | 2450 Austin Ave | | | Troy, | MI | 48083-2030 | |
| Peerless Transportation Co Eft | | PO Box 1235 | | | Dayton, | OH | 45401 | |
| Pelino Cosminog Corporation | Kai Khannewhong | 400 S Riverside Dr | 760 Jersey Ave | | New Brunswick, | NJ | 08903 | |
| Pelo Precision Products Inc | | 1400 Emerson St | | | Rochester, | NY | 14606 | |
| Pena Juan E | Carol Rizzo | 5825 Delphi Dr | | | Troy, | MI | 48098 | |
| Penn Aluminum International Inc | Dennis E Quaid Penn Engineering & Manufacturing Corp | Fagelhaber LLC | | 55 E Monroe St | 40th Flr | Chicago, | IL | 60603 | |
| Penn Engineering & Manufacturing Corp | | 5190 Old Easton Rd | | | Danboro, | PA | 18916 | |
| Penn United Technology Inc | | PO Box 415 | | | Saxonburg, | PA | 16056 | |
| Pennzoil Products Co Motor Service Inc | | 2222 E 33rd St | | | Erie, | PA | 16510 | |
| Penstock Industrial Tools Inc | | 219 Thomson Park Dr | | | Cranberry, | PA | 16066 | |
| Pepsi Cola General Bottlers Inc | | 75 Remittance Dr Ste 1884 | | | Chicago, | IL | 60675-1884 | |
| Perbelle | | 5201 N 63th St Ste 102 | | | Lincoln, | NE | 68507-3180 | |
| Perez Rebecca C/o Delphi New Brunswick Plant | | Attn Jeffrey Doc | 760 Jersey Ave | | New Brunswick, | NJ | 08903 | |
| Perfect Water Co Lts The | | 51410 Milano Dr Ste 110 | | | Macomb, | MI | 48042 | |
| Perfection Products Inc | | 1603 S Indianapolis Ave | | | Lebanon, | IN | 46052 | |
| Perfection Servo Hydraulics Corp | Stephen R Epstein | 1440 E Algonquin Rd | PO Box 275 | | Mt Prospect, | IL | 60056-0275 | |
| Perfection Tool & Mold Corp | | 3020 Production Ct | | | Dayton, | OH | 45414-3514 | |
| Perfection Tool & Mold Corp | | 3020 Production Ct | | | Dayton, | OH | 45414-3514 | |

12/27/2007 10:12 PM
W- 1C DOMESTIC V8 Parts 1-10

Delphi Corporation
Class C General Unsecured Claims
Class 1C Ballot

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Select Industries Corporation | Paige Leigh Ellerman Esq | Taft Stettinius & Hollister LLP | 425 Walnut St Ste 1800 | | Cincinnati, | OH | 45202 | |
| Selectform | | PO Box 1150 | | | Framingdale, | NY | 11735 | |
| Seltek | | 5130 Gateway East | | | El Paso, | TX | 79905 | |
| Semcoenergy Gas Company | | PO Box 79001 | | | Detroit, | MI | 48279-1722 | |
| Semis Incorporated | | 4160 Technology Dr | | | Fremont, | CA | 94538-6360 | |
| Seneca Ceramics Corp & Sierra Liquidity Fund | Sierra Liquidity Fund | 2699 White Rd Ste 255 | | | Irvine, | CA | 92614 | |
| Seneca Wire & Mfg Co | | PO Box 710365 | | | Cincinnati, | OH | 45271-0365 | |
| Sensotec Inc | | 13137 Collections Ctr Dr | | | Chicago, | IL | 60693 | |
| Sentinel Fluid Controls Llc | | 5702 Opportunity Dr | | | Toledo, | OH | 43612 | |
| Sentry Business Products | | PO Box 588 | | | North Tonawanda, | NY | 14120-0588 | |
| Sermacood Inc | | 1279 Rickett Rd | | | Brighton, | MI | 48116 | |
| Service Engineering Inc | Mr Jack Clements Credit Manager | 2190 W Main St | PO Box 5001 | | Greenfield, | IN | 46140-5001 | |
| Service Filtration Corp dba Serfilco Ltd | Serfilco Ltd | 2900 MacArthur Blvd | | | Northbrook, | IL | 60062 | |
| Service Industrial Inc The Service Uniform Rental | | 102 Tran Ave | | | San Antonio, | TX | 78207 | |
| Service Transport Inc | | PO Box 2749 | | | Cookeville, | TN | 38502-2749 | |
| Servitech Inc | | 420 Marsh Hawk Dr | | | Folsom, | CA | 95630-8585 | |
| Sexton Gary H | | 1027 Chalet Ave | | | New Carlisle, | OH | 45344 | |
| SFS Intec Inc | SFS Intec Inc | Spring 33 & Van Reed Rd | | | Wyomissing, | PA | 19610 | |
| Sg Industries Inc | | 9113 Macon Rd | | | Cordova, | TN | 38016 | |
| SGL Carbon LLC | | 8600 Bill Fisklen Dr | | | Charlotte, | NC | 28227 | |
| Sgs North America Inc | Sgs North America Inc | 12621 Featherwood Dr Ste 150 | | | Houston, | TX | 77034 | |
| Shafira & Sleevers Co Inc | | PO Box 163 | | | Roebling, | NJ | 08554 | |
| Shako Inc | | PO Box 350016 | | | Boston, | MA | 02241-0516 | |
| Shapp Packaging Inc | | PO Box 124 | | | Sussex, | WI | 53089 | |
| Shapp Trading Inc | | PO Box 124 | | | Sussex, | WI | 53089 | |
| Shaw Water Co Eft | | 19201 Villaview Rd | Ste 310 | | Cleveland, | OH | 44119 | |
| Shelby Die Casting Co | | 120 W Bristol | | | Saginaw, | MI | 48602 | |
| Shelby Twp Dept Of Pub Wks Mi | | Attn A R Natalie Cantrell | PO Box 66 | | Fayette, | AL | 35555-0066 | |
| Shoreline Chimno & Adams | | 6333 23 Mile Rd | | | Shelby Twp, | MI | 48316-4405 | |
| Shemaia Chimno & Adams | | PO Box 5016 | | | Rochester, | MI | 48306 | |
| Sherwin Williams Automotive Finishes Corp | Sherwin Williams Automotive Finishes Corp | 4440 Warrensville Center Rd | | | Warrensville Heights, | OH | 44128 | |
| Sherwin Williams Company | Sherwin Williams Company | 101 Prospect Ave NW | 625 Republic Bldg | | Cleveland, | OH | 44115 | |
| Sherwin Williams Company | Sherwin Williams Company | 101 Prospect Ave NW | 625 Republic Bldg | | Cleveland, | OH | 44115 | |
| Sherwin Williams Company | Sherwin Williams Company | 101 Prospect Ave NW | 625 Republic Bldg | | Cleveland, | OH | 44115 | |
| Shin Etsu Polymer America Inc | | 5600 Mowry School Rd Ste 320 | | | Newark, | CA | 94560 | |
| Shinchang Electrics Co Ltd | Shinchang America Corp | 47200 Port St | | | Plymouth, | MI | 48170 | |
| Shinkawa International Inc | | Attn Accounts Receivable | 970 W 190th St Ste 520 | | Torrance, | CA | 90502 | |
| Shippers International | Shippers International | 3765 Stewart Ln | | | Nashville, | TN | 37218 | |
| Shirck Thomas M | Shirck Thomas M | 4925 Bradenton Ave | Suite C | | Dublin, | OH | 43017 | |
| Shirck Thomas M | Shirck Thomas M | 4925 Bradenton Ave | Suite C | | Dublin, | OH | 43017 | |
| Shop Supply & Tool Co Inc | Shop Supply & Tool Co Inc | 5814 Heisley Rd | | | Mentor, | OH | 44060 | |
| Shorelina Container Inc | | 1255 Reliable Pkwy | | | Chicago, | IL | 60686 | |
| Showa Denko Carbon Inc | | PO Box 100607 | | | Atlanta, | GA | 30384-0607 | |
| Shrink Packaging Systems Corp | | PO Box 845454 | | | Boston, | MA | 02284-5454 | |
| Shur-A-Vision Inc Eft | | PO Box 123 | | | Flint, | MI | 48501 | |
| Siemens Aktiengesellshaft | Charles P Schulman | 10 South Wacker Drive 40th FL | | | Chicago, | IL | 60606 | |
| Siemens Building Technolodgies Inc | Lauren Newman | Flagelhaber LLC | 55 E Monroe St 40th Fl | | Chicago, | IL | 60603 | |
| Siemens Energy & Automation Inc Successor By Way of Merger to Siemens Logistics & Assembly Systems Inc | c o Elizabeth L Gunn Esq | McGuire Woods LLP | One James Center | 901 E Cary St | Richmond, | VA | 23219 | |
| Siemens VDO Automotive Corporation | Carol A Jizmejian | 2400 Executive Hills Blvd | | | Auburn Hills, | MI | 48326-2980 | |
| Siemens VDO Automotive Corporation Assignee of American Electronic Components Inc | Charles P Schulman | Sachnoff & Weaver Ltd | 10 S Wacker Dr 40th Fl | | Chicago, | IL | 60606 | |
| Sierra Liquidity Fund | | 2699 White Rd Ste 255 | | | Irvine, | CA | 92614 | |
| Sierra Liquidity Fund | | 2699 White Rd Ste 255 | | | Irvine, | CA | 92614 | |
| Sierra Liquidity Fund | | 2699 White Rd Ste 255 | | | Irvine, | CA | 92614 | |
| Sierra Liquidity Fund | | 2699 White Rd Ste 255 | | | Irvine, | CA | 92614 | |
| Sierra Liquidity Fund | | 2699 White Rd Ste 255 | | | Irvine, | CA | 92614 | |
| Sierra Liquidity Fund | | 2699 White Rd Ste 255 | | | Irvine, | CA | 92614 | |
| Sierra Liquidity Fund | | 2699 White Rd Ste 255 | | | Irvine, | CA | 92614 | |
| Sierra Liquidity Fund | | 2699 White Rd Ste 255 | | | Irvine, | CA | 92614 | |
| Sierra Liquidity Fund | | 2699 White Rd Ste 255 | | | Irvine, | CA | 92614 | |
| Sierra Liquidity Fund | | 2699 White Rd Ste 255 | | | Irvine, | CA | 92614 | |
| Sierra Liquidity Fund | | 2699 White Rd Ste 255 | | | Irvine, | CA | 92614 | |

Delphi Corporation
Class C General Unsecured Claims
Class 1C Ballot

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Tenaxol Inc | | 1001 E Centralia St | | | Elkharn, | WI | 53121 | |
| Tenatronics Co | | PO Box 74414 | | | Chicago, | IL | 60694-4414 | |
| Tennessee Automotive Brasil Ltda | c o Ronald R Peterson | Jenner & Block LLP | One IBM Plaza | | Chicago, | IL | 60611 | |
| Tennessee Valley Authority Tva | Harriet A Cooper Assistant General | 400 W Summitt Hill Dr | | | Knoxville, | TN | 37902-1401 | |
| Tennessee Valley Recycling Llc | | Po Drawer H | | | Decatur, | AL | 35602 | |
| Tenneloc | | 3765 Broadmoor Se Ste G | | | Grand Rapids, | MI | 49512 | |
| Terminix Intl Co Lp | | 6230 Dixie Hwy | | | Bridgeport, | MI | 48722-9513 | |
| Terminix Ohio Commercial | | 4785 Ste B Emerald Way | | | Middletown, | OH | 45044 | |
| Terra Technologies Inc | John | PO Box 21357 | | | Louisville, | KY | 40221-0357 | |
| Terry Service Inc Terry Trane Service Agency | | PO Box 1357 | | | Ridgeland, | MS | 39158 | |
| Tesa AG | Karen Ostad Esq | James L DeCristoforo Esq | Lovells | 590 Madison Ave | New York, | NY | 10022 | |
| Tesec Inc | | 20 Kenosia Ave | | | Danbury, | CT | 06810 | |
| Tesma International | | 23300 Haggerty Rd 200 | | | Farmington Hills, | MI | 48335-2605 | |
| Tesma International Systems Inc | | 750 14th St Sw | | | Loveland, | CO | 80537 | |
| Test America Analytical Testing | Test America Analytical Testing | 1300 Busch Parkway | | | Buffalo Grove, | IL | 60089 | |
| Test Equipment Distributors | | Llc | 1370 Piedmont | | Troy, | MI | 48083 | |
| Test Products Inc | | 41255 Technology Park Dr | | | Sterling Heights, | MI | 48314-4102 | |
| Testing Services Group & Sierra Liquidity Fund | Sierra Liquidity Fund | 2699 White Road Ste 255 | | | Irvine, | CA | 92614 | |
| Testnet Inc | | 1300 Chase St | | | Algonquin, | IL | 60102-9667 | |
| Testpro Systems Inc | Jim Bell | 2119 Metro Circle | | | Huntsville, | AL | 35801 | |
| Tetra Mold & Tool Inc Eft | Jill Reese A R Mgr | 51 Quick Rd | | | New Carlisle, | OH | 45344 | |
| Texas Comptroller Of Public Accounts Unclaimed Prop Divi | | | | | | | | |
| Texas Instruments Incorporated | Joseph J Wielebinski Esq | Munsch Hardt Kopf & Harr PC | 500 N Akard St Suite 3800 | | Austin, | TX | 78711-2019 | |
| Texas Process Equipment | | PO Box 12019 | | | Dallas, | TX | 75201-6669 | |
| Tg North America Corp | | 10716 Harry Hines Blvd | | | Dallas, | TX | 75220 | |
| Tg North America Corp Tg Missouri | | PO Box 67000 Dept 220701 | | | Detroit, | MI | 48267-2207 | |
| Tgi Direct Inc | | PO Box 67000 Dept 175101 | | | Detroit, | MI | 48267-1751 | |
| Tgi Direct Inc | | 5365 Hill 23 Dr | | | Flint, | MI | 48507 | |
| Tgi Direct Inc | | 5365 Hill 23 Dr | | | Flint, | MI | 48507-390 | |
| Tha Major Associates Inc Eft | | PO Box 49489 | | | Dayton, | OH | 45449-0489 | |
| The Ayco Company LP | | Attn General Counsel | 321 Broadway | | Saratoga Springs, | NY | 12866 | |
| The Bertram Inn & Conference Ctr | Liz Colwell | 600 N Aurora Rd | | | Aurora, | OH | 44202 | |
| The Brx Group Inc | David Tilton CFO | 541 Division St | | | Campbell, | CA | 95008 | |
| The Chas E Phipps Company | The Chas E Phipps Company | 4690 Willow Pkwy | | | Cleveland, | OH | 44125 | |
| The Condit Company Inc | | Dept 81 | PO Box 21228 | | Tulsa, | OK | 74121-1338 | |
| The Dayton Power and Light Company | | 1065 Woodman Dr | | | Dayton, | OH | 45432 | |
| The Estabrook Corporation | | PO Box 804 | | | Berea, | OH | 44017 | |
| The Eurekana Electric Co Ltd | co Pam Ayers Butler Esq | Squire Sanders & Dempsey LLP | 600 Hansen Wy | | Palo Alto, | CA | 94304-1043 | |
| The Glidden Company dba ICI Paints | ICI Paints | 15885 W Sprague Rd | | | Strongsville, | OH | 44136 | |
| The Growing Concern | Jennifer Jones | 1918 Basset | HGW Rm A105 | | El Paso, | TX | 79901 | |
| The H J Scheirich Co | | PO Box 557 | | | Dayton, | TX | | |
| The Lincoln Electric Co | | 240 W Fifth St | | | Toledo, | OH | 43697 | |
| The Minster Machine Company | Attn Mary Bergman | One Reynolds Way | | | Minster, | OH | 45865 | |
| The Reynolds and Reynolds Company | | 1401 Sycamore Line | | | Dayton, | OH | 45430 | |
| The Sandusky Plant Company | co Benjamin F Mann | Blackwell Sanders Peper Martin LLP | 4801 Main St Ste 1000 | | Sandusky, | OH | 44870 | |
| The Steel Works & Sewer End Al | | PO Box 600 | | | Gadsden, | AL | 35902-0800 | |
| Therm O Disc Inc | | PO Box 4379 | | | Kansas City, | MO | 64141 | |
| Therm O Link Inc Eft | | PO Box 93825 | | | Cleveland, | OH | 44101 | |
| Thermafio | | 2001 Courthouse Plaza Ne | | | Thousand Oaks, | CA | 91359 | |
| Thermal Product Solutions | Attn Lisa Gonzalez | 2321 Old Rte 15 | | | New Columbia, | PA | 17856 | |
| Thermalex Inc | | 2758 Gunter Park Dr W | | | Montgomery, | AL | 36109 | |
| Thermax cdt | | Thermax Wire L P | 8945 Winnetka Ave | | Northridge, | CA | 91324 | |
| Thermo Electron North America | Therno Electron | 1400 Northpointe Pkwy Ste10 | | | West Palm Beach, | FL | 33407 | |
| Thermometrics | John M Boucher | 391 Molody Ln | | | Casselberry, | FL | 32716-1220 | |
| Thermotech Company | Thermotech Company | 1302 S 5th St | | | Hopkins, | MN | 55343 | |
| Thi Inc Thierica Inc | | 900 Clancy Ave N E | | | Grand Rapids, | MI | 49503 | |
| Thielenhaus Microfinish Corporation | attn Ms Joan Coblentz | 42925 W Nine Mile Rd | | | Novi, | MI | 48376 | |
| Thierica Equipment Corp | | 900 Clancy Ave NE | | | Grand Rapids, | MI | 49503 | |
| Thk America Inc | | 200 E Commerce Dr | | | Schaumburg, | IL | 60173 | |
| Thomas Hitt | | 9592 Hwy 494 | | | Little Rock, | MS | 39337 | |
| Thompson Communications & Electronics Inc | | PO Box 465 | | | New Castle, | IN | 47362 | |
| Thompson Hine & Flory Llp | | 2000 Courthouse Plaza Ne | PO Box 8801 | | Dayton, | OH | 45401-8801 | |
| Thompson Machine the Tool & Die Group Inc | Thompson Machine the Tool & Die Group Inc | 8400 Washington PI NE | | | Albuquerque, | NM | 87113 | |
| Thompson Machine the Tool & Die Group Inc | Thompson Machine the Tool & Die Group Inc | 8400 Washington PI NE | | | Albuquerque, | NM | 87113 | |

Delphi Corporation
Class C General Unsecured Claims
Class 1C Ballot

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| TTI Inc | | 2441 NE Pky | | | Fort Worth | TX | 76106-1988 | |
| Tulco Specialties Co Inc | | 1463 NW Kendall Rd | | | Troutdale | OR | 97060 | |
| Tulco Oils Inc | | 6240 E Pine St | | | Tulsa | OK | 74115 | |
| Tulsa Port Of Catoosa | | 5350 Cimarron Rd | | | Catoosa | OK | 74015 | |
| Tulsa Utils Svc City Of Ok | | U06949 Services | | | Broken Arrow, OK | OK | 74107-0002 | |
| Tulsa Water & Billing Company | | 1816 W Detroit | | | Tulsa | OK | 74013 | |
| Turner Supply Co | | PO Box 10825 | PO Box 930 | | Birmingham | AL | 35202 | |
| Tuscaloosa City Of Al | | Water & Sewer Dept | PO Box 2090 | | Tuscaloosa | AL | 35403-2090 | |
| TWI Network Inc | | 2122 Rawsonville | | | Belleville | MI | 48111-1238 | |
| Twin City Fan Companies Ltd | | Canopy | 5959 Trenton Ln | | Minneapolis | MN | 55442-3237 | |
| Twla Corporation | Dennis M Haley P14538 | Wisegarden Haley Lindholm & Robertson PLLC | G 9460 S Saginaw St Ste A | | Grand Blanc | MI | 48439 | |
| TXU Energy Retail Company LP | c o Bankruptcy Dept | PO Box 650393 | | | Dallas | TX | 75265-0393 | |
| Tyco Electronics Corporation | George D Hagle Jr Credit Mgr | PO Box 3608 MS 3826 | | | Harrisburg | PA | 17105-3608 | |
| U Fabrications Inc | | 300 Corey Way | | | S San Francisco | CA | 94080 | |
| U S Molding Machinery Co | | 17717 Masonic Blvd | | | Fraser | MI | 48026 | |
| U S Molding Machinery Co | | 38294 Pelton Rd | | | Willoughby | OH | 44094 | |
| UAW Delphi Legal Services Plan | Daniel Sherrick General Counsel | International Union UAW | 8000 East Jefferson Avenue | | Detroit | MI | 48214 | |
| UAW GM Center for Human Resources | Daniel Sherrick General Counsel | International Union UAW | Solidarity House | 8000 East Jefferson Avenue | Detroit | MI | 48214 | |
| Uaw Excel Bldg | | 2715 South Rangeline Rd | | | Anderson | IN | 46017 | |
| Uaw Region 1 D | Debby | 500 Shattuck Rd | | | Saginaw | MI | 48604 | |
| Ufe Inc | | 1850 S Greeley St | | | Stillwater | MN | 55082 | |
| Ufp Technologies | | PO Box 33067 | | | Hartford | CT | 06150-3067 | |
| Ufp Technologies | | 1964 Highway 90 E | | | Paul, | MS | 39205-3219 | |
| Ufwa Corp Analysas | | 2200 South Lakeside Dr | | | Waukegan, | IL | 60085 | |
| Uline Inc EB | | 2200 South Lakeside Dr | | | Waukegan, | IL | 60085 | |
| Uline Inc EB | | 2200 South Lakeside Dr | | | Waukegan, | IL | 60085 | |
| Uline Inc EB | | PO Box 88690 | | | Indianapolis, | IN | 46208 | |
| Uniform Industries Inc | | 143 E Pond Dr | | | Romeo, | MI | 48065-4905 | |
| Ultralife Batteries Inc | | 2000 Technology Pkwy | | | Newark, | NY | 14513 | |
| Umg Technologies | | Rte Technologies Ave | | | Danbury, | CT | 01810 | |
| Ultimate Precious Metals Elt | | Ni Llc | | | South Plainfield, | NJ | 07080 | |
| Underwood & Weld Company Inc | | PO Box 669 | | | Spruce Pine, | NC | 28777-0669 | |
| Underwood Fire Equipment Inc | | Box 43 | | | York, | PA | 17405 | |
| Underwood Laboratories Inc | | PO Box 78330 | | | Chicago, | IL | 60678-5330 | |
| Unevol Inc | | PO Box 416 | | | Lucas, | OH | 44843-0416 | |
| Uniholts Dickie Corporation | | 8 Brookside Dr | | | Wallingford, | CT | 06492 | |
| Uni Brace Inc | | 16843 DXS Ave | | | Franklin, | MI | 48220 | |
| Uni Comps Inc | | 4441 S Saginaw St | | | Flint, | MI | 48507 | |
| Unifrax Corporation | attn Julie S Kreher Esq | Hodgson Russ LLP | One M&T Plaza Ste 2000 | | Buffalo, | NY | 14203 | |
| Unigraphics Solutions Inc | | PO Box 640709 | | | Pittsburgh, | PA | 15264-0709 | |
| Union Pacific Railroad Company | Attn Mary Ann Kilgora | 1400 Douglas St STOP 1580 | | | Omaha, | NE | 68179-1580 | |
| Union Pacific Railroad Company | Attn Mary Ann Kilgora | 1400 Douglas St STOP 1580 | | | Omaha, | NE | 68179-1590 | |
| Unipac Fabricating Inc PR 1 | Attn Stacy Baumberger | 800 Standard Pky | | | Auburn Hills, | MI | 48326 | |
| Unipac Fabricating Inc PR 1 | Attn Larry Durrant | PO Box 6938 | | | Wexford, | IL | 47719 | |
| Unisource Worldwide Inc | | 800 N Arlington Heights Rd | | | Itasca, | IL | 60143 | |
| Unisource Worldwide Inc | | 6600 Governors Lake Pky | | | Norcross, | GA | 30071-1114 | |
| Unistrut Cincinnati | Mark Ellis | 3799 Madison Rd | | | Cincinnati, | OH | 45209 | |
| Unistrut Cincinnati | Merk | 3799 Madison Rd | | | Cincinnati, | OH | 45209 | |
| Unistrut Of Cincinnati | Chris Or Sales | 3799 Madison Rd | | | Cincinnati, | OH | 45209 | |
| United Conveyor Supply Company | United Conveyor Supply Company | 2100 Norman Drive West | | | Waukegan, | IL | 60085 | |
| United Of Cincinnati | | PO Box 8 | | | Kenilworth, | NJ | 07033 | |
| United Machining Inc | Lou Sabel General Manager | 5300 19 1/2 Mile Rd | | | Sterling Heights, | MI | 48314 | |
| United Minerals & Properties I | | Gensar Performance Minerals Di | 25 Old River Rd Sa | | Cartersville, | GA | 30120 | |
| United Plastics Group Inc | William Helbrook Director of Finance | United Plastics Group Inc | 1420 Kensington Rd Ste 209 | | Oak Brook, | IL | 60523 | |
| United Record Management | | 2105 W Genesee St Ste 103 | | | Syracuse, | NY | 13219 | |
| United States Plastic Corp | | 1390 Neubrecht Rd | | | Lima, | OH | 45801-3125 | |
| United States Plastic Corp | | 1390 Neubrecht Rd | | | Lima, | OH | 45801-3196 | |
| United Telephone Company of Ohio | | PO Box 7071 | | | Shawnee Mission, | KS | 66207-0971 | |
| United Water Laredo Tx | | 3021 Youngstown Rd Se | | | Laredo, | TX | 78042 | |
| United Way Of Trumbull County | | 702 Leewhehr Rd | | | Warren, | OH | 44484-2632 | |
| United Water Laredo Tx | | PO Box 406692 | | | Northbrook, | IL | 60062 | |
| Univ Usa Inc | | 29960 Lakeland Blvd | PO Box 130 | | Atlanta, | GA | 30384-6692 | |
| Universal Metal Products Inc | | | | | Wickliffe, | OH | 44092-0130 | |

122/7/2007 10:12 PM

W - 1C DOMESTIC W8 Parts 1-10

Delphi Corporation
Class C General Unsecured Claims
Class 1C Ballot

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Vast Systems Technology Corp | | 1270 Oakmead Pkwy Ste 310 | | | Sunnyvale | CA | 94085 | |
| Vector Controls Inc | Lindsey Statkus | 169 W Jackson Ste 2500 | | | Detroit | MI | 48234-4415 | |
| Vectren Energy Delivery | Attn Sharon Armstrong | PO Box 209 | | | Evansville | IN | 47702 | |
| Vectren Energy Delivery | Attn Sharon Armstrong | PO Box 209 | | | Evansville | IN | 47702 | |
| Vectren Industries Inc | Attn Sharon Armstrong | PO Box 209 | | | Evansville | IN | 47702 | |
| Vectren Energy Delivery | Attn Sharon Armstrong | PO Box 209 | | | Evansville | IN | 47702 | |
| Vectren Energy Delivery | Attn Sharon Armstrong | PO Box 209 | | | Evansville | IN | 47702 | |
| Vectren Energy Delivery | Attn Sharon Armstrong | PO Box 209 | | | Evansville | IN | 47702 | |
| Vectren Energy Delivery | Attn Sharon Armstrong | PO Box 209 | | | Evansville | IN | 47702 | |
| Vectren Energy Delivery | Attn Sharon Armstrong | PO Box 6248 | | | Indianapolis | IN | 46206-6250 | |
| Velocity Express Corp | Schaffer and Weiner PLLC | 1600 Market | | | Max Meadows | VA | 24360 | |
| Vehma International of American Inc | | PO Box 3367 | | | Edinburg | TX | 78540 | |
| Vehma Comp M Jet Express | | PO Box 660329 | | | Dallas | TX | 75266-0329 | |
| Velocity Express Corp | | PO Box 7217 | | | Dallas | TX | 75371 | |
| Ventium Industries Corp Eft | | Marguiles & Levinson LLP | 30100 Chagrin Blvd No 250 | | Cleveland | OH | 44124 | |
| Vetsko Plastics Inc | Jeffery M Levinson | PO Box 15124 | | | Albany | NY | 12212-5124 | |
| Verizon | | PO Box 489 | | | Newark | NJ | 07101-0489 | |
| Verizon Wireless | | PO Box 25505 | | | Lehigh Valley | PA | 18002-5505 | |
| Verizon Wireless | Virgil Valley Distributors Inc | PO Box 25505 | | | Carol Stream | IL | 60197-5749 | |
| Verizon Wireless Messaging Services | | PO Box 5749 | | | Mattawan | MI | 49071 | |
| Versatile Products II | Joseph Torre | 56569 S Main St | PO Box 331 | | Angola | IN | 46703 | |
| Vestil Mfg Corp | | PO Box 507 | | | Brownsville | TX | 78521 | |
| Veyance International Bridge At Los Tomates | | 3310 South Expressway 77 | | | Manchester | NH | 03101 | |
| Vetro Corp | | 2 Wall St 4th Fl | | | Manchester | NH | 03101 | |
| Viny Labs | | 276 Abby Rd | | | Webster | NY | 14580 | |
| Vi M/FG Inc | VI M/FG Inc | 164 Corban St | | | Troy | MI | 48098 | |
| Via Information Tools Inc | | 5507 New King St | | | Clio | MI | 48420 | |
| Vibration Institute Eastern Michigan Chapter | | 4170 E Lake Rd | | | Rochester | NY | 14624 | |
| Vickers Warnick Inc | | 50 Bemar Park Ste 4a | | | | | | |
| | Attn Mr Benjamin Samuels Vice Chairman | | | | | | | |
| Victory Packaging LP | | Victory Packaging LLP | 3555 Timmons Land Ste 1440 | | Houston | TX | 77027 | |
| Videojet Technologies Inc | Videojet Technologies Inc | 1500 Mittel Blvd | | | Wood Dale | IL | 60191 | |
| Vidya Engineering | | 175 E North St | | | Rochester | NY | 14621 | |
| Viking Products Inc | | PO Box 141400 | | | Grand Rapids | MI | 49514-1400 | |
| Villaco Inc | | 1050 Corporate Dr | PO Box 407 | | Slinger | WI | 53086 | |
| Virgil Valley Distributors Inc | Virgil Valley Distributors Inc | 831 Emmitt St | | | Warren | OH | 45404 | |
| Estate of Virginia A Haass | Estate of Virginia A Haass | Box 3700 | | | Lighthouse Point, | FL | 33074-0700 | |
| Virginia Department Of Treasury Unclaimed Property Division | | PO Box 2478 | | | Richmond | VA | 23218-2478 | |
| Virginia Parcel Corporation | | 1400 New Hope Rd | | | Waynesboro | VA | 22980 | |
| Valley Americas Inc | Attn Marion R Hubbard | 1 Greenwich Pl | | | Shelton | CT | 06484 | |
| Valley Americas Inc | Attn Marion R Hubbard | 1 Greenwich Pl | | | Shelton | CT | 06484 | |
| Vishay Financial Group Inc | | 5100 Liberty Ave | | | Pittsburgh | PA | 15222 | |
| Visionmark Inc | | 2359 Industrial Dr | | | Sidney | OH | 45365 | |
| Visteon Automotive Systems Eft | | 15031 Commerce Dr | | | Dearborn | MI | 48120 | |
| Vitronics Soltec | John Olinger | 2 Main Way | | | Stratham | NH | 03885 | |
| Vitronics Soltec Eft | Gigi Moore | 2 Main Way | | | Stratham | NH | 03885 | |
| Voelker Controls Co Eft | | PO Box 487 | | | Franklin | OH | 45005 | |
| Volcano Communications Technologies Mentor Graphics Corp | Mentor Graphics Corp | attn Linda Hing | 8005 SW Boeckman Rd | | Wilsonville, | OR | 97070 | |
| Volcano Communications Technologies Mentor Graphics Corp | Mentor Graphics Corp | attn Linda Hing | 8005 SW Boeckman Rd | | Wilsonville, | OR | 97070 | |
| Graphics Corp | | 29 Hancock Dr | | | Cheektowaga | NY | 14227 | |
| Volland Electric | John Olinger | 4100 Bobwhite Blvd | | | Pulaski | VA | 24301 | |
| Volvo Trucks North America | Gigi Moore | 7900 National Service Rd | | | Greensboro | NC | 27402 | |
| Volvo Trucks North America | | 555 West Ave | | | Lockport | NY | 14094-4116 | |
| Von Daigen Emil Inc | | | | | | | | |
| VonWin Capital LP | VonWin Capital LP | Attn Roger Von Spiegel Managing Director | 80 Madison Ave 2nd FL | | New York, | NY | 10010 | |
| Vogeler Inc and Meridian Automotive Systems Inc and affiliates | Matthew Ferely | 988 Republic Dr | | | Allen Park, | MI | 48101 | |
| Vopsall Via Inc | Jason | 558 Lambeau St | PO Box 12175 | | Green Bay | WI | 54307-2175 | |
| Vorys Sater Seymour and Pease LLP | c/o Randall D LaTour Esq | 52 E Gay St | PO Box 1008 | | Columbus | OH | 43215 | |
| Voxland Electric | | 2264 Leeport Rd | | | Sanborn, | NY | 14132 | |
| Vulcan Manufacturing Inc | | 601 Schoolhouse Rd | | | Telford, | PA | 18869 | |
| Vulcan Spring & Mfg Co | | 1230 Kennastone Cir | | | Marietta, | GA | 330256 | |
| Vwr Corp | VWR International Inc | | | | | | | |

Delphi Corporation
Class C General Unsecured Claims
Class 1C Ballot

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Westfield Public Works | | 2728 E 171st St | | | Westfield | IN | 46074 | |
| West Wind Automotive Canada | | PO Box 12050 | | | Seattle | WA | 98101 | |
| Wh Jones & Son Inc | | 1208 Military Rd | | | Buffalo | NY | 14217 | |
| Wheelerator Group | | 1606 Executive Drive | | | LaGrange | GA | 30240 | |
| Whited Brenda S | | 6837 W 71st St | | | Indianapolis | IN | 46268 | |
| Whiteside Communication Management | Attn Lisa Whiteside | 1938 Burdette | | | Ferndale | MI | 48220 | |
| Whiteside Communication Management | Attn Lisa Whiteside | 1938 Burdette | | | Ferndale | MI | 48220 | |
| Whiteside Communication Management | Attn Lisa Whiteside | 1938 Burdette | | | Ferndale | MI | 48220 | |
| Whiteside Communication Management | Attn Lisa Whiteside | 1938 Burdette | | | Ferndale | MI | 48220 | |
| Whiteside Communication Management | Attn Lisa Whiteside | 1938 Burdette | | | Ferndale | MI | 48220 | |
| Whiteside Communication Management | Attn Lisa Whiteside | 1938 Burdette | | | Ferndale | MI | 48220 | |
| Whiteside Machine & Repair Co Inc | | 4906 Snook Rd | | | Claremont | NC | 28610-0512 | |
| Wichta County Local Emergency Planning Committee | | 500 Holiday | | | Wichita Falls | TX | 76301-3311 | |
| Wichta Falls City Of Tx | | PO Box 1440 | | | Wichita Falls | TX | 76307-1432 | |
| Wickes Mfg Inc | | 12801 N Central Expy No 770 | | | Dallas | TX | 75082 | |
| Wiese Oldsmobile Gmc Inc | | 1400 E Blvd | | | Kokomo | IN | 46902 | |
| Wiggins Scale Company | | 3500 Camp Creek Pkwy | Building 2600 Ste 102 | | Atlanta | GA | 30331 | |
| Wildcat Tool Services | | 1025 S Rt 13 | | | Herrin | IL | 62948 | |
| Wilcox Associates Inc | | Wilcox Professional Svcs Llc | | | Cadillac | MI | 49601 | |
| William I Model Jr | | 2255 Masonic Dr | | | Schnecfdoy | PA | 15143-2431 | |
| William F Fistic and | | Frances Fistic Jt Ten | 5014 Primrose Ave | | Indianapolis | IN | 46205-1369 | |
| Willers Advanced Materials Elf Inc | | Bem Services Inc | 2970 Main St | | Buffalo | NY | 14214 | |
| Willians Cylinders & Controls | | 2450 Production Dr | | | Indianapolis | IN | 46241-4916 | |
| Willians Metals and Welding Alloys Inc | Joe Walton | 126 Stratford Ave Ste 108 | | | Wayne | PA | 19087 | |
| Willians W VI Co The | WW Willians | 2840 Moreland Ave SE | | | Atlanta | GA | 30315 | |
| Willians Welding Alloys Div Of Metal Services Intl Inc | | PO Box 34002 | | | Newark | NJ | 07189-0002 | |
| Williard Industries Llc | | 37011 Euclid Ave | | | Willoughby | OH | 44094 | |
| Willmert Crystal | | 1094 Momentum Pl | | | Chicago | IL | 60689 | |
| Wilmer Cutler Pickering Hale & Door Llp | | 1875 Pennsylvania Ave NW | | | Washington | DC | 20006 | |
| Wilson Co | | PO Box 9100 | | | Addison | TX | 75001-9100 | |
| Wilson Grover Co | | 7185 Rockside Pkwy | | | Chicago | IL | 60686 | |
| Wilson Richard G Dba Rick Wilson | | 11938 Furnace Creek Pkwy | | | Mc Calla | AL | 35111-2389 | |
| Wilson Trucking Corporation | | PO Box 200 | | | Fishersville | VA | 22939-0200 | |
| Wilson Trucking Corp Inc | | 655 Alleghany Ave | | | Odenton | MD | 15139 | |
| Wind River Systems Inc | Wind River Systems Inc | 500 Wind River Way | | | Alameda | CA | 94501 | |
| Windak Inc | | 1254 28th St Se | | | Hickory | NC | 28602 | |
| Wingfield Scale Co Inc | | 2003 South Holston Ave | | | Chattanooga | TN | 37404-4899 | |
| Winston Battery Mfg Co Inc | | Rnd Add Chg 12 02 04 Am | 1800 Hubbard Rd | | Youngstown | OH | 44501-0014 | |
| Winston Heat Treating Inc | | PO Box 1551 | | | Dayton | OH | 45401-0001 | |
| Wintech Inc | | PO Box 634164 | | | Cincinnati | OH | 45263-4164 | |
| Wiros Products Inc | | 2582 26th St | | | Port Huron | MI | 48060-6449 | |
| Wire Products Inc | E Mark Young Esq | c o Rexnel & Andress LPA | 1375 E Ninth St | One Cleveland Ctr 9th Fl | Cleveland | OH | 44114 | |
| Wiscona Paper Converting Consultants Llc | | PO Box 1059 | | | Brookfield | WI | 44112 | |
| Wisconsin Lift Truck Corp | Attn Rick Schultz | 3125 Intertech Dr | | | Brookfield | WI | 53132 | |
| Wisconsin Lift Truck Corp | | Box 68 8647 | | | Milwaukee | WI | 53268-8647 | |
| Wisconsin Lifting Specialists Inc | | Box 1621 | | | Milwaukee | WI | 53201 | |
| Wise Carter Child & Caraway Pa | Robert P Wise | PO Box 651 | | | Jackson | MS | 39205 | |
| Wisholen Supply | Wiroshen Supply | 1600 3rd Ave S | | | Birmingham | AL | 35233 | |
| Wite Filtration Products Europe Ltd FKA Dana Spicer Ehl Filtration Products Europe Ltd | Seth P Tompkins Esq | C O Affinia Group Inc | Attn C Mendellian | 1101 Technology Dr 100 | Ann Arbor | MI | 48108 | |
| Witor Industrietechnik GmbH | | 25900 Northwestern Hwy 1000 | | | Southfield | MI | 48075-1000 | |
| Wohlhaupter Corporation | | 10442 Success Ln | | | Centerville | OH | 45458 | |
| Wolanin Fabricic | | 1709 Harton Ave | | | Rochester | NY | 14817-510 | |
| Wolfram Research Inc | | 100 Trade Ctr Dr | | | Champaign | IL | 61820-7237 | |
| Wolverine Broach Co Inc Efl | | 41000 Executive Dr | | | Harrison Township | MI | 48045 | |
| Wolverine Products Inc | | 3320 Greenfield | | | Clinton Township | MI | 48035 | |
| Wolverine Products Inc | | 3300 East 96th St | | | Indianapolis | IN | 46240 | |
| Woodburn Diamond Die Inc Efl | | PO Box 185 | | | Woodburn | IN | 46744 | |
| Woodburn Diamond Die Inc Efl | | 1200 E Colton Rd | | | Laredo | IN | 46764 | |
| Woodlake Apartments | Drawer 1634 | Box 79301 | | | Detroit | MI | 48278-1634 | |
| Woolpak Engineers | | 3 Lakeland Park Dr | | | Peabody | MA | 01960 | |
| Worksmart Systems Inc | | PO Box 32001 | | | Columbus | OH | 43232-0901 | |
| World Harvest Bible College | | | | | | | | |

Delphi Corporation
Class C General Unsecured Claims
Class 3C Ballot

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Av Misc Precision Inc | | 22885 G Savi Ranch Pkwy | | | Yorba Linda, | CA | 92887 | |
| Bacon Ind Inc Of California | | 16731 Hale Ave | | | Irvine, | CA | 92714 | |
| Bal Seal Engineering Co | | 19650 Pauling | | | Foothill Ranch, | CA | 92610-2510 | |
| Bank of America N A | Attn Information Mgr | 100 N Tryon St 20th Fl | Mail Code NC1 007 20 01 | | Charlotte, | NC | 28255 | |
| Bax Global | | Dept La 21047 | | | Pasadena, | CA | 91185-1047 | |
| Bekaert Corporation | Richard Augustine | 1395 S Marietta Pkwy | | | Marietta, | GA | 30067 | |
| Bellsouth Telecommunication | | 1155 Peachtree St Ne | | | Atlanta, | GA | 30309-3610 | |
| BOC Gases | Attn Ed Hyland Rev Mgt | 575 Mtn Ave | | | Murray Hill, | NJ | 07974 | |
| BOC Group Inc | | Bodycote Aux Gas Division | 680 N Baldwin Park Blvd | | City Of Industry, | CA | 91746-1501 | |
| Braxton Manufacturing | | 2641 Walnut Ave | PO Box 425 | | Tustin, | CA | 92780 | |
| Broadcasting & Cable | | PO Box 16157 | | | North Hollywood, | CA | 91615-5157 | |
| Bryan Manufacturing Co Inc | | PO Box 425 | | | Tustin, | CA | 92780 | |
| Buckell Plastics Co Inc | Fred Irvin | 5 Industrial Park Rd | | | Lewistown, | PA | 17044 | |
| Buehler Ltd | | 9650 Jeronimo Rd | | | Irvine, | CA | 92618 | |
| Bunde Usa | | 12802 Valley View Ste 12 | | | Garden Grove, | CA | 92845 | |
| C & H Distributors Inc | Scott Glimschield | 770 S 70th St | | | Milwaukee, | WI | 53214 | |
| C & I International | Kobi Meltzer | 1701 East Edinger Ave | Ste A 7 | | Santa Ana, | CA | 92705 | |
| C E Frey Engineering Co | Dana Russell | Dba Frey Engrg | 2310 E Central Unit 10 | | Duarte, | CA | 91010 | |
| Casel | | 613 S Russell Pkwy | | | Warner Robins, | GA | 31088 | |
| Casroi Industrial Inc | | 7374 Convoy Court | | | San Diego, | CA | 92111 | |
| Cci | | Dba Castrol Ind No America | | | City Of Commerce, | CA | 90040 | |
| Century Spring Co Inc | | 3640 E 26th St | | | Vernon, | CA | 90023 | |
| Chicago White Metal Casting | Melinda Gonzalez | 222 E 16th St | | | Los Angeles, | CA | 90015 | |
| Choice Point Services Inc | | Route 83 & Fairway Dr | | | Bensenville, | IL | 60106 | |
| Cimas Cleanroom Resources | | PO Box 105166 | | | Atlanta, | GA | 30348 | |
| Citas Corporation | | 23161 Antonio Pkwy | | | Rcho Santa Margarita, | CA | 92688 | |
| Clark USA N A | | 23161 Antonio Pkwy | | | Rcho Santa Margarita, | CA | 92688 | |
| Clayton Group Services Inc | Assoc Texaco Payment Chr | 4300 Veldown Pkwy | | | W Des Moines, | IA | 50265 | |
| Clayton USA | | 14150 Gardenbrook Rd Ste 155 | | | W Des Moines, | IA | 50265 | |
| Commscope Inc Of | Murray Crowe | North Carolina | 1545 St James Church Rd | | Newton, | NC | 28658-0000 | |
| Compression Products Inc | Kim Bushnell | 66 Silver St | | | Sheffield, | MA | 01257 | |
| Conductive Systems Inc | | Rte 140 Industrial Pk | 31 Mozzone Blvd | | Taunton, | MA | 02780 | |
| Conquest Seal Corporation | | 3155 H E La Palma Ave | | | Anaheim, | CA | 92806 | |
| Contact East Inc | | Marshall Electronic Group | 8861 Teletar Ave | | El Monte, | CA | 91731 | |
| Contrarian Funds LLC as Assignee of Plastic Decorators Inc | Alpa Jimenez | Contrarian Funds LLC | 411 W Putnam Ave Ste 225 | | Greenwich, | CT | 06830 | |
| Controlled Motion Solutions | Debt Acquisition Company of America V LLC | 13891 Nautilus Dr | | | Garden Grove, | CA | 92643 | |
| Copper & Brass Sales/Ryerson | Debt Acquisition Company of America V LLC | Thyssen | 1440 N Harbor Blvd Ste 225 | | Fullerton, | CA | 92835 | |
| Cortland Co | Debt Acquisition Company of America V LLC | 3072 South Ns Ave | | | Inglewood, | CA | 90301-0364 | |
| Cpk Technologies Inc | Debt Acquisition Company of America V LLC | 29 Oloney Ave Bldg 35c | | | Cherry Hill, | NJ | 08003 | |
| D P Aviation | Debt Acquisition Company of America V LLC | PO Box 44 | | | Bellevue, | WA | 98009 | |
| D Squared Co | Debt Acquisition Company of America V LLC | 1225 N Model Dr | | | Gilbert, | AZ | 85233 | |
| Da Pro Rubber Inc | Debt Acquisition Company of America V LLC | 28638 N Braxton Ave | | | Valencia, | CA | 91426 | |
| Daniels Mfg Corp | Debt Acquisition Company of America V LLC | 526 Thorpe Rd | | | Orlando, | FL | 32824-8133 | |
| Debt Acquisition Company of America V LLC | Debt Acquisition Company of America V LLC | 1565 Hotel Cir S Ste 310 | | | San Diego, | CA | 92108 | |
| Debt Acquisition Company of America V LLC | Debt Acquisition Company of America V LLC | 1565 Hotel Cir S Ste 310 | | | San Diego, | CA | 92108 | |
| Debt Acquisition Company of America V LLC | Debt Acquisition Company of America V LLC | 1565 Hotel Cir S Ste 310 | | | San Diego, | CA | 92108 | |
| Debt Acquisition Company of America V LLC | Debt Acquisition Company of America V LLC | 1565 Hotel Cir S Ste 310 | | | San Diego, | CA | 92108 | |
| Debt Acquisition Company of America V LLC | Debt Acquisition Company of America V LLC | 1565 Hotel Cir S Ste 310 | | | San Diego, | CA | 92108 | |

12/27/2007 10:12 PM
W- 3C DOMESTIC W9

Delphi Corporation
Class C General Unsecured Claims
Class 4C Ballot

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Local 1111 IUE CWA and Its Members | Thomas M Kennedy Susan M Jenvik | Kennedy Jenvik & Murray PC | 113 University Place | | New York, | NY | 10003 | |
| Local 416 IUE CWA and Its members | Thomas M Kennedy Susan M Jenvik | Kennedy Jenvik & Murray PC | 113 University Pl | | New York, | NY | 10003 | |
| Local 416 IUE CWA and its members | Thomas M Kennedy Susan M Jenvik | Kennedy Jenvik & Murray PC | 113 University Place | | New York, | NY | 10003 | |
| Local 698 IUE CWA and Its members | Thomas M Kennedy Susan M Jenvik | Kennedy Jenvik & Murray Pc | 113 University Pl | | New York, | NY | 10003 | |
| Local 698 IUE CWA and its members | Thomas M Kennedy Susan M Jenvik | Kennedy Jenvik & Murray PC | 113 University Pl | | New York, | NY | 10003 | |
| Local 711 IUE CWA and its Members | Thomas M Kennedy Susan M Jenvik | Kennedy Jenvik & Murray PC | 113 University Place | | New York, | NY | 10003 | |
| Local 711 IUE CWA and its members | Thomas M Kennedy Susan M Jenvik | Kennedy Jenvik & Murray PC | 113 University Place | | New York, | NY | 10003 | |
| Local 711 IUE CWA and its members | Thomas M Kennedy Susan M Jenvik | Kennedy Jenvik & Murray PC | 113 University Place | | New York, | NY | 10003 | |
| Local 717 IUE CWA and its members | Thomas M Kennedy Susan M Jenvik | Kennedy Jenvik & Murray PC | 113 University Place | | New York, | NY | 10003 | |
| Local 717 IUE CWA and its members | Thomas M Kennedy Susan M Jenvik | Kennedy Jenvik & Murray PC | 113 University Place | | New York, | NY | 10003 | |
| Local 718 IUE CWA and Its members | Thomas M Kennedy Susan M Jenvik | Kennedy Jenvik & Murray PC | 113 University Place | | New York, | NY | 10003 | |
| Local 718 IUE CWA and its members | Thomas M Kennedy Susan M Jenvik | Kennedy Jenvik & Murray PC | 113 University Place | | New York, | NY | 10003 | |
| Local 755 IUE CWA and its members | Thomas M Kennedy Susan M Jenvik | Kennedy Jenvik & Murray PC | 113 University Pl | | New York, | NY | 10003 | |
| Local 755 IUE CWA and its members | Thomas M Kennedy Susan M Jenvik | Kennedy Jenvik & Murray PC | 113 University Place | | New York, | NY | 10003 | |
| Local 801 IUE CWA and its members | Thomas M Kennedy Susan M Jenvik | Kennedy Jenvik & Murray PC | 113 University Place | | New York, | NY | 10003 | |
| Local 801 IUE CWA and its members | Thomas M Kennedy Susan M Jenvik | Kennedy Jenvik & Murray Pc | 113 University Place | | New York, | NY | 10003 | |
| Madison Investment Trust Series 38 | | 6310 Lamar Ave Ste 120 | | | Overland Park, | KS | 66202 | |
| Madison Investment Trust Series 38 | | 6310 Lamar Ave Ste 120 | | | Overland Park, | KS | 66202 | |
| Madison Niche Opportunities LLC | Cheryl Stripling | 6310 Lamar Ave Ste 120 | | | Overland Park, | KS | 66202 | |
| Mcnaughton Mckay Electric Co O | Lillian Simmons | 1357 E Lincoln Ave | | | Madison Heights, | MI | 48071-4134 | |
| Motion Industries Inc | Kimberly J Robinson | Barack Ferrazzano Kirschbaum & Nagelberg LLP | 200 W Madison St Ste 3900 | | Chicago, | IL | 60606 | |
| MSC Industrial Supply Co | | 75 Maxess Rd | | | Melville, | NY | 11747 | |
| Office Depot | | 5809 Long Creek Park Dr | Customer Service Ctr | | Campobello, | SC | 29322 | |
| Peter French Heating & Air | | 100 S Pine St | | | Spartanburg, | SC | 29302 | |
| Phj & W | | 600 Peachtree St Ne | | | Atlanta, | GA | 30308 | |
| Pitney Bowes | | PO Box 856460 | | | Louisville, | KY | 40285-6460 | |
| Plastl Cert Inc | The Law Offices of Markian R Slobodian | 801 North Second Street | | | Harrisburg, | PA | 17102 | |
| Precision Plating Co Inc | | 4123 W Paterson Ave | | | Chicago, | IL | 60646 | |
| Preferred Sourcing Llc | | 285 Pkwy East | | | Duncan, | SC | 29334 | |
| Pls | | 140 Kendrick St | | | Needham, | MA | 02494 | |
| Reginald R Moore | | 241 Stones Throw Drive | | | Landrum, | SC | 29356 | |
| Retirees of Delphi Corp or Any of its Predecessors et al | Thomas M Kennedy Susan M Jenvik | Kennedy Jenvik & Murray PC | 113 University Pl | | New York, | NY | 10003 | |
| Retirees of Delphi Corp or Any of its Predecessors et al | Thomas M Kennedy Susan M Jenvik | Kennedy Jenvik & Murray PC | 113 University Pl | | New York, | NY | 10003 | |
| Scenic Tool & Stamping | Mike Blackwell | 620 Melvin Hill Rd | | | Campobello, | SC | 29322 | |
| Scott Equipment Co Inc | | PO Box 670 | | | Huntersville, | NC | 28070 | |
| Scott Vending Inc | | 121 Wilkie St | | | Forest City, | NC | 28043 | |
| Sean F Corcoran | | 47 Cambridge Rd | | | Pleasant Ridge, | MI | 48069 | |
| Securities Service Services | | 10 Dubois Springs Rd | | | Greenville, | SC | 29609 | |
| Shuman Plastics Inc | | 35 Neoga St | | | Depew, | NY | 14043 | |
| Solid State Stamping | Maryann Bukovi | 43550 Business Park Dr | | | Temecula, | CA | 92590-3603 | |
| Spartanburg Water System | | 200 Commerce St | | | Spartanburg, | SC | 29304 | |
| Standard Corp | Bob Mcculloch | 1501 Main St | Ste 400 | | Columbia, | SC | 29201 | |
| Standard Welding | Susan Watts | 965 Brisack Rd | | | Spartanburg, | SC | 29303 | |
| Trade Debt Net | Trade Debt Net | PO Box 1487 | | | West Babylon, | NY | 11704 | |
| Trade Debt Net | Trade Debt Net | PO Box 1487 | | | West Babylon, | NY | 11704 | |
| Trade Debt Net | Trade Debt Net | PO Box 1487 | | | West Babylon, | NY | 11704 | |
| Trade Debt Net | Trade Debt Net | PO Box 1487 | | | West Babylon, | NY | 11704 | |
| Tryon Lumber Company | | PO Box 216 | | | Landrum, | SC | 29356 | |
| United Parcel Service | | PO Box 7247 0244 | | | Philadelphia, | PA | 19170-0001 | |
| Ups Customhouse Brokerage | | PO Box 34486 | | | Louisville, | KY | 40232-4486 | |
| Versaille Engineering | Adolf Weiss | 1559 W 135th St | | | Gardena, | CA | 90249 | |
| Wemco Precision Tool | Bill Miller | 9124 Pettis Rd | | | Meadville, | PA | 16335 | |

12/27/2007 10:12 PM
W - 4C DOMESTIC W9

Delphi Corporation
Class C General Unsecured Claims
Class 8C Ballot

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Longacre Master Fund Ltd | Vladimir Jelisavcic | 810 Seventh Ave 22nd Fl | | | New York, | NY | 10019 | |
| Longacre Master Fund Ltd | Vladimir Jelisavcic | 810 Seventh Ave 22nd Fl | | | New York, | NY | 10019 | |
| Longacre Master Fund Ltd | Vladimir Jelisavcic | 810 Seventh Ave 22nd Fl | | | New York, | NY | 10019 | |
| Lorentson Mfg Co SW Inc | Jeanne Simmons | PO Box 932 | | | Kokomo, | IN | 46903-0932 | |
| Lorrie Sales Co | Lee J Ceechin | 2407 East Oakton St | | | Arlington Heights, | IL | 60005 | |
| Lumrex Inc | | 290 E Helen Rd | | | Palatine, | IL | 60067 | |
| Lutz Sales Inc | | 4675 Turnberry Dr | | | Hanover Park, | IL | 601035463 | |
| M & G Industrial Products Research Co | M & G Industrial Products Research Co | 400 Paredes Line Rd Ste 1 | | | Brownsville, | TX | 78521 | |
| M&G Industrial Products Research Co | M&G Industrial Products Research Co | 400 Paredes Line Rd Ste 1 | | | Brownsville, | TX | 78521 | |
| Mac Arthur Corporation | Thomas T Barrett | 3190 Tri Park Dr | | | Grand Blanc, | MI | 48439-0010 | |
| Madison Investment Trust Series 38 | Madison Investment Trust Series 38 | 6310 Lamar Ave Ste 120 | Ste 500a | | Overland Park, | KS | 66202 | |
| Madison Investment Trust Series 38 | Madison Investment Trust Series 38 | 6310 Lamar Ave Ste 120 | | | Overland Park, | KS | 66202 | |
| Madison Investment Trust Series 38 | Madison Investment Trust Series 38 | 6310 Lamar Ave Ste 120 | | | Overland Park, | KS | 66202 | |
| Madison Niche Opportunities LLC | Madison Niche Opportunities LLC | 6310 Lamar Ave Ste 120 | | | Overland Park, | KS | 66202 | |
| Madison Niche Opportunities LLC | Madison Niche Opportunities LLC | 6310 Lamar Ave Ste 120 | | | Overland Park, | KS | 66202 | |
| Madison Niche Opportunities LLC | Madison Niche Opportunities Llc | 6310 Lamar Ave Ste 120 | | | Overland Pk, | KS | 66202 | |
| Rapicron Data Systems Inc | | 1550 Nature Blvd | | | Wood Dale, | IL | 60191-1073 | |
| Markem Corporation | | PO Box 3542 | | | Boston, | MA | 02241 | |
| Maxitol Corporation | | 15827 Los Altos | | | Houston, | TX | 77083 | |
| Mcallen Bolt & Screw | | 4403 W Military Hwy | | | Mcallen, | TX | 78503 | |
| McMaster Carr Supply Co | | PO Box 4355 | | | Chicago, | IL | 60680 | |
| Mercer Engineers Inc | Debbie Gomez | PO Box 79000 | | | Houston, | TX | 77279-9000 | |
| Meridian Automotive Systems | | 5433 Miller Rd | | | Dearborn, | MI | 48126 | |
| Merrill Lynch Credit Products LLC | Gary S Cohen & Chris Moon | 4 World Financial Center 7th Fl | | | New York, | NY | 10080 | |
| Metaldyne Sintering & Stamping | | Precisamer Vos Auto Products Group | PO Box 720 2700 Wickham Dr | | Warren, | MI | 00193 | |
| Micro Comercial Components Cor | | 21201 Itasca St | | | Chatworth, | CA | 91311 | |
| Microchip Technology Inc | | PO Box 107799 | | | Pasadena, | CA | 911890799 | |
| Mid Coast Electric Supply Inc | | PO Box 2505 | | | Victoria, | TX | 77902-2505 | |
| Motion Industries | | 397 A Charles Court | | | West Chicago, | IL | 60185 | |
| Motion Industries Inc | | 397 A Charles Court | | | West Chicago, | IL | 60185 | |
| Motion Industries Inc | | Formerly McCap Bearing | PO Box 4695 | | Brownsville, | TX | 78523 | |
| MSC Industrial Supply Co | MSC Industrial Supply Co | 75 Maxess Rd #42 | | | Melville, | NY | 11747 | |
| National Bag Company Inc | Bob | 2233 Old Mill Rd | | | Hudson, | OH | 44236-1369 | |
| National Semiconductor Corp | National Semiconductor Corp | 2900 Semiconductor Dr. G2 335 | | | Santa Clara, | CA | 95051 | |
| Neff Perkins Company | attn David M Neumann | c o Benesch Friedlander Coplan & Aronoff LLP | 2300 BP Tower | 200 Public Square | Cleveland, | OH | 44114-2378 | |
| New Juklin Industries Inc | | 28521 River Crest Dr | | | Southfield, | MI | 48034-2065 | |
| New Oji Paper Co | Catherine O Brien | 181 Metro Dr Ste 590 | | | San Jose, | CA | 95110 | |
| North Star Stamping & Tool Inc | | 1264 Industrial Dr | | | Lake In The Hills, | IL | 60102-1500 | |
| Novatec Inc | | 222 E Thomas Ave | | | Baltimore, | MD | 21225 | |
| O C Tanner Recognition Company | Lesia Harmon | O C Tanner Company | 1930 S State St | | Salt Lake City, | UT | 84115 | |
| Oce North America Inc | Attn Legal Dept | 5600 Broken Sound Blvd | | | Boca Raton, | FL | 33487 | |
| Oce Usa Inc | | 5450 North Cumberland Ave | | | Chicago, | IL | 60656 | |
| Oes A Inc | | 11438 Rojas Ste B 3 | | | El Paso, | TX | 79936 | |
| Ohio Fasteners & Tool Inc | Tom Jargleda | 913 Lake Rd | | | Medina, | OH | 44258 | |
| OKI America Inc | Attn Anna Phan Assistant Controller | 785 N Mary Ave | | | Sunnyvale, | CA | 94086 | |
| Optical Gaging Products Inc | | 850 Hudson Ave | | | Rochester, | NY | 14621 | |
| Optimetic Products Corp | | PO Box 751 | | | South Freeport, | ME | 04078-0751 | |
| Oracle Corporation | | 500 Oracle Pky | Ms 659307 | | Redwood City, | CA | 94065-1677 | |
| Osram Opto Semiconductors Inc | c o Robert L Eisenbach III | Cooley Godward LLP | 101 California St 5th Fl | | San Francisco, | CA | 94111-5800 | |
| Pac Cec Inc | | 5220 Edgewater Dr | | | Allendale, | MI | 49401 | |
| Panasonic | | Bank One Charlotte Proc Ctr | PO Box 905358 | | Charlotte, | NC | 282905358 | |
| Panasonic Industrial Corp | | PO Box 905358 | | | Charlotte, | NC | 282905358 | |
| Paul Hastings Janofsky and Walker Llp | Katherine A Traxler | 515 S Flower St 25th Fl | | | Los Angeles, | CA | 90071 | |

12/27/2007 10:13 PM
W - 8C DOMESTIC W9

Delphi Corporation
Class C General Unsecured Claims
Class 8C Ballot

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Sierra Liquidity Fund LLC Assignee Fair Rite Products Corporation Assignor | | Sierra Liquidity Fund | 2699 White Rd Ste 255 | | Irvine, | CA | 92614 | |
| Sierra Liquidity Fund LLC Assignee HTT Inc Assignor | | 2699 White Rd Ste 255 | | | Irvine, | CA | 92614 | |
| Sierra Liquidity Fund LLC Assignee Staff Force Inc Assignor | Sierra Liquidity Fund | 2699 White Rd Ste 255 | | | Irvine, | CA | 92614 | |
| Snit Research Inc | Nicole Jorgensen | 37576 N Hwy 59 | | | Lake Villa, | IL | 60046 | |
| Software Spectrum Inc | | PO Box 848264 | | | Dallas, | TX | 75284-8264 | |
| Solid State Stamping Inc | Accounts Payable | 43350 Business Park Dr | | | Temecula, | CA | 92590 | |
| Soliloc | | PO Box 792 | | | San Fernando, | CA | 91341-0792 | |
| Solvay Solexis | | 10 Leonards Ln | | | Thorofare, | NJ | 08086 | |
| Southwestern Bell | | PO Box 4706 | | | Houston, | TX | 77210-4706 | |
| Spartech Polycom | | 470 Johnson Rd | | | Chicago, | IL | 60693 | |
| SPCP Group LLC | Attn Brian Jarmain | 2 Greenwich Plz 1st Fl | | | Greenwich, | CT | 06830 | |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain | Two Greenwich Plz 1st Fl | | | Greenwich, | CT | 06830 | |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain | Two Greenwich Plz 1st Fl | | | Greenwich, | CT | 06830 | |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain | Two Greenwich Plz 1st Fl | | | Greenwich, | CT | 06830 | |
| SPCP Group LLC as Assignee of ES Investments Sun Microstamping Technologies | Brian Jarmain | Two Greenwich Plz 1st Fl | | | Greenwich, | CT | 06830 | |
| Sprint | | PO Box 650270 | | | Dallas, | TX | 75265 | |
| Sprinter Marking Inc | | 1805 Chandlersville Rd | | | Zanesville, | OH | 43701 | |
| St Joseph Valley | | 2587 Rockwell Dr | | | Brownsville, | TX | 78521 | |
| Standard Electric Sales of America Inc | | Aire LLP | 199 S Los Robles Ave Ste 600 | | Pasadena, | CA | 91101 | |
| Stanley Electric Sales of America Inc | | Aire LLP | 199 S Los Robles Ave Ste 600 | | Pasadena, | CA | 91101 | |
| Star Micronics America Inc | Christine Silma | 1150 King Georges Post Rd | | | Edison, | NJ | 08837 | |
| Stevens Molding Inc | Jan Leuhrs | 2125 N Stonington Ave | | | Hoffman Estates, | IL | 60195-2016 | |
| Simpson Edwin B Co Inc | | Simpson Co | 900 Sylvan Ave | | Bayport, | NY | 11705-1012 | |
| STK Rebuilders Inc | Colon Kelly | 500 N LaFox St | | | S Elgin, | IL | 60177 | |
| Stonehill Institutional Partners LP | co Stonehill Capital Management | 885 Third Ave 30th Fl | | | New York, | NY | 10022 | |
| Stonehill Institutional Partners LP | co Stonehill Capital Management | 885 Third Ave 30th Fl | | | New York, | NY | 10022 | |
| Stonehill Institutional Partners LP | co Stonehill Capital Management | 885 Third Ave 30th Fl | | | New York, | NY | 10022 | |
| Sudlair Sales & Service Corp | Steve Metcalf | 8640 Panair | | | Houston, | TX | 77061-4115 | |
| Sumco Inc | | 1351 S Girls School Rd | | | Indianapolis, | IN | 46231 | |
| Sumida America Inc | c o Jason Melnick | Masuda Funai Eifert & Mitchell Ltd | 203 N LaSalle St Ste 2500 | | Chicago, | IL | 60601 | |
| Summit Polymers Inc | Roger Ouellette | 6715 Sprinkle Rd | | | Portage, | MI | 49002 | |
| Supply Solution Inc Its Successor Tradebeam Inc | Attn General Counsel | Tradebeam Inc | Two Waters Park Dr Ste 200 | | San Mateo, | CA | 94403 | |
| T M Morris Mfg Co Inc | T M Morris Mfg Co Inc | PO Box 659 | | | Logansport, | IN | 46947 | |
| Ta Yang Silicones Of America | | 114 Wright Brother Ave | | | Livermore, | CA | 94550 | |
| Technical Illustration Corporation | Peter Kapaa | 3312 Palm Aire Ct Studio B | | | Rochester Hills, | MI | 48309 | |
| Temp Control Inc | Felipe Garcia | 295 Us Hwy 281 | | | Brownsville, | TX | 78520 | |
| Teradyne Inc | | PO Box 3644 | | | Boston, | MA | 02241-0001 | |
| Test Solutions Llc | | 6620 S 33rd St Bldg J Ste 10 | | | Mcallen, | TX | 78503 | |
| Thermotech Company | Thermotech Company | 1302 S 5th St | | | Hopkins, | MN | 55343 | |
| Thermotech SA de CV | Thermotech SA de CV | 1302 S 5th St | | | Hopkins, | MN | 55343 | |
| Thierica Inc | | 900 Clancy Ave Ne | | | Grand Rapids, | MI | 49503 | |
| Tia Inc & Sierra Liquidity Fund | Sierra Liquidity Fund | 2699 White Rd Ste 255 | | | Irvine, | CA | 92614 | |

Page 8 of 9

Delphi Corporation
Class C General Unsecured Claims
Class 8C Ballot

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Ticona Llc | | Ticona Fortron | 8040 Dixie Hwy | | Florence | KY | 41042-2904 | |
| Tingstol Company Corp | Herman Fonseca X 160 | 5928 Payspshere Cir | | | Chicago | IL | 60674 | |
| Tolman Sorting Co Inc | | 81 Enterprise Dr | | | Bristol | CT | 06010 | |
| Tool Crib | Onalla | 38 North Park Plaza | | | Brownsville | TX | 78521 | |
| Tooling Technologies Llc | | 11680 Brittmore Park Dr | | | Houston | TX | 77041 | |
| TPG Credit Opportunities Investors LP | Attn Shelley Hartman | c o TPG Credit Management LP | 4600 Wells Fargo Ctr | 90 S Seventh St | Minneapolis | MN | 55402 | |
| TPG Credit Strategies Fund LP | c o TPG Credit Management LP | Attn Shelley Hartman | 4600 Wells Fargo Ctr | 90 S Seventh St | Minneapolis | MN | 55402 | |
| Trade Debt Net | Trade Debt Net | PO Box 1487 | | | West Babylon | NY | 11704 | |
| Trade Debt Net | Trade Debt Net | PO Box 1487 | | | West Babylon | NY | 11704 | |
| Trade Debt Net | Trade Debt Net | PO Box 1487 | | | West Babylon | NY | 11704 | |
| Trade Debt Net | Trade Debt Net | PO Box 1487 | | | West Babylon | NY | 11704 | |
| Trade Debt Net | Trade Debt Net | PO Box 1487 | | | West Babylon | NY | 11704 | |
| Trade Debt Net | Trade Debt Net | PO Box 1487 | | | West Babylon | NY | 11704 | |
| Trans Tech America Inc | Fax 630 752 4473 | PO Box 952627 | | | Chicago | IL | | |
| Transducer Techniques Inc | | 42480 Rio Nedo | | | Temecula | CA | 92590 | |
| Trw Fasteners Division Inc | | 180 State Rd East | | | Westminster | MA | 01473 | |
| TTI Inc | | 2441 NE Pky | | | Fort Worth | TX | 76106-1896 | |
| Twin Corporation | Dennis M Haley P14528 | Wisegarden Haley Lindholm & Robertson PLC | G 9460 S Saginaw St Ste A | | Grand Blanc | MI | 48439 | |
| Tydenbrammall | | PO Box 79001 | | | Detroit | MI | 48279-1372 | |
| Ums Technologies Inc | | 8a Electronics Ave | | | Danvers | MA | 01923 | |
| Unholtz Dickie Corporation | Unholtz Dickie Corp | 6 Brookside Dr | | | Wallingford | CT | 06492 | |
| Unitied Electronics Corp | | 5321 N Pearl St | | | Rosemont | IL | 60018 | |
| United Ribtype Co | | 1415 S Calhoun St | | | Fort Wayne | IN | 46805-0990 | |
| Universal Instrument Corp | Chuck Dignam | PO Box 6459 | | | New York | NY | 10249-6459 | |
| Verizon Wireless | | PO Box 283450 | | | Lewisville | TX | 75029 | |
| Viasystems | Attn R Shenberger | 1915 Trolley Rd | | | York | PA | 17408 | |
| Victory Packaging | | PO Box 844138 | | | Dallas | TX | 75284-4138 | |
| Vishay Americas Inc | Attn Marion R Hubbard | 1 Greenwich Pl | | | Shelton | CT | 06484 | |
| Vitronics Soltec | Barb Rossignol Ext 222 | General Post Office | PO Box 27566 | | New York | NY | 10087-7566 | |
| West Side Industrial Sply | Lois Troy Fax 847 931 0023 | 1500 North Latex | | | South Elgin | IL | 60177 | |
| Western Consolidated Tech Inc | | PO Box 657 | 700 W Swager Dr | | Fremont | IN | 46737 | |
| Whitlem Label Co In | | 24600 Sherwood Ave | | | Centerline | MI | 48015 | |
| Wiegel Tool Works Inc | David Leibowitz | Leibowitz Law Center | 420 W Clayton St | | Waukegan | IL | 60085 | |
| Wolverine Plating Corp | Tom Enczszewski | 25458 Groesbeck | | | Roseville | MI | 48066 | |
| World Buying Services Inc | Rene Bundley | 336 Evergreen Rd Ste 8 | | | Louisville | KY | 40243 | |
| Xtra Lease LLC | Xtra Lease LLC | 1801 Park 270 Dr | Ste 400 | | St Louis | MO | 63146 | |
| Yazaki North America Inc | Dawn Reamer | 6801 Haggerty Rd | | | Canton | MI | 48187 | |
| Zerlex Inc | Peg Sandry | 700 Veterans Memorial Hwy | | | Hauppauge | NY | 11788 | |
| Zierick Mfg Co | | 131 Radio Circle | | | Mount Kisco | NY | 10549 | |
| Zilog Inc | Attn AR Dept | 532 Race St | | | San Jose | CA | 95126 | |

Delphi Corporation
Class C General Unsecured Claims
Class 10C Ballot

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| G & K Services | | 17750 E 32 Ave Ste 30 | | | Aurora, | CO | 80011 | |
| Gardner Spring Inc | | 1115 N Utica Ave | | | Tulsa, | OK | 74110 | |
| Gast Mfg | | PO Box 97 T | 2650 Meadow Brook Rd | | Benton Harbor, | MI | 04902-3-00 | |
| Gater Industries Inc | | 4400 Del Range Blvd | | | Cheyenne, | WY | 82009 | |
| Ge Osmonics Inc | | 4636 Somerton Rd | | | Trevose, | PA | 19053-8783 | |
| Gem Industries | | 1003 E 75th Ave | | | Denver, | CO | 80229 | |
| Global Engineering Documents | | PO Box 8500 S 4495 | | | Philadelphia, | PA | 19178-4485 | |
| Global Exchange Services | Steve Olhoff 301 340 4192 | 100 Edison Park Dr | | | Gaithersburg, | MD | 20878 | |
| Globe Motors | | 2275 Stanley Ave | | | Dayton, | OH | 04540-4-12 | |
| Globtek Inc | Bob Stegmann | 186 Veterans Dr | | | Northvale, | NJ | 07647 | |
| Goldentek Display America Inc | Alex Kwon | 720 N Valley Dr | Ste A | | Anaheim, | CA | 92801 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City, | NJ | 07302 | |
| Gopher Electronics | Carolyn | 222 Little Canada Rd | | | St Paul, | MN | 55117 | |
| Gpd Global Inc | Carolyn | 2322 170 Frontage Rd | | | Grand Junction, | CO | 81505 | |
| Grayhill Inc | Lupe Huner 708 354 1040 | 561 Hillgrove Ave | | | Lagrange, | IL | 60526 | |
| Gws C/o John Brion & Assoc Inc | John Brion | 8881 Sundrop Way | | | Highlands Ranch, | CO | 80126 | |
| H & M Metals Inc | | 9a Columbia Dr | | | Amherst, | NH | 03031 | |
| H Galow Co Inc | H Galow Co Inc | 15 Maple St | | | Norwood, | NJ | 07648 | |
| Haemoscope Corporation | | 5693 W Howard St | | | Niles, | IL | 60714 | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk | 301 Rte 17 6th Fl | | | Rutherford, | NJ | 07070 | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk | 301 Rte 17 6th Fl | | | Rutherford, | NJ | 07070 | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk | 301 Rte 17 6th Fl | | | Rutherford, | NJ | 07070 | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk | 301 Rte 17 6th Fl | | | Rutherford, | NJ | 07070 | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk | 301 Rte 17 6th Fl | | | Rutherford, | NJ | 07070 | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk | 301 Rte 17 6th Fl | | | Rutherford, | NJ | 07070 | |
| Hain Capital Holdings LLC | As Assignee of Maine Machine Products Co | 301 Rte 17 6th Fl | | | Rutherford, | NJ | 07070 | |
| Harco Metal Products | | 3632 East Lasalle St | | | Phoenix, | AZ | 85040 | |
| Hardware Specialty Co Inc | | 48 75 36th St | | | Long Island City, | NY | 11101 | |
| Hirel Systems Zman Magnetics | Erin Stone | Nw 7877 01 | | | Minneapolis, | MN | 05548-5-51 | |
| Hisco Inc | Attn Gaylord P Whiting | 6850 Concord Park Dr | | | Houston, | TX | 77040 | |
| Honeywell Sensing & Controls | | 12055 Rojas Dr Ste K | | | El Paso, | TX | 79936 | |
| Hoppe Tool Inc | | 107 First Ave | | | Chicopee, | MA | 01020 | |
| Hottinger Baldwin Measurements | Robert S Maloof | 19 Bartlett St | | | Marlboro, | MA | 01752 | |
| Howes Temco Inc | Bruce Campbell | 60 Earls Wy | | | Franklin, | MA | 02038 | |
| Hypalla Inc | | 15270 Sw Holly Hill Rd | | | Hillsboro, | OR | 97123-3074 | |

12/27/2007 10:13 PM
W - 10C DOMESTIC W9

# EXHIBIT X

Delphi Corporation
Class C General Unsecured Claims
Class 5C Ballot

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Adt Fire And Security Plc | | Adt House Stephanson Way | | | Liverpool, | | L13 1HD | United Kingdom |
| Advantage Healthcare Group Ltd | | Grosvenor House Ste G 04 | | | Telford Sh, | | TF2 9TW | United Kingdom |
| Agie Charmilles Ltd | | North View | | Coventry | | | CV2 2SJ | United Kingdom |
| Air Products Plc Air Products Uk Gases | | Millennium Gate Westmere Dr | Crewe Business Park 2 | | Crewe Cheshire, | | CW1 6AP | United Kingdom |
| Alpha Fry Ltd | | Forsyth Rd | Sheerwater | | Woking, | | 0GU21-5SB | Netherlands |
| Anchor Environmental Services Ltd | | Handsom Brook Cottage | | | Northwich, | | CW9 2ST | United Kingdom |
| Automatic Data Processing Ltd | | Syward Pl Pycroft Rd | | | Chertsey, | | 0KT16-9JT | United Kingdom |
| Bartec Dispensing Technology Gmbh | | Aromweg 4 | | | Welkersheim, | | 97990 | Germany |
| Bergquist U K Ltd | | Unit 27 Darin Court | | | Milton Keynes, | | MK9 0AD | United Kingdom |
| Boc Ltd | | 6 Priestl | | | Manchester, | | M28 4US | United Kingdom |
| British Standards Institute | | 389 Chiswick High Rd | | | London, | | W4 4AL | United Kingdom |
| Calor Gas Ltd | | Athena Dr Tachbrook Pk | | | Warwick Warwickshire, | | 0CV34-6RL | United Kingdom |
| Chep U K Ltd | | Village Way The Village | | | Manchester, | | M17 1HR | United Kingdom |
| Clover Uk Ltd | | Valiant Way | | | Birkenhead, | | 0CH41-9HS | United Kingdom |
| Colcraft Inc | | 21 Napier Pl Wardpark North | | | Cumbernauld, | | G68 0LL | United Kingdom |
| Comp Inc Uk Ltd | | Oslo Rd Sutonfields Industrial East | | | Hull North Humberside, | | HU7OYN | United Kingdom |
| Clp Silleck Ltd | | Durham Ln Indstl Park Eaglescliffe | | | Stockton On Tees, | | 0TS16-0PN | United Kingdom |
| Daishinbu Deutschland Gmbh | | Wiesenstr 70a 2 | | | Duesseldorf, | | 40549 | Germany |
| David Ludzker Ltd | | 3 7 Shaw St | | | Liverpool, | | L6 1HH | United Kingdom |
| Dell Computer Corporation Ltd | | Milbank House Western Rd | | | Bracknell Berks, | | RG12 1RW | United Kingdom |
| Dhl International Uk Ltd | | 1 Dukes Green Ave | | | Feltham Middlesex, | | TW14 0LR | United Kingdom |
| Egil Eagle Global Logistics Uk Ltd | | 5 Bldg 301 World Freight Ter | | | Manchester, | | M90 5FY | United Kingdom |
| Fd Automotive Deutschland Gmbh | | Rathsbergstr 25 | | | Nuernberg, | | 90411 | Germany |
| Gefco U K Ltd | | Yew Tree Way Stonecross Ln | | | Warrington, | | WA3 3GY | United Kingdom |
| Genesys Conferencing Ltd | | Stephenson House | | | Croydon, | | CR0 6BA | United Kingdom |
| Gliaston Compressor Services Ltd | | Hydes Brow Wns | | | Skelmersdale, | | WN8 9SA | United Kingdom |
| Henkel Loctite Adhesives Ltd | | Watchmead Welwyn Garden City | | | Hertfordshire, | | AL7 1JB | United Kingdom |
| Heraeus Materials Ltd | | Unit A Cinderhill Industrial Estate | Stoke On Trent | | Staffordshire, | | ST3 5LB | United Kingdom |
| In Parallel Computer Staff Ltd | | 3 Church St | | | Tewkesbury Gloucestershi, | | GL20 5PA | United Kingdom |
| Ips | | Dunningsbridge Rd | | | Liverpool, | | L30 6TE | United Kingdom |
| J R Webster & Co Ltd | | Birchill Rd Knowsley Indstl Pk | | | Liverpool, | | L33 7TD | United Kingdom |
| Koa Europa Gmbh | | Kaddenbusch 6 | | | Daegelling, | | 25578 | Germany |
| Lee Products Ltd | | Chalfont St Peter | | | Gerrards Cross Buckingha, | | SL9 9QE | United Kingdom |
| Memec Europe Ltd | | 17 Thame Park Rd | | | Thame, | | OX9 3XD | United Kingdom |
| Merseyside Metal Services Ltd | | 21 35 Gascoyne St | | | Liverpool Merseyside, | | L3 6BS | United Kingdom |
| Meissie Electronik Gmbh | | Graeholzstrasse 17 | | | Eidlingen, | | 76275 | Germany |
| Murata Electronics Uk Ltd | | Oak House Ancells Rd | | | Fleet Hampshire, | | GU51 2QW | United Kingdom |
| National Instruments Corp Uk Ltd | | Measurement House | London Rd | | Newbury, | | 0RG14-2PS | United Kingdom |
| Nichicon Austria Gmbh | | C 2/14 | | | Schwechat, | | 02320 | Austria |
| Patersons Ltd | | 21 Chapman Way | | | Tunbridge Wells, | | TN2 3EF | United Kingdom |
| Prepress Lamps Ltd | | 117 119 Hove Ave | | | Walthamstow, | | E17 7NG | United Kingdom |
| R B Farquhar Developments Ltd | | Deveronside Works | | | Huntly, | | 0AB54-4PS | United Kingdom |
| Rentokil Initial Uk Ltd | | Northside Rd | | | Bradford, | | BD7 2TN | United Kingdom |
| Rohm Electronics Ltd | | Unit 15 Pveret Dr Ganby | | | Milton Keybes Bucks, | | MK1 1NH | United Kingdom |
| Software Spectrum Uk Ltd | | Gomm Rd High Wycombe | | | Buckinghamshire, | | 0HP13-7DL | United Kingdom |
| Static Solutions Ltd | | Global Kleen Environmental | | | Barnsley, | | S71 5HS | United Kingdom |
| Stenfi U K Ltd | | Stenfil House Caswell Rd | | | Northampton, | | NN4 7PW | United Kingdom |
| Tdk Electronics Europe Gmbh | | Wanhelmer Str 57 | | | Duesseldorf, | | 40472 | Germany |
| Wetrok Ltd | | 4 Easter Cy | | | Warrington, | | WA5 5ZB | United Kingdom |

# EXHIBIT Y

Delphi Corporation
Class C General Unsecured Claims
Class 1C Ballot

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Spear Michael K | | 2381 Bock Rd | | | Saginaw, | MI | 48603-3835 | |
| Spear Paula H | | 2381 Bock Rd | | | Saginaw, | MI | 48603-3835 | |
| Steblein James | | 6344 Ridge Rd | | | Lockport, | NY | 14094-1017 | |
| Stephen G Johnson | | 4696 Quarton Rd | | | Bloomfield Hills, | MI | 48302 | |
| Strahm Jr Charles F | | 9600 Downing Rd | | | Birch Run, | MI | 48415-9734 | |
| Strough Carol B | | 3621 E Lynn St | | | Anderson, | IN | 46013-5377 | |
| Studivent Lutha M | | 830 S 25th St | | | Saginaw, | MI | 48601-6522 | |
| Stupak Susan E | | 4515 Willow Bend Dr | | | Arlington, | TX | 76017-1341 | |
| Summerous Johnnie | | 5503 Broomall St | | | Huber Heights, | OH | 45424 | |
| Tallman Jr James L | | 70 Duchess Dr | | | Buffalo, | NY | 14224-2351 | |
| Tavener R D | | 7682 Bellefontaine Rd | | | Huber Heights, | OH | 45424-1561 | |
| Taylor Elowese | | 4766 Eva St | | | Saginaw, | MI | 48601-6917 | |
| Tester Kenneth M | co Susan M Cook | Lambert Leser Isackson Cook & Giunta PC | 916 Washington Ave Ste 309 | | Bay City, | MI | 48708 | |
| Tester Kenneth M | co Susan M Cook | Lambert Leser Isackson Cook & Giunta PC | 916 Washington Ave Ste 309 | | Bay City, | MI | 48708 | |
| Thomann Phyllis | | 1277 Hurd Rd | | | Clio, | MI | 48420 | |
| Thomas Jr Booker | | 3239 Birch Ln Dr | | | Flint, | MI | 48504-1203 | |
| Thomas Norma | | 3200 Webber St | | | Saginaw, | MI | 48601-4024 | |
| Thurston William | | 13080 Dempsey Rd | | | Saint Charles, | MI | 48655-9703 | |
| Torrey J M | | 681 Quillette Dr | | | Beaverton, | MI | 48612-8625 | |
| Treter Anthony | | 7143 W 48 Rd | | | Cadillac, | MI | 49601-9356 | |
| Troublefield Thomascine | | 2122 Frueh St | | | Saginaw, | MI | 48601-4107 | |
| Tune Larry | | 306 Edward St | | | Auburn, | MI | 48611 | |
| Urso Jack A | | 6 Chestnut Cres | | | Rochester, | NY | 14624-4358 | |
| Virgene K Tafel | Virgene K Tafel | 5620 Spring Knoll | | | Bay City, | MI | 48706 | |
| Vogelaar Peter J | | 174 Akron St Apt 3 | | | Rochester, | NY | 14609-7208 | |
| Wahl Bartlett | | 6043 Caine Rd | | | Vassar, | MI | 48768-9518 | |
| Walker Benjamin N | | 11590 Frost Rd | | | Freeland, | MI | 48623-8872 | |
| Wandzel James S | | 3536 Church St | | | Saginaw, | MI | 48604-2143 | |
| Warzecha Ronald J | | 8679 Foster Rd | | | Birch Run, | MI | 48415-9032 | |
| Wash Douglas S Sr | Wash Douglas S Sr | 4855 Airline Dr Apt 15e | | | Bossier City, | LA | 71111-0000 | |
| Watson Sandra | | In re Cheryl D Harris | 1445 Westerrace Dr | | Flint, | MI | 48532 | |
| Watt George | | 2997 Monroe St | | | Saginaw, | MI | 48604-2321 | |
| Webster Alice R | | 544 S 22nd St | | | Saginaw, | MI | 48601-1539 | |
| Webster Alice R | | 544 S 22nd St | | | Saginaw, | MI | 48601-1539 | |
| Weidner Glendale P | | 300 Main St | | | Bay City, | MI | 48706-5016 | |
| Welborn Wanda L | | 8320w S 900 W | | | Fairmount, | IN | 46928-9366 | |
| Welch Elaine | | 3145 Warner Rd | | | Saginaw, | MI | 48602-3484 | |
| Westenburg Sr Richard E | | 3566 7 Mile Rd | | | Bay City, | MI | 48706-9427 | |
| Wheaton Agnes I | | 12782 N Budd Rd | | | Burt, | MI | 48417-9431 | |

Page 8 of 9

12/27/2007 10:15 PM

Y - 1C Exclude, UAW letter Domestic

# EXHIBIT Z

Delphi Corporation
Class C General Unsecured Claims
Class 1C Ballot

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Wilkie Thomas R | | 19565 Cascade Dr | | | Riverview, | MI | 48192-8573 | |
| William B Combs | | 133 Brooke Woode Dr | | | Brookville, | OH | 45309-9221 | |
| William B Hanna | | 14510 Stephanis St | | | Carmel, | IN | 46033 | |
| William C Spahman | | 1713 Green Acres Dr | | | Kokomo, | IN | 46901-8549 | |
| William E Lloyd and Janet E | | Lloyd Jt Ten | 41 Kristin Dr | | Rochester, | NY | 14624-1049 | |
| William E Turner | | PO Box 5505 | | | Flint, | MI | 48505-0505 | |
| William G Billig Tr | | Ua Dtd 091500 | Fbo William G Billig Trust | | Clarkston, | MI | 48346-2822 | |
| William Gerald Vance | | 4347 Brookstone Dr | | | Saginaw, | MI | 48603 | |
| William Miller Jr and Lillie M | | Miller Jt Ten | 3661 Crestview Dr | | Niagara Falls, | NY | 14304 | |
| William R Herren | c o Susan M Cook | Lambert Leser Isackson Cook & Giunta PC | 916 Washington Ave Ste 309 | | Bay City, | MI | 48708 | |
| Williams Betty A | | 23071 Avon Rd | | | Oak Pk, | MI | 48237-2439 | |
| Wilson Dennis R | | 207 E Auburndale Ave | | | Youngstown, | OH | 44507-1905 | |
| Wingeier Kenneth G | | 555 Mt Vintage Plantation Dr | | | N Augusta, | SC | 29860-0264 | |
| Wingeier Kenneth G | | 555 Mt Vintage Plantation Dr | | | N Augusta, | SC | 29860-0264 | |
| Wingeier Kenneth G | | 555 Mt Vintage Plantation Dr | | | N Augusta, | SC | 29860-0264 | |
| Wingeier Kenneth G | | 555 Mt Vintage Plantation Dr | | | N Augusta, | SC | 29860-0264 | |
| Wingeier Kenneth G | | 555 Mt Vintage Plantation Dr | | | N Augusta, | SC | 29860-9264 | |
| Wingeier Kenneth G | | 555 Mt Vintage Plantation Dr | | | N Augusta, | SC | 29860-9264 | |
| Wolcott Norman R | | 8670 Telegraph Rd | | | Gasport, | NY | 14067-9234 | |
| Womack Janice M | | 3422 Lynn St | | | Flint, | MI | 48503-4430 | |
| Wood David | | 2897 Kilburn Court | | | Rochester Hills, | MI | 48306 | |
| Woodbury Marion L | | 2075 Van Vleet Rd | | | Swartz Creek, | MI | 48473-9748 | |
| Work Lynne H | | 6145 Windstone Lane | | | Clarkston, | MI | 48346 | |
| Wright C | | 7040 St Ursula Dr | | | Canfield, | OH | 44406 | |
| Wright Julian | | 3320 Sulaman Rd | | | Bellbrook, | OH | 45305-9792 | |
| Wydick Roger A | | 8257 Lake Rd W Apt 1018 | | | Ashtabula, | OH | 44004-8644 | |
| Wydner John D | | 8267 Danville Rd | | | Danville, | AL | 35619-6412 | |
| Yahne John E | | 546 Hathaway Trf | | | Tipp City, | OH | 45371-1107 | |
| Yaomans Ii Daniel | | 105 Sandalwood Dr | | | Greenville, | OH | 45331 | |
| Young Inez | | 3032 Germantown | | | Dayton, | OH | 45408 | |
| Young Inez | | 3032 Germantown St | | | Dayton, | OH | 45408 | |
| Youngblood Jones Lilly P | | 6045 Sheridan Rd | | | Saginaw, | MI | 48601-9716 | |
| Yvonne Roberts | | 530 Allenhurst Rd Apt A | | | Amherst, | NY | 14226 | |
| Zajaczkowski William | | 64 Madison Ave | | | Old Bridge, | NJ | 08857 | |
| Zajaczkowski William Henry | | 64 Madison Ave | | | Old Bridge, | NJ | 08857-1340 | |
| Zajaczkowski William M | | 64 Madison Ave | | | Old Bridge, | NJ | 08857-1340 | |
| Zellinger Barbara A | Attn Howard S Sher | Jacob & Weingarten P C | 2301 W Big Beaver Rd Ste 777 | | Troy, | MI | 48084 | |
| Zellinger Robert J | Attn Howard S Sher | Jacob & Weingarten P C | 2301 W Big Beaver Rd Ste 777 | | Troy, | MI | 48084 | |
| Zhou Peter S | | 789 Stenzhal Ln | | | Cupertino, | CA | 95014-4658 | |
| Zizelman James | | 1887 Hickory Ln | | | Honeoye Falls, | NY | 14472 | |

12/27/2007 10:15 PM
Z - 1C Exclude DOMESTIC and INTL

# EXHIBIT EE

Delphi Corporation
Class UA (Administrative Claims)

| Name | Notice/Name | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| EIS Inc | Kimberly J Robinson | Barack Ferrazzano Kirschbaum & Nagelberg | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | |
| Electro Dynamics Crystal Corporation | Tim Abbott President | 9075 Cody St | | | Overland Park | KS | 66214 | |
| Emhart Teknologies Llc | | 49201 Gratiot Ave | | | Chesterfield | MI | 48051 | |
| Engelhard Corporation | Mr Robert Housman Director of Credit | 101 Wood Ave | | | Iselin | NJ | 08830 | |
| Epcos Inc | Attn David N Crapo Esq | Gibbons PC | One Gateway Ctr | | Newark | NJ | 07102-5310 | |
| Fair Harbor Capital LLC | | 875 Ave of the Americas Ste 2305 | | | New York | NY | 10001 | |
| Fawn Plastics Co Inc | | 1920 Greenspring Dr Ste 140 | | | Timonium | MD | 21093 | |
| Federal Screw Works | | 20229 9 Mile Rd | | | Saint Clair Shores | MI | 48080-1775 | |
| Fujikura America Inc | Attn President | 3001 Oakmead Village Dr | | | Santa Clara | CA | 95051 | |
| Fujitsu Components America Inc | Attn Accounting Manager | 250 E Caribbean Dr | | | Sunnyvale | CA | 94088 | |
| Fulton Industries Inc | Kenneth G Baker Esq | Eastman & Smith Ltd | One SeaGate 24th Fl | | Toledo | OH | 43604 | |
| Furukawa Electric North America APD Inc and Furukawa Electric Company | Michael S McElwee | Varnum Riddering Schmidt & Howlett LLP | PO Box 352 | | Grand Rapids | MI | 49501-0352 | |
| GMD Industries LLC dba Production Screw Machine | co Ronald S Pretekin | Cooljax Wall Co LPA | 33 W 1st St Ste 600 | | Dayton | OH | 45402 | |
| Gebar Systems Inc | Paige Leigh Ellerman Esq | Taft Stettinius & Hollister LLP | 425 Walnut Street Ste 1800 | | Cincinnati | OH | 45202 | |
| Goldman Sachs Credit Partners LP | c o Goldman Sachs & Co | Attn Pedro Ramirez | 30 Hudson 17th Fl | | Jersey City | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | c o Goldman Sachs & Co | Attn Pedro Ramirez | 30 Hudson 17th Fl | | Jersey City | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City | NJ | 07302 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | | Jersey City | NJ | 07302 | |
| Goldman Sachs Credit Partners LP Assignee of Siemens VDO Automotive Corporation and Siemens VDO Automotive Inc | | One New York Plaza 42nd Fl | | | New York | NY | 10004 | |
| Graber Rogg Inc | Arthur Zampella President | 22 Jackson Dr | | | Cranford | NJ | 07016 | |
| Graber Rogg Inc | Arthur Zampella President | 22 Jackson Dr | | | Cranford | NJ | 07016 | |
| Graber Rogg Inc | Arthur Zampella President | 22 Jackson Dr | | | Cranford | NJ | 07016 | |
| H & L Tool Company Inc | Nirendu Dhar | 32701 Dequinder | | | Madison Heights | MI | 48071-1595 | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk | 301 Rte 17 6th Fl | | | Rutherford | NJ | 07070 | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk | 301 Rte 17 6th Fl | | | Rutherford | NJ | 07070 | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk | 301 Rte 17 6th Fl | | | Rutherford | NJ | 07070 | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk | 301 Rte 17 6th Fl | | | Rutherford | NJ | 07070 | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk | 301 Rte 17 6th Fl | | | Rutherford | NJ | 07070 | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk | 301 Rte 17 6th Fl | | | Rutherford | NJ | 07070 | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk | 301 Rte 17 6th Fl | | | Rutherford | NJ | 07070 | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk | 301 Rte 17 6th Fl | | | Rutherford | NJ | 07070 | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk | 301 Rte 17 6th Fl | | | Rutherford | NJ | 07070 | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk | 301 Rte 17 6th Fl | | | Rutherford | NJ | 07070 | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk | 301 Rte 17 6th Fl | | | Rutherford | NJ | 07070 | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk | 301 Rte 17 6th Fl | | | Rutherford | NJ | 07070 | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk | 301 Rte 17 6th Fl | | | Rutherford | NJ | 07070 | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk | 301 Rte 17 6th Fl | | | Rutherford | NJ | 07070 | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk | 301 Rte 17 6th Fl | | | Rutherford | NJ | 07070 | |
| Hewitt Tool & Die Inc | George E Hewitt | PO Box 465 | | | Avon | IN | 44011 | |
| Hitachi Chemical Singapore Pte Ltd fka Hitachi Chemical Asia Pacific Pte Ltd | Attn Menachem O Zelmanovitz Esq | 1138 E 400 S | 101 Park Ave | | Oakford | IN | 46965-0047 | |
| HK Metal Craft Manufacturing Corp | Maria Alen | co Morgan Lewis & Bockius LLP | PO Box 775 | | New York | NY | 10178 | |
| HK Metal Craft Manufacturing Corp | Maria Alen | 35 Industrial Rd | PO Box 775 | | Lodi | NJ | 07645 | |
| HK Metal Craft Mfg Corp | Maria Alen | 35 Industrial Rd | PO Box 775 | | Lodi | NJ | 07645 | |
| Hollingworth & Vose Co | | 112 Washington St | | | East Walpole | MA | 02032-100 | |
| Illinois Tool Works Inc | Illinois Tool Works Tomco | 3600 W Lake Ave | | | Glenview | IL | 60025-121 | |
| Illinois Tool Works Inc | | Anchor Fasteners | 28101 Fargo Ave | | Cleveland | OH | 44146-1305 | |
| Illinois Tool Works Inc | | Itw Deltro | 8440 A West 183rd Pl | | Tinley Pk | IL | 60477 | |
| Illinois Tool Works Inc | | Itw Deltar Engineered Componen | 8450 W 185th St | | Tinley Pk | IL | 60477 | |
| Illinois Tool Works Inc | | Itw Deltar Engineered Fastener | 1700 1st Ave | | Chippewa Falls | WI | 54729 | |
| Illinois Tool Works Inc | | Itw Datafinis | 500 Fairview | | Zeeland | MI | 49464 | |
| Illinois Tool Works Inc | | Itw Shakeproof Automotive Prod | PO Box 92052 | | Chicago | IL | 60675 | |
| Integrated Cable Systems Inc | Attn Curt Even | 504 2nd St | | | Berthoud | CO | 80513 | |
| International Rectifier Corporation | Richard Brunette and Theresa Wardle | Sheppard Mullin Richter & Hampton LLP | 333 S Hope St 48th Fl | | Los Angeles | CA | 90071 | |

Delphi Corporation
Class UA (Administrative Claims)

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Madison Niche Opportunities LLC | | 6310 Lamar Ave Ste 120 | | | Overland Park | KS | 66202 | |
| Madison Niche Opportunities LLC | | 6310 Lamar Ave Ste 120 | | | Overland Park | KS | 66202 | |
| Markel Corp | | 435 School Ln | | | Plymouth Meeting | PA | 19462 | |
| Material Sciences Corporation | Samuel R Grafton | Popper & Grafton | 225 W 34th St Ste 1609 | | New York | NY | 10122-1600 | |
| Maxim Integrated Products Inc | David D Draper Esq | Terra Law LLP | 177 Park Ave 3rd Fl | | San Jose | CA | 95113 | |
| McCaughtrin McCoy Electric of Ohio | McCaughtrin McCoy Electric Co | 1303 E Lincoln Ave | | | Madison Heights | MI | 48071-4126 | |
| Metal Cladding Inc | Attn Julia S Kreher Esq | Hodgson Russ LLP | One M&T Plz Ste 2000 | | Buffalo | NY | 14203 | |
| Metalforming Technologies Inc | | 980 N Michigan Ave | Ste 1900 | | Chicago | IL | 60611 | |
| Micro Motion Inc | Customer Financial Services | 12001 Technology Dr A903 | | | Eden Prairie | MN | 55344 | |
| Micronas GmbH | c o Glen K Ritner Director | | Automotive Headquarters - The Americas | 3700 Grand River Ave 215 | Farmington Hills | MI | 48335 | |
| Midtown Claims LLC | Attn Megan Slow | 85 E 65th St 19th Fl | | | New York | NY | 10022 | |
| Midwest Stamping Inc | Larry E Parres | Lewis Rice & Fingersh LC | 500 N Broadway Ste 2000 | | St Louis | MO | 63102-2147 | |
| Milliken & Company | | 1045 Sixth Ave | | | New York | NY | 10018 | |
| Mobile Display Systems | c o Robert N Michaelson Esq | Kirkpatrick & Lockhart Nicholson Graham LLP | 599 Lexington Ave | | New York | NY | 10022 | |
| Mohm Inc | | | | | Florence | KY | 41042 | |
| Muskegon Castings Corp | c o Parmenter O Toole | 601 Terrace St | | | Muskegon | MI | 49443-0788 | |
| Neuman Aluminum Automotive Inc Neuman Aluminum Impact Extrusion | John S Mairo Esq | Brett S Moore Esq | Porzio Bromberg & Newman PC | 100 Southgate Pkwy | Morristown | NJ | 07962 | |
| Nu Northco Electronics Corp | Attn C Salazar | 2070 Ringwood Ave | | | San Jose | CA | 95131 | |
| OMG Americas Inc | Joe Dobin | 811 Sharon Dr | | | Westlake | OH | 44145 | |
| Optrex America Inc | | Berry & Moorman Professional Corporation Attorneys at Law | The Buhl Building | 535 Griswold Ste 1900 | Detroit | MI | 48226 | |
| Orion Ohio Semiconductor Inc | c o Robert L Eisenbach III | Cooley Godward LLP | 101 California St 5th Fl | | San Francisco | CA | 94111-5800 | |
| Park Enterprises of Rochester Inc | Chamberlain DAmanda | Attn Jerry Greenfield Esq | 2 State St Ste 1600 | | Rochester | NY | 14614 | |
| Parkview Metal Products | c o Robert D Wolford | Miller Johnson | PO Box 306 | | Grand Rapids | MI | 49501-0306 | |
| Piezo Stencil LLC | Dennis E Quaid | Fagel Haber LLC | 55 E Monroe St | 40th Fl | Chicago | IL | 60603 | |
| Piezo Systems Inc | Lee T Fidler Esq | Rodgerter Johnson & Lyons LLP | 1200 17th St Ste 3000 | | Denver | CO | 80202-5855 | |
| Plast Oettke Inc | The Law Offices of Marian R Slobodian | 801 North Second Street | | | Harrisburg | PA | 17102 | |
| Plymouth Rubber Company Inc | Atten Victor Bass Esq | Burns & Levinson LLP | 125 Summer St | | Boston | MA | 021101624 | |
| Precision Fitting & Gauge Co | | 1214 S Joplin Ave | | | Tulsa | OK | 74112 | |
| Precision Resource Inc the KY Div | Precision Resource Inc | 25 Forest Parkway | | | Shelton | CT | 06484 | |
| Philgeon & Clay Inc | Bruce Penno | 50 Cottage Grove SW | | | Grand Rapids | MI | 49507 | |
| Quality Synthetic Rubber Inc | c o Patrick J Keating Esq | Buckingham Doolittle & Burroughs LLP | PO Box 1500 | | Akron | OH | 44309-1500 | |
| Quality Synthetic Rubber Inc | c o Patrick J Keating Esq | Buckingham Doolittle & Burroughs LLP | PO Box 1500 | | Akron | OH | 44309-1500 | |
| Reatexum Corporation | | 4750 Venture Dr Ste 100 | | | Ann Arbor | MI | 48108 | |
| RBC Bearings | Bruce Owen Mgr Credit & Collections | One Technology Ctr | | | Oxford | CT | 06478 | |
| Redrock Capital Partners LLC | Steven T Holmes | 475 17th St Ste 544 | | | Denver | CO | 80202 | |
| Redrock Capital Partners LLC | | 475 17th St Ste 544 | | | Denver | CO | 80202 | |
| Redrock Capital Partners LLC | | 475 17th St Ste 544 | | | Denver | CO | 80202 | |
| Redrock Capital Partners LLC | | 475 17th St Ste 544 | | | Denver | CO | 80202 | |
| Reliable Casting Corp Sidney Div | | 3530 Stirling Grove Ave | | | Cincinnati | OH | 45223 | |
| RF Industries | Harlon A Williams LLP | 1601 Bryan St 30th Fl | | | Dallas | TX | 75201-3402 | |
| Robin Industries Inc Berlin Division | Berlin Division | Robin Industries Inc | 1265 W 65 St | | Cleveland | OH | 44102 | |
| Robin Industries Inc Cleveland Division | Cleveland Division | Robin Industries Inc | 1265 W 65 St | | Cleveland | OH | 44102 | |
| Robin Industries Inc Elasto Tec Division | Elasto Tec Division | Robin Industries Inc | 1265 W 65 St | | Cleveland | OH | 44102 | |
| Robin Industries Inc Friction/Sealing Facility | Friction/Sealing Facility | Robin Industries Inc | 1265 W 65 St | | Cleveland | OH | 44102 | |
| Robin Industries Inc Holmco Division | Holmco Division | Robin Industries Inc | 1265 W 65 St | | Cleveland | OH | 44102 | |
| Robin Mexicano S de RL de CV | c o Robin Industries Inc | 1265 W 65 St | | | Cleveland | OH | 44102 | |
| Romm And Haas Co | Attn O Renklo | 100 Independence Mall W | | | Philadelphia | PA | 19106 | |
| Rosato Associates USA LLC | Kenny Branzburg Esq | Kenny Branzburg | 290 S Broad St | | Eden Prairie | MN | 55344 | |
| Rosemount Analytical | Customer Financial Services | 12001 Technology Dr A903 | | | Eden Prairie | MN | 55344-5003 | |
| Rotor Clip Company Inc | Robert L Schmidt Esq | North McLaughlin Marcus Pa | PO Box 1018 | | Somerville | NJ | 08876-1018 | |
| Sagem America Ltd | Gary Vist | Masuda Funai Eifert & Mitchell Ltd | 203 N LaSalle St Ste 2500 | | Chicago | IL | 60601 | |
| Select Industries Corporation fka Select Tool & Die Corp | W Timothy Miller | 425 Walnut St Ste 1800 | | | Cincinnati | OH | 45202 | |
| Sherwin Williams Company | | 101 Prospect Ave NW | 825 Republic Bldg | | Cleveland | OH | 44115 | |
| Sherwin Williams Company | | 101 Prospect Ave NW | 825 Republic Bldg | | Cleveland | OH | 44115 | |
| Siemens VDO Automotive Corporation Assignee of American Electronic Components Inc | Charles P Schulman | 10 S Wacker Dr 40th Fl | | | Chicago | IL | 60606 | |

12/29/2007 11:03 AM
EE - UA DOMESTIC W9

**Delphi Corporation**
**Class UA (Administrative Claims)**

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Siena Liquidity Fund LLC Assignee Lake Erie Products Inc, Livonia Fittings Products Company et al Assignor | Siena Liquidity Fund LLC | 2699 White Rd Ste 255 | | | Irvine | CA | 92614 | |
| Silicon Laboratories Inc | co Jeffry A Davis DLA Piper Rudnick Gray Cary | 401 B Street Ste 1700 | | | San Diego | CA | 92101 | |
| SPCP Group LLC | Attn Brian A Jarmain | 2 Greenwich Plz 1st Fl | | | Greenwich | CT | 06830 | |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain | Two Greenwich Plz 1st Fl | | | Greenwich | CT | 06830 | |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain | Two Greenwich Plz 1st Fl | | | Greenwich | CT | 06830 | |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain | Two Greenwich Plz 1st Fl | | | Greenwich | CT | 06830 | |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain | Two Greenwich Plz 1st Fl | | | Greenwich | CT | 06830 | |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain | Two Greenwich Plz 1st Fl | | | Greenwich | CT | 06830 | |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain | Two Greenwich Plz 1st Fl | | | Greenwich | CT | 06830 | |
| SPCP Group LLC as assignee of Key Plastics LLC | Attn Brian A Jarmain | Two Greenwich Plz 1st Fl | | | Greenwich | CT | 06830 | |
| SPCP Group LLC as Assignee of Setgraph Inc Corporation | Attn Brian A Jarmain | Two Greenwich Plz 1st Fl | | | Greenwich | CT | 06830 | |
| Special Situations Investing Group Inc | Attn Al Dombrowski | c o Goldman Sachs & Co | 85 Broad St 27th Fl | | New York | NY | 10004 | |
| Special Situations Investing Group Inc | Attn Pedro Ramirez | c o Goldman Sachs & Co | 85 Broad St 27th Fl | | New York | NY | 10004 | |
| Spring Engineering & Manufacturing Corporation | Brian X Beaumond | 7820 N Lilley Rd | | | Canton | MI | 07202 | |
| Standard Microsystems Corporation | c o Leslie A Berkoff Esq | 400 Garden City Plz | | | Garden City | NY | 11530 | |
| Stanley Electric Sales of America Inc | c o Mark T Flewelling Esq | 199 S Los Robles Ave Ste 900 | | | Pasadena | CA | 91101 | |
| Stanley Electric Sales of America Inc | c o Mark T Flewelling Esq | 199 S Los Robles Ave Ste 900 | | | Pasadena | CA | 91101 | |
| Steel Technologies Inc | John M Baumann Jr | 15415 Shelbyville Rd | PO Box 433059 | | Louisville | KY | 40253-0359 | |
| Stonehill Institutional Partners LP | co Stonehill Capital Management | 885 Third Ave 30th Fl | | | New York | NY | 10022 | |
| Stonehill Institutional Partners LP | Attn Steve Nelson | co Stonehill Capital Management | 885 Third Ave 30th Fl | | New York | NY | 10022 | |
| Tech Tool & Mold Inc Et | | 1045 French St | | | Meadville | PA | 16335 | |
| Tessler Machine Co | Stephen Woodworth | 529 Main St | | | Hudson | MA | 01749 | |
| The Lighting Company | | 16821 Bowena | | | Irvine | CA | 92606 | |
| TPG Credit Opportunities Fund LP | Attn Shelby Hartman | c o TPG Credit Management LP | 4600 Wells Fargo Ctr | 90 S Seventh St | Minneapolis | MN | 55402 | |
| TPG Credit Opportunities Investors LP | Attn Shelby Hartman | c o TPG Credit Management LP | 4600 Wells Fargo Ctr | 90 S Seventh St | Minneapolis | MN | 55402 | |
| TPG Credit Opportunities Investors LP | Attn Shelby Hartman | 4600 Wells Fargo Ctr | 90 S Seventh St | | Minneapolis | MN | 55402 | |
| Transfer Tool Products Inc | co Thomas G Klig & DS Hofmgren | PO Box 4010 | | | Kalamazoo | MI | 49003-4010 | |
| TT Electronics OPTEK Technology | David W Scott | 1011 N Tryon St Ste 1900 | | | Charlotte | NC | 28206 | |
| Uniflex Corporation | | Hodgson Russ LLP | One M&T Plaza Ste 2000 | | Buffalo | NY | 14203 | |
| Unisource Worldwide Inc | Attn Larry Durrant | 850 N Arlington Heights Rd | | | Itasca | IL | 60143 | |
| United Chemi Con Inc | Larry Margonis | 9801 W Higgins Rd | | | Rosemont | IL | 60018 | |
| United Machine Inc | Lou Siebert General Manager | 53500 W 12 Mile Rd | | | Sterling Heights | MI | 48314 | |
| United Plastics Group Inc | William Holbrook Director of Finance | United Plastics Group Inc | 1420 Kensington Rd Ste 209 | | Oak Brook | IL | 60523 | |
| United Stars Industries Inc | Seen T Scott | Mayer Brown Rowe & Maw | 190 S LaSalle St | | Chicago | IL | 60603-3441 | |
| US Silica Company | Larry J Dick | PO Box 303008 | | | Atlanta | GA | 31193-3008 | |
| Valeo Climate Control Corporation | Attn Christopher R Connely | 3000 University Dr | | | Auburn Hills | MI | 48326 | |
| Valeo Electrical Systems Inc Wipers Division | Attn Christopher R Connely | 3000 University Dr | | | Auburn Hills | MI | 48326 | |
| Valeo Switches and Detection Systems Inc | Attn Christopher R Connely | 3000 University Dr | | | Auburn Hills | MI | 48326 | |
| Vector Cantech Inc | Lindsey Stetson | 160 W Jefferson Ste 2500 | | | Detroit | MI | 48226-4415 | |
| Wakefield Thermal Solutions | Jonathan R Doolittle | One Portland Sq | | | Portland | ME | 04112-0586 | |
| Wellman Inc | David Grogan | Shumaker Loop & Kendrick LLP | 128 S Tryon St Ste 1800 | | Charlotte | NC | 28202 | |

# EXHIBIT GG

Delphi Corporation
Governmental Entities, Master Service List and 2002 List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | Kimberly J. Robinson | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | William J. Barrett | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | |
| Barnes & Thornburg LLP | John T. Gregg | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | |
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | |
| Barnes & Thornburg LLP | Patrick E. Mears | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | |
| Bartholomew County In | Bartholomew County Treasurer | PO Box 1986 | | Columbus | IN | 47202 | |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | |
| Bay City Of Bay | Treasurer | 301 Washington Ave | | Bay City | MI | 48708 | |
| Bay County Tax Collector | Co Jerry W Gerde Esq | 239 E 4th St | | Panama City | FL | 32401 | |
| Bd Of Ed South Western City Sch Dst | | 3805 Marlane Dr | | Grove City | OH | 43123 | |
| Bedford Co Tn | Bedford County Trustee | 102 North Side Square | | Shelbyville | TN | 37160 | |
| Beeman Law Office | Thomas M Beeman | 300 West 10th Street | Suite 200 | Anderson | IN | 46016 | |
| Ben Hill County Ga | Ben Hill County Tax Commissioner | PO Box 1393 | | Fitzgerald | GA | 31750 | |
| Berkley City Of Oakland | | 3338 Coolidge Hwy | | Berkley | MI | 48072 | |
| Bernstein Litowitz Berger & Grossman | Hannah L. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | |
| Bernstein Litowitz Berger & Grossman | Wallace A. Showman | 1285 Avenue of the Americas | | New York | NY | 10019 | |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | |
| Bexar Co Tx | Bexar Co Tax Assessor / Collector | PO Box 2903 | | San Antonio | TX | 78299 | |
| Bexar County | David G Aelvoet | Linebarger Goggan Blair & Sampson L | 711 Navarro Ste 300 | San Antonio | TX | 78205 | |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | |
| Bingham McHale LLP | Michael J Alerding | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | |
| Bingham McHale LLP | John E Taylor, Whitney L Mosby | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | |
| Blackford County In | Blackford County Treasurer | PO Box 453 | | Hartford City | IN | 47348 | |
| Blank Rome LLP | Marc E. Richards | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 | |
| Board Of County Commissioners Of Johnson County Kansas | Johnson County Legal Dept | Johnson County Admin Bldg | 111 S Cherry St Ste 3200 | Olathe | KS | 66061-3441 | |
| Board Of Equalization | | PO Box 942879 | | Sacramento | CA | 94279 | |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | |
| Bond, Schoeneck & King, PLLC | Mark N. Mullavin | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | |
| Boone Co Ky | Boone County Sheriff | PO Box 198 | | Burlington | KY | 41005 | |
| Bose McKinney & Evans LLP | Michael A Trentadue, Carina M de la Torre | 2700 First Indiana Plz | 135 N Pennsylvania St | Indianapolis | IN | 46204 | |
| Boulder Co Co | Boulder County Treasurer | PO Box 471 | | Boulder | CO | 80306 | |
| Boulder County Treasurer | Bob Hullinghorst | PO Box 471 | | Boulder | CO | 80306 | |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | |
| Bourbon Co Ky | Bourbon County Sheriff | 301 Main St | | Paris | KY | 40361 | |
| Bowie Independent School District | Andrew Dylan Wood | Ray Wood & Bonilla Llp | PO Box 165001 | Austin | TX | 78716 | |
| Brembo S.p.A. | Massimiliano Cini | Administration Department via Brembo 25 | 24035 Curno BG | Bergamo | | | Italy |
| Brevard County Tax Collector | | 24035 | | Titusville | FL | 32781 | |
| Brighton City Of Livingston | Treasurer | 200 N First St | | Brighton | MI | 48116 | |
| Brighton Twp Livingston | Treasurer | 4363 Buno Rd | | Brighton | MI | 48114 | |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | |
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | |

GG - Governmental Entities list, MSL and 2002 list 071209

12/28/2007 11:06 AM

Delphi Corporation
Governmental Entities, Master Service List and 2002 List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Brownsville Isd | Diane W Sanders Linebarger Goggan Blair & Sampson L | 1949 South Ih 35 | PO Box 17428 7428 | Austin | TX | 78760-7428 | |
| Brownsville Isd Tx | Brownsville Isd Tax Office | PO Box 4050 | | Brownsville | TX | 78523 | |
| Buchalter Nemer, A Professional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | |
| Buena Vista Twp Saginaw | Buena Vista Twp Treasurer | 1160 S Outer Dr | | Saginaw | MI | 48601 | |
| Bureau Of Customs Border Protection | Commisioner | Department Of Homeland Security | 1300 Pennsylvania Ave Nw | Washington | DC | 20229 | |
| Burkburnett Independent School District | Harold Lerew | Perdue Brandon Fielder Collins & Mo | PO Box 8188 | Wichita Falls | TX | 76307 | |
| Burkburnett Isd Tx | Burkburnett Isd Tax Office | PO Box 608 | | Burkburnett | TX | 76364 | |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | |
| Burton City Of Genesee | Treasurer | 4303 S Cir Rd | | Burton | MI | 48519 | |
| Butler Co Ky | Butler County Sheriff | PO Box 100 | | Morgantown | KY | 42261 | |
| Butler Co Mo | Butler Co Courthouse | 100 N Main | | Poplar Bluff | MO | 63901 | |
| Butler County Treasurer | Government Services Building | 315 High St 10th Fl | | Hamilton | OH | 45011 | |
| Byron Twp Kent | Treasurer | 8085 Byron Ctr Ave Sw | | Byron Ctr | MI | 49315 | |
| Cabarrus Co Nc | Cabarrus Co Tax Collector | 65 Church St Se | | Concord | NC | 28026 | |
| Cadwalader Wickersham & Taft LLP | Jeannine D'Amico | 1201 F St NW Ste 1100 | | Washington | DC | 20004 | |
| Cage Williams & Abelman, P.C. | Steven E. Abelman | 1433 Seventeenth Street | | Denver | CO | 80202 | |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | |
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 | |
| California Secretary Of State | Statement Of Information Unit | PO Box 944230 | | Sacramento | CA | 94244-2300 | |
| Calinoff & Katz, LLp | Dorothy H. Marinis-Riggio | 140 East 45th Street | 17th Floor | New York | NY | 10017 | |
| Cameron Co Tx | Cameron Co Tax Assessor/collector | PO Box 952 | | Brownsville | TX | 78522 | |
| Cameron County | Diane W Sanders Linebarger Goggan Blair & Sampson L | 1949 South Ih 35 78741 | PO Box 17428 | Austin | TX | 78760-7428 | |
| Campbell Co Va | County Of Campbell Treasurer | PO Box 37 | | Rustburg | VA | 24588 | |
| Campbell County Treasurers Office | | PO Box 37 | | Rustburg | VA | 24588 | |
| Canada Border Service Agency | Mr Alain Jolicoeur | 191 Laurier Ave West | 15th Fl | Ottawa | ON | K1A 0L8 | |
| Canada Border Service Agency | Mr Alain Jolicoeur | 191 Laurier Ave West | 15th Fl | Ottawa | ON | K1A 0L8 | Canada |
| Canada Customs And Revenue Agency | | 275 Pope Rd Ste 103 | | Summerside Pe | | C1N 6A2 | |
| Canada Customs And Revenue Agency | | 275 Pope Rd Ste 103 | | Summerside Pe | | C1N 6A2 | Canada |
| Canton Twp | Treasurer | PO Box 87010 | | Canton | MI | 48187 | |
| Carolyn P Bowers Montgomery County Trustee | | PO Box 1005 | | Clarksville | TN | 37041 | |
| Carrollton Farmers Branch Independent School District | Andrea Sheehan | Law Offices Of Robert E Luna P C | 4411 N Central Expressway | Dallas | TX | 75205 | |
| Carrollton Farmers Branch Isd Tx | School Tax Assessor / Collector | PO Box 110611 | | Carrollton | TX | 75011 | |
| Carson Fischer , P.L.C. | Robert A. Weisberg | 300 East Maple Road | Third Floor | Birmingham | MI | 48009-6317 | |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | |
| Cass County In | Cass County Treasurer | 200 Court Pk | | Logansport | IN | 46947 | |
| Catawba Co Nc | Catawba Co Tax Collector | PO Box 368 | | Newton | NC | 28658 | |
| Cca Municipal Income Tax | Attn Karen Katros Bankruptcy Analys | 1701 Lakeside Ave | 144 W Colfax Ave / PO Box 17420 | Cleveland | OH | 44114-1179 | |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | |
| Charter Township Of Brighton | Harris & Literski | 822 E Grand River | | Brighton | MI | 48116 | |
| Chelsea | | 305 S Main St | Ste 100 | Chelsea | MI | 48118 | |
| Cherokee Co Ga | Cherokee Bd Of Collector | 100 North St | | Canton | GA | 30114 | |
| Chesterfield Co Sc | Chesterfield Co Tax Treasurer | PO Box 750 | | Chesterfield | SC | 29709 | |
| Chris Hughes Okaloosa County Tax Collector | Philip A Bates Pa | PO Box 1390 | | Pensacola | FL | 32591-1390 | |
| Christian Co Ky | Christian County Sheriff | 501 S Main St | | Hopkinsville | KY | 42240 | |
| Cincinnati Income Tax Division | | 805 Central Ave | Ste 600 | Cincinnati | OH | 45202-5756 | |
| City & County Of Denver Co | Treasury Division | 144 W Colfax Ave / PO Box 17420 | | Denver | CO | 80217 | |
| City And County Of Denver Treasury | | Mcnichols Civic Ctr Bldg | 144 W Colfax Ave Room 384 | Denver | CO | 80202-5391 | |
| City If Bristol Ct | City If Bristol Tax Collector | PO Box 1040 | | Bistol | CT | 06011 | |
| City Income Tax | Room G 29 | 142 W Michigan Ave | | Lansing | MI | 48933-1697 | |
| City Of Akron Ohio | Income Tax Division | 1 Cascade Plaza 11th Fl | | Akron | OH | 44308-1100 | |
| City Of Bowling Green Ky | Treasury Division | PO Box 430 | | Bowling Green | KY | 42102-0430 | |

12/28/2007 11:06 AM
GG - Governmental Entities list, MSL and 2002 list 071209

Delphi Corporation
Governmental Entities, Master Service List and 2002 List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| City Of San Marcos | Diane W Sanders Linebarger Goggan Blair & Sampson L | 1949 South IH 35 78741 | PO Box 17428 | Austin | TX | 78760-7428 | |
| City Of Selmer Tn | City Tax Collector | 144 N 2nd St | | Selmer | TN | 38375 | |
| City Of Shelbyville Tn | Shelbyville Treasurer | 201 N Spring St | | Shelbyville | TN | 37160 | |
| City Of Southington Ct | City Of Southington Tax Collector | PO Box 579 | | Southington | CT | 06489 | |
| City Of Toledo | Division Of Taxation | One Government Ctr Ste 2070 | | Toledo | OH | 43604-2260 | |
| City Of Torrington Ct | City Of Torrington Tax Collector | PO Box 839 | | Torrington | CT | 06790 | |
| City Of Tuscaloosa | Revenue Dept | PO Box 2089 | | Tuscaloosa | AL | 35603 | |
| City Of Vandalia | | 333 James E Bohanan Memorial Dr | | Vandalia | OH | 45377 | |
| City Of Walker | Income Tax Administrator | PO Box 153 | | Grand Rapids | MI | 49501-0153 | |
| City Of Warren Income Tax | | PO Box 230 | | Warren | OH | 44482 | |
| City Of Waterbury Ct | City Of Waterbury Tax Collector | PO Box 2556 | | Waterbury | CT | 06723 | |
| City Of Watertown Ct | City Of Watertown Tax Collector | PO Box 224 | | Watertown | CT | 06795 | |
| City Of Wentzville Mo | Tax Collector | 310 W Pearce Blvd | | Wentzville | MO | 63385 | |
| City Of Wichita Falls Tx | Director Of Finance | City Of Wichita Falls | PO Box 1431 | Wichita Falls | TX | 76307 | |
| Clark Co Nv | Clark County Assessor | 500 S Grand Central Pkwy | PO Box 551401 | Las Vegas | NV | 89155 | |
| Clark Co Wa | Clark County Treasurer | PO Box 9808 | | Vancouver | WA | 98666 | |
| Clark County Ar | Clark County Courthouse | 401 Clay St | | Arkadelphia | AR | 71923 | |
| Clark County Treasurer | | 31 N Limestone St | PO Box 1305 | Springfield | OH | 45501 | |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | |
| Clark Hill PLC | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | |
| Clay County Collector | Clay Co Wa | PO Box 219808 | | Kansas City | MO | 64121 | |
| Clayton County Ga | Clayton County Tax Commissioner | 121 S Mcdonough St | Courthouse Annex 2nd Fl | Jonesboro | GA | 30236 | |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | |
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | |
| Cleveland Co Nc | Cleveland Co Tax Collector | PO Box 370 | | Shelby | NC | 28151 | |
| Clinton City Recorder | | 100 Bowling St City Hall | | Clinton | TN | 37716 | |
| Clinton County In | Clinton County Treasurer | 220 Courthouse Sq | | Frankfort | IN | 46041 | |
| Clio City Of Genesee | | 505 W Vienna St | | Clio | MI | 48420 | |
| Cobb County Ga | Cobb County Tax Commissioner | 100 Cherokee St | Ste 250 | Marietta | GA | 30090 | |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale, Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | |
| Colbert & Winstead, P.C. | Amy Wood Malone | 1812 Broadway | | Nashville | TN | 37203 | |
| Collector Of Revenue | | 41 S Central Ave | | Clayton | MO | 63105 | |
| Collin Co Tx | Collin Co Tax Assessor / Collector | PO Box 8006 | | Mckinney | TX | 75070 | |
| Collin County Tax | Gay Mccall Isaacks Et Al | 777 E 15th St | | Plano | TX | 75074 | |
| Colorado Department Of Revenue | | | | Denver | CO | 80261-0006 | |
| Columbiana County Treasurer | | PO Box 469 | | Lisbon | OH | 44432-1255 | |
| Comal Co Tx | Comal Co Tax Assessor / Collector | 311446 | | New Braunfels | TX | 78131 | |
| Commissioner Of Revenue Services | Department Of Revenue Services | PO Box 2936 | | Hartford | CT | 06104-2936 | |
| Commonwealth Of Kentucky Department Of Revenue | Wendy L Stephens Kentucky Department Of Revenue | 100 Fair Oaks 5th Fl | | Frankfort | KY | 40602-0491 | |
| Commonwealth Of Massachusetts Department Of Revenue | Anne Chan | Bankruptcy Unit Mdor | PO Box 491 | Boston | MA | 02114-9564 | |
| Comptroller Of Maryland | | Revenue Administration Division | PO Box 9564 | Annapolis | MD | 21411-0001 | |
| Comptroller Of Public Accounts | Texas Sales & Use Tax Division | 111 E 17th St | | Austin | TX | 78774 | |
| Conlin, McKenney & Philbrick, P.C. | Bruce N. Elliott | 350 South Main Street | Suite 400 | Ann Arbor | MI | 48104 | |
| Connecticut Department Of Revenue Services | C&e Division Bankruptcy Section | 25 Sigourney St | | Hartford | CT | 06106-5032 | |
| Connecticut Secretary Of State | Document Review | 30 Trinity St Po Box 150470 | | Hartford | CT | 06106-0470 | |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | |
| Contra Costa County Collector | | PO Box 631 | | Martinez | CA | 94553 | |
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | |

12/28/2007 11:06 AM
GG - Governmental Entities list, MSL and 2002 list 071209



Delphi Corporation
Governmental Entities, Master Service List and 2002 List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Department Of The Treasury Internal Revenue Service | Internal Revenue Service | 280 Broadway 5th Fl | | New York | NY | 10007 | |
| Detroit City Income Tax | | 2 Woodward | Room B 3 | Detroit | MI | 48226 | |
| Detroit City Of Wayne | | City Of Detroit Property Tax | PO Box 55000 | Detroit | MI | 48255 | |
| Dickinson Wright PLLC | Michael C. Hammer | 301 E Liberty, Ste 500 | | Ann Arbor | MI | 48104 | |
| DiOnza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | |
| Director Department | Office Of The Illinois State Treasu | 1 West Old State Capitol Plaza | | Springfield | IL | 62701 | |
| Director Of Finance | City Of Elizabethtown | PO Box 550 | | Elizabethtown | KY | 42702-0550 | |
| Division Of Corporations | Annual Report Section | PO Box 6850 | | Tallahassee | FL | 32314 | |
| Division Of Corporations | Nys Department Of State | 41 State St | | Albany | NY | 1223\-0002 | |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen, Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | |
| Donetta Davidson Secretary Of State | Department Of State | 1560 Broadway Ste 200 | | Denver | CO | 80202 | |
| Doug Belden Hillsborough County Tax Collector | Atten Doug Belden | 601 E Kennedy Blvd 14th Fl | | Tampa | FL | 33602 | |
| Dreier LLP | Maura I. Russell, Wendy G. Marcari | 499 Park Ave | 14th Fl | New York | NY | 10022 | |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | |
| Drinker Biddle & Reath LLP | Janice B. Grubin | 140 Broadway 39th Fl | | New York | NY | 10005-1116 | |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | |
| Dubois County In | Dubois County Treasurer | 1 Courthouse Sq | | Jasper | IN | 47546 | |
| Dyer Co Tn | Dyer County Trustee | PO Box 1360 | Courthouse | Dyersburg | TN | 38025 | |
| Dyer County Trustee | C O J Michael Gauldin | PO Box 220 | | Dyersburg | TN | 38025 | |
| Dykema Gossett PLLC | Brendan G Best Esq | 39577 Woodward Ave Ste 300 | | Bloomfield Hills | MI | 48304 | |
| Dykema Gossett PLLC | Gregory J. Jordan | 10 Wacker | Suite 2300 | Chicago | IL | 60606 | |
| East Tawas City Of | Treasurer | 760 Newman | PO Box 672 | East Tawas | MI | 48730 | |
| Eckert Seamans Cherin & Mellott LLC | Michael G. Busenkell | 300 Delaware Avenue | Suite 1360 | Wilmington | DE | 19801 | |
| Edgefield Co Sc | Edgefield Co Treasurer | PO Box 22 | | Edgefield | SC | 29824 | |
| El Paso County Tx | El Paso Co Tax Assessor /collector | PO Box 313 | | El Paso | TX | 79999 | |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | |
| Elkhart County In | Elkhart County Treasurer | 117 N 2nd St | Room 201 | Goshen | IN | 46526 | |
| Entergy Services, Inc. | Alan H. Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113 | |
| Environmental Protection Agency | Ariel Rios Building | 1200 Pennsylvania Avenue NW | | Washington | DC | 20460 | |
| Erie County Treasurer | | 247 Columbus | | Sandusky | OH | 44870 | |
| Erman, Teicher, Miller, Zucker & Freedman, P.C. | David H. Freedman | 400 Galleria Officentre | Ste. 444 | Southfield | MI | 48034 | |
| Essexville City Of Bay | | PO Box 313 | | Essexville | MI | | |
| Etowah County Al | Etowah County Revenue Commissioner | 800 Forrest Ave | Room G 15 | Gadsden | AL | 35901 | |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | |
| Fagel Haber LLC | Gary E. Green | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | |
| Fagel Haber LLC | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | |
| Fairfield County Treasurer | | 210 East Main St | Room 206 | Lancaster | OH | 43130 | |
| Fayette County Ga | Fayette County Tax Commissioner | PO Box 70 | | Fayetteville | GA | 30214 | |
| Fayette County In | Fayette County Treasurer | Courthouse | | Connersville | IN | 47331 | |
| Fenton City Of | Treasurer | 301 S Leroy St | | Fenton | MI | 48430 | |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | 65 Trumbull Street | Second Floor | New Haven | CT | 06510 | |
| Finanzamt Bonn Innenstadt | | Welschnonnenstr 15 | | Bonn | | 53111 | |
| Finanzamt Bonn Innenstadt | | Welschnonnenstr 15 | | Bonn | | 53111 | Germany |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | |
| Flexironics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | |
| Flint Charter Twp | Treasurer | 1490 S Dye Rd | | Flint | MI | 48532 | |

12/28/2007 11:06 AM
GG - Governmental Entities list, MSL and 2002 list 071209

Delphi Corporation
Governmental Entities, Master Service List and 2002 List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Kansas Department of Revenue | Sales Tax Division | 915 Sw Harrison St | | Topeka | KS | 66625 | |
| Kansas Secretary Of State | Memorial Hall 1st Fl | 120 S W 10th Ave | | Topeka | KS | 66612-1594 | |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | |
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko     Carl Campen | | | | | | |
| | Laufenberg,     Erin M. Riiy | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | |
| Kelley Drye & Warren, LLP | Mark I. Bane | 101 Park Avenue | | New York | NY | 10178 | |
| Kelley Drye & Warren, LLP | Mark, R. Somerstein | 101 Park Avenue | | New York | NY | 10178 | |
| Ken Burton Jr Ofc | Tax Collector Manatee County | PO Box 25300 | | Bradenton | FL | 34206-5300 | |
| Kennedy, Jennick & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 | |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | |
| Kentucky Department Of Revenue | | | | Frankfurt | KY | 40619-0007 | |
| Kentucky Revenue Cabinet | | | | Frankfurt | KY | 40620 | |
| Killam Development Ltd | | PO Box 499 | | Laredo | TX | 78042 | |
| King & Spalding, LLP | H. Slayton Dabney, Jr., Bill Dimos | 1185 Avenue of the Americas | | New York | NY | 10036 | |
| Kivg Co Wa | King County Tax Collector | 500 4th Ave | | Seattle | WA | 98104 | |
| King County Tax Collector Room 600 | | 500 4th Ave | Room 600 | Seattle | WA | 98104-2340 | |
| Kirkland & Ellis LLP | Jim Stempel | 200 East Randolph Drive | | Chicago | IL | 60601 | |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | |
| Klett Rooney Lieber & Schorling | DeWitt Brown | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | |
| Klett Rooney Lieber & Schorling | Eric L. Schnabel | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | |
| Knox Co Tn | Knox County Trustee | PO Box 70 | | Knoxville | TN | 37901 | |
| Knox County Trustee | Halowe Knox Co Trustee C O Attorney Dean B |  | | | | | |
| | Farmer | Hodges Doughty Carson Pllc | PO Box 869 | Knoxville | TN | 37901-0869 | |
| Kosciusko County In | Kosciusko County Treasurer | 100 W Ctr St | | Warsaw | IN | 46580 | |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P. O. Box 36963 | Canton | OH | 44735-6963 | |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | |
| Kutak Rock LLP | Jay Selanders | 1010 Grand Blvd Ste 500 | | Kansas City | MO | 64106 | |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | |
| Lagrange WM Michigan St | Lagrange County Treasurer | 114 W Michigan St | Ste 4 | Lagrange | IN | 46761 | |
| Lake County Treasurer | | 105 Main St | | Painesville | OH | 44077 | |
| Lakeview Local Sch Dist Board Of Education | Treasurer | 300 Hillman Dr | | Cortland | OH | 44410 | |
| Lambert, Leser, Isackson, Cook & Quinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | |
| Lansing City Of Eaton | Treasurer | 1st Fl City Hall | 124 W Michigan Ave | Lansing | MI | 48933 | |
| Laporte County In | Laporte County Treasurer | 813 Lincolnway Ste 205 | | Laporte | IN | 46360-3491 | |
| Laporte County In | Laporte County Treasurer | PO Box 1 | | Michigan City | IN | 46381 | |
| Latham & Watkins | Erika Ruiz | 885 Third Avenue | | New York | NY | 10022 | |
| Latham & Watkins | Henry P. Baer, Jr. | 885 Third Avenue | | New York | NY | 10022 | |
| Latham & Watkins | John W. Weiss | 885 Third Avenue | | New York | NY | 10022 | |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | |
| Laurens Co Sc | Laurens Co Taxtreasurer | PO Box 1049 | | Laurens | SC | 29360 | |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq | 22 N Walnut Street | | West Chester | PA | 19380 | |
| Lawrence Co Ky | Lawrence County Sheriff | PO Box 38 | | Louisa | KY | 41230 | |

12/28/2007 11:06 AM

GG - Governmental Entities list, MSL and 2002 list 071209

Delphi Corporation
Governmental Entities, Master Service List and 2002 List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Madison Co Tn | Madison County Trustee | 100 E Main | Rm 107 | Jackson | TN | 38301 | |
| Madison Co Al | Madison County Collector | 100 Northside Square | County Courthouse | Huntsville | AL | 35801 | |
| Madison County In | Madison County Treasurer | 16 E 9th St | | Anderson | IN | 46016 | |
| Madison County Indiana Treasurer | C O Thomas M Beeman | 33 W 10th St Ste 200 | | Anderson | IN | 46016 | |
| Madison Heights City Of Oakland | | 300 W 13 Mile Rd | | Madison Heights | MI | 48071 | |
| Madison Township Lenawee | Lenawee County Treasurer | 301 N Main St Old Courthouse | | Adrian | MI | 49221 | |
| Manager Of Finance | Jackson County Manager Of Finance | Bankruptcy 415 E 12th St | | Kansas City | MO | 64106 | |
| Manatee Tax County Collector | | PO Box 25300 | | Sarasota | FL | 25300 | |
| Margulies & Levinson, LLP | Jeffrey M. Levinson, Esq., Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | |
| Maricopa Co Az | Maricopa County Treasurer | PO Box 78574 | | Phoenix | AZ | 85062 | |
| Maricopa County Treasurers Office | Barbara Lee Caldwell | Herbert Schenk Pc | | Phoenix | AZ | 85016 | |
| Marion Co Ky | Marion County Sheriff | 102 N Main St | Courthouse | Lebanon | KY | 40033 | |
| Marion Co Ms | Marion Co Tax Collector | 250 Board St | Ste 3 | Columbia | MS | 39429 | |
| Marion Co Sc | Marion Co Tax Treasurer | PO Box 275 | | Marion | SC | 29571 | |
| Marion Co Sc | | PO Box 275 | | Marion | SC | 29571 | |
| Marion County Treasurer | Marion County Treasurer | 200 E Washington St Rm 1001 | | Indianapolis | IN | 46204 | |
| Marion County Tax Collector | | PO Box 970 | | Ocala | FL | 34478-0970 | |
| Marshall County Al | Marshall County Revenue Commissioner | Marshall County Courthouse | 424 Blount Ave Ste 124 | Guntersville | AL | 35976 | |
| Marshall County In | Marshall County Treasurer | 112 W Jefferson St | Room 206 | Plymouth | IN | 46563 | |
| Massachusetts Department Of Revenue | | PO Box 7025 | | Boston | MA | 02204 | |
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | |
| Mathews Local School District | | 4434 B Warren Sharon Rd | | Vienna | OH | 44473 | |
| Maury Co Tn | Maury County Trustee | One Public Square | | Columbia | TN | 38401 | |
| Maury County Trustee | | One Public Square | | Columbia | TN | 38401 | |
| Mayer Brown | Jeffrey G. Tougas | 1675 Broadway | | New York | NY | 10019 | |
| Mayer Brown | Raniero D'Aversa, Jr. | 1675 Broadway | | New York | NY | 10019 | |
| McCarter & English, LLP | David J. Adler, Jr., Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 | |
| McCarthy Tetrault LLP | John J. Salmas        Lome P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | Canada |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | |
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | |
| McDonald County Collector Cloteel Atkins | | Box 725 | | Pineville | MO | 64856 | |
| McDonald County Collector Cloteel Atkins | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | |
| McGuirewoods LLP | Aaron G McCollough Esq | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | |
| McGuirewoods LLP | Elizabeth L. Gunn | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | |
| Mcnairy Co Tn | Mcnairy County Trustee | Courthouse | | Selmer | TN | 38375 | |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave, N.W. | Suite 350 | Washington | DC | 20015 | |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave, N.W. | Suite 350 | Washington | DC | 20015 | |
| Medina County Treasurer | | 144 N Broadway St | | Medina | OH | 44256 | |
| Mesirow Financial | Leon Szalzinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | |
| Metropolitan Trustee Tn | Metropolitan Trustee | PO Box 305012 | | Nashville | TN | 37230 | |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | |
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | |
| Miami County Treasurer | | 201 W Main St | Safety Building | Troy | OH | 45373-3263 | |

Page 13 of 23

12/28/2007 11:06 AM
GG - Governmental Entities list, MSL, and 2002 list 071209

Delphi Corporation
Governmental Entities, Master Service List and 2002 List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10038-4039 | |
| Pima Co Az | | Pima County Treasurer | 115 N Church Ave | Tucson | AZ | 85701 | |
| Pima County Treasurer Pima County Assessor Pima County Arizona | | Pima County Attorneys Office Civil | 32 N Stone Ave Ste 2100 | Tucson | AZ | 85701 | |
| Pinal County Treasurer | Dolores J Doolittle | PO Box 729 | | Florence | AZ | 85232-0729 | |
| Pinellas County Tax Collector | | PO Box 10832 | | Clearwater | FL | 33757 | |
| Plymouth Twp Wayne | Treasurer | PO Box 8040 | | Plymouth | MI | 48170 | |
| Polk County Tax Collector | | PO Box 1189 | | Lakeland | FL | 33831 | |
| Pontiac City Of Oakland | | PO Box 431408 | | Pontiac | MI | 48343 | |
| Pope County Ar | Pope County Tax Collector | 100 West Main St | | Russellville | AR | 72801 | |
| Portage County Treasurer | | 449 S Meridian 1st Fl | | Ravenna | OH | 44266 | |
| Pozzo, Bromberg & Newman., P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | |
| Pozzo, Bromberg & Newman., P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | |
| Prairie County Ar | Prairie County Sheriff / Collector | PO Box 1021 | | Des Arc | AR | 72040 | |
| Prevlant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | |
| PriceWaterhouseCoopers | Enrique Bujidos | Almagro | 40 | Madrid | | 28010 | Spain |
| Prince Georges County Maryland | C O Meyers Rodbell And Rosenbaum Pa | 6801 Kenilworth Ave Ste 400 | | Riverdale | MD | 20737-1385 | |
| Professional Technologies Services | John V. Gorman | P.O. Box 8304 | | Frankenmuth | MI | 48734 | |
| QAD, Inc. | Jason Pickering, Esq. | 10,000 Midantic Drive | | Mt. Laurel | NJ | 08054 | |
| Quandrant Debt Recovery Advisors LLC | Andrew Herenstein | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | |
| Quadrangle Group LLC | Patrick Bartels | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | |
| Quarles & Brady Streich Lang LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | |
| Quarles & Brady Streich Lang LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | |
| Quarles & Brady Streich Lang LLP | Roy Prange | 33 E Main St Ste 900 | | Madison | WI | 53703-3095 | |
| Quarles & Brady Streich Lang LLP | Scott R. Goldberg | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | |
| Ranfdi Co Ms | | 211 E Govt St | Ste B | Brandon | MS | 39042 | |
| Ranfdi Co.Ms | | 211 E Govt St | Ste B | Brandon | MS | 39042 | |
| Ray Valdes Seminole County Tax Collector | | 1101 E First St | | Sanford | FL | 32772 | |
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | | New York | NY | 10022 | |
| Reed Smith | Richard P. Norton | One Riverfront Plaza | | Newark | NJ | 07102 | |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | |
| Riesk and Crosby PC | Jerome F Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | |
| Riker & Brunstein LLP | Mark E. Stone | Three Center Plaza | | Boston | MA | 02108 | |
| Ripley County In | Ripley County Treasurer | PO Box 176 | | Versailles | IN | 47042 | |
| Riverside Claims LLC | Holly Rogers | 2109 Broadway | Suite 206 | New York | NY | 10023 | |
| Riverside County Collector | | P O 12005 | | Riverside | CA | 92502 | |
| Robertson Co Tn | Robertson County Trustee | 515 S Brown St | | Springfield | TN | 37172 | |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | P.O. Box 944 | | Columbia | SC | 29202 | |
| Rochester Hills City Of Oakland | Drawer 7783 | P.O. Box 79001 | | Detroit | MI | 48279 | |
| Rogers County Treasurer | | PO Box 699 | | Claremore | OK | 74018 | |
| Ronald A Leggett Collector Of Reven | Ronald A Leggett Collector Of Reven | 109 City Hall | | St Louis | MO | 63103 | |
| Ronald A Leggett Collector Of Rev | Christopher Norgaard | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | |
| Ropes & Gray LLP | Gregory O. Koeten | One International Place | | Boston | MA | 02110-2624 | |
| Ropes & Gray LLP | Marc E. Hirschfield | 45 Rockefeller Plaza | | New York | NY | 10111-0087 | |
| Rosen Slome Marder LLP | Thomas R. Slome | 333 Earle Ovington Boulevard | Suite 901 | Uniondale | NY | 11533 | |
| Roseville City Of Macomb | City Treasurer | PO Box 290 | | Roseville | MI | 48066 | |
| Rothschild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | |
| Royal Oak City Of Oakland | Treasurers Office | PO Box 64 | | Royal Oak | MI | 48068 | |
| Russell Co Va | Russell Co Treasurer | PO Box 121 | | Lebanon | VA | 24266 | |
| Russell Reynolds Associates, Inc. | Charles E. Boulled, P.C. | 28 Broadway, 17th Floor | | New York | NY | 10004 | |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | |
| Saginaw City Of Saginaw | Treasurer | 1315 S Washington Ave | | Saginaw | MI | 48601 | |

Delphi Corporation
Governmental Entities, Master Service List and 2002 List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | |
| Simpson Thacher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | |
| Smith Co Ms | Smith County Tax Collector | PO Box 157 | | Raleigh | MS | 39153 | |
| Smith Co Tn | Smith County Trustee | 122 Turner High | Ste 104 | Carthage | TN | 37030 | |
| Smith Co Trustee | | 122 Turner High Cir Ste 104 | | Carthage | TN | 37030 | |
| Smith County Trustee | Jamie D Winkler | PO Box 332 | | Carthage | TN | 37030 | |
| Smith, Gambrell & Russell, LLP | Barbara Ellis-Monro | 1230 Peachtree Street, N.E. | Suite 3100 | Atlanta | GA | 30309 | |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | |
| Sonnenschein Nath & Rosenthal LLP | Monika J. Machen | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | |
| Sony Electronics Inc. | Lloyd B. Sarakin – Chief Counsel, Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | |
| South Carolina Dept Of Revenue | | Corporation | | Columbia | SC | 29214-0006 | |
| Spalding County Ga | Spalding County Tax Commissioner | PO Box 509 | | Griffin | GA | 30224 | |
| Spartanburg Co Sc | Spartanburg Co Treasurer | PO Box 5807 | | Spartanburg | SC | 29304 | |
| Spartanburg Co Tax Collector | Glenda Dwight | Drawer 3060 | | Spartanburg | SC | 29304 | |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | |
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 | |
| Squire, Sanders & Dempsey L.L.P. | Penn Ayers Butler | 600 Hansen Way | | Palo Alto | CA | 94304 | |
| St Charles Co Mo | St Charles Co Tax Collector | 201 N Second St | | St Charles | MO | 63301 | |
| St Charles County Collector | | 201 N Second St Rm 134 | Room 134 | St Charles | MO | 63301-2789 | |
| St Johns County Tax Collector | Dennis W Hollingsworth | PO Box 9001 | | St Augustine | FL | 32085-9001 | |
| St Joseph County In | St Joseph County Treasurer | 227 W Jefferson Blvd | | South Bend | IN | 46601 | |
| St Louis Co Mo | St Louis Co Government | Collector Of Revenue | PO Box 11491 | St Louis | MO | 63105 | |
| Stanly Co Nc | Stanly Co Tax Collector | 201 S 2nd St | | Albemarle | NC | 28001 | |
| Starpoint Ny | Starpoint Tax Collector | PO Box 3000 | | Buffalo | NY | 14240 | |
| State Corporation Commission | Clerks Office | PO Box 85577 | | Richmond | VA | 23285-5577 | |
| State Of Alabama Department Of Revenue | Legal Division | PO Box 320001 | | Montgomery | AL | 36132-0001 | |
| State Of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street Ste 1702 | Los Angeles | CA | 90013 | |
| State Of Colorado | Division Of Insurance | 1560 Broadway Ste 850 | | Denver | CO | 80202 | |
| State Of Delaware | Division Of Corporations | PO Box 74072 | | Baltimore | MD | 21274-4072 | |
| State Of Georgia | Department Of Revenue | PO Box 105284 | | Atlanta | GA | 30348 | |
| State Of Louisiana | Louisiana Department Of Revenue | PO Box 66658 | | Baton Rouge | LA | 70896 | |
| State Of Louisiana Department Of Revenue | | PO Box 66658 | | Baton Rouge | LA | 70896 | |
| State Of Maryland Comptroller Of Treasury | Mary T Carr | State Office Bldg Rm 409 | 301 W Preston St | Baltimore | MD | 21201 | |
| State Of Maryland Md | Maryland State Dept Of Assessments & Taxation | Personal Property Division | 301 W Preston St | Baltimore | MD | 21201 | |
| State Of Michigan | Department Of Treasury | PO Box 77003 | | Baltimore | MD | 21201 | |
| State Of Michigan | Motor Fuel Tax Division | Department 77692 | | Detroit | MI | 48277 | |
| State Of Michigan | Sales & Use Tax Division | PO Box 77003 | | Detroit | MI | 48277 | |
| State Of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang, Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | |
| State Of Michigan Department Of Treasury | Attn Peggy A Housner Assistant Attorney General | Cadillac Pl | 3030 W Grand Blvd Ste 10 200 | Detroit | MI | 48202 | |
| State Of Michigan Department Of Treasury | Peggy A Housner | Department Of Treasury Revenue Ag | PO Box 30456 | Lansing | MI | 48909-7955 | |
| State Of New Jersey | Bureau Of Commercial Recording | PO Box 34089 | | Newark | NJ | 07189-0001 | |
| State Of New Jersey | Division Of Taxation | Compliance Activity | PO Box 245 | Trenton | NJ | 08695 | |
| State Of New Jersey | Division Of Taxation | Revenue Processing Ctr | PO Box 666 | Trenton | NJ | 08646-0666 | |

GG - Governmental Entities list, MSL and 2002 list 071209

12/28/2007 11:06 AM

Delphi Corporation
Governmental Entities, Master Service List and 2002 List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | |
| The Commonwealth Of Massachusetts | Secretary Of The Commonwealth | One Ashburton Pl | | Boston | MA | 02108-1512 | |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | Japan | 100-8322 | |
| The Timken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | |
| The US Attorney for the Eastern District of Michigan | | 211 West Fort Street Suite 2001 | | Detroit | MI | 48226 | |
| Thelen Reid Brown Raysman & Steiner LLP | David A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | |
| Thompson & Knight | Rhett G. Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | |
| Thurman & Phillips, P.C. | Ed Phillips, Jr. | 8000 IH 10 West | Suite 1000 | San Antonio | TX | 78230 | |
| Tippecanoe County In | Tippecanoe County Treasurer | 20 N 3rd St | | Lafayette | IN | 47901 | |
| Tipton County In | Tipton County Treasurer | Courthouse | | Tipton | IN | 46072 | |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | |
| Town Of Berlin Ct | Town Of Berlin Tax Collector | 240 Kensington Rd | | Berlin | CT | 06037 | |
| Town Of Burlington | | PO Box 376 | | Burlington | MA | 01803 | |
| Town Of Coaling Alabama | Alatax | 3001 Second Ave South | | Birmingham | AL | 35203 | |
| Town Of Decatur Ms | Town Of Decatur Ms | PO Box 307 | | Decatur | MS | 39327 | |
| Town Of Hingham Ma | Town Of Hingham | 210 Central St | | Hingham | MA | 02043 | |
| Town Of Lebanon Va | Town Of Lebanon | 244 W Main St | | Lebanon | VA | 24266 | |
| Town Of Lockport Ny | Town Of Lockport | Receiver Of Taxes | | Buffalo | NY | 14240 | |
| Town Of Snow Hill Nc | Town Of Snow Hill Tax Collector | 201 North Greene St | | Snow Hill | NC | 28580 | |
| Town Of South Windsor Ct | Town Of South Windsor | Collector Of Revenue | PO Box 30002 | Hartford | CT | 06150 | |
| Traverse City Of Grand Traverse | City Treasurer | Governmental Ctr | 400 Boardman Ave | Traverse City | MI | 49684 | |
| Travis Co Tx | Travis Co Tax Assessor /collector | PO Box 970 | | Austin | TX | 78767 | |
| Treasurer City Of Flint | Income Tax Office | Treasurer Box 1800 | | Flint | MI | 48501-1800 | |
| Treasurer City Of Pontiac | Income Tax Division | 47450 Woodward Ave | | Pontiac | MI | 48342 | |
| Treasurer Of Kosciusko County | | 100 W Ctr St | | Warsaw | IN | 46580 | |
| Treasurer Of Tipton County | | Courthouse | | Tipton | IN | 46072 | |
| Treasurer Of Vigo County | David Crockett | PO Box 1466 | | Indianapolis | IN | 46206-1466 | |
| Trey Grayson | Secretary Of State | PO Box 1150 | | Frankfort | KY | 40602-1150 | |
| Troup County Ga | Troup County Tax Commissioner | 100 Ridley Ave | | La Grange | GA | 30240 | |
| Troy City Of Oakland | Drawer 0101 | PO Box 33321 | | Detroit | MI | 48232 | |
| Trumbull County Treasurer | | 160 High St Nw | | Warren | OH | 44481-1090 | |
| Tuscaloosa County Al | Tuscaloosa County Tax Collector | 714 Greensboro Ave | Room 124 | Tuscaloosa | AL | 35401 | |
| Tyco Electronics Corporation | MaryAnn Brereton, Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 07960 | |
| Tyler, Cooper & Alcorn, LLP | W. Joe Wilson | City Place | 35th Floor | Hartford | CT | 06103-3488 | |
| U S Customs And Border Protection | | 6650 Telecom Dr | PO Box 68911 | Indianapolis | IN | 46268 | |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | |
| Unemployment Insurance Agency Department Of Labor & Economic Growth | State Of Michigan | 3024 W Grand Blvd Ste 11 500 | | Detroit | MI | 48202-6024 | |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC 1580 | Omaha | NE | 68179 | |
| Union Independent School District | C O Ornelas Castillo & Ornelas Pllc | 401 East Hillside Rd 2nd Fl | | Laredo | TX | 78041 | |
| United Isd Tx | United Isd Tax Assessor / Collector | 3501 E Saunders | | Laredo | TX | 78041 | |
| United States Council For International Business | | 1212 Ave Of The Americas | | New York | NY | 10036-1689 | |
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy | Allied Industrial and Service Workers, Intl Union (USWA), AFL-CIO | David Jury, Esq. | Five Gateway Center Suite 807 | Pittsburgh | PA | 15222 | |
| US Attorneys Office | Michael Garcia | 1 St Andrews Plaza | | New York | NY | 10007 | |
| Us Customs And Border Protection | Robert B Hamilton, Jr Director Reven | 6650 Telecom Dr | PO Box 68911 | Indianapolis | IN | 46268 | |
| Utah Division Of Corporations & Commercial Code | | PO Box 25125 | | Salt Lake City | UT | 84125-0125 | |

GG - Governmental Entities list, MSL and 2002 list 071209

12/28/2007 11:06 AM

Delphi Corporation
Governmental Entities, Master Service List and 2002 List

| Company | Contact | Address1 | Address2 | City | State | Zip | County |
|---|---|---|---|---|---|---|---|
| Utah State Tax Commission | Utah State Tax Commission | 210 North 1950 West | | Salt Lake City | UT | 84134-0180 | |
| Valwood Improvement Authority Tx | Valwood Improvement Authority Tx | 1430 Valwood Pkwy | Ste 160 | Carrollton | TX | 75006 | |
| Van Buren Co Tn | Van Buren County Trustee | PO Box 176 | | Spencer | TN | 38585 | |
| Van Buren Tp Wayne | Treasurer | 46425 Tyler Rd | | Belleville | MI | 48111 | |
| Vandalia City Of Oh | | 333 James E Bohanan Memorial Dr | | Vandalia | OH | 45377 | |
| Vanderburgh County In | Vanderburgh County Collector | 1 Nw Mlk Kjr Jr Blvd | 210 | Evansville | IN | 47708 | |
| Varnum, Riddering, Schmidt & Howlett LLP | Michael S. McElwee | Bridgewater Place | P.O. Box 352 | Grand Rapids | MI | 49501-0352 | |
| Vassar City Of Tuscola | Treasurers Office | 287 E Huron Ave | | Vassar | MI | 48768 | |
| Ventura County Collector | | 800 South Victoria Ave | | Ventura | CA | 93009 | |
| Vermont Department Of Taxes | | 109 State St | | Montpelier | VT | 05609-1401 | |
| Vigo County In | Vigo County Treasurer | 191 Oak St | Vigo County Annex | Terre Haute | IN | 47807 | |
| Virginia Department Of Taxation | | PO Box 2156 | | Richmond | VA | 23218-2156 | |
| Virginia Department Of Taxation | Taxing Authority Consulting Service | PO Box 1500 | | Richmond | VA | 23218-1500 | |
| Voys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | 52 East Gay Street | P.O. Box 1008 | Columbus | OH | 43216-1008 | |
| Voys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | |
| Wabash County In | Wabash County Treasurer | Courthouse 1 W Hill St | Ste 4b | Wabash | IN | 46992 | |
| Wachtell, Lipton, Rosen & Katz | Eric A. Kleinhaus | 51 West 52nd Street | | New York | NY | 10019-6150 | |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | |
| Wake Co Nc | Wake Co Tax Collector | PO Box 2331 | | Raleigh | NC | 27602 | |
| Walter Lansden Dortch & Davis, PLLC | David E. Lemke, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | |
| Walter Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | |
| Walthall Co Ms | Walthall Co Tax Collector | 200 Ball Ave | | Tylertown | MS | 39667 | |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | | Southfield | MI | 48075 | |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street Tower II | | Fort Worth | TX | 76102 | |
| Warren City Of Macomb | Treasurer | PO Box 2113 | | Warren | MI | 48090 | |
| Warren Co Ky | Warren County Sheriff | 429 E 10th St | | Bowling Green | KY | 42101 | |
| Warren County Ga | Warren County Tax Commissioner | PO Box 189 | Courthouse | Warrenton | GA | 30828 | |
| Warren County Tax Commissioner | Warren County Tax Commissioner | PO Box 189 | | Warrenton | GA | 30828-0189 | |
| Washington Co Ky | Washington County Sheriff | PO Box 127 | | Springfield | KY | 40069 | |
| Washington Co Ms | Washington Co Tax Collector | PO Box 9 | | Greenville | MS | 38702 | |
| Washington Co In | Washington County Treasurer | 99 Public Sq | Ste 101 | Salem | IN | 47167 | |
| Watertown Twp Clinton | Treasurer | 12803 South Wacousta Rd | | Grand Ledge | MI | 48837 | |
| Wayne County In | Wayne County Treasurer | 401 E Main St | County Administration Bldg | Richmond | IN | 47374 | |
| Wayne Twp Cass | Treasurer | 51327 Atwood Rd | | Dowagiac | MI | 49047 | |
| Webb County Tx | Webb County Tax Assessor /collector | PO Box 420128 | | Laredo | TX | 78042 | |
| Webber Co Ut | Weber County Assessor | PO Box 700 | | Ogden | UT | 84401 | |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | |
| Weinstein, Eisen & Weiss LLP | Aram Ordubegian | 1925 Century Park East | #1150 | Los Angeles | CA | 90067 | |
| Wells County In | | 102 W Market St | Ste 204 | Bluffton | IN | 46714 | |
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | |
| White & Case LLP | Glenn Kurtz, Gerard Uzzi, Douglas Baumstein | 1155 Avenue of the Americas | Room 102 | New York | NY | 10036-2787 | |
| White & Case LLP | Thomas Lauria, Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd, Suite 4900 | Miami | FL | 33131 | |
| White Co Tn | White County Trustee | 1 East Bockman Way | | Sparta | TN | 38583 | |
| Whitley County In | | 2nd Fl Courthouse | | Columbia City | IN | 46725 | |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | |
| Wichita County Burkburnett Independent School District | Harold Lerew | Perdue Brandon Fielder Collins & Mott | PO Box 8188 | Wichita Falls | TX | 76307 | |

# EXHIBIT HH

Delphi Corporation
Class A (Secured Claims)

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 1st Choice Heating & Cooling | | 8147 IslandView Dr | | | Newaygo | MI | 49337 | |
| American International Group Inc and its Related Entities | AIG Law Department Bankruptcy | David A Levin Esq | 70 Pine St 31st Fl | | New York | NY | 10270 | |
| Angelina County | John P Dillman | Linebarger Goggan Blair & Sampson LLP | PO Box 3064 | | Houston | TX | 77253-3064 | |
| Bexar County | David G Aelvoet | Linebarger Goggan Blair & Sampson LLP | 711 Navarro Ste 300 | | San Antonio | TX | 78205 | |
| Boulder County Treasurer | Bob Hullinghorst | PO Box 471 | | | Boulder | CO | 80306 | |
| Bowie Independent School District | Andrew Dylan Wood | Ray Wood & Bonilla LLP | PO Box 165001 | | Austin | TX | 78716 | |
| Brownsville ISD | Diane W Sanders | Linebarger Goggan Blair & Sampson LLP | 1949 South IH 35 | PO Box 17428 | Austin | TX | 78760-7428 | |
| Burkburnett Independent School District | Harold Lerew | Perdue Brandon Fielder Collins & Mott LLP | PO Box 8188 | | Wichita Falls | TX | 76307 | |
| Calsonic Kansei Corporation | Austin L McMullen | Boult Cummings Conners & Berry P C | 1600 Division St Ste 700 | | Nashville | TN | 37203 | |
| Cameron County | Diane W Sanders | Linebarger Goggan Blair & Sampson LLP | 1949 South IH 35 78741 | PO Box 17428 | Austin | TX | 78760-7428 | |
| Carrolton Farmers Branch Independent School District | c o Andrea Sheehan | Law Offices of Robert E Luna PC | | | Dallas | TX | 75206 | |
| Carrollton Farmers Branch Independent School District | c o Andrea Sheehan | Law Offices of Robert E Luna PC | 4411 N Central Expressway | | Dallas | TX | 75205 | |
| City of El Paso | David G Aelvoet | Linebarger Goggan Blair & Sampson LLP | 711 Navarro Ste 300 | | San Antonio | TX | 78205 | |
| City of Flint Elt | Douglas M Philpott | 503 S Saginaw Street Ste 1415 | | | Flint | MI | 48502 | |
| City of Harlingen | Diane W Sanders | Linebarger Goggan Blair & Sampson LLP | 1949 South IH 35 78741 | PO Box 17428 | Austin | TX | 78760-7428 | |
| City of San Marcos | Diane W Sanders | Linebarger Goggan Blair & Sampson LLP | 1949 South IH 35 78741 | PO Box 17428 | Austin | TX | 78760-7428 | |
| City of Wyoming Michigan | | 1155 28th St SW | | | Wyoming | MI | 49509 | |
| Collin County Tax | Gay McCall Isaacks et al | 777 E 15th St | | | Plano | TX | 75074 | |
| County of Comal | Michael Reed | McCreary Veselka Bragg & Allen PC | 5929 Balcones Dr Ste 200 | PO Box 26990 | Austin | TX | 78755 | |
| County of Denton City of Sanger | Michael Reed | McCreary Veselka Bragg & Allen PC | 5929 Balcones Dr Ste 200 | PO Box 26990 | Austin | TX | 78755 | |
| County of Hays | Michael Reed | McCreary Veselka Bragg & Allen PC | 5929 Balcones Dr Ste 200 | PO Box 26990 | Austin | TX | 78755 | |
| Cypress Fairbanks ISD | John P Dillman | Linebarger Goggan Blair & Sampson LLP | PO Box 3064 | | Houston | TX | 77253-3064 | |
| Dallas County | Elizabeth Weller | Linebarger Goggan Blair & Sampson LLP | 2323 Bryan Street Ste 1600 | | Dallas | TX | 75201 | |
| Denso International America Inc | Attn Carol Sowa | 24777 Denso Dr | | | Southfield | MI | 48033 | |
| Denso International America Inc | Attn Carol Sowa | 24777 Denso Dr | | | Southfield | MI | 48033 | |
| Denso Sales California Inc | Attn Ruth Canlobo | 3900 Via Oro Ave | | | Long Beach | CA | 90810 | |
| Dubois County Tn | | 1 Courthouse Sq | | | Jasper | IN | 47546 | |
| Dyer County Trustee | c o J Michael Gauldin | PO Box 220 | | | Dyersburg | TN | 38025 | |
| Elkenberry & Associates Inc | | PO Box 2676 | | | Kokomo | IN | 46904-2676 | |
| Erie County Treasurer | | 247 Columbus Ave Ste 115 | | | Sandusky | OH | 44870 | |
| Former Shareholders of ATRI LLC | Sean M Walsh Esq | Cox Hodgman and Giarmrco P C | 101 W Big Beaver Rd Suite 1000 | | Troy | MI | 48084-5280 | |
| Franklin County Ohio Treasurer | | 373 S High St 17th Fl | | | Columbus | OH | 43215 | |
| Georgia Self Insurers Guaranty Trust Fund | | PO Box 7159 | | | Atlanta | GA | 30357-0159 | |
| Giles Co Tn | | Giles County Trustee | PO Box 678 | Courthouse | Pulaski | TN | 38478 | |
| Harlingen CISD | Diane W Sanders | Linebarger Goggan Blair & Sampson LLP | 1949 South IH 35 | PO Box 17428 | Austin | TX | 78760-7428 | |
| Harris County City of Houston | John P Dillman | Linebarger Goggan Blair & Sampson LLP | PO Box 3064 | | Houston | TX | 77253-3064 | |
| Hayes Lemmerz International Inc | David J Kowazzewski | Bodman LLP | 6th Fl at Ford Field | 1901 St Antoine St | Detroit | MI | 48226 | |
| Henry County Treasurer | Jeanne Simmons | 101 S Main St | | | New Castle | IN | 47362 | |
| Hidalgo County | Diane W Sanders | Linebarger Goggan Blair & Sampson LLP | 1949 South IH 35 78741 | PO Box 17428 | Austin | TX | 78760-7428 | |
| Howard County Indiana | Michael K McCrory | Barnes & Thornburg LLP | 11 South Meridian St | | Indianapolis | IN | 46204 | |
| JPMorgan Chase Bank NA as Administrative Agent for the Lenders under the Third Amended and Restated Credit Agreement dated an | Attn Thomas Maher | JPMorgan Chase Bank NA as Administrative Agent | 270 Park Ave 20th Fl | | New York | NY | 10017 | |
| Lear Corporation for itself and the Lear Entities listed on the Attached Summary | Ralph E McDowell | Bodman LLP | 6th Floor at Ford Field | 1901 St Antoine Street | Detroit | MI | 48226 | |
| Liquidity Solutions Inc | Dba Defined Benefit | One University Plaza | Ste 312 | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Defined Benefit | One University Plaza | Ste 312 | | Hackensack | NJ | 07601 | |
| Longacre Master Fund Ltd | Vladimir Jelisavcic | 810 Seventh Ave 22nd Fl | | | New York | NY | 10019 | |
| Lorentson Mfg Co Inc | Jeanne Simmons | PO Box 932 | | | Kokomo | IN | 46903-0932 | |
| Lorentson Mfg Co SW Inc | Jeanne Simmons | PO Box 932 | | | Kokomo | IN | 46903-0932 | |
| Lorentson Tooling Inc | Attn Jeanne Simmons | PO Box 932 | | | Kokomo | IN | 46903-0932 | |
| Lubbock Central Appraisal District | Laura J Monroe | Perdue Brandon Fielder Collins & Mott LLP | PO Box 817 | | Lubbock | TX | 79408-0817 | |

Delphi Corporation
Class A (Secured Claims)

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Marlian Inc fka Marlian Rubber Products | Wayne Rinker | Marlian Inc | 1011 E St. Clair St. | | Indianapolis | IN | 46202 | |
| Methode Electronics Inc | c/o Timothy S McFadden Esq | Lord Bissell & Brook LLP | 111 S Wacker Dr | | Chicago | IL | 60606 | |
| Miami-Dade County Tax Collector | c/o Metro Dade County Paralegal Unit | 140 W Flagler St Ste 1403 | | | Miami | FL | 33130 | |
| Montague County | Elizabeth Weller | Linebarger Goggan Blair & Sampson LLP | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 | |
| Montgomery County | John P Dilman | Linebarger Goggan Blair & Sampson | PO Box 3064 | | Houston | TX | 77253-3064 | |
| Montgomery County Treasurer | | 451 W Third St | | | Dayton | OH | 45422-0476 | |
| Montgomery County Treasurer | | 451 W Third St | | | Dayton | OH | 45422-0476 | |
| Montgomery County Treasurer | | 451 W Third St | | | Dayton | OH | 45422-0476 | |
| Montgomery County Treasurer | | 451 W Third St | | | Dayton | OH | 45422-0476 | |
| Montgomery County Treasurer | | 451 W Third St | | | Dayton | OH | 45422-0476 | |
| Montgomery County Treasurer | | 451 W Third St | | | Dayton | OH | 45422-0476 | |
| Montgomery County Treasurer | | 451 W Third St | | | Dayton | OH | 45422-0476 | |
| Montgomery County Treasurer | | 451 W Third St | | | Dayton | OH | 45422-0476 | |
| Montgomery County Treasurer | | 451 W Third St | | | Dayton | OH | 45422-0476 | |
| Montgomery County Treasurer | | PO Box 817600 | | | Dayton | OH | 45481 | |
| Montgomery County Treasurer | | PO Box 972 | | | Dayton | OH | 45422-0475 | |
| Montgomery County Treasurer | | PO Box 972 | | | Dayton | OH | 45422-0475 | |
| Montgomery County Treasurer | | PO Box 972 | | | Dayton | OH | 45422-0475 | |
| Montgomery County Treasurer | | PO Box 972 | | | Dayton | OH | 45422-0475 | |
| Montgomery County Treasurer | | PO Box 972 | | | Dayton | OH | 45422-0475 | |
| Montgomery County Treasurer | | PO Box 972 | | | Dayton | OH | 45422-0475 | |
| Montgomery County Treasurer | | PO Box 972 | | | Dayton | OH | 45422-0475 | |
| Montgomery County Treasurer | | PO Box 972 | | | Dayton | OH | 45422-0475 | |
| Montgomery County Treasurer | | PO Box 972 | | | Dayton | OH | 45422-0475 | |
| Montgomery County Treasurer | | PO Box 972 | | | Dayton | OH | 45422-0475 | |
| Montgomery County Treasurer | | PO Box 972 | | | Dayton | OH | 45422-0475 | |
| Motor City Electric | Noel Norales | 9440 Grinnell St | | | Detroit | MI | 48213-1151 | |
| Motor City Electric | Noel Norales | 9440 Grinnell St | | | Detroit | MI | 48213-1151 | |
| Motor City Electric Co | | 9440 Grinnell St | | | Detroit | MI | 48213-1151 | |
| Motor City Electric Company Cad | | 220 W Hospital St | | | Detroit | MI | 48215-1161 | |
| Nacogdoches County | Charity Law Offices | | | | Nacogdoches | TX | 77563-1988 | |
| Nacogdoches County | Diane W Sanders | Linebarger Goggan Blair & Sampson LLP | 1949 S IH 35 78741 | PO Box 17428 | Austin | TX | 78760-7428 | |
| Palm Beach County Tax Collector | | PO Box 3715 | | | West Palm Beach | FL | 33402-3715 | |
| Payton C Cochrane Tax Collector | | 714 Greensboro Ave Rm 124 | | | Tuscaloosa | AL | 35401 | |
| Payton C Cochrane Tax Collector | | 714 Greensboro Ave Rm 124 | | | Tuscaloosa | AL | 35401 | |
| Payton C Cochrane Tax Collector | | 714 Greensboro Ave Rm 124 | | | Tuscaloosa | AL | 35401 | |
| Pinal County Treasurer | | PO Box 729 | | | Florence | AZ | 85230-0729 | |
| Prince Georges County Maryland | Dolores J Doolittle | 6801 Kenilworth Ave Ste 400 | | | Riverdale | MD | 20737-1385 | |
| San Marcos CISD | c/o Meyers Rodbell and Rosenbaum Pa | Linebarger Goggan Blair & Sampson LLP | 1849 South IH 35 78741 | PO Box 17428 | Austin | TX | 78760-7428 | |
| Select Industries Corporation fka Select Tool & Die Corp | W Timothy Miller | 425 Walnut St Ste 1800 | | | Cincinnati | OH | 45202 | |
| Shelby County Trustee | | PO Box 2751 | | | Memphis | TN | 38101-2751 | |
| Shelby County Trustee | | PO Box 2751 | | | Memphis | TN | 38101-2751 | |
| Spartanburg Co Tax Collector | Glenda Dwight | Drawer 3000 | | | Spartanburg | SC | 29304 | |
| Spartanburg Co Tax Collector | Glenda Dwight | Drawer 3000 | | | Spartanburg | SC | 29304 | |
| Sumida America Inc | c/o Jason Mernick | Masuda Funai Eifert & Mitchell Ltd | 203 N LaSalle St Ste 2600 | | Chicago | IL | 60601 | |
| Tarrant County | Elizabeth Weller | Linebarger Goggan Blair & Sampson LLP | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 | |
| Tech Tool & Mold Inc | Scott Hankwey | 1045 French St | | | Meadville | PA | 16335 | |
| Tower Automotive Inc | Atin Ryan B Bennett Esq | c/o Winston & Strawn | 200 E Randolph Dr | | Chicago | IL | 60601 | |
| Tricon Industries Inc | c/o Alex Pinogelly | Ungaretti & Harris LLP | 3500 Three First National Plz | | Chicago | IL | 60602 | |
| Trumbull County Treasurer | | 160 High St Nw | | | Warren | OH | 44481-1090 | |
| Unified Independent School District | c/o Omelas Castillo & Omelas PLLC | 401 East Hillside Rd 2nd Floor | | | Laredo | TX | 78041 | |
| UPS de Mexico S de RL de CV | William Holbrook Director of Finance | United Plastics Group Inc | 1420 Kensington Rd Ste 209 | | Oak Brook | IL | 60523 | |
| Voplex Inc and Meridian Automotive Systems Inc and affiliates | Matthew Pardy | 999 Republic Dr | | | Allen Park | MI | 48101 | |

# EXHIBIT II

Delphi Corporation
Class B (Flow-Through Claims)

| Name | Notice/Name | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Abner Claudia I | | 3332 Lexington Dr | | | Saginaw | MI | 48601-4524 | |
| Aguilar Yolanda M | | 5670 Castleton | | | Hope Mills | NC | 28348 | |
| Akins Ladean | | 711 W Stockdale | | | Flint | MI | 48504 | |
| Alabama Workers Compensation Self Insurers Guaranty Association Inc | Jayna Partain Lamar Esq | Maynard Cooper & Gale PC | 1901 6th Ave N Ste 2400 | | Birmingham | AL | 35203 | |
| Aldridge Brenda | | 917 Merchants Walk | | Ste A | Huntsville | AL | 35805 | |
| All Night Auto | William D Davis III | Davis & Associates Pc | | | Southfield | MI | 48075 | |
| All Night Auto 111 Aurora | Tova Shaban | 2000 Town Center No 1500 | | | Southfield | MI | 48075 | |
| All Night Auto Bloomington IL | Tova Shaban | 2000 Town Center No 1500 | | | Southfield | MI | 48075 | |
| All Night Auto IHSS | Tova Shaban | 2000 Town Center No 1500 | | | Southfield | MI | 48075 | |
| ALL NIGHT AUTO OKLAHOMA CITY | Tova Shaban | 2000 Town Center No 1500 | | | Southfield | MI | 48075 | |
| All Night Auto Tempe | Tova Shaban | 2000 Town Center No 1500 | | | Southfield | MI | 48075 | |
| All Night Auto Tinley Park | Tova Shaban | 2000 Town Ctr No 1500 | | | Southfield | MI | 48075 | |
| All Night Auto Training Fac | Tova Shaban | 2000 Town Center No 1500 | | | Southfield | MI | 48075 | |
| All Night Auto Troy | Tova Shaban | 2000 Town Center No 1500 | | | Southfield | MI | 48075 | |
| Allan Edward | | 2002 Edward Ave | | | Muscle Shoals | AL | 35661 | |
| Allen Gloria D | | 124 Rivermont Ct | | | Sheffield | AL | 35660-5835 | |
| Alston Phillip | | 1148 Barnette Rd | | | Minor Hill | TN | 38473 | |
| Alycia T Wright and | | Jamie E Wright Jt Ten | | | Wallkill | NY | 12589 | |
| Anderson Scott D | | 300 Hofheister Rd | | | St Helen | MI | 48656-9546 | |
| Andolora Cheryl | | 8968 State Route 403 | | | Nunda | NY | 14517 | |
| Andrasik Joseph | | 6603 Flory Ln | | | Union | OH | 45322-0000 | |
| Ann E Jones | | 1780 Bailey Ave | | | Buffalo | NY | 14211-2418 | |
| Apple Computer Inc | Evelyn Shimazaki Senior Counsel | 1 Infinite Loop | | | Cupertino | CA | 95014 | |
| Apple Inc formerly known as Apple Computer International and Hon Hai Precision Industry Company Ltd | Evelyn Shimazaki | Senior Counsel | Apple Inc | 1 Infinite Loop | Cupertino | CA | 95014 | |
| Apple Inc formerly known as Apple Computer International and Hon Hai Precision Industry Company Ltd | Evelyn Shimazaki | Senior Counsel | Apple Inc | 1 Infinite Loop | Cupertino | CA | 95014 | |
| Arrington Bertha | | 646 E Baltimore Blvd | | | Flint | MI | 48505-6403 | |
| Austin J | | 6035 Comanche Ct Ste A | | | Parma Heights | OH | 44130 | |
| Austin Man F | | 1623 Seymore Ave | | | Flint | MI | 48503-4338 | |
| Austin R Fischer | | 3307 Bowman Rd | | | Bay City | MI | 48706-1766 | |
| Austin Randy | | 2817 Hudson Aurora Rd | | | Hudson | OH | 44236 | |
| Autoalliance International Inc | Timothy A Fusco | Miller Canfield Paddock & Stone PLC | 150 W Jefferson Ave Ste 2500 | | Detroit | MI | 38226 | |
| Autoalliance International Inc | Timothy A Fusco | Miller Canfield Paddock & Stone PLC | 150 W Jefferson Ave Ste 2500 | | Detroit | MI | 38226 | |
| Autoalliance International Inc | Timothy A Fusco | Miller Canfield Paddock & Stone PLC | 150 W Jefferson Ave Ste 2500 | | Detroit | MI | 38226 | |
| Avinon M Ehrlich | | 80 Bentley Court | | | Rochester | NY | 14626 | |
| Azrael Oren | | 3853 Orleans Rd | | | Birmingham | AL | 35243 | |
| Baker Jerri | | 5622 High Arbor Dr | | | Galloway | OH | 43119 | |
| Baikle Mary | Mary Baikle | By Richard D Millstar P35431 | c o Lambert Leser Isackson Cook & Giunta PC | 916 Washington Ave Ste 309 | Bay City | MI | 48708 | |
| Baranski Mark | | 2201 Celestial Dr Ne | | | Warren | OH | 44484 | |
| Barbara Garner | J Barton Warren Esquire | Warren & Simpson PC | 105 North Side Square | | Huntsville | AL | 35801 | |
| Barbara Garner | J Barton Warren Esquire | Warren & Simpson PC | 105 North Side Square | | Huntsville | AL | 35801 | |
| Barnett Norma | | 181 Alcorn St | | | Somerset | NJ | 08873 | |
| Bart E Koyler | | 3961 Little York Rd | | | Dayton | OH | 45414 | |
| Bashaw Robert | | 4837 Long Point Rd | | | Geneseo | NY | 14454 | |
| Bashaw Robert | c o J Barton Warren Esq | Warren & Simpson PC | 4837 Long Point Rd | | Geneseo | NY | 14454 | |
| Bastin Phillips G | | Warren & Simpson PC | 105 North Side Sq | | Huntsville | AL | 35801 | |
| Beard Willi Terri | | 2418 Willowdale Dr | | | Burton | MI | 48509-1318 | |
| Belter Paul | | 150 Bastian Rd | | | Rochester | NY | 14623 | |
| Benjamin H Walker | | 11590 Frost Rd | | | Freeland | MI | 48623-8872 | |
| Benson Lori | | 7275 Sheridan | | | Millington | MI | 48746-0000 | |
| Bentley Dolores | | 3280 Hasler Lake Rd | | | Lapeer | MI | 48446-9728 | |
| Benton Gloria G | | 2202 Riley Rd | | | Caro | MI | 48723-9456 | |
| Bierlein Dean | | 310 Ardussi St | | | Frankenmuth | MI | 48734-1404 | |
| Bierlein Dean | | 310 Ardussi St | | | Frankenmuth | MI | 48734-1404 | |
| Black Clara A | | 4171 Spurwood Dr | | | Saginaw | MI | 48603-7282 | |
| Blade Norma Lee | | 12274 Adams St Bldg 8 | | | Mount Morris | MI | 48458-3200 | |

12/28/2007 11:07 AM
II - B DOMESTIC and INTL.

Delphi Corporation
Class J (Interests in Affiliate Debtors)

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|------|-----------|----------|----------|----------|------|-------|-----|---------|
| Furukawa Electric North America Apd Inc | | PO Box 45651 | | | San Francisco | CA | 94145-0651 | |
| Furukawa Electric North America APD Inc | Michael S Mc Elwee | Varnum Riddering Schmidt & Howlett LLP | PO Box 352 | | Grand Rapids | MI | 49503 | |
| Furukawa Electric North America APD Inc and Furukawa Electric Company | Michael S McElwee | Varnum Riddering Schmidt & Howlett LLP | PO Box 352 | | Grand Rapids | MI | 49503 | |
| Furukawa Electric North America APD Inc and Furukawa Electric Company | Michael S McElwee | Varnum Riddering Schmidt & Howlett LLP | PO Box 352 | | Grand Rapids | MI | 49501-0352 | |
| Furukawa Electric North America Apd, Inc. | President | 47677 Galleon Drive | | | Plymouth | MI | 48170 | |
| Mayfield | | 280 Sandhill Rd 250 | | | Menlo Pk | CA | 94025 | |
| SPCP Group LLC as Assignee of Furukawa Electric Company & Furukawa Electric North America APD Inc | Attn Brian Jarmain | Two Greenwich Plz 1st Fl | | | Greenwich | CT | 06830 | |
| Thomas Ogara Reimb | | 112 Price Ln | | | Bellevue | ID | 83313-5126 | |
| Tom Ogara Family Trust | Tom Ogara | Silver Springs Ranch | 112 Price Ln | | Bellevue | ID | 63313-5126 | |

12/28/2007 11:07 AM
II - J DOMESTIC

# EXHIBIT JJ

Delphi Corporation
Pending Objection to Disallow and Expunge Claim

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Control Masters Inc | | 5235 Katrine Ave | | | Downers Grove | IL | 60515 | |
| Controls Crew Inc | | 23701 John R | | | Hazel Pk | MI | 48030 | |
| Crown Credit Company | Attn Rodney J Hinders Esq | 115 N Main St | | | New Bremen | OH | 45869 | |
| Crown Enterprises Inc | c o Mark H Shapiro Esq | Steinberg Shapiro & Clark | 24901 Northwestern Hwy Ste 611 | | Southfield | MI | 48075 | |
| DashKovitz Dennis | | 9301 Buck Rd | | | Freeland | MI | 48623-0000 | |
| Denso Corp | | 1 1 Showacho | | | Kariya Aichi | | 448 8661 | Japan |
| Denso Corp | | 1 1 Showacho | | | Kariya Aichi | | 448 8661 | Japan |
| Denso Corporation | | 1 1 Showa Cho | | | Kariya Aichi | | 0448-8661 | Japan |
| Denso International America Inc | Attn Carol Sowa | 24777 Denso Dr | | | Southfield | MI | 48033 | |
| Denso International America Inc | Attn Carol Sowa | 24777 Denso Dr | | | Southfield | MI | 48033 | |
| Denso International America Inc | Attn Carol Sowa | 24777 Denso Dr | | | Southfield | MI | 48033 | |
| Denso Sales California Inc | Attn Ruth Carlobo | 3900 Via Oro Ave | | | Long Beach | CA | 90810 | |
| Department of the Treasury Internal Revenue Service | Internal Revenue Service | 290 Broadway 5th Fl | | | New York | NY | 10007 | |
| Department of the Treasury Internal Revenue Services | Internal Revenue Service | 290 Broadway 5th Fl | | | New York | NY | 10007 | |
| Depository Trust Company Treasurers Dept | Ralph G & Joann K Fox | 255 N 1100 E | | | Zionsville | IN | 46077-9444 | |
| Depository Trust Company Treasurers Dept | Thomas Van Le | 9209 S 88th E Ave | | | Tulsa | OK | 74133 | |
| Deutsche Bank Securities Inc | Attn Ross Rosenfelt & Vikas Madan | 60 Wall St 3rd Fl | | | New York | NY | 10005 | |
| Deutsche Bank Securities Inc | Attn Ross Rosenfelt & Vikas Madan | 60 Wall St 3rd Fl | | | New York | NY | 10005 | |
| Donald R Sweeton and Sarah E Sweeton | Austin L McMullen | Boult Cummings Corners & Berry PLC | 1600 Division St Ste 700 | | Nashville | TN | 37219 | |
| Eaton BI State Valve Claim | | Eaton Corporation | 1111 Superior Ave | | Cleveland | OH | 44114-2584 | |
| Eaton Electrical | | Eaton Corporation | 1111 Superior Ave | | Cleveland | OH | 44114-2584 | |
| Eaton Hydraulics Inc | | Eaton Corporation | 1111 Superior Ave | | Cleveland | OH | 44114-2584 | |
| Empresas Ca Le Tlaxcala SA de CV | Stephen Bobo | Sachnoff & Weaver Ltd | 10 S Wacker Dr Ste 4000 | | Chicago | IL | 60606 | |
| Energy Engineering & Consulting Services LLC | Dennis R Zapzone Sr Energy Engineer | 2137 S 800 W | | | Swayzee | IN | 46986 | |
| Essex Group Inc | Richard Fradette | 1601 Wall St | | | Fort Wayne | IN | 46801-1601 | |
| FCI Austria GmbH | Keith J Cunningham Esq | Pierce Atwood LLP | One Monument Square | | Portland | ME | 04101-1110 | |
| Federal Mogul Corporation | Chavanda Cenance | 26555 Northwestern Hwy | | | Southfield | MI | 48034 | |
| Fidelity Investments Inc Tr | | Fbo Donna K Hetzel Ira | 22667 Revere St | | St Clair Shores | MI | 48080-2883 | |
| Freudenberg Nok General Partnership | Ralph E McDowell | Bodman LLP | 6th Fl at Ford Field | 1901 St Antoine St | Detroit | MI | 48226 | |
| Freudenberg Nok Inc | Ralph E McDowell | Bodman LLP | 6th Fl at Ford Field | 1901 St Antoine St | Detroit | MI | 48226 | |
| Freudenberg Nonwovens Lp Eft | | 2975 Pembroke Rd | | | Hopkinsville | KY | 42240 | |
| Frys Metal Inc a Cookson Electronics Company | Maria J Goncalves Esq | Adler Pollock & Sheehan PC | One Citizens Plz 8th Fl | | Providence | RI | 02903 | |
| Frys Metal Inc a Cookson Electronics Company | Maria J Goncalves Esq | Adler Pollock & Sheehan PC | One Citizens Plz 8th Fl | | Providence | RI | 02903 | |
| Furukawa Electric North America APD Inc and Furukawa Electric Company | Michael S McElwee | Varnum Riddering Schmidt & Howlett LLP | PO Box 352 | | Grand Rapids | MI | 49501-0352 | |
| General Electric Capital Corp | | Attn Uri Sky | | | | | | |
| General Electric Company GE Faruc Automation North America Inc | | c o GE Capital Solutions Vendor Finance | 1010 Thomas Edison Blvd SW | | Cedar Rapids | IA | 52404 | |
| General Products Delaware Corp | Michael R Enright Esq | Robinson & Cole LLP | 280 Trumbull St | | Hartford | CT | 06103 | |
| General Products Delaware Corp | | General Products | 2450 E South St | | Jackson | MI | 49201 | |
| Georgia Department of Revenue | Department of Revenue | Compliance Division | Bankruptcy Section | PO Box 161108 | Atlanta | GA | 30321 | |
| Goldman Sachs Credit Partners LP | | One New York Plz 42nd Fl | | | New York | NY | 10004 | |
| Guide Corporation | c o Paul Kerns Chief Financial Officer | 600 Corporation Drive | | | Pendleton | IN | 46064 | |
| Hamlin Tool & Machine Co Inc | | 1671 E Hamlin Rd | | | Rochester | MI | 48307-3624 | |
| Harbinger Capital Partners Master Fund I Ltd | Attn Ilena L Cruz Esq | White & Case LLP | 200 S Biscayne Blvd Ste 4900 | | Miami | FL | 33131-2352 | |
| Harbinger Capital Partners Master Fund I Ltd | Attn Ilena L Cruz Esq | White & Case LLP | 200 S Biscayne Blvd Ste 4900 | | Miami | FL | 33131-2352 | |
| Hayes Lemmerz International Inc | David J Nowaszewksi | Bodman LLP | 6th Fl at Ford Field | 1901 St Antoine St | Detroit | MI | 48226 | |
| Heraeus Amersil Inc aka Heraeus Tenevo | c o Jason J DeJonker Esq | McDermott Will & Emery LLP | 227 W Monroe St | | Chicago | IL | 60606-5096 | |
| Heraeus Amersil Inc aka Heraeus Tenevo | c o Jason J DeJonker Esq | McDermott Will & Emery LLP | 227 W Monroe St | | Chicago | IL | 60606-5096 | |
| Hidria Usa | | 202 Beechtree Blvd | | | Greenville | SC | 29605 | |
| Highland Industries Inc | c o Sarah F Sparrow Esq | Tuggle Duggins & Meschan PA | PO Box 2888 | | Greensboro | NC | 27402 | |

12/28/2007 11:08 AM
JJ - PEND DOMESTIC, CAN and INTL.

Delphi Corporation
Pending Objection to Disallow and Expunge Claim

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Liquidity Solutions Inc | Dba Capital Markets | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Capital Markets | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Capital Markets | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Capital Markets | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Capital Markets | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Capital Markets | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Capital Markets | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Capital Markets | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Capital Markets | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Capital Markets | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Capital Markets | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Capital Markets | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Revenue Management | One University Plaza Ste 312 | | | Hackensack | NJ | 07601 | |
| Longacre Master Fund Ltd | Vladimir Jelisavcic | 810 Seventh Ave 22nd Fl | | | New York | NY | 10019 | |
| Longacre Master Fund Ltd | Vladimir Jelisavcic | 810 Seventh Ave 22nd Fl | | | New York | NY | 10019 | |
| LTC Roll & Engineering Co | c/o Gary H Cunningham Esq | Strobl Cunningham & Sharp PC | 300 E Long Lake Rd Ste 200 | | Bloomfield Hills | MI | 48304 | |
| Lutz Richard | | 1921 Lititz Ave | | | Sandusky | OH | 44870 | |
| Mac Arthur Corporation | | Winegarden Haley Lindholm & Robertson PLC | G 9460 S Saginaw St Ste A | | Grand Blanc | MI | 48439 | |
| Macomb County Foc Act Of B Czarnowczan P95 22210 | Dennis M Haley P14538 | | | | Mt Clemens | MI | 48043 | |
| Mad River Transportation Inc | Christopher J Aluotto | 40 N Main | One W Fourth St Ste 900 | | Cincinnati | OH | 45202-3688 | |
| Marco Manufacturing Co | c/o Patrick J Keating Esq | Rendigs Fry Kiely & Dennis | PO Box 1500 | | Akron | OH | 44309-1500 | |
| Maricopa County Treasurer | Barbara Lee Caldwell | Buckingham Doolittle & Burroughs LLP | 4742 N 24th St Ste 100 | | Phoenix | AZ | 85016 | |
| Maricopa County Treasurers Office | Barbara Lee Caldwell | Hebert Schenk PC | 4742 N 24th St Ste 100 | | Phoenix | AZ | 85016 | |
| Maricopa County Treasurers Office | Herbert Schenk PC | 4742 N 24th St Ste 100 | | | Phoenix | AZ | 85016 | |
| Maxwell Emma J | | PO Box 533 | | | Orrville | AL | 36767-0533 | |
| Metalforming Technologies Inc | and its subsidiaries MTI Saline MTI Millan et al | 980 N Michigan Ave | | | Chicago | IL | 60611 | |
| Microsys Technologies Inc | | 3710 Nashua Drive Unit 1 | Ste 1900 | | Mississauga | ON | L4V 1M5 | Canada |
| Microsys Technologies Inc | | 3710 Nashua Drive Unit 1 | | | Mississauga | ON | L4V 1M5 | Canada |
| Milliken & Company | | 1045 Sixth Ave | | | New York | NY | 10018 | |
| Milliken & Company | | 1045 Sixth Ave | | | New York | NY | 10018 | |
| MJ Celco | Robert D Nachman | Schwartz Cooper Chartered | 180 N La Salle St | | Chicago | IL | 60601 | |
| Morgan Advanced Ceramics Diamonex Products Div | Paul M Rosenblatt Esq | Kilpatrick Stockton LLP | 1100 Peachtree St Ste 2800 | | Atlanta | GA | 30309 | |
| Neocorg Usa Inc | | 718 W Longview Ln | | | Palatine | IL | 60067 | |
| New York State Dept of Environmental Conservation | William E Dornbos | New York Attorney Generals Office | 120 Broadway 26th Floor | | New York | NY | 10271 | |
| New York State Dept of Environmental Conservation | William E Dornbos | New York Attorney Generals Office | 120 Broadway 26th Floor | | New York | NY | 10271 | |
| Nissan North America Inc | c/o Michael R Paslay Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |
| Nissan North America Inc | c/o Michael R Paslay Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |
| Nissan North America Inc | c/o Michael R Paslay Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |
| Nissan North America Inc | c/o Michael R Paslay Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |
| Nissan North America Inc | c/o Michael R Paslay Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |
| Nissan North America Inc | c/o Michael R Paslay Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |
| Nissan North America Inc | c/o Michael R Paslay Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |
| Nissan North America Inc | c/o Michael R Paslay Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |
| Nissan North America Inc | c/o Michael R Paslay Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |
| Nissan North America Inc | c/o Michael R Paslay Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |
| Nissan North America Inc | c/o Michael R Paslay Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |
| Nissan North America Inc | c/o Michael R Paslay Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |
| Nissan North America Inc | c/o Michael R Paslay Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |
| Nissan North America Inc | c/o Michael R Paslay Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |

Delphi Corporation
Pending Objection to Disallow and Expunge Claim

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Nissan North America Inc | c o Michael R Paisley Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |
| Nissan North America Inc | c o Michael R Paisley Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |
| Nissan North America Inc | c o Michael R Paisley Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |
| Nissan North America Inc | c o Michael R Paisley Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |
| Nissan North America Inc | c o Michael R Paisley Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |
| Nissan North America Inc | c o Michael R Paisley Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |
| Nissan North America Inc | c o Michael R Paisley Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |
| Nissan North America Inc | c o Michael R Paisley Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |
| Nissan North America Inc | c o Michael R Paisley Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |
| Nissan North America Inc | c o Michael R Paisley Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |
| Nissan North America Inc | c o Michael R Paisley Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |
| Nissan North America Inc | c o Michael R Paisley Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |
| Nissan North America Inc | c o Michael R Paisley Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |
| Nissan North America Inc | c o Michael R Paisley Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |
| Nissan North America Inc | c o Michael R Paisley Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |
| Nissan North America Inc | c o Michael R Paisley Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |
| Nissan North America Inc | c o Michael R Paisley Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |
| Nissan North America Inc | c o Michael R Paisley Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |
| Nissan North America Inc | c o Michael R Paisley Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |
| Nissan North America Inc | c o Michael R Paisley Esq | Waller Lansden Dortch & Davis LLP | 511 Union St Ste 2700 | | Nashville | TN | 37219 | |
| Nu Tech Plastics Engineering Inc | Jay A Schwartz Esq P45268 | Schwartz Law Firm PC | 37887 W 12 Mile Rd Ste A | | Farmington Hills | MI | 48331 | |
| Ohio Department of Taxation | Rebecca Daum | Attorney Bankruptcy Division | PO Box 530 | | Columbus | OH | 43216-0530 | |
| Ohio Department of Taxation | Rebecca L Daum | 30 E Broad St | | | Columbus | OH | 43215 | |
| Ohio Public Utilities Commission | Victoria D Garry Asst Ohio Attorney General | 441 Vine St 1600 Carew Tower | | | Cincinnati | OH | 45202 | |
| OKI America Inc | Attn Anna Phan Assistant Controller | 785 N Mary Ave | | | Sunnyvale | CA | 94085 | |
| OKI America Inc | Attn Anna Phan Assistant Controller | 785 N Mary Ave | | | Sunnyvale | CA | 94085 | |
| Onyx Environmental Services Electronics Recycling Div | Onyx Environmental Services ERD | 1275 Mineral Springs Dr | | | Port Washington | WI | 53074 | |
| Pacific Employers Insurance Company | Margery M Reed Esquire | Duane Morris LLP | 30 S 17th St | | Philadelphia | PA | 19103-4196 | |
| Pamela Geller | | 1715 Carrington Way | | | Bloomfield | MI | 48302 | |
| Patricia Atal | | 2364 Hammwood Dr | | | Bloomfield Hills | MI | 48302 | |
| Pbr Columbia Llc | Attn David Wheeler | 201 Metropolitan Dr | | | West Columbia | SC | 29170 | |
| PBR Knoxville LLC | | 10215 Cereel Dr | | | Knoxville | TN | 37931 | |
| PBR Tennessee Inc | | 10215 Cereel Dr | | | Knoxville | TN | 37931 | |
| Peerless Transportation Company | Christopher J Alucito | Rendigs Fry Kiely & Dennis | One W Fourth St Ste 900 | | Cincinnati | OH | 45202-3688 | |
| Penney James | | 445 N King St | | | Xenia | OH | 45385-2207 | |
| Pjs Holding V Llc | | Nancy A Peterman | 77 West Wacker Dr Ste 2500 | | Chicago | IL | 60601 | |
| Portage County Water Resou Oh | | 449 S Meridian St | | | Ravenna | OH | 44266 | |
| Potter Michael | | N 38w 28976 Glacier Rd | PO Box 812 | | Pewaukee | WI | 53072 | |
| Preferred Sourcing LLC | co John R Humphrey | One Indiana Sq Ste 3500 | | | Indianapolis | IN | 46204 | |
| Priority Health | Rachel Pond | 1231 E Beltline NE | | | Grand Rapids | MI | 49525 | |
| Radial Jerrik Inc | | 102 W Julie Dr | | | Tempe | AZ | 85283 | |
| Randall Dockery | c o Lynn Lincoln Sarko Esq & Amy Williams Derry Esq | Keller Rohrback LLP | 1201 3rd Ave Ste 3200 | | Seattle | WA | 98101 | |
| Ratliff Larry G | | 2836 State Route 571 West | | | Greenville | OH | 45331 | |
| Rawac Plating Company | c o Liquidity Solutions Inc dba Revenue Management | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | |
| Relats S A | C Pncrat S N | Pol Ind La Borda | | | Caldes de Montbui | | 08140 | Spain |
| Richard C Bailey | c/o Lynn Lincoln Sarko Esq and Amy Williams Derry Esq | Keller Rohrback LLP | 1201 Third Avenue | Ste 3200 | Seattle | WA | 98101 | |
| Riegel Charles | | 9491 Byers Rd | | | Miamisburg | OH | 45342 | |

12/28/2007 11:09 AM
JJ - PEND DOMESTIC, CAN and INTL

Delphi Corporation
Notice Parties to Ballot Recipients

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Kidsharler Manufacturing Co KMC | Hilary Jewett | 90 Park Ave | | | New York | NY | 10016 | |
| Kimberly Chase Corp | GlenVA Griffin Esq | Midtowd Main Plaza | 3131 N Central Ave Ste 900 | | Phoenix | AZ | 85012 | |
| Kokusai Inc | Gary Vist | 203 N LaSalle St Ste 2500 | | | Chicago | IL | 60601-1262 | |
| Koyo Corporation of USA | Richard L Ferrell | 425 Walnut St | Ste 1800 | | Cincinnati | OH | 45202-3957 | |
| Krieger Harvey J | | 1150 Woodridge Ct | | | Dayton | OH | 45430-2742 | |
| Kriss Corporation | Jody A O Neil | 500 Woodward Ave Ste 2700 | | | Detroit | MI | 48226 | |
| Kriss Corporation | Lori V Vaughn | 90 Park Ave 37th Fl | | | New York | NY | 10016 | |
| L & B Tool Inc | Jeannette Shaw Hinshaw | 135 N Pennsylvania St | Ste 2700 | | Indianapolis | IN | 46204 | |
| L3l Incorporated | Nantz Litowich Smith Girard & Hamilton | 2025 E Beltline SE Ste 80 | | | Grand Rapids | MI | 49546 | |
| Leoni Cable Inc Ett | Leoni Cable Inc | 228 Main St Ste A | | | Rochester | MI | 48307 | |
| Litton Interconnect | James M Sullivan | 60 Rockefeller Plaza | 293 Main St | | New York | NY | 10020 | |
| Lockport Technology Corp | Alan William F Savino Esq | 500 William Rushmore Esq | | | Buffalo | NY | 14202 | |
| Longacre Master Fund Ltd | David S Rosner Adam L Shiff Daniel N Zavran Daniel A Fliman | 669 Lexington Ave | | | New York | NY | 10022 | |
| Longacre Master Fund Ltd | Attn Jay L Welford Thomas E Conaglin & Paige E Barr | 27777 Franklin Rd Ste 2900 | | | Southfield | MI | 48034 | |
| Longacre Master Fund Ltd | Clark Hill PLC | 500 Woodward Ste 3500 | | | Detroit | MI | 48226-3435 | |
| Longacre Master Fund Ltd | Clark Hill PC | 500 Woodward Ste 3500 | | | Detroit | MI | 48226 | |
| Longacre Master Fund Ltd | Douglas R Davis | 135 N Pennsylvania St | Ste 2700 | | Indianapolis | IN | 46204 | |
| Longacre Master Fund Ltd | Barnes Group Inc | 123 Main St | PO Box 469 | | Bristol | CT | 06011-0469 | |
| Longacre Master Fund Ltd | Nancy M Clark Assistant General Counsel and Assistant Secretary for Barnes | 599 Lexington Ave | | | New York | NY | 10022 | |
| Longacre Master Fund Ltd as assignee/transferee of Shane Electronics Corp | Allan S Brillant Emanuel C Grillo Brian W Harvey | 1633 Broadway 22nd Fl | | | New York | NY | 10019 | |
| Longacre Master Fund Ltd as assignee/transferee of Shane Electronics Corp | David S Rosner Adam L Shiff Daniel N Zavran Daniel A Fliman | 1633 Broadway 22nd Fl | | | New York | NY | 10019 | |
| Lorentson Mfg Co | Jeannette Shaw Hinshaw | 135 N Pennsylvania St | Ste 2700 | | Indianapolis | IN | 46204 | |
| Lorentson Mfg Co | Jeannette Shaw Hinshaw | 135 N Pennsylvania St | Ste 2700 | | Indianapolis | IN | 46204 | |
| Lorentson Mfg Co SW Inc | Jeannette Shaw Hinshaw | 135 N Pennsylvania St | Ste 2700 | | Indianapolis | IN | 46204 | |
| Lorentson Tooling Inc | Jeannette Shaw Hinshaw | PO Box 2070 | | | | | | |
| Loss Notes Opportunities LLC | Anne Marie Aaronson | 3000 Two Logan Sq | 18th & Arch Sts | | Philadelphia | PA | 19103-2769 | |
| Maric C Lorenz | Anne Marie Aaronson | 3000 Two Logan Sq | 18th & Arch Sts | | Philadelphia | PA | 19103-2769 | |
| Mark Weber | Stephen A Donato | One Lincoln Ctr 18th Fl | | | Syracuse | NY | 13202 | |
| Marquardt Switches | Stephen A Donato | One Lincoln Ctr 18th Fl | | | Syracuse | NY | 13202 | |
| Marquardt Switches Inc | Stephen A Donato | One Lincoln Ctr 18th Fl | | | Syracuse | NY | 13202 | |
| Massachusetts Institute Of Technology Allen J Friedland | Kathryn P Johnson | Sector Counsels Office 12 690 | 77 Massachusetts Ave | | Cambridge | MA | 02139 | |
| Massachusetts Institute Of Technology | | 500 Woodward Ave Ste 3500 | | | Detroit | MI | 48265 | |
| MaselWohioso Corporation | Robin L Spear | Harry E Cramer | | | New York | NY | 10006 | |
| MaselWohioso Corporation | Mark D Houle | 560 Town Ctr Dr 7th Fl | | | Costa Mesa | CA | 92626-7122 | |
| MaselWohioso Corporation | Karen B Dine | 1540 Broadway | | | New York | NY | 10036-4039 | |
| Mechatronics Design LLC Vendor 55-679-5784 | Francisco Javier Acosta Castaneda | Manuel Atgislani 3103 | Parques Industriales | 1540 Broadway | Juarez | CI | 32800 | MX |
| Michael P Cuneo | Anne Marie Aaronson | 3000 Two Logan Sq | 18th & Arch Sts | | Philadelphia | PA | 19103-2769 | |
| Micromeri Corp | Alin Iba Herman | 1180 Avenue of the Americas | | | New York | NY | 10036 | |
| Midwest Tool & Die Corp | Attn Mark A Wanco | 919 Third Ave 39th Fl | | | New York | NY | 10022 | |
| Midwest Tool & Die Corp | Scott L Hessian Stanley L Lane | 110 W Berry St Ste 2100 | PO Box 11647 | | Fort Wayne | IN | 46801 | |
| Midwest Tool & Die Corp | | 209 Park Ave Ct | | | New York | NY | 46859 | |
| Million & Company | Thomas P Sarb | 370 Lenox Rd | | | Meadville | PA | 10335-5026 | |
| Mirco Tool & Mold | Michael J Barrie | 200 Monroe Ave NW Ste 800 | PO Box 308 | | Grand Rapids | MI | 49501-0305 | |
| Monroe Inc | Morabito Debra | 12 Galiwood Dr | | | Rochester | NY | 14622 | |
| Monroe Inc | Morabito Philip | 12 Galiwood Dr | | | Rochester | NY | 14622 | |
| Motorolo Phillip | James M Sullivan | 50 Rockefeller Plaza | | | New York | NY | 10020 | |
| Motorola Inc | James M Sullivan | 50 Rockefeller Plaza | | | New York | NY | 10020 | |
| Mitsui Inc | Judi A O Neil | 11935 Mason Montgomery Rd Ste 100 | | | Cincinnati | OH | 45249 | |
| National Rivet & Mfg Co | Hilary Jewett | 300 Woodward Ave Ste 2700 | | | Detroit | MI | 48226 | |
| National Rivet & Mfg Co | Hilary Jewett | 90 Park Ave | | | New York | NY | 10016 | |
| National Semiconductor Corp | James M Sullivan | 60 Rockefeller Plaza | | | New York | NY | 10020 | |
| Neuman Aluminum Automotive Inc Newman Aluminum Impact Extrusion | | Neuman Aluminum Inc | 56 Dunsmore Rd | | Verona | VA | 24482 | |
| New York Power Authority | | Attn Peter Zaser Esq | 195 Broadway | | New York | NY | 10007-3189 | |
| New York State Electric & Gas Corporation | Thomas F Borne Jr Mazer Marino | 353 Tawn Crbngton Blvd Ninth Fl | | | Uniondale | NY | 11355-3922 | |
| New York State Electric & Gas Corporation | Russell R Johnson III | 2354 Wheatlando Dr | | | Manakin Sabot | VA | 23103 | |
| Newark Electronics | | 4801 N Ravenswood Ave | | | Chicago | IL | 60640-4495 | |
| Newark Electronics Corp | | 4801 N Ravenswood Ave | | | Chicago | IL | 60640 | |

12/22/2007 11:04 AM
EEE - Ballot Notice Parties List 071212

Delphi Corporation
Pending Objection to Disallow and Expunge Claim

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|------|-----------|----------|----------|----------|------|-------|-----|---------|
| Technology Properties Ltd | Heinz Binder | Binder & Malter LLP | 2775 Park Ave | | Santa Clara | CA | 95050 | |
| Technology Properties Ltd | Heinz Binder | Binder & Malter LLP | 2775 Park Ave | | Santa Clara | CA | 95050 | |
| Technology Properties Ltd | Heinz Binder | Binder & Malter LLP | 2775 Park Ave | | Santa Clara | CA | 95050 | |
| Technology Properties Ltd | Heinz Binder | Binder & Malter LLP | 2775 Park Ave | | Santa Clara | CA | 95050 | |
| Technology Properties Ltd | Heinz Binder | Binder & Malter LLP | 2775 Park Ave | | Santa Clara | CA | 95050 | |
| Technology Properties Ltd | Heinz Binder | Binder & Malter LLP | 2775 Park Ave | | Santa Clara | CA | 95050 | |
| Technology Properties Ltd | Heinz Binder | Binder & Malter LLP | 2775 Park Ave | | Santa Clara | CA | 95050 | |
| Technology Properties Ltd | Heinz Binder | Binder & Malter LLP | 2775 Park Ave | | Santa Clara | CA | 95050 | |
| Technology Properties Ltd | Heinz Binder | Binder & Malter LLP | 2775 Park Ave | | Santa Clara | CA | 95050 | |
| Technology Properties Ltd | Heinz Binder | Binder & Malter LLP | 2775 Park Ave | | Santa Clara | CA | 95050 | |
| Technology Properties Ltd | Heinz Binder | Binder & Malter LLP | 2775 Park Ave | | Santa Clara | CA | 95050 | |
| Technology Properties Ltd | Heinz Binder | Binder & Malter LLP | 2775 Park Ave | | Santa Clara | CA | 95050 | |
| Technology Properties Ltd | Heinz Binder | Binder & Malter LLP | 2775 Park Ave | | Santa Clara | CA | 95050 | |
| Technology Properties Ltd | Heinz Binder | Binder & Malter LLP | 2775 Park Ave | | Santa Clara | CA | 95050 | |
| Technology Properties Ltd | Heinz Binder | Binder & Malter LLP | 2775 Park Ave | | Santa Clara | CA | 95050 | |
| Technology Properties Ltd | Heinz Binder | Binder & Malter LLP | 2775 Park Ave | | Santa Clara | CA | 95050 | |
| Technology Properties Ltd | Heinz Binder | Binder & Malter LLP | 2775 Park Ave | | Santa Clara | CA | 95050 | |
| Technology Properties Ltd | Heinz Binder | Binder & Malter LLP | 2775 Park Ave | | Santa Clara | CA | 95050 | |
| Technology Properties Ltd | Heinz Binder | Binder & Malter LLP | 2775 Park Ave | | Santa Clara | CA | 95050 | |
| Technology Properties Ltd | Heinz Binder | Binder & Malter LLP | 2775 Park Ave | | Santa Clara | CA | 95050 | |
| Technology Properties Ltd | Heinz Binder | Binder & Malter LLP | 2775 Park Ave | | Santa Clara | CA | 95050 | |
| Technology Properties Ltd | Heinz Binder | Binder & Malter LLP | 2775 Park Ave | | Santa Clara | CA | 95050 | |
| Technology Properties Ltd | Heinz Binder | Binder & Malter LLP | 2775 Park Ave | | Santa Clara | CA | 95050 | |
| Technology Properties Ltd | Heinz Binder | Binder & Malter LLP | 2775 Park Ave | | Santa Clara | CA | 95050 | |
| Technology Properties Ltd | Heinz Binder | Binder & Malter LLP | 2775 Park Ave | | Santa Clara | CA | 95050 | |
| Technology Properties Ltd | Heinz Binder | Binder & Malter LLP | 2775 Park Ave | | Santa Clara | CA | 95050 | |
| Technology Properties Ltd | Heinz Binder | Binder & Malter LLP | 2775 Park Ave | | Santa Clara | CA | 95050 | |
| Technology Properties Ltd | Heinz Binder | Binder & Malter LLP | 2775 Park Ave | | Santa Clara | CA | 95050 | |
| Temic Automotive of North Americ Inc | c o Robert J Patton | Continental Automotive Systems | 21440 W Lake Cook Rd | | Deer Park | IL | 60010 | |
| The Furukawa Electric Co Ltd | c o Penn Ayers Butler Esq | Squire Sanders & Dempsey LLP | 600 Hansen Wy | | Palo Alto | CA | 94304-1043 | |
| TIP Engineering Group Inc | Mr Anthony Nicholas CEO | 33045 Hamilton Ct Ste 103 | | | Farmington Hills | MI | 48334 | |
| TK Holdings Inc | c o Sarah F Sparrow Esq | Tuggle Duggins & Meschan PA | PO Box 2888 | | Greensboro | NC | 27402 | |
| TK Holdings Inc Automotive Systems Laboratory Inc and Takata Seat Belts Inc | c o Sarah F Sparrow Esq | Tuggle Duggins & Meschan PA | PO Box 2888 | | Greensboro | NC | 27402 | |
| TK Holdings Inc Automotive Systems Laboratory Inc and Takata Seat Belts Inc | c o Sarah F Sparrow Esq | Tuggle Duggins & Meschan PA | PO Box 2888 | | Greensboro | NC | 27402 | |
| Tower Automotive Inc | Attn Ryan B Bennett Esq | c o Kirkland & Ellis LLP | 200 E Randolph Dr | | Chicago | IL | 60601 | |
| Tower Automotive Inc | c o Kirkland & Ellis LLP | 200 E Randolph Dr | | | Chicago | IL | 60601 | |
| Toyota Motor Corporation | Martin B Tucker Esq | Frost Brown Todd LLC | 260 West Main Street | Suite 2700 | Lexington | KY | 40507 | |
| TPO Displays USA Inc fka Mobile Display Systems | c o Robert M Michaelson Esq | Kirkpatrick & Lockhart Nicholson Graham LLP | 599 Lexington Ave | | New York | NY | 10022 | |
| Tremont City Barrel Fill PRP Group | Sharon A Salinas Dykema Gossett | 10 S Wacker Dr Ste 2300 | | | Chicago | IL | 60606 | |
| Treva Daniels Carlson | | 409 Sixth St | | | Fenton | MI | 48430 | |
| Tri Mark Inc | | c o Pepe & Hazard LLP | 30 Jelliff Ln | | Southport | CT | 06890 | |
| Tri Mark Inc | Kristin B Mayhew Esq | c o Pepe & Hazard LLP | 30 Jelliff Ln | | Southport | CT | 06890 | |
| Tri Mark Inc | Kristin B Mayhew Esq | Frost Brown Todd LLC | | | | | | |
| U S Customs and Border Protection | | 6650 Telecom Dr | PO Box 68911 | | Indianapolis | IN | 46268 | |
| Unemployment Insurance Agency | Department of Labor & Economic Growth | 3024 W Grand Blvd Ste 11 500 | | | Detroit | MI | 48202-6024 | |
| Universal Tool and Engineering Company Inc | Michael K McCrory | Barnes & Thornburg LLP | 11 S Meridian St | | Indianapolis | IN | 46204 | |
| US Aeroteam | | One Edmund St | | | Dayton | OH | 45404 | |
| US Dept of Health and Human Services | Office of the United States Attorney | Southern District of New York | 86 Chambers St | | New York | NY | 10007 | |
| US Equal Employment Opportunity Commission | Margaret A Malloy | 33 Whitehall St | | | New York | NY | 10004 | |
| US Equal Employment Opportunity Commission | Margaret A Malloy | Trial Attorney | 33 Whitehall St | | New York | NY | 10004 | |

12/28/2007 11:08 AM
JJ - PEND DOMESTIC, CAN and INTL

Delphi Corporation
Pending Objection to Disallow and Expunge Claim

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|------|-----------|----------|----------|----------|------|-------|-----|---------|
| US Labor Secretary on behalf of ASEC Manufacturing sponsored Employee Benefit Plans | Robert A Goldberg Esq | Usdol 525 S Griffin St Ste 501 | | | Dallas | TX | 75202 | |
| Vandalia City of Oh | | 333 James E Bohanan Memorial Dr | | | Vandalia | OH | 45377 | |
| Vanguard Distributors Inc | | PO Box 608 | | | Savannah | GA | 31402 | |
| Venture Plastics Inc | Jeffrey M Levinson | Marguiles & Levinson LLP | 30100 Chagrin Blvd No 250 | | Cleveland | OH | 44124 | |
| VERITAS Software Corporation | Lawrence Schwab Thomas Gaa | Bialson Bergen & Schwab | 2600 El Camino Real Ste 300 | | Palo Alto | CA | 94306 | |
| Verizon North Inc | AFNI Verizon | 404 Brock Dr | | | Bloomington | IL | 61701 | |
| Visteon Corporation | Attn Michael Sharnas | One Village Drive | | | Van Buren Township | MI | 48111 | |
| Visteon Corporation | Attn Michael Sharnas | One Village Drive | | | Van Buren Township | MI | 48111 | |
| Walling John F | | 4201 Corinth Blvd | | | Dayton | OH | 45410-3411 | |
| Westwood Associates Inc | Michelle McNulty | PO Box 451 | | | Milford | CT | 06460 | |
| William P Downey | | 3456 Fishinger Rd | | | Columbus | OH | 43221-4722 | |
| York International Corp | Stephen Bobo | Sachnoff & Weaver Ltd | 10 S Wacker Dr Ste 4000 | | Chicago | IL | 60606 | |

12/28/2007 11:09 AM
JJ - PEND DOMESTIC, CAN and INTL

# EXHIBIT EEE

Delphi Corporation
Notice Parties to Ballot Recipients

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 2088343 Ontario Limited | Attn Robert A Weisberg Christopher A Grosman | 4111 Andover Rd W 2nd Fl | | | Bloomfield Hills | MI | 48302 | |
| 3M Company | Attn Patrick J Orr | 292 Madison Ave 17th Fl | | | New York | NY | 10017-6314 | |
| 3M Company | Attn Alpha B Khaldi | PO Box 33428 | 220 9E 02 | | St Paul | MN | 55133 | |
| ABC Metals Inc | | PO Box 634697 | | | Cincinnati | OH | 45263-4697 | |
| Actco Tool and Manufacturing Company | Attn Amy M Tonti | 599 Lexington Ave 29th Fl | | | New York | NY | 10022 | |
| Actco Tool and Manufacturing Company | Attn Nicholas R Pagliari | 2222 W Grandview Blvd | | | Erie | PA | 16506-4508 | |
| Aerolek Inc | | 350 Burnhamthorpe Rd W Ste 700 | | | Mississauga | ON | L5B 3J1 | Canada |
| Akzo Nobel Coatings Inc | George B Cauthen Jody A Bedenbaugh | Meridian Bldg Seventeenth Fl | 1320 Main St | PO Box 11070 | Columbia | SC | 29201 | |
| Akzo Nobel Coatings Inc | Richard B Herzog | 999 Peachtree St Ste 1400 | | | Atlanta | GA | 30309 | |
| Akzo Nobel Industrial Coatings Mexico SA | George B Cauthen Jody A Bedenbaugh | Meridian Bldg Seventeenth Fl | 1320 Main St | PO Box 11070 | Columbia | SC | 29201 | |
| Akzo Nobel Industrial Coatings Mexico SA | Richard B Herzog | 999 Peachtree St Ste 1400 | | | Atlanta | GA | 30309 | |
| American Coil Spring Company | Thomas P Sarb | 250 Monroe Ave NW Ste 800 | PO Box 306 | | Grand Rapids | MI | 49501-0306 | |
| American Electric Power | Thomas R Slome Jil Mazer Marino | 333 Earle Ovington Blvd Ninth Fl | | | Uniondale | NY | 11553-3822 | |
| American Electric Power | Russell Rubinstein III | 2258 Wheatlands Dr | | | Manakin Sabot | VA | 23103 | |
| Ametek Inc | Linda J Casey | 3000 Two Logan Sq | | | Philadelphia | PA | 19103-2769 | |
| Amroc Investments LLC | Attn Rocco A Cavaliere | The Chrysler Bldg | | | New York | NY | 10174 | |
| Amroc Investments LLC | | 405 Lexington Ave | | | New York | NY | 10174 | |
| Anderson Cabitle | | 9728 Roundhouse Cir | | | Columbus | OH | 43274-4859 | |
| Anc Automotive Inc | | 5728 Wellworth Dr | | | Rochester | MI | 48306 | |
| Argo Partners | Attn Cherie Macdonald Esq | 12 Wolf Creek Ste 100 | | | Belleville | IL | 62226 | |
| Argo Partners | David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman | 1633 Broadway 22nd Fl | | | New York | NY | 10019 | |
| ASM Capital | David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman | 1633 Broadway 22nd Fl | | | New York | NY | 10019 | |
| ASM Capital | Attn Beth Ann Bivona | 1000 Cathedral Pl | 298 Main St | | Buffalo | NY | 14202-4095 | |
| ASM Capital LLP | David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman | 1633 Broadway 22nd Fl | | | New York | NY | 10019 | |
| ASM Capital LP | David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman | 1633 Broadway 22nd Fl | | | New York | NY | 10019 | |
| AT&T Corp | Attn Vincent D Agostino & Eric H Horn | 25 Ave of the Americas | | | New York | NY | 10020 | |
| AT&T Corp | Vincent A Dagostino | 65 Livingston Ave | | | Roseland | NJ | 07068 | |
| ATEL Leasing Corporation as Agent for Creditor | William H Schorling | One Chase Manhattan Plz | | | New York | NY | 10005 | |
| AVM Inc | c o Jonathan S Green | 150 W Jefferson Ave Ste 2500 | | | Detroit | MI | 48226 | |
| AVM Technology Inc | c o Jonathan S Green | 150 W Jefferson Ave Ste 2500 | | | Detroit | MI | 48226 | |
| Bank of America N A | Attn Raniero DAversa & Jeffrey G Tougas | 1675 Broadway | | | New York | NY | 12215 | |
| Bank of America NA | John T Gregg | 300 Ottawa Ave NW Ste 500 | | | Grand Rapids | MI | 49503 | |
| Box Global | Robert D Gordon | 500 Woodward Ave Ste 3500 | | | Detroit | MI | 48226-3435 | |
| Bear Stearns Investment Products Inc | Attn Francis J Lawall & Anne Marie Aaronson | 3000 Two Logan Square | 18th & Arch Streets | | Philadelphia | PA | 19103 | |
| Bear Stearns Investment Products Inc | Attn Merle C Meyers | 44 Montgomery St Ste 1010 | | | San Francisco | CA | 94104 | |
| Bear Stearns Investment Products Inc | Cleary Gottlieb Steen & Hamilton LLP | Attn James Bromley Esq | One Liberty Plaza | | New York | NY | 10006 | |
| Bear Stearns Investment Products Inc | Edward C Dolan | 555 Thirteenth St Nw | | | Washington | DC | 20004 | |
| Bearing Distributors Inc | | 2347 Commercial Dr | | | Auburn Hills | MI | 48326 | |
| Bci Technologies Inc | Robert L Eisenbach III Gregg S Kleiner | PO Box 935 | 101 California St 5th Fl | | San Francisco | CA | 94111-5800 | |
| Bcm M Walker | Anne Marie Aaronson | 3000 Two Logan Sq | 18th & Arch Sts | | Philadelphia | PA | 19103-2799 | |
| Big Blind Agt Services Inc | | 320 1st Ave Ne | | | Carbo | VA | 24209 | |
| Borg AG | Elena Lazarov | 599 Lexington Ave | | | New York | NY | 10022 | |
| BP Products North America Inc | Attn James S Carr | 101 Park Ave | | | New York | NY | 10178 | |
| Brinks Incorporated | Brinks Accounts Receivable | 14 East 47th St | 3rd Floor | | New York | NY | 10017 | |
| Brinks Incorporated | Lea Zeppa | History Peabody LLP | 100 Summer St | | Boston | MA | 02110-2131 | |
| Canon USA Inc | Attn Paul Rubin Esq | 2 Park Ave | | | New York | NY | 10016 | |
| Canon USA Inc | Attn Paul Rubin | 2 Park Ave | | | New York | NY | 10016 | |
| Capitala Inc | | 500 Jade Pkwy | | | Tonry | AL | 35773 | |
| Cascade Die Casting Group | Thomas P Sarb | 300 Ottawa Ave NW Ste 500 | | | Grand Rapids | MI | 49503 | |
| Cascade Die Casting Group Inc | Thomas P Sarb | 300 Ottawa Ave NW Ste 500 | | | Grand Rapids | MI | 49503 | |
| Casco Products Corporation | Attn Cherie Macdonald Esq | Greensfelder Hemker & Gale PC | 12 Wolf Creek Ste 100 | | Belleville | IL | 62226 | |
| Celestica Inc and its subsidiaries | Attn Michael D Peters | 1150 Eglinton Ave | | | Toronto | ON | M3C 1H7 | Canada |
| Central States Precision Grinding Inc | Sandra S Hamilton P41980 | Nantz Litowich Smith Girard & Hamilton P C | 2025 E Beltline SE Ste 600 | | Grand Rapids | MI | 49546 | |
| Cenco Llc Cinzano Plant | Cenco LLC | PO Box 633966 | | | Cincinnati | OH | 45263-3966 | |
| Cherokee North Kansas City Llc | Thomas R Slome Jil Mazer Marino | 333 Earle Ovington Blvd Ninth Fl | | | Uniondale | NY | 11553-3822 | |
| Choon T Choon | Anne Marie Aaronson | 3000 Two Logan Sq | 18th & Arch Sts | | Philadelphia | PA | 19103-2799 | |
| Computer Patent Annuities LP | Dorothy H Marinis Riggio | 140 E 45th St 17th Fl | | | New York | NY | 10017 | |
| Computer Patent Annuities LP | Thomas D Renda Kerry Hopkins | 10 Light St | | | Baltimore | MD | 21202 | |
| Computer Patent Annuities North America LLC | Dorothy H Marinis Riggio | 140 E 45th St 17th Fl | | | New York | NY | 10017 | |
| Computer Patent Annuities North America LLC | Thomas D Renda Kerry Hopkins | 10 Light St | | | Baltimore | MD | 21202 | |

Page 1 of 10

12/28/2007 11:04 AM
EEE - Ballot Notice Parties List 071212

Delphi Corporation
Notice Parties to Ballot Recipients

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Kochester Manufacturing Co KMC | Hillary Hewett | 99 Park Ave | | | New York | NY | 10016 | |
| Kimberly Chase Orr | Gary A Gotto Esq | National Plaza Plaza | 3101 N Central Ave Ste 900 | | Phoenix | AZ | 85012 | |
| Kokusai Inc | Gary Vist | 203 N LaSalle St Ste 2500 | | | Chicago | IL | 60601-1262 | |
| Koyo Corporation of USA | Richard L Ferrell | 425 Walnut St | Ste 1800 | | Cincinnati | OH | 45202-3957 | |
| Krieger Harvey J | | 1150 Wheatfield Ct | | | Dayton | OH | 45458-4742 | |
| Kuss Corporation | Judy A O Neill | 500 Woodward Ave Ste 2700 | | | Detroit | MI | 48226 | |
| Kuss Corporation | Lori V Vaughan | 90 Park Ave 37th Fl | | | New York | NY | 10016 | |
| L & S Tool Inc | Jeannette Eisan Hinshaw | 135 N Pennsylvania St | Ste 2700 | | Indianapolis | IN | 46204 | |
| Ldi Incorporated | Nantz Litowich Smith Girard & Hamilton | 2025 E Beltline SE Ste 600 | | | Grand Rapids | MI | 49546 | |
| Leoni Cable Inc Eft | Leoni Cable Inc | 226A Main St Ste A | | | Rochester | MI | 48307 | |
| Linear Technology Corp | James M Sullivan | 50 Rockefeller Plaza | | | New York | NY | 10020 | |
| Lockport City Treasurer | Atm William F Savino Esq | 298 Main St | | | Buffalo | NY | 14202 | |
| Longacre Master Fund Ltd | Allan S Brilliant Emanuel C Grillo Brian W Harvey | 599 Lexington Ave | | | New York | NY | 10022 | |
| Longacre Master Fund Ltd | David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman | 1633 Broadway 22nd Fl | | | New York | NY | 10019 | |
| Longacre Master Fund Ltd | Edwards Angell Palmer & Dodge LLP | Atm Jeanne P Darcey Esq | 111 Huntington Ave | | Boston | MA | 02199-7613 | |
| Longacre Master Fund Ltd | Monika J Machen | Sonnenschein Nath & Rosenthal | 8000 Sears Tower | | Chicago | IL | 60606 | |
| Longacre Master Fund Ltd | Atm Jay L Welford Thomas E Coughlin & Paige E Barr | 27777 Franklin Rd Ste 2500 | | | Southfield | MI | 48034 | |
| Longacre Master Fund Ltd | Clark Hill PLC | 500 Woodward Ste 3500 | | | Detroit | MI | 48226-3435 | |
| Longacre Master Fund Ltd | Clark Hill PLC | 500 Woodward Ste 3500 | | | Detroit | MI | 48226 | |
| Longacre Master Fund Ltd | Douglas R Davis | 1285 Ave Of The Americas | | | New York | NY | 10019 | |
| Longacre Master Fund Ltd | Barnes Group Inc | Nancy M Clark Assistant General Counsel and Assistant Secretary for Barnes | 123 Main St | PO Box 489 | Bristol | CT | 06011-0489 | |
| Longacre Master Fund Ltd as assignee/transferee of Sharp Electronics Corp | Allan S Brilliant Emanuel C Grillo Brian W Harvey | 599 Lexington Ave | | | New York | NY | 10022 | |
| Longacre Master Fund Ltd as assignee/transferee of Sharp Electronics Corp | David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman | 1633 Broadway 22nd Fl | | | New York | NY | 10019 | |
| Lorentson Mfg Co Inc | Jeannette Eisan Hinshaw | 135 N Pennsylvania St | Ste 2700 | | Indianapolis | IN | 46204 | |
| Lorentson Mfg Co SW Inc | Jeannette Eisan Hinshaw | 135 N Pennsylvania St | Ste 2700 | | Indianapolis | IN | 46204 | |
| Lorentson Tooling Inc | Jeannette Eisan Hinshaw | 135 N Pennsylvania St | Ste 2700 | | Indianapolis | IN | 46204 | |
| Madison North One Opportunities LLC | | PO Box 2970 | | | Buffalo | NY | 14240-2970 | |
| Mark C Lorenz | Anne Marie Aaronson | 3000 Two Logan Sq | 18th & Arch Sts | | Philadelphia | PA | 19103-2799 | |
| Mark Weber | Anne Marie Aaronson | 3000 Two Logan Sq | 18th & Arch Sts | | Philadelphia | PA | 19103-2799 | |
| Marquardt GmbH | Stephen A Donato | One Lincoln Ctr 18th Fl | | | Syracuse | NY | 13202 | |
| Marquardt Switches Inc | Stephen A Donato | One Lincoln Ctr 18th Fl | | | Syracuse | NY | 13202 | |
| Massachusetts Institute Of Technology Atm J Friedland | | Senior Counsels Office 12 090 | 77 Massachusetts Ave | | Cambridge | MA | 02139 | |
| McNaughton McKay Electric of Ohio | Kathryn P Johnson | 500 Woodward Ave Ste 3500 | | | Detroit | MI | 48226-3435 | |
| | | | Pillsbury Winthrop Shaw Pittman | | | | | |
| Mead/Westvaco Corporation | Robin L Spear | Harry E Earner | LLP | 1540 Broadway | New York | NY | 10006 | |
| Mead/Westvaco Corporation | Mark D Houle | 650 Town Ctr Dr 7th Fl | | | Costa Mesa | CA | 92626-7122 | |
| Mead/Westvaco Corporation | Karen S Dine | 1540 Broadway | | | New York | NY | 10036-4039 | |
| Mexicana De Dispositivos LLC Vendor 55-478-5784 | Francisco Javier Acosta Castaneda | Manuel Angalano 3103 | Parque Industriales | | Juarez | CI | 32600 | MX |
| Michael P Glannon | Anne Marie Aaronson | 3000 Two Logan Sq | 18th & Arch Sts | | Philadelphia | PA | 19103-2799 | |
| Microsemi Corp | Microsemi Corp | 11861 Western Ave | | | Garden Grove | CA | 92641 | |
| Midwest Tool & Die Corp | Atm Ira Herman | 919 Third Ave 39th Fl | | | New York | NY | 10022 | |
| Midwest Tool & Die Corp | Mark A Watson | 110 W Berry St Ste 2100 | PO Box 11647 | | Fort Wayne | IN | 46859 | |
| Milliken & Company | Scott L Hazan Stanley L Lane | 230 Park Ave | | | New York | NY | 10169 | |
| Minco Tool & Mold | | 370 Linden St | | | Meadville | PA | 16335-5026 | |
| Monroe Inc | Thomas P Sarb | 250 Monroe Ave NW Ste 800 | PO Box 306 | | Grand Rapids | MI | 49501-0306 | |
| Morabito Dana | Morabito Philip | 12 Gallwood Dr | | | Rochester | NY | 14622 | |
| Morabito Philip | Morabito Philip | 12 Gallwood Dr | | | Rochester | NY | 14622 | |
| Motorola Inc | James M Sullivan | 50 Rockefeller Plaza | | | New York | NY | 10020 | |
| Mubea Inc | Judy A O Neill | 11835 Mason Montgomery Rd Ste 130 | | | Cincinnati | OH | 45249 | |
| National Rivet & Mfg Co | Judy A O Neill | 500 Woodward Ave Ste 2700 | | | Detroit | MI | 48226 | |
| National Rivet & Mfg Co | Hillary Hewett | 90 Park Ave | | | New York | NY | 10016 | |
| National Semiconductor Corp | James M Sullivan | 50 Rockefeller Plaza | | | New York | NY | 10020 | |
| Neuman Aluminum Automotive Inc Neuman Aluminum Impact Extrusion | | Neuman Aluminum Inc | 56 Dunstone Rd | | Verona | VA | 24482 | |
| New York Power Authority | | Atm Peter Zisser Esq | 198 Broadway | | New York | NY | 10038 | |
| New York State Electric & Gas Corporation | Holland & Knight LLP | 333 Earle Ovington Blvd Ninth Fl | | | Uniondale | NY | 10037-3169 | |
| New York State Electric & Gas Corporation | Thomas R Slome Jil Mazer Marino | 2258 Wheatlands Dr | | | Manakin Sabot | VA | 11553-3622 | |
| Newark Electronics | Russell R Johnson III | 4601 N Ravenswood Ave | | | Chicago | IL | 23103 | |
| Newark Electronics Corp | | 4601 N Ravenswood Ave | | | Chicago | IL | 60640-4496 | |
| | | | | | | | 60640 | |

12/28/2007 11:04 AM
EEE - Ballot Notice Parties List 071212

Delphi Corporation
Notice Parties to Ballot Recipients

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Niles Usa Inc | c o Jonathan S Green | 150 W Jefferson Ave Ste 2500 | | | Detroit | MI | 48226 | |
| NSK Steering Systems America Inc | c o Jonathan S Green | 150 W Jefferson Ave Ste 2500 | | | Detroit | MI | 48226 | |
| Nyacol Nano Technologies Inc | | PO Box 349 Megunko Rd | | | Ashland | MA | 01721 | |
| OKI America Inc | Marcus O Colabianchi Esq | 101 Second Street Ste 1800 | | | San Francisco | CA | 94105-3601 | |
| OKI America Inc | David A Lowenthal | 875 Third Ave | | | New York | NY | 10022 | |
| Optrex America Inc | James P Murphy | 835 Griswold Ste 1900 | | | Detroit | MI | 48226 | |
| Ore Hill Hub Fund Ltd | Kelly Drye + Warren | 101 Park Ave | | | New York | NY | 10178 | |
| Orix Warner LLC | Connolly Bove Lodge & Hutz LLP | | The Nemours Bldg | 1007 N Orange St PO Box 2207 | Wilmington | DE | 19899 | |
| Panasonic Automotive Systems Company of America Division of Panasonic Company of North America | James T Bentley Esq | David M Hillman Esq | 919 Third Ave | | New York | NY | 10022 | |
| Parkview Metal Products | Thomas P Sarb | 250 Monroe Ave NW Ste 800 | PO Box 306 | | Grand Rapids | MI | 49501-0306 | |
| Paulo Products Co | | 5820 W Park Ave | | | St Louis | MO | 63110 | |
| PBR Australia Pty Ltd | Judy A O Neill | 500 Woodward Ave Ste 2700 | | | Detroit | MI | 48226 | |
| PBR Australia Pty Ltd | Hilary Jewett | 90 Park Ave | | | New York | NY | 10016 | |
| PECO of America Corporation | Timothy W Walsh | 1251 Avenue of the Americas | | | New York | NY | 10020-1104 | |
| PPG Industries Inc | Robert N Michaelson Esq | 599 Lexington Ave | | | New York | NY | 10022 | |
| Pridgeon & Clay Inc | Thomas P Sarb | 250 Monroe Ave NW Ste 800 | PO Box 306 | | Grand Rapids | MI | 49501-0306 | |
| Pridgeon & Clay Inc | Thomas P Sarb | 250 Monroe Ave NW Ste 800 | PO Box 306 | | Grand Rapids | MI | 49501-0306 | |
| QVC Global Solutions Inc | David W Aaronson and Andrew C Kassner | One Logan Sq | 18th and Cherry Sts | | Philadelphia | PA | 19103-6996 | |
| Reba Boyd Hogan | Reba Boyd Hogan | 107 Lamb | | | Laudon | SC | 29456-5457 | |
| Rastinod Engineering Corp | Robert D Gordon | 500 Woodward Ave Ste 3500 | | | Detroit | MI | 48226-3435 | |
| Robert J Mennear | Anne Marie Aaronson | 3000 Two Logan Sq | 18th & Arch Sts | | Philadelphia | PA | 19103-2799 | |
| Rochester Gas & Electric Corporation | Thomas R Slome & Mazer Marino | 333 Earle Ovington Blvd Ninth Fl | | | Uniondale | NY | 11553-3822 | |
| Rochester Gas & Electric Corporation | Russell R Johnston III | 2285 Wheatlands Dr | | | Manakin Sabot | VA | 23105 | |
| Rodney O'Neal | Anne Marie Aaronson | 3000 Two Logan Sq | 18th & Arch Sts | | Philadelphia | PA | 19103-2799 | |
| Ronald E Zabala | Anne Marie Aaronson | 3000 Two Logan Sq | 18th & Arch Sts | | Philadelphia | PA | 19103-2799 | |
| Ronald M Pogue | Anne Marie Aaronson | 3000 Two Logan Sq | 18th & Arch Sts | | Philadelphia | PA | 19103-2799 | |
| Ronald Pirtle | Anne Marie Aaronson | 3000 Two Logan Sq | 18th & Arch Sts | | Philadelphia | PA | 19103-2799 | |
| Rothlat Tube Inc | George B Cauthen Jody A Bedenbaugh | Meridian Bldg Seventeenth Fl | 1320 Main St | PO Box 11070 | Columbia | SC | 29201 | |
| Rothlat Tube Inc | Richard B Herzog | 999 Peachtree St Ste 1400 | | | Atlanta | GA | 30309 | |
| Russell Reynolds Associates Inc | Russell Reynolds Associates Inc | 200 Park Ave | | | New York | NY | 10166 | |
| S Mckee C o B Mcintosh | S Mckee C o B Mcintosh | 504 Marick Dr | | | Rock Hill | MO | 63119 | |
| SBC Advanced Solutions | Attn Vincent DAgostino & Eric H Horn | 1251 Ave of the Americas | | | New York | NY | 10020 | |
| SBC Advanced Solutions | Vincent A Dagostino | 65 Livingston Ave | | | Roseland | NJ | 07068 | |
| SBC Datacomm | Attn Vincent DAgostino & Eric H Horn | 1251 Ave of the Americas | | | New York | NY | 10020 | |
| SBC Datacomm | Vincent A Dagostino | 65 Livingston Ave | | | Roseland | NJ | 07068 | |
| SBC Global | Attn Vincent DAgostino & Eric H Horn | 1251 Ave of the Americas | | | New York | NY | 10020 | |
| SBC Global | Vincent A Dagostino | 65 Livingston Ave | | | Roseland | NJ | 07068 | |
| SBC Long Distance Inc | Attn Vincent DAgostino & Eric H Horn | 1251 Ave of the Americas | | | New York | NY | 10020 | |
| SBC Long Distance Inc | Vincent A Dagostino | 65 Livingston Ave | | | Roseland | NJ | 07068 | |
| Schaefer Systems International & Sierra Liquidity Fund | | PO Box 7009 | | | Charlotte | NC | 28241-7009 | |
| Semicocoil Inc | Judy B Calton | 2290 First National Bldg | 660 Woodward Ave | | Detroit | MI | 48226-3506 | |
| Spa Canada Inc | SGS Canada Inc | 2 6275 Northam Dr | | | Mississauga | ON | L4V 1Y8 | Canada |
| Siemens Aktiengesellschaft | Elena Lazarou | 599 Lexington Ave | | | New York | NY | 10022 | |
| Siemens Aktiengesellschaft | Stephen T Bobo Arlene N Gelman Pia N Thompson | 10 S Wacker Dr 40th Fl | | | Chicago | IL | 60606 | |
| Siemens VDO Automotive Corporation | Elena Lazarou | 599 Lexington Ave | | | New York | NY | 10022 | |
| Siemens VDO Automotive Corporation | Stephen T Bobo Arlene N Gelman Pia N Thompson | 10 S Wacker Dr 40th Fl | | | Chicago | IL | 60606 | |
| SKF USA Inc | Linda J Casey | 3000 Two Logan Sq | 18th and Arch Sts | | Philadelphia | PA | 19103-2799 | |
| SL Surfaces LLC fka Surfin America | Gary R Kupers | 203 N LaSalle St Ste 2500 | | | Chicago | IL | 60601-1262 | |
| Soltz Corporation of America | James S Carr Mark R Somerstein Keith H Wofford | 101 Park Ave | | | New York | NY | 10178 | |
| Solvay Advanced Polymers Llc | David A Rosenzweig | 666 Fifth Ave | | | New York | NY | 10103 | |
| Sony Electronics | Scott L Hazan Melissa A Hager | 230 Park Ave | | | New York | NY | 10169 | |
| Sony Electronics Inc | Scott L Hazan Melissa A Hager | 230 Park Ave | | | New York | NY | 10169 | |
| Sony Electronics Incorporated | Scott L Hazan Melissa A Hager | 230 Park Ave | | | New York | NY | 10169 | |
| Southwest Research Institute | David A Rosenzweig | 666 Fifth Ave | | | New York | NY | 10103 | |
| SPCP Group LLC | Allen S Brilliant Craig P Druehl & Meagan E Costello | 599 Lexington Ave | | | New York | NY | 10022 | |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Allen S Brilliant Craig P Druehl & Meagan E Costello | 599 Lexington Ave | | | New York | NY | 10022 | |

Delphi Corporation
Notice Parties to Ballot Recipients

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|------|--------------------|----------|----------|----------|------|-------|-----|---------|
| Victory Packaging LP | Attn Ira L Herman Esq | Ira L Herman Esq | 919 Third Ave 39th Fl | | New York | NY | 10022 | |
| Voss Manufacturing Inc | Stephen H Gross Cheryl R Storie Stephen L Vonaty | One M&T Plz Ste 2000 | | | Buffalo | NY | 14203-2391 | |
| Vwr Corp | | PO Box 640169 | | | Pittsburgh | PA | 15264-0169 | |
| Vwr Scientific Products C | Sales | 800 E Fabyan Pkwy | | Ohare Amf | Chicago | IL | 60666 | |
| Vwr Scientific Products Corp | Acct 51570986 | Vwr Scientific Div | PO Box 6629 | | Brisbane | CA | 94005 | |
| Wayne Wire Cloth Products Inc | Thomas F Barh | 250 Monroe Ave NW Ste 800 | 3745 Bayshore Blvd | | Grand Rapids | MI | 49501-0306 | |
| Wellman Raymond | | 1110 Harbor Hill St | PO Box 306 | | Winter Garden | FL | 34787 | |
| Wells Operating Partnership LP | c o Jonathan S Green | 150 W Jefferson Ave Ste 2500 | | | Detroit | MI | 48226 | |
| Wesco Distribution | Robert N Michaelson Esq | 599 Lexington Ave | | | New York | NY | 10022 | |
| Wesco Distribution Inc | Robert N Michaelson Esq | 599 Lexington Ave | | | New York | NY | 10022 | |
| William E Turner | William E Turner | 1502 Woodhall | | | Flint | MI | 48504-1989 | |
| Wintech Inc | c o Jonathan S Green | 150 W Jefferson Ave Ste 2500 | | | Detroit | MI | 48226 | |
| Wood Hugh G | | 351 S Edinberg Dr Sw | | | Grand Rapids | MI | 49548-6723 | |
| XM Satellite Radio Inc | Edward C Dolan | 555 Thirteenth St Nw | | | Washington | DC | 20004 | |
| Xpedx | | 4140 E Paris SE | | | Grand Rapids | MI | 49512 | |
| Yazaki North America Inc | Judy A O Neill | 500 Woodward Ave Ste 2700 | | | Detroit | MI | 48226 | |
| Yazaki North America Inc | Hilary Jewett | 90 Park Ave | | | New York | NY | 10016 | |
| York International Corp | Elena Lazarou | 599 Lexington Ave | | | New York | NY | 10022 | |
| Yuasa & Hara | Yuasa & Hara | CPO Box 714 | | | Tokyo | | 100 8692 | Japan |

# EXHIBIT FFF

Delphi Corporation
Disallowed Claims

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Ann M Kay | | 24575 Willowby | | | Eastpointe | MI | 48021-3460 | |
| Ann M Niehaus | | 23564 42 St | | | Martelle | IA | 52305-7517 | |
| Ann Marie Marglin | Ann Marie Brenda | 407 Mission Santa Fe | | | Chico | CA | 95928-5112 | |
| Ann Miller | | 15266 Trails Landing | | | Strongsville | OH | 44136-8255 | |
| Ann Norris | | 192 MacDougall Ln | | | Blacklick | OH | 43004-9325 | |
| Ann S Haber | | Co Ann S Miller | 5235 Cherokee Ave | | Alexandria | VA | 22312-2018 | |
| Ann S Jacobs | | 41 Linda Court | | | Delmar | NY | 12054-4516 | |
| Ann S Rivers | | 810 Burchill St SW | | | Atlanta | GA | 30310-4626 | |
| Ann V Llegecis | | 1523 10th St | | | Marinette | WI | 54143-3523 | |
| Ann W Von Saas and | | Thomas A M Vonsaas Jt Ten | Box 49 | | New Haven | OH | 44850-0049 | |
| Anna Catherine Zoulko | | Zoulko Rd Box 94 | | | Machias | NY | 14101-0094 | |
| Anna E Kessler | | Co Cornis Corcova | 4603 Wenham Pk | | Columbus | OH | 43220-3446 | |
| Anna Henninger | | 3771 Dogwood Dr | | | Whitehall | PA | 18052-3531 | |
| Anna I Klein | | Box 2422 W | | | Weirton | WV | 26062-1622 | |
| Anna M Sutherland | | 1805 Rolling Ln | | | Cherry Hill | NJ | 08003-3325 | |
| Anna Mae Good | | 1945 Clayton Smicksburg Rd | | | Smicksburg | PA | 16256-2233 | |
| Anna Marie Bukea | | 517 15th St | | | Huntington Beach | CA | 92648-4045 | |
| Anna Ruth Keeler | | 172 Ridgeview Estates | | | Harleysville | PA | 19438 | |
| Annalee S Kennedy Trustee | Ua Dtd 102893 The Annalee | S Kennedy Revocable Living | Trust | 1605 Lakeview Dr | Sylvan Lake | MI | 48320-1644 | |
| Anne Cerny and | | Joseph D Cerny Jt Ten | 42720 Addison Ln | | Antioch | IL | 60002 | |
| Anne Elizabeth Oconnor | | 7658 Linside Dr | | | Manlius | NY | 13104-2371 | |
| Anne L Moore Tr Ua Dtd 102797 | | Richard Moore and | Anne Moore Living Trust | | Ft Myers | FL | 33907 | |
| Anne M Jones | | 4897 Culver Rd | | | Albion | NY | 14411-9537 | |
| Anne M Jutt and | | Nele M Jutt and Joseph J | Jutt and Anthony J Jutt Jt Ten | 6102 Augusta Dr 202 | Westfield | MA | 01085-2543 | |
| Anne Marie Botwick | | 8275 Chapala Dr | | 47 Bates Rd | Pensacola | FL | 32534-4321 | |
| Anne Marie Galleria | | 94 Casper St | | | Pt Chester | NY | 10573-3150 | |
| Anne Mc Coin Callaway | | 5700 Glen Vale Dr | | | Knoxville | TN | 37919-8615 | |
| Anne Murphy Patent Services | Law Offices of Bruce E Matter | 12415 Rousseau Terrace | | | North Potomac | MD | 20878 | |
| Anne O Trombly and Katherine T | | Allen Jt Ten | 1254 Jasmine Way | | Clearwater | FL | 33756-4289 | |
| Anne O Trombly and Russell H | | Trombly Jt Ten | 1254 Jasmine Way | | Clearwater | FL | 33756-4289 | |
| Anne Olsen and Glenovr E Bullard | | Box 187 | | | Nashville | IN | 47448-0109 | |
| Anthony Teresi and | | Sylvia S Teresi Jt ten Tod | Joseph A Teresi Sr | 13800 Pawnee Trail | Middleburg Hts | OH | 44130-6721 | |
| Antonio C Dias | | Avenua Da Corredoura No 6 | Celorico Da Beira | 6360 | | | | Portugal |
| Antonio Raspa Jr | | 215 Kersey St | | | Highland Park | NJ | 08901 | |
| Applied Biosystems Applera Corporation Acting Through Its Applied Biosystems Group | Applied Biosystems | 850 Lincoln Center Dr | | | Foster City | CA | 94404 | |
| Applied Industrial Tech | Attn Beth Avval | One Applied Plaza | | | Cleveland | OH | 44115-5056 | |
| Applied Industrial Technologies & following subsidiaries Aplph Tech TX LP Applied Michigan and Applied Ind Tech Indiana | Beth Avval | One Applied Plz | | E 36th St & Euclid Ave | Cleveland | OH | 44115-5056 | |
| Applied Industrial Technologies CA LLC and Applied Industrial Technologies Dixie Inc | Beth Avval | One Applied Plaza | E 36th St & Euclid Ave | | Cleveland | OH | 44115-5056 | |
| Applied Industrial Technologies TX LP | Beth Avval | One Applied Plaza | E 36th St & Euclid Ave | | Cleveland | OH | 44115-5056 | |
| Applied Industrial Technologies TX LP | Beth Avval | One Applied Plaza | E 36th St & Euclid Ave | | Cleveland | OH | 44115-5056 | |
| Aqua Prix Inc | | PO Box 58 | | | Mokena | MO | 65270 | |
| Arabian Battery Holding Company | Stephen Bobo | Sachnoff & Weaver Ltd | 10 S Wacker Dr Ste 4000 | | Chicago | IL | 60606 | |
| Aramark Uniform Services a Division of Aramark Uniform & Career Apparel Inc | Aramark | 115 N First St | | | Burbank | CA | 91502 | |
| Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | |
| Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | |
| Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | |
| Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | |
| Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | |
| Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | |
| Arkansas Industrial Machinery Inc | | 3804 N Nona | | | North Little Rock | AR | 72118 | |
| Armacell LLC | Attn Lillian Pinto | Womble Carlye Sandridge & Rice | 300 N Greene St Ste 1900 | | Greensboro | NC | 27402 | |
| Army & Air Force Exchange Service AAFES | Army & Air Force Exchange Walker | 3911 Walton Walker | Attn GC G&R | | Dallas | TX | 79236 | |
| Army & Air Force Exchange Service AAFES | Army & Air Force Exchange Service | 3911 Walton Walker | Attn GC G&R | | Dallas | TX | 75236 | |

Delphi Corporation
Disallowed Claims

| Name | Notice/Name | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Cadence Innovation LLC Successor in Interest to Patent Holding Company | Dennis J Connolly Esq | Alston & Bird LLP | 1201 W Peachtree St | | Atlanta | GA | 30309-3424 | |
| Cadence Innovation LLC Successor in Interest to Patent Holding Company | Dennis J Connolly Esq | Alston & Bird LLP | 1201 W Peachtree St | | Atlanta | GA | 30309-3424 | |
| Cadence Innovation LLC Successor in Interest to Patent Holding Company | Dennis J Connolly Esq | Alston & Bird LLP | 1201 W Peachtree St | | Atlanta | GA | 30309-3424 | |
| Cadence Innovation LLC Successor in Interest to Patent Holding Company | Dennis J Connolly Esq | Alston & Bird LLP | 1201 W Peachtree St | | Atlanta | GA | 30309-3424 | |
| Cadence Innovation LLC Successor in Interest to Patent Holding Company | Dennis J Connolly Esq | Alston & Bird LLP | 1201 W Peachtree St | | Atlanta | GA | 30309-3424 | |
| Cadence Innovation LLC Successor in Interest to Patent Holding Company | Dennis J Connolly Esq | Alston & Bird LLP | 1201 W Peachtree St | | Atlanta | GA | 30309-3424 | |
| Cadence Innovation LLC Successor in Interest to Patent Holding Company | Dennis J Connolly Esq | Alston & Bird LLP | 1201 W Peachtree St | | Atlanta | GA | 30309-3424 | |
| Cadence Innovation LLC Successor in Interest to Patent Holding Company | Dennis J Connolly Esq | Alston & Bird LLP | 1201 W Peachtree St | | Atlanta | GA | 30309-3424 | |
| Cadence Innovation LLC Successor in Interest to Patent Holding Company | Dennis J Connolly Esq | Alston & Bird LLP | 1201 W Peachtree St | | Atlanta | GA | 30309-3424 | |
| Cadence Innovation LLC Successor in Interest to Patent Holding Company | Dennis J Connolly Esq | Alston & Bird LLP | 1201 W Peachtree St | | Atlanta | GA | 30309-3424 | |
| Cadence Innovation LLC Successor in Interest to Patent Holding Company | Dennis J Connolly Esq | Alston & Bird LLP | 1201 W Peachtree St | | Atlanta | GA | 30309-3424 | |
| Cadence Innovation LLC Successor in Interest to Patent Holding Company | Dennis J Connolly Esq | Alston & Bird LLP | 1201 W Peachtree St | | Atlanta | GA | 30309-3424 | |
| Cadence Innovation LLC Successor in Interest to Patent Holding Company | Dennis J Connolly Esq | Alston & Bird LLP | 1201 W Peachtree St | | Atlanta | GA | 30309-3424 | |
| Cadence Innovation LLC Successor in Interest to Patent Holding Company | Dennis J Connolly Esq | Alston & Bird LLP | 1201 W Peachtree St | | Atlanta | GA | 30309-3424 | |
| Cadence Innovation LLC Successor in Interest to Patent Holding Company | Dennis J Connolly Esq | Alston & Bird LLP | 1201 W Peachtree St | | Atlanta | GA | 30309-3424 | |
| Cadence Innovation LLC Successor in Interest to Patent Holding Company | Dennis J Connolly Esq | Alston & Bird LLP | 1201 W Peachtree St | | Atlanta | GA | 30309-3424 | |
| Cadence Innovation LLC Successor in Interest to Patent Holding Company | Dennis J Connolly Esq | Alston & Bird LLP | 1201 W Peachtree St | | Atlanta | GA | 30309-3424 | |
| Cadence Innovation LLC Successor in Interest to Patent Holding Company | Dennis J Connolly Esq | Alston & Bird LLP | 1201 W Peachtree St | | Atlanta | GA | 30309-3424 | |
| Cadence Innovation LLC Successor in Interest to Patent Holding Company | Dennis J Connolly Esq | Alston & Bird LLP | 1201 W Peachtree St | | Atlanta | GA | 30309-3424 | |
| Cadence Innovation LLC Successor in Interest to Patent Holding Company | Dennis J Connolly Esq | Alston & Bird LLP | 1201 W Peachtree St | | Atlanta | GA | 30309-3424 | |
| Cadence Innovation LLC Successor in Interest to Patent Holding Company | Dennis J Connolly Esq | Alston & Bird LLP | 1201 W Peachtree St | | Atlanta | GA | 30309-3424 | |
| Cadence Innovation LLC Successor in Interest to Patent Holding Company | Dennis J Connolly Esq | Alston & Bird LLP | 1201 W Peachtree St | | Atlanta | GA | 30309-3424 | |
| Patent Holding Company | Atn Christopher Smith | 3300 S Parker Rd No 500 | | | Aurora | CO | 80014 | |
| Caillau  Eft | | 28 Rue Ernest Renan | 92134 Issy Les Moulineaux | | | | | France |
| Caillau Eft | | 28 Rue Ernest Renan | 92134 Issy Les Moulineaux | | | | | France |
| CAI Lease Securitization II Corp | ANB 400 and Co | Atn Elena Saldez | 15th Floor | PO Box 1 | Amarillo | TX | 79105 | |
| Calf Fairways Boys Ranch Trust Acct 50429600 | ANB 400 and Co | 960 Muirfield Dr | | | Hanover Pk | IL | 60133 | |
| Calco Ltd | | | | | | | | |
| Calsonic Kansei Corporation | Austin L McMullen | Boult Cummings Conners & Berry PLC | 1600 Division St Ste 700 | | Nashville | TN | 37203 | |
| Calsonic Kansei North America Inc | Austin L McMullen | Boult Cummings Conners & Berry PLC | 1600 Division St Ste 700 | | Nashville | TN | 37203 | |
| Calsonic Kansei North America Inc | Austin L McMullen | Boult Cummings Conners & Berry PLC | 1600 Division St Ste 700 | | Nashville | TN | 37203 | |
| Cameron County | Diane W Sanders | Linebarger Goggan Blair & Sampson LLP | 1949 South IH 35 78741 | 1949 South IH 35 78741 | Austin | TX | 78760-7428 | |
| Cameron County | Diane W Sanders | Linebarger Goggan Blair & Sampson LLP | 1949 South IH 35 78741 | 1949 South IH 35 78741 | Austin | TX | 78760-7428 | |
| Campbell Carolyn | Atn Howard S Sher | Jacob & Weingarten PC | 2301 W Big Beaver Rd Ste 777 | | Troy | MI | 48084 | |

12/28/2007 11:06 AM
FFF - WITH DOMESTIC, CAN and INTL

Delphi Corporation
Disallowed Claims

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Dorothy Sample Tr Ua | | Dtd 080194 Dorothy Sample Trust | | 4103 Fairway Dr | Springdale | AR | 72764-1014 | |
| Dorothy Ura | | Box 1 E 830 Kings St | | | Niagara On The Lake | ON | L0S 1J0 | Canada |
| Dorothy V Symonds | | 118 Sherman Rd | | | Glen Cove | NY | 11542-3229 | |
| Dorothy Vojna and George | | Vojna Ten Ent | | | Ford City | PA | 16226-1317 | |
| Dorothy W Brown | | 201 Flinkam St | | | Harrisburg | PA | 17109-3800 | |
| Dorris L Thomas | | 611 Ste Pelhd St 2 | | | Detroit | MI | 48209-3038 | |
| | | Erman Teicher Miller Zucker and | | | | | | |
| Doshi Prettl International LLC | co David H Freedman Esq | Freedman PC | 400 Galleria Officentre Ste 444 | | Southfield | MI | 48034 | |
| | | Erman Teicher Miller Zucker & Freedman | | | | | | |
| Doshi Prettl International LLC | co David H Freedman Esq | PC | 400 Galleria Officentre Ste 444 | | Southfield | MI | 48034 | |
| Doug Belden Hillsborough County Tax Collector | Attn Doug Belden | 601 E Kennedy Blvd 14th Fl | | | Tampa | FL | 33602 | |
| Doug D Borton | | 4411 Rogers Hwy | | | Britton | MI | 49229-9728 | |
| Douglas A Kramer | | 1037 Garfield St | | | Lansing | MI | 48917-5250 | |
| Douglas B Murray Cost | | Box 16 | | | Southington | OH | 44470-0145 | |
| Douglas B Murray Cost | | Theodore Walter Murray Unit | Gift Min Act NJ | 1852 Williamsburg Ave | Spring Stony | FL | 32182 | |
| Douglas J Heller | | 9970 North State Rte 48 | | | Spring Boro | OH | 45066 | |
| Douglas M Gaither | | 6622 Mountain View Pass | | | Stone Mountain | GA | 30087-5262 | |
| Douglas M Gaither | | 11317 Plenridge Blvd | | | Sterling Hts | MI | 48313-4858 | |
| Douglas P Gibbs | | 2162 Slevin Rd | | | Yuba City | CA | 95993-1402 | |
| Douglas W Elbert and Donna D | | Elbert Jt Ten | 100 E Cherry | | Dighton | KS | 67839 | |
| Douglas Werby and | | Eileen Werby Jt Ten | 58 North Broad St Extension | | Nazareth | PA | 18064-9619 | |
| Dow Corning Corporation | Attn Tammy Grove CO1222 | 2200 W Salzburg Rd | | | Midland | MI | 48686 | |
| Dow Corning Limited | | Cones Dr | | | Abbey | | CV86LN | United Kingdom |
| Dowell E Mullins | | 154 Tatum Rd | | | Cedar Bluff | VA | 24609 | |
| DPAC Technologies Corp | | 7321 Lincoln Wy | | | Garden Grove | CA | 92641 | |
| Dps Information Services Inc | | 28100 Northwestern Hwy | | | Southfield | MI | 48034 | |
| | | VDA Assoc of the German Automobile | | | | | | |
| Dr Bernd Gottschalk | Dr Bernd Gottschalk President | Industry | Westendstrasse 61 | | Frankfurt | | 60325 | Germany |
| Drager Mabra J fka Mabra J Bartow | | 903 Edison Rd | | | Saginaw | MI | 48604-1171 | |
| Draplca Culetic | | 526 South 6th Ave | | | Lagrange | IL | 60525-6715 | |
| Drापun Corporation | | 30445 Northwestern Hwy No 280 | | | Farmington Hills | MI | 48334 | |
| Dreven Denson | | 226 Clark St | | | Brockport | NY | 14420 | |
| Drive Source International Inc | | PO Box 0361 | | | Starkweat | WI | 53177 | |
| Drum Oil and Propane Eft | | PO Box 375 | | | Gasport | NY | 14067 | |
| Du Co Ceramics Co | | PO Box 568 | | | Saxonburg | PA | 16056 | |
| Duane Jaskey | | Stack Reegan | 1111 W Long Lake Rd Ste 202 | | Troy | MI | 48098 | |
| Duell Kristopher | | 128 Pash Homes Trail | | | Brockport | NY | 14420 | |
| | | Attn Wendy Finnegan | | | | | | |
| | co RMS Bankruptcy Recovery | | | | | | | |
| Dun & Bradstreet | Services RMS | | | | Timonium | MD | 21094 | |
| Dun & Bradstreet | | PO Box 5126 | | | Timonium | MD | 21094 | |
| | co Receivable Management | | | | | | | |
| Dun & Bradstreet | Services RMS | PO Box 47249 | | | Indianapolis | IN | 45247-0249 | |
| Durham Rubber & Belting Corp | Lone Bowser | 1 Rindge Parkway Ste 3200 | | | Wilmington | DE | 19803 | |
| Durin Gloria R | Durin Gloria R Durkin William J | 45 Pala Ln | | | Newark | DE | 19702 | |
| Durkin Gloria R | | 45 Pala Ln | | | Newark | DE | 19702 | |
| Dwight D New and Doretta J New Jt Ten | | 8852 Douglaston Cir | | | Indianapolis | IN | 46234-7025 | |
| E B V Elektronik Vertriebsgesellsch Evo Elektronik | Sierra Liquidity Fund LLC | 5090 W Oakey Rd | | | Whitehall | PA | 18052 | |
| Dynamic Corporation Sierra Liquidity Fund | | 2898 White Rd Ste 255 | | | Irvine | CA | 92614 | |
| | | | | | Swindon Wiltshire | | | United Kingdom |
| E Fallon Hodges | | Birkroll La | | | South Hill | VA | SN6 8SY | |
| E Jean Atkinson Holler Tr Fam | Liv Tr Dtd 021580 Uta Pb E | Jean Atkinson Holler | Apt 505 | | Saint Petersburg | FL | 33708-2715 | |
| E Lee Kinton Tr Ua Dtd 11300 | | Kinton Living Trust | 1370 Narrow Gauge Rd | | Reidsville | NC | 27320 | |
| E Robert Williams | | 5232 Hickory Ave | | 389 Boca Ciega Point Blvd | Shorewood | CA | 96343-2402 | |
| Edr Industrial Sales Inc | | 40600 Enterprise Dr | | | Sterling Heights | MI | 48314 | |
| Ezv Technologies Inc | | 4 Westchester Plz | | | Elmsford | NY | 10523 | |
| Eagle Engineering & Supply Co | | 101 Industrial Hwy | | | Alpena | MI | 49707-8163 | |
| Eagle Management Corporation | | 699 Brookedge Blvd | | | Westerville | OH | 43081 | |
| Earl Andrew Mc Dowell | | 620 Wappanocock Ave | | | Altoona | PA | 16801-3861 | |

Delphi Corporation
Disallowed Claims

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Florida Production Eng Elt Emie Green Industries Inc | | 1795 Big Hill Rd | | | Dayton | OH | 45439-2219 | |
| Floyd B Hopkins III | | 200 Ogden Parma Townline Rd | | | Spencerport | NY | 14559 | |
| Floyd G Butterfield | | 10040 South 17 Rd | | | Cadillac | MI | 49601 | |
| Floyd Lee Haddix and Wilma | | Jean Haddix Jt Ten | | | Davison | MI | 48423-8140 | |
| Floyd Manufacturing Co Inc | Scott D Rosen | Cohn Birnbaum & Shea PC | 100 Pearl St 12th Fl | | Hartford | CT | 06103 | |
| Floyd W Peterson | | Schlachetzki Strasse 264 | 80939 Munich | | | | | Germany |
| Fluid Transfer Systems Inc | | 22545 Heslip | | | Novi | MI | 48375-1144 | |
| Fluidtrols Corporation Elt | | PO Box 80228 | | | Fort Wayne | IN | 46898 | |
| Fluke Biomedical Llc | | 22865 Network Pl | | | Chicago | IL | 60673-1228 | |
| Flux Corporation | c o Bailey Cavalieri LLC | Sixth E Lynn | 10 West Brd St 21St Fl | One Columbus | Columbus | OH | 43215 | |
| Flux Corporation | c o Bailey Cavalieri LLC | Sixth E Lynn | 10 West Brd St 21St Fl | One Columbus | Columbus | OH | 43215 | |
| Flux Corporation | Sharon A Salinas Dykema Gosset | Transint City Barrel Fld PRP Group | 10 S Wacker Dr Ste 2300 | | Chicago | IL | 60606 | |
| Flux Corporation | Sharon A Salinas Dykema Gosset | Transint City Barrel Fld PRP Group | 10 S Wacker Dr Ste 2300 | | Chicago | IL | 60606 | |
| Foerster Instruments Inc | | 140 Industry Dr | | | Pittsburgh | PA | 15275 | |
| Forbes Electronics | | 1522 5th Ave Se | | | Decatur | AL | 35601-4912 | |
| Forbes James | | 1809 Meridian | | | Reese | MI | 48757 | |
| Forbes James | | 1809 Meridian | | | Reese | MI | 48757 | |
| Ford Cestas | | 663 Winding Brook Ln | | | Califon | NJ | 07830 | |
| Ford Motor Company | Jonathan S Green | Miller Canfield Paddock & Stone PLC | 150 W Jefferson Ave Ste 2500 | | Detroit | MI | 38226 | |
| Ford Motor Company | Jonathan S Green | Miller Canfield Paddock & Stone PLC | 150 W Jefferson Ave Ste 2500 | | Detroit | MI | 38226 | |
| Ford Motor Company | Jonathan S Green | Miller Canfield Paddock & Stone PLC | 150 W Jefferson Ave Ste 2500 | | Detroit | MI | 38226 | |
| Ford Motor Company | Jonathan S Green | Miller Canfield Paddock & Stone PLC | 150 W Jefferson Ave Ste 2500 | | Detroit | MI | 38226 | |
| Ford Motor Company | Jonathan S Green | Miller Canfield Paddock & Stone PLC | 150 W Jefferson Ave Ste 2500 | | Detroit | MI | 38226 | |
| Ford Motor Company | Jonathan S Green | Miller Canfield Paddock & Stone PLC | 150 W Jefferson Ave Ste 2500 | | Detroit | MI | 38226 | |
| Ford Motor Company | Jonathan S Green | Miller Canfield Paddock & Stone PLC | 150 W Jefferson Ave Ste 2500 | | Detroit | MI | 38226 | |
| Ford Motor Company | Jonathan S Green | Miller Canfield Paddock & Stone PLC | 150 W Jefferson Ave Ste 2500 | | Detroit | MI | 38226 | |
| Ford Motor Company | Jonathan S Green | Miller Canfield Paddock & Stone PLC | 150 W Jefferson Ave Ste 2500 | | Detroit | MI | 38226 | |
| Ford Motor Company | Jonathan S Green | Miller Canfield Paddock & Stone PLC | 150 W Jefferson Ave Ste 2500 | | Detroit | MI | 38226 | |
| Ford Motor Company | Jonathan S Green | Miller Canfield Paddock & Stone PLC | 150 W Jefferson Ave Ste 2500 | | Detroit | MI | 38226 | |
| Ford Motor Company | Jonathan S Green | Miller Canfield Paddock & Stone PLC | 150 W Jefferson Ave Ste 2500 | | Detroit | MI | 38226 | |
| Ford Motor Company | Jonathan S Green | Miller Canfield Paddock & Stone PLC | 150 W Jefferson Ave Ste 2500 | | Detroit | MI | 38226 | |
| Ford Motor Company | Jonathan S Green | Miller Canfield Paddock & Stone PLC | 150 W Jefferson Ave Ste 2500 | | Detroit | MI | 38226 | |
| Ford Motor Company | Jonathan S Green | Miller Canfield Paddock & Stone PLC | 150 W Jefferson Ave Ste 2500 | | Detroit | MI | 38226 | |
| Ford Motor Company | Jonathan S Green | Miller Canfield Paddock & Stone PLC | 150 W Jefferson Ave Ste 2500 | | Detroit | MI | 38226 | |
| Ford Motor Company | Jonathan S Green | Miller Canfield Paddock & Stone PLC | 150 W Jefferson Ave Ste 2500 | | Detroit | MI | 38226 | |
| Ford Motor Company | Jonathan S Green | Miller Canfield Paddock & Stone PLC | 150 W Jefferson Ave Ste 2500 | | Detroit | MI | 38226 | |
| Ford Motor Company | Jonathan S Green | Miller Canfield Paddock & Stone PLC | 150 W Jefferson Ave Ste 2500 | | Detroit | MI | 38226 | |
| Ford Motor Company | Jonathan S Green | Miller Canfield Paddock & Stone PLC | 150 W Jefferson Ave Ste 2500 | | Detroit | MI | 38226 | |
| Ford Motor Company | Jonathan S Green | Miller Canfield Paddock & Stone PLC | 150 W Jefferson Ave Ste 2500 | | Detroit | MI | 38226 | |
| Ford Motor Company | Jonathan S Green | Miller Canfield Paddock & Stone PLC | 150 W Jefferson Ave Ste 2500 | | Detroit | MI | 38226 | |
| Ford Motor Company | Jonathan S Green | Miller Canfield Paddock & Stone PLC | 150 W Jefferson Ave Ste 2500 | | Detroit | MI | 38226 | |
| Ford Motor Company | Jonathan S Green | Miller Canfield Paddock & Stone PLC | 150 W Jefferson Ave Ste 2500 | | Detroit | MI | 38226 | |
| Ford Motor Company | Jonathan S Green | Miller Canfield Paddock & Stone PLC | 150 W Jefferson Ave Ste 2500 | | Detroit | MI | 38226 | |
| Ford Pamela | | 2251 N Merlehaut Rd | | | Lapeer | MI | 38226 | |
| Ford Steven | | 4639 Martin Nest Circle | | | Rochester | NY | 14626 | |
| Form, Tool & Mold Inc | James F Geronimo Esq | 285 Walnut St | | | Meadville | PA | 16335 | |

Page 52 of 185

Delphi Corporation
Disallowed Claims

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| James R Phillips | | 802 Winder Court | | | Winchester | VA | 22601-6740 | |
| James R Phillips and Betty L | | Phillips Jt Ten | 802 Winder Court | | Winchester | VA | 22601-6740 | |
| James S Wierg | | 2273 Bertha Drive | | | Miamisburg | OH | 45342 | |
| James S Sinatra | | 902 Jerusalem Rd | | | Cohasset | MA | 02025-1045 | |
| James Sauciro | | 101 Broad Ave Box 607 | | | Palisades Pk | NJ | 07650-1438 | |
| James R Baker | | 3803 Tara Cir | | | Douglasville | GA | 30135-1032 | |
| James T Dye Trustee Ua Dtd | 051001 The James T Dye | Living Trust | Co Jan Ries | 2435 Druey Ln | Shawnee Mission | KS | 66203 | |
| James T Licking Tr Of The | | James T Licking Tr 101 Ua | Dtd 6690 | 108 Ridge Dr | De Kalb | IL | 60115-1738 | |
| James T Sullivan and | | Judith A Sullivan Jt Ten | 539 Victoria Sq | | Brighton | MI | 48116-1107 | |
| James R Sullivan and | | Judith A Sullivan Jt Ten | 539 Victoria Sq | | Brighton | MI | 48116-1107 | |
| James V Rarr III | | 88 Vermilion Dr | | | Levittown | PA | 19054-1228 | |
| James V Pennington | | 4987 Baker | | | Alger | MI | 48610 | |
| James W Bergstrom and | | Norma S Bergstrom Jt Ten | 1325n 1100e | | La Grange | IN | 46761-9653 | |
| James W Borland | c o Beavers & Graham | Atth Bill E Graham | 221 West Main Cross | P O Box 320 | Taylorville | IL | 62568 | |
| James W Byers III and | | Stephanie A Chubek Jt Ten | 516 Westminster Ave | | Swarthmore | PA | 19081-2428 | |
| James W Byers III Cust | Made Chiara Byers Under | The Pa Uniform Gifts To | 616 Westminster Ave | | Swarthmore | PA | 19081-2428 | |
| James W Hinds Jr | or Mary J Harvey | 534 Lofton Rd | | | Racine | WI | 24472 | |
| James W Sullivan | | 2400 Edgemark Rd | | | Oxford | MI | 48371-2933 | |
| James W Sullivan Sr | | 4418 N Hwy 287 | | | Alvord | TX | 76225 | |
| James S Williams Tr | | James S Williams Living Trust | Ua 051899 | 2491 Beacon Hill Dr | Rochester Hills | MI | 48309-1518 | |
| Jamestown Container Lockport I | | 65 Grand St | | | Lockport | NY | 14094-2289 | |
| Jamestown Container Lockport I | | 65 Grand St | | | Lockport | NY | 14094-2289 | |
| Jamestown Moving Inc | | 2290 Arbor Blvd | | | Moraine | OH | 45439 | |
| Jamestown Plastic Inc | Jeff Baker | PO Box U | 8868 Highland Ave | | Brocton | NY | 14716 | |
| Jan A Stablewski | | 55 Fine Rd | | | High Bridge | NJ | 08829-1113 | |
| Jana R Borkowski and | | Kenneth J Szablowski Jt Ten | 55 Fine Rd | | High Bridge | NJ | 08829-1113 | |
| Jan Lenburg | | 2204 Holiday Court | | | Lansing | IL | 60438 | |
| Jan Pak Huntsville | Jan Pak Supply Solutions | PO Box 130 | | | Bluefield | WV | 24701 | |
| Jana A Butler Etal Etal | | James E Butler | 295 Wilber Dr | | Stratford | CT | 06614 | |
| Jana A Cannon | | 28 W Glen St | | | Holyoke | MA | 01040-3922 | |
| Jana Ann Herfort | | Box 436 | | | Castine | ME | 04421-0436 | |
| Jane Colton | | 477 Gregory Dr | | | Chicago Heights | IL | 60411-2422 | |
| Jane Gerstenhouser | | 4079 Kingwood Dr | | | Carmel | IN | 46033-9916 | |
| Jane I Lavell | | 1306 Edgemere Dr | | | Rochester | NY | 14612 | |
| Jane Jackson Betts | | 771 Cedar Ln Rr 6 | | | Indiana | PA | 15701-8490 | |
| Jane Murphy Romjue | | 4460 Inana Pl 55 | | | Kalaheo | HI | 96741 | |
| Jane Murphy Romjue | | 184 Brooks Landing Dr | | | Winston Salem | NC | 27106-4359 | |
| Jane Stapleton Tiee Depository Trust Company Treasurers Dept | Jane Stapleton Tiee | RL PO Rickell GST Exempt RR | 2087 Crawford Ct | | The Villages | FL | 32182-3373 | |
| Jane T Clay | | 789 Glendover Ct | | | Lexington | KY | 40550-2842 | |
| Jane T Morton | | 1859 Squad Rd | | | Oxford | KY | 40510 | |
| Janell M Francis and Judith M Davidez | | Tra Ua Dtd 8101 | The Will Family Trust | 6105 South Harrington Dr | New Berlin | WI | 53151 | |
| Janell M Bumpus Tod | | Janeen M Bush | Subject To Sta Tod Rules | 570 Christopher Dr | Jackson | MI | 49203 | |
| Janell M Bumpus Tod | | Joel T Bumpus | Subject To Sta Tod Rules | 570 Christopher Dr | Jackson | MI | 49203 | |
| Janell M Bumpus Tod | | Thomas J Bumpus | Subject To Sta Tod Rules | 570 Christopher Dr | Jackson | MI | 49203-1104 | |
| Janelle A C Raskopf and | | Emmett J Raskopf Jt Ten | 1556 N Placita Chistoso | | Green Valley | AZ | 85514-4148 | |
| Janelle A Raskopf | | 1556 N Placita Chistoso | | | Green Valley | AZ | 85514-4148 | |
| Janet A Daverio-Haberty | | 2220 Walther Spring Dr | | | Mesa | AZ | 85206-4338 | |
| Janet A Thompson and Annette & John G Thompson | | 1316 Valberry | | | Cincinnati | OH | 45230 | |
| Janet A Thompson and John G | | Thompson and Kathryn Krabke Jt Ten | 141 S Flen Rd | | Munger | MI | 48747-9720 | |
| Janet Middlekauff | | 21 Th Trail | | | Munger | MI | 48747-9720 | |
| Janet E Bley | | 144 Wlen Loop | | | Fairhope | AL | 07748-2008 | |
| Janet Garber | | 3 Oaks Ln | | | Boynton Beach | FL | 36552 | |
| Janet H Zimmerman and Henry G Dec 3 04 05 | Janet H Zimmerman Living Trust | 4775 Village Dr 106 | | | Grand Ledge | MI | 33436 | |
| Janet M Gordon | | 1701 Flint Dr | 1701 Flint Dr | | Auburndale | FL | 45651 | |
| Janet Curtis and Wayne D | | Curtis Jt Ten | | | Auburndale | FL | 30305-9978 | |
| Janet M Gordon | | 20437 Andmore | | | Detroit | MI | 33923-9978 | |
| Janet Mae Mcclure | | 9759 Marionette Rd | | | Marion | NC | 48226 | |
| Janet Menning | | 1 Putnam Rd | | | New Brunswick | NJ | 46255-3412 | |
| Janet R Shook | | 55 Sunnyside Rd | | | Scotia | NY | 08816-2749 | |

FFF - WITH DOMESTIC, CAN and INTL

Delphi Corporation
Disallowed Claims

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Philip Grossfeld and Joyce and Martin | | Grossfeld and Martin Grossfeld Jt Ten | 101 Piedmont C | | Delray Beach | FL | 33484-7950 | |
| Philip J Ferrara | | 163 So Zuella Dr | | | Mcdermott | OH | 45652-8809 | |
| Philip Marvin Blaus and Irene | | Eliza Jt Ten | | | Farmington Hills | MI | 48331-1979 | |
| Philip Services Corporation | | Flaster Greenberg PC | 8 Penn Center 15th Fl | | Philadelphia | PA | 19103 | |
| Philip W Atkinson Jr Estate of | c o William J Burnett Esq | PO Box 16 | | | North Turner | ME | 04266-0016 | |
| Philip D Short | | 1322 Black Forest Dr B | | | West Carrollton | OH | 45449 | |
| Phillip Y Yoder and | | Nancy A Yoder Jt Ten | 1350 Granada Dr Nw | | Walker | MI | 49544-2217 | |
| Phines V Moore and Maxine Moore Jt Ten | | 5052 Seebaldt | | | Detroit | MI | 48204-3797 | |
| Phoenix Analysis & Design Technologies | | 7755 S Research Dr Ste 110 | | | Tempe | AZ | 85284-1803 | |
| Phoenix Passive Components | | 1 Greenwich Pl | | | Shelton | CT | 06484-4618 | |
| Phoenix Pumps Inc | | 8935 Gateway Blvd S Ste A2 | | | El Paso | TX | 79904 | |
| Photo Stencil LLC | | Kroegerber Johnson & Lyons LLP | 1200 17th St Ste 3000 | | Denver | CO | 80202-5855 | |
| Phyllis & M Pierce | Lars H Fuller Esq | E M Pierce Jt Ten | 1595 Parmenter Rd | | Corunna | MI | 48817-1701 | |
| Phyllis Ann Mc Dade | | 11200 North Kendall Dr | | | Miami | FL | 33176 | |
| Phyllis Ballantine | | 708 W Mill St | | | Danville | IN | 46122-1551 | |
| Phyllis E Gawlik | | C o Phyllis E Cmar | 3545 Richds Rd | | Medina | OH | 44256-9261 | |
| Phyllis Furs | | Apt F 1 | 2814 Nassau Blvd | | Coconut Creek | FL | 33066-2721 | |
| Phyllis L Dow | | 8880 E Broadway | Apt 245 | | Tucson | AZ | 85710-4062 | |
| Phyllis M Bidwell | | 1378 Gentle Bend Dr | | | Missouri City | TX | 77489-4112 | |
| Phyllis M Kaplan and | | Irvine Kaplan Jt Ten | 23450 Riverview Dr | | Southfield | MI | 48034-2051 | |
| Phyllis T Mc Bride | | 171 Grace Church St | | | Rye | NY | 10580-4211 | |
| Phyllis W Huntley | | Box 677 | R D 2 | | Cairo | NY | 12413-0677 | |
| Piedmont Natural Gas Company | CBO Bankruptcy | 4339 S Tryon St | | | Charlotte | NC | 28217-1733 | |
| Piedmonte Steven | | 16652 Lynch Rd | | | Holley | NY | 14470 | |
| Pierce J Sims | | 353 Horizon | Box 756 | | Oakwood | OH | 61656-0756 | |
| Pierce James | | 1130 Suzzyann | | | Youngstown | OH | 44512 | |
| Piland Brenda | J Barton Warren Esq | Warren & Simpson P C | 105 North Side Square | | Huntsville | AL | 35801 | |
| Pillar Induction Co LLC | | 21905 Gateway Blvd | | | Brookfield | WI | 53045 | |
| Pillar Induction Co LLC | | 21905 Gateway Blvd | | | Brookfield | WI | 53045 | |
| Pillar Induction Co LLC | | 21905 Gateway Blvd | | | Brookfield | WI | 53045 | |
| Pillar Induction Co LLC | | Finkel Goldstein Rosenbloom & Nash LLP | 26 Broadway Ste 711 | | New York | NY | 11004 | |
| Pillarhouse USA Inc | J Ted Donovan | Finkel Goldstein Rosenbloom & Nash LLP | 26 Broadway Ste 711 | | New York | NY | 11004 | |
| Pillarhouse USA Inc | J Ted Donovan | | | | | | | |
| Pima County Treasurer Pima County Assessor Pima County Arizona | Pima County Attorneys Office Civil Division | 32 N Stone Ave Ste 2100 | | | Tucson | AZ | 85701 | |
| Pinati County Treasurer | | Dolores J Doolittle | PO Box 729 | | Florence | AZ | 85232-0729 | |
| Pine Valley Packaging Limited | | 1 Parnall Rd | | | Uxbridge | ON | L9P 1R1 | Canada |
| Pinter Door Sales Inc | | PO Box 216 | | | Monmouth Junction | NJ | 08852 | |
| Pitney Bowes Credit Corporation | Attn Recovery Dept | 27 Waterview Dr | | | Shelton | CT | 06484-5151 | |
| Pitney Bowes Credit Corporation | Attn Recovery Dept | 27 Waterview Dr | | | Shelton | CT | 06484-4581 | |
| Pitney Bowes Credit Corporation | Attn Recovery Dept | 27 Waterview Dr | | | Shelton | CT | 06484-4581 | |
| Pitney Bowes Credit Corporation | Attn Recovery Dept | 27 Waterview Dr | | | Shelton | CT | 06484-4581 | |
| Pia Mexico Industrial Manager I Llc | c o Greenberg Traurig LLP | Nancy A Peterman | 77 West Wacker Dr Ste 2500 | | Chicago | IL | 60601 | |
| Plainfield Molding Inc | c o Greenberg Traurig LLP | Nancy A Peterman | 77 West Wacker Dr Ste 2500 | | Chicago | IL | 60601 | |
| Plainfield Stamp Illinois Inc | | 24035 River Walk Ct | | | Plainfield | IL | 60544 | |
| Plainfield Stamping Texas Inc | | 1351 North Division St | | | Plainfield | IL | 60544 | |
| Plainfield Stamping Texas Inc | | PO Box 265 | | | Plainfield | IL | 60544 | |
| Plainfield Stamping Texas Inc | | PO Box 265 | | | Plainfield | IL | 60544 | |
| Plainfield Tool & Engineering | | Plainfield Stamping Illinois | 24035 Riverwalk Ct | | Plainfield | IL | 60544-8145 | |
| Plaintiff class in Bernstein v Delphi Trust I et al in re Delphi Securities Derivative & ERISA Litig | Gary S Graifman Esq | c o Kantrowitz Goldhamer & Graifman PC | 747 Chestnut Ridge Rd | | Chestnut Ridge | NY | 10977 | |
| Plastic Plate Inc | Attn Nick Hmyak | 5400 Cascade Rd Se | | | Troy | MI | 48084 | |
| Plastic Plate Inc | Attn Nick Hmyak | 5400 Cascade Rd Se | | | Grand Rapids | MI | 49546 | |
| Plastic Plate Inc | Attn Nick Hmyak | 5400 Cascade Rd Se | | | Grand Rapids | MI | 49546 | |
| Plastic Solutions Inc | | 759 W Chippewa Ave | | | South Bend | IN | 46680 | |
| Plastic Solutions Inc | | PO Box 2378 | 759 West Chippewa Ave | | South Bend | IN | 46680 | |
| Plastic Solutions Inc | | PO Box 2378 | 759 West Chippewa Ave | | South Bend | IN | 46680 | |
| Plastic Solutions Inc | | PO Box 2378 | 759 West Chippewa Ave | | South Bend | IN | 46680 | |
| PlastiCert Inc | The Law Offices of Markian R Slobodian | 801 N Second St | | | Harrisburg | PA | 17102 | |

FFF - WITH DOMESTIC, CAN and INTL

**Delphi Corporation**
**Disallowed Claims**

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| United Rentals Inc | Attn Cynthia Lowell | 820 Eckel Rd | | | Perrysburg | OH | 43551 | |
| United States Council For International Business | | 1212 Ave of the Americas | | | New York | NY | 10036-1689 | |
| United States Plastic Corp | | 1390 Neubrecht Rd | | | Lima | OH | 45801 | |
| United Telephone Company of Ohio | MS KSQHP10101 22800 | 8381 Sprint Pkwy | | | Overland Park | KS | 66251-2800 | |
| United Telephone Company of Ohio | | PO Box 7971 | | | Shawnee Mission | KS | 66207-0971 | |
| United Way Of Clinton Cty | | 31 West Main St | | | Wilmington | OH | 45177 | |
| Unitools Press Cz As | | Imericka 328 | | | Valaske Mezirici | | 75701 | Czech Republic |
| Univar USA Inc | | PO Box 34325 | | | Seattle | WA | 98124-1325 | |
| Universal Conservation Llc | | PO Box 837 | | | Wharton | NJ | 07885 | |
| University of Wisconsin Parkside | | Board of Regents of the University of Wisconsin System | 1860 Van Hise Hall | 1220 Linden Dr | Madison | WI | 53706-1559 | |
| Uptown Matthew | | 03951 Lauen | | | Saginaw | MI | 48604 | |
| US Customs & Border Protection | Robert B Hamilton Jr Director Revenue Division | 6650 Telecom Dr | | | Indianapolis | IN | 46288 | |
| US Customs and Border Protection | Robert B Hamilton Jr Director Revenue Division | 6650 Telecom Dr | PO Box 68911 | | Indianapolis | IN | 46288 | |
| US Customs and Border Protection | Robert B Hamilton Jr Director Revenue Division | 6650 Telecom Dr | PO Box 68911 | | Indianapolis | IN | 46288 | |
| US Customs and Border Protection | Robert B Hamilton Jr Director Revenue Division | 6650 Telecom Dr | PO Box 68911 | | Indianapolis | IN | 46288 | |
| US Equal Employment Opportunity Commission | Donna L Williams Alexander Esq | AJC Federal Building Suite 3001 | 1240 East Ninth Street | | Cleveland | OH | 44199 | |
| US Filter Ionpure Inc | | 10 Technology Dr | | | Lowell | MA | 01851-2728 | |
| US Timken Co | Attn Robert Morris | 1835 Dueber Ave SW | PO Box 6927 | | Canton | OH | 44706-0927 | |
| US Timken Co | Attn Robert Morris | PO Box 6927 | 1835 Dueber Ave SW | | Canton | OH | 44705-0927 | |
| Us Xpress Enterprises Inc Et | Denise Ware | 4080 Jenkins Rd | | | Chattanooga | TN | 37421 | |
| Usa Mobility Inc | | Metrocall | 800 E Feinberg Street | | Pensacola | FL | 32502 | |
| Ut Corp | | Utiltec Div | 108 Callender Rd | | Watertown | CT | 06795-162 | |
| Utilities Instrumentation Serv | | 306 N River St | | | Ypsilanti | MI | 48198 | |
| UW Parkside | Cashiers Office | PO Box 2000 | | | Kenosha | WI | 53141 | |
| V & F Instruments Inc | Attn Rooney Reach | 1046 Baker Rd | | | Dexter | MI | 48130 | |
| Vacco Industries | | 10350 Vacco St | | | South El Monte | CA | 91733 | |
| Valenty Burton | | 21505 Nunneville | | | Beverly Hills | MI | 48025 | |
| Valentine Products Inc | | 38626 Metro Ct | | | Sterling Hts | MI | 48312-1009 | |
| Valeo Climate Control Corporation | | 3000 University Dr | | | Auburn Hills | MI | 48326 | |
| Valeo Electrical Systems Inc Motors and Actuators Division | Attn Christopher R Connely | 3000 University Drive | | | Auburn Hills | MI | 48326 | |
| Valeo Electrical Systems Inc Wipers Division | Attn Christopher R Connely | 3000 University Dr | | | Auburn Hills | MI | 48326 | |
| Valeo Schalter Und Sensoren | | Gmbh | Ousfar Rau Str 4 | 66650 Wending | | | | Germany |
| Valeo Switches and Detection Systems Inc | Attn Christopher R Connely | 5000 University Dr | 1090 Woodview Dr | | Auburn Hills | MI | 48326 | |
| Valerie A Dutton and | | David H Dutton JT Ten | | | Flint | MI | 48507-4720 | |
| Valiant Products Inc | | 58 Commonwealth Rd | | | Rochester | NY | 14618 | |
| Valhalla Scientific | | 8318 Miramar Mall | | | San Diego | CA | 92121-2911 | |
| Valley Solvents and Chemicals | | PO Box 18 | | | Gothos | TX | 78553 | |
| Valley Systems Inc | | PO Box 60003 | | | Oklahoma City | OK | 73146 | |
| Van Dyne Crotty Inc | | 8039 Washington Village Dr Ste 11C | | | Dayton | OH | 45454-1886 | |
| Van Dyne Crotty Inc | | 8039 Washington Village Dr Ste 11C | | | Dayton | OH | 45454-1888 | |
| Van Dyne Crotty Inc | | 8039 Washington Village Dr Ste 11C | | | Dayton | OH | 45454-1886 | |
| Vandalia City of Oh | | 333 James E Bohanan Memorial Dr | | | Vandalia | OH | 45377 | |
| Vanela L Eidbaum | | 6122 Northwest Blvd | | | Davenport | IA | 52806-1849 | |
| Vangel J Geots | | 45 Lake Pkwy | | | Webster | MA | 01570-2965 | |
| Vanguard Distributors Inc | | Cp Div Ks From Ro801570780 | 107 Ne Lathrop Ave | | Savannah | GA | 31402 | |
| Vanguard Distributors Inc | | PO Box 608 | | | Savannah | GA | 31402 | |
| Vanguard Distributors Inc Et | | Ks From R414-443-1400 | 107 Ne Lathrop Ave | | Savannah | GA | 31402 | |
| Vause Ja James W | | 1721 Moravian St | | | Columbus | OH | 43220-2985 | |
| Vector Cantech Inc | Lindsey Stinson | 163 W Jefferson Ste 2500 | | | Detroit | MI | 48226-4415 | |
| Vectren Energy Delivery | Attn Sharon Armstrong | PO Box 209 | | | Evansville | IN | 47702 | |
| Veida 1 Tyler | | 21877 Kids Court | | | Tomah | WI | 54660-8023 | |
| Velia S Purnell | | 1107 Kleis Court | | | Venice | FL | 34292-2019 | |
| Velma Martin and Joseph F | Jeffrey M Levinson | Margulies & Levinson LLP | Martin Jt Ten | | | OH | 45459-1508 | |
| Ventura Plastics Inc | | 30100 Chagrin Blvd No 260 | | | Cleveland | OH | 44124 | |

Delphi Corporation
Executory Contracts and Unexpired Leases

| CREDITORGUARANTEENAME | | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Abadiana Diesel Fuel Inj Svc | | 2616 Jefferson Island Rd | | | New Iberia | LA | 70560 | |
| Axial Precision Products | | 20200 Corville Dr | | | Roseville | MI | 48066 | |
| Abzel Thermal | | 3709 Medford St | | | Los Angeles | CA | 90063 | |
| Accellcoat Technologies Inc | | 2248 Chiopon Dr | | | Bengbad | CA | 91016 | |
| Accellent Endoscopy | | 2801 South Vallejo St | | | Englewood | CO | 80110 | |
| Accent Optical Technologies | | 131 NW Hawthorne Ste 207 | | | Bend | OR | 97701 | |
| Accentia Sas | | 118 Ave De France | | | Paris Cedex 13 | | | France |
| Access | | 22573 Commerce Dr | | | Farmington Hills | MI | 48335 | |
| Access Abilty Uk Ltd | | 78 83 Church St | | | Manchester | | 05X10-1JN | United Kingdom |
| Access Electronics De Mexico | | Carretera International Guadala | Nogales Km 2 No. 1980 Col Parej | | Emplame | | 83240 | Mexico |
| Access Electronics Inc | | 4180 Grove Ave | | | Gurnee | IL | 60031 | |
| Access One Technology Group | | 23373 Commerce Dr | | | Farmington Hills | MI | 48335 | |
| Access One Technology Group | Bill Film | 23373 Commerce Dr | Ste A2 | | Farmington Hills | MI | 48335 | |
| Accessmetrics | | 10370 Richmond Ave 100 | | | Houston | TX | 77042 | |
| Accrapy Inc | | 4083 E Airport Rd | | | Ontario | CA | 91761 | |
| Accro Gasket | Michael Oullette | 17358 Daimler | | | Irvine | CA | 92614 | |
| Acco Brands | | PO Box 8039 | | | Tulsa | OK | 74101-8039 | |
| Accu Cut Diamond Tool Co Inc | | 4238 40 N Sayre | | | Norridge | IL | 60634 | |
| Accu Die & Mold Inc | | 7473 Red Arrow Hwy | | | Stevensville | MI | 49127 | |
| Accu Gage Inc | | 44304 Crystal Rd | | | Kent | | 44240 | |
| Accums Corp | | 133 Fenjoy Rd | | | Statesville | NC | 28625 | |
| Accuracy Products | | 2551 Thunderhawk Ct | | | Dayton | OH | 45414 | |
| Accurate Carbide Tool Co Inc | | 6655 N Westnsvd Ave | | | Chicago | IL | 46804-1227 | |
| Accurate Castings Inc | | Hiler Industries | | 118 Koerder Dr | La Porte | IN | 46350-0546 | |
| Accurate Felt & Gasket Mfg Co | | 5228 S 51st Ave | | | Cicero | IL | 60650 | |
| Accurate Plastics Inc | | 4664 N Ravenwood Ave | | | Chicago | IL | 60640-4584 | |
| Accurate Technologies Inc | Maxwell Church | 47199 Cartier Dr | | | Wixom | MI | 48393 | |
| Accurate Technologies Inc | | 47199 Cartier Dr | | | Wixom | MI | 48393 | |
| Accurate Threaded Fasteners In | | Ad | | | Cranfield | | 44075 | |
| Accurate Wire Harness | | 308 Conover Dr | | | Franklin | OH | 45005 | |
| Accusii Inc | | 1201 East 85th Pl | | | Merrillville | IN | 10-43 | |
| Ace American Insurance Company | | Duane Morris LLP | | 30 S 17th St | Philadelphia | PA | 19103-4196 | |
| Ace American Insurance Company | | 6255 West Monroe | Ste 400 | | Chicago | IL | 99001 | |
| Ace Asphalt & Paving Co Inc | | 115 S Averill Ave | | | Flint | MI | 48506 | |
| Ace Belt & Screw Co | | 1045 International Blvd | | | Brownsville | TX | 78521 | |
| Ace Electronic Co | | 6890 Jurupa St | | | Jackson | MS | 39201-6427 | |
| Ace Forwarding | | 2201 Uvalls 18 | | | Mcallen | TX | 78501 | |
| Ace Hardware | | 8285 County Rd 13 | | | Firestone | CO | 80504 | |
| Ace Packaging Systems Inc | | PO Box 730 | | | Jackson | MI | 49204 | |
| Ace Packaging Systems Inc | | 17350 Dixie Toledo Rd Ste 300 | | | Wyandotte | MI | 48192 | |
| Ace Packaging Systems Inc | | 7986 N Telegraph Rd | | | Monroe | MI | 48162-9425 | |
| Ace Paper Products Inc | | PO Box 1722 | | | Monroe | MI | 48161-7722 | |
| Ace Wire Spring & Form | Kris Leonard / Adam Cornelius | 1105 Thompson Ave | | | Fort Wayne | IN | 46805-5643 | |
| Ace Wire Spring & Form | | 1105 Thompson Ave | | | Mckeesport Rocks | PA | 15136 | |
| Acg Direct Inc | | 18416 Haverhill Rd | | | Macomb | MI | 48044 | |
| Acg Transformacion De Polimeros Sa | | Guadalupe Victoria No 2 | | | Guanajuato | | 76119 | Mexico |
| Acg Tu | Ken Key | 11345 Lagrange Rd | | | Elyria | OH | 44035 | |
| Aci Services Ltd | | 1550 Abbott St | | | Vancouver | BC | V6G 1K5 | Canada |
| Acme Diesel Of Gm Co Inc | | 6532 E Executive Dr | | Add Chg 0102/7/04 Am | Westland | MI | 48185-0593 | |
| Acme Diesel | | 4724 Rutledge Pike Ne | | | Knoxville | TN | 37914-3299 | |
| Acme Dock Specialists Inc | | 3030 Gillham Rd | | | Kansas City | MO | 64108 | |
| Acme Mailing Co Inc | | 26300 Alphol | | | Warren | MI | 83190 | |
| Acme Metals Inc | | PO Box 3473 | | | Ottsville | OH | 45876 | |
| Acme Mills Co Inc | | 2656 Airport Rd | | Rmt Add Chg 8 00 Ur Tbx | Santa Teresa | NM | 88008 | |
| Acme Spielly Wound Paper | | Products Inc Add Chg 4 99 | | | Cleveland | OH | 44115 | |
| Acme Stamping & Wire Forming | Phil Gregor | Co | | 207 Cortes | Pittsburgh | PA | 15242 | |
| Acmos Inc | | 1027 Ashton Rd | | | Hanover | MD | 21076 | |
| Acmos Inc | | 1407 York Rd Ste 205 | | | Lutherville Timon | MD | 21093-6064 | |
| Acn Dev 276 950 Pty Ltd | | PO Box 142 | | | Edwardstown | | 05039 | |
| Acophalt | | 6850 Middlebelt | | | Romulus | MI | 48174 | |
| Acopbad Industrie Comercio | | 496 Coln Cir Ste 1 | | | Ann Arbor | MI | 48103 | |
| Acorn Ridge Group | | 2711 Product Dr | | | Rochester Hills | MI | 48309 | |
| Acorn Technology Corp | | 22441 Bigler Rd | | | Lacrosse | IN | 46348 | |
| Acoustical Systems Eng Inc | | 23103 Miles Rd | | | Cleveland | OH | 44128 | |
| Acousti Seal | | PO Box 148 | | | Verdella | PA | 14577 | |
| Acopia Usa | | 3900 Empire Rd | | | Kansas City | MO | 64120 | |
| Acra Inc | | 243 Cromwell Hill Rd | | | Monroe | NY | 10950 | |
| Acra Inc | | 2555 Aero Pk Dr | | | Traverse City | MI | 49686 | |

Delphi Corporation
Executory Contracts and Unexpired Leases

| CREDITORNAME | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| BBY Rityity | | 300 West 1st St | | | Midland | GA | 31774 | |
| Binary Applications | | 5407 Sweda Ave | | | Midland | MI | 48642 | |
| Bing Metals Group Eft | | Steel Processing | Department 262101 | | Detroit | MI | 48267-2621 | |
| Bing Metals Group Inc | | Stamp & Assembly Div | 1220 Woodland Ave | | Detroit | MI | 48211 | |
| Bing Metals Group Inc | | Steel Processing Div | | | Detroit | MI | 48211-186 | |
| Bing Metals Group Inc | | Steel Processing Div | 1600 E Euclid | | Detroit | MI | 48211-1860 | |
| Bio Chem Valve Inc | | 85 Fulton St | 1600 E Euclid | | Boonton | NJ | 07005 | |
| Bio Rad Laboratories Inc | John Albrech | Statler Research Laboratories | 3316 Spring Garden St | | Philadelphia | PA | 19104 | |
| Bio Serv Corp | | Rose Exterminator Co | 1602 N Michigan Ave | | Saginaw | MI | 48602 | |
| Bio Serv Corp | | Rose Exterminator Co | 3885 Clay Ave Sw | | Grand Rapids | MI | 49548 | |
| Biochem Valve | | 85 Fulton St | | | Boonton | NJ | 07005 | |
| Bios International Corp | | 10 Pk Pl | Rml Add Chg 3 01 Tbk Post | | Butler | NJ | 07405-1370 | |
| Biovation Corp | | 02/3000 Avenue Rd | | | Chelmsford | OH | 44139-2784 | |
| Biral Precision | | One Spruce St | | | Waltham | MA | 02454 | |
| Birmingham Electric Battery Co | Bobby Sexton | 2201 Second Ave South | | | Birmingham | AL | 35233 | |
| Birmingham Electric Battery Co | | 1600 N Oxford Ave | Unit H | | Birmingham | AL | 35010 | |
| Bishop Steering Technology Inc | | 8802 Bash St Ste A | | | Indianapolis | IN | 46256 | |
| Bishop De Mexico Sa De Cv | | Ignacio Ramirez 1389 | | | Cd Juarez | | 32000 | Mexico |
| Bistate Corp | | 16442 Manufacturers Dr | | | Foxton | MO | 63026 | |
| Bistone Sae | | Strada Del Portone 88 | | | Grugliasco Torino | | 10095 | Italy |
| Biumat Debra | | 8910 Saginaw St | | | Reese | MI | 49734 | |
| Biw Isokobronbe Gmbh | | Prepplebrasse 2 Industrieglate | | | Ennepetal | | 58256 | Germany |
| Biwin Gmbh | | PO Box 92838 | | | Rochester | MI | 56838 | |
| Biz Industiedienst | | Unit Vertrieb | Emil Thoma Str 51 | | | | | Germany |
| Black & Decker Corp The | | 610 River Rd | | | Shelton | CT | 06484 | |
| Black & Decker Corporation | Jackie Sammarco | PO Box 371671 | | | Pittsburgh | PA | 15251-7671 | |
| Black Box Network Services | | 604 12 0976 | | | Minneapolis | MN | 55485-5976 | |
| Black Pockets Industries | Howard Black | 7840 East Gelding Rd | | | Scottsdale | AZ | 85260-0000 | |
| Black River Manufacturing Inc | | 2855 120th St | | | Port Huron | MI | 48060 | |
| Black River Plastics Inc | | 2811 10th St | Add Chg & 97 Letter | | Port Huron | MI | 48060 | |
| Blackburn Dock & Co Inc | | 13335 Farmington | | | Livonia | MI | 48150-4254 | |
| Blackhawk Automotive Plastics | Don Jones | 1111 West Long Lake | Ste 102 | | Troy | MI | 48098 | |
| Blackhawk Automotive Plastics | | 1111 W Long Lake Rd Ste 102 | | | Troy | MI | 48098 | |
| Blackhawk Automotive Plastics | | 800 Pennsylvania Ave | | | Salem | OH | 44460 | |
| Blackhawk Automotive Plastics | | Washington Custom Plastics | | | Upper Sandusky | OH | 43351-9061 | |
| Blackhawk Automotive Plastics | | 9504 Bham Rd Apt 104 | | | Parma | OH | 44130 | |
| Blaisdell S | | 19350 Barrett | | | Marysville | OH | 43040 | |
| Blair Stop Steel Co | | 1329 Butler Ave | | | New Castle | PA | 16107 | |
| Blakley M | | 817 Fort Koearm D156 | | | Shreveport | LA | 71129 | |
| Blaisdale S | | 8000 S 86th St | | | Indianapolis | IN | 46256 | |
| Blanchard M | | 3501 Champion Lake Blvd Apt 1101 | Meadows Ave | | Shreveport | LA | 71106 | |
| Blanchard Wilson Norack | | 4300 Maplewood | | | Grand Blanc | MI | 48439 | |
| Blanton M | | 4420 Pennyglen Ave | | | Huber Heights | OH | 45424 | |
| Blaylock D | | 7990 Little Turtle Ct | | | Dayton | OH | 45414 | |
| Blazer International Corp | | 834 E 48th St | | | Franklin Pk | IL | 60131 | |
| Blazer International Corp | | 834 E 48th St | | | Holland | IL | 49423 | |
| Blissfield Manufacturing Co | | 629 Depot St | Chg Rmt 06/07/05 Am | | Blissfield | MI | 49228-1368 | |
| Bloomberg Inc | Jason Hahn | 499 Pk Ave | | | New York | NY | 10022 | |
| Bloomberg Inc | | 499 Pk Ave | | | New York | NY | 10022-2340 | |
| Bossman Gas Inc | | 7434 Hwy 431 N | | | Alexandria | AL | 36250 | |
| Boise Corp | Laura Dancosk | 20000 Civic Ctr Dr | | | Southfield | MI | 48076 | |
| Boise Clate Network | | 20000 Civic Ctr Dr | | | Southfield | MI | 48076 | |
| Boise International Corp | John Fitzpatrick | 6001 Lafayette East | Anno Blue | | Westlake | OH | 44228-2998 | |
| Bol Products Ltd | Barbara Lugo | 200500 Civic Ctr Dr | 118 Ideas Pk Dr | | El Paso | TX | 79912 | |
| Blue Cross Blue Shield Of Michigan | Andy Dote | 1640 S Fease Rd | 20855 Watertown Rd Ste 140 | | Reese | MI | 48757 | |
| Blue Cross Blue Shield Of Texas | Andy Dote | 1640 S Fease Rd | 20855 Watertown Rd Ste 140 | | Reese | MI | 48757 | |
| Blue Cross Blue Shield Of Wisconsin | | 1640 S Fease Rd | | | Reese | MI | 48757 | |
| Blue Cross Blue Shield Of Wisconsin | | WHWI M 4161 University Dr | | | Menomonee Falls | WI | 53051-5825 | |
| Blue Line Trucking | | 1076 Delaware St | PO Box 867 | | Salem | VA | 24153-0867 | |
| Blue Ridge Diesel | | 428 Sepcola Dr | | | Bellingham | WA | 98226 | |
| Blue Sea Systems Inc | Roger Kolehagen | 425 Sepcola Dr | | | Bellingham | WA | 98225 | |
| Blue Shield Of Ca | | Cash Receiving Site 65531 | | | Los Angeles | CA | 60074-5531 | |
| Blue Water Automotive Systems Inc | Landon Plant Cerco Plant | 2800 Busha Hwy | | | Marysville | MI | 48040-1754 | |
| Blue Water Plastics Co 1 | | 315 S Whiting | | | St Clair | MI | 48079-1883 | |
| Blue Water Plastics Inc | Karen Shoebat | 315 South Whiting St | | | St Clair | MI | 48079-4191 | |
| Blundell Production Equipment Ltd | | | Barbarastrasse 30 | 39218 Schonebeck | Coventry West Midlands | | CV4 8UT | United Kingdom |
| Bmb Steering Innovation Eft | | Gmbh | Barbarastrasse 30 | | | | | Germany |
| Bmw Ag | | D 80788 Muenchen | | | | | | Germany |

Delphi Corporation
Executory Contracts and Unexpired Leases

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| D & E Screw Machine Products | | 210 Andover St | | | Wilmington | MA | 01887 | |
| D & F Corporation | | 4244S Merrill Rd | | | Sterling Heights | MI | 48314 | |
| D & G Consulting Inc | | 31708 S Monarch Dr | | | Beverlille | UT | 84010 | |
| D & L Energy Inc | | A484 Chp22 16 08 | | | Youngstown | OH | 44509 | |
| D & M Refrigeration Inc | | 1340 Williams St | | | Buffalo | NY | 14208 | |
| D & M Tool Corp | | Div Of Specialty Mainf | | | Spring City | PA | 19425-9631 | |
| D & O Engineering Co Inc | | 4011 Creek Rd | | | Youngstown | NY | 14174-9750 | |
| D & R Technology Ltd | | 400 Fullerton | | | Carol Stream | IL | 60188 | |
| D & R Technology Llc | | 460 Windy Point Dr | | | Glendale Heights | IL | 60139 | |
| D & S Machine Products Inc | | 8665 116 St W | | | Alberta | IN | 47031 | |
| D A W Diesel Inc | David Wayne | 751 Main St | | | North Oxford | MA | 01537-1105 | |
| D A W Diesel Inc | David Wayne | 3005 Walden Ave | | | Depew | NY | 14043 | |
| D A W Diesel Inc | David Wayne | 20 Stephen Dr | | | Rochester | NY | 14623 | |
| D W Diesel Inc | David Wayne | 13 Warehouse Row | | | Albany | NY | 12205-5724 | |
| D W Diesel Inc | David Wayne | 1620 Clark St Rd | | | Auburn | NY | 13021-8963 | |
| D W Diesel Inc | David Wayne | 14201 Industrial Ave South | | | Cleveland | OH | 44137 | |
| D A Inc | | 101 Quality Ct | | | Charlestown | IN | 47111-1148 | |
| D A Lubricant Co | | Newark Electronics | | | Liverpool | NY | 13090 | |
| D A Lubricant Co Inc | | Newark Electronics Div | 4651 N Ravenswood Ave | | Chicago | IL | 60640-4469 | |
| D H Roberts Co Inc | | 1100 Valwood Pkwy | Ste 108 | | Carrollton | TX | 75006 | |
| D H Instruments Inc | Terry Stock Ext 151 | 4765 E Beautiful Ln | | | Phoenix | AZ | 85044-5318 | |
| D J Inc | | 7501 Distribution Dr | | | Louisville | KY | 40258-2803 | |
| D J Inc | | D J Plastics | 9 Zane Grey St | | El Paso | TX | 79906 | |
| D K Diesel Injection Inc | | 1600 Fourth Ave Sw | | | Watertown | SD | 57201 | |
| D L Technology Ltd | Blaine Wallman | 216 River St | | | Haverhill | MA | 01832 | |
| D R & E Company Ltd Corp | | Dept L-Ock#4 75242 | PO Box 76000 | | Detroit | MI | 48278-0242 | |
| D M R Limited | | Acura Of Troy | 1828 Maplelawn Dr | | Troy | MI | 48084 | |
| D Machine Industries Inc | | Jaco Products Co | 15060 Madison Rd | | Middlefield | OH | 44062-9460 | |
| D O Inc | | 1379 Dunbarton Pl | | | Bloomfield Hills | MI | 48301 | |
| D Scott Mitchell | | 1379 Dunbarton Pl | | | Bloomfield Hills | MI | 48301-2317 | |
| D Squared Co | | 1225 E Mondel Dr | | | Gilbert | AZ | 85233 | |
| D W Technology Llc | | 8900 Nw 7th Ave Bay 10 | | | Hialeah Gardens | FL | 33016-2622 | |
| D3a Contractors | | 204 Hawthorne Dr | | | Clark | NJ | 07066 | |
| D3a Design/Alabama Inc | | 3113 Ivy Ave Sw Ste D | | | Huntsville | AL | 35805 | |
| Daa Designs Inc | | 9020 Katona Ct | | | City | IL | 60420 | |
| Daa Drapers Inc | | 12X200 Greenback Hwy | | | Warren | MI | 48089 | |
| Dabi Consulting Inc | | 3708 Monarch Dr | | | Bountiful | UT | 84010-8016 | |
| Dac Custom Injection Moldings | | D & M Plastics | 150 French Rd | | Buffalo | NY | 14227 | |
| Dac Landscape Maintenance Llc | | 2191 Cranbridge Dr 5a | | | Kentwood | MI | 49508 | |
| Dae | Tony Urban | 450 Windy Point Dr | | | Glendale Heights | IL | 60139 | |
| Dae Backflow Prevention | | Services | 4861 Deerwood Dr | | Clayton | OH | 45415 | |
| Dae Technology Llc | | 460 Windy Point Dr | | | Glendale Heights | IL | 60139 | |
| Dae Technology Llc | | 450 D Windy Point Dr | | | Glendale Heights | IL | 60139 | |
| Dae Technology Llc | | 8550 Research Pky | | | Rochester | MI | 61108 | |
| Dae Technology Llc | | 3605 Fawn Dr | | | Rochester | MI | 48306 | |
| Daig Communications Inc | | Kwik Kopy Printing | | | Langhorne | PA | 19047 | |
| Daja America Inc | | 16311 Cornerstone Ct | | | Clinton Township | MI | 48038 | |
| Daja America Inc | | 28655 N Braxton Ave | | | Valencia | CA | 91606 | |
| Das Dreshalah Inc | | 1791 E Main St | | | Duncan | SC | 29334 | |
| Das Dreshinde/ Automotive Of | | Das Molding Inc | | | Duncan | SC | 29334 | |
| Dscs Molding Inc | | 605 Park Dr | | | Indian City | MI | 48444 | |
| Dus Yong Industry Co Ltd | | 743 5 World Dong | | | Ansan City | | 425-090 | Korea Republic Of |
| Dus Yong Industry Co Ltd Pe | | 1280 3 Changseng Dong | | | Shibuang Shi Kyyongi | | 429-450 | Korea Republic Of |
| Daelim Metal Tech Masters | | Co Ltd | 415 1 Baegjeri Sooshinmyen | Chunan Chungnam | Chunan Chungnam | | 330881 | Korea Republic Of |
| Daeang Automotive Components | | 4915 Breslin Pl Sooshi Myen | | | | | | |
| Daelwher Ag | | 743 5 World Dong | | | Ansan City | | | |
| Daesang Shareholder Agreement | President | Willamettesee 7 | | | | | | |
| Daesung Electric Co Ltd | | 769 7 Shincebang Dong | | | Ansan City /Kyong Gi Do | | | Korea Republic Of |
| Daesang Electric Co Ltd | | 743 5 World Dong | | | Kyong Gi Do | | | Korea Republic Of |
| Daesang Electric Co Ltd Pe | Doo Sung Jeon & Mike Park | 743 5 World Dong | | | Ansan City | | 425-090 | Korea Republic Of |
| Daesung Electric Co Ltd Pe | Mike Park | 743 5 World Dong | | | Cleveland | OH | 425-090 | Korea Republic Of |
| Daewoo Electric Co Ltd Pe | Jo Pk | 743 5 World Dong | | | Seoul | | 137-070 | Korea Republic Of |
| Daewoo Electric Co Ltd Pe | Jo Pk | 15663 S Secobo Dong Secobo Ku | | | Seoul | | 137-070 | Korea Republic Of |
| Daewoo Electric Co Ltd | President | 743 5 World Dong | | | Schafdon? | | 3007? | Switzerland |
| Daewoo Automotive Components Ltd | | 169 70 Shinclaebarg Dong | | | | | | Korea Republic Of |
| Daewoo Automotive Components | Jeong Yun Jeong | 266 70 Shinclaebarg Dong Youngdeungpo | | | Seoul | | | Korea Republic Of |
| Daewoo Automotive Components Ltd | Jeong Yun Jeong | 23 5 Yoido Dong Youngdeungpo | | | Seoul | | | Korea Republic Of |

Delphi Corporation
Executory Contracts and Unexpired Leases

| CREDITORNAME | CREDITORSNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Digi Key Corporation | Diane Kelbakdalen | 701 Brooks Ave South | PO Box 677 | | Thief River Fal | MN | 56701-0677 | |
| Digi Key Corporation | | 11001 Bren Rd East | | | Minnetonka | MN | 55343 | |
| Digi Key Corporation | | 701 Brooks Ave South | PO Box 677 | | Thief River Falls | MN | 56701-0677 | |
| Digi Key Corporation | | 701 Brooks Ave South PO Box 677 | | | Three River Falls | MN | 56701-0677 | |
| Digi Tech Solutions | | 102 East 91st St North | | | Sperry | OK | 74073 | |
| Digikey | | 701 Brooks Ave South | | | Thief River Fal | MN | 56701 | |
| Digital Audio Ohio Corp | | 1800 N Fruitridge Ave | | | Terre Haute | IN | 47804 | |
| Digital Design Inc | | 67 Sand Pit Rd | | | Cedar Grove | NJ | 07009 | |
| Digital Logger Inc | | 2695 Walsh Ave | | | Santa Clara | CA | 95051 | |
| Dik | | 2695 Walsh Ave | | | Santa Clara | CA | 95051 | |
| Dik Teka | Atin Howard S Sher | Jacob & Welspetten | 2301 W Big Beaver Rd Ste 777 | | Troy | MI | 48084 | |
| Dik Timothy M | Atin Howard S Sher | Jacob & Welspetten | 2301 W Big Beaver Rd Ste 777 | | Troy | MI | 48084 | |
| Dimensi Stabil M Sdn Bhd | Mr Ang Kim Kiat | Jalan Sultan Ismail | | | 50250 Kuala Lumpur | | | Malaysia |
| Dimension Machine Tool Inc | | 13564 Eaton Ave Ste 198 | | | Goury Mills | PA | 18327 | |
| Dimension Machine Tool Inc | | 15773 Lyons Dr | | | Macomb | MI | 48042 | |
| Dimension Molding Inc | Mike Marshall | 777 Annoxmo Dr | | | Addison | IL | 60101-4315 | |
| Dimensional Controls Systems In | | Software Inc | | | Troy | MI | 48084-4338 | |
| Dimensional Inspection | | | 590 Vots Blvd Ste 309 | | Vicksburg | MS | 49007 | |
| Dinninger S R | | 804 Congress Ave | 706 N Prairie | | Saginaw | MI | 48602 | |
| Dinninger Sr R | | 30300 E Howard Dr Ste 200 | | | Westlake Village | CA | 91362 | |
| Diodes Inc | | 8761 E Navigate Way | | | Indianapolis | IN | 46250 | |
| Diodes Inc | | C/o Electronics Marketing Inc | 8761 E Navigate Way | | Indianapolis | IN | 46250 | |
| Diodes Inc | | 2390 Township Dr | | | Sayville | IN | 46060 | |
| Dion Friesen | | 3298 Tian Way | | | Sunnyvale | CA | 94086-4015 | |
| Dion Oogg Ja Warte | | 10827 E South Memorial | | | Tulsa | OK | 74133 | |
| Direct Communications | | | | | Maxcher | QG | 3DF 9LL | |
| Direct Diesel Inc | | 1379 Boul Ste Marguerite | | | Mascher | ON | | Canada |
| Direct Sourcing Solutions | | Inc Diesl | | | Louisville | KY | 40222 | |
| Direct Sourcing Solutions Inc | | Diesl | 9300 Shelbyville Rd Ste 402 | | Louisville | KY | 40222 | |
| Direct Sourcing Solutions Inc | | Diesl | 9300 Shelbyville Rd Ste 402 | | Louisville | KY | 40222 | |
| Directed Electronics Formerly Clifford Electronics Inc | | | 9300 Shelbyville Rd Ste 300 | | | | | |
| Directed Energy Inc | Ron Box 24 | 20760 Lassen St | | | Chatsworth | CA | 91311 | |
| Directlogic Inc | Todd Seidel | 2401 Research Blvd Ste 109 | | | Fort Collins | CO | 80526 | |
| Dirisi Oliver | | 823 River Oaks Pkwy | | | San Jose | CA | 95134 | |
| Dirt Trading Co | John Dirst | 3223 Poplar | | | Erie | PA | 16505 | |
| Dirt Trading Co | | 3223 Poplar | | | Erie | PA | 16505 | |
| Disco Hi Tec America Inc | | 3270 Scott Blvd | | Ad Clg Prei Lir 1225804 Am | Santa Clara | CA | 95054 | |
| Disco Hi Tec America Inc | | 3270 Scott Blvd | | | Santa Clara | CA | 95054 | |
| Disco Hi Tech America Inc | | Ste B | | | Santa Clara | CA | 95054-0604 | |
| Disco Hi Tech America Inc | | 4660 Brookfield Corporate Dr | | | Chantilly | VA | 20151 | |
| Dise VI | | 702 Meade | | | Saginaw | MI | 48602 | |
| Dise V Buroy Lab Inc | Allison | 7933 Merwin Dr Ste 205 | 1815 Plantside Dr | | Houston | TX | 77006 | |
| Dispensers Optical Service | | Corp | | | Louisville | KY | 40232 | |
| Disposition Technology Inc | | 1855 Swarthmore Ave | | | Lakewood | NJ | 08701 | |
| Display Dynamics Inc | | 1749 Aspin Dr | | | Mississauga | ON | L5S3N0 | |
| Display Dynamics Inc | | 8313 N Vineland Rd | | | Clayton | OH | 45315 | |
| Display Pack Inc | | 1340 Monroe Nw | | | Grand Rapids | MI | 49505 | |
| Display Pack Inc | | 1340 Monroe Ave Nw | | | Grand Rapids | MI | 49505-0604 | |
| Display Pack Inc | | 3223 Poplar | 666 Jobaton St | | Akron | OH | 44306 | |
| Diversified Coatings Inc | | 3270 Scott Blvd | 234 River Rd | | Ridgeway | PA | 15853 | |
| Diversified Diemakers Inc | | 4379 Payphere Circle | Ad Clg Prei Lir 271605 Am | | Chicago | IL | 60674 | |
| Diversified Manufacturing Inc | | 410 Ohio St | | | Hannibal | MO | 63401 | |
| Diversified Plastics Corp | | 108 120 W Mt Vernon Rd | | | Lockport | NY | 14094-4220 | |
| Diversified Systems | Mary Dugan | 3899 W 96th St | | | New Albany | IN | 49171 | |
| Diversified Systems | Mary Dugar | 3899 W 96th St | | | Indianapolis | IN | 46254 | |
| Diversified Systems Inc | | 3899 W 96th St | | | Indianapolis | IN | 46254 | |
| Diversified Systems Inc | | 1010 Miners Rd No 5 | | | Sant Joseph | MI | 49085 | |
| Diversitech International Lic | David Gerard Teresa Paredes | 8316 Harwood Rd Apt C | | | Saint Joseph | MI | 49085-0625 | |
| Diversity Products Llc | | 32031 Howard St | | | Madison Heights | MI | 48071 | |
| Divex Inc | | Packaging Corporation Of Ohio | 3846 Port Union Rd | | Niles | OH | 45014 | |
| Dixie Coat Service Inc | | 200 East 16th St | | | Columbia | TN | 38401 | |
| Dixie Rubber Inc | | PO Box 6554 100a Industrial Dr | | | Greenville | SC | 29606 | |
| Dixie Tool Co | | 2215 Alpin Hwy 102 | | | Brownsville | TX | 78520 | |
| Dixie Tool Inc | | 613 Industrial Blvd | | | Austin | TX | 78745-1212 | |
| Dixis Warehouse & Cartage Co | | 8406 Grade Ln | | | Louisville | KY | 40219 | |
| Dixon & Ryan Corp | | 4343 Normandy Court | | | Royal Oak | MI | 48075-2288 | |
| Dixon Ft Inc | | 8315 Pilgard Rd Apt C | | | Kansas City | MO | 64138 | |
| Dixon Ftd Inc | | 2801 Lockheed Way | | | Carson City | NV | 89706 | |
| Dixon Ticonderoga Co | | Graphite Mine Rd | | | Burnt | TX | 78611 | |
| Dl Diesel Of Montevideo | | 7900 County Rd 15 Sw | | | Montevideo | MN | 56265 | |

Delphi Corporation
Executory Contracts and Unexpired Leases

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Douglass Carson | | PO Box 8024 Mc461fnd025 | | | Plymouth | MI | 48170 | |
| Douglass Kleckofer | Douglass Kleckofer | 831 Cherry | | | Denver | CO | 80222 | |
| Dove Die & Stamping Co | | 16966 Brookpark Rd | | | Cleveland | OH | 44142-1619 | |
| Dove Equipment Co Inc | | 723 Sabrina Dr | | | East Peoria | IL | 61611 | |
| Dovebid Valuation Services Inc | | 1241 East Hillsdale Blvd | | | Foster City | CA | 94404 | |
| Doverport Systems Llc | | 2400 100th St | | | Port Huron | MI | 48060 | |
| Dover & Co | | 6511 Hall St | | | Flint | MI | 48505-2645 | |
| Dower Resources Inc | | 250 Pk St | | | Troy | MI | 48083 | |
| Dow Chemical Co The | | Dow Automotive | 1550 Harmon Rd | | Auburn Hills | MI | 48326 | |
| Dow Chemical Co The | | Dow Chemical Usa | 2030 Willard H Dow Ctr | | Midland | MI | 48674 | |
| Dow Chemical Co The | | Dow Automotive | 2030 Dow Ctr Bldg 1350 | | Midland | MI | 48674-0001 | |
| Dow Corning Corp | Attn Tammy Grove CO1222 | 2200 W Salzburg Rd | | | Midland | MI | 48686 | |
| Dow Corning Corp | Dawn Abel | 6511 11 Mile Rd | | | Auburn | MI | 48611 | |
| Dow Corning Corp | | Elizabethtown Plant | 760 Hodgenville Rd | | Elizabethtown | KY | 42701 | |
| Dow Corning Corp | | Advanced Engineering Materials | 5300 11 Mile Rd | | Auburn | MI | 48611 | |
| Dow Corning Corp | | 2200 W Salzburg Rd | | | Auburn | MI | 48686 | |
| Dow Corning Corp | | 2200 W Salzburg Rd | | | Midland | MI | 48640-0840 | |
| Dow Corning Gmbh | | Rheingaustrasse 34 | | | Wiesbaden | | | Germany |
| Dow Corning Stl Ltd | | Cardiff Rd | | | Barry South Glamorgan | | CF63-2YL | United Kingdom |
| Downs Debra | | 1118 76th Ave | | | Greeley | CO | 80634 | |
| Downstream Technologies | | 563 Main St | | | Bolton | MA | 01740 | |
| Dowdy O Brngs North America | | Foxhills County Ottops | | | North Charleston | SC | 29418 | |
| Dowsett C | | 8 Marktown Ct | | | Saginaw | MI | 48602 | |
| Doyeon Selm | | PO Box 8024 Mc461fpa023 | | | Plymouth | MI | 48170 | |
| Dr Brown Of Detroit Inc | | 11546 Champaigne Dr N | | | Saginaw | MI | 48604 | |
| Dr Brown Of Saginaw Inc | | 2845 Universal Dr | | | Saginaw | MI | 48603-2412 | |
| Dr Ratholder Automotive | | Systems Inc | 27117 Pembridge Ln | | Farmington Hills | MI | 48331 | |
| Dr Schneider Konststoffwerke Gmbh | | Lindstraße 10 12 | | | Kronach | | 96317 | Germany |
| Dr Steffan Diamantschlelf Gmbh | | Dr | | Salzburger Strasse 34 | Linz | | 04020 | Austria |
| Draco Mfg Inc | Deborah Amundson | 826 Minnesota Ave | | | Troy | MI | 48083 | |
| Draco Mfg Inc | | 826 Minnesota Ave | | | Troy | MI | 48083 | |
| Draco Mfg Inc | | 10540 Nottmnkamn Hwy 250 | | | Farmington Hills | MI | 48024-1634 | |
| Dragon Corp | | 10143 Penoe Shewman Rd | | | New Paris | OH | 45347 | |
| Dragon Corp | | 40 Watkery Rd | | | Mahwah | NJ | 07430 | |
| Drasserite Inc | | Distler 23 | | | Wuppertal | | 42389 | Germany |
| Drake Automotive Gmbh | | Distler 23 | | | Wuppertal | | 44445 | Germany |
| Drake Manufacturing Services Co | | 966 W Chippewa Court | 4271 N Leavitt Rd Nw | | Warren | OH | 44485 | |
| Drake Daniel D | | Flashing Square Chevrolet | | | Sanford | MI | 48657 | |
| Draper Chevrolet Co | | 4300 Bay Rd | 4200 Bay Rd | | Saginaw | MI | 48603-1204 | |
| Draper Toyota Inc | | 4375 Bay Rd | | | Saginaw | MI | 48603 | |
| Dreher Cathi | | 1819 Crestone Court | | | Longmont | CO | 80501 | |
| Dressler Jim Inc | | Dressler Manufacturing | 328 State Rd 144 | | Burgettsville | IN | 46106 | |
| Drew Service | | 4575 Glen Moore Way | | | Kokomo | IN | 46902 | |
| Drew J | | 4300 Nw 62nd St | | | Kansas City | MO | 64151 | |
| Drlaba Co | | 711 W Broadway | | | Glendale | CA | 91204 | |
| Driscoll Automatic Control Co | | PO Box 20984 | | | Tulsa | OK | 74121-0984 | |
| Driscoll Automatic Control Co | | PO Box 300668 | | | Arlington | TX | 76007-0668 | |
| Driscoll N | | PO Box 60534 | | | Dayton | OH | 45406 | |
| Driv Lok Inc | | 1140 Park Ave | | | Sycamore | IL | 60178 | |
| Driv Lok Inc | | 7900 Durand Ave | | | Sturtevant | WI | 53177 | |
| Drlova International | | 218 S Ardney St | | | El Paso | TX | 79905 | |
| DJ Tooling | | 36100 Dequindre Rd Ste 510 | Siding Heights | | | MI | 48310-7142 | |
| Drm Technologies Inc | Jim Hall | 670 Industrial Rd | | | Cambridge | ON | N3H 4V9 | Canada |
| Drm Technologies Inc | Timothy Hall | 670 Industrial Rd | | | Cambridge | ON | N3H4V9 | Canada |
| Droll Inc | | 4 Durham Dr | | | New Fairfield | CT | 06810-0973 | |
| Druck Inc | | C/o The Frey Inc | 320 Washington St | | Rochester | NY | 14625 | |
| Drucker J | | Glenessian 7 | | | Valbert | | 42581 | Germany |
| Druneca Metal Gmbh & Co Kg | | 316 Riverway Dr | | | Vero Beach | FL | 32963-2690 | |
| Drury David L | | 860 West Park Rd | | | Brownsville | TX | 78520 | |
| Ds Calibration Services | Tom Rodriguez | 860 W Price Rd | | | Brownsville | TX | 78520 | |
| Ds Calibration Services | Tere Rodriguez | Hodeair 3 | Ste 104 | | Mecakenheim | | 53340 | Germany |
| Dsg Canusa Gmbh & Co Kg | | 1200 Winterset Ct | Rm Adt Chrg 09/19/04 Gz539y | | Wixom | MI | 60172 | |
| Dsi Technology Escrow Services | | 2267 W Mill Rd | | | Evansville | IN | 47712-3335 | |
| Dsm Engineering Plastics Inc | | 28700 Cabot Dr Ste 1100 | | | Novi | MI | 48377 | |
| Dsplore Inc | | 4010 Moriam Dr | | | Overland Pk | KS | 66203 | |
| Dss Prodseel | | 826 Main St | | | Nashville | TN | 37206 | |
| Dss Prodseel | | 5328 Sixth Ave South | | | Birmingham | AL | 35222 | |
| Dss Prodseel | | 419 W Main St | | | Johnson City | TN | 37604 | |
| Dss Prodseel | | 2833 John Deere Dr | | | Knoxville | TN | 37917 | |

Delphi Corporation
Executory Contracts and Unexpired Leases

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| First Trade Inc | | PO Box 309420 | | | St Thomas | VI | 00803-9420 | |
| Fischer America Inc | | 27117 Pembridge Ln | | | Farmington Hills | MI | 48331 | |
| Fischer Inc | | 4449 Hamilton Way | | | Gladwin | MI | 48624 | |
| Fisher Tech Suzhou Co Ltd | | No 288 Tangzhuang Rd Loufeng | North District Hi Tech Dev | | Suzhou | | 215221 | China |
| Fisher Technology Inc | | 750 Marshall Phelps Rd | | | Windsor | CT | 06095 | |
| Fisher O | | 4355 Obrien Rd | | | Vassar | MI | 48768 | |
| Fisher Diesel Injection Serv | | 2063 7th Ave North | | | Lethbridge | AB | T1H 5C5 | Canada |
| Fisher Gauge Limited | | 710 Neal Dr | | | Peterborough | | K9J6Y0009 | Canada |
| Fisher Gauge Ltd | | Fishercast | | | Peterborough | | 13601 | |
| Fisher Machine Shop Inc | | 314c Chapel Hill Rd | 22419 Fisher Rd | | Watertown | NY | 13601 | |
| Fisher Scientific | | Acd 09/16/03 Cp | A6d Chg 4/29/03 Cp | | Utica | MS | 39175 | |
| Fisher Scientific Co | | Acd 01/15/03 002 | PO Box 404705 | | Atlanta | GA | 30084-4705 | |
| Fisher Tech Ltd | | 4500 Turnberry Dr Ste A | | | Hanover Pk | IL | 60133 | |
| Fisheriuntech | | No 12 Loyang Way 4 Loyang | Industrial Estate | | | | 507002 | Singapore |
| Fisheriuntech Inc | | 1150 Stephenson Hwy | | | Troy | MI | 48083 | |
| Fishercast | | 710 Neal Dr | Pps | | Peterborough | ON | K9J 6X7 | Canada |
| Fishercast Global | | Corporation | 194 Sophia St | | Peterborough | ON | K9J 1Y6 | Canada |
| Fishercast Global Corp | | 310 Armour Rd | | | Peterborough | ON | K9J 6X7 | Canada |
| Fishercast Global Corp | | 710 Neal Dr | | | Peterborough | ON | K9J 6X7 | Canada |
| Fiske Brothers Refining Co | | 129 Lockwood St | | | Newark | NJ | 07105-4720 | |
| Five Star Tool Die Inc | | 383 Buell Rd | | | Rochester | MI | 14624 | |
| Fit Industries Inc | | Flambeau Plastics Div | | | Grand Rapids | MI | 49507 | |
| Flambeau Inc | | 801 Lynn Ave | | | Baraboo | WI | 53913 | |
| Flambeau Inc | | 801 Lynn Ave | | | Baraboo | WI | 53913 | |
| Flambeau Inc P | | 801 Lynn Ave | | | Baraboo | WI | 53913 | |
| Flanigan Electric Co Inc | | 124 Wind Ridge Dr | | | Jackson | MI | 49201-2461 | |
| Flashfold Packaging Group | Karen Jordan | 1820 S West St | | | Fort Wayne | IN | 46815 | |
| Fleet Logistics | | PO Box 11467 | | | Ogden | UT | 84415 | |
| Fleetsource | | PO Box 190290 | | | Concord | | 03772 | |
| Flesch Gordon Company Inc | | 423 County Rd | | | Dublin | OH | 43017 | |
| Flex Line Automation Inc | | Gfs Leasing | 5655 Venture Dr | | Chester | IL | 62233 | |
| Flex N Gate Battle Creek Llc | | 3628 Union School Rd | | | Battle Creek | MI | 49014 | |
| Flex Technologies Inc | | 10250 F Dr North | Ste 110 | | Portland | TN | 37146-150 | |
| Flex Technologies Inc | | 104 Flex Dr | | | Brighton | MI | 48116 | |
| Flex Technologies Inc | | Polyflex | State Rte 93 | | Baltic | OH | 43904 | |
| Flex Technologies Inc | | Mount Eaton Div | 16163 E Main St | | Mount Eaton | OH | 44659 | |
| Flexable Automation Inc | Diane Hays | 10524 E Grand River Ave | | | Brighton | MI | 48116 | |
| Flexible Circuits Inc | | 3387 Bristol Rd | | | Burton | MI | 48529 | |
| Flexible Products Co | | 222 Valley Rd | | | Washington | PA | 18976 | |
| Flexible Technologies Inc | | 2620 Auburn Court | | | Auburn Hills | MI | 48326 | |
| Flextech Inc | | Flextile | 900 Stewart Ave | | Plano | TX | 75074 | |
| Flextor SA | | Avda Pinoa S/n | | | Zamudio Vizcaya | | 48016 | Spain |
| Flextronic Systems Inc | | 1719 Hamilton Rd | | | Bloomington | IL | 61704 | |
| Flextronics Asia Pacific Ltd | | St James Ct St Denis St Ste 802 | | | Port Louis | | 00000 | Mauritius |
| Flextronics Malaysia Sdn Bhd | | Flextronics | Pkg 226 Kaw Perindustrain Sena | Senai | Johore | | 81400 | Malaysia |
| Flextronics Usa | | 4120 Specialty Pl | | | Longmont | CO | 80504 | |
| Flint Cketless Grinding Inc | | 7920 Clyde Pk Ave Sw Ste A | | | Byron Ctr | MI | 49315 | |
| Flint Underground Sprinkler | | 490 Rolling Green Cir S | | | Rochester Hills | MI | 48309-1258 | |
| Flightek Michael S | | 1838 Remidi St | | | Flint | MI | 48500-4432 | |
| Flipchip International Llc | | 3700 East University Dr | | | Phoenix | AZ | 85004 | |
| Flipchip International Llc | L Williams | 3701 East University Dr | | | Phoenix | AZ | 85004 | |
| Flr Systems Boston Inc | Aileen Zandy | Infrared Training Ctr | 16 Esquire Rd | | Billerica | MA | 01862 | |
| Flr Systems Inc | | 16 Esquire Rd | | | N Billerica | MA | 01862 | |
| Floform Ltd | Daniel Marroquin | Hershek Ln | | | | | | United Kingdom |
| Florex G | | 25 Harbour View Pte | | | Linwood | MI | 48634 | |
| Florida Diesel Injection Inc | Ralph Roudzahn | 3300 28th St N | PO Box 60847 | | St Petersburg | FL | 33713 | |
| Florida Production Engineering | | Fpe Ormond Beach | 2 Tower Ct E | | Ormond Beach | FL | 32174-4759 | |
| Florida Production Engineering | | Fpe Ormond Beach | | | New Madison | OH | 45346 | |
| Flow Dry Technology Ltd | | 379 Albert Rd | 1855 State Rte 121 N | | Brookville | OH | 45309-8247 | |
| Flow Ezy Filters Inc | | 147 Enterprise Dr | | | Ann Arbor | MI | 48103 | |
| Flow Ezy Filters Inc | | PO Box 1950 | | | Ann Arbor | MI | 48103 | |
| Flow Science Inc | | Fti | | | Wilmington | NC | 28402 | |
| Flow Technology Inc | | 1848 Lyell Ave | 4250 E Broadway Rd | | Phoenix | AZ | 85040 | |
| Flower City Communications | | Auto Fx | | | Rochester | NY | 14606 | |
| Flower City Glass Co Inc | | 257 Turnpike Rd | 188 Mount Hope Ave | | Rochester | NY | 14602-1132 | |
| Flowmetrics | | 4 Mount Royal Ave No 450 | | | Southborough | MA | 01772 | |
| Flowmetrics | | Ste100 | | | Marlborough | MA | 01752-1948 | |
| Flowserve | | PO Box 972157 | | | Dallas | TX | 75397-2157 | |

Delphi Corporation
Executory Contracts and Unexpired Leases

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Halltek Company Ltd | | 31088 San Clemente St | | | Hayward | CA | 94544 | |
| Hella Electronics Corp | | 1101 Vincennes | | | Flora | IL | 62839 | |
| Hella Fahrzeugkomponenten Gmbh | | Dortmunder Str 5 | | | Bremen | | 28199 | Germany |
| Hella Inc | | 201 Kelly Dr | | | Peachtree Cty | GA | 30269 | |
| Hella Inc | | 201 Kelly Dr | | | Peachtree Cty | GA | 30269-1142 | |
| Hella Innenleuchten Systems | | Gmbh | Maienbahnstrabe 7 | 79677 Wernbach | | | | Germany |
| Hella Kg Hueck Co | | Hueck & Co | Rixbecker Str 75 | 59552 Lippstadt | | | | Germany |
| Heller R A Company | | 10530 Chester Rd | | | Cincinnati | OH | 45215-1204 | |
| Hellermann Tyton Corporation | | Nmtrent Chg 2002 Cp | PO Box 245017 | | Milwaukee | WI | 53224 | |
| Hellermann Tyton Gmbh | | Hellermann Tyton Gmbh | Grosser Moorweg 45 | | Tornesch | | 25436 | Germany |
| Hellermann Tyton Gmbh | | Hellermann Tyton Gmbh | Grober Moorweg 45 | | Tornesch | | D-25436 | Germany |
| Hellermann/lyon Corp | | 1250 Creekside Pky | | | Naples | FL | 34108-1939 | |
| Helm Instrument Co Inc | | 361 W Dussel Dr | | | Maumee | OH | 43537-1666 | |
| Helm Wesley D | | 104 Wayward Pointe Dr | | | | | | |
| Helwig Mfg | | 12480 Quivira Rd | | | Overland Pk | KS | 66213 | |
| Hemphill Spring Co | | 4220 E Washington Blvd | | | Los Angeles | CA | 90023-4489 | |
| Henderson A | | 157 High St Apt 3 | | | Lockport | NY | 14094 | |
| Henderson Associates Inc | | 341 Rte 101 | | | Bedford | NH | 03110-5120 | |
| Henderson C | | PO Box 642 Casset Rd | | | Vandalia | OH | 45377 | |
| Henderson M R | | PO Box 642 | | | Vandalia | OH | 45377-0642 | |
| Hendrick Motorsports | Pat Perkins | 4400 Papa Joe Hendrick Blvd | | | Charlotte | NC | 28202 | |
| Hendrickson David M | | 10123 Nottingham Ln | | | Kokomo | IN | 46902-0551 | |
| Hendrika Vandenberg | | 423 Springview St Sw | | | Decatur | AL | 35601 | |
| Hensel Chemical Management | | 1 Vantage Way Ste C 200 | | | Nashville | TN | 37228 | |
| Hentec Corp | | Hentel Surface Technologies | 32100 Stephenson Hwy | | Madison Heights | MI | 48071 | |
| Hentel Corp | | Henkel Loctite | 3301 W Mt Pleasant Blvd | | Muncie | IN | 47302 | |
| Hentel Loctite Adhesives Ltd | | Watchmead Welwyn Garden City | | | Hertfordshire | | AL7 1JB | United Kingdom |
| Hentel Loctite Corp | | Dexter Electronics Materials D | 15051 E Don Julian Rd | | City Of Industry | CA | 91746-3302 | |
| Hentel Loctite Corp | | 1001 Trout Brook Crossing | | | Rocky Hill | CT | 06067 | |
| Henningers Diesel Ltd | | 1106 Webbwood Dr | | | Sudbury | ON | P3C 3B7 | Canada |
| Henricksen & Company Inc | | 1070 W Ardmore Ave | | | Itasca | IL | 60143-1304 | |
| Henrietta Building Supplies | | 1800 Lein Way | | | West Henrietta | NY | 14586 | |
| Henrob Corp | | 22855 Heslip | | | Novi | MI | 48375 | |
| Henry Brinson | | 2217 Mackenna Ave | | | Niagara Falls | NY | 14303-0302 | |
| Henry Caldwell | | 3922 Veterans Memorial Pkwy | | | Tuscaloosa | AL | 35404 | |
| Henry Schein Inc | | 2 Huntington Quadrangle | | | Huntington | NY | 11747 | |
| Henry Sullivan | | 6421 Wailea Court | | | Grand Blanc | MI | 48439-8586 | |
| Heraeus Stamping & Mfg Co Eft | | 31650 Stephenson Hwy | | | Madison Hts | MI | 48071 | |
| Heraeus Inc | | 150 San Lazaro | | | Sunnyvale | CA | 94086-5209 | |
| Heraeus Cermalloy Inc | Terry Donelly | 24 Union Hill Rd | | | West Conshohocken | PA | 19428 | |
| Heraeus Chemicals Sa Pty | | PO Box 1987 | | | Port Elizabeth | | 06000 | South Africa |
| Heraeus Inc | | Circuit Materials | 24 Union Hill Rd | | West Conshohocken | PA | 19428 | |
| Heraeus Materials Ltd | | Unit A Cranehill Industrial Estate | | | Staffordshire | | ST3 5LB | United Kingdom |
| Hereaus Metals Processing Inc | | 13429 Alondra Blvd | | | Santa Fe Springs | CA | 90670 | |
| Hercules Incorporated | | Aqualon Division | Hercules Plaza | | Wilmington | DE | 19894-0001 | |
| Hercules Incorporated | | PO Box 840046 | | | Dallas | TX | 75284-4046 | |
| Herff Jones Inc | | 567 Leonat Pl W | | | Indianapolis | IN | 46281 | |
| Herfurth Crystal Clean | | PO Box 68123 | | | Indianapolis | IN | 46268 | |
| Heritage Environmental Service | | 7901 W Morris St | | | Indianapolis | IN | 46231 | |
| Heritage International Inc | | 12975 Sw 132nd St | | | Miami | FL | 33166 | |
| Heico International Inc | | 12975 Southwest 132nd St | | | Miami | FL | 33166-2283 | |
| Herman & Co Inc | | 1100 E Maryland St | | | Indianapolis | IN | 46202 | |
| Herman Chang | | PO Box 8024 Md481cbn009 | | | Plymouth | MI | 48170 | |
| Hernandez Ruezi Armando | Robie Horrara | Dessco Y Manufactura Industria | Prof Ajuirre Laredo No 5214 | 7a Col Jardines De San Jose | Ciudad Juarez | | 32180 | Mexico |
| Herr Industrial Metals | | 3488 Burton Dr | | | Brownsville | TX | 78521-3947 | |
| Herr Voss Corporation | | Main St | | | Callery | PA | 16024 | |
| Herren William R | | 4583 Dartmouth Dr | | | Saginaw | MI | 48603-6212 | |
| Herrera B | | 1950 Oak Lick Tree | | | Norcross | GA | 30093-5724 | |
| Herrera S | | 148 Holyoke St Apt B | | | Rochester | NY | 14615 | |
| Hertz Equipment Rental | | 28500 Goddard Rd | | | Romulus | MI | 48164-2606 | |
| Hertz Equipment Rental Corp | | 4099 Dolan Dr | | | Flint | MI | 48504 | |
| Hertz Equipment Rental Corp | | 28123 Smith Rd | | | Romulus | MI | 48174-2232 | |
| Hertz Equipment Rental Corp | | 1885 S High St | | | Columbus | OH | 43207 | |
| Hertz Equipment Rental Corp | | Hertz | 1438 E Galbraith Rd | | Cincinnati | OH | 45215 | |
| Hertz Equipment Rental Corp | | PO Box 26390 | | | Oklahoma City | OK | 73126 | |
| Hertz Equipment Rental Corp | | PO Box 74579 | | | Cleveland | OH | 44194-5662 | |
| Herzog Automation Corp | | Censor Co The | | | | | | |
| Hesco Parts Corp | | 990 S 9th St | | | Louisville | KY | 40201 | |

Delphi Corporation
Executory Contracts and Unexpired Leases

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Howard Finishing Llc | | 32565 Dequindre Rd | | | Madison Heights | MI | 48071-1520 | |
| Howes Temco Inc | | 6 Blackstone Ave | | | Danvers | MA | 01923 | |
| Howland Local School Dist Board Of Education | Treasurer | 8200 South Rd Se | | | Warren | OH | 44484 | |
| Howland Springs Water Co Inc | | 8707 Howland Springs Rd Se | | | Warren | OH | 44484 | |
| Hoyle R | | PO Box 2 | | PO Box 8 | Linwood | MI | 48634-0002 | |
| Hp Finance | | 1420 Mountain Ave | | PO Box 6 | Murray Hill | NJ | 07974 | |
| Hp Finance | | 1420 Mountain Ave | | | Murray Hill | NJ | 03177-5485 | |
| Hp Products Corp | Customer Service | 4220 Saguaro Trail | | | Indianapolis | IN | 46268-3560 | |
| Hp Technologies Inc | | 3404 S Memory Dr | | | Ft Collins | CO | 80525 | |
| Hpt Bonds Inc | | Drawer 7 7528 | | | Chicago | IL | 60678-7528 | |
| Hq Amylus Force Exchange Service | | PO Box 660261 | | | Dallas | TX | 75266-0261 | |
| Hq Robertson Systems | | 9570 19 Mile Rd | | | Sterling Heights | MI | 48314 | |
| Hr Technologies Inc | Rodney Smith | 9011 Mills Canyon Rd | | | Marana | CA | 95965 | |
| Hr Assembly Inc | | 850 St Paul St | | | Rochester | NY | 14605 | |
| Hsbc | Simon Jackson | Hsbc Bank Usa National Association | 452 Fifth Ave Tower 9 | | New York | NY | 10018 | |
| Hsbc Bank Usa | | Legal Department | 6th Ave 40th St | | New York | NY | 10018 | |
| Hsbc Bank Usa | Dena Babus Vp Foreign Exchange | 452 Fifth Ave | 10th Fl | | New York | NY | 14203 | |
| Hsbc Bank Usa | Teresa Kelly Vice President | One Hsbc Ctr | | | Buffalo | NY | 14203 | |
| Hss Inc | | 5446 Dixie Hwy | | | Saginaw | MI | 48601-5872 | |
| Hss Material Management Solutions | David Bader | 5446 Dixie Hwy | | | Saginaw | MI | 48601 | |
| Hss Global Services Inc | Manoj Varghese | 3720 W Big Beaver Dr | | | Troy | MI | 48084 | |
| Hss Global Services Inc | | 3720 W Big Beaver Dr | | | Troy | MI | 48084 | |
| Htg Corp Inc | | Heitech Technology Group | | | Taylor | MI | 48180 | |
| Htg Corp Inc | | Htg Wyandotte Llc | 4261 13th St | | Wyandotte | MI | 48192 | |
| Htg Corp Inc | | Tiffin Div | 1688 S County Rd 593 | | Tiffin | OH | 44883 | |
| Htg Inc | | 711 Jackson Ave | | | Winter Pk | FL | 32789 | |
| Hua Zhang | | PO Box 6024 Mc48162ts008 | | | Plymouth | MI | 48170 | |
| Hub City Diesel Injection Ltd | Leonard Grapentin | Unit 4 3111 Millar Ave | | | Saskatoon | SK | S7K 6N3 | Canada |
| Hub Group Inc | Tom Reldinger | 701 Congressional Blvd Ste 110 | | | Carmel | IN | 46032 | |
| Hub Group Assoc Inc | Mark Suriadhikonaa Reldinger | 701 Congressional Blvd Ste 110 | | | Carmel | IN | 46032 | |
| Hubbard Supply | | 5900 E Washington Rd | | | Saginaw | MI | 48601-9623 | |
| Huber & Suhner Inc | | 19 Thompson Dr | | | Essex Junction | VT | 05452-3408 | |
| Huber G | | 5031 Finch | | | Flint | MI | 48506-1812 | |
| Hobert Statdken Gmbh | | Alte Todenmannel Str 42 | | | Rinteln | | 31737 | Germany |
| Huck Fasteners | | 605 W Armory Dr | | | South Holland | IL | 60473 | |
| Huck Fasteners | | 1 Corporate Dr | | | Park Forest | IL | 60466 | |
| Huck International Inc | | Huck Fasteners An Alcoa Busine | 24000 S Western Ave | | Livonia | MI | 48150 | |
| Huck International Inc | | Huck Installation Systb Div | S3200 Capitol Ave 2nd Fl | | Kingston | NY | 12401 | |
| Huck International Inc | | Huck Fasteners | 1 Corporate Dr | | Waterford | OH | 44256-2408 | |
| Huck International Inc | | Huck Jacobson Altoona | 4601 Cortland Ave | | Altoona | PA | 16601 | |
| Huckasol Diesel | | 8745 S 88th St | | | Franklin | WI | 53132 | |
| Huddleston Industries Inc | | 200 Remick Ln | | | Lawrenceburg | TN | 38464 | |
| Hushed Auto Motor Factory | President | 102a Balyu Rd | | Shashi Hubel | | | | China |
| Hugh Pennington | | 201 Riverbend Church Rd | | | Cedia | GA | 31774 | |
| Hughes Chrysler Plymouth | | 640 South Pacific St | | | San Marcos | CA | 92069 | |
| Hughes Hi Tech Inc | | Pinty Hughes Industrial Product | 8885 Main St | | Clarence | NY | 14031 | |
| Hughes Peerless Controls Inc | | 291 Alpha Pk | | | Cleveland | OH | 44143 | |
| Hugo Benzing Gmbh & Co Kg | | 41600 Joy Rd | | | Plymouth | MI | 48170 | |
| Hugo Benzing Gmbh & Co Kg | | Chelmtent 49 St | | | Korntal Muenzlingen | | 70825 | Germany |
| Hugo Kern Und Liebers Gmbh & C | | Kem & Liebers | Dr Kurt Steln Str 35 | | Schramberg | | 78713 | Germany |
| Hugo Mandola | | 9035 De 100th St | | | North Brunswick | MD | 08157 | |
| Huj Gina | | 88 Amy Dr | | | North Brunswick | NJ | 08902 | |
| Huji Hong | | 2134 S Cincinnati | | | Tulsa | OK | 74114 | |
| Hulmen Services Inc | | 500 W Main St | | | Louisville | KY | 40202 | |
| Humana Otoloacare | Judy Keltner | 502 Suncrest Pkwy | | | Acworth | GA | 30102 | |
| Humate Corporation Sofbweb | Ed Pharre | 403 Margaret Ave | | | Wallaceburg | ON | N8A2A5 | |
| Humphrey Exprass Inc | | 204 Carringten Ridge | | | Stockbridge | GA | 30281 | |
| Humphries J | | Delphi Saginaw Steering Systems | | | Vicksburg | MS | 42260 | |
| Hunan Microfine Products Ltd In | Bill Lin Engineer | Hunan Alabama Ltd | 518 Hanjin Way | Hunan Province | | | China |
| Hunt A | | 105 Sobleski St | | | Anniston | AL | 36205 | |
| Hunt Machine & Manufacturing C | | 299 West Ave | | | Rochester | NY | 14621 | |
| Hunt R | | Unit 3A World In Centre | | | Talandege | AL | 442762119 | |
| Huntington Foam Corp | | 10448 Chester Rd | | | Cincinnati | OH | 45215 | |
| Huntington Tube Div | Ken Leob | 1323 Moore Ln | | | Greenville | MI | 49838 | |
| Huntsville Pirts Inc | | 2402 Clinton Ave W | | | Huntsville | AL | 35805 | |
| Hupples Hi Fi Photo & Video Inc | | PO Box 281 | | | Spokane | WA | 00213-3069 | |
| Horns Fuel Injection Limited | | Highway 4 South Pobox 1471 | | | Clinton | ON | N0M 1LO | Canada |
| Hurem Tool & Engineering Co | | 8301 Doerr St | | | Bad Axe | MI | 42415-9490 | |

12/28/2007 11:05 AM

Delphi Corporation
Executory Contracts and Unexpired Leases

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Ltc Roll & Engineering Co | | 23500 John Gersuch Dr | | | Clinton Township | MI | 48036 | |
| Lts Inc | | 3225 Hwy 31 S | 3970 N First St | | Decatur | AL | 35603 | |
| Ltx Corp | | Western Region | | | San Jose | CA | 95134 | |
| Ltx Corp | | Ltx Pk At University Ave | | | Westwood | MA | 02090 | |
| Lu Zhang | | 5402 Lochmere Dr | | | Carmel | IN | 46033 | |
| Lucas Aftermarket & Lucas Ltd | | 46 Pk St | | | London | | WY14DJ | United Kingdom |
| Lucas Milhaupt Inc | | 5656 S Pennsylvania Ave | | | Cudahy | WI | 53110--245 | |
| Lucas Milhaupt Inc | | 5656 S Pennsylvania Ave | | | Cudahy | WI | 53110--2453 | |
| Lucas R | | PO Box 391 | | | Franklin | OH | 45005 | |
| Lucas Tvs Diesel Systems Ltd | Tk Balaji | No 6 Patullos Rd | | | Chennai 600 002 | | | India |
| Lucite Rubio | | 7291 Luz De Ciudad | | | El Paso | TX | 79912 | |
| Lucenti Technologies Inc | | 600 Mountain Ave | | | Murray Hill | NJ | 07974 | |
| Lucenti Technologies Inc Assigned To Ftel Usa Corp | Tom Twomey | 600 Mountain Ave | | | Murray Hill | NJ | 07974 | |
| Lucenti Technologies Inc Intellectual Property Business | | 14645 Northwest 77th Ave | Ste 105 | | Miami Lakes | FL | 33014 | |
| Luck Marr Plastics Inc | Marco Pierobon | 35735 Stanley Dr | | | Sterling Heights | MI | 48312 | |
| Luck Marr Plastics Inc | | 35735 Stanley Dr | | | Sterling Heights | MI | 48312-2661 | |
| Luckoff P | | 2225k Buffum St | | | Milwaukee | WI | 53212-3327 | |
| Luckoff T | | 217 Castill Ln | | | Flint | MI | 48504 | |
| Luckman James E | | 12629 Treaty Line St | | | Carmel | IN | 46032-7234 | |
| Luis Felipa Velasquez Hemande | | Aries Maquinados Industrial | Av El Sauz No 502 | Colonia Zona De Oro 2 | Celaya Guanajuato | | 38020 | Mexico |
| Luk Do Brasil Embreagens Ltds | | Fundicao Luk | Rua Dr Jose Fabiano De G Gurja | Distr Indl Luiz Torrani | Mogi Mirim | | 13803--070 | |
| Luke & Sugar Party Ltd | Randy Lum | 20210 E 9 Mile Rd | | | Saint Clair Shores | MI | 48080-1791 | |
| Lumbert Equipment | Becky Swarts | 23214 Glove St | | | Shady Point | OK | 74956 | |
| Lumbee Enterprises Inc | | 415 Axminster | | | Fenton | MO | 63026 | |
| Lumbee Enterprises Inc | | 7800 Nineteen Mile | | | Sterling Heights | MI | 48314 | |
| Lumbee Enterprises Inc | | 415 Axminster | Add Chg 02/03 Mh | | Fenton | MO | 63026 | |
| Lumco Manufacturing Co | | 2027 Mitchell Lake Rd | | | Attica | MI | 48412 | |
| Lumex Inc | Tres Olvera Ext 1535 | 290 E Helen Rd | | | Palatine | IL | 60067 | |
| Luminous Group | | 31700 Thirteen Mile Rd Ste 200 | Ad Chg Per Letter 02/18/04 Am | | Farmington Hills | MI | 48334 | |
| Lunal | John Kalogerou | C/o Wetzel Inc | 5001 Enterprise Dr | | Warren | OH | 44481-8705 | |
| Lunal C/o Wetzel Inc | | 5001 Enterprise Dr | | | Warren | OH | 44481 | |
| Lunal Inc | | C/o Warren Screw Machine | 49 W Federal St | | Niles | OH | 44446 | |
| Lundberg Denys | Attn Howard S Sher | Jacob & Weingarten P C | 2301 W Big Beaver Rd Ste 777 | | Troy | MI | 48084 | |
| Lundberg Edward | Attn Howard S Sher | Jacob & Weingarten Pc | 2301 W Big Beaver Rd Ste 777 | | Troy | MI | 48084 | |
| Lunkomex Sa De Cv | | Resurreccion Sur No 6 | Industrial Resurreccion | | Puebla | | 72520 | Mexico |
| Lunt Manufacturing Co Inc | | 816 E 4th St | | | Royal Oak | MI | 48067 | |
| Lupin Targhe | | C/o Kenmar Corp | 17515 W 9 Mile Rd Ste 875 | | Southfield | MI | 48075 | |
| Lupin Targhe S R L | | 24040 Pognano Bg | Via Delle Gere | | | | | Italy |
| Lutz Sales Inc | Kathy Potts Ext 212 | 4675 Turnberry Dr | | | Hanover Pk | IL | 60103-5463 | |
| Lvi Environmental Services Inc | | 120 Empowrie Pk | Ad Ch 10/10/03 Am | | Rochester | NY | 14624 | |
| Lydall Technologies Inc | | 3330 W Mclane Hwy 34 W | | | Osceola | IA | 50213 | |
| Lydall Central Inc | | Lydall Westex | 1391 Wheaton Ste 700 | | Troy | MI | 48083 | |
| Lydall Thermalacoustical Inc | | Thermal Acoustical Group | 1241 Back Shoals Rd | | Hamptonville | NC | 27020 | |
| Lykes Lines | | PO Box 930881 | | | Atlanta | GA | 31193 | |
| Lyman Agencies Ltd | | 3785 Myrtle St 202 | Hld Td Confirmation | | Burnaby | BC | V5C 4E7 | Canada |
| Lynch Metals Inc | | 1075 Louisons Rd | | | Union | NJ | 07083 | |
| Lynch T | | 1801w Manitowoc Ave | | | So Milwaukee | WI | 53172-2937 | |
| Lynchesky L | | 921 W Holland St | | | Carthage | TX | 75633 | |
| Lynn Bally | | 879 Peach Blossom Ln | | | Rochester Hills | MI | 48306 | |
| Lynn Whitsett Corporation | | 4126 Delp St | | | Memphis | TN | 38181-0280 | |
| Lynne Work | | 6145 Windstone Ln | | | Clarkston | MI | 48346 | |
| Lyon Manufacturing Inc | | 13017 Newburgh | | | Livonia | MI | 48150 | |
| M & D Distributors | Mark Morris | 827 N Bell | PO Box 9488 | | San Angelo | TX | 76903 | |
| M & D Distributors | | 6931 Navigation Blvd | | | Houston | TX | 77011 | |
| M & D Distributors | | 6904 N Shephard | | | Houston | TX | 77091 | |
| M & D Distributors | | 213 Flecha Ln | | | Laredo | TX | 78045 | |
| M & D Distributors | | 1002 Pleasant St | | | San Antonio | TX | 78219-3194 | |
| M & D Distributors Dallas | | 4828 Calvert St | | | Dallas | TX | 75247 | |
| M & G Ind Prod Research | | 400 Paredes Line Rd Ste 2 | | | Brownsville | TX | 78521 | |
| M & H Electric Fabricators Eft | | Inc | 13537 Alondra Blvd | | Santa Fe Springs | CA | 90670 | |
| M & N Plastics Inc | | 6450 Dopxy | | | Sterling Hights | MI | 48078 | |
| M & Q Plastic Products | | El Paso Dpo | 26 Spur Dr | | El Paso | TX | 79906 | |
| M & R Industrial Services Ltd | | 4099 Brock Ave Westminster | | | London | ON | N6L 1B3 | Canada |
| M & R Trailer Rental Llc | | 1754 Chip Rd | | | Kawkawlin | MI | 48631 | |
| M & S Manufacturing Co | | 550 E Main St | | | Hudson | MI | 49247 | |
| M & S Spring Co Inc | | 34137 Doreka Dr | | | Fraser | MI | 48026-3435 | |

12/28/2007 11:05 AM

FFF - Executory Contracts and Unexpired Leases 071209

Delphi Corporation
Executory Contracts and Unexpired Leases

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Magna Donnelly Mirrors North America | | 8161 Beechd Ave Rte Rte | | | Alto | MI | 48302-0059 | |
| Magna Machine & Tool Co Inc | | 3722 N Massick Rd | | | New Castle | IN | 47362 | |
| Magna Tech Manufacturing Corp | | 3416 S Hoyt Ave | | | Muncie | IN | 47302-2681 | |
| Magnalloys Battery Corp | | 1231 Derwent Way | Canada | | New Westminster | BC | V3M 5V8 | Canada |
| Magneco Metrel Inc | | 4000 Paysphere Cir | | | Chicago | IL | 60674 | |
| Magnecom Corp | | Maxwell | 6224 Ronson Rd | | San Diego | CA | 82111 | |
| Magnecomp International Inc | | 9776 Chesapeal Blvd Ste 100 | | | San Diego | CA | 48266 | |
| Magnesium Aluminum Corp | Attn Bob OMalley | 3425 Service Rd | | | Cleveland | OH | 44111 | |
| Magnesium Aluminum Corp | | 4277 Woodward Ave | | | Bloomfield Hills | MI | 48304 | |
| Magnesium Aluminum Corp | | 3425 Service Rd | | | Cleveland | OH | 44111 | |
| Magnesium Elektron Inc | | PO Box 8800 2480 | | | Philadelphia | PA | 19178-2480 | |
| Magnesium Products Of America | | 2001 Industrial Dr | | | Eaton Rapids | MI | 48827 | |
| Magneti Marelli Powertrain USA | | 2101 Nash St | | | Kokomo | IN | 46901 | |
| Magneti Marelli Powertrain USA | | 2101 Airport Pky | | | Sanford | NC | 27330-0790 | |
| Magnetic Analysis Corp | | 535 S 4th Ave | | | Mt Vernon | NY | 10550 | |
| Magnetic Instrumentation Inc | | 8431 Castlewood Dr | | | Indianapolis | IN | 46250 | |
| Magnetic Springs Water Co | | 1207 Joyce Ave | | | Columbus | OH | 43219 | |
| Magnetita | Thomas Chew | 300 Red School Ln | | | Phillipsburg | NJ | 08865 | |
| Magnaphul International Inc | | 5300 Belmont Rd | Updl Per Ltr 07/14/05 G | | Downers Grove | IL | 60515-4499 | |
| Magnl Industries Inc | | 2721 Harmwood | | | Detroit | MI | 48209 | |
| Magnode Corp | | 406 E Blake St | | | Trenton | OH | 45067-1646 | |
| Magnolia Label Co Inc | | 1014 Mecklel Rd | | | Jackson | MS | 39212 | |
| Magnum Tool & Manufacturing | | 111 E State St | | | Ridgeland | MS | 39157 | |
| Magnotek | | 3616 Jarrell Way Bldg B 220 | | | Austin | TX | 78728 | |
| Magsott Corp | | 1225 Peoples Ave | | | Troy | NY | 12180 | |
| Mahan D | | 5314 Olngston | 112 Williams St | | Wichita Falls | TX | 76310 | |
| Mahar Tool Supply Co Inc | | Vacanta Dr | | | Saginaw | MI | 48604 | |
| Mahar Tool Supply Company Inc | | 112 Williams St | | | Saginaw | MI | 48602-1441 | |
| Mahbood Ahmad | | 1304 McDyck St | | | Ann Arbor | MI | 48105-2409 | |
| Mahle Filtersysteme Gmbh | | Pragstr 74 | Ch 2646 Sabzich | | Stuttgart | | 70376 | Germany |
| Mahle Motorkomponenten Schwelz | | Industriestrasse 10 | | | | | | Switzerland |
| Mahle N | | 608 Stoneybrook Trail | | | Holley | NY | 14470 | |
| Mahle Valve Train Inc | | 11550 Alloy Rd Ste 30 | | | Warren | MI | 48024 | |
| Mahoning Valley Cart | | 746 Pike St Sw | | | Warren | OH | 44483 | |
| Mahr Federal Inc | | Pretty Mahr Federal Corp | 1159 Eddy St | | Providence | RI | 02905-4509 | |
| Mahr Federal Inc | | 1144 Eddy St Vacanon Rd Ste B | 1144 Eddy St | | Cincinnati | OH | 45241 | |
| Mahr Federal Inc | | 1144 Eddy St | | | Providence | RI | 02905-4511 | |
| Mail Room Service Center | | 3075 Shattuck Rd | | | Saginaw | MI | 48603 | |
| Main City Inc | | 4024 Center Dr | | | Lansing | MI | 48910-7161 | |
| Maintenance Products | | 73 Prospect Ave | | | State Rark Pris | ME | 04281 | |
| Majd Abdatian | | PO Box 8024 8846 Edon077 | | | Plymouth | MI | 48170 | |
| Majestic Metals Inc | | 7770 N Washington | | | Denver | CO | 80229 | |
| Major Wire Inc | | 7014 W Cullom Ave | | | Chicago | IL | 60634 | |
| Majors R | | 855 Rivers St Apt 203 | | | Detroit | MI | 46207-3048 | |
| Mak Tool & Gage Co Inc | | 201 Pine Ridge Rd | | | Waynesboro | TN | 38485-4538 | |
| Makino | | 1499 Diamond Technologies | 2600 Superior Ct | | Auburn Hills | MI | 48326 | |
| Makino Inc | | 4718 Merton Cir | | | Northville | MI | 46167-0644 | |
| Makino Inc | | 7680 Innovation Way | | | Mason | OH | 45040-9003 | |
| Makino R | | 12706 Research Blvd Ste B 4 | | | Austin | TX | 78759 | |
| Makino R Donald R | | 1567 Woodfall Cre Ne | | | Warren | OH | 44484-3832 | |
| Mako Saw Co Inc | | 22 Field St | | | Cranston | RI | 02920-7395 | |
| Mako Co | | 5400 Smith Rd | | | Oakland | CA | 94614 | |
| MaksImy Engineering | Phil Farmer 24 23 | 5700 Commerce Way | | | Livermore | CA | 94550 | |
| Makore P | | 206 Cedar St | | | Priceville | AL | 35603 | |
| Makora J | | 10393 Van Vleet Rd | | | Gaines | MI | 48436 | |
| Makwa Tool & Model Inc | | 10090 Mercer Pike | | | Meadville | PA | 16335 | |
| Malvern Instruments Inc | | 10 Southville Rd | | | Southborough | MA | 01772 | |
| Manik Meddox | | 3942 Moyse Rd | | | Cottondale | AL | 35453 | |
| Manik Zeng Industrial Co Ltd | Cheol Seung Pk | Ha 256 Chung Gen Rd | | | Kuei Shan Taisan | | | China |
| Managed Care Network Inc | | 631 Buffalo Ave | | | Niagara Falls | NY | 14303 | |
| Manbeck W | | 14156 Olive Rd | | | Hemlock | MI | 48626-9454 | |
| Manckade Group Inc The | | 2W03 Northwestern Hwy Ste 204 | | | Southfield | MI | 48075 | |
| Mancelona Manufacturing Inc | | Mancelona Group Inc The | 8855 S Front St | | Mancelona | MI | 49659 | |
| Manchester Stamping Corp | | Axo Manchester | 1300 Fairlsn Rd Ossc 21 & 22 | | Jackson | MI | 49203 | |
| Mandarecht Tool & Die Co Inc | Oanh Nguyen | 6433 Wabash St | | | North Manchester | IN | 46860-1423 | |
| Mandov America Corp | | 11011 Brocder Dr Ste 120 | | | Houston | TX | 77099 | |
| Mandp Du Matkelcs Zone El | | Av Pedro Cardenas | H Matamoros Tampa Top 87389 | | Plymouth Township | MI | 48170 | Mexico |

Delphi Corporation
Executory Contracts and Unexpired Leases

| CREDITORNAME | CREDITORNOTINAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Michael Plating Co Inc | | 820 N Mechanic St | | | Jackson | MI | 49201-1309 | |
| Mico Industries Inc | | 1425 Burlingame Ave Sw | | | Grand Rapids | MI | 49509-1001 | |
| Mico Manufacturing Co Inc | | 66 Industrial Way | | | Wilmington | MA | 01887 | |
| Micralyne Inc | | 1911 94 St Sw | | | Edmonton | AB | T6N 1E6 | Canada |
| Micro3d Inc | | 2160 Fortune Dr | | | San Jose | CA | 95131 | |
| Micro Cecibic Corp | | 25 Terminal Dr | | | Plainview | NY | 11803-2303 | |
| Micro Cecinista Test Products I | | Me Test Products | | | San Jose | CA | 95124 | |
| Micro Circuits Inc | | 2222 Fay Ave | | | Addison | IL | 60101 | |
| Micro Component Spring | Kathy Garner | 21201 Itasca St | | | Chatsworth | CA | 91311 | |
| Micro Cormmercial Components Cor | | Firmly Micro Connectors Corp | | Cbg A/6d 06/05/03 Vic | Chatsworth | CA | 91311 | |
| Micro Commercial Components | | 15655 Hwy 84 County Rd 242 | | | Quitman | GA | 31643 | |
| Micro Craft Inc | | 200 W 2nd St | | | Rock Falls | IL | 61071 | |
| Micro Industries Inc | | 11199 Gibson St | | | Rochester | NY | 14606-2039 | |
| Micro Industries Corp | | 11920 Hubbard Ave | | | Batavia | IL | 60510-1420 | |
| Micro Lamps Inc | | 1530 Hubbard Ave | | | Batavia | IL | 60150 | |
| Micro Lamps Inc | | 8050 Beckham Rd Ne | | | Minneapolis | MN | 55432-1826 | |
| Micro Molding Inc | | 81 Howard St | | | Phillipsburg | NJ | 08865-5101 | |
| Micro Motion Inc | Customer Financial Services | 12001 Technology Dr A580 | | | Eden Prairie | MN | 55344 | |
| Micro Plastics Inc | | PO Box 70707 | | | Chicago | IL | 60673 | |
| Micro Probe Inc | | Hqs | | | Carlsbad | CA | 92009 | |
| Micro Products Co | | 1398 Mark St | | | Bensenville | IL | 60106-1022 | |
| Micro Stamping Corp | N/a | 140 Belmont Dr | | | Somerset | NJ | 08873 | |
| Micro Tel Cental | | 4700 Holcomb Bridge Rd | | | Norcross | GA | 30092 | |
| Microlyse Inc | | 3700 Pk Pl | | | Montrose | CA | 91020 | |
| Microchip Technology Inc | Kathy Crudele/Anita McDaniel | PO Box 100799 | | | Pasadena | CA | 91189-0799 | |
| Microchip Technology Inc | Linda Mcdaniel / Kathy Crudela | 333 Pierce Rd | Ste 180 | | Itasca | IL | 60143 | |
| Microchip Technology Inc | | 2767 S Albright Rd | | | Kokomo | IN | 46902 | |
| Microcomponents Ag | | Maienstrasse 11 | Maienstrasse 11 | | Grenchen | | 02540 | Czech Republic |
| Microcomponents Ag | | Unihelac Plastique | | | Grenchen | | 02640 | Switzerland |
| Microcosial GmbH | | Rosenhelmer Str 143b | 81671 Munich | | | | | Germany |
| Microfidics Corporation | | 228 E Cir Ave | | | Lake Bluff | IL | 60044 | |
| Microlink Technologies Inc | | 1213 16 Rd Nw | | | Rolla | ND | 58367-7060 | |
| Micromax Inc | | 8840 Cretion Cir Rd Ste 270 | | | Canton | MI | 48187 | |
| Micromelels Inc | | 5015 E Landrine Ave | | | Anaheim | CA | 92807-2109 | |
| Micron Industrial Plate | | 22750 Megm Dr | | | Garland | TX | 75042 | |
| Micron Laser Technology Inc | | 22750 Mission Way Ste A | | | Hillsboro | OR | 97124 | |
| Micron Precision Machining | | 3960 E Washington Rd | | | Saginaw | MI | 48601 | |
| Micron Semiconductor Prod Inc | | Pon Cbg 07/16/04 Am | PO Box 6 | | Boise | ID | 83707 | |
| Micron Semiconductor Prod Inc | | Micron Semiconductor Prod Inc | PO Box 6 | | Boise | ID | 83707 | |
| Micron Technology Inc | | 8000 S Federal Way | 8000 S Federal Way | | Boise | ID | 83716-9824 | |
| Micron U S A Inc Eft | | 4995 Kendick Se | | | Grand Rapids | MI | 49512-9848 | |
| Microoss GmbH | co Glen K Ritner Director | Automotive Headquarters - The Americas | 3700 Grand River Ste 215 | | Farmington Hills | MI | 48335 | |
| Microoss Gmbh | | Nana Bune Str 19 | | | Freiburg | | 79108 | Germany |
| Microoss Inc | | 409 Witte Ave | | | Saint Charles | IL | 60174 | |
| Microsemby Inc | | 1402 Ne 58th Ave | | | Vancouver | WA | 98663-4.58 | |
| Microsemi Corp | | 2526 Commerce Dr Ste E | | | Kokomo | IN | 46902 | |
| Microsent Corp | | Kirkwood Way | | | Richmond | WA | 98004-3039 | |
| Microsoft 2006 2007 | Patty Diller | 2265 116th Ave Ne | | | Bellevue | WA | 98004-3039 | |
| Microsoft Technologies Inc | | 3710 Nashua Dr Unit 1 | | | Mississauga | ON | L4V 1M5 | Canada |
| Microtech Mechine Co Inc | | 2322 Camp Mcdonald Rd | | | Wheeling | IL | 60090 | |
| Microway Systems Inc | | 70000 N Linervan Ave | | | Lincolnwood | IL | 60712 | |
| Microway Technologies Inc | | 6446 Casey Ave | | | Davenport | IA | 52807 | |
| Mid America Diesel Service Inc | | 4321 James F Cole Blvd | | | Flint | MI | 48505 | |
| Mid America Plastics | | 4321 James F Cole Blvd | | | Flint | MI | 48505 | |
| Mid America Prod Indstries Inc | | ino | | | Glendale Heights | IL | 60139 | |
| Mid America Taping & Reeling | | 121 Exchange Blvd | | | Jackson | MI | 49203-4041 | |
| Mid American Products Inc | | 1923 Wildwood Ave | | | Chicago | IL | 60604-0306 | |
| Mid Coast Electric Supply Inc | | 0400 N Kostner Ave | | | Victoria | TX | 77902-2005 | |
| Mid Coast Electric Supply Inc | | PO Box 2005 | | | Baltimore | MD | 21230 | |
| Mid Coast Industries Inc | | Mid Atlantic Rubber | | | Commerce | MI | 48382 | |
| Mid Continent Spring Co | | 2002 Sherwood Pk Dr | | | Hopkinsville | KY | 42241 | |
| Mid Michigan Roofing Co | | 11990 Industrial Dr | | | Saginaw | MI | 48603 | |
| Mid Michigan Roofing Co Inc | | 3172 Enterprise Dr | | | Saginaw | MI | 48603 | |
| Mid Ohio Gasoline | Sam Lipo | PO Box Invincible Dr | | | Malta | OH | 43758 | |
| Mid South Diesel Service | | 3088 Millbranch | PO Box 16527 | | Memphis | TN | 38116 | |
| Mid South Electronics Inc | | 2820 E Meighan Blvd | | | Gadsen | AL | 35903 | |
| Mid South Metallorgied Inc | | Heat Treating | 742 Old Staten Rd | | Murfreesboro | TN | 37129 | |
| Mid South Tool Co Inc | | 2030 John D Long Dr | | | Harrielte | AL | 35640 | |

12/28/2007 11:05 AM
1271209

Delphi Corporation
Executory Contracts and Unexpired Leases

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Panatek Inc | | 2358 Hassel Rd Ste E | Hoffman Estates Il 60195 | | Hoffman Estates | IL | 60195 | |
| Pankin International Ltd | Jayson D Pankin | 1033 Bedford Rd | | | Grosse Pointe Pk | MI | 48230 | |
| Panowicz Imaging | Luke Robinson | 16931 South Miles Reed | | | Cleveland | OH | 44128 | |
| Panther II | | PO Box 715 114 Nor | | | Medina | OH | 44256 | |
| Papcoski Jeffrey | | 4265 Emu Dr | | | Pinckney | MI | 48169 | |
| Par Faam Products | | C/o Automotive Sales Group Inc | 550 Stephenson Hwy Ste 401 | | Troy | MI | 48083 | |
| Par Faatry Products Inc | | 299 Van Reosalaer St | | | Buffalo | NY | 14210 | |
| Par Industries Inc | | Awaiting Bank Verification | PO Box 403 90104 Am | | Medina | OH | 44256 | |
| Par Industries Llc | | 5638 Old Saunders Settlement R | | | Lockport | NY | 14094 | |
| Par Industries Llc | | 600 Commerce Dr | | | Amherst | NY | 14228 | |
| Par Tech Inc | | Fmly Par Tech Global Services | 305 Lake Rd Hld Per Legal | | Medina | OH | 46302-2853 | |
| Parachute Packaging Company | Ralph Redd | 26533 Danti Court | 794 Industrial Ct Ste B | | Bloomfield Hills | MI | 94645 | |
| Paradigm Sintered Products Eft | | Inc | | | Hayward | CA | 49015 | |
| Paradigm Sintered Products Eft | | 53 Napoleton Rd | 201 Fitz Keiper Blvd | | Battle Creek | MI | 01581 | |
| Paradigm Technology | | | | | Westborough | MA | 28217 | |
| Paragon Atlantic | | 2129 Ctr Pk Dr | Park Rd | | Charlotte | NC | | |
| Paragon Group Uk Ltd | | Paragon Gpn | | | Castleford West York | | 0WF10-4RR | United Kingdom |
| Paragon Group Uk Ltd | | Park Rd | | | Castleford West Yorkshire | | 0WF10-4RR | United Kingdom |
| Paragon Identification | | Les Aubepins | | | Argent Sur Sauldre | | 18410 | France |
| Paragon Industries Inc | | 1234 Albert St | | | Youngstown | OH | 44505-2978 | |
| Paragon Laboratories Inc | | 12649 Richfield Ct | | | Livonia | MI | 48150 | |
| Parametric Technology Corp | | 140 Kendrick St | | | Needham | MA | 02494-2714 | |
| Paramount Health Care | Holly Verhoff | 1901 Indian Wood Circle | | | Maumee | OH | 43537-4068 | |
| Paramount Health Care | | PO Box 78670 | | | Cleveland | OH | 44101-8500 | |
| Park Baron | | 3 Rantare Island | Apt 3 | | Tonawanda | NY | 14150 | |
| Park Enterprises | | 226 Jay St | | | Rochester | NY | 14608 | |
| Park Enterprises Inc | | 226 Jay St | | | Rochester | NY | 14608 | |
| Park Nameplate Co Inc | | 27 Production Dr | | | Dover | NH | 03820-0917 | |
| Park Ohio Products Inc | | 7050 Division Ave | | | Cleveland | OH | 44102 | |
| Park Youngjo | | 3096 Shenk Rd | Apt C | | Sanborn | NY | 14132 | |
| Parker & Associates Inc | | 14681 S Harrella Ferry Rd | | | Baton Rouge | LA | 70816 | |
| Parker Automotive De Mexico | | Calle Sagunda Oriente 101 | Parque Industrial Monterrey | Apodaca Nuevo Leon | | | | Mexico |
| Parker Engineered Seals | | 4005 Ridge Lee Rd | 3025 West Croft Circle | | Amherst | NY | 14228 | |
| Parker Engineered Seals | | Fmly Pkar Hannifin Corp | | | Spartanburg | SC | 29302 | |
| Parker Hannifin Canada | | 255 Hughes Rd | 77 Dragon Court | | Orillia | ON | L3V 2M2 | Canada |
| Parker Hannifin Canada Inc | | 111 Corstate Ave 2 | | | Concord | ON | L4K 4Y2 | Canada |
| Parker Hannifin Corp | | 301 Parker Industrial Dr | | | Truman | AR | 72472 | |
| Parker Hannifin Corp | | Parker Seatio Seal Div | 7664 Panasonic Way | | San Diego | CA | 92154-3206 | |
| Parker Hannifin Corp | | 7845 Collection Ctr Dr | | | Chicago | IL | 60093 | |
| Parker Hannifin Corp | | 7926 Collection Cntr Dr | | | Chicago | IL | 60693 | |
| Parker Hannifin Corp | | Engineered Polymer Systems Div | 2565 Nw Pkwy | | Elkhago | IL | 60123-7870 | |
| Parker Hannifin Corp | | Parker Powertrain Div | 703 E Kercher Rd | | Goshen | IN | 46526 | |
| Parker Hannifin Corp | | Parker Engineered Seals Div | 501 S Sycamore St | | Syracuse | IN | 46567-1529 | |
| Parker Hannifin Corp | | 103 Lewis St | | | Berea | KY | 40403 | |
| Parker Hannifin Corp | | Parker Seal Co | 2380 Palumbo Dr | | Lexington | KY | 40509-1048 | |
| Parker Hannifin Corp | | Parker Chemerics Div | 77 Dragon Court | | Woburn | MA | 01888 | |
| Parker Hannifin Corp | | Nichols Portland | 2400 Congress St | | Portland | ME | 04102-0603 | |
| Parker Hannifin Corp | | 651 Robbins | | | Troy | MI | 48083 | |
| Parker Hannifin Corp | | Automotive Connectors Div | PO Box 1800 | | Troy | MI | 48099-1800 | |
| Parker Hannifin Corp | | 2101 N Broadway St | | | New Ulm | MN | 56073 | |
| Parker Hannifin Corp | | 310 Kingold Blvd | | | Snow Hill | NC | 28580 | |
| Parker Hannifin Corp | | 1000 10th St | | | Gothenburg | NE | 69138 | |
| Parker Hannifin Corp | | Tube Fittings Div | 3885 Gateway Blvd | | Columbus | OH | 43228 | |
| Parker Hannifin Corp | | Sinclair Collins | 454 Morgan Ave | | Akron | OH | 44311 | |
| Parker Hannifin Corp | | Parker Thermo Plastics Div | 985 Falls Creek Dr | | Vandalia | OH | 45377 | |
| Parker Hannifin Corp | | Parker Thermoplastics Div | 985 Falls Creek Dr | | Vandalia | OH | 45377 | |
| Parker Hannifin Corp | | Parker Seal | 3949 Dayton Pk Dr Ste E | | Dayton | OH | 45414 | |
| Parker Hannifin Corp | | Tech Seal Div | 3025 W Croft Cir | | Spartanburg | SC | 29302 | |
| Parker Hannifin Corp | | Parker Seals Div | 104 Harman Dr | | Lebanon | TN | 37087 | |
| Parker Hannifin Corp | | Brownsville Rubber Div | 1350 Cheers Blvd | | Brownsville | TX | 78523 | |
| Parker Hannifin Corp | | Parker Seals Powertrain Div | 3700 Mayflower Dr | | Lyndchburg | VA | 24501-5023 | |
| Parker Hannifin Corporation | Divisions Engineered Seals | 6035 Parkland Blvd | | | Cleveland | OH | 44124 | |
| Parker Hannifin Corporation | Automotive Connectors | 19 Gloria Ln | | | Fairfield | NJ | 07004 | |
| Parker Industries Inc | | 1650 Sycamore Ave | | | Bohemia | NY | 11716-1731 | |
| Parker R | | 7229 Hillwilm Dr | | | New Albany | OH | 43054 | |
| Parker Rust Proof Of Cleveland | | 1688 Arabella Rd | | | Cleveland | OH | 44112 | |
| Parker Seal De Mexico Sa | | Rio Lerma 221 Tlalnepantia | Cp 54030 Estado De Mexico | | | | | Mexico |

FFF - Executory Contracts and Unexpired Leases 071209

12/28/2007 11:05 AM

Delphi Corporation
Executory Contracts and Unexpired Leases

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Peebbroulder Valley Past C | Sweeney Terms | | | | | | | |
| Peter Allesong | | 821 Innovation Circle A | | | Fitzgerald | GA | 31750 | |
| Peter H Jekuat | | 111 W Pike St Apt 2 | | | Matamoros | MI | 48445-9218 | |
| Peter Normann | | 5325 Barker | | | Gloucester | | GL1 6XZ | United Kingdom |
| Peter Van Wandragen | | 36A Aylesford Trad Est | PO Box 8024 Mo4810nx077 | | Plymouth | MI | 48170-9024 | |
| Peters Dry Cleaning | | 319 Willow St | | | Lockport | NY | 14094 | |
| Peters Dry Cleaning | | c/o PO Box 460 | 76 West Ave | | Lockport | NY | 14094 | |
| Peters Heat Treating Inc | | 216 Race St | | | Maysville | PA | 18335 | |
| Peters Mfg Co Inc | | 214 Sherman St | | | Vassar | MI | 38768 | |
| Peterson American Corp | | Peterson Spring Georgia Point | 600 Old Hull Rd | | Athens | GA | 30610 | |
| Peterson American Corp | | 21500 Telegraph Rd | | | Southfield | MI | 48024 | |
| Peterson American Corp | | Peterson Spring Div | 32601 Industrial Dr | | Madison Heights | MI | 48971 | |
| Peterson American Corp | | Peterson Spring China | 16800 Heimbach Rd | | Three Rivers | MI | 48920-8522 | |
| Peterson Jeffery M | | 41487 Thoreau Ridge | | | Novi | MI | 48377 | |
| Peterson Mfg Co Eft | | 155 Californian Rd | | | Sarasota | FL | 34232 | |
| Peterson Tool Company Inc | | 730 Fesslers Ln | | | Nashville | TN | 32078 | |
| Petroform Uk Ltd | | 2161 S Foley Ave | | | Edinburg | TX | 74226 | |
| Petsy Machine Works | | Heron Chemical Works Meat Ln | | | Lancaster | | LA1 1QQ | United Kingdom |
| Petsy Machine Works Inc | | Renhk Cfg 11 18 89 Rw | 16 N Seneca Dr | | Trinity | AL | 35673 | |
| Pettue D | | 1810 N Seneca Dr | | | Trinity | AL | 35673 | |
| Peugeot Jayy Industries Sa | | PO Box 248 | | | Debarry | TX | 78639 | |
| Peze V Ltd | | Les Uslnes Sous Roches | | | Valley Vishnu | | 25700 | France |
| Phenomschwarz Gmbh | | 100 Holt St | | | Niceville | FL | 32578 | |
| Pfeiffer Vacuum Inc | | Nordstrl 12 | | | Nordheim | | 74226 | Germany |
| Pfeiffer Vacuum Technologyinc | | 24 Trafalgar Square | | | Nashua | NH | 03063-1998 | |
| Pfg De Mexico S De Rl De Cv | | 24 Trafalgar Square | | | Nashua | NH | 03063 | |
| Pga Incorporated | | Jasm Ruiz De Alarcon 317 | Complejo Industrial | | Chihuahua | | 31109 | Mexico |
| Pgi Trucking | | PO Box 471465 | | | Tulsa | OK | 74147-1465 | |
| Ph Sen Co Ltd | | Dept3030000 30000 | | | Harrod | CT | 06150 | |
| Ph Precision Products Corp | | Commercial Battery Co | 2738 Union Rd | | Chandaowapa | NY | 14227 | |
| Phase 1 Technology Corp | | 340 Convestera Way | | | Pensacola | FL | 03725 | |
| Phelps Loo | | 46 E Athyn Blvd | | | Deer Pk | NY | 03729 | |
| Phelps Dodge Corp | | PO Box 8024 Mo4818nx019 | | | Plymouth | MI | 48170 | |
| Phelps Dodge Wire & Cable Trad | | Philps Dodge Magnet Wire Co | 4300 New Haven St | | Fort Wayne | IN | 46603 | |
| Philips Corselius | | Ave Mexico 101 Esq Autopista | Monterrey Nuevo Laredo Km 25 | | Cienega De Flores | | 65550 | Mexico |
| Phier International Corp | | PO Box 1550 | 635 Jay St | | Rochester | NY | 14611 | |
| Phil Mar Equipment Inc | | 1640 Northvind Blvd | | | Libertyville | IL | 60048 | |
| Philadelphia Mixing Solutions | | Water & Waste Water Equipment | 1466 E 387 St | | Willoughby | OH | 44095 | |
| Philip Bateg | | PO Box 6300 2180 | | | Philadelphia | PA | 19176-0180 | |
| Philip Bateg | | Christolon | 1600 Executive Dr | | Jackson | MI | 48203 | |
| Philip Harman | | 4604 N Hereford Dr | | | Muncie | IN | 47304 | |
| Philip Longberry | | 300 Walnut St | | | Lockport | NY | 14094 | |
| Philip Perm | | 3807 Ferwood Court | | | Croyton | OH | 45440 | |
| Philips Electronics North Amer | | 1600 Greenwood Ave | | | Girard | OH | 44420 | |
| Philips Services Corp | | 1755 Lower Ballrock Rd | | | Xenia | OH | 45385 | |
| Philips Services Corp | | Chemical Reclamation Service | 405 Powell St | | Anniston | AL | 76525 | |
| Philips Woodyrten | | PO Box 199056 Dept 4 | | | Houston | TX | 77280-3069 | |
| Philips Semiconductors Inc | | 6697 Reed Dr | | | Lockport | NY | 14094 | |
| Philips Electronics North Amer | | 5500 Prairie Stone Pky Ste 150 | | | Northport Estates | IL | 60192 | |
| Philips Electronics North Amer | | Philips Semiconductors Inc | 1817 Dogwood Dr | | Kokomo | IN | 46902 | |
| Philips Electronics North Amer | | Philips High Tech Plastics | 34119 W 12 Mile Rd Ste 104 | | Farmington Hills | MI | 48331 | |
| Philips Electronics North Amer | | Philips Mobile Display Systems | 34119 W 12 Mile Rd Ste 104 | | Farmington Hills | MI | 48331 | |
| Philips Electronics North America | | Philips Semiconductors | 34119 W 12 Mile Rd Ste 103 | | Farmington Hills | MI | 48331 | |
| Philips Electronics North America | | 5500 Prairie Stone Pky Ste 150 | | | Hoffman Estates | IL | 60192 | |
| Philips Electronics North America | | 1817 Dogwood Dr | | | Kokomo | IN | 46902 | |
| Philips Semiconductors | | Philips Eig | Anton Philipsweg 4 | | Lommel | | 03920 | Belgium |
| Philips Electronics North America | | PO Box 198056 | | | Atlanta | GA | 30387 | |
| Philips C | | 611 S Arques Ave | Bmt Chg 10 00 Tbk Ltr | | Springdale | GA | 94069-5409 | |
| Philips Semiconductors | | Philips Semiconductors | 4773 Marinvale Rd | | Indianapolis | IN | 46205 | |
| Phillps Semiconductors | | Av Okhahuacan 3569 1 A | | | Zeeppen Ja | | L46050 | Mexico |
| Philips Semiconductors Inc | | 121 Parwood Dr | | | Titusville | GA | 31759 | |
| Philips Rinehart | | 43 Eliwood Pk | | | Clarksville | GA | 30121 | |
| Philips Foundation | | Industrias Ltd | 100 Parulin Rd | Add Chng 03/13/04 Cz83jv | Winnipeg | MB | R2J 3V4 | Canada |
| Phillips & Temro | | 75072 Gill Rd | | | Gipson | NY | 14067 | |
| Philips O | | 3101 W Tech Rd | | | Marburg | MO | 64138 | |
| Phillips Den & Associates Inc | | 8411 Fadley | | | Kansas City | MO | 64138 | |
| Philips Plastics Corp | | 1233 International Dr | | | Eau Claire | WI | 54701 | |
| Phillips Plastics Corp | | Decorative Insert Molding | 2600 Mondovi Rd | | Eau Claire | WI | 54701 | |

Delphi Corporation
Executory Contracts and Unexpired Leases

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Priority Building Services | Jeff Hoefs | 655 W Lambert Rd Ste K | | | Brea | CA | 92821 | |
| Priority Health | | 442 Century Ln | | | Holland | MI | 49423-2265 | |
| Priority Supply Inc | | 2400 Turner Nw | | | Walker | MI | 49544 | |
| Prism Business War Games | | 199 E Cook Ave Ste 4 | | | Libertyville | IL | 60048 | |
| Prism Technology & Assemblies | | 13125 E Eight Mile Rd | Ad Chg Per Ltr 04/15/05 G | | Warren | MI | 48089 | |
| Prism Technology & Assemblies | | 13125 E 8 Mile Rd | | | Warren | MI | 48089-3276 | |
| Prismark Partners Llc | | Pmb | 130 Main St | Ste 113 | Cold Spring Harbor | NY | 11724 | |
| Pro Cro | | 445 Sequoia Dr | | | Bellingham | WA | 98226 | |
| Pro Formance Fuel Injection | Martin Betella | R R 2 Box 242a | | | Clearfield | PA | 16830 | |
| Pro Mold | | 20311 Clayton Pl | | | Strmboro | CO | 80015 | |
| Pro Mold Inc | | 3180 Brewt Rd | | | Rochester | NY | 14624 | |
| Pro Parts Inc | Randy Buller | 221 11 Merrick Blvd | | | Springfield Gardens | NY | 11413 | |
| Pro Resources Inc | | Fort Wayne Technical Services | 1725 Spy Run Ave | | Fort Wayne | IN | 46805 | |
| Pro Stainless Inc | | 333 E Brokaw Rd | | | Madison Heights | MI | 48071 | |
| Pro Stainless Inc | | 333 E Brokaw Rd | | | San Jose | CA | 95112 | |
| Pro Stainless Inc | | 333 E Brokaw Rd | | | San Jose | CA | 95112 | |
| Pro Tech Diesel | | 3325 Chuck Dawson Blvd | | | Windsor | ON | N8W1Q5 | Canada |
| Pro Tech Diesel | Joe Gillespie | 130 S Douglas | | | Glendive | MT | 59330 | |
| Pro Tech Industries | | 6079 Birch Dr | | | Flint | MI | 48507 | |
| Pro Tech Plastics Inc | | 3285 Joyce St | | | Burton | MI | 48529 | |
| Pro Tech Plastics Inc | Joy Fleming | PO Box 5940 Dept 20 1087 | | | Carol Stream | IL | 60197/5940 | |
| Pro Tech Plastics Inc | Roger A Dietel/Abraham Mock | 1255 Helena Dr | | | West Chicago | IL | 60185-2877 | |
| Pro Tech Products Alliance Plastics | | Department 20 1087 | PO Box 5940 | | Carol Stream | IL | 60197-5940 | |
| Proalinco | | 14615 Anson Ave | | | Santa Fe Springs | CA | 90670 | |
| Process Controbdos Sa De Cv | | 1730 Dares Randall St | | | El Paso | TX | 79936 | |
| Process Componentes Canada Cor | | Centro Del Estado 24 Lux Ametl | Col Las Americas | | Queretaro | | 76121 | Mexico |
| Process Development Canada | | 500 Dundas St E Unit 4 | | | Whitby | ON | L1N 2J4 | Canada |
| Process Development Corp | | 33027 Schoolcraft Rd | | | Livonia | MI | 48150 | |
| Process Development Corp | | 9060 Meo Rd | | | Dayton | OH | 45414 | |
| Process Development Corp | | De Mexico S De R L De C V | Galeana 465 Col Centro | San Luis Potosi Slp Cp 78000 | | | | Mexico |
| Process Innovations Inc | | 4219 Kings Graves Rd | | | Vienna | OH | 44473 | |
| Process Industrie | | 613 E Curtin St | | | Bellefonte | PA | 16823 | |
| Process Systems Inc | | 23833 Pinewood | | | Warren | MI | 48091-4760 | |
| Prosys Products | | 610 Rdiapky Rd | | | Murfreesboro | TN | 37129 | |
| Prosys Products Ii On The | | 2678 Mallory Dr | | | Twinsburg | OH | 44087 | |
| Prosteel 1984 Inc | | 3946 Boul Leman | St Vincent De Paul | | Laval | PQ | H7E 4V7 | Canada |
| Proton Action | Joe Baer | PO Box 501382 | | | Indianapolis | IN | 46250 | |
| Proton Action International | | Llc | 2508 Reliable Pkwy | | Chicago | IL | 43260-2382 | |
| Production Design Services | | 2906 Reliable Pky | | | Chicago | IL | 60686-0025 | |
| Production Design Services | | 401 Fame Rd | | | Dayton | OH | 45449-2314 | |
| Production Machining Of Alma | | Inc | | | Alma | MI | 48801 | |
| Production Screw Machine Co | | 1414 E Beacont St | | | Dayton | OH | 45404-1023 | |
| Production Service Co | | 16023 Brookpark Rd | | | Cleveland | OH | 44142-1623 | |
| Production Service Industries | | 1800 N River Rd Ne | | | Warren | OH | 44483-2442 | |
| Production Solutions Inc | | Cit Wilmington Inc | 207 Louise St | | Wilmington | IL | 45177 | |
| Production Specialties Group I | | 3937 Georgetown Verona Rd | N117 W18237 Fulton Dr | | Germantown | WI | 53022 | |
| Production Tool Supply Co | | Poboxx 67000 Dept 687 | | | Detroit | MI | 43081 | |
| Production Tool Supply Co | | 11100 Sunshine Rd | 3020 E Progress Dr Ste 2 | | Lewisburg | OH | 43230-2425 | |
| Productive Electric Inc | | 1075 Headquarters Plt Ctr | | | West Bend | WI | 45338 | |
| Productive Products Inc | | Pig | | | Chicago | IL | 53095 | |
| Productive Tool Products Inc | | Pji | | | Chicago | IL | 60636 | |
| Productive Tool Products Inc | | Pial | | | Chicago | IL | 60634-6500 | |
| Productivity Improvement Centre | | Pial | | | Flint | MI | 44503 | |
| Productivity Systems Inc | | Ring And Pinon At Div | 409 Garland St | | Jamestown | NY | 14701 | |
| Productive Machine Co The | | Turner Rd | | | Jamestown | NY | 14701 | |
| Productos De Consumo Electroni | | Philips Mexicana Electroni | Magneto 1320 Parque Industrial | | Cd Juarez | | 32840 | Mexico |
| Productos Delco De Chihuahua Sa De | | Ave De Las Industrias 4907 Pte 55 | Colonia Nombre De Dios | | Chihuahua | | 31110 | Mexico |
| Produle Automobiles Harrington Inc | | 2355 Boule Matte | | | Brossard | PQ | J4Y 2H1 | Canada |
| Professional Express | | Pig | | | Tuscaloosa | AL | 38461 | |
| Professional Grounds Keeper | | 2017 62 Ave | | | Bellevue | MI | 48111 | |
| Professional Pump Inc | | 41300 Coca Cola Dr | 7210 E State St Ste 205 | | Rockford | IL | 61108 | |
| Professional Secretarial | | Spectra Services | 808 N Michigan Ave | | Saginaw | MI | 48602 | |
| Professional Technologies | | Services 36/26/5800 | PO Box 304 | | Frankenmuth | MI | 48734 | |
| Professional Technologies | | Services 36/26/5800 | | | Saginaw | MI | 48601 | |
| Professional Technologies | | 2054 S Wola Ave | 28511 Junipero Serra Rd Ste 20 | | San Juan Capistrano | CA | 92675 | |
| Profit Recovery Group Intl Th | Liam Henderson | 470 Atlantic Ave Fl 4 | | | Boston | MA | 02210-2225 | |
| Programming Research Inc | | 470 Atlantic Ave 4th Fl | | | Boston | MA | 02210 | |

Delphi Corporation
Executory Contracts and Unexpired Leases

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Reynolds Jeffrey T | | 11665 Union Rd | | | Kiefer | OH | 45306-7044 | |
| Reynolds M | | 2867 W North Union Rd | | | Midland | MI | 48642 | |
| Reynolds Metals Co | | 4501 Produce Rd | | | Louisville | KY | 40218 | |
| Rf Micro Devices Inc | | 7628 Thorndike Rd | | | Greensboro | NC | 27409 | |
| Rf Monolithics Inc | | 4347 Sigma Rd | | | Dallas | TX | 76244 | |
| Rf Monolithics Inc | | 4441 Sigma Rd | | | Dallas | TX | 75244 | |
| Rf Monolithics Inc | | 220 Clinton Circle | | | Corona | CA | 92880-2522 | |
| Rfid Sorting Services | | 5640 Commerce Rd | | | W Bloomfield | MI | 48324 | |
| Rhb Tech Inc | | 1500 E North Territorial Rd | | | Whitmore Lake | MI | 48189 | |
| Rhein Chromik Corp | | 1014 W Whitehead Rd Ext | | | Trenton | NJ | 08638 | |
| Rheodyne Llc | Narol Walters | 600 Park Court | Rent Ad Chg 04/19/05 Gl | | Rohnert Pk | CA | 94928 | |
| Rheotek WH Inc | | 16 Orchard St | | | Middleport | NY | 14105 | |
| Rheus Pontos Sa | | 73 76 Rue Cher Che Bele | | | | | | France |
| Rhoda Haytera | | 1925 Seamour Dr | | | | | | |
| Rhone Poulenc Inc | Margie Shacrelton | Rhone Poulenc Basic Chemicals | 6215 Hwy 332 E | | Freeport | TX | 77541 | |
| Rhone Poulenc Rarinated Products | | Old Cleveland St | PO Box 167 | | | TX | 76084 | |
| Ricardo Inc | | 40000 Ricardo Dr | Detroit Technical Ctr | | Belleville | MI | 48111 | |
| Ricardo Pastor | | PO Box 6024 Mc481fim025 | | | Plymouth | MI | 48170 | |
| Ricoh | | 3801 South Arctic Ave | | | Plymouth | MI | 55325 | |
| Rice Lake Diesel Inc | | 1704 Mackley Ave | | | Rice Lake | WI | 54858 | |
| Rice Lake Weighing Systems | | Div Of Rice Lake Bearing Inc | | | Rice Lake | WI | 54858 | |
| Richard A Frassi | Richard A Frassi | 3 Siega | | | Reno Santa Marguerite | CA | 92968 | |
| Richard Baldwin | | 207 Christopher St | Apt 24 | | Rainbow City | AL | 35906 | |
| Richard Barlow | | 4923 E Pl | | | Meridian | MS | 39305 | |
| Richard Betz | | 1305 N Hickory Ln | | | Kokomo | IN | 46901 | |
| Richard Bley Inc | | 5889 South Garnett | | | Tulsa | OK | 74146 | |
| Richard Bloch | | 5488 Woodfield Pkwy | | | Grand Blanc | MI | 48439 | |
| Richard Bodner | | PO Box 6024 Mc481fim025 | | | Plymouth | MI | 48170 | |
| Richard Bryant | | PO Box 6024 Mc481fim017 | | | Plymouth | MI | 48170 | |
| Richard Carroll Jr | | 8402 S Jennings | | | Swartz Creek | MI | 48473 | |
| Richard Childers | | 14691 Saw Mill Rd | | | Gravio | OH | 45432 | |
| Richard Delonacek Co | | Rococo | 1008 Seabrook Way | | Cincinnati | OH | 45245-9653 | |
| Richard Erwin | | 1605 Palm Blvd | | | Brownsville | TX | 78520 | |
| Richard Foster | | 2790 Nanticoad Rd | | | Beavercreek | OH | 45434 | |
| Richard Glessner | | 8066 Columbia Ln | | | Flushing | MI | 48433 | |
| Richard J Jok | Co Gary H Cunningham Esq | 101 W Big Beaver 100t Fl | | | Troy | MI | 48084 | |
| Richard Jok | | 47229 North Umberland St | | | Novi | MI | 48374 | |
| Richard Jones | | 51169 Thornbe Rd | | | Shelby | MI | 48317 | |
| Richard Leistan | | PO Box 8024 Mc481dm009 | | | Plymouth | MI | 48170 | |
| Richard Lind | | 108 Harbour Trees Ln | | | Noblesville | IN | 46062 | |
| Richard Maffei | | 74 E Remick Pkwy Apt D | | | Lockport | NY | 14095 | |
| Richard Nash | | 661 Country Ln | | | Frankenmuth | MI | 48734 | |
| Richard Northam | | 1210 17th Ave | | | Meridian | MS | 39301 | |
| Richard P Nash | | 661 Country Ln | | | Frankenmuth | MI | 48734 | |
| Richard Radosti | | 1170 Castlebrook | | | Williamsville | NY | 14221 | |
| Richard Raess | | 4800 Pavilion Dr | | | Kokomo | IN | 46901 | |
| Richard Watkins | Individual | 3946 May City Rd | | | Lake Orion | MI | 46360 | |
| Richardson E | | 5161 Locust St Apt H3 | | | Lansing | MI | 14064 | |
| Richardo P | | 2300 Haricro Gin | | | Wichita Falls | TX | 76308 | |
| Richardson Byron Sheet Metal | | 9503 Methoak Trafkoway | 1694 River St | | Kansas City | MO | 64165 | |
| Richardson Electronics Ltd | Dawn Ferguson | 40w267 Keslinger Rd | PO Box 393 | | Victoria | GA | 31934 | |
| Richardson Electronics Ltd | | 40 W 267 Keslinger Rd | | | Lafox | IL | 60147 | |
| Robco Inc | | 325 Snow Dr | | | Morton Grove | IL | 60053 | |
| Richco Plastic Co | | 1000 Northfield Ave | | | Harvard | IL | 60033 | |
| Richmond Aircraft Prods | | 13500 Pumice St | | | Norwalk | CA | 90650 | |
| Richter C | | 4406 Central St | | | Coopersville | MI | 49421 | |
| Richter Precision Inc | | 1021 Commercial Ave | | | East Petersburg | PA | 17520 | |
| Rick Johnson | | 29 S Trombull Rd | | | Bay City | MI | 48708 | |
| Ridcon James B | | Environmental Consulting | 4933 Black Oak Dr | | Meridian | MS | 39305-5071-1473 | |
| Riddy Gray | | 2711 N W 61 St St | | | Kansas City | KS | 66109 | |
| Ridg U Rak Inc | | 120 S Lake St | | | North East | PA | 16428 | |
| Ridge & Kramer Auto Parts Inc | | 1800 M 139 | 1140 Heyden St | | Benton Harbor | MI | 49022-9104 | |
| Ridgtway Corp | | Platobrid Center | | | Port Jervis | NY | 46800-2040 | |
| Ridgeview Stamping Inc | | 2727 3 Mile Rd Nw | Rts 120 St Marys Rd | | Grand Rapids | MI | 49544-1317 | |
| Ridgway Powdered Metals Inc | | Asic Cirq 10 13 99 | 5245 Wadsworth Rd | | Ridgway | PA | 15853 | |
| Rieck Group Llc | | | | | Dayton | OH | 45414 | |

Delphi Corporation
Executory Contracts and Unexpired Leases

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Ronald Beeber | | 6139 Woodview Ct | | | Dearborn | MI | 48126 | |
| Ronald Drese | | 103 Linwood Ave | | | Tonawanda | NY | 14150 | |
| Ronald E Datte | C/O Robert S Hertzberg Esq | Pepper Hamilton Llp | 100 Renaissance Ctr | Ste 3600 | Detroit | MI | 48243-1157 | |
| Ronald Hyrkoba | | 16426 Styles Loop Rd | | | Foley | AL | 36535 | |
| Ronald Jobe | | 4814 Deer Ridge Dr | North | | Carmel | IN | 46033 | |
| Ronald M Pogue | Co Robert S Hertzberg Esq | Pepper Hamilton Llp | 100 Renaissance Ctr Ste 3600 | | Detroit | MI | 48243-1157 | |
| Ronald Miller | | 11528 Perdue Rd | | | Medina | NY | 14103-9601 | |
| Ronald Nast | | 1801 Harper Rd Lot 35 | | | Northport | AL | 35476 | |
| Ronald Piotrowski | | 631 Losson Rd | | | Cheektowaga | NY | 14227 | |
| Ronald Pirela | Co Robert S Hertzberg Esq | Pepper Hamilton Llp | 100 Renaissance Ctr Ste 3600 | | Detroit | MI | 48243-1157 | |
| Ronald Pitts | | 624 Barrington Court | | | Bloomfield Hills | MI | 48304 | |
| Ronald Pogue | | 7248 Oakbay Dr | | | Noblesville | IN | 46060-3424 | |
| Ronald Reindl | | 2495 Margaret Dr | | | Fenton | MI | 48430 | |
| Ronald T Dodge Company | | 310976056 | 65 Westpark Rd | | Dayton | OH | 45469 | |
| Ronald Voigt | | 7665 Treeline | | | Bridgeport | MI | 48722 | |
| Ronald Walker | | 1197 Gunnison Dr | | | Gladwin | MI | 48624 | |
| Ronald Wayne Corp | | 370 Andover St | | | Danvers | MA | 01923 | |
| Ronald Wells | | 1807 Lake Shore Dr Apt J | | | Anderson | IN | 46012 | |
| Ronfeldt Assoc Inc | Jim Stanford | PO Box 6335 | | | Toledo | OH | 43612 | |
| Ronkowski Rl | | 100 Golden View | | | Tiffin | OH | 44883 | |
| Ronnie Thornton | | 317 Charleston Court | | | Tuscaloosa | AL | 35405 | |
| Ronse Gerard | | 54527 Birchfield Dr East | | | Shelby Township | MI | 48316-1356 | |
| Roosevelt Carter | | 3575 Cascade Rd | | | Markleton | PA | 35061 | |
| Rosemary Foster | | 84 Peabody St | | | Buffalo | NY | 14210-1523 | |
| Roppel Industries Inc | | 828 Logan St | | | Louisville | KY | 40204-1833 | |
| Rosa Fung Co Inc | | 1380 Moore Rd | | | Avon | OH | 44011 | |
| Rose Charles L | | 12225 E Houghton Lake Dr | | | Houghton Lake | MI | 48629-8610 | |
| Rosa Hill S | | 5461 E Co Rd N | | | Greentown | IN | 46936 | |
| Rose N | | 5461 E Co Rd N | | | Greentown | IN | 46936 | |
| Rose Michael P | | PO Box 78 | | | W Middleton | IN | 46995-0076 | |
| Rose Systems Corp | | 8170 Woodridge Court | | | Springboro | OH | 45066-8138 | |
| Rosemary Foster | | 1201 Airway Blvd Ste W 3 | | | El Paso | TX | 79925 | |
| Rosemount Analytical Inc | | 1381 Knox Valley Dr | | | Rochester | MI | 48307 | |
| Rosemount Inc | | 18110 Florence Rd Apt 228 | | | Flint | MI | 48504 | |
| Rosemount Industries Inc | | 1700 West St | | | Cincinnati | OH | 45215-3458 | |
| Rosemount Analytical Inc | | 1201 N Main St | | | Orrville | OH | 44667 | |
| Rossberger | | Mechanikmechanik | D 65413 Felddorflug | | | | | | Germany |
| Rosser And Associates | | Caxton Building001 | 812 Huron Rd | | Cleveland | OH | 44115 | William Rosser |
| Ross Marketing | | 3300 Scott Blvd Building 51 | | | Santa Clara | CA | 95054 | |
| Ross Technology Associates | Kevin Frost | 3300 Scott Blvd Bldg 51 | PO Box 58678 | | Santa Clara | CA | 95054-3123 | |
| Ross Special Products Inc | | 2640 W Sr R 55 | | | Troy | MI | 46373 | |
| Ross T | | 2552 Sierra Dr | | | Saginaw | MI | 48609-7021 | |
| Rossis Tool Co | | 301 E Broad St | | | Stratford | CT | 06615 | |
| Rosston Inc | | 14002 S Livernois Rd | | | Rochester Hills | MI | 48307 | |
| Rotadown Llc | | 17055 W Victor Rd | | | New Berlin | WI | 53151 | |
| Rotary Engineering | | 8900 Xylon Ave North | | | Brooklyn Pk | MN | 55445 | |
| Roto Frank | | 3847 Cherry Rd | | | Youngstown | OH | 44515-1414 | |
| Rotfein Tube Inc | Attn Linda K Barr | Nelson Mullins Riley & Scarborough LLP | 1320 Main St | | Columbia | SC | 22211-1070 | |
| Rotfein Tube Inc | | 650 W Monroe Ste 400 | | | Jackson | MI | 49202 | |
| Roto Roster | | 16900 Douglas Ave | | | Kalamazoo | MI | 49009 | |
| Roto Rooter | | 13000 Jeri Dr | | | Dayton | OH | 45404 | |
| Roto Rooter | | 8193 E Shelby Dr | | | Tulsa | OK | 74133-2409 | |
| Rotor Clip Co Inc | | 23 Security Ds Somerville | Adar Chg 50/60/04 Ah Per Gol | | Somerset | NJ | 08873-4192 | |
| Rotor Clip Co Inc | | 187 Davidson Ave | | | Somerset | NJ | 03151 | |
| Rotor Coaters International | | 1279 Rickett Rd | | | Brighton | MI | 48116 | |
| Roto Diesel | | 777 Nw 72 H St | | | Miami | FL | 33150-2310 | |
| Rolando Garcia | Rolando Garcia | Ave Rd Roosevelt 1327 | | | San Juan | PR | 00920-2810 | |
| Rouge Steel Co Inc | | 3001 Miller Rd | | | Dearborn | MI | 48120 | |
| Roush Airdrol | | 12011 Market St | | | Livonia | MI | 48150 | |
| Roush Enterprises Inc | | 12424 Levan Rd | | | Livonia | MI | 48150-1405 | |
| Roush Industries Inc | | 28156 Plymouth | | | Livonia | MI | 48150 | |
| Roush Industries Inc | | 12445 Levan | Ste 6500 | | Livonia | MI | 48150-2125 | |
| Roush Industries Inc | Jack Miller | Livis Acquid | | | Livonia | MI | 48150 | |
| Roxter Solutions Inc | | 100 Bay View Circle | | | Newport Beach | CA | 92660 | |
| Roxter Solutions Inc | | 500 Skyview Dr Ste 5500 | | | Newport Beach | CA | 92660 | |
| RoxMar K | | 5015 Excitement Dr | | | Lockport | NY | 14094-6746 | |
| Rowan Tree Inc | | 300 Walton Ave | | | Mississauga | ON | L4Z 1P3 | Canada |
| Rowland Printing Co Inc | | Image Builders/Rowland Printin | 198 N 9th St | | Noblesville | IN | 46060 | |
| Rowland Technical Staffing Inc | | Dept 1434 | | | Tulsa | OK | 74128 | |
| Rowland Technical Staffing Inc | | Dept 1434 | | | Tulsa | OK | 74182 | |

Delphi Corporation
Executory Contracts and Unexpired Leases

| CREDITORNAME | CREDITOR/OTHERNAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Spitex Corp | | 8469 Southern Blvd | | | Youngstown | OH | 44513 | |
| Spplel Corporation | | 50 Rock Ave | | | Danielson | CT | 06239 | |
| Spplel International Corp | | 50 Rock Ave | | | Danielson | CT | 06239-1434 | |
| Spokane Diesel Pump Repair | Ross Aman | East 619 Pacific Ave | PO Box 4384 | | Spokane | WA | 99202 | |
| Spragua Energy Corp | | 2 International Dr Ste 200 | | | Portsmouth | NH | 03801 | |
| Spray Booth Systems Inc | | 4709 Esco Dr | | | Fort Worth | TX | 78140 | |
| Spray Booth Systems Inc | | PO Box 40409 | | | Fort Worth | TX | 76140-0409 | |
| Spraymation Inc | | 5320 Nw 35th Ave | | | Fort Lauderdale | FL | 33309-6314 | |
| Sprimag Inc | | 6963 Crickhall Dayton Rd | Add Chg 2/04 Mh | | West Chester | OH | 45069 | |
| Spring Dynamics Inc | | 72378 Research Dr | | | Almont | MI | 48003 | |
| Spring Engineering & Mfg Corp | | 7800 Liley Rd | | | Canton | MI | 48187 | |
| Springco Industries Inc | | Ha Spring Group | | | Jefferson | OH | 44047 | |
| Springco Metal Coatings Inc | | 12000 Elmwood Ave | 150 S Cucumber St | | Cleveland | OH | 44111 | |
| | Rob Rodgers | 3801 W Seven Mile Rd Ste 400 | | | Lincoln | OH | 46192 | |
| Sprint Pcs | | PO Box 1769 | Ad Chg Ax Per Ltr 3/30/05 G | | Newark | NJ | 07101-1769 | |
| Sprint Spectrum Lp | | Spr 5 Pcs | 4511 Rockside Rd Ste 400 | | Independence | OH | 44131 | |
| Sprint United Telephone | | 220 S 7th Ave | | | Warsaw | IN | 46561 | |
| Sprint Wireless | Rob Rodgers | 38701 W Seven Mile Rd Ste 400 | | | Lincoln | OH | 46192 | |
| Sprinzen Molding Inc | | 1805 Chandlerville Rd | | | Zanesville | OH | 43701 | |
| Sps Technologies Fasteners Group | | Automotive Fasteners Group | 4444 Lee Rd | | Cleveland | OH | 44128-2902 | |
| Sps Technologies Waterford Co | | Terry Machine Co | 5331 Dixie Hwy | | Waterford | MI | 48329-1512 | |
| Spx Corp | | Contech | 6 Knott Dr | | Marcelona | IN | 46562 | |
| Spx Corp | | Kent Moore Tool Div | 29000 Mound Rd | | Warren | MI | 48092 | |
| Spx Corp | | Contech Div | 208 N Gruner | | Alma | MI | 48801 | |
| Spx Corp | | Contech Metal Forge Div | 1660 Kendale Blvd Ste 100 | | East Lansing | MI | 48823 | |
| Spx Corp | | Contech Div | 8001 Angling Rd Ste 100 | | Portage | MI | 49024 | |
| Spx Corp | | Otc Pk Ci Div | 2200 Pk Dr | | Owatonna | MN | 55060 | |
| Spx Corp | | Contech Metal Forge Div | 901 Allied Than Rd | | Clarksville | TN | 37040 | |
| Spx Corp | | Robinair Division | | | Troy | OH | 45373 | |
| Square D Co | | 1990 Research Dr Ste 100 | 1990 Research Dr Ste 100 | | Troy | MI | 48083-2163 | |
| Square D Co | | 8070 Crescent Pk Dr | | | West Chester | OH | 45069 | |
| Square D Da | | PO Box 88010 | | | Minneapolis | MN | 55410 | |
| Squid Ink Manufacturing | | 1 Rue Du La Forge | | | La Souterraine Sur Ilon | | 21190 | France |
| Sri | John Bashkin | 333 Ravenswood Ave | | | Menlo Pc | CA | 94025 | |
| Sri | John Bashkin | 334 Ravenswood Ave | | | Menlo Pk | CA | 94025 | |
| Sri Marketing Co Inc | | 3030 Welch Rd Bldg 2 Ste 2300 | | | Princeton | WI | 54968 | |
| Sri Technologies Inc | | 3330 Palmer Dr | | | Janesville | WI | 53546 | |
| St Catharine Machine Products | | 209 Bunting Rd | | | Saint Catharines | ON | L2M 3Y1 | Canada |
| St Clair Packaging Inc | | 2121 Belle River Hwy | | | Marysville | MI | 48040 | |
| St Clair Plastics Co | Paula Stacks Andrew Michie | 30655 Tetok Pl | | | Chesterfield Twp | MI | 48047 | |
| St Clair Plastics Co | Paul Valici Ext 123 | 30655 Tetok Pl | | | Chesterfield Twp | MI | 48047 | |
| St Clair Tool & Die Ltd | | Add Chg 12/21 Mw Ltr | 55 Gurnett Pl | | Walkerton | ON | N0A 4L8 | Canada |
| St Clair Technologies Inc | | 89 Chevrier St | 37440 Hills Tech Dr | | Farmington Hills | MI | 48331 | |
| St Joseph Diesel Inc | | 18248 Hwy 71 North | | | St Joseph | MO | 64505 | |
| St Joseph Water | | 2547 Rockwell Dr | | | Brownville | TX | 78521 | |
| St Louis Cold Drawn Inc | | 10800 Baur Blvd | Updat 03/30/05 Am | | Saint Louis | MO | 63127 | |
| St Marys Carbon Co Inc | | 254 Ebert St | | | Saint Marys | PA | 15857-1661 | |
| St Paul | Kurt Kornbay | 200 N Lasalle St | | | Chicago | IL | 60601 | |
| Staab Industries Llc | | 2813 Ebert St | | | Troy | MI | 48083 | |
| Stabila | | 36226 Mound Rd | | | Sterling Heights | MI | 48310-4738 | |
| Stacey Mckenney | | 1158 Wilcox St | | | Bay City | MI | 48708 | |
| Stadco Inc | | Radio Acoustic Div | 633 Yellow Spring Fairfield R | | Bellbrook | OH | 45305-4762 | |
| Staffing Solutions | | PO Box 676283 | | | Dallas | TX | 75267-6283 | |
| Staffing Solutions | | 27741 Mapleton Ave | | | Boulder | CO | 80304 | |
| Stafford | Warner Keith | 7324 Rte Fwy 116 | | | Fraser | MI | 48026 | |
| Stahlhut | Colleen Taylor | 1339 N Grove St | | | Anaheim | CA | 92806 | |
| Stahlmann Micro Polish Inc | Bob Macauley | Main St Aloes Industrial Pk | Markham Township | | Port Elizabeth Cape | | 06020 | South Africa |
| Stainless Precision Components | | Web Manufacturing | Chevrolet St Markham Industria | | Port Elizabeth Cape | | 06021 | South Africa |
| Stainless Precision Components | | 108 Clare St | | | Fredericton | NB | E3A 2W7 | Canada |
| Stans Diesel Injection Svc Inc | | 12 Waddell Ave | | | Dartmouth | NS | B3B 1H3 | Canada |
| Staley Communication Inc | | 7891 Southern Blvd | | | Boardman | OH | 44512 | |
| Stamco Industries Inc | | 34159 Doreka Ave | | | Fraser | MI | 48026-0434 | |
| Stampings Of Minnesota Inc | | 221980 Hamburg Ave | | | Lakeville | MN | 55044 | |
| Stanadyne Automotive Corp | William Kelly | Stanadyne Power Products | Alrapa Industrial Pk | | Windsor | CT | 06095 | |
| Stanadyne Corporation | | 92 Deerfield Rd | 92 Deerfield Rd | | Windsor | CT | 06095 | |
| Stanalpine Corporation | Mathew Hensby | 2642 Collection Ctr Dr | | | Chicago | IL | 60693 | |
| Standard Components Inc | | 34220 James J Pompo Dr | | | Fraser | MI | 48026 | |
| Standard Components Inc | | 44026 Phoenix Dr | | | Sterling Heights | MI | 48314-1465 | |

Delphi Corporation
Executory Contracts and Unexpired Leases

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Statestreet | Andrew Blood | Lafayette Corporate Ctr | Two Ave De Lafayette Locte | | Boston | MA | 02111 | |
| Staub Laser Cutting Inc | | 5805 Step Eight Rd | | | Dayton | OH | 45414 | |
| Staub Corp | | 201 Flory W | | | Duncan | SC | 29334-9259 | |
| Staub Corp | | 114 Blackburn Dr | | | Butler | PA | 16002 | |
| Stavley Services North Americ | | Cib Analytical Services | 186 Internationale Blvd | | Glendale Heights | IL | 60139 | |
| Staybrite Inc | | 3853 E Lake Blvd | | | Birmingham | AL | 35217 | |
| Steadfast Insurance Company Zurich | Karen Gosley | 1819 Market St | 21st Fl | | Philadelphia | PA | 19103 | |
| Stec C | | 601 Pointe Pkwy Apt 108 | | | Rock Hill | SC | 29730-2320 | |
| Stec D | | 1612 Remington Ave Apt 31 | | | Kentucky | OH | 44010 | |
| Steel Parts Corp | | 801 Berryman Pke | | | Tipton | IN | 46072-9492 | |
| Steel Parts Corp | | 191a Davis Chapel Rd | | | Spartanburg | SC | 29304 | |
| Steel Technologies De Mexico S | | Federadora 204 Franc Industl | La Silla | | Guadalupe | | 66050 | Mexico |
| Steel Technologies Inc | John M Baumann Jr | 15415 Shelbyville Rd | PO Box 435959 | | Louisville | KY | 40253-5039 | |
| Steel Technologies Inc | | 188 Shawnee Rd | | | Eminence | KY | 40019 | |
| Steel Technologies Inc | | 15415 Shelbyville Rd | | | Louisville | KY | 40245-4137 | |
| Steel Technologies Inc | | 6600 Bellevue Rd | | | Detroit | KY | 40228 | |
| Steere Enterprises Inc | | 265 Commerce St | | | Tallmadge | OH | 44278 | |
| Stefan Chmielewski | | 21925 York Mills Circle | | | Novi | MI | 48374-3869 | |
| Stefawagen D | | | D 92318 Neumarkt Opf | | | | | Germany |
| Steinwagen D | | 3196 Mariner Rd | | | Ravenna | MI | 49451 | |
| Stelaira Ltd | | 660 Strathearns Ave N | | | Hamilton | ON | L8H 7N7 | Canada |
| Stelaira Ltd | | PO Box 2030 | | | Hamilton | ON | L8N 3T3 | Canada |
| Stephan Radde Md Firca | | PO Box 2024 Mc46186c017 | | | Plymouth | MI | 48170 | |
| Stephen Burke | | 33 Joliet Ln | | | Amherst | NY | 14226 | |
| Stephen Burke | | 2450 Copper Leaves | | | Bay City | MI | 48706 | |
| Stephen Constable | | 11363 Pebble Ridge Dr | | | Rochester Hills | MI | 48307 | |
| Stephen Crawford | | PO Box 1042 | | | Lockport | NY | 14095-1042 | |
| Stephen Davey | | 7569 Stone Ridge Dr | | | Springboro | OH | 45066 | |
| Stephen Dusute | | 1035 Tommy Aaron | | | Warren | OH | 44484 | |
| Stephen Gala | | 16616 Buckingham | | | Beverly Hills | MI | 48025 | |
| Stephen Glascoe | | 361 Lakin Court | | | Vandalia | OH | 45377 | |
| Stephen Hardin | | 42423 Jerry Court | | | Novi | MI | 48902 | |
| Stephen M Melee | | Rt 3 Box 209 | | | Chelsea | OK | 74016 | |
| Stephen Olsen | | 23985 Elizabeth Ln | | | Novi | MI | 48374 | |
| Stephen Ratliff | | 10002 N Hent Dr | | | Decatur | MI | 46408 | |
| Stephen Royal | | 48606 Denton Ridge Court | | | West Bloomfield | MI | 48323 | |
| Stephens Machine Inc | | 1600 E Dodge | | | Kokomo | IN | 46902 | |
| Stephenson & Lawyer Inc | | 3831 Patterson Ave Se | PO Box 8834 | | Grand Rapids | MI | 49512-4102 | |
| Stephenson & Lawyer Inc | | 3831 Patterson Ave | PO Box 8834 | | Grand Rapids | MI | 49548-3834 | |
| Stephenson & Lawyer Inc | | 3831 Patterson Ave Se | | | Grand Rapids | MI | 49518-8834 | |
| Stephenson & Sons Roofing Inc | | 3368 Associates Dr | | | Burton | MI | 48529 | |
| Stephenson S | | 1810 Co Rd 18 | | | Mt Hoy | AL | 35660 | |
| Stepnos King Oregon Inc | | 12118 Se 82nd Ave | | | Portland | OR | 97266-7714 | |
| Stericycle Inc | | 12961 Kolln Tr | | | Lake Forest | IL | 60045 | |
| Stericycle Inc | | 28073 Pala Tri Ct Ste 201 | | | Lake Forest | IL | 60045 | |
| Stericycle Inc | | PO Box 9001099 | | | Louisville | KY | 40290-1590 | |
| Stericycle Inc | | 1040 Market St Sw | | | Grand Rapids | MI | 49504-6993 | |
| Stericycle Inc | | Finly Hill Medical Waste | Rcmd Ed 09/01/02 | | Grand Rapids | MI | 49503-4693 | |
| Stericycle Inc | | 1670 Oak Cir | 1040 Market St Sw | | Macomb Township | MI | 48042 | |
| Sterling Fluid Systems Uk Group Ltd | | Theale Cross Pincents Kiln | | | Reading | | ORG51-78D | United Kingdom |
| Sterling Grinding Co Inc | | 621 High St | | | Carrol | OH | 43112-9760 | |
| Sterling J | | | | | Shelton | | 63323 | |
| Sterling Manufacturing Co | | 3500 Carnegie Ave | | | Cleveland | OH | 44115 | |
| Sterling Scale Co Inc | | 6102 Birch Rd | | | Flint | MI | 48507 | |
| Sterling Spring Corp | | 5452 W 34th St | | | Chicago | IL | 60638-280 | |
| Sterling Spring Corp | | 5452 W 34th St | | | Chicago | IL | 60638 | |
| Sterling Spring Llc | | PO Box 97265 | | | Chicago | IL | 60690-7265 | |
| Siemens Automation Ltd | | 43 Hamer Ave | | | Toronto | ON | M6K 1W7 | Canada |
| Siempelkamp Maschinen GmbH & Co Kg | | Siempelkamp Str | | | Krefeld | | 76054 | Germany |
| Stoll U K Ltd | | Sterdi House Caswell Rd | | | Northampton | | NN4 7PW | United Kingdom |
| Steve Clemens | | PO Box 9024 Mc461tpn023 | | | Plymouth | MI | 48170 | |
| Steve Locke | | 1846 Westwind Ln | | | Rochester Hills | MI | 48309 | |
| Steven A Kistler | | PO Box 9024 | | | Plymouth | MI | 48170-3024 | |
| Steven Baird | | 3400 S Bayer | | | Frankenmuth | MI | 48734 | |
| Steven Dant | | PO Box 379 | | | Cobb | GA | 31774 | |
| Steven Daniels | | 5600 Kirkridge Trail | | | Rochester Hills | MI | 48306 | |
| Steven De Raedt | | 5747 Kirkridge Trail | | | Rochester Township | MI | 48306 | |
| Steven Denault | | 5747 Kirkridge Tr | | | Rochester Hills | MI | 48306 | |

FFF - Executory Contracts and Unexpired Leases 07/1209

12/28/2007 11:05 AM

Delphi Corporation
Executory Contracts and Unexpired Leases

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Summit Energy Services Inc | | 10590 Ormsby Pk Pl Ste 400 | A66 Chg Per Gsl 11/07/03 Vc | | Louisville | KY | 40223 | |
| Summit Crop O Bartlesville | | PO Box 3411 | | | Bartlesville | OK | 74006 | |
| Summit Plastic Molding Inc | | 5134C Celeste | | | Shelby Township | MI | 48316 | |
| Summit Polymers Inc | Patricia Astudillo Ext234 | Av Progreso S/n | Fracc Parque Ind Del Nte | | Matamoros | | M87316 | Mexico |
| Summit Polymers Inc | Roger Ouellette | 6716 Sprinkle Rd | | | Portage | MI | 49002 | |
| Summit Polymers Inc | Sharon Williams | 16101 N Commerce Dr | | | Dearborn | MI | 48120 | |
| Summit Polymers Inc | | Summit South Plant | 160 Clarence Dr | | Dearborn | MI | 48120 | |
| Summit Polymers Inc | | 16101 N Commerce Dr | | | Mount Sterling | KY | 40353 | |
| Summit Polymers Inc | | 1211 Progress St | | | Dearborn | MI | 48120 | |
| Summit Technical Services | Keith Bingham | Inc | | | Sturgis | MI | 49091 | |
| Sun Chemical Corp | | General Printing Ink Div | 555 Cirville Rd | | Warwick | RI | 02886 | |
| Sun Chemical Corp | | Inc | 8975 Shaver Rd | | Portage | MI | 49024 | |
| Sun City Automation Ltd Co | | 30110 S Woom Rd | | | Wixom | MI | 48393-3440 | |
| Sun Equipment Corp | | 10817 Nobus Ln Ste B101 | | | El Paso | TX | 79935 | |
| Sun Kwang Brazing Filler Metal | | 3121 Glen Royal Rd | | | Raleigh | NC | 27624 | |
| Co Ltd | | | 544 4 Sireat Dijongbu | Kyongi | | | | Korea Republic Of |
| Sun Manufacturing And Coating | | Sun Manufacturing Div | 107 Industrial Rd | | Williamstown | KY | 41097-9502 | |
| Sun Micro Stamp Technologia | Keith Bingham | 14055 Us Hwy 19 N | | | Clearwater | FL | 33764-7239 | |
| Sun Microstamping | | 14055 US Hwy 19 N | | | Clearwater | FL | 33764 | |
| Sun Microstamping Inc | | 14055 U S Hwy 19 N | | | Clearwater | FL | 33764 | |
| Sun Microstamping Inc | | PO Box 789014 | | | St Louis | MO | 63179-8000 | |
| Sun Microsystems Inc | Lawrence Schwab Esq & Patrick | Balson Bergen & Schwab | 2600 El Camino Real Ste 300 | | Palo Alto | CA | 94306 | |
| Sun Microsystems Inc | Costello Esq | 1000 Town Ctr | | | Southfield | MI | 48075-1233 | |
| Sun Microsystems Inc | Tony Brune | 1000 Town Ctr Ste 1700 | Ste 1700 | | Southfield | MI | 48075-1233 | |
| Sun Tech One Corp | | 46560 Ryan Ct | | | Novi | MI | 48377-1730 | |
| Sun Tech Rubber & Plastics Inc | | Eft | 1047 Majuan Rd | | Lexington | KY | 40511 | |
| Sunapee Chemical Inc | | 1009 Greens View Dr | | | Wooster | OH | 44691 | |
| Sunbeam International Ltd | Chiaki Tompson / Itumi Ozawa | Co Sunarrow America Ltd | 1600 Golf Rd Ste 725 | | Rolling Meadows | IL | 60008-4222 | |
| Sunbelt Associates | | 125 Chenault Dr 100 | | | Clearwater | FL | 33765 | |
| Suncoast Tool & Gauge Industri | | 11625 54th St N | | | Clearwater | FL | 33760 | |
| Sundance Die Cut | | A66 Chg 8/29 Mw | One Sundance Way | | Mineral Wells | TX | 76067 | |
| Sundaram Fasteners Ltd | | Pretator Caps Div | 2096 Falcons Roost | | Prescott | AZ | 86303 | |
| Sundaram Fasteners Ltd | | 51548 Filomena Dr | | | Utica | MI | 48316 | |
| Sundram Fasteners Ltd | | 98a Dr Radhakrishnan Salai Auras | Corporate Ctr 7th Fl | | Chennai Tamilnadu | | 600004 | India |
| Sung Park Co Ltd | | 2755 Dunkirk | | | Saginaw | MI | 48603 | |
| Sung Park Co Ltd | | 44 35 Sungsoo Indstrl Complex | Taeso Ku Taegu | | | | | |
| Sungwoo Corporation | Kim Cha Hee | 5 30 Bangye Ri | | | Kangwon Do | | 220-800 | Korea Republic Of |
| Sunhingdale Precision | | Industries Ltd | Finity Sunningdale Plastic | | | | | Korea Republic Of |
| Sunningdale Precision Industries | | No 219 Lizh Rd Wanglao Industry | Dis Pudong New Area | | Shanghai | | 201201 | Singapore |
| Sunny Metal Ltd | | 17 Penn Rd Nancun Yuanping | | 5 Bukit Baton St 22 659563 | | | 571142 | China |
| Sunoco Inc | Elaine Perakis | 1801 Market St | | 2010 Penn Ctr | Philadelphia Gua | | 19103-1699 | China |
| Sunoco Inc | Pawla A Korzeniowski | 1801 Market St | | 2010 Penn Ctr | Philadelphia | PA | 19103-1699 | |
| Sunoco Inc | Ron Towson | 1801 Market St 23rd Fl | | 2010 Penn Ctr | Philadelphia | PA | 19103-1699 | |
| Sunoco Inc | | 2842 Business Pk Ave | Ten Penn Ctr | | Philadelphia | PA | 19103-1699 | |
| Sunrise Medical | | 2382 Faraday Ave Ste 200 | | | Fresno | CA | 93727 | |
| Sunrise Medical Inc | Michael Hannnes | 24110 Meadowbrook Rd Ste 102c | | | Carlsbad | CA | 92008 | |
| Super Auto Forge Inc | | 24110 Meadowbrook Rd Ste 102c | | | Novi | MI | 48375 | |
| Super Steel Treating Inc | | 6227 Rioke St | | | Warren | MI | 48091-5355 | |
| Superior Aluminum Alloys Llc | Luis Arboleda | 14214 Edgerton Rd | 23730 Research Dr | | New Haven | IN | 46774 | |
| Superior Asphalt Inc | | 699 Century Sw | | | Grand Rapids | MI | 49503 | |
| Superior Automotive Training | | 5400 Nw 79th Ave | | | Miami | FL | 33166 | |
| Superior Carriers | | PO Box 37 | | | Peshtigo | WI | 54157 | |
| Superior Concepts Inc | | PO Box 166 | 7600 Woodby Ave | | Grand Haven | MI | 49417 | |
| Superior Concepts Inc | Dale Kaira | 12876 16th Ct | 24600 Denso Dr No 225 | | Grand Haven | MI | 49417-1165 | |
| Superior Design Inc | | 4256 Ridge Lea Rd Ste 101 | | | Amherst | NY | 14226 | |
| Superior Detroit Sales Inc | | Su Det Co Machine Tool Div | | | Farmington Hills | MI | 48335 | |
| Superior Diesel Service Inc | | 6981 Bulldog Dr | | | North Charleston | SC | 29406 | |
| Superior Fuel Injection Corp | | 1600 Allmond Ave | | | Richmond | VA | 23230 | |
| Superior Industries | | 300 Steelcase Rd West Unit 27 | | | Markham | ON | L3R 2W2 | Canada |
| Superior Industries | | International Inc | 1088 Claycraft Rd | | Van Nuys | CA | 91406-4973 | |
| Superior Ltd | Clifford Smith | 720 Oconto Ave | | | Southfield | MI | 48034-7492 | |
| Superior Plastic Inc | | 417 E 2nd St | | | Peshtigo | WI | 54157 | |
| Superior Rack & Packaging Inc | | 803 American Blvd | | | Rochester | MI | 48307-2007 | |
| Superior Specialty Gas Services Inc | | PO Box 47466 | | | Saint Joseph | TN | 38481 | |
| Superior Spring | | 1260 So Taff Ave | | | Tulsa | OK | 74147 | |
| Superior Stripping Co | | Dba Us Metal Processing | | | Anaheim | CA | 92806 | |
| | | | | | Columbus | OH | 43230 | |

Delphi Corporation
Executory Contracts and Unexpired Leases

| CREDITORNAME | CONTACTNAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Tamadine Black | | 17760 Forest Valley Rd | | | Cottondale | AL | 35453 | |
| Tanessen Inc | | 30340 Solon Industrial Pky | | | Cleveland | OH | 44139 | |
| Tammy Griffey | | 12354 Wexford Pl | | | Fishers | IN | 46038 | |
| Tamostech Coating Technologies | | 1107 W Lunt Ave Unit 7 | Rm Chg 12/22/04 Am | | Schaumburg | IL | 60193 | |
| Tana Corp | | 3843 Sales Ave | | | Toledo | OH | 43612 | |
| Tank & Piping Contractors Inc | | 300 Grable Dr | | | Carmel | IN | 46032 | |
| Tapco Circuit Supply | | 6742 Hall St Se | | | Grand Rapids | MI | 49546-5848 | |
| Tapco Circuit Supply | Cyndi Beebee | 6000 Phyllis Dr | | | Cypress | CA | 90630 | |
| Tape Company | | Daisy Teck Intl Corp | 3254 W Lake St | | Elmhurst | IL | 60126-1528 | |
| Tapex Martin Tool Company | | 6830 Rochester Rd | | | Troy | MI | 48085-4056 | |
| Tapex Products Co | | 11830 Deerfield Rd | | | Cincinnati | OH | 45242-5422 | |
| Tapeton Inc | | 701 Seneca St | | | Buffalo | NY | 14210 | |
| Tapton Foundry Ltd | | Kenneth St | | | Liverpool | | L39 7BB | United Kingdom |
| Tapia Parez Gloria M | | Giustavo Larraga | San Pablo 1138 Reynosa Tamps | 88730 | | | | Mexico |
| Taporai Ventures | | 400 S El Camino Real | Ste 400 | | San Mateo | CA | 94402 | |
| Tara Plating Co | | 122 Village Center Dr | 198 | | Rocher Hills | MI | 48307 | |
| Tarancrystal J | | 3609 1/2 Human Rd | | | Sanborn | NY | 14132 | |
| Tarmagon Embedded Technology L | | The Westbrook Centre Milton Rd | | | Cambridge | | CB4 1YG | United Kingdom |
| Tarlton Tool Co | Ben Jaeger | 388 Rd | | | Racine | MI | 48363 | |
| Tata America International Cor | | Tca America | 101 Pk Ave 26th Fl | | New York | NY | 10178 | |
| Tatum Cfo Partners Llp | | 4501 Circle 75 Pky Se | Ste A 1164 | | Atlanta | GA | 30339 | |
| Tatum I | | 2201 Midland Dr Apt A3 | | | Hot Springs | AR | 71913-7655 | |
| Tatung Inc | | 8651 S Wilburton Court | | | Rose | UT | 84095 | |
| Taurus International Inc | | 2850 B Presidio St | | | Longbeach | CA | 90810 | |
| Taurus International | | Corp | 270 N Franklin Turnpike | | Ramsey | NJ | 07446 | |
| Taurus International Inc | | Taurus International Corp | 270 N Franklin Tpke Ste 3 | | Ramsey | NJ | 07446 | |
| Taurus Tool & Engineering Co I | | 5101 W 400 S | | | Muncie | IN | 47302 | |
| Tawas Icms | | 16309 Stoney Creek Way | | | Noblesville | IN | 46060 | |
| Tawas Icms | | 16309 Stoney Creek Way | | | Noblesville | IN | 46060 | |
| Tawas Industries | | 908 Cedar St | | | Tawas City | MI | 48763 | |
| Tawas Industries Components | | Inc | 806 Cedar St | | Tawas City | MI | 48763 | |
| Tawas Industries Components In | | 510 Industrial Ave | | | Tawas City | MI | 48764 | |
| Tawas Industries Components In | | 10200 Willow Creek Rd | | | San Diego | CA | 92131 | |
| Tawas Industries Components In | Owen Mooney | 6820 Delphi Dr | | | Tulsa | OK | 74121-3233 | |
| Tawas Industries Components In | | 806 Cedar St | | | Tawas | MI | 48763 | |
| Tawas Industries Components Management Serv | | 806 Cedar St | | | Tawas City | MI | 48763 | |
| Tawas Industries Inc | | 806 Cedar St | Chg Rmit 10/20/03 Ah | | Tawas City | MI | 48763 | |
| Tawas Industries Inc | | 806 Cedar St | | | Tawas City | MI | 48763 | |
| Tawas Industries Inc | | 806 Cedar St | | | Tawas City | MI | 48763 | |
| Tawas Plating Co | | 640 Industrial Ave | | | Tawas City | MI | 48763 | |
| Tawas Powder Coating Inc | | 510 Industrial Ave | | | Tawas City | MI | 48764 | |
| Tax Compliance Inc | | 2299 N Myrtle Ave | | | Jacksonville | FL | 32204 | |
| Taylor Diesel Services Ltd | | 332 Lake Ave North | | | Hamilton | ON | L8L 3A2 | Canada |
| Taylor Hobson Inc | | America Taylor Hobson | 1725 Western Dr | | West Chicago | IL | 60185 | |
| Taylor J | | 1235 Sierra Ln | | | Anthony | TN | 49097-7848 | |
| Taylor B | | PO Box 33 | | | Grandview | MO | 64030 | |
| Taylor Cable Products Inc | | 301 High Grove Rd | | | Memphis | TN | 64100 | |
| Taylor Cable Products Inc | Kelly Garlich | 1075 Stair Rd | PO Box 760 | | Merrillo | IN | 35105 | |
| Taylor Diesel | | 11635 Elm Pike Ste 180 | | | Nashville | TN | 37210 | |
| Taylor Diesel Of Nashville Inc | | 16 Cherokee Dr | PO Box 625 | | 81 Peters | MO | 63376 | |
| Taylor Diesel Serv Of Ar | Becky Taylor | 2100 E Broadway | PO Box 5861 | | N Little Rock | AR | 72116-5861 | |
| Taylor Diesel Serv Of Ar | Ed Taylor Jr | 2200 E Myrtle Ave | | | Jacksonville | FL | 32204 | |
| Taylor Diesel Services Ltd | | 332 Lake Ave North | | | Hamilton | ON | L8L 3A2 | Canada |
| Taylor Hobson Inc | | America Taylor Hobson | 1725 Western Dr | | West Chicago | IL | 60185 | |
| Taylor Hobson Inc | | 1835 N Vincennes Rd | | | Signal Hill | CA | 48407-7848 | |
| Taylor R | | 21500 Eureka Rd | | | Taylor | MI | 48180 | |
| Taylor Machine Products Inc | Kelly Garlich | 21500 Eureka Rd | | | Taylor | MI | 48180-6271 | |
| Taylor Machine Products Inc | | 21500 Eureka Rd | | | Taylor | MI | 48180-6271 | |
| Taylor Machine Products Inc | Janice Mirabella | 47400 Highway 90 | | | Oakwood | OH | 44905-1189 | |
| Taylor Metal Products Co | | 700 Springfield St | | | Mansfield | OH | 44905-1189 | |
| Taylorco Corp | | PO Box 476 | | | Oakwood | GA | 30566 | |
| Taylor T | Breelt Venggopal | 1910 Hwy 70 By Pass | 605 Marion Rd | Ste 1210 | Chicago | IL | 60353-0007 | |
| Tcb Tennessee Corp | | 755 W Big Beaver | | | Jackson | TN | 38301 | |
| Tcd America Division Of Tota | | Accounts Payable | 6300 W Ninth St | | Troy | MI | 48084 | |
| Tcg Stainless Steel Inc | Chris Cameron 972409 4418 | 1221 Industrial Ctr Dr | | | Sterling Heights | MI | 48314 | |
| Tcg Corporation Of America | Leslie Reynolds | 16000 Feelsville Dr | | | Mount Prospect | IL | 60056 | |
| Tcg Corporation Of America | | PO Box 95568 | | | Chicago | IL | 60693-5589 | |
| Tcg Corporation Of America | | 1221 Business Ctr Dr | | | Mount Prospect | IL | 60076 | |
| Tcg Corporation Of America | | PO Box 95568 | | | Chicago | IL | 60693-5589 | |
| Tcg Corporation Of America | | 4015 W Vincennes Rd | | | Indianapolis | IN | 46268 | |
| Tcg Corporation Of America | | 38707 7 Mile Rd Ste 340 | | | Livonia | MI | 48152 | |

Delphi Corporation
Executory Contracts and Unexpired Leases

| CREDITORNAME | CREDITORCONTACTNAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Unifast Corp | Erika Lara | 6920 Commerce | | | El Paso | TX | 79915-1102 | |
| Unifirst Color Company Corp | | 842 Brooks Ave | | | Holland | MI | 49423 | |
| Unifirst Corp | | Flextraa Mfg | | | Tonawanda | NY | 14150 | |
| Unifrax Corp | | 2351 Whirlpool St | | | Niagara Falls | NY | 14305 | |
| Unigraphics Solutions Inc | Mary Ellen Charnley | 5400 Legacy Rd | | | Plano | TX | 75024-3105 | |
| Unimeasure Inc | | Lee Spring Co | 1334 Charlestown Industrial Dr | | Saint Charles | MO | 63303 | |
| Unimeasure Inc | | 4175 Sw Research Way | | | Corvallis | OR | 97333 | |
| Unimotor | | Div Of Smp Motor Products Ltd | 33 Gaylord Rd | Chg Rmt Add 07/09/03 Vc | St Thomas | ON | N5P 3R9 | Canada |
| Uninterruptible Power Supplies Ltd | | 4 Bacchus House Calleva Pk | | | Reading | | RG7 8EN | United Kingdom |
| Union Pacific Railro | Chris Chorba | 1265 Collection Ctr | | | Chicago | IL | 60693 | |
| Union Technology Corp | | 718 Monterey Pass Rd | | | Monterey Pk | CA | 91754 | |
| Union Tool Corp | | State Rd 15 N | | | Warsaw | IN | 46580 | |
| Unique Fabricating Inc | Nadine Demott | 300 West Mccarter Rd | | | Lafayette | GA | 30728 | |
| Unique Fabricating Inc | | 1601 W Hamlin Rd | | | Rochester Hills | MI | 48309 | |
| Unique Fabricating Inc | | 1601 W Hamlin Rd | | | Rochester Hills | MI | 48309 | |
| Uniseal Inc | | 1800 W Maryland St | | | Evansville | IN | 47712 | |
| Uniseal Inc | | PO Box 6288 | | | Evansville | IN | 47719 | |
| Uniseal Inc | | 614 Uniform St | | | Evansville | IN | 47710-2734 | |
| Unisia Jecs Corporation | Mr.Junsuke Kuroki | 1370 Onna | Atsugi Shi | | Kanagawa Ken | | 243 | Japan |
| Unisource Worldwide Inc | Attn Larry Durrant | 850 N Arlington Heights Rd | | | Itasca | IL | 60143 | |
| Unisource Worldwide Inc | | Crescent Paper Co | 2500 N Shadeland Ave Ste B1 | | Indianapolis | IN | 46219 | |
| Unisource Worldwide Inc | | Midwest Market Area | 2757 S Adams Rd | | Rochester Hills | MI | 48309 | |
| Unisource Worldwide Inc | | 5786 Collett Rd | | | Farmington | NY | 14425 | |
| Unisource Worldwide Inc | | 555 Offcenter Pt | | | Gahanna | OH | 43230 | |
| Unisource Worldwide Inc | | Midwest Region | 605 N Nelson Rd | | Columbus | OH | 43219-2949 | |
| Unisource Worldwide Inc | | Great Lakes Region | 5335 S Westridge Dr | | New Berlin | WI | 53151 | |
| Unit Inc | | 4134 36th St Se | | | Grand Rapids | MI | 49512 | |
| Unit Parts Company | | 4600 Se 59th St | | | Oklahoma City | OK | 73126 | |
| United Automobile Aerospace And Agricultural Implement Workers | Ron Gettelfinger | 8000 E Jefferson | | | Detroit | MI | 48214 | |
| United Automobile Aerospace And Agricultural Workers Of America | Ron Gettelfinger | 8000 E Jefferson | | | Detroit | MI | 48214 | |
| United Automotive Supply Co | | 2937 E 10 Mile Rd | | | Warren | MI | 48091-6800 | |
| United Automotive Supply Co | | 2937 E 10 Mile Rd | | | Warren | MI | 48091-6800 | |
| United Cottage | | PO Box 10 | | | Gas City | IN | 46933 | |
| United Chemi Con Inc | Sam Palmisano Ext 415 | 608 East Blvd | | | Kokomo | IN | 46902 | |
| United Chemi Con Inc | | 614 E Poplar St | 614 E Poplar St | | Kokomo | IN | 46902 | |
| United Chemi Con Inc | | C/o Ms Technology Llc | Ste 327 | | Kokomo | IN | 46902 | |
| United Concordia | Brian Troshynski | 3250 W Big Beaver Rd | | | Troy | MI | 48084 | |
| United Crane Rentals Inc | | 111 N Michigan Ave | | | Kenilworth | NJ | 07033 | |
| United Diesel | | 5700 General Washington Dr | | | Alexandria | VA | 22312-2406 | |
| United Diesel Injection Ltd | | 6210 75th St | | | Edmonton | AB | T6E 2W8 | Canada |
| United Diesel Service Inc | | 1903 Penn Mar Ave | | | South El Monte | CA | 91733-3697 | |
| United Electronics Corp | | 5321 N Pearl St | | | Rosemont | IL | 60018 | |
| United Electronics Corp | | 5321 North Pearl St | | | Rosemont | IL | 60018 | |
| United Health Care | Jim Kapral | 450 Columbus Ave | | | Hartford | CT | 06103 | |
| United Healthcare | Reed Bjorge | 450 Columbus Blvd | | | Hartford | CT | 06115 | |
| United Industries Inc | | Remit Chng Ln Idw 4/12/02 | 1546 Henry Ave | | Beloit | WI | 53511 | |
| United Machining Inc | Lou Sabel General Manager | 6300 18 1/2 Mile Rd | | | Sterling Heights | MI | 48314 | |
| United Machining Inc | | 6300 18 1/2 Mile Rd | | | Sterling Heights | MI | 48314 | |
| United Metal Products Corp | | 8101 Lyndon Ave | | | Detroit | MI | 48238 | |
| United Metal Products Corp | | 8101 Lyndon St | | | Detroit | MI | 48238-5452 | |
| United Paint & Chemical Corp | | 24671 Telegraph Rd | | | Southfield | MI | 48034 | |
| United Parcel Ser | Tony Surace | 28985 Schoolcraft Rd | | | Livonia | MI | 48150 | |
| United Plastics Group De Mexico Sa | Kim Clarke | Blvd Tlc No 200 Parque | Industrial Silva | | Apodaca | | | Mexico |
| United Plastics Group Fremont | Irene | 38154 Eagle Way | | | Chicago | IL | 60674-1381 | |
| United Plastics Group Inc | | 529 Thomas | | | Bensenville | IL | 60106 | |
| United Plastics Group Inc | William Holbrook Director of Finance | United Plastics Group Inc | 1420 Kensington Rd Ste 209 | | Oak Brook | IL | 60523 | |
| United Plastics Group Inc | | 3125 Coronado St | | | Anaheim | CA | 92806 | |
| United Plastics Group Inc | | Industrial Dev | 9300 52nd Ave N | | Minneapolis | MN | 55428-4022 | |
| United Plastics Group Inc H | Jeff Roberts | 7131 Perimeter Pk Dr | | | Houston | TX | 77041 | |
| United Plastics Group Inc H | | 38593 Eagle Way | | | Chicago | IL | 60678-1358 | |
| United Plastics Group Inc Mn | Jane Schoen | 9300 52nd Ave North | | | Minneapolis | MN | 55428 | |
| United Plastics Group Inc Mn | | 3400 Stanwood Blvd Ne | | | Huntsville | AL | 35804 | |
| United States Crystal Corporat | Tammy Dickey Ext 13 | 3505 Mccart | | | Fort Worth | TX | 76110 | |
| United States Filter Corp | | 40 004 Cook St | | | Palm Desert | CA | 92211-3299 | |
| United States Filter Corp | | 1801 Pewaukee Rd | | | Waukesha | WI | 53188 | |

12/28/2007 11:05 AM

FFF - Executory Contracts and Unexpired Leases 071209

Delphi Corporation
Executory Contracts and Unexpired Leases

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Unum Life Insurance Co | | PO Box 406990 | | | Atlanta | GA | 30384-6990 | |
| Unwired Technology Llc | | 263 Newtown Rd Unit 200 | | | Plainview | NY | 11803 | |
| Uop Llc | UOP Llc | 26 E Algonquin Rd | | | Des Plaines | IL | 60017-5017 | |
| Uop Llc | | Ste 265 | | | North Olmsted | OH | 44070 | |
| Uop Llc | | 13105 Northwest Freeway | 2511 Country Club Blvd | | Houston | TX | 07704-0-63 | |
| Upchurch A | | 2705 E Cr 350 S | Ste 600 | | Muncie | IN | 47302 | |
| Upchurch Scientific | Karla Sharkey | 619 W Oak St | | | Oak Harbor | WA | 98277 | |
| Upchurch Scientific | | 619 West Oak St | | | Oak Harbor | WA | 98277 | |
| Ups Customhouse Brok | Tony Surace | PO Box 34486 | | | Louisville | KY | 40232 | |
| Ups Of Canada Ltd | Tony Surace | 717 Country St | | | Moncton | NB | E1C5H7 | |
| Ups Supply Chain Soln | | 717 Country St | | | Moncton | NB | E1C5H7 | Canada |
| Ur Technologies | | 21800 Haggerty Rd | | | Northville | MI | 48167 | |
| Ur Technologies | | 5703 Enterprise Pkwy | | | East Syracuse | NY | 13057-2905 | |
| Uren H E Equipment Rental | | 1120 Connecting Rd | | | Niagara Falls | NY | 14304-1522 | |
| Uric Corp | | 77 Goodell St | | | Buffalo | NY | 14203 | |
| Us Aeroteam Inc | | One Edmund St | | | Dayton | OH | 45404 | |
| Us Aeroteam Inc | | 1 Edmund St | | | Dayton | OH | 45404 | |
| Us Aeroteam Inc | Peter Dissell | 6501 E 11 Mile Rd | | | Warren | MI | 48397 | |
| Us Army Tank | | 6001 Lakeside Blvd | | | Indianapolis | IN | 46278 | |
| Us Customs Service | Accounting Services Division | National Energy Technology Lab | 3610 Collins Ferry Rd | PO Box 68508 | Morgantown | WV | 26507-0880 | |
| Us Department Of Energy | Lisa Kuzniar | Office Of Freedom Car And | Vehicle Tech | 1000 Independence Ave Sw | Washington | DC | 20585-0121 | |
| Us Department Of Energy | Roland Gravel | 20500 Hoover Rd | | | Detroit | MI | 48205-1064 | |
| Us Farathane Corp | | 61 Us Edwards Co Inc | | | Royal Oak | MI | 48073 | |
| Us Farathane Corp | | PO Box 641126 | | | Detroit | MI | 48264 | |
| Us Farathane Corp | | 11650 Pk Dr | | | Utica | MI | 48315 | |
| Us Farathane Corp | | 38000 Mound Rd | | | Sterling Heights | MI | 48310-3461 | |
| Us Fel Manufacturing Co Inc | Gayle Cannon | 61 Industrial Ave | | | Lowell | MA | 01851 | |
| Us Filter/continental Water | | PO Box 470722 | | | Tulsa | OK | 74147-0722 | |
| Us Filter/ionpure Inc | | 8211 Country Club Pl | 1451 E 9 Mile Rd | | Indianapolis | IN | 46214 | |
| Us Filter/ionpure Inc | | Us Filter/warrenville | | | Warren | MI | 48089 | |
| Us Gauge & Fixture Inc | | 6094 Corporate Dr | | | Ira Township | MI | 48023 | |
| Us Healthworks Medical Grp | | PO Box 79162 | | | City Of Industry | CA | 91716-9162 | |
| Us Merchants Inc | | 8739 Wilshire Blvd | | | Beverly Hills | CA | 90211 | |
| Us Resister Inc | | 1090 De Leum | | | St Marys | PA | 15857-3360 | |
| Us Specialty/noc | Kerri Cunningham | 8 Forest Pk Dr | | | Farmington | CT | 06034 | |
| Us Wire Rope Supply Inc | | 6655 Sherwood St | | | Detroit | MI | 48211-2475 | |
| Usa Septic Tank Co | | PO Box 1513 | | | Robertsdale | AL | 36567 | |
| Usa Technologies | | 2901 Blake St Ste 201 | | | Denver | CO | 80205 | |
| Usa Technologies | | 6810 Broadway Unit C | | | Denver | CO | 80221-2849 | |
| Usa Tolerance Rings Div | Doris Wedekindt | General Sullivan Group | Sullivan Way | PO Box 7609 | W Trenton | NJ | 08628 | |
| Usadig | Jeff Guttenberger | One Seaport Plaza | 199 Water St | | New York | NY | 10038 | |
| Usaig | Jace Collins | 3400 Corporate Pkwy | | | Toledo | OH | 43606 | |
| Usf Bestway Inc | | 3743 Axom Ct | | | Pasadena | CA | 91110 | |
| Usf Dugan Inc | Jace Collins | PO Box 532979 | | | Atlanta | GA | 30353 | |
| Usf Holland Inc | James Murdorff | 750 Joslyn Ave | | | Pontiac | MI | 48340 | |
| Usf Redstar | Jace Collins | PO Box 532979 | | | Atlanta | GA | 30353 | |
| Uson Corp | | Uson Technical | 2835 Dolphin Dr Ste 102 | | Troy | MI | 48083 | |
| Uson Corp | | 8540 N Eldridge Pky | 1171 Chicago Rd | | Houston | TX | 77041-1233 | |
| Usw International Corp | | 1045 Revel Rd | | | South El Monte | CA | 91733-9254 | |
| Usw Local 87 | Gary Adams | 21 Abbey Ave | | | Dayton | OH | 45417 | |
| Utas Tongda Electrical Systems Co Ltd | Philip Juline | 169 Callender Rd | | | Oakland Twp | MI | 48363 | |
| Utc Corp | | Utilea Div | | | Watertown | CT | 06795-1627 | |
| Uva Machine Co Inc | | 45130 Pollets Ct | | | Plymouth | MI | 48170-6055 | |
| V Forge Inc | | 5567 W 6th Ave | | | Lakewood | CO | 80214 | |
| V Mech Engineering Ltd | | Unit 12 Mountney Bridge Bus Pk | | | Westham Pevensey | | 0BN24- 5NH | United Kingdom |
| V Tek Incorporated | | PO Box 86 | | | Minneapolis | MN | 55486-1971 | |
| V Tek Incorporated | | PO Box 86 | | | Minneapolis | MN | 55486-1971 | |
| V Tron Electronics Corp | | 10 Venus Way | | | S Attleboro | MA | 02703 | |
| Vac Magnetics Corp | | 2835 Dolphin Dr Ste 102 | | | Elizabethtown | KY | 42701 | |
| Vacco Industries | | 10350 Vacco St | | | South El Monte | CA | 91733-9254 | |
| Vacuum Instrument Corp | | 2099 9th Ave | | | Ronkonkoma | NY | 11779-6954 | |
| Valsala Inc | | 100 Commerce Way | Remit Chng Ltr Mw 4/02 | | Woburn | MA | 01801 | |
| Val Tech Inc | | 1 West Ave | | | Manchester | NY | 14504 | |
| Val Tech Llc | | 85 Raby Industrial Pky | | | Rochester | NY | 14624 | |
| Val Tech Llc | | 3461 Buffalo Rd | | | Rochester | NY | 14624-1103 | |
| Valcom | | PO Box 4712 | Dept X | | Carol Stream | IL | 60197-4712 | |
| Valdez Rachelle R | | 5279 Glenwood Creek Dr | | | Clarkston | MI | 48348 | |
| Valdovinos A | | 1602 Eastbridge Dr Sw 908 | | | Decatur | AL | 35601 | |
| Valencia Sergio | | 4835 Royal Oak | | | Wichita Falls | TX | 76306 | |

Delphi Corporation
Executory Contracts and Unexpired Leases

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Wayne State University | | Sponsored Program Administration | | | Detroit | MI | 48202 | |
| Wayne State University Research & Technology Park | Don Wisniewski | 5057 Faculty | Administration Bldg | | Detroit | MI | 48202 | |
| Wayne Westendorf | Howard Bell | 3401 Century Way N | | | Saginaw | MI | 48603 | |
| Wayne Westendorf | | Inc | 221 Garfield St | | Hillman | MI | 49746 | |
| Wayne Wire Cloth Products Et | | 202 E Dresden St | | | Kalkaska | MI | 49646 | |
| Wayne Wire Cloth Products Inc | | 202 E Dresden St | | | Kalkaska | MI | 49646-9989 | |
| Wayne Wire Cloth Products Inc | | 384 Us Hwy 221 A | | | Forest City | NC | 28043 | |
| WbY Technologies | Joe Bushdel | 611 Lasalle Ave 202 | | | Oakland | CA | 94611 | |
| Wb Technologies | | 1111 Mill Rd | | | Mill Creek | IN | 45154 | |
| Wb Distributing | | No 46 Huahai Rd Yichong Distric | | | Shenyang Lisoning | | 110141 | China |
| Wbamwo Precision Shenyang L | | 1600 N High St | | | Hillsboro | OH | 45133 | |
| Weasies Inc | | 8600 Dolphin St | | | Detroit | MI | 48209 | |
| Weber M | | 18566 Hwy 12 | | | Midland | ON | L4R 4L1 | Canada |
| Weber Manufacturing Ltd | | Weber Tool & Mold | | | Troy | MI | 48084 | |
| Weber Molding Systems Inc | | Macomery Industrial Est | | | Rochdale | | OO16S-1HO | United Kingdom |
| Weber Marking Systems Inc | Lucy Bob Guyer Arlene | 711 W Algonquin Rd | | | Arlington Heights | IL | 60005-4415 | |
| Weber Specialties Co | | 10030 South Us 131 | | | Schoolcraft | MI | 49087 | |
| Webster Industrial Inc | | 63 Estates Dr W | | | Fargo | ND | 14460 | |
| Weesta D | | 6448 Columbiaville Rd | | | Columbiaville | MI | 48421 | |
| Weeks L | | 1408 Alpine St Se | | | Decatur | AL | 35603 | |
| Wegu Gummi Und Kunststoffwerke | | Mannheimer Strasse 31 Bellenhau | | | 34123 Kassel | | 48170 | Germany |
| Wel Club | | PO Box 6024 M046510fv077 | | | Plymouth | MI | 48170 | |
| Weiler T | | 6211 Palmer Rd Sw | | | Columbus | OH | 43045 | |
| Weight & Test Systems Inc | | PO Box 4296 | | | Brownsville | TX | 78520-4296 | |
| Weikbirg Co Inc | | Dept E Est | | | Dayton | OH | 46402 | |
| Weingardt & Associates Inc | | 6265 Coastgate Dr | | | Indianapolis | IN | 46256 | |
| Weingardt & Associates Inc | | 6265 Coastgate Dr | | | Indianapolis | IN | 46256 | |
| Weingardt & Associates Inc Et | | 6265 Coastgate Dr | | | Indianapolis | IN | 46256-1004 | |
| Weisgerber Realty Investors | | PO Box 200518 | | | Houston | TX | 77216 | |
| Weingarten Reid & Mcnally Llc | | 1 Commerce Plaza Ste 1103 | | | Albany | NY | 12210 | |
| Weingarten Reid & Mcnally Llc | | One Commerce Plaza | | | Albany | NY | 12210 | |
| Weitzman Alex | | 5267 Murphy Dr | | | Victor | NY | 14564 | |
| Welch M | | 469 Londonderry Ln | | | Mansfield | TX | 76063 | |
| Welch M | | 11 Cherry Dr | | | Brockport | NY | 14420 | |
| Weldy K | | Wer | 24775 Creekview Ct | | Farmington Hills | MI | 48335 | |
| Welding Technology Corp | | 9650 Red Arrow Hwy | | | Bridgman | MI | 49106-9710 | |
| Weldun International Ltd | | 4463 Philips Dr | | | Wichita Falls | TX | 76306-2406 | |
| Wellington Crane Service | | 6485 K Arsine Dr Apt 33s | | | Shreveburry | LA | 71111 | |
| Wellman Inc | | 1040 Broad St Ste 302 | Biddington | Northumberland | Johnsonville | NJ | 07702-4318 | United Kingdom |
| Wellman Inc / Plastics Di | | PO Box 188 | | | Johnsonville | SC | 29555 | |
| Wells A | | 614 Broadwater Ave | | | New Carlisle | IN | 46554 | |
| Wells Fargo | Alex Svensson | 1740 Broadway | | | Denver | CO | 80274 | |
| Wells Fargo | Svensson Alex | Mac T500 105 | | | Denver | CO | 80274 | |
| Wells Fargo Bank | Corporate Trust Department | 1740 Broadway | | | Denver | CO | 80274 | |
| Wells Manufacturing Corp | | 26 E Brooke St | | | Fond Du Lac | WI | 54835 | |
| Wells Manufacturing Corp | | PO Box 70 | | | Fond Du Lac | WI | 54935-0070 | |
| Wells Operating Partnership Lp | | PO Box 105407 | | | Norcross | GA | 30091-0490 | |
| Welwyn Components Limited | Bill Miller | Welwyn Electronics Pk | Biddington | | Measkide | | OHE25-7XA | United Kingdom |
| Wemco Precision Tool | | 910X Pella Rd | 620 Madison Ave | | Mesakide | PA | 15325 | |
| Wendall Adgust Forge Inc | | Add Chg 9 58 | | | Grove City | PA | 16127 | |
| Wendco Construction | | 96 John Muir Dr Ste 100 | | | Amherst | NY | 14228 | |
| Wendling Patterns Inc | | 2121 Jergens Rd | | | Dayton | OH | 45404 | |
| Wendy Thomas | | Route 1 Box 277 | | | Flushing | MI | 48482 | |
| Wendy Thomas | | 2653 Parkwood Dr | | | Flushing | MI | 48433 | |
| Wentland Diesel | | 84455 Hwy 11 | | | Milton Freewater | OR | 97862 | |
| Werner Co | | 93 Werner Rd Credit Dept | Add Chg Per Ltr 07/23/05 Lo | | Greenville | PA | 16125 | |
| Werner Co | | 93 Werner Rd | | | Greenville | PA | 16125-9434 | |
| Werner Enterprises I | | PO Box 3115 I 80 & | | | Omaha | NE | 63103 | |
| Wes Garda Components Group Inc | Mark Buongino | 8230 N Bristlee Rd Ste 320 | | | Irving | TX | 75063 | |
| Wes Garda Components Group Inc | | 4301 Alder Trall Ste 500 | | | Earth City | MO | 63045 | |

FFF - Executory Contracts and Unexpired Leases

Delphi Corporation
Executory Contracts and Unexpired Leases

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| William Smith | | 564 Gulf Ridge Dr | | | Jasper | AL | 35504-8241 | |
| William Vance | | 4247 Brookstone Dr | | | Saginaw | MI | 48603 | |
| William Walters | | 4715 Glen Moor Way | | | Kokomo | IN | 46902 | |
| William Williams | | 1412 Scarlett Dr | | | Anderson | IN | 46013 | |
| William Wood | William Wood | 3 Pkwood Ln | | | Mendham | NJ | 07945 | |
| Williams Advanced Materials Ef | | Inc | 2978 Main St | Remit Chg 08/02/05 Cs | Buffalo | NY | 14214 | |
| Williams Detroit Diesel Allisd | | PO Box 214 | | | Wilson | NY | 14172 | |
| Williams Diesel Service | | Ww Williams | 715 S Outer Dr | | Saginaw | MI | 48601 | |
| Williams J | | 5045 Sw 1st Ln | | | Ocala | FL | 34474 | |
| Williams J | | PO Box 107 | | | Alvord | TX | 76225 | |
| Williams Jc | | 735 Cathay St | | | Saginaw | MI | 48601-1371 | |
| Williams M | | 2842 Hoyle Dr | | | Shreveport | LA | 71118 | |
| Williams Metalfinishing Inc | | 870 Commerce St | | | Reading | PA | 19608-1347 | |
| Williams Metals & Welding Allo | | Williams Welding Alloys | 1501 Reedsdale St Ste 300 | | Pittsburgh | PA | 15233 | |
| Williams P | | 490 Poppy Ln | | | Marysville | OH | 43040 | |
| Williams P | | 10200 Ridgewood Dr Ste 617 2 | | | Parma Hgts | OH | 44130 | |
| Williams S | | 94b Foxberry Dr | | | Getzville | NY | 14068 | |
| Williams S | | PO Box 214 | | | Wilson | NY | 14172 | |
| Williams Scotsman Inc | | PO Box 91975 | | | Chicago | IL | 60693 | |
| Williams Scotsman Inc | | Williams Scotsman | 125 Distribution Dr | | Harrison Township | OH | 45015 | |
| Williamson G Maintenance Inc | | 1221 Stimmel Rd | | | Columbus | OH | 43223-2915 | |
| Williamson Polishing & Plating | | 2080 Andrew J Brown Ave | | | Indianapolis | IN | 46202 | |
| Willie Burt | | 708 Douglas Ave | | | Albany | GA | 31701 | |
| Willie Christopher | | PO Box 683 | | | Fitzgerald | GA | 31750 | |
| Willie Franklin | | 2274 Cypress Ave | | | Morrow | GA | 30260 | |
| Willie Holmes | | 2327 State St | | | Saginaw | MI | 48602 | |
| Willie Mcmullen | | 14009 Marion Loop | | | Tuscaloosa | AL | 35405 | |
| Willis Thomas | | 6359 Robinson Rd Apt 7 | | | Lockport | NY | 14094 | |
| Willis Of Texas Inc | | 301 Commerce St | Ste 3050 | | Fort Worth | TX | 76102 | |
| Willow Hill | | 37611 Euclid Ave | | | Willoughby | OH | 44094 | |
| Willow Hill Industries Llc | | 37611 Euclid Ave | | | Willoughby | OH | 44094 | |
| Wilmad Glass | | Us Route 40 & Oak Rd | | | Buena | NJ | 08310 | |
| Wilson Company Inc | | 1875 W Little York Rd Suit | | | Houston | TX | 77041 | |
| Wilson Company Inc | Sales | 2311 E Loop 820 North | | | Fort Worth | TX | 76118 | |
| Wilson Company Inc | | 16301 Addison Rd | | | Dallas | TX | 75248-2448 | |
| Wilson D | | PO Box 133 E Main St | | | Cass City | MI | 48726 | |
| Wilson D | | 11190 Apache Dr Ste 203 | | | Parma Heights | OH | 44130 | |
| Wilson Garner Co Inc | | 40935 Production Dr | | | Harrison Township | MI | 48045 | |
| Wilson H | | 2515 N Mason St | | | Saginaw | MI | 48602 | |
| Wilson J | | 2923 Gulf Stream | | | Saginaw | MI | 48603 | |
| Wilson Jr E | Barbara Jefferey | 3567 Warner Dr | | | Grand Island | NY | 14072-1046 | |
| Wilson R | | 8808 Sunny Dr | | | Perrinton | MI | 48664 | |
| Wilson R | | PO Box 2001 | | | Kokomo | IN | 46904-2301 | |
| Winbond Electronics Corp | | C/o Skyline Sales & Assoc Inc | 807 Airport Rd N Office Pk | | Fort Wayne | IN | 46825 | |
| Winco Stamping Inc | | W156 N9277 Tipp St | | | Menomonee Falls | WI | 53051 | |
| Wind River U K Ltd | Sales | Unit 1 & 2 Maylands Ave | | | Birmingham | | B7 4AZ | United Kingdom |
| Windsor Machine & Stamping Ltd | Jeff Wallace | 26655 Northline Rd | | | Taylor | MI | 48180-4481 | |
| Windsor Machine & Stamping Ltd | | 5725 Outer Dr | | | Windsor | ON | N9A 6J3 | Canada |
| Windsor Mold Inc | | 444 Hanna St E | | | Windsor | ON | N8X 2N4 | Canada |
| Windsor Mold Texas Inc | | 9200 S Austin Dr | | | Pharr | TX | 78577 | |
| Wineman Technology Inc | | 1668 Champagne Dr N | | | Saginaw | MI | 48604 | |
| Wing M | | 5627 Coquitt Rd | | | Keithville | LA | 71047-7972 | |
| Wing M | | 2006 County Line Rd | | | Barker | NY | 14012 | |
| Wingeier Kenneth G | | 555 Mt Vintage Plantation Dr | | | N Augusta | SC | 29860-9264 | |
| Winkelman Sales | | 119 Burch Ave | | | Buffalo | NY | 14210 | |
| Winink Electric Co Inc | | 1900 Hubbard Rd | | | Youngstown | OH | 44505-3128 | |
| Winston Heat Treating Inc | | 711 E 2nd St | | | Dayton | OH | 45402-1319 | |
| Wintech Inc | | 1175 Enterprise Dr | | | Winchester | KY | 40391 | |
| Winterbottom David A | | 2311 Litter Ln | | | Oceanside | CA | 92056-3712 | |
| Winzeler Stamping Co | | 129 W Wabash St | | | Montpelier | OH | 43543-1838 | |
| Wirco Product Ltd | | 1011 Adelaide St S | | | London | ON | N6E 1R4 | Canada |
| Wirco Products Inc | | 2550 20th St | | | Port Huron | MI | 48060-6449 | |
| Wire D | | 562 Spring Lake Circle | | | Shreveport | LA | 71106-4602 | |
| Wire Products Co Inc | | 14601 Industrial Pkwy | | | Cleveland | OH | 44135-454 | |
| Wire Products Co Inc | | 14601 Industrial Pkwy | | | Cleveland | OH | 44135-4545 | |
| Wireforms Pte Ltd | | 970 Toa Payoh N | | | | | 318992 | Singapore |
| Wireless Approval Consultants | | 8501 Beck Rd | | | Belleville | MI | 48111 | |
| Wirelink Corp | | 8209 Washington Church Rd | | | Dayton | OH | 45458 | |

FFF - Executory Contracts and Unexpired Leases 071209

12/28/2007 11:05 AM

Delphi Corporation
Creditor Matrix

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Academy Of Certified | | 1563 Mule Mail Loop | PO Box 9248 | | | Colorado Springs | CO | 80932 | |
| Academy Of Certified Hazardous Materials | Hazardous Materials Managers | 8660 Rockville Pike | 8660 Rockville Pike | | | Bethesda | MD | 20814-3998 | |
| Academy Of Learning | | 5 Bank St | Ste 202 | | | Attleboro | MA | 2703 | |
| Academy Of Math Science | | & Technology | 154 Hamilton Blvd | | | Strothers | OH | 44471-1446 | |
| Academy Of Math Science and Technology | | 154 Hamilton Blvd | | | | Strothers | OH | 44471-1446 | |
| Acadia Corps | | 766 S Platt Rd | | | | Egan | LA | 70531 | |
| Acadia Corp | | Acadia Polymers | PO Box 3463 | | | Roanoke | VA | 24015 | |
| Acadia Polymers Corp | | 6251 Concordia Dr Ste 3 | | | | Boston | MA | 22041-5463 | |
| Acadia Polymers | | PO Box 3463 | | | | Roanoke | VA | 22041-5463 | |
| Acadia Woodridge Operation | | 12523 Dequindre Blvd | | | | Woodridge | IL | 60517 | |
| Acadia Woodridge Operation | | PO Box 3539 | | | | Woodridge | MA | 22041-5516 | |
| Acadian Diesel Fuel Inj Svc | Mr Don Loutiere | 2615 Jefferson Island Rd | | | | New Iberia | LA | 70560 | |
| Acal Electronics | Denis Hogan | Redfields Pk | Church Crookham | | | Hampshire | | GU11 5RO | United Kingdom |
| Acal Electronics Ltd | Neil Garrioch | Redfields Pk | Church Crookham | | | Hampshire | | GU52 0RD | United Kingdom |
| Acal Enfoon | | Postfach 11 49 | D72220 Flein Heilbonr | | | | | | Germany |
| Acal Technology Limitec | | 3 The Business Centre | Molly Millers Ln | Wokingham | | Berkshire | | RG41 2QV | United Kingdom |
| Accent Ban Cr | Accounts Payable | 2418 David St | | | | Saginaw | MI | 48603-4114 | |
| Accent Ban Cr | | 1125 Lexington Ave | | | | Rochester | NY | 14606 | |
| Accents | | 1125 Lexington Ave | | | | Rochester | NY | 14606-3290 | |
| Accob Mold & Tool Co Inc | | 1125 Lexington Ave | | | | Rochester | NY | 14606 | |
| Accob Mold & Tool Co Inc Eft | | 1125 Lexington Ave | | | | Rochester | NY | 14606 | |
| Accob Mold & Tool Co Inc | | 1125 Lexington Ave | | | | Rochester | NY | 14606 | |
| Accob Mold and Tool Co Inc Eft | | 2700 Monterey St Ste 108 | | | | Torrance | CA | 90503-7320 | |
| Accol Connections Inc | | 1700 Anderson Blvd | | | | Rochester | NY | 41043-8766 | |
| Accelerated Technologies Eft Inc | | 1780 Anderson Blvd | | | | Hebron | KY | 41043-8766 | |
| Accelerated Technologies Inc | | 8718 Corp Way Ste 201 | H6 Flat Eft Bg 3 105 Co | | | Mason | OH | 45040 | |
| Accelerated Technologies Inc | | 8718 Corp Way Ste 201 | | | | Overland Township | OH | 45040 | |
| Accelerated Technologies Inc | | 1611 Headway Cir Bldg 1 | | | | Austin | TX | 78754-1835 | |
| Accelerate Yout Ch | | 1103 Galveron St | | | | Galveron | MA | 24105 | |
| Accelint Endoscopy | Sally | 2801 South Valleys St | | | | Englewood | CO | 80110 | |
| Accelint Endoscopy | | PO Box 414462 | | | | Boston | MA | 22414-4462 | |
| Accelint Endoscopy Eft | | Fl Bay Macon | PO Box 414462 | | | | Boston | MA | 22414-4462 | |
| Accolys | | 8685 Scranton Rd | | | | San Diego | CA | 92121 | |
| Accolys Inc | | 8685 Scranton Rd | | | | San Diego | CA | 92127-3702 | |
| Accolys Inc | | Dept Ch 10602 | | | | San Diego | CA | 60060-10602 | |
| Ascent Erection & Maint Co | | Accent Sales & Service Co | 3613 3637 Troost | | | Kansas City | MO | 64109-2866 | |
| Accent On Creativity & Knowledge | | 3800 Maple | | | | Troy | MI | 48063 | |
| Accent Optical Technologies Ir | Manual Metendes | 2168 Ringwin Dr | | | | San Jose | CA | 95131 | |
| Accent Reduction Inc | | 1311 Melshome St | Ste 207 | | | Yorneby Dr | OR | 97051 | |
| Accent Reduction Inc | | 29688 Telegraph Rd | Ste 400 | | | Southfield | MI | 48034 | |
| Accent Reduction Inc | | 29688 Telegraph Rd Ste 400 | | | | Southfield | MI | 48034 | |
| Accent Sales & Service Co | | 3821 Troost Ave | | | | Kansas City | MO | 64109 | |
| Accent Service Company | | 3821 Troost Ave | | | | Kansas City | MO | 64109 | |
| Access | | 6200 Aurora Ave Ste 301 | | | | Des Moines | IA | 50322 | |
| Access Ability Lt Ltd | | Lock Drawer 3009 | | | | Washington | DC | 20090-3009 | |
| Access Business Group | | 79 82 Church St | Belgravia House | | | Manchester | | 05K10 - 1JN | United Kingdom |
| Access Conference Call Service | | Fountain St | | | | Macclesfield Ch | | 05K011HH | United Kingdom |
| Access Conference Call Service | | 1881 Watkle Ave | | | | Reston | VA | 22090 | |
| Access Conference Call Service | | 1881 Watkle Ave | | | | Reston | VA | 22090 | |
| Access Electronics De Mexico | | Aeze 6 12 80 | | | | Guimas | | 85500 | Mexico |
| Access Electronics Inc | Accounts Payable | Carrtera Internacional Guadale | | | | Guimas | | 85500 | |
| Access Electronics Inc | | 4190 Grove Ave | | | | Chicago | IL | 60091 | |
| Access Electronics Inc | | 38861 Eagle Way | | | | Chicago | IL | 60678-1138 | |
| Access Electronics Inc | | PO Box 809 | | | | Pacifica | CA | 60090-0809 | |
| Access Electronics Inc Efr | | 38861 Eagle Way | | | | Chicago | IL | 60678-1388 | |
| Access Intelligence Inc | | Access Systems Group | 11020 White Rock Rd | | | Rancho Cordova | CA | 95670 | |
| Access Media Group | | PO Box 809 | | | | Galesburg | MD | 20904-0809 | |
| Access Media Group | | 554 N Frednck Ave Ste 119 | | | | Galthersburg | MD | 20877 | |
| Access One Technology Llc | | 23373 Commerce Dr Ste A2 | | | | Farmington Hills | MI | 48335 | |
| Access One Technology Group L | | 23373 Commerce Dr Ste A2 | | | | Farmington Hills | MI | 48335 | |
| Access One Technology Group Llc | | 212 Hoyt Ave Ste 1 | | | | Farmington Hills | MI | 48334 | |
| Access One Technology Group Llc De Otche Access | | D 3 A Access One Capital Group Llc | 23373 Commerce Dr AZ | | | Farmington Hills | MI | 48335 | |
| One Capital Group Llc | | 23373 Commerce Dr Ste A2 | | | | Farmington Hills | MI | 48335 | |
| Access One Technology Llc | Kevin N Fenroy Cec | 23373 Commerce Dr A2 | | | | Farmington Hills | MI | 48335 | |
| Access One Technology Llc | | 212 Hoyt Ave Ste 1 | | | | Modesto | CA | 95357 | |
| Access Remote Pc Corn | | 212 Hoyt Ave Ste 1 | | | | Modesto | CA | 95357 | |
| Access Remote Pc Corn | | PO Box 576597 | | | | Modesto | CA | 95357 | |
| Accession Communication | | 2040 Fortune Dr | | | | San Jose | CA | 95131 | |
| Accession Communications | | 2040 Fortune Dr | | | | San Jose | CA | 95131 | |
| Accession Communicationsr | | 8007 Trans Canada Hwy | | | | Montreal | | H4S 1V9 | Canada |
| Accotia Alsc | | 4887 Riverview Dr | | | | Bridgeport | MI | 48722 | |
| Accotia Alac | | 4887 Riverview Dr | | | | Bridgeport | MI | 48722 | |
| Accotia Angela | | 4887 Riverview Dr | | | | Bridgeport | MI | 48722 | |
| Accotia Allen | | 1100 Cable Dsf Sur Dr | | | | El Paso | TX | 79912 | |

Delphi Corporation
Creditor Matrix

| CreditorName | CreditorAlsoKnownName | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| D A W Transport Co | | PO Box 69012 | | | | Houston | TX | 77269-0012 | |
| D & A Affordable Office Furnt | | 1614 Clinton St | Rmt Add Chg Per Ltr 06 05 06 Gj | | | Middletown | OH | 45044 | |
| D & A Transport Inc | | 12415 Express Rd | 15 S Clinton St | | | Kennedale | TX | 46174 | |
| D & A Wholesale Office | | PO Box 4536 | | | | Middletown | OH | 45042 | |
| D & B | | PO Box 75434 | | | | Chicago | IL | 60675-5434 | |
| D & B | | PO Box 75434 | PO Box 75434 | | | Chicago | IL | 60675-5434 | |
| D & B Automotive | Bud Rizzo | 9702 State Rte 445 526 | Duns Belong To Delphi | | | Chicago | IL | 60456-6208 | |
| D & B Ask Mfg Factory Co | | 16 Meyritte St | | | | Sparks | NV | 66511 | |
| D & D Metal Finishing | | 22603 Fairmore | | | | Clinton Township | MI | 48035 | |
| D & D West Co | | 800 Thomas Ct | | | | Cleveland | OH | 44101 | |
| D & D Design Alabama Inc | | 505 Thomas Ct | | | | Otis | MI | 48446 | |
| D & D Design Alabama Inc Eft | | 505 Thomas Ct | | | | Otis | MI | 48446 | |
| D & D Design Inc | | 500 3,444 St Ste 1 | | | | Otis | MI | 48446 | |
| D & D Design Inc Eft | | 500 3,444 St Ste 1 | | | | Otis | MI | 48446 | |
| D & D Wines Enterprises Inc | | 2460 Liberty Church Rd | PO Box 3045 | | | Mason | GA | 31216-0883 | |
| D & D Wines Enterprises Inc | D B A Aaa Air Of Macon | 2181 Aaa Air Of Macon | PO Box 3045 | | | Macon | GA | 31216-0883 | |
| D & D Wines Enterprises Inc D B A Aaa Air Of Macon | | 2460 Liberty Church Rd | | | | Macon | GA | 31216-0883 | |
| D & D Sign Co | Dan Clagg Or James | 2660 N Mellen Rd | | | | Wichita Falls | CO | 70810 | |
| D & D Sign Co | | 3059 Palaway Blvd | | | | Wichita Falls | TX | 70810 | |
| D & D Tool & Supply | | PO Box 1485 | | | | Wichita Falls | TX | 76310 | |
| D & D Trucking Co Inc | | 1038 Barona Ave | | | | San Diego | CA | 92155-7000 | |
| D & E Tooling | | 139 Water St | PO Box 70 | | | Lowell | MI | 48331 | |
| D & G Trading | | 4640 County Rd A | | | | Sterling Heights | MI | 48314-3529 | |
| D & G Trucking | | 6400 County Rd A | | | | Superior | WI | 54880 | |
| D & H Enterprises Inc | Fran Higgins | 2430 County Lake Rd Ste 110 | | | | Mason | MI | 48854 | |
| D & J Machinery Sales Inc | | 341 N Aurora Rd | Rmt Add Chg 10 00 TN | | | Aurora | OH | 44202 | |
| D & K Service | | Alexander Dr | | | | Warren | MI | 48091 | |
| D & K Service Inc | | 25431 Glenwood | | | | Warren | MI | 48091 | |
| D & L Transport Inc | | Addr Chg 2 26 98 | | | | Bowling Green | OH | 43402 | |
| D & L Steel Inc | | D B A Midlands Diesel Service | | | | Aberdeen | SD | 57402-0466 | |
| D & L Steel Inc | | Div Of Specialty Mtrl Eft | PO Box 466 | | | Spooner | SD | 57402-0466 | |
| D & M Energy Inc | | 2701 Salt Spring Rd | | | | Youngstown | OH | 44509 | |
| D & M Energy Inc | | 2305 County Eft | | | | | | | |
| D & M Tool Inc | | 192 Washbee Dr | | | | Meadville | PA | 16335 | |
| D & M Tool Inc | | 163 Washburn Dr | | | | Meadville | PA | 16335 | |
| D & M Transport Inc | | 700 W Main St | | | | Farwell | MI | 48622 | |
| D & M Distributing Co | | PO Box 242 | | | | Randolph | OH | 44265 | |
| D & M Fabric Products | | Dods & Merino | PO Box 6251 | | | Express City | NC | 44137 | |
| D & M Investments | | 4465 Bush Way | | | | Gilroy | CA | 95020 | |
| D & M Plastics | | 26390 Groesbeck Rd | | | | Warren | MI | 48089 | |
| D & M Plastics | | PO Box 158 | | | | Burlington | IL | 60109 | |
| D & M Supply Inc | | Div Of Midlands Mfnf | Rural PO Box 502a | | | Springville | IN | 47462-0521 | |
| D & M Tool Corp Eft | | Div Of Specialty Mfnf | Rural PO Box 502a | | | Springville | IN | 47462-0521 | |
| D & S Bending Corp | | 4805 Easton Dr | | | | Romeo | MI | 48065-7000 | |
| D & S Bending Corp Eft | | 101 E Pond Dr | | | | Romeo | MI | 48065-7000 | |
| D & S Insulation Corp | | 101 E Pond Dr | | | | Romeo | MI | 48065 | |
| D & S Insulation Company | | 84 Farrell St | | | | New Haven | CT | 06513 | |
| D & S Landscape Maintenance Llc | | PO Box 6251 | | | | Kentwood | MI | 48518-6251 | |
| D & S Machine Products Inc | | Llc | PO Box 6251 | | | Kentwood | MI | 48518-6251 | |
| D & S Engineering Co Inc | Bud Rizzo | 4611 Crews Rd | | | | Youngstown | NY | 14174-9700 | |
| D & S Industrial Supply | | 9702 State Rte 445 526 | 2000 Town Center Ste 2700 | | | Southfield | MI | 48075-0008 | |
| D & S Machine Products Inc | | A49 Cty 13 166 | 1107 Retail Dr | | | Huntsville | AL | 35816 | |
| D & S Machine Products Inc | | 1107 Retail Dr | | | | Huntsville | AL | 35816 | |
| D & S Steering | | 9665 Express Dr | | | | Highland | IN | 46322 | |
| D & T Transport | | 1595 Savoy Le Ave | | | | Highland | IN | 46322 | |
| D & R Grinding Service Inc | | 400 East Fullerton Ave | | | | Carol Stream | IL | 60188 | |
| D & R Technology Llc | | 2700 E Fullerton Ave | 285 S 400 West | | | Carol Stream | IL | 60188 | |
| D & R Service Trucking Inc | | 2500 E Erie Rd | | | | Erie | MI | 48133 | |
| D & S Refinishing Inc | | 2530 E Erie Rd | | | | Erie | MI | 48133 | |
| D & T Products Company Llc | | PO Box 641465 | | | | Cincinnati | OH | 45264-1966 | |
| D & T Products Company Llc | | Welmo Machine Tool & Jag Llp | | | | Cincinnati | OH | 45264-1966 | |
| D & V Precision Sheet Metal | | 6065 Us 50 West | Sfe 4 | | | Aurora | IN | 47001 | |
| D & V Precision Sheet Metal In | Mr David Wayne | 791 Main St | | | | North Oxford | MA | 01537-1100 | |
| D & W Diesel | David Wayne | 13 Warehouse Row | | | | Auburn | NY | 12205-0724 | |
| D & W Diesel Inc | David Wayne | 4120 Expressway St | | | | Auburn | NY | 13021-9555 | |
| D & W Diesel Inc | | 1020 W 14th St | | | | Milwaukee | WI | 53205 | |
| D & W Products Company Llc | | 1672 Fairlane Watson Rd | | | | Hamtramck | TN | 37010 | |
| D & W Systems Sales Inc | | 1011 Cards St Rd | | | | | TN | | |
| D & W Trading | Inc | 11120 Engineers Ct | | | | Ann Arbor | IN | 46140 | |
| D & W Precision Sheet Metal | | 285 S 400 W | | | | Greenfield | IN | 46140 | |
| D & W Steel Inc | | 13155 Gloverdale Ave | | | | Oak Pk | MI | 48237 | |
| D & W Steel Inc | | 13155 Gloverdale Ave | | | | Oak Pk | MI | 48237 | |
| D & W Central Inc | | 3023 W Coldwater Rd | | | | Mount Morris | MI | 48458 | |
| D & W Central Inc | | 101 Quality Ct | | | | Newark | NH | 07101 | |
| D A Ibs | | PO Box 8040 | 101 Quality Ct | | | Carol Stream | IL | 60122-8040 | |
| D A Associates | | Rmt Chg 01 02 04 Aah | 3201 Mehorning Ave | | | Charlestown | IN | 47111 | |
| D A Blanchard Co Inc | | Newark Electronics | | | | Youngstown | OH | 44515 | |

1/11/2008 6:55 PM
Creditor Matrix service list

Delphi Corporation
Creditor Matrix

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Dorset Angela Lee | | 2003 Groton | | | | Saginaw | MI | 48602 | |
| Dorogovic Albert Jr | | 1690 Michigan 24 | | | | Ft Collins | CO | 80526 | |
| Dorris Lourndel C D Tenant Cty Cn | | 53 Sherwar Rd | | | | Endicott | NY | 13760 | |
| Dorros David | | | Berina | | | Ft Worth | TX | 76118 | |
| Dorris G D | | 3 Genoves Close | | | | Bridgend | | PR8 6FN | United Kingdom |
| Dorsch Volker H | | 2222 Golden Gate | | | | Warren | | 44484-4922 | |
| Derschal Automotive Group The | | 3617 W Henrietta Rd | | | | Rochester | NY | 14116 | |
| Dorschell Kenneth | | 444 Bethany Rd | | | | Homer | AL | 43110 | |
| Dorschell Kenneth | | 444 Bethany Rd | | | | Homer | AL | 45601 | |
| Dorsey Alberta | | 417 W Rush St | | | | Anaheim | CA | 92805 | |
| Dorsey Amy | | 4004 Camerry Dr | | | | Kokomo | IN | 46902 | |
| Dorsey Charles | | 2837 Brenwood | | | | Kokomo | IN | 46902 | |
| Dorsey Charles | | 1619 Huss Ave | | | | Saginaw | MI | 48601 | |
| Dorsey Gaye Cn Inc | | 35 Vane Rd | | | | Poughkeepsie | NY | 12603-1908 | |
| Dorsey James | | 1978 Jerningham Ct Se | | | | Kentwood | MI | 49846 | |
| Dorsey Joseph | | 1000 Bristol Dr | | | | Grand Rapids | MI | 49646 | |
| Dorsey Lewis E | | 3260 Pittman Rd Ext | | | | Maple Hts | OH | 44120-3600 | |
| Dorsey Lewis L | | 3260 Pittman Rd | | | | Southington | OH | 45505 | |
| Dorsey Maxine | | 1740 Farmersgar Ave | | | | Dayton | OH | 45400 | |
| Dorsey Maxine | | 1740 Fahrig Ln D | | | | Dayton | OH | 45418 | |
| Dorsey Melanie | | 4234 Lamberton Rd | | | | Cleveland Heights | OH | 44118 | |
| Dorsey Melanie R (International) | | 4234 Lamberton Rd | | | | Cleveland Heights | OH | 44118 | |
| Dorsey Richard | | 4854 Warmoor Dr | | | | Kokomo | IN | 46902 | |
| Dorsey Rick | | PO Box 1830 | | | | Kokomo | IN | 46903 | |
| Dorsey William | | 417 W Rush St | | | | Anaheim | CA | 92805 | |
| Dorsey Williams Loretta | | 5629 Brentwood Ave Ne | | | | Warren | OH | 44444-2020 | |
| Dorsion Ronald | | 1364 Bush St | | | | Flint | MI | 48552 | |
| Dorsten Michael Robert | | 1204 S Broadway Apt 23 | | | | Anaheim | CA | 92805-6577 | |
| Dortch Ronald | | 8913 Slaza St 4 | | | | Oakville | | 44884 | |
| Dortel Michael | | 4802 Hassan Circle Apt 12 | | | | Englewood | OH | 45322 | |
| Dort F and Credit Union | | 601 E Wisconsin | | | | Flint | MI | 48505 | |
| Dort F and Credit Union To The Account Of | | For Deposit To The Account Of | Christopher Lunenschop 3279294 | 2845 Davison Rd Robor 1835 | | | Flint | MI | 48505 | |
| Dort F and Credit Union | | For Deposit To The Account Of | Christopher Lunenschop 3279294 | 2845 Davison Rd Robor 1835 | | | Flint | MI | 48505 | |
| Dort F and Credit Union To The Account Of | | For Deposit To The Account Of | Christopher Lunenschop 3279294 | PO Box 1835 | | | Flint | MI | 48505-1835 | |
| Dort Federal Credit Union | | For Deposit To The Account Of | Stephen Myers 00001151935 | | | | Flint | MI | 48501-1835 | |
| Dort Federal Credit Union | | For Deposit To The Account Of | Stephen Myers 00001151935 | | | | Flint | MI | 48501-1835 | |
| Dort Federal Credit Union Of | | PO Box 1835 | | | | Flint | MI | 48501 | |
| Dort Federal Credit Union For Deposit To The Account Of | | Patrick Sadelli 92002 | | | | Flint | MI | 48505 | |
| Dort Federal Credit Union For Deposit To The Account Of | | Sasan McMorland 0033568 | 2845 Davison Rd | | | Flint | MI | 48506 | |
| Dort Highway Credit Union | | 2845 Davison Rd | | | | Flint | MI | 48506 | |
| Dortch John | | 4207 Dennison Ave 110 | | | | Dayton | OH | 45406 | |
| Dortch Judy | | 3312 Kings Hwy | | | | Dayton | OH | 45406 | |
| Dortch Jerry | | 30 W Medford Ave | | | | Dayton | OH | 45426 | |
| Dorton Industries | | 2420 Hurthahurt Rd | | | | Grove City | OH | 43123-1650 | |
| Dorton David | | | | | | Springfield | OH | 45503 | |
| Doras Bernard | | 35 West Creek Court | | | | Springboro | OH | 45066 | |
| Dorwart Mark | | 2861 Wilmington Rd | | | | Riverside | OH | 45424 | |
| Dosch Michael | | 4818 Silver Arrow Dr | | | | Riverside | OH | 45424 | |
| Dosch David | | 305 Amber Rd | | | | Saginaw | MI | 48603-0000 | |
| Dosch Michael | | 3401 Anniston | | | | Saginaw | MI | | |
| Deada Money Jr | | Piennarwynania Ind Bahamas | Non Mi Comfore Libre A Ceby | | | Comptohom | | 76900 | Mexico |
| Dodh Point Do Manvos S Dx 80 | | Franconmania Ind Bahamas | Fracanumania Ind Bahamas | | | Comptohom | | 76900 | Mexico |
| Dodh Point Do Manvos S Dx 80 C | | Inc | 1607 E Big Bearve Ste 200 | | | Troy | MI | 48083 | |
| Dodh Point International Do | | 1607 E Big Beaver Ste 200 | | | | Troy | MI | 48083 | |
| Dodh Point International Inc | | | | | | Troy | MI | 48083 | |
| Doss Amanda C | | David H Freedman | Deneh Associates | | | | | | |
| Doss Amanda C | | 1607 E Big Beaver Ste 200 | 400 Galleria Officentre Ste 444 | | | Southfield | MI | 48034-3162 | |
| Doss Averda C | | Salman Fischer Miller Duszer & Freedman | 400 Galleria Officentre Ste 444 | | | Southfield | MI | 48034-3162 | |
| Doss Develt | | 1710 Peavier Rd | | | | Madison | AL | 35758 | |
| Doss Gregory | | 3850 17th St E | | | | Tuscaloosa | AL | 35404 | |
| Doss Jerdan | | 8620 Sebring Warmer Rd | | | | Garfield | OH | 44501 | |
| Doss Lekas E | | 4713 Ashewood Dr | | | | Dayton | OH | 45301 | |
| Doss Timothy | | 1110 Washington Ct | | | | Greenville | OH | 45331-1936 | |
| Doss Timothy J | | 2811 E 100 S | | | | Kokomo | IN | 46902 | |
| Dossou Nolan | | | | | | Kokomo | IN | 46902 | |
| Dossette Damian Iso | | Doe Alam St | | | | Anderson | IN | 46016 | |
| Doss Roland | | 3005 Lincoln Dr | | | | Saginaw | MI | 48602 | |
| Doss Roland W | | 1721 Timedale Ln | | | | Saginaw | MI | 48603 | |
| Dost Andrea A | | 60 Waterrayn Ct | | | | Lafayette | IN | 47905-1780 | |
| Dost Daniel | | 6215 W Vester Rd | | | | Muncie | IN | 47304 | |
| Dost Daniel | | 301 Cedar Bank Ln | | | | Sandusky | OH | 44870-2245 | |
| Dost Daniel R | | Accounts Payable | 505 Cedar Point Dr | | | Sandusky | OH | 44870 | |
| Dot Illinois Mine Monetary Auto Cnty | | Overslu Technologies | PO Box 088841 | | | Oklahoma City | OK | 73126 | |
| Dotswood | | 100 Foot St Sa | | | | Denton | OK | 45414 | |
| Doterone Inc | | 100 Foot St Sa | | | | New Brighton | MN | 55112 | |
| Doterone Inc | | 100 Foot St Sa | | | | New Brighton | MN | 55112 | |
| Doterone Inc | | 100 Foot St Sa | | | | New Brighton | MN | 55112 | |
| Doterey Jose | | PO Box O | | | | Elte | TX | 55842 | |
| Dotson Danny | | 609 E Columbus St | | | | Villa | NJ | 55842-2020 | |
| Dotson Darryl | | 1234 Rivermeasy Way | | | | Kokomo | IN | 46902 | |
| Dotson Donald M | | 1133 Laport Ave | | | | Hillsboro | OH | 45133 | |
| Dotson James | | 2226 Aroy Ct | | | | Mount Morris | MI | 48458 | |
| Dotson Jeff | | 2226 Aroy Ct | | | | Dayton | OH | 45416-2020 | |
| Dotson Jonna | | 108 W Home St | | | | Denton | OH | 44913 | |
| Dotson Larry | | 2438 Nedlaw Dr | | | | Ontlese | OH | 44903 | |
| Dotson P A Aile B | | 2439 Nedlaw Dr | | | | W Carrollton | OH | 45449 | |
| Dotson Ronald | | 464 Rutland Dr | | | | Kokomo | IN | 46902 | |
| Dotson Valdick | | | | | | Kokomo | IN | 46902 | |



7/11/2008 6:55 PM
Creditor Matrix service list

Delphi Corporation
Creditor Matrix

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Spraying Systems | | 1100 W Geneva St | | | | Xpeter | MI | 44464 | |
| Spray Amy J | | 6523 Morrison Dr | | | | Kokomo | IN | 46901-4425 | |
| Spray Booth Systems Inc | | PO Box 49400 | | | | Fort Worth | TX | 76140-0499 | |
| Spray Booth Systems Inc | | Sbs | PO Box 49400 | | | Fort Worth | TX | 76140-0499 | |
| Spray Connee | | 112 N Mekon St | | | | Oaklandis | IN | 46045 | |
| Spray David | | 621 E Jackson St | | | | Kokomo | IN | 46901 | |
| Spray Ronald | | 1100 N Main St | | | | Auburn | IN | 46706 | |
| Spraying Systems | Kim | C/o B J Pletz Company | 4300 Ferguson Dr Ste 160 | | | Cincinnati | OH | 45245-1863 | |
| Spraying Systems | Teri | C/o Cash J M Company | 3045 Independence Rd | | | Birmingham | AL | 35209 | |
| Spraying Systems | | N Ave At Schmale Rd | | | | Wheaton | IL | 60187 | |
| Spraying Systems | | PO Box 95664 | | | | Chicago | IL | 60694 | |
| Spraying Systems Co | | 1100 N Main St | | | | Auburn | IN | 46706 | |
| Spraying Systems Co | | C/o Hartman & Associates In | 1100 N Main Ste 200 | | | Farmington Hills | MI | 48335 | |
| Spraying Systems Co | | C/o Ensz & Associates In | 30370 N 10 Mile Ste 200 | | | Farmington Hills | MI | 48335 | |
| Spraying Systems Co | | Al Burt & Assoc | 2000 Inverbett Business Ctr Dr | | | St Louis | MO | 63114 | |
| Spraying Systems Co | | C/o Gertsch Ander M Assoc | 865 Route 10 Ste 109 | | | Randolph | NJ | 07869 | |
| Spraying Systems Co | Peggy | 4300 Ferguson Dr Ste 160 | | | | Cincinnati | OH | 45245-1863 | |
| Spraying Systems Co | Teri Pixer | 4300 Ferguson Dr Ste 160 | | | | Cincinnati | OH | 45245-1863 | |
| Spraying Systems Co | Teri Pixer | 4300 Ferguson Dr Ste 160 | | | | Cincinnati | OH | 45245-1863 | |
| Spraying Systems Co | | 423 S Hoyn Pk Ave | | | | Tampa | FL | 33606 | |
| Spraying Systems Co | | PO Box 95664 | | | | Chicago | IL | 60694 | |
| Spraying Systems Co | | PO Box 95664 | | | | Chicago | IL | 60694-5664 | |
| Spraying Systems Co | | PO Box 95664 | | | | Chicago | IL | 60694-5664 | |
| Spraying Systems Co Cod | Cust Service | 1726 Connoor Rd Ste 103 | | | | Birmingham | AL | 35209 | |
| Spraying Systems Co Eft | | Glass Tubes Stud Ste 101 | | | | Laguna Hills | CA | 92653 | |
| Spraying Systems Co Eft | | PO Box 95664 | | | | Chicago | IL | 60694 | |
| Spraying Systems Co Inc | | 1100 N Main St | | | | Auburn | IN | 46706 | |
| Spraying Systems Co Inc | | North Ave & Schmale Rd | | | | Carol Stream | IL | 60188 | |
| Spraying Systems Company | | Hartman & Associates | 1100 Main St | | | Auburn | MI | 48706 | |
| Spraying Systems Company | | C/o J M Cash Company Inc | 1726 Connoor Rd Ste 103 | | | Birmingham | AL | 35209 | |
| Spraying Systems Company | | C/o Gertsch Ander Assoc | PO Box 248 | | | Randolph | NJ | 07869 | |
| Spraying Systems Company | | C/o Cox Jay C & Associates | 2832 North Mayfair Rd | | | Milwaukee | WI | 53222 | |
| Sprawmation Inc | | 5330 Nw 35th Ave | | | | Fort Lauderdale | FL | 33309-9414 | |
| Sprawmation Inc | | 5330 Nw 35th Ave | | | | Fort Lauderdale | FL | 33309-701 | |
| Sprawmation Inc  Eft | | 5330 Nw 35th Ave | | | | Ft Lauderdale | FL | 33309-9414 | |
| Sprawmation Inc Eft | | 5330 Nw 35th Ave | | | | Ft Lauderdale | FL | 33309-9414 | |
| Sprecher Phillip | | 17855 Sandy Run Ct | | | | Noblesville | IN | 46060 | |
| Sprenkle Richard R | | 6250 N Arnom St | | | | Garden City | MI | 48335 | |
| Sprees Joseph | | 3129 Shindeanglig Dr | | | | Goodrich | MI | 48438 | |
| Spriggs Marlon | | 810 N Dayton St | | | | Jackson | MS | 39213 | |
| Sprigge Murdie | | 1115 Distal Ln | | | | Portsmouth | OH | 45662 | |
| Springair Inc | | 2050 PRC Center 301 E 6th St | | | | Cincinnati | OH | 45202 | |
| Springe Inc | Elizabeth A Grey Esq | 2050 PRC Center 301 E 6th St | 465 Ohio 264 6th | | | West Chester | OH | 45069 | |
| Springe Inc | | 8960 Cincinnati Dayton Rd | 164 Oakland St Ste 1 | | | West Chester | OH | 45069 | |
| Springe Inc | | Inc | | | | Springfield | MI | 49307 | |
| Springer Advanced Technologies | | 100 E Main St | | | | Spring Arbor | MI | 49283 | |
| Spring Arbor University | | 106 E Main St | | | | Spring Arbor | MI | 49283 | |
| Spring Arbor University | | 906 East Highland Rd | | | | Moratorea | MI | 46556 | |
| Spring Co Inc The | | 3112 Alexandrina Dr | | | | Sandusky | OH | 44870-4702 | |
| Spring Dalbert | | 92 Albon St | | | | Lockport | NY | 14094 | |
| Spring Dynamics Inc | | Draver 0056 | | | | Detroit | MI | 48282 | |
| Spring Dynamics Inc Eft | | 7278 Research Dr | | | | Brookled | MI | 48220 | |
| Spring Engineering & Manufacturing Corporation | Brian K Sherwood | 310 Northwest F St | 7820 N Lilley Rd | | | Richmond | IN | 47374 | |
| Spring Engineering & Mfg Corp | | 6460 S Lemboy Rd | | | | Saint Charles | MI | 48655 | |
| Spring Engineering & Mfg Corp | | 7920 N Lilley Rd | | | | Canton | MI | 48187 | |
| Spring Engineering & Mfg Corp | | Aoo | | | | Canton | MI | 48187-2452 | |
| Spring Engineering & Mfg Corp | | Lock Box 64677 | | | | Detroit | MI | 48264 | |
| Spring J William | | 1524 Engle Stroot Rd | | | | Columbia | TN | 38401 | |
| Spring Jo William | | 701 Spring Rd | | | | Smithdale | MS | 39664 | |
| Spring Lake Farms | | Transportation | PO Box 215 | | | El Paso | TX | 79902 | |
| Spring Lake Farms Transportation | | PO Box 74388 | 2626 N Mesa Firch 336 | | | El Paso | TX | 79901 | |
| Spring Lake Farms Transportation | | PO Box 74388 | 2626 N Mesa Lrt 336 | | | El Paso | TX | 79901 | |
| Springberg Jack H | | 1180 Myrtle St | | | | Kingsport | TN | 37660 | |
| Sprinkboard Laboratories Inc | | 780 Main St | | | | Wareham | MA | 02571-1537 | |
| Sprinkle Dennis | Accounts Payable | 12510 Elmwood Ave | | | | Cleveland | OH | 44111-5610 | |
| Springer Comfer Lists | | Rus Santo Cruz 521 Bairro Sao Luis | | | | Canoas | | 92420-630 | Brazil |
| Springer Clinic | | 6165 S Yale | | | | Tulsa | OK | 74136 | |
| Springer Clinic | | Dept 49 | | | | Tulsa | OK | 74182 | |
| Springer Gallery | | 8185 S Yale Ave | | | | Tulsa | OK | 74136 | |
| Springer Manufacturing Co | | 9160 Nobland Ave | 10 Noeland Ave | | | Plandel | PA | 15047 | |
| Springer Co A/e Inc | | 5901 N 100 W | | | | Kokomo | IN | 46901 | |
| Springer Sheva R | | Suid Polford Dr | | | | Dayton | OH | 45426-2617 | |

Delphi Corporation
Creditor Matrix

| CreditorName | CreditorNameOtherName | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Stephens Dane | | 5303 Courtney Rd | | | | Montrose | MI | 48457 | |
| Stephens Donald | | 17232 Oaknut Rd | | | | South Lyon | MI | 48178-9133 | |
| Stephens Donald | | 11922 Zimmerman Rd | | | | Felcham | KY | 41094-0024 | |
| Stephens Edward | | 8015 Mesa Rd | | | | Farmingburg | KY | 41094-9497 | |
| Stephens Ebony | | 840 N Union Rd 103 | | | | Englewood | OH | 45322 | |
| Stephens Eli | | 804 Countryside Ln | | | | Anderson | IN | 46011 | |
| Stephens Emily | | 709 Pamela Dr | | | | Gadsden | AL | 35904 | |
| Stephens Financial Group | | 83 East 55th St | | | | New York | NY | 10022 | |
| Stephens Francine | | 1377 Chandler St | | | | Gadsden | AL | 35904 | |
| Stephens George | | 1376 Southern Blvd Nw | | | | Warren | OH | 44485 | |
| Stephens Gregory | | 625 Parkview Ave | | | | Dayton | OH | 45404 | |
| Stephens Grover | | 1225 E Grandlawn Ave | | | | Flint | MI | 48505-5001 | |
| Stephens Herbert | | 11811 Millstone Pk Rd 150 | | | | Tuscaloosa | AL | 35405 | |
| Stephens Hobert | | 9430 Manning Rd | | | | Miamisburg | OH | 45342 | |
| Stephens Jacqueline | | 270 County Rd 635 | | | | Grove Oak | AL | 35975 | |
| Stephens James A | | 10498 W Colchester Rd | | | | Brazil | IN | 47834 | |
| Stephens James A | Sales | 9628 W Boston St | | | | Boston Arrow | OK | 74012 | |
| Stephens Jeffery | | 2868 Richland St | | | | Lake Orion | MI | 48360 | |
| Stephens Joe C | | PO Box 5280 | | | | Flint | MI | 48505-0280 | |
| Stephens Johnny | | 4801 Bowen Rd | | | | Columbus | OH | 43228 | |
| Stephens Joseph | | 20039 Leatwood Dr | | | | Kettering | OH | 45440 | |
| Stephens J Stinar | | 228 Kentucky Dr | | | | Clayton | NC | 27527 | |
| Stephens Karen | | 100 Neff Rd | | | | Hendersonvil | TN | 37075 | |
| Stephens Karen | | 974 South Maxedon Ln East | | | | Frankfort | IN | 46041 | |
| Stephens Ken | | 974 South Maxedon Rd E Ln | | | | Frankfort | IN | 46041 | |
| Stephens Kim | | 4281 Pine Port St | | | | Bridgeport | MI | 48722 | |
| Stephens Larry | | 1300 Vz Dr | | | | Jena | IN | 46947 | |
| Stephens Machine Inc | Sales | 16600 E Dodge | | | | Kokomo | IN | 46901 | |
| Stephens Machine Inc | | 16600 E Dodge | | | | Kokomo | IN | 46902-9240 | |
| Stephens Packaging Supplies | | 1136 Ridge Crest Dr | | | | Vidor | TX | 77662 | |
| Stephens Robert | | 71714 Louise Dr | | | | Romeo | MI | 48065 | |
| Stephens Priscilla | | 3218 Northwestern Ave Apt 2 | | | | Racine | WI | 53404-1560 | |
| Stephens Ralph D | | 5612 Linkoid Dr | | | | Dayton | OH | 45424-3832 | |
| Stephens Robert | | 3501 Pattisson Ave | | | | Rossville | IN | 46065 | |
| Stephens Robert | | 220 Washburton Dr | | | | Trotwood | OH | 45426 | |
| Stephens Robert | | 7213 Center St | | | | Trotwood | OH | 45427 | |
| Stephens Roger | | 2801 Center St | | | | Englewood | OH | 45322 | |
| Stephens Ronald | | 2260 Patterson Dr | | | | Fairborn | OH | 45324 | |
| Stephens Ronald D | | 11990 Willow Circle | | | | Collinsville | OK | 74021 | |
| Stephens Ronnie D | | | | | | Collinsville | OK | 74021 | |
| Stephens Sandra M | | 20 Camden Ave | | | | Delmar | NJ | 08027 | |
| Stephens Scoozee | | 540 Inn Dr A | | | | New Brunswick | NJ | 08901 | |
| Stephens Solomon M | | 3037 Chapel Rd | | | | Dayton | OH | 45405 | |
| Stephens Thomas | | 334 Marlin Ave | | | | Anderson | IN | 46013-1053 | |
| Stephens William | | 14031 S 93rd Dr Se | | | | Royal Oak | MI | 48067 | |
| Stephens William | | 34697 Fountain Blvd | | | | Westland | MI | 48185-3430 | |
| Stephens William Michael | | 11282 Morris Dr | | | | Madison | IN | 39750-4330 | |
| Stephens William N | | 3501 Pattisson Ave | PO Box 6534 | | | Grand Rapids | MI | 49514 | |
| Stephenson Lawyer Inc | | 3501 Pattisson Ave Se | PO Box 6534 | | | Grand Rapids | MI | 49514-6534 | |
| Stephenson A Lawyer Inc | | 3501 Pattisson Ave Se | | | | Grand Rapids | MI | 49514-6534 | |
| Stephenson Rodrick | | PO Box 6216 | | | | Flint | MI | 48501-6216 | |
| Stephenson S Sone Roofing Inc | | 241 Paige St | | | | Saginaw | MI | 48602 | |
| Stephenson Arthur | | 2724 County Rd 221 | | | | Trinity | AL | 35673-4111 | |
| Stephenson Arthur M | | 2856 County Rd 517 | | | | Moulton | AL | 35650-4659 | |
| Stephenson Arthur M | | 1226 Courtney Rd | | | | Hazel Pk | MI | 48030 | |
| Stephenson Haus Banquet Center | Steve | 25000 N Chrysler Dr | | | | Dayton | OH | 45325 | |
| Stephenson Jack L | | 3162 Center St 8 | | | | Kokomo | IN | 46901-7047 | |
| Stephenson Jeffery | | 7266 E Grandview Ave | | | | Kokomo | IN | 46902 | |
| Stephenson Jerry | | 3117 E 400 S | | | | Kokomo | IN | 46902 | |
| Stephenson James H | | 111 Steele Ave | | | | Niles | OH | 44446-2967 | |
| Stephenson Joyce | | 1461 N Ct 600 W | | | | Yorktown | IN | 47396 | |
| Stephenson John | | 3731 Bitterweed Dr | | | | Columbiaville | MI | 48421 | |
| Stephenson John | | 7279 Mountainview Dr | | | | Grand Blanc | MI | 48439 | |
| Stephenson Macia | | 18363 Section Line Rd | | | | Elkmont | AL | 44743-4595 | |
| Stephenson Richard | | 7268 E Grandview Ave | | | | Reynoldsburg | OH | 43068 | |
| Stephenson Robert | | 20056 Edgewood Rd | | | | Athens | AL | 35611 | |
| Stephenson Rosemary L | | PO Box 975 | | | | Laurel | IN | 46025-0975 | |
| Stephenson Stanley | | PO Box 249 | | | | Wilson | NY | 14172 | |
| Stephenson Stanley | | 111 Co Rd 198 | | | | Town Creek | AL | 35672 | |
| Stephenson The Surgeon & Co | | 4169 N Belsay | | | | Flint | MI | 48506 | |
| Stephenson The Surgeon & Co Inc | | Inc | | | | Flint | MI | 48506 | |
| Stephenson The Surgeon And Co Inc | | 2216 East Lower Springboro Rd | | | | Waynesville | OH | 45068-9335 | |
| Stephenson V A | | 5663 Maxwood Dr | | | | Gadsden | NY | 14304-4600 | |
| Stephenson Laura A | | 1226 Vepath Dr | | | | Fitzgerald | GA | 31750-0000 | |
| Stephenson William | | 2240 Maldoux Dr | | | | Columbus | OH | 43207-3446 | |
| Stephon Stanley B | | 260 Acension Way Trlr 275 | | | | Eaton Rapids | MI | 48827-1464 | |
| Stranakle Leckiamon | | 3242 Pioneer St | | | | Oklahoma City | OK | 73107 | |
| Stenstak Frank | | 1459 Matble Falls Dr | | | | Alam | TX | 75071-4625 | |

Delphi Corporation
Creditor Matrix

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Summers Pamela | | 1115 Kreitzer Ave | | | | Dayton | OH | 45417 | |
| Summers Pamela | | 1028 Cornell Dr | | | | Dayton | OH | 45406 | |
| Summers Raymond | | 7906 Timberline Ct | | | | Monmouth Jct | NJ | 08852-2398 | |
| Summers Ronald | | 1456 Gerwig Ln | | | | Jackson | MS | 39209 | |
| Summers Stanley W | | 3459 Files Rd | | | | Galax | VA | 24333-5042 | |
| Summers William C | | 74 County Rd 525 | | | | Rogersville | AL | 35652-3507 | |
| Summerseill Paul | | 561 Needmore Crescent | | | | North Green | | | L11 3A United Kingdom |
| Summers Sara | | 114 S Xyz Ln | | | | Georgetown | IN | 46030 | |
| Summerville Gene | | 166 Ayinder Rd | | | | San Carlos | CA | 94070 | |
| Summerville Juliette | | 5409 West Weis Ln 13 | | | | Indianapolis | IN | 46250 | |
| Summit Aerospace Inc | | 10910 S Dolfield Rd | | | | Richmond | VA | 23236 | |
| Summit Auto Sales Inc | | 92 W Montcalm St | | | | Pontiac | MI | 48342 | |
| Summit Automation And Control | | 11815 Hwy Dr Ste 300 | | | | Cincinnati | OH | 45241 | |
| Summit Automation And Control | | 4645 Gateway Circle | | | | Dayton | OH | 45440 | |
| Summit Automation Repair | | 4645 Gateway Dr Ste 100 | | | | Dayton | OH | | |
| Summit Automotive Equipment | | 4206 Sunnyview Rd Ste 100 | | | | Uniontown | OH | 44685 | |
| Summit Components De Mexico S | | Frac de Nafinsa Ind Del Norte | Av Progreso Sm | | | H Matamoros | | | 87310 Mexico |
| Summit Components De Mexico S | | Prolongacion Ind Del Norte | H Matamoros Tamaull | | | H Matamoros | | | 87310 Mexico |
| Summit Components Of Mexico | | C-1 Lewis Customs Brokerage | 5845 E 14th St | | | Brownsville | TX | 78521 | |
| Summit County Acct Of A Winston | | Case 17254 B90-000009 | PO Box 66598 | | | | TX | 44308 | |
| Summit Controls Inc | | 720 Ave F Ste 108 | | | | Plano | TX | 75074 | |
| Summit Controls Inc | | 720 Avenue F Ste 108 | | | | Plano | TX | 75074 | |
| Summit Corp Of America | | Dorn072747G | | | | Philadelphia | PA | 19182-7204 | |
| Summit Corp Of America | | 1430 Waterbury Rd | 1430 Waterbury Rd | | | Thomaston | CT | 6787 | |
| Summit Corp Of America | | Civil Div | 2nd Fl 55 University Ave | Rm Chg Per Gol 01 10 04 Ah | | Thomaston | CT | 6787 | |
| Summit County Clerk Of Courts | | Case 75 Main St Ste 300 | | | | Akron | OH | 44308 | |
| Summit County Clerk Of Courts | | 175 S Main St Ste 300 | | | | Akron | OH | 44308 | |
| Summit County Clerk Of Courts Civil Div | | Civil Div | 2nd Fl 53 University Ave | | | Akron | OH | 44308 | |
| Summit Co Of Support | | 2nd Fl 53 University Ave | Case Dv84-00-002238 | PO Box 80598 | | Akron | OH | 44308-1602 | |
| Summit Co Bureau Of Support For Acct Of J Wilson | | Case76 11 3966 Acct Ax01131 | Case Bs71177 01 | PO Box 80598 | | Akron | OH | 44309-0272 | |
| Summit County Clerk Of Courts | | Case Bs71177 01 | PO Box 80598 | | | Akron | OH | 44309-3602 | |
| Summit Dynamics Inc | | 2253 Enterprise E Pky | Case 17254 B90-10-542 | PO Box 598 | | Twinsburg | OH | 44087 | |
| Summit Dynamics Inc | | PO Box 598 | | | | Hudson | OH | 44236 | |
| Summit Dynamics Inc | | The Acct Of J A Mullen Jr | Case 17254 B90-10-542 | | | | OH | 44236 | |
| Summit Electric Inc | | 2544 Kenots | | | | Troy | MI | 48084 | |
| Summit County Ces Fam Sup For The Acct Of L A Mullen Jr | | PO Box 598 | PO Box 598 | | | Akron | OH | 44308 | |
| Summit County Treasurer | | 175 S Main St | | | | Louisville | KY | 40023 | |
| Summit County Treasurer | | 175 S Main St | | | | Louisville | KY | 40023 | |
| Summit County Treasurer | | Ohio Building | | | | Louisville | KY | 40223 | |
| Summit Energy Services Inc | | World Trade 5 Combs LLP | 2200 PNC Plaza | | | Louisville | KY | 40202 | |
| Summit Co Bureau Of Support For Acct Of J Wilson | | 10300 Ormsby Pk Wa Ste 400 | Add Chg Per Gol 110703 Vc | | | Louisville | KY | 40223 | |
| Summit Energy Services Inc | | 10300 Ormsby Pk W Ste 400 | | | | Louisville | KY | 40223 | |
| Summit Energy Services Inc | | 9931 Corporate Campus Dr Ste 3 | | | | Louisville | KY | 40223 | |
| Summit Engineering Associates | | 2515 Leish Rd | | | | Rochester Hills | MI | 48309 | |
| Summit Engineering Associates Inc | | Inc | PO Box 160 | | | Troy | MI | 48099-0160 | |
| Summit Engineering Associates Inc | | 2515 Leish Rd | | | | Rochester Hills | MI | 48309-3570 | |
| Summit Engineering Group | | 18 Northtown Dr Ste 201 | | | | Jackson | MS | 39211 | |
| Summit Environmental | | 595 E Tallmadge Ave | | | | Akron | OH | 44310 | |
| Summit Environmental Group | | PO Box 3143 | | | | Tifton | GA | 31793-3143 | |
| Summit Environmental Tech Inc | | 595 E Tallmadge Ave | | | | Akron | OH | 44310 | |
| Summit Environmental Technologies Inc | | 595 E Tallmadge Ave | | | | Akron | OH | 44310 | |
| Summit Financial Inc | | 748 Kenilworth Ln | | | | Bartonville | MI | 48073 | |
| Summit Financial Svcs Of Brentville | | 6100 W Newberry Rd Ste 2 | | | | Bartonville | MI | 48062 | |
| Summit Industrial Products Inc | | Summit Oil Co | | | | Tyler | TX | 75707 | |
| Summit Industrial Products Inc | | 4645 Gateway Circle | 9010 County Rd 2120 | | | Dayton | TX | 75707 | |
| Summit Industries Inc | | 4645 Gateway Cir | | | | Dayton | OH | 45440-1760 | |
| Summit Information Resources | | 640 Wexford Dr | | | | Chicago | IL | 60611 | |
| Summit Information Services Inc | | 11915 Hwy Dr Ste 300 | | | | Cincinnati | OH | 45241-2084 | |
| Summit Molding Tech Inc | | Air Progress Dr | Frac Parque Ind Del Nte | | | Matamoros | | | 87310 Mexico |
| Summit Nat Facility Trust Fnd P Plateau Leslie Ntl Bank | 135 S Lasalle St Ste 200 | 135 S Lasalle St Ste 200 | | | | Chicago | IL | 60603 | |
| Summit Orthopedics Ltd | | Minnesota Occupational Health | 1661 St Anthony Ave | | | Saint Paul | MN | 55104 | |
| Summit Orthopedics Ltd Minnesota Occupational Health | 1661 St Anthony Ave | | | | | Saint Paul | MN | 55104 | |
| Summit Plastic Molding Inc | | 9034G Centera | | | | Shelby Twp | MI | 48317 | |
| Summit Polymer | Sharon Williams | 4200 Town Ctr 1250 | | | | Southfield | MI | 48075 | |
| Summit Polymer | Accounts Payable | 2077 Sprinkle Rd | | | | Kalamazoo | MI | 49001 | |
| Summit Polymer | Patricia Adcliffe Ext224 | 8715 Sprinkle Rd | | | | Portage | MI | 49002 | |
| Summit Polymers Inc | | 8700 Sprinkle Rd | | | | Kalamazoo | MI | 49001 | |
| Summit Polymers Inc | | 8715 Sprinkle Rd | | | | Kalamazoo | MI | 49002 | |
| Summit Polymers Inc | | 8715 Sprinkle Rd | 8715 Sprinkle Rd | | | Kalamazoo | MI | 49002 | |
| Summit Polymers Inc | | Summit East | 8717 S Sprinkle Rd | | | Portage | MI | 49002-0707 | |
| Summit Polymers Inc | | Technical Ctr | 8715 Sprinkle Rd | | | Portage | MI | 49002 | |
| Summit Polymers Inc | | Technical Ctr Plant 1 | 4750 Executive Dr | | | Portage | MI | 49002 | |
| Summit Polymers Inc | | 4402 Austin Rd | | | | Brownsville | TX | 78521 | |
| Summit Polymers Inc E8 | | 8700 Sprinkle Rd | | | | Kalamazoo | MI | 49001 | |
| Summit Real Estate Investment | | Trust Roy Com Summit Reit By | Roy Com Advisors C O Carter Av | 405 N Res St Ste 160 | | Tampa | FL | 33609 | |
| Summit Real Estate Investment Trust Roy Com Summit Reit | 5411 Beaumont Ctr Ste 795 | 5411 Beaumont Ctr Ste 795 | | | | Tampa | FL | 33634 | |

Delphi Corporation
Creditor Matrix

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Tarrant County Child Support Act Of O Dora 322 100022 | | PO Box 961014 | | | | Ft Worth | TX | 76161 | |
| | | 2100 Southeast Pkwy | | | | Arlington | TX | 76018-3144 | |
| Tarrant County Jr College | | 5301 Campus Dr | | | | Fort Worth | TX | 76119 | |
| Tarrant County Junior College | | Bursars Office | 1500 Houston | | | Ft Worth | TX | 76102 | |
| Tarrant County Junior College | | District Northeast Campus | 828 Harwood Rd | | | Hurst | TX | 76054-3209 | |
| Tarrant County Junior College | | Frwy Junior College | 2100 Tpc Pkwy | Rnt Chg 10 01 Mh | | Arlington | TX | 76018 | |
| Tarrant County Junior College | | Northwest Campus | 4801 Marine Creek Pkwy | | | Forth Worth | TX | 76179 | |
| Tarrant County Junior College | | Southeast Campus | 5301 Campus Dr | | | Forth Worth | TX | 76179 | |
| Tarrant County Junior College | | 1500 Houston | | | | Ft Worth | TX | 76119 | |
| Tarrant County Junior College Bursars Office | | | | | | Ft Worth | TX | 76102 | |
| Tarrant County Junior College District Northeast Campus | | 828 Harwood Rd | | | | Hurst | TX | 76054-3209 | |
| Tarrant County Junior College Northwest Campus | | 4801 Marine Creek Pkwy | | | | Forth Worth | TX | 76179 | |
| Tarrant County Junior College South Campus | | 5301 Campus Dr | | | | Fort Worth | TX | 76119 | |
| Tarrant County Tax Assessor | | Collector | PO Box 961018 | | | Fort Worth | TX | 76161-0018 | |
| Tarrant County Tax Assessor Collector | | PO Box 961018 | | | | Fort Worth | TX | 76161-0018 | |
| Tarrant Cty Child Supp Coll | | Acct Of Jese Ernest Vidal | Cs231-111173 Acc0060102 | 100 N Houston 3rd Fl | | Ft Worth | TX | | |
| Tarrant Cty Child Supp Coll Acct Of Jese Ernest Vidal | | Cs231-111173 Acc0060102 | 100 N Houston 3rd Fl | | | | TX | 76184-2060 | |
| Tarrant Cty Child Support | | PO Box 961014 | | | | Ft Worth | TX | 76161 | |
| Tarrant Cty Child Support Ctr Acct Of Larry W Lewis | | Case 0064721 | 300 Civil Court Bldg | | | Ft Worth | TX | 40164-0214 | |
| Tarrant Cty Child Support Otr Acct Of Larry W Lewis | | Case 0064721 | 300 Civil Court Bldg | | | | TX | 76196 | |
| Tarrett David M | | 5068 Blazed Trail | | | | Roscommon | MI | 48653-9760 | |
| Tartaglia J Michael | | 5357 Streeted Rd | | | | Saginaw | MI | 48603 | |
| Tartaglia J Michael | | 1381 S Kenns Rd | | | | Clio | MI | 48420 | |
| Tartu Helen | | 1502 N Lynch Ave | | | | Flint | MI | 48506 | |
| Tartu Oliver | | 375 Shady Ln | | | | Buffalo | MI | 14211 | |
| Tarvis Inc | | 1851 Kalima Rd | | | | Bel Air | MD | 21015-1914 | |
| Tarvis Inc | | 59406 Edwards Dr | | | | New Hudson | MI | 48165 | |
| Tarvis Tool Co | | 368 Rt 9 | | | | Troy | NY | 48933-0773 | |
| Tarvis Tool Company | | 368 Rt 9 | | | | Troy | NY | 46683 | |
| Tarvis Tool Company | | PO Box 60424a | | | | Detroit | MI | 48206 | |
| Tarvis Tool Company | | Psbox 67500 | | | | Detroit | MI | 48267-2424 | |
| Tarvis Tool Company | | Psbox 67500 Dept 67491 | | | | Detroit | MI | 48267-2424 | |
| Tarvis Trans International Inc | | 1669 The Queensway | | | | Toronto | ON | 182C 1N6 | Canada |
| Tarvis Christopher | | 44 Corbel Way | | | | Newnan | GA | 30265-5845 | |
| Tarvis Dorothy | | 1110 N 8k E Ave | | | | Jenks | OK | 74055 | |
| Tarvis David | | 7196 Campbell Rd | | | | Orion | NY | 14105 | |
| Tarus Carol | | 2039 Intemational Dr | | | | N Tonawanda | NY | 14120 | |
| Tarvm Carl | | 4213 Martin | | | | Flint | MI | 48505 | |
| Tarus Products Inc | | 38105 Commerce Dr | | | | Sterling Heights | MI | 48312-1006 | |
| Tarver Charles M | | 7291 Fairview Apt 1108 | | | | Belleville | MI | 23901 | |
| Tarver Justin | | 5975 Cranberry Dr | | | | Clayton | OH | 43315 | |
| Tarver Martin | | 92 Devonshire Dr | | | | Rochester | NY | 14421 | |
| Tarver Patricia | | 3521 Windemere | | | | Grand Blanc | MI | 48439 | |
| Tarver Shane | | 515 George Wallace Apt C16 | | | | Gadsden | AL | 35903 | |
| Tata Daewoo Commercial Ve Ltd | | | Sreoks | Rnt Chg 1 01 Tbs Eds | | Jamshedpur | | 124901 | United Kingdom |
| Tat Air Cargo Usa Inc | | Addr Chg 5 11 98 | 2700 Delta Ln | | | Elk Grove Village | IL | 60007 | |
| Tat Air Cargo Usa Inc | | PO Box 66554 | | | | Chicago | IL | 60666 | |
| Tatco Inc | | 26960 Bldne Rd | | | | Athens | AL | 35613 | |
| Tateh Sheryl | | 2201 N Lithonian St | | | | Kokomo | IN | 46901-1460 | |
| Tateh Sheryl A | | 6116 Gemstone | | | | Saginaw | MI | 46081 | |
| Tateh Robert A | | 3290 Dixie Ct | | | | Saginaw | MI | 48601-5917 | |
| Tater Daryl | | 3492 Red Red Rd | | | | Orion | MI | 48360 | |
| Tater Daryl | | 410 Timberwood Trail | | | | Ortonville | MI | 48462 | |
| Tater Danny | | 3482 Red Red Rd | | | | Lake Orion | MI | 48360 | |
| Tates David | | 222 West Court | | | | Olsnot | IN | 48601 | |
| Tatny David | | 4823 Perry Dr | | | | Kokomo | IN | 46901 | |
| Tatng Inc | | 335 12th St | | | | Detroit | MI | 48226 | |
| Tatng Inc | | 333 12th St Norfolk Pl | | | | Dedham | MA | 2026-4520 | |
| Tatng Inc | | 1008 Oakview Dr | | | | Dedham | MA | 48425 | |
| Tate Of Home | | Reiman Publications | PO Box 992 | | | Dawson | WI | 53128-0992 | |
| Tate Of Home Reiman Publications | | PO Box 992 | | | | Greendale | WI | 53129-0992 | |
| Tate of Home | | 1295 Napa Circle | | | | Brownsfield | CO | 80020 | |
| Tate America Intrl Corp | | Tata & Sons | 101 Pk Ave 26th Fl | 101 Pk Ave 26th Fl | | New York | NY | 10178 | |
| Tate America Intrl Corp Tata & Sons | | 101 Pk Ave 26th Fl | 295 E 8th St Ste 1500 | | | New York | NY | 10178 | |
| Tata Consultancy Services | | 101 Pk Ave 26th Fl | | | | Cincinnati | OH | 45202-4172 | |
| Tata Consultancy Services | | 14 Wooster Court | | | | Rochester | NY | 14605-2643 | |
| Tata Incorporated | Accounts Payable | 3 Pk Ave | | | | New York | NY | 10016 | |
| Tata Ltd | | 18 Grosvenor Pl | | | | London | | SW1X 7HS | United Kingdom |
| Tata Motors Ltd | | Bombay House 24 Homi Mody St | | | | Mumbai | | 400001 | India |
| Tate Sons Ltd | | Tata Consultancy Services | 101 Pk Ave 26th Fl | | | New York | NY | 10178 | |
| Tate & Sons | | Tata Consultancy Services | 101 Pk Ave 26th Fl | | | New York | NY | 45202-4172 | |
| Tate & Tate | | 180 Tuckerton Rd Ste S | | | | Medford | NJ | 8055 | |
| Tata Alois | | 6454 River Dr | | | | Brewster | OH | 35022-0225 | |
| Tate and Tate | | 180 Tuckerton Rd Ste S | | | | Medford | NJ | 8055 | |
| Tate Andrew | | PO Box 4337 | | | | Saginaw | MI | 48604-0337 | |
| Tate Donald | | 8116 W Shiawyr Ave | | | | Saginaw | MI | 48609-4322 | |
| Tate Earl | | 5306 Rosa Ct | | | | Saginaw | MI | 48473 | |
| Tate Howard | | 2146 Trenholm Rd | | | | Saginaw | MI | 48601 | |
| Tate Janice | | 713 James St | | | | Canton | MS | 39046 | |

Delphi Corporation
Creditor Matrix

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Tci Trucking Inc | | Transportation Consultants Inc | 1000 Edwards Ave | | | Harahan | LA | 70123 | |
| Td Sales And Distribution Inc | | PO Box 1800 | | | | Rancho Cucamonga | CA | 91729 | |
| Tdm A Time Inc Company | | PO Box 60010 | | | | Tampa | FL | 33660-0010 | |
| Tdk National Bank | | 1215 Radio Rd | | | | Janesville | WI | 53546 | |
| Tea | | 101 Pk Ave 26th Fl | | | | New York | NY | 10178 | |
| Tcs America A Div of Tata America International Corporation | Atn Satyanarayan S Hedge Sr Vice President and General Counsel | TCS America | 101 Pk Ave 26th Fl | | | New York | NY | 10178 | |
| Tctc | Accounts Payable | PO Box 60791 | | | | Fairfield | NJ | 07004 | |
| Tct International | | 14209 SW 124th Ave | | | | Denver | CO | 65014-6416 | |
| Tct Stainless Steel Inc Eft | | 6300 19 Mile Rd | | | | Sterling Hts | MI | 48314 | |
| Tct Stainless Steel Inc Eft | | Gmac | PO Box 78000 | | | | Detroit | MI | 48278-0695 | |
| Td Canada Trust | | Cir Co Royal Lepage Real Estate | Svca Ltd Cis 10545 Oakville | 55 King St West Bay St | | Toronto | ON | 045K 1A2 | Canada |
| Td Canada Trust Cir To Royal Lepage Real Estate | | Svca Ltd Cis 10545 Oakville | 55 King St West Bay St | | | Toronto | ON | 045K 1A2 | Canada |
| Td Stringer Jr | | PO Box 697105 | | | | Houston | TX | 77269 | |
| Td Stringer And Associates Inc | | PO Box 691709 | | | | Houston | TX | 77269 | |
| Tdi Intl Inc | | 1014 Harbour Labour Blvd Ste 100 | | | | River Grove | IL | 60171 | |
| Tdci Enterprises | | PO Box 227 | | | | Oakland | OR | 97462 | |
| Tdi Filler Manufacturing Inc | | 1531 S 55th Ct | | | | Cicero | IL | 60804 | |
| Tds Inc | | 1668 Freehaven Rd | | | | Diamond | OH | 44412 | |
| Tds Inc | | 1668 Professional Training Cen | | | | Diamond | OH | 44412 | |
| Tds Inc Tds Professional Training Cen | | 1668 Professional Training Cen | | | | Diamond | OH | 44412 | |
| Tdw Systems & Telemetry | | PO Box 596 | | | | Lake Milton | OH | 44429 | |
| Teignabon & Teignabon | | 3882 Harmonizer PO Box 6428 | | | | Saginaw | MI | 48608 | |
| Teignabon & Teignabon | | 3882 Harmonizer PO Box 6428 | | | | Saginaw | MI | 48608 | |
| Teg Systems | | 3435 Koehler Dr | | | | Hilliard | OH | 43026 | |
| Teignabon | | 4015 W Vincennes Rd | | | | Indianapolis | IN | 46268 | |
| Tek Components Division | | 4015 W Vincennes Rd | | | | Indianapolis | IN | 46268-6614 | |
| Tek Corp Of America | | 1680 Feehanville Dr | | | | Mount Prospect | IL | 60056 | |
| Tek Corp Of America | | 4015 W Vincennes | | | | Indianapolis | IN | 46268 | |
| Tek Corporation Of America | Alicia Cabral Sepre P | 1680 Feehanville St | | | | Mount Prospect | IL | 60056 | |
| Tek Corporation Of America | Chris Cameron 872468 4418 | PO Box 66669 | | | | Chicago | IL | 60666 | |
| Tek Corporation Of America | Chris Cameron 872468 4418 | PO Box 66669 | Rd 1 | | | Chicago | IL | 60693-6688 | |
| Tek Corporation Of America | Frank H Asent | PO Box 66669 | | | | Chicago | IL | 60693-6666 | |
| Tek Corporation Of America Eft | John P Slager | Katten Muchin Rosenman LLP | 525 W Monroe St | | | Chicago | IL | 60661-3693 | |
| Tek Corporation Of America Eft | John P Slager | Katten Muchin Rosenman LLP | 525 W Monroe St | | | Chicago | IL | 60661-3693 | |
| Tek Corporation Of America Eft | Katten Muchin Rosenman LLP | 525 W Monroe St | 575 Madison Ave | | | New York | NY | 10022 | |
| Tek Corporation Of America Eft | | 1680 Feehanville Dr | | | | Mount Prospect | IL | 60056 | |
| Tek Corporation Of America Eft | | 1680 Feehanville Dr | | | | Mount Prospect | IL | 60056 | |
| Tek Corporation Of America Eft | Katten Muchin Rosenman LLP | Jeff J Friedman Oakbah A Davis | 1680 Feehanville Dr | | | Mount Prospect | IL | 60056 | |
| Tek Corporation Of America Eft | | 4015 West Vincennes Rd | | | | Indianapolis | IN | 46268 | |
| Tek Corporation Of America Gmbh | | Branzee Str 57 | | | | Chicago | IL | 60693 | |
| Tek Fertiles Corp | | 4015 West Vincennes Rd | Add Chg 112604 Ah | | | Indianapolis | IN | 46268 | Germany |
| Tek Handy | | | | | | | | | |
| Tek International Uk Plc | | Tek House | 5cf Queensway Redhill | Surrey Rh11gh | | United Kingdom | | | United Kingdom |
| Tek Ltd Blackwell | | 39717 1 Mile Rd Ste 240 | | | | Livonia | MI | 48152 | |
| Tek Rf Systems Inc | | 11191 Cypress Creek Rd | | | | Cedar Pk | TX | 78613 | |
| Tek Rf Solutions Inc | | 11191 Cypress Creek Rd | | | | Cedar Pk | TX | 78613-361 | |
| Tek Singapore Pte Ltd | | Berkshire Rd Gt 00 | Pea Building | | | | | 118683 | Singapore |
| Tek Uk Ltd | | 660 Stadale Rd Winnesah | Triangle | | | Wokingham Berkshr | | RG41 5TG | United Kingdom |
| Tek Uk Ltd | | 660 Stadale Rd Winnesah | Triangle | Berkshire Rg41 5ts | | Wokingham Berkshire | | RG41 5TG | United Kingdom |
| Tek Uk Ltd | | 650 Champ Pk Ave | Winnesah Triangle Nr Wokingham | | | | | RH11GS | United Kingdom |
| Tek Uk Ltd | | Tek House 5 7 Queensway | | | | | | RH11GS | United Kingdom |
| Tek Uk Ltd 650 Estdale Road | | Winnesah Triangle Nr Wokingham | 660 Estdale Rd Winnesah | | | | | RG41 5TG | United Kingdom |
| Tek Uk Ltd | | Triangle | Berkshire Rg41 5ts | | | England | | | United Kingdom |
| Tek Tool Inc | | 1296 S Rahn St | | | | Xenia | OH | 45385 | |
| Tek Tool Inc | | 1296 S Rahn St | | | | Xenia | OH | 45385 | |
| Tem Integration Services | | 15865 So 349th St | | | | Kent | WA | 98042 | |
| Tem Group Limited | | 700 Rte 173 | | | | Bloomsbury | NJ | 08804 | |
| Tem Lbl | | 301 Tilson Ave | | | | Tillsonburg | ON | N4G 5E5 | Canada |
| Tem Lbl | | 1100 Fulton St | | | | Farmington | NY | 11735 | |
| Tem Automotive | | 24877 Schoenherr | | | | Warren | MI | 48089 | |
| Temf Ca | | 4015 South Lincoln Ave | Ste 500 | | | Loveland | CO | 80537 | |
| Tema Automotive | | 4015 South Lincoln Ave | 698 Bayshore Rd | | | Loveland | CO | 80537 | |
| Tema Automotive Canada Inc | | 100 Minverton Dr Ste 600 | 998 Boundary Rd | | | Mississauga | ON | L5R 4H1 | Canada |
| Tema Automotive Canada Inc | | Tma Automotive Sekille Therese | 16 Rue Sicard Unit 50 | | | Sainte Therese | PQ | J7E 3W7 | Canada |
| Tema Automotive Canada Inc | | 100 Minverton Dr Ste 600 | | | | Mississauga | ON | L5R 4H1 | Canada |
| Tema Automotive Canada Inc Eft | | 100 Minverton Dr Ste 600 | Ad Chg Per Ltr 09 13 05 Gj | | | Mississauga | ON | L5R 4H1 | Canada |
| Tema Automotive Canada Inc Eft | | 850 Champlain Ave | | | | Oshawa | ON | L1J 6Z3 | Canada |
| Tema Automotive Canada Inc Eft | | Frma Mackie Automotive | 850 Champlain Ave | | | Oshawa | ON | L1J 6Z3 | Canada |
| Tema Automotive Uk Inc | | Lake Orion Oxford Plt | 201 E Drahner | | | Oxford | MI | 48371 | |
| Tema Automotive Uk Inc | | 3800 East Ave E | 201 E Drahner | | | Arlington | TX | 76010 | |
| Tema Automotive Ux Inc | | 3800 East Ave E | | | | Arlington | TX | 76010 | |
| Tema Automotive Ux Inc | | 100 Minverton Dr Ste 600 | | | | Mississauga | ON | L5R 4H1 | Canada |
| Tema Automotive Ux Inc Eft | | 100 Minverton Dr Ste 600 | 100 Minverton Dr Ste 600 | | | Mississauga | ON | L5R 4H1 | Canada |
| Tek R & C Electronics Inc | Debbie K | | | | | Tillsonburg | ON | N4G 5E5 | Canada |
| Te Wire And Cable | | | | | | Saddle Brook | NJ | 55485-5434 | |
| Te Wire And Cable | | PO Box 1450 Rte 5434 | | | | Minneapolis | MN | 55485-5434 | |
| Teac America Inc | | 7733 Telegraph Rd | | | | Montebello | CA | 90640-6537 | |
| Teac America Inc | | PO Box 45000 | | | | San Francisco | CA | 94145-0066 | |

Delphi Corporation
Creditor Matrix

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Ungar Jane H | | 2808 Euclid Ct E | | | | Kokomo | IN | 46902-2850 | |
| Ungar Marvin | | 8750 Ferguson Rd | | | | Streetsboro | OH | 44241 | |
| Unholtz Dickie Corp | | 6 Brookside Dr | | | | Wallingford | CT | 06492-1823 | |
| Unholtz Dickie Corp | | 6 Brookside Dr | | | | Wallingford | CT | 06492-1823 | |
| Unholtz Dickie Corp | | 6 Brookside Dr | | | | Wallingford | CT | 06492-1823 | |
| Unholtz Dickie Corporation | | 6 Brookside Dr | Barnes Industrial Pk | | | North Wallingford | CT | 06492 | |
| Uni Bond Brake Inc | Accounts Payable | 1350 Jarvis | | | | Ferndale | MI | 48220 | |
| Uni Bond Brake Inc | | 1350 Jarvis | | | | Ferndale | MI | 48220-201 | |
| Uni Bond Brake Inc | | 1350 Jarvis St | | | | Ferndale | MI | 48220-201 | |
| Uni Bond Brake Inc Eft | | 1350 Jarvis | | | | Ferndale | MI | 48220 | |
| Uni Bond Brake Inc Eft | | 1350 Jarvis | | | | Ferndale | MI | 48220-201 | |
| Uni Brad Extrusion L L C | | C o Bashlin & Thomas Internatio | 2285 N Opdyke Ste D | | | Auburn Hills | MI | 48326 | |
| Uni Brad Extrusion Eft | | 3900 Research Blvd | | | | Dayton | OH | 45430-2108 | |
| Uni Brad Extrusion Solutions Inc | | 3900 Research Blvd | | | | Dayton | OH | 45430-2108 | |
| Uni Brad Extrusion Eft | | 3900 Research Blvd | | | | Dayton | OH | 45430-2108 | |
| Uni Brad Extrusions Ltr Family | | 4404 Euclid Ave | | | | East Chicago | IN | 46312 | |
| Uni Built Inc | | 201 Sage St | | | | Flint | MI | 48507-265 | |
| Uni Fret Corp 214 | | 290 Main St Ste E | | | | Greenville | SC | 29605 | |
| Uni Fix | Elaine | 290 Main St Ste F | | | | Redwood City | CA | 94063-1733 | |
| Uni Fix | | 8931 North 26th Ave F | | | | Phoenix | AZ | 85029 | |
| Uni Gage & Tool Co | | 39388 Yorkshire | | | | Madison Heights | MI | 48071 | |
| Uni Gage & Tool Co | | 39388 Yorkshire | | | | Madison Heights | MI | 48071 | |
| Uni Gage and Tool Co | | 39388 Yorkshire | | | | Madison Heights | MI | 48071 | |
| Uni Men Set | | Via San Vito 1 | | | | Villanova Canavese | | 10070 Ita | |
| Uni Select Inc | | 170 Industrial | | | | Boucherville | QC | J4B 2X3 Canada | |
| Uni Select Inc Brampton | | 145 Walker Dr | | | | Brampton | ON | L6T 5P5 Canada | |
| Uni Select Inc | | 170 Industrial | | | | Boucherville | PQ | J4B 2X3 Canada | |
| Uni Select Inc | | 170 Industrial | | | | Moncton | NB | E1E 4A5 Canada | |
| Uni Select Moncton Co | | 88 Rooney Crescent | | | | Moncton | NB | E1E 4A5 Canada | |
| Uni Tek Manufacturing Co | | 1610 Lambrecht Rd | 19101 Lambrecht Rd | | | Frankfort | IL | 60423 | |
| Uni Tek Manufacturing Company | | 1610 Lambrecht Rd | | | | Frankfort | IL | 60423 | |
| Unicare | | 4404 Euclid Ave | | | | East Chicago | IN | 46312 | |
| Unibolt | | 4404 Euclid Ave | | | | East Chicago | IN | 46312 | |
| Unicare | | Scac Link | | | | | IL | 60690 | |
| Unicare | | Firnly Rush Prudential 121c | 233 S Wacker | | | Chicago | IL | 60606 | |
| Unicare | | 223A S Wacker | | | | Chicago | IL | 60621-1222 | |
| Unichem Industries Inc | | 1100 Calle Cordillera | | | | San Clemente | CA | 92673 | |
| Unichem Industries Inc | | 1100 Calle Cordillera | | | | San Clemente | CA | 92672 | |
| Unichem Industries Inc | | 1100 Calle Cordillera | | | | San Clemente | CA | 92672 | |
| Unicircuit | | 8192 Southpark Ln | | | | Littleton | CO | 80120-4516 | |
| Unicircuit | | 8192 Southpark Ln | | | | Littleton | CO | 80120 | |
| Unico Inc | | 3725 Nicholson Rd | | | | Frankville | WI | 53126-0000 | |
| Unico Inc | | 3725 Nicholson Rd | | | | Frankville | WI | 53126-0435 | |
| Unico Inc | | Bin No 88 403 | | | | Milwaukee | WI | 53288-0403 | |
| Unico Tool Inc | | Invnd | | | | | WI | 91362 | |
| Unicor Corporation Inc | | 327 Dahlonega Rd Ste 1401 | 3833 Sunset Knolls Dr | | | Thousand Oaks | CA | 91362 | |
| Unicor Systems Inc | | 327 Dahlonega Rd Ste 1401 | | | | Cumming | GA | 30040 | |
| Unicor Systems Inc | | 327 Dahlonega Rd Ste 1401 | | | | Cumming | GA | 30040 | |
| Unicore Inc | | 6115 Abrams Express Way | Ste 460 | | | Dallas | GA | 30132 | |
| Unicor Federal | | Prison Industries Inc | 1101 John A Denk Rd | | | Memphis | TN | 38134-7680 | |
| Unicor Federal Prison Ind | | 3901 Klein Blvd | | | | Lexington | KY | 40511-8799 | |
| Unicor Federal Prison Ind | | Hwy 72 West | | | | Three Rivers | TX | 78071 | |
| Unicorn Elec Engrs | Candy Wang | 8f No 6 Ln 7 | Wuchuan Rd | | | Wu Gu Shang Taipei | | TAIWAN 248 Taiwan | |
| Unicorn Mfg Screw Products Inc | | PO Box 1606 | | | | Pine Brook | NJ | 07058 | |
| Unicorn Manufacturing Eft | | 303 Changebridge Rd | | | | Pine Brook | NJ | 07058 | |
| Unicorn Mfg Screw Products Inc | | PO Box 1606 | | | | Pine Brook | NJ | 07058-1606 | |
| Unilec Co | | 740 Branford Rd | | | | Branwater | PA | 14569 | |
| Unilec Co Of Western | | 2416 North Main St | | | | Warsaw | NY | 14569 | |
| Unilec Corporation Of Western | Accounts Payable | 2416 North Main St | | | | Warsaw | NY | 14569-1488 | |
| Unilec Corporation Of Western | | 2416 N Main St | | | | Warsaw | NY | 14569 | |
| Unilec Solutions Inc | | 8801 90th Ave | Updk Prt Ltr 96 10 05 Lc | | | Pleasant Prairie | WI | 53158 | |
| Unilec Solutions Inc | | 8801 90th Ave | | | | Pleasant Prairie | WI | 53158 | |
| Unilever | | 26532 Groveback Hwy | | | | Warren | MI | 48089 | |
| Unilever Corporation In | | Standard Hwy | | | | Kansas City | KS | 66111-0611 | |
| Unilever Treasury | | Office Of County Treasurer | Wyandotte County | | | Kansas City | KS | 66111-0611 | |
| Unilever Treasury Office Of County Treasurer | | PO Box 175913 | PO Box 175913 | | | Kansas City | KS | 66117-0213 | |
| Unified | | 6900 Commerce Ave | | | | El Paso | TX | 79915 | |
| Unified | | PO Box 26159 | | | | El Paso | TX | 79926 | |
| Unifet | | 6900 Commerce Ave | | | | El Paso | TX | 79915 | |
| Unifet Inc | | 7663 Lochlin Dr | | | | Brighton | MI | 48116 | |
| Unifonix Solutions Inc | | PO Box 3796 | | | | North Little Rock | AR | 72119 | |
| Uniflex Color Company Corp | | 842 Brooks Ave | | | | Holland | MI | 49423 | |
| Uniflex Tubes Inc | | 200 N 7th Ave | | | | Coldegville | PA | 19426-0992 | |
| Unilhse Corp | | Stephen J Kane Cheryl R Steie Stephan | One M&T Plz Ste 2000 | | | | | | |
| | | L Yorsky | | | | | | | |
| Unihse Corp | | 2355 Millwood Rd | One M&T Plz Ste 2000 | | | Buffalo | NY | 14203-2391 | |
| Unimac Corp | | PO Box 176985 | Finiy Carborundum Co | One M&I Plaza Ste 2000 | | Niagara Falls | NY | 14305-2455 | |
| Unimatic Corporation In | | 4664 Pk Lake Rd | | | | Cincinnati | OH | 45271-0985 | |
| Unimar Corporation | | 4664 Pk Lake Rd | | | | Buffalo | NY | 14203-2391 | |
| Unigraphics | | 4664 Pk Lake Rd | | | | East Lansing | MI | 48823 | |
| Unigraphics Print & Copy | | 4664 Pk Lake Rd | | | | East Lansing | MI | 48823 | |
| Unigraphics Print and Copy | | 4664 Pk Lake Rd | | | | East Lansing | MI | 48823 | |

Page 2577 of 2814

11/1/2008 6:53 PM
Creditor Matrix service list

Delphi Corporation
Creditor Matrix

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Use Corporation (Use Realty Development) | | PO Box 281350 | | | | Pittsburgh | PA | 15264-0104 | |
| U.S.D. Inc | | 8214 S Sorensen Ave | | | | Santa Fe Springs | CA | 90670 | |
| U.S.D. Inc | | 8214 S Sorensen Ave | | | | Santa Fe Springs | CA | 90670 | |
| Us Dept Of Energy Oak Ridge National Laboratory | | Oak Ridge National Laboratory | PO Box 281350 | | | Atlanta | GA | 30384-1350 | |
| Us Treasury Serv | | PO Box 281350 | | | | Atlanta | GA | 30384-1350 | |
| US Treasury Serv Oak Ridge National Laboratory | | Dept 888371 | | | | Atlanta | GA | 30384-1350 | |
| Us Battelle Llc | Burton Collins | 2530 N Poweline Rd Unit 305 | | | | Knoxville | TN | 37965-1011 | |
| Us Products Inc | | 1000 N First Ave | | | | Pompano Beach | FL | 30069 | |
| USDA | Accounts Payable | PO Box 25125 | | | | Santa Fe Springs | CA | 90670 | |
| Utah Division Of Corporations & Commercial Code | | Utah Dept Of Commerce | 8214 S Sorensen Ave | | | Salt Lake City | UT | 84125-0125 | |
| Utah State Of Utah Dept Of Commerce | | PO Box 25125 | PO Box 25125 | | | Salt Lake City | UT | 84125-0125 | |
| Utah State Tax Commission | | 210 N 1950 W | | | | Salt Lake City | UT | 84134 | |
| Utah State Tax Commission | | 210 North 1950 West | | | | Salt Lake City | UT | 84134-9100 | |
| Utah State Tax Commission | | Sales Tax M | | | | Salt Lake City | UT | 84134-0000 | |
| Utah State Tax Commission | | Sales Tax M | | | | Salt Lake City | UT | 84134-0000 | |
| Utah State Tax Commission Sales Tax M | | 210 North 1950 West | | | | Salt Lake City | UT | 84134-0000 | |
| Utah State University | | College Of Business | 3500 Old Main Hill | | | Logan | UT | 84322 | |
| Utah State University | | College Of Business | | | | Logan | UT | 84322-3500 | |
| Utah State University College Of Business | | College Of Business | Bhinga Plaza | | | Logan | UT | 84322-3521 | |
| Utah Valley State College | | Business Office | | | | Orem | UT | 84058-5999 | |
| Utah Valley State College Business Office Ma100 | | 800 West University Pkwy | 800 West University Pkwy | | | Orem | UT | 84058-5999 | |
| Utah Tengzia Electrical Systems Co | Accounts Payable | Luoheng Industrial Pk | Add Chg 2 01 | | | Changzhou | | 213000 | China |
| Utica Tengzia Electrical Systems Co Ltd | | Luoheng Industrial Pk | | | | Changzhou | | 213000 | China |
| Utesch James | | Rt 4 Box 99 Box Heron Dr | | | | Chino Hills | CA | 51348 | |
| Utica | | 15430 Yorba Ave | | | | Chino Hills | CA | 91709 | |
| Uti Corp | | Utility Technologies Internati | 2865 Plain City Georgeville Rd | | | West Jefferson | OH | 43162 | |
| Utn Corp | | PO Box 1002 | | | | Collegeville | PA | 19426-0911 | |
| Uti Urban Transport | | PO Box 13861 | | | | Newark | NJ | 7195 | |
| Utpa Chiropractic Clinic | | 4600 Baums Site 102 | | | | Utica | MI | 48317 | |
| Utica Community Schools | | 51041 Shelby Rd | 11920 Greendale | | | Shelby Township | MI | 48316 | |
| Utica Community Schools | Community Education | 11305 Greendale | | | | Sterling Heights | MI | 48312-2925 | |
| Utica Community Schools Community Education | | 11305 Greendale | | | | Sterling Heights | MI | 48312-2925 | |
| Utica Enterprises Inc | | Robomachine | 13231 23 Mile Rd | | | Shelby Township | MI | 48315 | |
| Utica Enterprises Inc | | 11231 23 Mile Rd | | | | Shelby Twp | MI | 48315 | |
| Utica Enterprises Inc | | PO Box 64388 | | | | Detroit | MI | 48264-0388 | |
| Utica Enterprises Inc | | 13231 23 Mile Rd | | | | Shelby Township | MI | 48315-3010 | |
| Utica Transport Inc | | Sctac Utts | 511 Brown Rd | | | Auburn Hills | MI | 48326 | |
| Utica Transport Inc | | 511 Brown Rd | | | | Pontiac | MI | 48339-3201 | |
| Utica Transport Inc | | 810 Frieg Ave | | | | Ajax Canada | ON | L1S 2E3 | Canada |
| Utility International Inc | | 810 Frieg Ave | | | | Ajax Canada | ON | L1S 2E3 | Canada |
| Utility Supply Of America Inc | | 3695 Commercial Ave | | | | Tulsa | OK | 74136-0531 | |
| Utility Supply Of America Inc | | Utility Education | 3751 Burwood Dr | | | Northbrook | IL | 60082 | |
| Utility Supply Of America Inc | | PO Box 1166 | | | | Northbrook | IL | 60082 | |
| Utility Technologies | | International Corporation | 2865 Plain City-Georgeville | Road | | Westerbrook | IL | 60062 | |
| Utility Technologies International Corporation | | Utility Tech City Georgeville | 2865 Plain City-Georgeville | | | West Jefferson | OH | 43162 | |
| Utrex Elr | | PO Box 44882 | | | | West Jefferson | OH | 43162 | |
| Utz Engineering | | 101 Industrial East | | | | Boston | MA | 02241-0882 | |
| Utz Engineering | | 8900 Zachary Ln | | | | Clifton | NJ | 07012 | |
| Utz Angela | | 504 S Walnut St | | | | Leesburg | IN | 46538 | |
| Utzy Eik | | 101 Industrial East | | | | Clifton | NJ | 63877 | |
| Utzy Eik | | PO Box 22 | | | | Leesburg | IN | 46538 | |
| Utzy Michael G | | PO Box 22 | | | | Anderson | IN | 46016-0022 | |
| Uttra Gomez Martha Margarita | | Servicios Integrales De Ingenie | Jose Maria Velz 422 | Fracc Los Candiles | | Queretaro | | 76160 | Mexico |
| Uva Machine Co Inc | | 75 North Main St | | | | Straffordville | MI | 43581 | |
| Uva Machine Co Inc | | 8900 Zachary Ln | | | | W Alexandria | OH | 43581 | |
| Uva Machine Co Inc | | 8900 N Church St | | | | Sharpsville | IN | 46068 | |
| Uvalde Marjorie Marsha | | 3150 Six Va Way | | | | Stuart | FL | 34966-5150 | |
| Uverbock Jane E | | 3150 C Six Va Way | | | | Plymouth | IN | 34966-6015 | |
| Utjinger Harold | | 1677 Valley View Dr | | | | Kokomo | IN | 46902 | |
| Uz Engineering | | 8900 Zachary Ln | | | | Kokomo | IN | 46902-4667 | |
| Uzarski Stephen J | | 2809 Kellogg Ave | | | | Janesville | WI | 53546 | |
| Uw Center Rock County | | 2809 Kellogg Ave | | | | Janesville | WI | 53546 | |
| Uw Center Rock County Business Office | | 2809 Kellogg Ave | | | | Janesville | WI | 53546 | |
| Uw Center Rock County Business Office | | 4755 Hooseferand Dr | | | | Centerville | OH | 45459-4937 | |
| Uw Center Waukesha County Business Office | | 1500 University Dr | 1500 University Dr | | | Waukesha | WI | 53188-2799 | |
| Uw Stevenswater Student Accounts Office | | Hyer Hall Rm 110 | | | | Whitewater | WI | 53190 | |
| Uwyhawer Justin | | 11423 Weather Wax | | | | Jerome | MI | 49249 | |
| Uzarski Gary | | 223 Millcreek Dr | PO Box 3642 | | | West Seneca | NY | 14224 | |
| Uzarski Gary | | 223 Millcreek Dr | | | | Youngstown | OH | 44512 | |

# EXHIBIT 8

# CERTIFIED TRANSCRIPT

— 1 —

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 05-44481 (RDD); Adv. Proc. No. 07-02619 (RDD);

Adv. Proc. No. 07-02242 (RDD); Adv. Proc. No. 07-02256 (RDD);

Adv. Proc. No. 07-02333 (RDD); Adv. Proc. No. 07-02580 (RDD);

Adv. Proc. No. 07-02661 (RDD); Adv. Proc. No. 07-02743 (RDD);

Adv. Proc. No. 07-02768 (RDD); Adv. Proc. No. 07-02769 (RDD);

Adv. Proc. No. 07-02790 (RDD); Adv. Proc. No. 07-02076 (RDD);

Adv. Proc. No. 07-02084 (RDD); Adv. Proc. No. 07-02096 (RDD);

Adv. Proc. No. 07-02125 (RDD); Adv. Proc. No. 07-02177 (RDD);

Adv. Proc. No. 07-02188 (RDD); Adv. Proc. No. 07-02211 (RDD);

Adv. Proc. No. 07-02212 (RDD); Adv. Proc. No. 07-02236 (RDD);

Adv. Proc. No. 07-02250 (RDD); Adv. Proc. No. 07-02262 (RDD);

Adv. Proc. No. 07-02270 (RDD); Adv. Proc. No. 07-02291 (RDD);

Adv. Proc. No. 07-02328 (RDD); Adv. Proc. No. 07-02337 (RDD);

Adv. Proc. No. 07-02348 (RDD); Adv. Proc. No. 07-02432 (RDD);

Adv. Proc. No. 07-02436 (RDD); Adv. Proc. No. 07-02449 (RDD);

Adv. Proc. No. 07-02479 (RDD); Adv. Proc. No. 07-02525 (RDD);

Adv. Proc. No. 07-02534 (RDD); Adv. Proc. No. 07-02539 (RDD);

Adv. Proc. No. 07-02551 (RDD); Adv. Proc. No. 07-02581 (RDD);

Adv. Proc. No. 07-02597 (RDD); Adv. Proc. No. 07-02618 (RDD);

Adv. Proc. No. 07-02623 (RDD); Adv. Proc. No. 07-02659 (RDD);

Adv. Proc. No. 07-02672 (RDD); Adv. Proc. No. 07-02702 (RDD);

Adv. Proc. No. 07-02723 (RDD); Adv. Proc. No. 07-02743 (RDD);

- 2 -

1   Adv. Proc. No. 07-02744 (RDD); Adv. Proc. No. 07-02750 (RDD);

2   Adv. Proc. No. 07-02188 (RDD)

3   - - - - - - - - - - - - - - - - - - -x

4   In the Matter of:

5   DPH HOLDINGS CORP., et al.,

6                    Reorganized Debtors.

7   - - - - - - - - - - - - - - - - - - -x

8   DELPHI CORPORATION, et al.,

9                    Plaintiffs,

10      -against-

11  SETECH INC., et al.,

12                   Defendants.

13  - - - - - - - - - - - - - - - - - - -x

14  DELPHI CORPORATION, et al.,

15                   Plaintiffs,

16      -against-

17  DUPONT COMPANY, et al.,

18                   Defendants.

19  - - - - - - - - - - - - - - - - - - -x

20  DELPHI CORPORATION, et al.,

21                   Plaintiffs,

22      -against-

23  ECO-BAT AMERICA LLC,

24                   Defendant.

25  - - - - - - - - - - - - - - - - - - -x

- 3 -

1    - - - - - - - - - - - - - - - - -x

2    DELPHI CORPORATION, et al.,

3                        Plaintiffs,

4        -against-

5    GLOBE MOTORS INC.,

6                        Defendant.

7    - - - - - - - - - - - - - - - - -x

8    DELPHI CORPORATION, et al.,

9                        Plaintiffs,

10       -against-

11   PHILIPS SEMICONDUCTOR, et al.,

12                       Defendants.

13   - - - - - - - - - - - - - - - - -x

14   DELPHI CORPORATION, et al.,

15                       Plaintiffs,

16       -against-

17   SUMMIT POLYMERS INC.,

18                       Defendant.

19   - - - - - - - - - - - - - - - - -x

20   DELPHI CORPORATION, et al.,

21                       Plaintiffs,

22       -against-

23   M & Q PLASTIC PRODUCTS, et al.,

24                       Defendants.

25   - - - - - - - - - - - - - - - - -x

- 4 -

1      - - - - - - - - - - - - - - - - - -x

2      DELPHI CORPORATION, et al.,

3                          Plaintiffs,

4           -against-

5      RSR CORPORATION, et al.,

6                          Defendants.

7      - - - - - - - - - - - - - - - - - -x

8      DELPHI CORPORATION, et al.,

9                          Plaintiffs,

10          -against-

11     RSR/ECOBAT,

12                         Defendant.

13     - - - - - - - - - - - - - - - - - -x

14     DELPHI CORPORATION, et al.,

15                         Plaintiffs,

16          -against-

17     TYCO et al.,

18                         Defendants.

19     - - - - - - - - - - - - - - - - - -x

20     DELPHI CORPORATION, et al.,

21                         Plaintiffs,

22          -against-

23     AHAUS TOOL & ENGINEERING INC.,

24                         Defendant.

25     - - - - - - - - - - - - - - - - - -x

- 5 -

```
 1    - - - - - - - - - - - - - - - - -x

 2    DELPHI CORPORATION, et al.,

 3                        Plaintiffs,

 4        -against-

 5    A 1 SPECIALIZED SVC & SUPP., INC.,

 6                        Defendant.

 7    - - - - - - - - - - - - - - - - -x

 8    DELPHI CORPORATION, et al.,

 9                        Plaintiffs,

10        -against-

11    A-1 SPECIALIZED SERVICES,

12                        Defendant.

13    - - - - - - - - - - - - - - - - -x

14    DELPHI CORPORATION, et al.,

15                        Plaintiffs,

16        -against-

17    ATS AUTOMATION TOOLING SYSTEMS INC., et al.,

18                        Defendants.

19    - - - - - - - - - - - - - - - - -x

20    DELPHI CORPORATION, et al.,

21                        Plaintiffs,

22        -against-

23    CORNING INC., et al.,

24                        Defendants.

25    - - - - - - - - - - - - - - - - -x
```

- 6 -

1    - - - - - - - - - - - - - - - - - -x

2    DELPHI CORPORATION, et al.,

3                        Plaintiffs,

4        -against-

5    CRITECH RESEARCH INC.,

6                        Defendant.

7    - - - - - - - - - - - - - - - - - -x

8    DELPHI CORPORATION, et al.,

9                        Plaintiffs,

10       -against-

11   DOSHI PRETTL INTERNATIONAL, et al.,

12                       Defendants.

13   - - - - - - - - - - - - - - - - - -x

14   DELPHI CORPORATION, et al.,

15                       Plaintiffs,

16       -against-

17   D & R TECHNOLOGY LLC, et al.,

18                       Defendants.

19   - - - - - - - - - - - - - - - - - -x

20   DELPHI CORPORATION, et al.,

21                       Plaintiffs,

22       -against-

23   DSSI, et al.,

24                       Defendants.

25   - - - - - - - - - - - - - - - - - -x

– 7 –

1    - - - - - - - - - - - - - - - - - - -x

2    DELPHI CORPORATION, et al.,

3                           Plaintiffs,

4        -against-

5    DANOBAT MACHINE TOOL CO. INC.,

6                           Defendant.

7    - - - - - - - - - - - - - - - - - - -x

8    DELPHI CORPORATION, et al.,

9                           Plaintiffs,

10       -against-

11   EDS, et al.,

12                          Defendants.

13   - - - - - - - - - - - - - - - - - - -x

14   DELPHI CORPORATION, et al.,

15                          Plaintiffs,

16       -against-

17   BP, et al.,

18                          Defendants.

19   - - - - - - - - - - - - - - - - - - -x

20   DELPHI CORPORATION, et al.,

21                          Plaintiffs,

22       -against-

23   CARLISLE, et al.,

24                          Defendants.

25   - - - - - - - - - - - - - - - - - - -x

- 8 -

```
 1    - - - - - - - - - - - - - - - - - -x

 2    DELPHI CORPORATION, et al.,

 3                        Plaintiffs,

 4        -against-

 5    GKNS INTERMETALS,

 6                        Defendant.

 7    - - - - - - - - - - - - - - - - - -x

 8    DELPHI CORPORATION, et al.,

 9                        Plaintiffs,

10        -against-

11    EX-CELL-O MACHINE TOOLS INC.,

12                        Defendant.

13    - - - - - - - - - - - - - - - - - -x

14    DELPHI CORPORATION, et al.,

15                        Plaintiffs,

16        -against-

17    JOHNSON CONTROLS, et al.,

18                        Defendants.

19    - - - - - - - - - - - - - - - - - -x

20    DELPHI CORPORATION, et al.,

21                        Plaintiffs,

22        -against-

23    NILES USA INC., et al.,

24                        Defendants.

25    - - - - - - - - - - - - - - - - - -x
```

```
1    - - - - - - - - - - - - - - - - -x

2    DELPHI CORPORATION, et al.,

3                         Plaintiffs,

4        -against-

5    METHODE ELECTRONICS INC., et al.,

6                         Defendants.

7    - - - - - - - - - - - - - - - - -x

8    DELPHI CORPORATION, et al.,

9                         Plaintiffs,

10       -against-

11   MICROCHIP,

12                        Defendant.

13   - - - - - - - - - - - - - - - - -x

14   DELPHI CORPORATION, et al.,

15                        Plaintiffs,

16       -against-

17   HEWLETT PACKARD, et al.,

18                        Defendants.

19   - - - - - - - - - - - - - - - - -x

20   DELPHI CORPORATION, et al.,

21                        Plaintiffs,

22       -against-

23   OLIN CORP,

24                        Defendant.

25   - - - - - - - - - - - - - - - - -x
```

- 10 -

1    - - - - - - - - - - - - - - - -x

2    DELPHI CORPORATION, et al.,

3                          Plaintiffs,

4        -against-

5    INTEC GROUP,

6                          Defendant.

7    - - - - - - - - - - - - - - - -x

8    DELPHI CORPORATION, et al.,

9                          Plaintiffs,

10        -against-

11    VALEO, et al.,

12                          Defendants.

13    - - - - - - - - - - - - - - - -x

14    DELPHI CORPORATION, et al.,

15                          Plaintiffs,

16        -against-

17    VANGUARD DISTRIBUTORS,

18                          Defendant.

19    - - - - - - - - - - - - - - - -x

20    DELPHI CORPORATION, et al.,

21                          Plaintiffs,

22        -against-

23    VICTORY PACKAGING, et al.,

24                          Defendants.

25    - - - - - - - - - - - - - - - -x

1    - - - - - - - - - - - - - - - - -x

2    DELPHI CORPORATION, et al.,

3                        Plaintiffs,

4        -against-

5    WAGNER-SMITH COMPANY,

6                        Defendant.

7    - - - - - - - - - - - - - - - - -x

8    DELPHI CORPORATION, et al.,

9                        Plaintiffs,

10        -against-

11    WELLS FARGO BUSINESS, et al.,

12                        Defendants.

13    - - - - - - - - - - - - - - - - -x

14    DELPHI CORPORATION, et al.,

15                        Plaintiffs,

16        -against-

17    SELECT TOOL & DIE CORP.,

18                        Defendant.

19    - - - - - - - - - - - - - - - - -x

20    DELPHI CORPORATION, et al.,

21                        Plaintiffs,

22        -against-

23    SHUERT INDUSTRIES INC.,

24                        Defendant.

25    - - - - - - - - - - - - - - - - -x

- 12 -

1      - - - - - - - - - - - - - - - -x

2      DELPHI CORPORATION, et al.,

3                          Plaintiffs,

4          -against-

5      SUMITOMO, et al.,

6                          Defendants.

7      - - - - - - - - - - - - - - - -x

8      DELPHI CORPORATION, et al.,

9                          Plaintiffs,

10         -against-

11     TECH CENTRAL,

12                         Defendant.

13     - - - - - - - - - - - - - - - -x

14     DELPHI CORPORATION, et al.,

15                         Plaintiffs,

16         -against-

17     PRUDENTIAL RELOCATION, et al.,

18                         Defendants.

19     - - - - - - - - - - - - - - - -x

20     DELPHI CORPORATION, et al.,

21                         Plaintiffs,

22         -against-

23     LDI INCORPORATED,

24                         Defendant.

25     - - - - - - - - - - - - - - - -x

- 13 -

1    - - - - - - - - - - - - - - - - - - - -x

2    DELPHI CORPORATION, et al.,

3                         Plaintiffs,

4        -against-

5    M & Q PLASTIC PRODUCTS, et al.,

6                         Defendants.

7    - - - - - - - - - - - - - - - - - - - -x

8    DELPHI CORPORATION, et al.,

9                         Plaintiffs,

10       -against-

11   REPUBLIC ENGINEERED PRODUCTS, et al.,

12                        Defendants.

13   - - - - - - - - - - - - - - - - - - - -x

14   DELPHI CORPORATION, et al.,

15                        Plaintiffs,

16       -against-

17   RIECK GROUP LLC,

18                        Defendant.

19   - - - - - - - - - - - - - - - - - - - -x

20   DELPHI CORPORATION, et al.,

21                        Plaintiffs,

22       -against-

23   CRITECH RESEARCH INC.,

24                        Defendant.

25   - - - - - - - - - - - - - - - - - - - -x

- 14 -

1                   U.S. Bankruptcy Court

2                   300 Quarropas Street

3                   White Plains, New York

4

5                   July 22, 2010

6                   10:20 AM

7

8

9       B E F O R E:

10      HON. ROBERT D. DRAIN

11      U.S. BANKRUPTCY JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

– 15 –

1

2    RE: ADV. PROC. NO. 07-02619 (RDD):

3    HEARING re Setech, Inc.'s Motion to Vacate and to Dismiss

4    (Docket No. 20094)

5

6    RE: CASE NO. 0544481 (RDD):

7    HEARING re Joinder of E. I. du Pont de Nemours and Company to

8    Motions (I) to Vacate Prior Orders Establishing Procedures for

9    Certain Adversary Proceedings, Including Those Commenced by the

10   Debtors Under 11 U.S.C. Sections 541, 544, 545, 547, 548, or

11   549, and Extending the Time to Serve Process for Such Adversary

12   Proceedings, (II) Pursuant to Fed. R. Civ. P. 12(b) and Fed. R.

13   Bankr. P. 7012(b) Dismissing the Adversary Proceeding with

14   Prejudice, or (III) in the Alternative, Dismissing the

15   Adversary Proceeding on the Ground of Judicial Estoppel (Docket

16   No. 19999)

17

18   RE: ADV. PROC. NO. 07-02242 (RDD):

19   HEARING re Statement Of E. I. Du Pont De Nemours And Company

20   And Its Affiliates In Support Of Certain Reply Briefs Filed

21   With Respect To Motions (I) To Vacate Prior Orders Establishing

22   Procedures For Certain Adversary Proceedings, Including Those

23   Commenced By The Debtors Under 11 U.S.C. Sections 541, 544,

24   545, 547, 548, Or 549, And Extending The Time To Serve Process

25   For Such Adversary Proceedings, (II) Pursuant To Fed. R. Civ.

- 16 -

1   P. 12(b) And Fed. R. Bankr. P. 7012(b), Dismissing The

2   Adversary Proceeding With Prejudice, Or (III) In The

3   Alternative, Dismissing The Adversary Proceeding On The Ground

4   Of Judicial Estoppel (Docket No. 20323)

5

6   RE: ADV. PROC. NO. 07-02256 (RDD):

7   HEARING re Complaint against Defendant 200A.

8

9   RE: ADV. PROC. NO. 07-02333 (RDD):

10   HEARING re Replies in Support of Motions (I) to Vacate Prior

11   Orders Establishing Procedures for Certain Adversary

12   Proceedings, Including Those Commenced by the Debtors Under 11

13   USC Sections 541, 544, 545, 547, 548, or 549, and Extending the

14   Time to Serve Process for Such Adversary Proceedings, (II)

15   Dismissing the Adversary Proceeding with Prejudice, or (III) In

16   The Alternative, Dismissing the Adversary Proceeding on the

17   Grounds of Judicial Estoppel (Docket No. 20341)

18

19   RE: ADV. PROC. NO. 07-02580 (RDD):

20   HEARING re Joinder Of Philips Semiconductor, Philips

21   Semiconductors, And Philips Semiconductors, Inc (N/K/A NXP

22   Semiconductors USA, Inc.) To (I) Reply Memorandum Of Law In

23   Support Of Motions Of Affinia, GKN, MSX And Valeo To: (A)

24   Vacate Certain Prior Orders Of The Court; (B) Dismiss The

25   Complaint With Prejudice; (C) And (D) Dismiss Claims Based On

– 17 –

1   Assumption Of Contracts; Or (E) In The Alternative, To Require

2   Plaintiffs To File A More Definite Statement And (II) Reply Of

3   HP Enterprise Services, LLC And Affiliates In Support Of Their

4   Motion For An Order Dismissing The Complaint With Prejudice,

5   And Vacating Certain Prior Orders Pursuant To Fed. R. Civ. P.

6   60 And Fed. R. Bankr. P. 9024 (Docket No. 20353)

7

8   ADV. PROC. NO. 07-02661 (RDD):

9   HEARING re Joinder Of Summit Polymers, Inc. To Motions (I) To

10  Vacate Prior Orders Establishing Procedures For Certain

11  Adversary Proceedings, Including Those Commenced By The Debtors

12  Under 11 U.S.C. Sections 541, 544, 545, 547, 548, Or 549, And

13  Extending The Time To Serve Process For Such Adversary

14  Proceedings; (II) Dismissing The Adversary Proceeding With

15  Prejudice; Or (III) In The Alternative, Dismissing The

16  Adversary Proceeding On The Ground Of Judicial Estoppel (Docket

17  No. 20)

18

19  RE: ADV. PROC. NO. 07-02743 (RDD):

20  HEARING re Joinder Of M&Q Plastic Products L.P. To Motions (I)

21  To Vacate Prior Orders Establishing Procedures For Certain

22  Adversary Proceedings, Including Those Commenced By The Debtors

23  Under 11 U.S.C. Sections 541, 544, 545, 547, 548, Or 549, And

24  Extending The Time To Serve Process For Such Adversary

25  Proceedings, (II) Dismissing The Adversary Proceeding With

- 18 -

1    Prejudice, Or (III) In The Alternative, Dismissing The

2    Adversary Proceeding On The Ground Of Judicial Estoppel (Docket

3    No. 19818)

4

5    RE: ADV. PROC. NO. 07-02768 (RDD):

6    HEARING re Complaint against Defendant 566A, Defendant 566B,

7    Defendant 566C

8

9    RE: ADV. PROC. NO. 07-02769 (RDD):

10    HEARING re Complaint against Defendant 567A

11

12    RE: ADV. PROC. NO. 07-02790 (RDD):

13    HEARING re Motion of Tyco Adhesives LP, and Joinder with

14    Motions of Fin Machine Co. Ltd. and Wagner-Smith Company, for

15    an Order: (I) Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr.

16    P. 9024 Vacating Prior Orders Establishing Procedures for

17    Certain Adversary Proceedings, Including Those Commenced by the

18    Debtors Under 11 U.S.C. Sections 541, 544, 545, 547, 548, or

19    549, and Extending the Time to Serve Process for Such Adversary

20    Proceedings, and (II) Pursuant to Fed. R. Civ. P. 12 and Fed.

21    R. Bankr. P. 7012, Dismissing the Adversary Proceeding with

22    Prejudice for Failure to State a Cause of Action Because it is

23    Barred by the Two Year Statute of Limitations, and (III)

24    Pursuant to Fed. R. Civ. P. 12 and Fed. R. Bankr. P. 7012

25    Dismissing the Adversary Proceeding with Prejudice for Failure

- 19 -

1    to State a Cause of Action Because it is Insufficiently Pled,

2    and (IV) Dismissing the Adversary Proceeding on the Ground of

3    Judicial Estoppel, and (V) Dismissing the Adversary Proceeding

4    on the Ground of Laches, or (VI) in the Alternative, Pursuant

5    to Fed. R. Civ. P. 12(e) and Fed. R. Bankr. P 7012(e),

6    Directing a More Definite Statement of the Pleadings (Docket

7    No. 20089)

8

9    RE: CASE NO. 05-44481 (RDD):

10   HEARING re Reply And Joinder In Further Support Of Motion Of

11   Johnson Controls, Johnson Controls Battery Group, Johnson

12   Controls GMBH & Co. KG And Johnson Controls, Inc. To: (A)

13   Vacate Certain Prior Orders Of The Court; (B) Dismiss The

14   Complaint With Prejudice; Or (C) In The Alternative, To Dismiss

15   The Claims Against Certain Defendants Named In The Complaint

16   And To Require Plaintiffs To File A More Definite Statement

17   (Docket No. 20298)

18

19   RE: CASE NO. 05-44481 (RDD):

20   HEARING re Response of Reorganized Debtors to Motions to Vacate

21   Certain Orders and Dismiss Adversary Actions filed by Eric

22   Fisher on behalf of DPH Holdings Corp. et al.

23

24   RE: CASE NO. 05-44481 (RDD):

25   HEARING re Joinder Of Vanguard Distributors, Inc. In Further

- 20 -

1    Support Of Motion For Order (I) Vacating Certain Prior Orders;

2    And (II) Dismissing The Adversary Proceeding With Prejudice

3    (Docket No. 20319)

4

5    RE: CASE NO. 05-44481 (RDD):

6    HEARING re Joinder Of Wells Fargo Bank, N.A. (Named Herein As

7    Wells Fargo Business And Wells Fargo Minnesota) To Replies (I)

8    To Vacate Certain Prior Orders Of The Court Pursuant To Fed. R.

9    Civ. P. 60 And Fed. R. Bankr. P. 9024; (II) To Dismiss The

10   Complaint With Prejudice; (III) To Dismiss The Claims Against

11   Certain Defendants Named In The Complaint; Or (IV) In The

12   Alternative, To Require Plaintiffs To File A More Definite

13   Statement (Docket No. 20338)

14

15   RE: CASE NO. 05-44481 (RDD):

16   HEARING re Reply Memorandum Of Law In Support Of Motions Of

17   Affinia, GKN, MSX And Valeo To: (A) Vacate Certain Prior Orders

18   Of The Court; (B) Dismiss The Complaint With Prejudice; (C) And

19   Dismiss The Claims Against Certain Defendants Named In The

20   Complaint; And (D) Dismiss Claims Based On Assumption Of

21   Contracts; Or (E) In The Alternative, To Require Plaintiffs To

22   File A More Definite Statement (Docket No. 20304)

23

24   RE: CASE NO. 05-44481 (RDD):

25   HEARING re Reorganized Debtors' Supplemental Reply To Response

– 21 –

1   Of Claimants To Reorganized Debtors' Objections To Proofs Of

2   Administrative Expense Claim Numbers 18742, 19717, 19719, And

3   20053 (Docket No. 20397)

4

5   RE: CASE NO. 05-44481 (RDD):

6   HEARING re Reorganized Debtors' Supplemental Reply To Response

7   On Behalf Of Claimant To Reorganized Debtors' Objection To

8   Proof Of Administrative Expense Claim Number 19568 Filed On

9   Behalf Of Paullion Roby (Docket No. 20398)

10

11  RE: CASE NO. 05-44481 (RDD):

12  HEARING re Claim Objection Hearing Regarding Claims of New

13  Jersey Self-Insurer's Guaranty Association as Objected to on

14  Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To

15  11 U.S.C. Section 503(b) And Fed. R. Bankr. P. 3007 To (I)

16  Disallow And Expunge Certain Administrative Expense (A) Books

17  And Records Claims, (B) Methode Electronics Claims, (C) State

18  Workers' Compensation Claims, (D) Duplicate State Workers'

19  Compensation Claims, (E) Workers' Compensation Claims, (F)

20  Transferred Workers' Compensation Claims, (G) Tax Claims, (H)

21  Duplicate Insurance Claims, And (I) Severance Claims, (II)

22  Disallow And Expunge (A) A Certain Duplicate Workers'

23  Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C)

24  A Certain Duplicate Severance Claim, (III) Modify Certain

25  Administrative Expense (A) State Workers' Compensation Claims

- 22 -

1   And (B) Workers' Compensation Claims, And (IV) Allow Certain

2   Administrative Expense Severance Claims (Docket No. 19711)

3

4   RE: CASE NO. 05-44481 (RDD):

5   HEARING re Notice Of Motion By Methode Electronics, Inc. For An

6   Order (I) Permitting Methode To Continue Post-Petition

7   Litigation With The Reorganized Debtors In Michigan And (II)

8   Overruling The Reorganized Debtors' Timeliness Objection To

9   Methode's Administrative Expense Claims (Docket No. 19895) and

10  Supplement To Motion Of Methode Electronics, Inc. For An Order

11  (I) Permitting Methode To Continue Post-Petition Litigation

12  With The Reorganized Debtors In Michigan And (II) Overruling

13  The Reorganized Debtors' Timeliness Objection To Methode's

14  Administrative Expense Claims (Docket No. 20274)

15

16  RE: CASE NO. 05-44481 (RDD):

17  HEARING re Joinder In Plaintiffs' Omnibus Response To Motions

18  Seeking, Among Other Forms Of Relief, Orders To Vacate Certain

19  Procedural Orders (Docket No. 20226)

20

21  RE: CASE NO. 05-44481 (RDD):

22  HEARING re Reorganized Debtors' Supplemental Reply With Respect

23  To Proofs Of Administrative Expense Claim Numbers 18602 And

24  19712 (New Jersey Self-Insurers Guaranty Association) (Docket

25  No. 20446)

- 23 -

1

2    RE: CASE NO. 05-44481 (RDD):

3    HEARING re Notice of Hearing on Proposed Fifty-Seventh Omnibus

4    Hearing Agenda

5

6    RE: CASE NO. 05-44481 (RDD):

7    HEARING re Notice of Hearing on Proposed Thirty-Fifth Claims

8    Hearing Agenda

9

10    RE: ADV. PROC. NO. 07-02076 (RDD):

11    HEARING re Joinder Of Ahaus Tool &Engineering Inc. To Motions

12    Seeking An Order (I) Pursuant To Fed. R. Civ. P. 60 And Fed. R.

13    Bankr. P. 9024, Vacating Prior Orders Establishing Procedures

14    For Certain Adversary Proceedings, Including Those Commenced By

15    The Debtors Under 11 U.S.C. Sections 541, 544, 545, 547, 548,

16    Or 549, And Extending The Time To Serve Process For Such

17    Adversary Proceedings, (II) Pursuant To Fed. R. Civ. P. 12(b)

18    And Fed. R. Bankr. P. 7012(b), Dismissing The Adversary

19    Proceeding With Prejudice, Or (III) In The Alternative,

20    Dismissing The Adversary Proceeding On The Ground Of Judicial

21    Estoppel And Replies To Debtors' Omnibus Response To Said

22    Motions (Docket No. 20336)

23

24    RE: ADV. PROC. NO. 07-02084 (RDD):

25    HEARING re Motion to Dismiss Adversary Proceeding and for

- 24 -

1   Related Relief filed by Deirdre Woulfe Pacheco on behalf of A 1

2   Specialized SVC & Supp., Inc. (Docket No. 21)

3

4   RE: ADV. PROC. NO. 07-02096 (RDD):

5   HEARING re Motion to Dismiss Adversary Proceeding and for

6   Related Relief filed by Deirdre Woulfe Pacheco on behalf of A-1

7   Specialized Services (Docket No. 22)

8

9   RE: ADV. PROC. NO. 07-02125 (RDD):

10   HEARING re ATS Automation Tooling Systems, Inc.'s Motion and

11   Brief of Defendant to: (A) Vacate Certain Orders of this Court;

12   and (B) Dismiss the Complaint (v. ATS Automation Tooling, et

13   al.) with Prejudice; or (C) in the Alternative, to Dismiss the

14   Claims Against Certain Defendants Named in the Complaint

15   (Docket No. 20088)

16

17   RE: ADV. PROC. NO. 07-02177 (RDD):

18   HEARING re Complaint against Defendant 152A, Defendant 152B,

19   Defendant 152C

20

21   RE: ADV. PROC. NO. 07-02188 (RDD):

22   HEARING re Joinder of Critech Research Inc. to Motions (I) to

23   Vacate Prior Orders Establishing Procedures for Certain

24   Adversary Proceedings, Including Those Commenced by the Debtors

25   Under 11 U.S.C. Sections 541, 544, 545, 547, 548, or 549, and

- 25 -

1    Extending the Time to Serve Process for Such Adversary

2    Proceeding with Prejudice, or (III) in the Alternative,

3    Dismissing the Adversary Proceeding on the Ground of Judicial

4    Estoppel (Docket No. 20106)

5

6    RE: ADV. PROC. NO. 07-02211 (RDD):

7    HEARING re Doshi Prettl International's Notice of Motion and

8    Brief of Defendant to: (A) Vacate Certain Orders of This Court;

9    and (B) Dismiss the Complaint with Prejudice; or (C) in the

10   Alternative, to Dismiss the Claims Against Certain Defendants

11   Named in the Complaint (Docket No. 20093)

12

13   RE: ADV. PROC. NO. 07-02212 (RDD):

14   HEARING re Joinder of D&R Technology, LLC to Motion (I) To

15   Vacate Prior Orders Establishing Procedures For Certain

16   Adversary Proceedings, Including Those Commenced By The Debtors

17   Under 11 U.S.C. Sections 541, 544, 545, 547, 548, Or 549, And

18   Extending The Time To Serve Process For Such Adversary

19   Proceedings, and (II) In The Alternative, Dismissing The

20   Adversary Proceedings On The Grounds Of Being Barred by the

21   Statute of Limitations and/or Judicial Estoppel

22

23   RE: ADV. PROC. NO. 07-02212 (RDD):

24   HEARING re Joinder of D&R Technology, LLC To Replies to

25   Reorganized Debtors Omnibus Response to Motions Seeking, Among

- 26 -

1    Other Forms of Relief, Orders to Vacate Certain Procedural

2    Orders Previously Entered by This Court and to Dismiss the

3    Avoidance Actions Against the Moving Defendants (Docket No.

4    20344)

5

6    RE: ADV. PROC. NO. 07-02236 (RDD):

7    HEARING re Reply Of DSSI Defendants To The Debtors' Omnibus

8    Response, And Joinder In Further Support Of The Motion Of The

9    DSSI Defendants Seeking An Order (I) Pursuant To Fed. R. Civ.

10    P. 60 And Fed. R. Bankr. P. 9024, Vacating Prior Orders

11    Establishing Procedures For Certain Adversary Proceedings,

12    Including Those Commenced By Delphi Corporation, Et Al. Under

13    11 U.S.C. Sections 541, 544, 545, 547, 548, And/Or 549, And

14    Extending The Time To Serve Process For Such Adversary

15    Proceedings; (II) Dismissing The Adversary Proceeding With

16    Prejudice Pursuant To Fed. R. Civ. P. 12(b) And Fed. R. Bankr.

17    P. 7012(b) (Docket No. 20325)

18

19    RE: ADV. PROC. NO. 07-02250 (RDD):

20    HEARING re Motion of Danobat Machine Tool Co., Inc. for An

21    Order (i) Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P.

22    9024, relieving it from the effect of prior orders establishing

23    procedures for certain adversary proceedings and extending the

24    time to serve process for such adversary proceedings, and (ii)

25    Pursuant to Fed. R. Civ. P. 12(b) and Fed. R. Bankr. P.

1    7012(b), dismissing the complaint with prejudice, or (iii) in

2    the alternative, dismissing the complaint with prejudice on the

3    grounds of Laches filed by Carmen H. Lonstein on behalf of

4    Danobat Machine Tool Co Inc. (Docket No. 12)

5

6    RE: ADV. PROC. NO. 07-02262 (RDD):

7    HEARING re Complaint against Defendant 201A, Defendant 201B,

8    Defendant 201C, Defendant 201D, Defendant 201E, Defendant 201F,

9    Defendant 201G

10

11    RE: ADV. PROC. NO. 07-02262 (RDD):

12    HEARING re Reply of HP Enterprise Services, LLC and Affiliates

13    in Support of their Motion for an Order Dismissing the

14    Complaint with Prejudice, and Vacating Certain Prior Orders

15    Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024,

16    dated July 2, 2010 (A.P. 02-02262 Docket No. 31)

17

18    RE: ADV. PROC. NO. 07-02270 (RDD):

19    HEARING re Motion to Dismiss Party filed by Christopher B.

20    Block on behalf of BP Microsystems Inc. (Docket No. 30)

21

22    RE: ADV. PROC. NO. 07-02270 (RDD):

23    HEARING re Motion to Dismiss Adversary Proceeding /Joinder to

24    Unifrax Corporation's Motion to Dismiss the Adversary

25    Proceeding with Prejudice and for the Other Relief Sought

- 28 -

1   Therein filed by James S. Carr on behalf of BP, BP Amoco Corp.,

2   BP Microsystems Inc., BP Products North America Inc., Castrol,

3   Castrol Industrial (Docket No. 26)

4

5   RE: ADV. PROC. NO. 07-02270 (RDD):

6   HEARING re Notice of Hearing filed by Christopher B. Block on

7   behalf of BP Microsystems Inc.

8

9   RE: ADV. PROC. NO. 07-02291 (RDD):

10   HEARING re Motion of Carlisle Companies Incorporated for

11   Judgment on the Pleadings and Joinder to Motions (I) to Vacate

12   Prior Orders Establishing Procedures for Certain Adversary

13   Proceedings, Including Those Commenced by the Debtors Under 11

14   U.S.C. Sections 541, 544, 545, 547, 548 or 549, and Extending

15   the Time to Serve Process for Such Adversary Proceedings, (II)

16   Dismissing the Adversary Proceeding with Prejudice, or (III) in

17   the Alternative, Dismissing the Adversary Proceeding on the

18   Ground of Judicial Estoppel (Docket No. 20082)

19

20   RE: ADV. PROC. NO. 07-02328 (RDD):

21   HEARING re Response to Joinder in Plaintiffs' Omnibus Response

22   to Motions Seeking, Among Other Forms of Relief, Orders to

23   Vacate Certain Procedural Orders

24

25

- 29 -

1

2    RE: ADV. PROC. NO. 07-02337 (RDD):

3    HEARING re Joinder And Reply In Support Of Motion By Ex-Cell-O

4    Machine Tools, Inc. Seeking An Order (I) Pursuant To Fed. R.

5    Civ. P. 60 And Fed. R. Bankr. P. 9024 Vacating Prior Orders

6    Establishing Procedures For Certain Adversary Proceedings,

7    Including Those Commenced By The Debtors Under 11 U.S.C.

8    Sections 541, 544, 545, 547, 548, Or 549, And Extending The

9    Time To Serve Process For Such Adversary Proceedings; (II)

10   Pursuant To Fed. R. Civ. P. 12(b) And Fed. R. Bankr. P. 7012

11   Dismissing This Adversary Proceeding With Prejudice; (III) In

12   The Alternative, Dismissing This Adversary Proceeding On The

13   Ground Of Judicial Estoppel; (Iv) In The Alternative,

14   Dismissing This Adversary Proceeding On The Ground Of Res

15   Judicata; And (V) In The Alternative, Dismissing This Adversary

16   Proceeding On The Grounds That It Fails To Plead Facts

17   Sufficient To State A Claim For Relief (Docket No. 20361)

18

19   RE: ADV. PROC. NO. 07-02348 (RDD):

20   HEARING re Motion to Dismiss Adversary Proceeding filed by

21   Kathleen Leicht Matsoukas on behalf of Johnson Controls,

22   Johnson Controls Battery Group, Johnson Controls GMBH & Co. KG,

23   Johnson Controls Inc.

24

25

- 30 -

1

2   RE: ADV. PROC. NO. 07-02348 (RDD):

3   HEARING re Response to Joinder in Plaintiffs' Omnibus Response

4   to Motions Seeking, Among Other Forms of Relief, Orders to

5   Vacate Certain Procedural Orders

6

7   RE: ADV. PROC. NO. 07-02348 (RDD):

8   HEARING re Reply to Motion filed by Kathleen Leicht Matsoukas

9   on behalf of Johnson Controls, Johnson Controls Battery Group,

10  Johnson Controls GMBH & Co. KG, Johnson Controls Inc.

11

12  RE: ADV. PROC. NO. 07-02414 (RDD):

13  HEARING re Complaint against Defendant 444A, Defendant 444B

14

15  RE: ADV. PROC. NO. 07-02432 (RDD):

16  HEARING re Joinder Of Methode Electronics, Inc. To Motions (I)

17  To Vacate Prior Orders Establishing Procedures For Certain

18  Adversary Proceedings, Including Those Commenced By The Debtors

19  Under 11 U.S.C. Sections 541, 544, 545, 547, 548, Or 549, And

20  Extending The Time To Serve Process For Such Adversary

21  Proceedings, and (II) In The Alternative, Dismissing The

22  Adversary Proceedings On The Grounds Of Being Barred by the

23  Statute of Limitations and/or Judicial Estoppel

24

25

- 31 -

1

2   RE: ADV. PROC. NO. 07-02432 (RDD):

3   HEARING re Replies Of Methode Electronics, Inc. To Reorganized

4   Debtors' Omnibus Response To Motions Seeking, Among Other Forms

5   Of Relief, Orders To Vacate Certain Procedural Orders

6   Previously Entered By This Court And To Dismiss The Avoidance

7   Actions Against The Moving Defendants

8

9   RE: ADV. PROC. NO. 07-02436 (RDD):

10  HEARING re Motion by Microchip Technology Incorporated Seeking

11  an Order (I) Pursuant to Fed.R.Civ.P.60 and Fed.R.Bankr.P.9024,

12  Vacating Prior Order Establishing Procedures for Certain

13  Adversary Proceedings, Including Those Commenced by the Debtors

14  Under 1 U.S.C. Sections 541, 544, 545, 547, 548, or 549, and

15  Extending the Time to Serve Process for Such Adversary

16  Proceedings, (II) Pursuant to Fed.R.Civ.P.12(b) and

17  Fed.R.Bankr.R.7012(b), Dismissing the Adversary Proceeding with

18  Prejudice, or (III) In the Alternative, Dismissing the

19  Adversary Proceeding on the Ground of Judicial Estoppel filed

20  on behalf of Microchip (Docket No. 10)

21

22  RE: ADV. PROC. NO. 07-02449 (RDD):

23  HEARING re Complaint against Defendant 289A, Defendant 289B,

24  Defendant 289C, Defendant 289D, Defendant 289E, Defendant 289F,

25  Defendant 289G

- 32 -

1

2   RE: ADV. PROC. NO. 07-02479 (RDD):

3   HEARING re Complaint against Defendant 460A

4

5   RE: ADV. PROC. NO. 07-02525 (RDD):

6   HEARING re Motion to Dismiss Adversary Proceeding /Motion of

7   Defendant The Intec Group, Inc. to Dismiss and Joinder in

8   Hewlett Packard Company and Affiliates' Motion to Dismiss

9   Plaintiffs' Complaint (A. P. 07-02525 Docket No. 21)

10

11   RE: ADV. PROC. NO. 07-02534 (RDD):

12   HEARING re Joinder In Plaintiffs' Omnibus Response To Motions

13   Seeking, Among Other Forms Of Relief, Orders To Vacate Certain

14   Procedural Orders

15

16   RE: ADV. PROC. NO. 07-02539 (RDD):

17   HEARING re Notice of Motion by Vanguard Distributors, Inc.

18   Seeking an Order (I) Pursuant to Fed. R. Civ. P. 12(b) and Fed.

19   R. Bankr. P. 7012(b), Dismissing The Adversary Proceeding with

20   Prejudice, and (II) Pursuant To Fed. R. Civ. P. 60 and Fed. R.

21   Bankr., P. 9024, Vacating Prior Orders Establishing Procedures

22   for Certain Adversary Proceeding, Including Those Commenced by

23   Delphi Under 11 U.S.C. Sections 541, 544, 545, 547, 548 and/or

24   549, and Extending The Time To Serve Process For Such Adversary

25   Proceedings, Or In the Alternative, (III) Dismissing The

- 33 -

1    Adversary Proceeding On The Ground of Judicial Estoppel; and

2    (2) Affidavit in Support of Motion filed on behalf of Vanguard

3    Distributors (Docket No. 24)

4

5    RE: ADV. PROC. NO. 07-02539 (RDD):

6    HEARING re Joinder Of Vanguard Distributors, Inc. In Further

7    Support Of Motion For Order (I) Vacating Certain Prior Orders;

8    And (II) Dismissing The Adversary Proceeding With Prejudice

9    (Docket No. 20319)

10

11    RE: ADV. PROC. NO. 07-02541 (RDD):

12    HEARING re Joinder In Plaintiffs' Omnibus Response To Motions

13    Seeking, Among Other Forms Of Relief, Orders To Vacate Certain

14    Procedural Orders

15

16    RE: ADV. PROC. NO. 07-02551 (RDD):

17    HEARING re Notice Of Motion Of Victory Packaging And Victory

18    Packaging LP For An Order (I) Dismissing The Complaint With

19    Prejudice, (II) Vacating Certain Prior Orders Pursuant To Fed.

20    R. Civ. P. 60 And Fed. R. Bankr. P. 9024 and (III) In The

21    Alternative, Requiring A More Definite Statement filed on

22    behalf of Victory Packaging, Victory Packaging LP (Docket No.

23    20)

24

25

- 34 -

1

2       RE: ADV. PROC. NO. 07-02581 (RDD):

3       HEARING re Motion to Dismiss Adversary Proceeding and Seeking

4       An Order: (I) Pursuant To Fed. R. Civ. P. 60 And Fed. R. Bankr.

5       P. 9024 Vacating Prior Orders Establishing Procedures For

6       Certain Adversary Proceedings, Including Those Commenced By The

7       Debtors Under 11 U.S.C. Sections 541, 544, 545, 547, 548, Or

8       549, And Extending The Time To Serve Process For Such Adversary

9       Proceedings, And (II) Pursuant To Fed. R. Civ. P. 12(b) And

10      Fed. R. Bankr. P. 7012(b), Dismissing The Adversary Proceeding

11      With Prejudice, Or (III) In the Alternative, Dismissing The

12      Adversary Proceeding

13

14      RE: ADV. PROC. NO. 07-02581 (RDD):

15      HEARING re Response of Reorganized Debtors to Motions to Vacate

16      Certain Orders and Dismiss Adversary Actions filed by Cynthia

17      J. Haffey on behalf of Delphi Corporation, et al.

18

19      RE: ADV. PROC. NO. 07-02597 (RDD):

20      HEARING re Motion to Dismiss Adversary Proceeding Filed by

21      Jeffrey A. Wurst on behalf of Wells Fargo Business, Wells Fargo

22      Minnesota

23

24      RE: ADV. PROC. NO. 07-02618 (RDD):

25      HEARING re Joinder Of Select Industries, Corp. In Further

1    Support Of Motion For Order (I) Vacating Certain Prior Orders;

2    And (II) Dismissing The Adversary Proceeding With Prejudice

3    (Docket No. 20321)

4

5    RE: ADV. PROC. NO. 07-02623 (RDD):

6    HEARING re Joinder of Shuert Industries, Inc. in Motions to:

7    (I) Vacate Certain Prior Orders of the Court Establishing

8    Procedures for Certain Adversary Proceedings, and (II) Dismiss

9    the Complaint with Prejudice (Docket No. 20036)

10

11   RE: ADV. PROC. NO. 07-02623 (RDD):

12   HEARING re Joinder Of Shuert Industries, Inc. In Replies Of

13   Other Preference Defendants In Support Of Joinder Of Shuert

14   Industries, Inc. In Motions To: (I) Vacate Certain Prior Orders

15   Of The Court Establishing Procedures For Certain Adversary

16   Proceedings, And (II) Dismiss The Complaint With Prejudice

17   (Docket No. 20293)

18

19   RE: ADV. PROC. NO. 07-02659 (RDD):

20   HEARING re Joinder of Sumitomo Corporation and Sumitomo Corp.

21   of America to Motions Filed by Various Preference Defendants to

22   (A) Vacate Certain Prior Orders of the Court; (B) Dismiss the

23   Complaint with Prejudice; or (C) in the Alternative, to Dismiss

24   the Claims Against Certain Defendants Named in the Complaint

25   and to Require Plaintiffs to File a More Definite Statement

- 36 -

1    (Docket No. 20086)

2

3    RE: ADV. PROC. NO. 07-02659 (RDD):

4    HEARING re Motion to Dismiss Adversary Proceeding Or, In The

5    Alternative, For Summary Judgment Filed By Lorraine S. McGowen

6    on Behalf of SUMCO USA Sales Corporation f/k/a Sumitomo Sitix

7    Inc.

8

9    RE: ADV. PROC. NO. 07-02659 (RDD):

10    HEARING re Joinder In Plaintiffs' Omnibus Response To Motions

11    Seeking, Among Other Forms Of Relief, Orders To Vacate Certain

12    Procedural Orders

13

14    RE: ADV. PROC. NO. 07-02672 (RDD):

15    HEARING re Joinder Of Tech Central In Motions To: (I) Vacate

16    Certain Prior Orders Of The Court Establishing Procedures For

17    Certain Adversary Proceedings; (II) Dismiss The Complaint With

18    Prejudice; Or (III) In The Alternative, To Require Plaintiffs

19    To File A More Definitive Statement (Docket No. 27)

20

21    RE: ADV. PROC. NO. 07-02702 (RDD):

22    HEARING re Joinder Of Prudential Relocation, Prudential

23    Relocation Inc. And Prudential Relocation Int'l To Reply Papers

24    Filed In Motions (I) To Vacate Prior Orders Establishing

25    Procedures For Certain Adversary Proceedings, Including Those

- 37 -

1    Commenced By The Debtors Under 11 U.S.C. Sections 541, 544,

2    545, 547, 548, Or 549, And Extending The Time To Serve Process

3    For Such Adversary Proceedings, (II) Dismissing The Adversary

4    Proceeding With Prejudice, Or (III) In The Alternative,

5    Dismissing The Adversary Proceeding On The Ground Of Judicial

6    Estoppel (Docket No. 26)

7

8    RE: ADV. PROC. NO. 07-02723 (RDD):

9    HEARING re Motion to Dismiss Adversary Proceeding

10

11   RE: ADV. PROC. NO. 07-02743 (RDD):

12   HEARING re Motion of M&Q Plastic Products L.P. Seeking an Order

13   (I) Dismissing the Complaint with Prejudice; (II) Vacating

14   Certain Prior Orders Pursuant to Fed. R. Civ. P. 60 and Fed. R.

15   Bankr. P. 9024; and (III) in the Alternative, Requiring a More

16   Definite Statement (Docket No. 20098)

17

18   RE: ADV. PROC. NO. 07-02744 (RDD):

19   HEARING re Motion to Dismiss Adversary Proceeding and Vacate

20   Certain Prior Orders filed on behalf of Republic Engineered

21   Products (Docket No. 19)

22

23   RE: ADV. PROC. NO. 07-02750 (RDD):

24   HEARING re Motion to Dismiss Case filed on behalf of Rieck

25   Group LLC (Docket No. 24)

- 38 -

1

2      RE: ADV. PROC. NO. 07-02188 (RDD):

3      HEARING re Joinder of Critech Research Inc. to Motions (I) to

4      Vacate Prior Orders Establishing Procedures for Certain

5      Adversary Proceedings, Including Those Commenced by the Debtors

6      Under 11 U.S.C. Sections 541, 544, 545, 547, 548, or 549, and

7      Extending the Time to Serve Process for Such Adversary

8      Proceeding with Prejudice, or (III) in the Alternative,

9      Dismissing the Adversary Proceeding on the Ground of Judicial

10     Estoppel (Docket No. 20106)

11

12

13

14

15

16

17

18

19

20

21

22

23

24     Transcribed By:  Clara Rubin

25

- 39 -

```
 1
 2     A P P E A R A N C E S:
 3     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 4           Attorneys for the Reorganized Debtors
 5           155 North Wacker Drive
 6           Chicago, IL 60606
 7
 8     BY:   CARL T. TULLSON, ESQ.
 9           RON E. MEISLER, ESQ.
10           JOHN K. LYONS, ESQ.
11           BRANDON M. DUNCOMB, ESQ.
12           MICHAEL W. PERL, ESQ.
13           LOUIS S. CHIAPPETTA, ESQ.
14           ALBERT L. HOGAN III, ESQ.
15
16
17     BUTZEL LONG
18           Attorneys for the Reorganized Debtors
19           380 Madison Avenue
20           22nd Floor
21           New York, NY 10017
22
23     BY:   ERIC B. FISHER, ESQ.
24
25
```

- 40 -

```
 1

 2    ARENT FOX LLP

 3        Attorneys for The Timken Company, The Timken Corporation,

 4        and MPB Corporation d/b/a Timken Super Precision

 5        1675 Broadway

 6        New York, NY 11019

 7

 8    BY:   JAMES M. SULLIVAN, ESQ.

 9

10

11    BARNES & THORNBURG LLP

12        Attorneys for the Johnson Control Entities

13        One North Wacker Drive

14        Suite 4400

15        Chicago, IL 60606

16

17    BY:   DEBORAH L. THORNE, ESQ.

18

19    BINGHAM MCCUTCHEN LLP

20        Attorneys for Sumitomo Corporation, Sumitomo Corporation

21         of America

22        One State Street

23        Hartford, CT 06103

24

25    BY:   KATE K. SIMON, ESQ.
```

- 41 -

```
 1

 2     BRADLEY ARANT BOULT CUMMINGS LLP

 3           Attorneys for Defendant, Multi-Tronics

 4           1600 Division Street

 5           Suite 700

 6           Nashville, TN 37203

 7

 8     BY:   ROGER G. JONES, ESQ.

 9

10     BRADLEY ARANT BOULT CUMMINGS LLP

11           Attorneys for Defendant, Multi-Tronics

12           One Federal Place

13           1819 Fifth Avenue North

14           Birmingham, AL 35203

15

16     BY:   T. PARKER GRIFFIN, JR., ESQ. (TELEPHONICALLY)

17

18     BRYAN CAVE LLP

19           Attorneys for GBC Metals LLC and Spartech Polycom

20           One Metropolitan Square

21           211 North Broadway

22           Suite 3600

23           St. Louis, MO 63102

24

25     BY:   LLOYD A. PALANS, ESQ.
```

```
1

2    CLEARY GOTTLIEB STEEN & HAMILTON LLP

3         Attorneys for HP and EDS Defendants

4         One Liberty Plaza

5         New York, NY 10006

6

7    BY:   LISA M. SCHWEITZER, ESQ.

8

9

10   CLARK HILL PLC

11        151 South Old Woodward Avenue

12        Suite 200

13        Birmingham, MI 48009

14

15   BY:   MAHESH K. NAYAK, ESQ.

16

17

18   FROST BROWN TODD LLC

19        One Columbus

20        10 West Broad Street, Suite 2300

21        Columbus, OH 43215

22

23   BY:   MICHAEL K. YARBROUGH, ESQ.

24

25
```

- 43 -

```
1

2    HODGSON RUSS LLP

3          The Lincoln Building

4          60 East 42nd Street, 37th Floor

5          New York, NY 10165

6

7    BY:   DEBORAH J. PIAZZA, ESQ.

8

9    HONIGMAN MILLER SCHWARTZ AND COHN LLP

10         Attorneys for Defendants, Valeo, Affnia, MSX

11          International, and GKN

12         2290 First National Building

13         660 Woodward Avenue

14         Detroit, MI 48226

15

16   BY:   I. W. WINSTEN, ESQ.

17         SETH A. DRUCKER, ESQ. (TELEPHONICALLY)

18

19   JENNER & BLOCK LLP

20         Attorneys for Defendant, Olin Corp.

21         919 Third Avenue, 37th Floor

22         New York, NY 10022

23

24   BY:   MARC B. HANKIN, ESQ.

25
```

– 44 –

```
 1
 2    K&L GATES LLP
 3         Attorneys for NXP Semiconductors
 4         599 Lexington Avenue
 5         New York, NY 10022
 6
 7    BY:   ROBERT N. MICHAELSON, ESQ.
 8
 9
10    KATTEN MUCHIN ROSENMAN LLP
11         575 Madison Avenue
12         New York, NY 10022
13
14    BY:   MATTHEW W. OLSEN, ESQ.
15
16
17    KRAMER LEVIN NAFTALIS & FRANKEL LLP
18         Attorneys for Vishay Americas
19         1177 Avenue of the Americas
20         New York, NY 10036
21
22    BY:   JORDAN DANIEL KAYE, ESQ.
23
24
25
```

- 45 -

```
 1

 2    LAW OFFICE OF IRA S. SACKS LLP

 3          Attorneys for Invotec Engineering

 4          575 Madison Avenue

 5          10th Floor

 6          New York, NY 10022

 7

 8    BY:   TERENCE D. WATSON, ESQ.

 9

10    HARRIS D. LEINWAND

11          Attorney for Ahaus Tool & Engineering Inc.

12          315 Madison Avenue

13          Suite 901

14          New York, NY 10017

15

16    BY:   HARRIS D. LEINWAND, ESQ.

17

18    LEWIS LAW LLP

19          Attorneys for CriTech Research, Inc.

20          120 Bloomingdale Road

21          Suite 100

22          White Plains, NY 10605

23

24    BY:   KENNETH M. LEWIS, ESQ.

25
```

1

2    LOCKE LORD BISSELL & LIDDELL LLP

3        Attorneys for Creditor, Method Electronics, Inc.

4        3 World Financial Center

5        New York, NY 10281

6

7    BY:    SHALOM JACOB, ESQ.

8

9

10   LOCKE LORD BISSELL & LIDDELL LLP

11       Attorneys for Creditor, Method Electronics, Inc.

12       111 South Wacker Drive

13       Chicago, IL 60606

14

15   BY:    COURTNEY E. BARR, ESQ. (TELEPHONICALLY)

16

17

18   MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

19       Attorneys for New Jersey Self-Insurers Guaranty

20        Association

21       Three Gateway Center

22       100 Mulberry Street

23       Newark, NJ 07102

24

25   BY:    JEFFREY BERNSTEIN, ESQ.

```
1

2    MORGAN, LEWIS & BOCKIUS LLP

3         Attorneys for Wagner-Smith Company

4         101 Park Avenue

5         New York, NY 10178

6

7    BY:   ANDREW D. GOTTFRIED, ESQ.

8

9

10   MORGAN, LEWIS & BOCKIUS LLP

11        Attorneys for Wagner-Smith Company

12        1701 Market Street

13        Philadelphia, PA 19103

14

15   BY:   RACHEL JAFFE MAUCERI, ESQ.

16

17

18   NANTZ, LITOWICH, SMITH, GIRARD & HAMILTON

19        Attorneys for LDI, Incorporated

20        2025 East Beltline SE

21        Suite 600

22        Grand Rapids, MI 49546

23

24   BY:   HAROLD E. NELSON, ESQ.

25
```

-- 48 --

```
1

2      ORRICK, HERRINGTON & SUTCLIFFE LLP

3           Attorneys for SUMCO USA Sales Corporation

4           51 West 52nd Street

5           New York, NY 10019

6

7      BY:   ALYSSA D. ENGLUND, ESQ.

8

9

10     PHILLIPS LYTLE LLP

11          Attorneys for DuPont

12          437 Madison Avenue

13          34th Floor

14          New York, NY 10022

15

16     BY:   ALLAN H. HILL, ESQ.

17

18

19     POLSINELLI SHUGART PC

20          7 Penn Plaza

21          Suite 600

22          New York, NY 10001

23

24     BY:   JASON A. NAGI, ESQ.

25
```

- 49 -

```
1
2       SCHLANGER & SCHLANGER, LLP
3            Attorneys for Plasco, Inc.
4            105 Westchester Avenue
5            Suite 108
6            White Plains, NY 10604
7
8       BY:   MICHAEL SCHLANGER, ESQ.
9
10      SNELL & WILMER LLP
11           Attorneys for Microchip Technology Inc.
12           One Arizona Center
13           400 East Van Buren Street
14           Suite 1900
15           Phoenix, AZ 85004
16
17      BY:   STEVEN D. JEROME, ESQ.
18
19      STEVENS & LEE P.C.
20           Attorneys for Globe Motors, Inc. and Globe Motors
21           485 Madison Avenue
22           20th Floor
23           New York, NY 10022
24
25      BY:   CONSTANTINE D. POURAKIS, ESQ.
```

```
 1

 2     STITES & HARBISON PLLC

 3          SunTrust Plaza

 4          401 Commerce Street

 5          Suite 800

 6          Nashville, TN 37219

 7

 8     BY:   ROBERT C. GOODRICH JR.

 9

10

11     THOMPSON COBURN LLP

12          Attorneys for KMI Liquidating, LLC

13          One US Bank Plaza

14          St. Louis, MO 63101

15

16     BY:   DAVID D. FARRELL, ESQ.

17

18

19     THOMPSON HINE LLP

20          Special Counsel for the Debtors

21          2000 Courthouse Plaza, N.E.

22          10 W. Second Street

23          Dayton, OH 45402

24

25     BY:   JENNIFER L. MAFFETT, ESQ.
```

1

2    THOMPSON & KNIGHT LLP

3         Attorneys for Creditor, Victory Packaging

4         900 Third Avenue

5         20th Floor

6         New York, NY 10022

7

8    BY:    IRA L. HERMAN, ESQ.

9           JENNIFER A. CHRISTIAN, ESQ. (TELEPHONICALLY)

10          GABRIELLE E. FARINA, ESQ. (TELEPHONICALLY)

11

12   TODTMAN, MACHAMIE, SPIZZ & JOHNS, P.C.

13         Attorneys for Select Industries

14         425 Park Avenue

15         New York, NY 10022

16

17   BY:    JANICE B. GRUBIN, ESQ.

18

19   TOGUT, SEGAL & SEGAL LLP

20         Attorneys for Plaintiffs

21         One Penn Plaza

22         New York, NY 10119

23

24   BY:    NEIL BERGER, ESQ.

25         DANIEL F.X. GEOGHAN, ESQ.

1

2      VEDDER PRICE P.C.

3            Attorneys for Intec Group

4            1633 Broadway

5            47th Floor

6            New York, NY 10019

7

8      BY:   MICHAEL L. SCHEIN, ESQ.

9

10

11     VORYS, SATER, SEYMOUR AND PEASE LLP

12            Attorneys for Carlisle Companies

13            52 East Gay Street

14            Columbus, OH 43216

15

16     BY:   TIFFANY STRELOW COBB, ESQ.

17

18

19     WACHTELL, LIPTON, ROSEN & KATZ

20            Attorneys for Methode Electronics

21            51 West 52nd Street

22            New York, NY 10019

23

24     BY:   DOUGLAS K. MAYER, ESQ.

25

1

2   WARNER NORCROSS & JUDD LLP

3        900 Fifth Third Center

4        111 Lyon Street, N.W.

5        Grand Rapids, MI 49503

6

7   BY:   MICHAEL B. O'NEAL, ESQ.

8

9

10   WILENTZ GOLDMAN & SPITZER P.A.

11        Attorneys for A-1 Specialized Services & Supplies, Inc.

12        90 Woodbridge Center Drive

13        Suite 900, Box 10

14        Woodbridge, NJ 07095

15

16   BY:   DAVID H. STEIN, ESQ.

17        LETITIA ACCARRINO, ESQ.

18

19

20   WINDELS MARX LANE & MITTENDORF, LLP

21        Attorneys for Tyco Adhesives LP

22        156 West 56th Street

23        New York, NY 10019

24

25   BY:   HOWARD L. SIMON, ESQ.

- 54 -

1

2    BODMAN LLP

3         Attorneys for Defendants, Freudenberg, et al.

4         1901 St. Antoine Street

5         6th Floor at Ford Field

6         Detroit, MI 48226

7

8    BY:   DAVID J. NOWACZEWSKI, ESQ. (TELEPHONICALLY)

9

10    BOSE, MCKINNEY & EVANS LLP

11         Attorneys for Decatur Plastic Products

12         111 Monument Circle

13         Suite 2700

14         Indianapolis, IN 46204

15

16    BY:   DAVID J. JURKIEWICZ, ESQ. (TELEPHONICALLY)

17

18    CALFEE, HALTER & GRISWOLD LLP

19         Attorneys for Defendants, Williams Advanced Materials,

20          Park Ohio Industries, and Blair Strip Steel

21         1400 KeyBank Center

22         800 Superior Avenue

23         Cleveland, OH 44114

24

25    BY:   NATHAN A. WHEATLEY, ESQ. (TELEPHONICALLY)

- 55 -

1

2    COHEN, POLLOCK, MERLIN & SMALL, P.C.

3         Attorneys for Creditor, Sasol Germany GMBH

4         3350 Riverwood Parkway

5         Suite 1600

6         Atlanta, GA 30339

7

8    BY:   KAREN F. WHITE, ESQ. (TELEPHONICALLY)

9

10   DYKEMA GOSSETT, PLLC

11        Attorneys for Defendant, MJ Celco

12        10 South Wacker Drive

13        Suite 2300

14        Chicago, IL 60606

15

16   BY:   ROBERT D. NACHMAN, ESQ. (TELEPHONICALLY)

17

18   FOX ROTHSCHILD LLP

19        Attorneys for Creditor, M&Q Plastic Products

20        Midtown Building, Suite 400

21        1301 Atlantic Avenue

22        Atlantic City, NJ 08401

23

24   BY:   BRIAN ISEN, ESQ. (TELEPHONICALLY)

25        MICHAEL J. VICSOUNT, JR., ESQ. (TELEPHONICALLY)

```
 1

 2    FOX ROTHSCHILD LLP

 3          Attorneys for Defendant, DSSI

 4          75 Eisenhower Parkway

 5          Suite 200

 6          Roseland, NJ 07068

 7

 8    BY:    RICHARD M. METH, ESQ. (TELEPHONICALLY)

 9

10    GOLDBERG KOHN

11          Attorneys for Creditor, Johnson Controls

12          55 East Monroe Street

13          Suite 3300

14          Chicago, IL 60603

15

16    BY:    JEREMY M. DOWNS, ESQ. (TELEPHONICALLY)

17

18    GREENEBAUM DOLL & MCDONALD PLLC

19          Attorneys for Defendant, DSSI

20          3500 National City Tower

21          101 South Fifth Street

22          Louisville, KY 40202

23

24    BY:    CLAUDE R. "CHIP" BOWLES, JR., ESQ. (TELEPHONICALLY)

25
```

- 57 -

```
 1

 2     HASKELL SLAUGHTER

 3          Attorneys for Defendant, Simco Construction Inc.

 4          1400 Park Place Tower

 5          2001 Park Place North

 6          Birmingham, AL 35203

 7

 8     BY:   ROBERT H. ADAMS, ESQ. (TELEPHONICALLY)

 9

10     ICE MILLER LLP

11          Attorneys for Creditor, Fin Machine Company

12          One American Square

13          Suite 2900

14          Indianapolis, IN 46282

15

16     BY:   HENRY A. EFROYMSON, ESQ. (TELEPHONICALLY)

17

18     KEATING, MUETHING & KLEKAMP PLL

19          Attorneys for Defendant, FA Pech

20          One East Fourth Street

21          Suite 1400

22          Cincinnati, OH 45202

23

24     BY:   JASON V. STITT, ESQ. (TELEPHONICALLY)

25
```

```
1

2    KELLEY DRYE & WARREN LLP

3         Attorneys for Creditor, Tata America International

4         101 Park Avenue

5         New York, NY 10178

6

7    BY:   GILBERT R. SAYDAH, ESQ. (TELEPHONICALLY)

8

9

10   KEMP KLEIN

11        Attorneys for Defendant, Shuert Industries, Inc.

12        201 W. Big Beaver Road

13        Suite 600

14        Troy, MI 48084

15

16   BY:   NORMAN D. ORR, ESQ. (TELEPHONICALLY)

17

18

19   KIRKLAND & ELLIS LLP

20        Attorneys for Defendant, Magnesium Aluminum Corp.

21        300 North LaSalle

22        Chicago, IL 60654

23

24   BY:   DAVID SPIEGEL, ESQ. (TELEPHONICALLY)

25
```

- 59 -

1

2    LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.

3        Attorneys for Creditors, ProTech Machine and Stephenson &

4        Sons

5        309 Davidson Building

6        916 Washington Avenue

7        Bay City, MI 48708

8

9    BY:   SUSAN M. COOK, ESQ. (TELEPHONICALLY)

10

11   LOEB & LOEB, LLP

12       Attorneys for Interested Party, Kyocera

13       345 Park Avenue

14       New York, NY 10154

15

16   BY:   DANIEL B. BESIKOF, ESQ. (TELEPHONICALLY)

17

18   MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

19       Attorneys for Creditor, Techcenteral

20       150 West Jefferson

21       Suite 2500

22       Detroit, MI 48226

23

24   BY:   DONALD J. HUTCHINSON, ESQ. (TELEPHONICALLY)

25       TIMOTHY A. FUSCO, ESQ. (TELEPHONICALLY)

- 60 -

1

2    NIXON PEABODY LLP

3          For Defendant, Corning Inc.

4          437 Madison Avenue

5          New York, NY 10022

6

7    BY:    GREGORY J. MASCITTI, ESQ. (TELEPHONICALLY)

8

9    RUSKIN MOSCOU FALTISCHEK, P.C.

10          Attorneys for Creditors, Wells Fargo Business, Wells

11          Fargo Minnesota

12          East Tower, 15th Floor

13          1425 RXR Plaza

14          Uniondale, NY 11556

15

16    BY:    JEFFREY A. WURST, ESQ. (TELEPHONICALLY)

17

18    SCHAFER AND WEINER, PLLC

19          Attorneys for Defendant, Macsteel

20          40950 Woodward Avenue

21          Suite 100

22          Bloomfield Hills, MI 48304

23

24    BY:    RYAN D. HEILMAN, ESQ. (TELEPHONICALLY)

25

- 61 -

1

2      VARNUM LLP

3           Attorneys for Creditor, Summit Olymers

4           Bridgewater Place

5           Grand Rapids, MI 49501

6

7

8      BY:  BRYAN R. WALTERS, ESQ. (TELEPHONICALLY)

9

10     WOLFSON BOLTON

11          Attorneys for Defendant, Excelo Machine Tools & Access

12           One Technology Group, LLC

13          3150 Livernois

14          Suite 275

15          Troy, MI 48083

16

17     BY:  ANTHONY J. KOCHIS, ESQ. (TELEPHONICALLY)

18

19     AYALA HASSEL (TELEPHONICALLY)

20

21     GARY MILLER, IN PROPRIA PERSONA (TELEPHONICALLY)

22

23     RAMONA S. NEAL (TELEPHONICALLY)

24

25

- 150 -

1   statute of limitations runs, why would I ever think?  So --

2         THE COURT:  What about the disclosure statement which

3   did to go every creditor?

4         MR. WINSTEN:  Well, but the disclosure statement

5   doesn't say you've been sued.  It doesn't say who's been sued.

6         THE COURT:  It merely says we've reserved this right.

7         MR. WINSTEN:  It says unknown people have been sued.

8   They're telling they want everybody in the dark, and that puts

9   me at inquiry where I'm at risk?  That doesn't seem right, Your

10  Honor.  That just doesn't seem fair.  This is -- I think this

11  is still America.  It doesn't work that way.  It's not my fault

12  they wanted to keep me in the dark.  It's not my problem they

13  wanted to keep me in the dark.  It's their problem.

14        THE COURT:  Well, I guess the issue is, are you really

15  in the dark?  I mean, it may depend on the size of the transfer

16  that went to you within ninety days of the petition date.

17        MR. WINSTEN:  Your Honor --

18        THE COURT:  I mean, usually, when a really big

19  customer files -- or not usually -- but it often happens that

20  if a really big customer files, a vendor will check to see what

21  transfers they got in the first ninety days--

22        MR. WINSTEN:  Let's assume --

23        THE COURT:  -- before the petition.

24        MR. WINSTEN:  -- that's true.  Let's take that

25  hypothetical.  Let's assume I'm a really big creditor.  I got

- 151 -

1   ten million --

2          THE COURT:  Well, not necessarily a big creditor.  You

3   know, you just have a relationship and you may have -- you want

4   to see whether we got a big payment within ninety days.

5          MR. WINSTEN:  Let's assume I got one.  Let's assume I

6   got ten million dollars, out of the ordinary course.  All

7   right?  Arguably out of the ordinary course -- within the

8   ninety days.  Delphi just filed.  Oh, my God.  I reserve for

9   that ten million.  The two years goes by and they never sue.  I

10  now, on reserve, I go live my life.  Two and a half years

11  later, I get a complaint.

12         THE COURT:  Well, but there's a missing step.  Should

13  that person be said to have been on notice if they got the

14  disclosure statement that said Delphi has reserved?

15         MR. WINSTEN:  How can you be, Your Honor?  How is it

16  fair -- how is it right to say I should have been on notice

17  because they said they've sued unspecified people -- they won't

18  tell me who they are -- who are a small subset, when their

19  admitted purpose was to keep me in the dark?  Why am I now on a

20  heightened level of inquiry, when they're telling you their

21  goal is to keep me in the dark?

22         THE COURT:  Well, at the same time, though, you

23  weren't necessarily in the dark.

24         MR. WINSTEN:  I guess what I -- Your Honor, I don't

25  get that argument.  I really don't.  I hear you saying it.  But

05-44481-rdd    Doc 21571-3    Filed 09/13/11    Entered 09/13/11 20:15:40    Exhibits 1
- DELPHI CORP., et al.

- 152 -

1    if you look at it and you say wait a minute, you've got a

2    plaintiff who's intentionally trying to keep them in the dark,

3    and now we're going to bend over backwards to try to figure out

4    if maybe they might have had an inkling because there were 800

5    cases filed under seal out of 11,000, and maybe that was one of

6    them, and therefore they're charged with knowledge that it's a

7    possibility, and therefore and therefore, that seems --

8            THE COURT:  Again, it seems to me, the issue should

9    be, there were none that were served as opposed to that were

10   under seal.  Because again, I -- it's as easy -- it's probably

11   easier to inquire about whether I'm one of the 800 than to go

12   searching the docket.

13           MR. WINSTEN:  Well, okay.  Well, they don't claim

14   by -- I mean, they don't say how many people inquired.  And

15   given the --

16           THE COURT:  Well, let me ask you -- let's just say

17   someone did inquire and they were told they're on the docket.

18   I know you're saying your clients didn't do this.  But say

19   someone did.  They say there were people who did that.  Why

20   should they have their motion to dismiss granted?

21           MR. WINSTEN:  That's a very good point.  Let me answer

22   it this way.  First, all five of my sets of clients have

23   affidavits in --

24           THE COURT:  No, I know.  Yours are not in this --

25           MR. WINSTEN:  -- they didn't know.

- 153 -

1         THE COURT:  -- yours are not in this group.

2         MR. WINSTEN:  We filed a motion.  The way the

3    adversary system works is they're supposed to respond.  There's

4    not one word from them --

5         THE COURT:  No, no.  No, that's not -- again, you're

6    talking for like a whole group here, so --

7         MR. WINSTEN:  Okay.

8         THE COURT:  -- I'm talking now about those who did

9    inquire.

10        MR. WINSTEN:  From 177 -- or rather for the 83 moving

11   parties, it was incumbent upon Delphi, if they claim that any

12   of those 83 moving parties had inquired, to tell this Court

13   that they were on notice.  This was their opportunity.  They

14   haven't said that.  Therefore, for purposes of this hearing,

15   none of the 83 inquired.

16        THE COURT:  Okay.

17        MR. WINSTEN:  Well, I think once Mr. Fisher responds

18   on the 4(m) statute of limitations argument, we're going to

19   need to figure out some organization on the remaining issues,

20   the Iqbal, the abandonment, the res judicata and the no notice

21   whatsoever on due process.

22        THE COURT:  Okay.  Why don't we deal with the last

23   point.  There's nothing in the response that says that any

24   particular movant actually had actual notice, right?

25        MR. FISHER:  But I think, Your Honor, the question of

- 154 -

1   actual notice -- the question of actual notice is a fact

2   question.  The question of what went out by e-mail, that can be

3   resolved by reference to affidavits of service.  But the

4   question of whether any defendant that was in receipt of a

5   preference payment knew that this procedure was going on and

6   knew that it might be among the named defendants is a fact

7   question.

8        THE COURT:  Well, what about those people who

9   submitted affidavits that say that they didn't know?  Those are

10  uncontroverted, right?

11       MR. FISHER:  Without the benefit of taking their

12  deposition, which was not something that we were going to

13  engage in, in advance of a hearing on a motion to dismiss,

14  there's no way to know whether they had actual notice or not,

15  whether they knew or should have known about these motions.  I

16  don't think that that's something that can properly be

17  addressed on a motion to dismiss, Your Honor.

18       THE COURT:  Okay.

19       MR. FISHER:  Your Honor asked about Zapata.  And I

20  just wanted to turn to Zapata for a moment, because as Your

21  Honor pointed out, in footnote 7, Judge Jacobs leave open, of

22  course, the question of what would happen where a lower court

23  approves a 4(m) extension, even without good cause.  But of

24  course, here we have an express finding of good cause.  Your

25  Honor found that on the record after hearing the motion for

# EXHIBIT 9

 LexisNexis®

FOCUS - 1 of 5 DOCUMENTS

Copyright 2007 Economist.com
All Rights Reserved
CFO.com

October 2, 2007 Tuesday

**SECTION:** RESTRUCTURING

**LENGTH:** 605 words

**HEADLINE:** Delphi Files Secret Preference Claims

**BYLINE:** Stephen Taub

**BODY:**

Behind the cover of sealed documents, the bankrupt company sues vendors and others to recoup alleged improper payments.

Bankrupt Delphi Corp. filed more than 700 lawsuits against vendors, other companies and individuals over the weekend, seeking recovery of payments that may have been made outside the ordinary course of business, the Associated Press reported.

However, the names of those being sued are not public knowledge, for the time being. In August, Delphi received permission from U.S. Bankruptcy Judge Robert Drain to seal the lawsuits, since defendants could be alienated if they knew they were being sued, noted the wire service.

The suits targeted up to $5.5 billion in possibly questionable payments made before the auto parts supplier filed for Chapter 11 in October 2005, according to the AP report. The lawsuits, also called preference claims, are filed by trustees of bankrupt companies against the ailing company's vendors, and the defendants tend to be unsecured trade creditors.

Governed by the U.S. Bankruptcy Code, preference claims are meant to prevent an insolvent company from favoring one creditor at the expense of another. Basically, the bankrupt company has the right to sue vendors to force them to return payments that were made within 90 days of the bankruptcy filing. While the law's rationale may not make immediate sense, its aim is clear. Its purpose is to stop failing companies from doling out payments to preferred vendors just before they go broke.

Under the law, a trustee must file a preference claim within two years of the company's Chapter 11 filing, in most cases. But trustees usually wait until the last possible moment to file a preference suit so as not to ruin the company's relationship with vendors while negotiating bankruptcy settlements with them. Indeed, if the company emerges from Chapter 11, it will need strong vendor relationships to keep the operation viable.

Delphi Files Secret Preference Claims CFO.com October 2, 2007 Tuesday

"The reason Delphi is filing the lawsuits is because its two-year statute of limitation [for preference claims] is running out," posited Hal Schaeffer, president of D&H Credit Services, a trade credit analysis firm that specializes in preference claims research. Delphi requested that the suits be kept sealed while it makes a determination about whether to proceed with the claim, he speculated. "Some companies in Chapter 11 really don't want to go after preference claims unless a gun is held to their head," added Schaefer.

Calling the move "unusual," Schaeffer said he commends Delphi for coming up with the "unique idea" of sealing the suits, and expects that other companies may try the same legal strategy in the future. However, he added that the secret lawsuits should "scare the heck out of vendors." If Delphi doesn't do well with its reorganization--that is, if the company is negotiating a low return for creditors--the automotive supplier may be forced to pursue the preference claims to increase the pot of cash it uses to pay back creditors.

Nevertheless, Delphi said in the lawsuits that it has no intention of pursuing the claims as long as its emergence from bankruptcy--currently anticipated for January 2008--proceeds as planned, according to AP. If the reorganization plan were to go awry, Delphi would serve the secret lawsuits to their targets.

Reportedly, Delphi could file as many as 1,650 secret lawsuits, each seeking to recoup a minimum of $250,000 in allegedly improper payments to vendors and insiders. Some of the suits could target Delphi insiders, including top executives, members of the board, and major shareholders who received favorable financial treatment from the company.

**LOAD-DATE:** October 8, 2007

# EXHIBIT 10

**From:** nysbinfo@nysb.uscourts.gov
**Date:** October 2, 2009 5:41:37 PM EDT
**To:** courtmail@nysb.uscourts.gov
**Subject: 05-44481-rdd Motion to Extend Time**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

<div align="center">

**U.S. Bankruptcy Court**

**Southern District of New York**

</div>

Notice of Electronic Filing

The following transaction was received from John Wm. Butler entered on 10/2/2009 at 5:41 PM and filed on 10/2/2009

| | |
|---|---|
| **Case Name:** | Delphi Corporation |
| **Case Number:** | 05-44481-rdd |
| **Document Number:** | 18952 |

**Docket Text:**
Supplemental Motion to Extend Time *Supplemental Motion Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. R. Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order* filed by John Wm. Butler Jr. on behalf of Delphi Corporation. with hearing to be held on 10/22/2009 at 10:00 AM at Courtroom 610 (RDD) Responses due by 10/15/2009, (Attachments: # (1) Proposed Order) (Butler, John)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** G:\temp\convert\4(m) Motion.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/2/2009] [FileNumber=8103654-0]
[35bc9187f12f4c48ee34110926590d10b13f0792e77ba6e7935b7d22e9e1b0112e6eb
c8e3f78bb2f6b41453f8fa3e762a0e4e8db4146c303265892e3322d2b51]]
**Document description:** Proposed Order
**Original filename:** G:\temp\convert\4(m) Proposed Order.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/2/2009] [FileNumber=8103654-1]
[5390aeea55a856fa37d0f8773a0ff9aeddb381410a2643428dafe0c84f464f5862864
2dc7135ef5ec977840aa317147c866cbd2666a601e6b23c2d39d7b0fc3d]]

**05-44481-rdd Notice will be electronically mailed to:**

David B. Aaronson on behalf of Attorney Drinker Biddle & Reath LLP
david.aaronson@dbr.com

Anne Marie Aaronson on behalf of Attorney Pepper Hamilton LLP
aaronsoa@pepperlaw.com

Elizabeth Abdelmasieh on behalf of Creditor Riverside Claims LLC
elizabeth@regencap.com

Marc Abrams on behalf of Attorney Counsel for Certain Tranche C DIP Lenders
maosbny@willkie.com, mabrams@willkie.com

Franklin C. Adams on behalf of Unknown Solid State Stamping
franklin.adams@bbklaw.com

Jennifer L. Adamy on behalf of Attorney Shipman & Goodwin LLP
bankruptcy@goodwin.com

David J. Adler on behalf of Creditor Energy Conversion System
dadler@mccarter.com

Michael J. Alerding on behalf of Creditor M.G. Corporation
malerding@binghammchale.com

Joseph W. Allen on behalf of Spec. Counsel Jaeckle Fleischmann & Mugel,LLP
jallen@jaeckle.com

Christopher A. Andreoff on behalf of Creditor Laura Marion
candreoff@jaffelaw.com, ckelley@jaffelaw.com

Philip D. Anker on behalf of Unknown Wilmer Cutler Pickering Hale and Dorr LLP
philip.anker@wilmerhale.com

Joel D. Applebaum on behalf of Creditor 1st Choice Heating & Cooling, Inc.
japplebaum@clarkhill.com

Bruce D. Atherton on behalf of Unknown Direct Sourcing Solutions, Inc.
batherton@bathertonlaw.com

Allison R. Bach on behalf of Financial Advisor W.Y. Campbell & Company
abach@dickinsonwright.com

Stephen M. Bales on behalf of Interested Party Tremco Incorporated
sbales@zieglermetzger.com

C. David Bargamian on behalf of Creditor RBS Asset Finance, Inc.
dbargamian@bsdd.com

3

Courtney Engelbrecht Barr on behalf of Creditor D & R Technology LLC
cbarr@lockelord.com, docket@lockelord.com

William J. Barrett on behalf of Creditor EIS, Inc.
william.barrett@bfkn.com

David S. Barritt on behalf of Interested Party Littelfuse, Inc.
barritt@chapman.com

Douglas P. Bartner on behalf of Debtor Delphi Corporation
dbartner@shearman.com,
mtorkin@shearman.com;ned.schodek@shearman.com;yuichi.haraguchi@shearman.com;atenzer@shearman.com;danielle.kalish@shearman.com

Donald F. Baty on behalf of Creditor Fujitsu Ten Corp. of America
dbaty@honigman.com

Douglas P. Baumstein on behalf of Defendant A-D Acquisition Holdings, LLC
dbaumstein@whitecase.com, lpolyova@whitecase.com;mcosbny@whitecase.com;jdisanti@whitecase.com

Peter Nils Baylor on behalf of Creditor Hollingsworth & Vose Co.
pnb@nutter.com

Ronald Scott Beacher on behalf of Unknown IBJTC Business Credit Corporation
rbeacher@daypitney.com

W. Robinson Beard on behalf of Creditor Akebono Corporation (North America)
jkirk@stites.com

Thomas M. Beeman on behalf of Creditor Madison County (Indiana) Treasurer
tom@beemanlawoffice.com

Christopher Robert Belmonte on behalf of Unknown Moody's Investors Service
cbelmonte@ssbb.com, pbosswick@ssbb.com

Ryan B. Bennett on behalf of Creditor Tower Automotive, Inc.
rbennett@kirkland.com,
pfraumann@kirkland.com;paul.wierbicki@kirkland.com;jacob.goldfinger@kirkland.com;david.helstowski@kirkland.com;samuel.gross@kirkland.com;carl.pickerill@kirkland.com;brad.weiland@kirkland.com

Neil Matthew Berger on behalf of Plaintiff Delphi Corporation
neilberger@teamtogut.com,
abrogan@teamtogut.com;bdawson@teamtogut.com;jlee@teamtogut.com;echafetz@teamtogut.com;sskelly@teamtogut.com;sreichert@teamtogut.com;dcahir@teamtogut.com;dsmith@teamtogut.com;kackerman@teamtogut.com;mhammersky@teamtogut.com

Leslie Ann Berkoff on behalf of Creditor Demag Plastics Group, Corporation dba Van Dorn Demag Corporation
lberkoff@moritthock.com

Richard J. Bernard on behalf of Creditor Stoneridge, Inc.

4

rbernard@bakerlaw.com

Jeffrey Bernstein on behalf of Creditor New Jersey Self-Insurers Guaranty Association
jbernstein@mdmc-law.com, acimino@mdmc-law.com;malimario@mdmc-law.com

Brendan G. Best on behalf of Creditor Federal Screw Works
ssalinas@dykema.com

Brendan G. Best on behalf of Creditor Tremont City Barrel Fill PRP Group
ssalinas@dykema.com

Beth Ann Bivona on behalf of Creditor Lockport City Treasurer
bbivona@damonmorey.com, wsavino@damonmorey.com;mbrennan@damonmorey.com

Anthony D. Boccanfuso on behalf of Interested Party CSX Transportation, Inc.
Anthony_Boccanfuso@aporter.com

Florence Bonaccorso-Saenz on behalf of Unknown Louisiana Department of Revenue
florence.saenz@la.gov

Charles E. Boulbol on behalf of Creditor Russell Reynolds Associates, Inc.
rtrack@msn.com

Jordan Brackett on behalf of Plaintiff Delphi Corporation
jbrackett@fklaw.com, vgarvey@fklaw.com

Eliza K. Bradley on behalf of Creditor WorldWide Battery Co., LLC
ebradley@robergelaw.com

William M. Braman on behalf of Creditor M.G. Corporation
wbraman@meplegal.com

Wendy D. Brewer on behalf of Creditor Gibbs Die Casting Corporation
wendy.brewer@btlaw.com, marguerite.winslow@btlaw.com

Allan S. Brilliant on behalf of Unknown Asset Management Inc
abrilliant@goodwinprocter.com, nymanagingclerk@goodwinprocter.com

Timothy W. Brink on behalf of Creditor Sedgwick Claims Management Services, Inc.
timothy.brink@dlapiper.com

James L. Bromley on behalf of Creditor Citigroup, Inc.
maofiling@cgsh.com

Mark A. Broude on behalf of Creditor Committee The Official Committee Of Unsecured Creditors
mark.broude@lw.com, peter.gilhuly@lw.com;kathryn.bowman@lw.com

Lee B. Brumitt on behalf of Creditor Gully Transportation
lbrumitt@dysarttaylor.com, sriley@dysarttaylor.com

Adam D. Bruski on behalf of Creditor Linamar Corporation

adbruski@lambertleser.com

Daniel E. Bruso on behalf of Spec. Counsel Cantor Colburn LLP
dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com

Jacob Buchdahl on behalf of Plaintiff Delphi Corporation
jbuchdahl@susmangodfrey.com

Deborah M. Buell on behalf of Defendant UBS Securities LLC
maofiling@cgsh.com

Kevin J. Burke on behalf of Creditor Engelhard Corporation
kburke@cahill.com

Brent Adam Burns on behalf of Interested Party Paul Higgins
bburns@babfirm.com

Michael G. Busenkell on behalf of Creditor Chicago Miniature Optoelectronic Technologies, Inc.
mbusenkell@wcsr.com

John Wm. Butler on behalf of Counter-Claimant Delphi Corporation
jbutler@skadden.com

Aaron R. Cahn on behalf of Unknown STMicroelectronics, Inc.
cahn@clm.com

Robert A. Calinoff on behalf of Creditor Hydro Aluminum Adrian, Inc.
rcalinoff@candklaw.com

Judy B. Calton on behalf of Creditor DBM Technologies, Inc.
jcalton@honigman.com

Paul W. Carey on behalf of Creditor Allegro MicroSystems, Inc.
bankrupt@modl.com, pwcarey@modl.com

Scott Cargill on behalf of Interested Party Cerberus Capital Management, L.P.
scargill@lowenstein.com

James C. Carignan on behalf of Creditor SKF USA Inc.
carignanj@pepperlaw.com

James S. Carr on behalf of Creditor Castrol Industrial North America
KDWBankruptcyDepartment@kelleydrye.com

D. Christopher Carson on behalf of Creditor Citation Corporation
ccarson@burr.com

Michelle Carter on behalf of Creditor Mitsubishi Electric Automobile America, Inc.
mcarter@kslaw.com, pwhite@kslaw.com

Erin M. Casey on behalf of Creditor Omron Dualtec Automotive Electronics, Inc.

erin.casey@goldbergkohn.com, jeremy.downs@goldbergkohn.com

Linda J. Casey on behalf of Creditor SKF USA Inc.
caseyl@pepperlaw.com,
jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@pepperlaw.com

Michael Cassell on behalf of Creditor H.E. Services Company
mcassell@lefkowitzhogan.com

Ben T. Caughey on behalf of Creditor Sumco, Inc.
ben.caughey@icemiller.com

George B. Cauthen on behalf of Creditor Akzo Nobel Coatings Inc., Akzo Nobel Industrial Coatings Mexico SA de CV. Viscom, Inc.
george.cauthen@nelsonmullins.com, mary.wilkinson@nelsonmullins.com;brook.wright@nelsonmullins.com

Rocco A. Cavaliere on behalf of Creditor O&R Precision Grinding, Inc.
rcavaliere@blankrome.com, senese@blankrome.com;nmorales@blankrome.com

Babette A. Ceccotti on behalf of Creditor International Union, UAW
bceccotti@cwsny.com, ecf@cwsny.com

Sarah B. Chapman Carter on behalf of Creditor City of Vandalia, Ohio
scarter@pselaw.com

Erik G. Chappell on behalf of Creditor Metro Fibres, Inc.
egc@lydenlaw.com

J Eric Charlton on behalf of Creditor GW Plastics, Inc.
echarlton@hiscockbarclay.com

J. Mark Chevallier on behalf of Attorney J. Chevallier
mchevallier@mcslaw.com

Conrad Chiu on behalf of Unknown IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation
cchiu@daypitney.com

Gloria M. Chon on behalf of Creditor Raymond Johnson
gloria.chon@kkue.com

David D. Cleary on behalf of Creditor Recticel North America, Inc.
david.cleary@dl.com, mkhambat@dl.com

Marvin E. Clements on behalf of Creditor Tennessee Department of Revenue
agbanknewyork@ag.tn.gov

Tiffany Strelow Cobb on behalf of Attorney Vorys, Sater, Seymour and Pease LLP
tscobb@vorys.com, cdfricke@vorys.com

Theodore A. Cohen on behalf of Creditor Gary Whitney

tcohen@smrh.com, amontoya@sheppardmullin.com

Magdeline D. Coleman on behalf of Creditor ATEL Leasing Corporation, as Agent
magdeline.coleman@bipc.com, donna.curcio@bipc.com

Mark B. Conlan on behalf of Creditor Breen Color Concentrates, Inc.
mconlan@gibbonslaw.com

Dennis J. Connolly on behalf of Creditor Cadence Innovation, LLC
dconnolly@alston.com

Susan M. Cook on behalf of Creditor Arnold Center, Inc.
smcook@lambertleser.com

Trent P. Cornell on behalf of Interested Party Paul Higgins
tcornell@stahlcowen.com

Patrick M. Costello on behalf of Creditor Coherent, Inc.
pcostello@bbslaw.com, Timothe@bbslaw.com

Thomas W. Cranmer on behalf of Creditor John Blahnik
cranmer@millercanfield.com, rouman@millercanfield.com;christenson@millercanfield.com

David N. Crapo on behalf of Interested Party Epcos, Inc.
dcrapo@gibbonslaw.com

Tyson A. Crist on behalf of Creditor Battelle Memorial Institute
tcrist@szd.com

Maureen A. Cronin on behalf of Unknown Rothschild Inc.
macronin@debevoise.com, mao-ecf@debevoise.com;mbrice@debevoise.com

Michael G. Cruse on behalf of Creditor Compuware Corporation
mcruse@wnj.com, hziegler@wnj.com

Gary H. Cunningham on behalf of Unknown Nash
gcunningham@gmhlaw.com

Louis A. Curcio on behalf of Creditor AB Automotive Electronics Ltd.
lcurcio@sonnenschein.com

Vincent D'Agostino on behalf of Creditor Verizon Wireless Messaging Services LLC
vdagostino@lowenstein.com, jbecht@lowenstein.com

Jeannine D'Amico on behalf of Other Prof. Cadwalader Wickersham & Taft LLP
jeannine.damico@cwt.com

Sherri Lynn Dahl on behalf of Creditor Dayton, City of
sdahl@ssd.com, SSzymanski@ssd.com

Michael R. Dal Lago on behalf of Interested Party Dennis Black, Charles Cunningham, and Delphi Salaried

Retiree Association
bankruptcy@morrisoncohen.com

Jeffry A. Davis on behalf of Creditor Silicon Laboratories, Inc.
jadavis@mintz.com, dsjohnson@mintz.com

Michael S. Davis on behalf of Unknown AIG Member Companies
mdavis@zeklaw.com, mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com

Carina M. De La Torre on behalf of Creditor Decatur Plastic Products, Inc.
cdelatorre@boselaw.com

James J. DeCristofaro on behalf of Creditor TI Automotive
james.decristofaro@lovells.com

Karen Veronica DeFio on behalf of Creditor Marquardt GmbH
kdefio@bsk.com

J. Michael Debbeler on behalf of Attorney Graydon Head & Ritchey
mdebbeler@graydon.com

Robert Dehney on behalf of Creditor Chicago Miniature Optoelectronic Technologies, Inc.
rdehney@mnat.com,
cmiller@mnat.com;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.com;wlamotte@mnat.com;cfights@mnat.com;efay@mnat.com

Karol K. Denniston on behalf of Unknown MobileAria, Inc.
karol.denniston@dlapiper.com

Maria J. DiConza on behalf of Creditor Duraswitch Industries Inc.
diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

Gerard DiConza on behalf of Creditor Furukawa Electric North America ADP
gdiconza@dlawpc.com, las@dlawpc.com

John P. Dillman on behalf of Creditor Cypress-Fairbanks ISD
houston_bankruptcy@publicans.com

Karen Dine on behalf of Unknown Clarion Corporation of America
karen.dine@pillsburylaw.com

Stephen A. Donato on behalf of Creditor Diemolding Corporation
sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com

J. Ted Donovan on behalf of Creditor Burkburnett I.S.D.
TDonovan@Finkgold.com, David@Finkgold.com;CClarke@Gwfglaw.com

Amish R. Doshi on behalf of Unknown IBJTC Business Credit Corporation, as successor to IBJ Whitehall
Business Credit Corporation
adoshi@daypitney.com

Mary Joanne Dowd on behalf of Creditor Audio MPEG, Inc.
dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com

Daniel D. Doyle on behalf of Unknown Carl Visconti
ddoyle@spencerfane.com, kcollier@spencerfane.com;ssidebottom@spencerfane.com

David G. Dragich on behalf of Creditor GE Commercial Materials SA de CV
ddragich@harringtondragich.com

David B. Draper on behalf of Creditor Maxim Integrated Products, Inc.
ddraper@terra-law.com

Dennis J. Drebsky on behalf of Unknown Corning Incorporated
ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk on behalf of Attorney Seyfarth Shaw LLP
rdremluk@seyfarth.com, pbaisier@seyfarth.com,dchristian@seyfarth.com,

Seth A. Drucker on behalf of Creditor BorgWarner Turbo Systems Inc.
sdrucker@honigman.com

David W. Dykhouse on behalf of Creditor Ashland, Inc.
dwdykhouse@pbwt.com;cbelanger@pbwt.com

Frank L. Eaton on behalf of Unknown Appaloosa Management L.P.
featon@whitecase.com, icruz@whitecase.com;mresnicoff@whitecase.com;lbegy@whitecase.com

Erica L. Edman on behalf of Unknown Hyundai Motor America
eedman@pillsburywinthrop.com

Daniel Egan on behalf of Other Prof. KPMG LLP
degan@kslaw.com

Weston T. Eguchi on behalf of Unknown BANK OF AMERICA, N.A.
weguchi@orrick.com

Gayle Ehrlich on behalf of Creditor City of Wyoming, Michigan
gehrlich@sandw.com

Robert L. Eisenbach on behalf of Creditor BEI Sensors & Systems Company
reisenbach@cooley.com

David M. Eisenberg on behalf of Unknown Martinrea International Inc.
deisenberg@ermanteicher.com

Judith Elkin on behalf of Creditor Amtek Tngineering Limited, et al.
judith.elkin@haynesboone.com

Paige Leigh Ellerman on behalf of Unknown Gobar Systems, Inc.
ellerman@taftlaw.com, docket@taftlaw.com

Bruce N. Elliott on behalf of Creditor Brazeway,Inc.
elliott@cmplaw.com

Rex H. Elliott on behalf of Creditor Estate of Clarence Huston
loris@cooperelliott.com

Kristin Elliott on behalf of Plaintiff Wilmington Trust Company, as Indenture Trustee
kelliott@kelleydrye.com

Alyssa Englund on behalf of Creditor American President Lines, Ltd. and APL Co. Pte Ltd.
aenglund@orrick.com

Michael R. Enright on behalf of Creditor GE Fanuc Automation North America, Inc.
menright@rc.com

Richard L. Epling on behalf of Unknown MeadWestvaco Corporation
richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Margot Erlich on behalf of Unknown MeadWestvaco Corporation
margot.erlich@pillsburylaw.com

Scott L. Esbin on behalf of Creditor Credit Suisse
bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com

Michael S. Etkin on behalf of Defendant Teachers' Retirement System of Oklahoma
metkin@lowenstein.com, mseymour@lowenstein.com

Stephen Vincent Falanga on behalf of Creditor Susan Buttitta
sfalanga@connellfoley.com

Marc Falcone on behalf of Counter-Claimant Merrill Lynch, Pierce, Fenner & Smith Incoparated
mfalcone@paulweiss.com

Eugene I. Farber on behalf of Creditor DBM Technologies, Inc.
efarber747@aol.com

Kathleen A. Farinas on behalf of Creditor Charles Musgrave
kf@lgrslaw.com

Robert Michael Farquhar on behalf of Creditor GCi Technologies
mfarquhar@winstead.com, whsu@winstead.com

William L. Farris on behalf of Defendant Goldman Sachs & Co.
farrisw@sullcrom.com

Bonnie Glantz Fatell on behalf of Interested Party Special Devices Inc.
fatell@blankrome.com

Oscar B. Fears on behalf of Creditor Georgia Department of Revenue
bfears@law.ga.gov

Benjamin D. Feder on behalf of Spec. Counsel Thompson Hine LLP
KDWBankruptcyDepartment@kelleydrye.com

Robert J. Feinstein on behalf of Creditor Essex Group, Inc.
rfeinstein@pszyj.com, dharris@pszyjw.com

Richard L. Ferrell on behalf of Creditor Koyo Corporation
Ferrell@taftlaw.com

Charles J. Filardi on behalf of Creditor FedEx Trade Networks Transport & Brokerage, Inc.
charles@filardi-law.com, abothwell@filardi-law.com

Elizabeth K. Flaagan on behalf of Unknown ColorsTek, Inc.
eflaagan@faegre.com

Jonathan L. Flaxer on behalf of Unknown Universal Bearings, LLC
jflaxer@golenbock.com,
ssmith@golenbock.com;avassallo@golenbock.com;eneuman@golenbock.com;mlu@golenbock.com

Daniel A. Fliman on behalf of Interested Party Longacre Master Fund, LTD.
dfliman@kasowitz.com

Jonathan D. Forstot on behalf of Creditor TT electronics, Plc.
jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com

Mateo Z. Fowler on behalf of Spec. Counsel Quinn Emanuel
leticiabustinduy@quinnemanuel.com

Shawn Randall Fox on behalf of Creditor Alumax Mill Products, Inc., Alcoa Automotive Castings, A Michigan
Partnership And Alcoa Extrusions, Inc.
sfox@mcguirewoods.com

Edward M. Fox on behalf of Creditor Wilmington Trust Company
edward.fox@klgates.com

Joseph D. Frank on behalf of Other Prof. Jones Lang LaSalle Americas, Inc.
jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com;zzielinski@fgllp.com

Mark S. Frankel on behalf of Unknown SPCP Group L.L.C.
mfrankel@couzens.com

Thomas M. Franklin on behalf of Creditor Kansas Department of Health and Environment
tmflaw@swbell.net

Michael Friedman on behalf of Creditor Goldman Sachs Credit Partners L.P.
mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com

Edward A. Friedman on behalf of Plaintiff Delphi Corporation
efriedman@fklaw.com, vgarvey@fklaw.com

Scott J. Friedman on behalf of Unknown WL Ross & Co. LLC

sjfriedman@jonesday.com, ChicagoBRR@jonesday.com

Patricia B. Fugee on behalf of Interested Party Ericka Parker
pfugee@ralaw.com, cbaker@ralaw.com;tburgin@ralaw.com

Lars H. Fuller on behalf of Unknown Photo Stencil, LLC
lfuller@rothgerber.com

Timothy A. Fusco on behalf of Creditor Autoliv ASP, Inc.
fusco@millercanfield.com, skoczylas@millercanfield.com

Thomas M. Gaa on behalf of Creditor VERITAS Software Corporation
tgaa@bbslaw.com, catherine@bbslaw.com

James Gadsden on behalf of Unknown Carter Ledyard & Milburn LLP
bankruptcy@clm.com

James M. Garner on behalf of Creditor Gulf Coast Bank & Trust Company
jgarner@shergarner.com, jchocheles@shergarner.com

Victoria D. Garry on behalf of Creditor Ohio Bureau of Workers' Compensation
vgarry@ag.state.oh.us

Joanne Gelfand on behalf of Unknown Itautec America Inc.
joanne.gelfand@akerman.com

Yann Geron on behalf of Creditor M&Q Plastic Products, Inc.
ygeron@foxrothschild.com

Philip J. Giacinti on behalf of Creditor Sunrise Medical, Inc.
pjg@procopio.com, caw@procopio.com

Karen Giannelli on behalf of Creditor Breen Color Concentrates, Inc.
kgiannelli@gibbonslaw.com

Leo J. Gibson on behalf of Creditor ICX Corporation
lgibson@bsdd.com

Celeste R. Gill on behalf of Creditor Michigan Department of Environmental Quality
gillc1@michigan.gov, sherwoodj@michigan.com

Joseph M. Gitto on behalf of Interested Party First Technology Holdings, Inc. and Affiliates and Subsidiaries, Control Devices, Inc. and First Inertia Switch Limited
jgitto@nixonpeabody.com

Eduardo J. Glas on behalf of Creditor Automodular Assemblies Inc.
eglas@mccarter.com

Jeffrey R. Gleit on behalf of Interested Party Contrarian Funds LLC
jgleit@kasowitz.com, courtnotices@kasowitz.com;cciuffani@kasowitz.com

Ronald L. Glick on behalf of Creditor Equistar Chemicals, LP
rlg@stevenslee.com

Larry Ivan Glick on behalf of Defendant Sidney Bernstein
larryglick@erols.com

Dean M. Gloster on behalf of Unknown Delphi Salaried Retirees Association
dgloster@fbm.com

Matthew Alexander Gold on behalf of Creditor Argo Partners
courts@argopartners.net

Eric D. Goldberg on behalf of Creditor CR Intrinsic Investors, LLC
egoldberg@Stutman.com

Thomas D. Goldberg on behalf of Creditor Carrier Corporation
tdgoldberg@dbh.com

Scott R. Goldberg on behalf of Creditor Semiconductor Components Industries, LLC
sgoldber@quarles.com

Scott A. Golden on behalf of Creditor XM Satellite Radio Inc.
sagolden@hhlaw.com, khseal@hhlaw.com

Robert C. Goodrich on behalf of Interested Party SETECH INC.
nashvillebankruptcyfilings@stites.com

Robert D. Gordon on behalf of Attorney Clark Hill PLC
rgordon@clarkhill.com

Neil Andrew Goteiner on behalf of Creditor Delphi Salaried Retirees Association
ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com

Gary A. Gotto on behalf of Interested Party Thomas Kessler
ggotto@krplc.com

Garry M. Graber on behalf of Creditor Jideco of Bardstown, Inc.
ggraber@hodgsonruss.com, bomalley@hodgsonruss.com;mmuskopf@hodgsonruss.com

David S. Gragg on behalf of Debtor Delphi Corporation
dgragg@langleybanack.com, cjohnston@langleybanack.com

Jeffrey J. Graham on behalf of Creditor Small Parts, Inc.
jgraham@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com;docket@taftlaw.com

Warren R. Graham on behalf of Creditor Tal-Port Industries, LLC
wrg@dmlegal.com

Jonathan S. Green on behalf of Attorney Miller, Canfield, Paddock and Stone
greenj@millercanfield.com

14

Wendy B. Green on behalf of Creditor Siemens Building Technologies, Inc.
wgreen@formanlaw.com

John T. Gregg on behalf of Creditor Armada Rubber Manufacturing Company
jgregg@btlaw.com

Lisa S. Gretchko on behalf of Other Prof. Howard & Howard Attorneys, P.C.
lgretchko@howardandhoward.com, dbrandon@howardandhoward.com

David M. Grogan on behalf of Creditor Wellman, Inc.
dgrogan@slk-law.com

Stephen H. Gross on behalf of Creditor Mubea, Inc.
sgross@hodgsonruss.com, rcipollaro@hodgsonruss.com

Stephen B. Grow on behalf of Creditor Behr Industries Corp.
sgrow@wnj.com, kfrantz@wnj.com

Janice Beth Grubin on behalf of Attorney Drinker Biddle & Reath LLP
janice.grubin@dbr.com, daniel.northrop@dbr.com

Kevin Grzelak on behalf of Unknown Price, Heneveld, Cooper, DeWitt & Litton, LLP.
phcdelphi@priceheneveld.com

Peter J. Gurfein on behalf of Creditor Wamco, Inc
pgurfein@akingump.com

Elizabeth A. Haas on behalf of Creditor Allegro MicroSystems, Inc.
info@thehaaslawfirm.com

Dennis M. Haley on behalf of Unknown Genesee Packaging, Inc.
dhaley@winegarden-law.com

Michael Leo Hall on behalf of Creditor Mercedes-Benz U.S. International, Inc.
mhall@burr.com

Alan D. Halperin on behalf of Creditor ARAMARK Services, Inc.
ahalperin@halperinlaw.net, cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net;spark@halperinlaw.net

William J. Hanlon on behalf of Creditor Bradford Industries, Inc.
whanlon@seyfarth.com

Kristopher M. Hansen on behalf of Creditor 1401 Troy Associates LP
insolvency2@stroock.com;docketing@stroock.com

Adam Craig Harris on behalf of Unknown Parnassus Holdings II, LLC
adam.harris@srz.com

Jill M. Hartley on behalf of Creditor IBEW Brotherhood of Electrical Workers Local 663
jh@previant.com

Brian W. Harvey on behalf of Creditor A.G. Machining
bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

Lonie A. Hassel on behalf of Unknown Clerk's Office of the U.S. Bankruptcy Court
lah@groom.com

William M. Hawkins on behalf of Creditor Kyocera Industrial Ceramics Corp.
whawkins@loeb.com

Nava Hazan on behalf of Creditor Motorola, Inc.
nhazan@mwe.com

Ryan D. Heilman on behalf of Creditor Al-Shreveport, LLC
rheilman@schaferandweiner.com

Ira L. Herman on behalf of Creditor Midwest Tool & Die Corporation
ira.herman@tklaw.com, orlando.salcedo@tklaw.com;amy.wowak@tklaw.com;delilah.garcia@tklaw.com

Neil E. Herman on behalf of Interested Party Steering Holding, LLC
Nherman@morganlewis.com

Brian S. Hermann on behalf of Unknown Deutsche Bank Securities Inc.
bhermann@paulweiss.com

William Heuer on behalf of Unknown Sumitomo Corporation
wheuer@duanemorris.com

Robert M. Hirsh on behalf of Unknown Pullman Bank and Trust Company
hirsh.robert@arentfox.com, constantino.nova@arentfox.com

Shannon E. Hoff on behalf of Creditor Mercedes-Benz U.S. International, Inc.
mstinson@burr.com

Marie Polito Hofsdal on behalf of Unknown IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation
mhofsdal@daypitney.com

Albert L. Hogan on behalf of Defendant Delphi Corporation
al.hogan@skadden.com, andrew.fuchs@skadden.com;chdocket@skadden.com

Michelle R. Holl on behalf of Other Prof. Ernst & Young LLP
mholl@mayerbrownrowe.com

John R. Humphrey on behalf of Creditor Preferred Sourcing, LLC
jhumphrey@taftlaw.com, jhumphrey@taftlaw.com;ecfclerk@taftlaw.com;docket@taftlaw.com

John J. Hunter on behalf of Creditor ZF Boge Elastmetall, LLC
jrhunter@hunterschank.com, sharonaldrich@hunterschank.com;mcraig@hunterschank.com

Jay W. Hurst on behalf of Creditor Texas Comptroller Of Public Accounts
jay.hurst@oag.state.tx.us

Donald J. Hutchinson on behalf of Creditor Ford Motor Company
hutchinson@millercanfield.com

Roland Hwang on behalf of Unknown State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency
hwangr@michigan.gov

Mark S. Indelicato on behalf of Creditor Affinia Canada Corp., EFT
eschnitzer@hahnhessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.com;hpatwardhan@hahnhessen.com;apapalexis@hahnhessen.com;sthompson@hahnhessen.com

Michael G. Insalaco on behalf of Unknown Toyota Tsusho America, Inc.
minsalaco@zeklaw.com

Susan Jennik on behalf of Creditor International Union of Electronic, Salaried, Machine and Furniture Workers - Communications Workers of America
sjennik@kjmlabor.com

Nan E. Joesten on behalf of Creditor Delphi Salaried Retirees Association
njoesten@fbm.com

Mary L. Johnson on behalf of Creditor International Rectifier Corp.
mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com

Roger G. Jones on behalf of Creditor Calsonic Kansei North America, Inc.
rjones@bccb.com

Richard Josephson on behalf of Creditor ENTEK International LLC
basargent@stoel.com

John E. Jureller on behalf of Creditor Bayer MaterialScience, LLC
jjureller@klestadt.com, jjureller@klestadt.com

Allen G. Kadish on behalf of Creditor Jacobson Mfg., LLC
kadisha@gtlaw.com, cusumanod@gtlaw.com

Dana P. Kane on behalf of Creditor Revenue Management
lsi@liquiditysolutions.com

Karel S. Karpe on behalf of Creditor Cisco Systems, Inc. and its subsidiaries and affiliates, including but not limited to Cisco Systems Capital Corporation
karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com

Andrew C. Kassner on behalf of Creditor Penske Truck Leasing Co., L.P.
andrew.kassner@dbr.com

William M. Katich on behalf of Unknown Illinois Department of Revenue
wkatich@atg.state.il.us

Kristi A. Katsma on behalf of Unknown Dickinson Wright PLLC

kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com

Patrick J. Keating on behalf of Creditor Marco Manufacturing Co.
pkeating@bdblaw.com

Thomas M. Kennedy on behalf of Creditor International Union of Electric, Electrical, Salaried, Machine and
Furniture Workers Communications Workers of America (IUE-CWA)
tkennedy@kjmlabor.com

David Kennedy on behalf of Unknown IRS Department of the Treasury
david.kennedy2@usdoj.gov

Michael P. Kessler on behalf of Interested Party General Motors Corporation
ilusion.rodriguez@weil.com;garrett.fail@weil.com;rachel.albanese@weil.com;robert.lemons@weil.com;jae.ki
m@weil.com

Jocelyn Keynes on behalf of Creditor Equistar Chemicals, LP
jk@stevenslee.com

Jocelyn Keynes on behalf of Unknown Equistar Chemicals, LP
jkeynes@halperinlaw.net

Ron Kilgard on behalf of Creditor ERISA Lead Plaintiffs
BankruptcyECF@krplc.com

Tami Hart Kirby on behalf of Creditor Alegre, Inc
tkirby@porterwright.com

Myron Kirschbaum on behalf of Interested Party Harbinger Capital Partners Master Fund I, Ltd.
mkirschbaum@kayescholer.com

Karen L. Kirshenbaum on behalf of Unknown Viasystems
kkirshenbaum@lynchrowin.com

Jeremy C. Kleinman on behalf of Other Prof. Jones Lang LaSalle Americas, Inc.
jkleinman@fgllp.com

Tracy L. Klestadt on behalf of Creditor Detroit Heading, LLC
tklestadt@klestadt.com, tklestadt@gmail.com

Brandi P. Klineberg on behalf of Creditor Robin Industries, Inc.
bklineberg@moritthock.com

Howard Koh on behalf of Creditor Solectron Corporation
hkoh@meisterseelig.com

Seth F. Kornbluth on behalf of Creditor Juki Automation Systems, Inc.
skornbluth@herrick.com

Alan M. Koschik on behalf of Creditor Goodyear Canada Inc.
akoschik@brouse.com

Lawrence J. Kotler on behalf of Creditor ACE American Insurance Company
ljkotler@duanemorris.com

Deborah Kovsky-Apap on behalf of Interested Party Paul Free
kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com

Stuart A. Krause on behalf of Unknown Toyota Tsusho America, Inc.
skrause@zeklaw.com

Julia S. Kreher on behalf of Creditor BAILEY MANUFACTURING COMPANY, LLC
jkreher@hodgsonruss.com, pmacpher@hodgsonruss.com

Patrick J. Kukla on behalf of Creditor Behr America, Inc.
pkukla@carsonfischer.com

Duane Kumagai on behalf of Unknown NMB Technologies, Corp.
dkumagai@rutterhobbs.com

David R. Kuney on behalf of Interested Party Banc of America Securities, LLC
dkuney@sidley.com, kjacobs@sidley.com;emcdonnell@sidley.com

Glenn M. Kurtz on behalf of Defendant A-D Acquisition Holdings, LLC
gkurtz@whitecase.com

Randall D. LaTour on behalf of Attorney Vorys, Sater, Seymour and Pease LLP
rdlatour@vssp.com, cdfricke@vorys.com

Robinson B. Lacy on behalf of Defendant Goldman Sachs & Co.
Lacyr@sullcrom.com

Darryl S. Laddin on behalf of Creditor Daishinku (America) Corp. d/b/a KDS America
bkrfilings@agg.com

Ralph L. Landy on behalf of Creditor Pension Benefit Guaranty Corporation
landy.ralph@pbgc.gov, efile@pbgc.gov

Stuart A. Laven on behalf of Transferee CF Special Situation Fund 1 LP
slaven@bfca.com

James N. Lawlor on behalf of Interested Party Flow Dry Technology, Ltd.
jlawlor@wmd-law.com, gbenaur@wmd-law.com

Barry R. Lax on behalf of Respondent Paul Higgins
blax@laxneville.com

Elena Lazarou on behalf of Attorney Reed Smith LLP
elazarou@reedsmith.com, elazarou@reedsmith.com

Harlan Mitchell Lazarus on behalf of Defendant NYCH LLC
hmllaw@att.net, hmllaw@att.net

Thomas A. Lee on behalf of Creditor FIA Card Services aka Bank of America by eCAST Settlement Corporation as its agent
notices@becket-lee.com

David S. Lefere on behalf of Creditor Eclipse Tool and Die Inc.
davidl@bolhouselaw.com

Eugene Leff on behalf of Unknown State of New York, Department of Environmental Conservation
eleff@oag.state.ny.us

Harris Donald Leinwand on behalf of Creditor Baker Hughes Incorporated Baker Petrolite Corporation
hleinwand@aol.com, hleinwand@aol.com

David E. Lemke on behalf of Creditor Nissan North America, Inc.
david.lemke@wallerlaw.com,
cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;jason.shields@wallerlaw.com;bk@wallerlaw.com

Joseph H. Lemkin on behalf of Attorney Masuda, Funai, Eifert & Mitchell, Ltd.
jhlemkin@duanemorris.com

Ira M. Levee on behalf of Defendant Teachers' Retirement System of Oklahoma
ilevee@lowenstein.com, mseymour@lowenstein.com

Jill Levi on behalf of Creditor Bank of Lincolnwood
jlevi@toddlevi.com, drosenberg@toddlevi.com

Jonathan Levine on behalf of Unknown Columbus Hill Capital Management, L.P.
jlevine@andrewskurth.com, jlevine@akllp.com

Kenneth M. Lewis on behalf of Creditor Dott Industries, Inc.
klewis@tblawllp.com

Kim Martin Lewis on behalf of Creditor Feintool Cincinnati, Inc.
kim.lewis@dinslaw.com, john.persiani@dinslaw.com;lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com

Mark S. Lichtenstein on behalf of Debtor Delphi Corporation
mlichtenstein@crowell.com, mlichtenstein@crowell.com

David Liebov on behalf of Defendant Goldman Sachs & Co.
liebovd@sullcrom.com

Eric Lopez Schnabel on behalf of Creditor Entergy Mississippi, Inc.
schnabel.eric@dorsey.com

Dennis W. Loughlin on behalf of Creditor PIC Productivity Improvement Center
dloughlin@wnj.com, robinclark@wnj.com

Daniel A. Lowenthal on behalf of Attorney Thelen Reid & Priest LLP
dalowenthal@pbwt.com, mcobankruptcy@pbwt.com

A. Peter Lubitz on behalf of Attorney Means Industries, Inc
plubitz@nyc.rr.com

Donald K. Ludman on behalf of Creditor SAP America, Inc.
dludman@brownconnery.com

Matthew J. Lund on behalf of Creditor Paul Free
kovskyd@pepperlaw.com

John H. Maddock on behalf of Interested Party CSX Transportation, Inc.
jmaddock@mcguirewoods.com, jsheerin@mcguirewoods.com

Amina Maddox on behalf of Creditor New Jersey Division of Taxation
amina.maddox@law.dol.lps.state.nj.us

John S. Mairo on behalf of Creditor Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact
Extrusion, Inc.
jsmairo@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;lkkabse@pbnlaw.com;jamcadoo
@pbnlaw.com;wdbailey@pbnlaw.com

Donald W. Mallory on behalf of Creditor Plastic Moldings Company, Ltd.
dmallory@ctks.com, ddcass@ctks.com

Richard Mancino on behalf of Attorney Counsel for Certain Tranche C DIP Lenders
maosbny@willkie.com, rmancino@willkie.com

Jacob A. Manheimer on behalf of Creditor FCI USA, Inc.
jmanheimer@pierceatwood.com

Kayalyn A. Marafioti on behalf of Debtor DREAL, Inc.
kmarafio@skadden.com

Alan E. Marder on behalf of Creditor Kilroy Realty, L.P.
lgomez@msek.com

Andrew L. Margulis on behalf of Creditor Technology Properties Ltd.
amargulis@ropers.com

Kenneth S. Marks on behalf of Plaintiff Delphi Corporation
kmarks@susmangodfrey.com, pwallace@susmangodfrey.com

Ilan Markus on behalf of Creditor Associated Spring Do Brasil Ltda
ilan.markus@leclairryan.com

John J. Marquess on behalf of Unknown John Marquess
jjm@legalcost.com

Madison L. Martin on behalf of Interested Party SETECH INC.
nashvillebankruptcyfilings@stites.com

Richard Gary Mason on behalf of Unknown Capital Research and Management Company
rgmason@wlrk.com, calert@wlrk.com

Victor J. Mastromarco on behalf of Creditor H.E. Services Company
vmastromar@aol.com

Deborah A. Mattison on behalf of Creditor Rosalyn Motley
dmattison@wcqp.com

Kristin B. Mayhew on behalf of Unknown Hobart Brothers Company
abothwell@pepehazard.com

Alan S. Maza on behalf of Creditor SECURITIES AND EXCHANGE COMMISSION
mazaa@sec.gov

Jil Mazer-Marino on behalf of Creditor Cherokee North Kansas City, LLC
jmazermarino@msek.com, kgiddens@msek.com

Daniel P. Mazo on behalf of Creditor Greer Stop Nut, Inc.
dpm@curtinheefner.com, rsz@curtinheefner.com

Aaron G. McCollough on behalf of Unknown Siemens Energy & Automation, Inc.
amccollough@mcguirewoods.com

Michael K. McCrory on behalf of Creditor Gibbs Die Casting Corporation
michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com

Ralph E. McDowell on behalf of Creditor American Axle & Manufacturing, Inc.
rmcdowell@bodmanllp.com

Douglas J. McGill on behalf of Attorney Drinker Biddle & Reath LLP
douglas.mcgill@dbr.com

Frank McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Scott S. McKessy on behalf of Unknown Admiral Tool & Manufacturing Co. of Illinois
smckessy@reedsmith.com

Terence McLaughlin on behalf of Creditor Pardus DPH Holding LLC
maosbny@willkie.com, tmclaughlin@willkie.com

Michelle McMahon on behalf of Creditor United Telephone Company of Ohio
michelle.mcmahon@bryancave.com, dortiz@bryancave.com;wcrenshaw@pogolaw.com

Greta A. McMorris on behalf of Creditor ThyssenKrupp Budd Systems, LLC
gmcmorris@stinsonmoheck.com

Austin L. McMullen on behalf of Creditor Calsonic Harrison Co., Ltd.
amcmullen@babc.com

Patrick E. Mears on behalf of Creditor Armada Rubber Manufacturing Company
patrick.mears@btlaw.com

Derek F. Meek on behalf of Creditor Hyundai Motor Manufacturing Alabama, LLC
dmeek@burr.com

Barbara S Mehlsack on behalf of Creditor International Association of Machinists, AFL-CIO Tool and Die Makers Local Lodge 78, District 10 (IAM District 10)
bmehlsack@gkllaw.com

Timothy Mehok on behalf of Creditor Atmel Corporation
timothy.mehok@hellerehrman.com

Richard M. Meth on behalf of Creditor 2088343 Ontario Limited
msteen@daypitney.com

G. Christopher Meyer on behalf of Creditor Dayton, City of
cmeyer@ssd.com

Sally Meyer on behalf of Unknown Madison Niche Opportunities, LLC
smeyer@madisonliquidity.com

Merle C. Meyers on behalf of Creditor Alps Automotive, Inc.
mmeyers@mlg-pc.com

Robert N. Michaelson on behalf of Creditor ASSEMBLEON AMERICA, INC.
rmichaelson@klgates.com

Kathleen M. Miller on behalf of Creditor Airgas, Inc.
kmm@skfdelaware.com, tlc@skfdelaware.com

Brian Parker Miller on behalf of Creditor Furukawa Electric Co., LTD.
parker.miller@alston.com

W. Timothy Miller on behalf of Creditor Select Industries Corporation
miller@taftlaw.com, adams@taftlaw.com;docket@taftlaw.com

Angela Z. Miller on behalf of Unknown E.I. Du Pont De Nemours and Company
amiller@phillipslytle.com, jhahn@phillipslytle.com

Alan K. Mills on behalf of Creditor Mays Chemical Company
amills@btlaw.com, bankruptcyindy@btlaw.com

Robert K. Minkoff on behalf of Creditor Capital Investors, LLC
rminkoff@jefferies.com

Joseph Thomas Moldovan on behalf of Interested Party Dennis Black and Charles Cunningham
bankruptcy@morrisoncohen.com, moldovanlb@morrisoncohen.com

James P. Moloy on behalf of Creditor Filters Unlimited, Inc.
jmoloy@dannpecar.com

Michael C. Moody on behalf of Creditor Ameritech Credit Corporation d/b/a SBC Capital Services
mmoody@orourkeandmoody.com, firm@orourkeandmoody.com;morourke@orourkeandmoody.com

Audrey E. Moog on behalf of Unknown Umicore Autocat Canada Corp.
amoog@hhlaw.com

Brian F. Moore on behalf of Creditor Automodular Assemblies Inc.
bmoore@mccarter.com

James O. Moore on behalf of Creditor Kensington International Limited, Manchester Securities Corp. and
Springfield Associates, LLC
james.moore@dechert.com, james.moore@dechert.com

Brett S. Moore on behalf of Creditor Schulte & Co. GMBH
bsmoore@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;lkkabse@pbnlaw.com;jamcadoo
@pbnlaw.com;wdbailey@pbnlaw.com;rmschechter@pbnlaw.com;jsbasner@pbnlaw.com

Gene T. Moore on behalf of Unknown Arlis Elmore
gtmlaw@bellsouth.net

Thomas R. Morris on behalf of Creditor Ralco Industries, Inc.
morris@silvermanmorris.com, morris@silvermanmorris.com

Sarah E. Morrison on behalf of Creditor Department Of Toxic Substances Control
sarah.morrison@doj.ca.gov

Whitney L. Mosby on behalf of Creditor M.G. Corporation
wmosby@binghammchale.com

Eric T. Moser on behalf of Unknown Sensus Precision Die Casting, Inc.
eric.moser@klgates.com, kristen.serrao@klgates.com

Alisa Mumola on behalf of Interested Party Contrarian Capital Management, LLC
alisa@contrariancapital.com

Jill L. Murch on behalf of Creditor Holset Engineering Company
jmurch@foley.com, khall@foley.com

James P. Murphy on behalf of Creditor GKN Sinter Metals, Inc.
murph@berrymoorman.com

Robert D. Nachman on behalf of Unknown MJ Celco
rnachman@scgk.com

Stephen M. Nagle on behalf of Creditor Workers Compensation Board
stephen.nagle@oag.state.ny.us

Bruce S. Nathan on behalf of Interested Party Daewoo International (America) Corp.
bnathan@lowenstein.com

David Neier on behalf of Creditor Ad Hoc Group of Tranche A & B DIP Lenders
dneier@winston.com, dcunsolo@winston.com

Melissa Z. Neier on behalf of Unknown Lord Corporation
mneier@ibolaw.com

Michael R. Nestor on behalf of Creditor Metalforming Technologies, Inc.
bankfilings@ycst.com

Marie L. Nienhuis on behalf of Interested Party Miniature Precision Components
pmitchell@bcblaw.net

Timothy F. Nixon on behalf of Interested Party Miniature Precision Components
tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Richard P. Norton on behalf of Creditor Jason Incorporated, Sackner Products Division
rnorton@hunton.com

Kasey C. Nye on behalf of Creditor Semiconductor Components Industries, LLC
kasey.nye@quarles.com

Michael P. O'Connor on behalf of Creditor American Casualty Company of Reading, PA
mpolaw@aol.com

Michael O'Hayer on behalf of Debtor Delphi Corporation
mkohayer@aol.com

Judy A. O'Neill on behalf of Creditor Inteva Products, LLC
joneill@foley.com

Martin P. Ochs on behalf of Creditor Coherent, Inc.
martin@oglaw.net

Sean A. Okeefe on behalf of Creditor Metal Surfaces, Inc.
sokeefe@winthropcouchot.com

Patrick J. Orr on behalf of Creditor 3M Company
porr@klestadt.com

Norman D. Orr on behalf of Creditor Raymond Johnson
norman.orr@kkue.com

Lawrence E. Oscar on behalf of Creditor ARC Automotive, Inc.
leoscar@hahnlaw.com, hlpcr@hahnlaw.com

Karen Ostad on behalf of Unknown Tesa AG
kostad@mofo.com

Mark Russell Owens on behalf of Creditor EMCON Technologies Canada, ULC
mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com

Isaac M. Pachulski on behalf of Creditor CR Intrinsic Investors, LLC
ipachulski@stutman.com

Nicholas R. Pagliari on behalf of Creditor Actco Tool & Manufacturing Company
npagliari@quinnfirm.com, mseaberg@quinnfirm.com;dcornelius@quinnfirm.com

Charles Palella on behalf of Creditor SAP America, Inc.
cpalella@kurzman.com

Ingrid S. Palermo on behalf of Creditor P & R Industries, Inc.
ipalermo@bsk.com

Sapna W. Palla on behalf of Defendant Harbinger Capital Partners Master Fund I, Ltd.
spalla@kayescholer.com,
bmintz@kayescholer.com;rcappiello@kayescholer.com;maosbny@kayescholer.com;tlangsdorf@kayescholer.c
om

Charles N. Panzer on behalf of Creditor Hewlett Packard Company
cpanzer@sillscummis.com

Richard J. Parks on behalf of Creditor American Turned Products, Inc.
rjp@pietragallo.com, kas2@pietragallo.com

Felton E. Parrish on behalf of Creditor Caraustar Custom Packaging Group, Inc.
fparrish@kslaw.com

Susan P. Persichilli on behalf of Creditor ATEL Leasing Corporation, as Agent
susan.persichilli@bipc.com

Geoffrey J. Peters on behalf of Creditor Seven Seventeen Credit Union
colnyecf@weltman.com

Ronald R. Peterson on behalf of Creditor Alcan Rolled Products-Ravenswood, LLC
rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com

Lowell Peterson on behalf of Creditor United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied
Industrial and Service Workers, International Union (USW), AFL-CIO
lpeterson@msek.com

Robert A. Peurach on behalf of Creditor Ogura Clutch Company
rpeurach@gdakmak.com

Ed Phillips on behalf of Creditor Royberg, Inc. d/b/a Precision Mold & Tool and d/b/a Precision Mold & Tool
Group
ephillips@thurman-phillips.com

Christine A.M. Pierpont on behalf of Creditor Furukawa Electric Co., LTD.
cpierpont@ssd.com

Shone Pierre on behalf of Unknown Louisiana Department of Revenue

florence.saenz@la.gov

Oscar N. Pinkas on behalf of Creditor Schaeffler Canada, Inc.
opinkas@sonnenschein.com

Leslie A. Plaskon on behalf of Witness Rafael De Paoli and GE Corporate Financial Services
leslieplaskon@paulhastings.com

Constantine Pourakis on behalf of Creditor PolyOne Corporation
cp@stevenslee.com

Mark T. Power on behalf of Creditor Affinia Canada Corp., EFT
MPower@HahnHessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.com;eschnitzer@hahnhessen.co
m;jzawadzki@hahnhessen.com;sthompson@hahnhessen.com;kprimm@hahnhessen.com;nrigano@hahnhessen.
com;jorbach@hahnhessen.com

Susan Power-Johnston on behalf of Spec. Counsel Covington & Burling
sjohnston@cov.com, jmcneil@cov.com

Ronald S. Pretekin on behalf of Unknown Columbia Industrial
pretekin@coollaw.com, piatt@coollaw.com

Susan Przekop-Shaw on behalf of Unknown Michigan Workers' Compensation Agency
przekopshaws@michigan.gov

Dennis E. Quaid on behalf of Creditor Penn Aluminum International, Inc.
dquaid@fagelhaber.com

Paul A. Rachmuth on behalf of Attorney Dell Receivables, L.P.
prachmuth@reedsmith.com

Thomas B. Radom on behalf of Attorney Butzel Long, P.C.
radom@butzel.com

John J. Rapisardi on behalf of Unknown Auto Task Force of the United States Department of the Treasury
john.rapisardi@cwt.com,
megan.cummins@cwt.com;agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com;betty.comerro@cwt.com

Dennis Jay Raterink on behalf of Creditor Michigan Funds Administration
raterinkd@michigan.gov

Gary Ravert on behalf of Creditor Motorola, Inc.
gravert@mwe.com

Eric T. Ray on behalf of Creditor Alabama Power Company
eray@balch.com

Jo Christine Reed on behalf of Creditor INA USA, Inc.
jcreed@sonnenschein.com

Steven J. Reisman on behalf of Creditor Flextronics International Asia-Pacific Ltd. and Flextronics Technology

(M) Sdn. Bhd.
sreisman@curtis.com,
ceilbott@curtis.com;jdrew@curtis.com;tbarnes@curtis.com;cmanthei@curtis.com;vhodeau@curtis.com;mgalla
gher@curtis.com;dching@curtis.com

Walter Reynolds on behalf of Creditor Alegre, Inc
wreynolds@porterwright.com

Kenneth A. Reynolds on behalf of Creditor National Molding Corp.
kar@pryormandelup.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com

Kenneth A. Reynolds on behalf of Unknown Security Plastics Division/NMC, LLC
kreynolds@mklawnyc.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com

Jeffrey N. Rich on behalf of Unknown JPMorgan Chase Bank, N. A.
jeff.rich@klgates.com, nathanael.meyers@klgates.com

Marc E. Richards on behalf of Interested Party DENSO International America Inc.
mrichards@blankrome.com

Tracy E. Richardson on behalf of Creditor New Jersey Division of Taxation
tracy.richardson@dol.lps.state.nj.us

Paul J. Ricotta on behalf of Interested Party Tokico (USA), Inc.
pricotta@mintz.com

Craig Philip Rieders on behalf of Creditor Ryder Integrated Logistics, Inc.
crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-law.com;bamron@gjb-law.com

Sandra A. Riemer on behalf of Creditor Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems
(U.S.A.) Inc.
sriemer@phillipsnizer.com, ddore@phillipsnizer.com

Marianne Goldstein Robbins on behalf of Creditor IBEW Brotherhood of Electrical Workers Local 663
MGR@PREVIANT.COM, MGR@PREVIANT.COM;EM@PREVIANT.COM

Matthew R. Robbins on behalf of Unknown International Brotherhood of Electrical Workers Local Union No.
663 (IBEW Local 663)
mrr@previant.com

Elizabeth A. Roberge on behalf of Creditor WorldWide Battery Co., LLC
eroberge@robergelaw.com

Scott D. Rosen on behalf of Creditor Floyd Manufacturing Co., Inc.
srosen@cb-shea.com

Heath D. Rosenblat on behalf of Creditor Celestica Inc.
hrosenblat@kayscholer.com

Paul M. Rosenblatt on behalf of Creditor IDG USA, LLC
prosenblatt@kilpatrickstockton.com

Jeffrey A. Rosenthal on behalf of Defendant UBS Securities LLC
maofiling@cgsh.com, aweaver@cgsh.com

David A. Rosenzweig on behalf of Attorney Fulbright & Jaworski L.L.P.
DRosenzweig@Fulbright.com

David S. Rosner on behalf of Creditor Argo Partners
dfliman@kasowitz.com;courtnotices@kasowitz.com

Robert B. Rubin on behalf of Creditor Hyundai Motor Manufacturing Alabama, LLC
brubin@burr.com

Ira Rubin on behalf of Unknown Beaver Valley Manufacturing
norma@bizwoh.rr.com

Maura I. Russell on behalf of Attorney Dreier LLP
dangiulo@dreierllp.com, ECFNotices@dreierllp.com

Lyle D. Russell on behalf of Attorney Lyle Russell
lylerussell@magnusoft.com

E. Todd Sable on behalf of Creditor Nidec Motor & Actuators (USA), Inc.
tsable@honigman.com

Chester B. Salomon on behalf of Creditor Tonolli Canada Ltd.
csalomon@beckerglynn.com,
jholdridge@beckerglynn.com;aranade@beckerglynn.com;lmueller@beckerglynn.com

Brian D. Salwowski on behalf of Creditor Indiana Department of Environmental Management
bsalwowski@atg.state.in.us

Diane W. Sanders on behalf of Creditor Angelina County
austin.bankruptcy@publicans.com

William A. Sankbeil on behalf of Creditor John Blahnik
was@krwlaw.com

Thomas P. Sarb on behalf of Creditor Avon Automotive
ecfsarbt@millerjohnson.com

Robert V. Sartin on behalf of Creditor Toyota Motor Corporation
rsartin@fbtlaw.com, chruska@fbtlaw.com

William F. Savino on behalf of Creditor Durham Companies, Inc.
wsavino@damonmorey.com, alunday@damonmorey.com

Louis A. Scarcella on behalf of Unknown Official Committee of Equity Security Holders
lscarcella@farrellfritz.com

Thomas J. Schank on behalf of Creditor Blissfield Manufacturing Company

tomschank@hunterschank.com, mcraig@hunterschank.com

Ilan D. Scharf on behalf of Creditor Essex Group, Inc.
ischarf@pszjlaw.com

Michael L. Schein on behalf of Creditor Best Foam Fabricators, Inc.
mschein@vedderprice.com, ecfnydocket@vedderprice.com

James R. Scheuerle on behalf of Creditor Muskegon Castings Corp.
jrs@parmenterlaw.com, lms@parmenterlaw.com

Andrew W. Schilling on behalf of Plaintiff Delphi Corporation
aschilling@fklaw.com, vgarvey@fklaw.com

William H. Schorling on behalf of Creditor Arkema Inc.
william.schorling@bipc.com

Christopher P. Schueller on behalf of Creditor Keystone Powdered Metal Company
christopher.schueller@bipc.com, timothy.palmer@bipc.com;donna.curcio@bipc.com

Sheila R. Schwager on behalf of Creditor ARAMARK Uniform & Career Apparel Inc.
srs@hteh.com

Andrea B. Schwartz on behalf of Creditor Castwell Products, LLC
andrea.b.schwartz@usdoj.gov

Matthew L. Schwartz on behalf of Creditor Equal Employment Opportunity Commission
matthew.schwartz@usdoj.gov

Bryan I. Schwartz on behalf of Unknown KL Industries, Inc.
bschwartz@lplegal.com

Lon J. Seidman on behalf of Creditor Collins & Aikman Corporation
filings@spallp.com, lseidman@silvermanacampora.com

Howard Seife on behalf of Interested Party EagleRock Capital Management, LLC
arosenblatt@chadbourne.com

Jay Selanders on behalf of Attorney DaimlerChrysler Motors Company, LLC, DaimlerChrysler Corporation,
DaimlerChrysler Canada Inc.
jay.selanders@kutakrock.com

Mark A. Shaiken on behalf of Creditor ThyssenKrupp Budd Systems, LLC
mshaiken@stinson.com, jgant@stinson.com;amurdock@stinsonmoheck.com

Mark H. Shapiro on behalf of Interested Party Central Transport International, Inc.
shapiro@steinbergshapiro.com

Mary Kay Shaver on behalf of Creditor Brown Co. of Ionia LLC
mkshaver@varnumlaw.com

Brian L. Shaw on behalf of Creditor ATC Logistics & Electronics, Inc.
bshaw100@shawgussis.com

Andrea Sheehan on behalf of Creditor Carrollton-Farmers Branch Independent School District
sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

Andrew Howard Sherman on behalf of Creditor Doosan Infracore America Corp.
asherman@sillscummis.com, asherman@sillscummis.com

Mark Sherrill on behalf of Attorney Sutherland Asbill & Brennan LLP
mark.sherrill@sablaw.com

Stephen J. Shimshak on behalf of Creditor Ambrake Corporation, Noma Company, Akebono Corporation
(North America), and General Chemical Preference Products LLC
sshimshak@paulweiss.com, sshimshak@paulweiss.com

J. Christopher Shore on behalf of Counter-Claimant A-D Acquisition Holdings, LLC
cshore@whitecase.com,
jdisanti@whitecase.com;mcosbny@whitecase.com;agoldenberg@whitecase.com;earundel@whitecase.com

Robert J. Sidman on behalf of Attorney Vorys, Sater, Seymour and Pease LLP
rjsidman@vorys.com, bkbowers@vorys.com

Robert Sidorsky on behalf of Creditor Pioneer Speakers, Inc.
sidorsky@butzel.com

Glenn E. Siegel on behalf of Creditor Kensington International Limited, Manchester Securities Corp. and
Springfield Associates, LLC
Glenn.Siegel@dechert.com

John D. Silk on behalf of Unknown LASALLE NATIONAL BANK
silk@rbmchicago.com

Paul N. Silverstein on behalf of Unknown Credit Suisse International
paulsilverstein@andrewskurth.com, jlevine@akllp.com

Sam O. Simmerman on behalf of Unknown Millwood, Inc.
sosimmerman@kwgd.com, mhelmick@kwgd.com

John A. Simon on behalf of Other Prof. Ernst & Young LLP
jsimon@foley.com

Rebecca H. Simoni on behalf of Unknown Rotaform, LLC.
rsimoni@vonbriesen.com, jpurpora@vonbriesen.com

Joseph E. Simpson on behalf of Creditor P & R Industries, Inc.
jsimpson@hselaw.com

Thomas R. Slome on behalf of Attorney Rosen Slome Marder LLP.
lgomez@msek.com

Richard G. Smolev on behalf of Unknown InPlay Technologies
rsmolev@kayescholer.com,
rrotman@kayescholer.com;maosbny@kayescholer.com;rcappiello@kayescholer.com

Jesse L. Snyder on behalf of Creditor James Hutz, Jr.
jforstot@tpwlaw.com;mmuller@tpwlaw.com

Marc P. Solomon on behalf of Creditor Castwell Products, Inc.
msolomon@burr.com

Sean C. Southard on behalf of Unknown Davidson Kempner Capital Management LLC
ssouthard@klestadt.com

Paul H. Spaeth on behalf of Unknown F&G Multi-Slide Inc.
spaethlaw@phslaw.com

Robyn J. Spalter on behalf of Creditor Riverside Claims LLC
notice@regencap.com

Sarah F. Sparrow on behalf of Unknown Automotive Systems Laboratory, Inc.
ssparrow@tuggleduggins.com, martit@tuggleduggins.com

Douglas E. Spelfogel on behalf of Creditor CYRO Industries
dspelfogel@foley.com

Michael A. Spero on behalf of Creditor Doosan Infracore America Corp.
jspecf@sternslaw.com

Byron C. Starcher on behalf of Creditor Akzo Nobel Coatings Inc., Akzo Nobel Industrial Coatings Mexico SA de CV. Viscom, Inc.
byron.starcher@nelsonmullins.com

Catherine Steege on behalf of Creditor Honeywell International - Aerospace
csteege@jenner.com, jeffrey_cross@discovery.com

Matthew B. Stein on behalf of Creditor Molex Connector Corporation
mstein@sonnenschein.com

Bonnie Steingart on behalf of Other Prof. Fried Frank Harris Shriver & Jacobson LLP
steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Andrew W. Stern on behalf of Plaintiff Banc of America Securities LLC
astern@sidley.com

Malani Sternstein on behalf of Creditor International Rectifier Corp.
msternstein@sheppardmullin.com

Alexander Stotland on behalf of Creditor Danice Manufacturing Co.
axs@maddinhauser.com, msl@maddinhauser.com;bac@maddinhauser.com

Brent C. Strickland on behalf of Creditor Pepco Energy Services, Inc.

bstrickland@wtplaw.com

Harvey A. Strickon on behalf of Defendant A-D Acquisition Holdings, LLC
harveystrickon@paulhastings.com

Joseph G. Strines on behalf of Unknown The Dayton Power and Light Company
joseph.strines@dplinc.com

James M. Sullivan on behalf of Creditor Motorola, Inc.
sullivan.james@arentfox.com, constantino.nova@arentfox.com

Michelle T. Sutter on behalf of Creditor Ohio Environmental Protection Agency
msutter@ag.state.oh.us

Marc N. Swanson on behalf of Creditor Brose North America Holding LP and its affiliates
swansonm@millercanfield.com

Paul Sweeney on behalf of Creditor Quest Diagnostics, Inc.
psweeney@loganyumkas.com, jbeckman@loganyumkas.com

Dona Szak on behalf of Creditor Rassini, S.A. de C.V.
dszak@ajamie.com

Robert Szwajkos on behalf of Creditor NSS Technologies, Inc.
rsz@curtinheefner.com

Douglas T. Tabachnik on behalf of Creditor SEALY RG VALLEY BUILDINGS, L.P.
dtabachnik@dttlaw.com

Jeffrey L. Tanenbaum on behalf of Creditor General Motors Corporation
garrett.fail@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.com

Roger L. Tarbutton on behalf of Creditor Board of County Commissioners of Johnson County, Kansas
roger.tarbutton@jocogov.org

Samuel Jason Teele on behalf of Unknown Lead Plaintiff and the Prospective Class
jteele@lowenstein.com, gbuccellato@lowenstein.com;klafiura@lowenstein.com

Jay Teitelbaum on behalf of Creditor Mary Schafer
jteitelbaum@tblawllp.com

Richard S. Toder on behalf of Unknown PricewaterhouseCoopers, LLP.
rtoder@morganlewis.com

Gordon J. Toering on behalf of Creditor RT Sub, LLC f/k/a RecepTec, LLC
gtoering@wnj.com

Albert Togut on behalf of Other Prof. Togut, Segal & Segal LLP
alcourt@teamtogut.com, kackerman@teamtogut.com

Sheldon S. Toll on behalf of Unknown Milwaukee Investment Company

lawtoll@comcast.net

Jason M. Torf on behalf of Creditor Kokomo Gas and Fuel Company
jtorf@schiffhardin.com, edocket@schiffhardin.com;pfokuo@schiffhardin.com

Michael A. Trentadue on behalf of Creditor Decatur Plastic Products, Inc.
mtrentadue@boselaw.com

Martin B. Tucker on behalf of Unknown Martin Tucker
mtucker@fbtlaw.com

Debra S. Turetsky on behalf of Creditor General Electric Capital Corporation
dturetsky@reedsmith.com

Raymond J. Urbanik on behalf of Counter-Defendant Computer Sciences Corporation
rurbanik@munsch.com

Robert Usadi on behalf of Creditor Engelhard Corporation
rusadi@cahill.com

Nina M. Varughese on behalf of Creditor Ametek, Inc.
varughesen@pepperlaw.com

Shmuel Vasser on behalf of Interested Party Speedline Technologies, Inc.
shmuel.vasser@dechert.com

Lori V. Vaughan on behalf of Creditor Intermet Corporation
lvaughan@foley.com

Frank F. Velocci on behalf of Creditor QEK Global Solutions (US), LP
frank.velocci@dbr.com

James J. Vincequerra on behalf of Unknown Plymouth Rubber Company, LLC
jvincequerra@wolfblock.com

Gary Vist on behalf of Creditor Sumida America Inc.
gvist@masudafunai.com

Joseph J. Vitale on behalf of Creditor International Union, UAW
jvitale@cwsny.com

Sean M. Walsh on behalf of Creditor Nisshinbo Automotive Corporation
swalsh@gmhlaw.com

Arthur T. Walsh on behalf of Creditor Edwin Stimpson
omclaw@aol.com

Michael D. Warner on behalf of Attorney Warner Stevens, L.L.P.
bankruptcy@warnerstevens.com

W. Clark Watson on behalf of Creditor Alabama Power Company

cwatson@balch.com

Robert K. Weiler on behalf of Creditor Carlisle Engineered Products, Inc.
rweiler@greenseifter.com, lellis@greenseifter.com

William P. Weintraub on behalf of Creditor Essex Group, Inc.
wweintraub@fklaw.com, vgarvey@fklaw.com;smartin@fklaw.com

Allison H. Weiss on behalf of Creditor Camoplast Incorporated
aweiss@dl.com, aweiss@llgm.com;aperry@dl.com;lsaal@dl.com;mdreyer@dl.com

Jay Welford on behalf of Creditor DC Coaters, Inc.
jwelford@jaffelaw.com, dgoldberg@jaffelaw.com;phage@jaffelaw.com;aschehr@jaffelaw.com

Robert J. Welhoelter on behalf of Creditor Nissan North America, Inc.
rjwelho@gmail.com, chris.cronk@wallerlaw.com

Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com

David A. Wender on behalf of Creditor Cadence Innovation, LLC
david.wender@alston.com

Michael R. Wernette on behalf of Creditor L & W Engineering Co.
mwernette@schaferandweiner.com

Robert A White on behalf of Creditor Lydall Thermal/Acoustical Sales Co. LLC
rwhite@murthalaw.com

Amy Williams-Derry on behalf of Interested Party Thomas Kessler
awilliams-derry@kellerrohrback.com, bellis@kellerrohrback.com

Stephen F. Willig on behalf of Defendant National Union Fire Insurance Company of Pittsburgh, PA
swillig@damato-lynch.com, ecf@damato-lynch.com;hfried@damato-lynch.com

Eric R. Wilson on behalf of Creditor Pension Benefit Guaranty Corporation
KDWBankruptcyDepartment@Kelleydrye.com

Jeffrey C. Wisler on behalf of Creditor Connecticut General Life Insurance Company
jcw@cblhlaw.com

Douglas Wolfe on behalf of Creditor ASM Capital II, L.P.
dwolfe@asmcapital.com

Craig A. Wolfe on behalf of Creditor Pension Benefit Guaranty Corporation
cwolfe@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Robert D. Wolford on behalf of Creditor Monroe, LLC
ecfwolfordr@millerjohnson.com

Kelly A. Woodruff on behalf of Creditor Delphi Salaried Retirees Association

kwoodruff@fbm.com

Zhiyuan Xu on behalf of Creditor Means Industries, Inc
mxu@schiffhardin.com

David Farrington Yates on behalf of Creditor United Plastics Group
fyates@sonnenschein.com

Stephen L. Yonaty on behalf of Attorney Hodgson Russ LLP
syonaty@chwattys.com

German Yusufov on behalf of Creditor Pima County, Arizona
pcaocvbk@pcao.pima.gov

Helen A. Zamboni on behalf of Creditor McAlpin Industries, Inc.
hzamboni@underbergkessler.com

Menachem O. Zelmanovitz on behalf of Creditor Hitachi Chemical (Singapore) Pte. Ltd.
mzelmanovitz@morganlewis.com

Peter Alan Zisser on behalf of Interested Party New York Power Authority
pzisser@ssd.com, wlancaster@ssd.com;rgreen@ssd.com

**05-44481-rdd Notice will not be electronically mailed to:**

Elizabeth B. Ahlemann on behalf of Unknown CTS Corporation
905 West Boulevard N.
Elkhart, IN 46514

Matt E. (Last Name Unknown)
,

(Name Not Legible)
,

1599963 Ontario Limited
,

3V Capital Management LLC
3V Capital Management LLC
1 Greenwich Office Park N
51 E Weaver St
Greenwich, CT 06831

58 Active Delphi Athens Salaried Employees
,

975 Opdyke LP, et al.
,

A Well Meaning Delphi Employee

,

A. Schulman, Inc.
c/o Carrie M. Caldwell
Vorys, Sater, Seymour and Pease LLP
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, OH 44114

AFI, LLC
One University Plaza
Suite 312
Hackensack, NJ 07601

AM General LLC
105 North Niles
South Bend, IN 46634

AT&T Entities

,

James M. Aardappel

,

Mohamed Abbas
7796 Raintree Rd
Dayton, OH 45459

Duane L Abbuhl

,

Duane L. Abbuhl

,

Michael R. Abbuhl

,

James V. Accetta

,

Gary L. Ackerman

,

John A. Ackworth
5970 Mount Everett Rd.
Hubbard, OH 44425

Harry Acosta

,

Paul J. Acri

,

Paul J. Acri
30 Southwick Drive
Webster, NY 14580

Kenneth C. Acton
2484 Fenton Creek Lane
Fenton, MI 48430

Sandra Acton
,

Actoras Partners LTD
,

Thomas R. Adam
9046 Altura Dr NE
Warren, OH 44485-1732

Charles Adams
,

Gary L. Adams
,

Hatti L. Adams
,

John Adams
,

Laura B Adams
725 Greenview Dr
Tipp City, OH 45371

Laura B. Adams
,

Robert E. Adams
,

Rose Adams
,

Rose A Adams
,

Jason R. Adams on behalf of Creditor FisherCast Global Corporation
Torys, LLP
237 Park Avenue

New York, NY 10017

William David Addison
,

Lenville P. Adkins
3475 Federal Rd.
Xenia, OH 45385

Bonita J. Aerne
,

Affinia Group Inc.
,

Nancy A. Agronin
11 Berkley Dr.
Lockport, NY 14094

Elizabeth Bottorf Ahlemann on behalf of Unknown CTS of Canada Co.
CTS Corporation
905 West Boulevard N.
Elkhart, IN 45614

Air Products and Chemicals, Inc.
,

Harriet Aivazis
,

Akerman Senterfitt on behalf of Creditor Itautec America Inc.
Akerman Senterfitt, Esqs.
Las Olas Centre II, Ste 1600
350 East Las Olas Blvd.
Ft. Lauderdale, Fl 33301-2229

Charley L. Akers
,

John C. Akers
,

John C. Akers
,

James Albrecht
,

James W. Albrecht
,

James D. Alcorn
,

Aleaciones De Metales Sinterizados
,

Michael J. Alerding
,

David J. Alexander
150 Wickins Rd.
Scottsville, NY 14546

Jack L. Alexander
,

Jerry L. Alexander
,

Linda Alexander
,

Alex L. Alexopoulous
,

John Allan
110 Westwind Drive, NE
Warren, OH 44484

Lisa A. Allan
,

Peggy Allan
110 Westwind Drive, NE
Warren, OH 44484

Deborah Allen
,

Gerald D. Allen
,

Allen & Overy LLP
,

Ronald D. Alles
5471 Adrian
Saginaw, MI 48603

James W Alley
1422 Parkview Dr

Kingston, OK 73439

Michael P. Alley on behalf of Unknown Consolidated Electrical Distributors, Inc.
Clark, Mize & Linville, CHTD.
P.O. Box 380
Salinas, KS 67402-0380

Alstom Power Environmental Consult GmbH

,

Alstom Power Equipment

,

Harvey Altus on behalf of Creditor LaborSource 2000
30500 Northwestern Hwy., Ste 500
Farmington Hills, MI 48334

American Finance Group, Inc. d/b/a Guaranty Capital Corporation

,

American Molded Products LLC

,

Ames Reese, Inc.

,

Mark K. Ames on behalf of Unknown Commonwealth of Virginia Department of Taxation
Taxing Authority Consulting Services, PC
2812 Emerywood Parkway
Suite 220
Richmond, VA 23294

Audrey Amort

,

Manda L. Anagnost on behalf of Unknown Manda Anagnost
1024 N. Michigan Avenue
P.O. Box 3197
Saginaw, MI 48605-3197

Manu Anand
43431 Vintners Place Dr.
Sterling Heights, MI 48314

Delbert E. Anderson

,

James F Anderson

,

James F. Anderson

6436 Amposta Dr.
El Paso, TX 79912

James R. Anderson

,

John C. Anderson

,

Pamela C. Anderson

,

Ronald L. Anderson
3285 Cinnamon Trace
Kokomo, IN 46901

Guy A. Andonian

,

Joseph Andrasik

,

Kyra E. Andrassy on behalf of Unknown Toshiba America Electronic Components, Inc.
Weiland, Golden, Smiley, Wang,
Ekvall &Strok, LLP.
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Bruce J. Andreas

,

Gary S. Andrews

,

Louise Andrews

,

Ron Andrews

,

Nancy Androsko
538 Laird Ave NE
Warren, OH 44483

William Angelis

,

Jim Angelo
84wild Grove Pl
Brandon, MS 39042

Mario Angelucci

,

Erin Anheier

,

Frank Aparo

,

Joel D. Applebaum

,

Ed Applegate

,

Lawrence C. Applegate

,

Rudolf M. Aranyosi
PO Box 54
Lewiston, NY 14092

Kevin Archambault
8695 N Valley View Ct
Middletown, IN 47356

Don Armstrong

,

Frederick P. Arndt

,

Frederick P. Arndt
7604 Fruit Dove Street
North Las Vegas, NV 89084

Thomas B. Arnold

,

Thomas Lloyd Arnold

,

William Arnold
7164 Springdale Dr.
Brookfield, OH 44403

Arrow CT Corporation

,

Arthur R. Jackson

,

John C. Assell
,

Association of Businesses Advocating Tariff Equity
,

H. Wayne Atkinson
,

Atradius
,

Wayne A. Aubel
,

Beverly B. Austin
,

Randy D. Austin
,

Thomas E. Austin
,

Avron M. Ehrlich, Jeffrey Gutterman and Neil Freson
,

B & B Machine & Grinding Service, Inc.
,

J. Allen Babb
,

J. Allen Babb
,

James A. Babb
,

Russell C. Babcock
,

Bill Baccari
105 Harmony Lame
Rochester, NY 14622

William J. Baccari
105 Harmony Ln.
Rochester, NY 14622

Patrick L. Bachelder
1500 Waverly Drive
Troy, MI 48098

Robert Bachman

,

Robert J. Bacue
1753 Coventry Ave,, NE
Warren, OH 44483

Stephen P. Baich

,

Brad Baidinger

,

James A. Bailey

,

Richard C. Bailey

,

Steven M. Bailey
Delphi Salaried Retiree
7998 E. Monroe Road
Tecumseh, M 49286

James A. Baker

,

James A. Baker

,

Jerome E. Baker

,

Kristine G. Baker

,

William J. Bakinski

,

John Bakker

,

John Bakker

,

Jon K. Bakus

,

Diane Balciar
304 Addsion Avenue
Franklin, TN 37064

Paul A Balciar
304 Addison Avenue
Franklin, TN 37064

Brad Baldinger
1724 Skilers Alv.
Lapeer, MI 48446-8416

Kenneth L. Baldwin
,

Laura Balestrino
,

Laurence Balestrino
,

Logan P. Balestrino
,

Suzanne Balestrino
,

Virginia Balestrino
,

William Balestrino
,

Marcia Balestrino-Emery
,

Ball Systems, Inc.
,

Richard E. Ballentine
,

Banco J.P. Morgan, S.A., Institucion de Banca Multiple, J.P. Grupo Financiero, Division Fiduciaria, Not Individually, but in its Capacity as Trustee of Trust F/00121; Prudential Financial, Inc.; Prude
,

Mark I Bane on behalf of Creditor Pension Benefit Guaranty Corporation
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Chris D. Bank
,

Christie David Bank
,

Wayne H. Bank
,

Bank of America, N.A.
,

Bank of America, N.A.
,

Alice J. Banus
,

Terisa Baranoski
,

Mark Baranski
,

John F. Barany
6947 Cedar Ridge Circle
Milton, FL 32570

John B. Barclay
,

Ed Bardella
331 North Summit Road
Jamestown, PA 16134

Edward J. Bardella
331 North Summit Road
Jamestown, PA 16134

Michael J. Barker
Warren, OH

Jeffrey H. Barlett
,

John Barmby
,

Christine Barnes
,

Christine Barnes
,

Christine M. Barnes
,

Johnnie V. Barnes
,

Les Barnett
430 Ironwood Dr.
Carmel, IN 46033

Oscar Barnett Jr.
,

Lorraine Barnum
,

Dwayne Barrett
320 Afton Dr
Brandon, MI 39042

Peter Bartell
,

Patrick Bartels
,

Margaret Bartindale on behalf of Unknown Margaret Bartindale
State of Michigan
Department of Attorney General
Revenue & Collections Division
3030 W. Grand Blvd. 10th Fl. Ste. 200
Detroit, MI 48202

Jeannette Bartko
,

Robert E. Bartkus on behalf of Unknown BANK OF AMERICA, N.A.
DILLON, BITAR & LUTHER LLC
53 Maple Avenue
P.O. Box 398
Morristown, NJ 07963-0398

William D. Bartz
6412 Bartz Road
Lockport, NY 14094

Andrew R. Basile

,

David J. Bastin

,

John Batcha
37616 Darthmouth Drive
Sterling Heights, MI 48310

Berkley D. Bateman
4510 Queens Way
Gladwin, MI 48624

William D Bauman
2287 141st Ave
Dorr, MI 49323

William E. Bauman

,

Bay County (FLA.) Tax Collector's

,

Bay County, Florida

,

Bay County, Florida, Tax Collector

,

Dean M. Bayer

,

Milton Beach

,

Beacon Reel Co.

,

Janita C. Beall

,

Henry E. Beamer

,

Victoria Bean

,

David M. Beare

,

J. Martin Beas

,

Edward Beavers

,

Allan H. Beck

,

Dennis E. Beck

,

Richard F. Beckmeyer

,

Jody A. Bedenbaugh

,

David P. Behnke

,

Paul Beiter
150 Bastian Rd.
Rochester, NY 14623

James Bell

,

John S. Bell

,

Marvin Bell

,

Sherman Bell

,

Wendy A. Bell

,

Bell, Anderson & Sanders LLC

,

Thomas J Bellafaire
129 Creston Court
Mooresville, NC 28115

Ross Bellaire

,

Rosemary Bellavia

,

Ross Bellavia

,

Louise S. Belline

,

Louise S. Belline
5 Keswick Way
Fairport, NY 14450

Richard Belsenich
3673 Cumberland Ln.

,

Howard S. Beltzer on behalf of Unknown Deutsche Bank Securities Inc.
Morgan, Lewis & Bockius LLP
101 Parke Avenue
New York, NY 10178
hbeltzer@morganlewis.com

Richard Benner

,

Richard Benner

,

Bradley A. Bennett

,

Norman Bennett
209 Case Grande Dr.
Clinton, MS 39056

Roger K. Bennett

,

Timothy C. Bennett on behalf of Unknown JPMORGAN CHASE BANK, N.A.
Kirkpatrick & Lockhart Nicholson Graham
599 Lexington Avenue
New York, NY 10022

Sachiko Bennette

,

Sherman Benson

,

David T. Benway

,

Alvin W. Berger

,

Glenn P. Berger on behalf of Creditor Precix
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016

Neil Berger on behalf of Plaintiff Delphi Corporation
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

Neil Berger on behalf of Plaintiff Delphi Medical Systems Colorado Corporation
Togut, Segal & Segal LLP
1 Penn Plaza, Ste., 3335
New York, NY 10119

Thomas L Bergman
4217 Tradewind Ct.
Englewood, OH 45322

Thomas L. Bergman

,

Donald Bergwall

,

Donald W. Bergwall

,

John H. Bernardi
6397 O'Connor Drive
Lockport, NY 14094

Charles E. Bernd

,

Karenann J. Berner
2083 Erickman Lane
Xenia, OH 45385

William E. Berner
2083 Erickman Lane
Xenia, OH 45385

Jay Bernhart
656 Tamarron Dr.
Grand Junction, CO 81506

Stephen M. Berninger

,

James Bernsdorf

,

Georgia S. Berry

,

Martin Bertleleff

,

Gary Bertram
3457 Woodlands Circle
Macedon, NY 14502

Allen W. Besey

,

Douglas J. Beurmann
10342 Pine Valley Drive
Grand Blanc, MI 48439

Thomas Beyer

,

Thomas E. Beyer

,

Thomas E. Beyer

,

Mohinder S. Bhatti

,

John Biafora

,

Mark Bianchi
3783 Wilson-Sharpsville Rd.
Cortland, OH 44410

Donald Jay Bice
2383 Andrews Drive N.E.
Warren, OH 44481-9333

Donald S. Bielicki

,

Jerome E. Biersack

,

Bruce A. Biller
858 Burritt Rd.
Hilton, NY 14468

Bing Metals Group, Inc.
,

Mary Binnion
2010 Drexel Dr
Anderson, IN 46011

Robert Jack Binnion
2010 Drexel Dr
Anderson, IN 46011

Bio-Serv Corporation
,

David B. Bishoff
,

Jacqueline J. Bishop
,

Tim O. Bishop
,

David J. Bisignani
,

Dennis A. Black
,

Franklin Black
,

Steven L. Black
,

Pamela Blake
,

William M. Blakesley
,

Ellen L. Blanchard
,

James Blaner
6188 Secret Lake Dr
Port Orange, FL 32128

John P. Blankenship
23599 East Clearmont Drive
Elkmont, AL 35620

Sam C. Blankenship

,

Sam C Blankenshp
1803 Longview Dr. SW APT. 21
Decatur, AL 35603

Frank J. Blasioli
5 Glenmore Circle
Pittsford, NY 14534

Connie S. Blaylock

,

David A. Blaze
4402 Bayberry Ct.
Warren, MI 48092

Karen Blazek

,

Harold D. Block

,

Gilbert J. Blok

,

Dean R. Bloom
726 Baker St.
Rochester Hills, MI 48307

Blue Cross and Blue Shield of Michigan

,

Blue Heron Micro Opportunities Fund, LLP
5315 North Kings Highway
Myrtle Beach, SC 29577

James P. Boardman on behalf of Unknown Emil Franz
6225 Gratiot
P.O. Box 6669
Saginaw, MI 48608

Sue Boarts

,

John L. Bockelman
11079 Innisbrooke Lane
Fishers, IN 46037

David G. Bodkin
,

Kathy Boger
,

Bona Vista
,

Bona Vista Programs, Inc.
,

Tina J. Bonanno
,

Bond, Schoeneck & King, PLLC
Attn: Stephen A. Donato, Esq.
One Lincoln Center
18th Floor
Syracuse, NY 13202

John L. Bonner
,

Larry Bonner
,

David Bookin
,

James R Boone
,

Cheryl Boor
7362 Oakcrest Dr
Hubbard, OH 44425-8723

Lana Boor
,

Lana D. Boor
,

Lisa Booth
,

Booth Udall, PLC

,

Borg Indak, Inc.

,

Russ Bosch

,

Taunee Boudreau

,

David F. Boull

,

Timothy C. Bousum

,

Eugene P. Bovenzi

,

Amy Bowers

,

Albert R. Bowman

,

Alex Boyd

,

Alexander J. Boyd
1093 Roseway Ave. SE
Warren, OH 44484

Don E. Boyd

,

Patty Boyd

,

Richard C. Boyd
2900 O'Hanlon Court
Williamston, MI 48895

Robert L. Boyd
121 Morningside Drive
Grand Island, NY 14072

Joseph C. Bracci

,

Bregitte Braddock

,

Bregitte Braddock

,

Gloria K. Bragg

,

Sara Jo Bragg

,

Wallace F. Brahm

,

Michael Branam

,

George E. Brand

,

Phyllis Brandt

,

Theresa G. Brandt

,

John S. Brannon

,

Edwin Scott Branscum

,

John R. Brantingham

,

Jayne Kratz Brasser

,

Richard P. Brasseur

,

William Braun
2348 Colony Way
Kettering, OH 45440

William L. Braun

,

Douglas F. Brechtelsbauer

,

Kathy Breece
,

Jay C. Breisch
,

Richard J. Bremer
,

Barbara S. Brenner
,

Richard Brenner
2452 Ridge Road
Vienna, OH 44473

Jeff J Brenske
,

Jeff J. Brenske
3683 Lone Rd
Freeland, MI

Keith Brewer
,

Kenneth A Brewer
1006 Laurelwood
Clinton, MS 39056

Rosemary Brewer
,

Wayne Brewer
106 Winding Hills Dr.
Clinton, MS 39056

Wayne C. Brewer
,

Harold Brier
,

Harold Brier
,

Frederick J. Brimmer
,

William Bringer
,

William H. Brinkman
,

Warren E Brinson
307 Mulberry Road
Chesterfield, IN 46017

Craig Brittin
,

Ward Britton
118 Laura LN.
Brockport, NY 14420

Victor Steven Broo
,

Gary J. Brooks
,

Cheryl L. Brown
,

Cheryl L. Brown
,

Chris Brown
,

Elizabeth M. Brown
241 Cricklewood Drive
Cortland, OH 44410

James Brown
,

Larry Brown
,

Lonzo Brown
,

Loretta N. Brown
,

Loretta N. Brown
,

Ralph D. Brown
,

Richard J. Brown

,

Richard J. Brown

,

Scott L. Brown

,

Thomas Brown

,

Thomas Brown

,

Brown & James, P.C.

,

Dewitt Brown on behalf of Creditor Arkema Inc.
Buchanan Ingersoll & Rooney PC
1835 Market Street
14th Floor
Philadelphia, PA 19103

J. Michael Brown on behalf of Unknown Hidria USA, Inc.
Gallivan, White & Boyd, PA
55 Beattie Place
Suite 1200
Greensville, SC 29601

Robert F. Brown on behalf of Unknown Mad River Transportation, Inc.
Rendigs, Fry, Kiely & Dennis, L.L.P.
One West Fourth Street
Suite 900
Cincinnati, OH 45202-3688

Patrick R. Browne

,

Terry Browne

,

David L. Brownfield

,

Valerie S. Brubaker

,

Edward A. Brucken

,

Michael Bruewer

,

James Bruner

,

James A. Bruner

,

Dennis Brunner
3184 Hance Road
Macedon, NY 14502

Frederick Bruns

,

Brush Engineered Materials
17876 St. Clair Avenue
Cleveland, OH 44110

James A. Bruso
2809 Gatewood Drive.
Waterford, MI 48329

George W Brutchen PE

,

Linda K. Bryan

,

Ned C. Bryant

,

Patricia Bryant

,

Deneise Bryant Lymuel
1340 Amarello Drive
Clinton, MS 39056

Tamika A. Bryant on behalf of Other Prof. Howard & Howard Attorneys, P.C.
Howard & Howard Attorneys, P.C.
39400 Woodward Avenue
Suite 101
Bloomfield Hills, MI 48304-5151

Terrance A. Buchaiski

,

Jacob W. Buchdahl on behalf of Plaintiff Delphi Corporation

Susman Godfrey LLP
654 MAdison Avenue
5th Floor
New York, NY 10065

Terry L. Buckley
,

Terry L. Buckley
160 W. 400N
Sharpsville, IN 46068

John Buckner
12062 Million Dollar Hwy.
Medina, NY 14103

Jim Buczkowski
5669 Leete Rd.
Lockport, NY 14094

Frank X. Budelewski
,

J. Michael Budenz
,

Daniel J. Buehler
,

Buell Automatics, Inc.
,

Bryan Bueltel
,

Buffalo Check Cashing, Inc.
,

Linda A. Bullens
,

Edward Bungo
,

Edward M. Bungo
379 Cherry Hill Lane
Cortland, OH 44410

Kathy Bungo
,

Barbara Pauline Burger
9844 S Glenmoor Ct.
Oak Creek, WI 53154

James M. Burke
,

Kenneth D. Burkett
,

John Burleson
,

Thomas Burleson
,

Thomas D. Burleson
22532 10 Mile Road
Saint Clair Shores, MI 48080

Dale E. Burnett
,

Robert L. Burnison
,

Barbara Burns
,

Barbara Burns
,

Joanne Burns
,

Ronald Burns
,

Lyle E. Burr
,

Lyle E. Burr
,

Burr & Forman LLP
420 North 20th Street
Suite 3100
Birmingham, AL 35203

Lee Ann Burrows
,

Fred Burton
167 Caesar Blvd.
Williamsville, NY 14221

Michael R. Burton

,

Deborah Busch

,

Richard W. Buschmann

,

Dennis C. Butler

,

Raymond O. Butler
713 Camellia Green Dr.
Sun City Center, FL 33573

Robert E. Butler

,

Gary L. Butterfield

,

John Wm Buttler

,

James Butts

,

Charles W. Byer

,

William Byers

,

William J. Byers

,

Russell D. Byrer

,

Ronald B. Byrns

,

C&S Logos Patent and Law Office

,

CDW Computer Centers, Inc.

,

CH & I Technologies, Inc.

,

CH2M Hill, Inc.

,

CPI Control & Power, Inc.

,

CT Corporation

,

CT Corporation

,

CT a Wolters Kluwer Business

,

CTP Carrera, Inc. d/b/a Carclo Technical Plastics

,

CTP Carrera, Inc., d/b/a Carclo Technical Plastics

,

Cadena Law Firm, P.C.

,

JoEllen Cain

,

JoEllen Cain
7150 E 00 NS
Greentown, IN 46936

Barbara Lee Caldwell on behalf of Unknown Maricopa County Treasurer
Hebert Schenk P.C.
4742 N. 24th Street
Suite 100
Phoenix, AZ 85016

James W. Calhoun

,

Thomas R. Califano on behalf of Interested Party John E. Benz & Co.
DLA Piper LLP (US)
1251 Avenue of the Americas
29th Floor
New York, NY 10020-1104

thomas.califano@dlapiper.com,
jeremy.johnson@dlapiper.com;vincent.roldan@dlapiper.com;john.mcnicholas@dlapiper.com;william.coleman
@dlapiper.com;robert.ware@dlapiper.com;christopher.thomson@dlapiper.com;mark.c.smith@dlapiper.com;kri
stin.rosella@dlapiper.com;camisha.simmons@dlapiper.com

Joseph M. Callahan

,

Callanan Industries, Inc.

,

Marsha Calloway

,

Marty Campana

,

Gary W. Campbell

,

Kenneith R. Campbell

,

Thomas L. Campbell

,

Carole Canter

,

Ken Cantrell

,

Kenneth K, Cantrell

,

James A. Caporini

,

Joseph A. Carbone on behalf of Unknown Comptrol Incorporated
Joseph A. Carbone Co., L.P.A.
1370 Ontario Street
Suite 800
Cleveland, OH 44113

Manuel Cardenas

,

Manuel Cardenas
105 Provincial Ct#3
Saginaw, MI 48638

Cardinal Law Group, Ltd.

,

Thomas J Carella
685 Sara Court
Lewiston, NY 14092

Thomas J. Carella

,

Jeffrey G. Carl
6597 Parkwood Dr.
Lockport, NY 14094

Thomas P. Carlin

,

Robert W. Carlson

,

Joan B. Carmack

,

Randy F. Carmen

,

Sheryl L. Carnivale

,

Gary Carpenter

,

Janice M. Carpenter

,

Paula Carpentiari

,

Paula Carpentieri

,

Dwayne M. Carr
604 Brookmeade Court
Beavercreek, OH 45434

Edward A. Carr

,

Thomas G Carrier
2161 S Ryan Ct
Bay City, MI 48706

Richard T. Carriere

,

Roberto Carrillo on behalf of Unknown Tecnomec S.R.L.
Garvey Schubert Barer
100 Wall Street
20th Floor
New York, NY 10005

Kathy Carrithers

,

Cathleen Carroll

,

Charles H. Carson

,

Thomas J. Carson
5514 Forest Hill Rd
Lockport, NY 14094

Sharyl Carter

,

Sharyl Carter

,

Sharyl Carter

,

Sharyl Y. Carter

,

Sharyl Y. Carter

,

Sharyl Y. Carter

,

Sharyl Y. Carter
92 Woolery Lane # C
Dayton, OH 45415

Sharyl Yvette Carter
1541 LaSalle Avenue
#1
Niagra Falls, NY 14301

Sheila D Carter

,

Marianne Case

,

Roy Case
16920 Roslyn Lee Lane
Athens, AL 35613

Dwight E. Casler

,

Gary Casterline
7895 Raglan Drive
Warren, OH 44440

Kevin W. Castor

,

Kevin W. Castro
3610 Nichol Ave.
Anderson, IN 46011

Henry Caswell
Wise Choice British Foods
6171 Brandt Pike
Huber Heights, OH 45424

Catalytic Solutions, Inc.

,

Pamela Cates

,

Cathy J. Dorland

,

Robert A. Catron

,

George B. Cauthen

,

Babette A. Ceccotti
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036

James B. Cech

,

Cheryl Cera

,

Brad A. Chalker on behalf of Unknown Jospeh Reno
Law Offices of Brad A. Chalker, LLC.
848-C East Franklin St.
Centerville, OH 45459

William R. Chamberlain

,

Richard Chandler

,

Peggy R. Chaney

,

Peggy R. Chaney
3193 Solar Dr. NW
Warren, OH 44485

Elaine L. Chao
U.S. Department of Labor
Office of the Solicitor
230 South Dearborn Street
Room 844
Chicago, IL 60604

Marcus Chao

,

Janet L. Chaplin

,

Lynda L. Chapman

,

Ralph E. Chapman

,

Sarah B. Chapman Carter

,

Jeanine S. Chart

,

David Chatt
7133 Northledge Drive
Lockport, NY 14094

David M. Chatt

Jeanine S. Chatt
7133 Northledge Dr.
Lockport, NY 14094

Madan Chatterji
,

Madan Chatterji
,

Arun K. Chaudhuri
13940 Stonemill Circle
Carmel, IN 46032

Maria E. Chavez-Ruark on behalf of Creditor Constellation NewEnergy - Gas Division, LLC
DLA Piper US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209

Charles C. Chen
,

Chi-Hau Chen
415 Bradford Place
N. Dartmouth, MA 02747

Wanda W. Chen
415 Bradford Place
N. Dartmouth, MA 02747

Stuart F. Cheney on behalf of Unknown Autocam Corporation
,

Matthew W. Cheney on behalf of Unknown Westwood Associates, Inc.
Orrick, Herrington, & Sutcliffe LLP
3050 K Street, N.W.
Washington, DC 20007

Cherry Corporation
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Cherry GMBH
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Chester, Willcox & Saxbe, LLP.

,

Simeon Chikildin
1604 W 11th Street
Muncie, IN 47302

Charles E. Childs

,

Charles E. Childs
647 South, 850 East
Greentown, IN 46936

Robert Childs

,

Mark Ira Chinitz on behalf of Unknown Key Safety Systems, Inc.
Stein Riso Mantel LLP
405 Lexington Avenue
New York, NY 10174
mark.chinitz@steinrisomantel.com

Nancy Christopher

,

Ken Chung

,

Shao Chung

,

Joseph A. Cianciosa
7325 Balla Drive
North Tonawanda, NY 14120

Matthew Ciaramitaro

,

Chet Ciesinski

,

Robert Ciesluk

,

Salvatore L. Ciferno

,

Thomas C. Clair

,

Melba R Clapp

,

Timothy A. Clar
782 Hightower Way
Webster, NY 14580

Michael D. Clark

,

Michael D. Clark

,

Ronald T. Clark

,

R. John Clark on behalf of Creditor Alliance Precision Plastics Corporation
Hancock & Estabrook, LLP
1500 Tower 1
P.O. Box 4976
Syracuse, NY 13221-4976

Megan E. Clark on behalf of Creditor Carl Allison
Freking & Betz
525 Vine Street
Sixth Street
Cincinnati, OH 45202

Clark, Thomas & Winters PC
c/o Will Guerrant
300 W. Sixth Street, Suite 1500
Austin, TX 78701

Bruce Clary

,

Roger C. Class
13712 White Cap Dr.
Sterling Hts., MI 48313

Mark G. Claypool on behalf of Creditor Matrix Tool, Inc.
Knox McLaughlin Gornall & Sennett, P.C.
120 West Tenth Street
Erie, PA 16501-1461

Ralph Clayson

,

Clerk of Court

,

Clerk's Office U.S. Bankruptcy Court

,

John Clifford
Gasport, NY 14067

Robert & Barbara L Cline
3108 Tally Ho Dr
Kokomo, IN 46902

William K. Clupper

,

David L Clute

,

William J. Coats
456 Greenmount Drive
Canfield, OH 44406

Robert W. Coberg

,

Joseph D. Cocca

,

Coface North America, Inc.

,

Thomas W. Coffey

,

Theodore C. Coffield
9210 Ray Road
Gaines, MI 48436

Gina D. Coggin on behalf of Unknown Sandra Williams
RHEA, BOYD, RHEA & COGGIN
930 Forrest Avenue
Gadsden, AL 35901

Jeffrey L. Cohen on behalf of Creditor Greywolf Capital Management LP
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036
jcohen@cooley.com

Douglass Cole

,

Douglass L. Cole

,

Douglass L. Cole

,

Douglass L. Cole

,

Collector of Revenue for St. Louis County, Missouri

,

Collector of Revenue, St. Louis County, Missouri

,

Lin Collin

,

Howard Collins

,

Nancy L. Collins
14531 Grande Cay
Cir #3009
Fort Myers, FL 33908-7987

Raymond D. Collins

,

Raymond D. Collins
14531 Grande Cay Ctr.
Apt. 3009
Fort Myers, FL 33908-7987

Ronald L. Collins

,

Carl D. Colpean
18 Southlawn Ct.
Saginaw, MI 48602

Daniel Coltoniak

,

Daniel R. Coltoniak

,

Denice Combs

,

Donice Combs

,

Kevin M. Comer

,

Max D. Comerford

,

Commissioner of Revenue for theCommonwealth of Massachusetts ("MDOR")

,

Commodity Management Services and GBS Printed Products & Services

,

Commonwealth of Pennsylvania Department of Revenue

,

James R. Conger

,

Robert J. Conklin

,

Karen Conner

,

Michael P. Connerton
8 Cricket Knoll Ln.
Carmel, IN 46033-1962

Chris Connolly

,

Debby Connolly
608 S 12th Ave
Saint Charles, IL 60174

Edward L Conover
5422 Fosdick Rd.
Ontario, NY 14519

William J. Conroy

,

Control Masters, Inc.

,

Controls Crew Co., Inc.

,

William J. Conwell

,

Carol L. Cook

,

Gary Y. Cook

,

Susan A. Cook

,

Michael L. Cook on behalf of Interested Party D.C. Capital Partners, L.P.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
michael.cook@srz.com, michael.cook@srz.com

Ted E. Cookman
6320 Franklin Trail
El Paso, TX 79912

Debra Jean Cooley

,

Michael Bruce Cooley

,

Duane D. Cooper

,

Merel L. Cooper

,

Richard L Cooper
10497 Perry Road
LeRoy, NY 14482

Jeffrey A. Cooper on behalf of Unknown Specialty Coatings Systems Eft.
Carella, Byrne, Bain, Gilfillan, Cecchi,
Stewart & Olstein
5 Becker Farm Road
Roseland, NJ 07068
jcooper@carellabyrne.com

David A. Copp

,

Robert B. Corbin

,

Robert S. Corbin
271 Crescent Place #3A

Yonkers, NY 10704

Anthony V. Cornacchione
1675 Fox Trail
Bellbrook, OH 45305

Larry Cornell
151 Christina Dr.
North Chili, NY 14514

Thomas V. Cornell
,

Cornell University
,

Don Corpier
,

Don C. Corser
,

John R. Costello
,

Michael D. Courtney
,

David K. Cox
1038 Carnoustie Circle
Grove City, OH 43123

Howard M. Cox
,

Ronald W Cox
9610 Oakhaven Ct
Indianapolis, IN 46256

Angelika J. Coyle
,

Brenda L. Cozart
,

Larry Cracraft
,

Larry F. Cracraft
,

Caver Craig

,

Charles E. Craig
1377 Cranbrook Dr. NE
Warren, OH 44484

James A Craig
18751 Whitcomb Place
Noblesville, IN 46062

Julia M. Craig
1377 Cranbrook Dr. NE
Warren, OH 44484

Kerry A. Crain

,

David J. Crandall

,

David M Crandall
1023 Pendle Hill Ave
Pendleton, IN 46064

Martin E. Crandall on behalf of Creditor Milan Belans
Clark Hill PLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226

Floyd C. Crawford
901 Carriage Hill Drive
Salem, OH 44460

John Crawford

,

John C. Crawford

,

Creative Techniques, Inc.

,

Credit Suisse

,

Carol Creel

,

Lawrence H. Cresswell

53 Winding Creek Lane
Rochester, NY 14625

Curtis L. Crittendon
,

Thelma Pat Crittendon
3009 Darwin Lane
Kokomo, IN 46902

Lawrence F. Croisdale
,

James A. Crooks
,

Gerald Cross
,

William E. Cross
,

James L. Crouse
,

William E. Crousore
,

Crown Credit Company
,

Phil H. Crum
,

Richard T Cruse
9 Beacon Park - Unit I
Amherst, NY 14228

Richard T. Cruse
9 Beacon Park-Unit I
Amherst, NY 14228

Jack L Crusey
9301 Leafy Hollow Ct
Dayton, OH 45458-9416

Thomas M. Cryan, Jr on behalf of Plaintiff Delphi Corporation
Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, DC 20006

Richard D. Culbertson

,

Ralph E. Culliton

,

William Keith Cummins

,

William Keith Cummins
17236 Street Car Rd.
Brookville, IN 47012

Charles Cunningham

,

Charles R. Cunningham

,

Gary H. Cunningham

,

Gary H. Cunningham
Giarmarco, Mullins & Horton, P.C.
101 W. Big Beaver Road
10th Floor
Troy, MI 48084

Juanita M Cunningham
5079 Shady Oak Trl
Flint, MI 48532

Mary Beth Cunningham

,

Marybeth Cunningham

,

Sandra Sullivan Cunningham

,

Cunningham Engineering, Inc.

,

John K. Cunningham on behalf of Unknown Appaloosa Management L.P.
White & Case, LLP
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131
jcunningham@whitecase.com,
rkebrdle@whitecase.com;icruz@whitecase.com;fmenendez@whitecase.com;lbegy@whitecase.com;jdisanti@w

hitecase.com;mcosbny@whitecase.com

Anita Curran
4210 East Lake Road
Livonia, NY 14487

Anita D. Curran

,

James Curran
4210 East Lake Road
Livonia, NY 14487

Michael J. Curran

,

Steven M. Curran
54 Anglers Cove
Hilton, NY 14468

Currie Kendall PLC

,

Andrew Currie on behalf of Debtor Delphi Corporation
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Larry Cusick

,

Randall Cyman

,

Randall E. Cyman
3321 N. Old Hwy 421
Greensburg, IN 47240

Kenneth S. Czernik

,

Raniero D'Aversa on behalf of Creditor Bank of America, N.A.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-001
rdaversa@orrick.com, crogers@orrick.com

D-J, Inc.

,

Nancy Dabney

,

W.M. Howard Dahlem
1801 Townshend Tr. SW.
Decatur, AL 35603

William Dahlquist

,

Jimmie Dallas
1119 Irving Way
Anderson, IN 46012

Craig Alan Damast on behalf of Attorney Blank Rome
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174

Paul Danahy
35 Mont Morency Dr.
Rochester, NY 14612

Paul R. Daniel

,

Patrick D. Daniels

,

Alvin N. Darbee
6308 Heritage Pt. S.
Lockport, NY 14094

David Darnell

,

Richard L Darst on behalf of Creditor James Nguyen
8888 Keystone Crossing Blvd
Suite 800
Indianapolis, IN 46240

Dennie M. Dashkovitz
9310 Buck Rd
Freeland, MI 48623

Dennis Dashkovitz

,

Herbert S. Daugherty

,

James D. Daugherty

,

Tim Daves
16481 Dusk Light Drive
Fenton, MI 48430

David C. Hines

,

David Green

,

David Smith

,

John R Davidson
2823 Lower River Road SE
Decatur, AL 35603

John R. Davidson

,

James E. Davies

,

Barbara J. Davis

,

Billy Davis

,

Daniel R. Davis
4505 Willow Dr.
Kokomo, IN 46901

Diane M. Davis

,

Henry Davis
Jackson, MS

James R. Davis

,

James R. Davis
394 Westchester Drive SE
Warren, OH 44484

John E. Davis
151 Republic Ave
NW

# EXHIBIT 11

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                          :
        In re                             :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                   Debtors.               :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

AFFIDAVIT OF SERVICE

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On August 6, 2007, I caused to be served the documents listed below (i) upon the parties listed on Exhibit A hereto via overnight delivery, (ii) upon the parties listed on Exhibit B hereto via electronic notification and (iii) upon the parties listed on Exhibit C hereto via postage pre-paid U.S. mail:

1) Order Authorizing And Approving Delphi-Appaloosa Equity Purchase And Commitment Agreement Pursuant To 11 U.S.C §§ 105(a), 363(b), 503(b), And 507(a) ("Delphi-Appaloosa Investment And Plan Support Order") (Docket No. 8856) [a copy of which is attached hereto as Exhibit D]

2) Sixth Amended Order Suspending Further Proceedings On Debtors' Motion For Order Under 11 U.S.C § 1113(c) Authorizing Rejection Of Collective Bargaining Agreements And Authorizing Modification Of Retiree Welfare Benefits Under 11 U.S.C. § 1114(g) ("Sixth Amended Section 1113 And 1114 Proceedings Suspension Order") (Docket No. 8880) [a copy of which is attached hereto as Exhibit E]

3) Expedited Motion For Order Under 11 U.S.C. §§ 102(1)(A), 105(a), 107, 108(a)(2), And 546(a) And Fed. R. Bankr. P. 7004, 9006(c), And 9018 (i) Authorizing Debtors To Enter Into Stipulations Tolling Statute Of Limitations With Respect To Certain Claims, (ii) Authorizing Procedures To Identify Causes Of Action That Should Be Preserved, And (iii) Establishing Procedures For Certain Adversary Proceedings Including Those Commenced By Debtors Under 11 U.S.C. § 541, 544, 545, 547, 548, Or 553 ("Preservation Of Estate Claims Procedures Motion") (Docket No. 8905) [a copy of which is attached hereto as Exhibit F]

4)  Expedited Motion For Order Under 11 U.S.C. §§ 363, 1113, And 1114 And Fed. R. Bankr. P. 6004 And 9019 Approving (I) Memoranda Of Understanding Among IUOE, IBEW, IAM, Delphi, And General Motors Corporation Including Modification Of IUOE ,IBEW, And IAM Collective Bargaining Agreements And Retiree Welfare Benefits For Certain IUOE, IBEW, And IAM-Represented Retirees And (II) Modification Of, And Term Sheet Regarding, Retiree Welfare Benefits For Certain Non-Represented Hourly Active Employees And Retirees ("IUOE, IBEW, And IAM 1113/1114 Settlement And Retiree Benefit Approval Motion") (Docket No. 8906) [a copy of which is attached hereto as Exhibit G]

5)  Expedited Motion For Order Under 11 U.S.C. §§ 363, 1113, And 1114 And Fed. R. Bankr. P. 6004 And 9019 Approving Memorandum Of Understanding Among IUE-CWA, Delphi, And General Motors Corporation Including Modification Of IUE-CWA Collective Bargaining Agreements And Retiree Welfare Benefits For Certain IUE-CWA-Represented Retirees ("IUE-CWA 1113/1114 Settlement Approval Motion") (Docket No. 8907) [a copy of which is attached hereto as Exhibit H]

On August 6, 2007, I caused to be served the document listed below (i) upon the parties listed on Exhibit I hereto via overnight delivery and (ii) upon the parties listed on Exhibit J hereto via electronic notification:

6)  Order Authorizing And Approving Delphi-Appaloosa Equity Purchase And Commitment Agreement Pursuant To 11 U.S.C §§ 105(a), 363(b), 503(b), And 507(a) ("Delphi-Appaloosa Investment And Plan Support Order") (Docket No. 8856) [a copy of which is attached hereto as Exhibit D]

On August 6, 2007, I caused to be served the documents listed below upon the parties listed on Exhibit K hereto via overnight delivery:

7)  Sixth Amended Order Suspending Further Proceedings On Debtors' Motion For Order Under 11 U.S.C § 1113(c) Authorizing Rejection Of Collective Bargaining Agreements And Authorizing Modification Of Retiree Welfare Benefits Under 11 U.S.C. § 1114(g) ("Sixth Amended Section 1113 And 1114 Proceedings Suspension Order") (Docket No. 8880) [a copy of which is attached hereto as Exhibit E]

8)  Expedited Motion For Order Under 11 U.S.C. §§ 363, 1113, And 1114 And Fed. R. Bankr. P. 6004 And 9019 Approving (I) Memoranda Of Understanding Among IUOE, IBEW, IAM, Delphi, And General Motors Corporation Including Modification Of IUOE ,IBEW, And IAM Collective Bargaining Agreements And Retiree Welfare Benefits For Certain IUOE, IBEW, And IAM-Represented Retirees And (II) Modification Of, And Term Sheet

Regarding, Retiree Welfare Benefits For Certain Non-Represented Hourly Active Employees And Retirees ("IUOE, IBEW, And IAM 1113/1114 Settlement And Retiree Benefit Approval Motion") (Docket No. 8906) [a copy of which is attached hereto as Exhibit G]

9)  Expedited Motion For Order Under 11 U.S.C. §§ 363, 1113, And 1114 And Fed. R. Bankr. P. 6004 And 9019 Approving Memorandum Of Understanding Among IUE-CWA, Delphi, And General Motors Corporation Including Modification Of IUE-CWA Collective Bargaining Agreements And Retiree Welfare Benefits For Certain IUE-CWA-Represented Retirees ("IUE-CWA 1113/1114 Settlement Approval Motion") (Docket No. 8907) [a copy of which is attached hereto as Exhibit H]

Dated: August 10, 2007

_____/s/ Evan Gershbein_____
Evan Gershbein

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 10th day of August, 2007, by Evan Gershbein, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____/s/ Leanne V. Rehder_____

Commission Expires:_____6/2/08_____

# EXHIBIT A

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-209-4801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0221 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126960000 | 2126571559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc., Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein, Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com; brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.a.corcoran@delphi.com; karen_j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSA | | Troy | MI | 48098 | 248-696-1728 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4655 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MO. OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler, Bonnie Steingart, Vivek Melwani, Jennifer L Rodburg, Richard J. Slivnisli | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuja@ffhsj.com; slivnri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-247-1010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9800 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2388 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8600 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8600 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn. Insolvency Department, Maria Valerio | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3502 | | Michigan IRS |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-436-1038 | 212-436-1931 | | IRS |
| IUE-CWA | Conference Board Chairman | 2701 Dr. Dorothy Lane | Suite 201 | Dayton | OH | 45420 | 937-294-7813 | 937-294-9164 | | Creditor Committee Member |
| Jefferies & Company, Inc. | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | susan.atkins@jpmorgan.com; gianni.russello@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel to Official Committee of Unsecured Creditors |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel to Official Committee of Unsecured Creditors |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1381 | patrick.healy@lawdeb.com | Indenture Trustee |

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY/FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | mkhambati@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6600 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6600 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-863-8896 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq, Thomas R Kreller Esq, James E III Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com; tkreller@milbank.com; jiii@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 212-735-8600 | 9125223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8075 | 212-416-6075 | william.dorr@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | garrick.snofield@pbgc.gov; effie@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 202-326-4020 | 202326-4112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0689 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | 212218500 | 212218506 | rdremluk@seyfarth.com; dbartner@chiesman.com | Counsel to Miraris Electronics North America, Inc.; Fejuna America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-848-4000 | 212-848-7179 | dbartner@shearman.com; jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thacher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com; rtrust@stblaw.com; wrussell@stblaw.com | Counsel to Debtors Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com; jlyons@skadden.com; rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com; tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198500 | cs@stevenslee.com; cp@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Tyco Electronics Corporation | MaryAnn Bririston, Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 07960 | 973-656-8585 | 973-656-8805 | | Creditor Committee Member |

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 (does not take service via fax) | | Counsel to United States Trustee |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8007 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

8/9/2007 11:57 AM
Master Service List Overnight Mail

# EXHIBIT B

Delphi Corporation
Master Service List

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-209-4801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 212.696.6000 | 212.697.1559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc.; Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Shekou de Mexico S.A de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific, Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein / Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 / 212-450-4213 | 212-450-3092 / 212-450-3213 | donald.bernstein@dpw.com / brian.resnick@dpw.com | Counsel to Debtors Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com / karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1798 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-327-4653 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 5501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3690 | rlee.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Eric Snyder / Bonnie Steingart / Vivek Melwani / Jennifer L. Roxburg / Richard J. Steinberg | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | steingbo@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-247-1010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Crown Law Group | Laurie A. Hassid | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassid@crown.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Colman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fcolman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert M. Wexler, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rwexler@honigman.com | Counsel to General Motors Corporation |
| Jefferies & Company, Inc. | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | wderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Dicker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-0016 | richard.dicker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com / susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel to Official Committee of Unsecured Creditors / Postpetition EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel to Official Committee of Unsecured Creditors / Postpetition EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert L. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to NuVox/Cox North America, Inc. |

8/7/2007 3:16 PM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY/FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Medical North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave, N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-9900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8356 | 212-682-5016 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Millbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq, Thomas R Kreller, Esq James E Til Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5093 | gbray@milbank.com tkreller@milbank.com jtil@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morgan Cohen LLP | Joseph T. Moldovan, Esq | 909 Third Avenue | | New York | NY | 10022 | 212/735-8603 | 917/229-3103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schofield, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1320 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | william.donhorn@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 202/326-4020 | 202326/4112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | 212/218/5500 | 212/218/5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc., Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-848-4000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thacher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyons@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 212/319/8500 | 212/319/8505 | cs@stevenslee.com cdp@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to The Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | harvey.miller@weil.com | Counsel to General Motors Corporation |

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/nomin+m Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

8/7/2007 3:15 PM
Master Service List-Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Adalberto Cañadas Castillo | | Avda Ramon de Carranza | 10-1º | Cadiz | | 11005 | Spain | 34 956 226 311 | | notalberto@canada.com | Representative to DASE |
| Akin Gump Strauss Hauer & Feld LLP | Peter J. Gurfein | 2029 Century Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-552-6696 | 310-229-1001 | pgurfein@canada-gump.com | Counsel to Wamco, Inc. |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | 949-553-8354 | mgreger@allenmatkins.com | Counsel to Kilroy Realty, L.P. |
| Alston & Bird, LLP | Craig E. Freeman | 90 Park Avenue | | New York | NY | 10016 | | 212-210-9400 | 212-922-3981 | craig.freeman@alston.com | Counsel to Cadence Innovation, LLC |
| Alston & Bird, LLP | Dennis J. Connolly, David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 | | 404-881-7269 | 404-253-8854 | dconnolly@alston.com, dwender@alston.com | Counsel to Cadence Innovation, LLC |
| Ambrake Corporation | Brandon J. Kessinger | 300 Ring Road | | Elizabethtown | KY | 42701 | | 270-234-5428 | 270-737-3044 | bkessinger@dickinson-usa.com | Representative for Ambrake Corporation |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 65-2-42 | | Detroit | MI | 48243 | | 313-758-4888 | | steven_keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Andrews Kurth LLP | Gogi Malik | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | gogimalik@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Andrews Kurth LLP | Monica S. Blacker | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | mblacker@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | 626-577-7764 | mflewelling@afrct.com | Counsel to Stanley Electric Sales of America, Inc. |
| Arent Fox PLLC | Mitchell D. Cohen | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Cohen.Mitchell@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Hirsh.Robert@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | 404-873-8121 | dladdin@agg.com | Counsel to DashWoks (America) Corp. d/b/a KDS America ("DashWoks"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | 202-942-5969 | joel_gross@aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | 519-650-6520 | cgalloway@atsautomation.co m | Company |
| Baraca, Frantzzano, Kirschbaum & Magelberg LLP | Kimberly J. Robinson | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | kim.robinson@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Jamison Industries, Inc. |
| Baraca, Ferrazzano, Kirschbaum & Magelberg LLP | William J. Barrett | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | william.barrett@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | alan.mills@btlaw.com | Counsel to Mays Chemical Company |
| Barnes & Thornburg LLP | John T. Gregg | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3930 | 626-742-3999 | john.gregg@btlaw.com | Counsel to Priority Health, Clarion Corporation of America |
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | mark.owens@btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | michael.mccrory@btlaw.com | Counsel to Gibbs Die Casting Corporation, Clarion Corporation of America |
| Barnes & Thornburg LLP | Patrick E. Mears | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3935 | 616-742-3999 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | wendy.brewer@btlaw.com | Counsel to Gibbs Die Casting Corporation |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | 617-422-0383 | ffm@bostonbusinesslaw.com | Counsel to Iron Mountain Information Management, Inc. |

8/9/2007 11:52 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beeman Law Office | Thomas M Beeman | 33 West 10th Street | Suite 200 | Anderson | IN | 46016 | | 765-640-1330 | 765-640-1332 | tom@beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |
| Bernstein, Litowitz Berger & Grossmann | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | 212-554-1444 | hannah@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employers' Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Bernstein, Litowitz Berger & Grossmann | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | 212-554-1444 | sean@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employers' Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Bernstein, Litowitz Berger & Grossmann | Wallace A. Showman | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1429 | 212-554-1444 | wallace@blbglaw.com | Counsel to SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Bielson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | pcostello@bbslaw.com | Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | tgaa@bbslaw.com | Counsel to Veritas Software Corporation |
| Bingham McHale LLP | John E Taylor Whitney L Mosby | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | 317-236-9907 | taylorje@binghammchale.com; ymosby@binghammchale.com | Counsel to Universal Tool & Engineering co. Inc. and M.G. Corporation |
| Blank Rome LLP | Marc E. Richards | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | 212-885-5002 | mrichards@blankrome.com | Counsel to DENSO International America, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | 313-393-7579 | rmcdowell@bodmanllp.com | Counsel to Freudenberg-NOK, General Partnership; Freudenberg-NOK, Inc.; Flexitech, Inc.; Vibracoustic de Mexico, S.A. de C.V.; Veer Corporation; American Axle & Manufacturing, Inc. |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | chill@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | csullivan@bsk.com | Counsel to Diemolding Corporation; Marquardt GmbH and Marquardt Switches, Inc. |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | sdonato@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY/FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bose McKinney & Evans LLP | Jeannette Eisan Hinshaw | 135 N. Pennsylvania Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-684-5266 | 317-684-5173 | jhinshaw@boselaw.com | Counsel to Decatur Plastics Products, Inc. and Eikenberry & Associates, Inc.; Lorenson Manufacturing Company, Inc.; Lorenson Tooling, Inc.; L & S Tools, Inc.; Hewitt Tool & Die, Inc. |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 340025 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | amcmullen@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 340025 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | rjones@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brembo S.p.A. | Massimiliano Cini | Administration Department via Brembo 25 | 24035 Curno BG | Bergamo | | | Italy | 00039-035-605 0009-035-605 529 | 0039-035-605 671 | massimiliano_cini@brembo.it | Creditor |
| Shaw & Comany LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 866-812-8900 | 856-853-9933 | dludman@browngreenberg.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, A Professional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com | Counsel to Oracle USA, Inc.; Oracle Credit Corporation |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | (205) 458-5365 | (205) 244-5651 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc. |
| Cadwalader Wickersham & Taft LLP | Jeannine D'Amico | 1201 F St. NW Ste 1100 | | Washington | DC | 20004 | | 202-862-2452 | 202-862-2400 | jeannine.damico@cwt.com | Attorneys for the Audit Committee of Delphi Corporation |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 732-205-0777 | jonathan.greenberg@BASF? CM | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 212-269-5420 | rusadi@cgllp.com | Counsel to Engelhard Corporation |
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 | | 216-622-8404 | 216-241-0816 | jrobertson@calfee.com | Counsel to Brush Engineered Materials |
| Calfee & Katz, LLP | Dorothy H. Marinis-Riggio | 140 East 45th Street | 17th Floor | New York | NY | 10017 | | 212-808-8900 | 212-644-6123 | dtriggio@cardkitlaw.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Aluminum Elkay Enfield United, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Enright Technologies LLL and Areal Plastics, Inc. |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 300 East Maple Road | Third Floor | Birmingham | MI | 48009-6317 | | 248-644-4840 | 248-644-1832 | rweisberg@carsonfischer.com | Counsel to Cascade Die Casting Group, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | 212-732-3232 | cahn@clm.com | Counsel to STMicroelectronics, Inc. |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | 212-541-5369 | ddeutsch@chadbourne.com | Counsel to EagleRock Capital Management |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | japplebaum@clarkhill.com | Counsel to 1st Choice Heating & Cooling, Inc.; BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLC | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | sdeeby@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill P.L.C. | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | 313-965-8252 | rgordon@clarkhill.com | Counsel to ATS Automation Trading Systems Inc. |

In re. Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Page 3 of 20

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY/FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | mcoflin@cgsh.com | Counsel to Amasss Electricos Automotores, S.A. de C.V.; Conelrex, S.A. de C.V. |
| Cleary Gottlieb Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | 15th Floor | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | jbromley@cgsh.com | Counsel to Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston, Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | 412-209-1837 | tmaxson@cohenlaw.com | Counsel to Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale, Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | 646-473-8038 | jvitale@cwsny.com, bceccotti@cwsny.com | Counsel to International Union, United Automobile, Aerospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | 860-727-0361 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co. Inc. |
| Corlin, McKenny & Philbrick, P.C. | Bruce N. Elliott | 350 South Main Street | Suite 600 | Ann Arbor | MI | 48104 | | 734-971-9000 | 734-971-9001 | Elliott@conklu.com | Counsel to Brazeway, Inc. |
| Connolly Bove Lodge & Hutz LLC | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | 302-658-0380 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200 | (203) 629-1977 (203) 629-1977 | mlee@contrariancapital.com, jstanton@contrariancapital.com, vraine@contrariancapital.com, slax@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | Pretekin@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Company |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Slyvie J. Derrien | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | derrien@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Company |
| Cornell University | Nancy H. Pagliaro | Office of University Counsel | 300 CCC Building, Garden Avenue | Ithaca | NY | 14853-2601 | | 607-255-5124 | 607-254-5355 | nhp5@cornell.edu | Paralegal/Counsel to Cornell University |
| Covington & Burling | Susan Power Johnston | 1330 Avenue of the Americas | | New York | NY | 10019 | | 212-841-1005 | 646-441-9055 | sjohnston@cov.com | Special Counsel to the Debtor |
| Cox, Hodgman & Giarmarco, P.C. | Sean M. Walsh, Esq. | Tenth Floor Columbia Center | 101 W. Big Beaver Road | Troy | MI | 48084-5280 | | 248-457-7000 | 248-457-7001 | swalsh@chflaw.com, cwalsh@chflaw.com | Counsel to Nishikbo Automotive Corporation |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3407 | djpm@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Ship Nut, Inc. |
| Curtin & Heefner, LLP | Robert Szwajkos | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3407 | rzs@curtinheefner.com | Counsel to Rolco, Inc.; The Durham Companies, Inc. |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | 716-856-5510 | wsavino@damonmorey.com | Counsel to Marshall E. Campbell Company |
| Day Pitney LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | 973-966-1015 | rmeth@daypitney.com | |

In re. Delphi Corporation, et al.
Case No. 05-44461 (RDD)

Page 4 of 20

8/9/2007 11:52 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY/FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Day Pitney LLP | Ronald S. Beacher, Conrad K. Chiu | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | 212-916-2940 | rbeacher@daypitney.com, cchiu@daypitney.com | Counsel to IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | 248-350-7772 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | 513-977-8141 | john.persiani@dinslaw.com | Counsel to The Procter & Gamble Company |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen, Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | 410-580-3001 | richard.kremen@dlapiper.com, maria.chavez-ruark@dlapiper.com | Counsel to Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Dreier LLP | Maura I. Russell, Wendy G. Marcari | 499 Park Ave | 14th Fl | New York | NY | 10022 | | 212-328-6100 | 212-652-3963 | mrussell@dreierllp.com | Counsel to SPCP Group LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Drinker Biddle & Reath LLP | Janice B. Grubin | 140 Broadway, 39th Fl. | | New York | NY | 10005-1116 | | 212-248-3140 | 212-248-3141 | janice.grubin@dbr.com | Counsel to Vanguard Distributors, Inc. |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | 973-424-2001 | jhlemkin@duanemorris.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichion (America) Corporation; Teijin Corporation; Teijin Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; and Hoshizaki America Corporation |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | tandplar@duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company |
| Eckert Seamans Cherin & Mellon LLC | Michael G. Busenkell | 300 Delaware Avenue | Suite 1360 | Wilmington | DE | 19801 | | 302-425-0430 | 302-425-0432 | mbusenkell@eckertseamans.com | Counsel to Chicago Miniature Optoelectronic Technologies, Inc. |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 972-715-9100 | 972-715-8900 | ayala.hassell@eds.com | Representative for Electronic Data Systems Corporation |
| Entergy Services, Inc. | Alan H. Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113 | | | | akatz@entergy.com | Assistant General Counsel to Entergy Services, Inc. |
| Erman, Teicher, Miller, Zucker & Freedman, P.C. | David H. Freedman, Gary Eisdman | 400 Galleria Officentre | Ste. 444 | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | dfreedman@ermanteicher.com | Counsel to Caryhurst International, LLC |
| Eisdman & Moshheiser, P.C. | | 77 Main Street | | New Rochelle | NY | 10801 | | 516-227-5400 | 516-227-5407 | rgottehrer@aol.com | Counsel to Jon Batlin |
| Fagel Haber LLC | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | lnewman@fagelhaber.com | Counsel to Aluminum International, Inc. |
| Flaum Law Offices LLC | Charles L. Flaum, Jr., Esq. | 65 Turnbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-9588 | 860-890-3061 | charlesf@flaum-law.com | Counsel to Federal Express Corporation |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | 212-422-6836 | tdonovan@finkgold.com | Counsel to Pittsmore (U.S.A.) Inc. |
| Foley & Lardner LLP | David G Dragich | 500 Woodward Ave Suite 2700 | | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | ddragich@foley.com | Counsel to Internet Corporation |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | 312-832-4700 | jmurch@foley.com | Counsel to Kuss Corporation |
| Foley & Lardner LLP | John A. Simon | One Detroit Center | 500 Woodward Ave Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | jsimon@foley.com | Counsel to Ernst & Young LLP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 5 of 20

8/9/2007 11:52 AM
Email

Delphi Corporation
2002 List

8/9/2007 11:52 AM
Email

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY/FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Foley & Lardner LLP | Michael P. Richman | 90 Park Avenue | 37th Floor | New York | NY | 10016-1314 | | 212-682-7474 | 212-687-2329 | mrichman@foley.com | Counsel to Ernst & Young LLP |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | | 212-682-7575 | 212-682-4218 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | 609-348-6834 | mviscount@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930555 | Verona | WI | 53593 | | 608-848-8350 | 608-848-8357 | rikkers@rikkerslaw.com | Counsel to Southwest Metal Finishing, Inc. |
| Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Avenue | | New York | NY | 10103-3198 | | 212-318-3000 | 212-318-3400 | drosenzweig@fulbright.com | Counsel to Southwest Research Institute / Attorney for Schwy Fluorides, LLC |
| Fulbright & Jaworski LLP | Michael M Parker | 300 Convent St Ste 2200 | | San Antonio | TX | 78205 | | 210-224-5575 | 210-270-7205 | mparker@fulbright.com | Counsel to Southwest Research Institute |
| Gibbons P.C. | David N. Crapo | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-4523 | 973-596-0545 | dcrapo@gibbonslaw.com | Counsel to Epcos, Inc. |
| Goldberg, Stinnett, Meyers & Davis | Merle C. Meyers | 44 Montgomery Street | Suite 2600 | San Francisco | CA | 94104 | | 415-362-0046 | 415-362-2392 | mmeyers@gsmdlaw.com | Counsel to Abs Automotive, Inc. |
| Goodwin Procter LLP | Allan S. Brilliant | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | abrilliant@goodwinprocter.com | Counsel to UGS Corp. |
| Goodwin Procter LLP | Craig P. Druehl | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | cdruehl@goodwinprocter.com | Counsel to UGS Corp. |
| Gorlick Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | 212-269-2540 | bmehlsack@gkllaw.com | Counsel to International Brotherhood of Electrical Workers Local Union No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-3333 | | 617-482-1776 | 617-574-4112 | pbilowz@goulstonstorrs.com | Counsel to Thermadyn Company |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | 212-755-6503 | jeisenhofer@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Grant & Eisenhofer P.A. | Sharon Nirmul | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | snirmul@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Gratz, Miller & Brueggeman, S.C. | Mathew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | mrr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 6 of 20

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY/FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gretz, Miller & Brueggeman, S.C. | Timothy G. Hall | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-5508 | tgh@gmglaw.com | Counsel to International Brotherhood of Electrical Workers Local Union No. 663, International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Grayson Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | 513-651-3836 | mdebbler@graydon.com | Counsel to Grace Industries; Betavalle Tool & Die; PIA Group; Reliable Castings |
| Greenberg Traurig, LLP | Maria J. DiConza | MetLife Bldg | 200 Park Avenue | New York | NY | 10166 | | 212-801-9200 | 212-801-6400 | diconzam@gtlaw.com | Counsel to Samtech Corporation |
| Greenberg Traurig, LLP | Shari L. Heyen | 1000 Louisiana | Suite 1800 | Houston | TX | 77002 | | 713-374-3500 | 713-374-3505 | heyens@gtlaw.com | Counsel to Sumisho Corporation |
| Greensfelder, Hemker & Gale, P.C. | Cherie MacDonald, J. Patrick Bradley | 10 S. Broadway | Suite 2000 | St. Louis | MO | 63102 | | 314-241-9090 | 314-241-8624 | scm@greensfelder.com jpb@greensfelder.com | Counsel to ARC Automotive, Inc. |
| Guaranty Bank | Herb Rieher | 8333 Douglas Avenue | | Dallas | TX | 75225 | | 214-360-2702 | 214-360-1940 | herb.rieher@guarantygroup.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin, Christopher J. Battaglia, Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | 212-765-0964 | chalperin@halperinlaw.net cbattaglia@halperinlaw.net jdyas@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc. |
| Hancock & Estabrook LLP | R John Clark Esq | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | 315-471-3167 | rclark@hancocklaw.com | Counsel to Alliance Precision Plastics Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 350 Fifth Avenue | Suite 2418 | New York | NY | 10118 | | 212-725-7238 | 212-244-6219 | hleinwand@aol.com | Counsel to Baker Hughes Incorporated; Baker Petrolite Corporation |
| Haynes and Boone, LLP | Judith Elkin | 153 East 53rd Street | Suite 4900 | New York | NY | 10022 | | 212-659-7300 | 212-918-8989 | judith.elkin@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Haynes and Boone, LLP | Lenard M. Parkins, Kenric D. Kattner | 1 Houston Center | 1221 McKinney, Suite 2100 | Houston | TX | 77010 | | 713-547-2000 | 713-547-2600 | lenard.parkins@haynesboone.com kenric.kattner@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Heller Ehrman LLP | Timothy Mehok | Times Square Tower | Seven Times Square | New York | NY | 10036 | | 212-832-8300 | 212-763-7600 | timothy.mehok@hellerehrman.com | Counsel to @Road Inc. |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | 212-545-3360 | prubin@herrick.com | Counsel to Cerion U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Anna Marie Kennelly | 3000 Hanover St., M/S 1050 | | Palo Alto | CA | 94304 | | 650-857-5602 | 650-852-8517 | anne.kennelly@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7720 | 740-940-7539 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | 908-898-4133 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hiscock & Barclay LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-425-2716 | 315-425-8576 | jcharlton@hiscockbarclay.com | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1330 | 716-819-4645 | jkreher@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 230 Park Avenue | 17th Floor | New York | NY | 10169 | | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hogan & Hartson L.L.P. | Audrey Moog | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | asmoog@hhlaw.com | Counsel to Unitronic Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5877 | 202-637-5910 | ecdolan@hhlaw.com | Counsel to Unicoc Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-2000 | 212-918-3100 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | 1700 Lincoln | Suite 4100 | Denver | CO | 80203 | | 303-861-7000 | 303-866-0200 | elizabeth.flaagan@hro.com | Counsel to EnerSYS, Inc.; Conus, LP |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | 313-465-7315 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 7 of 20

8/6/2007 11:52 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | 313-465-7049 | esable@honigman.com | Counsel to Valeo Climate Control Corp., Valeo Electrical Systems, Inc. - Motors and Actuators Division/Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Honigman, Miller, Schwarz and Cohn, LLP | Seth A Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 | 313-465-7027 | sdrucker@honigman.com; lgoldberg@honigman.com | Counsel for Valeo Climate Control Corp., Intellectual Property Counsel for Delphi Corporation, et al. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | 248-645-1568 | lsg@h2law.com | Counsel to Vanguard Distributors, Inc. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | | 678-384-7000 | 678-384-7034 | lmcbryan@hwmklaw.com | Counsel to RF Monolithics, Inc. |
| Hunton & Williams LLP | Kenneth P. Masaud, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | kmasaud@hunton.com | Brotherhood of RF Monolithics, Inc. |
| Hunton & Williams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | stholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | 716-855-0874 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | 317-236-2219 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | MS 11305 | San Jose | CA | 95112 | | 408-501-6442 | 408-501-2486 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | 765-456-3636 | jeffrey.gillespie@infineon.com | Global Account Manager for Infineon Technologies North America |
| InPlay Technologies, Inc. | Heather Eastmans | 234 South Extension Road | | Mesa | AZ | 85201 | | | | heatherd@inplaytechnologies.com | Creditor |
| Intermet Corporation | Alan Miller | 301 Commerce Street | Ste 2901 | Fort Worth | TX | 76102 | | | | amiller@intermet.com | Creditor |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | 202-778-2641 | rgriffin@iuoe.org | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists, AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, *101 and 832 |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | pbarr@jaffelaw.com | Counsel to Trustom Corporation |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | 231-726-2005 | jrs@parmenterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | 312-840-7351 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products America LLC, Tenneco Inc. and Contech LLC |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | 212-755-7306 | sjfriedman@jonesday.com | Counsel to W.L. Ross & Co., LLC |
| Kotten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | 312-577-4733 | john.sieger@kattenlaw.com | Counsel to TDK Corporation of America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-836-8000 | 212-836-8689 | rsmolev@kayescholer.com | Counsel to InPlay Technologies Inc. |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-462-5400 | 614-464-2634 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |

In re. Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Page 8 of 20

8/9/2007 11:52 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY/FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko Carl Campen Laufenberg Erin M. Riley | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | 206-623-3384 | lsarko@kellerrohrback.com claufenberg@kellerrohrback.com eriley@kellerrohrback.com | Counsel to Noad Fatick, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | 602-248-2822 | ggotto@kellerrohrback.com | Counsel to Noad Fatick, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Kennedy, Jennick & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | lmagarik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communications Workers of America |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | sjennik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communications Workers of America |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | tkennedy@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communications Workers of America |
| King & Spalding, LLP | H. Slayton Dabney, Jr., Bill Dimos | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | 212-556-2222 | sdabney@kslaw.com bdimos@kslaw.com | Counsel to KPMG LLP |
| Kirkland & Ellis LLP | Jim Sherpad | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | 312-861-2200 | jsherpad@kirkland.com | Counsel to Lurit Manufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward N. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | 212-536-3901 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture Trustee |
| Kiehl Rooney Lieber & Schorling, Eric L. Schnabel DeWitt Brown | | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | (302) 552-4200 | | schnabele@saulewings.com dbrown@saulewings.com | Counsel to Entergy |
| Knuglak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-467-0700 | 330-467-4900 | sosimmerman@kwgd.com | Counsel to for Millwood, Inc. |
| Kozak-Rock LLP | Jay Selanders | 1010 Grand Blvd Ste 500 | | Kansas City | MO | 64106 | | 816-502-4617 | 816-695-0047 | jay.selanders@kutakrock.com | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; and DaimlerChrysler Canada, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | 617-542-3001 | ekutchin@kutchinrufo.com | Counsel to Pretex Corporation |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | 617-542-3001 | knorthrup@kutchinrufo.com | Counsel to Pretex Corporation |
| Lambert, Leser, Isackson, Cook & Giunta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | | smcook@lambertleser.com | Counsel to Linamar Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 9 of 20

8/9/2007 11:52 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY/FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Latham & Watkins | Erica Ruiz | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | erica.ruiz@lw.com | UCC Professional |
| Latham & Watkins | Henry P. Baer, Jr. | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | henry.baer@lw.com | UCC Professional |
| Latham & Watkins | John W. Weiss | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | john.weiss@lw.com | UCC Professional |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | 212-751-4864 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | mitchell.seider@lw.com | UCC Professional |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq. | 22 N Walnut Street | | West Chester | PA | 19380 | | 610-738-1223 | 610-738-1217 | mkohayer@aol.com | Counsel to A-1 Specialized Services and Supplies Inc. |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | 520-879-4705 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | 602-734-3824 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | General Counsel for Linear Technology Corporation | 1630 McCarthy Blvd. | Milpitas | CA | 95035-7417 | | 408-432-1900 | 408-434-0507 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel to Cameron County Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | 469-221-5002 | dallas.bankruptcy@publicans.com | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities: Cypress-Fairbanks Independent School District, City of Houston, Harris County |
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | | gschwed@loeb.com | Counsel to CredSof The Interpublic Group of Companies, Inc. and Proposed Auditor Deloitte & Touche, LLP |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | 212-407-4990 | whawkins@loeb.com | Counsel to Industrial Ceramics Corporation |
| Lord, Bissell & Brook | Timothy S. McFadden | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-0370 | 312-896-6394 | tmcfadden@lordbissell.com | Counsel to Methode Electronics, Inc. |
| Lord, Bissell & Brook | Timothy W. Brink | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-1832 | 312-443-4286-6432 | tbrink@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. |
| Lord, Bissell & Brook, LLP | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-947-4824 | 212-947-1302 | kwalsh@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | bnathan@lowenstein.com | Counsel to Calsonic Kansei North America, Inc. and Calsonic Kansei (America) Corp. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | ilevee@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma, Public Employee's Retirement System of Mississippi: Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | krosen@lowenstein.com | Counsel to Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Michael S. Etkin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma, Public Employee's Retirement System of Mississippi: Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 10 of 20

8/9/2007 11:52 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY/FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | scargill@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | vdagostino@lowenstein.com | Counsel to AT&T Corporation |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5555 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-867-8900 | 419-867-8909 | egc@lydenlaw.com | Counsel to Metro Fibers, Inc. |
| MacDonald, Illig, Jones & Britton LLP | Richard J. Parks | 100 State Street | Suite 700 | Erie | PA | 16507-1459 | | 814-870-7754 | 814-454-4647 | rparks@mijb.com | Counsel to Idea Tool Company, Inc. |
| Madian, Hauser, Wartell, Roth & Heller PC | Alexander Stotland Esq. | 28400 Northwestern Hwy. | Third Floor | Southfield | MI | 48034 | | 248-354-4030 | | astotland@hauserlaw.com | Attorney for Danico Manufacturing Co. |
| Madison Capital Management | Joe Landen | 5143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | 303-957-0198 | jlanden@mmadisoncap.com | Representative for Madison Capital Management |
| Margulies & Levinson, LLP | Jeffrey M. Levinson, Esq. Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | 216-514-4935 | jml@ml-legal.com lmc@ml-legal.com | Counsel to Venture Plastics Counsel to H.E. Services Company and Robert Beale and Counsel to Cindy Palmer, Personal Representative to the Estate of Michael Palmer |
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | | 989-752-1414 | | vmastromar@aol.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Horizon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC and Hitachi America Corporation |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | 312-245-7467 | gsantella@masudafunai.com jtsougas@masudafunaitw.so m | Counsel to Bank of America, N.A. |
| Mayer, Brown, Rowe & Maw LLP | Jeffrey S. Tougas | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | jtougas@mayerbrown.com | Counsel to Bank of America, N.A. |
| Mayer, Brown, Rowe & Maw LLP | Raniero D'Aversa, Jr. | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | rdaversa@mayerbrown.com | Counsel to H.E. Services |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | 212-609-6921 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 | | 973-622-4444 | 973-624-7070 | eglas@mccarter.com | Counsel to General Products Delaware Corporation |
| McCarthy Tetrault LLP | John J. Salmas Lorne P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | 416-868-0673 | jsalmas@mccarthy.ca lsalzman@mccarthy.ca | Counsel to Themselves (McCarthy Tetrault LLP) Counsel to Linear Technology Corporation, National Semiconductor Corporation; Trident Corporation |
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | 212-547-5444 | jsullivan@mwe.com | Counsel to National Semiconductor Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | 212-547-5444 | sselbst@mwe.com | Counsel to National Semiconductor Corporation |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sopincar@mcdonaldhopkins.c om | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | 973-622-5314 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuireWoods LLP | Aaron G. McCollough Esq. | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1000 | 804-775-1061 | amccollough@mcguirewoods. com | Counsel to Siemens Energy & Automation, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 11 of 20

8/30/2007 11:52 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY/FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4686 | 212-239-1311 | hkolko@msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communications Workers of America |
| Meyer, Suozzi, English & Klein, P.A. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1511 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | memyers@mrrlaw.net | Counsel to Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | rrosenbaum@mrrlaw.net | Counsel to Prince George County, Maryland |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | miag@michigan.gov | Attorney General for State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7777 | | 517-373-1820 | 517-373-2129 | raterinkd@michigan.gov | Assistant Attorney General for Worker's Compensation Agency |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7777 | | 517-373-1820 | 517-373-2129 | miag@michigan.gov | Attorney General for Worker's Compensation Agency |
| Michigan Heritage Bank | Janice M. Donahue | 28300 Orchard Lake Rd | Ste 200 | Farmington Hills | MI | 48334 | | 248-538-2529 | 248-788-5696 | jdonahue@mhbbank.com | Counsel to Michigan Heritage Bank; MHB Leasing, Inc. |
| Miles & Stockbridge, P.C. | Kerry Hopkins | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3416 | 410-385-3700 | khopkins@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Elmhart Technologies LLL and Adell Plastics, Inc. |
| Miles & Stockbridge, P.C. | | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Elmhart Technologies LLL and Adell Plastics, Inc. |
| Miller Johnson | Thomas D. Renda / Thomas P. Sarb / Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 / 616-831-1726 | 616-988-1748 / 616-988-1726 | trenda@millerjohnson.com / sarbt@millerjohnson.com / wolford@millerjohnson.com | Counsel to Fridgeon & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | 313-496-7997 | green@millercanfield.com | Counsel to WME Operating Partnership, LP |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 12 of 20

8/9/2007 11:52 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY/FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | 313-496-8453 | fusco@millercanfield.com | Counsel to Niles USA Inc.; Technocraft, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Mintz, Levin, Cohn, Ferris Glovsky and Popeo, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | 617-542-2241 | pjricotta@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Concoria Passaic |
| Mintz, Levin, Cohn, Ferris Glovsky and Popeo, P.C. | Stephanie K. Hoos | The Chrysler Center | 666 Third Avenue | New York | NY | 10017 | | 212-935-3000 | 212-983-3115 | skhoos@mintz.com | Counsel of Hitachi Automotive Products (USA), Inc. and Concoria Passaio |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4354 | 630-512-8610 | Jeff.Ott@molex.com | Counsel to Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | 212-309-6001 | agottfried@morganlewis.com; menachem.zelmanovitz@morganlewis.com | Counsel to ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | 212-309-6001 | | Counsel to Hitachi Chemical (Singapore) Pte. Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1103 | 213-612-2501 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | | lberkoff@moritthock.com; msailer@moritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidiaries Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interest to Oasis Silicon Systems, Inc.) |
| Morrison Cohen LLP | Michael R. Dal Lago | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8757 | 917-522-3157 | mdallago@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski Esq. and Davor Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | TX | 75201-6659 | | 214-855-7590; 214-855-7561; 214-855-7597 | 214-855-7584 | rurbanik@munsch.com; jwielebinski@munsch.com; drukavina@munsch.com | Counsel to Texas Instruments Incorporated |
| Munz, Llovich, Sirlin, Girard & Hamilton, P.C. | Sandra G. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | 616-977-0038 | sandy@erlea.com | Counsel to Loomler Diversified Industries, Inc. |
| Nathan, Newman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | 248-351-0487 | knathan@nathanlawpc.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership dba Elkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Elkin Management Services, Inc. and Elkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2380 | 866-298-4481 | lisa.moore2@nationalcity.com | Vice President and Senior Counsel to National City Commercial Capital |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-6425 | 803-256-7500 | george.cauthen@nelsonmullins.com | Counsel to Daiwyler Rubber & Plastics, Inc.; Daiwyler, Inc.; Daiwyler I/o devices (Americas), Inc.; Raimoel Tube (USA), Inc. |
| New Jersey Attorney General's Office Division of Law | Tracy E Richardson Deputy Attorney General | R.J. Hughes Justice Complex Box 106 | 25 Market St P.O. | Trenton | NJ | 08625-0106 | | 609-292-1537 | 609-777-3505 | tracy.richardson@dol.lps.state.nj.us | Deputy Attorney General - State of New Jersey Division of Taxation |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 13 of 20

8/4/2007 11:59 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | bbeckworth@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Nix, Patterson & Roach, L.L.P. | Jeffrey J. Angelovich | 205 Linda Drive | | Daingerfield | TX | 75639 | | 903-645-7333 | 903-645-4415 | jangelovich@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Nix, Patterson & Roach, L.L.P. | Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | susanwhatley@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | dgheiman@jonesday.com | Counsel to WL Ross & Co., LLC |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | | 478-742-8706 | 478-746-4488 | calhope@chapter13macon.com | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | 512-482-8341 | jay.hurst@oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Otobotech, Inc. | Michael M. Zizza, Legal Manager | 44 Kenning Road | | Billerica | MA | 01821 | | 978-901-5025 | 978-667-6969 | michaelz@otobotech.com | Company |
| Orrick, Herrington & Sutcliffe LLP | Alyssa England, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | 212-506-5151 | aengland@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | 415-773-5759 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Jonathan P. Guy | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | | 202-339-8400 | 202-339-8500 | jguy@orrick.com | Counsel to Westwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Richard H. Wyron | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | | 202-339-8400 | 202-339-8500 | rwyron@orrick.com | Counsel to Westwood Associates, Inc. |
| Pachulski Stang Ziehl Young Jones & Weintraub LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | 302-652-4400 | mseidl@pszyjw.com | Counsel for Essex Group, Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | William R. Weintraub / Andrew M. Rosenberg / Justin G. Brass | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-581-7700 | 212-581-7777 | wweintraub@paulweiss.com / arosenberg@paulweiss.com / jbrass@paulweiss.com | Counsel for Essex Group, Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | ddavis@paulweiss.com | Counsel to Norma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | emccolm@paulweiss.com | Counsel to Norma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3133 | 212-373-2138 | sshimshak@paulweiss.com | Counsel to Ambrake Corporation |
| Peggy Houston | | Cadillac Place | 3031 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | | Assistant Attorney General for State of Michigan, Department of Treasury |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 14 of 20

8/9/2007 11:52 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pepe & Hazard LLP | Kristin B. Mayhew | 30 Jelliff Lane | | Southport | CT | 06890-1436 | | 203-319-4022 | 203-259-0251 | kmayhew@pepehazard.com | Counsel for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc. |
| Pepper, Hamilton LLP | Anne Marie Aaronson | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | aaronsona@pepperlaw.com | Counsel to Cepro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Cepro) |
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | lawallf@pepperlaw.com | Counsel to Cepro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Cepro) |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 | jaffeh@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pepper, Hamilton LLP | Linda J. Casey | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | caseyl@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | jmanheimer@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronica Mexico, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | kcunningham@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronica Mexico, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | karen.dine@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | margot.erlich@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | Ste 550 | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | 714-436-2900 | mark.houle@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | richard.epling@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | robin.spear@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia |
| Pozco, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | bsmoore@pbnlaw.com | Email |

In re. Delphi Corporation, et al,
Case No. 05-44481 (RDD)

8/9/2007 11:52 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | J.ll M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 34 916 684 | 414-271-6308 | jmh@previant.com mgr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists, AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| PricewaterhouseCoopers | Enrique Bujidos | Almagro 40 | | Madrid | | 28010 | Spain | 366 | | enrique.bujidos@es.pwc.com | Representative to DASE |
| QAD, Inc. | Jason Pickering, Esq. | 10000 Midlantic Drive | | Mt. Laurel | NJ | 08054 | | 856-840-2489 | 856-840-2740 | jjp@qad.com | Counsel to QAD, Inc. |
| Quadrangle Debt Recovery Advisors LLC | Andrew Herenstein | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1742 | 866-741-2506 | andrew.herenstein@quadranglegroup.com | Counsel to Quadrangle Debt Recovery Advisors LLC |
| Quadrangle Group LLC | Patrick Bartels | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1748 | 866-552-2052 | patrick.bartels@quadranglegroup.com | Counsel to Quadrangle Group LLC |
| Quarles & Brady Streich Lang LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | jharris@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Quarles & Brady Streich Lang LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | 520-770-2203 | knye@quarles.com | Counsel to Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V., On Semiconductor Corporation |
| Quarles & Brady Streich Lang LLP | Scott R. Goldberg | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | sgoldbe@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | 29th Street | New York | NY | 10022 | | 212-521-5400 | 212-521-5450 | elazarou@reedsmith.com | Counsel to General Electric Capital Corporation, Stategic Asset Finance |
| Reed Smith | Richard P. Norton | One Riverfront Plaza | 1st Floor | Newark | NJ | 07102 | | 973-621-3230 | 973-621-3199 | rnorton@reedsmith.com | Counsel to Jason Incorporated, Sackner Products Division |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | 206-389-1708 | jshickich@riddellwilliams.com | Counsel to Microsoft Corporation, Microsoft Licensing, GP |
| Riker and Crotty PC | Jeromy F. Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-368-4646 | 312-726-0647 | jcrotty@rieckcrotty.com | Counsel to Mary P. O'Neill and Liam P. O'Neill |
| Riemer & Braunstein LLP | Mark S. Scott | Three Center Plaza | | Boston | MA | 02108 | | 617-523-9000 | 617-880-3456 | mscott@riemerlaw.com | Counsel to CCTI Corporation |
| Riverside Claims LLC | Holly Rogers | 2109 Broadway | Suite 206 | New York | NY | 10023 | | 212-501-0990 | 212-501-7088 | holly@riversideco.com | Riverside Claims LLC |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | P.O. Box 944 | | Columbia | SC | 29202 | | 803-779-8900 | 803-771-9411 | amathews@robinsonlaw.com | Counsel to Blake Cross Blue Shield of South Carolina |
| Ropes & Gray LLP | Gregory O. Kaden | One International Place | | Boston | MA | 02110-2624 | | 617-951-7000 | 617-951-7050 | gregory.kaden@ropesgray.com | Attorneys for D-J, Inc. |
| Ropes & Gray LLP | Marc E. Hirschfield | 45 Rockefeller Plaza | | New York | NY | 10111-0087 | | 212-841-5700 | 212-841-5725 | marc.hirschfield@ropesgray.com | Attorneys for D-J, Inc. |
| Rosen Slome Marder LLP | Thomas R. Slome | 333 Earle Ovington Boulevard | Suite 901 | Uniondale | NY | 11533 | | 516-227-1600 | | tslome@rsmllp.com | Counsel to JAE Electronics, Inc. |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | 212-825-9414 | rtrak@ix.netcom.com | Counsel to Russell Reynolds Associates, Inc. |
| Sachnoff & Weaver, Ltd | Charles L. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-1000 | 312-207-6400 | bankruptcy@sachnoff.com | Counsel to Infineon Technologies North America Corporation |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | dweiner@schaferandweiner.com | Counsel to Doit Industries, Inc. |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 15 of 20

6/9/2007 11:52 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | hborin@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | rheilman@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | 7500 Sears Tower | | Chicago | IL | 60606 | | 312-258-5605 | 312-258-5600 | egeekie@schiffhardin.com | Counsel to Means Industries |
| Schlichter & Baroway, LLP | Michael Varnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7056 | 610-667-7056 | mvarnoff@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7705 | 610-667-7056 | shandler@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Schulte Roth & Sabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | 212-593-5955 | james.bentley@srz.com | Counsel to Panasonic Automotive Systems Company of America |
| Schulte Roth & Sabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | michael.cook@srz.com | Counsel to Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Schulte Roth & Zabel LLP | Carol Weiner Levy | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | carol.weiner.levy@srz.com | Counsel to D.C. Capital Partners, L.P. |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | 404-892-7056 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc., Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk, Esq. | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc., Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | 617-946-4801 | wjhanlon@seyfarth.com | Counsel to J.W. Bellett LBO Foundry S.A. de C.V. |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 | | 603-627-8139 | 603-627-8121 | bharwood@sheehan.com | Counsel to Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-356-2460 | 248-356-2740 | lawtoll@comcast.net | Counsel to Milwaukee Investment Company |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3848 | ewaters@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3848 | msternstein@sheppardmullin.com | Counsel to International Rectifier Corp. and Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | tcohen@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | twardle@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Shier, Ganner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | 225-757-7674 | rthibeaux@sbnogasner.com | Counsel to Gulf Coast Bank & Trust Company |
| Shier, Ganner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | 504-299-2300 | rthibeaux@stbogasner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | asherman@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | jzackin@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 17 of 20

8/9/2007 11:52 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sills, Cummis Epstein & Gross, P.C. | Valerie A Hamilton, Simon Kimmelman | 650 College Rd E | | Princeton | NJ | 08540 | | 609-227-4600 | 609-227-4646 | vhamilton@sillscummis.com skimmelman@sillscummis.com | Counsel to Doosan Infracore America Corp. |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | 203-542-4100 | cfortgang@silverpointcapital.com | Counsel to Silver Point Capital, L.P. |
| Smith, Gambrell & Russell, LLP | Barbara Ellis-Monro | 1230 Peachtree Street. N.E. Suite 3100 | | Atlanta | GA | 30309 | | 404-815-3500 | 404-815-3509 | bellis-monro@sgrlaw.com | Counsel to Southwire Company |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | 302-652-8405 | kmiller@skfdelaware.com | Counsel to Amps, Inc. |
| Sonnenschein Nath & Rosenthal LLP | G. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | 212-768-6800 | fyates@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. and United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Monika J. Machen | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | mmachen@sonnenschein.com | Counsel to United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Robert L. Richards | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | rrichards@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. |
| Spake, Sanders & Dempsey L.L.P. | Penn Ayres Butler | 600 Hansen Way | | Palo Alto | CA | 94304 | | 650-856-6500 | 650-843-4777 | pabutler@ssd.com | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| State of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street, Ste 1702 | Los Angeles | CA | 90013 | | 213-897-2640 | 213-897-2802 | sarah.morrison@doj.ca.gov | Attorneys for the State of California Department of Toxic Substances Control |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang, Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | 313-456-2201 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Tax Office of the Department of Labor & Economic Growth, Unemployment Insurance Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0022 | 502-245-0542 | jbaumann@steeltechnologies.com | Counsel to Steel Technologies, Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd, Jeffrey S. Posta, Michael A. Spero | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | | 510-267-2865 | 510-467-8333 | rkidd@srcm-law.com | Counsel to Excel Global Logistics Inc. |
| Sterns & Weinroth, P.C. | Simon Kimmelman, Valerie A Hamilton | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | 609-392-7956 | skimmelman@sternslaw.com svhamilton@sternslaw.com | Counsel to Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq., Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | 212-319-8505 | cs@stevenslee.com cdp@stevenslee.com | Counsel to Toroid Canada Ltd., V.I Technologies, Inc. and V.I. ElectronX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | 816-691-3495 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and ThyssenKrupp Stahl Company |
| Stites & Harbison PLLC | Madison L. Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | lcashman@stites.com | Counsel to Thyssenkrupp |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | rgoodrich@stites.com | Counsel to Seitech, Inc. |
| Stiles & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 | 502-779-8274 | rbeard@stites.com | Counsel to WKW Erbsloh (USA), Inc. and Ambrake Corporation |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY/FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stroock & Stroock & Lavan, LLP | Kristopher M. Hansen | 180 Maiden Lane | | New York | NY | 10038 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com | Counsel to 1875 Occupie LP, 1401 Tray Associates Limited Partnership; 1401 Tray Associates Limited Partnership c/o Elkin Equities, Inc.; 1401 Tray Associates LP; Brighton Limited Partnership; DPG Information Services, Inc.; Elkin Management Services, Inc. and Elkin Real Properties |
| Taft, Stettinius & Hollister LLP | Richard L. Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | | ferrell@taftlaw.com | Counsel to Wiref Industries, Inc. |
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq. | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | 513-381-0205 | miller@taftlaw.com | Counsel to Select Industries Corporation and Isotar Systems, Inc. |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | 615-741-3334 | marvin.clements@state.tn.us | Tennessee Department of Revenue |
| Terra Law LLP | David R. Draper | 60 S. Market Street | Suite 200 | San Jose | CA | 95113 | | 408-299-1200 | 408-288-4936 | ddraper@terra-law.com | Counsel to Maxim Integrated Products, Inc. |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | 212-912-7751 | jforstot@tpw.com | Counsel to T.T Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | 212-912-7751 | lcurcio@tpw.com | Counsel to T.T Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Nitzeki | 6-1 Marunouchi | 2-Chome, Chiyoda-Ku | Tokyo | Japan | 100-8322 | | | 81-3-3286-3916 | nitzeki.tetsuhiro@ri.furukawa.co.jp | Legal Department of The Furukawa Electric Co., Ltd. |
| The Timpkin Corporation BIIC-08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | | 330-438-3000 | 1-330-471-4088 | robert.morris@timken.com | Representative for Timken Corporation |
| Thelen Reid Brown Raysman & Steiner LLP | David A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | | 212-603-2000 | 212-603-2001 | dlowenthal@thelenreid.com | Counsel for American Finance Group, Inc. d/ba Guaranty Capital Corporation and Del Semiconductor Company |
| Thompson & Knight | Rhett G. Campbell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | 713-654-1871 | rhett.campbell@tklaw.com | Counsel to ST Microelectronics, Inc. |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 212-751-3245 | 214-999-9109 | ira.herman@tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1500 | 214-969-1009 | john.brannon@tklaw.com | Counsel to Roybro, Inc. d/b/a Precision Mold & Tool and d/b/a Precision Mold and Tool Group |
| Thumer & Phillips, P.C. | Ed Phillips, Jr. | 8000 IH-10 West | Suite 1000 | San Antonio | TX | 78230 | | 210-341-2020 | 210-344-8460 | phil@tp.com | Counsel to Roybro, Inc. d/b/a Precision Mold and Tool Group |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Tyler, Cooper & Alcorn, LLP | W. Joe Wilson | City Place | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | 860-278-3802 | bzamboni@undertandglasser.com | Counsel to Barnes Group, Inc. |
| Undeberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | 585-258-2821 | zam | Counsel for McAlpin Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC 1580 | Omaha | NE | 68179 | | 402-544-4165 | 402-501-0127 | mkilgore@UP.com | Counsel to Union Pacific Railroad Company |
| Vietnum, Riddering, Schmidt & Howlett LLP | Michael S. McElwee | Bridgewater Place | P.O. Box 352 | Grand Rapids | MI | 49501-0352 | | 616-336-6827 | 616-336-7000 | mmcelwee@vcursatlaw.com | Counsel to Fundxewa Electric North America APG and Co-Counsel for Robert Bosch Corporation and Robert Bosch, Inc. |
| Washteil, Lipton, Rosen & Katz | Emil A. Kleinhaus | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | EAKleinhaus@wlrk.com | Counsel to Capital Research and Management Company |
| Washteil, Lipton, Rosen & Katz | Richard G. Mason | 51 West 62nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | RGMason@wlrk.com | Counsel to Capital Research and Management Company |
| Walter Lansden Dortch & Davis, PLLC | David E. Lemke, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | david.lemke@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Walter Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | robert.welhoelter@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | 616-222-2185 | gtoering@wnj.com | Counsel to Robert Bosch Corporation |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | 248-603-9631 | mcruse@wnj.com | Counsel to Compuware Corporation |

In re. Delphi Corporation, et al,
Case No. 05-44461 (RDD)

8/9/2007 11:52 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY/FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2168 | | sgrow@wnj.com | Counsel to Behr Industries Corp. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | | 714-966-1000 | 714-966-1002 | lekvall@wgllp.com | Counsel to Toshiba America Electronic Components, Inc. |
| Weinstein, Eisen & Weiss LLP | Aram Ordubegian | 1925 Century Park East | #1160 | Los Angeles | CA | 90067 | | 310-203-9393 | 310-203-8110 | aordubegian@weinlegion.com | Counsel to Orbotech, Inc. |
| Wellman, Weinberg & Reis Co., LPA | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4306 | 614-222-2193 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | Glenn Kurtz Gerard Uzzi Douglas Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | | gkurtz@whitecase.com guzzi@whitecase.com dbaumstein@bny.whitecase.com | Counsel to Appaloosa Management, LP |
| White & Case LLP | Thomas Lauria Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | 305-358-5744 | tlauria@whitecase.com featon@miami.whitecase.com | Counsel to Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | 414-223-5000 | barnold@whdlaw.com | Counsel to Schunk Graphite Technology |
| Winstead Sechrest & Minick P.C. | R. Michael Farquhar | 5400 Renaissance Tower | 1201 Elm Street | Dallas | TX | 75270 | | 214-745-5400 | 214-745-5390 | mfarquhar@winstead.com | Counsel to National Instruments Corporation |
| Winthrop Couchot Professional Corporation | Marc J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | mwinthrop@winthropcouchot.c om | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | sokeefe@winthropcouchot.co m | Counsel to Metal Surfaces, Inc. |
| Womble Carlyle Sandridge & Rice, PLLC | Lillian H. Pinto | 300 North Greene Street | Suite 1900 | Greensboro | NC | 27402 | | 336-574-8058 | 336-574-4628 | lpinto@wcsr.com | Counsel to Amscad |
| Zeichner Ellman & Krause LLP | Peter Janovsky | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | pjanovsky@zeklaw.com | Counsel to Toyota Tsusho America, Inc. and Karl Kufner, KG aka Karl Kufner, KG |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | skrause@zeklaw.com | Counsel to Toyota Tsusho America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 20 of 20

8/9/2007 11:52 AM
Email

# EXHIBIT C

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6575 | Radnor | PA | 19087-8575 | 610-230-3054 | Counsel to Airgas, Inc. |
| Akebono Corporation (North America) | Alan Swiech | 34385 Twelve Mile Road | | Farmington Hills | MI | 48331 | 248-489-7406 | Vice President of Administration for Akebono Corporation |
| Angelo, Gordon & Co. | Leigh Walzer | 245 Park Avenue | 26th Floor | New York | NY | 10167 | 212-692-8251 | |
| APS Clearing, Inc. | Andy Leihoff / Matthew Hamilton | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | 512-314-4416 | Counsel to APS Clearing, Inc. |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | 313-496-1200 | Counsel to Kamax L.P.; Optrex America, Inc. |
| Bingham McHale LLP | Michael J Alerding | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | 317-635-8900 | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Cage Williams & Abelman, P.C. | Steven E. Abelman | 1433 Seventeenth Street | | Denver | CO | 80202 | 303-295-0202 | Counsel to United Power, Inc. |
| Colbert & Winstead, P.C. | Amy Wood Malone | 1812 Broadway | | Nashville | TN | 37203 | 615-321-0555 | Counsel to Averitt Express, Inc. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Steven M. Wachstein | 33 West First Street | Suite 600 | Dayton | OH | 45402 | 937-223-8177 | Counsel to Marco Industries, Inc.; Marco Brake Systems, Inc.; Dayton Supply & Tool Company |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Andrew M. Thau | 101 Park Avenue | | New York | NY | 10178-0061 | | Counsel to Flextronics International, Inc.; Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | David S. Karp | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-6065 | Counsel to Flextronics International, Inc.; Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co. |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | 248-576-5741 | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | 212-682-4940 | Counsel to Tyz-All Plastics, Inc.; Furukawa Electric North America APD; and Co-Counsel to Tower Automotive, Inc. |
| Dykema Gossett PLLC | Brendan G Best Esq | 39577 Woodward Ave Ste 300 | | Bloomfield Hills | MI | 48304 | 248-203-0523 | Attorneys for Tremont City Barrel Fill PRP Group |
| Dykema Gossett PLLC | Gregory J. Jordan | 10 Wacker | Suite 2300 | Chicago | IL | 60606 | 312-627-2171 | Counsel to Tremont City Barrel Fill PRP Group |
| Fagel Haber LLC | Gary E. Green | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | 312-346-7500 | Counsel to Aluminum International, Inc. |
| Genovese Joblove & Battista, P.A. | Craig P. Rieders, Esq. | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | 305-349-2300 | Counsel to Ryder Integrated Logistics, Inc. |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

8/9/2007 11:52 AM
US Mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Grant & Eisenhofer P.A. | Geoffrey C. Jarvis | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | 302-622-7000 | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gessellschaft m.b.H and Stichting Pensioenfonds ABP |
| Heller Ehrman LLP | Carren Shulman | Times Square Tower | Seven Times Square | New York | NY | 10036 | 211-832-8300 | Counsel to @Road, Inc. |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | Counsel to ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | Counsel to ZF Group North America Operations, Inc. |
| Jason, Inc. | Beth Klinczak, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | General Counsel to Jason Incorporated |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | 239 E. 4th St. | | Panama City | FL | 32401 | 850-763-8421 | Counsel to Peggy C. Brannon, Bay County Tax Collector |
| Kelley Drye & Warren, LLP | Mark L. Bane | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Mark R. Somerstein | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | Counsel to the Pension Benefit Guaranty Corporation |
| Lord, Bissel & Brook LLP | Rocco N. Covino | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | 212-812-8340 | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| McGuirewoods LLP | Elizabeth L. Gunn | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | 804-775-1178 | Counsel to Siemens Logistics Assembly Systems, Inc. |
| Miami-Dade County Tax Collector | Metro-Dade Paralegal Unit | 140 West Flagler Street | Suite 1403 | Miami | FL | 33130 | 305-375-5314 | Paralegal Collection Specialist for Miami-Dade County |
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq. | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | 908-722-0700 | Counsel to Roter Clip Company, Inc. |
| North Point | Michelle M. Harner | 901 Lakeside Avenue | | Cleveland | OH | 44114 | 216-586-3939 | Counsel to W.L. Ross & Co., LLC |
| O'Rourke Katten & Moody | Michael C. Moody | 161 N. Clark Street | Suite 2230 | Chicago | IL | 60601 | 317-849-2020 | Counsel to Ameritech Credit Corporation d/b/a SBC Capital Services |
| Orrick, Herrington & Sutcliffe LLP | Matthew W. Cheney | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | 202-339-8400 | Counsel to Westwood Associates, Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3157 | Counsel to Ambrake Corporation; Akebono Corporation |
| Professional Technologies Services | John V. Gorman | P.O. Box #304 | | Frankenmuth | MI | 48734 | 989-385-3230 | Corporate Secretary for Professional Technologies Services |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | 330-670-3004 | Counsel to Republic Engineered Products, Inc. |
| Rogers, Majeski, Kohn & Bentley | Christopher Norgaard | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | 213-312-2000 | Counsel to Brembo S.p.A; Biolelle S.p.A.; AP Racing |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | 312-207-1000 | Counsel to Infineon Technologies North America Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

8/9/2007 11:52 AM
US Mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | William I. Kohn | 6600 Sears Tower | | Chicago | IL | 60066 | 312-258-5500 | Counsel to Means Industries |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | 860-251-5811 | Counsel to Fortune Plastics Company of Illinois, Inc., Universal Metal Hose Co. |
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | 201-930-7483 | Counsel to Sony Electronics, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 | | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| Steinberg Shapiro & Clark | Mark H. Shapiro | 24901 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | 248-352-4700 | Counsel to Bing Metals Group, Inc.; Gentral Transport International, Inc.; Crown Enerprises, Inc.; Economy Transport, Inc.; Logisitics Insight Corp (LINC); Universal Am-Can. Ltd.; Universal Truckload Services, Inc.; Universal |
| Strook & Stroock & Lavan, LLP | Joseph G. Minias | 180 Maiden Lane | | New York | NY | 10038 | 212-806-5400 | Counsel to 675 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc., a |
| Swidler Berlin LLP | Robert N. Steinwurtzel | The Washington Harbour, 3000 K Street, N.W. | Suite 300 | Washington | DC | 20007 | 202-424-7500 | Attorneys for Sanders Lead Co., Inc. |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | Conflicts counsel to Debtors |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy | Allied Industrial and Service Workers, Intl Union (USW), AFL-CIO | David Jury, Esq. | Five Gateway Center, Suite 807 | Pittsburgh | PA | 15222 | 412-562-2549 | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | 52 East Gay Street | P. O. Box 1008 | Columbus | OH | 43216-1008 | 614-464-6422 | Counsel to America Online, Inc. and its Subsidiaries and Affiliates |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | 614-464-8322 | |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | 817-810-5250 | Counsel to Electronic Data Systems Corp. and EDS Information Services, L.L.C. |
| Winstead Sechrest & Minick P.C. | Berry D. Spears | 401 Congress Avenue | Suite 2100 | Austin | TX | 78701 | 512-370-2800 | Counsel to National Instruments Corporation |
| W. Ross & Co., LLC | Stephen Toy | 600 Lexington Avenue | 19th Floor | New York | NY | 10022 | 212-826-1100 | Counsel to W. Ross & Co., LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

8/9/2007 11:52 AM
US Mail