05-44481-rdd    Doc 21572    Filed 09/14/11    Entered 09/14/11 11:45:46    Main Document
Pg 1 of 3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re                                     :        Chapter 11
                                          :
DPH HOLDINGS CORP., *et al.*,             :        Case No. 05-44481 (RDD)
                                          :
                  Reorganized Debtors.    :        (Jointly Administered)
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER GRANTING AMENDED MOTION OF METHODE ELECTRONICS INC.
FOR AMENDMENT OF PLAN INJUNCTION AND LEAVE TO FILE ITS AMENDED
<u>COUNTERCLAIM IN MICHIGAN</u>**

Upon the Motion of Methode Electronics, Inc. ("Methode") for an Order

(I) Granting it Leave to File its Amended Counterclaim against the Reorganized Debtors in

Michigan and (II) Overruling the Objection of the Reorganized Debtors to Methode's

Administrative Claims to the Extent the Objection is Predicated on the Date when Methode Filed

Certain Claims Forms with this Court (the "Motion") (Docket Nos. 21424 & 21425); and upon

the Reorganized Debtors' Objection To Motion Of Methode Electronics, Inc. For Leave To File

Its Amended Counterclaim Against The Reorganized Debtors In Michigan (Docket No. 21529);

and upon Methode Electronics, Inc.'s Response To The Reorganized Debtors' Objection To

Motion Of Methode Electronics, Inc. For Leave To File Its Amended Counterclaim Against The

Reorganized Debtors In Michigan (Docket No. 21538), and upon the related filings set forth in

the Sixty-Ninth Omnibus Hearing Agenda (Docket No. 21545); and there being due and

sufficient notice of the Motion; and upon the record of the August 25, 2011 hearing held by the

Court on the Motion; and upon Methode's amendment of the Motion and further modification of

the proposed First Amended Counterclaim in the form attached as Exhibit **A** to Methode's

Notice or Presentment of the proposed order granting such amended Motion (the "Amended

Motion"); and upon the September 9, 2011 letter of John Wm. Butler, Jr. in response thereto and

the September 12, 2011 letter of Douglas K. Mayer in reply; and, after due deliberation thereon,

and good and sufficient cause appearing for the relief granted herein,

IT IS HEREBY FOUND, DETERMINED AND ORDERED THAT[1]:

1.      Methode's Amended Motion to lift the Plan Injunction solely to file and

prosecute the First Amended Counterclaim in the form attached as Exhibit **A** to the Amended

Motion against DPH-DAS, LLC (the "First Amended Counterclaim") in the Michigan state court

is granted without prejudice to any and all rights and defenses that DPH-DAS, LLC may have

with respect to the First Amended Counterclaim.  Nothing in this Order constitutes a finding or

conclusion regarding the merits of the claim set forth in the First Amended Counterclaim.

2.      The Plan Injunction shall in all other respects remain in full force and

effect.

3.      The Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant to 11

U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 (Docket No. 19711) with respect to the 2008 supply

agreement referred to in the Motion is continued until resolution of the litigation in Michigan

referred to in decretal paragraph 1 of this Order or further order of this Court.  The parties shall

promptly inform this Court's chambers of any resolution of the First Amended Counterclaim.

4.      This Court shall retain jurisdiction to hear and determine all matters

arising from the implementation and enforcement of this Order, the June 14, 2010 Order entered

---

[1]   Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
      of fact when appropriate. See Fed. R. Bankr. P. 7052

by this Court, the Plan Injunction and the Court's bar date Orders as they apply to Methode and

the Reorganized Debtors.


Dated: September 14, 2011
        White Plains, New York

                        ___/s/Robert D. Drain_____
                        UNITED STATES BANKRUPTCY JUDGE