Hearing Date: November 17, 2011 at 10 a.m. (EST)

BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, MI 48226
(313) 225-7000
Cynthia J. Haffey
Chester E. Kasiborski, Jr.

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.* | Case No. 05-44481 (RDD)<br>Jointly Administered |
| Reorganized Debtors. | |

**NOTICE OF ADJOURNMENT OF CLAIM OBJECTION HEARING
WITH RESPECT TO REORGANIZED DEBTORS' OBJECTION TO
PROOF OF ADMINISTRATIVE EXPENSE CLAIM NUMBER 18664**

**(NOTICE OF ADJOURNMENT OF CLAIM OBJECTION HEARING –
– CALSONIC KANSEI NORTH AMERICA, INC.)**

PLEASE TAKE NOTICE that on January 22, 2010, DPH Holdings Corp. and its affiliated reorganized debtors (the "Reorganized Debtors"), successors of Delphi Corporation and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases (f/k/a In re Delphi Corporation, *et al*.) (collectively, the "Debtors") objected to proof of administrative expense claim number 18664 (the "Claim") filed by Calsonic Kansei North America, Inc. (the "Claimant") pursuant to the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate

Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356).

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by the United States Bankruptcy Court for the Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

PLEASE TAKE FURTHER NOTICE that Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests."

PLEASE TAKE FURTHER NOTICE that on August 19, 2011, the Reorganized Debtors filed a Notice of Claim Objection Hearing with Respect to Reorganized Debtors' Objection to Proof of Administrative Expense Claim Number 18664 (Calsonic Kansei North America, Inc.) (Docket No. 21530), scheduling an evidentiary hearing on the merits of the Claim for October 24, 2011 at 10:00 a.m. (prevailing Eastern time) in this Court.

PLEASE TAKE FURTHER NOTICE that pursuant to paragraph 9(a)(ii) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) (the "Claim Objection Procedures Order") and the Order Pursuant To 11 U.S.C. §§ 105(a) And 503(b) Authorizing Debtors To Apply Claims Objection Procedures To Address Contested Administrative Expense Claims (Docket No. 18998) (together with the Claim Objection Procedures Order, the "Orders"), a claim objection hearing (the "Claim Objection Hearing") for purposes of holding an evidentiary hearing on the merits of the Claim is hereby adjourned from October 24, 2011 at 10:00 a.m. (prevailing Eastern time) to November 17, 2011 at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 118, White Plains, New York 10601-4140 (the "Court").

PLEASE TAKE FURTHER NOTICE that the adjourned Claim Objection Hearing will proceed in accordance with the procedures provided in the Orders, unless such procedures are modified in accordance with Paragraph 9(k) of the Claim Objection Procedures Order. Please review the Orders carefully because failure to comply with the procedures provided in the Orders (or as modified pursuant to Paragraph 9(k) of the Claim Objection Procedures Order) could result in the disallowance and expungement of your Claim. Copies of the Orders have previously been served upon you.

PLEASE TAKE FURTHER NOTICE that the Reorganized Debtors may further adjourn the Claim Objection Hearing at any time at least five business days prior to the scheduled hearing upon notice to the Court and the Claimant.

Dated:  Detroit, MI
        September 14, 2011

BUTZEL LONG, a professional corporation

By:    /s/ Cynthia J. Haffey
       Cynthia J. Haffey
       Chester E. Kasiborski, Jr.
150 West Jefferson, Suite 100
Detroit, MI  48226
(313) 225-7000

*Attorneys for Reorganized Debtors*

#1300731 v1

BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, MI 48226
(313) 225-7000
Cynthia J. Haffey
Chester E. Kasiborski, Jr.

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.,* | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Reorganized Debtors. | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2011, a true and correct copy of the Notice of Adjournment of Claim Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 18664 (CALSONIC KANSEI NORTH AMERICA, INC.) ("the Adjournment Notice") was served by facsimile to the following persons at the following address and facsimile number:

        Austin L. McMullen
        Roger G. Jones
        Bradley Arant Boalt Cummings, LLP
        1600 Division Street, Suite 700
        P.O. Box 340025
        Nashville, TN
        Fax No.: (615) 252-6307

        *Attorneys for Calsonic Kansei North America, Inc.*

Dated: Detroit, Michigan         /s/ Regina M. Romero
      September 14, 2011         Regina M. Romero

#1300731 v1