Honorable Judge Robert Drain
United States Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601

Mr. James Michael Grai
305 Schillman Place
Flushing, MI, 48433

September 3, 2011

Dear Honorable Judge Drain:

I am writing this letter on behalf of myself and hundreds of other workers affected by the Delphi Automotive Systems Flint, Michigan East Operations Bankruptcy, which occurred in October 2005, in order to Lift the Stay so that the State of Michigan Worker's Compensation Commission can disburse the worker compensation benefits.  Note:  When a company in the State of Michigan undergoes bankruptcy, it is the responsibility of the State of Michigan Worker's Compensation Commission to disburse funds to disabled workers, if the company does not have private worker's compensation insurance coverage.  This has not occurred, for the Delphi Automotive Flint, Michigan East Operations pending a two-year Stay, in the United States Bankruptcy Court, in the State of New York.

1. I would like to remind the Court and the Honorable Judge Drain that the each Delphi Automotive System Plant operates as independent legal entity.  For example, the Delphi Automotive System Adrian, Michigan Operations has private insurance carriers for worker's compensation insurance, therefore, this site does not require the State of Michigan Worker Compensation Commission to disburse funds because the insurance company is responsible; therefore, the Stay does not affect Delphi Adrian, Michigan site.

2. Secondly, I would like to remind the Court and the Honorable Judge Drain that each Delphi Automotive System Plant operates as independent legal entity.  For example, the Delphi Automotive System Flint, Michigan East Operations (my work site) did NOT have private insurance carriers for worker's compensation insurance, and therefore it is required that the State of New York Court lift the Stay, so that the State of Michigan Worker's Compensation Commissioning can disburse the allocated funds and stop intervening in historical standard procedures.  Unlike the Delphi Adrian, Michigan site, the Delphi Flint, Michigan East, Operations did not have private insurance for worker's compensation; therefore, the State of New York must lift the Stay on this case, so that the State of Michigan Worker's Compensation Commission can disburse the allocated benefits, for workers.

Please understand I have worked in the automatic screw machine industry for 31 years with 24 years those years with Delphi Automotive Systems Flint, Michigan East Operations.  While loading an automatic screw machine with bar stock in August 2005, I incurred major hand injuries due to an inherent design safety flaw on the rig, sought medical attention from the Delphi Automotive Systems, and was placed on permanent workers compensation and underwent multiple left/right hand surgeries, which left both hands permanently inoperable with chronic breakthrough pain, ending my career.  The State of Michigan Worker's Compensation Benefits were suspended because of the Delphi Automotive Bankruptcy and the Stay.  Since the New York Court has initiated a Stay and the benefits suspended, I cannot pay for the most basic health essentials such as medicines, doctors, food, and shelter, which causes me to rely on several of my 30-year-old children Jason and Jennifer, to make ends meet, which is not fair for the next generation, as my children as just starting off living independently with their own newborns.

Kindly realize I am not asking for a government handout, or anything more than what is ethically and fairly intended for an injured Delphi Operator with 31 years working experience in the automatic screw machine industry, I only want the Honorable Judge Drain to lift the Stay so that the State of Michigan Worker's Compensation Commission can disburse funds to Delphi Flint, Michigan East Operations Workers so that I may be able to continue to live in a house and purchase life giving necessities without relying 100% on my children's generosity.

**Honorable Judge Drain – Please lift the Stay so that the State of Michigan State Worker's Compensation Commission can disburse the allocated funds to disabled workers, like myself.**

For reference, below is my Attorney information:

Attorney Michael P. Doud
3438 Lennon Rd.
Flint, MI, 48507
810-239-5700

Sincerely,

*James Michael Grai 09-3-2011*
James Michael Grai
24-Year Veteran Delphi Operator



FILED
SEP -8 2011
U.S. BANKRUPTCY COURT
SO. DIST OF NEW YORK

James Michael Shai
09-03-2011

