BUTZEL LONG, a professional corporation
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, MI  48304
(248) 258-1616
Cynthia J. Haffey
Sheldon H. Klein
Thomas B. Radom
Thomas D. Noonan
*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.,* | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Reorganized Debtors. | |

## CERTIFICATE OF SERVICE

The undersigned herein certifies that a copy of the Notice of Adjourned Hearing on Reorganized Debtors' Motion for Order (i) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for The Oldco M Distribution Trust, and (ii) Directing Trustee to Dismiss Action to Recover Discharged Claim and Certificate of Service was served on September 15 , 2011, via electronic mail upon:

Tina N. Moss
tmoss@pryorcashman.com
Counsel for the Oldco Trustee

and via U.S. Mail, upon:

>Brian S. Masumoto, Esq.
>Office of the United States Trustee
>for the Southern District of New York
>33 Whitehall Street, Suite 2100
>New York, NY 10004

Dated:   Bloomfield Hills, MI
September 15, 2011

BUTZEL LONG, a professional corporation

By:   /s/   Thomas B. Radom
Cynthia J. Haffey
Sheldon H. Klein
Thomas B. Radom
Thomas D. Noonan

Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, MI  48304
(248) 258-1616

*Attorneys for Reorganized Debtors*