**Hearing Date and Time: September 22, 2011 at 10:00 a.m. (EDT)**

CIARDI CIARDI & ASTIN
Rick A. Steinberg, Esq. (RS-7396)
100 Church Street, 8th Floor
New York, New York 10007
Tel: (646) 485-0605
Fax: (646) 688-4385
rsteinberg@ciardilaw.com

-and-

Daniel K. Astin (No. 4068)
Joseph J. McMahon, Jr. (No. 4819)
919 N. Market Street, Suite 700
Wilmington, Delaware 19801
Tel:  (302) 658-1100
Fax:  (302) 658-1300
jmcmahon@ciardilaw.com

*Attorneys for Vladimir Averbukh (Individually and as Personal Representative for the Estate of Boris Averbukh) and Alesander Averbukh*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., *et al.*, | : | Case No. 05-44481 (RDD) |
| | : | Jointly Administered |
| Reorganized Debtors. | : | |
| | : | |

<u>**CERTIFICATION OF SERVICE**</u>

I, Rick A. Steinberg, do certify that on September 19, 2011, I caused a true and correct copy of the Averbukhs' Response to the Debtors' Motion to Enforce the Permanent Injunction and Cross-Motion for Relief from the Pertinent Orders to be served on the following by Overnight Mail:

DPH Holdings Corp.
Attn: President
5725 Delphi Drive
Troy, MI 48098

1

Cynthia J. Haffey
Butzel Long
150 West Jefferson, Suite 100
Detroit, MI 48226

Brian Masumoto
Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

Donald S. Bernstein
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

Dated: New York, New York
        September 19, 2011

                            CIARDI CIARDI & ASTIN

                            /s/ Rick A. Steinberg
                            Rick A. Steinberg

                            Attorneys for the Averbukhs