**Hearing Date: September 22, 2011**
                                           **Hearing Time: 10:00 a.m. (prevailing Eastern time)**

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
  In re                                            :     Chapter 11
                                                    :
DPH HOLDINGS CORP., et al.,            :     Case No. 05-44481 (RDD)
                                                    :
                  Reorganized Debtors.  :     (Jointly Administered)
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## PROPOSED SEVENTIETH OMNIBUS HEARING AGENDA

<u>Location Of Hearing</u>:    United States Bankruptcy Court for the Southern District of New York,
                                          300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Seventieth Omnibus Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (None)

    C.    Uncontested, Agreed, Withdrawn, Or Settled Matters (None)

    D.    Contested Matters (1 Matter)

    E.    Adversary Proceedings (1 Matter)

**A.**    **Introduction**

**B.**    **Continued Or Adjourned Matters**∗

    *None.*

**C.**    **Uncontested, Agreed, Withdrawn, Or Settled Matters**

    *None.*

**D.**    **Contested Matters**

    1.    **"Motion by James Sumpter For Recoupment On Behalf Of Delphi Salaried Retirees"** Motion For Recoupment On Behalf Of Delphi Salaried Retirees (Docket No. 21534)

        *Responses filed:*    *Reorganized Debtors' Response in Opposition to Amended Motion for Recoupment on Behalf of Delphi Salaried Retirees (Docket No. 21581)*

        *Replies filed:*    *None.*

        *Related filings:*    *Objection To Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving*

---

∗    The motion found at the following docket number that appeared on a previous Proposed Omnibus Hearing Agenda has been voluntarily withdrawn from the agenda and would need to be re-noticed under the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 17, 2006 (Docket No. 2883), to be reinstated on a future Proposed Omnibus Hearing Agenda: Methode Electronics, Inc.'s Setoff Motion [Docket No. 4912].

*Spouses Filed By James B. Sumpter (Re: Docket No. 14705 (Docket No. 14898)*

*Final Order Under 11 U.S.C. §§ 105, 363 (b)(1), 1108, and 1114 (d) (I) Confirming Debtors' Authority to Terminate Employer-Paid Post-Retirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (a) Salaried Employees and (b) Retirees and Their Surviving Spouses and (II) Amending Scope and Establishing Deadline for Completion of Retirees' Committee's Responsibilities ("Final OPEB Termination Order") (Docket No. 16448)*

*Order Pursuant to 11 U.S.C. § 363 and Fed. R. Bankr. P. 9019 for Order Approving Debtors' Compromise and Settlement with Committee of Eligible Salaried Retirees and Delphi Salaried Retirees' Association ("Salaried OPEB Settlement Order") (Docket No. 16545)*

*Expedited Motion To Enforce COBRA Benefit For Delphi Salaried Retirees And Motion For COBRA Settlement (Docket No. 18366)*

*Motion To Shorten Notice With Respect To James B. Sumpter's Expedited Motion To Enforce COBRA Benefit For Delphi Salaried Retirees And Motion For COBRA Settlement (Docket No. 18367)*

*Proofs Of Administrative Expense Claim Numbers 18620 and 18621*

*Reorganized Debtors' Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(B) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit And OPEB Claims, And (VII) Duplicate Claims (Docket No. 18984)*

*Order Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicative Claims (Docket No. 19135)*

*Final Report of the Official Committee of Retired Salaried Employees Pursuant to 11 U.S.C. § 1114(d) and Request for Instructions (Docket No. 20527, and re-filed at Docket No. 20617)*

*Order Directing United States Trustee to Disband Official Committee of Eligible Salaried Retirees (Docket No. 21305)*

*Request For Stay Of Court Order And Related Proceedings Regarding Of VEBA In Lieu Of COBRA Ruling (Docket # 21306) (Docket No. 21308)*

*Reorganized Debtors' Objection To Request For Stay Of Court Order And Related Proceedings Regarding Of VEBA In Lieu Of COBRA Ruling (Docket # 21306) (Docket No. 21400)*

*Objection Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust To The "Request For Stay Of Court Order And Related Proceedings Regarding Of VEBA In Lieu Of COBRA Ruling" Filed By James B. Sumpter, Pro Se (Docket No. 21402)*

*Objection Of The Official Committee Of Salaried Retirees To James B. Sumpter's "Request For Stay Of Court Order And Related Proceedings Regarding Of VEBA In Lieu Of COBRA Ruling" (Docket No. 21404)*

*Order Denying James B. Sumpter's Request For Stay Of Court Order And Related Proceedings Regarding Of VEBA In Lieu Of COBRA Ruling (Docket # 21306) (Docket No. 21415)*

*Letter By James B. Sumpter Re: DPH, James B. Sumpter And Various Bankruptcy COBRA Motions For Delphi Salaried Retirees And Request For Negotiations (Docket No. 21417)*

*Letter In Response To August 26, 2011 E-Mail Written To Judge Drain By Mr. Louis Chiappetta Asking For A Sua Sponte Dismissal Of Recoupment Motion [re: Docket No. 21534] (Docket No. 21551)*

*Amended Motion For Recoupment On Behalf Of Delphi Salaried Retirees [Re: Docket No. 21534] (Docket No. 21566)*

*Status:*     *The hearing with respect to this matter will be proceeding.*

**E.     Adversary Proceedings**

    2.     **"Motion by Reorganized Debtors to Enforce Judgment Against Charles Tebele"**  Plaintiff's Motion To Enforce Judgment Against Non-Party Charles Tebele (Case No. 06-1902, Docket No. 18)

| | |
|---|---|
| *Responses filed:* | None. |
| *Replies filed:* | None. |
| *Related filings:* | *Consent Judgment (Case No. 06-1902, Docket No. 12)* |
| | *Order Establishing Notice Procedure (Case No. 06-1902, Docket No. 16)* |
| | *Affidavit Of Service Of Evan Feldman (Docket No. 21565)* |
| | *Letter To Honorable Robert D. Drain Confirming Adjournment Of Plaintiff's Motion To Enter And Enforce Judgment Against Non-Party Charles Tebele (Case No. 06-1902, Docket No. 19)* |
| *Status:* | *The hearing with respect to this matter has been adjourned to the October 24, 2011 hearing pursuant to an agreement among the parties.* |

Dated:     Detroit, Michigan
           September 21, 2011

                        BUTZEL LONG, a professional corporation

                        By: /s/ Cynthia J. Haffey
                            Cynthia J. Haffey
                            Sheldon H. Klein
                            Chester E. Kasiborski, Jr.
                            Thomas B. Radom
                        150 West Jefferson, Suite 100
                        Detroit, Michigan 48226
                        (313) 225-7000

                        *Attorneys for DPH Holdings Corp., et al.,*
                              *Reorganized Debtors*