**Hearing Date: September 22, 2011**
                                                          **Hearing Time: 10:00 a.m. (prevailing Eastern time)**

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                     :
  In re                                               :     Chapter 11
                                                     :
DPH HOLDINGS CORP., et al.,         :     Case No. 05-44481 (RDD)
                                                   :
                   Reorganized Debtors.  :     (Jointly Administered)
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED FORTY-EIGHTH CLAIMS HEARING AGENDA

Location Of Hearing:    United States Bankruptcy Court for the Southern District of New York,
                                     300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Forty-Eighth Claims Hearing Agenda:

       A.     Introduction

       B.     Continued Or Adjourned Matters (1 Matter)

       C.     Uncontested, Agreed, Or Settled Matters (1 Matter)

       D.     Contested Matters (1 Matter)

**A.**   **Introduction**

**B.**   **Continued Or Adjourned Matters**

1.   **"Claims Objection Hearing Regarding Claims of Ohio Bureau of Workers' Compensation"** - Claims Objection Hearing Regarding Claims of Ohio Bureau of Workers' Compensation as Objected to on the Debtors' Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension And OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claims, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) State Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 17182)

   *Responses filed:*   *Ohio Bureau Of Workers' Compensation's Response To Debtors' Thirty-Fourth Omnibus Objection To Claims (Docket No. 18346)*

   *Replies filed:*   *Debtors' Omnibus Reply In Support Of Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension And OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claim, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) State Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 18569)*

   *Related filings:*   *Notice Of Claims Objection Hearing With Respect To Debtors Objection To Proofs Of Claim Nos. 1294 And 1301 (Ohio Bureau Of Workers' Compensation) (Docket No. 19687)*

   *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proofs Of Claim Numbers 1294 And 1301 (Ohio Bureau Of Workers' Compensation) (Docket No. 19720)*

   *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers*

*1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 19864)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20509)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20549)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20693)*

*(I) Notice Of Adjournment Of Evidentiary Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation And (II) Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1294 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20803)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21117)*

*Order Denying Motion Of Ohio Bureau Of Workers' Compensation To (I) Deem Claim Timely Filed, Or, Alternatively, (II) Authorize The Amendment Of Claim, Or (III) Permit Late Filed Claim (Docket No. 21147)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21207)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21359)*

|  |  |
|---|---|
|  | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21567)* |
|  | *Proof Of Claim No. 1301* |
| *Status:* | *The hearing with respect to proof of claim number 1301 has been adjourned to the November 17, 2011 claims hearing pursuant to the Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21567).* |

C.  **Uncontested, Agreed, Or Settled Matters**

2.  **"Claims Objection Hearing Regarding Claims of ATS Ohio Inc., ATS Automation Tooling Systems, Inc., And ATS Michigan Sales And Services, Inc."** - Claims Objection Hearing Regarding Claims of ATS Ohio Inc., ATS Automation Tooling Systems, Inc., and ATS Michigan Sales and Services, Inc. as Objected to on the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

|  |  |
|---|---|
| *Responses filed:* | *Response Of ATS Automation Tooling Systems Inc., ATS Michigan Sales And Service Inc., ATS Ohio Inc. And ATS Wickel Und Montagetechnik AG To Reorganized Debtors' Forty-Third Omnibus Claims Objection (Docket No. 19456)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)* |

| | |
|---|---|
| *Related filings:* | *Joint Stipulation and Agreed Order Between Reorganized Debtors, ATS Ohio, Inc., ATS Michigan Sales and Services, Inc., ATS Automation Tooling Systems, Inc., and Nexteer Automotive Corporation (I) Reclassifying and Allowing Proof of Administrative Expense Claim Number 19761, (II) Compromising and Allowing Proof of Administrative Expense Claim Number 19762, and (III) Disallowing and Expunging Proof of Administrative Expense Claim Number 19763 (ATS Ohio, Inc., ATS Michigan Sales and Services, Inc., and ATS Automation Tooling Systems, Inc.) (Docket No. 21555)* |
| | *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 19761, 19762, And 19763 (ATS Ohio Inc., ATS Automation Tooling Systems, Inc., And ATS Michigan Sales And Services, Inc.) (Docket No. 21282)* |
| | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proofs Of Administrative Expense Claim Numbers 19761, 19762, And 19763 (Docket No. 21300)* |
| | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 19761, 19762, And 19763 (Docket No. 21426)* |
| | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 19761, 19762 And 19763 (Docket No. 21508)* |
| | *Proofs Of Administrative Expense Claim Numbers 19761, 19762, And 19763* |
| *Status:* | *The hearing with respect to this matter had been adjourned to September 22, 2011 pursuant to the Notice Of Adjournment Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 19761, 19762 And 19763 (Docket No. 21508). The hearing is no longer necessary due to the parties' resolution of this matter pursuant to the August 31, 2011 Joint Stipulation and Agreed Order Between Reorganized Debtors, ATS Ohio, Inc., ATS Michigan Sales and Services, Inc., ATS Automation Tooling Systems, Inc., and Nexteer Automotive Corporation (I) Reclassifying and Allowing Proof of Administrative Expense Claim Number 19761, (II) Compromising and Allowing Proof of Administrative Expense* |

