**Hearing Date:  September 22, 2011 at 10 a.m. (EDT)**
**Response Date:  September 5, 2011**

BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, MI  48226
(313) 225-7000
Cynthia J. Haffey
Chester E. Kasiborski, Jr.
Thomas B. Radom
*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.,* | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Reorganized Debtors. | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 21,  2011, a true and correct copy of the Reorganized Debtors' Motion for Order (A) Reply In Support Of Motion ("Motion") For Order (i) Enforcing Modification Procedures Order, Modified Plan And Plan Modification Order Injunction And Forty-Seventh Omnibus Claims Objection Order Against Averbukhs, As Plaintiffs, In Maryland State Court Wrongful Death Action; And (ii) Directing Averbukhs To Dismiss Action To Recover Upon Discharged And Expunged Claim, And (B) Response To Vladimir Averbukh's And Alesander Averbukh's Cross-Motion For Relief From The "Pertinent Orders" was served by e-mail to the following persons at the following addresses:

> Gregory G. Hopper, Esq.
> Salsbury, Clements, Bekman, Marder
> and Adkins, LLC
> 300 West Pratt Street, Suite 450
> Baltimore, MD  21201
> (410) 539-6633
> hopper@scbmalaw.com

Bradley D. Kuhlman, Esq.
The Kuhlman Law Firm, LLC
1100 Main Street, Suite 2550
Kansas City, MO  64105
(816) 799-0330
brad@kuhlman-law.com

Chad C. Lucas, Esq.
The Kuhlman Law Firm, LLC
1100 Main Street, Suite 2550
Kansas City, MO  64105
(816) 799-0330
chad@kuhlman-law.com

Alex Poberesky, Esq.
Law Offices of Alex Poberesky, P.A.
104 Church Lane, Suite 100
Baltimore, MD  21208
(410) 484-0400
lawhelp@usa.net

Marsha Krawtiz Samuels, Esq.
O'Conor, Grant & Samuels
401 Washington Avenue, Suite 400
Towson, MD  21204
(410) 832-2883
marsha.samuels@sa-trial.com

Robert J. Weltchek, Esq.
Weltcheck Mallahan & Weltchek LLC
2330 W. Joppa Road, Suite 203
Lutherville, MD  21093
(410) 825-5287
rweltchek@wmwlawfirm.com

Kristopher A. Mallahan, Esq.
Weltcheck Mallahan & Weltchek LLC
2330 W. Joppa Road, Suite 203
Lutherville, MD  21093
(410) 825-5287
kmallahan@wmwlawfirm.com

Dated: Detroit, Michigan             /s/ Alexis Richards
       September 21,  2011