**Hearing Date: October 24, 2011 at 10 a.m. (EDT)**

BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, Michigan  48226
(313) 225-7000
Cynthia J. Haffey
Chester E. Kasiborski, Jr.

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.,* | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Reorganized Debtors. | |

**REORGANIZED DEBTORS' SUPPLEMENTAL REPLY
WITH RESPECT TO PROOF OF CLAIM NUMBER 9319 AND
ADMINISTRATIVE EXPENSE CLAIM NUMBER 16908**

(**VANGUARD DISTRIBUTORS, INC.**)

DPH Holdings Corp. and its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), submit this Supplemental Reply With Respect To Proof of Claim Number 9319 And Administrative Expense Claim Number 16908 (the "Supplemental Reply") filed by Vanguard Distributors, Inc. (the "Claimant") and state as follows:

**I.    BACKGROUND**

1.    On August 26, 2011 the Reorganized Debtors filed the Reorganized Debtors' Statement of Disputed Issues With Respect to Proof of Claim Number 9319 and Administrative

Expense Claim Number 16908 (Vanguard Distributors, Inc.) (the "Statement of Disputed Issues") (Docket No. 21547).

2.  Claimant has not filed a supplemental response. Therefore, the Statement of Disputed Issues is uncontested and the Reorganized Debtors rely upon their Statement of Disputed Issues.

3.  In the event that the Claimant attempts to file a late supplemental response or otherwise contests the assertions in the Statement of Disputed Issues, the Reorganized Debtors reserve their rights to: (a) assert that the supplemental response should be disregarded since Clamant has not followed the procedures established by the Court in its claims objections procedures orders (Docket Nos. 6029 and 18998); and (b) supplement this Supplemental Reply.

WHEREFORE the Reorganized Debtors respectfully request that this Court enter an order (a) disallowing and expunging the Claims in their entirety or, at the least, disallowing them in the amount recovered by Reorganized Debtors in the Preference Action; and (b) granting the Reorganized Debtors such other and further relief as is just.

Dated:  Detroit, MI
        September 23, 2011

BUTZEL LONG, a professional corporation

By:  /s/ Cynthia J. Haffey
     Cynthia J. Haffey
     Chester E. Kasiborski, Jr.
150 West Jefferson, Suite 100
Detroit, MI  48226
(313) 225-7000

*Attorneys for Reorganized Debtors*

#1302255 v1

2

BUTZEL LONG, a professional corporation
150 W. Jefferson, Suite 100
Detroit, MI 48226
(313) 225-7000
Cynthia J. Haffey
Chester E. Kasiborski, Jr.
*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.,* | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Reorganized Debtors. | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2011, a true and correct copy of Reorganized Debtors' Supplemental Reply With Respect To Proof of Claim Number 9319 And Administrative Expense Claim Number 16908 was served by facsimile to the following persons at the following address and facsimile number:

Janice B. Grubin, Esq.
Todtman, Nachamie, Spizz & Johns, PC
425 Park Avenue
New York, New York  10022
Fax:  (212) 754-6262

*Attorneys for Vanguard Distributors, Inc.*

Louis G. McBryan, Esq.
Howick, Westfall, McBryant, Kaplan, LLP
3101 Tower Creek Parkway
Suite 600, One Tower Creek
Atlanta, GA  30339
Fax:  (678) 384-7034

Dated: Detroit, Michigan
September 23, 2011

/s/ Regina M. Romero
Regina M. Romero

#1302255  v1