# EXHIBIT C

- 1 -

1

2    UNITED STATES BANKRUPTCY COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    Case No. 05-44481 (RDD); Adv. Proc. No. 07-02619 (RDD);

5    Adv. Proc. No. 07-02242 (RDD); Adv. Proc. No. 07-02256 (RDD);

6    Adv. Proc. No. 07-02333 (RDD); Adv. Proc. No. 07-02580 (RDD);

7    Adv. Proc. No. 07-02661 (RDD); Adv. Proc. No. 07-02743 (RDD);

8    Adv. Proc. No. 07-02768 (RDD); Adv. Proc. No. 07-02769 (RDD);

9    Adv. Proc. No. 07-02790 (RDD); Adv. Proc. No. 07-02076 (RDD);

10   Adv. Proc. No. 07-02084 (RDD); Adv. Proc. No. 07-02096 (RDD);

11   Adv. Proc. No. 07-02125 (RDD); Adv. Proc. No. 07-02177 (RDD);

12   Adv. Proc. No. 07-02188 (RDD); Adv. Proc. No. 07-02211 (RDD);

13   Adv. Proc. No. 07-02212 (RDD); Adv. Proc. No. 07-02236 (RDD);

14   Adv. Proc. No. 07-02250 (RDD); Adv. Proc. No. 07-02262 (RDD);

15   Adv. Proc. No. 07-02270 (RDD); Adv. Proc. No. 07-02291 (RDD);

16   Adv. Proc. No. 07-02328 (RDD); Adv. Proc. No. 07-02337 (RDD);

17   Adv. Proc. No. 07-02348 (RDD); Adv. Proc. No. 07-02432 (RDD);

18   Adv. Proc. No. 07-02436 (RDD); Adv. Proc. No. 07-02449 (RDD);

19   Adv. Proc. No. 07-02479 (RDD); Adv. Proc. No. 07-02525 (RDD);

20   Adv. Proc. No. 07-02534 (RDD); Adv. Proc. No. 07-02539 (RDD);

21   Adv. Proc. No. 07-02551 (RDD); Adv. Proc. No. 07-02581 (RDD);

22   Adv. Proc. No. 07-02597 (RDD); Adv. Proc. No. 07-02618 (RDD);

23   Adv. Proc. No. 07-02623 (RDD); Adv. Proc. No. 07-02659 (RDD);

24   Adv. Proc. No. 07-02672 (RDD); Adv. Proc. No. 07-02702 (RDD);

25   Adv. Proc. No. 07-02723 (RDD); Adv. Proc. No. 07-02743 (RDD);

- 2 -

1    Adv. Proc. No. 07-02744 (RDD); Adv. Proc. No. 07-02750 (RDD);

2    Adv. Proc. No. 07-02188 (RDD)

3    - - - - - - - - - - - - - - - - - - - -x

4    In the Matter of:

5    DPH HOLDINGS CORP., et al.,

6                              Reorganized Debtors.

7    - - - - - - - - - - - - - - - - - - - -x

8    DELPHI CORPORATION, et al.,

9                              Plaintiffs,

10        -against-

11   SETECH INC., et al.,

12                             Defendants.

13   - - - - - - - - - - - - - - - - - - - -x

14   DELPHI CORPORATION, et al.,

15                             Plaintiffs,

16        -against-

17   DUPONT COMPANY, et al.,

18                             Defendants.

19   - - - - - - - - - - - - - - - - - - - -x

20   DELPHI CORPORATION, et al.,

21                             Plaintiffs,

22        -against-

23   ECO-BAT AMERICA LLC,

24                             Defendant.

25   - - - - - - - - - - - - - - - - - - - -x

- 3 -

```
 1    - - - - - - - - - - - - - - - - - - - -x

 2    DELPHI CORPORATION, et al.,

 3                         Plaintiffs,

 4        -against-

 5    GLOBE MOTORS INC.,

 6                         Defendant.

 7    - - - - - - - - - - - - - - - - - - - -x

 8    DELPHI CORPORATION, et al.,

 9                         Plaintiffs,

10        -against-

11    PHILIPS SEMICONDUCTOR, et al.,

12                         Defendants.

13    - - - - - - - - - - - - - - - - - - - -x

14    DELPHI CORPORATION, et al.,

15                         Plaintiffs,

16        -against-

17    SUMMIT POLYMERS INC.,

18                         Defendant.

19    - - - - - - - - - - - - - - - - - - - -x

20    DELPHI CORPORATION, et al.,

21                         Plaintiffs,

22        -against-

23    M & Q PLASTIC PRODUCTS, et al.,

24                         Defendants.

25    - - - - - - - - - - - - - - - - - - - -x
```

