# EXHIBIT D

ORIGINAL

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 05-44481

- - - - - - - - - - - - - - - - - - - -x

In the Matter of:

DELPHI CORPORATION,

    Debtor.

- - - - - - - - - - - - - - - - - - - -x

        United States Bankruptcy Court

        One Bowling Green

        New York, New York


        March 19, 2008

        10:09 AM


B E F O R E:

HON. ROBERT D. DRAIN

U.S. BANKRUPTCY JUDGE

23

1  pursued or is that still something they're analyzing in light

2  of the cost of pursuing it versus the net gain of a victory --

3          MR. BUTLER:  I think, Your Honor --

4          THE COURT:  -- or potential victory?

5          MR. BUTLER:  -- those are still under analysis.  They

6  were retained because of the unique circumstances that were

7  pled in those particular proceedings.  And I don't think a

8  final decision has been made as to whether those would actually

9  be pursued.  But obviously, we did make -- we did do enough

10 analysis to decide that as opposed to the other 740 odd actions

11 that these should be retained for that purpose.

12         THE COURT:  Did those defendants get notice of the

13 motion?

14         MR. BUTLER:  Everyone received notice of the 4(m)

15 motion, I believe.  Let me make sure.  Is that -- I want to

16 just double check with my folks.  It went to the 2002 services,

17 I know for sure.  Just give us one second, Your Honor.

18         THE COURT:  Okay.

19         MR. BUTLER:  Your Honor, I'm almost certain that they

20 would have not gotten individualized notice unless they were on

21 the 2002 list.

22         THE COURT:  Okay.

23         MR. BUTLER:  And the reason for that is I'm not sure

24 they know about the existence of the pleadings.

25         THE COURT:  All right.  Well, I debated whether to

```
                                                              24
 1   have you settle the order on those -- that handful of people.
 2   I mean, normally, no one wants to have litigation be activated
 3   but I think the rationale potentially for them is a little
 4   different than the others.  So I think I'll -- particularly, if
 5   we're not sure whether they got the notice.
 6           MR. BUTLER:  Your Honor, I think -- let me just --
 7           THE COURT:  If they're on the 2002 list, you don't
 8   need to settle it.  If they weren't -- they weren't served with
 9   it, I'd like you to settle it as to the handful of people that
10   the plan at least contemplates would be pursued.
11           MR. BUTLER:  Right.
12           THE COURT:  With regard to the vast majority, all the
13   others, clearly there's a good basis for not activating that
14   litigation.  It would be moot upon consummation of the plan.
15           MR. BUTLER:  We'll do that, Your Honor.  And the
16   existence of those folks is obviously that that exhibit to the
17   plan is public.  So everyone knows what that retention is.
18   So --
19           THE COURT:  Right.
20           MR. BUTLER:  -- we will deal with that and we will
21   settle the order.  If they're not --
22           THE COURT:  You can do it five days notice.
23           MR. BUTLER:  Okay.  Thank you, Your Honor.
24           THE COURT:  Okay.  If they're not on the 2002 list.
25           MR. BUTLER:  Thanks -- thank you, Your Honor.  Your
```