# EXHIBIT A

**JADKO REALTY CORPORATION**
508 N. Lewis Road, Royersford, PA 19468

November 27, 2007

| | |
|---|---|
| Wachovia Bank National Association | Reed Smith LLP |
| Attn: Patrick McGovern, Sr., Vice President | Attn: Peter S. Clark II, Esquire |
| 123 South Broad Street | 2500 One Liberty Place |
| 17th Floor | 1650 Market Street |
| Philadelphia, PA 19109-1199 | Philadelphia, PA 19103-7301 |

Re: Wachovia Bank N.A. ("Bank")/Laneko Engineering Co.,
And affiliates ("Laneko Obligors")

Gentlemen:

Reference is made to the Fourth Forbearance Agreement dated as of December 1, 2005 between the Bank and the Laneko Obligors ("Forbearance Agreement").

Pursuant to Paragraph 4.h. of the Forbearance Agreement, the Laneko Obligors retained the right to demand that the Bank Execute a satisfaction piece for the mortgage on the Limerick Property upon the earlier of......"(ii) October 18, 2007 or (iii) a justifiable business reason identified by the Obligors requiring satisfaction of the mortgage on the Limerick property (including but not limited to requiring access to equity in Limerick Property and/or sale of the Limerick Property)".

It is now past October 18, 2007 and, in addition, the Limerick Property is about to be sold. As a result, there is pressing need for the mortgage to be satisfied. Further, we understand that no avoidance actions or other claims have arisen out of the Delphi Corporation bankruptcy case on account of which the Bank insisted on retaining the mortgage on the Limerick Property; consequently, the Bank has no continuing exposure.

In light of the forgoing, demand is hereby made for the Bank to satisfy its mortgage on the Limerick Property forthwith. Enclosed is a check payable to the Bank in the amount of $50.00 to cover the filing fee.

Thank you for your anticipated cooperation.

Very truly yours,

*W. James Derrah, Sr.*
W. James Derrah, Sr.
On Behalf of the Laneko Obligors

WJD\
Cc: Derek Baker, Esquire
James M. Matour, Esquire