# EXHIBIT B

Instrument Type: Satisfaction of Mortgage
Inst Description:
Instrument Status: Recorded and Verified document - moving
Instrument Date: 01/03/2008
Recorded Date: 01/14/2008 12:52:00 PM
Instrument Number: 2008004313
Volume: SAT
Book: 1213
Page: 01061
Assoc Instruments1: MTG BK 8676 PG 00982
Mortgage Amt:

**Parcel ID #1:**

Parcel ID #: 37-00-01603-00-7
Assessed Value: $1,772,820.00
Address: 508 N LEWIS RD
Address1:
City:
State: PA                    Zip:

**Parcel ID #2:**

Parcel ID #: 37-00-01600-00-1
Assessed Value: $304,300.00
Address: N LEWIS RD
Address1:
City:
State: PA                    Zip:
Comments:

## Name Information

**Mortgagor:**

WACHOVIA BANK NATIONAL ASSOCIATION Other

**Mortgagee:**

JADKO REALTY CORPORATION                    Other