# EXHIBIT A

| Case No. | Filing Debtor | Address per Petition | Tax ID Number |
|---|---|---|---|
| 05-44529 | Delphi Medical Systems Corporation | 5825 Delphi Drive Troy, MI 48098-2815 | 32-0052827 |
| 05-44536 | Specialty Electronics International Ltd. | 69A Kronprindsens Gade (Third Floor) P.O. Box 1858 St. Thomas, Virgin Islands | 66-0522490 |
| 05-44539 | Specialty Electronics, Inc. | 19200 Asheville Hwy. P.O. Box 519 Landrum, SC 29356 | 57-0755068 |
| 05-44624 | Delphi Connection Systems | 17150 VonKarman Ave. Irvin, CA 92614-0901 | 95-2563022 |
| 05-44639 | Delphi Automotive Systems Human Resources LLC | 5725 Delphi Drive Troy. MI 48098-2815 | 38-3547664 |

#1303673 v1