UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., et al. | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| Reorganized Debtors. | |

FINAL DECREE AND ORDER PURSUANT TO 11 U.S.C. § 350(a) AND FED.
R. BANKR. P. 3022 AND LOCAL R. BANKR. P. 3022-1 CLOSING
<u>CHAPTER 11 CASES OF 20 FILING DEBTORS</u>

Upon the motion, dated October 4, 2011 (the "Motion"),[1] of DPH Holdings Corp. ("DPH

Holdings"), on behalf of itself and certain of its affiliated reorganized debtors in the above-

captioned cases (together with DPH Holdings, the "Reorganized Debtors"), successors to Delphi

Corporation ("Delphi") and certain of its subsidiaries and affiliates, former debtors and debtors-

in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order and

final decree pursuant to 11 U.S.C. § 350(a) Fed. R. Bankr. P. 3022 and Local R. Bankr. P. 3022-

1 closing the chapter 11 cases of five filing Debtors; and it appearing that proper and adequate

notice of the Motion has been given and that no other or further notice is necessary; and upon the

record of the October 24, 2011 hearing on the Motion; and after due deliberation by the Court;

and good and sufficient cause appearing for the Motion, it is hereby

---

[1] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

ORDERED, ADJUDGED, AND DECREED THAT:[2]

1.      This Court has core jurisdiction over these chapter 11 cases and the parties and property affected hereby pursuant to 28 U.S.C. §§ 157 and 1334, article 13 of the Modified Plan, and paragraphs FF and 56 of the Modification Approval Order. Venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The Motion is GRANTED.

3.      The chapter 11 cases of the Closing Debtors identified in Exhibit A which is attached hereto and incorporated herein by reference are hereby closed, pursuant to section 350 of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1.

4.      The Reorganized Debtors shall continue to pay applicable U.S. Trustee fees, including interest (if any), on account of all of the chapter 11 cases of the Debtors -including the Closing Debtors identified on Exhibit A - when such fees become due and payable.

5.      This Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this order.


Dated: White Plains, New York          _____
       October __, 2011                          UNITED STATES BANKRUPTCY JUDGE


141814.0003 / #1303120 v1

---

[2] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. See Fed. R. Bankr. P. 7052