Chester E. Kasiborski, Jr.
BUTZEL LONG
150 W. Jefferson Ave.
Suite 100
Detroit, MI 48226
Telephone: (313) 225-7000
Facsimile: (313) 225-7080
E-mail: kasiborski@butzel.com
*Attorney for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DPH HOLDINGS CORP., et al.,<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

**ORDER GRANTING MOTION FOR ADMISSION OF CHESTER E. KASIBORSKI, JR. TO PRACTICE IN THIS COURT *PRO HAC VICE***

Chester E. Kasiborski, Jr., a member in good standing of the bar of the State of Michigan and of the bar of the United States District Court for the Eastern District of Michigan, having requested admission, *pro hac vice*, to represent DPH Holdings Corporation, et al., in matters related to the above-referenced case,

IT IS HEREBY ORDERED that Chester E. Kasiborski, Jr., Esq., is admitted to practice, *pro hac vice*, in matters related to the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
October 7, 2011

　　　　　　　　　　　　　　　　　　　　/s/Robert D. Drain_____
　　　　　　　　　　　　　　　　　　　　Honorable Robert D. Drain
　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE