Shalom Jacob
Zachary D. Silbersher
LOCKE LORD LLP
Three World Financial Center
New York, New York 10281-2101
Tel: (212) 415-8600
Fax: (212) 303-2754

-and-

Courtney E. Barr (CE 7768)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 443-0700
Fax: (312) 443-0336

*Counsel for Methode Electronics, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| ------------------------------------------------x | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., et al., | Case No. 05-44481 [RDD] |
| Reorganized Debtors. | (Jointly Administered) |
| ------------------------------------------------x | |
| DELPHI CORPORATION, et al., | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 07-02432 [RDD] |
| METHODE ELECTRONICS, INC. | |
| Defendant. | |
| ------------------------------------------------x | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2011, I caused to be electronically filed *Methode Electronics, Inc.'s Response to Reorganized Debtors' Amended Omnibus Response to Certain Defendants' Submissions Regarding the October 2, 2009 Supplemental Postconfirmation*

*Extension of Avoidance Action Service Deadline Motion* using the ECF system which will send notification of such filing to all registered ECF users.

The following parties were served with the above-referenced documents via overnight delivery on October 7, 2011:

The Honorable Robert D. Drain
United States Bankruptcy Court Judge
United States Bankruptcy Court
for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

U.S. Trustee
United States Bankruptcy Court
for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Cynthia J. Haffey
Butzel Long
150 West Jefferson Ave., Suite 100
Detroit, Michigan 48226
haffey@butzel.com

Dated: October 7, 2011
New York, New York

/s/ Zachary D. Silbersher
Zachary D. Silbersher
LOCKE LORD LLP
Three World Financial Center
New York, New York 10281-2101
Tel: (212) 415-8600
Fax: (212) 303-2754