UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: : | Chapter 11 |
| : | Case No. 05-44481 (RDD) |
| DPH HOLDINGS CORP, *et.al.*, : | (Jointly Administered) |
| : | |
| DELPHI CORPORATION, *et.al.*, : | |
| : | Adv. Pro. No. 07-02333 (RDD) |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| GLOBE MOTORS, INC. and GLOBE MOTORS, : | |
| : | |
| Defendants. : | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

    Jesse A. Gonzalez, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Kings County, New York.

    On October 7, 2011, deponent served true and correct copies of *Response of Globe Motors, Inc. and Globe Motors to Reorganized Debtors' Amended Omnibus Response to Certain Defendants' Submissions Regarding the October 2, 2009 Supplemental Postconfirmation Extension of Avoidance Action Service Deadline Motion* upon the following via Federal Express:

Cynthia J. Haffey
Butzel Long
150 W. Jefferson Avenue, Suite 100
Detroit, MI 48226

Richard K. Milin
Togut, Segal & Segal, LLP
One Penn Plaza, Suite 3335
New York, NY 10019

SL1 1104063v1 105400.00001

Albert L. Hogan, III
Skadden Arps Slate Meagher & Flom, LLP
155 North Wacker Drive
Chicago, IL 60606-1720

/s/ Jesse A. Gonzalez
Jesse A. Gonzalez

Sworn to before me this
7th day of October 2011

/s/ Constantine D. Pourakis
Notary Public

SL1 1104063v1 105400.00001