```
 1

 2    UNITED STATES BANKRUPTCY COURT

 3    SOUTHERN DISTRICT OF NEW YORK

 4    Case No. 05-44481-rdd

 5    - - - - - - - - - - - - - - - - - - - -x

 6    In the Matter of:

 7

 8    DPH HOLDINGS CORP., ET AL.,

 9

10             Debtors.

11

12    - - - - - - - - - - - - - - - - - - - -x

13

14             U.S. Bankruptcy Court

15             300 Quarropas Street

16             White Plains, New York

17

18             June 21, 2011

19             10:10 AM

20

21    B E F O R E:

22    HON. ROBERT D. DRAIN

23    U.S. BANKRUPTCY JUDGE

24

25
```

DPH HOLDINGS CORP., ET AL.

1               THE COURT:  In my view, at least.  Okay.

2               MS. HAFFEY:  Your Honor, one housekeeping matter?  And

3   this relates back to the motions to amend and the blanks

4   that --

5               THE COURT:  Yes.

6               MS. HAFFEY:  -- that this Court said, prior to lunch,

7   that it may entertain the opport -- allowing the reorganized

8   debtors to be able to provide a amended exhibit so that it

9   would provide antecedent debt information in?

10              THE COURT:  I don't remember -- that was not my view.

11  The issue was whether I would permit you all to amend -- to

12  make a motion to amend.  I'm going to see how this exercise

13  shakes out over the next week or so --

14              MS. HAFFEY:  Okay.

15              THE COURT:  -- before I decide that.  My view, though,

16  is that there should be some costs on any motion to amend here

17  because -- on this point.  It just seems to me that it's an

18  issue that was pretty obvious and my inclination is if I allow

19  it all, the cost of responding to it would be picked up by the

20  estate.

21              I don't like repeated motions to amend where I think

22  it should have been dealt with in advance.  I just -- you know,

23  if you were able to tell this to me today, I don't know why you

24  weren't able to tell it in the complaint when it was filed.

25              MS. HAFFEY:  And all I can tell Your Honor is it was

DPH HOLDINGS CORP., ET AL.

1   just a matter of my client digging into its documents and --

2              THE COURT:  I understand, but on the other hand,

3   that's what I had granted 180 days after the effective date of

4   the fourth plan, so that these things could be done.  And they

5   weren't.  So that's if I granted any leave to amend at all.

6   So --

7              MS. HAFFEY:  Okay.

8              THE COURT:  -- I mean, to file a motion to amend,

9   which obviously incur -- people have to spend money answering

10  or responding to.

11             MS. HAFFEY:  Thank you, Your Honor.

12             THE COURT:  Okay.

13             IN UNISON:  Thank you, Your Honor.

14             THE COURT:  You look puzzled.

15             UNIDENTIFIED SPEAKER:  I am puzzled.

16             THE COURT:  About what?

17             UNIDENTIFIED SPEAKER:  Where we are in proceeding on

18  where there are blanks.

19             THE COURT:  They don't have leave to amend.

20             UNIDENTIFIED SPEAKER:  They don't have leave to amend?

21             THE COURT:  Not yet.  I'm not granting them.

22             UNIDENTIFIED SPEAKER:  So that's the thing.

23             THE COURT:  Yes.

24          (Whereupon these proceedings were concluded at 6:45 PM)

25