

**Snell & Wilmer**
L.L.P.
LAW OFFICES

One Arizona Center
400 East Van Buren Street
Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000
602.382.6070 (Fax)
www.swlaw.com

DENVER
LAS VEGAS
LOS ANGELES
LOS CABOS
ORANGE COUNTY
PHOENIX
SALT LAKE CITY
TUCSON

Steven D. Jerome
602.382.6344
sjerome@swlaw.com

July 8, 2011

*Via E-mail and First Class U.S. Mail*

Cynthia J. Haffey
Butzel Long
150 W. Jefferson Ave., Ste. 100
Detroit, MI 48226
Email: haffey@butzel.com

    Re:    *Delphi Corporation v. Microchip* – Adv. Pro. No. 07-02346 (RDD)

Dear Ms. Haffey:

    During the June 21, 2011, hearing, Judge Drain stated on several occasions that defendants who have already filed declarations on the issue of notice are not required to refile those declarations with the Court. Nevertheless, as a courtesy to you, we are enclosing a copy of the "Response to Reorganized Debtor' Motion for Leave to File Amended Complaints" (the "Response") filed by Microchip Technology Incorporated ("Microchip") on November 24, 2010, in the above-referenced adversary proceeding and in *In re DPH Holdings Corp.*, Case No. 05-44481 (RDD). Attached as Exhibit B to the Response is the "Declaration of Eric Bjornholt in Support of Microchip Technology Incorporated's Response to Reorganized Debtors' Motion for Leave to File Amended Complaints" (the "Bjornholt Declaration"). As clearly set forth in the Response and the Bjornholt Declaration, which have been on file with the Court for over seven months, Microchip had no notice either (1) of the lawsuit filed against it by Delphi Corporation or (2) of the various extension motions, prior to February 18, 2010.

    Please feel free to contact me at (602)382-6344 if you would like to discuss this matter further.

                                  Very truly yours,

                                  Snell & Wilmer

                                  Steven D. Jerome