ANDREWS KURTH LLP
Jonathan I. Levine (JL 9674)
450 Lexington Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929

- and -

SNELL & WILMER L.L.P.
Steven D. Jerome (AZ Bar #018420)
One Arizona Center
400 E. Van Buren
Phoenix, Arizona 85004
Telephone: (602) 382-6000
Facsimile: (602) 382-6070

Counsel to Microchip Technology Incorporated

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
In re:                                                 :    Chapter 11
                                                       :
DELPHI CORPORATION, et al.,                            :    Case No. 05-44481 (RDD)
                                                       :    Jointly Administered
-------------------------------------------------------x
DELPHI CORPORATION                                     :
                                                       :    Adv. Pro. No. 07-02436 (RDD)
                              Plaintiffs,              :
                                                       :
                -against-                              :
                                                       :
MICROCHIP,                                             :
                                                       :
                              Defendant.               :
-------------------------------------------------------x

**DECLARATION OF ERIC BJORNHOLT IN SUPPORT OF MICROCHIP TECHNOLOGY INCORPORATED'S (I) REPLY TO REORGANIZED DEBTORS' AMENDED OMNIBUS RESPONSE TO CERTAIN DEFENDANTS' SUBMISSIONS REGARDING THE OCTOBER 2, 2009 SUPPLEMENTAL POSTCONFIRMATION EXTENSION OF AVOIDANCE ACTION SERVICE DEADLINE MOTION TO FILE AMENDED COMPLAINTS; (II) OBJECTION TO REORGANIZED DEBTORS' ORAL REQUEST FOR LEAVE TO FILE A SECOND MOTION TO AMEND**

13859698.1

## THE COMPLAINT AGAINST MICROCHIP TECHNOLOGY INCORPORATED; AND (III) JOINDER

I, Eric Bjornholt do, hereby, state and declare as follows:

1. I am over the age of 18 years and am authorized to make this Declaration.

2. All facts stated herein are based upon my personal knowledge and information gained by me in the course and scope of my employment as a Vice President and Chief Financial Officer employed by Microchip Technology Incorporated ("Microchip"), including information derived from the business records of Microchip, which are kept in the ordinary course of Microchip's business. I am competent to attest to the matters contained herein.

3. In January of 2008, the addresses attributed to Microchip in the Affidavit of Service were either lockbox addresses or field sales offices.

4. Microchip has no record of receiving the First Amended Plan Disclosure Statement.

I declare under penalty and perjury of the laws of the State of Arizona that the foregoing is true and correct and that this Declaration is executed by me on October 7, 2011.

_____
Eric Bjornholt
Vice President and Chief Financial Officer,
Microchip Technology Incorporated

13859698.1

-2-