05-44481-rdd    Doc 21625    Filed 10/07/11    Entered 10/07/11 14:59:04    Main Document
                                    Pg 1 of 3

ANDREWS KURTH LLP
Jonathan I. Levine (JL 9674)
450 Lexington Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929

   - and -

SNELL & WILMER L.L.P.
Steven D. Jerome (AZ Bar #018420)
One Arizona Center
400 E. Van Buren
Phoenix, AZ  85004
Telephone: (602) 382-6000
Facsimile: (602) 382-6070

Counsel to Microchip Technology Incorporated

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                                       :

In re:                                         :       Chapter 11

DELPHI CORPORATION, *et al*.,         :       Case No. 05-44481 (RDD)
                                                     :       Jointly Administered
----------------------------------------------------------------x
DELPHI CORPORATION                     :
                                                     :       Adv. Pro. No. 07-02436 (RDD)
                          Plaintiffs,       :

                    -against-              :

MICROCHIP,                           :

                         Defendant.       :
----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      ABHISHEK MATHUR, being of full age, hereby certifies as follows:

On October 7, 2011, I served the (a) Microchip Technology Incorporated's (I) Reply To Reorganized Debtors' Amended Omnibus Response To Certain Defendants' Submissions

NYC:233120.1

Regarding The October 2, 2009 Supplemental Post-Confirmation Extension Of Avoidance Action Service Deadline Motion To File Amended Complaints; (II) Objection To Reorganized Debtors' Oral Request For Leave To File A Second Motion To Amend The Complaint Against Microchip Technology Incorporated; And (III) Joinder and relevant exhibits; and (b) Declaration Of Eric Bjornholt In Support Of Microchip Technology Incorporated's (I) Reply To Reorganized Debtors' Amended Omnibus Response To Certain Defendants' Submissions Regarding The October 2, 2009 Supplemental Post-Confirmation Extension Of Avoidance Action Service Deadline Motion To File Amended Complaints; (II) Objection To Reorganized Debtors' Oral Request For Leave To File A Second Motion To Amend The Complaint Against Microchip Technology Incorporated; And (III) Joinder on the following parties via the method shown:

    (a) via fax and U.S. mail, to:

        1. Skadden, Arps, Slate, Meagher & Flom LLP
        155 North Wacker Drive
        Chicago, IL 60606
        John Wm. Butler, Jr.
        John K. Lyons
        Albert L. Hogan III
        Ron E. Meisler
        Fax: (312) 407-0411

        2. Skadden, Arps, Slate, Meagher & Flom LLP
        Four Times Square
        New York, NY 10036
        Kayalyn A. Marafioti
        Fax: (917) 777-2350

        3. Butzel Long, A Profession Corporation
        380 Madison Avenue, 22nd Floor
        New York, NY 10017
        Attn: Eric B. Fisher, Esq. and Barry N Seidel, Esq.
        Fax: (212) 818-0494

        4. Butzel Long, A Profession Corporation
        150 West Jefferson  - Suite 100
        Detroit, Michigan 48226
        Attn: Cynthia J Haffey, Esq.
        Fax: (313) 225-7080

NYC:233120.1

  (b) via U.S. mail, to:

   Togut, Segal & Segal LLP
   One Penn Plaza - Suite 3335
   New York, NY 10119
   Attn: Albert Togut, Esq.

I certify that the foregoing statement is made by me are true. I am aware that if the foregoing statement is willfully false, I am subject to punishment.

            /s/ Abhishek Mathur
            Abhishek Mathur

Dated: October 7, 2011

3

NYC:233120.1