Jason V. Stitt, Esq.
**KEATING MUETHING & KLEKAMP PLL**
One East Fourth Street, Suite 1400
Cincinnati, OH  45202
Telephone:	(513) 579-6400
Facsimile:	(513) 579-6457
*Counsel for Defendant, F.A. Tech Corporation*

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| DELPHI CORPORATION, *et al.*, | ) Case No. 05-44481 [RDD] |
|  | ) (Jointly Administered) |
| Debtors. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2011, I caused to be electronically filed F.A. Tech Corporation's Supplement to the Omnibus Reply of Certain Defendants to Reorganized Debtors' Omnibus Response to Certain Defendants' Submissions Regarding the October 2, 2009 Supplemental Postconfirmation Extension of Avoidance Action Service Deadline Motion [Doc. No. 21626].

The following parties were served with the above-referenced documents via overnight delivery on October 7, 2011:

| | |
|---|---|
| The Honorable Robert D. Drain<br>United States Bankruptcy Court Judge<br>United States Bankruptcy Court<br>for the Southern District of New York<br>300 Quarropas Street<br>White Plains, New York 10601 | U.S. Trustee<br>United States Bankruptcy Court<br>for the Southern District of New York<br>300 Quarropas Street<br>White Plains, New York 10601 |

Cynthia J. Haffey
Butzel Long
150 West Jefferson Ave., Suite 100
Detroit, Michigan 48226
haffey@butzel.com

-1-

-2-

**Date:  October 7, 2011**
       **Cincinnati, Ohio**

                              /s/ Jason V. Stitt
                              Jason V. Stitt (0078513)
                              **KEATING MUETHING & KLEKAMP PLL**
                              One East Fourth Street, Suite 1400
                              Cincinnati, Ohio 45202
                              Telephone:     (513) 639-3964
                              Facsimile:       (513) 579-6457
                              jstitt@kmklaw.com
                              *Counsel for Defendant, F.A. Tech Corporation*

4089433.1