Hearing Date and Time: October 24, 2011 at 10:00 a.m.

**JAECKLE FLEISCHMANN & MUGEL, LLP**
12 Fountain Plaza, Suite 800
Buffalo, New York 14202
Tel: 716.856.0600
Fax: 716.856.0432
Beverley S. Braun, Esq. (admitted *pro hac vice*)
bbraun@jaeckle.com

*Attorneys for Jamestown Container Corporation*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., *et al.*, | No. 05-44481 (RDD) |
| Debtors. | Jointly Administered |
| DELPHI AUTOMOTIVE SYSTEMS, LLC, | |
| Plaintiff, | |
| -against- | Adv. Pro. No. 07-02322 |
| JAMESTOWN CONTAINER CORP., | |
| Defendant. | |

**JAMESTOWN CONTAINER CORP'S REPLY TO REORGANIZED DEBTORS' OMNIBUS RESPONSE TO CERTAIN DEFENDANTS' SUBMISSIONS REGARDING THE OCTOBER 2, 2009 SUPPLEMENTAL POST CONFIRMATION EXTENSION OF <u>AVOIDANCE ACTION SERVICE DEADLINE MOTION</u>**

Defendant Jamestown Container Corporation, by and through counsel, hereby submits this Reply to Reorganized Debtors' Omnibus Response to Certain Defendants' Submissions Regarding the October 2, 2009 Supplemental Post Confirmation Extension of Avoidance Action Service Deadline Motion

1.      In the interest of judicial economy, Jamestown Container Corporation joins and adopts all relevant arguments and authorities, as if fully stated herein, set forth in all Replies of those parties who are similar situated, including but not limited to the Omnibus Reply of Certain Defendants to Reorganized Debtors' Omnibus Response to Certain Defendants' Submissions Regarding the October 2, 2009 Supplemental Post Confirmation Extension of Avoidance Action Service Deadline Motions (Docket No. 21624).

2.      Jamestown Container Corp. is one the "No Notice" defendants identified in the Reorganized Debtors' Omnibus Response.

3.      Moreover, in their response, the Debtors never affirmatively stated that Jamestown Container had been served with the Fourth Extension Order pursuant to this Court's directive.

              Respectfully submitted,

Dated: Buffalo, New York
    October 7, 2011

            **JAECKLE FLEISCHMANN & MUGEL, LLP**
            By: /s/ Beverley S. Braun
              Beverley S. Braun, Esq. (admitted *pro hac vice*)
              12 Fountain Plaza, Suite 800
              Buffalo, New York 14202
              Tel: 716-856-0600
              Fax: 716-856-0432
              bbraun@jaeckle.com
           *Counsel to Jamestown Container Corp.*