**FOX ROTHSCHILD LLP**
75 Eisenhower Parkway, Suite 200
Roseland, NJ 07068
973-992-4800
- and -
100 Park Avenue, 15th Floor
New York, NY  10017
rmeth@foxrothschild.com
RICHARD M. METH, ESQ. (RM7791)(admitted *pro hac vice*)

- and -

**GREENEBAUM DOLL & MCDONALD PLLC**
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202
C. R. BOWLES, ESQ. (admitted *pro hac vice*)
502-589-4200

Attorneys For Defendants, DSSI and DSSI, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |
| DELPHI CORPORATION, *et al.*, | |
| Plaintiffs | Adv. Pro. No. 07-02236 (RDD) |
| - against - | |
| DSSI and DSSI, LLC, | |
| Defendants. | |

**JOINDER OF DSSI DEFENDANTS IN REPLIES OF
METHODE ELECTRONICS, INC.'S AND MICROCHIP
TECHNOLOGY INCORPORATED TO REORGANIZED DEBTORS'
AMENDED OMNIBUS RESPONSE TO CERTAIN DEFENDANTS' SUBMISSIONS
REGARDING THE OCTOBER 2, 2009 SUPPLEMENTAL POSTCONFIRMATION
<u>EXTENSION OF AVOIDANCE ACTION SERVICE DEADLINE MOTION</u>**

RL1 954913v1 10/07/11

DSSI LLC and DSSI[1] (the "DSSI Defendants"), by and through their undersigned counsel, hereby join in the Response/Reply and Objection filed by the following similarly situated defendants (the "Joinder") to the *Reorganized Debtors' Omnibus Response to Certain Defendants' Submissions Regarding the October 2, 2009 Supplemental Postconfirmation Extension of Avoidance Action Service Deadline Motion* (the "Omnibus Response"), as amended on September 13, 2011 by the *Reorganized Debtors' Amended Omnibus Response to Certain Defendants' Submissions Regarding the October 2, 2009 Supplemental Postconfirmation Extension of Avoidance Action Service Deadline* (the "Amended Response"): (i) Methode Electronics, Inc. (Main Case No. 05-44481, Docket No. 21617) and (ii) Microchip Technology Incorporated (Main Case No. 05-44481, Docket No. 21621) (collectively, the "Replies").

More particularly, the DSSI Defendants join in and adopt all relevant and applicable arguments and authorities set forth in the Replies, as well as in all other objections/replies filed by similarly situated defendants, as if they were set forth herein in their entirety.

## JOINDER IN REPLIES

1. In the interest of judicial economy, the DSSI Defendants will not repeat and restate the arguments advanced by similarly situated parties who have filed Replies to the Omnibus Response and the Amended Response. Rather, and as noted hereinabove, the DSSI Defendants join in and adopt all relevant and factually applicable arguments and authorities set forth in the Replies, as well as in all other objections/replies filed by similarly situated defendants, as if they were set forth herein in their entirety.

---

[1] In the Debtors' preference action, the Debtors assert claims against a defendant styled "DSSI". There is no entity known as DSSI in DSSI LLC's corporate organization. Therefore, no response is necessary on behalf of this non-existent entity. "DSSI" is only referenced here to alert the Court to this issue and to prevent a default judgment being obtained against "DSSI" and efforts to assert any such judgment against DSSI LLC.

2. The DSSI Defendants further reserve their right to supplement this Joinder, including but not limited to providing documentary evidence, and to appear at any and all hearings and conferences scheduled with respect to the Omnibus Response and the Amended Response.

## CONCLUSION

WHEREFORE, and for the reasons set forth hereinabove and in the Replies, the DSSI Defendants respectfully request that this Court enter an Order: (i) denying the Omnibus Response and the Amended Response with prejudice; and (ii) granting such other and further relief as the Court deems necessary and appropriate.

Dated: October 7, 2011
Roseland, NJ

**FOX ROTHSCHILD LLP**

By:/s/ Richard M. Meth
RICHARD M. METH (RM7791)
75 Eisenhower Parkway, Suite 200
Roseland, NJ 07068
973-992-4800
- and -
100 Park Avenue, 15th Floor
New York, NY 10017
rmeth@foxrothschild.com

- and -

GREENEBAUM DOLL & MCDONALD PLLC
C. R. Bowles (admitted *pro hac vice*)
crb@gdm.com
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202
(502) 589-4200 (T)
(502) 540-2274 (F)

Attorneys for Defendants DSSI and DSSI, LLC