ARCHER & GREINER, P.C.
2 Penn Plaza, Suite 1500
New York, NY  10121
Tel:  (212) 292-4988
Fax:  (212) 629-4568
Stephen M. Packman, Esquire
*Attorneys for Magnesium Electron Inc. and Magnesium Elektron Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |
| DELPHI CORPORATION, *et al.*,<br><br>Plaintiff,<br>v.<br><br>MAGNESIUM ELECTRON INC. and<br>MAGNESIUM ELEKTRON INC.,<br><br>Defendant. | Adv. Pro. No. 07-02758 (RDD) |

**MAGNESIUM ELECTRON INC. AND MAGNESIUM ELEKTRON INC.'S
JOINDER IN REPLIES AND OPPOSITION TO REORGANIZED DEBTORS'
MOTIONS FOR LEAVE TO AMEND, TO SUPPLEMENT THE RECORD  OF THE
JUNE 21, 2011 HEARING AND TO FILE THE REORGANIZED DEBTORS'
STATEMENT REGARDING SERVICE OF THE FINAL EXTENSION MOTION
AND IN REPLY TO DEBTORS' AMENDED OMNIBUS RESPONSE**

Defendant, Magnesium Electron Inc. and Magnesium Elektron Inc. ("Defendant"), by

and through its attorneys, Archer & Greiner, A Professional Corporation, hereby joins in, and

incorporates by reference, similarly situated defendants' replies  and oppositions with respect to

Reorganized Debtors' Motion for Leave to Amend, to Supplement the Record of the June 21,

2011 Hearing and to File the Reorganized Debtors' Statement Regarding Service of the Final

Extension Motion and in Reply to Debtors' Amended Omnibus Response, including, without

limitation: (1) Heraeus Defendants' Memorandum in Opposition to Reorganized Debtors'

Motions for Leave to Amend, to Supplement the Record of the June 21, 2011 Hearing and to File

the Reorganized Debtors' Statement Regarding Service of the Final Extension Motion and in

Reply to Debtors' Amended Omnibus Response (D.I. # 21623); (2) Response of Globe Motors,

Inc. and Globe Motors to Reorganized Debtors' Amended Omnibus Response to Certain

Defendants' Submissions Regarding the October 2, 2009 Supplemental Postconfirmation

Extension of Avoidance Action Service Deadline Motion (D.I. #21619); and (3) Methode

Electronics, Inc.'s Response to Reorganized Debtors' Amended Omnibus Response to Certain

Defendants' Submissions Regarding the October 2, 2009 Supplemental Postconfirmation

Extension of Avoidance Action Service Deadline Motion (D.I. #21617).


Dated:  October 7, 2011

ARCHER & GREINER, P.C.
*Attorneys for Magnesium Electron Inc. and*
*Magnesium Elektron Inc.*


 /s/  Stephen M. Packman                  .
Stephen M. Packman
2 Penn Plaza, Suite 1500
New York, NY  10121
Tel:  (212) 292-4988
Fax:  (212) 629-4568
spackman@archerlaw.com


7194238v1

2