ARCHER & GREINER, P.C.
2 Penn Plaza, Suite 1500
New York, NY 10121
Tel: (212) 292-4988
Fax: (212) 629-4568
Stephen M. Packman, Esquire
*Attorneys for Magnesium Electron Inc. and Magnesium Elektron Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) (Jointly Administered) |
| Debtors. | |
| DELPHI CORPORATION, *et al.*, | Adv. Pro. No. 07-02758 (RDD) |
| Plaintiff, | |
| v. | |
| MAGNESIUM ELECTRON INC. and MAGNESIUM ELEKTRON INC., | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2011, I served copies of **Magensium Electron Inc. and Magnesium Elektron Inc.'s Joinder in Replies and Opposition to Reorganized Debtors' Motions for Leave to Amend, to Supplement the Record of the June 21, 2011 Hearing and to File the Reorganized Debtors' Statement Regarding Service of the Final Extension Motion and in Reply to Debtors' Amended Omnibus Response** to all parties on the attached service list by regular first class mail, postage pre-paid.

2

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: October 7, 2011

ARCHER & GREINER, P.C.
*Attorneys for Magnesium Electron Inc. and Magnesium Elektron Inc.*

 /s/ Stephen M. Packman            .
Stephen M. Packman
2 Penn Plaza, Suite 1500
New York, NY 10121
Tel: (212) 292-4988
Fax: (212) 629-4568
spackman@archerlaw.com

2

## SERVICE LIST

Alicia M. Leonhard, Esq.  
Tracy Hope Davis, Esq.  
Office of the United State Trustee  
Southern District of New York  
33 Whitehall Street, Suite 2100  
New York, NY 10004  

Lara R. Sheikh, Esq.  
Togut, Segal & Segal LLP  
One Penn Plaza  
Suite 3335  
New York, NY 10119  

Cynthia L. Haffey, Esq.  
Butzel Long, P.C.  
150 W. Jefferson Avenue  
Suite 100  
Detroit, MI 48226  

7194720v1