James M. Lawniczak (OH 00041836)
Scott Matasar (NY 2750289)
Nathan A. Wheatley (OH 0072192)
CALFEE, HALTER & GRISWOLD LLP
KeyBank Center, Suite 1400
800 Superior Avenue
Cleveland, Ohio 44114
jrobertson@calfee.com
nwheatley@calfee.com
tpatton@calfee.com
Telephone:    (216) 622-8200
Facsimile:     (216) 241-0816
*Counsel for Park Ohio Industries*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481-RDD<br>Jointly Administered |
| DELPHI CORPORATION | Adv. Pro. No. 07-02563-RDD |
| Plaintiffs, | |
| vs. | |
| PARK OHIO INDUSTRIES, *et al.*, | |
| Defendants. | |

**(I) REPLY IN RESPONSE TO REORGANIZED DEBTORS' AMENDED OMNIBUS RESPONSE TO CERTAIN DEFENDANTS' SUBMISSIONS REGARDING THE OCTOBER 2, 2009 SUPPLEMENTAL POSTCONFIRMATION EXTENSION OF AVOIDANCE ACTION SERVICE DEADLINE MOTION AND (II) JOINDER**

Defendant, Park Ohio Industries ("Park Ohio"), by and through counsel, and for its reply ("Reply") in response to the *Reorganized Debtors' Amended Omnibus Response to Certain Defendants' Submissions Regarding the October 2, 2009 Supplemental Postconfirmation Extension of Avoidance Action Service Deadline Motion* (the "Response") hereby incorporates

{01279379.DOC;1 }

by reference into this Reply and hereby joins any reply briefs to the Response, and any reply brief to the Reorganized Debtors' original Omnibus Response, filed by or on behalf of similarly situated defendants in the above-referenced bankruptcy proceedings and any associated adversary proceedings, including the *Response of Globe Motors, Inc. and Globe Motors to Reorganized Debtors' Amended Omnibus Response to Certain Defendants' Submissions Regarding the October 2, 2009 Supplemental Postconfirmation Extension of Avoidance Action Service Deadline Motion* [Docket No. 21619] and *Microchip Technology Incorporated's (I) Reply to Reorganized Debtors' Amended Omnibus Response to Certain Defendants' Submissions Regarding the October 2, 2009 Supplemental Post-Confirmation Extension of Avoidance Action Service Deadline Motion to File Amended Complaints; (II) Objection to Reorganized Debtors' Oral Request for Leave to File a Second Motion to Amend the Complaint Against Microchip Technology Incorporated; and (III) Joinder* [Docket No. 21621].[1]

## CONCLUSION

Based on the forgoing, Park Ohio renews its request that: (i) each of the Preservation of Estate Claims Procedures Order, the Extension of Avoidance Action Service Deadline Order, the Postconfirmation Extension of Avoidance Action Service Deadline Order, and the Supplemental Postconfirmation Extension of Avoidance Action Service Deadline Order be vacated and set aside; that (ii) the Complaint against it be dismissed with prejudice for failing to state a claim upon which relief can be granted; or (iii) in the alternative, the Complaint against it be dismissed with prejudice as being time barred or barred by judicial estoppel; and (iv) for such other and further relief as this Court may deem appropriate.

---

[1] Except as otherwise stated herein, all capitalized terms shall have the same meaning as set forth in the Response.

Dated: October 7, 2011						Respectfully submitted,

							*/s/ Scott C. Matasar*
							James M. Lawniczak (OH 0041836)
							Scott C. Matasar (NY 2750289)
							Nathan A. Wheatley (OH 0072192)
							CALFEE, HALTER & GRISWOLD LLP
							1400 KeyBank Center
							800 Superior Avenue
							Cleveland, Ohio  44114
							Telephone:	(216) 622-8200
							Facsimile:	(216) 241-0816
							E-mail:		jlawniczak@calfee.com

							*Counsel for Park Ohio Industries*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served through electronic transmission via the Court's CM/ECF system to all parties who are listed on the Court's Electronic Mail Notice List on this 7th day of October, 2011.

							*/s/ Scott C. Matasar*
							Scott C. Matasar