# EXHIBIT 4

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

*# 28386*

November 23, 2005
Invoice No.  8273995

Prettl International, Inc
Attn: Charles Treadway
1721 Whitehorse Road
Greenville, SC  29605

RE:  GENERAL

BALANCE DUE FROM PREVIOUS STATEMENT
LESS PAYMENT(S)

BALANCE FORWARD

*REDACTED*

*CONFIDENTIAL*

*PRIVILEGED*

PROFESSIONAL SERVICES posted
through  October 31, 2005


RECEIVED DEC IN ACCOUNTING

DISBURSEMENTS:

TOTAL CURRENT INVOICE

TOTAL BALANCE DUE

*6840-100-210000*

*OK to pay:* [signature]

*Sidler deal costs*

**Butzel Long**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D. NO. 38-2384583)
SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

September 12, 2006
Invoice No. 8310486

Prettl International, Inc.
Attn: Peter Schrennan
1721 Whitehorse Road
Greenville, SC 29605

#34871

RE: DOSHI PRETTL INTERNATIONAL, LLC

***REDACTED***

***CONFIDENTIAL***

***PRIVILEGED***

PROFESSIONAL SERVICES posted through August 31, 2006

DISBURSEMENTS:

6840-100-210M

To Peter for approval 12/12/06

------

INVOICE TOTAL

ck 12/21/06

**Butzel Long**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D. NO: 38-2384883)
SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

October 12, 2006
Invoice No. 8314280

Prettl International, Inc.
Attn: Peter Schrennan
1721 Whitehorse Road
Greenville, SC 29605

#34211

RE: DOSHI PRETTL INTERNATIONAL, LLC

***REDACTED***

***CONFIDENTIAL***

***PRIVILEGED***

PROFESSIONAL SERVICES posted
through September 30, 2006

OCT 2 5 2006

DISBURSEMENTS:

Copies

INVOICE TOTAL

ok for paym
→ DPI related is

6840-100-200000

Co.4

Peter 10/25/06

**Butzel Long**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D. NO. 38-2384883)
SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

V # 36378

March 12, 2007
Invoice No. 8331442

Prettl International, Inc.
Attn: Peter Schrennan
1721 Whitehorse Road
Greenville, SC 29605

RE: DOSHI PRETTL INTERNATIONAL, LLC

*REDACTED*

*CONFIDENTIAL*

*PRIVILEGED*

PROFESSIONAL SERVICES posted through February 28, 2007

DISBURSEMENTS:

INVOICE TOTAL

V#366087

**Butzel Long**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D. NO. 38-2384883)
SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

April 12, 2007
Invoice No. 8334484

Prettl International, Inc.
Attn: Peter Schrennan
1721 Whitehorse Road
Greenville, SC 29605

RE: DOSHI PRETTL INTERNATIONAL, LLC

***REDACTED***

***CONFIDENTIAL***

***PRIVILEGED***

PROFESSIONAL SERVICES posted through March 31, 2007

DISBURSEMENTS:

Copies

RECEIVED
APR 16 2007
IN ACCOUNTING

INVOICE TOTAL

ok. for pay

Prep. f. Board Mtg 3/19/07

**Butzel Long**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D. NO. 38-2384883)
SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

V#37203

May 12, 2007
Invoice No. 8338380

Prettl International, Inc.
Attn: Peter Schrennan
1721 Whitehorse Road
Greenville, SC 29605

RE: DOSHI PRETTL INTERNATIONAL, LLC

***REDACTED***

***CONFIDENTIAL***

***PRIVILEGED***

PROFESSIONAL SERVICES posted through April 30, 2007

DISBURSEMENTS:

Travel Expenses

INVOICE TOTAL

Pg 8 of 19

BUTZEL LONG
ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100 150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000 F: 313 225 7080
www.butzel.com

V# 37596

Prettl International, Inc.
Attn: Peter Schrennan
1721 Whitehorse Road
Greenville, SC 29605

June 12, 2007
Invoice No. 8341787

**(Privileged and Confidential Information)**

Matter Description: DOSHI PRETTL INTERNATIONAL, LLC

***REDACTED***

***CONFIDENTIAL***

***PRIVILEGED***

Professional Services Posted
Through May 31, 2007:

Current Disbursements:

- 1 2007
IN ACCOUNTING

| Total Current Invoice: |
|---|
| **Total Balance Due:** |

ok J. 6/25/07

**Invoice is payable on or before July 12, 2007**

Detroit Bloomfield Hills Ann Arbor Lansing Holland Boca Raton Palm Beach Washington D.C. New York
*Alliance Offices* Beijing Shanghai *Member Lex Mundi* www.butzel.com

Pg 9 of 19

BUTZEL LONG
ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100 150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000 F: 313 225 7080
www.butzel.com

V #38427

Prettl International, Inc.
Attn: Peter Schrennan
1721 Whitehorse Road
Greenville, SC 29605

July 12, 2007
Invoice No. 8345796

**(Privileged and Confidential Information)**

Matter Description: DOSHI PRETTL INTERNATIONAL, LLC

***REDACTED***

***CONFIDENTIAL***

***PRIVILEGED***

Professional Services Posted
Through June 30, 2007:

