# EXHIBIT 6

## Nayak, Mahesh K.

| | |
|---|---|
| From: | Arthur DUDLEYA [DUDLEYA@butzel.com] |
| Sent: | Tuesday, April 08, 2008 5:10 PM |
| To: | schrennen@yahoo.com |
| Cc: | Nayak, Mahesh K.; epappas@dickinsonwright.com; bkassab@k2lawyers.com |
| Subject: | Prettl Notice 4/8/08 |
| Importance: | High |
| Attachments: | Doc2 buy.doc |

Peter,

I have attached the Notice from Prettl under Section 1.2(b) of the Membership Interest Purchase Agreement.

Prettl has elected to buy the DPI membership interests owned by DFLLC and PAL.

I am also sending the Notice to DFLLC by fax and a copy to Burt Kassab by copy of this email.

Art


Arthur Dudley II
dudleya@butzel.com

Butzel Long
a professional corporation

380 Madison Avenue
New York, NY 10017
212-676-3915 (direct)
347-684-0843 (cell)

150 W. Jefferson, Suite 100
Detroit, MI 48226
313-225-7070 (direct)
313-303-4824 (cell)

**To comply with U.S. Treasury Regulations:** This communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the tax laws of the United States, or promoting, marketing or recommending to another party any transaction or matter addressed in this communication (and any attachment).

**Confidentiality Statement:**

This message (including any attachments) is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information that is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from disseminating or distributing this information (other than to the intended recipient) or copying this information. If you have received this communication in error, please notify us immediately by e-mail or by telephone at (313) 225-7000. To learn more about Butzel Long, please visit our website at http://www.butzel.com

9/16/2011

*REDACTED*

*CONFIDENTIAL*

*PRIVILEGED*

Doshi Family, LLC
1607 E. Big Beaver Road, Suite 200
Troy, Michigan 48083
Fax: 248-689-1007
Electronic mail:

PAL, LLC
1721 White Horse Road
Greenville, South Carolina 29605
Fax: 864-269-9755
Electronic mail: pschrennen@yahoo.com

    This Notice is given pursuant to Section 1.2(b) of that certain Membership Interest Purchase Agreement dated March 26, 2008 (the "Purchase Agreement") by and among Prettl International, Inc. ("Prettl"), PAL, LLC, Doshi Family LLC ("DFLLC") and Doshi Prettl International, LLC. Capitalized terms used in this Notice without definition shall have the meanings given to them in the Purchase Agreement.

    Prettl has received the DFLLC Offer (given by notice dated April 1, 2008), in which the Offered Value was established at [REDACTED]. Prettl hereby accepts the DFLLC Offer by electing to take the action at the Closing which has been selected by placing an "X" to its left:

___ Prettl will sell all of Prettl's Membership Interest to DFLLC at a purchase price equal to [REDACTED]

X Prettl will purchase the DFLLC Membership Interest for a purchase price equal to [REDACTED]

PRETTL INTERNATIONAL, INC.

By _____
Rolf Prettl, [Title]

Dated: April 7, 2008

# Nayak, Mahesh K.

| | |
|---|---|
| From: | Arthur DUDLEYA [DUDLEYA@butzel.com] |
| Sent: | Tuesday, April 08, 2008 5:15 PM |
| To: | bkassab@k2lawyers.com |
| Cc: | Nayak, Mahesh K.; epappas@dickinsonwright.com; Peter Schrennen; schrennen@yahoo.com |
| Subject: | Prettl Notice to DFLLC |
| Attachments: | 2744_001.pdf |

Burt,

For your information and files, I have attached a copy of the Prettl Notice which was faxed to DFLLC (with fax confirmation on the top sheet).

Art


Arthur Dudley II
dudleya@butzel.com

Butzel Long
a professional corporation

380 Madison Avenue
New York, NY 10017
212-676-3915 (direct)
347-684-0843 (cell)

150 W. Jefferson, Suite 100
Detroit, MI 48226
313-225-7070 (direct)
313-303-4824 (cell)

**To comply with U.S. Treasury Regulations:** This communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the tax laws of the United States, or promoting, marketing or recommending to another party any transaction or matter addressed in this communication (and any attachment).

**Confidentiality Statement:**

This message (including any attachments) is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information that is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from disseminating or distributing this information (other than to the intended recipient) or copying this information. If you have received this communication in error, please notify us immediately by e-mail or by telephone at (313) 225-7000. To learn more about Butzel Long, please visit our website at http://www.butzel.com

9/16/2011