# EXHIBIT 7

**Nayak, Mahesh K.**

| | |
|---|---|
| **From:** | Arthur DUDLEYA [DUDLEYA@butzel.com] |
| **Sent:** | Friday, April 11, 2008 7:14 AM |
| **To:** | bkassab@k2lawyers.com |
| **Cc:** | Minkus, Daniel H.; Nayak, Mahesh K.; Peter Schrennen; schrennen@yahoo.com |
| **Subject:** | Fwd: DPI Membership Interest Purchase Agreement ClosingChecklist |
| **Attachments:** | 149018_2.DOC |

Burt,
I am resending this. Our email went down yesterday evening and I am not sure that you received this.
Art

>>> Arthur DUDLEYA 4/10/2008 4:19 PM >>>
Burt,

I have attached a draft Closing Checklist for the closing under the MIPA.

Please give me or Dan Minkus a call tomorrow to discuss.

Both of us are avaiable before 10 a.m. or between 12:30 p.m. and 3 p.m.

Thanks

Art


Arthur Dudley II
dudleya@butzel.com

Butzel Long
a professional corporation

380 Madison Avenue
New York, NY 10017
212-676-3915 (direct)
347-684-0843 (cell)

150 W. Jefferson, Suite 100
Detroit, MI 48226
313-225-7070 (direct)
313-303-4824 (cell)

**To comply with U.S. Treasury Regulations:** This communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the tax laws of the United States, or promoting, marketing or recommending to another party any transaction or matter addressed in this communication (and any attachment).

**Confidentiality Statement:**

This message (including any attachments) is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information that is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from disseminating or distributing this information (other than to the intended recipient) or copying this information. If you have received this communication in error, please notify us immediately by e-mail or by telephone at (313) 225-7000. To learn more about Butzel Long, please visit our website at http://www.butzel.com

9/16/2011

## Nayak, Mahesh K.

| | |
|---|---|
| **From:** | Minkus, Daniel H. |
| **Sent:** | Friday, April 25, 2008 12:16 PM |
| **To:** | 'Burt S. Kassab' |
| **Cc:** | 'Peter Schrennen'; Nayak, Mahesh K.; 'Arthur DUDLEYA'; Minkus, Daniel H.; Antovski, Michael M.; 'epappas@dickinsonwright.com' |
| **Subject:** | Doshi / Prettl Closing Documents and Cover Letter |
| **Attachments:** | DOC042508.pdf |

Burt:

In anticipation of Thursday's closing, I am sending you most all of the Closing documents contemplated by the MIPA. I will send the TSA by separate email (hopefully later today if not Monday morning). In the interim, I will appreciate hearing from you that your client has established accounts to which the Morgan Stanley and Comerica securities/funds can be transferred and to which proceeds may be wired by DPI and Prettl at Closing.

Thanks.

Dan.

Daniel H. Minkus
CLARK HILL PLC
255 South Old Woodward Avenue
Third Floor
Birmingham, Michigan 48009
248.642.9692 main
248.642.2174 fax
248.988.5849 direct
248.709.3797 cell
dminkus@clarkhill.com
www.clarkhill.com

---

**From:** Shoop, Terri A.
**Sent:** Friday, April 25, 2008 12:11 PM
**To:** Minkus, Daniel H.
**Subject:** Prettl

9/16/2011

## Nayak, Mahesh K.

**From:** Minkus, Daniel H.
**Sent:** Wednesday, April 30, 2008 8:32 PM
**To:** epappas@dickinsonwright.com
**Cc:** 'Burt S. Kassab'; 'Peter Schrennen'; Nayak, Mahesh K.; Minkus, Daniel H.; 'Arthur DUDLEYA'
**Subject:** FW: TSA Bullet Point List of Issues

In anticipation of tomorrow's session with you, please see the following list of material issues to be addressed and resolved in conjunction with finalizing the TSA:

A.   Definition/Scope of Services to be provided

B.   Prettl request for delivery of initial materials at Closing to permit immediate access to business records.

C.   Method/process for Identifying, Ordering and Paying for requested Services

D.   Designation of those individuals who will be providing Services

E.   Access to Doshi premises by Prettl personnel and provision of Services by Doshi personnel at local Prettl facility for Immediate Transition Period.

F.   Timing for provision of information by Doshi to Prettl

G.   Access to Doshi computers.

H.   Pre-closing identification of information to be conveyed (per schedule attached to MIPA)

I.   Confidentiality issues with respect to information obtained by DFLLC in performing Services under the TSA.


Thanks for your continuing patience on this matter.

Dan.

