# EXHIBIT 8

**Nayak, Mahesh K.**

| | |
|---|---|
| **From:** | Arthur DUDLEYA [DUDLEYA@butzel.com] |
| **Sent:** | Friday, June 06, 2008 8:12 AM |
| **To:** | lyang@armstrongteasdale.com |
| **Cc:** | gsayad@armstrongteasdale.com; Minkus, Daniel H.; Nayak, Mahesh K.; Peter Schrennen; schrennen@yahoo.com |
| **Subject:** | DPI |
| **Attachments:** | 3532_001.pdf; 3533.pdf |

Lambo,

DPI is a limited liability company organized in the State of Michigan.

1.

2.

Mahesh, you need to let me know if Peter wants Butzel Long  or Clark Hill to take care of this.

I understand that it needs to be done asap.

I will wait to hear from everyone.

Art

*REDACTED*

*CONFIDENTIAL*

*PRIVILEGED*

Arthur Dudley II
dudleya@butzel.com

Butzel Long
a professional corporation

380 Madison Avenue

9/16/2011

New York, NY 10017
212-676-3915 (direct)
347-684-0843 (cell)

150 W. Jefferson, Suite 100
Detroit, MI 48226
313-225-7070 (direct)
313-303-4824 (cell)

**To comply with U.S. Treasury Regulations:** This communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the tax laws of the United States, or promoting, marketing or recommending to another party any transaction or matter addressed in this communication (and any attachment).

**Confidentiality Statement:**

This message (including any attachments) is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information that is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from disseminating or distributing this information (other than to the intended recipient) or copying this information. If you have received this communication in error, please notify us immediately by e-mail or by telephone at (313) 225-7000. To learn more about Butzel Long, please visit our website at http://www.butzel.com

9/16/2011

**Nayak, Mahesh K.**

| | | |
|---|---|---|
| **From:** | Peter Schrennen [P.Schrennen@prettlus.com] | *REDACTED* |
| **Sent:** | Wednesday, April 16, 2008 9:39 AM | *CONFIDENTIAL* |
| **To:** | Arthur DUDLEYA | *PRIVILEGED* |
| **Cc:** | Nayak, Mahesh K. | |
| **Subject:** | | |

CONFIDENTIAL

Art,

Following strategy is pursued by PRETTL: (we have talked and discussed this in the past)

    a.
    b.


      Options:
      1.
      2.
      3.



      For Information only:



      Peter

**From:** Arthur DUDLEYA [mailto:DUDLEYA@butzel.com]
**Sent:** Wednesday, April 16, 2008 7:24 AM
**To:** Peter Schrennen: schrennen@yahoo.com
**Subject:**

Peter,

What steps are being taken to               DPI?  Please give me a call so we can
discuss.  I will be in meetings most of the day and unavailable from 10 a.m. to 11:30 a.m., but any other
time you can call me on my Detroit cell number.

Art


Arthur Dudley II
dudleya@butzel.com

Butzel Long

9/16/2011

**Nayak, Mahesh K.**

| | | |
|---|---|---|
| From: | Arthur DUDLEYA [DUDLEYA@butzel.com] | *REDACTED* |
| Sent: | Thursday, June 05, 2008 5:51 AM | |
| To: | GSAYAD@ArmstrongTeasdale.com; Nayak, Mahesh K. | *CONFIDENTIAL* |
| Cc: | lyang@ArmstrongTeasdale.com | |
| Subject: | Re: Prettl-Doshi analysis (S2758219).DOC | *PRIVILEGED* |

Team

Butzel Long can help with              of the DPI docs.  If we can get a list of
what is needed we can start. now.

