**FOX ROTHSCHILD LLP**
75 Eisenhower Parkway, Suite 200
Roseland, NJ 07068
973-992-4800
- and -
100 Park Avenue, 15th Floor
New York, NY 10017
rmeth@foxrothschild.com
RICHARD M. METH, ESQ. (RM7791)(admitted *pro hac vice*)

- and -

**GREENEBAUM DOLL & MCDONALD PLLC**
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202
C. R. BOWLES, ESQ. (admitted *pro hac vice*)
502-589-4200

Attorneys For Defendants, DSSI and DSSI, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| DELPHI CORPORATION, *et al*., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |
| DELPHI CORPORATION, *et al.,* | |
| Plaintiffs | Adv. Pro. No. 07-02236 (RDD) |
| - against - | |
| DSSI and DSSI, LLC, | |
| Defendants. | |

**CERTIFICATE OF SERVICE REGARDING JOINDER OF**
**DSSI DEFENDANTS IN REPLIES OF METHODE ELECTRONICS,**
**INC.'S AND MICROCHIP TECHNOLOGY INCORPORATED TO**
**REORGANIZED DEBTORS' AMENDED OMNIBUS RESPONSE**
**TO CERTAIN DEFENDANTS' SUBMISSIONS REGARDING**
**THE OCTOBER 2, 2009 SUPPLEMENTAL POSTCONFIRMATION**
<u>**EXTENSION OF AVOIDANCE ACTION SERVICE DEADLINE MOTION**</u>

RL1 955550v1 10/10/11

MARCIA L. STEEN, of full age, hereby certifies as follows:

1.  I am a paralegal employed by the firm of Fox Rothschild LLP. My business address is 75 Eisenhower Parkway, Suite 200, Roseland, New Jersey 07068. Fox Rothschild LLP is counsel to the defendants (the "DSSI Defendants") in connection with the above-referenced Adversary Proceeding.

2.  On October 7, 2011, I electronically filed the Joinder Of DSSI Defendants In Replies Of Methode Electronics, Inc.'s And Microchip Technology Incorporated To Reorganized Debtors' Amended Omnibus Response To Certain Defendants' Submissions Regarding The October 2, 2009 Supplemental Postconfirmation Extension Of Avoidance Action Service Deadline Motion (the "Joinder") with the United States Bankruptcy Court for the Southern District of New York in the Debtors' main bankruptcy case (Case No. 05-44481) and the Adversary Proceeding, <u>Delphi Corporation, *et al*. v. DSSI and DSSI, LLC</u> (Adv. Pro. No. 07-02236), thereby causing the parties entitled to receive notice via the Court's ECF system to be served.

3.  In addition, on October 7, 2011, I caused copies of the Joinder to be served upon the parties identified on the annexed service list as noted thereon.

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

/s/ Marcia L. Steen
MARCIA L. STEEN

Dated: October 10, 2011

-2-

RL1 955550v1 10/10/11

## SERVICE LIST

**Served Via First Class Mail On 10/07/2011:**

Cynthia J. Haffey, Esq.
Butzel Long
150 W. Jefferson Avenue, Suite 100
Detroit, Michigan 48226

DPH Holdings Corp. (f/k/a Delphi Corporation, *et al.*)
Attn: John Brooks
5725 Delphi Drive
Troy, Michigan 48098

Albert Togut, Esq.
Neil Berger, Esq.
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, New York 10119

Office of the U.S. Trustee
Attn: Alicia M. Leonhard, Trace Hope Davis
and Brian Masumoto
33 Whitehall Street, 21st Floor
New York, New York 10004

**Served Via E-Mail On 10/07/2011**

Cynthia J. Haffey, Esq.
Butzel Long
haffey@butzel.com