| | |
|---|---|
| **HODGSON RUSS LLP**<br>The Guaranty Building<br>140 Pearl Street, Suite 100<br>Buffalo, New York 14202-4040<br>Tel: 716-856-4000<br>Fax: 716-849-0349<br>Garry M. Graber, Esq.<br>James C. Thoman, Esq.<br>ggraber@hodgsonruss.com<br>jthoman@hodgsonruss.com | **Hearing Date and Time: October 24, 2011 at 10:00 a.m.** |

*Attorneys for Unifrax I LLC f/k/a Unifrax Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:                                              :    Chapter 11
                                                    :    Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                         :    Jointly Administered
                                                    :
            Debtors.                                :
                                                    :

------------------------------------------------------------x
                                                    :
DELPHI CORPORATION, et al.,                         :    Adv. Pro. No. 07-02270 (RDD)
                                                    :
            Plaintiffs,                             :
                                                    :
      - against -                                   :
                                                    :
BP, BP AMOCO CORP, BP MICROSYSTEMS                  :
INC., BP PRODUCTS NORTH AMERICA,                    :
CASTROL, CASTROL INDUSTRIAL                         :
AND UNIFRAX CORP.                                   :
                                                    :
            Defendant.                              :

------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF ERIE       )

   Renee Leek, by her signature below hereby certifies that (1) I am not a party to the above-entitled action and am over 18 years of age; and (2) on Tuesday, October 11, 2011, I

caused to be served a true and correct hard copy of the Joinder of Unifrax I LLC to Heraeus Defendants' Reply In Opposition To The Reorganized Debtors' Motion For Leave To File Amended Complaints, To Supplement The Record Of The June 21, 2011 Hearing And To File The Reorganized Debtors' Statement Regarding Service Of The Final Extension Motion And In Reply To Debtors' Amended Omnibus Response, electronically through the Court's ECF System on all parties requesting electronic service, and by U.S. mail delivery to the following addresses:

Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119
Attn: Albert Togut, Esq.

Butzel Long, A Professional Corporation
150 West Jefferson – Suite 100
Detroit, Michigan 48226
Attn: Cynthia J. Haffey, Esq.

*Creditors Committee*
Mark A. Broude, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802

*U.S. Trustee*
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Dated: October 11, 2011
       Buffalo, New York

_____
Renee Leek

Sworn to before me this
7th day of October, 2011

_____
Notary Public, State of New York

RENEE L. ESPINOSA
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ERIE COUNTY
MY COMMISSION EXPIRES JUNE 6, 20*15*

024970/00022 Litigation 7375769v1