**PEPPER HAMILTON LLP**
Francis J. Lawall (FL 0972)
Nina M. Varughese (NV 2347)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000

*Attorneys for Ametek, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
|                                           | )        |
| In re                                     | )        |
|                                           | )        Chapter 11
| **DPH HOLDINGS CORP., et al.**            | )        |
|                                           | )        Case Nos. 05-44481 (RDD)
|     Reorganized Debtors.                  | )        |
|                                           | )        Jointly Administered
|_____| )        |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR
REMOVAL FROM SERVICE LISTS**

Nina M. Varughese of Pepper Hamilton LLP hereby withdraws her appearance as counsel for Ametek, Inc. in the above-captioned bankruptcy cases and requests that she be removed from the CM/ECF noticing list and any other service lists in these cases. Francis J. Lawall of Pepper Hamilton LLP will continue to represent Ametek, Inc. in these cases.

Dated: October 14, 2011             PEPPER HAMILTON LLP

                                    By:  /s/ Nina M. Varughese_____
                                         Francis J. Lawall (FL 0972)
                                         Nina M. Varughese (NV 2347)
                                         3000 Two Logan Square
                                         Eighteenth and Arch Streets
                                         Philadelphia, Pennsylvania 19103-2799
                                         Telephone:  (215) 981-4481
                                         Facsimile:  (215) 981-4750
                                         lawallf@pepperlaw.com
                                         varughesen@pepperlaw.com
                                    *Counsel for Ametek, Inc.*

#15046115 v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 14, 2011, a copy of the attached Notice Of Withdrawal Of Appearance And Request For Removal From Service Lists was served via first class mail, postage prepaid, upon the following parties:

| | |
|---|---|
| Albert L. Hogan, III<br>Skadden Arps Slate Meagher & Flom, LLP<br>155 North Wacker Drive<br>Chicago, IL 60606-1720 | Andrew Currie<br>WilmerHale, LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006 |
| Mark A. Broude<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022-4802<br>Counsel to Official Committee of Unsecured Creditors | Committee of Eligible Salaried Retirees<br>Farella Braun & Martel LLP<br>235 Montgomery Street<br>17th Floor<br>San Francisco, CA 94104 |
| Alicia M. Leonhard<br>Tracy Hope Davis<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 | Kurtzman Carson Consultants LLC<br>2335 Alaska Avenue<br>El Segundo, CA 90245 |

Dated: October 14, 2011

/s/ Nina M. Varughese
Nina M. Varughese (NV 2347)
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
Telephone: (215) 981-4481
Facsimile: (215) 981-4750
varughesen@pepperlaw.com

Counsel for Ametek, Inc.

.

-2-