Shalom Jacob
Zachary D. Silbersher
LOCKE LORD LLP
Three World Financial Center
New York, New York 10281-2101
Tel: (212) 415-8600
Fax: (212) 303-2754

-and-

Courtney E. Barr (CE 7768)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 443-0700
Fax: (312) 443-0336

*Counsel for Methode Electronics, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., et al., | Case No. 05-44481 [RDD] |
| Reorganized Debtors. | (Jointly Administered) |

------------------------------------------------x

| | |
|---|---|
| DELPHI CORPORATION, et al., | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 07-02432 [RDD] |
| METHODE ELECTRONICS, INC. | |
| Defendant. | |

--------------------------------------------------x

### CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2011, I caused to be electronically filed *Methode Electronics, Inc.'s Response To Reorganized Debtors' Motion Under 11 U.S.C. § 105 And Fed. R. Bankr. P. 9014 For Leave To (I) Supplement The Record Of The June 21, 2011 Hearing And (II) File The Reorganized Debtors' Statement Regarding Service Of The Final Extension Motion* using the ECF system which will send notification of such filing to all registered ECF users.

1

The following parties were served with the above-referenced documents via overnight delivery on October 17, 2011:

    The Honorable Robert D. Drain
    United States Bankruptcy Court Judge
    United States Bankruptcy Court
        for the Southern District of New York
    300 Quarropas Street
    White Plains, New York 10601

    DPH Holdings, Corp.
    5725 Delphi Drive
    Troy, Michigan 48090
    Attention: President

    Skadden, Arps, Slate, Meagher & Flom LLP
    155 North Wacker Drive
    Chicago, Illinois 60606
    Attention:  John Wm. Butler, Jr.
    Attention:  Albert L. Hogan, III
    Attention:  Ron E. Meisler

    Butzel Long
    150 West Jefferson Ave., Suite 100
    Detroit, Michigan 48226
    Attention: Cynthia J. Haffey
    Attention: Sheldon H. Klein

    U.S. Trustee
    United States Bankruptcy Court
        for the Southern District of New York
    300 Quarropas Street
    White Plains, New York 10601

Dated: October 17, 2011                 /s/ Zachary D. Silbersher
New York, New York                 Zachary D. Silbersher
                                       LOCKE LORD LLP
                                       Three World Financial Center
                                       New York, New York 10281-2101
                                       Tel:  (212) 415-8600
                                       Fax: (212) 303-2754