BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, Michigan 48226
Cynthia J. Haffey
Sheldon H. Klein
Thomas Radom
Bruce L. Sendek
Thomas D. Noonan
David J. DeVine
Telephone: (313) 225-7000
Facsimile: (313) 225-7080
haffey@butzel.com

*Attorneys for Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DPH Holdings Corp., *et al.*,<br><br>　　　　　Reorganized Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

**Declaration of Thomas D. Noonan in Support of Reorganized
Debtors' Response to the Motion of Wells Fargo Bank, N.A.,
Successor to Wachovia Bank, National Association, Under Rule
60(B) of the Federal Rules of Civil Procedure and Rule 9024 of the
Federal Rules of Bankruptcy Procedure for Relief from the Orders
<u>Sealing Complaint and Extending the Time for Service Thereof</u>**

THOMAS D. NOONAN, under penalty of perjury, pursuant to 28 U.S.C. § 1746, deposes and says:

1.　　I am a shareholder with Butzel Long, a professional corporation, attorneys for Plaintiffs, and I am familiar with the facts set forth herein. I submit this declaration in support of the Reorganized Debtors' Reorganized Debtors' Response to the Motion of Wells Fargo Bank, N.A., Successor to Wachovia Bank, National Association, Under Rule 60(B) of the Federal Rules of Civil Procedure and Rule 9024 of the Federal Rules of

Bankruptcy Procedure for Relief from the Orders <u>Sealing Complaint and Extending the Time for Service Thereof</u> ("Response").

2. Attached to the Response as <u>Exhibit A</u> is a copy of the Complaint that Delphi Automotive Systems, LLC filed against Laneko Engineering, Inc. in the United States District Court Eastern District of Michigan on August 17, 2005, where it was given case number 2:05CV73193.

3. Attached to the Response as <u>Exhibit B</u> is a copy of the Wachovia Adversary Complaint.

4. Attached to the Response as <u>Exhibit C</u> is a copy of the relevant portions of the transcript from the April 1, 2010 Hearing.

5. Attached to the Response as <u>Exhibit D</u> is a copy of the relevant portions of the transcript from the August 16, 2007 Hearing.

6. Attached to the Response as <u>Exhibit E</u> is a copy of the relevant portions of the transcript from the March 19, 2008 Hearing.

7. Attached to the Response as <u>Exhibit F</u> is a copy of the relevant portions of the transcript from the April 30, 2008 Hearing.

8. I declare under penalty of perjury that the foregoing is true and correct.

Dated: Detroit, Michigan
October 18, 2011

/s/ Thomas D. Noonan
Thomas D. Noonan