# EXHIBIT D

                                                                    1

 1
 2  UNITED STATES BANKRUPTCY COURT
 3  SOUTHERN DISTRICT OF NEW YORK
 4  Case No. 05-44481
 5  Adv. Case No. 07-01435
 6  - - - - - - - - - - - - - - - - - - - - -x
 7  In the Matter of:
 8
 9  DELPHI CORPORATION, ET AL.,
10
11           Debtor.
12
13  - - - - - - - - - - - - - - - - - - - - -x
14
15              U.S. Bankruptcy Court
16              One Bowling Green
17              New York, New York
18
19              August 16, 2007
20              10:05 a.m.
21
22  B E F O R E:
23  HON. ROBERT D. DRAIN
24  U.S. BANKRUPTCY JUDGE
25

2

1  MOTION for an Order Authorizing the Official Committee of
2  Unsecured Creditors to Prosecute the Debtors' Claim and
3  Defenses Against General Motors Corporation and Certain Former
4  Officers of the Debtors
5
6  DEBTORS' Eighteenth Omnibus Objection (Procedural) to Claims
7
8  DEBTORS' Nineteenth Omnibus Objection (Substantive) to Claims
9
10 EX PARTE MOTION for Order Authorizing the Official Committee of
11 Equity Security Holders to File Under Seal a Supplemental
12 Objection in Further Support of the Equity Committee's
13 Objection to the Motion for an Order Authorizing the Official C
14
15 MOTION for Order Further Extending Deadline to Assume or Reject
16 Leases of Nonresidential Real Property
17
18 MOTION to Further Extend Time Period Within Which Debtors May
19 Remove Actions
20
21 MOTION Approving Bidding Procedures, Granting Certain Bid
22 Protections, Approving Form and Manner of Sale Notices, And
23 Setting Sale Hearing Date, and Authorizing and Approving Sale
24 of Certain of Debtors' Assets
25


3

1   **DEBTORS' Seventeenth Omnibus Objection**

2

3   **MOTION to Authorize Authorizing Debtors to Enter into**

4   **Stipulations Tolling Statute of Limitations with Respect to**

5   **Certain Claims Authorizing Procedures to Identify Causes of**

6   **Action that Should be Preserved and Establishing Procedures**

7

8   **MOTION to Approve Memoranda of Understanding Among IUOE, IBEEW,**

9   **IAM, Delphi and General Motors Corporation Including**

10   **Modification of IUOE, IBEW and IAM Collective Bargaining**

11   **Agreements and Retiree Welfare Benefits for Certain IUOE, IBEW**

12

13   **MOTION to Approve Memorandum of Understanding Among IUE-CWA,**

14   **Delphi and General Motors Corporation**

15

16   **PRE TRIAL CONFERENCE in Delphi Corporation v. National Union**

17   **Fire Insurance Company of Pittsburg**

18

19

20

21

22

23

24

25

4

```
 1  A P P E A R A N C E S :
 2  SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
 3         Attorneys for Debtor
 4         333 West Wacker Drive
 5         Chicago, Illinois 60606
 6
 7  BY:    JOHN WM. BUTLER, JR., ESQ.
 8
 9
10  SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
11         Attorneys for Delphi Corporation
12         Four Times Square
13         New York, New York 10036
14
15  BY:    KAYALYN A. MARAFIOTI, ESQ.
16
17
18  TOGUT SEGAL & SEGAL, LLP
19         Attorneys for Debtor
20         One Penn Plaza
21         New York, New York 10119
22
23  BY:    NEIL BERGER, ESQ.
24
25
```

5

```
 1  GOODWIN PROCTER
 2       Attorneys for Umicore
 3       901 New York Avenue, N.W.
 4       Washington, D.C. 20001
 5
 6  BY:  EMANUEL C. GRILLO, ESQ.
 7       JOSHUA N. KLATZKIN, ESQ.
 8       BRIAN W. HARVEY, ESQ.
 9
10
11  LATHAM & WATKINS, LLP
12       Attorneys for Official Committee
13        Of Unsecured Creditors
14       685 Third Avenue
15       New York, New York 10022
16
17  BY:  MITCHELL A. SEIDER, ESQ.
18
19
20  PREVIANT GOLDBERG UELMEN GRATZ MILLER & BRUEGGEMAN, S.C.
21       Attorneys for IAM, IBEW
22       1555 North River Center Drive
23       Milwaukee, Wisconsin 53212
24
25  BY:  MARIANNE GOLDSTEIN ROBBINS, ESQ.
```

```
                                                            6
 1   KENNEDY JENNIK & MURRAY, P.C.
 2        Attorneys for IUE-CWA
 3        113 University Place
 4        New York, New York 10003
 5
 6   BY:  THOMAS M. KENNEDY, ESQ.
 7        SUSAN M. JENNIK, ESQ.
 8
 9
10   GORLICK KRAVITZ & LISTHAUS, P.C.
11        Attorneys for IUOE
12        17 State Street
13        New York, New York 10004
14
15   BY:  BARBARA S. MEHLSACK, ESQ.
16
17
18   FRIED FRANK HARRIS SHRIVER & JACOBSON, LLP
19        Attorneys for Equity Committee
20        One New York Plaza
21        New York, New York  10004
22
23   BY:  BONNIE STEINGART, ESQ.
24
25
```

