# EXHIBIT A

## James M. Sullivan

**From:** Sullivan, James M.
**Sent:** Monday, July 06, 2009 5:25 PM
**To:** 'Meisler, Ron E'; 'Butler, Jr., John (Jack) Wm'; 'Marafioti, Kayalyn A'
**Cc:** 'Perl, Michael W'; 'Craft, Karen J'
**Subject:** RE: Delphi - Timken

The parties I have represented during the chapter 11 cases include the following:

The Timken Company and any of its affiliates, d/b/a's, or f/k/a's, including The Timken Corporation, Timken U.S. Corp., U.S. Timken Corp., and Torrington

Linear Technology Corporation

National Semiconductor Corp.

Thanks.


James M. Sullivan
Partner
Arent Fox LLP
1675 Broadway
New York, NY 10019-5820
Direct:  212-484-3945
Main:  212-484-3900
Cell:  201-741-4235
Fax:  212-484-3990
sullivan.james@arentfox.com
jms32@georgetown.edu
jms92@bc.edu

Arent Fox LLP
www.arentfox.com
New York - Washington, D.C. - Los Angeles



**From:** Meisler, Ron E [mailto:Ron.Meisler@skadden.com]
**Sent:** Monday, July 06, 2009 5:06 PM
**To:** Sullivan, James M.; Butler, Jr., John (Jack) Wm; Marafioti, Kayalyn A
**Cc:** Perl, Michael W; Craft, Karen J
**Subject:** RE: Delphi - Timken

James,
Thanks for your email.  Can you please email me and Mike Perl all names under which your client is doing business with Delphi so that we are able to accommodate your request.

Thanks, Ron

**Ron E. Meisler**
**Skadden, Arps, Slate, Meagher & Flom LLP**


10/18/2011

**155 North Wacker Drive | Chicago | Illinois | 60606-1720**
**T: 312.407.0549 | M: 312.282.1111 | F: 312.407.8641**
**rmeisler@skadden.com**
Skadden

---

**From:** Sullivan, James M. [mailto:Sullivan.James@ARENTFOX.COM]
**Sent:** Monday, July 06, 2009 3:37 PM
**To:** Butler, Jr., John (Jack) Wm (CHI); Meisler, Ron E (CHI); Marafioti, Kayalyn A (NYC)
**Subject:** Delphi - Timken

I am counsel for The Timken Company and its affiliates in connection with the Delphi chapter 11 cases. It is my understanding that Delphi has or intends to send out numerous notices to contract counterparties. Can you please make sure that any notices that have been or that are scheduled to be sent to any of my clients are sent to me as well. I recall there being a problem the last time with notices going to incorrect addresses. As you may know, I recently switched law firms (I left McDermott Will & Emery and am now with Arent Fox). Therefore, please be sure to send any notices to me at Arent Fox. Thank you.

James M. Sullivan
Partner
Arent Fox LLP
1675 Broadway
New York, NY 10019-5820
Direct:  212-484-3945
Main:  212-484-3900
Cell:  201-741-4235
Fax:  212-484-3990
sullivan.james@arentfox.com
jms32@georgetown.edu
jms92@bc.edu

Arent Fox LLP
www.arentfox.com
New York - Washington, D.C. - Los Angeles

---

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---
**************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
**************************************************
**************************************************

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
**************************************************
================================================================================

10/18/2011