UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                         :

    In re                                            :        Chapter 11
                                                         :
DPH HOLDINGS CORP., et al.,       :        Case No. 05-44481 (RDD)
                                                         :
                Reorganized Debtors.    :        (Jointly Administered)
                                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SEVENTEENTH SUPPLEMENTAL ORDER PURSUANT TO 11 U.S.C. § 502(b) AND
FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014
ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS
TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES
<u>GOVERNING OBJECTIONS TO CLAIMS</u>

("SEVENTEENTH SUPPLEMENTAL CLAIM OBJECTION PROCEDURES ORDER")

   Upon the motion, dated October 31, 2006, of Delphi Corporation and certain of its affiliates (collectively, the "Debtors"), now known as DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), for an order under 11 U.S.C. §§ 502(b) and 502(c) and Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, and 9014 establishing (i) dates for hearings regarding disallowance or estimation of claims and (ii) certain notices and procedures governing hearings regarding disallowance or estimation of claims (the "Claim Objection Procedures Motion") (Docket No. 5453); and

   Upon the Order, entered December 6, 2006, granting the Claim Objection Procedures Motion (the "Claim Objection Procedures Order") (Docket No. 6089) and the supplemental orders entered on October 23, 2007 (Docket No. 10701), November 20, 2007 (Docket No. 10994), February 11, 2008 (Docket No. 12609), June 11, 2008 (Docket No. 13726),

August 5, 2008 (Docket No. 14022), October 22, 2008 (Docket No. 14371), January 8, 2009 (Docket No. 14634), September 25, 2009 (Docket No. 18936), December 11, 2009 (Docket No. 19176), January 25, 2010 (Docket No. 19358), April 5, 2010 (Docket No. 19776), July 16, 2010 (Docket No. 20426), November 1, 2010 (Docket No. 20765), January 28, 2011 (Docket No. 21098), May 3, 2011 (Docket No. 21252), and August 3, 2011 (Docket No. 21515); and

Upon the Order Approving Modifications Under 11 U.S.C. § 1127(b) To (I) First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified And (II) Confirmation Order [Docket No. 12359] (the "Plan Modification Order") (Docket No. 18707); and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. This Court shall conduct special periodic hearings on contested claims matters in these cases and hearings on Section 365 Objections (as such term is defined in paragraph 28 of the Plan Modification Order) (the "Claims Hearings"), to be held in Courtroom 118, United States Bankruptcy Court, Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601-4140 unless the Reorganized Debtors and the parties whose claims are affected are otherwise notified by this Court. The following dates and times (the "Claims Hearing Dates") have been scheduled for Claims Hearings in these chapter 11 cases:

January 12, 2012 at 10:00 a.m. (prevailing Eastern time)

February 16, 2012 at 10:00 a.m. (prevailing Eastern time)

March 22, 2012 at 10:00 a.m. (prevailing Eastern time)

2

    2. Additional Claims Hearings thereafter may be scheduled by this Court. All contested claims matters or Section 365 Objections requiring a hearing in these chapter 11 cases shall be set for and be heard on the Claims Hearing Dates unless alternative hearing dates are approved by this Court for good cause shown.

    3. If this Court changes any of the Claims Hearing Dates set forth in paragraph 1 above, the Reorganized Debtors are authorized to provide a notice of change of Claims Hearing Date (the "Notice") in accordance with paragraph 9 of the Claim Objection Procedures Order or paragraphs 32 and 40 of the Plan Modification Order.  The terms of such Notice shall be binding upon all parties-in-interest in these chapter 11 cases and no other or further notice or order of this Court shall be necessary.

    4. Except as set forth herein, the Claim Objection Procedures Order and the Plan Modification Order shall continue in full force and effect.

Dated: White Plains, New York
    October 19, 2011

            /s/Robert D. Drain
            UNITED STATES BANKRUPTCY JUDGE

3