UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x Chapter 11 Case No. 05-44481 (RDD)

In re:

DELPHI CORPORATION, et. al.,                :(Jointly Administered)

    Debtors.

------------------------------------x

### AFFIDAVIT OF SERVICE

I, James B. Sumpter, do herby state that relative to the Reply:

**REPLY TO DEBTOR'S RESPONSE [DOCKET # 21581] TO THE AMENDED MOTION FOR RECOUPMENT ON BEHALF OF DELPHI SALARIED RETIREES [DOCKET # 21566]**

I served copies of the above motion and its related attachments on the entities listed in Exhibit A, via Email and U.S. Mail. The documents were E-mailed on 21-SEP-2011 and mailed on 21-SEP-2011. A paper copy and a DVD were also sent via FED EX overnight to the clerk of the court on 21-SEP-2011.

/s/ Jamees B. Sumpter

_____     21/9/2011
James B. Sumpter                Date
21169 Westbay circle
Noblesville, IN  46062
Telephone: (317) 877-0736
Facsimile: (317) 877-1070
jsump@ieee.org

## ATTACHMENT A

Serving Date - September 21, 2011

Hon. Robert D. Drain
United States Bankruptcy Court
for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140
Telephone: (914) 390-4155

Counsel to the Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive, Suite 2700
Chicago, Illinois 60606
Attn: Ron E. Meisler
Telephone: (312) 407-0700

Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583
Attn: Frank L. Gorman, Esq. &
 Robert B. Weiss, Esq.
Telephone: 313-465-7000

Ruskin Moscou Faltischek PC
1425 RXR Plaza, 15th Floor
Uniondale, NY 11556
Attn: Jeffrey A. Wurst, Esq.
Telephone: (516) 663-6535

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Brian Masumoto
Telephone: (212) 510-0500

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Harvey R. Miller
 Robert J. Lemons
Telephone: (212) 310-8500

Cynthia Haffey & Chester E. Kasiborski, Jr
Butzel Long
150 W. Jefferson
Suite 100
Detroit, MI 48236
Telephone: 313-225-7064



REPLY TO DEBTOR'S RESPONSE [DOCKET # 21581 ]
james Sumpter
to:
RDD.chambers, ron.meisler, fgorman, rweiss, jwurst, rmeisler, harvey.miller, robert.lemons, haffey, kasiborski
09/21/2011 02:54 PM
Cc:
john.lyons, jack.buttler, "Tullson, Carl T", Al.Hogan, Louis.Chiappetta
Hide Details
From: james Sumpter <jsump@ieee.org> Sort List...

To: RDD.chambers@nysb.uscourts.gov, ron.meisler@skadden.com, fgorman@honigman.com, rweiss@honigman.com, jwurst@rmfpc.com, rmeisler@skadden.com, harvey.miller@weil.com, robert.lemons@weil.com, haffey@butzel.com, kasiborski@butzel.com

Cc: john.lyons@skadden.com, jack.buttler@skadden.com, "Tullson, Carl T" <Carl.Tullson@skadden.com>, Al.Hogan@skadden.com, Louis.Chiappetta@skadden.com


Please respond to jsump@ieee.org


2 Attachments


Service_list_21sep11.pdf   REPLY_21SEP11.pdf

September 21, 2011


### REPLY TO DEBTOR'S RESPONSE [DOCKET # 21581 ] TO THE AMENDED MOTION FOR RECOUPMENT ON BEHALF OF DELPHI SALARIED RETIREES [DOCKET # 21566 ]

I have attached to this e-mail a Reply To Debtor's Response [Docket # 21581 ] To The Amended Motion For Recoupment On Behalf Of Delphi Salaried Retirees [Docket # 21566 ].

I have also attached a copy of the certificate of service

Sincerely,
<!--[if !vml]--><!--[endif]-->

☒

James B. Sumpter, pro se

/s/James B. sumpter

James B. Sumpter, Pro se

21169 Westbay Circle
Noblesville, IN 46062

Telephone: (317) 877-0736
Facsimile: (317) 877-1070
jsump@ieee.org

Salaried Retiree of Debtors

file://C:\Documents and Settings\dli\Local Settings\Temp\notes87944B\~web6886.htm        10/19/2011