# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------x Chapter 11 Case No. 05-44481 (RDD)

In re:

DELPHI CORPORATION, et. al.,   : (Jointly Administered)

    Debtors.

-------------------------------------------x

## AFFIDAVIT OF SERVICE

I, James B. Sumpter, do herby state that relative to the Objection:

**OBJECTION TO MOTION FOR FINAL DECREE AND ORDER PURSUANT TO 11 U.S.C. § 350(a) AND FED. R. BANKR. P. 3022 AND LOCAL R. BANKR. P. 3022-1 CLOSING CHAPTER 11 CASES OF 20 FILING DEBTORS**
**[Docket # 21607]**

I served copies of the above objection on the entities listed in Exhibit A, via U.S. Mail and Email where available. The documents were Emailed on 12-OCT-2011 and mailed on 12-OCT-2011. A paper copy and a DVD were also sent via FED EX overnight to the clerk of the court on 12-OCT-2011.

/s/ James B. Sumpter

_____     **10/12/2011**
James B. Sumpter                                       Date
21169 Westbay circle
Noblesville, IN  46062
Telephone: (317) 877-0736
Facsimile: (317) 877-1070
jsump@ieee.org

# ATTACHMENT A

### Serving Date - October 12, 2011

Hon. Robert D. Drain
United States Bankruptcy Court
for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140
Telephone: (914) 390-4155

Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive, Suite 2700
Chicago, Illinois 60606
Attn: Ron E. Meisler
Telephone: (312) 407-0700

Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583
Attn: Frank L. Gorman, Esq. &
    Robert B. Weiss, Esq.
Telephone: 313-465-7000

Ruskin Moscou Faltischek PC
1425 RXR Plaza, 15th Floor
Uniondale, NY 11556
Attn: Jeffrey A. Wurst, Esq.
Telephone: (516) 663-6535

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Brian Masumoto
Telephone: (212) 510-0500

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Harvey R. Miller
    Robert J. Lemons
Telephone: (212) 310-8500

Cynthia Haffey
Butzel Long
150 W. Jefferson
Suite 100
Detroit, MI 48236
Telephone: 313-225-7064

Barnes & Thornburg LLP
One N Wacker Drive
Suite 4400
Chicago, IL 60606
ATTN: Deborah L. Thorne
    Kathleen L. Matsoukas
312-357-1313

Delphi Automotive Systems LLP
5725 Delphi Drive
Troy, MI 48098
248-813-2000
Attn: Sean Corcoran
    Karen Craft
    David M. Sherbin

DPH Holdings Corp.,
 5725 Delphi Drive,
 Troy, Michigan 48098
 Attn: President

Davis Polk & Wardwell,
 450 Lexington Avenue,
 New York, New York 10017
 Attn: Donald S. Bernstein
    Brian M. Resnick