# EXHIBIT A

1

2    UNITED STATES BANKRUPTCY COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    Case No. 05-44481-rdd

5    - - - - - - - - - - - - - - - - - - - -x

6    In the Matter of:

7

8    DPH HOLDINGS CORP., ET AL.,

9

10           Debtors.

11

12    - - - - - - - - - - - - - - - - - - - -x

13

14                  U.S. Bankruptcy Court

15                  300 Quarropas Street

16                  White Plains, New York

17

18                  June 21, 2011

19                  10:10 AM

20

21    B E F O R E:

22    HON. ROBERT D. DRAIN

23    U.S. BANKRUPTCY JUDGE

24

25

1

2   Hearing Re:  Whether the Reorganized Debtors' Proposed Amended

3   Complaints meet the Rule 8 pleading standard pursuant to

4   Twombly and Iqbal and also comply with the Dismissal Order

5   entered by this Court on September 7, 2010.

6

7   Hearing Re:  Whether certain individual preferential transfers

8   alleged in the Proposed Amended Complaints, but not alleged in

9   the Original Complaints, should now be dismissed because they

10  do not relate back to the dates the Original Complaints were

11  filed.

12

13  Hearing Re:  With respect to Defendants that raise a contract

14  assumption defense at the hearing, whether the factual disputes

15  between the Reorganized Debtors and those Defendants warrants

16  further discovery and investigation.

17

18  Hearing Re the Fourth Extension Challenges.

19

20  Hearing Re:  The procedures to be implemented to adjudicate the

21  case-sensitive, nonpleading-based, factual issues that the

22  Defendants originally raised in their Motions to Vacate and

23  Dismiss, and then raised again in opposition to the Motions.

24  Those issues include, by way of example and not limitation,

25  issues related to notice and prejudice in connection with the

1       Rule 4(m) orders.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25      Transcribed by:  Dena Page

1

2    A P P E A R A N C E S :

3    BUTZEL LONG, P.C.

4          Attorneys for the Reorganized Debtors

5          Suite 100

6          150 West Jefferson

7          Detroit, MI 48226

8

9    BY:    CYNTHIA J. HAFFEY, ESQ.

10         BRUCE L. SENDEK, ESQ.

11         DONALD V. ORLANDONI, ESQ.

12

13

14   BUTZEL LONG, P.C.

15         Attorneys for the Reorganized Debtors

16         Stoneridge West

17         41000 Woodward Avenue

18         Bloomfield Hills, MI 48304

19

20   BY:    THOMAS B. RADOM, ESQ.

21         SHELDON H. KLEIN, ESQ.

22

23

24

25

```
 1

 2

 3    TOGUT, SEGAL & SEGAL, LLP

 4          Attorneys for the Reorganized Debtors

 5          One Penn Plaza

 6          New York, NY 10019

 7

 8    BY:   RICHARD K. MILIN, ESQ.

 9

10

11    ARCHER & GREINER, P.C.

12          Attorneys for Magnesium Electron, Inc.

13          One Centennial Square

14          Haddonfield, NJ 08033

15

16    BY:   JERROLD S. KULBACK, ESQ.

17

18

19    BOSE, MCKINNEY & EVANS

20          Attorneys for Decatur Plastic Products

21          111 Monument Circle

22          Suite 2700

23          Indianapolis, IN 46204

24

25    BY:   DAVID J. JURKIEWICZ, ESQ. (TELEPHONICALLY)
```

