**Hearing Date: September 22, 2011 at 10 a.m. (EDT)**
**Response Date:  September 5, 2011**

BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, MI  48226
(313) 225-7000
Cynthia J. Haffey, Esq.
Thomas B. Radom, Esq.
*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.,* | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Reorganized Debtors. | |

## CERTIFICATE OF SERVICE

I hereby certify that October 20,  2011, a true and correct copy of the *Reorganized Debtors' Omnibus Supplemental Response To Certain Defendants' Submissions Regarding The October 2, 2009 Supplemental Postconfirmation Extension Of Avoidance Action Service Deadline Motion* was served via the court's electronic filing system on counsel for defendants.

Dated: Detroit, Michigan, October 20, 2011

/s/ Alexis Richards