James B. Sumpter, pro se
21169 Westbay Circle
Noblesville, IN 46062
Telephone: (317) 877-0736
Facsimile: (317) 877-1070
jsump@ieee.org

Salaried Retiree of Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------.x Chapter 11 Case No. 05-44481 (RDD)

In re:

DELPHI CORPORATION, et. al.,

: ( J o i n t l y  Administered) :
Debtors.                : :
                        : :

--------------------------------x

## STATEMENT OF ELECTION THAT APPEAL BE HEARD BY THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Appellant, James Sumpter, pro se (Salaried Retiree of Debtor); hereby elects, pursuant to 28 U.S.C. § 158(c)(1) and Federal Rule of Bankruptcy Procedure 8001, to have the appeal from the Bankruptcy Court's Final Order Under 28 U.S.C. §§ 157(b) [Docket # 21654], denying the Amended Motion for Recoupment On Behalf of Delphi Salaried Retirees [Docket # 21566 ], heard by the United States District Court for the Southern District of New York.

Dated: Noblesville, Indiana
October 19, 2011

By: *[signature]*
James B. Sumpter

James B. Sumpter, Pro Se
21169 Westbay circle
Noblesville, IN 46062
Telephone: (317) 877-0736
Facsimile: (317) 877-1070
jsump@ieee.org

Salaried Retiree of Debtors