TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
425 Park Avenue
New York, NY 10022
(212) 754-9400

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――x

In re:

DPH HOLDINGS CORP., et al.                    Chapter 11

           Reorganized Debtors.        Case No. 05-44481 (RDD)
                                      (Jointly Administered)

―――――――――――――――――――――――――x


**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST
FOR REMOVAL FROM SERVICE LISTS**

     Janice B. Grubin, Esq. of Todtman, Nachamie, Spizz & Johns, P.C. hereby withdraws her appearance as counsel for Vanguard Distributors, Inc. (Docket No. 8548) from the CM/ECF noticing list and any other service lists in these cases. Louis McBryan of Howick, Westfall, McBryan & Kaplan LLP will continue to represent Vanguard Distributors, Inc. in these cases.


Dated: New York, New York
        October 21, 2011

                                      TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.


                                      By: _s/ Janice B. Grubin_____
                                         Janice B. Grubin, Esq.
                                         425 Park Avenue
                                         New York, NY 10022
                                         (212) 754-9400

269149v1

# **CERTIFICATE OF SERVICE**

      I hereby certify that on October 21, 2011, a copy of the attached Notice of Withdrawal of Appearance and Request for Removal from Service Lists was served via first class mail by depositing same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last know addresses of the addressees as indicated below:

JOHN WILLIAM BUTLER, JR.,
JOHN K. LYONS / ALBERT L. HOGAN III
RON E. MEISLER
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 NORTH WACKER DRIVE
CHICAGO, ILLINOIS 60606

KURTZMAN CARSON CONSULTANTS LLC
2335 ALASKA AVENUE
EL SEGUNDO, CA 90245

CYNTHIA J. HAFFEY, ESQ.
DAVID LEVINE, ESQ.
CHESTER KASIBORSKI, JR., ESQ.
BUTZEL LONG
150 W. JEFFERSON AVENUE, SUITE 100
DETROIT, MICHIGAN 48226

TRACY HOPE DAVIS, ESQ.
BRIAN MASUMOTO, ESQ.
OFFICE OF THE U.S. TRUSTEE
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

LOUIS G. MCBRYAN, ESQ.
VIRGINIA B. BOGUE, ESQ.
HOWICK, WESTFALL, MCBRYAN & KAPLAN, LLP
3101 TOWER CREEK PARKWAY, STE. 600
ATLANTA, GA 30339

MARK A. BROUDE, ESQ.
LATHAM & WATKINS
885 THIRD AVENUE
NEW YORK, NY 10022

                  s/ Janice B. Grubin
                  Janice B. Grubin

269149v1