U.S. Bankruptcy Court
So. District of N.Y.
Delphi Corporation Claims
P.O. Box 5058
New York, N.Y.
10274-5058

Dear Sir,

Please sent me a copy of the amount of money I lost in the Bankruptcy.

Thank you

Marion R. Matey
20301 Arthur Road
Big Rapids, Mi 49307

General Motors
Delphi Corp



RECEIVED
OCT - 6 2011
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK