**Hearing Date: October 24, 2011**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### PROPOSED SEVENTY-FIRST OMNIBUS HEARING AGENDA

Location Of Hearing:    United States Bankruptcy Court for the Southern District of New York,
300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Seventy-First Omnibus Hearing Agenda:

      A.    Introduction

      B.    Continued Or Adjourned Matters (4 Matters)

      C.    Uncontested, Agreed, Withdrawn, Or Settled Matters (None)

      D.    Contested Matters (2 Matters)

      E.    Adversary Proceedings (2 Matters)

**A.    Introduction**

**B.    Continued Or Adjourned Matters∗**

    1.    **"Motion by Reorganized Debtors to Enforce Judgment Against Charles Tebele"** -- Plaintiff's Motion To Enforce Judgment Against Non-Party Charles Tebele (Ad. Pro. Case No. 06-1902 Docket No. 18)

        *Responses filed:*    *None*

        *Replies filed:*    *None.*

        *Related filings:*    *Consent Judgment (Ad. Pro. Case No. 06-1902 Docket No. 12)*

                          *Order Establishing Notice Procedure (Ad. Pro. Case No. 06-1902 Docket No. 16)*

                          *Affidavit Of Service Of Evan Feldman (Docket No. 21565)*

                          *Letter To Honorable Robert D Drain Confirming Adjournment Of Plaintiff's Motion To Enter And Enforce Judgment Against Non-Party Charles Tebele (Ad. Pro. Case No. 06-1902 Docket No. 19)*

---

∗    The motion found at the following docket number that appeared on a previous Proposed Omnibus Hearing Agenda has been voluntarily withdrawn from the agenda and would need to be re-noticed under the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 17, 2006 (Docket No. 2883), to be reinstated on a future Proposed Omnibus Hearing Agenda:  Methode Electronics, Inc.'s Setoff Motion [Docket No. 4912].

Status:            *The hearing with respect to this matter has been adjourned to the November 17, 2011 hearing pursuant to an agreement of the parties.*

2.    **"Motion by Reorganized Debtors To Enforce Plan Injunction Against Oldco Trustee"**-- Reorganized Debtors' Motion for Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (II) Directing Trustee to Dismiss Action to Recover Discharged Claim (Docket No. 21556)

Responses filed:        *None*

Replies filed:          *None.*

Related filings:        *Notice of Reorganized Debtors' Motion for Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (II) Directing Trustee to Dismiss Action to Recover Discharged Claim ("Oldco Trustee Injunction Motion") [re: Docket No. 21556] (Docket No. 21557)*

*[Proposed] Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (II) Directing Trustee to Dismiss Action to Recover Discharged Claim ("Oldco Trustee Injunction Order") (Docket No. 21558)*

*Certificate of Service of Thomas B. Radom re: 1) Reorganized Debtors' Motion for Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (II) Directing Trustee to Dismiss Action to Recover Discharged Claim ("Oldco Trustee Injunction Motion") [Docket No. 21556]; 2) Notice of Reorganized Debtors' Motion for Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (II) Directing Trustee to Dismiss Action to Recover Discharged Claim ("Oldco Trustee Injunction Order") (re: Docket No. 21556) [Docket No. 21557]; and 3) Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (II) Directing Trustee to Dismiss Action to Recover*

*Discharged Claim ("Oldco Trustee Injunction Order")
[Docket No. 21558] (Docket No. 21559)*

