**Hearing Date: October 24, 2011**
                                    **Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  | : |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Reorganized Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PROPOSED FORTY-NINTH CLAIMS HEARING AGENDA

Location Of Hearing:    United States Bankruptcy Court for the Southern District of New York,
                                  300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Forty-Ninth Claims Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (1 Matter)

    C.    Uncontested, Agreed, Or Settled Matters (3 Matters)

    D.    Contested Matters (None)

**A.    Introduction**

**B.    Continued Or Adjourned Matters**

    1.    **"Claims Objection Hearing Regarding Claim of Calsonic Kansei North America, Inc."** - Claims Objection Hearing Regarding Claims of Calsonic Kansei North America, Inc.. as Objected to on the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

    *Responses filed:*    None.

    *Replies filed:*    *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)*

    *Related filings:*    *Notice of Claim Objection Hearing with Respect to Reorganized Debtors' Objection to Proof of Administrative Expense Claim Number 18664 (Calsonic Kansei North America, Inc.) (Docket No. 21530)*

|  |  |
|---|---|
|  | *Reorganized Debtors Statement of Disputed Issues with Respect to Administrative Expense Claim Number 18664 (Docket No. 21549)* |
|  | *Notice Of Adjournment Of Claim Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 18664 (Docket No. 21573)* |
|  | *Proof Of Administrative Expense Claim Number 18664* |
| *Status:* | *The hearing with respect to this matter has been adjourned to November 17, 2011 pursuant to the Notice Of Adjournment Of Claim Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 18664 (Docket No. 21573).* |

C. **Uncontested, Agreed, Or Settled Matters**

2. **"Claims Objection Hearing Regarding Claim of Select Industries Corporation f/k/a Select Tool & Die Corporation"** - Claims Objection Hearing Regarding Claim of Select Industries Corporation f/k/a Select Tool & Die Corporation as Objected to on the Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claim, and (D) Claims Subject to Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, and Consensually Modified and Reduced Claims (Docket No. 8617)II) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

|  |  |
|---|---|
| *Responses filed:* | *None.* |
| *Replies filed:* | *Debtors' Omnibus Reply in Support of Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claim, and (D) Claims Subject to Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, and Consensually Modified and Reduced Claims (Docket No. 9094)* |
| *Related filings:* | *Notice of Claim Objection Hearing with Respect to Debtors' Objection to Proof of Claim Number 10014 (Select Industries Corporation f/k/a Select Tool & Die Corporation) (Docket No. 21531)* |

3

|  |  | *Reorganized Debtors Statement of Disputed Issues with Respect to Proof Of Claim Number 10014 (Docket No. 11260)* |
|---|---|---|
|  |  | *Reorganized Debtors' Amended Statement of Disputed Issues with Respect to Proof of Claim Number 10014 (Select Industries Corporation f/k/a Select Tool & Die Corporation (Docket No. 21548)* |
|  |  | *Joint Stipulation And Agreed Order Between Reorganized Debtors And Select Industries Corporation (a/k/a Select Tool & Die Corporation) Withdrawing Proof Of Claim Number 10014 (Docket No. 21661)* |
|  |  | *Proof Of Claim Number 10014* |
|  | *Status:* | *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors And Select Industries Corporation (a/k/a Select Tool & Die Corporation) Withdrawing Proof Of Claim Number 10014 (Docket No. 21661).* |

3. **"Claims Objection Hearing Regarding Claim of Vanguard Distributors, Inc."** - Claims Objection Hearing Regarding Claims of Vanguard Distributors, Inc. as Objected to on the (i) Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Insurance Claim Not Reflected on Debtors' Books and Records, (D) Untimely Claims and Untimely Tax Claims, and (E) Claims Subject to Modification, Tax Claims Subject to Modification, and Modified Claims Asserting Reclamation (Docket No. 8270) and (ii) Reorganized Debtors' Forty-Seventh Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to (I) Disallow and Expunge (A) Certain Administrative Expense Books and Records Claims, (B) a Certain Administrative Expense Duplicate Claim, and (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, and (II) Modify Certain Administrative Expense Claims (Docket No. 19873)

|  | *Responses filed:* | None. |
|---|---|---|
|  | *Replies filed:* | *Debtors' Omnibus Reply in Support of Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Insurance Claim Not Reflected on Debtors' Books and Records, (D) Untimely Claims and Untimely Tax Claims, and (E) Claims Subject to Modification, Tax Claims Subject to Modification, and Modified Claims Asserting Reclamation  (Docket No. 8668)* |

*Reorganized Debtors' Omnibus Reply in Support of Forty-Seventh Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to (I) Disallow and Expunge (A) Certain Administrative Expense Books and Records Claims, (B) a Certain Administrative Expense Duplicate Claim, and (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, and (II) Modify Certain Administrative Expense Claims (Docket No. 20168)*

*Reorganized Debtors' Supplemental Reply with Respect to Proof of Claim Number 9319 and Administrative Expense Claim Number 16908 (Docket No. 21592)*

*Related filings:*   *Notice of Claim Objection Hearing with Respect to Debtors' Objections to Proof of Claim Number 9319 and Reorganized Debtors' Objections to Administrative Expense Claim Number 16908 (Vanguard Distributors, Inc.) (Docket No. 21532)*

*Statement Reorganized Debtors Statement of Disputed Issues With Respect To Proof of Claim Number 9319 And Administrative Expense Claim Number 16908 (Vanguard Distributors, Inc.) (Docket No. 21547)*

*Proof Of Claim Number 9319*

*Proof Of Administrative Expense Claim Number 16908*

*Status:*   *This matter has been settled in principle.*

4. **"Claims Objection Hearing Regarding Claim of STMicroelectronics, Inc."** - Claims Objection Hearing Regarding Claims of STMicroelectronics, Inc. as Objected to on the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

*Responses filed:*   *None.*

*Replies filed:*   *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests,*

5

|   |   |
|---|---|
|   | *(E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)* |
|   | *Reorganized Debtors' Supplemental Reply With Respect To Proof Of Administrative Expense Claim Number 18969 (Docket No. 21646)* |
| *Related filings:* | *Notice of Sufficiency Hearing with Respect to Reorganized Debtors' Objection to Proof of Administrative Expense Claim Number 18969 (Docket No. 21591)* |
|   | *Proof Of Administrative Claim Number 18969* |
| *Status:* | *The hearing with respect to this matter will be proceeding on an uncontested basis.* |

**D.   Contested Matters**

    *None.*

Dated: New York, New York
October 21, 2011

                    SKADDEN, ARPS, SLATE, MEAGHER
                          & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr.
    John K. Lyons
    Albert L. Hogan III
    Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

      - and -

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors