Exhibit 1

Page 1

1

2  UNITED STATES BANKRUPTCY COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  Case No. 05-44481(RDD)

5  - - - - - - - - - - - - - - - - - - -x

6  In the Matter of:

7

8  DPH HOLDINGS CORP., et al.,

9

10               Reorganized Debtors.

11

12  - - - - - - - - - - - - - - - - - - -x

13

14               United States Bankruptcy Court

15               300 Quarropas Street

16               White Plains, New York

17

18               September 22, 2011

19               10:09 AM

20

21  B E F O R E:

22  HON. ROBERT D. DRAIN

23  U.S. BANKRUPTCY JUDGE

24

25

Page 2

1
2   HEARING re Motion For Recoupment on Behalf of Delphi Salaried
3   Retirees
4
5   HEARING re Claims Objection Hearing Regarding Claims of Alla
6   Averbukh, on Behalf of the Estate of Boris Averbukh, as
7   Objected to in the Reorganized Debtors' Motion for Order (i)
8   Enforcing Modification Procedures Order, Modified Plan and Plan
9   Modification Order Injunction and Forty-Seventh Omnibus Claims
10  Objection Order Against Averbukhs, as Plaintiffs, in Maryland
11  State Court Wrongful Death Action; and (ii) Directing Averbukhs
12  to Dismiss Action to Recover Upon Discharged and Expunged Claim
13  ("Averbukh Injunction Motion")
14
15
16
17
18
19
20
21
22
23
24
25  Transcribed by:   Lisa Bar-Leib

```
 1
 2   A P P E A R A N C E S :
 3   BUTZEL LONG, PROFESSIONAL CORPORATION
 4        Attorneys for DPH Holdings Corp., et al., Reorganized
 5         Debtors
 6        Suite 100
 7        150 West Jefferson Avenue
 8        Detroit, MI 48226
 9
10   BY:  CYNTHIA J. HAFFEY, ESQ.
11
12   BUTZEL LONG, PROFESSIONAL CORPORATION
13        Attorneys for DPH Holdings Corp., et al., Reorganized
14         Debtors
15        Stoneridge West
16        41000 Woodward Avenue
17        Bloomfield Hills, MI 48304
18
19   BY:  SHELDON H. KLEIN, ESQ.
20
21
22
23
24
25
```

05-44481-rdd    Doc 21676-1    Filed 10/21/11    Entered 10/21/11 13:08:33    Exhibit 1
Pg 5 of 7

Page 4

1
2   SKADDEN ARPS SLATE MEAGHER & FLOM LLP
3        Attorneys for DPH Holdings Corp., et al., Reorganized
4        Debtors
5        155 North Wacker Drive
6        Chicago, IL 60606
7
8   BY:  LOUIS S. CHIAPPETTA, ESQ.
9        (TELEPHONICALLY)
10
11  CIARDI CIARDI & ASTIN
12       Attorneys for Vladimir Averbukh (Individually and as
13       Personal Representative for the Estate of Boris
14       Averbukh) and Alesander Averbukh
15       100 Church Street
16       8th Floor
17       New York, NY 10007
18
19  BY:  RICK A. STEINBERG, ESQ.
20
21
22
23
24
25

VERITEXT REPORTING COMPANY
212-267-6868              www.veritext.com              516-608-2400

Page 5

1
2  ALSO APPEARING:
3  JAMES B. SUMPTER
4       On Behalf of Himself as a Delphi Salaried Retiree
5       21169 Westbay Circle
6       Noblesville, IN 46062
7
8  BY:   JAMES B. SUMPTER, PRO SE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1   least, they wouldn't make any sense to a lawyer versed in basic
2   principles of bankruptcy law.  However, Mr. Sumpter isn't a
3   lawyer so I decided first to treat this matter through written
4   submissions by the parties and a hearing today.  And secondly,
5   I decided not to enjoin him from bringing further actions.
6   　　　　　On the other hand, by no means should Mr. Sumpter take
7   that ruling as a license to bring further actions that are not
8   premised upon a good faith real argument.  The debtors have
9   their rights under -- in matters before this Court --
10  Bankruptcy Rule 9011, in matters in the federal district court
11  or other federal courts under Civil Procedure 11 and in their
12  corollaries under the various state court procedures for
13  bringing frivolous or bad faith claims.  And Mr. Sumpter is
14  duly warned that notwithstanding his pro se status, he is on
15  clear notice that future motions in violation of the -- or
16  other litigation in violation of the plan modification order or
17  this Court's prior orders or the Delphi debtors' discharge
18  under their Chapter 11 plan should merit the imposition of
19  sanctions.  And the debtors can certainly use this transcript
20  in that regard if such litigation is commenced outside of this
21  court.
22  　　　　　So again, for the reasons that I've stated on the
23  record, the motion's denied as a matter of law under the
24  equivalent of or based upon the factors applied by the Court
25  under Bankruptcy Rule 7012 in light of the Court's prior orders