James M. Sullivan
Moses & Singer, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 554-7800
*Attorneys for The Timken Company and*
*The Timken Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

| | |
|---|---|
| In re<br><br>DPH HOLDINGS CORP, et al.,<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

------------------------------------------------------- x

| | |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>THE TIMKEN COMPANY and THE TIMKEN CORPORATION,<br><br>Defendants. | Adv. Pro. No. 07-02688 (RDD) |

------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

      Wanda E. Castro, being duly sworn according to law, deposes and says that she is employed by Moses & Singer LLP, and that she caused a copy of the following pleadings:

(1)    **OPPOSITION OF THE TIMKEN COMPANY AND THE TIMKEN CORPORATION IN OPPOSITION TO REORGANIZED DEBTORS' AMENDED OMNIBUS RESPONSE TO CERTAIN DEFENDANTS SUBMISSION REGARDING THE OCTOBER 2, 2009 SUPPLEMENTAL POSTCONFIRMATION EXTENSION OF AVOIDANCE ACTION SERVICE DEADLINE MOTION**

(2)    **DECLARATION OF ROBERT MORRIS IN SUPPORT OF OPPOSITION OF THE TIMKEN COMPANY AND THE TIMKEN CORPORATION TO REORGANIZED DEBTORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS;** and

894782v1  013074.0101

**(3)    DECLARATION OF JAMES SULLIVAN**

to be served via Federal Express on the 18th day of October, 2011 on the following party at the addresses designated by him for such service.

> **Eric B, Fisher, Esq.**
> **Butzel Long, a Professional Corporation**
> **380 Madison Avenue, 22nd Floor**
> **New York, NY 10017**
> **'fishere@butzel.com'**

and served via the Electronic Case Filing System upon the registered participants as identified on the Notice of Electronic Filing on October 18th, 2011.

/s/ Wanda E. Castro<br>Wanda E. Castro

Sworn to before me on October 18, 2011

/s/ Marie S. Leybag
Notary Public

> Marie S. Leybag
> Notary Public, State of New York
> No. 01LE5060744
> Qualified in Queens County
> Commission Expires: May 20, 2014

894782v1  013074.0101