Christopher B. Block, Esq.
GORDON & REES LLP
90 Broad St., 23rd Fl.
New York, NY 10004
(212) 269-5500

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

In re:

DPH HOLDINGS CORP., et al.                     Chapter 11

            Reorganized Debtors.           Case No. 05-44481 (RDD)
                                              (Jointly Administered)
_____x

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS

      Christopher B. Block, Esq. of Gordon & Rees LLP hereby withdraws his appearance as counsel for BP Microsystems, Inc. from the CM/ECF noticing list and any other service lists in these cases.

Dated: New York, New York
       October 24, 2011

                                            GORDON & REES LLP

                                            By: _____
                                            Christopher B. Block, Esq.
                                            90 Broad St., 23rd Fl.
                                            New York, New York 10004
                                            (212) 269-5500

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2011, a copy of the attached Notice of Withdrawal of Appearance and Request for Removal from Service Lists was served via first class mail by depositing same in a sealed envelope, with postage prepaid thereon, in a post office or official depositiory of the U.S. Postal Service within the State of New York, addressed to the last known addresses of the addressees as indicated below.

John William Butler, Jr.
John K. Lyons/Albert L. Hogan III
Ron E. Maisler
Skadden, Arps, Slate, Meagher & Flom, LLP
155 North Wacker Drive
Chicago, Illinois 60606

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Cynthia J. Haffey, Esq.
David Levine, Esq.
Chester Kasiborski, Jr., Esq.
Butzel Long
150 W. Jefferson Avenue, Suite 100
Detroit, Michigan 48226

Tracy Hope Davis, Esq.
Brian Masumoto, Esq.
Office of the U.S. Trustee
33 Whitehall St., 21st Fl.
New York, NY 10004

Louis G. McBryan, Esq.
Virginia B. Bogue, Esq.
Howick, Westfall, McBryan & Kaplan, LLP
3101 Tower Creek Parkway, Ste. 600
Atlanta, GA 30339

Mark A. Broude, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022

_____
Christopher B. Block, Esq.