# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

**Reorganized Debtors:**  DPH Holdings Corp., <u>et al.</u>, f/k/a Delphi Corporation [1] [2]
**Case Number:**  Jointly Administered 05-44481 (RDD)

**Quarterly Operating Report for the Period Ended:**
September 30, 2011

**Reorganized Debtors' Address:**
5725 Delphi Drive
Troy, Michigan 48098

**Operating Loss for the Three Months Ended September 30, 2011:**  $3 Million

**Reorganized Debtors' Attorneys:**
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411

And

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

**Report Preparer:**

The undersigned, having reviewed the attached report and being familiar with the Reorganized Debtors' financial affairs, verifies under penalty of perjury that the information contained therein is complete, accurate, and truthful to the best of my knowledge. [3]

**Date:**  October 26, 2011         /s/:  JOHN C. BROOKS
                                    John C. Brooks
                                    President of DPH Holdings Corp.

---

(1)  See next page for a listing of Reorganized Debtors by case number.
(2)  Capitalized terms used but not defined in this quarterly operating report have the meanings ascribed to them in the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors, And Debtors-In-Possession (As Modified), dated July 30, 2009 (the "Modified Plan"), attached as Exhibit A to the Order Approving Modifications Under 11 U.S.C. § 1127(b) To (I) First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified And (II) Confirmation Order [Docket No. 12359], entered July 30, 2009 (Docket No. 18707), or the Master Disposition Agreement, as applicable.
(3)  All amounts herein are unaudited and subject to revision.  The Reorganized Debtors reserve all rights to revise this report.

**DPH HOLDINGS CORP., et al.**
**QUARTERLY OPERATING REPORT**

The Reorganized Debtors in these jointly administered cases are as follows:

| Reorganized Debtor Name [1][2] | Case Number |
|---|---|
| DPH Holdings Corp., formerly known as Delphi Corporation | 05-44481 |
| ASEC Manufacturing General Partnership | 05-44482 |
| ASEC Sales General Partnership | 05-44484 |
| DPH Medical Systems Colorado LLC, formerly known as Delphi Medical Systems Colorado Corporation | 05-44507 |
| DPH Medical Systems Texas LLC, formerly known as Delphi Medical Systems Texas Corporation | 05-44511 |
| DPH Medical Systems LLC, formerly known as Delphi Medical Systems Corporation | 05-44529 |
| Specialty Electronics International Ltd. | 05-44536 |
| Specialty Electronics, LLC, formerly known as Specialty Electronics, Inc. | 05-44539 |
| DPH Mechatronic Systems, LLC, formerly known as Delphi Mechatronic Systems, Inc. | 05-44567 |
| DPH-DAS Overseas LLC, formerly known as Delphi Automotive Systems Overseas Corporation | 05-44593 |
| DPH-DAS (Holding), LLC, formerly known as Delphi Automotive Systems (Holding), Inc. | 05-44596 |
| DPH Diesel Systems LLC, formerly known as Delphi Diesel Systems Corporation | 05-44612 |
| DPH Connection Systems LLC, formerly known as Delphi Connection Systems | 05-44624 |
| DPH-DAS Services LLC, formerly known as Delphi Automotive Systems Services LLC | 05-44632 |
| DPH-DAS Human Resources LLC, formerly known as Delphi Automotive Systems Human Resources LLC | 05-44639 |
| DPH-DAS LLC, formerly known as Delphi Automotive Systems LLC | 05-44640 |

(1)   On October 6, 2009, in connection with the consummation of the modified plan of reorganization, DIP Holdco LLP (n/k/a Delphi Automotive LLP, a United Kingdom limited liability partnership), as assignee of DIP Holdco 3 LLC, through various subsidiaries and affiliates, acquired substantially all of the global core businesses of Delphi Corporation (n/k/a DPH Holdings Corp.) and its affiliated debtors and debtors-in-possession, including the stock of Delphi Technologies, Inc. (Case No. 05-44554) and the membership interests in Delphi China LLC (Case No. 05-44577).  Accordingly, neither Delphi Technologies, Inc. nor Delphi China LLC is reflected in the chart included in this quarterly operating report.

