SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp.  Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                    :
    In re                                                          :   Chapter 11
                                                                  :
DPH HOLDINGS CORP., et al.,                   :   Case No. 05-44481 (RDD)
                                                                :
                Reorganized Debtors.          :   (Jointly Administered)
                                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF CHANGE OF TIME OF SEVENTY-SECOND
OMNIBUS HEARING AND FIFTIETH CLAIMS HEARING

PLEASE TAKE NOTICE that the Seventy-Second Omnibus Hearing and the Fiftieth Claims Hearing in the above captioned cases, each of which was scheduled to occur on Thursday, November 17, 2011 at 10:00 a.m. (prevailing Eastern time) at the Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140,[1] has been **rescheduled for Thursday, November 17, 2011 at 9:00 a.m**. (prevailing Eastern time) pursuant to direction of the Court.

Dated: New York, New York
October 26, 2011

            SKADDEN, ARPS, SLATE, MEAGHER
              & FLOM LLP

        By: /s/ John K. Lyons
           John Wm. Butler, Jr.
           John K. Lyons
           Ron E. Meisler
           155 North Wacker Drive
           Chicago, Illinois 60606

             - and -

           Four Times Square
           New York, New York 10036

           Attorneys for DPH Holdings Corp., et al.,
             Reorganized Debtors

---

[1] See Twenty-Fourth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered August 1, 2011 (Docket No. 21507); see also Sixteenth Supplemental Order Pursuant To 11 U.S.C. § 502(m) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered August 3, 2011 (Docket No. 21515).