# AFFIDAVIT OF SERVICE

## UNITED STATES BANKRUPTCY COURT
### Southern District of New York

Index Number: 05-44481 (RDD)                                    Date Filed: 10/21/2011

Reorganized Debtors:
**In re: DPH Holdings Corp., et al**

Received by EXPRESS PROCESS SERVICE, INC. on the 21st day of October, 2011 at 1:54 pm to be served on **James B. Sumpter, 21169 Westbay Circle, Noblesville, IN 46062**.

I, Bill Rorie, being duly sworn, depose and say that on the **21st day of October, 2011** at **3:35 pm**, I:

**Individually Served** the within named person with a true copy of the **Reply of DPH Holdings Corp. to James B. Sumpter's Objection to Motion for final Decree and Order Pursuant to 11 U.S.C. 350(a) and Fed. R. Bankr. P. 3022 and Local R. Bankr. P. 3022-1 Closing Chapter 11 Cases of Five Filing Debotros; Certificate of Service; Exhibit 1** at the aforementioned address.

**Description** of Person Served:  Age: 60,  Sex: M,  Race/Skin Color: Black,  Height: 5'10",  Weight: 250,  Hair: Gray,  Glasses: Y

I certify that I am over the age of 18, have no interest in the above action and have proper authority in the jurisdiction in which service was made. I declare that the facts set forth in the foregoing Affidavit of Service are true and correct.

Subscribed and Sworn to before me on the 21st day of October, 2011 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

NANCY BOTBYL
Marion County
My Commission Expires
July 18, 2017

_____
**Bill Rorie**
Process Server

**EXPRESS PROCESS SERVICE, INC.**
8250 East Washington St
Indianapolis, IN 46219-6816
(317) 890-1055

Our Job Serial Number: CRT-2011005189
Ref: James B. Sumpter Service