REICH, REICH & REICH, P.C.
Attorneys for Critech Research Inc.
235 Main Street, 4th Floor
White Plains, New York 10601
(914) 949-2126
reichlaw@aol.com
Lawrence R. Reich

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

In re                                   Chapter 11
                                        Case No. 05-44481-RDD
DELPHI CORPORATION, *et al.*,


                    Debtors.
---------------------------------------X
DELPHI CORPORATION, *et al.*,

              Plaintiffs,               Adv. Pro.
                                        No. 07-02188-RDD
     -against-

CRITECH RESEARCH, INC.,

              Defendant.
---------------------------------------X

**NOTICE OF WITHDRAWAL OF APPEARANCE
AND REQUEST TO BE REMOVED FROM
<u>SERVICE LISTS AND ELECTRONIC FILING NOTICES</u>**

PLEASE TAKE NOTICE that Lawrence R. Reich of Reich Reich & Reich, P.C. hereby withdraws their appearance in the above referenced case on behalf of Critech Research, Inc., and requests to be removed from all service lists and from the CM/ECF notice list for this case.

Dated: White Plains, New York
       October 26, 2011

                                        Reich Reich & Reich, P.C.


                                        By: /s/ Lawrence R. Reich
                                            Lawrence R. Reich
                                            235 Main Street, 4th Fl.
                                            White Plains, NY 10601
                                            (914)949-2126