REICH REICH & REICH, P.C.
Attorneys for Critech Research, Inc.
235 Main Street, 4th Floor
White Plains, New York 10601
(914) 949-2126
By: Lawrence R. Reich

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
In re:

|  |  |
|---|---|
|  | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. |
|  | 05-B-44481(RDD) |
| Debtor. | |

---------------------------------X
DELPHI CORPORATION, *et al.*,

|  |  |
|---|---|
| Plaintiffs, | Adv. Proc. No. |
|  | 07-02188(RDD) |
| - against - | |

CRITECH RESEARCH, INC.,

Defendant.

---------------------------------X

AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
COUNTY OF WESTCHESTER )ss:

JOANNE KRAISKY being sworn says: I am not a party to the
action, am over 18 years of age and employed at Reich Reich &
Reich, P.C., 235 Main Street, White Plains, New York 10601.

On October 26, 2011, I served true copies of the annexed
Notice of Withdrawal of Appearance and Request to be Removed from
Service Lists and Electronic Filing Notice, by email addressed to
the last-known email address of the addressees as indicated
below:

Albert L. Hogan, III, Esq.
Skadden Arps Slate Meagher & Flom, LLP
155 North Wacker Drive
Chicago, IL 60606-1720
Email: al.hogan@skadden.com

Andrew Currie, Esq.
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Email: Andrew.Currie@wilmerhale.com

Caroline Rogus, Esq.
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Email: Caroline.Rogus@wilmerhale.com

Cynthia J. Haffey, Esq.
Butzel Long
150 W. Jefferson Ave, Ste 100
Detroit, MI 48226
Email: haffey@butzel.com

David J. DeVine, Esq.
Butzel Long
150 W. Jefferson, Suite 100
Detroit, MI 48226
Email: devine@butzel.com

David S. Gragg, Esq.
Langley & Banack, Incorporated
745 E. Mulberry, Suite 900
San Antonio, TX 78212
Email: dgragg@langleybanack.com

David S. Rosner, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10119-6022
Email: drosner@kasowitz.com

David M. Sherbin
Delphi Automotive LLP
5725 Delphi Drive
Troy, MI 48098
Email: david.sherbin@delphi.com

Dennis J. Connolly, Esq.
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Email: dconnolly@alston.com

Douglas P. Bartner, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
Email: dbartner@shearman.com

Jeffrey A. Carlino, Esq.
Goldberg Segalla LLP
665 Main Street, Suite 400
Buffalo, NY 14203
Email: jcarlino@goldbergsegalla.com

Jessica Kastin, Esq.
O'Melveny & Myers
7 Times Square
New York, NY 10036
Email: jkastin@omm.com

John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive, Suite 2700
Chicago, IL 60606-1720
Email: jbutler@skadden.com

John K. Lyons, Esq.
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive Suite 2700
Chicago, IL 60606
Email: John.Lyons@skadden.com

Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Email: kmarafio@skadden.com

Lowell Peterson, Esq.
Meyer, Suozzi, English & Klein
1350 Broadway, Suite 501
New York, NY 10018
Email: lpeterson@msek.com

Mark S. Lichtenstein, Esq.
Crowell & Moring LLP
590 Madison Avenue, 20th Fl
New York, NY 10022
Email: mlichtenstein@crowell.com

Mateo Fowler, Esq.
Quinn Emanuel Urquhardt Oliver & Hedges
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Email: mateofowler@quinnemanuel.com

Michael O'Hayer, Esq.
22 North Walnut Street
West Chester, PA 19380
Email: mkohayer@aol.com

Paul J.N. Roy, Esq.
Mayer, Brown, LLP
71 S. Wacker Drive
Chicago, IL 60606
Email: proy@mayerbrownrowe.com

Ron E. Meisler, Esq.
Skadden Arps Slate Meagher & Flom
4 Times Square
New York, NY 10036
Email: rmeisler@skadden.com

Thomas B. Radom, Esq.
Butzel Long
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, MI 48304
Email: radom@butzel.com

Mark A. Broude, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802
Email: mark.broude@lw.com

Michael D. Warner, Esq.
Cole Schotz Meisel Forman & Leonard PA
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
Email: mwarner@coleschotz.com

Robert J. Rosenberg, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022
Email: robert.rosenberg@lw.com

On October 26, 2011, I served true copies of the annexed Notice of Withdrawal of Appearance and Request to be Removed from Service Lists and Electronic Filing Notice, by mailing same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressees as indicated below:

Alicia M. Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Tracy Hope Davis, Esq.
United States Trustee Office
33 Whitehall Street
21st Floor
New York, NY 10004

Committee of Eligible Salaried Retirees
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104

Honorable Robert D. Drain
U.S. Bankruptcy Judge
U.S. Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601
Attn: Clerk's Office

/s/ Joanne Kraisky
JOANNE KRAISKY

Sworn to before me on
October 26, 2011

/s/ Lawrence R. Reich
LAWRENCE R. REICH
Notary Public, State of New York
No. 60-8525385
Qualified in Westchester County
Commission Expires September 30, 2014