# THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

900 THIRD AVENUE
20TH FLOOR
NEW YORK, NEW YORK 10022-4883
(212) 751-3001
FAX (212) 751-3113
www.tklaw.com

DIRECT DIAL: (212) 751-3045
EMAIL: Ira.Herman@tklaw.com

AUSTIN
DALLAS
DETROIT
FORT WORTH
HOUSTON
NEW YORK

ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS

November 4, 2011

<u>VIA EMAIL</u>

The Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

        Re: DPH Holdings Corp.

Dear Judge Drain:

       Yesterday, counsel for several of the individual defendants in the adversary proceedings brought by DPH Holdings Corp. (the "Remaining Adversary Proceedings") met telephonically to discuss issues relating to these cases, and specifically the refusal of counsel for DPH Holdings Corp. ("Butzel") to circulate the draft procedures order referenced in her letter to the Court, dated October 31, 2011. As only some of the defendants in the Remaining Adversary Proceedings were on the call yesterday, the group on the phone determined they could speak for themselves, but neither speak nor act for those defendants who were not represented on the call. We have been asked by counsel who participated on the call to write to the court regarding these matters.

       In the first instance, the attorneys who participated in the call are concerned that their individual clients are being unduly prejudiced by the refusal of Butzel to circulate the form of order it has drafted despite numerous requests that it do so. Nothing this Court has said suggests that Butzel has been authorized to "hide the ball," until such time as the defendants in the Remaining Adversary Proceedings organize themselves to Butzel's liking.

       In contrast, counsel who participated in the conference call yesterday have authorized us to advise the Court that such counsel will undertake to coordinate their comments to the draft order prepared by Butzel, once counsel have been afforded the opportunity to review the proposed draft with their respective clients.

       Finally, counsel who participated in the call yesterday urge the Court to direct Butzel (a) to deliver immediately the form of proposed order to counsel for the defendants in the

November 4, 2011
Page 2

Remaining Adversary Proceedings for review, and (b) work with the counsel for the defendants in the Remaining Adversary Proceedings to resolve disagreements that may arise with respect to such draft.

Thank you for your consideration.

Respectfully,

Ira L. Herman

cc:  Cynthia J. Haffey
     Counsel for certain preference defendants

406953 000079 DALLAS 2802277.3