# EXHIBIT A

# Exhibit A

| *Case No.* | *Case No.* | *Case No.* |
|---|---|---|
| 07-02124 (Merged with 07-02077) | 07-02309 | 07-02572 |
| 07-02138 | 07-02358 | 07-02580 |
| 07-02142 | 07-02302 | 07-02339 |
| 07-02227 | 07-02312 | 07-02385 |
| 07-02077 (Merged with 07-02124) | 07-02333 | 07-02690 |
| 07-02259 | 07-02374 | 07-02804 |
| 07-02270 | 07-02442 | 07-02694 |
| 07-02280 | 07-02445 | 07-02742 |
| 07-02284 | 07-02475 | 07-02744 |
| 07-02288 | 07-02322 | 07-02767 |
| 07-02291 | 07-02720 | 07-02639 |
| 07-02131 | 07-02745 | 07-02649 |
| 07-02238 | 07-02758 | 07-02650 |
| 07-02257 | 07-02416 | 07-02652 |
| 07-02217 | 07-02432 | 07-02654 |
| 07-02260 | 07-02457 | 07-02661 |
| 07-02098 | 07-02477 | 07-02668 |
| 07-02211 | 07-02489 | 07-02688 |
| 07-02214 | 07-02527 | 07-02523 |
| 07-02234 | 07-02540 | 07-02551 |
| 07-02236 | 07-02543 | 07-02553 |
| 07-02220 | 07-02562 | 07-02554 |
| 07-02272 | 07-02563 | 07-02597 |
| 07-02602 | 07-02606 | |