TOGUT SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Neil Berger
Richard K. Milin
David M. Smith
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
*Conflicts Counsel for Plaintiffs*

**Hearing Date:  December 21, 2011 at 10:00 a.m.**
**Response Date:  December 7, 2011 at 6:00 p.m.**
**Reply Date: December 16, 2011 at 6:00 p.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                    :

In re:                        :      Chapter 11
                        :      Case No. 05-44481 [RDD]

DPH HOLDINGS CORP, *et al.*,  :

                        :

         Reorganized Debtors.  :

                        :
----------------------------------------------------------------x

**JOINDER IN REORGANIZED DEBTORS' MOTION FOR ORDER PURSUANT TO
11 U.S.C. §§ 105(d), 544, 547, AND 548 AND FED. R. BANKR. P. 7016 ESTABLISHING
(I) DATES FOR HEARINGS REGARDING ADVERSARY PROCEEDINGS AND
(II) NOTICES AND PROCEDURES GOVERNING ADVERSARY PROCEEDINGS**

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

        DPH Holdings Corporation and certain of its affiliated reorganized

debtors, as plaintiffs in certain adversary proceedings ("Plaintiffs"), by their conflicts

counsel Togut, Segal & Segal LLP, join in the attached motion (the "Motion") and

respectfully request that the relief requested in the Motion be granted in the following

four adversary proceedings:

        1)  *DPH Holdings Corp., et al. v. Kostal, et al.* (Adv. Pro. No. 07-02712);

        2)  *DPH Holdings Corp., et al. v. NGK, et al.* (Adv. Pro. No. 07-02541);

        3)  *DPH Holdings Corp., et al. v. NSK Steering Systems* (Adv. Pro. No. 07-
            02459);  and

4)  *DPH Holdings Corp., et al. v. Waupaca* (Adv. Pro No. 07-02592).

Dated:  New York, New York
        November 4, 2011

Respectfully submitted,

DPH Holdings Corp., *et al.*
By their conflicts counsel,
TOGUT, SEGAL & SEGAL LLP
By:

/s/Neil Berger
NEIL BERGER
RICHARD K. MILIN
DAVID M. SMITH
One Penn Plaza
New York, New York 10119
(212) 594-5000