# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Cynthia J. Haffey
313 983 7434
haffey@butzel.com

Suite 100    150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
butzel.com

November 4, 2011

*Via E-Mail to rdd.chambers@nysb.uscourts.gov*

The Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

*Re: DPH Holdings Corp./Procedures Regarding Adversary Proceedings*

Dear Judge Drain:

      Over the past two weeks, we have encouraged the defendants to appoint a committee or spokesperson to negotiate with the Reorganized Debtors regarding a procedures order. We received no indication that the defendants were prepared to deal with the Reorganized Debtors on an organized basis, and Mr. Herman's letter of today confirms that the defendants are not yet in a position to do so. Accordingly, consistent with the Court's direction in its November 1, 2011 e-mail, the Reorganized Debtors will file their proposed procedures motion today and will set a hearing date for December 21, 2011. The time between now and the hearing will afford the parties ample opportunity to work toward a resolution.

      We thank the Court for its consideration.

      Respectfully submitted,

*Cynthia J. Haffey* /w authority (CP70012)
Cynthia J. Haffey

cc: Counsel for each preference defendant