Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Richard K. Milin
David M. Smith
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
*Conflicts Counsel for Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re:                                              :     Chapter 11
                                                    :     Case No. 05-44481 [RDD]
DPH HOLDINGS CORP, *et al.*,                        :
                                                    :
          Reorganized Debtors.                      :
                                                    :
------------------------------------------------------------x

**AFFIDAVIT OF SERVICE OF JOINDER IN REORGANIZED
DEBTORS' MOTION FOR ORDER PURSUANT TO 11 U.S.C.
§§ 105(d), 544, 547, AND 548 AND FED. R. BANKR. P. 7016
ESTABLISHING (I) DATES FOR HEARINGS REGARDING
ADVERSARY PROCEEDINGS AND (II) NOTICES AND
PROCEDURES GOVERNING ADVERSARY PROCEEDINGS**

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

       DENISE CAHIR, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at New York, New York.

       On November 4, 2011, deponent served a copy of the Joinder in Reorganized Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(d), 544, 547, and 548 and Fed. R. Bankr. P. 7016 Establishing (I) Dates for Hearings Regarding Adversary Proceedings and (II) Notices and Procedures Governing Adversary Proceedings (the "Adversary Proceedings Procedures Motion"), together with the Adversary Proceedings Procedures Motion and its underlying exhibits, upon the parties listed on the service list annexed hereto as "Exhibit A" by electronic mail, and upon the party listed on the service list annexed hereto as "Exhibit B" by depositing a true copy of same enclosed in a pre-paid, properly addressed wrapper, in an official

depository under the exclusive care and custody of the United States Postal Service within the State of New York.

/s/ Denise Cahir
DENISE CAHIR

Sworn to before me this
8th day of November 2011

/s/ Joanne Minischetti
NOTARY PUBLIC

## Exhibit A

*Service by Electronic Mail*

Mark A. Shaiken, Esq.
Stinson Morrison Hecker LLP
*Counsel to Waupaca*
1201 Walnut, Suite 2900
Kansas City, Missouri  64106
Email: MShaiken@stinson.com

Eric D. Carlson, Esq.
Miller Canfield
*Counsel to Kostal, et al. and NSK Steering Systems*
150 West Jefferson, Suite 2500
Detroit, Michigan  48226
Email: Carlson@millercanfield.com

## Exhibit B

*Service by First-Class Mail*

Michael B. O'Neal, Esq.
Warner Norcross & Judd LLP
*Counsel to NGK, et al.*
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan  49503-2487