# EXHIBIT "B"

Department of Energy, Labor & Economic Growth

# NOTICE OF HEARING

Workers' Compensation Agency

**In re: ACE American Insurance Company & Pacific Employers Insurance Company**

Workers' Compensation Agency
Jack Nolish, Director
PO Box 30016
Lansing, MI 48909

Susan Przekop-Shaw
Assistant Attorney General
PO Box 30736
Lansing, MI 48909

Pacific Employers Insurance Co.
20700 Civic Center Dr Ste 400
Southfield, MI 48076
Coverage Dates: 10/1/00 –10 /1/02

ACE American Insurance Co.
20700 Civic Center Dr Ste 400
Southfield, MI 48076
Coverage Dates: 10/1/03 –10 /1/09

John Chapman
Cameron McComb
Walter Noeske
Conklin Benham PC
30700 Telegraph Rd Ste 2580
Bingham Farms, MI 48025

PLEASE TAKE NOTICE that a hearing on this case will be held before a designated hearing officer of the Workers' Compensation Agency.

| | |
|---|---|
| **HEARING TYPE:** | Rule 5 (R 408.35) |
| **REASON FOR HEARING:** | Non-Compliance with the Worker's Disability Compensation Act of 1969 (See attached motion and additional parties) |
| **HEARING OFFICER:** | Thomas Burden, Designated Hearing Officer (MCL 418.205) |
| **DATE:** | January 5, 2010 |
| **TIME:** | 10:00 am (EST) |
| **HEARING SITE:** | General Office Building
7150 Harris Dr.
Dimondale, MI 48821 |

The Workers' Compensation Agency has also served notice of this hearing on all parties named on pending Application(s) for Mediation or Hearing or appeals, in which date(s) of injury during the period(s) of October 1, 2000 to October 1, 2002 and/or October 1, 2003 to October 1, 2009 at Delphi Corporation (insolvent) have been alleged. THESE PARTIES may appear as they feel necessary.

NOTE: If you are represented by an attorney, you should contact your attorney with regard to your attendance at these proceedings.

Please contact the Lansing office at 1-888-396-5041 if there are any questions.

Dated at Lansing, Michigan on this 14th day of December, 2009.

EMPLOYEE ATTORNEYS ALSO SERVED
In Re Pacific and ACE
Director Motion to Invoke Rule 5 and Enforce Compliance

