DUANE MORRIS LLP
A Delaware Limited Liability Partnership
William C. Heuer, Esquire
Wendy M. Simkulak, Esquire (WS-8945)
1540 Broadway, 14th Floor
New York, NY 10036-4086
(212) 692-1000
(212) 692-1020 (facsimile)
          and
Lewis R. Olshin, Esquire
Margery N. Reed, Esquire
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1000
(215) 979-1020 (facsimile)

Counsel for the ACE Companies

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DPH HOLDINGS CORP., et al. | ) | Case No. 05-44481 |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Wendy M. Simkulak, Esquire, certify that I am not less than 18 years of age, and that

on the date set forth below, I caused a true and correct copy of Response and Limited Objection

of the ACE Companies to the Amended Motion of James Grai Pursuant to Section 362 of The

Bankruptcy Code to Modify Automatic Stay and Amended Motion For Joinder of Parties, to be

served by first class mail, postage prepaid and electronic mail, unless otherwise noted, upon the

individuals and/or firms identified on the attached service list.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: November 10, 2011                    DUANE MORRIS LLP

                                            By: _/s/ Wendy M. Simkulak, Esquire_____
                                                Wendy M. Simkulak, Esquire (WS8945)

DM3\1959803.1

## SERVICE LIST

Michael P. Doud
Davidson Breen & Doud P.C.
3438 Lennon Road
Flint, MI 48507
Email: jstewart@dbd-flint.com
*Attorney for James Grai*

John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan, III
Ron E. Meisler
Nick D. Campanario
Skadden, Arps, Slate, Meagher & Flom, LLP
155 North Wacker Drive, Suite 2700
Chicago, IL 60606
Email: Jack.butler@skadden.com
      John.lyons@skadden.com
      Al.hogan@skadden.com
      Ron.meisler@skadden.com
      Nick.campanario@skadden.com
*Attorneys for Defendant Delphi Corporation
and DPH Holdings Corp., et al., Reorganized Debtors*

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
Email: Kayalyn.marafioti@skadden.com
*Attorneys for Defendant Delphi Corporation
and DPH Holdings Corp., et al., Reorganized Debtors*

Susan Przekop-Shaw
Michigan Department of Attorney General
Labor Division
525 West Ottawa Street, #500
Lansing, MI 48909
-and-
P.O. Box 30736
Lansing, MI 48909
Email: przekopshaws@michigan.gov
*Attorney for Defendant State of Michigan Workers' Compensation Agency*

Dennis Raterink
Michigan Department of Attorney General
Labor Division
525 West Ottawa Street, #500
Lansing, MI 48909
-and-
P.O. BOX 30736
Lansing, MI 48909
Email: raterinkd@michigan.gov
*Attorney for Defendant State of Michigan Funds Administration*

Martin J. Bienenstock
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Email: mbienenstock@dl.com

The Honorable Robert D. Drain
c/o Clerk's Office
United States Bankruptcy Court for the
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140
*[VIA FEDEX ONLY]*

United States Trustee
Brian S. Masumoto, Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2111
*[VIA FEDEX ONLY]*

2