UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re: DPH HOLDINGS CORP., et al.

                            Debtor

------------------------------------------------------------x

Case No.: 05-44481
Chapter 11

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Lewis R. Olshin, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent ACE American Insurance Company and Pacific Employers Insurance Company Creditors in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Pennsylvania and, if applicable, the bar of the U.S. District Court for the Eastern District of Pennsylvania and the United States Court of Appeals for the Third Circuit.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 11/11/11
Philadelphia, PA, ~~New York~~

*Signature*

Mailing Address:
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
*E-mail address*: olshin@duanemorris.com
*Telephone number*: (215) 979-1129