UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re:   DPH HOLDINGS CORP., et al.                    Case No.: 05-44481

                                                       Chapter 11

                              Debtor

-------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Lewis R. Olshin _____, to be admitted, ***pro hac vice***, to

represent ACE American Insurance Company and _____, (the "Client") __Creditors__
          Pacific Employers Insurance Company

in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the

movant is a member in good standing of the bar in the State of Pennsylvania _____ and, if

applicable, the bar of the U.S. District Court for the Eastern ____ District of Pennsylvania and the United States Court

of Appeals for the Third Circuit, it is hereby

**ORDERED**, that Lewis R. Olshin _____, Esq., is admitted to practice, ***pro hac vice***,

in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States

Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York          /s/ _____

                                        UNITED STATES BANKRUPTCY JUDGE