**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., *et al.*, | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

     I, Joseph N. Cordaro, Assistant United States Attorney for the Southern District of New York, hereby certify that on November 15, 2011, in addition to service via ECF, I caused true copies of the Statement of the United States of America in Support of Reorganized Debtors' Motion for Order Approving Settlement Agreement Between Reorganized Debtors and United States Compromising and Allowing Proof of Claim Number 14309 to be served, via Federal Express, upon the persons set forth below:

        Ron E. Meisler, Esq.
        Skadden, Arps, Slate, Meagher & Flom LLP
        155 North Wacker Drive
        Chicago, Illinois 60606

        Brian S. Masumoto, Esq.
        Office of the United States Trustee
        33 Whitehall Street, Suite 2100
        New York, New York 10004

Dated: New York, New York
       November 15, 2011

                                                  s/ Joseph N. Cordaro
                                                  JOSEPH N. CORDARO
                                                  Assistant United States Attorney