**Hearing Date: November 17, 2011**
                **Hearing Time: 9:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In re | : Chapter 11 |
| DPH HOLDINGS CORP., et al., | : Case No. 05-44481 (RDD) |
| Reorganized Debtors. | : (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED SEVENTY-SECOND OMNIBUS HEARING AGENDA

<u>Location Of Hearing</u>:    United States Bankruptcy Court for the Southern District of New York,
                                    300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Seventy-Second Omnibus Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (1 Matter)

    C.    Uncontested, Agreed, Withdrawn, Or Settled Matters (1 Matters)

    D.    Contested Matters (2 Matter)

    E.    Adversary Proceedings (None)

**A.    Introduction**

**B.    Continued Or Adjourned Matters**∗

    1.    **"Motion by Reorganized Debtors To Enforce Plan Injunction Against Oldco Trustee"** -- Reorganized Debtors' Motion for Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (II) Directing Trustee to Dismiss Action to Recover Discharged Claim (Docket No. 21556)

        *Responses filed:*    None.

        *Replies filed:*    None.

        *Related filings:*    *Notice of Reorganized Debtors' Motion for Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (II) Directing Trustee to Dismiss Action to Recover Discharged Claim ("Oldco Trustee Injunction Motion") [re: Docket No. 21556] (Docket No. 21557)*

                      *[Proposed] Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (II) Directing Trustee to Dismiss Action to Recover*

---

∗    The motion found at the following docket number that appeared on a previous Proposed Omnibus Hearing Agenda has been voluntarily withdrawn from the agenda and would need to be re-noticed under the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 17, 2006 (Docket No. 2883), to be reinstated on a future Proposed Omnibus Hearing Agenda: Methode Electronics, Inc.'s Setoff Motion [Docket No. 4912].

*Discharged Claim ("Oldco Trustee Injunction Order") (Docket No. 21558)*

*Certificate of Service of Thomas B. Radom re: 1) Reorganized Debtors' Motion for Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (II) Directing Trustee to Dismiss Action to Recover Discharged Claim ("Oldco Trustee Injunction Motion") [Docket No. 21556]; 2) Notice of Reorganized Debtors' Motion for Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (II) Directing Trustee to Dismiss Action to Recover Discharged Claim ("Oldco Trustee Injunction Order") (re: Docket No. 21556) [Docket No. 21557]; and 3) Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (II) Directing Trustee to Dismiss Action to Recover Discharged Claim ("Oldco Trustee Injunction Order") [Docket No. 21558] (Docket No. 21559)*

*Amended Certificate of Service of Thomas B. Radom re: 1) Reorganized Debtors' Motion for Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (II) Directing Trustee to Dismiss Action to Recover Discharged Claim ("Oldco Trustee Injunction Motion") [Docket No. 21556]; 2) Notice of Reorganized Debtors' Motion for Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (II) Directing Trustee to Dismiss Action to Recover Discharged Claim ("Oldco Trustee Injunction Motion") (re: Docket No. 21556) [Docket No. 21557]; and 3) [Proposed] Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (II) Directing Trustee to Dismiss Action to Recover Discharged Claim ("Oldco Trustee Injunction Order") [Docket No. 21558] (Docket No. 21561)*

*Declaration of Dean R. Unrue, Claims Administrator, in Support of Reorganized Debtors' Motion for Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for*

3

        *the Oldco M Distribution Trust, and (II) Directing Trustee to Dismiss Action to Recover Discharged Claim [re: Docket No. 21556] (Docket No. 21562)*

        *Letter Filed By Tina N. Moss On Behalf Of Executive Sounding Board Associates Inc., As Trustee For The Oldco M Distribution Trust [Re: Docket No. 21556] (Docket No. 21568)*

        *Notice Of Adjourned Hearing On Reorganized Debtors' Motion For Order (I) Enforcing Modification Procedures Order, Modified Plan And Plan Modification Order Injunctions Against Trustee For The Oldco M Distribution Trust, And (II) Directing Trustee To Dismiss Action To Recover Discharged Claim (Docket No. 21578)*

        *Notice Of Change Of Time Of Seventy-Second Omnibus Hearing And Fiftieth Claims Hearing (Docket No. 21690)*

  *Status:*    *This matter has been adjourned pursuant to an agreement between the parties.*

**C.**  **Uncontested, Agreed, Withdrawn, Or Settled Matters**

  2.  **"Motion by Reorganized Debtors to Enforce Judgment Against Charles Tebele"** -- Plaintiff's Motion To Enforce Judgment Against Non-Party Charles Tebele (Ad. Pro. Case No. 06-1902 Docket No. 18)

    *Responses filed:*  None.

