**Hearing Date: November 17, 2011**
**Hearing Time: 9:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                    :
  In re                             :   Chapter 11
                                    :
DPH HOLDINGS CORP., et al.,         :   Case No. 05-44481 (RDD)
                                    :
             Reorganized Debtors.   :   (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PROPOSED FIFTIETH CLAIMS HEARING AGENDA

Location Of Hearing:    United States Bankruptcy Court for the Southern District of New York,
                        300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Fiftieth Claims Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (1 Matter)

    C.    Uncontested, Agreed, Or Settled Matters (1 Matter)

    D.    Contested Matters (None)

**A.    Introduction**

**B.    Continued Or Adjourned Matters**

    1.    **"Claims Objection Hearing Regarding Claims of Ohio Bureau of Workers' Compensation"** - Claims Objection Hearing Regarding Claims of Ohio Bureau of Workers' Compensation as Objected to on the Debtors' Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension And OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claims, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) State Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 17182)

    *Responses filed:*    *Ohio Bureau Of Workers' Compensation's Response To Debtors' Thirty-Fourth Omnibus Objection To Claims (Docket No. 18346)*

    *Replies filed:*    *Debtors' Omnibus Reply In Support Of Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension And OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claim, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) State Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 18569)*

| | |
|---|---|
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Debtors Objection To Proofs Of Claim Nos. 1294 And 1301 (Ohio Bureau Of Workers' Compensation) (Docket No. 19687)* |
| | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proofs Of Claim Numbers 1294 And 1301 (Ohio Bureau Of Workers' Compensation) (Docket No. 19720)* |
| | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 19864)* |
| | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20509)* |
| | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20549)* |
| | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20693)* |
| | *(I) Notice Of Adjournment Of Evidentiary Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation And (II) Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1294 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20803)* |
| | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21117)* |
| | *Order Denying Motion Of Ohio Bureau Of Workers' Compensation To (I) Deem Claim Timely Filed, Or, Alternatively, (II) Authorize The Amendment Of Claim, Or (III) Permit Late Filed Claim (Docket No. 21147)* |

       *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21207)*

       *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21359)*

       *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21567)*

       *Notice Of Change Of Time Of Seventy-Second Omnibus Hearing And Fiftieth Claims Hearing (Docket No. 21690)*

       *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21707).*

       *Proof Of Claim No. 1301*

  *Status:*    *The hearing with respect to proof of claim number 1301 has been adjourned to the February 16, 2012 claims hearing pursuant to the Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21707).*

 **C.**  **Uncontested, Agreed, Or Settled Matters**

 2. **"Claims Objection Hearing Regarding Claim of Calsonic Kansei North America, Inc."** - Claims Objection Hearing Regarding Claims of Calsonic Kansei North America, Inc.. as Objected to on the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

  *Responses filed:* None.

|  |  |
|---|---|
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)* |
| *Related filings:* | *Notice of Claim Objection Hearing with Respect to Reorganized Debtors' Objection to Proof of Administrative Expense Claim Number 18664 (Calsonic Kansei North America, Inc.) (Docket No. 21530)* |
|  | *Reorganized Debtors Statement of Disputed Issues with Respect to Administrative Expense Claim Number 18664 (Docket No. 21549)* |
|  | *Notice Of Adjournment Of Claim Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 18664 (Docket No. 21573)* |
|  | *Notice Of Change Of Time Of Seventy-Second Omnibus Hearing And Fiftieth Claims Hearing (Docket No. 21690)* |
|  | *Joint Stipulation And Agreed Order Between Reorganized Debtors And Calsonic Kansei North America, Inc. Withdrawing Proof Of Administrative Expense Claim Number 18664 (Docket No. 21705)* |
|  | *Proof Of Administrative Expense Claim Number 18664* |
| *Status:* | *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors And Calsonic Kansei North America, Inc. Withdrawing Proof Of Administrative Expense Claim Number 18664 (Docket No. 21705).* |

D.  **Contested Matters**

   *None.*

Dated: New York, New York
       November 16, 2011

          SKADDEN, ARPS, SLATE, MEAGHER
            & FLOM LLP

By: /s/ John K. Lyons
    John Wm. Butler, Jr.
    John K. Lyons
    Albert L. Hogan III
    Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

      - and -

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for DPH Holdings Corp., et al.,
    Reorganized Debtors