HOWICK, WESTFALL, MCBRYAN & KAPLAN, LLP
3101 TOWER CREEK PARKWAY
SUITE 600, ONE TOWER CREEK
ATLANTA, GEORGIA 30339
TELEPHONE:   (678) 384-7000
FACSIMILE:   (678) 384-7034
LOUIS G. MCBRYAN (LG 1352) (PRO HAC VICE)
ATTORNEYS FOR VANGUARD DISTRIBUTORS, INC.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| IN RE: | : | |
| | : | |
| DPH HOLDINGS, CORP, ET AL. | : | CHAPTER 11 |
| | : | |
| REORGANIZED DEBTORS. | : | CASE NO. 05-44481 (RDD) |
| | : | |
| | : | (JOINTLY ADMINISTERED) |
| | : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM SERVICE LISTS

Louis G. McBryan of Howick, Westfall, McBryan & Kaplan, LLP, having appeared in the action referenced above under the Motion for Admission Pro Hac Vice [Doc. No. 8583] and Order of Admission to Practice Pro Hac Vice entered by the Court on July 17, 2007 [Doc. No. 8647], hereby withdraws his appearance as counsel for Vanguard Distributors, Inc. [Doc. No. 8548] and requests removal from the CM/ECF noticing list and any and all other service lists in these cases.

[SIGNATURE PAGE TO FOLLOW]

{File: 00057024.DOC / }

This the 18th day of November, 2011.

HOWICK, WESTFALL, McBRYAN
& KAPLAN, LLP

By: */s/ Louis G. McBryan*
      Louis G. McBryan (LM 1352) (pro hac vice)
      3101 Tower Creek Parkway
      Suite 600, One Tower Creek
      Atlanta, Georgia 30339
      Telephone:   (678) 384-7000
      Facsimile:    (678) 384-7034
      Attorneys for Defendant Vanguard Distributors, Inc.

HOWICK, WESTFALL, MCBRYAN & KAPLAN, LLP
3101 TOWER CREEK PARKWAY
SUITE 600, ONE TOWER CREEK
ATLANTA, GEORGIA 30339
TELEPHONE:    (678) 384-7000
FACSIMILE:    (678) 384-7034
LOUIS G. MCBRYAN (LG 1352) (PRO HAC VICE)
ATTORNEYS FOR VANGUARD DISTRIBUTORS, INC.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE: | : | |
| | : | |
| DELPHI CORPORATION, ET AL. | : | CHAPTER 11 |
| | : | |
| DEBTORS. | : | CASE NO. 05-44481 (RDD) |
| | : | |
| | : | |
| | : | (JOINTLY ADMINISTERED) |

## NOTICE OF SERVICE

This is to certify that on that 18th day of November, 2011, a copy of the **NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS** served via first class mail by depositing same in sealed envelope, with postage prepaid thereon, addressed to the last known address of the addressees as indicated below:

| | |
|---|---|
| John Williams Butler, Jr., Esq.<br>John K. Lyons, Esq.<br>Albert L. Hogan, III, Esq.<br>Ron E. Meisler, Esq.<br>Skadden Arps, Slate, Meagher & Flom, LLP<br>155 North Wacker Drive<br>Chicago, IL 60606 | Kurtzman Carson Consultants, LLC<br>2355 Alaska Avenue<br>El Segundo, CA 90245 |

{File: 00057024.DOC / }

| | |
|---|---|
| Cynthia J. Haffey, Esq.<br>David Levine, Esq.<br>Chester Kasiborski, Jr., Esq.<br>Butzel Long<br>150 W. Jefferson Avenue, Suite 100<br>Detroit, Michigan 48226 | Tracy Hope Davis, Esq.<br>Brian Masumoto, Esq.<br>Office of the U.S. Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| Mark A. Broude, Esq.<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 | Butzel Long<br>Attn: Eric B. Fisher, Esq.<br>380 Madison Avenue, 22nd Floor<br>New York, New York 10017 |

This 18th day of November, 2011.

*/s/Louis G. McBryan*
Louis G. McBryan
3101 Towercreek Parkway
One Tower Creek, Suite 600
Atlanta, Georgia 30339
Telephone: (678) 384-7000
Facsimile: (678) 384-7034
E-mail: lmcbryan@hwmklaw.com
*Attorneys for Vanguard Distributors, Inc.*

{File: 00057024.DOC / }