UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X
In re                                                             :   Chapter 11
                                                                  :
DPH HOLDINGS CORP., et al.,                                       :   Case No. 05-44481 (RDD)
                                                                  :
                                                                  :   (Jointly Administered)
            Reorganized Debtors.                                  :
                                                                  :
----------------------------------------------------------------- X

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO BE REMOVED
FROM SERVICE LISTS AND ELECTRONIC FILING NOTICES**

PLEASE TAKE NOTICE that Deborah M. Buell, Esq. hereby withdraws her appearance in the above-referenced case on behalf of (i) Arneses Electricos Automotrices S.A. de C.V. ("Arneses"); (ii) Cordaflex S.A. de C.V. ("Cordaflex"); (iii) UBS Securities LLC ("UBS") and requests to be removed from all service lists and from the CM/ECF notice list for this case.

Dated:  New York, New York
        November 21, 2011

                                        Respectfully submitted,

                                        _____
                                        Deborah M. Buell, Esq.
                                        Cleary Gottlieb Steen & Hamilton LLP
                                        One Liberty Plaza
                                        New York, NY  10006
                                        (212) 225-2000

                                        Attorneys for Arneses, Cordaflex and
                                        UBS

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing has been this date mailed to the parties listed on the service list below.

<u>Transmitted electronically to all parties requesting Notice</u>

Dated this __21st__ day of __November__, 2011   _____
                                                   Brendan Cyr

## SERVICE LIST

John Wm. Butler Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Suite 2700
Chicago, IL 60606

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2111

Delphi Corporation Claims Processing
c/o Kurtzman Carson & Consultants LLC
2335 Alaska Avenue
EL Segundo, CA 90245