HONIGMAN MILLER SCHWARTZ AND COHN LLP
Norman C. Ankers (Michigan Bar No. P30533)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7306
Facsimile: (313) 465-7307
Email: nankers@honigman.com

Attorneys for Swynson Limited

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | | |
|---|---|---|
| **In re** | : | Chapter 11 |
| | : | |
| **DPH HOLDINGS CORP.,** et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Norman C. Ankers, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Swynson Limited, in the above referenced case.

*I certify that I am a member in good standing* of the bar in the State of Michigan and the bar of the U.S. District Court for the Eastern District of Michigan.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: November 23, 2011
Detroit, Michigan

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Swynson Limited

By:    /s/ Norman C. Ankers
     Norman C. Ankers (Michigan Bar No. P30533)
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226
Telephone: (313) 465-7306
Facsimile:  (313) 465-7307
Email: nankers@honigiman.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Norman C. Ankers (Michigan Bar No. P30533)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7306
Facsimile: (313) 465-7307
Email: nankers@honigman.com

Attorneys for Swynson Limited

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| | | |
|---|---|---|
| **In re** | : | Chapter 11 |
| | : | |
| **DPH HOLDINGS CORP.,** <u>et al</u>., | : | Case No. 05-44481 (RDD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Norman C. Ankers, to be admitted, *pro hac vice*, to represent Swynson Limited, (the "Client") a creditor in the above reference case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan and the bar of the U.S. District Court for the Eastern District of Michigan, it is hereby

**ORDERED,** that Norman C. Ankers, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York          /s/_____
                                          Honorable Robert D. Drain
                                          United States Bankruptcy Judge

10004160.1