HONIGMAN MILLER SCHWARTZ AND COHN LLP
Norman C. Ankers (Michigan Bar No. P30533)
Seth A. Drucker (Michigan Bar No. 656451)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7306
Facsimile: (313) 465-7307
Email: nankers@honigman.com

Attorneys for Swynson Limited, assignee of evo Medical Solutions, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
| | | |
|---|---|---|
| **In re** | : | Chapter 11 |
| | : | |
| **DPH HOLDINGS CORP.,** et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------x

### CERTIFICATE OF SERVICE

The undersigned hereby certifies and declares that he caused copies of the **Notice of Motion** and **Motion for Order Determining that Swynson Limited, Assignee of evo Medical Solutions, Inc., May Pursue Binding Arbitration** to be served on the following individuals by the following means:

| **Served Upon:** | See attached Service List |
|---|---|
| **Method of Service:** | Via U.S. Mail |
| **Date Served** | November 23, 2011 |

| **Served Upon:** | DPH Medical Systems LLC<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE  19801 |
|---|---|
| **Method of Service:** | Via U.S. Mail |
| **Date Served** | November 23, 2011 |

| **Served Upon:** | ECF Participants |
|---|---|
| **Method of Service:** | Via Court ECF email notification |
| **Date Served** | November 23, 2011 |

I certify and declare under penalty of perjury that the foregoing is true and correct.

                          HONIGMAN MILLER SCHWARTZ AND COHN LLP
                          Attorneys for Swynson Limited.

Dated: November 23, 2011      By:    /s/ Norman C. Ankers
                                              Norman C. Ankers (Michigan Bar No. P30533)
                                              Seth A. Drucker (Michigan Bar No. 656451)
                                   2290 First National Building
                                   660 Woodward Avenue
                                   Detroit, MI 48226
                                   Telephone:  (313) 465-7306
                                   Facsimile:  (313) 465-7307
                                   Email: nankers@honigman.com

10026282.1

Deborah L. Thorne
Kathleen L. Matsoukas
Barnes & Thornburg LLP
One N Wacker Drive, Suite 4400
Chicago, IL  60606

Sean Corcoran, Karen Craft
David M. Sherbin
Delphi Automotive Systems LLP
5725 Delphi Drive
Troy, MI  48098

John Brooks
DPH Holdings Corp.
5725 Delphi Drive
Troy, MI  48098

Brian Masumoto
United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004-2112

Jeffrey A. Wurst, Esq.
Ruskin Moscou Faltischek PC
1425 RXR Plaza, 15th Floor
Uniondale, NY  11556

Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom
155 N Wacker Drive, Suite 2700
Chicago, IL  60606-1720

Joseph Avanzato
Adler Pollock & Sheehan PC
One Citizens Plz, 8th Fl
Providence, RI  02903

Harvey R. Miller, Robert J. Lemons
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Adalberto Cañadas Castillo
Avda Ramon de Carranza
10-1°
Cadiz, Spain 11006

Ira S Dizengoff
Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY  10036

David Boyle
Airgas, Inc.
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA  19087-8675

Brandon J. Kessinger
Akebono Brake Corporaton
310 Ring Road
Elizabethtown, KY  42701

Craig E. Freeman
Alston & Bird, LLP
90 Park Avenue
New York, NY  10016

Michael S. Greger
Allen Matkins Leck Gamble & Mallory
1900 Main Street, Fifth Floor
Irvine, CA  92614-7321

National Renewable Energy Laboratory
Alliance for Sustainable Energy LLC
Jim Martin Senior Attorney
1617 Golden Blvd MS 1734
Golden, CO  80401

Mark T. Flewelling
Anglin, Flewelling, Rasmussen, Campbell
& Trytten, LLP
199 S Los Robles Ave, Suite 600
Pasadena, CA  91101-2459

Dennis J. Connolly; David A. Wender
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, GA  30309

Steven R. Keyes
American Axle & Manufacturing, Inc.
One Dauch Drive, Mail Code 6E-2-42
Detroit, MI  48243

Joel M. Gross
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C.  20004-1206

Robert M. Hirsh
Arent Fox PLLC
1675 Broadway
New York, NY  10019

Darryl S. Laddin
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA  30363-1031

Kimberly Robinson, William Barrett
Barack, Ferrazzano, Kirschbaum &
Nagelberg LLP
200 W Madison St Ste 3900
Chicago, IL  60606

Carl Galloway
ATS Automation Tooling Systems Inc.
250 Royal Oak Road
Cambridge, Ontario  N3H 4R6

Eric T. Ray
Balch & Bingham LLP
PO Box 306
Birmingham, AL  35201

Damon Leichty, Sarah Quinn Kuhny
Barnes & Thornburg LLP
600 1st Source Bank Center
100 North Michigan
South Bend, IN  46601

David M. Powlen
Barnes & Thornburg LLP
1000 N West Street, Suite 1200
Wilmington, DE  19801

Alan K. Mills
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN  46204

John T. Gregg
Patrick E. Mears
Barnes & Thornburg LLP
171 Monroe Ave NW, Suite 1000
Grand Rapids, MI  49503

Mark R. Owens, Wendy D. Brewer
Michael K. McCrory
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN  46204

Deborah L. Thorne
Kathleen L. Matsoukas
Barnes & Thornburg LLP
One N Wacker Dr, Suite 4400
Chicago, IL  60606

| | | |
|---|---|---|
| Hannah E. Greenwald<br>Bernstein Litowitz Berger & Grossman<br>1285 Avenue of the Americas<br>New York, NY  10019 | Frank F. McGinn<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street, 9th Floor<br>Boston, MA  02110 | Thomas M Beeman<br>Beeman Law Office<br>33 West 10th Street, Suite 200<br>Anderson, IN  46016 |
| Marc E. Richards<br>Blank Rome LLP<br>The Chrylser Building<br>405 Lexington Avenue<br>New York, NY  10174 | James P. Murphy<br>Berry Moorman P.C.<br>535 Griswold, Suite 1900<br>Detroit, MI  48226 | Kenneth T. Law, Thomas M. Gaa<br>Lawrence M. Schwab<br>Bialson, Bergen & Schwab<br>2600 El Camino Real, Suite 300<br>Palo Alto, CA  94306 |
| Shawn M. Christianson<br>Buchalter Nemer, A Profesional Corporation<br>333 Market Street, 25th Floor<br>San Francisco, CA  94105-2126 | Ralph E. McDowell<br>Bodman LLP<br>100 Renaissance Center, 34th Floor<br>Detroit, MI  48243 | Whitney L Mosby<br>Bingham McHale LLP<br>10 W Market Street, Suite 2700<br>Indianapolis, IN  46204 |
| Peter S. Russ<br>Buchanan Ingersoll & Rooney PC<br>620 Eighth Ave, 23rd Floor<br>New York, NY  10018 | Massimilliano Cini<br>Brembo S.p.A.<br>Admin Department via Brembo 25<br>24035 Curno BG<br>Bergamo, | Charles J. Sullivan, Camille W. Hill<br>Stephen A. Donato<br>Bond, Schoeneck & King, PLLC<br>One Lincoln Center, 18th Floor<br>Syracuse, NY  13202 |
| Jonathan Greenberg<br>Kevin Burke<br>Cahill Gordon & Reindel LLP<br>80 Pine Street<br>New York, NY  10005 | Mark Pfeiffer<br>Buchanan Ingersoll & Rooney PC<br>50 S. 16th St Ste 3200<br>Philadelphia, PA  19102 | Roger G. Jones, Austin L. McMullen<br>Boult, Cummings, Conners & Berry, PLC<br>1600 Division St, Suite 700<br>PO Box 34005<br>Nashville, TN  37203 |
| Dorothy H. Marinis-Riggio<br>Robert Calinoff<br>Calinoff & Katz, LLp<br>140 East 45th St, 17th Floor<br>New York, NY  10017 | William H. Schorling, Esq.<br>Buchanan Ingersoll & Rooney PC<br>Two Liberty Place<br>50 S. 16th St., Ste 3200<br>Philadelphia, PA  19102 | Donald K. Ludman<br>Brown & Connery, LLP<br>6 North Broad Street<br>Woodbury, NJ  08096 |
| Joel Applebaum, Robert Gordon<br>Shannon Deeby<br>Clark Hill PLC<br>500 Woodward Ave, Suite 3500<br>Detroit, MI  48226-3435 | Sheldon H. Klein, Thomas B. Radom<br>Butzel Long<br>Stoneridge West<br>41000 Woodward Avenue<br>Bloomfield Hills, MI  48304 | Mary Caloway<br>Buchanan Ingersoll & Rooney PC<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE  19801 |
| Deborah M. Buell<br>James L. Bromley<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY  10006 | Jeannine D'Amico<br>Cadwalader Wickersham & Taft LLP<br>1201 F St NW Ste 1100<br>Washington, DC  20004 | B. Sendek, D. DeVine, C. Haffey<br>C. Kasiborski, Jr., D. Orlandoni,<br>Butzel Long<br>150 W. Jefferson Ave, Suite 100<br>Detroit, MI  48226 |
| Joseph J. Vitale<br>Babette Ceccotti<br>Cohen, Weiss & Simon LLP<br>330 West 42nd Street<br>New York, NY  10036 | Michael J Rye<br>Cantor Colburn LLP<br>20 Church Street, 22nd Floor<br>Hartford, CT  06103-3207 | John J. Rapisardi Esq<br>Joseph Zujkowski Esq<br>Cadwalader Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY  10281 |
| Ronald S. Pretekin<br>Coolidge Wall Co. LPA<br>33 West First Street, Suite 600<br>Dayton, OH  45402 | Aaron R. Cahn<br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY  10005 | Jean R. Robertson, Esq.<br>Calfee, Halter & Griswold LLC<br>1400 McDonald Investment Ctr<br>800 Superior Ave<br>Cleveland, OH  44114 |

| | | |
|---|---|---|
| Daniel P. Mazo<br>Curtin & Heefner, LLP<br>250 N. Pennslyvania Avenue<br>Morrisville, PA 19067 | Scott D. Rosen, Esq.<br>Cohn Birnbaum & Shea P.C.<br>100 Pearl Street, 12th Floor<br>Hartford, CT 06103 | Joseph Fischer<br>Robert Weisberg, Patrick Kukla<br>Carson Fischer, P.L.C.<br>4111 Andover Rd, W 2nd Floor<br>Bloomfield Hills, MI 48302 |
| David P. Martin<br>519 Energy Center Blvd<br>Ste 1104<br>Northport, AL 35401 | Susan Power Johnston<br>Aaron R. Marcu<br>Covington & Burling<br>620 Eighth Ave<br>New York, NY 10018 | Douglas Deutsch, Esq.<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112 |
| Glenn E. Siegel<br>James O. Moore<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036-6797 | Cindi Eilbott<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178-0061 | Thomas D. Maxson<br>Cohen & Grigsby, P.C.<br>11 Stanwix Street, 15th Floor<br>Pittsburgh, PA 15222-1319 |
| John Persiani<br>Dinsmore & Shohl LLP<br>1900 Chemed Center<br>255 East Fifth Street<br>Cincinnati, OH 45202 | Richard M. Meth<br>Day Pitney LLP<br>P.O. Box 1945<br>Morristown, NJ 07962-1945 | Jeffrey C. Wisler, Esq.<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 |
| Joseph H. Lemkin<br>Duane Morris LLP<br>744 Broad Street, Suite 1200<br>Newark, NJ 07102 | Carol Sowa<br>Denso International America, Inc.<br>24777 Denso Drive<br>Southfield, MI 48086 | Sean M. Walsh, Esq.<br>Cox, Hodgman & Giarmarco, P.C.<br>Tenth Floor Columbia Center<br>101 W. Big Beaver Road<br>Troy, MI 48084-5280 |
| Wendy M. Simkulak, Esq.<br>Duane Morris LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196 | R. Kremen, Maria Chavez-Ruark<br>DLA Piper Rudnick Gray Cary US LLP<br>The Marbury Building<br>6225 Smith Avenue<br>Baltimore, MD 21209-3600 | William F. Savino<br>Damon & Morey LLP<br>1000 Cathedral Place<br>298 Main Street<br>Buffalo, NY 14202-4096 |
| Ayala Hassell<br>Electronic Data Systems Corporation<br>5400 Legacy Dr.<br>Mail Stop H3-3A-05<br>Plano, TX 75024 | Lewis R Olshin<br>Margery N. Reed<br>Duane Morris LLP<br>30 South 17th Street<br>Philadelphia, PA 19103 | Ronald S. Beacher<br>Conrad K. Chiu<br>Day Pitney LLP<br>7 Times Square<br>New York, NY 10036 |
| Maura I. Russell<br>Anthony B. Stumbo<br>Epstein Becker & Green PC<br>250 Park Ave, 11th Floor<br>New York, NY 10177-1211 | Douglas S Parker<br>Dykema Gossett PLLC<br>39577 Woodward Ave, Suite 300<br>Bloomfield Hills, MI 48304 | Gerard DiConza, Esq.<br>DiConza Law, P.C.<br>630 Third Avenue, 7th Floor<br>New York, NY 10017 |
| Louis A. Scarcella<br>Patrick T. Collins<br>Farrell Fritz PC<br>1320 RexCorp Plaza<br>Uniondale, NY 11556-1320 | Barbara Ellis-Monro<br>Ellenberg, Ogier, Rothschild & Rosenfeld<br>170 Mitchell Street, SW<br>Atlanta, GA 30303 | Andrew C. Kassner<br>Drinker Biddle & Reath LLP<br>18th and Cherry Streets<br>Philadelphia, PA 19103 |
| Ann Uetz, John Trentacosta<br>Katherine Catanese, John Simon<br>Foley & Lardner LLP<br>500 Woodward Ave, Suite 2700<br>Detroit, MI 48226-3489 | Gary Ettelman<br>Ettelman & Hochheiser, P.C.<br>c/o Premium Cadillac<br>77 Main Street<br>New Rochelle, NY 10801 | Robert D. Nachman<br>Dykema Gossett PLLC<br>10 South Wacker Dr, Suite 2300<br>Chicago, IL 60606 |

Frederick T. Rikkers
419 Venture Court
P.O. Box 930555
Verona, WI  53593

Charles J. Filardi, Jr., Esq.
Filardi Law Offices LLC
65 Trumbull St, Second Floor
New Haven, CT  06510

Alan H. Katz
Entergy Services, Inc.
639 Loyola Ave 26th Fl
New Orleans, LA  70113

Michael M Parker
Fulbright & Jaworski LLP
300 Convent St Ste 2200
San Antonio, TX  78205

Jill L. Murch
Foley & Lardner LLP
321 North Clark St, Suite 2800
Chicago, IL  60610-4764

Elizabeth K. Flaagan
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln St
Denver, CO  80203-4532

Attn Bruce W Hoover
Goldberg Segalla LLP
665 Main St Ste 400
Buffalo, NY  14203

Brian Isen
Fox Rothschild LLP
1301 Atlantic Avenue
Atlantic City, NJ  08401

Ted J. Donovan
Finkel Goldstein Rosenbloom & Nash LLP
26 Broadway, Suite 711
New York, NY  10004

Peter D. Bilowz
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA  02110-333

Ronald E. Gold
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH  45202-4182

Fred Stevens
Fox Rothschild LLP
100 Park Avenue, 15th Floor
New York, NY  10017

Matthew R. Robbins
Gratz, Miller & Brueggeman, S.C.
1555 N. RiverCenter Dr, Ste 202
Milwaukee, WI  53212

David C. Cimo
Genovese Joblove & Battista, P.A.
100 S.E. 2nd St, Suite 4400
Miami, FL  33131

David A Rosenzweig
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY  10103-3198

Shari L. Heyen
Greenberg Traurig, LLP
1000 Louisiana, Suite 1800
Houston, TX  77002

Bruce W Hoover Richard A Braden
Goldberg Segalla LLP
665 Main St Ste 400
Buffalo, NY  14203

David N. Crapo
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310

Alan Halperin, C. Battaglia
Julie Dyas
Halperin Battaglia Raicht, LLP
555 Madison Avenue, 9th Floor
New York, NY  10022

James J Sabella
Grant & Eisenhofer P.A.
485 Lexington Ave
New York, NY  10017

Barbara S. Mehlsack
Gorlick, Kravitz & Listhaus, P.C.
17 State Street, 4th Floor
New York, NY  10004

Harris D. Leinwand
Harris D. Leinwand
315 Madison Ave, Suite 901
New York, NY  10017

J. Michael Debbler, Susan M. Argo
Graydon Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH  45202

Jay W. Eisenhofer
Grant & Eisenhofer P.A.
45 Rockefeller Center
650 Fifth Avenue
New York, NY  10111

Lenard Parkins, Kenric Kattner
Haynes and Boone, LLP
1 Houston Center
1221 McKinney, Suite 2100
Houston, TX  77010

Cherie Macdonald
J. Patrick Bradley
Greensfelder, Hemker & Gale, P.C.
10 S. Broadway, Suite 200
St. Louis, MO  63102

Maria J. DiConza
Greenberg Traurig, LLP
MetLife Bldg
200 Park Avenue
New York, NY  10166

Ramona S. Neal
Hewlett-Packard Company
11311 Chinden Blvd., M/S 314
Boise, ID  83714-0021

R John Clark Esq
Hancock & Estabrook LLP
1500 Tower I
PO Box 4976
Syracuse, NY  13221-4976

Lawrence E Oscar
Christopher W Peer
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH  44114

| | | |
|---|---|---|
| J. Eric Charlton<br>Hiscock & Barclay, LLP<br>300 South Salina Street<br>PO Box 4878<br>Syracuse, NY  13221-4878 | Robert H. Adams<br>Haskell Slaughter Young & Rediker LLC<br>2001 Park Place N, Suite 1400<br>Birmingham, AL  35203 | David G Dragich<br>Harrington, Dragich & O'Neill PLLC<br>21043 Mack Avenue<br>Grosse Pointe Woods, MI  48236 |
| Audrey Moog, Edward C. Dolan<br>Hogan & Hartson L.L.P.<br>Columbia Square<br>555 Thirteenth Street, N.W.<br>Washington, D.C.  20004-1109 | Paul Rubin<br>Herrick, Feinstein LLP<br>2 Park Avenue<br>New York, NY  10016 | Judith Elkin<br>Haynes and Boone, LLP<br>153 East 53rd St, Suite 4900<br>New York, NY  10022 |
| Lisa S Gretchko<br>Howard & Howard Attorneys PC<br>39400 Woodward Ave, Ste 101<br>Bloomfield Hills, MI  48304-5151 | Sharon Petrosino<br>Hewlett-Packard Company<br>420 Mountain Avenue<br>Murray Hill, NJ  07974 | Kenneth F. Higman<br>Hewlett-Packard Company<br>2125 E. Katella Ave, Suite 400<br>Anaheim, CA  92806 |
| Ben T. Caughey<br>Ice Miller<br>One American Square<br>Box 82001<br>Indianapolis, IN  46282-0200 | Garry Graber, James Thoman<br>Hodgson Russ LLP<br>The Guaranty Building<br>140 Pearl Street, Suite 100<br>Buffalo, NY  14202-4040 | Michael J Pendell<br>Hinckley Allen & Snyder LLP<br>185 Asylum St CityPlace I<br>35th Floor<br>Hartford, CT  06103-3488 |
| Jeff Gillespie<br>Infineon Technologies North America Corporation<br>2529 Commerce Dr, Suite H<br>Kokomo, IN  46902 | Louis G. McBryan<br>Howick, Westfall, McBryan & Kaplan<br>3101 Tower Creek Parkway<br>Ste 600 One Tower Creek<br>Atlanta, GA  30339 | Scott Golden, Matthew Morris<br>Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY  10022 |
| Heather M. Forrest<br>Jackson Walker LLP<br>901 Main St Ste 600<br>Dallas, TX  75202 | Steven T. Holmes<br>Hunton & Wiliams LLP<br>Energy Plaza, 30th Floor<br>1601 Bryan Street<br>Dallas, TX  75201 | John J. Hunter, Thomas J. Schank<br>Hunter & Schank Co. LPA<br>One Canton Square<br>1700 Canton Avenue<br>Toledo, OH  43624 |
| Ronald R. Peterson<br>Jenner & Block LLP<br>One IBM Plaza<br>Chicago, IL  60611 | Henry A. Efroymson<br>Ice Miller LLP<br>One American Sq, 29th Floor<br>Indianapolis, IN  46482 | Ann E. Evanko<br>Hurwitz & Fine P.C.<br>1300 Liberty Building<br>Buffalo, NY  14202 |
| Peter J. Benvenutti<br>Michaeline H. Correa<br>Jones Day<br>555 California St 26th Floor<br>San Francisco, CA  94104 | Richard Griffin<br>International Union of Operating Engineers<br>1125-17th Avenue, N.W.<br>Washington, DC  20036 | Greg Bibbes<br>Infineon Technologies North America Corporation<br>1730 North First St, M/S 11305<br>San Jose, CA  95112 |
| John P. Sieger, Esq.<br>Katten Muchin Rosenman LLP<br>525 West Monroe Street<br>Chicago, IL  60661 | Parmenter O'Toole<br>James R Scheuerle<br>601 Terrace Street<br>PO Box 786<br>Muskegon, MI  49443-0786 | Bruce J. Ruzinsky<br>Jackson Walker LLP<br>1401 McKinney St Ste 1900<br>Houston, TX  77010 |
| Lynn Lincoln Sarko<br>Campen Laufenberg , Cari Erin M. Rily<br>Keller Rohrback L.L.P.<br>1201 Third Ave, Suite 3200<br>Seattle, WA  98101 | Jerry W. Gerde, Esq.<br>Johnston, Harris Gerde & Komarek, P.A.<br>239 E. 4th St.<br>Panama City, FL  32401 | Will Schultz, General Counsel<br>Jason, Inc.<br>411 E. Wisconsin Ave, Suite 2120<br>Milwaukee, WI  53202 |

James E. DeLine
Patrick Warren Hunt
Kerr Russell & Weber PLC
500 Woodward Ave, Suite 2500
Detroit, MI  48226

David Spiegel
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654

Patti E Pope, Revenue Recovery Mgr
Kokomo Gas & Fuel Company
Northern Indiana Public Service Co
801 East 86th Avenue
Merrillville, IN  46410

Patricia L. Beaty Esq
Krieg Devault LLP
One Indiana Square, Suite 2800
Indianapolis, IN  46204

Edward D. Kutchin
Kerry R. Northrup
Kutchin & Rufo, P.C.
Two Center Plaza, Suite 620
Boston, MA  02108-1906

Rob Charles, Esq.
Lewis and Roca LLP
One South Church St, Suite 700
Tucson, AZ  85701

Diane W. Sanders
Linebarger Goggan Blair & Sampson
1949 South IH 35 (78741)
P.O. Box 17428
Austin, TX  78760-7428

Kevin J. Walsh
Locke Lord Bissell & Liddell
885 Third Avenue, 26th Floor
New York, NY  10022-4802

Erik G. Chappell
Lyden, Liebenthal & Chappell, Ltd.
5565 Airport Highway, Suite 101
Toledo, OH  43615

Leah M. Caplan, Esq.
Margulies & Levinson, LLP
30100 Chagrin Blvd, Suite 250
Pepper Pike, OH  44124

Richard G Smolev
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022-3598

Gary A. Gotto
Keller Rohrback P.L.C.
National Bank Plaza
3101 N Central Ave, Suite 900
Phoenix, AZ  85012

Jim Stempel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

Jordan D Kaye
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Sam O. Simmerman
Krugliak, Wilkins, Griffiths & Dougherty
4775 Munson Street N.W.
P.O. Box 36963
Canton, OH  44735-6963

Mark A. Broude, Michael J. Riela
Robert Rosenberg, Mitchell A. Seider
Latham & Watkins
885 Third Avenue
New York, NY  10022

Susan M. Freeman, Esq.
Lewis and Roca LLP
40 North Central Ave, Suite 1900
Phoenix, AZ  85004-4429

Elizabeth Weller
Linebarger Goggan Blair & Sampson
2323 Bryan Street, Suite 1600
Dallas, TX  75201

P. Gregory Schwed
William M. Hawkins
Loeb & Loeb LLP
345 Park Avenue
New York, NY  10154-0037

Ira M. Levee, Bruce S. Nathan
Michael S. Etikin
Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Fl
New York, NY  10020

Scott J. Friedman
Corinne Ball
Jones Day
222 East 41st Street
New York, NY  10017

Karel S. Karpe
Karel S. Karpe P.C. d/b/a KarpeLaw
44 Wall Street, 12th Floor
New York, NY  10005

Kenneth R. Cookson
Kegler, Brown, Hill & Ritter Co., LPA
65 East State St, Suite 1800
Columbus, OH  43215

Craig A. Wolfe
Merrill B. Stone
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY  10178

Thomas Kennedy
Susan M. Jennik
Kennedy, Jennick & Murray
113 University Pl, 7th Floor
New York, NY  10003

H. Slayton Dabney, Jr.
King & Spalding, LLP
1185 Avenue of the Americas
New York, NY  10036

Edward M. Fox
Kirkpatrick & Lockhart Nicholson Graham
599 Lexington Avenue
New York, NY  10022

Lawrence W. Schmits Esq.
Krieg Devault LLP
One Indiana Square, Suite 2800
Indianapolis, IN  46204

Jay Selanders
Kutak Rock LLP
1010 Grand Blvd Ste 500
Kansas City, MO  64106

Adam D. Bruski, Susan M. Cook
Lambert Leser Isackson Cook & Guinta
309 Davidson Building
PO Box 835
Bay City, MI  48707-0835

| | | |
|---|---|---|
| David J. Adler, Jr. Esq.<br>McCarter & English, LLP<br>245 Park Avenue, 27th Floor<br>New York, NY  10167 | Alexander Stotland Esq<br>Maddin, Hauser, Wartell, Roth & Heller<br>28400 Northwestern Hwy<br>Third Floor<br>Southfield, MI  48034 | Michael O'Hayer Esq<br>Law Offices of Michael O'Hayer<br>22 N Walnut Street<br>West Chester, PA  19380 |
| Gary O. Ravert<br>Stephen B. Selbst<br>McDermott Will & Emery LLP<br>340 Madison Avenue<br>New York, NY  10017-1922 | Victor J. Mastromarco, Jr.<br>Mastromarco & Jahn, P.C.<br>1024 North Michigan Avenue<br>P.O. Box 3197<br>Saginaw, MI  48605-3197 | John England, Esq.<br>Linear Technology Corporation<br>General Counsel<br>1630 McCarthy Blvd.<br>Milpitas, CA  95035-7417 |
| Scott N. Opincar<br>Shawn M. Riley<br>McDonald Hopkins Co., LPA<br>600 Superior Ave E, Suite 2100<br>Cleveland, OH  44114 | Eduardo J. Glas, Esq.<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ  07102-4096 | John P. Dillman<br>Linebarger Goggan Blair & Sampson<br>P.O. Box 3064<br>Houston, TX  77253-3064 |
| Aaron McCollough, Daniel Blanks<br>John H Maddock III<br>McGuirewoods LLP, One James Ctr<br>901 East Cary Street<br>Richmond, VA  23219-4030 | Hanan Kolko<br>Meyer, Suozzi, English & Klein, P.C.<br>1350 Broadway, Suite 501<br>New York, NY  10018 | Kenneth A. Rosen, Scott Cargill<br>Vincent A. D'Agostino<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ  07068 |
| Attn Thomas R Slome Esq<br>Meyer, Suozzi, English & Klein, P.C.<br>990 Stewart Ave Ste 300<br>PO Box 9194<br>Garden City, NY  11530-9194 | Dennis Raterink, Michael Cox<br>Michigan Department of Labor and Econ<br>Growth Workers Comp Agency<br>PO Box 30736<br>Lansing, MI  48909-7717 | Joe Landen<br>Madison Capital Management<br>6143 South Willow Dr, Suite 200<br>Greenwood Village, CO  80111 |
| M. Meyers, R. Rosenbaum<br>Meyers, Rodbell & Rosenbaum, P.A.<br>Berkshire Building<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale Park, MD  20737-1385 | Dale Allen<br>Miller & Martin PLLC<br>150 Fourth Ave N, Ste 1200<br>Nashville, TN  37219 | Gary D. Santella<br>Masuda Funai Eifert & Mitchell, Ltd.<br>203 North LaSalle St, Suite 2500<br>Chicago, IL  60601-1262 |
| Michael Cox<br>Cadillac Place<br>3030 W. Grand Blvd., Suite 10-200<br>Detroit, MI  48202 | Jeff Ott<br>Molex Connector Corp<br>2222 Wellington Ct.<br>Lisle, IL  60532 | Lorne P. Salzman<br>McCarthy Tetrault LLP<br>66 Wellington St West, Suite 4700<br>Toronto, Ontario  M5K 1E6<br>**Canada** |
| Thomas D. Renda<br>Miles & Stockbridge, P.C.<br>10 Light Street<br>Baltimore, MD  21202 | Richard W. Esterkin, Esq.<br>Morgan, Lewis & Bockius LLP<br>300 South Grand Avenue<br>Los Angeles, CA  90017 | Steven P. Handler Monica M. Quinn<br>McDermott Will & Emery LLP<br>227 W Monroe St<br>Chicago, IL  60606 |
| Jonathan S. Green, Marc N. Swanson<br>Timothy A. Fusco<br>Miller, Canfield, Paddock and Stone<br>150 W. Jefferson Ave, Suite 2500<br>Detroit, MI  48226 | Raymond Urbanik, Joseph Wielebinski<br>Davor Rukavina<br>Munsch Hardt Kopf & Harr, P.C.<br>3800 Lincoln Plaza, 500 North Akard St<br>Dallas, TX  75201-6659 | Jeffrey Bernstein<br>McElroy, Deutsch, Mulvaney & Carpenter<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ  07102-4079 |
| Paul J. Ricotta<br>Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C.<br>One Financial Center<br>Boston, MA  02111 | Lisa M. Moore<br>National City Commercial Capital<br>995 Dalton Avenue<br>Cincinnati, OH  45203 | Merle C. Meyers<br>Meyers Law Group, P.C.<br>44 Montgomery St, Suite 1010<br>San Francisco, CA  94104 |

| | | |
|---|---|---|
| Menachem O. Zelmanovitz<br>Andrew D. Gottfried<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY  10178 | Victor G. Milione<br>Christopher M. Desiderio<br>Nixon Peabody LLP<br>437 Madison Ave<br>New York, NY  10022 | April Burch<br>Miami-Dade County Tax Collector<br>Paralegal Unit<br>140 West Flagler St Ste 1403<br>Miami, FL  33130 |
| James M. Sullivan Esq.<br>Moses & Singer LLP<br>The Chrylser Building<br>405 Lexington Avenue<br>New York, NY  10174 | Jay W. Hurst<br>Office of the Texas Attorney General<br>P.O. Box 12548<br>Austin, TX  78711-2548 | Thomas P. Sarb, Robert D. Wolford<br>Miller Johnson<br>250 Monroe Ave NW, Suite 800<br>PO Box 306<br>Grand Rapids, MI  49501-0306 |
| Kenneth A. Nathan<br>Nathan, Neuman & Nathan, P.C.<br>29100 Northwestern Hwy Suite 260<br>Southfield, MI  48034 | Michael Moody<br>O'Rourke Katten & Moody<br>55 W Wacker Dr, Ste 1400<br>Chicago, IL  60615 | Leslie Ann Berkoff<br>Moritt Hock Hamroff & Horowitz LLP<br>400 Garden City Plaza<br>Garden City, NY  11530 |
| Tracy E Richardson, Deputy Atty General<br>Division of Law<br>R.J. Hughes Justice Complex<br>25 Market St ,P.O. Box 106<br>Trenton, NJ  08628-0106 | Raniero D'Aversa, Jr.<br>Orrick, Herrington & Sutcliffe LLP<br>51 West 52nd Street at 6th Avenue<br>New York, NY  10103-0001 | Sandra S. Hamilton<br>Nantz, Litowich, Smith, Girard & Hamilton, P.C.<br>2025 East Beltline, S.E., Suite 600<br>Grand Rapids, MI  49546 |
| Camille Hope<br>Office of the Chapter 13 Trustee<br>P.O. Box 954<br>Macon, GA  31202 | Peggy Housner<br>Cadillac Place<br>3030 W. Grand Blvd., Suite 10-200<br>Detroit, MI  48202 | George B. Cauthen<br>Nelson Mullins Riley & Scarborough<br>1320 Main Street, 17th Floor<br>PO Box 11070<br>Columbia, SC  29201 |
| Michael M. Zizza, Legal Manager<br>Orbotech, Inc.<br>44 Manning Road<br>Billerica, MA  01821 | Henry Jaffe<br>Pepper, Hamilton LLP<br>1313 Market Street<br>PO Box 1709<br>Wilmington, DE  19899-1709 | David G. Heiman<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH  44114 |
| Frederick D. Holden, Jr., Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA  94105 | Jacob A. Manheimer<br>Pierce Atwood LLP<br>One Monument Square<br>Portland, ME  04101 | Ohio Environmental Protection Agency<br>c/o Michelle T. Sutter<br>Principal Assistant Attorney General<br>Environmental Enforcement Section<br>30 E Broad St 25th Fl<br>Columbus, OH  43215 |
| Robert J. Feinstein<br>Ilan D. Scharf<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 36th Floor<br>New York, NY  10017-2024 | Stephen Tyler Esq<br>QAD, Inc.<br>10,000 Midlantic Drive<br>Suite 100 West<br>Mt. Laurel, NJ  08054 | Alyssa Englund, Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>666 Fifth Avenue<br>New York, NY  10103 |
| Paul H. Spaeth<br>Paul H. Spaeth Co. LPA<br>130 W Second St Ste 450<br>Dayton, OH  45402 | Joseph E. Shickich, Jr.<br>Riddell Williams P.S.<br>1001 4th Ave, Suite 4500<br>Seattle, WA  98154-1195 | Michael R. Seidl<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 |
| Francis J. Lawall<br>Pepper, Hamilton LLP<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA  19103-2799 | Christopher R. Belmonte<br>Pamela A. Bosswick, Roberto Carrillo<br>Satterlee Stephens Burke & Burke LLP<br>230 Park Avenue, Ste 1130<br>New York, NY  10169 | David W. Dykhouse<br>Phyllis S. Wallitt, Daniel A. Lowenthal<br>Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY  10036-6710 |

Sarah B. Carter Esq
Pickrel Shaeffer & Ebeling
2700 Kettering Tower
Dayton, OH  45423-2700

Richard J. Parks
Pietragallo Bosick & Gordon LLP
54 Buhl Blvd
Sharon, PA  16146

Mark D. Houle
Pillsbury Winthrop Shaw Pittman LLP
650 Town Center Dr, Ste 550
Costa Mesa, CA  92626-7122

Brett S. Moore, John S. Mairo
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ  07960

Enrique Bujidos
PriceWaterHouseCoopers
Almagro
40
Madrid,   28010

Roy Prange
Valerie L. Bailey-Rihn
Quarles & Brady LLP
33 E Main St Ste 900
Madison, WI  53703-3095

Joseph A Kaczka
Republic Engineered Products, Inc.
3770 Embassy Parkway
Akron, OH  44333

Charles E. Boulbol, P.C.
Russell Reynolds Associates, Inc.
26 Broadway, 17th Floor
New York, NY  10004

Paul M. Baisier, Esq.
Seyfarth Shaw LLP
1545 Peachtree St NE, Suite 700
Atlanta, GA  30309-2401

Brian L Shaw
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 N. Clark St, Suite 800
Chicago, IL  60654

Daniel Weiner, Ryan Heilman
Howard Borin
Schafer and Weiner PLLC
40950 Woodward Ave, Suite 100
Bloomfield Hills, MI  48304

Eugene J. Geekie, Jr.
Schiff Hardin LLP
7500 Sears Tower
Chicago, IL  60606

Robert W. Dremluk
Seyfarth Shaw LLP
620 Eighth Ave
New York, NY  10018-1405

Bruce A. Harwood
Sheehan Phinney Bass + Green
Professional Association
1000 Elm Street, P.O. Box 3701
Manchester, NH  03105-3701

Malani J. Sternstein
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, 24th Floor
New York, NY  10112

Robert P. Thibeaux
Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
5353 Essen Lane, Suite 650
Baton Rouge, LA  70809

Andrew H. Sherman
Jack M. Zackin
Sills, Cummis Epstein & Gross, P.C.
30 Rockefeller Plaza
New York, NY  10112

Chaim J. Fortgang
Silver Point Capital, L.P.
Two Greenwich Plaza, 1st Floor
Greenwich, CT  06830

D. Farrington Yates
Oscar N. Pinkas
SNR Denton US LLP
1221 Avenue of the Americas, 24th Fl
New York, NY  10020

Sarah E. Morrison
State of CA Office of Attorney General
Deputy Attorney General
300 South Spring Street Ste 1702
Los Angeles, CA  90013

Douglas R. Davis, Elizabeth R. McColm
Andrew N. Rosenberg
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY  10019-6064

Anne Penachio
Penachio Malara LLP
235 Main Street, Suite 600A
White Plains, NY  10601

Nina M. Varughese
Pepper, Hamilton LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799

Keith J. Cunningham
Pierce Atwood LLP
One Monument Square
Portland, ME  04101

Margot P. Erlich, Robin L. Spear
Karen B. Dine, Richard L. Epling
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY  10036-4039

Jill M. Hartley, Marianne G. Robbins
Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C.
1555 N. RiverCenter Drive, Suite 202
Milwaukee, WI  53212

Kasey C. Nye
Quarles & Brady LLP
One South Church Street
Tucson, AZ  85701

Ann Pille
Reed Smith
10 South Wacker Drive
Chicago, IL  60606

Jerome F Crotty
Rieck and Crotty PC
55 West Monroe St, Suite 3390
Chicago, IL  60603

David J. Karp, Michael L. Cook
James T. Bentley
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY  10022

| | | |
|---|---|---|
| Eric Waters<br>Sheppard Mullin Richter & Hampton<br>30 Rockefeller Plaza, 24th Floor<br>New York, NY  10112 | John M. Baumann<br>Steel Technologies, Inc.<br>15415 Shelbyville Road<br>Louisville, KY  40245 | Barry E Lichtenberg Esq<br>Schwartz Lichtenberg LLP<br>420 Lexington Ave Ste 2400<br>New York, NY  10170 |
| Kathleen M. LaManna<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT  06103-1919 | Jonathan D. Forstot<br>Louis A. Curcio<br>Thacher Proffitt & Wood LLP<br>Two World Financial Center<br>New York, NY  10281 | William J. Hanlon<br>Seyfarth Shaw LLP<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA  02210 |
| Valerie A Hamilton<br>Simon Kimmelman<br>Sills, Cummis Epstein & Gross, P.C.<br>650 College Rd E<br>Princeton, NJ  08540 | Robert N Michaelson<br>The Michaelson Law Firm<br>11 Broadway Ste 615<br>New York, NY  10004 | Sheldon S. Toll<br>Sheldon S. Toll PLLC<br>2000 Town Center, Suite 2550<br>Southfield, MI  48075 |
| G. Christopher Meyer<br>Squire, Sanders & Dempsey L.L.P.<br>4900 Key Tower<br>127 Public Sq<br>Cleveland, OH  44114 | Ira L. Herman<br>Thompson & Knight LLP<br>919 Third Ave, 39th Floor<br>New York, NY  10022-3915 | Theodore A. Cohen<br>Theresa Wardle<br>Sheppard Mullin Richter & Hampton LLP<br>333 South Hope Street, 48th Floor<br>Los Angeles, CA  90071 |
| Susan Przekop-Shaw<br>State of Michigan Labor Division<br>PO Box 30736<br>Lansing, MI  48909 | Jennifer L Maffett<br>Thompson Hine LLP<br>2000 Courthouse Plaza NE<br>10 W Second St<br>Dayton, OH  45402 | Robert P. Thibeaux<br>Sher, Garner, Cahill, Richter, Klein &<br>Hilbert, LLC<br>909 Poydras Street, 28th Floor<br>New Orleans, LA  70112-1033 |
| Constantine D. Pourakis, Esq.<br>Stevens & Lee, P.C.<br>485 Madison Ave, 20th Floor<br>New York, NY  10022 | Matthew L Schwartz Joseph N Cordaro<br>U.S. Department of Justice<br>Assistant United States Attorneys<br>86 Chambers St 3rd Fl<br>New York, NY  10007 | Kathleen M. Miller<br>Smith, Katzenstein & Furlow LLP<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE  19899 |
| Robert C. Goodrich, Jr.<br>Madison L.Cashman<br>Stites & Harbison PLLC<br>424 Church Street, Suite 1800<br>Nashville, TN  37219 | Allied Industrial and Service Workers, Intl<br>Union (USW), AFL-CIO<br>David Jury, Esq.<br>Five Gateway Center, Suite 807<br>Pittsburgh, PA  15222 | Robert E. Richards<br>SNR Denton US LLP<br>7800 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL  60606 |
| W Timothy Miller Esq<br>Richard L .Ferrell<br>Taft, Stettinius & Hollister LLP<br>425 Walnut St, Suite 1800<br>Cincinnati, OH  45202-3957 | Richard G. Mason<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY  10019-6150 | Roland Hwang, Asst Atty General<br>State of MI Depart of Labor & Economic<br>Growth, Unemployment Insurance Agency<br>3030 W. Grand Blvd, Ste 9-600<br>Detroit, MI  48202 |
| Marvin E. Clements, Jr.<br>Tennessee Department of Revenue<br>TN Atty General Office, Bankruptcy Div<br>PO Box 20207<br>Nashville, TN  37202-0207 | Stephen B. Grow<br>Warner Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon Street, N.W.<br>Grand Rapids, MI  49503 | Michael A Spero, Simon Kimmelman<br>Valerie A Hamilton<br>Sterns & Weinroth, P.C.<br>50 West State Street, Suite 1400<br>Trenton, NJ  08607-1298 |
| Mr. Tetsuhiro Niizeki<br>The Furukawa Electric Co., Ltd.<br>6-1 Marunouchi<br>2-Chrome, Chiyoda-ku<br>Tokyo, Japan  100-8322 | Thomas Lauria, Frank Eaton<br>White & Case LLP<br>Wachovia Financial Center<br>200 South Biscayne Blvd., Suite 4900<br>Miami, FL  33131 | Nicholas J Zluticky<br>Mark A. Shaiken<br>Stinson Morrison Hecker LLP<br>1201 Walnut St, Suite 2900<br>Kansas City, MO  64106 |

| | | |
|---|---|---|
| Rhett G. Cambell<br>Thompson & Knight<br>333 Clay St, Suite 3300<br>Houston, TX  77002 | David Neier<br>Carey D. Schreiber<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY  10166-4193 | W. Robinson Beard, Esq.<br>Stites & Harbison, PLLC<br>400 West Market Street<br>Louisville, KY  40202 |
| Lauren Newman<br>Thompson Coburn Fagel Haber<br>55 East Monroe, 40th Floor<br>Chicago, IL  60603 | Allen Grumbine<br>Womble Carlyle Sandridge & Rice, PLLC<br>550 South Main St<br>Greenville, SC  29601 | Jay Teitelbaum<br>Ron Baskin<br>Teitelbaum & Baskin LLP<br>3 Barker Avenue, 3rd Floor<br>White Plains, NY  10601 |
| Jill Levi, Esq.<br>Todd & Levi, LLP<br>444 Madison Ave, Suite 1202<br>New York, NY  10022 | Stuart Krause<br>Zeichner Ellman & Krause LLP<br>575 Lexington Avenue<br>New York, NY  10022 | Michael Hart<br>The Timken Corporation BIC - 08<br>1835 Dueber Ave. SW<br>PO Box 6927<br>Canton, OH  44706-0927 |
| Mary Ann Kilgore<br>Union Pacific Railroad Company<br>1400 Douglas St, MC 1580<br>Omaha, NE  68179 | Michael G. Cruse<br>Warner Norcross & Judd LLP<br>2000 Town Center, Suite 2700<br>Southfield, MI  48075 | John S. Brannon<br>Thompson & Knight LLP<br>1700 Pacific Ave, Suite 3300<br>Dallas, TX  75201-4693 |
| Tiffany Strelow Cobb<br>Vorys, Sater, Seymour and Pease LLP<br>52 East Gay Street<br>Columbus, OH  43215 | Glenn Kurtz, Gerard Uzzi<br>Douglas Baumstein<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY  10036-2787 | Timothy M. Guerriero<br>TI Group Automotive Systms LLC<br>12345 E Nine Mile Rd<br>Warren, MI  48089 |
| James W Moennich Esq<br>Wickens Herzer Panza Cook & Batista<br>35765 Chester Rd<br>Avon, OH  44011-1262 | Gordon J. Toering<br>Warner Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon Street, N.W.<br>Grand Rapids, MI  49503 | Helen Zamboni<br>Underberg & Kessler, LLP<br>300 Bausch & Lomb Place<br>Rochester, NY  14604 |
| Ronald J. Kisinski<br>Woods Oviatt Gilman LLP<br>700 Crossroads Bldg<br>2 State St<br>Rochester, NY  14614 | Geoffrey J. Peters<br>Weltman, Weinberg & Reis Co., L.P.A.<br>175 South Third St, Suite 900<br>Columbus, OH  43215 | Stephanie K Hor Chen<br>Vedder Price PC<br>222 N LaSalle St Ste 2600<br>Chicago, IL  60601 |
| Michael G. Busenkell<br>Womble Carlyle Sandridge & Rice, PLLC<br>222 Delaware Ave, Suite 1501<br>Wilmington, DE  19801 | Marc. J. Winthrop<br>Sean A. O'Keefe<br>Winthrop Couchot Professional Corp<br>660 Newport Center Dr, 4th Floor<br>Newport Beach, CA  92660 | Bruce G. Arnold<br>Whyte, Hirschboeck Dudek S.C.<br>555 East Wells St, Suite 1900<br>Milwaukee, WI  53202-4894 |

10021159.1