BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, MI 48226
(313) 225-7000

Cynthia J. Haffey
Thomas B. Radom
Chester E. Kasiborski, Jr.
*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.,* | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Reorganized Debtors. | |

**APPELLEE REORGANIZED DEBTORS'**
**DESIGNATION OF ADDITIONAL ITEMS ON APPEAL**

Appellee DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), pursuant to Fed. R. Bankr. P. 8006, hereby designates the following additional items to be included in the record on appeal:

| | | | |
|---|---|---|---|
| | \multicolumn{3}{c}{**DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL***} | |
| | **Date Filed** | **Docket No.** | **Description** |
| 1 | 1/25/2008 | 12359 | Findings of Fact, Conclusions of Law, and Order Confirming First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-possession, as modified signed on 1/25/2008 (related document(s)[11386]). |
| 2 | 2/04/2009 | 14705 | Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses filed by John Wm. Butler Jr. on behalf of Delphi Corporation. |
| 3 | 2/23/2009 | 16326 | Revised Proposed Fortieth Omnibus Hearing Agenda filed by John Wm. Butler Jr. on behalf of Delphi Corporation. |
| 4 | 2/25/2009 | 16380 | Order (I) Provisionally Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses, (II) Directing Appointment of Committee of Retired Employees with Limited Scope, and (III) Setting March 11, 2009 Final Hearing (Related Doc # [14705]) signed on 2/25/2009. |
| 5 | 3/04/2009 | 16404 | Notice of Appeal (related document(s)[16380]) filed by Neil Andrew Goteiner on behalf of Delphi Salaried Retirees Association. |
| 6 | 3/13/2009 | 16458 | Notice of Appeal of Final OPEB Termination Order (related document(s)[16448]) filed by Neil Andrew Goteiner on behalf of Committee of Eligible Salaried Retirees. |
| 7 | 4/01/2009 | 16535 | Expedited Motion Under 11 U.S.C. Section 363 and Fed. R. Bankr. P. 9019 For Approval of Debtors' Compromise and Settlement With Committee of Eligible Salaried Retirees and Delphi Salaried Retirees' Association filed by John Wm. Butler Jr. on behalf of Delphi Corporation. |
| 8 | 4/02/2009 | 16545 | Order Approving of Debtors' Compromise and Settlement With Committee of Eligible Salaried Retirees and Delphi Salaried Retirees' Association (Related Doc # [16535]) signed on 4/2/2009. |

| | | | |
|---|---|---|---|
| 9 | 6/16/2009 | 17031 | Supplement To First Amended Disclosure Statement With Respect To First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified) (related document(s)16646) filed by John Wm. Butler Jr. on behalf of Delphi Corporation. |
| 10 | 6/16/2009 | 17032 | Order (A)(I) Approving Modifications to Debtors' First Amended Plan of Reorganization (As Modified) and Related Disclosures and Voting Procedures and (II) Setting Final Hearing Date to Consider Modifications to Confirmed First Amended Plan of Reorganization and (B) Setting Administrative Expense Claims Bar Date and Alternative Transaction Hearing Date (Related Doc # [14310]) and (Related Doc # [16646]) signed on 6/16/2009. |
| 11 | 6/23/2009 | 17267 | Affidavit of Service of Evan Gershbein for Solicitation Materials Served On or Before June 20, 2009 (related document(s)[17032]) filed by Kurtzman Carson Consultants LLC. **(Only designating Main Document and Exhibit U (Part 5), p. 3928)** |
| 12 | 12/02/2009 | 19135 | Order signed on 12/2/2009 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (related document(s)[18984]). |
| 13 | 8/20/2010 | 20527, 20617 | Final Status Report of the Official Committee of Retired Salaried Employees Pursuant to 11 U.S.C. Section 1114(d) and Request for Instructions [see Docket 20526] filed by Neil Andrew Goteiner on behalf of Official Committee of Eligible Salaried Retirees. |
| 14 | 9/22/2010 | 20617 | Final Status Report of the Official Committee of Retired Salaried Employees Pursuant to 11 U.S.C. Section 1114(d) and Request for Instructions [see Docket 20527, previously filed on August 20, 2010, but not visible on Docket Report] filed by Neil Andrew Goteiner on behalf of Official Committee of Eligible Salaried Retirees. |
| 15 | 6/06/2011 | 21305 | Order Directing United States Trustee to Disband Official Committee of Eligible Salaried Retirees. |
| 16 | 6/06/2011 | 21306 | Order signed on 6/6/2011 Granting Motion Designating DSRA VEBA Benefit as in Lieu of Cobra Continuation Coverage. |
| 17 | 10/04/2011 | N/A | 10/04/11 e-mail from Judge Drain regarding Recoupment Motion Order. |

| 18 | 10/12/2011 | N/A | 10/12/11 e-mail from James Sumpter to Judge Drain regarding objections to Debtor Motion for Final Decree [Docket #21607]. |
|---|---|---|---|
| 19 | N/A | N/A | Transcript of Proceedings held on October 24, 2011. |
| 20 | 10/28/2011 | 21695 | Order Granting Application for Final Decree and CLOSING CHAPTER 11 CASES OF FIVE FILING DEBTORS (05-44529, 05-44536, 05-44539, 05-44624 and 05-44639) (Related Doc # 21607) |
| 21 | 10/28/2011 | 21696 | Letter / Email Regarding Recoupment Hearing and Documentation of Delphi Disability Payments, filed by James B. Sumpter. |
| 22 | 10/28/2011 | 21697 | Letter / Email Regarding Discovery Request, filed by James B. Sumpter. |

**\*Unless otherwise noted in the description, these designations include the original document listed under the corresponding docket number, along with any and all attachments or exhibits therein.**

Dated: Detroit, MI
December 2, 2011

BUTZEL LONG

By:   Cynthia J. Haffey
Cynthia J. Haffey
Thomas B. Radom
Chester E. Kasiborski, Jr.
150 West Jefferson Avenue, Suite 100
Detroit, MI  48226
(313) 225-7000

Attorneys for Reorganized Debtors

1309743.3