BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, MI  48226
(313) 225-7000
Cynthia J. Haffey
Thomas B. Radom
Chester E. Kasiborski, Jr.

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.,* | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Reorganized Debtors. | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2011, a true and correct copy of the *Reorganized Debtors' Corrected Designation Of Additional Items On Appeal* was served via e-mail to Mr. James Sumpter at jsump@ieee.org.

Dated: Detroit, Michigan                    /s/ Alexis L. Richards
       December 5, 2011