UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: : | Chapter 11 |
| : | Case No. 05-44481 (RDD) |
| DPH HOLDINGS CORP, *et.al.,* : | (Jointly Administered) |
| : | |
| DELPHI CORPORATION, *et.al.,* : | |
| : | Adv. Pro. No. 07-02333 (RDD) |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| GLOBE MOTORS, INC. and GLOBE MOTORS, : | |
| : | |
| Defendants. : | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

    Jesse A. Gonzalez, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Kings County, New York.

    On December 7, 2011, deponent served true and correct copies of *Globe Motors, Inc.'s Response to Reorganized Debtors' Motion for Order Pursuant to 11 U.S.C. § 105(D), 544, 547, and 548 and Fed. R. Bankr. P. 7016 Establishing (I) Dates for Hearing Regarding Adversary Proceedings and (II) Notices and Procedures Governing Adversary Proceedings* upon the following via Federal Express:

Cynthia J. Haffey
Butzel Long
150 W. Jefferson Avenue, Suite 100
Detroit, MI 48226

Richard K. Milin
Togut, Segal & Segal, LLP
One Penn Plaza, Suite 3335
New York, NY 10019

SL1 1115793v1 105400.00001

        Albert L. Hogan, III
Skadden Arps Slate Meagher & Flom, LLP
155 North Wacker Drive
Chicago, IL 60606-1720

/s/ Jesse A. Gonzalez
Jesse A. Gonzalez

Sworn to before me this
7th day of December 2011

/s/ Constantine D. Pourakis
Notary Public