Hearing Date and Time:  December 21, 2011 at 10:00 a.m.

Shalom Jacob
Zachary D. Silbersher
LOCKE LORD LLP
Three World Financial Center
New York, New York 10281-2101
Tel:  (212) 415-8600
Fax: (212) 303-2754

-and-

Courtney E. Barr (CE 7768)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois  60606
Tel:  (312) 443-0700
Fax: (312) 443-0336

*Counsel for Methode Electronics, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------x
| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., et al., | Case No. 05-44481 [RDD] |
| Reorganized Debtors. | (Jointly Administered) |

-------------------------------------------------x

| | |
|---|---|
| DELPHI CORPORATION, et al., | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 07-02432 [RDD] |
| METHODE ELECTRONICS, INC. | |
| Defendant. | |

-------------------------------------------------x

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2011, I caused to be electronically filed *Methode Electronics, Inc.'s Response To Reorganized Debtors' Motion For Order Pursuant To 11 U.S.C. § 105(D), 544, 547, And 548 And Fed. R. Bankr. P. 7016 Establishing (I) Dates For Hearing*

1

*Regarding Adversary Proceedings And (II) Notices And Procedures Governing Adversary Proceedings*, using the ECF system which will send notification of such filing to all registered ECF users.

The following parties were served with the above-referenced documents via overnight delivery on December 7, 2011:

>The Honorable Robert D. Drain
>United States Bankruptcy Court Judge
>United States Bankruptcy Court
>    for the Southern District of New York
>300 Quarropas Street
>White Plains, New York 10601


>U.S. Trustee
>United States Bankruptcy Court
>    for the Southern District of New York
>300 Quarropas Street
>White Plains, New York 10601


>Cynthia J. Haffey
>Butzel Long
>150 West Jefferson Ave., Suite 100
>Detroit, Michigan 48226
>haffey@butzel.com


Dated:  December 7, 2011            /s/ Zachary D. Silbersher
         New York, New York          Zachary D. Silbersher
                                     LOCKE LORD LLP
                                     Three World Financial Center
                                     New York, New York 10281-2101
                                     Tel:  (212) 415-8600
                                     Fax: (212) 303-2754

2