**HODGSON RUSS LLP**
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York  14202-4040
Tel:  716-856-4000
Fax:  716-849-0349
Garry M. Graber, Esq.
James C. Thoman, Esq.
ggraber@hodgsonruss.com
jthoman@hodgsonruss.com

*Attorneys for Unifrax I LLC f/k/a Unifrax Corporation*

**Hearing Date and Time: December 21, 2011 at 10:00 a.m.**
**Response Date and Time: December 7, 2011 at 6:00 p.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

......................................................................x

| | |
|---|---|
| In re: : | Chapter 11 |
| : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., : | Jointly Administered |
| : | |
| Debtors. : | |
| : | |

......................................................................x

| | |
|---|---|
| DELPHI CORPORATION, et al., : | Adv. Pro. No. 07-02270 (RDD) |
| : | |
| Plaintiffs, : | |
| : | |
| - against - : | |
| : | |
| BP, BP AMOCO CORP, BP MICROSYSTEMS : | |
| INC., BP PRODUCTS NORTH AMERICA, : | |
| CASTROL, CASTROL INDUSTRIAL : | |
| AND UNIFRAX CORP. : | |
| : | |
| Defendant. : | |

......................................................................x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                         : ss.:
COUNTY OF ERIE         )

      Maria T. Gabrielli, by her signature below hereby certifies that (1) I am not a party to the above-entitled action and am over 18 years of age; and (2) on Wednesday, December

7, 2011, I caused to be served a true and correct hard copy of the Joinder of Unifrax I LLC to Globe Motors, Inc. and Globe Motors' Reply in Opposition to the Reorganized Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(D), 544, 547 and 548 and Fed. R. Bankr. P. 7016 Establishing (I) Dates for Hearings Regarding Adversary Proceedings and (II) Notices and Procedures Governing Adversary Proceedings, electronically through the Court's ECF System on all parties requesting electronic service, and by U.S. mail delivery to the following addresses:

Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119
Attn: Albert Togut, Esq.

Butzel Long, A Professional Corporation
150 West Jefferson – Suite 100
Detroit, Michigan 48226
Attn: Cynthia J. Haffey, Esq.

*Creditors Committee*
Mark A. Broude, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802

*U.S. Trustee*
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Dated:  December 7, 2011
        Buffalo, New York

_____
Maria T. Gabrielli

Sworn to before me this
____ day of December, 2011

_____
Notary Public, State of New York

RENEE L. ESPINOSA
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ERIE COUNTY
MY COMMISSION EXPIRES JUNE 6, 2015