UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

DELPHI CORPORATION, *et al.*,

                Debtors.

Chapter 11

Case No. 05-44481 (RDD)

------------------------------------------------------------------X
DELPHI CORPORATION *et al.*,

                Plaintiff,

  -against-

WELLS FARGO BUSINESS AND WELLS FARGO MINNESOTA,

                Defendants.

Adv. Pro. 07-02597 (RDD)

**<u>AFFIDAVIT OF SERVICE</u>**

------------------------------------------------------------------X

STATE OF NEW YORK  )
                            ) ss.:
COUNTY OF NEW YORK  )

LINDA TRENT, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age, and reside in Suffolk County, New York.

On December 7, 2011, I served a true copy of the within **WELLS FARGO BANK, N.A.'S OBJECTION TO THE DEBTORS' MOTION FOR AN ORDER ESTABLISHING PROCEDURES GOVERNING ADVERSARY PROCEEDINGS**, by (1) filing the Motion using the Court's CM/ECF system which immediately notifies all registered users via electronic transmission at the respective e-mail addresses designated for such service; and (2) via first-class U.S. Mail, postage prepaid, upon the parties listed below:

                Cynthia J. Haffey, Esq
                Butzel Long PC
      150 W. Jefferson Avenue, Suite 100
                Detroit, MI 48226

      Office of the U.S. Trustee, S.D.N.Y.
        33 Whitehall Street, 21st Floor
          New York, New York 10004
        Attn: Alicia M. Leonard, Esq.

Hon. Robert D. Drain
U.S. Bankruptcy Court, S.D.N.Y.
300 Quarropas Street
White Plains, New York 10601

_____
LINDA TRENT

Sworn to before me this
7th day of December, 2011

_____
Notary Public

KAREN DEGRAZIA
NOTARY PUBLIC, State of New York
No. 01DE5013477
Qualified in Nassau County
Commission Expires July 15, 20 15

::ODMA\PCDOCS\RMF_DOC\519035\3