**JAECKLE FLEISCHMANN & MUGEL, LLP**
The Avant Building – Suite 900
200 Delaware Avenue
Buffalo, New York 14202
Tel: 716.856.0600
Fax: 716.856.0432
Beverley S. Braun, Esq. (admitted *pro hac vice*)
bbraun@jaeckle.com

*Attorneys for Jamestown Container Corporation*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DPH HOLDINGS CORP., *et al.*, | ) | No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Adv. Pro. No. 07-02322 |
| -against- | ) | |
| | ) | |
| JAMESTOWN CONTAINER CORP., | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

    I, **Beverley S. Braun**, an attorney admitted to practice in the State of New York and an associate of the firm of Jaeckle Fleischmann & Mugel, LLP, hereby certify that:

    On the 7th day of December, 2011, I caused *Jamestown Container Corp's Response To Reorganized Debtors' Motion For Order Pursuant To 11 U.S.C. §§ 105(D), 544, 547 And 548 And Fed. R. Bankr. P. 7016 Establishing (I) Dates For Hearings Regarding Adversary Proceedings And (Ii) Notice And Procedures Governing Adversary Proceedings* to be

electronically filed with the Clerk of the Court using the ECF System, which sent notification to all ECF participants requesting electronic service.

Additionally, on December 7, 2011, the following parties were also served via overnight Federal Express:

| | |
|---|---|
| Hon. Robert D. Drain<br>U.S. Bankruptcy Court<br>Southern District of New York<br>White Plains Office<br>300 Quarropas Street<br>White Plains, New York 10601<br>Tel: (914) 390-4155 | Alicia M. Leonhard, Esq.<br>Office of the United States Trustee<br>Southern District of New York<br>33 White Hall Street, Suite 2100<br>New York, New York 10004<br>Tel: (215) 510-0500 |
| Neil Berger, Esq.<br>Togut, Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York New York 10119<br>Tel: (212) 594-5000 | Eric B. Fisher, Esq.<br>Butzel Long<br>380 Madison Avenue<br>22nd Floor<br>New York, New York 10017 |
| Cynthia J. Haffney, Esq.<br>Butzel Long<br>150 W. Jefferson Avenue, Suite 100<br>Detroit, Michigan 48226<br>Tel: (313) 983-7434 | |

Dated: Buffalo, New York
December 7, 2011

                    **JAECKLE FLEISCHMANN & MUGEL, LLP**
                    By: /s/ Beverley S. Braun
                        Beverley S. Braun, Esq. (admitted *pro hac vice*)
                        The Avant Building – Suite 900
                        200 Delaware Avenue
                        Buffalo, New York 14202
                        Tel: 716-856-0600
                        Fax: 716-856-0432
                        bbraun@jaeckle.com
                        *Counsel to Jamestown Container Corp.*