| | |
|---|---|
| VARNUM LLP | Hearing Date: December 21, 2011, at 10 a.m. |
| Bridgewater Place, P.O. Box 352 | |
| Grand Rapids, MI 49501-0352 | |
| Mary Kay Shaver | |
| Bryan R. Walters (*pro hac vice* admission pending) | |
| Tel.: (616) 336-6000 | |

*Attorneys for Summit Polymers, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

――――――――――――――――――――――――x

In re:                                              Case No. 05-44481-rdd
                                                    Chapter 11
DPH HOLDINGS CORP., et al.,                         (Jointly Administered)

                    Debtors.

――――――――――――――――――――――――x

DELPHI CORPORATION, et al.,                         Adv. Proc. No. 07-02661-rdd

                    Plaintiff,

        v.

SUMMIT POLYMERS INC. ,

                    Defendant.

――――――――――――――――――――――――x

**JOINDER OF SUMMIT POLYMERS, INC. TO OBJECTIONS AND OPPOSITIONS TO PLAINTIFF'S MOTION FOR ORDER ESTABLISHING PROCEDURES GOVERNING ADVERSARY PROCEEDINGS**

Summit Polymers, Inc. ("Defendant" or "Summit"), by and through its undersigned counsel, hereby joins and adopts the arguments set forth in the numerous objections and oppositions to Plaintiff's Motion for Order Establishing Procedures Governing Adversary Proceedings [Dkt. #21701] filed by numerous defendants to the preference actions (the "Complaining Preference Defendants").

2

Grand Rapids, Michigan
Dated: December 7, 2011

VARNUM LLP

By: /s/ Bryan R. Walters
    Bryan R. Walters
    Bridgewater Place, P.O. Box 352
    Grand Rapids, MI 49501-0352
    (616) 336-6000
    brwalters@varnumlaw.com

*Attorneys for Defendant Summit Polymers, Inc.*

4786422_1.DOCX