VARNUM LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352
Mary Kay Shaver
Bryan R. Walters (admitted *pro hac vice*)
Tel.: (616) 336-6000

*Attorneys for Summit Polymers, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____ x

| | |
|---|---|
| In re: | Case No. 05-44481-rdd |
| | Chapter 11 |
| DPH HOLDINGS CORP., et al., | (Jointly Administered) |
| Debtors. | |

_____ x

| | |
|---|---|
| DELPHI CORPORATION, et al., | Adv. Proc. No. 07-02661-rdd |
| Plaintiff, | |
| v. | |
| SUMMIT POLYMERS INC., | |
| Defendant. | |

_____ x

## CERTIFICATE OF SERVICE

     The undersigned certifies that, and to the best of his knowledge, information, and belief, on December 7, 2011, a copy of Summit Polymers, Inc.'s Joinder to Objections and Oppositions to Plaintiff's Motion for Order Establishing Procedures Governing Adversary Proceedings was served electronically via the Court's ECF system on the parties shown on the attached Notice of Electronic filing.

                                              /s/ Bryan R. Walters
                                              Bryan R. Walters
                                              brwalters@varnumlaw.com

4418869_1.DOCX