UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DPH HOLDINGS CORP., et al.,<br><br>Reorganized Debtors. | Chapter 11<br>Case. No. 05-44481 [RDD]<br>Jointly Administered |
| DELPHI AUTOMOTIVE SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HERAEUS PRECIOUS METALS,<br><br>Defendant. | Adv. Pro. No. 07-02445 [RDD] |
| DELPHI AUTOMOTIVE SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HERAEUS METALS PROCESSING,<br><br>Defendant. | Adv. Pro. No. 07-02442 [RDD] |

**CERTIFICATE OF SERVICE**

I, Samantha Hooper-Hamersley, hereby certify that I am, and at all times during the service herein described was, not less than 18 years of age and not a party to the matter concerning which service was made. I further certify that on December 7, 2011, a true and correct copy of the following pleading was served upon the parties via the Court's electronic case filing (ECF) system and in the manner indicated as set forth on Exhibit "A" attached hereto:

1. Heraeus Defendants' Brief in Opposition to Reorganized Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(d), 544, 547, and 548 and Fed. R. Bankr. P. 7016 Establishing (I) Dates for Hearings Regarding Adversary Proceedings and (II) Notices and Procedures Governing Adversary Proceedings

This 7th day of December, 2011.

Samantha Hooper-Hamersley

Smith, Gambrell & Russell, LLP
250 Park Avenue, Suite 1900
New York, New York 10177
212-907-9700

**Exhibit "A"**

*<u>Via Email</u>*
Cynthia J. Haffey, Butzel Long    haffey@butzel.com

*<u>Via Federal Express</u>*
Alicia M. Leonhard
Tracy Hope Davis
Office of the United States Trustee
Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004
Tel: 212-510-0508
Fax: 212-668-2255