REED SMITH LLP
Mark D. Silverschotz
Sarah K. Kam
599 Lexington Avenue
New York, New York 10022
Tel: (212) 521-5400
Fax: (212) 521-5450
Email: msilverschotz@reedsmith.com
       skam@reedsmith.com

Hearing Date: December 21, 2011 at 10 a.m. (ET)
Objection Deadline: December 16, 2011 at 4 p.m. (ET)

-and-

Derek J. Baker
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
Email: dbaker@reedsmith.com

*Attorneys for Wells Fargo Bank, N.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:

DPH HOLDINGS CORP., et al.,

       Debtors.
---------------------------------------------------------------X
DELPHI AUTOMOTIVE SYSTEMS LLC,

       Plaintiff,

  -against-

LANEKO ENGINEERING CO., and WACHOVIA
BANK, NATIONAL ASSOCIATION

       Defendants.
---------------------------------------------------------------X

Chapter 11

Case No. 05-44481 (RDD)

Adv. Pro. 07-02720 (RDD)

**JOINDER OF WELLS FARGO BANK, N.A., SUCCESSOR TO WACHOVIA
BANK, NATIONAL ASSOCIATION, TO OPPOSITION TO REORGANIZED
DEBTORS' MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105(D), 544, 547,
AND 548 AND FED. R. BANKR. P. 7016 ESTABLISHING (I) DATES FOR
HEARINGS REGARDING ADVERSARY PROCEEDINGS AND (II) NOTICES
<u>AND PROCEDURES GOVERNING ADVERSARY PROCEEDINGS</u>**

- 2 -

Wells Fargo Bank, N.A. ("Wells Fargo"), successor by merger to Wachovia Bank, National Association ("Wachovia Bank"), by its undersigned attorneys, hereby joins in the oppositions to the *Reorganized Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(d), 544, 547, and 548 and Fed. R. Bankr. P. 7016 Establishing (I) Dates for Hearing Regarding Adversary Proceedings and (II) Notices and Procedures Governing Adversary Proceedings* (Docket No. 21701), including, but not limited to, to the following oppositions: *Globe Motors, Inc.'s Response to Reorganized Debtors' Motion for Order Pursuant to 11 U.S.C. 105(D), 544, 547, and 548 and Fed. R. Bankr. P. 7016 Establishing (I) Dates for Hearing Regarding Adversary Proceedings and (II) Notices and Procedures Governing Adversary Proceeding* (Docket No. 21738); *Heraeus Defendants Brief in Opposition to Reorganized Debtors Motion for Order Pursuant to 11 U.S.C. §§ 105(d), 544, 547, and 548 and Fed. R. Bankr. P. 7016 Establishing (I) Dates for Hearings Regarding Adversary Proceedings and (II) Notices and Procedures Governing Adversary Proceedings* (Docket No. 21739); and *Response Of Methode To Reorganized Debtors Motion For An Order Establishing Dates For Hearing Re Adversary Proceedings* (Docket No. 21740).

Dated:  December 7, 2011

REED SMITH LLP

By:    */s/ Mark D. Silverschotz*
    Mark D. Silverschotz
    Sarah K. Kam
    599 Lexington Avenue
    New York, New York 10022
    Tel:  (212) 521-5400
    Fax:  (212) 521-5450
    Email:  msilverschotz@reedsmith.com
           skam@reedsmith.com

-and-

Derek J. Baker
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Tel:  (215) 851-8100
Fax:  (215) 851-1420
Email:  dbaker@reedsmith.com

*Attorneys for Wells Fargo Bank, N.A. successor by merger to Wachovia Bank, National Association*