REED SMITH LLP
Mark D. Silverschotz
Sarah K. Kam
599 Lexington Avenue
New York, New York 10022
Tel:  (212) 521-5400
Fax:  (212) 521-5450
Email:  msilverschotz@reedsmith.com
        skam@reedsmith.com

-and-

Derek J. Baker
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Tel:  (215) 851-8100
Fax:  (215) 851-1420
Email:  dbaker@reedsmith.com

*Attorneys for Wells Fargo Bank, N.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re:                                    Chapter 11

DPH HOLDINGS CORP., et al.,
                                          Case No. 05-44481 (RDD)
                    Debtors.

-----------------------------------------------------------X

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                         )    ss.:
COUNTY OF NEW YORK   )

      I, Evan F. Jaffe, being duly sworn, deposes and says:

      1.     I am not a party to this action, am over eighteen years of age and employed by

Reed Smith, LLP, located at 599 Lexington Avenue, New York, NY 10022.

2.    On December 7, 2011, I served a true and correct copy of the JOINDER OF

WELLS FARGO BANK, N.A., SUCCESSOR TO WACHOVIA BANK, NATIONAL

ASSOCIATION, TO OPPOSITION TO REORGANIZED DEBTORS' MOTION FOR ORDER

PURSUANT TO 11 U.S.C. §§ 105(D), 544, 547, AND 548 AND FED. R. BANKR. P. 7016

ESTABLISHING (I) DATES FOR HEARINGS REGARDING ADVERSARY

PROCEEDINGS AND (II) NOTICES AND PROCEDURES GOVERNING ADVERSARY

PROCEEDINGS via method indicated on the attached service list.

_____
Evan F. Jaffe

Sworn to me this
7th day of December 2011

_____
Notary Public

IDALIA M. COLLADO
NOTARY PUBLIC, State of New York
No. 01CO5042232
Qualified in County of Queens
Commission Expires April, 20___

## SERVICE LIST

**Via Federal Express:**

The Honorable Robert D. Drain
United States Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601-4140

Office of the U.S. Trustee
33 Whitehall Stree
New York, NY 10004

**Via Electronic Mail:**

Master Service List

| COMPANY | CONTACT | EMAIL |
|---|---|---|
| Barnes & Thornburg LLP | Deborah L. Thorne<br>Kathleen L. Matsoukas | dthorne@btlaw.com;<br>kmatsoukas@btlaw.com; |
| Delphi Automotive Systems LLP | Sean Corcoran<br>Karen Craft<br>David M. Sherbin | sean.p.corcoran@delphi.com;<br>karen.j.craft@delphi.com;<br>david.sherbin@delphi.com; |
| DPH Holdings Corp. | John Brooks | john.brooks@delphi.com; |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq.<br>Robert B. Weiss, Esq. | fgorman@honigman.com;<br>rweiss@honigman.com; |
| Ruskin Moscou Faltischek PC | Jeffrey A. Wurst, Esq. | jwurst@rmfpc.com; |
| Skadden, Arps, Slate, Meagher & Flom LLP | Ron E. Meisler | rmeisler@skadden.com; |
| United States Trustee | Brian Masumoto | |
| Weil, Gotshal & Manges LLP | Harvey R. Miller<br>Robert J. Lemons | harvey.miller@weil.com;<br>robert.lemons@weil.com; |

2002 List

| COMPANY | CONTACT | EMAIL |
|---|---|---|
| Adalberto Cañadas Castillo | | adalberto@canadas.com; |
| Adler Pollock & Sheehan PC | Joseph Avanzato | javanzato@apslaw.com; |
| Airgas, Inc. | David Boyle | david.boyle@airgas.com; |
| Akebono Brake Corporaton | Brandon J. Kessinger | bkessinger@akebono-usa.com; |

| | | |
|---|---|---|
| Akin Gump Strauss Hauer & Feld, LLP | Ira S Dizengoff | idizengoff@akingump.com; |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | mgreger@allenmatkins.com; |
| Alliance for Sustainable Energy LLC | National Renewable Energy Laboratory | jim.martin@nrel.gov; |
| Alston & Bird, LLP | Craig E. Freeman | craig.freeman@alston.com; |
| Alston & Bird, LLP | Dennis J. Connolly; David A. Wender | dconnolly@alston.com; dwender@alston.com; |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | steven.keyes@aam.com; |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | mtf@afrct.com; |
| Arent Fox PLLC | Robert M. Hirsh | Hirsh.Robert@arentfox.com; |
| Arnall Golden Gregory LLP | Darryl S. Laddin | dladdin@agg.com; |
| Arnold & Porter LLP | Joel M. Gross | joel_gross@aporter.com; |
| ATS Automation Tooling Systems Inc. | Carl Galloway | cgalloway@atsautomation.com; |
| Balch & Bingham LLP | Eric T. Ray | eray@balch.com; |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | Kimberly J. Robinson | kim.robinson@bfkn.com; |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | William J. Barrett | william.barrett@bfkn.com; |
| Barnes & Thornburg LLP | Alan K. Mills | alan.mills@btlaw.com; |
| Barnes & Thornburg LLP | Damon R Leichty | damon.leichty@btlaw.com; |
| Barnes & Thornburg LLP | David M. Powlen | david.powlen@btlaw.com; |
| Barnes & Thornburg LLP | Deborah L. Thorne | deborah.thorne@btlaw.com; |
| Barnes & Thornburg LLP | John T. Gregg | jgregg@btlaw.com; |
| Barnes & Thornburg LLP | Kathleen L. Matsoukas | kathleen.matsoukas@btlaw.com; |
| Barnes & Thornburg LLP | Mark R. Owens | mark.owens@btlaw.com; |
| Barnes & Thornburg LLP | Michael K. McCrory | michael.mccrory@btlaw.com; |
| Barnes & Thornburg LLP | Patrick E. Mears | pmears@btlaw.com; |

| | | |
|---|---|---|
| Barnes & Thornburg LLP | Sarah Quinn Kuhny | sarah.kuhny@btlaw.com; |
| Barnes & Thornburg LLP | Wendy D. Brewer | wendy.brewer@btlaw.com; |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | ffm@bostonbusinesslaw.com; |
| Beeman Law Office | Thomas M Beeman | tom@beemanlawoffice.com; |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | hannah@blbglaw.com; |
| Berry Moorman P.C. | James P. Murphy | murph@berrymoorman.com; |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | klaw@bbslaw.com; |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | lschwab@bbslaw.com; |
| Bialson, Bergen & Schwab | Thomas M. Gaa | tgaa@bbslaw.com; |
| Bingham McHale LLP | Whitney L Mosby | wmosby@binghammchale.com; |
| Blank Rome LLP | Marc E. Richards | mrichards@blankrome.com; |
| Bodman LLP | Ralph E. McDowell | rmcdowell@bodmanllp.com; |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | chill@bsk.com; |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | csullivan@bsk.com; |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | sdonato@bsk.com; |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | amcmullen@bccb.com; |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | rjones@bccb.com; |
| Brembo S.p.A. | Massimilliano Cini | massimiliano_cini@brembo.it; |
| Brown & Connery, LLP | Donald K. Ludman | dludman@brownconnery.com; |
| Buchalter Nemer, A Profesional Corporation | Shawn M. Christianson | schristianson@buchalter.com; |
| Buchanan Ingersoll & Rooney PC | Mark Pfeiffer | mark.pfeiffer@bipc.com; |
| Buchanan Ingersoll & Rooney PC | Mary Caloway | mary.ca; loway@bipc.com; |
| Buchanan Ingersoll & Rooney PC | Peter S. Russ | peter.russ@bipc.com; |

| | | |
|---|---|---|
| Buchanan Ingersoll & Rooney PC | William H. Schorling, Esq. | william.schorling@bipc.com; |
| Butzel Long | Bruce L. Sendek | sendek@butzel.com; |
| Butzel Long | Chester E. Kasiborski, Jr. | kasiborski@butzel.com; |
| Butzel Long | Cynthia J. Haffey | haffey@butzel.com; |
| Butzel Long | David J. DeVine | devine@butzel.com; |
| Butzel Long | Donald V. Orlandoni | orlandoni@butzel.com; |
| Butzel Long | Sheldon H. Klein | klein@butzel.com; |
| Butzel Long | Thomas B. Radom | radom@butzel.com; |
| Butzel Long | Thomas D. Noonan | noonan@butzel.com; |
| Cadwalader Wickersham & Taft LLP | Jeannine D'Amico | jeannine.damico@cwt.com; |
| Cadwalader Wickersham & Taft LLP | John J. Rapisardi Esq Joseph Zujkowski Esq | john.rapisardi@cwt.com; joseph.zujkowski@cwt.com; |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | jonathan.greenberg@BASF.com; |
| Cahill Gordon & Reindel LLP | Kevin Burke | kburke@cahill.com; |
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | jrobertson@calfee.com; |
| Calinoff & Katz, LLp | Dorothy H. Marinis-Riggio Robert Calinoff | dhriggio@gmail.com; rcalinoff@candklaw.com; |
| Cantor Colburn LLP | Michael J Rye | mrye@cantorcolburn.com; |
| Carson Fischer, P.L.C. | Joseph M Fischer Patrick J Kukla | brcy@carsonfischer.com; |
| Carson Fischer, P.L.C. | Robert A. Weisberg | rweisberg@carsonfischer.com; brcy@carsonfischer.com; |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | cahn@clm.com; |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | ddeutsch@chadbourne.com; |
| Clark Hill PLC | Joel D. Applebaum | japplebaum@clarkhill.com; |
| Clark Hill PLC | Shannon Deeby | sdeeby@clarkhill.com; |
| Clark Hill PLLC | Robert D. Gordon | rgordon@clarkhill.com; |
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | maofiling@cgsh.com; |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | tmaxson@cohenlaw.com; |

| | | |
|---|---|---|
| Cohen, Weiss & Simon LLP | Joseph J. Vitale<br>Babette Ceccotti | jvitale@cwsny.com;<br>bceccotti@cwsny.com; |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | srosen@cb-shea.com; |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | jwisler@cblh.com; |
| Coolidge Wall Co. LPA | Ronald S. Pretekin | Pretekin@coollaw.com; |
| Covington & Burling | Susan Power Johnston<br>Aaron R. Marcu | sjohnston@cov.com; |
| Cox, Hodgman & Giarmarco, P.C. | Sean M. Walsh, Esq. | swalsh@chglaw.com; |
| Curtin & Heefner, LLP | Daniel P. Mazo | dpm@curtinheefner.com; |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Cindi Eilbott | ceilbott@curtis.com; |
| Damon & Morey LLP | William F. Savino | wsavino@damonmorey.com; |
| David P. Martin | | davidpmartin@erisacase.com;<br>davidpmartin@bellsouth.net; |
| Day Pitney LLP | Richard M. Meth | rmeth@daypitney.com; |
| Day Pitney LLP | Ronald S. Beacher<br>Conrad K. Chiu | rbeacher@daypitney.com;<br>cchiu@daypitney.com; |
| Dechert LLP | Glenn E. Siegel<br>James O. Moore | glenn.siegel@dechert.com;<br>james.moore@dechert.com; |
| Denso International America, Inc. | Carol Sowa | carol_sowa@denso-diam.com; |
| DiConza Law, P.C. | Gerard DiConza, Esq. | gdiconza@dlawpc.com; |
| Dinsmore & Shohl LLP | John Persiani | john.persiani@dinslaw.com; |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen<br>Maria Ellena Chavez-Ruark | richard.kremen@dlapiper.com; |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | andrew.kassner@dbr.com; |

| Duane Morris LLP | Joseph H. Lemkin | jhlemkin@duanemorris.com; |
| Duane Morris LLP | Lewis R Olshin Esq | Olshin@duanemorris.com; dmdelphi@duanemorris.com; |
| Duane Morris LLP | Margery N. Reed, Esq. | mreed@duanemorris.com; |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | wmsimkulak@duanemorris.com; |
| Dykema Gossett PLLC | Douglas S Parker | dparker@dykema.com; |
| Dykema Gossett PLLC | Robert D. Nachman | rnachman@dykema.com; |
| Electronic Data Systems Corporation | Ayala Hassell | ayala.hassell@eds.com; |
| Ellenberg, Ogier, Rothschild & Rosenfeld, P.C. | Barbara Ellis-Monro | bem@eorrlaw.com; |
| Entergy Services, Inc. | Alan H. Katz | akatz@entergy.com; |
| Epstein Becker & Green PC | Maura I. Russell Anthony B. Stumbo | MRussell@ebglaw.com; |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | gettelman@e-hlaw.com; |
| Faegre & Benson LLP | Elizabeth K. Flaagan | eflaagan@faegre.com; |
| Farrell Fritz PC | Louis A. Scarcella Patrick T. Collins | lscarcella@farrellfritz.com; pcollins@farrellfritz.com; |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | charles@filardi-law.com; |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | tdonovan@finkgold.com; |
| Foley & Lardner LLP | Ann Marie Uetz | auetz@foley.com; |
| Foley & Lardner LLP | Jill L. Murch | jmurch@foley.com; |
| Foley & Lardner LLP | John A. Simon | jsimon@foley.com; |
| Foley & Lardner LLP | John R. Trentacosta Katherine R. Catanese | jtrentacosta@foley.com; kcatanese@foley.com; |
| Fox Rothschild LLP | Brian Isen | bisen@foxrothschild.com; |
| Fox Rothschild LLP | Fred Stevens | fstevens@foxrothschild.com; |
| Frederick T. Rikkers | | ftrikkers@rikkerslaw.com; |
| Frost Brown Todd LLC | Ronald E. Gold | rgold@fbtlaw.com; |
| Fulbright & Jaworski LLP | David A Rosenzweig | drosenzweig@fulbright.com; |
| Fulbright & Jaworski LLP | Michael M Parker | mparker@fulbright.com; |
| Genovese Joblove & Battista, P.A. | David C. Cimo | dcimo@gjb-law.com; |
| Gibbons P.C. | David N. Crapo | dcrapo@gibbonslaw.com; |
| Goldberg Segalla LLP | Attn Bruce W Hoover | bhoover@goldbergsegalla.com; |

| | | |
|---|---|---|
| Goldberg Segalla LLP | Bruce W Hoover Richard A Braden | bhoover@goldbergsegalla.com; |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | bmehlsack@gkllaw.com; |
| Goulston & Storrs, P.C. | Peter D. Bilowz | pbilowz@goulstonstorrs.com; |
| Grant & Eisenhofer P.A. | James J Sabella | jsabella@gelaw.com; |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | jeisenhofer@gelaw.com; |
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | mrr@previant.com; |
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | mdebbeler@graydon.com; |
| Greenberg Traurig, LLP | Maria J. DiConza | diconzam@gtlaw.com; |
| Greenberg Traurig, LLP | Shari L. Heyen | heyens@gtlaw.com; |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald | ckm@greensfelder.com; |
| | J. Patrick Bradley | jpb@greensfelder.com; |
| Hahn Loeser & Parks LLP | Lawrence E Oscar | leoscar@hahnlaw.com; |
| | Christopher W Peer | cpeer@hahnlaw.com; |
| | Alan D. Halperin | cbattaglia@halperinlaw.net; |
| | Christopher J.Battaglia | ahalperin@halperinlaw.net; |
| Halperin Battaglia Raicht, LLP | Julie D. Dyas | jdyas@halperinlaw.net; |
| Hancock & Estabrook LLP | R John Clark Esq | rjclark@hancocklaw.com; |
| Harrington, Dragich & O'Neill PLLC | David G Dragich | ddragich@hdolaw.com; |
| Harris D. Leinwand | Harris D. Leinwand | hleinwand@aol.com; |
| Haskell Slaughter Young & Rediker LLC | Robert H. Adams | rha@hsy.com; |
| Haynes and Boone, LLP | Judith Elkin | judith.elkin@haynesboone.com; |
| Haynes and Boone, LLP | Lenard M. Parkins | lenard.parkins@haynesboone.com; |
| | Kenric D. Kattner | kenric.kattner@haynesboone.com; |
| Herrick, Feinstein LLP | Paul Rubin | prubin@herrick.com; |
| Hewlett-Packard Company | Kenneth F. Higman | ken.higman@hp.com; |

| | | |
|---|---|---|
| Hewlett-Packard Company | Ramona S. Neal | Ramona.neal@hp.com; |
| Hewlett-Packard Company | Sharon Petrosino | sharon.petrosino@hp.com; |
| Hinckley Allen & Snyder LLP | Michael J Pendell | mpendell@haslaw.com; |
| Hiscock & Barclay, LLP | J. Eric Charlton | echarlton@hiscockbarclay.com; |
| Hodgson Russ LLP | Garry M. Graber | ggraber@hodgsonruss.com; |
| Hodgson Russ LLP | James C. Thoman | jthoman@hodgsonruss.com; |
| Hogan & Hartson L.L.P. | Audrey Moog | amoog@hhlaw.com; |
| Hogan & Hartson L.L.P. | Edward C. Dolan | ecdolan@hhlaw.com; |
| Hogan & Hartson L.L.P. | Scott A. Golden | sagolden@hhlaw.com; |
| Hogan Lovells US LLP | Matthew P Morris | matthew.morris@hoganlovells.com; |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | dbaty@honigman.com; |
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | tsable@honigman.com; |
| Honigman, Miller, Schwartz and Cohn, LLP | I. W. Winsten, Esq. | iww@honigman.com; |
| Honigman, Miller, Schwartz and Cohn, LLP | Lawrence J. Murphy | lmurphy@honigman.com; |
| Honigman, Miller, Schwartz and Cohn, LLP | Norman C. Ankers | nankers@honigman.com; |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A Drucker | sdrucker@honigman.com; |
| Howard & Howard Attorneys PC | Lisa S Gretchko | lgretchko@howardandhoward.com; |
| Hunter & Schank Co. LPA | John J. Hunter | jrhunter@hunterschank.com; |
| Hunter & Schank Co. LPA | Thomas J. Schank | tomschank@hunterschank.com; |
| Hunton & Wiliams LLP | Steven T. Holmes | sholmes@hunton.com; |
| Hurwitz & Fine P.C. | Ann E. Evanko | aee@hurwitzfine.com; |
| Ice Miller | Ben T. Caughey | Ben.ca; ughey@icemiller.com; |
| Ice Miller LLP | Henry A. Efroymson | henry.efroymson@icemiller.com; |
| Infineon Technologies North America Corporation | Greg Bibbes | greg.bibbes@infineon.com; |
| Infineon Technologies North America Corporation | Jeff Gillespie | jeffery.gillispie@infineon.com; |

| International Union of Operating Engineers | Richard Griffin | rgriffin@iuoe.org; |
| Jackson Walker LLP | Bruce J. Ruzinsky | bruzinsky@jw.com; |
| Jackson Walker LLP | Heather M. Forrest | hforrest@jw.com; |
| James R Scheuerle | Parmenter O'Toole | JRS@Parmenterlaw.com; |
| Jason, Inc. | Will Schultz, General Counsel | wschultz@jasoninc.com; |
| Jenner & Block LLP | Ronald R. Peterson | rpeterson@jenner.com; |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | gerdekomarek@bellsouth.net; |
| Jones Day | Corinne Ball | cball@jonesday.com; |
| | Peter J. Benvenutti | pjbenvenutti@jonesday.com; |
| Jones Day | Michaeline H. Correa | mcorrea@jonesday.com; |
| Jones Day | Scott J. Friedman | sjfriedman@jonesday.com; |
| Karel S. Karpe P.C. d/b/a KarpeLaw | Karel S. Karpe | kkarpe@karpelaw.com; |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | john.sieger@kattenlaw.com; |
| Kaye Scholer LLP | Richard G Smolev | rsmolev@kayescholer.com; |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | kcookson@keglerbrown.com; |
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko Cari Campen Laufenberg       Erin M. Rily | lsarko@kellerrohrback.com; claufenberg@kellerrohrback.com; eriley@kellerrohrback.com; |
| Keller Rohrback P.L.C. | Gary A. Gotto | ggotto@kellerrohrback.com; |
| Kelley Drye & Warren, LLP | Craig A. Wolfe | cwolfe@kelleydrye.com; |
| Kelley Drye & Warren, LLP | Merrill B. Stone | mstone@kelleydrye.com; |

| | | |
|---|---|---|
| Kennedy, Jennick & Murray | Susan M. Jennik | sjennik@kjmlabor.com; |
| Kennedy, Jennick & Murray | Thomas Kennedy | tkennedy@kjmlabor.com; |
| Kerr Russell & Weber PLC | James E. DeLine | jed@krwlaw.com; |
| Kerr Russell & Weber PLC | Patrick Warren Hunt | pwh@krwlaw.com; |
| King & Spalding, LLP | H. Slayton Dabney, Jr. | sdabney@kslaw.com; |
| Kirkland & Ellis LLP | David Spiegel | david.spiegel@kirkland.com; |
| Kirkland & Ellis LLP | Jim Stempel | jstempel@kirkland.com; |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | efox@klng.com; |
| Kokomo Gas & Fuel Company | Patti E Pope Revenue Recovery Manager | pepope@nisource.com; |
| Kramer Levin Naftalis & Frankel LLP | Jordan D Kaye | jkaye@kramerlevin.com; |
| Krieg Devault LLP | Lawrence W. Schmits Esq. | lschmits@kdlegal.com; |
| Krieg Devault LLP | Patricia L. Beaty Esq | pbeaty@kdlegal.com; |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | sosimmerman@kwgd.com; |
| Kutak Rock LLP | Jay Selanders | jay.selanders@kutakrock.com; |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | ekutchin@kutchinrufo.com; |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | knorthup@bmklegal.com; |
| Lambert. Leser, Isackson, Cook & Guinta, P.C. | Adam D. Bruski | adbruski@lambertleser.com; |
| Lambert. Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | smcook@lambertleser.com; |
| Latham & Watkins | Mark A. Broude | mark.broude@lw.com; |
| Latham & Watkins | Michael J. Riela | michael.riela@lw.com; |
| Latham & Watkins | Mitchell A. Seider | mitchell.seider@lw.com; |
| Latham & Watkins | Robert Rosenberg | robert.rosenberg@lw.com; |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq | mkohayer@aol.com; |
| Lewis and Roca LLP | Rob Charles, Esq. | rcharles@lrlaw.com; |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | sfreeman@lrlaw.com; |
| Linear Technology Corporation | John England, Esq. | jengland@linear.com; |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | austin.bankruptcy@publicans.com; |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com; |

| | | |
|---|---|---|
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | houston_bankruptcy@publicans.com; |
| Locke Lord Bissell & Liddell | Kevin J. Walsh | kwalsh@lockelord.com; |
| Loeb & Loeb LLP | P. Gregory Schwed | gschwed@loeb.com; |
| Loeb & Loeb LLP | William M. Hawkins | whawkins@loeb.com; |
| Lowenstein Sandler PC | Bruce S. Nathan | bnathan@lowenstein.com; |
| Lowenstein Sandler PC | Ira M. Levee | ilevee@lowenstein.com; |
| Lowenstein Sandler PC | Kenneth A. Rosen | krosen@lowenstein.com; |
| Lowenstein Sandler PC | Michael S. Etikin | metkin@lowenstein.com; |
| Lowenstein Sandler PC | Scott Cargill | scargill@lowenstein.com; |
| Lowenstein Sandler PC | Vincent A. D'Agostino | vdagostino@lowenstein.com; |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | egc@lydenlaw.com; |
| Maddin, Hauser, Wartell, Roth & Heller PC | Alexander Stotland Esq | axs@maddinhauser.com; |
| Madison Capital Management | Joe Landen | jlanden@madisoncap.com; |
| Margulies & Levinson, LLP | Leah M. Caplan, Esq. | lmc@ml-legal.com; |
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | vmastromar@aol.com; |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | gsantella@masudafunai.com; |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | dadler@mccarter.com; |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | eglas@mccarter.com; |
| McCarthy Tetrault LLP | Lorne P. Salzman | lsalzman@mccarthy.ca; |

| | | |
|---|---|---|
| McDermott Will & Emery LLP | Gary O. Ravert | gravert@mwe.com; |
| McDermott Will & Emery LLP | Stephen B. Selbst | sselbst@mwe.com; |
| McDermott Will & Emery LLP | Steven P. Handler<br>Monica M. Quinn | shandler@mwe.com;<br>mquinn@mwe.com; |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | sopincar@mcdonaldhopkins.com; |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | sriley@mcdonaldhopkins.com; |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | jbernstein@mdmc-law.com; |
| McGuirewoods LLP | Aaron G McCollough Esq | amccollough@mcguirewoods.com; |
| McGuirewoods LLP | Daniel F Blanks | dblanks@mcguirewoods.com; |
| McGuirewoods LLP | John H Maddock III | jmaddock@mcguirewoods.com; |
| Meyer, Suozzi, English & Klein, P.C. | Attn Thomas R Slome Esq | tslome@msek.com; |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | hkolko@msek.com; |
| Meyers Law Group, P.C. | Merle C. Meyers | mmeyers@mlg-pc.com; |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | emeyers@mrrlaw.net; |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | rrosenbaum@mrrlaw.net; |
| Miami-Dade County Tax Collector | April Burch | mdtcbkc@miamidade.gov; |
| Michael Cox | | miag@michigan.gov; |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | raterinkd@michigan.gov; |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | miag@michigan.gov; |
| Miles & Stockbridge, P.C. | Thomas D. Renda | trenda@milesstockbridge.com; |
| Miller & Martin PLLC | Dale Allen | vjones@millermartin.com; |
| Miller Johnson | Thomas P. Sarb<br>Robert D. Wolford | sarbt@millerjohnson.com;<br>wolfordr@millerjohnson.com; |

| | | |
|---|---|---|
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | greenj@millercanfield.com; |
| Miller, Canfield, Paddock and Stone, P.L.C. | Marc N. Swanson | swansonm@millercanfield.com; |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | fusco@millercanfield.com; |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | pjricotta@mintz.com; pricotta@mintz.com; |
| Molex Connector Corp | Jeff Ott | Jeff.Ott@molex.com; |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | agottfried@morganlewis.com; |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | mzelmanovitz@morganlewis.com; |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | resterkin@morganlewis.com; |
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | lberkoff@moritthock.com; |
| Moses & Singer LLP | James M. Sullivan Esq. | jsullivan@mosessinger.com; |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | rurbanik@munsch.com; jwielebinski@munsch.com; drukavina@munsch.com; |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | sandy@nlsg.com; |
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | Knathan@nathanneuman.com; |
| National City Commercial Capital | Lisa M. Moore | l.moore@pnc.com; |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | george.ca; uthen@nelsonmullins.com; |
| New Jersey Attorney General's Office Division of Law | Tracy E Richardson Deputy Attorney General | tracy.richardson@dol.lps.state.nj.us; ; |
| Nixon Peabody LLP North Point | Victor G. Milione Christopher M. Desiderio David G. Heiman | cdesiderio@nixonpeabody.com; vmilione@nixonpeabody.com; dgheiman@jonesday.com; |
| Office of the Chapter 13 Trustee | Camille Hope | cahope@chapter13macon.com; |
| Office of the Texas Attorney General | Jay W. Hurst | jay.hurst@oag.state.tx.us; ; |

| | | |
|---|---|---|
| Ohio Environmental Protection Agency | c/o Michelle T. Sutter | msutter@ag.state.oh.us; ; |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | michaelz@orbotech.com; |
| O'Rourke Katten & Moody | Michael Moody | mmoody@orourkeandmoody.com; |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | aenglund@orrick.com; |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | fholden@orrick.com; |
| Orrick, Herrington & Sutcliffe LLP | Raniero D'Aversa, Jr. | Rdaversa@orrick.com; |
| Pachulski Stang Ziehl & Jones LLP | Michael R. Seidl | mseidl@pszjlaw.com; |
| Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein Ilan D. Scharf | Rfeinstein@pszjlaw.com; lscharf@pszjlaw.com; |
| Patterson Belknap Webb & Tyler LLP | Daniel A. Lowenthal | dalowenthal@pbwt.com; |
| Patterson Belknap Webb & Tyler LLP | David W. Dykhouse Phyllis S. Wallitt | dwdykhouse@pbwt.com; |
| Paul H. Spaeth Co. LPA | Paul H. Spaeth | spaethlaw@phslaw.com; |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg | arosenberg@paulweiss.com; |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | ddavis@paulweiss.com; |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | emccolm@paulweiss.com; |
| Peggy Housner | | housnerp@michigan.gov; |
| Penachio Malara LLP | Anne Penachio | apenachio@pmlawllp.com; |
| Pepper, Hamilton LLP | Francis J. Lawall | lawallf@pepperlaw.com; |
| Pepper, Hamilton LLP | Henry Jaffe | jaffeh@pepperlaw.com; |
| Pepper, Hamilton LLP | Nina M. Varughese | varughesen@pepperlaw.com; |
| Pickrel Shaeffer & Ebeling | Sarah B. Carter Esq | scarter@pselaw.com; |
| Pierce Atwood LLP | Jacob A. Manheimer | jmanheimer@pierceatwood.com; |
| Pierce Atwood LLP | Keith J. Cunningham | kcunningham@pierceatwood.com; |

| | | |
|---|---|---|
| Pietragallo Bosick & Gordon LLP | Richard J. Parks | rjp@pbandg.com; |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | karen.dine@pillsburylaw.com; |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | margot.erlich@pillsburylaw.com; |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | mark.houle@pillsburylaw.com; |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | richard.epling@pillsburylaw.com; |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | robin.spear@pillsburylaw.com; |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | bsmoore@pbnlaw.com; |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | jsmairo@pbnlaw.com; |
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | jh@previant.com; mgr@previant.com; |
| PriceWaterHouseCoopers | Enrique Bujidos | enrique.bujidos@es.pwc.com; |
| QAD, Inc. | Stephen Tyler Esq | xst@qad.com; |
| Quarles & Brady LLP | Kasey C. Nye | knye@quarles.com; |
| Quarles & Brady LLP | Roy Prange | rlp@quarles.com; |
| Quarles & Brady LLP | Valerie L. Bailey-Rihn Esq | valerie.bailey-rihn@quarles.com; |
| Reed Smith | Ann Pille | apille@reedsmith.com; |
| Republic Engineered Products, Inc. | Joseph A Kaczka | jkaczka@republicengineered.com; |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | jshickich@riddellwilliams.com; |
| Rieck and Crotty PC | Jerome F Crotty | jcrotty@rieckcrotty.com; |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | rtrack@msn.com; |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | cbelmonte@ssbb.com; |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | pbosswick@ssbb.com; |
| Satterlee Stephens Burke & Burke LLP | Roberto Carrillo | rcarrillo@ssbb.com; |

| | | |
|---|---|---|
| Schafer and Weiner PLLC | Daniel Weiner | dweiner@schaferandweiner.com; |
| Schafer and Weiner PLLC | Howard Borin | hborin@schaferandweiner.com; |
| Schafer and Weiner PLLC | Ryan Heilman | rheilman@schaferandweiner.com; |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | egeekie@schiffhardin.com; |
| Schulte Roth & Zabel LLP | David J. Karp | david.karp@srz.com; |
| Schulte Roth & Zabel LLP | James T. Bentley | james.bentley@srz.com; |
| Schulte Roth & Zabel LLP | Michael L. Cook | michael.cook@srz.com; |
| Schwartz Lichtenberg LLP | Barry E Lichtenberg Esq | barryster@att.net; |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | pbaisier@seyfarth.com; |
| Seyfarth Shaw LLP | Robert W. Dremluk | rdremluk@seyfarth.com; |
| Seyfarth Shaw LLP | William J. Hanlon | whanlon@seyfarth.com; |
| Shaw Gussis Fishman Glantz Wolfson & Towbin LLC | Brian L Shaw | bshaw100@shawgussis.com; |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | bharwood@sheehan.com; |
| Sheldon S. Toll PLLC | Sheldon S. Toll | lawtoll@comcast.net; |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | ewaters@sheppardmullin.com; |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | msternstein@sheppardmullin.com; |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | tcohen@sheppardmullin.com; |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | twardle@sheppardmullin.com; |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | rthibeaux@shergarner.com; |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | rthibeaux@shergarner.com; |
| Shipman & Goodwin LLP | Kathleen M. LaManna | bankruptcy@goodwin.com; |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | asherman@sillscummis.com; |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | jzackin@sillscummis.com; |
| Sills, Cummis Epstein & Gross, P.C. | Valerie A Hamilton | vhamilton@sillscummis.com; |
| | Simon Kimmelman | skimmelman@sillscummis.com; |
| Silver Point Capital, L.P. | Chaim J. Fortgang | cfortgang@silverpointcapital.com; |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | kmiller@skfdelaware.com; |

| | | |
|---|---|---|
| SNR Denton US LLP | D. Farrington Yates | fyates@sonnenschein.com; |
| SNR Denton US LLP | Oscar N. Pinkas | opinkas@sonnenschein.com; |
| SNR Denton US LLP | Robert E. Richards | rrichards@sonnenschein.com; |
| Squire, Sanders & Dempsey L.L.P. | G. Christopher Meyer | cmeyer@ssd.com; |
| State of California Office of the Attorney General | Sarah E. Morrison | sarah.morrison@doj.ca; .gov; |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang Assistant Attorney General | hwangr@michigan.gov; |
| State of Michigan Labor Division | Susan Przekop-Shaw | przekopshaws@michigan.gov; |
| Steel Technologies, Inc. | John M. Baumann | jmbaumann@steeltechnologies.com; |
| Sterns & Weinroth, P.C. | Michael A Spero Simon Kimmelman Valerie A Hamilton | jspecf@sternslaw.com; |
| Stevens & Lee, P.C. | Constantine D. Pourakis, Esq. | cp@stevenslee.com; |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | mshaiken@stinsonmoheck.com; |
| Stinson Morrison Hecker LLP | Nicholas J Zluticky | nzluticky@stinson.com; |
| Stites & Harbison PLLC | Madison L.ca; shman | robert.goodrich@stites.com; |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | madison.ca; shman@stites.com; |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | wbeard@stites.com; loucourtsum@stites.com; |
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | ferrell@taftlaw.com; |
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq | miller@taftlaw.com; |
| Teitelbaum & Baskin LLP | Jay Teitelbaum Ron Baskin | jteitelbaum@tblawllp.com; rbaskin@tblawllp.com; |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | agbanknewyork@ag.tn.gov; |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | jforstot@tpw.com; |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | lcurcio@tpw.com; |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | niizeki.tetsuhiro@furukawa.co.jp; |
| The Michaelson Law Firm | Robert N Michaelson | rnm@michaelsonlawfirm.com; |
| The Timken Corporation BIC - 08 | Michael Hart | michael.hart@timken.com; |
| Thompson & Knight | Rhett G. Cambell | rhett.ca; mpbell@tklaw.com; |
| Thompson & Knight LLP | Ira L. Herman | ira.herman@tklaw.com; |
| Thompson & Knight LLP | John S. Brannon | john.brannon@tklaw.com; |

| | | |
|---|---|---|
| Thompson Coburn Fagel Haber | Lauren Newman | lnewman@thompsoncoburn.com; |
| Thompson Hine LLP | Jennifer L Maffett | Jennifer.Maffett@ThompsonHine.com; |
| TI Group Automotive Systms LLC | Timothy M. Guerriero | tguerriero@us.tiauto.com; |
| Todd & Levi, LLP | Jill Levi, Esq. | jlevi@toddlevi.com; |
| U.S. Department of Justice | Matthew L Schwartz<br>Joseph N Cordaro | matthew.schwartz@usdoj.gov;<br>Joseph.Cordaro@usdoj.gov; |
| Underberg & Kessler, LLP | Helen Zamboni | hzamboni@underbergkessler.com; |
| Union Pacific Railroad Company | Mary Ann Kilgore | mkilgore@UP.com; |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy | Allied Industrial and Service Workers, Intl Union (USW), AFL-CIO | djury@usw.org; |
| Vedder Price PC | Stephanie K Hor Chen | schen@vedderprice.com; |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | tscobb@vorys.com; |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | RGMason@wlrk.com; |
| Warner Norcross & Judd LLP | Gordon J. Toering | gtoering@wnj.com; |
| Warner Norcross & Judd LLP | Michael G. Cruse | mcruse@wnj.com; |
| Warner Norcross & Judd LLP | Stephen B. Grow | growsb@wnj.com; |
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | gpeters@weltman.com; |
| White & Case LLP | Glenn Kurtz<br>Gerard Uzzi<br>Douglas Baumstein | gkurtz@ny.whitecase.com;<br>guzzi@whitecase.com;<br>dbaumstein@ny.whitecase.com; |
| White & Case LLP | Thomas Lauria<br>Frank Eaton | tlauria@whitecase.com;<br>featon@miami.whitecase.com; |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | barnold@whdlaw.com; |
| Wickens Herzer Panza Cook & Batista Co | James W Moennich Esq | jmoennich@wickenslaw.com; |
| Winston & Strawn LLP | David Neier<br>Carey D. Schreiber | dneier@winston.com;<br>cschreiber@winston.com; |
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | mwinthrop@winthropcouchot.com; |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | sokeefe@winthropcouchot.com; |

| | | |
|---|---|---|
| Womble Carlyle Sandridge & Rice, PLLC | Allen Grumbine | agrumbine@wcsr.com; |
| Womble Carlyle Sandridge & Rice, PLLC | Michael G. Busenkell | mbusenkell@wcsr.com; |
| Woods Oviatt Gilman LLP | Ronald J. Kisinski | rkisicki@woodsoviatt.com; |
| Zeichner Ellman & Krause LLP | Stuart Krause | skrause@zeklaw.com; |