## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 05-44481 (RDD) |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Chapter 11 Case |
| | ) | |
| Debtor. | ) | Adversary No. 07-02562 (RDD) |
| | ) | |
| | ) | |
| DELPHI CORPORATION, et al., | ) | **JOINDER OF DEFENDANT** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PARK ENTERPRISES AND PARK ENTERPRISES, INC., | ) ) | |
| | ) | |
| Defendant. | ) ) | |

Defendant, Park Enterprises of Rochester, Inc., incorrectly captioned as Park Enterprises and Park Enterprises, Inc. (hereinafter "Defendant"), by its attorneys Aronauer, Re & Yudell, LLP, hereby joins in the various objections and oppositions to the Reorganized Debtors' Motion For Order Pursuant To 11 U.S.C. §§ 105(d), 544, 547, And 548 And Fed. R. Bankr. P. 7016 Establishing (I) Dates For Hearings Regarding Adversary Proceedings And (II) Notices And Procedures Governing Adversary Proceedings.

DATED:  December 7, 2011
          New York, New York

                                    ARONAUER, RE & YUDELL, LLP

                                    By: /s/ Kenneth S. Yudell
                                          Kenneth S. Yudell, Esq.
                                    *Attorneys for Defendants*
                                    **Park Enterprises of Rochester, Inc.**
                                    444 Madison Avenue
                                    New York, NY 10022
                                    212.755.6000