## Jay Abrams

**From:**
**Sent:** Jay Abrams
**To:** Tuesday, October 27, 2009 3:07 PM
**Subject:** 'gary.bush@bnymellon.com'
Trumbull, Ohio issue for GM

Mr. Bush:

Our firm holds a block of bonds issued by Trumbull, Ohio originally issued by General Motors. CUSIP: 898149AA7. The bonds are dated 7/01/1994. I have been informed by the Treasurer's office of GM that these bonds are now the responsibility of Delphi. GM also directed me to contact you to obtain the name and contact information of the appropriate person at Delphi who can tell us if Delphi intends to continue paying on this bond issue. I would appreciate your assistance with this request. Thanks.

Jay H. Abrams, Ph.D.
Chief Municipal Credit Analyst
fmsbonds, Inc.
20660 West Dixie Highway
North Miami Beach, FL 33180
Ph: (305) 692-4125
Fx: (305) 935-2516
Email: jabrams@fmsbonds.com
www.fmsbonds.com

1

From: VanDenBergh, Albert [mailto:albert.vandenbergh@delphi.com]
Sent: Thursday, October 29, 2009 1:27 PM
To: Jay Abrams
Subject: RE: Bondholder Info. Request

Jay,

These bonds were an allowed secured claim in Delphi's bankruptcy case and as of emergence have been assigned to "New" Delphi. Allowed secured claims are to be satisfied in equal installments of cash payments over seven years from the date of emergence (October 6, 2009). Outstanding amounts will accrue interest at the seven-year treasury yield rate as of emergence plus 200 basis points.

Regards,
Al