

# THE BANK OF NEW YORK MELLON

Default Administration Group
101 Barclay Street – 8W
New York, NY 10286

March 16, 2010

Mr. Albert VanDerBergh
Director, Treasury
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

> Re: *County of Trumbull Sewage Disposal Revenue Bonds (General Motors Corporation Project) Series 1994 (the "Trumbull Bonds")*

Dear Mr. VanDerBergh:

We have reviewed your letter of January 21, 2010 which states that Delphi did not make the January 2, 2010 interest payment and will not make any subsequent payments for the Trumbull Bonds due to the Chapter 11 filing by General Motors Corporation ("Old GM"). We will appreciate your providing us with any documentation regarding Delphi's conclusion that it has no obligation to make payments with respect to the Trumbull Bonds, and any agreements with Old GM and/or the Motors Liquidation Company relating to these bonds.

We have been unable to find a reference to the Trumbull Bonds on the schedule of liabilities filed by Old GM in its Chapter 11 case, and since a post-petition interest payment was made in July of 2009 we assumed that Delphi would continue to make all subsequent payments of principal and interest. If Delphi believes it is no longer obligated to make payments on the Trumbull Bonds please provide us with the requested information, including a contact person at Old GM, in order to allow us to assert a claim against the appropriate party on behalf of the holders of these bonds.

Please call me at (212) 815-2747 to further discuss this matter.

Very truly yours,

THE BANK OF NEW YORK MELLON,
as Indenture Trustee

By: *Gary S. Bush*
Gary S. Bush, Vice President