DEC-30-2010  10:27         FMSbonds, Inc                              5612414784    P.027

Jay Abrams

From:     VanDenBergh, Albert [albert.vandenbergh@delphi.com]
Sent:     Tuesday, June 22, 2010 12:43 PM
To:       Jay Abrams
Subject:  FW: Bondholder Info. Request

Jay,

I am writing to clarify my email to you of October 29, 2009 (copy below). I was mistaken when I indicated that the bonds issued to General Motors by Trumbull County Ohio were the subject of a secured claim in the bankruptcy of Delphi Corporation (now known as DPH Holdings Corp.) and certain of its subsidiaries and affiliates. To my knowledge, no claim was filed in the DPH Holdings Corp. bankruptcy with respect to the Trumbull County bonds. None of the "new" Delphi entities have liability with respect to the Trumbull County bonds and we do not intend to make any payments with respect to such bonds. I apologize for the confusion.

Regards,
Al

Al VanDenBergh
Director – Corporate Finance, Capital Markets,
    Capital Planning & Financial Risk Management
Delphi Corporation
Tel:  1 248.813.3342
Fax:  1 248.813.3381
Email: albert.vandenbergh@delphi.com


From: VanDenBergh, Albert [mailto:albert.vandenbergh@delphi.com]
Sent: Thursday, October 29, 2009 1:27 PM
To: Jay Abrams
Subject: RE: Bondholder Info. Request

Jay,

These bonds were an allowed secured claim in Delphi's bankruptcy case and as of emergence have been assigned to "New" Delphi. Allowed secured claims are to be satisfied in equal installments of cash payments over seven years from the date of emergence (October 6, 2009). Outstanding amounts will accrue interest at the seven-year treasury yield rate as of emergence plus 200 basis points.

Regards,
Al


From: Jay Abrams [mailto:JAbrams@FMSbonds.com]
Sent: Thursday, October 29, 2009 10:48 AM
To: VanDenBergh, Albert
Subject: Bondholder Info. Request


Mr. Vandenbergh:

Devin Corr from General Motors suggested I contact you. Our firm, a broker/dealer in South Florida, holds a block (as does our clients) of bonds issued originally for GM by Trumbull Co., Ohio. These bonds were IRBs

1