| | |
|---|---|
| **MORRISON COHEN LLP** <br> 909 Third Avenue <br> New York, New York 10022 <br> (212) 735-8600 <br> Andrea Fischer, Esq. | **Hearing Date: January 12, 2012 at 10:00 a.m.** <br> **Objection Deadline: January 5, 2012 at 4:00 p.m.** |

*Attorneys for Paul Feinsilver, James A. Klotz and Terrance O'Grady*

**EMMET, MARVIN & MARTIN, LLP**
120 Broadway
New York, NY 10271
(212) 238-3021
Edward P. Zujkowski, Esq.

*Attorneys for The Bank of New York Mellon, as Indenture Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | : | (Jointly Administered) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE,** that upon the attached Motion of The Bank Of New York Mellon, as Indenture Trustee, Paul Feinsilver, James A. Klotz and Terrance O'Grady for Permission to Proceed in the Appropriate Tribunal as Against the Reorganized Debtors*("Motion"),* a hearing will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, on January 12, 2012 at 10:00 a.m. ("*Hearing Date*") at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601, or as soon thereafter as counsel can be heard, for the entry of the proposed Order granting the relief requested in the Motion.

#3600232 v1 \022193 \0001

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Motion must be (a) in writing, (b) in compliance with the following paragraph regarding electronic filing, (c) filed with the Bankruptcy Court (with a courtesy copy provided directly to Judge Drain's Chambers), and (d) served upon the attorneys for Paul Feinsilver, James A. Klotz and Terrance O'Grady, Morrison Cohen LLP, 909 Third Avenue, New York, NY 10022, Attn: Andrea Fischer, Esq., and attorneys for The Bank of New York Mellon, as Indenture Trustee, Emmet, Marvin & Martin, LLP, 120 Broadway, New York, NY 10271, Attn: Edward P. Zujkowski, Esq., so as to actually be received no later than 7 days prior to the Hearing Date.

**PLEASE TAKE FURTHER NOTICE** that any objections filed by the parties with legal representation must be filed (a) (i) through the Bankruptcy Court's electronic filing system, which may be accessed a password (which is available by contacting the Bankruptcy Court's technical assistance at (914) 390-4060, Monday through Friday, 8:30 a.m. to 5:00 p.m.) through the Internet at the Bankruptcy Court's website: www.nysb.uscourts.gov, using Netscape Navigator software version 3.0 or higher, and (ii) in portable document format (PDF) using Adobe Exchange software for conversion; or (b) if a party is unable to file electronically, such party must submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, court document number of the document to which the objection refers, and the file name on the outside of the envelope; or (c) if a party is unable to file electronically or use PDF format, such party must submit the objection on a diskette in either a Word, WordPerfect, or DOS text (ASCII) format. An objection filed by a party with no legal representation must comply with sections (b) or (c) as set forth in this paragraph.

#3600232 v1 \022193 \0001

Dated: New York, New York
December 12, 2011

        **MORRISON COHEN LLP**
        *Attorneys for Paul Feinsilver, James A. Klotz*
        *And Terrance O'Grady*

        By: /s/ Andrea Fischer
           Andrea Fischer
           909 Third Avenue
           New York, New York 10022
           (212) 735-8600

        **EMMET, MARVIN & MARTIN, LLP**
        *Attorneys for The Bank of New York Mellon,*
         *as Indenture Trustee*

        By:/s/ Edward P. Zujkowski
           Edward P. Zujkowski
           120 Broadway
           New York, NY 10271
           (212) 238-3021

#3600232 v1 \022193 \0001