HONIGMAN MILLER SCHWARTZ AND COHN LLP
Norman C. Ankers (Michigan Bar No. P30533)
Seth A. Drucker (Michigan Bar No. P65641)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7626
Facsimile: (313) 465-7627
Email: sdrucker@honigman.com

Attorneys for Swynson Limited, assignee of evo Medical Solutions, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                                            :
     In re                                :     Chapter 11
                                            :
DPH HOLDINGS CORP., et al.,       :     Case No. 05-44481 (RDD)
                                            :
                                            :     (Jointly Administered)
     Reorganized Debtors.            :
                                            :
------------------------------ x

NOTICE OF ADJOURNMENT OF HEARING ON MOTION FOR ORDER
DETERMINING THAT SWYNSON LIMITED, ASSIGNEE OF evo MEDICAL
SOLUTIONS, INC., MAY PURSUE BINDING ARBITRATION

       PLEASE TAKE NOTICE that on November 23, 2011, Swynson Limited ("Swynson"), assignee of evo Medical Solutions, Inc. ("evo"), through its attorneys, Honigman Miller Schwartz and Cohn LLP, filed a Motion for Order Determining that Swynson Limited, Assignee of evo Medical Solutions, Inc., May Pursue Binding Arbitration (Docket No. 21734) (the "Motion").

       PLEASE TAKE FURTHER NOTICE that the hearing originally set for December 21, 2011 at 10:00 a.m. (prevailing Eastern time) to consider the Motion has been

adjourned to the hearing scheduled for **January 12, 2012 at 10:00 a.m**. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 118, White Plains, New York 10601-4140 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that objections, if any to the Motion must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883) (the "Supplemental Case Management Order"), and the Twenty-Fourth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered August 1, 2011 (Docket No. 21507) (together with the Supplemental Case Management Order, the "Case Management Orders"), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, The Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, Courtroom 116, White Plains, New York 10601-4140, and (e) counsel to Honigman Miller Schwartz and Cohn LLP, Attn. Norman C. Ankers and Seth A. Drucker, 660 Woodward

Avenue, 2290 First National Building, Detroit Michigan 48226, in each case so as to be received

no later than 4:00 p.m. (prevailing Eastern time) on **January 5, 2011**.

Dated:   New York, New York
         December 12, 2011

        HONIGMAN MILLER SCHWARTZ AND
          COHN LLP

Attorneys for Swynson Limited.

By:    /s/ Seth A. Drucker
Norman C. Ankers (Michigan Bar No. P30533)
Seth A. Drucker (Michigan Bar No. P65641)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Telephone: (313) 465-7626
Facsimile: (313) 465-7627
Email: sdrucker@hongiman.com

10112553.1