UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

In re: DPH Holding Corp, et al

                Debtor

Case No.: 05-44481-rdd

Chapter 11

------------------------------------------------x

                Plaintiff

v.

                Defendant

Adversary Proceeding No.: 21520

------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Richard A. Meier, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Ratko Menjak, a former employee in the above-referenced ☐ case ☑ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Michigan and, if applicable, the bar of the U.S. District Court for the District of _____.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: August 7, 2011
New York, New York

Richard A. Meier
*Mailing Address:*
30300 Northwestern Highway, Ste 320
Farmington Hills, Michigan 48334

*E-mail address:* meier900@netscape.net
*Telephone number:* (248) 932-3500
248-990-1971