# EXHIBIT F

-----Original Message-----
From: judge_drain@nysb.uscourts.gov [mailto:judge_drain@nysb.uscourts.gov]
Sent: Tuesday, November 01, 2011 5:10 PM
To: Haffey, Cynthia J.
Cc: 'Carrie_Hardman@nysb.uscourts.gov'; DPH Defense Counsel;
rdd.chambers@nysb.uscourts.gov; Sendek, Bruce L.
Subject: Re: DPH/Adversary Proceeding Procedures Order

Dear Ms. Haffey:

If you have not had a steering committee response by the close of business Friday, please file the motion described in your letter by notice of presentment and provide that if there are any objections by the proposed presentment date the hearing will be on the next omnibus day.

From: "Haffey, Cynthia J." <haffey@butzel.com>
To:     "rdd.chambers@nysb.uscourts.gov"
            <rdd.chambers@nysb.uscourts.gov>
Cc:     "'Carrie_Hardman@nysb.uscourts.gov'"
            <Carrie_Hardman@nysb.uscourts.gov>, "Sendek, Bruce L."
            <sendek@butzel.com>, DPH Defense Counsel
            <IMCEAMAPIPDL-Unknown@butzel.com>
Date:   10/31/2011 06:21 PM
Subject:        DPH/Adversary Proceeding Procedures Order

Dear Judge Drain:

As a follow-up to the e-mail I sent to chambers a few moments ago, it has since come to my attention that the attached letter did not transmit.
Accordingly, I am re-sending it here.

Regards,

Cynthia Haffey

To comply with U.S. Treasury Regulations: This communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the tax laws of the United States, or promoting, marketing or

recommending to another party any transaction or matter addressed in this
communication (and any attachment).


Confidentiality Statement:

This message (including any attachments) is intended only for the individual or entity to
which it is addressed. It may contain privileged, confidential information that is exempt
from disclosure under applicable laws. If you are not the intended recipient, please note
that you are strictly prohibited from disseminating or distributing this information (other
than to the intended recipient) or copying this information. If you have received this
communication in error, please notify us immediately by e-mail or by telephone at (313)
225-7000. To learn more about Butzel Long, please visit our website at
http://www.butzel.com(See attached file:
October 31 Letter.pdf)

# EXHIBIT G

# THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

DIRECT DIAL: (212) 751-3045
EMAIL: Ira.Herman@tklaw.com

900 THIRD AVENUE
20TH FLOOR
NEW YORK, NEW YORK 10022-4883
(212) 751-3001
FAX (212) 751-3113
www.tklaw.com

AUSTIN
DALLAS
DETROIT
FORT WORTH
HOUSTON
NEW YORK

ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS

November 4, 2011

VIA EMAIL

The Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: DPH Holdings Corp.

Dear Judge Drain:

Yesterday, counsel for several of the individual defendants in the adversary proceedings brought by DPH Holdings Corp. (the "Remaining Adversary Proceedings") met telephonically to discuss issues relating to these cases, and specifically the refusal of counsel for DPH Holdings Corp. ("Butzel") to circulate the draft procedures order referenced in her letter to the Court, dated October 31, 2011. As only some of the defendants in the Remaining Adversary Proceedings were on the call yesterday, the group on the phone determined they could speak for themselves, but neither speak nor act for those defendants who were not represented on the call. We have been asked by counsel who participated on the call to write to the court regarding these matters.

In the first instance, the attorneys who participated in the call are concerned that their individual clients are being unduly prejudiced by the refusal of Butzel to circulate the form of order it has drafted despite numerous requests that it do so. Nothing this Court has said suggests that Butzel has been authorized to "hide the ball," until such time as the defendants in the Remaining Adversary Proceedings organize themselves to Butzel's liking.

In contrast, counsel who participated in the conference call yesterday have authorized us to advise the Court that such counsel will undertake to coordinate their comments to the draft order prepared by Butzel, once counsel have been afforded the opportunity to review the proposed draft with their respective clients.

Finally, counsel who participated in the call yesterday urge the Court to direct Butzel (a) to deliver immediately the form of proposed order to counsel for the defendants in the

November 4, 2011
Page 2

Remaining Adversary Proceedings for review, and (b) work with the counsel for the
defendants in the Remaining Adversary Proceedings to resolve disagreements that may
arise with respect to such draft.

Thank you for your consideration.

Respectfully,

Ira L. Herman

cc:    Cynthia J. Haffey
       Counsel for certain preference defendants

# EXHIBIT H

# BUTZEL LONG

A T T O R N E Y S   A N D   C O U N S E L O R S

*a professional corporation*

**Cynthia J. Haffey**
**313 983 7434**
haffey@butzel.com

Suite 100    150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
**butzel.com**

November 4, 2011

*Via E-Mail to rdd.chambers@nysb.uscourts.gov*

The Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

### *Re:  DPH Holdings Corp./Procedures Regarding Adversary Proceedings*

Dear Judge Drain:

Over the past two weeks, we have encouraged the defendants to appoint a committee or spokesperson to negotiate with the Reorganized Debtors regarding a procedures order.  We received no indication that the defendants were prepared to deal with the Reorganized Debtors on an organized basis, and Mr. Herman's letter of today confirms that the defendants are not yet in a position to do so.  Accordingly, consistent with the Court's direction in its November 1, 2011 e-mail, the Reorganized Debtors will file their proposed procedures motion today and will set a hearing date for December 21, 2011.  The time between now and the hearing will afford the parties ample opportunity to work toward a resolution.

We thank the Court for its consideration.

Respectfully submitted,

*Cynthia J. Haffey / w/authority ( C P 700 (2)*

Cynthia J. Haffey

cc:  Counsel for each preference defendant

# EXHIBIT I

-----Original Message-----
From: JStitt@KMKLAW.com [mailto:JStitt@KMKLAW.com]
Sent: Monday, October 31, 2011 4:06 PM
To: Haffey, Cynthia J.
Subject: FW Counsel list

Here is every one to whom the list was forwarded.

-----Original Message-----
From: VBARRON@sgrlaw.com [mailto:VBARRON@sgrlaw.com]
Sent: Monday, October 31, 2011 3:45 PM
To: JLutz@fbtlaw.com, rm@michaelsonlawfirm.com, MROZEA@rnfpc.com,
cjlawhorn@BryanCave.com, ckluhn@BryanCave.com, Stitt, Jason V.;
LBaker@fbtlaw.com, jdering@archerlaw.com, jkulback@archerlaw.com,
scook@lambertleser.com, rgiunta@lambertleser.com,
abruski@lambertleser.com, sjerome@swlaw.com, devon.merling@dinslaw.com,
jsullivan@mosessinger.com, JGansberg@mchshelist.com,
devon.merling@dinsmore.com, dvbarron@gmail.com,
MSilverschotz@ReedSmith.com, jwurst@rnfpc.com, ira.herman@tklaw.com,
SJacob@lockelord.com, RBARAB@sgrlaw.com
Cc: VBARRON@sgrlaw.com


*****************************************************
Jason V. Stitt
Keating Muething & Klekamp PLL
One East Fourth Street
Suite 1400
Cincinnati, OH 45202
Tel: 513-639-3964
Fax: 513-579-6457
Internet Address: jstitt@kmklaw.com
Website: www.kmklaw.com

IRS Circular 230 Disclosure:  To ensure compliance with requirements
imposed by the U.S. Internal Revenue Service, we inform you that any U.S.
tax advice contained in this communication (including any attachments) is
not intended or written to be used, and cannot be used, for the purpose of
(i) avoiding penalties under the Internal Revenue Code or (ii) promoting,
marketing or recommending to another party any transaction or matter
addressed herein.

| Case No. | Defendant | Counsel |
|---|---|---|
| 07-02259 | BLAIR STRIP STEEL CO | James M. Lawniczak, Esq.<br>**Nathan A. Wheatley, Esq.**<br>Tiiara N. A. Patton, Esq.<br>Jean Robertson, Esq.<br>Calfee, Halter & Griswold LLP<br>KeyBank Center, Ste. 1400<br>800 Superior Avenue<br>Cleveland, OH 44114<br>216.622.8200<br>216.241.0816<br>jlawniczak@calfee.com<br>nwheatley@calfee.com<br>tpatton@calfee.com<br>jrobertson@calfee.com |
| 07-02270 | **Castrol, Unifrax - ONLY** | Castrol, BP Amoco, BP North America:<br>**James S. Carr, Esq.**<br>**Gilbert R. Saydah, Esq.**<br>Kelly, Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>212.808.7100<br>212.808.7897 Fax<br>jcarr@kelleydrye.com<br>gsaydah@kelleydrye.com<br>Unifrax:<br>Julia S. Kreher, Esq.<br>Michael E. Reyen, Esq.<br>Deborah J. Piazza, Esq.<br>**Hodgson Russ LLP**<br>The Guaranty Building<br>140 Pearl Street, Ste. 100<br>Buffalo, NY 14202-4040<br>716.856.4000<br>716.849.0349<br>jkreher@hodgsonruss.com<br>dpiazza@hodgsonruss.com |
| 07-02284 | CAMPBELL MARSHALL E CO | **T. Allen Francis, Esq.**<br>Fletcher Fealko Shoudy & Francis, P.C.<br>522 Michigan St.<br>Port Huron, MI 48060<br>810.987.8444<br>tfrancis@fletcherfealko.com |

| 07-02288 | CARETOOLS | Jeffrey Vanacore, Esq.<br>Aram Ordubegian, Esq.<br>Arent Fox LLP<br>555 West Fifth Street, 48th FL.<br>Los Angeles, CA 90013<br>213.629.7400<br>ordubegian.aram@arentfox.com |
|---|---|---|
| 07-02217 | D & S MACHINE PRODUCTS INC | **Michael B. O'Neal, Esq.**<br>Michael G. Cruse, Esq.<br>Warner, Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon Street, N.W.<br>Grand Rapids, MI 49503-2487<br>moneal@wnj.com<br>mcruse@wnj.com |
| 07-02098 | DECATUR PLASTIC PRODUCTS INC | David J. Jurkiewicz, Esq.<br>Bose McKinney & Evans LLP<br>111 Monument Circle, Ste. 2700<br>Indianapolis, Indiana 46204<br>317.684.5364<br>317.223.0262 Fax<br>DJurkiewicz@boselaw.com |
| 07-02214 | DOVE EQUIPMENT CO INC | **William R. Kohlhase, Esq.**<br>Miller, Hall & Triggs<br>416 Main Street, Ste. 1125<br>Peoria, IL 61602-1161<br>309.671.9699, ext. 147<br>william.kohlhase@mhtlaw.com<br>Co-Counsel:<br>Melissa A. Pena, Esq.<br>Norris, McLaughlin & Marcus, PA<br>875 Third Ave., 8th Fl.<br>New York, NY 10022<br>mapena@nmmlaw.com |
| 07-02234 | DR. SCHNEIDER | **Donald J. Hutchinson, Esq.**<br>Susan J. Robbins, Esq.<br>Miller, Canfield, Paddock and Stone, P.L.C.<br>150 W. Jefferson Ave., Ste. 2500<br>Detroit, MI 48226<br>313.963.6420<br>313.496.8450 Fax<br>hutchinson@millercanfield.com |
| 07-02236 | DSSI LLC | **Claude (Chip) Bowles, Esq.**<br>Greenbaum, Doll, & McDonald PLLC<br>3500 National City Tower<br>101 South Fifth Street<br>Louisville, KY 40202<br>502-587-3746<br>crb@gdm.com |

| 07-02272 | Elkart Products | **David A. Rosenzweig, Esq.**<br>FULBRIGHT & JAWORSKI L.L.P.<br>666 Fifth Avenue<br>New York, New York 10103<br>212. 318.3000<br>212. 318.3400<br>drosenzweig@fulbright.com |
|---|---|---|
| 07-02309 | EQUIS CORPORATION | **Jason V. Stitt, Esq.**<br>Keating Muething & Klekamp PLL<br>The Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>513.639.3964<br>513.579.6457 Fax<br>jstitt@kmklaw.com |
| 07-02258 | FERNANDEZ RACING LLC | **Lawrence F. Morrison, Esq.**<br>Meister Seeling & Fein LLP<br>140 East 45th Street, 19th Fl.<br>New York, NY 10017<br>212.655.3500<br>212.655-3535 Fax<br>lfm@msf-law.com |
| 07-02302 | FLORIDA PRODUCTION ENGINEERING INC | **John B. Persiani, Esq.**<br>Dinsmore & Shohl LLP<br>2555 E. 5th St., Ste. 1900<br>Cincinnati, OH 45202<br>513.977.8371<br>513.977.8141 Fax<br>john.persiani@dinslaw.com |
| 07-02312 | FLUENT INC | **K. Brent Tomer, Esq.**<br>Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY<br>10018-1405<br>T: 212-813-8862<br>F: 212-355-3333<br>ktomer@goodwinprocter.com |
| 07-02333 | GLOBE MOTORS INC | **Colleen McManus, Esq.**<br>Much Shelist Denenberg Ament and Rubenstein, P.C.<br>191 North Wacker Drive, Ste. 1800<br>Chicago, IL 60606<br>313.521.2695<br>312.521.2595 Fax<br>CMcManus@muchshelist.com |

| | | |
|---|---|---|
| 07-02442 07-02445 | HERAEUS METALS PROCESSING HERAEUS PRECIOUS METALS | **William M. Barron, Esq.** Beth Kibel, Esq. Smith, Gambrell & Russell, LLP 250 Park Avenue, Ste. 1900 New York, NY 10177 212.907.9700 212.907.9800 wbarron@sgrlaw.com bkibel@sgrlaw.com |
| 07-02475 | HSS LLC | **Dennis M. Haley, Esq.** Winegarden, Haley, Lindholm & Robertson, P.L.C. G-9460 S. Saginaw Street, Ste. A Grand Blanc, MI 48439 810.579.3600 810.597.1748 Fax dhaley@winegarden-law.com |
| 07-02322 | JAMESTOWN CONTAINER | **Beverly Braun, Esq.** Jaeckle Fleischmann & Mugel, LLP 12 Fountain Plaza Buffalo, NY  14202-2292 716.843.3900 fax: 716.856.0432 bbraun@jaeckle.com |
| 07-02720 | LANEKO ENGINEERING CO & WACHOVIA BANK | Derek J. Baker, Esq. **Mark Sliverschotz** Reed Smith LLP 2500 One Liberty Place Philadelphia, PA 19103 215.851.8148 215.851.1420 Fax dbaker@reedsmith.com msilverschotz@reedsmith.com **Attorney for Wachovia ONLY** |
| 07-02758 | MAGNESIUM ELECTRON INC | **Stephen M. Packman, Esq.** Archer & Greiner, P.C. 2 Penn Plaza, Suite 1500 New York, NY 10121 212.292.4988 212.629.4568 Fax spackman@archerlaw.com |
| 07-02416 | MERRILL TOOL & MACHINE | **Corey D. Grandmaison, Esq.** Braun Kendrick Finkbeiner, PLC 4301 Fashion Square Boulevard Saginaw, Min 48603 989.498.2256 989.799.4666 Fax corgra@bkf-law.com |

| 07-02432 | METHODE ELECTRONICS INC | Timothy S. McFadden, Esq.<br>**Courtney E. Barr, Esq.**<br>Ann Marie Walshk, Esq.<br>Locke Lord Bissell & Liddell LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>312.443.0700<br>312.443.0336 Fax<br>tmcfadden@lockelord.com |
|---|---|---|
| 07-02477 | MONROE INC | **Robert D. Wolford, Esq.**<br>Miller Johnson<br>250 Monroe Avenue NW, Suite 800<br>Grand Rapids, MI 49501-0306<br>616.831.1726<br>616.988.1726 fax<br>wolfordr@millerjohnson.com |
| 07-02489 | Mubea | **Michael G. Cruse, Esq.**<br>Anissa C. Hudy, Esq.<br>Warner, Norcross & Judd LLP<br>12900 Hall Rd., Ste.440<br>Sterling Heights, MI 48313<br>248.784.5199<br>mcruse@wnj.com<br>ahudy@wnj.com |
| 07-02527 | ND AMC LLC | **Dan E. Bylenga**<br>Rhoades McKee PC<br>161 Ottawa NW, Suite 600<br>Grand Rapids, MI 49503<br>616.233.5161<br>616.233.5269<br>debyleng@rhoadesmckee.com |
| 07-02540 | OWENS CORNING | **H. Buswell Roberts, Esq.**<br>Shumaker, Loop & Kendrick, LLP<br>2001 South Main Street<br>Unit 206-A<br>Blacksburg, Virginia 24060<br>419.241.9000 Main<br>540.951.8320 Direct<br>419.344.1093 Cell<br>540.951.8357 Fax<br>broberts@slk-law.com |
| 07-02562 | PARK ENTERPRISES | **John K. McAndrew, Esq.**<br>700 Crossroads Building<br>2 State Street<br>Rochester, NY 14614<br>585.987.2800<br>mcandrew@woodsoviatt.com |

| | | |
|---|---|---|
| 07-02563 | PARK OHIO INDUSTRIES | James M. Lawniczak, Esq.<br>**Nathan A. Wheatley, Esq.**<br>Tiiara N. A. Patton, Esq.<br>Calfee, Halter & Griswold LLP<br>KeyBank Center, Ste. 1400<br>800 Superior Avenue<br>Cleveland, OH 44114<br>216.622.8200<br>216.241.0816<br>jlawniczak@calfee.com<br>nwheatley@calfee.com<br>tpatton@calfee.com |
| 07-02572 | PBR COLUMBIA LLC | **Michael B. O'Neal, Esq.**<br>Warner Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon Street, N.W.<br>Grand Rapids, MI 49503-2487<br>616.752.2413<br>moneal@wnj.com |
| 07-02580 | NXP - PHILIPS SEMICONDUCTOR | **Robert N. Michaelson, Esq.**<br>The Michaelson Law Firm<br>11 Broadway, Ste. 615<br>New York, New York 10004<br>212.604.0685<br>800.364.1291 Fax<br>robert.michaelson@klgates.com |
| 07-02339 | POLAR OIL | **Chad Hansen, Esq.**<br>Taft Stettinius & Hollister, LLP<br>110 North Main St., Suite 900<br>Dayton, OH 45402-1786<br>hansen@taftlaw.com |
| 07-02358 | PONTIAC COIL INC | James E. DeLne, Esq.<br>**P. Warren Hunt, Esq.**<br>Kerr, Russell and Weber, PLC<br>500 Woodward Avenue, Ste. 2500<br>Detroit, MI 48226<br>313.961.0200<br>jed@krwlaw.com |
| 07-02690 | PRO TECH MACHINE | **Susan M. Cook, Esq.**<br>Lambert, Leser, Isackson, Cook & Giunta, P.C.<br>916 Washington Ave., Ste. 309<br>Bay City, MI 48708<br>989.893.3518<br>scook@lambertleser.com |

| | | |
|---|---|---|
| 07-02804 | PRODUCT ACTION INT'L. INC. | **Whitney L. Mosby, Esq.**<br>Bingham McHale, LLP<br>10 West Market St., #2700<br>Indianapolis, IN 46204<br>317.968.5407<br>317.236.9907 Fax<br>wmosby@binghammchale.com |
| 07-02744<br>07-02742 | REPUBLIC ENGINEERED PRODUCTS | **Douglas L. Lutz, Esq.**<br>Lindsay F. Baker, Esq.<br>Frost Brown Todd LLC"<br>2200 PNC Center<br>201 East Fifth Street<br>Cincinnati, OH 45202<br>513.651.6724<br>513.315.3462 Cell<br>dlutz@fbtlaw.com<br>myarbrough@fbtlaw.com |
| 07-02767 | ROTOR COATERS INTERNATIONAL | **Judy Carlton, Esq**.<br>Honigman Miller Schwartz and Cohn LLP<br>660 Woodward Ave.<br>2290 First National Building<br>Detroit, MI 48226-3506<br>313.465.7560<br>313.465.7561 Fax<br>248.891.3017 Cell<br>jcarlton@honigman.com |
| 07-02639 | SPARTECH POLYCOM | **Christopher J. Lawhorn,** Esq.<br>Bryan Cave LLP<br>211 North Broadway<br>St. Louis, Missouri 63102<br>314.259-2151<br>314.259-2020 fax<br>cjlawhorn@bryancave.com |
| 07-02649 | STAPLA ULTRASONICS CORP | **Pat Howell, Esq.**<br>Whyte Hirschboeck Dudek S.C.<br>555 E. Wells St.<br>Milwaukee, WI 53202-3835<br>phowell@whdlaw.com |
| 07-02650 | STARBROOK INDUSTRIES INC | **Max Huffman, Esq**.<br>Spilter, Huffman & Newlove, LLP<br>932 Dixie Hwy.<br>Rossford, OH 43460<br>419.666.7130<br>419.344.6499 Cell<br>rhuffman@shynlaw.com |

| 07-02652 | STEERE ENTERPRISES INC | Kate M. Bradley, Esq.<br>Brouse McDowell, LPA<br>388 S. Main Street, Ste. 500<br>Akron, OH 44311-4407<br>330.535.5711<br>330.253.8601<br>kbradley@brouse.com |
|---|---|---|
| 07-02654 | STEPHENSON & SONS ROOFING | Rozanne M. Giunta, Esq.<br>Lambert, Leser, Isackson, Cook, & Giunta, P.C.<br>916 Washington Ave., Ste. 309<br>Bay City, MI 48708<br>989.893.3518<br>rgiunta@lambertleser.com |
| 07-02661 | SUMMIT POLYMERS INC | Bryan R. Walters, Esq.<br>Varnum LLP<br>Bridgewater Place, PO Box 352<br>Grand Rapids, MI 49501-0352<br>616.336.6000<br>brwalters@varnumlaw.com |
| 07-02668 | TATA AMERICA INTNL CORP | James S. Carr, Esq.<br>Jordan A. Bergman, Esq.<br>Gilbert R. Saydah, Esq.<br>Kelly, Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>212.808.7100<br>212.808.7897 Fax<br>jcarr@kelleydrye.com<br>jbergman@kelleydrye.com<br>gsaydah@kelleydrye.com |
| 07-02523 | UVA MACHINE COMPANY | Robert F. Brown, Esq.<br>Rendigs, Fry, Kiely & Dennis, LLP<br>One West Fourth Street, Ste. 900<br>Cincinnati, OH 45202<br>513.381.9200<br>513.381.9206 Fax<br>rbrown@rendigs.com |
| 07-02551 | VICTORY PACKAGING | Ira Herman, Esq.<br>Jennifer Christian, Esq.<br>Gabrielle Farina, Esq.<br>Thompson & Knight LLP<br>900 Third Avenue, 20th Floor<br>New York, NY 10022-4728<br>212.751.3001<br>212.751.3113 (fax)<br>Ira.Herman@tklaw.com<br>jennifer.christian@tklaw.com<br>gabrielle.farina@tklaw.com |

| | | |
|---|---|---|
| 07-02597 | WELLS FARGO BUSINESS | Jeffrey A. Wurst, Esq.<br>1425 RXR Plaza<br>East Tower 15th Floor<br>Uniondale, NY 11556-1425<br>516.663.6600<br>jwurst@rmfpc.com |
| 07-02602 | WESTWOOD ASSOCIATES INC | Douglas S. Skalka, Esq.<br>Louis J. Testa, Esq.<br>Neubert, Pepe & Monteith, P.C.<br>195 Church Street<br>New Haven, CT 06510<br>203.821.2000<br>203.821.2008 Fax<br>dskalka@npmlaw.com<br>ltesta@npmlaw.com |
| 07-02374 | HAGUE WM CO | Bruce Weiner<br>Rosenberg, Musso, & Weiner LLP<br>26 Court St.<br>Brooklyn, NY 11242<br>718.855.6840<br>rmwlaw@att.net |
| 07-02606 | WILLIAMS ADVANCED MATERIALS EF | Nathan A. Wheatley, Esq.<br>Calfee, Halter & Griswold, LLP<br>800 Superior Avenue<br>Cleveland, OH 44114-2688<br>nwheatley@calfee.com |

# EXHIBIT J

**From:** Haffey, Cynthia J.
**Sent:** Thursday, December 01, 2011 10:18 AM
**To:** Herman, Ira L.
**Cc:** Christian, Jennifer A.
**Subject:** RE: Delphi - Procedures Order Proposal

Ira,

Please identify the "group of the defendants" that "worked together" to produce the draft.

Thanks,

Cindy

**From:** Herman, Ira L. [mailto:Ira.Herman@tklaw.com]
**Sent:** Wednesday, November 30, 2011 11:32 PM
**To:** Haffey, Cynthia J.
**Cc:** Christian, Jennifer A.
**Subject:** Delphi - Procedures Order Proposal

Cindy:

A group of the defendants with active preference cases have worked together to produce the attached draft scheduling order with respect to the Rule 15 litigation. The group took the draft order proposed by the Debtors, converted it from a .pdf document to a Word document and revised that proposed order to produce the attached draft. We leave it to you to run any comparisons you wish to run, since we cannot say with certainty that the conversion of the order proposed by the Debtors' from a .pdf document to a Word document produced an exact duplicate of the Debtors' form of proposed order.

The attached draft remedies many problems the group has with the draft order proposed by the Debtors. The attached draft constitutes an attempt to address procedures relating only to the Rule 15 Motions and defaults, as nothing else presently is before the Court. This draft provides, in part, for [a] a fundamentally fair process, [b] clarity with regard to the process and what the parties should expect with regard to this litigation, [c] a means to minimize litigation costs and the unnecessary expenditure of judicial resources, and [d] the preliminary disclosure of facts that lie at the heart of the prejudice and other arguments that may be asserted in the context of the Rule 15 Motions, the disclosure of which may provide information to the parties that may result in the settlement of cases in lieu of continued litigation.

What the attached draft does not do is address matters not presently before the court with respect to defendants who have opposed Rule 15 relief. Our group is of a singular view that it is premature and unduly prejudicial to the defendants

who have opposed Rule 15 relief to ask the Court at this time to rule on procedural matters that go beyond the hearing on the Rule 15 motions.

We are attempting to have as many of the defendants who have opposed Rule 15 relief as is possible "sign on" to the attached draft, but are hamstrung by our inability to identify the actual list of "live" cases (the list attached to your 10/31/11 e-mail seems to be over inclusive) where there has been opposition to Rule 15 relief. We will let you know which defendants have "signed on" regarding the attached draft as soon as possible.

Please let us know if you wish to discuss the attached draft as the basis for the entry of a consensual procedures order with regard to the Rule 15 litigation, We are amenable to scheduling a "meet and confer" for a time that works for all of us.  Although when we spoke yesterday, I thought I would be able to provide you with the attached draft yesterday, that "eta" for delivery of the document turned out to be overly optimistic

Nothing in this communication constitutes a waiver of any  rights or remedies of Victory Packaging, all of which expressly are   reserved.

Regards.

ILH

Ira L. Herman
Partner-Bankruptcy & Creditors' Rights
Thompson & Knight LLP
900 Third Avenue
New York, New York  10022
Tel. 212.751.3045
Fax 214.999.9139
Cell 914.629.4221
ira.herman@tklaw.com
http://www.tklaw.com