TOGUT SEGAL & SEGAL LLP  Hearing Date:  December 21, 2011 at 10:00 a.m.
One Penn Plaza, Suite 3335
New York, New York 10119
Neil Berger
Richard K. Milin
David M. Smith
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
*Conflicts Counsel for Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               :
In re:                                                         :   Chapter 11
                                                               :   Case No. 05-44481 [RDD]
DPH HOLDINGS CORP, *et al.*,                                   :
                                                               :
           Reorganized Debtors.                                :
                                                               :
---------------------------------------------------------------x

## JOINDER IN REORGANIZED DEBTORS' REPLY IN SUPPORT OF MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105(d), 544, 547, AND 548 AND FED. R. BANKR. P. 7016 ESTABLISHING (I) DATES FOR HEARINGS REGARDING ADVERSARY PROCEEDINGS AND (II) NOTICES AND PROCEDURES GOVERNING ADVERSARY PROCEEDINGS

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

      DPH Holdings Corporation and certain of its affiliated reorganized debtors, as plaintiffs in certain adversary proceedings ("Plaintiffs"), by their conflicts counsel Togut, Segal & Segal LLP, join in the attached Reply (the "Reply") and respectfully request that the relief requested in the Motion (as defined in the Reply) be granted in the following four adversary proceedings:

1) *DPH Holdings Corp., et al. v. Kostal, et al.* (Adv. Pro. No. 07-02712);

2) *DPH Holdings Corp., et al. v. NGK, et al.* (Adv. Pro. No. 07-02541);

3) *DPH Holdings Corp., et al. v. NSK Steering Systems* (Adv. Pro. No. 07-02459);  and

    4)  *DPH Holdings Corp., et al. v. Waupaca* (Adv. Pro No. 07-02592).[1]

Dated:  New York, New York
         December 14, 2011

                         Respectfully submitted,

                         DPH Holdings Corp., *et al.*
                         By their conflicts counsel,
                         TOGUT, SEGAL & SEGAL LLP
                         By:

                         /s/Neil Berger
                         NEIL BERGER
                         RICHARD K. MILIN
                         DAVID M. SMITH
                         One Penn Plaza, Suite 3335
                         New York, New York 10119
                         (212) 594-5000

---

[1] This Adversary Proceeding was settled on the date hereof and a stipulation of dismissal will be submitted.