**MORRISON COHEN LLP**
909 Third Avenue
New York, New York 10022
(212) 735-8600
Andrea Fischer, Esq.

*Attorneys for Paul Feinsilver, James A. Klotz
and Terrance O'Grady*

**EMMET, MARVIN & MARTIN, LLP**
120 Broadway
New York, NY 10271
(212) 238-3021
Edward P. Zujkowski, Esq.

*Attorneys for The Bank of New York Mellon, as Indenture Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |

STATE OF NEW YORK    )
                                      )    ss.:
COUNTY OF NEW YORK    )

## AFFIDAVIT OF SERVICE

**MARIOLA WIATRAK,** being duly sworn, deposes and says:

I am employed by the firm of Morrison Cohen LLP, attorneys for Paul Feinsilver, James A. Klotz and Terrance O'Grady. I am not a party to this action, am over 18 years of age and reside in Forest Hills, New York.

On December 12, 2011, I served copies of the Motion of The Bank of New York Mellon, as Indenture Trustee, Paul Feinsilver, James A. Klotz and Terrance O'Grady for Permission to Proceed in the Appropriate Tribunal as Against the Reorganized Debtors, via electronic mail in pdf format, upon the parties on the attached service list A.

On December 16, 2011, I served copies of the Motion of The Bank of New York Mellon, as Indenture Trustee, Paul Feinsilver, James A. Klotz and Terrance O'Grady for Permission to Proceed in the Appropriate Tribunal as Against the Reorganized Debtors, by enclosing same in

#3609163 v1 \022193 \0001

wrappers respectively addressed to the addresses designated for that purpose and causing same to be deposited first class and post-paid in an official depository under the care and custody of the United Stated Postal Service within the State of New York, upon the parties on the attached Service List B.

                                                                                          */s/ Mariola Wiatrak*
                                                                                           MARIOLA WIATRAK

Sworn to before me this
16th day of December 2011


*/s/ Notary Public*
       NOTARY PUBLIC

#3609163 v1 \022193 \0001

## SERVICE LIST A

Kathleen L. Matsoukas, Esq.
Barnes & Thornburg LLP
One N Wacker Drive, Suite 4400
Chicago IL 60606
dthorne@btlaw.com
kmatsoukas@btlaw.com

Sean Corcoran
Karen Craft
David M. Sherbin
John Brooks
Delphi Automotive Systems LLP
5725 Delphi Drive
Troy MI 48098
sean.p.corcoran@delphi.com
karen.j.craft@delphi.com
david.sherbin@delphi.com
john.brooks@delphi.com

Frank L. Gorman, Esq.
Robert B. Weiss, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit MI 48226-3583
fgorman@honigman.com
rweiss@honigman.com

Jeffrey A. Wurst, Esq
Ruskin Moscou Faltischek PC.
1425 RXR Plaza 15th Floor
Uniondale NY 11556
jwurst@rmfpc.com

Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
155 N Wacker Drive Suite 2700
Chicago IL 60606-1720
rmeisler@skadden.com

#3609163 v1 \022193 \0001

Harvey R. Miller, Esq.
Robert J. Lemons, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153
harvey.miller@weil.com
robert.lemons@weil.com

#3609163 v1 \022193 \0001

## SERVICE LIST B

Brian Masumoto, Esq.
United States Trustee
33 Whitehall Street 21st Floor
New York NY 10004

#3609163 v1 \022193 \0001