**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re: DPH Holding Corp, et al                                    Case No.: 05-44481

                                                                          Chapter 11

                                          Debtor

-------------------------------------------------------------x

                                                                          Adversary Proceeding No.: _____

                                          Plaintiff

                              v.

                                          Defendant

-------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

      Upon the motion of  Richard Meier_____, to be admitted, ***pro hac vice***, to represent  Ratko Menjak_____, (the "Client") a  former employee_____ in the above referenced ☐ case ☑ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Michigan_____ and, if applicable, the bar of the U.S. District Court for the _____ District of _____ ,  it is hereby

      **ORDERED**, that _____, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.


Dated:  December 19, 2011

  White Plains_____, New York          /s/  Robert D. Drain_____

                                                                          UNITED STATES BANKRUPTCY JUDGE