HONIGMAN MILLER SCHWARTZ AND COHN LLP
Norman C. Ankers (Michigan Bar No. P30533)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7306
Facsimile: (313) 465-7307
Email: nankers@honigman.com

Attorneys for Swynson Limited

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| | | |
|---|---|---|
| **In re** | : | Chapter 11 |
| | : | |
| **DPH HOLDINGS CORP.,** <u>et al</u>., | : | Case No. 05-44481 (RDD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------x

## <u>ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*</u>

Upon the motion of Norman C. Ankers, to be admitted, ***pro hac vice***, to represent Swynson Limited, (the "Client") a creditor in the above reference case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan and the bar of the U.S. District Court for the Eastern District of Michigan, it is hereby

**ORDERED,** that Norman C. Ankers, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  December 19, 2011
       White Plains, New York                     /s/Robert D. Drain
                                                            Honorable Robert D. Drain
                                                             United States Bankruptcy Judge

10004160.2