**Hearing Date: December 21, 2011**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                                   :

  In re                                             :      Chapter 11
                                                  :
DPH HOLDINGS CORP., et al.,         :      Case No. 05-44481 (RDD)
                                                  :
                Reorganized Debtors.   :      (Jointly Administered)
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PROPOSED SEVENTY-THIRD OMNIBUS HEARING AGENDA

Location Of Hearing:    United States Bankruptcy Court for the Southern District of New York,
                                   300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Seventy-Third Omnibus Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (1 Matter)

    C.    Uncontested, Agreed, Withdrawn, Or Settled Matters (1 Matters)

    D.    Contested Matters (1 Matter)

    E.    Adversary Proceedings (1 Matter)

**A.    Introduction**

**B.    Continued Or Adjourned Matters**∗

    1.    **"Motion by Reorganized Debtors To Enforce Plan Injunction Against Oldco Trustee"**-- Reorganized Debtors' Motion for Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (II) Directing Trustee to Dismiss Action to Recover Discharged Claim (Docket No. 21556)

        *Responses filed:*    None.

        *Replies filed:*    None.

        *Related filings:*    *Notice of Reorganized Debtors' Motion for Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (II) Directing Trustee to Dismiss Action to Recover Discharged Claim ("Oldco Trustee Injunction Motion") [re: Docket No. 21556] (Docket No. 21557)*

            *[Proposed] Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (II) Directing Trustee to Dismiss Action to Recover*

---

∗    The motion found at the following docket number that appeared on a previous Proposed Omnibus Hearing Agenda has been voluntarily withdrawn from the agenda and would need to be re-noticed under the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 17, 2006 (Docket No. 2883), to be reinstated on a future Proposed Omnibus Hearing Agenda: Methode Electronics, Inc.'s Setoff Motion [Docket No. 4912].

*Discharged Claim ("Oldco Trustee Injunction Order") (Docket No. 21558)*

*Certificate of Service of Thomas B. Radom re: 1) Reorganized Debtors' Motion for Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (II) Directing Trustee to Dismiss Action to Recover Discharged Claim ("Oldco Trustee Injunction Motion") [Docket No. 21556]; 2) Notice of Reorganized Debtors' Motion for Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (II) Directing Trustee to Dismiss Action to Recover Discharged Claim ("Oldco Trustee Injunction Order") (re: Docket No. 21556) [Docket No. 21557]; and 3) Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (II) Directing Trustee to Dismiss Action to Recover Discharged Claim ("Oldco Trustee Injunction Order") [Docket No. 21558] (Docket No. 21559)*

*Amended Certificate of Service of Thomas B. Radom re: 1) Reorganized Debtors' Motion for Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (II) Directing Trustee to Dismiss Action to Recover Discharged Claim ("Oldco Trustee Injunction Motion") [Docket No. 21556]; 2) Notice of Reorganized Debtors' Motion for Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (II) Directing Trustee to Dismiss Action to Recover Discharged Claim ("Oldco Trustee Injunction Motion") (re: Docket No. 21556) [Docket No. 21557]; and 3) [Proposed] Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (II) Directing Trustee to Dismiss Action to Recover Discharged Claim ("Oldco Trustee Injunction Order") [Docket No. 21558] (Docket No. 21561)*

*Declaration of Dean R. Unrue, Claims Administrator, in Support of Reorganized Debtors' Motion for Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for*

*the Oldco M Distribution Trust, and (II) Directing Trustee to Dismiss Action to Recover Discharged Claim [re: Docket No. 21556] (Docket No. 21562)*

*Letter Filed By Tina N. Moss On Behalf Of Executive Sounding Board Associates Inc., As Trustee For The Oldco M Distribution Trust [Re: Docket No. 21556] (Docket No. 21568)*

*Notice Of Adjourned Hearing On Reorganized Debtors' Motion For Order (I) Enforcing Modification Procedures Order, Modified Plan And Plan Modification Order Injunctions Against Trustee For The Oldco M Distribution Trust, And (II) Directing Trustee To Dismiss Action To Recover Discharged Claim (Docket No. 21578)*

*Notice Of Change Of Time Of Seventy-Second Omnibus Hearing And Fiftieth Claims Hearing (Docket No. 21690)*

*Status:*   *This matter has been adjourned pursuant to an agreement between the parties.*

2. **"Motion by Swynson Limited, As Assignee Of evo Medical Solutions, Inc., For Order Compelling Binding Arbitration"** --  Motion For Order Determining That Swynson Limited, Assignee Of evo Medical Solutions, Inc., May Pursue Binding Arbitration (Docket No. 21734)

*Responses filed:*   None.

*Replies filed:*   None.

*Related filings:*   *Notice Of Adjournment Of Hearing On Motion For Order Determining That Swynson Limited, Assignee Of evo Medical Solutions, Inc., May Pursue Binding Arbitration (Docket No. 21759)*

*Status:*   *The hearing with respect to this matter has been adjourned to the January 12, 2012 hearing pursuant to the Notice Of Adjournment Of Hearing On Motion For Order Determining That Swynson Limited, Assignee Of evo Medical Solutions, Inc., May Pursue Binding Arbitration (Docket No. 21759).*

C. Uncontested, Agreed, Withdrawn, Or Settled Matters

3. **"Motion by James Grai To Lift Stay"** -- Amended Notice Of Motion, Pursuant To Section 362 Of The Bankruptcy Code, For An Order Modifying The Automatic Stay (Docket No. 21682)

|  |  |
|---|---|
| *Responses filed:* | *Response To Letter Submitted By James Michael Grai (Docket No. 21652)* |
| | *Response And Limited Objection Of The ACE Companies To The Amended Motion Of James Grai Pursuant To Section 362 Of The Bankruptcy Code To Modify Automatic Stay And Amended Motion For Joinder Of Parties (Docket No. 21708)* |
| | *Reorganized Debtors' Objection To Amended Notice Of Motion, Pursuant To Section 362 Of The Bankruptcy Code, For An Order Modifying The Automatic Stay And Related Papers (Docket No. 21682)(Docket No. 21710)* |
| | *Michigan Defendants' Response To Amended Motion For Joinder Of Parties And Amended Motion Of James Grai Pursuant To Section 362 Of The Bankruptcy Code To Modify Automatic Stay (Docket No. 21711)* |
| | *Supplemental Response To Motion For Joinder Of Parties And Amended Motion By James Grai Pursuant To Section 362 Of The Bankruptcy Code To Modify Automatic Stay (Docket No. 21719)* |
| *Replies filed:* | *Reorganized Debtors' Reply And Supplemental Objection To Amended Notice Of Motion, Pursuant To Section 362 Of The Bankruptcy Code, For An Order Modifying The Automatic Stay And Related Papers (Docket No. 21721)* |
| *Related filings:* | *Letter Requesting Relief From The Stay So That The State Of Michigan State Worker's Compensation Commission Can Disburse The Allocated Funds To Disabled Workers Filed By James Michael Grai (Docket No. 21574)* |
| | *Joinder To Lift Automatic Stay (Docket No. 21665)* |
| | *Defendants Michigan Workers' Compensation Agency's And Michigan Funds Administration's Response To Letter Written By James Michael Grai (Docket No. 21666)* |
| | *Notice Of Change Of Time Of Seventy-Second Omnibus Hearing And Fiftieth Claims Hearing (Docket No. 21690)* |
| *Status:* | *A stipulation will be submitted.* |

D. Contested Matters

   *None.*

5

E.  **Adversary Proceedings**

4.  **"Reorganized Debtors' Adversary Proceeding Procedures Motion"** -- Motion for Order Pursuant to 11 U.S.C. §§ 105(d), 544, 547, and 548 and Fed. R. Bankr. P. 7016 Establishing (I) Dates for Hearings Regarding Adversary Proceedings and (II) Notices And Procedures Governing Adversary Proceedings (Docket No. 21701)

*Responses filed:*   *Blair Strip Steel Co. (Docket No. 21749) (Ad. Pro. Case No. 07-02259 Docket No. 54)*

*D & S Machine Products Inc. (Ad. Pro. Case No. 07-02217 Docket No 58)*

*Dr. Schneider Automotive Systems, Inc. (Ad. Pro. Case No. 07-02234 Docket No. 46)*

*Globe Motors, Globe Motors Inc.(Docket No. 21738) (Ad. Pro. Case No. 07-02333 Docket No. 59)*

*Heraeus Metals Processing, Inc., Heraeus Precious Metals Management LLC (Docket No. 21739) (Ad. Pro. Case No. 07-02442 Docket No. 57) (Ad. Pro. Case No. 07-02445 Docket No. 45)*

*Jamestown Container Corporation (Docket No. 21744) (Ad. Pro. Case no. 07-02322 Docket No. 54)*

*Lanenko, Engineering Co., Wells Fargo Bank, N.A., Successor to Wachovia Bank, National Association, Wells Fargo Capital Finance (Docket No. 21752)(Ad. Pro. Case No. 07-02720 Docket No. 48)*

*Kostal, Kostal Mexicana, Kostal Mexicana S.A. DE C.V., and Kostal Of America, Inc. (Ad. Pro. Case No. 07-02712 Docket No. 42)*

*Magnesium Electron, Inc., Magnesium Elektron, Inc. (Docket No. 21633) (Ad. Pro. Case No. 07-02758 Docket No. 52)*

*Methode Electronics, Inc. (Docket No. 21740) (Ad. Pro. Case No. 07-02432 Docket No. 67)*

*Mubea and Mubea Inc. (Ad. Pro. Case No. 07-02489 Docket No. 56)*

*NGK Automotive Ceramics USA, Inc and NGK Spark Plug MFG. (USA) Inc. (Ad. Pro. Case No. 07-02541 Docket No. 55)*

|  |  |
|---|---|
|  | *Park Enterprises of Rochester (Docket No. 21755) (Ad. Pro. Case No. 07-02562 Docket No. 42)* |
|  | *Park Ohio Industries, Inc. (Docket No. 21750) (Ad. Pro. Case No. 07-02563 Docket No. 49)* |
|  | *PBR Columbia LLC (Ad. Pro. Case No. 07-02572 Docket No. 54)* |
|  | *Philips Semiconductors, Inc, NXPSemiconductors USA, Inc. (Ad. Pro. Case No. 07-02580 Docket No. 54)* |
|  | *Republic Engineered Products, Inc. (Ad. Pro. Case No. 07-02744 Docket No. 50)* |
|  | *Spartech Polycom (Docket No. 21753) (Ad. Pro. Case No. 07-02639 Docket No. 65)* |
|  | *Summit Polymers, Inc. (Docket No. 21746) (Ad. Pro. Case No. 07-02661 Docket No. 57)* |
|  | *Unifrax I LLC (Docket No. 21742) (Ad. Pro. Case No. 07-02270 Docket No. 77)* |
|  | *Victory Packaging and Victory Packaging LP (Ad. Pro. Case No. 07-02551 Docket No. 61)* |
|  | *Wells Fargo Business and Wells Fargo Minnesota (Ad. Pro. Case No. 07-02597 Docket No. 59)* |
|  | *Williams Advanced Materials EF (Docket No. 21751) (Ad. Pro. Case No. 07-02606 Docket No. 52)* |
| *Replies filed:* | *Reply In Support Of Motion For Order Pursuant To 11 U.S.C. §§ 105(d), 544, 547, And 548 And Fed. R. Bankr. P. 7016 Establishing (I) Dates For Hearings Regarding Adversary Proceedings And (II) Notices And Procedures Governing Adversary Proceedings (Docket No. 21764)* |
|  | *Joinder In Reorganized Debtors' Reply In Support Of Motion For Order Pursuant To 11 U.S.C. §§ 105(d), 544, 547, And 548 And Fed. R. Bankr. P. 7016 Establishing (I) Dates For Hearings Regarding Adversary Proceedings And (II) Notices And Procedures Governing Adversary Proceedings (Docket No. 21765)* |
| *Related filings:* | *Joinder In Reorganized Debtors' Motion For Order Pursuant To 11 U.S.C. §§ 105(d), 544, 547, And 548 And Fed. R. Bankr.* |

          *P. 7016 Establishing (I) Dates For Hearings Regarding Adversary Proceedings And (II) Notices And Procedures Governing Adversary Proceedings (Docket No. 21702)*

          *Letter Regarding Telephonic Conference Held on November 3, 2011 of Several Individual Defendants in the Adversary Proceedings Brought by DPH Holdings Corp. to Discuss Issues Certain Issues and Specifically the Refusal of Counsel for DPH Holds Corp., et.al. (Docket No. 21700)*

          *Letter re: DPH Holdings Corp./Procedures Regarding Adversary Proceedings Filed by Cynthia J. Haffey (Docket No. 21703)*

  *Status:*     *The hearing with respect to this matter will be proceeding.*

Dated: New York, New York
    December 20, 2011

          SKADDEN, ARPS, SLATE, MEAGHER
           & FLOM LLP

         By:/s/ John K. Lyons
           John Wm. Butler, Jr.
           John K. Lyons
           Albert L. Hogan III
           Ron E. Meisler

         155 North Wacker Drive
         Chicago, Illinois 60606

           - and -

         Four Times Square
         New York, New York 10036

          Attorneys for DPH Holdings Corp., <u>et al.</u>,
           Reorganized Debtors