05-44481-rdd    Doc 21775    Filed 12/20/11    Entered 12/20/11 11:07:41    Main Document
Pg 1 of 5

                                         **Hearing Date: December 21, 2011**
                                 **Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
  In re                                  :        Chapter 11
                                              :
DPH HOLDINGS CORP., et al.,        :        Case No. 05-44481 (RDD)
                                              :
                Reorganized Debtors.  :       (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### PROPOSED FIFTY-FIRST CLAIMS HEARING AGENDA

Location Of Hearing:    United States Bankruptcy Court for the Southern District of New York,
                                   300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Fifty-First Claims Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (1 Matter)

    C.    Uncontested, Agreed, Or Settled Matters (None)

    D.    Contested Matters (None)

**A.**    **Introduction**

**B.**    **Continued Or Adjourned Matters**

    1.    **"Claims Objection Hearing Regarding Claims of Ohio Bureau of Workers' Compensation"** - Claims Objection Hearing Regarding Claims of Ohio Bureau of Workers' Compensation as Objected to on the Debtors' Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension And OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claims, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) State Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 17182)

        *Responses filed:*    *Ohio Bureau Of Workers' Compensation's Response To Debtors' Thirty-Fourth Omnibus Objection To Claims (Docket No. 18346)*

        *Replies filed:*    *Debtors' Omnibus Reply In Support Of Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension And OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claim, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) State Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 18569)*

| | |
|---|---|
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Debtors Objection To Proofs Of Claim Nos. 1294 And 1301 (Ohio Bureau Of Workers' Compensation) (Docket No. 19687)* |
| | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proofs Of Claim Numbers 1294 And 1301 (Ohio Bureau Of Workers' Compensation) (Docket No. 19720)* |
| | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 19864)* |
| | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20509)* |
| | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20549)* |
| | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20693)* |
| | *(I) Notice Of Adjournment Of Evidentiary Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation And (II) Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1294 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20803)* |
| | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21117)* |
| | *Order Denying Motion Of Ohio Bureau Of Workers' Compensation To (I) Deem Claim Timely Filed, Or, Alternatively, (II) Authorize The Amendment Of Claim, Or (III) Permit Late Filed Claim (Docket No. 21147)* |

|  |  |
|---|---|
|  | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21207)* |
|  | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21359)* |
|  | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21567)* |
|  | *Notice Of Change Of Time Of Seventy-Second Omnibus Hearing And Fiftieth Claims Hearing (Docket No. 21690)* |
|  | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21707).* |
|  | *Proof Of Claim No. 1301* |
| *Status:* | *The hearing with respect to proof of claim number 1301 has been adjourned to the February 16, 2012 claims hearing pursuant to the Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21707).* |

**C.** **Uncontested, Agreed, Or Settled Matters**

*None.*

**D.** **Contested Matters**

*None.*

4

Dated: New York, New York
December 20, 2011

                        SKADDEN, ARPS, SLATE, MEAGHER
                              & FLOM LLP

By: /s/ John K. Lyons
    John Wm. Butler, Jr.
    John K. Lyons
    Albert L. Hogan III
    Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

      - and -

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

5