# EXHIBIT 11

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                         :
     In re                                               :  Chapter 11
                                                         :
DELPHI CORPORATION, et al.,                              :  Case No. 05-44481 (RDD)
                                                         :
                                     Debtors.            :  (Jointly Administered)
                                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

### AFFIDAVIT OF SERVICE

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases. I submit this Affidavit in connection with the service of the solicitation materials for the **First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (As Modified)** [Docket No. 17030] ("the Plan").

On December 1, 2005, the Court signed and entered an Order Pursuant to 28 U.S.C. § 156(c) Authorizing Retention and Appointment of Kurtzman Carson Consultants LLC as Claims, Noticing and Balloting Agent for Clerk of Bankruptcy Court [Docket No. 1374] designating KCC as the official Balloting Agent.

KCC is charged with the duty of printing and distributing Solicitation Packages to creditors and other interested parties pursuant to the instructions set forth in the **Order (A)(I) Approving Modifications to Debtors' First Amended Plan of Reorganization (as Modified) and Related Disclosures and Voting Procedures and (II) Setting Final Hearing Date to Consider Modifications to Confirmed First Amended Plan of Reorganization and (B) Setting Administrative Expense Claims Bar Date and Alternative Transaction Hearing Date ("Modification Procedures Order")** [Docket No. 17032] ("Modification Procedures Order") as entered by the Court on June 16, 2009.

The various solicitation materials consist of the following documents:

1) Ballot for Accepting or Rejecting First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (As Modified) (Class A Secured Claims) ("Class A Ballot") (attached hereto as Exhibit A);

2) Ballot for Accepting or Rejecting First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (As Modified) (Class C-1 General Unsecured Claims) ("Class C-1 Ballot") (attached hereto as Exhibit B);

3) Ballot for Accepting or Rejecting First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (As Modified) (Class C-2 Pension Benefit Guaranty Corporation Claims) ("Class C-2 Ballot") (attached hereto as <u>Exhibit C</u>);

4) Ballot for Accepting or Rejecting First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (As Modified) (Class D General Motors Corporation Claim) ("Class D Ballot") (attached hereto as <u>Exhibit D</u>);

5) Notice of (1) Approval of Supplement; (2) Hearing on Modifications to Plan; (3) Deadline and Procedures for Filing Objections to Modifications of Plan; (4) Deadline and Procedures for Temporary Allowance of Certain Claims for Voting Purposes; (5) Treatment of Certain Unliquidated, Contingent, or Disputed Claims for Noticing, Voting, and Distribution Purposes; (6) Record Date; (7) Voting Deadline for Receipt of Ballots; and (9) Proposed Releases, Exculpation, and Injunction in Modified Plan ("Final Modification Hearing Notice") (attached hereto as <u>Exhibit E</u>);

6) a letter from the Delphi Corporation Official Committee of Unsecured Creditors ("Creditors' Committee Letter") (attached hereto as <u>Exhibit F</u>);

7) First Amended Disclosure Statement Supplement with Respect to First Amended Plan of Reorganization (As Modified), Modification Procedures Order and December 10, 2007 Solicitation Procedures Order, in CD-ROM format ("CD-ROM")

8) Notice of Non-Voting Status with Respect to Certain Claims and Interests ("Notice of Non-Voting Status") (attached hereto as <u>Exhibit G</u>);

9) Notice to Unimpaired Creditors of (I) Filing of Proposed Modified Plan of Reorganization, (II) Treatment of Claims Under Modified Plan, (III) Hearing on Approval of Modified Plan, and (IV) Deadline and Procedures for Filing Objections Thereto ("Unimpaired Notice") (attached hereto as <u>Exhibit H</u>);

10) a memorandum from Kurtzman Carson Consultants to additional notice parties of ballot recipients ("Ballot Notice Party Memo") (attached hereto as <u>Exhibit I</u>);

11) Notice of Bar Date for Filing Proofs of Administrative Expense ("Administrative Bar Date Notice") (attached hereto as <u>Exhibit J</u>); and

12) Administrative Expense Claim Form ("Administrative Expense Claim Form") (attached hereto as <u>Exhibit K</u>).

2

On or before June 20, 2009, I caused to be served a personalized Class A Ballot, Final Modification Hearing Notice, Creditors' Committee Letter, CD-ROM, Administrative Bar Date Notice, Administrative Expense Claim Form and a pre-addressed, postage pre-paid return envelope upon the parties listed on Exhibit L via postage pre-paid U.S. mail.

On or before June 20, 2009, I caused to be served a personalized Class C-1 Ballot, Final Modification Hearing Notice, Creditors' Committee Letter, CD-ROM, Administrative Bar Date Notice, Administrative Expense Claim Form and a pre-addressed, postage pre-paid return envelope upon the parties listed on Exhibit M via postage pre-paid U.S. mail.

On or before June 20, 2009, I caused to be served a personalized Class C-2 Ballot, Final Modification Hearing Notice, Creditors' Committee Letter, CD-ROM, Administrative Bar Date Notice, Administrative Expense Claim Form and a pre-addressed, postage pre-paid return envelope upon the party listed on Exhibit N via postage pre-paid U.S. mail.

On or before June 20, 2009, I caused to be served a personalized Class D Ballot, Final Modification Hearing Notice, Creditors' Committee Letter, CD-ROM, Administrative Bar Date Notice, Administrative Expense Claim Form and a pre-addressed, postage pre-paid return envelope upon the party listed on Exhibit O via postage pre-paid U.S. mail.

On or before June 20, 2009, I caused to be served the Final Modification Hearing Notice, Creditors' Committee Letter, CD-ROM, Administrative Bar Date Notice and Administrative Expense Claim Form upon the parties listed on Exhibit P via postage pre-paid U.S. mail.

On or before June 20, 2009, I caused to be served the Final Modification Hearing Notice, Notice of Non-Voting Status, Administrative Bar Date Notice and Administrative Expense Claim Form upon the parties listed on Exhibit Q via postage pre-paid U.S. mail.

On or before June 20, 2009, I caused to be served the Final Modification Hearing Notice, Creditors' Committee Letter, CD-ROM, Unimpaired Notice, Administrative Bar Date Notice and Administrative Expense Claim Form upon the parties listed on Exhibit R via postage pre-paid U.S. mail.

On or before June 20, 2009, I caused to be served the Final Modification Hearing Notice, Creditors' Committee Letter, CD-ROM, Notice of Non-Voting Status, Administrative Bar Date Notice and Administrative Expense Claim Form upon the parties listed on Exhibit S via postage pre-paid U.S. mail.

On or before June 20, 2009, I caused to be served the Final Modification Hearing Notice, Creditors' Committee Letter, CD-ROM, Ballot Notice Party Memo, Administrative Bar Date Notice and Administrative Expense Claim Form upon the parties listed on Exhibit T via postage pre-paid U.S. mail.

3

On or before June 20, 2009, I caused to be served the Final Modification Hearing Notice, Administrative Bar Date Notice and Administrative Expense Claim Form upon the parties listed on <u>Exhibit U</u> via postage pre-paid U.S. mail.

Dated: June 23, 2009

Evan Gershbein

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 23rd day of June, 2009, by Evan Gershbein, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature

Commission Expires: 10-1-09

L. MAREE SANDERS
Commission # 1610322
Notary Public - California
Los Angeles County
My Comm. Expires Oct 1, 2009

4

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| SUMMIT POLYMERS INC | | 15101 N COMMERCE DR | | | | DEARBORN | MI | 48120 | |
| SUMMIT POLYMERS INC | | 4402 AUSTIN RD | | | | BROWNSVILLE | TX | 78521 | |
| SUMMIT POLYMERS INC | | 6700 SPRINKLE R | | | | KALAMAZOO | MI | 49001 | |
| SUMMIT POLYMERS INC | | 6715 S SPRINKLE RD | | | | KALAMAZOO | MI | 49002 | |
| SUMMIT POLYMERS INC | | 6715 S SPRINKLE RD | | | | PORTAGE | MI | 49002 | |
| SUMMIT POLYMERS INC | | SUMMIT EAST | 6717 S SPRINKLE RD | | | PORTAGE | MI | 49002-9707 | |
| SUMMIT POLYMERS INC | | SUMMIT SOUTH PLANT | 160 CLARENCE DR | | | MOUNT STERLING | KY | 40353 | |
| SUMMIT POLYMERS INC | | TECHNICAL CTR | 6715 SPRINKLE RD | | | PORTAGE | MI | 49002 | |
| SUMMIT POLYMERS INC | | TECHNICAL CTR PLANT 1 | 4750 EXECUTIVE DR | | | PORTAGE | MI | 49002 | |
| SUMMIT POLYMERS INC | | 160 CLARENCE DR | | | | MOUNT STERLING | KY | 40353 | |
| SUMMIT POLYMERS INC | | 4750 EXECUTIVE DR | | | | PORTAGE | MI | 49002 | |
| SUMMIT POLYMERS INC | | 6700 SPRINKLE RD | | | | KALAMAZOO | MI | 49001 | |
| SUMMIT POLYMERS INC | | 6717 SPRINKLE RD | | | | KALAMAZOO | MI | 49001 | |
| SUMMIT POLYMERS INC | ACCOUNTS PAYABLE | | | | | | | | |
| SUMMIT POLYMERS INC | PATRICIA ASTUDILLO EXT234 | AV PROGRESO SN | FRACC PARQUE IND DEL NTE | | | MATAMOROS | | M87316 | MEXICO |
| SUMMIT POLYMERS INC | ROGER QUELLETTE | 6715 SPRINKLE RD | | | | PORTAGE | MI | 49002 | |
| SUMMIT POLYMERS INC EFT | | 6700 SPRINKLE RD | | | | KALAMAZOO | MI | 49001 | |
| SUMMIT POLYMERS INC EFT | | 4750 EXECUTIVE DR | | | | PORTAGE | MI | 49002 | |
| SUMMIT RACING EQUIPMENT | | PO BOX 909 | | | | AKRON | OH | 44309-0909 | |
| SUMMIT REAL ESTATE INVESTMENT | | TRUST ROY COM SUMMIT REIT BY | ROY COM ADVISORS C O CARTER AS | 405 N REO ST STE 160 | | TAMPA | FL | 33609 | |
| SUMMIT REAL ESTATE INVESTMENT TRUST ROY COM SUMMIT REIT BY | | ROY COM ADVISORS ATTN A NELSON | 5411 BEAUMONT CTR STE 755 | | | TAMPA | FL | 33634 | |
| SUMMIT SPECIALTY CHEMICALS COR | | 1 PKER PLAZA 18TH FL | | | | FORT LEE | NJ | 07024 | |
| SUMMIT SPECIALTY CHEMICALS COR | | 1 PKER PLAZA | | | | FORT LEE | NJ | 07024 | |
| SUMMIT TECHNICAL SERVICES | | INC | 355 CTRVILLE RD | | | WARWICK | RI | 02886 | |
| SUMMIT TECHNICAL SERVICES EFT | | INC | 355 CTRVILLE RD | | | WARWICK | RI | 02886 | |
| SUMMIT TECHNICAL SERVICES INC | | PO BOX 845149 | | | | BOSTON | MA | 02284-5149 | |
| SUMMIT TECHNICAL SERVICES INC | | SUMMIT NATIONAL DIV | 15 BRAINTREE HILL PK STE 109 | | | BRAINTREE | MA | 02184 | |
| SUMMIT TECHNICAL SERVICES INC | | PO BOX 845149 | | | | BOSTON | MA | 02284-5149 | |
| SUMMIT TECHNO | | 295 BUNYAN AVE | | | | BERTHOUD | CO | 80513 | |
| SUMMIT TECHNO | | 295 BUNYAN AVE | | | | BERTHOUD | CO | 80513-1134 | |
| SUMMIT TECHNOLOGIES | JOE TOCKO | 1171 TENNY | | | | DEARBORN | MI | 48124 | |
| SUMMIT TEST SYSTEMS INC | | 26660 HORIZON DR SE | | | | GRAND RAPIDS | MI | 49546-7527 | |
| SUMMIT TRAINING SOURCE | | VALLEY VIDEOS | 2660 HORIZON DR SE | | | GRAND RAPIDS | MI | 49546 | |
| SUMMIT TRAINING SOURCE | | 4170 EMBASSY DR SE | | | | GRAND RAPIDS | MI | 49546 | |
| SUMMIT TRAINING SOURCE INC | | 3364 BROOKGATE DR | | | | FLINT | MI | 48507 | |
| SUMMITT MICHAEL | | DBA MINNESOTA OCCUPATIONAL | HEALTH | 1661 SAINT ANTHONY AVE | | SAINT PAUL | MN | 55104 | |
| SUMMMIT ORTHOPEDICS LTD | | 11717 CLARY RD | | | | WAKEMAN | OH | 44889-9553 | |
| SUMMY HOPE D | | 11717 CLARY RD | | | | WAKEMAN | OH | 44889-9553 | |
| SUMMY WILLIAM L | | 404 FALCON DR | | | | NEW CARLISLE | OH | 45344-1509 | |
| SUMNER ANGELA | | 6751 N MERIDIAN RD | | | | SHARPSVILLE | IN | 46068 | |
| SUMNER BRUCE | | 358 LOWER REBECCA RD | | | | FITZGERALD | GA | 31750 | |
| SUMNER CHRIS | | SUMNER COUNTY TRUSTEE | 355 N BELVEDERE DR | ROOM 107 | | GALLATIN | TN | 37066 | |
| SUMNER CO TN | | 110 TUMBLEWEED RD | | | | FITZGERALD | GA | 31750 | |
| SUMNER DANIEL | | 8175 N MASON RD | | | | WHEELER | MI | 48662-9742 | |
| SUMNER JAMES | | 2718 BRIGHT TRAIL | | | | SUGAR LAND | TX | 77479 | |
| SUMNER KENNETH | | 2718 BRIGHT TRL | | | | SUGAR LAND | TX | 77479 | |
| SUMNER KENNETH | | RD 1 MCGARY RD | | | | NEW WILMINGTON | PA | 16142 | |
| SUMNER RANDALL | | 3181 MILL POND DR | | | | BELLBROOK | OH | 45305 | |
| SUMNER RONALD | | 1411 S 1038 E | | | | GREENTOWN | IN | 46936-9748 | |
| SUMNER SANDRA E | | 2010 DENA DR | | | | ANDERSON | IN | 46017-9684 | |
| SUMNER STEPHEN D | | 217 EASTER LILLY RD | | | | FITZGERALD | GA | 31750 | |
| SUMNER THOMAS R DBA THOMAS SUMNER RAIL SERVICE | | RD NO 1 MCGARY RD | | | | NEW WILMINGTON | PA | 16142 | |
| SUMNER, RANDALL C | | 263 HEMPSTEAD DR | | | | SOMERSET | NJ | 08873 | |
| SUMPTER DOLORES | | 8194 E 100 N | | | | GREENTOWN | IN | 46936 | |
| SUMPTER GREGORY | | 21169 WESTBAY CIR | | | | NOBLESVILLE | IN | 46062-9311 | |
| SUMPTER JAMES B | | 8194 E 100 N | | | | GREENTOWN | IN | 46936 | |
| SUMPTER MELODY | | 9065 BRAY RD | | | | CLIO | MI | 48420 | |
| SUMPTER YVONNE | | 9065 BRAY RD | | | | CLIO | MI | 48420-9779 | |
| SUMPTER YVONNE S | | 8194 E 100 N | | | | GREENTOWN | IN | 46936 | |
| SUMPTER, GREGORY KENT | | 8194 E 100 N | | | | GREENTOWN | IN | 46936 | |
| SUMPTER, MELODY A | | | | | | | | | |
| SUMRACK EQUIPMENT & SUPPLY CO | | SESCO | 507 MCCORMICK AVE | | | LAPEER | MI | 48446 | |
| SUMRACK EQUIPMENT INC | | 507 MCCORMICK | | | | LAPEER | MI | 48466 | |