# EXHIBIT 23

James B. Sumpter, pro se
21169 Westbay Circle
Noblesville, IN 46062
Telephone: (317) 877-0736
Facsimile: (317) 877-1070
jsump@ieee.org

Salaried Retiree of Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x Chapter 11 Case No. 05-44481 (RDD)

In re:

DELPHI CORPORATION, et. al.,

                                  : (Jointly Administered) :

    Debtors.                         : :

                                        : :

------------------------------------x

## NOTICE OF APPEAL

Appellant, James Sumpter, pro se (Salaried Retiree of Debtor); hereby appeals to the United States District Court for the Southern District of New York under 28 U.S.C. § 158(a) from the Bankruptcy Court's Final Order Under 28 U.S.C. §§ 157(b), denying the Amended Motion for Recoupment On Behalf of Delphi Salaried Retirees [Docket # 21566]. A copy of the Final Order [Docket # 21645] is attached hereto.

The Appellant, James B. Sumpter, does not consent to have the appeal heard by the Bankruptcy Appellate Panel.

05-44481-rdd Doc 12777-28 Filed 12/22/11 Entered 12/22/11 20:47:01 Main Document Pg 3 of 8

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**1) Appellant:**

James B. Sumpter, pro se
21169 Westbay Circle
Noblesville, IN 46062
Telephone: (317) 877-0736
Facsimile: (317) 877-1070
jsump@ieee.org

**2) Counsel to the Reorganized Debtors:**

Cynthia Haffey & Chester E. Kasiborski, Jr
Butzel Long
150 W. Jefferson
Suite 100
Detroit, MI 48236
Telephone: 313-225-7064

- and –

Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive, Suite 2700
Chicago, Illinois 60606
Attn: Ron E. Meisler
Telephone: (312) 407-0700

**3) Counsel to the United States Trustee:**

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Brian Masumoto
Telephone: (212) 510-0500

Dated: Noblesville, Indiana
October 19, 2011

By: /s/ James B. Sumpter
James B. Sumpter

James B. Sumpter, Pro Se
21169 Westbay circle
Noblesville, IN 46062
Telephone: (317) 877-0736
Facsimile: (317) 877-1070
jsump@ieee.org

Salaried Retiree of Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re ) | Chapter 11 |
| ) |  |
| DPH HOLDINGS CORP., *et al.*, ) | Case No. 05-44481 (RDD) |
| ) | Jointly Administered |
| ) |  |
| Reorganized Debtors. ) |  |

## ORDER DENYING AMENDED MOTION FOR RECOUPMENT
## ON BEHALF OF DELPHI SALARIED RETIREES

Upon James B. Sumpter's Amended Motion For Recoupment On Behalf Of Delphi Salaried Retirees (the "Sumpter Recoupment Motion") (Docket No. 21566), filed September 8, 2011; and upon the Reorganized Debtors' Response In Opposition to Amended Motion For Recoupment On Behalf Of Delphi Salaried Retirees (Docket No. 21581), filed September 15, 2011; and upon James B. Sumpter's Reply To Debtors' Response [Docket #21581] To The Amended Motion For Recoupment On Behalf of Delphi Salaried Retirees [Docket #21566], filed September 21, 2011; and the Court having considered the arguments of James B. Sumpter and the Reorganized Debtors at a hearing held on the Sumpter Recoupment Motion on September 22, 2011 (the "Hearing"); and this Court having considered certain post-hearing e-mail correspondence, dated September 26, 2011, submitted to this Court by James B. Sumpter and the Reorganized Debtors' Letter Response to September 26, 2011 E-mail of James Sumpter, filed September 30, 2011 (Docket No. 21603); and the additional information brought to the Court's attention in the post-hearing submissions not having a material effect on the basis for the Court's prior findings and conclusions stated at the Hearing; and after due deliberations thereon; and good and sufficient cause appearing for the reasons stated by this Court in its bench ruling at the Hearing, it is hereby ORDERED, ADJUDGED, AND DECREED THAT:



0544481111013000000000003

1. This Court has subject matter jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334 and paragraph 56 of the Plan Modification Order. This matter is a core proceeding within the meaning 28 U.S.C. § 157(b) in which the Court may enter a final order. This Court is the proper venue for this matter pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The Motion is denied.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this order.

Dated: White Plains, New York
       October 13, 2011

                                /s/Robert D. Drain
                                U.S. BANKRUPTCY COURT JUDGE

James B. Sumpter, pro se
21169 Westbay Circle
Noblesville, IN 46062
Telephone: (317) 877-0736
Facsimile: (317) 877-1070
jsump@ieee.org

Salaried Retiree of Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x Chapter 11 Case No. 05-44481 (RDD)

In re:

DELPHI CORPORATION, et. al.,

                                    : (Jointly Administered) :

    Debtors.                             : :
                                          : :

------------------------------------x

## STATEMENT OF ELECTION THAT APPEAL BE HEARD BY THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Appellant, James Sumpter, pro se (Salaried Retiree of Debtor); hereby elects, pursuant to 28 U.S.C. § 158(c)(1) and Federal Rule of Bankruptcy Procedure 8001, to have the appeal from the Bankruptcy Court's Final Order Under 28 U.S.C. §§ 157(b) [Docket # 21654], denying the Amended Motion for Recoupment On Behalf of Delphi Salaried Retirees [Docket # 21566], heard by the United States District Court for the Southern District of New York.

Dated: Noblesville, Indiana
October 19, 2011

By: *[signature]*
James B. Sumpter

James B. Sumpter, Pro Se
21169 Westbay circle
Noblesville, IN 46062
Telephone: (317) 877-0736
Facsimile: (317) 877-1070
jsump@ieee.org

Salaried Retiree of Debtors