# EXHIBIT F

| | | |
|---|---|---|
| VLADIMIR AVERBUKH, Individually and as Personal Representative of the Estate of Boris Averbukh | * | IN THE |
| | * | CIRCUIT COURT |
| And | * | FOR |
| ALESANDER AVERBUKH, Individually | * | PRINCE GEORGE'S COUNTY |
| Plaintiffs | * | |
| v. | * | CASE NO.: CAL09-35924 |
| DELPHI CORPORATION, et al. | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR SPECIAL ADMISSION OF OUT-OF-STATE ATTORNEY UNDER RULE 14 OF THE RULES GOVERNING ADMISSION TO THE BAR OF MARYLAND

I, Gregory G. Hopper, attorney of record in this case, move that the court admit, Brad Kuhlman of The Kuhlman Law Firm, LLC, an out-of-state attorney who is a member in good standing of the Bar of Missouri, for the limited purposes of appearing and participating in this case as co-counsel with me.

I, Gregory G. Hopper, request that my presence be waived under Rule 14 (d) of the Rules Governing Admission of the Bar of Maryland.

Respectfully submitted,

Gregory G. Hopper
Salsbury, Clements, Bekman
Marder & Adkins, LLC
300 W. Pratt Street, Suite 450
Baltimore, Maryland 21201
(410) 539-6633

Attorneys for Plaintiffs

## CERTIFICATE AS TO SPECIAL ADMISSIONS

I, Brad Kuhlman, certify on this 26th day of April ,2010, that during the preceding twelve

months, I have been specially admitted in the State of Maryland zero times.

Bradley D. Kuhlman
The Kuhlman Law Firm, LLC
1100 Main Street, Suite 2550
Kansas City, MO 64105
(816) 799-0330

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of April, 2010, a copy of the foregoing was

mailed, postage prepaid to:

Patricia M. Thornton
Bacon, Thornton & Palmer, LLP
Capital Office Park
6411 Ivy Lane, Suite 500
Greenbelt, Maryland 20770
Attorneys for Defendant Delphi Corporation

Marsha Krawitz Samuels
O'Conor, Grant & Samuels
401 Washington Avenue, Suite 400
Towson, Maryland 21204
Attorneys for Defendant Alla Averbukh

Jonathan Cohen
Troutman Sanders
401 9th Street, N.W., Suite 1000
Washington, DC 20004
Attorneys for Enterprise RAC Company of Maryland LLC

Enterprise Leasing Co.
2 Research Place
Rockville, Maryland 20850
     Serve On Registered Agent:
     The Corporation Trust Inc.
     300 E. Lombard Street, Suite 1400
     Baltimore, MD 21202
     Defendant

Enterprise Rent-A-Car Co.
600 Corporate Park Dr.
St. Louis, MO 63105
     Serve on Registered Agent:
     CT Corporation System
     120 South Central Avenue
     Clayton, MO 63105
     Defendant

The Rockmont Motor Co.
15301 Frederick Road
PO Box 72
Rockville, MD 20850
     Serve On Registered Agent:
     James M. Hastings
     305 Piping Rock Drive
     Silver Spring, MD 20905
     Defendant

Gregory G. Hopper

| | | |
|---|---|---|
| VLADIMIR AVERBUKH, Individually and as Personal Representative of the Estate of Boris Averbukh | * | IN THE |
| | * | CIRCUIT COURT |
| And | * | FOR |
| ALESANDER AVERBUKH, Individually | * | PRINCE GEORGE'S COUNTY |
|     Plaintiffs | * | |
| v. | * | CASE NO.: CAL09-35924 |
| DELPHI CORPORATION, et al. | * | |
|     Defendants | * | |

\*        \*        \*        \*        \*        \*        \*        \*        \*        \*        \*        \*

## ORDER

ORDERED, this _____ day of _____, 2010, by the Circuit Court for Prince George's County, Maryland, that Bradley Kuhlman is admitted specially for the limited purpose of appearing and participating in this case as co-counsel for Vladimir Averbukh, Individually and as Personal Representative of the Estate of Boris Averbukh and Alesander Averbukh.  The presence of the Maryland lawyer Gregory G. Hopper is waived.

ORDERED, that the Clerk forward a true copy of the Motion and of this Order to the State Court Administrator.

_____
Judge

| | | |
|---|---|---|
| VLADIMIR AVERBUKH, Individually and as Personal Representative of the Estate of Boris Averbukh | * | IN THE |
| | * | CIRCUIT COURT |
| And | * | FOR |
| ALESANDER AVERBUKH, Individually | * | PRINCE GEORGE'S COUNTY |
| Plaintiffs | * | |
| v. | * | CASE NO.: CAL09-35924 |
| DELPHI CORPORATION, et al. | * | |
| Defendants | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## MOTION FOR SPECIAL ADMISSION OF OUT-OF-STATE ATTORNEY UNDER RULE 14 OF THE RULES GOVERNING ADMISSION TO THE BAR OF MARYLAND

I, Gregory G. Hopper, attorney of record in this case, move that the court admit, Chad Lucas of The Kuhlman Law Firm, LLC, an out-of-state attorney who is a member in good standing of the Bar of Missouri, for the limited purposes of appearing and participating in this case as co-counsel with me.

I, Gregory G. Hopper, request that my presence be waived under Rule 14 (d) of the Rules Governing Admission of the Bar of Maryland.

Respectfully submitted,

Gregory G. Hopper
Salsbury, Clements, Bekman
    Marder & Adkins, LLC
300 W. Pratt Street, Suite 450
Baltimore, Maryland 21201
(410) 539-6633

Attorneys for Plaintiffs

## CERTIFICATE AS TO SPECIAL ADMISSIONS

I, Chad Lucas, certify on this 26th day of April ,2010, that during the preceding twelve

months, I have been specially admitted in the State of Maryland zero times.

Chad C. Lucas
The Kuhlman Law Firm, LLC
1100 Main Street, Suite 2550
Kansas City, MO 64105
(816) 799-0330

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of April, 2010, a copy of the foregoing was

mailed, postage prepaid to:


Patricia M. Thornton
Bacon, Thornton & Palmer, LLP
Capital Office Park
6411 Ivy Lane, Suite 500
Greenbelt, Maryland 20770
Attorneys for Defendant Delphi Corporation

Marsha Krawitz Samuels
O'Conor, Grant & Samuels
401 Washington Avenue, Suite 400
Towson, Maryland 21204
Attorneys for Defendant Alla Averbukh

Jonathan Cohen
Troutman Sanders
401 9th Street, N.W., Suite 1000
Washington, DC 20004
Attorneys for Enterprise RAC Company of Maryland LLC

Enterprise Leasing Co.
2 Research Place
Rockville, Maryland 20850
        Serve On Registered Agent:
        The Corporation Trust Inc.
        300 E. Lombard Street, Suite 1400
        Baltimore, MD 21202
        Defendant

Enterprise Rent-A-Car Co.
600 Corporate Park Dr.
St. Louis, MO 63105
        Serve on Registered Agent:
        CT Corporation System
        120 South Central Avenue
        Clayton, MO 63105
        Defendant

The Rockmont Motor Co.
15301 Frederick Road
PO Box 72
Rockville, MD 20850
        Serve On Registered Agent:
        James M. Hastings
        305 Piping Rock Drive
        Silver Spring, MD 20905
        Defendant

Gregory C. Hopper

| | | |
|---|---|---|
| VLADIMIR AVERBUKH, Individually and as Personal Representative of the Estate of Boris Averbukh | * | IN THE |
| | * | CIRCUIT COURT |
| And | * | FOR |
| ALESANDER AVERBUKH, Individually | * | PRINCE GEORGE'S COUNTY |
| Plaintiffs | * | |
| v. | * | CASE NO.: CAL09-35924 |
| DELPHI CORPORATION, et al. | * | |
| Defendants | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

ORDERED, this _____ day of _____, 2010, by the Circuit Court for Prince George's County, Maryland, that Chad Lucas is admitted specially for the limited purpose of appearing and participating in this case as co-counsel for Vladimir Averbukh, Individually and as Personal Representative of the Estate of Boris Averbukh and Alesander Averbukh. The presence of the Maryland lawyer Gregory G. Hopper is waived.

ORDERED, that the Clerk forward a true copy of the Motion and of this Order to the State Court Administrator.

_____
Judge