# EXHIBIT G

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- x
                                 :
    In re                        :    Chapter 11
                                 :
DPH HOLDINGS CORP., et al.,      :    Case No. 05-44481 (RDD)
                                 :
                                 :    (Jointly Administered)
        Reorganized Debtors.     :
                                 :
-------------------------------- x

NOTICE OF ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 503(b) AND FED.
R. BANKR. P. 3007 (I) DISALLOWING AND EXPUNGING (A) CERTAIN
ADMINISTRATIVE EXPENSE BOOKS AND RECORDS CLAIMS, (B) A CERTAIN
ADMINISTRATIVE EXPENSE DUPLICATE CLAIM, AND (C) CERTAIN
ADMINISTRATIVE EXPENSE DUPLICATE SUBSTANTIAL CONTRIBUTION
CLAIMS, AND (II) MODIFYING A CERTAIN ADMINISTRATIVE EXPENSE CLAIM

PLEASE TAKE NOTICE that on May 25, 2010, the United States Bankruptcy Court for the Southern District of New York entered an Order Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging (A) Certain Administrative Expense Books And Records Claims, (B) A Certain Administrative Expense Duplicate Claim, And (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, And (II) Modifying A Certain Administrative Expense Claim (the "Forty-Seventh Omnibus Claims Objection Order") (Docket No. 20188).

PLEASE TAKE FURTHER NOTICE THAT a copy of the Forty-Seventh Omnibus Claims Objection Order, excluding exhibits, is attached hereto.

PLEASE TAKE FURTHER NOTICE that the proof of administrative expense claim no[s]. listed below, which you filed against Delphi Corporation (n/k/a DPH Holdings Corp.) and/or other of its subsidiaries and affiliates that are debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), was subject to the Forty-Seventh Omnibus Claims Objection Order, was listed on Exhibit __A__ to the Forty-Seventh Omnibus Claims Objection Order, and was accordingly disallowed and expunged, as provided below in the column entitled "Treatment Of Claim."

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | Surviving Claim Number (if any) |
|---|---|---|---|---|---|
| 09/10/2009 | 19597 | $1,500,000.00 | Books and Records Claims | Disallow And Expunge | |

---

[1]     Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

2

PLEASE TAKE FURTHER NOTICE that you may view the complete exhibits to the Forty-Seventh Omnibus Claims Objection Order by requesting a copy from the claims and noticing agent in the above-captioned chapter 11 cases, Kurtzman Carson Consultants LLC, at 1-888-249-2691 or by accessing www.dphholdingsdocket.com, the Legal Information Website of DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (the "Reorganized Debtors").

Dated:   New York, New York
         May 28, 2010

                                        SKADDEN, ARPS, SLATE, MEAGHER
                                        & FLOM LLP

                                        John Wm. Butler, Jr.
                                        John K. Lyons
                                        Ron E. Meisler
                                        155 North Wacker Drive
                                        Chicago, Illinois 60606

                                        - and -

                                        Kayalyn A. Marafioti
                                        Four Times Square
                                        New York, New York 10036

                                        Attorneys for DPH Holdings Corp., et al.,
                                            Reorganized Debtors



CASE NO: 05-44481
PRF 29670***

ALLA AVERBUKH
THE KUHLMAN LAW FIRM LLC
1100 MAIN ST STE 2550
KANSAS CITY, MO 64105

SVC: 1
PACK NO: 23
47TH OMNI