# EXHIBIT H

**From:** DeVine, David
**Sent:** Thursday, December 22, 2011 4:12 PM
**To:** Haynes, Lisa
**Subject:** Re: Averbukh: please call re threshold issue

---

**From:** Brad Kuhlman [mailto:brad@kuhlman-law.com]
**Sent:** Monday, June 06, 2011 8:50 AM
**To:** David Weinstein
**Cc:** Katheryne Mardock; Chad Lucas
**Subject:** RE: Averbukh: please call re threshold issue

That is fine.

---

**From:** David Weinstein [mailto:david.weinstein@wtllaw.com]
**Sent:** Monday, June 06, 2011 8:45 AM
**To:** Brad Kuhlman
**Cc:** Katheryne Mardock; Chad Lucas
**Subject:** Re: Averbukh: please call re threshold issue

Brad,
10:30 won't work now. Not sure if today will work after all. Let's stay in touch and see if we can find a time to talk amidst the fires. Thx.
- Dave

---

**From:** David Weinstein
**Sent:** Friday, June 03, 2011 11:53 AM
**To:** Brad Kuhlman <brad@kuhlman-law.com>
**Cc:** Katheryne Mardock; chad@kuhlman-law.com <chad@kuhlman-law.com>
**Subject:** RE: Averbukh: please call re threshold issue

OK. Let's talk Monday, June 6. I'll call you at 10:30 am CT, if that works for you.
-Dave

---

**From:** Brad Kuhlman [mailto:brad@kuhlman-law.com]
**Sent:** Friday, June 03, 2011 10:31 AM
**To:** David Weinstein
**Cc:** Katheryne Mardock; chad@kuhlman-law.com
**Subject:** Re: Averbukh: please call re threshold issue

I am not available today. Monday is fine. If you are talking about the issue Steve VanGasbeck just argued and won I assume you are not going to waste ours and the court's time making the same argument regarding notice. I am in all day Monday. Have a good weekend- Brad

Brad Kuhlman
Brad@Kuhlman-law.com

1

816-582-7612 (cell)

On Jun 3, 2011, at 10:03 AM, "David Weinstein" <david.weinstein@wtllaw.com> wrote:

> Brad,
>
> There is a threshold dispositive issue in this matter against Delphi (concerning bankruptcy matters) that I would prefer to discuss with you by phone. Are you available today to discuss? Thanks.
>
> - Dave
>
>
> David B. Weinstein
>
> Weinstein Tippetts & Little LLP
>
> 7660 Woodway, Suite 500
>
> Houston, TX 77063
>
> Ph (713) 244-0810
>
> Fax (713) 244-0801
>
> david.weinstein@wtllaw.com