# EXHIBIT I

| | | |
|---|---|---|
| VLADIMIR AVERBUKH, SR., et al. | * | IN THE |
| | * | |
| Plaintiffs | * | CIRCUIT COURT |
| | * | |
| V. | * | FOR |
| | * | |
| ENTERPRISE RAC COMPANY OF MARYLAND | * | PRINCE GEORGE'S COUNTY |
| | * | |
| | * | Case No. CAL 09-35924 |
| Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Dear Clerk:

Plaintiffs Vladimir Averbukh, Aleksandr Averbukh, and Alla Averbukh hereby stipulate to the dismissal of all claims and causes of action that are or could have been asserted against Defendants DPH Holdings Corporation (formerly known as Delphi Corporation) and DPH AS LLC (formerly known as Delphi Automotive Systems, LLC) with prejudice in the above referenced matter.

_____
Gregory Hopper, Esquire
SALSBURY, CLEMENTS, BEKMAN,
MARDER & ADKINS, L.L.C.
300 West Pratt Street, Suite 450
Baltimore, Maryland 21201

Attorneys for Plaintiffs Vladimir and
Aleksandr Averbukh

_____
Patricia Thornton, Esquire
BACON, THORNTON & PALMER, LLP
Capital Office Park
6411 Ivy Lane, Suite 706
Greenbelt, Maryland 20770

Attorneys for Defendants Delphi
Corporation n/k/a DPH Holdings
Corporation and Delphi Automotive
Systems, LLC

*/s/ Kristopher A. Mallahan*

Kristopher A. Mallahan
WELTCHEK MALLAHAN & WELTCHEK LLC
2330 W. Joppa Road, Suite 203
Lutherville, Maryland 21093

Attorneys for Plaintiff Alla Averbukh

## Certificate of Service

I hereby certify that a copy of the above and foregoing was sent via U.S. Mail, postage prepaid, on this 31st day of October, 2011 to:

Katheryne MarDock
David Weinstein
Weinstein, Tippetts & Little LLP
7660 Woodway, Suite 500
Houston, TX 77063

Gregory Hopper
Salsbury, Clements, Bekman,
Marder & Adkins, L.L.C.
300 West Pratt Street, Suite 450
Baltimore, Maryland 21201

Jodi Oley
Edward Gray
Eckert Seamans
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102

Kip Mallahan
Weltchek Mallahan & Welltchek, LLC
The Foxleigh Building
2330 W. Joppa Road, Suite 203
Lutherville, MD 21093

John C. Lynch
Jack D. Lapidus
Macleay, Lynch, Gregg & Lynch
1629 K Street, NW, Suite 802
Washington, DC 20006

Marsha Krawitz Samuels
O'Connor Grant & Samuels
401 Washington Ave, Suite 400
Towson, MD 21204

James E. Green, Jr.
Conner & Winters
4000 One Williams Center
Tulsa, OK 74172

*/s/ Patricia Thornton*

Patricia Thornton
Attorney for Delphi Corporation n/k/a DPH
Holdings Corporation and Delphi
Automotive Systems, LLC