# EXHIBIT J

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
**www.butzel.com**

DPH HOLDINGS CORP.
Attn: John Brooks
5725 Delphi Drive
Troy, MI 48098-2819

September 2, 2011
Invoice No. 8508791

**(Privileged and Confidential Information)**

Matter Description: CLAIMS OBJECTIONS

Professional Services Posted
Through August 31, 2011:

Current Disbursements:

Total Current Invoice:
Total Balance Due:

**Invoice is payable upon receipt**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
**www.butzel.com**

DPH HOLDINGS CORP.

September 2, 2011

Account Number 000141814-0003

Invoice No. 8508791

| Date | Tkpr | Narrative Description | Hours | Amount |
|------|------|----------------------|-------|--------|
| 07/27/11 | | | | |
| 07/27/11 | | | | |
| 07/28/11 | TBR | E-mails with J. Brooks regarding new Averbukh matter; review ▮▮▮▮ memo; telephone conference with C. Haffey regarding same. | 1.00 | 475.00 |
| 07/29/11 | TBR | Conference call in the Averbukh matter with D. Unrue, T. Maxwell, C. Haffey, T. Kasiborski regarding claim expungement; bankruptcy strategy; review claims objection documents, order expunging claim; telephone conferences and e-mails with C. Haffey regarding same. | 2.00 | 950.00 |
| 07/29/11 | C H | Meeting related to claims work; call with client and Radom. | 1.00 | 375.00 |
| 07/31/11 | TBR | Telephone conference with C. Haffey regarding call with Derian, status of State court litigation in the Averbukh matter. | 0.20 | 95.00 |
| 08/01/11 | TBR | Telephone conferences with J. Brooks, D. Unrue, C. Haffey regarding dismissal issues in the Averbukh matter. | 0.60 | 285.00 |
| 08/05/11 | | | | |
| 08/05/11 | | | | |
| 08/05/11 | | | | |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
www.butzel.com

DPH HOLDINGS CORP.

September 2, 2011

Account Number 000141814-0003

Invoice No. 8508791

| Date | Tkpr | Narrative Description | Hours | Amount |
|------|------|----------------------|-------|--------|
| 08/08/11 | | ███████████████████ | | |
| 08/08/11 | C H | Email Unrue regarding Averbukh file information request made to Derian; conversation with Unrue regarding same. | 0.50 | 187.50 |
| 08/08/11 | ███ | ███████████████████ | | |
| 08/09/11 | TBR | E-mails with C. Haffey regarding Averbukh. | 0.40 | 190.00 |
| 08/09/11 | C H | Email correspondence with Jim Derian. Begin review of documents provided. | 1.00 | 375.00 |
| 08/09/11 | ███ | ███████████████████ | | |
| 08/10/11 | CEK | Study materials re: Averbukh; ████████ | 3.40 | 1,020.00 |
| | | Reduced time claimed in Motion: 0.4 | | |
| 08/11/11 | TBR | E-mail to C. Haffey regarding Averbukh. | 0.20 | 95.00 |
| 08/11/11 | C H | Review Averbukh materials (compliant, answer, discovery) provided by Derian. | 0.75 | 281.25 |
| 08/11/11 | ███ | ███████████████████ | | |
| 08/11/11 | ███ | ███████████████████ | | |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
www.butzel.com

DPH HOLDINGS CORP.

September 2, 2011

Account Number 000141814-0003

Invoice No. 8508791

| Date | Tkpr | Narrative Description | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | ███████████████ | | |
| 08/15/11 | TBR | Telephone conference with C. Haffey regarding strategy on Averbukh; ███████████████ review Averbukh papers. | 2.00 | 950.00 |
| | | | Reduced time claimed in Motion:  1.4 | |
| 08/16/11 | TBR | Telephone conference and e-mails with C. Haffey, T. Kasiborski regarding Averbukh. | 1.00 | 475.00 |
| 08/16/11 | C H | Telephone conference with Radom re: Averbukh. ████████████ | 0.50 | 187.50 |
| | | | Reduced time claimed in Motion:  0.2 | |
| 08/16/11 | ████ | ████████████████████████ | | |
| 08/16/11 | CEK | ████████████████████████ | 7.30 | 2,190.00 |
| | | | Reduced time claimed in Motion:  0.5 | |
| | | Review of bankruptcy court filings re: Averbukh and conference with T. Radom and C. Haffey re: future strategy; ████████████████ | | |
| 08/17/11 | ████ | ████████████████████████ | | |
| 08/17/11 | C H | E-mail correspondence from Derian re: Alla Averbukh deposition. | 0.10 | 37.50 |
| 08/17/11 | ████ | ████████████████████████ | | |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
**www.butzel.com**

DPH HOLDINGS CORP.

September 2, 2011

Account Number 000141814-0003

Invoice No. 8508791

| Date | Tkpr | Narrative Description | Hours | Amount |
|------|------|----------------------|-------|--------|
| 08/18/11 | | | | |
| 08/18/11 | | | | |
| 08/18/11 | | | | |
| 08/18/11 | CEK | | 10.10 | 3,030.00 |



Reduced time claimed
in Motion:  0.3

E-mails re: Averbukh

| | | | | |
|------|------|----------------------|-------|--------|
| 08/19/11 | | | | |
| 08/19/11 | | | | |

# BUTZEL LONG
## ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
**www.butzel.com**

DPH HOLDINGS CORP.

September 2, 2011

Account Number 000141814-0003

Invoice No. 8508791

| Date | Tkpr | Narrative Description | Hours | Amount |
|------|------|----------------------|-------|--------|
| 08/21/11 | | ███████████████████ | | |
| 08/22/11 | TBR | Telephone conferences and e-mails with C. Haffey regarding Averbuhk; review docket regarding Motion to Enforce Plan Injunction; e-mail to T. Kasiborski regarding same. | 1.50 | 712.50 |
| 08/22/11 | C H | Review Averbukh file.  Conference call with Derian and DPH's Maryland action counsel (Weinstein) re: Averbukh matter. Review e-mail correspondence between Weinstein and Khulman firm. Review Alla Averbukh's deposition transcript. Telephone conversation with Unrue and Brooks re: Averbukh matter. ███████ | 2.25 | 843.75 |
| 08/22/11 | | ███████████████████ | | |
| 08/22/11 | | ███████████████████ | | |
| 08/22/11 | | ███████████████████ | | |

Reduced time claimed in Motion:  1.8

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS
*a professional corporation*

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
**www.butzel.com**

DPH HOLDINGS CORP.

September 2, 2011

Account Number 000141814-0003

Invoice No. 8508791



| Date | Tkpr | Narrative Description | Hours | Amount |
|------|------|-----------------------|-------|--------|
| 08/22/11 | | | | |
| 08/23/11 | TBR | Telephone conference with T. Kasiborski regarding Averbukh; telephone conference with C. Haffey regarding same. | 0.50 | 237.50 |
| 08/23/11 | | | | |
| 08/23/11 | CEK | | 7.50 | 2,250.00 |
| | | | Reduced time claimed in Motion:  0.6 | |
| | | Study materials re: Averbukh Motion for Injunction | | |
| 08/23/11 | | | | |
| 08/24/11 | TBR | Telephone conference with T. Kasiborski | 2.00 | 950.00 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

**DPH HOLDINGS CORP.**

September 2, 2011

Account Number 000141814-0003

Invoice No. 8508791

| Date | Tkpr | Narrative Description | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | regarding Averbukh Motion; telephone conference and e-mails with C. Haffey regarding Averbukh motion, notice period; review case management order regarding notice period. | | |
| 08/24/11 | C H | Telephone conversation with J. Brooks re: status of Averbukh motion.  Discuss ███████ ███████████ Averbukh ██████████ to support our motion. | 0.50 | 187.50 |
| 08/24/11 | C H | ████████████████████████████ ████████████████████████████ Conference with Kasiborski re: Averbukh motion status.██ ████████████████████████████ ████████████████████████████ | 2.25 | 843.75  Reduced time claimed in Motion:  0.3 |
| 08/24/11 | MCB | ████████████████████████████ ████████████████████████████ ██████████████(Averbukh) – 3.7 Correspondence with T. Kasiborsky re research issues; review T. Radom's memo; review cases cited in such memo; review additional cases concerning ███████████████████████ | 6.40 | 1,824.00  Reduced time claimed in Motion:  3.7 |
| 08/24/11 | CEK | ████████████████████████████ █████████████████Telephone calls with T. Radom and C. Haffey re: Averbukh issues; Detailed e-mail to and telephone with M. Boneau re: Aberbukh research project; Conference call with T. Maxwell, D. Unrue, and C. Haffey re:████████████████████ | 9.30 | 2,790.00  Reduced time claimed in Motion:  3.5 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

**DPH HOLDINGS CORP.**

September 2, 2011

Account Number 000141814-0003

Invoice No. 8508791



| Date | Tkpr | Narrative Description | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | Averbukh; | | |
| 08/24/11 | | | | |
| 08/25/11 | C H | Telephone conversation with J. Brooks re: status of Averbukh motion. Discuss | 0.50 | 187.50 |
| 08/25/11 | | | | |
| 08/25/11 | | | | |
| 08/25/11 | MCB | (Averbukh) Research concerning ▮▮▮▮ expungement of the administrative claim ▮▮▮▮ review Response Brief to Methode Motion to File Claims in Michigan State Court to support arguments in Averbukh matter. | 5.80 | 1,653.00 |
| 08/25/11 | CEK | ▮▮▮▮ Prepare first draft of Motion for Injunction re: Averbukh, with proposed Order | 9.00 | 2,700.00 |

Reduced time claimed
in Motion:  5.0

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS
*a professional corporation*

Tax I.D. No 38-2384883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
**www.butzel.com**

DPH HOLDINGS CORP.

September 2, 2011

Account Number 000141814-0003

Invoice No. 8508791

| Date | Tkpr | Narrative Description | Hours | Amount |
|------|------|----------------------|-------|--------|
| 08/25/11 | | | | |
| 08/26/11 | TBR | Telephone conferences and e-mails with S. Klein, C. Haffey, T. Kasiborski regarding Averbukh motion; conference with S. Klein regarding same. | 1.50 | 712.50 |
| 08/26/11 | C H | Research "Use Plaintiff" under Maryland law. Several conversations with Klein and Radom re: same. Draft legal argument relating to "Use Plaintiff" | 2.25 | 843.75 |
| 08/26/11 | | | | |
| 08/26/11 | MCB | (Averbukh) - complete research re imputing attorneys knowledge to new client; draft a summary of research findings; email correspondence with T. Kasiborski, S. Klein and C. Haffey re research. | 2.80 | 798.00 |
| 08/26/11 | | | | |
| 08/26/11 | | | | |
| 08/27/11 | C H | Research ▮▮▮▮▮ under Maryland law. | 4.00 | 1,500.00 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
**www.butzel.com**

DPH HOLDINGS CORP.                                        September 2, 2011

Account Number 000141814-0003                    Invoice No. 8508791

| Date | Tkpr | Narrative Description | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | Several conversations with Klein re: same. Edit and further draft Motion for Enforcement of Modified Plan and Injunction. | | |
| 08/28/11 | TBR | Review drafts of Averbukh motion; e-mails with S. Klein, C. Haffey, and T. Kasiborski regarding same. | 1.50 | 712.50 |
| 08/28/11 | C H | Several e-mail conversations with Radom and Klein re: Averbukh motion. | 1.25 | NO CHARGE |
| 08/28/11 | ███ | ████████████████████████████████ | | |
| 08/29/11 | C H | Continue drafting Averbukh motion.  Several conversation with Radom and Kasiborski re: same.  Conversations with James Derian. | 2.25 | 843.75 |
| 08/29/11 | ███ | ████████████████████████████████ | | |
| 08/29/11 | ███ | ████████████████████████████████ | | |
| 08/29/11 | CEK | ████████████████████████████████ | 4.50 | 1,350.00 |
| | ███ | Review cases re: notice of bankruptcy imputed to Averbukhs via attorney's knowledge; Review and revise Averbukh Injunction Motion and conference call with C. Haffey and T. Radom re:same; Begin preparation of list for service of Averbukh Motion and investigation re: manner of service. | Reduced time claimed in Motion:  4.0 | |
| 08/30/11 | TBR | Final comments to Averbukh motion; telephone | 2.30 | 1,092.50 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
**www.butzel.com**

DPH HOLDINGS CORP.                                September 2, 2011

Account Number 000141814-0003                    Invoice No. 8508791

| Date | Tkpr | Narrative Description | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | conferences and e-mails; with C. Haffey, T. Kasiborski regarding same; telephone conference and e-mail with A. Richards regarding same. | | |



| Date | Tkpr | Narrative Description | Hours | Amount |
|------|------|----------------------|-------|--------|
| 08/30/11 | | | | |
| 08/30/11 | | | | |
| 08/30/11 | | | | |
| 08/30/11 | | | | |
| 08/30/11 | CEK | | 7.10 | 2,130.00 |

Revisions to Averbukh Injuction Motion and telephone conferences with T. Radom and C. Haffey re: same; Finalize Averbukh Injunction Motion and prepare Exhibits for Motion; Revise and finalize Averbukh Injunction Order, Notice of Hearing, and Certificate of Service;  Instructions to assistant and paralegal assistant re: Exhibits, filing and service; Telephone and e-mails with D. Devine re: service issues

Reduced time claimed in Motion:  4.5

| Date | | |
|------|---|---|
| 08/31/11 | | |
| 08/31/11 | | |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
**www.butzel.com**

DPH HOLDINGS CORP.

September 2, 2011

Account Number 000141814-0003

Invoice No. 8508791

| Date | Tkpr | Narrative Description | Hours | Amount |
|------|------|----------------------|-------|--------|
| 08/31/11 | ███ | ████████████████████ | | |
| 08/31/11 | CEK | Additional review of Case Management Order re: service of Motions and e-mails with KCC re: service in Averbukh; | 7.20 | 2,160.00 |



Reduced time claimed in Motion:  0.2

# BUTZEL LONG
## ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
**www.butzel.com**

DPH HOLDINGS CORP.

September 2, 2011

Account Number 000141814-0003

Invoice No. 8508791

Total amount claimed in Motion after reducing time entries to account for work on different claims matters:  $23,378 ($1,895 for July; $21,483 for August).

### Professional Services

| Timekeeper | |
|---|---|
| Thomas B. Radom | $475.00 |
| Cynthia J. Haffey | $0.00 |
| Cynthia J. Haffey | $375.00 |
| | |
| David J. DeVine | $275.00 |
| Maria Caceres-Boneau | $285.00 |
| Chester E. Kasiborski | $300.00 |
| | |
| Alexis L. Richards | $150.00 |
| Holly Epps | $100.00 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
**www.butzel.com**

DPH HOLDINGS CORP.
Attn: John Brooks
5725 Delphi Drive
Troy, MI 48098-2819

October 31, 2011
Invoice No. 8515147

**(Privileged and Confidential Information)**

Matter Description: CLAIMS OBJECTIONS

Professional Services Posted
Through September 30, 2011:

Current Disbursements:

Total Current Invoice:
Total Balance Due:

**Invoice is payable upon receipt**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

DPH HOLDINGS CORP.

October 31, 2011

Account Number 000141814-0003

Invoice No. 8515147

| Date | Tkpr | Narrative Description | Hours | Amount |
|------|------|----------------------|-------|--------|
| 09/09/11 | | | | |
| 09/09/11 | | | | |
| 09/10/11 | | | | |
| 09/12/11 | TBR | Review e-mail regarding Averbukh request to postpone September 22 hearing; telephone conference and e-mail with D. Devine regarding same, spill over date issue for October 24 hearings; telephone conference with C. Haffey regarding Averbukh. | 0.70 | 332.50 |
| 09/12/11 | | | | |
| 09/12/11 | | | | |



# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

DPH HOLDINGS CORP.

October 31, 2011

Account Number 000141814-0003

Invoice No. 8515147



| Date | Tkpr | Narrative Description | Hours | Amount |
|------|------|----------------------|-------|--------|
| 09/12/11 | | | | |
| 09/13/11 | TBR | Telephone conferences with J. McMahon and D. Astin regarding request for continuance, extension on Averbukh; telephone conference and e-mails with D. Unrue regarding same; telephone conferences with C. Haffey, T. Kasiborski regarding same. | 4.50 | 2,137.50 |
| 09/13/11 | | | | |
| 09/13/11 | CEK | Conference with T. Radom re: Averbukh request for adjournment of hearing; | 7.50 | 2,250.00 |

Reduced time claimed
in Motion:  0.2

Page 6

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
**www.butzel.com**

DPH HOLDINGS CORP.

October 31, 2011

Account Number 000141814-0003

Invoice No. 8515147

| Date | Tkpr | Narrative Description | Hours | Amount |
|------|------|-----------------------|-------|--------|
| 09/13/11 | | | | |
| 09/14/11 | TBR | E-mails with J. McMahon regarding Averbukh; | 6.00 | 2,850.00 |
| | | Reduced time claimed in Motion:  0.5 | | |
| 09/14/11 | | | | |
| 09/14/11 | | | | |
| 09/14/11 | | | | |
| 09/14/11 | | | | |
| 09/15/11 | | | | |



Page 7

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000 **F:** 313 225 7080
**www.butzel.com**

DPH HOLDINGS CORP.                                                October 31, 2011

Account Number 000141814-0003                              Invoice No. 8515147

| Date | Tkpr | Narrative Description | Hours | Amount |
|------|------|----------------------|-------|--------|
| 09/16/11 | | | | |
| 09/16/11 | | | | |
| 09/19/11 | C H | review Averbukh's response to Reorganized Debtors motion; sent to client; send same to Derian and Weinstein; phone conversation with D. Unrue; email correspondence with client. | 2.25 | 843.75 |
| 09/19/11 | | | | |

Reduced time claimed in Motion:  1.7



# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000 **F:** 313 225 7080
www.butzel.com

DPH HOLDINGS CORP.

October 31, 2011

Account Number 000141814-0003

Invoice No. 8515147

| Date | Tkpr | Narrative Description | Hours | Amount |
|------|------|----------------------|-------|--------|
| 09/19/11 | ███ | ███████████████████ | | |
| 09/20/11 | TBR | Worked on Reply regarding Averbukh; telephone conferences and e-mails with C. Haffey, S. Klein, D. Devine regarding same; ████████ | 6.00 | 2,850.00 |
| 09/20/11 | C H | ███████████ draft reply brief regarding Averbukh motion. | 2.50 | 937.50 |
| 09/20/11 | S_K | Review Averbukh response; brief research; confer with Haffey, Radom and Devine re reply | 1.50 | 600.00 |
| 09/20/11 | DJD | ██████████████ perform research in connection with Averbukh reply brief to be filed on 9/21; draft/revise portions of same. | 6.00 | 1,650.00 |
| 09/20/11 | MCB | (Averbukh) Assist D. DeVine with research issues to help complete reply brief; review response brief. | 4.80 | 1,368.00 |
| 09/20/11 | CEK | ██████████ E-mails re: service of Averbukh Motion; ███████ | 2.10 | 630.00 |

Reduced time claimed in Motion: 3.0

Reduced time claimed in Motion: 2.0

Reduced time claimed in Motion: 4.0

Reduced time claimed in Motion: 0.2

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
**www.butzel.com**

DPH HOLDINGS CORP.                                    October 31, 2011

Account Number 000141814-0003                    Invoice No. 8515147

| Date | Tkpr | Narrative Description | Hours | Amount |
|------|------|----------------------|-------|--------|
| 09/20/11 | | ███████████████████████ | | |
| 09/21/11 | TBR | Worked on and finalized Averbukh response; telephone conference and e-mails with C. Haffey, S. Klein, D. Devine regarding same. | 6.00 | 2,850.00 |
| 09/21/11 | C H | ████████████████████ | 6.00 | 2,250.00 |
| | | | | Reduced time claimed in Motion:  0.5 |
| | | ██████ conference with Klein regarding Averbukh motion; ███████████ ██████████ | | |
| 09/21/11 | S_K | Review and revise Averbukh reply; travel to NY fop Averbukh; prep for same. | 11.00 | 4,400.00 |
| 09/21/11 | RPG | Conference with C. Haffey regarding Sumpter claims. | 0.50 | 187.50 |
| 09/21/11 | DJD | Draft/revise/finalize reply in support of motion in Averbukh matter; █████████████ | 7.30 | 2,007.50 |
| | | | | Reduced time claimed in Motion:  4.0 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

DPH HOLDINGS CORP.

October 31, 2011

Account Number 000141814-0003

Invoice No. 8515147

| Date | Tkpr | Narrative Description | Hours | Amount |
|------|------|----------------------|-------|--------|
| 09/21/11 | MCB | (Averbukh) Review reply brief; review emails between team members; several calls with D. DeVine; research concerning Rule 60(b)(5) and (6); review cases re Rule 9006; ███████████████ | 6.70 | 1,909.50 |
| | | | Reduced time claimed in Motion: 5.0 | |
| 09/21/11 | CEK | E-mails to attorneys for ATF re: Stipulation and Order; E-mail to D. Unrue re: Apple Stipulation and Order; E-mails with UPR lawyer and D. Unrue and T. Maxwell re: settlement check; E-mails and conference with C. Haffey re: Sumpter Motion | 1.00 | 300.00 |
| 09/21/11 | A_R | ███████████████ ██████ pulled and shepardized all case law cited in the Reorganized Debtors' Averbukh Reply, electronically filed said Reply with the court, drafted Certificate of Service, electronically filed said Certificate, served the Reply on all counsel for Averbukh via e-mail, and forwarded the Reply to Kurtzman Carson Consultants LLC for service as well. | 4.70 | 705.00 |
| | | | Reduced time claimed in Motion: 5.0 | |
| 09/22/11 | TBR | Telephone conferences and e-mails with C. Haffey regarding results of Averbukh, Sumpter hearings. | 1.00 | 475.00 |
| | | | Reduced time claimed in Motion: 0.5 | |
| 09/22/11 | C H | Travel from New York. | 4.00 | NO CHARGE |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000 **F:** 313 225 7080
**www.butzel.com**

DPH HOLDINGS CORP.

October 31, 2011

Account Number 000141814-0003

Invoice No. 8515147

| Date | Tkpr | Narrative Description | Hours | Amount |
|------|------|----------------------|-------|--------|
| 09/22/11 | C H | Prehearing preparation and travel to courthouse; Sumpter and Averbukh hearing; post-hearing conference with client regarding Averbukh; post-hearing email and telephone conversation with Derian; oversee request for transcript. | 2.50 | 937.50 |
| 09/22/11 | S_K | Prep for and argue  Averbukh and Sumpter hearings; travel from NY fop | 8.00 | 3,200.00 |
| 09/22/11 | | | | |
| 09/22/11 | | | | |
| 09/23/11 | TBR | E-mails with C. Haffey regarding Averbukh, Sumpter. | 0.50 | 237.50 |
| 09/23/11 | C H | Email correspondence - J. Brooks regarding update on Averbukh and Sumpter hearings; conference with Radom regarding same. Averbukh: conference call with James Derian and David Weinstein. | 1.25 | 468.75 |
| 09/23/11 | S_K | Follow up re Sumpter and Averbukh hearings | 0.50 | 200.00 |
| 09/23/11 | | | | |
| 09/23/11 | | | | |
| 09/23/11 | | | | |

Reduced time claimed in Motion:  0.2

Reduced time claimed in Motion:  0.8

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
**www.butzel.com**

DPH HOLDINGS CORP.

Account Number 000141814-0003

October 31, 2011

Invoice No. 8515147

| Date | Tkpr | Narrative Description | Hours | Amount |
|------|------|----------------------|-------|--------|
| 09/25/11 | | | | |
| 09/26/11 | | | | |
| 09/26/11 | | | | |
| 09/26/11 | | | | |
| 09/26/11 | | | | |
| 09/26/11 | | | | |
| 09/26/11 | | | | |
| 09/27/11 | TBR | | 4.00 | 1,900.00 |



...review Averbukh transcript
and draft order; e-mail to C. Haffey regarding
Averbukh.

Reduced time claimed
in Motion:  1.0

Page 14

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS
*a professional corporation*

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
**www.butzel.com**

DPH HOLDINGS CORP.                                            October 31, 2011

Account Number 000141814-0003                        Invoice No. 8515147

| Date | Tkpr | Narrative Description | Hours | Amount |
|------|------|----------------------|-------|--------|
| 09/27/11 | | | | |
| 09/27/11 | C H | | 3.00 | 1,125.00 |



Reduced time claimed
in Motion:  0.3

review Averbukh hearing transcript;

| Date | | |
|------|---|---|
| 09/27/11 | | |
| 09/27/11 | | |
| 09/28/11 | | |
| 09/28/11 | | |
| 09/28/11 | | |
| 09/28/11 | | |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
**www.butzel.com**

DPH HOLDINGS CORP.

October 31, 2011

Account Number 000141814-0003

Invoice No. 8515147



| Date | Tkpr | Narrative Description | Hours | Amount |
|------|------|----------------------|-------|--------|
| 09/29/11 | TBR | Telephone conferences and e-mails with C. Haffey, D. Devine regarding Averbukh, ▮ Reduced time claimed in Motion: 0.6 | 1.20 | 570.00 |
| 09/29/11 | ▮ | ▮ | | |
| 09/29/11 | C H | ▮ draft edits to Radom's proposed Averbukh order; ▮ | 3.00 | 1,125.00 Reduced time claimed in Motion: 0.2 |
| 09/29/11 | ▮ | ▮ | | |
| 09/29/11 | | | | |
| 09/30/11 | TBR | Review and provide changes to Averbukh order; conference with S. Klein regarding same; ▮ | 0.70 | 332.50 Reduced time claimed in Motion: 0.3 |
| 09/30/11 | ▮ | ▮ | | |
| 09/30/11 | | | | |
| 09/30/11 | DJD | ▮ draft/revise/finalize proposed order expunging Averbukh claim and draft accompanying notice of presentment for order; coordinate with H. Epps to file all of same on docket; draft/review e-mails to Court regarding same. | 3.40 | 935.00 Reduced time claimed in Motion: 1.2 |

# BUTZEL LONG
## ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
www.butzel.com

DPH HOLDINGS CORP.

October 31, 2011

Account Number 000141814-0003

Invoice No. 8515147

| <u>Date</u> | <u>Tkpr</u> | <u>Narrative Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 09/30/11 | | | | |



| 09/30/11 | HE | Telephone conference with D. DeVine regarding filing reorganized Debtors' ▮▮▮ and Notice of Presentment of Order regarding Averbukh.;Prepared and filed electronic filings with the court; coordinated with Kurtzman Carson Consultants LLC for service on interested parties. | 2.00 | 200.00 |

Reduced time claimed
in Motion:  1.0

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
**www.butzel.com**

DPH HOLDINGS CORP.                                            October 31, 2011

Account Number 000141814-0003                    Invoice No. 8515147

Total amount claimed in Motion after reducing time entries to account for
work on different claims matters:  $25,325.50.

| Professional Services | | |
|---|---|---|
| Timekeeper | | |
| Thomas B. Radom | hours at | $475.00 |
| | | |
| Cynthia J. Haffey | hours at | $0.00 |
| Cynthia J. Haffey | hours at | $375.00 |
| | | |
| Sheldon H. Klein | hours at | $400.00 |
| | | |
| David J. DeVine | hours at | $275.00 |
| Maria Caceres-Boneau | hours at | $285.00 |
| Chester E. Kasiborski | hours at | $300.00 |
| Alexis L. Richards | hours at | $150.00 |
| | | |
| Holly Epps | hours at | $100.00 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

DPH HOLDINGS CORP.

October 31, 2011

Account Number 000141814-0003

Invoice No. 8515147



Current Fees:
Current Disbursements:
Total Current Invoice:
Total Balance Due:

Page 19

# BUTZEL LONG

### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
**www.butzel.com**

DPH HOLDINGS CORP.
Attn: John Brooks
5725 Delphi Drive
Troy, MI 48098-2819

November 18, 2011
Invoice No. 8515152

**(Privileged and Confidential Information)**

Matter Description: CLAIMS OBJECTIONS

Professional Services Posted
Through October 31, 2011:

Current Disbursements:

Total Current Invoice:
Total Balance Due:

**Invoice is payable upon receipt**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
**www.butzel.com**

DPH HOLDINGS CORP.

November 18, 2011

Account Number: 000141814-0003

Invoice No. 8515152

## (Privileged and Confidential Information)

**PROFESSIONAL SERVICES posted through October 31, 2011**

### RE: CLAIMS OBJECTIONS

| Date | Tkpr | Narrative Description | Hours | Amount |
|------|------|----------------------|-------|--------|
| 10/03/11 | C H | ███████████ email correspondence with Derian regarding Averbukh letter; finish review of transcript and draft initial draft of Averbukh letter. | 2.00 | 750.00 |
| | | *Reduced time claimed in Motion: 1.2* | | |
| 10/03/11 | DJD | Coordinate with KCC regarding service of notice of presentment for Averbukh order; draft/revise e-mails to Judge's chambers and opposing counsel regarding same. | 0.80 | 220.00 |
| 10/03/11 | ████ | ████████████████████ | | |
| 10/04/11 | | | | |
| 10/04/11 | | | | |
| 10/05/11 | | | | |



**BUTZEL LONG**
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000 **F:** 313 225 7080
**www.butzel.com**

DPH HOLDINGS CORP.

November 18, 2011

Account Number 000141814-0003

Invoice No. 8515152

| Date | Tkpr | Narrative Description | Hours | Amount |
|------|------|----------------------|-------|--------|
| 10/05/11 | | | | |
| 10/06/11 | | | | |
| 10/10/11 | | | | |
| 10/10/11 | C H | Provide Averbukh order (entered by court) to Derian; request update on Kuhlman firm. | 0.10 | 37.50 |
| 10/10/11 | | | | |
| 10/11/11 | | | | |
| 10/11/11 | | | | |
| 10/11/11 | | | | |
| 10/11/11 | | | | |
| 10/11/11 | | | | |

Page 4

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000 **F:** 313 225 7080
**www.butzel.com**

DPH HOLDINGS CORP.

November 18, 2011

Account Number 000141814-0003

Invoice No. 8515152

| Professional | | |
|---|---|---|
| Timekeeper | | |
| Thomas B. Radom | hours at | $475.00 |
| Cynthia J. Haffey | hours at | $375.00 |
| David J. DeVine | hours at | $275.00 |
| Chester E. Kasiborski | hours at | $300.00 |
| Alexis L. Richards | hours at | $150.00 |

Current Fees:
Current Disbursements:
Total Current Invoice:
Total Balance Due:

Total amount claimed in Motion after reducing time entries to account for
work on different claims matters:  $707.50.

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
www.butzel.com

DPH HOLDINGS CORP.
Attn: John Brooks
5725 Delphi Drive
Troy, MI 48098-2819

December 7, 2011
Invoice No. 8516279

**(Privileged and Confidential Information)**

Matter Description: CLAIMS OBJECTIONS

Professional Services Posted
Through November 30, 2011:

Current Disbursements:

Total Current Invoice:
Total Balance Due:

**Invoice is payable upon receipt**



**ATTORNEYS AND COUNSELORS**

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000 **F:** 313 225 7080
**www.butzel.com**

DPH HOLDINGS CORP.                                   December 7, 2011

Account Number: 000141814-0003                      Invoice No. 8516279

**(Privileged and Confidential Information)**

**PROFESSIONAL SERVICES posted through November 30, 2011**

**RE: CLAIMS OBJECTIONS**

| <u>Date</u> | <u>Tkpr</u> | <u>Narrative Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 09/19/11 | TBR | Review and analyze Averbukh response. | 0.50 | 237.50 |
| 11/07/11 | | | | |
| 11/07/11 | | | | |
| 11/07/11 | | | | |
| 11/08/11 | | | | |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
**www.butzel.com**

**DPH HOLDINGS CORP.**

December 7, 2011

Account Number 000141814-0003

Invoice No. 8516279

| Date | Tkpr | Narrative Description | Hours | Amount |
|------|------|----------------------|-------|--------|
| 11/08/11 | | | | |
| 11/09/11 | | | | |
| 11/09/11 | | | | |
| 11/10/11 | | | | |
| 11/13/11 | | | | |
| 11/14/11 | | | | |
| 11/16/11 | TBR | E-mails with C. Haffey, D. Devine regarding Averbukh sanction motion; review Unrue e-mail regarding same. | 0.50 | 237.50 |
| 11/16/11 | C H | Review Averbukh invoices and forward to Devine for inclusion in sanction motion | 0.25 | 93.75 |
| 11/22/11 | DJD | Analyze underlying materials in support of sanctions motion to be filed against Averbukhs; perform case law research | 3.80 | 1,045.00 |

Page 4

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
**www.butzel.com**

DPH HOLDINGS CORP.                                    December 7, 2011

Account Number 000141814-0003                        Invoice No. 8516279

| Date | Tkpr | Narrative Description | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | ████████████ in support of same; begin draft of motion. | | |
| 11/23/11 | DJD | Continue case law research in support of sanctions motion to be filed against Averbukhs, focusing in particular on ████████████ ████████████████████ perform supplemental research regarding ██████████ ████████ continue drafting motion. | 5.40 | 1,485.00 |
| 11/28/11 | C H | Phone conference with DeVine re: Averbukh sanction motion.  Review Maryland statute and case law re: Wrongful death and survivor claims – independent actions brought separately by individual survivors versus the estate. | 2.25 | 843.75 |
| 11/28/11 | DJD | Perform case law research in support of motion for sanctions against Averbukhs; draft/revise motion in support of same. | 3.10 | 852.50 |
| 11/29/11 | C H | Conference with DeVine regarding draft sanction motion - Averbukh. | 1.00 | 375.00 |
| 11/29/11 | DJD | Draft/revise motion for sanctions in Averbukh matter and perform additional research in support of same, particularly with respect to ████████████████████████████ | 3.60 | 990.00 |
| 11/30/11 | TBR | ██████████████████████ e-mails with D. DeVine regarding Averbukh; review file regarding same. | 1.50 | 712.50 |

Reduced time claimed in Motion:  0.3

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
**www.butzel.com**

DPH HOLDINGS CORP.

December 7, 2011

Account Number 000141814-0003

Invoice No. 8516279

| Date | Tkpr | Narrative Description | Hours | Amount |
|------|------|----------------------|-------|--------|
| 11/30/11 | C H | Email correspondence with Patricia Thornton – local counsel on Averbukh matter. Telephone conversation with Thornton. Email communication with Unrue and Brooks re: same. | 1.25 | 468.75 |
| 11/30/11 | DJD | Update/revise motion for sanctions against Averbukh based on changes from C. Haffey; draft/revise declaration to be signed by D. Unrue in support of motion; draft/review e-mails regarding same. | 1.70 | 467.50 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000 **F:** 313 225 7080
**www.butzel.com**

DPH HOLDINGS CORP.

December 7, 2011

Account Number 000141814-0003

Invoice No. 8516279

Professional S

| Timekeeper | | |
|---|---|---|
| Thomas B. Radom | hours at | $475.00 |
| Cynthia J. Haffey | hours at | $375.00 |
| David J. DeVine | hours at | $275.00 |
| Maria Caceres-Boneau | hours at | $285.00 |
| Chester E. Kasiborski | hours at | $300.00 |
| Alexis L. Richards | hours at | $150.00 |

Current Fees:
Current Disbursements:
Total Current Invoice:
Total Balance Due:

Total amount claimed in Motion after reducing time entries to account for
work on different claims matters:   $7,238.75.