# EXHIBIT L

# BAN, THORNTON & PALMER, L.L.
## CAPITAL OFFICE PARK
### 6411 IVY LANE
### SUITE 500
### GREENBELT, MARYLAND 20770-1411
### (301) 345-7001
### FAX (301) 345-7075
### FED TAX ID 52-2172185



David Weinstein

Weinstein Tippetts & Little, LLP
7660 Woodway, Suite 500
Houston, TX 77063



July 06, 2011

In Reference To:  Vladimir Averbukh v. Delphi Corporation
**Matter # 7600-0001**
**Claim #**
**D.O.I : 04-07-07**

Invoice #            12169

Professional Services

|  |  |  | Hours |  |
|---|---|---|---|---|
| 6/14/2011 | PMT | Conference with Ms. MarDock regarding Motion to Compel, Motion to Dismiss, time for response. | 0.20 |  |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 0.20 | $30.00 |
| Previous balance |  | $30.00 |

Accounts receivable transactions

| 5/31/2011 Payment - Thank You. Check No. 002218 | ($30.00) |
|---|---|
| Total payments and adjustments | ($30.00) |
| Balance due | $30.00 |

David Weinstein                                                                    Page    2

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Patricia M. Thornton | 0.20 | 150.00 |

BACON, THORNTON & PALMER, L.L.P.

*By:*    */s/ Patricia M. Thornton*

BACON, THORNTON & PALMER, L.L.P.
CAPITAL OFFICE PARK
6411 IVY LANE
SUITE 500
GREENBELT, MARYLAND 20770-1411
(301) 345-7001
FAX (301) 345-7075
FED TAX ID 52-2172185



David Weinstein

Weinstein Tippetts & Little, LLP
7660 Woodway, Suite 500
Houston, TX 77063

August 03, 2011



In Reference To: Vladimir Averbukh v. Delphi Corporation
**Matter # 7600-0001**
**Claim #**
**D.O.I : 04-07-07**

Invoice #         12206

Professional Services

|  |  |  | Hours |
|---|---|---|---|
| 7/15/2011 | PMT | Conference with records room at Register of Wills in Towson regarding copies of probate file. | 0.20 |
|  | PMT | Prepare email to Ms. Worley regarding can get today or wait till Monday. | 0.10 |
|  | PMT | Receipt and analysis of email form Ms. Worley regarding wait to pickup. | 0.10 |
|  | PMT | Prepare return email to Ms. Worley regarding get Monday. | 0.10 |
| 7/18/2011 | PAS | Research and review- Obtained probate documents from Baltimore County Circuit Court. | 2.50 |
|  | PMT | Review of probate file received from Baltimore County Circuit Court. | 0.20 |
|  | PMT | Prepare email to Ms. Worley regarding file. | 0.10 |
|  | PMT | Receipt and review of email from Ms. Worley regarding entire file, mention of claim. | 0.10 |

David Weinstein    Page 2

|  |  |  | Hours |  |
|---|---|---|---|---|
| 7/18/2011 | PMT | Prepare return email to Ms. Worley regarding entire file. | 0.10 |  |
|  |  |  |  | Amount |
|  | For professional services rendered |  | 3.50 | $275.00 |

Additional Charges :

| 7/18/2011 | Travel - Picked up probate documents from Baltimore County Circuit Court. | 47.33 |
|---|---|---|
|  | Total additional charges | $47.33 |
|  | Total amount of this bill | $322.33 |
|  | Previous balance | $30.00 |
|  | Balance due | $352.33 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Patricia M. Thornton | 1.00 | 150.00 |
| Peter A Stifel | 2.50 | 50.00 |

BACON, THORNTON & PALMER, L.L.P.

By:   /s/ Patricia M. Thornton

BARON, THORNTON & PALMER, L.L.P.
CAPITAL OFFICE PARK
6411 IVY LANE
SUITE 500
GREENBELT, MARYLAND 20770-1411
(301) 345-7001
FAX (301) 345-7075
FED TAX ID 52-2172185



David Weinstein

Weinstein Tippetts & Little, LLP
7660 Woodway, Suite 500
Houston, TX 77063



September 02, 2011

In Reference To: **Vladimir Averbukh v. Delphi Corporation**
**Matter # 7600-0001**
**Claim #**
**D.O.I : 04-07-07**

Invoice #    12245

Professional Services

|  |  |  | Hours |
|---|---|---|---|
| 8/5/2011 | PMT | Receipt and analysis of email from Ms. Worley regarding Protective Order. | 0.10 |
|  | PMT | Receipt and analysis of Motion for Protective Order/Non Sharing. | 0.30 |
|  | PMT | Prepare email to Ms. Worley regarding filing. | 0.10 |
|  | PMT | Receipt and analysis of email from Ms. Worley regarding filing next week, changes to motion. | 0.10 |
| 8/12/2011 | PMT | Receipt and analysis of email from Worley regarding motion filing. | 0.10 |
|  | PMT | Prepare return email to Worley regarding motion filing. | 0.10 |
| 8/16/2011 | PMT | Receipt and analysis of email from Ms. Worley regarding Motion for Non Sharing P.O. filing. | 0.10 |
|  | PMT | Review of final Motion for Non Sharing P.O. | 0.30 |

David Weinstein                                                                                                Page    2

|            |     |                                                                                                      | Hours |          |
|------------|-----|------------------------------------------------------------------------------------------------------|-------|----------|
| 8/16/2011  | PMT | Prepare return email regarding filing and contents of motion.                                        | 0.10  |          |
| 8/17/2011  | MLV | File Motion for Entry of Non-Sharing Protective Order.                                               | 1.50  |          |
| 8/18/2011  | PMT | Receipt and analysis of email from Ms. Worley regarding questions on Release, cap.                   | 0.20  |          |
|            | PMT | Prepare return email to Ms. Worley regarding questions on Release, cap.                              | 0.10  |          |
|            | PMT | Conference with Ms. Worley regarding joint tort feasor Release; caps.                                | 0.40  |          |
|            | PMT | Review of caps applicable to case.                                                                   | 0.20  |          |
|            | PMT | Prepare email to Ms. Worley regarding caps applicable.                                               | 0.20  |          |
|            | PMT | Prepare additional email with copy of statute to Ms. Worley.                                         | 0.10  |          |
| 8/22/2011  | PMT | Receipt and analysis of Delphi Response to Plaintiff's 4th Request for Production of Documents from Ms. Worley. | 0.30  |          |

|                                                                                                  |       | Amount   |
|--------------------------------------------------------------------------------------------------|-------|----------|
| For professional services rendered                                                               | 4.30  | $607.50  |

Additional Charges :

|                                                                                                  |          |
|--------------------------------------------------------------------------------------------------|----------|
| 8/16/2011 Photocopies - 126 @ $0.10 per page                                                     | 12.60    |
| Postage                                                                                          | 8.96     |
| 8/17/2011 Mileage (36 Miles @ .51 per Mile) - Mileage to court for filing Protective Order Motion. | 18.36    |
| Total additional charges                                                                         | $39.92   |
| Total amount of this bill                                                                        | $647.42  |
| Previous balance                                                                                 | $352.33  |

David Weinstein                                                                                           Page    3

|  | Amount |
|---|---|
| Accounts receivable transactions | |
| 9/1/2011 Payment - Thank You. Check No. 002398 | ($30.00) |
| Total payments and adjustments | ($30.00) |
| Balance due | $969.75 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Martin L. Vedder | 1.50 | 125.00 |
| Patricia M. Thornton | 2.80 | 150.00 |

BACON, THORNTON & PALMER, L.L.P.

By:    */s/ Patricia M. Thornton*

BAC , THORNTON & PALMER, L.L.P
CAPITAL OFFICE PARK
6411 IVY LANE
SUITE 500
GREENBELT, MARYLAND 20770-1411
(301) 345-7001
FAX (301) 345-7075
FED TAX ID 52-2172185



David Weinstein

Weinstein Tippetts & Little, LLP
7660 Woodway, Suite 500
Houston, TX 77063



October 06, 2011

In Reference To:   Vladimir Averbukh v. Delphi Corporation
                   Matter # 7600-0001
                   Claim #
                   D.O.I : 04-07-07

Invoice #          12306

Professional Services

|  |  |  | Hours |
|---|---|---|---|
| 9/2/2011 | PMT | Receipt and analysis of correspondence from Weinstein to Kahlman regarding bankruptcy dismissal motion and waiver. | 0.10 |
| 9/7/2011 | PMT | Receipt and analysis of email fro Ms. Worley regarding motion and opposition due date. | 0.10 |
|  | PMT | Prepare return email to Ms. Worley regarding motion and opposition due date. | 0.10 |
| 9/9/2011 | PMT | Conference with Ms. Worley regarding Amended Certificate of Service and filing. | 0.10 |
|  | PMT | Receipt and analysis of email from Ms. Worley regarding attaching bankruptcy Motion to Dismiss. | 0.40 |
| 9/12/2011 | SMO | Filing of Amended Certificate of Service at PG Circuit Court Clerk's office. | 0.50 |
| 9/23/2011 | PMT | Receipt and analysis of email from Mr. Weinstein to Kohlman regarding bankruptcy court order to dismiss and prepare reply to Mr. Weinstein. | 0.10 |

David Weinstein                                                                                                       Page    2

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 1.40 | $197.50 |
| Additional Charges : | | |
| 9/9/2011 Photocopies - 238 @ $0.10 per page | | 23.80 |
| Postage | | 16.28 |
| Total additional charges | | $40.08 |
| Total amount of this bill | | $237.58 |
| Previous balance | | $969.75 |
| Balance due | | $1,207.33 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Patricia M. Thornton | 0.90 | 150.00 |
| Sha'Donna M. Osborne | 0.50 | 125.00 |

BACON, THORNTON & PALMER, L.L.P.

By:    */s/ Patricia M. Thornton*

# BACON, THORNTON & PALMER, L.L.P.
## CAPITAL OFFICE PARK
### 6411 IVY LANE
### SUITE 500
### GREENBELT, MARYLAND 20770-1411
### (301) 345-7001
### FAX (301) 345-7075
### FEDERAL TAX ID 52-2172185

David Weinstein

Weinstein Tippetts & Little, LLP
7660 Woodway, Suite 500
Houston, TX 77063

# FINAL BILL

December 14, 2011

In Reference To:   **Vladimir Averbukh v. Delphi Corporation**
                   **Matter # 7600-0001**
                   **Claim #**
                   **D.O.I : 04-07-07**

Invoice #          12434

Professional Services

|            |     |                                                                                              | Hours |
|------------|-----|----------------------------------------------------------------------------------------------|-------|
| 10/7/2011  | PMT | Receipt and analysis of email and draft dismissal from Ms. Worley.                           | 0.10  |
|            | PMT | Prepare email to Ms. Worley regarding changes.                                               | 0.10  |
|            | PMT | Receipt and analysis of changed dismissal from Ms. Worley.                                   | 0.10  |
|            | PMT | Prepare return email regarding no order needed, dismissal is fine.                           | 0.10  |
| 10/18/2011 | PMT | Receipt and analysis of email from Ms. Worley regarding dismissal by Allah Averbukh as use Plaintiff. | 0.10 |
|            | PMT | Review of Complaint filed to look at language concerning claims.                             | 0.30  |
|            | PMT | Conference with Ms. Worley regarding documents Allah needs to sign dismissal.                | 0.10  |
| 10/31/2011 | PMT | Receipt and analysis of email from Mr. Mallahan regarding signed dismissal.                  | 0.10  |

David Weinstein                                                                                    Page    2

|            |     |                                                                                          | Hours |
|------------|-----|------------------------------------------------------------------------------------------|-------|
| 10/31/2011 | PMT | Prepare email to MR. Hopper regarding authorization to sign for him.                     | 0.10  |
|            | PMT | Sign Stipulation of Dismissal for Hopper and myself.                                     | 0.10  |
| 11/1/2011  | SMO | File Stipulation of Dismissal at Prince George's Circuit Court.                          | 0.80  |
| 11/3/2011  | PMT | Receipt and analysis of email regarding signatures of attorneys to confidentiality letter from Ms. Worley. | 0.10  |
|            | PMT | Prepare email to Ms. Worley regarding stamped dismissal, no signatures received.         | 0.10  |
| 11/7/2011  | PMT | Prepare email to Ms. Worley regarding dismissal is final document.                       | 0.10  |
| 11/29/2011 | PMT | [redacted]                                                                               |       |
|            | PMT | [redacted]                                                                               |       |
| 11/30/2011 | PMT | [redacted]                                                                               |       |
|            | PMT | [redacted]                                                                               |       |
|            | PMT | [redacted]                                                                               |       |
|            | PMT | [redacted]                                                                               |       |
|            | PMT | [redacted]                                                                               |       |
|            | PMT | [redacted]                                                                               |       |

David Weinstein                                                                                          Page    3

                                                                                                        Hours

11/30/2011    PMT

              PMT

              PMT

              PMT

              PMT

              PMT

              PMT

              PMT

              PMT

12/5/2011     PMT

              PMT

              PMT

              PMT

12/6/2011     SMO

              PMT

                                                                                                       Amount
           For professional services rendered                                              5.40       $780.00

David Weinstein                                                                          Page    4

Additional Charges :

|  |  | Amount |
|---|---|---|
| 11/1/2011 Postage |  | 3.08 |
| Court Fees- Stipulation of Dismissal |  | 15.00 |
| Total additional charges |  | $18.08 |
| For professional services rendered | 5.40 | $798.08 |
| Total amount of this bill |  | $798.08 |
| Previous balance |  | $1,207.33 |
| Accounts receivable transactions |  |  |
| 10/13/2011 Payment - Thank You. Check No. 2486 |  | ($322.33) |
| 11/14/2011 Payment - Thank You. Check No. 2564 |  | ($237.58) |
| 11/14/2011 Payment - Thank You. Check No. 2564 |  | ($647.42) |
| Total payments and adjustments |  | ($1,207.33) |
| Balance due |  | $798.08 |
| Amount claimed in Motion: |  | $163.08 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Patricia M. Thornton | 4.20 | 150.00 |
| Sha'Donna M. Osborne | 1.20 | 125.00 |

BACON, THORNTON & PALMER, L.L.P.

By: */s/ Patricia M. Thornton*