*Claim Number 19762, and (III) Disallowing and Expunging Proof of Administrative Expense Claim Number 19763 (ATS Ohio, Inc., ATS Michigan Sales and Services, Inc., and ATS Automation Tooling Systems, Inc.) (Docket No. 21555).*

**D.    Contested Matters**

3.  **"Claims Objection Hearing Regarding Claim of Alla Averbukh, on Behalf of the Estate of Boris Averbukh"** - Claims Objection Hearing Regarding Claims of Alla Averbukh, on Behalf of the Estate of Boris Averbukh, as Objected to in the Reorganized Debtors' Motion for Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunction and Forty-Seventh Omnibus Claims Objection Order Against Averbukhs, as Plaintiffs, in Maryland State Court Wrongful Death Action; and (II) Directing Averbukhs to Dismiss Action to Recover Upon Discharged and Expunged Claim ("Averbukh Injunction Motion") (Docket No. 21553)

|  |  |
|---|---|
| *Responses filed:* | *The Response to the Averbukh Injunction Motion is expected to be filed on Monday, September 19, 2011 pursuant to the agreement of the parties.* |
| *Replies filed:* | *The Reorganized Debtors may subsequently file a Reply upon their receipt and review of the Response to the Averbukh Injunction Motion.* |
| *Related filings:* | *September 15, 2011 Affidavit of Service of Averbukh Injunction Motion* |
|  | *Notice of Reorganized Debtors' Motion for Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunction and Forty-Seventh Omnibus Claims Objection Order Against Averbukhs, as Plaintiffs, in Maryland State Court Wrongful Death Action; and (II) Directing Averbukhs to Dismiss Action to Recover Upon Discharged and Expunged Claim ("Averbukh Injunction Motion") (Docket No. 21553)* |
|  | *[Proposed] Order Enforcing Injunction and Orders Against Plaintiffs in Maryland State Court Action ("Averbukh Injunction Order") (Docket No. 21554)* |
|  | *Notice of Entry of the Averbukh Claim Expungement Order (Docket No. 20216)* ∗ |

---

∗    Related filings with this designation are not included as separate tabs in the binders provided to the Court in connection with the September 22, 2011 hearing because they are already included as exhibits to the Averbukh Injunction Motion.

6

*Order Pursuant to 11 U.S.C. §503(b) And Fed. R. Bankr. 3007 (I) Disallowing And Expunging (A) Certain Administrative Expense Claims On Books And Records Grounds, (B) A Certain Administrative Expense Duplicate Claim, And (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, And (II) Modifying A Certain Administrative Expense Claim ("Averbukh Claim Expungement Order") (Docket No. 20188)*

*Reorganized Debtors' Notice of Objection to Claim (Docket No. 19910)\**

*Forty-Seventh Omnibus Objection Pursuant to 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge (A) Certain Administrative Expense Books And Records Claims, (B) A Certain Administrative Expense Duplicate Claim, And (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, And (II) Modify Certain Administrative Expense Claims (the "Forty-Seventh Omnibus Claims Objection") (Docket No. 19873)*

*Complaint in the Circuit Court for Prince George's County, Maryland by Plaintiffs Vladimir Averbukh, Aleksandr Averbukh, and Alla Averbukh ("Aleksandr") against Delphi Corporation and Delphi Automotive Systems LLC, and other defendants, Case No. CAL09-35924\**

*Administrative Expense Claim Request (No. 19597) filed on behalf of Alla Averbukh by The Kuhlman Law Firm, LLC\**

*Order Approving Modifications under 11 U.S.C. § 1127(b) to (I) First Amended Joint Plan of Reorganization ("Plan") of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession, as Modified and (ii) Confirmation Order ("Plan Modification Order") (Docket No. 18707)*

*Affidavits of Publication Regarding Notices of the July 15, 2009 Administrative Claim Bar Date (the "Administrative Claim Bar Date") in accordance with the Modification Procedures Order (as defined below) (Docket Nos. 17407-17415)*

*Order (A)(I) Approving Modifications to Debtors' First Amended Plan of Reorganization (as Modified) and Related Disclosures and Voting Procedures and (II) Setting Final Hearing Date to Consider Modifications to Confirmed First Amended Plan of Reorganization and (B) Setting*

*Administrative Expense Claims Bar Date and Alternative Transaction Hearing Date ("Modification Procedures Order") (Docket No. 17032)*

*Status:*    *The hearing with respect to this matter will be proceeding.*

Dated:    Detroit, Michigan
September 21, 2011

BUTZEL LONG, a professional corporation

By: /s/ Cynthia J. Haffey
    Cynthia J. Haffey
    Sheldon H. Klein
    Chester E. Kasiborski, Jr.
    Thomas B. Radom
150 West Jefferson, Suite 100
Detroit, Michigan 48226
(313) 225-7000

*Attorneys for DPH Holdings Corp., et al., Reorganized Debtors*