- 4 -

1    - - - - - - - - - - - - - - - - - - - -x

2    DELPHI CORPORATION, et al.,

3                          Plaintiffs,

4        -against-

5    RSR CORPORATION, et al.,

6                          Defendants.

7    - - - - - - - - - - - - - - - - - - - -x

8    DELPHI CORPORATION, et al.,

9                          Plaintiffs,

10        -against-

11   RSR/ECOBAT,

12                         Defendant.

13   - - - - - - - - - - - - - - - - - - - -x

14   DELPHI CORPORATION, et al.,

15                         Plaintiffs,

16        -against-

17   TYCO et al.,

18                         Defendants.

19   - - - - - - - - - - - - - - - - - - - -x

20   DELPHI CORPORATION, et al.,

21                         Plaintiffs,

22        -against-

23   AHAUS TOOL & ENGINEERING INC.,

24                         Defendant.

25   - - - - - - - - - - - - - - - - - - - -x

- 5 -

1    - - - - - - - - - - - - - - - - - - -x

2    DELPHI CORPORATION, et al.,

3                          Plaintiffs,

4         -against-

5    A 1 SPECIALIZED SVC & SUPP., INC.,

6                          Defendant.

7    - - - - - - - - - - - - - - - - - - -x

8    DELPHI CORPORATION, et al.,

9                          Plaintiffs,

10        -against-

11   A-1 SPECIALIZED SERVICES,

12                         Defendant.

13   - - - - - - - - - - - - - - - - - - -x

14   DELPHI CORPORATION, et al.,

15                         Plaintiffs,

16        -against-

17   ATS AUTOMATION TOOLING SYSTEMS INC., et al.,

18                         Defendants.

19   - - - - - - - - - - - - - - - - - - -x

20   DELPHI CORPORATION, et al.,

21                         Plaintiffs,

22        -against-

23   CORNING INC., et al.,

24                         Defendants.

25   - - - - - - - - - - - - - - - - - - -x

- 6 -

1    - - - - - - - - - - - - - - - - - - - -x

2    DELPHI CORPORATION, et al.,

3                          Plaintiffs,

4         -against-

5    CRITECH RESEARCH INC.,

6                          Defendant.

7    - - - - - - - - - - - - - - - - - - - -x

8    DELPHI CORPORATION, et al.,

9                          Plaintiffs,

10        -against-

11   DOSHI PRETTL INTERNATIONAL, et al.,

12                          Defendants.

13   - - - - - - - - - - - - - - - - - - - -x

14   DELPHI CORPORATION, et al.,

15                          Plaintiffs,

16        -against-

17   D & R TECHNOLOGY LLC, et al.,

18                          Defendants.

19   - - - - - - - - - - - - - - - - - - - -x

20   DELPHI CORPORATION, et al.,

21                          Plaintiffs,

22        -against-

23   DSSI, et al.,

24                          Defendants.

25   - - - - - - - - - - - - - - - - - - - -x

- 7 -

1   - - - - - - - - - - - - - - - - - - - -x

2   DELPHI CORPORATION, et al.,

3                          Plaintiffs,

4        -against-

5   DANOBAT MACHINE TOOL CO. INC.,

6                          Defendant.

7   - - - - - - - - - - - - - - - - - - - -x

8   DELPHI CORPORATION, et al.,

9                          Plaintiffs,

10       -against-

11  EDS, et al.,

12                         Defendants.

13  - - - - - - - - - - - - - - - - - - - -x

14  DELPHI CORPORATION, et al.,

15                         Plaintiffs,

16       -against-

17  BP, et al.,

18                         Defendants.

19  - - - - - - - - - - - - - - - - - - - -x

20  DELPHI CORPORATION, et al.,

21                         Plaintiffs,

22       -against-

23  CARLISLE, et al.,

24                         Defendants.

25  - - - - - - - - - - - - - - - - - - - -x

- 8 -

1    - - - - - - - - - - - - - - - - - - - -x

2    DELPHI CORPORATION, et al.,

3                         Plaintiffs,

4       -against-

5    GKNS INTERMETALS,

6                         Defendant.

7    - - - - - - - - - - - - - - - - - - - -x

8    DELPHI CORPORATION, et al.,

9                         Plaintiffs,

10      -against-

11   EX-CELL-O MACHINE TOOLS INC.,

12                        Defendant.

13   - - - - - - - - - - - - - - - - - - - -x

14   DELPHI CORPORATION, et al.,

15                        Plaintiffs,

16      -against-

17   JOHNSON CONTROLS, et al.,

18                        Defendants.

19   - - - - - - - - - - - - - - - - - - - -x

20   DELPHI CORPORATION, et al.,

21                        Plaintiffs,

22      -against-

23   NILES USA INC., et al.,

24                        Defendants.

25   - - - - - - - - - - - - - - - - - - - -x

- 9 -

```
 1    - - - - - - - - - - - - - - - - - - -x

 2    DELPHI CORPORATION, et al.,

 3                        Plaintiffs,

 4        -against-

 5    METHODE ELECTRONICS INC., et al.,

 6                        Defendants.

 7    - - - - - - - - - - - - - - - - - - -x

 8    DELPHI CORPORATION, et al.,

 9                        Plaintiffs,

10        -against-

11    MICROCHIP,

12                        Defendant.

13    - - - - - - - - - - - - - - - - - - -x

14    DELPHI CORPORATION, et al.,

15                        Plaintiffs,

16        -against-

17    HEWLETT PACKARD, et al.,

18                        Defendants.

19    - - - - - - - - - - - - - - - - - - -x

20    DELPHI CORPORATION, et al.,

21                        Plaintiffs,

22        -against-

23    OLIN CORP,

24                        Defendant.

25    - - - - - - - - - - - - - - - - - - -x
```

```
 1    - - - - - - - - - - - - - - - - - - -x

 2    DELPHI CORPORATION, et al.,

 3                              Plaintiffs,

 4        -against-

 5    INTEC GROUP,

 6                              Defendant.

 7    - - - - - - - - - - - - - - - - - - -x

 8    DELPHI CORPORATION, et al.,

 9                              Plaintiffs,

10        -against-

11    VALEO, et al.,

12                              Defendants.

13    - - - - - - - - - - - - - - - - - - -x

14    DELPHI CORPORATION, et al.,

15                              Plaintiffs,

16        -against-

17    VANGUARD DISTRIBUTORS,

18                              Defendant.

19    - - - - - - - - - - - - - - - - - - -x

20    DELPHI CORPORATION, et al.,

21                              Plaintiffs,

22        -against-

23    VICTORY PACKAGING, et al.,

24                              Defendants.

25    - - - - - - - - - - - - - - - - - - -x
```

- 11 -

1    - - - - - - - - - - - - - - - - - - - -x

2    DELPHI CORPORATION, et al.,

3                              Plaintiffs,

4        -against-

5    WAGNER-SMITH COMPANY,

6                              Defendant.

7    - - - - - - - - - - - - - - - - - - - -x

8    DELPHI CORPORATION, et al.,

9                              Plaintiffs,

10       -against-

11   WELLS FARGO BUSINESS, et al.,

12                             Defendants.

13   - - - - - - - - - - - - - - - - - - - -x

14   DELPHI CORPORATION, et al.,

15                             Plaintiffs,

16       -against-

17   SELECT TOOL & DIE CORP.,

18                             Defendant.

19   - - - - - - - - - - - - - - - - - - - -x

20   DELPHI CORPORATION, et al.,

21                             Plaintiffs,

22       -against-

23   SHUERT INDUSTRIES INC.,

24                             Defendant.

25   - - - - - - - - - - - - - - - - - - - -x

- 12 -

```
1   - - - - - - - - - - - - - - - - - - -x

2   DELPHI CORPORATION, et al.,

3                         Plaintiffs,

4       -against-

5   SUMITOMO, et al.,

6                         Defendants.

7   - - - - - - - - - - - - - - - - - - -x

8   DELPHI CORPORATION, et al.,

9                         Plaintiffs,

10      -against-

11  TECH CENTRAL,

12                        Defendant.

13  - - - - - - - - - - - - - - - - - - -x

14  DELPHI CORPORATION, et al.,

15                        Plaintiffs,

16      -against-

17  PRUDENTIAL RELOCATION, et al.,

18                        Defendants.

19  - - - - - - - - - - - - - - - - - - -x

20  DELPHI CORPORATION, et al.,

21                        Plaintiffs,

22      -against-

23  LDI INCORPORATED,

24                        Defendant.

25  - - - - - - - - - - - - - - - - - - -x
```

- 13 -

1    - - - - - - - - - - - - - - - - - - -x

2    DELPHI CORPORATION, et al.,

3                         Plaintiffs,

4         -against-

5    M & Q PLASTIC PRODUCTS, et al.,

6                         Defendants.

7    - - - - - - - - - - - - - - - - - - -x

8    DELPHI CORPORATION, et al.,

9                         Plaintiffs,

10        -against-

11   REPUBLIC ENGINEERED PRODUCTS, et al.,

12                        Defendants.

13   - - - - - - - - - - - - - - - - - - -x

14   DELPHI CORPORATION, et al.,

15                        Plaintiffs,

16        -against-

17   RIECK GROUP LLC,

18                        Defendant.

19   - - - - - - - - - - - - - - - - - - -x

20   DELPHI CORPORATION, et al.,

21                        Plaintiffs,

22        -against-

23   CRITECH RESEARCH INC.,

24                        Defendant.

25   - - - - - - - - - - - - - - - - - - -x

1          U.S. Bankruptcy Court

2          300 Quarropas Street

3          White Plains, New York

4

5          July 22, 2010

6          10:20 AM

7

8

9    B E F O R E :

10   HON. ROBERT D. DRAIN

11   U.S. BANKRUPTCY JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DPH HOLDINGS CORP., et al.

- 103 -

1  this point, but to me the Constitutional issue, you know, the

2  due-process issue here, is not so much the running of time as

3  the issue of whether and how the defendants got notice of the

4  Rule 4 motions.  If they didn't get notice, then it's wide

5  open.  If they did get notice, I think there's a 60(b) hurdle.

6  But if they didn't get notice, it's wide open and I should look

7  at it as whether, you know, it was appropriate to have entered

8  those orders.  And they should have all their -- you know,

9  their right to say they shouldn't have been entered.

10      MS. SCHWEITZER:  Right.  Your Honor, I think Your

11  Honor -- as you're raising, there are very difficult questions

12  raised when you look at both sides of this argument.  You

13  raised several points and I'd like to take some of them in

14  turn.  The first one is just the raising of the 4(m) and the

15  fact the Supreme Court has said that there's no per se due-

16  process violation in terms of changing a statute of

17  limitations.  That's said in the context of policy decisions of

18  policymakers making a uniform decision that 'We're going to

19  change the rule.  We're going to change the law because BP has

20  now intoxicated the entire Gulf of Mexico and we need to say

21  it's not fair that people have a year to bring those claims.'

22  There's been no grand policy decisions here.

23      And in fact the debtors didn't need more time to bring

24  the claims.  The debtors said 'I'll file these claims in a

25  timely manner.'

DPH HOLDINGS CORP., et al.

- 104 -

1      THE COURT:  But, I mean, a policy could be un-

2   Constitutional too.  I mean, Congress may say that we want to,

3   you know -- well --

4      MS. SCHWEITZER:  Right.

5      THE COURT:  -- that 'We decide as a policy matter to

6   legalize slavery.  You know, that clearly violate the due-

7   process clause.  It's a policy decision, but --

8      MS. SCHWEITZER:  Right.

9      THE COURT:  So I don't --

10      MS. SCHWEITZER:  But --

11      THE COURT:  I mean, I think the point is that the

12   statute of limitations, I don't believe, is the type of

13   interest that's protected by due process.

14      MS. SCHWEITZER:  But I think that there's two

15   different things that happen here to the debtors is that they

16   claim that they satisfied the statute of limitations.  They

17   said 'We filed these timely,' right?  And 'We met the two and a

18   half year deadline.'

19      THE COURT:  Right.

20      MS. SCHWEITZER:  'But what we want to do after that

21   point is put these in a drawer, put them under lock and seal

22   and affirmatively not tell people about these claims' in two

23   different ways:  in filing these extension motions without

24   particularized notice, and I'll get to that; and the second way

25   is affirmatively sealing not only the complaint, which we now

DPH HOLDINGS CORP., et al.

- 105 -

1    know contains no confidential information, no commercial reason

2    that you need to sell this complain other than to let someone

3    know it doesn't exist.

4        THE COURT:  Right.

5        MS. SCHWEITZER:  And they not only sealed that, but

6    they actually sealed the docket itself so that any diligent

7    counterparty who regularly searches the federal docket to find

8    out if they've been sued and whether it's because they're

9    selling their company or because they want to take reserves or

10   because they want to do whatever they do in the ordinary

11   course, could not find this docket.

12       And the debtors' explanation for that is they want to

13   preserve business relationships with folks, folks I assume like

14   HP who has continued to do business with them.

15       THE COURT:  I understand, but to me that all goes to

16   laches.  I mean, it just -- it strikes me that tomorrow

17   Congress could say that for debtors-in-possession the two-year

18   period is a six-year period.  And there's nothing that you all

19   could do about that.

20       MS. SCHWEITZER:  But the fact --

21       THE COURT:  I mean, you could vote out your

22   congressmen, but that would be it.

23       MS. SCHWEITZER:  Right, and -- fair enough, but I

24   think that the answer there is that if you -- that these

25   arguments definitely do bleed into each other.  And whether you

DPH HOLDINGS CORP., et al.

- 119 -

1   smoothly with you, I'm going to say' --

2           THE COURT:  But, again, isn't that on a case-by-case

3   basis?  I mean, I -- as far as I can see, there's one case that

4   concludes that 4(m) relief was improperly granted and that case

5   wasn't on due process grounds.  The Ninth Circuit just said,

6   'You know, we don't really set a standard for when it's

7   improperly granted, but it was improperly granted.'  So, I

8   mean, it just seems to me that it's much more of a case-by-case

9   analysis, depending on the, you know, the harm that happened to

10  people.

11          MS. SCHWEITZER:  Right.  Well, I guess --

12          THE COURT:  With the exception -- let me stop you.

13          MS. SCHWEITZER:  Okay.

14          THE COURT:  With the exception that under Rule

15  60(b)(4), if someone really didn't get notice of the extension

16  motions, then it would seem to me they should be able to argue

17  to me as if the motions were being made right now, although

18  I'll hear the debtors on that.  But, that seems to be the way

19  to look at it.

20          MS. SCHWEITZER:  Right.  Well, Your Honor --

21          THE COURT:  And then, the notice that would trigger

22  the Rule 60(b)(4) analysis would be due process notice and

23  consistent with not only Espinosa, but Mulane and the like.

24  It's true, if -- if the notice was buried or confusing or the

25  like, then I would understand that, too, as a violation of due

DPH HOLDINGS CORP., et al.

- 120 -

1   process.  I mean, a Chapter 13 plan is probably a little easier

2   to deal with than a case that probably has a hundred docket

3   entries, than thousands.

4           MS. SCHWEITZER:  Well, I would certainly take the

5   position that you're in a position to find a per se violation

6   but I do believe that there are facts of prejudice that

7   ultimately could and would be shown.  And I've highlighted some

8   of those and I think some of those are universal but in the

9   interest of not stepping on Mr. Winsten's time and also --

10          THE COURT:  Okay.

11          MS. SCHWEITZER:  -- recognizing that there are other

12  arguments to be had, I think that if it's all right with Your

13  Honor, I'd move to the Rule 8 arguments.

14          THE COURT:  Well, who is -- okay.  But --

15          MS. SCHWEITZER:  Or would you like Mr. Winsten --

16          THE COURT:  -- I'm happy to get to those, I just --

17  who is covering Rule 4(f)?

18          MS. SCHWEITZER:  Mr. Winsten.

19          THE COURT:  Okay.  So, I'll wait for you, then.

20          MS. SCHWEITZER:  Would you like --

21          THE COURT:  So, no, no --

22          MS. SCHWEITZER:  -- I'd be happy to cede the podium --

23          THE COURT:  -- Rule 8 --

24          MS. SCHWEITZER:  I'm happy to cede the podium in any

25  order --

DPH HOLDINGS CORP., et al.

- 277 -

1    re Hydrogen, LLC, 2010 WL 1609, 536 (Bankr. S.D.N.Y., April 20,

2    2010).  In re McLaughlin, 415 B.R. 23 (Bankr. D.N.H. 2009)

3    In re Caremerica Inc., 409 B.R. 737 (Bankr. E.D.N.C. 2009).

4            I've stated during oral argument why I believe all

5    three of these elements of the claim need to be pled with more

6    clarity in the context.  In particular, while it may seem at

7    first glance that anyone receiving money has to receive it for

8    some purpose and therefore it's reasonable to infer in the

9    context that that purpose is to pay an antecedent debt, that is

10   not always the case.  Debtors may pay COD or in advance.  And

11   in addition, in identifying the debt, a complaint may therefore

12   also enable a debtor to show that the creditor, or the

13   transferee, rather, received more than it would otherwise in a

14   Chapter 7 case which would, in the case of a contract that had

15   been subsequently assumed, be a basis for dismissing the claim.

16           So I concluded that the complaints need to be

17   dismissed, and I've given DPH Holdings forty-five days from

18   today to file a motion for each complaint seeking leave to

19   amend each complaint.  That motion should attach the form of

20   complaint -- or must attach the form of complaint that would be

21   proposed to be filed as an amended complaint.  And if such a

22   motion is not filed for any particular complaint, that

23   complaint will be dismissed upon the movant submitting to me a

24   proposed order dismissing the complaint, CC'ing on the e-mail

25   counsel for DPH and stating that in fact notwithstanding my