Current Disbursements:

Total Current Invoice:
**Total Balance Due:**

OK for po
PER agreement -
DPI BOARD MEETING
attorney charges remain
with Prettl.
7/30/07

**Invoice is payable on or before August 11, 2007**

Detroit Bloomfield Hills Ann Arbor Lansing Holland Boca Raton Palm Beach Washington D.C. New York
*Alliance Offices* Beijing Shanghai *Member Lex Mundi* www.butzel.com

Pg 10 of 19

BUTZEL LONG
ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100 150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000 F: 313 225 7080
www.butzel.com

V# 38439

Prettl International, Inc.
Attn: Peter Schrennan
1721 Whitehorse Road
Greenville, SC 29605

August 12, 2007
Invoice No. 8349991

**(Privileged and Confidential Information)**

Matter Description: DOSHI PRETTL INTERNATIONAL, LLC

***REDACTED***

***CONFIDENTIAL***

***PRIVILEGED***

Professional Services Posted
Through July 31, 2007:

Current Disbursements:

| Total Current Invoice: |
|---|
| **Total Balance Due:** |

OK to pa
8-27-07

**Invoice is payable on or before September 11, 2007**

Detroit Bloomfield Hills Ann Arbor Lansing Holland Boca Raton Palm Beach Washington D.C. New York
*Alliance Offices* Beijing Shanghai *Member Lex Mundi* www.butzel.com

Pg 11 of 19

BUTZEL LONG
ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100 150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000 F: 313 225 7080
www.butzel.com

V#39050

Prettl International, Inc.
Attn: Peter Schrennen
1721 Whitehorse Road
Greenville, SC 29605

September 12, 2007
Invoice No. 8354411

**(Privileged and Confidential Information)**

Matter Description: DOSHI PRETTL INTERNATIONAL, LLC

***REDACTED***

***CONFIDENTIAL***

***PRIVILEGED***

Professional Services Posted
Through August 31, 2007:

Current Disbursements:

CD 009
6840-100-200000

Total Current Invoice:
**Total Balance Due:**

Oct 1, 07
Shepl Please
no duplicate
to Prettl to date

**Invoice is payable on or before October 12, 2007**

Detroit Bloomfield Hills Ann Arbor Lansing Holland Boca Raton Palm Beach Washington D.C. New York
*Alliance Offices* Beijing Shanghai *Member Lex Mundi* www.butzel.com

Pg 12 of 19

BUTZEL LONG
ATTORNEYS AND COUNSELORS

V#39329

Tax I.D. No 38-2384883

Suite 100 150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000 F: 313 225 7080
www.butzel.com

Prettl International, Inc.
Attn: Peter Schrennen
1721 Whitehorse Road
Greenville, SC 29605

October 12, 2007
Invoice No. 8355849

**(Privileged and Confidential Information)**

Matter Description: DOSHI PRETTL INTERNATIONAL, LLC

***REDACTED***

***CONFIDENTIAL***

***PRIVILEGED***

Professional Services Posted
Through September 30, 2007:

Current Disbursements:

Total Current Invoice:
Total Balance Due:

V 10/15

**Invoice is payable on or before November 11, 2007**

Detroit Bloomfield Hills Ann Arbor Lansing Holland Boca Raton Palm Beach Washington D.C. New York
*Alliance Offices* Beijing Shanghai *Member Lex Mundi* www.butzel.com

Pg 13 of 19

# BUTZEL LONG

ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100 150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000 F: 313 225 7080
www.butzel.com

Prettl International, Inc.
Attn: Peter Schrennen
1721 Whitehorse Road
Greenville, SC 29605

#40074

November 12, 2007
Invoice No. 8360762

(Privileged and Confidential Information)

Matter Description: DOSHI PRETTL INTERNATIONAL, LLC

***REDACTED***

***CONFIDENTIAL***

***PRIVILEGED***

Professional Services Posted
Through October 31, 2007:

Current Disbursements:

RECEIVED DEC - 3 2007

Co.9

Total Current Invoice:
Total Balance Due:

6840-10-210m

Invoice is payable on or before December 12, 2007

Detroit Bloomfield Hills Ann Arbor Lansing Holland Boca Raton Palm Beach Washington D.C. New York
*Alliance Offices* Beijing Shanghai *Member Lex Mundi* www.butzel.com

Pg 14 of 19

V# 40275

BUTZEL LONG
ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100 150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000 F: 313 225 7080
www.butzel.com

Prettl International, Inc.
Attn: Peter Schrennen
1721 Whitehorse Road
Greenville, SC 29605

December 12, 2007
Invoice No. 8363217

**(Privileged and Confidential Information)**

Matter Description: DOSHI PRETTL INTERNATIONAL, LLC

***REDACTED***

***CONFIDENTIAL***

***PRIVILEGED***

Professional Services Posted
Through November 30, 2007:

Current Disbursements:

Total Current Invoice:
Total Balance Due:

OK JR 12/17/07

**Invoice is payable on or before January 11, 2008**

Detroit Bloomfield Hills Ann Arbor Lansing Holland Boca Raton Palm Beach Washington D.C. New York
*Alliance Offices* Beijing Shanghai *Member Lex Mundi* www.butzel.com

Pg 15 of 19

BUTZEL LONG
ATTORNEYS AND COUNSELORS

V# 40800

Tax I.D. No 38-2384883

Suite 100 150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000 F: 313 225 7080
www.butzel.com

Prettl International, Inc.
Attn: Peter Schrennen
1721 Whitehorse Road
Greenville, SC 29605

January 16, 2008
Invoice No. 8368762

**(Privileged and Confidential Information)**

Matter Description: DOSHI PRETTL INTERNATIONAL, LLC

***REDACTED***

***CONFIDENTIAL***

***PRIVILEGED***

Professional Services Posted
Through December 31, 2007:

Current Disbursements:

Prettl Int'l
68401002000000

Total Current Invoice:
**Total Balance Due:**

JS 1/25

Invoice is payable on or before February 15, 2008

Detroit Bloomfield Hills Ann Arbor Lansing Holland Boca Raton Palm Beach Washington D.C. New York
*Alliance Offices* Beijing Shanghai *Member Lex Mundi* www.butzel.com

# BUTZEL LONG

ATTORNEYS AND COUNSELORS

V#41578

Tax I.D. No 38-2384883

Suite 100 150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000 F: 313 225 7080
www.butzel.com

Prettl International, Inc.
Attn: Peter Schrennen
1721 Whitehorse Road
Greenville, SC 29605

March 19, 2008
Invoice No. 8377519

**(Privileged and Confidential Information)**

Matter Description: DOSHI PRETTL INTERNATIONAL, LLC

***REDACTED***

***CONFIDENTIAL***

***PRIVILEGED***

Professional Services Posted
Through February 29, 2008:

Current Disbursements:

Total Current Invoice:
Total Balance Due:

2/4/08

Invoice is payable on or before April 18, 2008

Detroit Bloomfield Hills Ann Arbor Lansing Holland Boca Raton Palm Beach Washington D.C. New York
*Alliance Offices* Beijing Shanghai *Member Lex Mundi* www.butzel.com

Pg 17 of 19

BUTZEL LONG
ATTORNEYS AND COUNSELORS

V# 41886

Tax I.D. No 38-2384883

Suite 100 150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000 F: 313 225 7080
www.butzel.com

Prettl International, Inc.
Attn: Peter Schrennen
1721 Whitehorse Road
Greenville, SC 29605

April 12, 2008
Invoice No. 8379901

**(Privileged and Confidential Information)**

Matter Description: DOSHI PRETTL INTERNATIONAL, LLC

***REDACTED***

***CONFIDENTIAL***

***PRIVILEGED***

Professional Services Posted
Through March 31, 2008:

Current Disbursements:

| Total Current Invoice: | |
|---|---|
| **Total Balance Due:** | |

OK to pay
4/22/08

**Invoice is payable on or before May 12, 2008**

Detroit Bloomfield Hills Ann Arbor Lansing Holland Boca Raton Palm Beach Washington D.C. New York
*Alliance Offices* Beijing Shanghai *Member Lex Mundi* www.butzel.com

Pg 18 of 19

BUTZEL LONG
ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100 150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000 F: 313 225 7080
www.butzel.com

V #42537

Prettl International, Inc.
Attn: Peter Schrennen
1721 Whitehorse Road
Greenville, SC 29605

May 31, 2008
Invoice No. 8386096

**(Privileged and Confidential Information)**

Matter Description: DOSHI PRETTL INTERNATIONAL, LLC

***REDACTED***

***CONFIDENTIAL***

***PRIVILEGED***

Professional Services Posted
Through April 30, 2008:

Current Disbursements:

Total Current Invoice:
**Total Balance Due:**

C0009

OS

**Invoice is payable on or before June 30, 2008**

Detroit Bloomfield Hills Ann Arbor Lansing Holland Boca Raton Palm Beach Washington D.C. New York
*Alliance Offices* Beijing Shanghai *Member Lex Mundi* www.butzel.com

Pg 19 of 19

BUTZEL LONG
ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100 150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000 F: 313 225 7080
www.butzel.com

V# 43355

Prettl International, Inc.
Attn: Peter Schrennen
1721 Whitehorse Road
Greenville, SC 29605

August 18, 2008
Invoice No. 8395872

**(Privileged and Confidential Information)**

Matter Description: DOSHI PRETTL INTERNATIONAL, LLC

***REDACTED***

***CONFIDENTIAL***

***PRIVILEGED***

Professional Services Posted
Through July 31, 2008:

| | |
|---|---|
| Current Fees: | |
| Current Disbursements: | |
| Total Current Invoice: | |
| **Total Balance Due:** | |

A/C
1900
DPI

→ Clark DPI

**Invoice is payable on or before September 17, 2008**

Detroit Bloomfield Hills Ann Arbor Lansing Holland Boca Raton Palm Beach Washington D.C. New York
*Alliance Offices* Beijing Shanghai *Member Lex Mundi* www.butzel.com