Daniel H. Minkus
CLARK HILL PLC
255 South Old Woodward Avenue
Third Floor
Birmingham, Michigan 48009
248.642.9692 main
248.642.2174 fax
248.988.5849 direct
248.709.3797 cell
dminkus@clarkhill.com
www.clarkhill.com

9/16/2011

**Nayak, Mahesh K.**

| | |
|---|---|
| From: | Burt S. Kassab [bkassab@k2lawyers.com] |
| Sent: | Tuesday, April 29, 2008 4:42 PM |
| To: | Minkus, Daniel H. |
| Cc: | Nayak, Mahesh K.; 'Arthur DUDLEYA'; epappas@dickinsonwright.com; nirav.doshi@doshigroup.net; 'Shailesh Doshi' |
| Subject: | RE: Doshi / Prettl Closing Documents and Cover Letter |
| Attachments: | Wiring Instrs.doc; Copier Agreement.pdf; Morgan StanleyTransfer Form; NonCompNonDiscl Agmt (2) REDLINED.doc; Seller's Closing Cert (2) REDLINED.doc; Assign Of Mem Int (2) REDLINED.doc |

Dan,

Attached are the following documents, which are marked up to reflect my comments to the same:

1. Certificate of Seller;

2. Assignment of Membership Interest;

3. Non-Compete and Non-Disclosure Agreement.

I believe that my comments are consistent with the agreement of the parties as set forth in MIPA, which as you know, was extensively negotiated by the parties over several days (if not weeks). The other documents that were attached to your e-mail below were acceptable as drafted.

I have also attached the following documents with respect to the closing:

1. Wiring instructions for funds to be wired to my client;

2. Morgan Stanley Transfer form (I'll prepare a consent/acknowledgment form for Prettl, confirming Doshi's authorization to execute the transfer, since Prettl is not a signer on this account);

3. Copy of the DPI copier lease agreement.

I expect to forward my comments to the Transition Services Agreement later this afternoon. As to some of the issues/questions raised in your cover letter of April 25, 2008, I provide the following responses:

A. We will provide a copy of the relevant invoices for my firm and Miller Canfield to the Arbitrator only (as required under MIPA). These are privileged documents and are subject to review by the Arbitrator only.

B. The Comerica Account is a money market account, and the funds therein can be simply wired to DFLLC (per the wiring instructions noted above) if Prettl wishes to use the same toward the payment of the purchase price.

Please review the forgoing at your earliest convenience and provide any comments or questions regarding the same.

Burt

Burt S. Kassab, Esq.
Kullen and Kassab, P.C.
7125 Orchard Lake Road
Suite 301
West Bloomfield, Michigan 48322
Telephone (248) 538-2200

9/16/2011

Facsimile (248) 538-2201
e-mail bkassab@k2lawyers.com

CONFIDENTIALITY NOTICE

This e-mail message from Kullen & Kassab, P.C. is intended only for the individual or entity to which it is addressed. This e-mail may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it.

**From:** Minkus, Daniel H. [mailto:DMinkus@ClarkHill.com]
**Sent:** Friday, April 25, 2008 12:16 PM
**To:** Burt S. Kassab
**Cc:** Peter Schrennen; Nayak, Mahesh K.; Arthur DUDLEYA; Minkus, Daniel H.; Antovski, Michael M.; epappas@dickinsonwright.com
**Subject:** Doshi / Prettl Closing Documents and Cover Letter

Burt:

In anticipation of Thursday's closing, I am sending you most all of the Closing documents contemplated by the MIPA. I will send the TSA by separate email (hopefully later today if not Monday morning). In the interim, I will appreciate hearing from you that your client has established accounts to which the Morgan Stanley and Comerica securities/funds can be transferred and to which proceeds may be wired by DPI and Prettl at Closing.

Thanks.

Dan.

Daniel H. Minkus
CLARK HILL PLC
255 South Old Woodward Avenue
Third Floor
Birmingham, Michigan 48009
248.642.9692 main
248.642.2174 fax
248.988.5849 direct
248.709.3797 cell
dminkus@clarkhill.com
www.clarkhill.com

**From:** Shoop, Terri A.
**Sent:** Friday, April 25, 2008 12:11 PM
**To:** Minkus, Daniel H.
**Subject:** Prettl

LEGAL NOTICE: This e-mail is for the exclusive use of the intended recipient(s). If you are not an intended recipient, please notify the sender by reply e-mail or by calling (313) 965-8300, delete the e-mail from your computer and do not copy or disclose it to anyone else. Unauthorized disclosure, copying, distribution, reliance or use is prohibited. Neither this e-mail nor its attachment(s) establish an attorney-client relationship, constitute an electronic signature or provide consent to contract electronically, unless expressly so stated by a Clark Hill attorney in the body of this e-mail or an

attachment.

# CLARK HILL

FEDERAL TAX ADVICE DISCLAIMER: Under U. S. Treasury Regulations, we are informing you that, to the extent this message includes any federal tax advice, this message is not intended or written by the sender to be used, and cannot be used, for the purpose of avoiding federal tax penalties.

151 South Old Woodward Avenue
Suite 200
Birmingham, Michigan 48009
T 248.642.9692
F 248.642.2174

clarkhill.com

9/16/2011