Art


-----Original Message-----
From: "Gentry Sayad" <GSAYAD@ArmstrongTeasdale.com>
To: Nayak, Mahesh K. <MNayak@ClarkHill.com>
CC: Yang, Lanbo <lyang@ArmstrongTeasdale.com> DUDLEYA, Arthur <DUDLEYA@butzel.com>
Creation Date: 6/4 11:59 pm
Subject: RE: Prettl-Doshi analysis (S2758219).DOC



E. W. Gentry Sayad
Armstrong Teasdale/China Alliance
Suite 718 Shanghai Centre
1376 Nanjing Xi Lu
Shanghai 200040
P.R. China
(8621)6279-8808(tel.)
(8621)6279-8866(fax)
(314)413-4322 (US Cell)
(86)13636369035 (CN Cell)

        -----Original Message-----
        From: Nayak, Mahesh K. [mailto:MNayak@ClarkHill.com]
        Sent: Thursday, June 05, 2008 11:55 AM
        To: Gentry Sayad
        Subject: Re: Prettl-Doshi analysis (S2758219).DOC



d

        ----- Original Message -----
        From: Gentry Sayad <GSAYAD@ArmstrongTeasdale.com>
        To: Nayak, Mahesh K.
        Cc: schrennen@yahoo.com <schrennen@yahoo.com>; pschrennen@prettlus.com
<pschrennen@prettlus.com>; jkumar@DPI-LLC.com <jkumar@DPI-LLC.com>; zfan@dpi-llc.com
<zfan@dpi-llc.com>; DUDLEYA@butzel.com <DUDLEYA@butzel.com>
        Sent: Wed Jun 04 23:06:55 2008
        Subject: RE: Prettl-Doshi analysis (S2758219).DOC

E. W. Gentry Sayad
Armstrong Teasdale/China Alliance
Suite 718 Shanghai Centre
1376 Nanjing Xi Lu
Shanghai 200040
P.R. China
(8621)6279-8808(tel.)
(8621)6279-8866(fax)
(314)413-4322 (US Cell)
(86)13636369035 (CN Cell)

*REDACTED*

*CONFIDENTIAL*

*PRIVILEGED*

-----Original Message-----
From: Nayak, Mahesh K. [mailto:MNayak@ClarkHill.com]
Sent: Thursday, June 05, 2008 10:07 AM
To: Gentry Sayad
Cc: schrennen@yahoo.com; pschrennen@prettlus.com; jkumar@DPI-LLC.com;
zfan@dpi-llc.com
Subject: RE: Prettl-Doshi analysis (S2758219).DOC

From: Gentry Sayad [mailto:GSAYAD@ArmstrongTeasdale.com]
Sent: Wed 6/4/2008 5:26 AM
To: Nayak, Mahesh K.
Subject: Prettl-Doshi analysis (S2758219).DOC

<<Prettl-Doshi analysis (S2758219).DOC>>

*********************PRIVATE AND
CONFIDENTIAL*********************
        This transmission and any attached files are privileged, confidential or
otherwise the exclusive property of the intended recipient or Armstrong Teasdale LLP. If
you are not the intended recipient, any disclosure, copying, distribution or use of any of
the information contained in or attached to this transmission is strictly prohibited. If
you have received this transmission in error, please contact us immediately by e-mail
(admin@armstrongteasdale.com) or telephone (314-621-5070) and promptly destroy the
original transmission and its attachments. Opinions, conclusions and other information in
this message that do not relate to the official business of Armstrong Teasdale LLP shall
be understood as neither given nor endorsed by it.


        LEGAL NOTICE: This e-mail is for the exclusive use of the intended
recipient(s). If you are not an intended recipient, please notify the sender by reply e-
mail or by calling (313) 965-8300, delete the e-mail from your computer and do not copy or
disclose it to anyone else. Unauthorized disclosure, copying, distribution, reliance or
use is prohibited. Neither this e-mail nor its attachment(s) establish an attorney-client
relationship, constitute an electronic signature or provide consent to contract elec To
comply with U.S. Treasury Regulations: This communication (including any attachments) is

not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the tax laws of the United States, or promoting, marketing or recommending to another party any transaction or matter addressed in this communication (and any attachment).

Confidentiality Statement:
This message (including any attachments) is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information that is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from disseminating or distributing this information (other than to the intended recipient) or copying this information. If you have received this communication in error, please notify us immediately by e-mail or by telephone at (313) 225-7000. To learn more about Butzel Long, please visit our website at http://www.butzel.com