7

P R O C E E D I N G S

1
2    THE COURT:  Delphi Corporation.

3    MR. BUTLER:  Your Honor, Jack Butler and Kayalyn Marafioti from Skadden here on behalf of Delphi Corporation for it's 21st omnibus hearing for August 2007.  Good morning.  Your Honor, we would propose to take the agenda items in the order that was listed on the agenda filed with the Court.

8    THE COURT:  That's fine.

9    MR. BUTLER:  Your Honor, the first two matters on the agenda, matters 1 and 2, relate to the STN litigation motions filed by the creditors and equity committee.  The creditors' committee motions at docket number 4718, the equity committee motion is at docket number 5229.  Your Honor should note that by agreement these matters are being adjourned to the October 25th omnibus hearing.  I would also note that there's another matter on the agenda, matter number 5, the preservation of estate claims procedures motion which, if that relief is granted, contemplates that there will be an order developed between the committees, the company and General Motors over the next thirty days which would -- if that resolves these matters take these matters off the agenda.

22    THE COURT:  Okay.

23    MR. BUTLER:  Thanks.  Your Honor, the next matters on the agenda which I'd like to take together are the -- two of the procedural motions, agenda item number 3 is the third

8

1   365(d)(4) deadline extension motion at docket number 8760.  And

2   number 4 on the agenda is the fourth removal deadline extension

3   motion at docket number 8761.  Both of these motions, Your

4   Honor, have been filed to parallel the exclusivity extension

5   that was granted.  In each case it would extend the procedural

6   deadline to the later of February 29, 2008.  And in the case of

7   the 365(d)(4) motion it would also be that or the earlier

8   confirmation.  And in the case of the removal motion it would

9   be the later of that date or thirty days after or terminating

10  the stay is entered.  Your Honor, no objections have been filed

11  to either of these motions.  We've reviewed them both for their

12  statutory committees and we would rest on the papers.

13          THE COURT:  Okay.  I'll grant both motions, the

14  debtors established cause for each.

15          MR. BUTLER:  Thank you, Your Honor.  Your Honor, the

16  next matter on the agenda, matter number 5, is the preservation

17  of estate claims procedures motion.  This is filed at docket

18  number 8905.  This matter has been reviewed with both of our

19  statutory committees and other stake holders in the case and is

20  intended to address the Section 108 deadline that will occur on

21  either October 8th and/or October 14th of this year, having to

22  do with the second anniversary of the filing of the cases and

23  establishes procedures that would authorize the debtors to

24  enter into stipulations, the toll of the statute of limitations

25  with respect to certain claims, it would authorize procedures

05-44481-rdd   Doc 21653-5   Filed 10/18/11   Entered 10/18/11 19:38:59   Exhibit D
Pg 10 of 13

9

1  for the debtors to identify causes of action should be
2  preserved and otherwise abandon other kinds of action and other
3  identified actions.  It would establish procedures for certain
4  adversary proceedings.  We have also reviewed the form of order
5  with the clerk of the bankruptcy court who indicates that the
6  form of order is acceptable to the clerk's office.
7          Your Honor, this particular motion was the subject
8  matter of a chambers conference in which the debtors, the plan
9  investors, the statutory committees and actually certain of the
10 union representatives participated in.  I'm happy to present it
11 on the record and answering questions, Your Honor, but in the
12 absence of objection I think I'd rely on the motion and the
13 form of order.
14          THE COURT:  Okay.  Does anyone have anything to say
15 on this motion?  All right.  I went over the order and I had a
16 couple of questions that I'll just raise with you.  One is
17 approval of the tolling agreements and the form of the tolling
18 agreement is fine with one change which is that I put in
19 that -- in paragraph 13 I said "pursuant to the order of the
20 bankruptcy court in these cases dated today and then with the
21 docket number, this stipulation is deemed so ordered upon its
22 execution."  So there's actually -- something I signed that
23 actually is referenced here.  Because otherwise there's nothing
24 really signed by me, so I put that in.
25          And then if you look at the paragraph dealing with

VERITEXT/NEW YORK REPORTING COMPANY
212-267-6868                                          516-608-2400

10

1    tolling agreements it provides that each debtor is deemed to

2    have entered into such a stipulation with the other debtors,

3    which is fine.  And then it says and "affiliate non-debtor

4    entities."  And I added there "either controlled by the debtors

5    or that had actual notice of the motion."  I guess it's

6    conceivable that you have an affiliate that you don't control,

7    it didn't get noticed and I don't think they would be bound by

8    this.  And then there's a bit of ambiguity in paragraph 5.  As

9    I understand it there are two categories of actions that you're

10   allowed to abandon here without any further notice to anyone.

11   And they're described in the motion papers.  Then there's

12   another group that also falls into certain categories where you

13   have to give notice to the two committees.  And I just made it

14   a little -- I think that's what's contemplated here.

15            MR. BUTLER:  Yes, Your Honor.

16            THE COURT:  I just made that a little clearer.  And

17   then the last point is -- and I'm assuming you've discussed

18   this with the clerk, I thought the phrase "indicate is subject

19   to these procedures" was a little vague or squishy so I

20   actually -- you have some mechanism where you're going to tell

21   the clerk of this.

22            MR. BUTLER:  Yes.

23            THE COURT:  So I want to make that a little clearer.

24            MR. BUTLER:  Do you want to designate or --

25            THE COURT:  I put that in.  Anyway I'll -- I know

11

1   this order's been fairly carefully worked out with the parties.

2   So what I'm going to do is give you my mark-up, I tried to

3   write neatly and you can share it with them.  But I don't think

4   it changes the motion.  But let me say for the record, the

5   motion in addition to being unopposed sets forth good cause and

6   to the extent you needed good business reasons for all the

7   relief that you're seeking here, and that includes the ceiling

8   portion of it and consequently I'll approve it in full.

9            MR. BUTLER:  Thank you, Your Honor.

10           THE COURT:  And as you know, I said this at the

11  chambers conference, I'm a firm believer in the majority of

12  cases that say that you can toll the period under 546 and also

13  that the abandonment to the extent you're not tolling it does

14  not waive rights under 502(d) and I actually put in the order

15  that you're not waiving and you're preserving your rights under

16  502(d).  So that will get entered.

17           MR. BUTLER:  Thank you, Your Honor.  Your Honor, the

18  next matter on the agenda is matter number 6.  Matter number 6

19  and 7 are actually motions that approve memorandums of

20  understanding with four of our six U.S. unions, labor unions.

21  I'm going to present them separately.

22           The first one, matter number 6, is the IUOE, the IBEW

23  and the IAM, 1113, 1114 supplementary retirement benefit

24  approval motions is filed at docket number 8906 and it is

25  unopposed.  Your Honor, as you know, this motion which deals

12

1    with three of our six U.S. unions is one of a series of

2    settlement agreements that are being entered into between the

3    company and its U.S. labor unions in settlement of the Section

4    1113 and 1114 cases that were filed in 2006.  If Your Honor

5    approves the relief being requested today that motion will be

6    withdrawn without prejudice subject to the terms of the

7    settlement order and the memoranda of understanding.

8             With respect to this motion the unions whose

9    settlement agreements are covered by this motion are Local 832S

10   of the International Union of Operating Engineers, Local 18S of

11   the IUOE, Local 101S of the IUOE, the IBEW and it's Local 663,

12   that's the International Brotherhood of Electrical Workers,

13   with respect to Delphi Electronics and Safety.  The IBEW and

14   its Locale 663 with respect to Delphi Power Train and finally

15   the IAM, which is the International Association of Machinists

16   and Aerospace workers, and it's District 10 of Tool and Die

17   Makers Lodge 78.  Your Honor, these memorandum of understanding

18   are all before the Court.  The were filed with the motion.  And

19   for the record, it's an evidentiary matter, I would like to

20   move that each of the MOU's that were filed into evidence.

21             THE COURT:  Okay.  Does anyone have an objection to

22   that?  All right, I'll admit them as Exhibit 1 collectively.

23   (MOU's were hereby received as Debtor's Exhibit 1 for

24   identification, as of this date.)

25             THE COURT:  Thank you, Your Honor.  Your Honor, we