1

2    BRADLEY, ARANT, BOULT CUMMINGS LLP

3        Attorneys for the Calsonic Entities, Multi-Tronics

4        1600 Division Street

5        Suite 700

6        Nashville, TN 37203

7

8    BY:   ROGER G. JONES, ESQ.

9        T. PARKER GRIFFIN, ESQ. (TELEPHONICALLY)

10

11

12   BRYAN CAVE LLP

13        Attorneys for Spartech Polycom

14        211 North Broadway

15        Suite 3600

16        St. Louis, MO 63102

17

18   BY:   CHRISTOPHER LAWHORN, ESQ. (TELEPHONICALLY)

19

20

21

22

23

24

25

```
 1

 2    CALFEE, HALTER & GRISWOLD LLP

 3          Attorneys for Williams Advanced Materials, Blair Strip

 4            Steel Co., and Park Ohio

 5          1400 KeyBank Center

 6          800 Superior Avenue

 7          Cleveland, Ohio 44114

 8

 9    BY:   KEVIN P. SHANNON, ESQ. (TELEPHONICALLY)

10

11

12    CLARK HILL PLC

13          Attorneys for Detroit Products, International, successor

14            to Doshi Prettl International

15          151 South Old Woodward Avenue

16          Suite 200

17          Birmingham, MI 48009

18

19    BY:   JOEL D. APPLEBAUM, ESQ.

20          MAHESH K. NAYAK, ESQ.

21

22

23

24

25
```

05-44481-rdd   Doc 21669-1   Filed 10/20/11   Entered 10/20/11 23:01:20   Exhs. A -
C   Pg 9 of 34

8

```
 1

 2    FOX ROTHSCHILD LLP

 3           75 Eisenhower Parkway

 4           Suite 200

 5           Roseland, NJ 07068

 6

 7    BY:    RICHARD M. METH, ESQ.

 8

 9

10    FROST BROWN TODD LLC

11           Attorneys for Republic Engineered Products

12           2200 PNC Center

13           201 East Fifth Street

14           Cincinnati, OH 45202

15

16    BY:    DOUGLAS L. LUTZ, ESQ.

17

18

19    GOODWIN PROCTER LLP

20           Attorneys for ANSYS Inc. successor to Fluent Inc.

21           620 Eighth Avenue

22           New York, NY 10018

23

24    BY:    BRIAN W. HARVEY, ESQ.

25
```

```
 1

 2    GREENEBAUM DOLL & MCDONALD PLLC

 3          Attorneys for DSSI LLC

 4          3500 National City Tower

 5          101 South Fifth Street

 6          Louisville, KY 40202

 7

 8    BY:   CLAUDE R. "CHIP" BOWLES, JR., ESQ.

 9

10

11    H. BUSWELL ROBERTS, JR., PLLC

12          Attorneys for Owens Corning

13          1000 Jackson Street

14          Toledo, OH 43604

15

16    BY:   H. BUSWELL "BUZZ" ROBERTS, ESQ. (TELEPHONICALLY)

17

18

19    HODGSON RUSS, LLP

20          Attorneys for Unifrax Corp.

21          140 Pearl Street

22          Suite 100

23          Buffalo, NY 14202

24

25    BY:   JAMES C. THOMAN, ESQ. (TELEPHONICALLY)
```

1

2    HONIGMAN MILLER SCHWARTZ & COHN, LLP

3            Attorneys for Tech Central, et al.

4            2290 First National Building

5            660 Woodward Avenue

6            Detroit, MI 48226

7

8    BY:   JUDY B. CALTON, ESQ. (TELEPHONICALLY)

9            I. W. WINSTEN, ESQ. (TELEPHONICALLY)

10

11

12    HOWICK, WESTFALL, MCBRYAN & KAPLAN, LLP

13            Attorneys for Vanguard Distributors, Inc.

14            Suite 600, One Tower Creek

15            3101 Tower Creek Parkway

16            Atlanta, GA 30339

17

18    BY:   LOUIS G. MCBRYAN, ESQ.  (TELEPHONICALLY)

19

20

21

22

23

24

25

```
 1

 2    JAECKLE, FLEISCHMANN & MUGEL, LLP

 3          Attorneys for Jamestown Container Corporation

 4          12 Fountain Plaza

 5          Suite 800

 6          Buffalo, NY 14202

 7

 8    BY:   BEVERLY S. BRAUN, ESQ. (TELEPHONICALLY)

 9

10

11    KEATING, MUETHING & KLEKAMP, PLL

12          Attorneys for FA Pech

13          One East Fourth Street

14          Suite 1400

15          Cincinnati, OH 45202

16

17    BY:   JASON V. STITT, ESQ. (TELEPHONICALLY)

18

19

20

21

22

23

24

25
```

```
 1

 2    KELLEY DRYE & WARREN LLP

 3           Attorneys for TCS America International Corp.,

 4             BP Amoco Corp., BP Products North America, Inc.,

 5           Castrol and Castrol Industrial

 6           101 Park Avenue

 7           New York, NY 10178

 8

 9    BY:   GILBERT R. SAYDAH, JR., ESQ.

10

11

12    KIRKLAND & ELLIS, LLP

13           Attorneys for Magnesium Aluminum Corp.

14           300 North LaSalle

15           Chicago, IL 60654

16

17    BY:   DAVIS SPIEGEL, ESQ. (TELEPHONICALLY)

18

19

20

21

22

23

24

25
```

1

2    LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.

3          Attorneys for Stephenson & Sons and ProTech Machine

4          309 Davidson Building

5          916 Washington Avenue

6          Bay City, MI 48708

7

8    BY:   SUSAN M. COOK, ESQ. (TELEPHONICALLY)

9

10

11   LOCKE LORD BISSELL & LIDELL LLP

12          Attorneys for Methode Electronics

13          3 World Financial Center

14          New York, NY 10281

15

16   BY:   ZACHARY D. SILBERSHER, ESQ.

17          SHALOM JACOB, ESQ.

18

19

20   MCGRAIL & BENSINGER LLP

21          Attorneys for Solid State Stamping

22          676A Ninth Avenue #211

23          New York, NY 10036

24

25   BY:   DAVID C. MCGRAIL, ESQ.

```
 1

 2    MOSES & SINGER LLP

 3         Attorneys for the Timken Company and the Timken

 4           Corporation

 5         405 Lexington Avenue

 6         New York, NY 10174

 7

 8    BY:    JAMES M. SULLIVAN, ESQ.

 9

10

11    POLSINELLI SHUGHART, P.C.

12         Attorneys for Florida Production Engineering

13         222 Delaware Avenue

14         Suite 1101

15         Wilmington, DE 19801

16

17    BY:    SHANTI M. KATONA, ESQ. (TELEPHONICALLY)

18

19

20    REED SMITH LLP

21         Attorneys for Wells Fargo Bank, N.A.

22         599 Lexington Avenue

23         New York, NY 10022

24

25    BY:    MARK D. SILVERSCHOTZ, ESQ.
```

```
 1

 2   REED SMITH LLP

 3         Attorneys for Wells Fargo, N.A.

 4         2500 One Liberty Place

 5         1650 Market Street

 6         Philadelphia, PA 19103

 7

 8   BY:   DEREK J. BAKER, ESQ.

 9

10

11   RUSKIN MOSCOU FALTISCHEK, P.C.

12         Attorneys for Wells Fargo, N.A.

13         East Tower, 15th Floor

14         1425 RXR Plaza

15         Uniondale, NY 11556

16

17   BY:   MICHAEL T. ROZEA, ESQ.

18         JEFFREY A. WURST, ESQ.

19

20

21

22

23

24

25
```

1

2    SNELL & WILMER LLP

3            Attorneys for Microchip Technologies, Inc.

4            One Arizona Center

5            Phoenix, AZ 85004

6

7    BY:    STEVEN D. JEROME, ESQ.

8

9

10   STEVENS & LEE, P.C.

11           Attorneys for Globe Motors, Inc.

12           485 Madison Avenue

13           20th Floor

14           New York, NY 10022

15

16   BY:    CONSTANTINE D. POURAKIS, ESQ.

17

18

19   TAFT, STETTINIUS & HOLLISTER, LLP

20           Attorneys for Select Industries, Corp.

21           425 Walnut Street

22           Suite 1800

23           Cincinnati, OH 45202

24

25   BY:    PAIGE L. ELLERMAN, ESQ. (TELEPHONICALLY)

```
 1

 2    THE MICHAELSON LAW FIRM

 3          Attorneys for NXP Semiconductors, successor to Philips

 4             Semiconductors

 5          11 Broadway

 6          Suite 615

 7          New York, NY 10004

 8

 9    BY:   ROBERT N. MICHAELSON, ESQ.

10

11

12    THOMPSON HINE LLP

13          Attorneys for Rick Group

14          2000 Courthouse Plaza, N.E.

15          10 West Second Street

16          Dayton, Ohio 45402

17

18    BY:   JENNIFER L. MAFFETT, ESQ. (TELEPHONICALLY)

19

20

21

22

23

24

25
```

```
 1

 2    THOMPSON & KNIGHT LLP

 3          Attorneys for Victory Packaging

 4          900 Third Avenue

 5          20th Floor

 6          New York, NY 10022

 7

 8    BY:   IRA L. HERMAN, ESQ.

 9

10

11    TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.

12          Attorneys for Select Industries Corp.

13          425 Park Avenue

14          New York, NY 10022

15

16    BY:   JANICE B. GRUBIN, ESQ.

17

18

19    VORYS, SATER, SEYMOUR & PEASE LLP

20          Attorneys for Carlise Companies, Inc.

21          52 East Gay Street

22          Columbus, OH 43215

23

24    BY:   TIFFANY S. COBB, ESQ. (TELEPHONICALLY)

25
```

```
 1

 2    WARNER NORCROSS & JUDD LLP

 3         900 Fifth Third Center

 4         111 Lyon Street, N.W.

 5         Grand Rapids, MI 49503

 6

 7    BY:   MICHAEL B. O'NEAL, ESQ.

 8

 9

10    WINDELS MARX LANE & MITTENDORF, LLP

11         156 West 56th Street

12         New York, NY 10019

13

14    BY:   HOWARD L. SIMON, ESQ.

15

16

17    WINEGARDEN HALEY LINDHOLM & ROBERTSON, P.L.C.

18         Attorneys for HSS, LLC

19         G-9460 South Saginaw Road

20         Suite A

21         Grand Blanc, MI 48439

22

23    BY:   DENNIS HALEY, ESQ. (TELEPHONICALLY)

24

25
```

```
 1

 2    WOLFSON BOLTON PLLC

 3          Attorneys for Ex-cell-o Machine Tools

 4          3150 Livernois

 5          Suite 275

 6          Troy, MI 48083

 7

 8    BY:   ANTHONY J. KOCHIS, ESQ.

 9

10

11    YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

12          Attorneys for Tyco Electronics Corp.

13          1000 West Street

14          17th Floor

15          Wilmington, DE 19801

16

17    BY:   JOSEPH BARRY, ESQ. (TELEPHONICALLY)

18

19

20

21

22

23

24

25
```

DPH HOLDINGS CORP., ET AL.

1          THE COURT:  This seems to be -- in balancing the

2     prejudice issues it's much harder for the plaintiff here to

3     argue that it would be prejudiced by my revoking the fourth

4     order when it, in fact, knew that the motion wasn't served.

5          MR. SENDEK:  With the Court's permission, as we are

6     seeming to drift into the notice question, Mr. Klein is --

7          THE COURT:  Okay.

8          MR. SENDEK:  -- is more on top of that, than I am,

9     which says -- again --

10          THE COURT:  Well, let me ask --

11          MR. SENDEK:  -- doesn't go to the fourth --

12          THE COURT:  I -- you're right, the Detroit pleading

13     that asserts the lack of notice is actually the objection to

14     the motion to amend; that's the one that asserts the lack of

15     notice.  This motion doesn't, and I'm not sure there is one

16     that specifically does.  But the issues there -- I'm still

17     confused as to whether the debtor is taking the position

18     that -- as I said, if someone in fact asserts that they didn't

19     get any notice --

20          MR. SENDEK:  Well, I believe --

21          THE COURT:  -- except maybe hearing about it somehow,

22     in the -- you know, through the ether, which -- to me they

23     would only have heard about the fact that others would be

24     potentially sued because they didn't get notice of the motion,

25     so they could assume they weren't affected by it.  I'm just --

DPH HOLDINGS CORP., ET AL.

1   prepared to grant the motion to amend, the next issue is

2   another gate keeping issue, which is the, whether you want to

3   call it a Rule 60 issue or simply an amendment of a

4   interlocutory order issue, and I think that all depends upon

5   reconsideration of the October order, October 2009 order.  And

6   that does hinge on notice.  And the parties need to focus on

7   whether there really are any notice issues here.

8          As I said in July, there have been affidavits

9   submitted by people, and I didn't require people to resubmit

10  them.  The debtor has them.  I think it's really incumbent upon

11  the debtor to answer those series of, what I will deem to be,

12  motions to amend that order, either under Rule 60 or under my

13  general power to reconsider my own interlocutory orders and/or

14  the local rules.  And there should be a date for the debtors to

15  respond, I think, and fixture cut date on that, as to whether

16  they actually dispute that people got notice.

17         MR. KLEIN:  Your Honor, can I ask a clarifying

18  question?

19         THE COURT:  Sure.

20         MR. KLEIN:  Are you ruling that formal service is the

21  only relevant issue and that knowledge through any other source

22  is not relevant to this question?

23         THE COURT:  I'm not prepared to do that but the debtor

24  needs to say something more than we think they had knowledge.

25         MR. KLEIN:  Okay.

DPH HOLDINGS CORP., ET AL.

1           THE COURT:  I mean, I think it has to -- I want to see

2    what the debtor says on that before I rule on that.

3           MR. KLEIN:  Okay.  I mean I'll --

4           THE COURT:  I mean, if it was -- I haven't ruled on

5    this but I could see a spectrum which is we had public filings

6    that referred to the disclosure statement and so you could be

7    deemed to have read the public filings and therefore deemed to

8    have read the disclosure statement to we have an affidavit of

9    Mr. X from Delphi who specifically spoke to Mr. Y at Doshi

10   about this issue.  It's that level of spectrum.

11          MR. KLEIN:  I'll make one further comment and then

12   I'll sit down.  A few minutes ago Your Honor made a reference

13   to loading it through the ether, or words to that effect.

14   Is --

15          THE COURT:  Well, that's the equivalent of there being

16   a 10-K on file, we're talking.

17          MR. KLEIN:  Well, I just wanted to make a quick point,

18   and many of us in this room are from Detroit and work in the

19   auto industry and Delphi's bankruptcy wasn't something in the

20   ether.  There was acute focus and attention throughout the

21   industry.

22          THE COURT:  Well, but it's more than Delphi's

23   bankruptcy.  Just the fact that Delphi was in bankruptcy isn't

24   going to be enough, obviously.

25          MR. KLEIN:  No, I agree.  My only point is this isn't

DPH HOLDINGS CORP., ET AL.

1    a situation that other than through some miraculous

2    happenstance, no one could have --

3         THE COURT:   I appreciate -- that's why I say there's a

4    spectrum here.

5         MR. KLEIN:   Okay.   Thank you, Your Honor.

6         THE COURT:   Okay.

7         MR. NAYAK:   Your Honor, Mahesh Nayak again.   I'm just

8    wanting to get clarification.   You mentioned some time frames

9    that you would like to see this within --

10        THE COURT:   Yes.

11        MR. NAYAK:   -- and I also want to understand from Your

12   Honor how you view this should happen, whether it should be

13   part and parcel of the -- is this a predicate or a predecessor

14   to the debtors' motion for leave to amend that they can

15   affirmatively somehow establish that service was accomplished

16   to Your Honor's satisfaction, that we would oppose that, there

17   would be a hearing on it in advance of a motion for leave to

18   amend?   Because it seems like a motion for leave to amend, Your

19   Honor --

20        THE COURT:   That's a good question.   I think it partly

21   depend -- I'm not sure there's a difference as far as burden is

22   concerned; if I treat this as step two of their leave to amend

23   or if I treat this as everyone's request for me to take another

24   look at the October order since ultimately the issue is -- I

25   think there's -- in each case, there's a fairly modest burden

# EXHIBIT B

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 05-44481-rdd

- - - - - - - - - - - - - - - - - - - - -x


In the matter of:


DPH HOLDINGS CORP., et al.,


          Reorganized Debtors.


- - - - - - - - - - - - - - - - - - - -x


          United States Bankruptcy Court

          One Bowling Green

          New York, New York


          April 1, 2010

          10:44 AM


B E F O R E:

HON. ROBERT D. DRAIN

U.S. BANKRUPTCY JUDGE

2

1

2    HEARING re Reorganized Debtors' Emergency Motion for Order

3    Under Section 105(a) of the Bankruptcy Code, Fed. R. Bankr. P.

4    7004(a) and 9006(b)(1) and Fed. R. Civ. P. 4(m) Extending

5    Deadline to Serve Process for Certain Avoidance Actions

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Lisa Bar-Leib

3

1

2     A P P E A R A N C E S :

3     BUTZEL LONG P.C.

4         Attorneys for DPH Holdings Corp., Reorganized Debtors

5         380 Madison Avenue

6         22nd Floor

7         New York, NY 10017

8

9     BY:  ERIC B. FISHER, ESQ.

10

11    TOGUT, SEGAL & SEGAL LLP

12        Attorneys for DPH Holdings Corp., Reorganized Debtors

13        One Penn Plaza

14        New York, NY 10110

15

16    BY:  DANIEL F.X. GEOGHAN, ESQ.

17

18    MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

19        Attorneys for Kostal of America Inc. and also Kostal

20         Mexicana S.A. de C.V.

21        150 West Jefferson

22        Suite 2500

23        Detroit, MI 48226

24

25    BY:  DONALD J. HUTCHINSON, ESQ.

4

1

2    ROBINSON & COLE LLP

3         Attorneys for Prudential Relocation, Prudential Relocation

4          Incorporated, Prudential Relocation International

5         1055 Washington Boulevard

6         9th Floor

7         Stamford, CT 06901

8

9    BY:  NATHAN C. ZEZULA, ESQ.

10

11   HONIGMAN MILLER SCHWARTZ & COHN LLP

12        Attorneys for Affinia Canada Corp., Itapsa S.A. de C.V., a

13         Mexican company, and Wix Filtration Products Europe

14         Limited and Valeo Schalter und Sensoren GMBH

15        2290 First National Building

16        660 Woodward Avenue

17        Detroit, MI 48226

18

19   BY:  JUDY B. CALTON, ESQ.

20

21

22

23

24

25

5

1

2   BODMAN LLP

3      Attorneys for Freudenberg-NOK General Partnership,

4      Freudenberg-NOK, Inc., Flexitech Inc. and Vibracoustic of

5      Mexico, S.A. de C.V.

6      1901 St. Antoine Street

7      6th Floor at Ford Field

8      Detroit, MI 48226

9

10  BY:  RALPH E. MCDOWELL, ESQ.

11      (TELEPHONICALLY)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

68

1    one, that is, it underlies the basis for the amendment to the

2    Rule 93, is in the debtors' favor here as I've said already.

3    It does no good to dismiss these actions without prejudice,

4    because the statute of limitations has run.  Secondly, and this

5    is the most important consideration, I believe, with regard to

6    this motion, I believe that the proper focus is not on

7    prejudice to the defendants from the date that the adversary

8    proceedings were commenced back in 2007, but prejudice

9    resulting from a further extension.  I do not believe there is

10   any prejudice resulting from a further extension that would

11   outweigh or counterbalance the prejudice to the plaintiff of

12   having the complaints dismissed.  The defendants have been on

13   notice of the adversary proceedings commenced against them at

14   least since the date of this motion and will be acting

15   accordingly.

16          Moreover, to the extent there is prejudice as a

17   result of the Court's prior orders granting extensions, it

18   would seem to me that that prejudice is outweighed by two

19   factors.  First, the orders were issued and the debtors, I

20   believe, reasonably relied on them.  And more important, my

21   ruling with regard to prejudice here, I believe, has no

22   collateral estoppel or res judicata effect with regard to any

23   arguments that the defendants will make in the adversary

24   proceedings with regard to any inability that they had before

25   they knew of the complaints against them -- I'm sorry -- any

# EXHIBIT C

05-44481-rdd   Doc 21669-1   Filed 10/20/11   Entered 10/20/11 23:01:20   Exhs. A - C   Pg 34 of 34

Exhibit C

| | Adversary Proc. No. | Delphi Counsel | Defendant(s)[1] | Date Complaint Filed | Days to Allege Particularized Prejudice (After November 5, 2009) |
|---|---|---|---|---|---|
| 1 | 07-02259 | Butzel | Blair Strip Steel Co | 11/24/2009 | 19 |
| 2 | 07-02270 | Butzel | BP; BP Amoco Corp.; BP Microsystems Inc.; BP Products North America Inc.; Castrol; Castrol Industrial and Unifax Corp. | 3/5/2010 | 119 |
| 3 | 07-02282 | Butzel | Calsonic Corp.; Calsonic N. America Inc. and Calsonic North America Inc. | 3/5/2009 | 119 |
| 4 | 07-02217 | Butzel | D & S Machine Products Inc | 11/24/2009 | 19 |
| 5 | 07-02211 | Butzel | Doshi Prettl International; Doshi Prettl INT. and Doshi Prettl International n/k/a Detroit Products International LLC | 3/8/2010 | 122 |
| 6 | 07-02236 | Butzel | DSSI and DSSI LLC | 3/8/2010 | 122 |
| 7 | 07-02350 | Butzel | FA Tech Corp. | 11/24/2009 | 19 |
| 8 | 07-02302 | Butzel | Florida Production Engineering Inc. and Florida Production Eng. | 3/8/2010 | 122 |
| 9 | 07-02312 | Butzel | Fluent Inc | 11/24/2009 | 19 |
| 10 | 07-02333 | Butzel | Globe Motors Inc | 11/24/2009 | 19 |
| 11 | 07-02442 | Butzel | Heraeus Metals Processing and Heraeus Metal Processing LTD. | 3/8/2010 | 122 |
| 12 | 07-02445 | Butzel | Heraeus Precious Metals | 3/8/2010 | 122 |
| 13 | 07-02475 | Butzel | HSS and HSS LLC | 3/8/2010 | 122 |
| 14 | 07-02322 | Butzel | Jamestown Container and Jamestown Container Corp. | 1/11/2010 | 66 |
| 15 | 07-02758 | Butzel | Magnesium Elektron Inc. and Magnesium Electron Inc. | 3/8/2010 | 122 |
| 16 | 07-02416 | Butzel | Merrill Tool & Machine | 3/8/2010 | 122 |
| 17 | 07-02432 | Butzel | Methode Electronics Inc. | 3/9/2010 | 123 |
| 18 | 07-02489 | Butzel | Mubea and Mubea Inc. | 3/9/2010 | 123 |
| 19 | 07-02541 | Togut | NGK; NGK Automotive Ceramics; NGK Automotive Ceramics USA, Inc. and NGK Spark Plug MFG. (USA) Inc. | 3/18/2010 | 132 |
| 20 | 07-02540 | Butzel | Owens Corning | 3/15/2010 | 129 |
| 21 | 07-02563 | Butzel | Park Ohio Industries and Park Ohio Industries Inc. | 3/9/2010 | 123 |
| 22 | 07-02572 | Butzel | PBR Columbia LLC | 1/11/2010 | 66 |
| 23 | 07-02580 | Butzel | Philips Semiconductor; Philips Semiconductors and Philips Semiconductors Inc. | 3/10/2010 | 124 |
| 24 | 07-02690 | Butzel | Pro Tech Machine | 11/24/2009 | 19 |
| 25 | 07-02742 | Butzel | Republic (Defendant 554A) | 3/15/2010 | 129 |
| 26 | 07-02744 | Butzel | Republic Engineered Products; Republic Eng. Products and Republic Engineered | 3/10/2010 | 124 |
| 27 | 07-02750 | Butzel | Rieck Group LLC | 11/24/2009 | 18 |
| 28 | 07-02767 | Butzel | Rotor Coaters International | 11/24/2009 | 18 |
| 29 | 07-02639 | Butzel | Spartech Polycom | 3/10/2010 | 124 |
| 30 | 07-02644 | Butzel | Sprimag Inc. | 11/23/2009 | 18 |
| 31 | 07-02654 | Butzel | Stephenson & Sons Roofing | 1/11/2010 | 66 |
| 32 | 07-02661 | Butzel | Summit Polymers Inc. | 3/10/2010 | 124 |
| 33 | 07-02668 | Butzel | Tata America Intn'l Corp. | 3/10/2010 | 124 |
| 34 | 07-02688 | Butzel | Timken Super Precision | 3/10/2010 | 124 |
| 35 | 07-02523 | Butzel | UVA Machine Company | 1/11/2010 | 66 |
| 36 | 07-02551 | Butzel | Victory Packaging and Victory Packaging LP | 3/10/2010 | 124 |
| 37 | 07-02597 | Butzel | Wells Fargo Business and Wells Fargo Minnesota | 3/10/2010 | 124 |
| 38 | 07-02606 | Butzel | Williams Advanced Materials EF | 11/23/2009 | 18 |