*Amended Certificate of Service of Thomas B. Radom re: 1)
Reorganized Debtors' Motion for Order (I) Enforcing
Modification Procedures Order, Modified Plan and Plan
Modification Order Injunctions Against Trustee for the Oldco
M Distribution Trust, and (II) Directing Trustee to Dismiss
Action to Recover Discharged Claim ("Oldco Trustee
Injunction Motion") [Docket No. 21556]; 2) Notice of
Reorganized Debtors' Motion for Order (I) Enforcing
Modification Procedures Order, Modified Plan and Plan
Modification Order Injunctions Against Trustee for the Oldco
M Distribution Trust, and (II) Directing Trustee to Dismiss
Action to Recover Discharged Claim ("Oldco Trustee
Injunction Motion") (re: Docket No. 21556) [Docket No.
21557]; and 3) [Proposed] Order (I) Enforcing Modification
Procedures Order, Modified Plan and Plan Modification
Order Injunctions Against Trustee for the Oldco M
Distribution Trust, and (II) Directing Trustee to Dismiss
Action to Recover Discharged Claim ("Oldco Trustee
Injunction Order") [Docket No. 21558] (Docket No. 21561)*

*Declaration of Dean R. Unrue, Claims Administrator, in
Support of Reorganized Debtors' Motion for Order (I)
Enforcing Modification Procedures Order, Modified Plan
and Plan Modification Order Injunctions Against Trustee for
the Oldco M Distribution Trust, and (II) Directing Trustee to
Dismiss Action to Recover Discharged Claim [re: Docket No.
21556] (Docket No. 21562)*

*Letter Filed By Tina N. Moss On Behalf Of Executive
Sounding Board Associates Inc., As Trustee For The Oldco M
Distribution Trust [Re: Docket No. 21556] (Docket No.
21568)*

*Notice Of Adjourned Hearing On Reorganized Debtors'
Motion For Order (I) Enforcing Modification Procedures
Order, Modified Plan And Plan Modification Order
Injunctions Against Trustee For The Oldco M Distribution
Trust, And (II) Directing Trustee To Dismiss Action To
Recover Discharged Claim (Docket No. 21578)*

*Status:*            *The hearing with respect to this matter has been adjourned to
the November 17, 2011 hearing pursuant to an agreement
among the parties.*

4

3.    **"Motion by Reorganized Debtors To Approve Settlement With United States"**
**--** Reorganized Debtors' Motion for Order Approving Settlement Agreement
Between Reorganized Debtors And United States Compromising and Allowing
Proof of Claim Number 14309 ("Motion to Approve EPA Settlement") (Docket No.
21605)

| | |
|---|---|
| *Responses filed:* | *None.* |
| *Replies filed:* | *None.* |
| *Related filings:* | *None.* |
| *Status:* | *The hearing with respect to this matter has been adjourned to the November 17, 2011 hearing.* |

4.    **"Motion by James Grai To Lift Stay"** **--** Letter Requesting Relief From The Stay
So That The State Of Michigan State Worker's Compensation Commission Can
Disburse The Allocated Funds To Disabled Workers Filed By James Michael Grai
(Docket No. 21574)

| | |
|---|---|
| *Responses filed:* | *Response To Letter Submitted By James Michael Grai (Docket No. 21652)* |
| *Replies filed:* | *None.* |
| *Related filings:* | *Joinder To Lift Automatic Stay (Docket No. 21665)* |
| | *Defendants Michigan Workers' Compensation Agency's And Michigan Funds Administration's Response To Letter Written By James Michael Grai (Docket No. 21666)* |
| *Status:* | *The hearing with respect to this matter has been adjourned to the November 17, 2011 hearing pursuant to an agreement among the parties.* |

C.    **Uncontested, Agreed, Withdrawn, Or Settled Matters**

    *None.*

D.    **Contested Matters**

5.    **"Motion By Reorganized Debtors To File Statement Regarding The Final
Extension Motion"** - Motion Under 11 U.S.C. § 105 And Fed. R. Bankr. P. 9014
For Leave To (I) Supplement The Record Of The June 21, 2011 Hearing And (II)
File The Reorganized Debtors' Statement Regarding Service Of The Final Extension
Motion (Docket No. 21509)

|                       |                                                                                                                                                                                                                                                                                                                                                                                                                       |
|-----------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| *Responses filed:*    | *Heraeus Metals Processing, Inc. and Heraeus Precious Metals Management LLC (Docket No. 21623)*                                                                                                                                                                                                                                                                                                                        |
|                       | *Unifrax I LLC (Docket No. 21642)*                                                                                                                                                                                                                                                                                                                                                                                    |
|                       | *Methode Electronics Inc. (Docket No. 21650)*                                                                                                                                                                                                                                                                                                                                                                         |
| *Replies filed:*      | *Reorganized Debtors' Reply In Support Of Motion Under 11 U.S.C. § 105 And Fed. R. Bankr. P. 9014 For Leave To (I) Supplement The Record Of The June 21, 2011 Hearing And (II) File The Reorganized Debtors' Statement Regarding Service Of The Final Extension Motion (Docket No. 21668)*                                                                                                                               |
| *Related filings:*    | *Reorganized Debtors' Motion For Leave To File Amended Complaints (Docket No. 20575)*                                                                                                                                                                                                                                                                                                                                  |
|                       | *Reorganized Debtors' (A) Response To Motion And Supporting Declaration Filed By NGK Automotive Ceramics USA, Inc. In Opposition To Reorganized Debtors' Motion For Leave To File Amended Complaints And (B) Joinder In Reorganized Debtors' Omnibus Response (Docket No. 21511)*                                                                                                                                        |
|                       | *Notice Of Hearing Regarding (I) Certain Defendants' Submissions ("Defendants' Submissions") Regarding The October 9, 2009 Supplemental Postconfirmation Extension Of Avoidance Action Service Deadline Motion, Filed In Support Of Certain Defendants' (A) Objections To Reorganized Debtors' Motion For Leave To File Amended Complaints And (B) Motions To Vacate And Dismiss, And (II) Reorganized Debtors' Omnibus Response To The Submissions ("Omnibus Response") (Docket No. 21517)* |
|                       | *Notice Of Adjournment Of Reorganized Debtors' Motion Under 11 U.S.C. § 105 And Fed. R. Bankr. P. 9014 For Leave To (I) Supplement The Record Of The June 21, 2011 Hearing And (II) File The Reorganized Debtors' Statement Regarding Service Of The Final Extension Motion (Docket No. 21527)*                                                                                                                         |
|                       | *Reorganized Debtors' Amended Omnibus Response To Certain Defendants' Submissions Regarding The October 2, 2009 Supplemental Postconfirmation Extension Of Avoidance Action Service Deadline Motion (Docket No. 21571)[1]*                                                                                                                                                                                              |

---

1    Reorganized Debtors' Amended Omnibus Response To Certain Defendants' Submissions Regarding The October 2, 2009 Supplemental Postconfirmation Extension Of Avoidance Action Service Deadline Motion (Docket No. 21571) was filed with the intention of wholly replacing and superseding the Reorganized Debtors' Omnibus Response To Certain Defendants' Submissions Regarding The October 2, 2009 Supplemental

*Reorganized Debtors' Omnibus Supplemental Response To Certain Defendants' Submissions Regarding The October 2, 2009 Supplemental Postconfirmation Extension Of Avoidance Action Service Deadline Motion (Docket No. 21669)*

*Reorganized Debtors' (A) Response To The Reply Of NGK Automotive Ceramics USA, Inc. Dated October 7, 2011 And (B) Joinder In Reorganized Debtors' Omnibus Supplemental Response To Certain Defendants' Submissions Regarding The October 2, 2009 Supplemental Postconfirmation Extension Of Avoidance Action Service Deadline Motion (Docket No. 21670)*

Status:          *The hearing with respect to this matter will be proceeding.*

6.    **"Reorganized Debtors' Third Case Closing Motion" --** Motion of DPH Holdings Corp. for Final Decree and Order Pursuant To 11 U.S.C. § 350(a) and Fed. R. Bankr. P. 3022 and Local R. Bankr. P. 3022-1 Closing Chapter 11 Cases of Five Filing Debtors (Docket No. 21607)

Responses filed:      *Objection To Motion For Final Decree And Order Pursuant To 11 U.S.C. § 350(a) And Fed. R. Bankr. P. 3022 And Local R. Bankr. P. 3022-1 Closing Chapter 11 Cases Of 20 Filing Debtor (Docket No. 21660)*

Replies filed:        *None.*

Related filings:      *Notice of Motion of DPH Holdings Corp. for Final Decree and Order Pursuant To 11 U.S.C. § 350(a) and Fed. R. Bankr. P. 3022 and Local R. Bankr. P. 3022-1 Closing Chapter 11 Cases Of Five Filing Debtors (Docket No. 21608)*

*Appeal Of Order Denying Amended Motion For Recoupment On Behalf Of Delphi Salaried Retirees (Docket No. 21671)*

Status:          *The hearing with respect to this matter will be proceeding.*

E.    **Adversary Proceedings**

7.    **"Motion by Reorganized Debtors For Leave To File Amended Complaints " --** Reorganized Debtors' Motion For Leave To File Amended Complaints (Docket No. 20575)

*Declarations/Affidavits filed:*

---

Postconfirmation Extension Of Avoidance Action Service Deadline Motion (Docket No. 21510).

*Access One Technology  (Docket No. 21463), (Ad. Pro. Case No. 07-02142 Docket No. 51)*

*Blair Strip Steel Co  (Docket No. 21473), (Ad. Pro. Case No. 07-02259 Docket No. 41)*

*Castrol; Castrol Industrial (Ad. Pro. Case No. 07-02270 Docket No. 58)*

*Unifrax Corp. (Docket No. 21450), (Ad. Pro. Case No. 07-02270 Docket No. 57)*

*Calsonic Corp.; Calsonic N. America Inc. and Calsonic North America Inc. (Ad. Pro. Case No. 07-02282 Docket No. 43)*

*D & S Machine Products Inc  (Docket No. 21464), (Ad. Pro. Case No. 07-02291 Docket No. 45)*

*Doshi Prettl International; Doshi Prettl INT. and Doshi Prettl International n/k/a Detroit Products International LLC (Docket No. 21475), (Ad. Pro. Case No. 07-02211 Docket No. 54)*

*DSSI and DSSI LLC  (Ad. Pro. Case No. 07-02236 Docket No. 33)*

*FA Tech Corp. (Docket No. 21452), (Ad. Pro. Case No. 07-02350 Docket No. 40)*

*Florida Production Engineering Inc. and Florida Production Eng.  (Docket No. 21451), (Ad. Pro. Case No. 07-02302 Docket No. 48)*

*Fluent Inc. (Ad. Pro. Case No. 07-023212 Docket No. 44)*

*Globe Motors Inc (Docket No. 21444), (Ad. Pro. Case No. 07-02333 Docket No. 43)*

*Heraeus Metals Processing, Heraeus Metal Processing LTD. and  Heraeus Precious Metals   (Docket No. 21448), (Ad. Pro. Case Nos. 07-02442 and 07-02445  Docket No. 41)*

*HSS and HSS LLC (Ad. Pro. Case No. 07-02475 Docket Nos. 41, 42)]*

*Jamestown Container and Jamestown Container Corp. (Docket No. 20873)*

8

*Magnesium Elektron Inc. and Magnesium Electron Inc. (Docket No. 21457), (Ad. Pro. Case No. 07-02758 Docket No. 36)*

*Merrill Tool & Machine (Docket No. 21472)*

*Methode Electronics Inc. (Docket No. 21447), (Ad. Pro. Case No. 07-02432 Docket No. 48)*

*Microchip (Ad. Pro. Case No. 07-02436 Docket No. 32)*

*Mubea and Mubea Inc.  (Docket No. 21466), (Ad. Pro. Case No. 07-02489 Docket Nos. 34, 42))*

*NGK; NGK Automotive Ceramics; NGK Automotive Ceramics USA, Inc. and NGK Spark Plug MFG. (USA) Inc. (Docket No. 21467), (Ad. Pro. Case No. 07-02451 Docket No. 46)*

*Owens Corning (Docket No. 21461), (Ad. Pro. Case No. 07-02540 Docket No. 45)*

*Park Ohio Industries and Park Ohio Industries Inc. (Docket No. 21471), (Ad. Pro. Case No. 07-02563 Docket No. 34)*

*PBR Columbia LLC (Docket No. 21460), (Ad. Pro. Case No. 07-02572 Docket No. 35)*

*Philips Semiconductor; Philips Semiconductors and Philips Semiconductors Inc. (Ad. Pro. Case No. 07-02580 Docket No. 39)*

*Pro Tech Machine (Ad. Pro. Case No. 07-02690) Docket No. 46)*

*Republic; Republic Engineered Products; Republic Eng. Products and Republic Engineered (Docket No. 20870), (Ad. Pro. Case No. 07-02742 Docket No. 46)*

*Rieck Group LLC (Docket No. 209550), (Ad. Pro. Case No. 07-02750 Docket No. 33)*

*Rotor Coaters International (Docket No. 20939), (Ad. Pro. Case No. 07-02767 Docket No. 37)*

*Spartech Polycom  (Docket No. 21432 ), (Ad. Pro. Case No. 07-02639 Docket No. 46)*

*Sprimag Inc. (Docket No. 21470), (Ad. Pro. Case No. 07-02644 Docket No. 38)*

*Stephenson & Sons Roofing (Docket No. 21478), (Ad. Pro. Case No. 07-02654 Docket No. 44)*

*Summit Polymers Inc. (Docket No. 21442), (Ad. Pro. Case No. 07-02661 Docket No. 42)*

*Tata America Intn'l Corp. (Ad. Pro. Case No. 07-02668 Docket No. 38)*

*Timken; Timken Company; Timken Corporation; Timken France SAS and Timken Super Precision (Docket Nos. 21479, 21480), (Ad. Pro. Case No. 07-02688 Docket Nos. 59, 60)*

*UVA Machine Company (Ad. Pro. Case No. 07-02523 Docket No. 41)*

*Vanguard Distributors (Docket No. 21438), (Ad. Pro. Case No. 07-02539 Docket Nos. 44, 45)*

*Victory Packaging and Victory Packaging LP (Docket No. 21483), (Ad. Pro. Case No. 07-02551 Docket No. 46)*

*Wells Fargo Business and Wells Fargo Minnesota (Docket No. 21454), (Ad. Pro. Case No. 07-02597 Docket Nos. 41, 42)*

*Williams Advanced Materials EF (Docket No. 21476), (Ad. Pro. Case No. 07-02606 Docket No. 37)*

*Replies filed:*    *Reorganized Debtors' (A) Response To Motion And Supporting Declaration Filed By NGK Automotive Ceramics USA, Inc. In Opposition To Reorganized Debtors' Motion For Leave To File Amended Complaints And (B) Joinder In Reorganized Debtors' Omnibus Response (Docket No. 21511)*

*Reorganized Debtors' Amended Omnibus Response To Certain Defendants' Submissions Regarding The October 2, 2009 Supplemental Postconfirmation Extension Of Avoidance Action Service Deadline Motion (Docket No. 21571)[2]*

---

[2]    Reorganized Debtors' Amended Omnibus Response To Certain Defendants' Submissions Regarding The October 2, 2009 Supplemental Postconfirmation Extension Of Avoidance Action Service Deadline Motion (Docket No. 21571) was filed with the intention of wholly replacing and superseding the Reorganized Debtors' Omnibus Response To Certain Defendants' Submissions Regarding The October 2, 2009 Supplemental Postconfirmation Extension Of Avoidance Action Service Deadline Motion (Docket No. 21510).

*Reorganized Debtors' Omnibus Supplemental Response To Certain Defendants' Submissions Regarding The October 2, 2009 Supplemental Postconfirmation Extension Of Avoidance Action Service Deadline Motion (Docket No. 21669)*

*Reorganized Debtors' (A) Response To The Reply Of NGK Automotive Ceramics USA, Inc. Dated October 7, 2011 And (B) Joinder In Reorganized Debtors' Omnibus Supplemental Response To Certain Defendants' Submissions Regarding The October 2, 2009 Supplemental Postconfirmation Extension Of Avoidance Action Service Deadline Motion (Docket No. 21670)*

*Supplemental filings by the Submission Defendants:*

*Blair Strip Steel Co. (Docket No. 21629), (Ad. Pro. Case No. 07-02259 Docket No. 54)*

*Calsonic Corp., Calsonic N. America Inc., and Calsonic North America Inc. (Ad. Pro. Case No. 07-02282 Docket No. 56)*

*D & S Machine Products Inc. (Ad. Pro. Case No. 07-02217 Docket No. 54)*

*Doshi Prettl International n/k/a Detroit Products International LLC, (Docket No. 21637), (Ad. Pro. Case No. 07-02211 Docket No. 66)*

*DSSI, LLC, (Docket No. 21632), (Ad. Pro. Case No. 07-02236 Docket No. 51)*

*FA Tech Corp. (Docket No. 21626), (Ad. Pro. Case No. 07-02350 Docket No. 50, 51)*

*Florida Production Engineering Inc. and Florida Production Eng. (Ad. Pro. Case No. 07-02302 Docket No 42)*

*Globe Motors, Globe Motors Inc. (Docket No. 21619), (Ad. Pro. Case No. 07-02333 Docket No. 54)*

*Heraeus Metals Processing, Inc. and Heraeus Precious Metals Management LLC (Docket No. 21623), (Ad. Pro. Case No. 07-02442 Docket Nos. 51, 52), (Ad. Pro. Case No. 07-02445 Docket Nos. 39, 40)*

*HSS and HSS, LLC  (Ad. Pro. Case No. 07-02475 Docket Nos. 54, 55)*

11

*Jamestown Container Corporation (Docket No. 21630), (Ad. Pro. Case No. 07-02322 Docket No. 50)*

*Magnesium Electron, Inc. and Magnesium Elektron, Inc. (Docket No. 21633), (Ad. Pro. Case No. 07-02758 Docket No. 47, 48)*

*Methode Electronics, Inc. (Docket No. 21617), (Ad. Pro. Case No. 07-02432 Docket No. 60)*

*Microchip Technology, Inc. (Docket Nos. 21621, 21622), (Ad. Pro. Case No. 07-02436 Docket Nos. 45, 46)*

*Mubea and Mubea Inc. (Ad. Pro. Case No. 07-02489 Docket No. 52)*

*NGK Automotive Ceramics USA, Inc and NGK Spark Plug MFG. (USA) Inc. (Ad. Pro. Case No. 07-02541 Docket No. 51)*

*Park Ohio Industries, Inc. (Docket No. 21635), (Ad. Pro. Case No. 07-02563 Docket No. 45)*

*PBR Columbia LLC, (Ad. Pro. Case No. 07-02572 Docket No. 50)*

*Philips Semiconductors, Inc, NXPSemiconductors USA, Inc. (Ad. Pro. Case No. 07-02580 Docket No. 50)*

*Pro Tech Machine (Ad. Pro. Case No. 07-02690 Docket No. 56)*

*Rieck Group, LLC (Docket No. 21624), (Ad. Pro. Case No. 07-02750 Docket No. 47)*

*Spartech Polycom (Ad. Pro. Case No. 07-02639 Docket No. 60)*

*Sprimag Inc. (Ad. Pro. Case No. 07-02644 Docket No. 49)*

*Stephenson & Sons Roofing (Ad. Pro. Case No. 07-02654 Docket No. 55)*

*Summit Polymers, Inc. (Docket No. 21628), (Ad. Pro. Case No. v Docket No. 53)*

*Timken; Timken Company; Timken Corporation; Timken France SAS and Timken Super Precision (Docket Nos. 21654,*

12

*21655, 21656), (Ad. Pro. Case No. 07-02688 Docket Nos. 72, 73, 74)*

*Unifrax I LLC (Docket No. 21642), (Ad. Pro. Case No. 07-02270 Docket No. 60)*

*Wells Fargo Business and Wells Fargo Minnesota (Ad. Pro. Case No. 07-02597 Docket No. 53)*

*Williams Advanced Materials EF (Docket No. 21636), (Ad. Pro. Case No. 07-02606 Docket No. 48)*

Related filings:     *Notice Of Hearing Regarding (I) Certain Defendants' Submissions ("Defendants' Submissions") Regarding The October 9, 2009 Supplemental Postconfirmation Extension Of Avoidance Action Service Deadline Motion, Filed In Support Of Certain Defendants' (A) Objections To Reorganized Debtors' Motion For Leave To File Amended Complaints And (B) Motions To Vacate And Dismiss, And (II) Reorganized Debtors' Omnibus Response To The Submissions ("Omnibus Response") (Docket No. 21517)*

*Notice Of Adjournment Of Reorganized Debtors' Motion Under 11 U.S.C. § 105 And Fed. R. Bankr. P. 9014 For Leave To (I) Supplement The Record Of The June 21, 2011 Hearing And (II) File The Reorganized Debtors' Statement Regarding Service Of The Final Extension Motion (Docket No. 21509)*

Status:     *The Reorganized Debtors' Motion For Leave To File Amended Complaints (Docket No. 20575), all motions made pursuant to Fed. R. Civ. P. 60, all motions to vacate, and all pleadings asserting issues of individual prejudice have been adjourned without date subject to a subsequent scheduling order to be entered by this Court. The hearing with respect to this matter will be proceeding solely with respect to the notice matters raised by the Court at the hearing held on June 21, 2011 (Docket No. 21490) including the declarations filed by the defendants regarding service of the Supplemental Motion Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. R. Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order (Docket No. 18952).*

8. **"Motion By Wells Fargo Bank, N.A. For Relief From The Orders Sealing Complaint And Extending Time For Service Thereof" --** Motion Of Wells Fargo Bank, N.A., Successor To Wachovia Bank, National Association, Under Rule 60(b)

13

Of The Federal Rules Of Civil Procedure And Rule 9024 Of The Federal Rules Of
Bankruptcy Procedure For Relief From The Orders Sealing Complaint And
Extending Time For Service Thereof (Docket No. 21600).

*Responses filed:*    *Reorganized Debtors' Response To Motion Of Wells Fargo
Bank, N.A., Successor To Wachovia Bank, National
Association, Under Rule 60(B) Of The Federal Rules Of Civil
Procedure And Rule 9024 Of The Federal Rules Of
Bankruptcy Procedure For Relief From The Orders Sealing
Complaint And Extending The Time For Service Thereof
(Docket No. 21653)*

*Replies filed:*    *Reply Of Wells Fargo Bank, N.A., Successor To Wachovia
Bank, National Association, In Further Support Of Its Motion
Under Rule 60(b) Of The Federal Rules Of Civil Procedure
And Rule 9024 Of The Federal Rules Of Bankruptcy
Procedure For Relief From The Orders Sealing Complaint
And Extending Time For Service Thereof (Docket No. 21667)*

*Related filings:*    *See all filings listed under matter number 7.*

*Status:*    *The hearing with respect to this matter will be proceeding.*

14

Dated: New York, New York
      October 21, 2011

                    SKADDEN, ARPS, SLATE, MEAGHER
                      & FLOM LLP

                By: /s/ John Wm. Butler, Jr.
                    John Wm. Butler, Jr.
                    John K. Lyons
                    Albert L. Hogan III
                    Ron E. Meisler

                155 North Wacker Drive
                Chicago, Illinois 60606

                    - and -

                Four Times Square
                New York, New York 10036

                Attorneys for DPH Holdings Corp., et al.,
                  Reorganized Debtors