(2)   Pursuant to the (a) Final Decree And Order Pursuant To 11 U.S.C. § 350(a) And Fed.R. Bankr. P. 3022 And Local R. Bankr. P. 3022-1 Closing Chapter 11 Cases Of 20 Filing Debtors and (b) Final Decree And Order Pursuant To 11 U.S.C. § 350(a) And Fed.R. Bankr. P. 3022 And Local R. Bankr. P. 3022-1 Closing Chapter 11 Cases Of Five Filing Debtors, entered at docket nos. 20641 and 21206, respectively, the following debtor cases have been closed: Delphi NY Holding Corporation (Case No. 05-44480), Environmental Catalysts, LLC (Case No. 05-44503), Delphi Liquidation Holding Company (Case No. 05-44542), Delphi Electronics (Holding) LLC (Case No. 05-44547), Delphi Automotive Systems Tennessee, Inc. (a/k/a PBR Automotive Tennessee, Inc.) (Case No. 05-44558), Delphi Automotive Systems Risk Management Corp. (Case No. 05-44570), Exhaust Systems Corporation (Case No. 05-44573), Delphi Automotive Systems Korea, Inc. (Case No. 05-44580), Delphi International Services Inc. (Case No. 05-44583), Delphi Automotive Systems Thailand, Inc. (Case No. 05-44586), Delphi International Holdings Corp. (Case No. 05-44591), Delco Electronics Overseas Corporation. (Case No. 05-44610), Aspire, Inc. (Case No. 05-44618), Delphi Integrated Service Solutions, Inc. (Case No. 05-44623), Packard Hughes Interconnect Company (Case No. 05-44626), DREAL, Inc. (Case No. 05-44627), Delphi Services Holding Corporation (Case No. 05-44633), Delphi Automotive Systems Global (Holding), Inc. (Case No. 05-44636), Delphi Foreign Sales Corporation (Case No. 05-44638), Delphi Receivables LLC (Case No. 05-47459), Delphi Automotive Systems International, Inc. (Case No. 05-44589), Delphi China LLC (Case No. 05-44577), Delphi Furukawa Wiring Systems LLC (Case No. 05-47452), Delphi LLC (Case No. 05-44615) , and MobilAria, Inc. (Case No. 05-47474).

Case Number:  05-44481 (RDD) (Jointly Administered)

## DPH HOLDINGS CORP., et al.
### SCHEDULE OF DISBURSEMENTS
### THREE MONTHS ENDED SEPTEMBER 30, 2011

| Reorganized Debtor Name | Case Number | Amount [1] |
|---|---|---|
| DPH Holdings Corp., formerly known as Delphi Corporation | 05-44481 | $ 11,930,000 |
| ASEC Manufacturing General Partnership | 05-44482 | — |
| ASEC Sales General Partnership | 05-44484 | — |
| DPH Medical Systems Colorado LLC, formerly known as Delphi Medical Systems Colorado Corporation | 05-44507 | — |
| DPH Medical Systems Texas LLC, formerly known as Delphi Medical Systems Texas Corporation | 05-44511 | — |
| DPH Medical Systems LLC, formerly known as Delphi Medical Systems Corporation | 05-44529 | — |
| Specialty Electronics International Ltd. | 05-44536 | — |
| Specialty Electronics, LLC, formerly known as Specialty Electronics, Inc. | 05-44539 | — |
| DPH Mechatronic Systems, LLC, formerly known as Delphi Mechatronic Systems, Inc. | 05-44567 | — |
| DPH-DAS Overseas LLC, formerly known as Delphi Automotive Systems Overseas Corporation | 05-44593 | — |
| DPH-DAS (Holding), LLC, formerly known as Delphi Automotive Systems (Holding), Inc. | 05-44596 | — |
| DPH Diesel Systems LLC, formerly known as Delphi Diesel Systems Corporation | 05-44612 | — |
| DPH Connection Systems LLC, formerly known as Delphi Connection Systems | 05-44624 | — |
| DPH-DAS Services LLC, formerly known as Delphi Automotive Systems Services LLC | 05-44632 | — |
| DPH-DAS Human Resources LLC, formerly known as Delphi Automotive Systems Human Resources LLC | 05-44639 | — |
| DPH-DAS LLC, formerly known as Delphi Automotive Systems LLC | 05-44640 | — |

(1) Disbursements were allocated to legal entities, but all disbursements are being made by DPH Holdings Corp.