| LAST NAME | FIRST NAME | MI | LAW FIRM | ADDRESS LINE 1 | ADDRESS LINE 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|
| ADLER | BARRY | D | ADLER STILLMAN PLLC | 30300 NORTHWESTERN HWY FL3 | | FARMINGTON HILLS | MI | 48334 |
| ARNOLD | FERRIS | L | FERRIS L ARNOLD CONSULTING INC | 860 SUE CT | | SAGINAW | MI | 48609 |
| BENDER | KARLAN | J | DAVID J COOPER PC | 4153 OCCIDENTAL HWY. | P.O. BOX 380 | TECUMSEH | MI | 49286 |
| BURNS | TIMOTHY | S | DAVIDSON BREEN & DOUD PC | 1121 N MICHIGAN AVE | | SAGINAW | MI | 48602 |
| CAMERON | GABRIEL | L | WEISSE RETTIG RADEMACHER CLARK PC | 225 LUDINGTON ST | | ESCANABA | MI | 49829 |
| CHOWNING | JOHN | C | VIGILETTI CHOWNING EDGAR & WAGNER | GRAND BLANC NORTH PARK | 10761 S SAGINAW SUITE D | GRAND BLANC | MI | 48439 |
| CLAYTON | KENNETH | D | LAW OFFICES OF CLAYTON MULDER & HORAN | 3135 DIXIE HIGHWAY | | WATERFORD | MI | 48328 |
| COOPER | DAVID | J | COOPER & BENDER PC | 4153 OCCIDENTAL HWY. | P.O. BOX 380 | TECUMSEH | MI | 49286 |
| CRAWFORTH | WILLIAM | M | WILLIAM M CRAWFORTH PC | 220 E HURON SUITE 520 | | ANN ARBOR | MI | 48104 |
| DELLA SANTINA | PHILIP | S | DAVIDSON BREEN & DOUD PC | 1121 N MICHIGAN AVE | | SAGINAW | MI | 48602 |
| DOUD | MICHAEL | P | DAVIDSON BREEN & DOUD PC | 3438 LENNON RD | | FLINT | MI | 48507 |
| DOUD | RICHARD | J | DAVIDSON BREEN & DOUD PC | 1121 N MICHIGAN AVENUE | | SAGINAW | MI | 48602 |
| DUNN | MICHAEL | R | MICHAEL R DUNN & ASSOCIATES PC | LIBERTY CENTER | 100 WEST BIG BEAVER SUITE 200 | TROY | MI | 48084 |
| EDGAR | JIM | D | VIGILETTI CHOWNING EDGAR & WAGNER | GRAND BLANC NORTH PARK | 10761 S SAGINAW SUITE D | GRAND BLANC | MI | 48439 |
| FERGUSON | ANDREW | M | DAVIDSON BREEN & DOUD PC | 3438 LENNON RD | | FLINT | MI | 48507 |
| GLOTTA | RONALD | D | GLOTTA & ASSOCIATES PC | 220 BAGLEY ST SUITE 808 | | DETROIT | MI | 48226 |
| HORAN | PATRICK | M | LAW OFFICES OF CLAYTON MULDER & HORAN | 3135 DIXIE HWY | | WATERFORD | MI | 48328 |
| KAHN | WILLIAM | D | LAW OFFICES OF DENNIS A ROSS | 24450 EVERGREEN ROAD | SUITE 208 | SOUTHFIELD | MI | 48075 |
| MACDONALD | ROBERT | J | MACDONALD FITZGERALD MACDONALD | 653 S SAGINAW STREET SUITE 200 | | FLINT | MI | 48502 |
| MACDONALD | TIMOTHY | J | MACDONALD FITZGERALD MACDONALD | 653 S SAGINAW STREET SUITE 200 | | FLINT | MI | 48502 |
| MARUTIAK | PATRICK | | | 1028 E MAIN | | OWOSSO | MI | 48867 |
| MCNULTY | BRIAN | P | BRIAN P MCNULTY PC | 74 W 8TH ST | | HOLLAND | MI | 49423 |
| MILSTER | RICHARD | O | LAMBERT LESER ISACKSON COOK & GIUNTA PC | 916 WASHINGTON AVENUE STE 309 | PO BOX 835 | BAY CITY | MI | 48708 |
| NEAL | GARY | T | MCCROSKEY LAW | 1440 PECK STREET | PO BOX 27 | MUSKEGON | MI | 49443 |
| O'GRADY | JOHN | F | O'GRADY & O'NEIL | PO BOX 6098 | 973 MIDLAND RD | SAGINAW | MI | 48608 |
| PETRULIS | DONALD | L | CHARTERS HECK O'DONNELL & PETRULIS PC | 888 W BIG BEAVER RD STE 1490 | | TROY | MI | 48084 |
| PODEIN | MICHAEL | W | RYAN PODEIN & POSTEMA PC | 3330 GRAND RIDGE DR NE | | GRAND RAPIDS | MI | 49525 |
| POLLOK | STEVEN | J | RAPAPORT POLLOK FARRELL & SABLICH PC | 3626 DUNCKEL | P.O. BOX 24127 | LANSING | MI | 48909 |
| RAINS | LOWRY | M | | 152 E FRONT ST | | ADRIAN | MI | 49221 |
| SIMON | TIMOTHY | J | TIMOTHY J SIMON PC | G-1388 W BRISTOL ROAD | | FLINT | MI | 48507 |
| SMITH | JAMES | | DAVIDSON BREEN & DOUD PC | 1121 N MICHIGAN AVE | | SAGINAW | MI | 48602 |
| SMITS | JON | M | | 222 FRANKLIN | PO BOX 786 | GRAND HAVEN | MI | 49417 |
| STEELE | FLOYD | W | DAVIDSON BREEN & DOUD PC | 3438 LENNON RD | | FLINT | MI | 48507 |
| STEWART | DAVID | M | NEAL NEAL & STEWART, PC | OLD ELKS BUILDING, SUITE 102 | 142 W. SECOND STREET | CLARE | MI | 48617 |
| TRUCKS | J TODD | | JAY TRUCKS & ASSOCIATES, PC | 600 PINE STREET | | CLARE | MI | 48617 |
| TYLER | MATTHEW | A | CHARTERS HECK O'DONNELL & PETRULIS PC | CITY CENTER BLDG | 888 WEST BIG BEAVER STE 1490 | TROY | MI | 48084 |
| ULRICH, IV | JOHN M | H | CRAWFORTH MCMANUS TENBRUNSEL & ULRICH PC | 999 HAYNES ST STE 245 | | BIRMINGHAM | MI | 48009 |
| WAGNER | RICHARD | P | VIGILETTI CHOWNING EDGAR & WAGNER | 10761 SOUTH SAGINAW | SUITE D | GRAND BLANC | MI | 48439 |
| WALDRON JR. | DONALD | | RAPAPORT POLLOK FARRELL & SABLICH PC | 3626 DUNCKEL DRIVE | PO BOX 24127 | LANSING | MI | 48909 |
| WILENSKY | NEAL | J | KAECHELE & WILENSKY PC | 6500 CENTURION SUITE 230 | | LANSING | MI | 48917 |
| WRIGHT | W | K | | 1109 COURT STREET | | SAGINAW | MI | 48602 |

EMPLOYER/CARRIER ATTORNEYS ALSO SERVED
In Re Pacific and ACE
Director Motion to Invoke Rule 5 and Enforce Compliance

| LAST NAME | FIRST NAME | MI | LAW FIRM | ADDRESS LINE 1 | ADDRESS LINE 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|
| ALIC | EMINA | S | LEVASSEUR & LEVASSEUR PC | 24725 W TWELVE MILE RD STE 230 | | SOUTHFIELD | MI | 48034 |
| BARRETT | CARRIE | G | LACEY & JONES | 600 SOUTH ADAMS | SUITE 300 | BIRMINGHAM | MI | 48009 |
| BERKOWITZ | DIANE | L | EVANS PLETKOVIC PC | 26125 WOODWARD AVENUE | | HUNTINGTON WOODS | MI | 48070 |
| CAMINSKY | CHRISTOPHER | R | LEWSLEY & FERRO | 26777 HALSTED RD | PO BOX 2060 | FARMINGTON HILLS | MI | 48333 |
| CHAPMAN | JOHN | S | CONKLIN BENHAM PC | 30700 TELEGRAPH RD STE 2580 | | BINGHAM FARMS | MI | 48025 |
| DAY | WILLIAM | A | LACEY & JONES LLP | 600 SOUTH ADAMS ROAD | SUITE 300 | BIRMINGHAM | MI | 48009 |
| DEFRANK JR | RENALDO | P | LEVASSEUR & LEVASSEUR PC | 24725 W. 12 MILE ROAD | SUITE 230 | SOUTHFIELD | MI | 48034 |
| GILFEATHER | CHARLES | A | BRAUN KENDRICK FINKBEINER | 4301 FASHION SQUARE BLVD | | SAGINAW | MI | 48603 |
| LEVASSEUR | DENICE | M | LEVASSEUR & LEVASSEUR PC | 24725 W. 12 MILE ROAD | SUITE 230 | SOUTHFIELD | MI | 48034 |
| LIGGETT | BENJAMIN | T | LACEY & JONES LLP | 600 S ADAMS ROAD STE 300 | | BIRMINGHAM | MI | 48009 |
| MARCINKOSKI | GERALD | M | LACEY & JONES LLP | 600 S ADAMS RD STE 300 | | BIRMINGHAM | MI | 48009 |
| MCCANN | D. MICHAEL | | LACEY & JONES LLP | 600 S ADAMS ROAD SUITE 300 | | BIRMINGHAM | MI | 48009 |
| MCCOMB | CAMERON | C | CONKLIN BENHAM DUCEY LISTMAN & CHUHRAN PC | BINGHAM CENTER | 30700 TELEGRAPH ROAD STE 2580 | BINGHAM FARMS | MI | 48025 |
| NOESKE | WALTER | F | CONKLIN BENHAM PC | 30700 TELEGRAPH RD STE 2580 | | BINGHAM FARMS | MI | 48025 |
| OGNISANTI | EMIL | L | BRAUN KENDRICK FINKBEINER | 4301 FASHION SQUARE BLVD | | SAGINAW | MI | 48603 |
| PHILLIPS | DWIGHT | W | PATTERSON PHIFER & PHILLIPS PC | 1274 LIBRARY ST | SUITE 500 | DETROIT | MI | 48226 |
| RUTH | THOMAS | J | BRAUN KENDRICK FINKBEINER PLC | 4301 FASHION SQUARE BLVD | | SAGINAW | MI | 48603 |
| RYAN | SARA | A | BRAUN KENDRICK FINKBEINER PLC | 4301 FASHION SQUARE BLVD | | SAGINAW | MI | 48603 |
| SMITH JR | LAWRENCE | W | JENSEN GILBERT SMITH & BORRELLO PC | 721 S MICHIGAN AVENUE | | SAGINAW | MI | 48602 |
| WYATT III | GEORGE | H | BRAUN KENDRICK FINKBEINER | 4301 FASHION SQUARE BLVD | | SAGINAW | MI | 48603 |

OTHER PARTIES ALSO SERVED
In Re Pacific and ACE
Director Motion to Invoke Rule 5 and Enforce Compliance

| NAME | ADDRESS LINE 1 | CITY | STATE | ZIP |
|---|---|---|---|---|
| Accident Fund Insurance Co. of America | PO Box 40790 | Lansing | MI | 48901 |
| American Home Assurance Company | PO Box 4230 | Alpharetta | GA | 30023 |
| American Insurance Co | PO Box 30374 | Atlanta | GA | 30374 |
| Blue Cross Blue Shield of MI | 600 Lafayette Ste 1928 | Detroit | MI | 48226 |
| Broadspire Services | PO Box 3050 | Livonia | MI | 48150 |
| Cynthia Kriger | 27555 Executive Dr. Ste 360 | Farmington Hills | MI | 48331 |
| Dan Zolkowski | PO Box 40790 | Lansing | MI | 48901 |
| Delphi Corporation (Insolvent) | PO Box 5060 | Southfield | MI | 48086 |
| Diesel Technology Company | PO Box 888653 | Grand Rapids | MI | 49588 |
| Doubletree Hotel Bay City Riverfront | 1 Wenona Park Pl | Bay City | MI | 48708 |
| Gallade Technologies Inc | 1626 Hess Ave | Saginaw | MI | 48601 |
| Gary Schmalzried | 600 Lafayette Ste 1928 | Detroit | MI | 48226 |
| General Motors Corporation | PO Box 69 | Southfield | MI | 48037 |
| Huron Valley Ambulance | 1200 State Circle | Ann Arbor | MI | 48108 |
| Marc Littman | 23077 Greenfield Rd Ste 557 | Southfield | MI | 48075 |
| Michigan Head & Spine Institute | 46325 12 Mile Rd Ste 100 | Novi | MI | 48377 |
| National Union Fire Insurance Co | PO Box 4230 | Alpharetta | GA | 30023 |
| Second Injury Fund/2 Years Continuous | PO Box 30182 | Lansing | MI | 48909 |
| Second Injury Fund/Dual Employment Provisions | PO Box 30182 | Lansing | MI | 48909 |
| Second Injury Fund/Permanent & Total Disability | PO Box 30182 | Lansing | MI | 48909 |
| Self-Insurers' Security Fund | PO Box 30182 | Lansing | MI | 48909 |
| Thomas H. Cypher | 120 Ionia SW Ste 300 | Grand Rapids | MI | 49503 |
| Trans Continental Insurance Co. | PO Box 1562 | Lombard | IL | 60148 |
| Travelers Indemnity Co of Connecticut | PO Box 50472 | Indianapolis | IN | 46250 |
| TRW Automotive | 2328 E. Genesee Ave | Saginaw | MI | 48601 |

**EMPLOYEES ALSO SERVED**
**In Re Pacific and ACE**
**Director Motion to Invoke Rule 5 and Enforce Compliance**
(Those represented by an attorney only received a copy
of the Notice of Hearing and no other attachments)

| | | |
|---|---|---|
| ALLBEE, TERRY | COX, DEBRA | HAGGARD, BUDDY |
| ALLEN, MARY | CROWE, JOYCE | HAGGERTY, SCOTT |
| ALLINGER, KAREN | CSIRKE, SCOTT | HAIRSTON, LINDA |
| ANDERSON, BARBARA | CULBERSON, MILDRED | HALL, RANDALL |
| ANDERSON, LESLEY | CUNNINGHAM, MICHAEL | HARBACK JR, ALMERON |
| ANDERSON, PAULA | CURTIS, GREGORY | HARDY, KEVIN |
| ANDREWS, DEBRA | DAVIS, DEBRA | HARPER, STELLA |
| ANTAYA, DOROTHY | DAY, DONALD | HARRIS, JACULYN |
| ARNDT, RANDALL | DELACRUZ, TOMAS | HARRISON, EDEN |
| ASHLEY, KEVIN | DELEON, JOSE | HATCH, JANICE |
| BARLOW, JANET | DIAZ, PETER | HAYES, KAY |
| BAUER, RONALD | DICOSOLA, DAVID | HAYNES, LORENE |
| BAUMER, SHEILA | DILL, JOSEPH | HAYWOOD, ETTA |
| BAZ, RIAD | DONALD, EDDIE | HERBOLSHEIMER, DAVID |
| BEAR, RYAN | DRAKE, CRYSTAL | HERLINE-WRIGHT, SUSAN |
| BECKWITH, DALE | DUCHAM, DANIEL | HILL, CELIA |
| BENAVIDES, ALVIN | DWYER, GARY | HILLMAN JR, WALTER |
| BENSCHOTER, RODNEY | EAREGOOD, LYNETTE | HILLS, CYNTHIA |
| BERRY, ETHEL | EARL, FREDERICK | HOLLEY, ESTELLE |
| BICKEL, MARIA | EAVES, THOMAS | HOLLIGAN, MICHELLE |
| BLOSSEY, EDWIN | EDDY JR, BERNARD | HORTON, KAREN |
| BRADY, DUANE | EDLINGER, JAMES | HUNTER, MARY |
| BRADY, MARIE | ELDRIDGE, DONALD | HURST, NANCY |
| BRANTLEY BUFORD, TONI | ELLIS, DECLAN | JACKSON, BONNIE |
| BREAMSEY, SPENCER | ELLISON, LAFRANCE | JACKSON, MARIE |
| BROWN, BEVERLY | ENRIQUEZ, MARY | JELSMA, ROWLAND |
| BROWN, CLEOPHAS | ERNDT, EUGENE | JOHNSON, DAYNA |
| BROWN, THOMAS | ERVIN, EDWARD | JOHNSON, DEBRA |
| BROWN, TIMOTHY | ESPINOZA, RICARDO | JOLLY, PAUL |
| BROWN-ROBINSON, ANNETTA | EWALD, THOMAS | JONES, ALGA |
| BRUMLEY, GLORIA | FALL, TODD | JONES, ANITA |
| BUGGS, GENE | FARVER, DEBRA | JONES, ROBERT |
| BUKOWSKI, LAWRENCE | FIELDS, PATRICIA | JONES, TIMOTHY |
| BURNS, BOBBIE | FLEMING, ANTHONY | KAGLE, DEBRA |
| BURNS, GRANT | FLYNN, SAUNDRA | KAPNICK, PAMELA |
| BURNS, PAULA | FORD, JOSEPH | KELLY, JACK |
| BURRELL, CHRISTINE | FOSTER JR, HENDERSON | KING, VERA |
| BURTON, FELICIA | FREEMAN, YOLANDA | KLONOWSKI JR, THOMAS |
| BUTLER, DONALD | FURLO, DEBORAH | KOZEL, KERRY |
| BUTTERFIELD, MARDINE | GATES, TERRY | KRUCHKOW, DORENE |
| BYRON, GARY | GATTES, LOWELL | LABARR, KATHY |
| CAMPBELL, MICHAEL | GIBBS, ANNIE | LADUKE, PATRICIA |
| CARROLL, LINDA | GIBSON, SHIRLEY | LAFLEUR, PIERRE |
| CARROLL, VIVIAN | GIBSON, WALTER | LAFRENIER, BARBRA |
| CARSON, PHILLIP | GILES, FRANK | LAMBERT, SHELLEY |
| CHAMBERS, BARBARA | GILLERSON, FAYE | LAMBERT, TERRY |
| CHILDRESS, CLYDE | GILLIAM, RICHARD | LAPINE, JEANNE |
| CHILDS, MICHELE | GOAD, JAMES | LAYTON, DALPHINE |
| CLABURN, CAROL | GOEBEL JR, WILLIAM | LEE JR, TROY |
| CLARK, DEBRA | GOLLADAY, TERRY | LEE, ANTHONY |
| CLARK, PENNY | GONZALEZ, ARCELIA | LEE, DAWNE |
| COLEY, JAMES | GOODRICH, DAYTON | LEE, THERESA |
| COLLISON, LAWRENCE | GOULD, CEDRIC | LEECK, RASOLIND |
| CONTRERAS, THOMAS | GOULD, KIMBERLY | LELO, WALTER |
| CONWAY, LARRY | GRAI, JAMES | LEWIS, ALECIA |
| COOK, GARY | GREEN, DANIEL | LOGAN, EARTHA |
| COON, CRISTINA | GRIER, BRENDA | LOISELLE, PAUL |
| COOPER, ERICK | GROULX, LINDA | LORENZ, DEBORAH |
| COOTS, MICHAEL | GURTZWEILER, TRESSIE | LOTT, WILLIAM |
| COSTON, DYWANE | GUST, MARY | LOVE, CASSANDRA |
| COUTCHER, TERRY | HACK, KEITH | MACK, CALLIE |

**EMPLOYEES ALSO SERVED**
**In Re Pacific and ACE**
**Director Motion to Invoke Rule 5 and Enforce Compliance**
(Those represented by an attorney only received a copy
of the Notice of Hearing and no other attachments)

| | | |
|---|---|---|
| MAJEWSKI, JOHN | RIVETTE, RICHARD | WARREN, DEBRA |
| MAKAREWICZ, MARIE | ROE, TERRY | WASHINGTON, CAROLYN |
| MARSHALL, ALICE | ROGERS, CATHY | WASKOSKI, JACQUELYN |
| MARTA-SCHILLING, TAMRA | ROLAND, GLENDA | WATSON, MARY |
| MARTINEZ, KIMBERLY | ROOD, GERALD | WEATHERSPOON, NANCY |
| MASTERS, CONSTANCE | ROUSSEAU, TIMOTHY | WEBB JR, JAMES |
| MASTRIANNI, KAREN | RUHL, CHARLES | WEISS, GEORGE |
| MATIJEGA, EDWARD | RUSSELL, CYNTHIA | WELCH, GEORGE |
| MATZNICK, JOHN | SAMPSON, PATRICIA | WELLS, RITA |
| MCCALL, VALERIE | SANADA, DARWIN | WENDLAND, DOUGLAS |
| MCCARTHY, FRANK | SANDERS, ALMA | WESTON, JAMES |
| MCCLAIN, YEVETTE | SANDERS, LETTIE | WHITLEY, ALICE |
| MCCLELLON, TONJA | SANDERS, YVONNE | WHITMAN, DUANE |
| MCCONNELL, MARY | SCHATZER, BOYD | WHITTINGTON, PAMELA |
| MCDONALD, DOROTHY | SCHEER, BARBARA | WILKERSON, ROBERT |
| MCHALE, PATRICK | SCHWERTNER, TAMARA | WILLIAMS, CHARLES |
| MCKELLAR, MICHAEL | SCOTT, SHERRY | WILLIAMS, ROSEVELT |
| MCNEIL, ROBERT | SEELEY, MARY | WILLIAMS, ROXANNE |
| MILLER, APRIL | SEGER LEE, CORA LEE | WILLIAMS, SANDRA |
| MILLER, SANDRA | SHAGENA, DONALD | WILLIAMSON, SHAWN |
| MITCHELL, MARY | SHAGENA, KYLE | WINCHELL, BARBARA |
| MUNOZ, JESUS | SHEPHERD, BONNIE | WINTERSMITH, JACQUELYN |
| NAPIERALSKI, DOROTHY | SIPIALA, PATRICK | WITT, LLEWIS |
| NEAL, NAOMI | SLIVA, LORI | WORLEY, GEORGE |
| NELSON, EVELYN | SMITH, DIANE | WRIGHT, KATHY |
| NEQUEST, AXEL | SMITH, KIMBERLEY | YEARBY JR, SOLOMON |
| OGLESBY, BOBBY | SMITH, STEPHANIE | YORK, BRENDA |
| OHLMAN, DIANA | SMITH-GEORGE, PAULA | |
| OVERMAN, DEREK | SNOWDEN, SHIRLEY | |
| PACIOREK, CAROL | SPARKS, TYRONE | |
| PARKER JR, BERNARD | SPIALEK, JONATHAN | |
| PARKINSON, KATHLEEN | STAHLER, DAVID | |
| PATRICK, MARY | STEPHENSON, JOHN | |
| PATTERSON, DIA | STEVENSON, BETTY | |
| PAULSEN, CHARLES | STEVENSON, ROBERT | |
| PAULSON, THOMAS | STINNETT SR, HARLENE | |
| PEACOCK, JENNIFER | STRIETER JR, DAVID | |
| PEPPER, LUCILLE | STROHPAUL, JAMES | |
| PEREZ, BETH | STUART, PATRICIA | |
| PERRY, AMY | TACEY II, KENNETH | |
| PERVEZ, FELIZ | TALLY, ANTWAN | |
| POUNDS, DERICK | TANNER, KRISTINE | |
| PRESCOTT, MARK | TAPPEN JR, ELMER | |
| PRESLEY, GENE | TAYLOR JR, EDMOND | |
| PRESTON, TINA | THOMAS, LOVIE | |
| PRITCHETT, LULA | THOMAS, MEREDITH | |
| PROBST, BEVERLY | THOMPSON, SHEILA | |
| RADABAUGH, THOMAS | THRONSON, GARY | |
| RADLICK, MARY | THURKETLE, JASON | |
| RAGLAND, ANNIE | TIDWELL, YVONNE | |
| RAGNONE, LYNETTE | TRENZ, PAUL | |
| REGALADO, DEIDRA | ULMAN, BRADLEY | |
| REID, SHEILA | VALENTINE, ELROY | |
| REMAINDER, MICHAEL | VALLEGLUNGA, DEBORAH | |
| REPPUHN, DANIEL | VANHORN, MIKEAL | |
| REYNOLDS, ULRICH | VENSKO, ELIZABETH | |
| RICHARDS, MARY | VISNAW, TERRY | |
| RICHARDS, MICHAEL | VOSS, KATHERINE | |
| RICHARDSON, ANGELA | WALKER, JAN | |
| RICHESON, TRISHA | WALKER, KAREN | |
| RITTER SR, DANIEL | WALKER, RICHARD | |

MICHIGAN DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH
MICHIGAN WORKERS' COMPENSATION AGENCY

In re:

ACE AMERICAN INSURANCE COMPANY
and PACIFIC EMPLOYERS INSURANCE
COMPANY.

RULE 5 HEARING
_____/

## MICHIGAN WORKERS' COMPENSATION AGENCY DIRECTOR'S MOTION TO SCHEDULE HEARING TO ENFORCE COMPLIANCE WITH THE MICHIGAN WORKER'S DISABILITY COMPENSATION ACT AND APPLICABLE RULES

Jack A. Nolish, as Director of the Michigan Workers' Compensation Agency ("WCA"), by and through his counsel, Mike Cox, Michigan Attorney General, and Susan Przekop-Shaw, Michigan Assistant Attorney General, invokes Rule 5 of the Michigan Workers' Compensation Agency Rules, 1999 AC, R 408.35, and gives notice to Pacific Employers Insurance Company ("Pacific") and ACE American Insurance Company ("ACE") of a hearing scheduled for the purpose of determining and enforcing their compliance with the Michigan Worker's Disability Compensation Act, MCL 418.101, *et seq*, ("Act"), and in support of his Motion states as follows:

### JURISDICTION AND AUTHORITY

1.  All questions arising under the Act shall be determined by the Agency or a workers' compensation magistrate, as applicable. (Section 841 (1) of the Act, MCL 418.841(1)). Questions concerning insurance coverage for work-related injuries are within the exclusive jurisdiction of the workers' compensation system, even though the carrier's denial of coverage was based on a specific provision in the insurance contract. *St Paul Fire & Marine v Littky*, 60 Mich App 375, 377-378; 230 NW2d 440 (1975); *Michigan Property Assn v Checker Cab*, 138 Mich App 180, 182; 360 NW2d 168 (1984); *Netherlands Ins Co v Bringman*, 153 Mich App 234, 395 NW2d 49 (1986) (where a carrier sought to evade the workers' compensation

administrative process by seeking equitable relief, including reformation of contract); *Hubbard, deceased v Laidlaw Transit Co*, 2000 ACO #406 pp 5-6; *Engler, deceased v EME Engler*, 2004 ACO # 96, pp 3-4.

2. Under the Act, the Director possesses the powers and performs the duties granted and imposed by this Act, including, but not limited to, being in charge of the docketing and progress of contested cases and of the assignment of the work to the Agency's assistants, hearing referees, and employees (Section 205 of the Act, MCL 418.205); overseeing any dispute, controversies, and all questions arising under the Act (Section 841 of the Act, MCL 418.841); scheduling hearings for him or his authorized representative to determine compliance with the Act (WC Agency Rule 5(1); 1999 AC, R 408.35 (1)) and issuing compliance orders (WC Agency Rule 5(4); 1999 AC, R 408.35 (5)).

3. The Act recognizes the Director as an interested party in any matter involving questions of law. (Section 841 (1) of the Act; MCL 418. 841(1)).

4. Under the Act, the Director is responsible for receiving all notices of insurance filed by Michigan insurers. (Section 625 of the Act; MCL 418.625.)

## METHODS TO SECURE PAYMENT OF COMPENSATION IN MICHIGAN

5. In order to operate in Michigan as an employer, the employer at a minimum must secure payment of compensation under the Act by either receiving authorization from the Director to be a self-insurer (Section 611 (1)(a) of the Act; MCL 418.611(1)(a)) or by insuring against liability with an insurer authorized to transact worker's compensation insurance business within this State. (Section 611 (1)(b) of the Act; MCL 418.611(1)(a)).

6. The Act does not prohibit double coverage – that is, an employer may be granted self-insurance status and still have insurance coverage, or have more than one insurer covering the employer's liability.

2

7.  The Act does not require the insurance carrier to file the actual insurance policy with the Agency. However, section 621(4)(5) of the Act, MCL 418.621 (4)(5) specifically requires every insurance contract in Michigan to contain language that is not controlled by the parties, but by the Act.

8.  Instead of the policy language being left to the parties' negotiations, the Act explicitly renders void any contract provision inconsistent with the requisite contract language:

> Every contract for the insurance of the compensation provided in this act for or against liability therefore, shall be subject to the provisions of this act and provisions inconsistent with this act are void...[Section 621(1) of the Act, MCL 418.621 (1).]

9.  The Act requires an insurer to file with the Agency "Insurer's Notice of Issuance of Policy", commonly referred to as the "Form 400":

> Each insurer mentioned in section 611 issuing an insurance policy covering workers' compensation in this state shall file with the director, within 30 days after the effective date of the policy, a notice of the issuance of the policy and its effective date. [Section 625 of the Act; MCL 418.625.]

10. When coverage is ending for any reason, an insurer must file with the Agency at Lansing Michigan, at least 20 days before taking effect, a Notice of Termination of Liability (Form 401) giving the proposed termination date of the policy and stating that any termination shall not be effective as far as the employees of the insured employer are concerned until 20 days after notice is received by the agency. (Section 621 (4)(g) of the Act, MCL 418.621(4)(g)). Workers' Compensation Agency Rule 11a, 1980 AC R 408.41A, requires the notice of termination of liability to be reported to the Agency on "form 401."

11. The significance of the Forms 400 and 401 to the Director's regulatory and enforcement responsibilities under the Act cannot be overstated. Simply put, an insurer's Form 400 makes the determination of an employer's compliance with the statutorily mandated workers' compensation insurance coverage a clear cut, black and white, "yes or no" issue. The Act charges the director

with the duty to determine the insurers that cover employers and provides him only with the Insurer's Notice of Issuance of Policy as the only instrument to fulfill such duty. The significance of the Form 400 is demonstrated by the Director's statutory authority to seek an injunction against an employer that perpetually enjoins the employer from employing any person at any time the employer is without workers' compensation coverage, (Section 645(2)(3), MCL 418.645(2)(3)) and/or seek penalties not more than $1,000.00 for each day the employer was without coverage (Section 645(4), MCL 418.645(4)).

12. Michigan's workers' compensation statutory system was designed to effectuate and resolve eligibility and liability for workers' compensation obligations in a swift manner. Such a policy is readily accomplished by the statutory scheme that creates specific consequences for filing an Insurer's Notice of Issuance of Policy.

13. Early on, the Michigan Supreme Court recognized the importance and efficiency of the Forms 400 and 401 as reflecting an orderly procedure by which an injured employee may from the department's records determine the insurer on the date of the injury. *Zielke v A. J. Marshall Co.*, 306 Mich 474, 477; 11 NW2d 209 (1943). "[I]t is still requisite, incident to the orderly administration of the compensation law, that the records of the department of labor and industry shall disclose what insurer is carrying the employer's compensation risk." *Burhans v Central States Produce Corp*, 313 Mich 124, 129; 20 NW2d 835 (1945). It should be noted that ACE and Pacific have not denied filing with the Agency the Form 400s in question.

14. The intent in filing the Form 400s is not controlling in the Workers' Compensation arena because the requirement of an employer to assure compensation coverage is "primarily for the benefit and protection of employees":

> Hence as to such insurance contracts the matter of "intent" or meeting of minds cannot be applied in like manner as to ordinary contracts between individuals. Instead, the statute requires such insurance and fixes the conditions of liability.

4

> To hold otherwise in ordinary workmen's compensation cases would greatly
> jeopardize the rights of employees for whose benefit insurance is required by law.
> [*New Amsterdam Casualty v Moss*, 312 Mich 459, 472-474; 20 NW2d 272
> (1945).]

Although the Act may have been amended, the law in regard to the liability of an insurer who files the notice of issuance of policy with the Agency has not changed in the last 60 years.

### PACIFIC AND ACE NOTICES OF ISSUANCE AND TERMINATION OF POLICIES FOR DELPHI AUTOMOTIVE SYSTEMS AND DELPHI CORPORATION

15. At all pertinent times, Pacific and ACE were registered Michigan workers' compensation insurance carriers, with the Agency listing the same address in Southfield Michigan for both carriers.

16. Pacific and ACE, while transacting business in Michigan as workers' compensation insurance carriers, gave the Agency notice, by filing on an annual basis for nine of the last ten years, Form 400s that reflect they insured Delphi Automotive Systems Corporation and Defendant Delphi Corporation, respectively, at all Michigan Delphi plants for all its workers' compensation obligations. Pacific filed two Form 400s from October 1, 2000 through October 1, 2002 and ACE filed six Form 400s from October 1, 2003 through October 1, 2009. (See Director Exhibit 1 Certificate of Administrator of Michigan Workers' Compensation Agency Insurance Program.)

17. Each of the eight Form 400s filed and signed by persons authorized by these carriers contained the following language:

> Pursuant to the Worker's Disability Compensation Act, this is to certify that the
> above reference employer has been issued a policy of insurance by the above
> carrier. This policy covers all the liability imposed upon the employer by the
> provisions of the Michigan Worker's Disability Compensation Act for all
> employees in any and all of the employers' businesses. (See Form 400s attached
> to Director Exhibit 1 Certificate of Administrator of Michigan Workers'
> Compensation Agency Insurance Program.)

18. In between October 1, 2000 through October 1, 2009, except for the year October 1, 2002 through October 1, 2003, Pacific and ACE also filed Form 401s entitled "Notices of Termination of Liability" on an annual basis, followed shortly by the filing of new Form 400s. (See Exhibit 1 Certificate of Administrator of Michigan Workers' Compensation Agency Insurance Program, p 2 and attached Form 401s.)

19. Based upon these notices, the Agency Director decides which carriers cover the risk for any employer "and all the businesses the said employer is engaged in at the time." (Section 621 (4)(e), MCL 418.621(4)(e)). After ACE filed its June 17, 2009 Notice of Termination of Liability, the Director advised Pacific and ACE that the Agency records show that these carriers insured Delphi Corporation and Delphi Automotive Systems Corporation for all workers' compensation liability – Pacific for Delphi Automotive Systems Corporation from October 1, 2000 through October 1, 2002 and ACE for Delphi Corporation from October 1, 2003 through October 1, 2009. (See Director Exhibit 2 July 15, 2009 Director's Letter to ACE Limited.) Since neither Pacific nor ACE submitted any notice of insurance coverage for the period of October 1, 2002 through September 30, 2003, the Agency does not consider these carriers to be on the risk for any workers' compensation injuries incurred by Delphi Corporation's employees during that time.

## IMPACT FROM AGENCY'S TERMINATION OF DELPHI CORPORATION SELF-INSURED STATUS.

20. As of May 28, 1999, the then Director authorized Delphi Automotive Systems Corporation to be a self-insurer and thus to "make payments directly to [Delphi Automotive Systems'] employees as the employees become entitled to receive the payment under the terms and conditions of this act" (Section 611(1) of the Act, MCL 418.611). To the best of the current Director's knowledge, Delphi Automotive Systems Corporation paid its workers' compensation

6

obligations under the Act that it did not otherwise dispute. On May 28, 2002 Delphi Automotive Systems Corporation advised the Agency of its corporate name change to Delphi Corporation. As of that date, the then Director similarly authorized Delphi Corporation to be a self-insurer and to the best of the current Director's knowledge, Delphi Corporation paid its workers' compensation obligations under the Act that it did not otherwise dispute until October 6, 2009.

21.     On October 7, 2009, the Administrator of the Workers' Compensation Agency Self-Insured Programs gave notice to Delphi Corporation of the Agency's intent to terminate on October 7, 2009 the self-insured authority granted to Delphi Corporation:

> Termination of the self-insured authority is based on Delphi Corporation no longer existing as a corporation in Michigan pursuant to court order; Delphi Corporation giving notice to the Agency that workers compensation payments due and owing are not being paid, and the failure of Delphi Corporation to maintain the required excess insurance. These factors demonstrate a violation of the self-insured authority granted by the Workers' Compensation Agency to Delphi Corporation specifically § 418.611(1) and Administrative Rule 408.43c. [See Director Exhibit 3 Administrator Self-Insured Programs Letter to Delphi Corporation.]

22.     To the best of the Director's knowledge, Delphi Corporation stopped paying its workers' compensation obligations under the Act as of midnight October 6, 2009. As of November 18, 2009, the Agency had records reflecting 735 open paying claims for the Delphi Corporation.

23.     Currently 332 former Delphi employees have workers' compensation contested cases in the Michigan workers' compensation administrative and appellate process alleging injuries incurred during Pacific's or ACE's coverage periods. To the best of the Director's knowledge, these employees are not receiving any workers' compensation benefits, including wage loss and medical expenses -- either because their cases were disputed or their payments were discontinued once Delphi Corporation became insolvent.

7

## STATEMENT OF MATTERS TO BE CONSIDERED

24. The discontinuation of workers' compensation benefits for any of these employees who allege injuries at the now insolvent Delphi Corporation Michigan facilities places them at risk of irreparable harm that continues to mount as each day passes without resolution. The economic crisis created by this disruption of benefits calls for an immediate effort to limit, if not remediate, such irreparable harm. Bringing the central question of law underpinning all 332 claims to be addressed in a hearing held pursuant to Rule 5 will promote administrative efficiency and economy and facilitate early resolution in these cases. Where other factual and legal issues under the Act remain, those can be left for resolution by the magistrates and other appellate bodies. Thus, immediate consideration and expedited resolution are warranted.

25. For all these reasons, the Director calls for a Rule 5 hearing and seeks to enforce Pacific's and ACE's compliance with the Act. The Director designates Thomas Burden as hearing officer for this Rule 5 hearing.

26. The question of law to be considered at the Rule 5 hearing that the 332 claims filed with the Agency have in common is as follows:

> The law requires Michigan workers' compensation insurers to file with the Agency an Insurer's Notice of Issuance of Policy (Form 400) certifying that the employer named on the Form 400 has been issued a workers' compensation insurance policy and reflecting its effective date of coverage. The insurer that filed the Form 400 is on the risk when a worker is injured. Pacific and ACE filed the requisite Form 400s for the effective dates of October 1, 2000 through October 1, 2002 and October 1, 2003 through October 1, 2009, respectively. If Pacific and ACE filed the Form 400s listing themselves as the insurer for Delphi Automotive Systems Corporation and Delphi Corporation respectively, does their filing of the form as a matter of law put these insurers on the risk during the certified effective dates of coverage?

27. For the reasons outlined in this Motion, the Director has determined that the Michigan Workers' Compensation law places both Pacific and ACE on the risk for the employers they

8

designated and the effective dates they reflected on the Form 400s they filed with the Agency.

The Director requests the hearing officer to issue an order to this effect.

                                              Respectfully submitted,

                                              Michael A. Cox
                                              Attorney General

                                              *[signature]*
                                              Susan Przekop-Shaw (P 30495)
                                              Assistant Attorney General
                                              Attorneys for Michigan Workers'
                                              Compensation Agency Director
                                              Department of Attorney General
                                              P.O. Box 30736

Date: *December 14, 2009*                 Lansing, MI  48909
                                              (517) 373-2560

                                              Pleadings verified and approved by,

                                              *[signature]*
                                              _____

Date: December 14, 2009                Jack A. Nolish, Director
                                              Michigan Workers' Compensation Agency

MICHIGAN DEPARTMENT OF ENERGY, LABOR, & ECONOMIC GROWTH
MICHIGAN WORKERS' COMPENSATION AGENCY

In re:

ACE AMERICAN INSURANCE COMPANY
and PACIFIC EMPLOYERS INSURANCE
COMPANY.

RULE 5 COMPLIANCE HEARING
_____/

## CERTIFICATION OF MICHIGAN WORKERS' COMPENSATION AGENCY INSURANCE PROGRAMS DIVISION RECORDS

I, Cheryl A. Cornellier, Administrator of the Michigan Workers' Compensation Agency, Insurance Programs Division, certify that the attached documents are true and exact copies of the Notices of Issuance of Policy and Notice of Termination of Liability filed with the Workers' Compensation Agency, formerly known as the Bureau of Workers' Disability Compensation, as mandated under Section 625 of the Michigan Workers' Compensation Act, MCL 418.625, for Delphi Automotive Systems, from October 1, 2000 to October 1, 2002, and Delphi Corporation, 5825 Delphi Dr, Troy, MI 48098 from October 1, 2003 through October 1, 2009. The following table identifies information contained within the Agency records:

```
In re Pacific and ACE
Director Motion to Invoke Rule 5 and Enforce Compliance
Director Exhibit 1
Page 1 of 3
```

In re Pacific and ACE
Director Motion to Invoke Rule 5 and Enforce Compliance
Director Exhibit 1
Page 2 of 3

| Form 400 Notice of Issuance of Policy Received by Agency | Name of Business/ Employer | Form 401 Notice of Termination of Liability Received by Agency | Insurance Company | Effective date of Coverage | Effective date of Termination |
|---|---|---|---|---|---|
| December 13, 2000 | Delphi Automotive Systems Corporation | | Pacific Employers Insurance Company | October 1, 2000 | |
| October 29, 2001 | Delphi Automotive Systems Corporation | | Pacific Employers Insurance Company | October 1, 2001 | |
| | Delphi Automotive Systems Corporation | June 27, 2002 | Pacific Employers Insurance Company | | October 1, 2002 |
| November 3, 2003 | Delphi Corporation | | Ace American Insurance Company | October 1, 2003 | |
| | Delphi Corporation | May 19, 2004 | Ace American Insurance Company | | October 1, 2004 |
| October 14, 2004 | Delphi Corporation | | Ace American Insurance Company | October 1, 2004 | |
| | Delphi Corporation | June 27, 2005 | Ace American Insurance Company | | October 1, 2005 |
| October 31, 2005 | Delphi Corporation | | Ace American Insurance Company | October 1, 2005 | |
| | Delphi Corporation | July 3, 2006 | Ace American Insurance Company | | October 1, 2006 |
| October 30, 2006 | Delphi Corporation | | Ace American Insurance Company | October 1, 2006 | |
| | Delphi Corporation | July 2, 2007 | Ace American Insurance Company | | October 1, 2007 |
| October 24, 2007 | Delphi Corporation | | Ace American Insurance Company | October 1, 2007 | |
| | Delphi Corporation | June 29, 2008 | Ace American Insurance Company | | October 1, 2008 |
| October 29, 2008 | Delphi Corporation | | Ace American Insurance Company | October 1, 2008 | |
| | Delphi Corporation | June 17, 2009 | Ace American Insurance Company | | October 1, 2009 |

2

Date: 12-11-09

*Cheryl A. Cornellier* (signature)

Cheryl A. Cornellier – Administrator
Michigan Workers' Compensation Agency
Insurance Program

Subscribed and sworn to before me this 11th day of December 2009.

Monica R. Feldpausch   My Commission Expires on 10-22-2012
Clinton County, acting in
Notary Public  Ingham  County, Michigan.

```
MONICA R. FELDPAUSCH
Notary Public, State of Michigan
County of Clinton
My Commission Expires Oct. 22, 2012
Acting in the County of  Ingham
```

<u>In re Pacific and ACE</u>
Director Motion to Invoke Rule 5 and Enforce Compliance
Director Exhibit 1
Page 3 of 3

3