    *Replies filed:*  None.

    *Related filings:*  *Consent Judgment (Ad. Pro. Case No. 06-1902 Docket No. 12)*

        *Order Establishing Notice Procedure (Ad. Pro. Case No. 06-1902 Docket No. 16)*

        *Affidavit Of Service Of Evan Feldman (Docket No. 21565)*

        *Letter To Honorable Robert D Drain Confirming Adjournment Of Plaintiff's Motion To Enter And Enforce Judgment Against Non-Party Charles Tebele (Ad. Pro. Case No. 06-1902 Docket No. 19)*

        *Notice Of Change Of Time Of Seventy-Second Omnibus Hearing And Fiftieth Claims Hearing (Docket No. 21690)*

      *Status:*    *The Reorganized Debtors expect this matter will be resolved or will be adjourned pursuant to an agreement between the parties.*

**D. Contested Matters**

3. **"Motion by Reorganized Debtors To Approve Settlement With United States"** -- Reorganized Debtors' Motion for Order Approving Settlement Agreement Between Reorganized Debtors And United States Compromising and Allowing Proof of Claim Number 14309 ("Motion to Approve EPA Settlement") (Docket No. 21605)

   *Responses filed:*    None.

   *Replies filed:*    None.

   *Related filings:*    *Notice Of Change Of Time Of Seventy-Second Omnibus Hearing And Fiftieth Claims Hearing (Docket No. 21690)*

      *Statement Of The United States Of America In Support Of Reorganized Debtors' Motion For Order Approving Settlement Agreement Between Reorganized Debtors And United States Compromising And Allowing Proof Of Claim Number 14309 (Docket No. 21722)*

      *Comment Submitted By Ballard Spahr LLP On Behalf Of The Proctor & Gamble Company, PPG Industries, Inc., International Paper Company, Franklin International, Inc., Strebor Inc., And Worthington Cylinder Corporation (Attached as Exhibit B to Docket No. 21722)*

   *Status:*    *The hearing with respect to this matter will be proceeding.*

4. **"Motion by James Grai To Lift Stay"** -- Amended Notice Of Motion, Pursuant To Section 362 Of The Bankruptcy Code, For An Order Modifying The Automatic Stay (Docket No. 21682)

   *Responses filed:*    *Response To Letter Submitted By James Michael Grai (Docket No. 21652)*

      *Response And Limited Objection Of The ACE Companies To The Amended Motion Of James Grai Pursuant To Section 362 Of The Bankruptcy Code To Modify Automatic Stay And Amended Motion For Joinder Of Parties (Docket No. 21708)*

      *Reorganized Debtors' Objection To Amended Notice Of Motion, Pursuant To Section 362 Of The Bankruptcy Code,*

5

|  |  |
|---|---|
|  | *For An Order Modifying The Automatic Stay And Related Papers (Docket No. 21682)(Docket No. 21710)* |
|  | *Michigan Defendants' Response To Amended Motion For Joinder Of Parties And Amended Motion Of James Grai Pursuant To Section 362 Of The Bankruptcy Code To Modify Automatic Stay (Docket No. 21711)* |
|  | *Supplemental Response To Motion For Joinder Of Parties And Amended Motion By James Grai Pursuant To Section 362 Of The Bankruptcy Code To Modify Automatic Stay (Docket No. 21719)* |
| *Replies filed:* | *Reorganized Debtors' Reply And Supplemental Objection To Amended Notice Of Motion, Pursuant To Section 362 Of The Bankruptcy Code, For An Order Modifying The Automatic Stay And Related Papers (Docket No. 21721)* |
| *Related filings:* | *Letter Requesting Relief From The Stay So That The State Of Michigan State Worker's Compensation Commission Can Disburse The Allocated Funds To Disabled Workers Filed By James Michael Grai (Docket No. 21574)* |
|  | *Joinder To Lift Automatic Stay (Docket No. 21665)* |
|  | *Defendants Michigan Workers' Compensation Agency's And Michigan Funds Administration's Response To Letter Written By James Michael Grai (Docket No. 21666)* |
|  | *Notice Of Change Of Time Of Seventy-Second Omnibus Hearing And Fiftieth Claims Hearing (Docket No. 21690)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

**E.    Adversary Proceedings**

    *None.*

Dated: New York, New York
November 16, 2011

                SKADDEN, ARPS, SLATE, MEAGHER
                    & FLOM LLP

By: /s/ John K. Lyons
    John Wm. Butler, Jr.
    John K. Lyons
    Albert L. Hogan III
    Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606

    - and -

Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors