# EXHIBIT N

## Breakdown of Amount Sought for Butzel Invoices By Month

July 2011 (Billed on September 9, 2011)

| Date | Timekeeper | Hours | Rate | Total Fees | Total Costs | Total Fees and Costs |
|---|---|---|---|---|---|---|
| 7/28/2011 | T. Radom | 1 | $475 | $ 475.00 | $ - | $ 475.00 |
| 7/29/2011 | T. Radom | 2 | $475.00 | $ 950.00 | $ - | $ 950.00 |
| 7/29/2011 | C. Haffey | 1 | $375.00 | $ 375.00 | $ - | $ 375.00 |
| 7/31/2011 | T. Radom | 0.2 | $475.00 | $ 95.00 | $ - | $ 95.00 |
| Total Amount Sought | | | | | | $ 1,895.00 |

August 2011 (Billed on September 9, 2011)

| Date | Timekeeper | Hours | Rate | Total Fees | Total Costs | Total Fees and Costs |
|---|---|---|---|---|---|---|
| 8/1/2011 | T. Radom | 0.6 | $475.00 | $ 285.00 | $ - | $ 285.00 |
| 8/8/2011 | C. Haffey | 0.5 | $375.00 | $ 187.50 | $ - | $ 187.50 |
| 8/9/2011 | T. Radom | 0.4 | $475.00 | $ 190.00 | $ - | $ 190.00 |
| 8/9/2011 | C. Haffey | 1 | $375.00 | $ 375.00 | $ - | $ 375.00 |
| 8/10/2011 | C. Kasiborski | 0.4 | $300.00 | $ 120.00 | $ - | $ 120.00 |
| 8/11/2011 | T. Radom | 0.20 | $475.00 | $ 95.00 | $ - | $ 95.00 |
| 8/11/2011 | C. Haffey | 0.75 | $375.00 | $ 281.25 | $ - | $ 281.25 |
| 8/15/2011 | T. Radom | 1.4 | $475.00 | $ 665.00 | $ - | $ 665.00 |
| 8/16/2011 | T. Radom | 1 | $475.00 | $ 475.00 | $ - | $ 475.00 |
| 8/16/2011 | C. Haffey | 0.2 | $375.00 | $ 75.00 | $ - | $ 75.00 |
| 8/16/2011 | C. Kasiborski | 0.5 | $300.00 | $ 150.00 | $ - | $ 150.00 |
| 8/17/2011 | C. Haffey | 0.1 | $375.00 | $ 37.50 | $ - | $ 37.50 |
| 8/18/2011 | C. Kasiborski | 0.3 | $300.00 | $ 90.00 | $ - | $ 90.00 |
| 8/22/2011 | T. Radom | 1.5 | $475.00 | $ 712.50 | $ - | $ 712.50 |
| 8/22/2011 | C. Haffey | 1.8 | $375.00 | $ 675.00 | $ - | $ 675.00 |
| 8/23/2011 | T. Radom | 0.5 | $475.00 | $ 237.50 | $ - | $ 237.50 |
| 8/23/2011 | C. Kasiborski | 0.6 | $300.00 | $ 180.00 | $ - | $ 180.00 |
| 8/24/2011 | T. Radom | 2 | $475.00 | $ 950.00 | $ - | $ 950.00 |
| 8/24/2011 | C. Haffey | 0.8 | $375.00 | $ 300.00 | $ - | $ 300.00 |
| 8/24/2011 | M. Boneau | 3.7 | $285.00 | $ 1,054.50 | $ - | $ 1,054.50 |
| 8/24/2011 | C. Kasiborski | 3.5 | $300.00 | $ 1,050.00 | $ - | $ 1,050.00 |
| 8/25/2011 | C. Haffey | 0.5 | $375.00 | $ 187.50 | $ - | $ 187.50 |
| 8/25/2011 | M. Boneau | 5.8 | $285.00 | $ 1,653.00 | $ - | $ 1,653.00 |
| 8/25/2011 | C. Kasiborski | 5 | $300.00 | $ 1,500.00 | $ - | $ 1,500.00 |
| 8/26/2011 | T. Radom | 1.5 | $475.00 | $ 712.50 | $ - | $ 712.50 |
| 8/26/2011 | C. Haffey | 2.25 | $375.00 | $ 843.75 | $ - | $ 843.75 |
| 8/26/2011 | M. Boneau | 2.8 | $285.00 | $ 798.00 | $ - | $ 798.00 |
| 8/27/2011 | C. Haffey | 4 | $375.00 | $ 1,500.00 | $ - | $ 1,500.00 |
| 8/28/2011 | T. Radom | 1.5 | $475.00 | $ 712.50 | $ - | $ 712.50 |
| 8/28/2011 | C. Haffey | 1.25 | $0.00 (N/C) | $ - | $ - | $ - |

| Date | Timekeeper | Hours | Rate | Total Fees | Total Costs | Total Fees and Costs |
|---|---|---|---|---|---|---|
| 8/29/2011 | C. Haffey | 2.25 | $375.00 | $ 843.75 | $ - | $ 843.75 |
| 8/29/2011 | C. Kasiborski | 4 | $300.00 | $ 1,200.00 | $ - | $ 1,200.00 |
| 8/30/2011 | T. Radom | 2.3 | $475.00 | $ 1,092.50 | $ - | $ 1,092.50 |
| 8/30/2011 | C. Haffey | 2.25 | $375.00 | $ 843.75 | $ - | $ 843.75 |
| 8/30/2011 | C. Kasiborski | 4.5 | $300.00 | $ 1,350.00 | $ - | $ 1,350.00 |
| 8/31/2011 | C. Kasiborski | 0.2 | $300.00 | $ 60.00 | $ - | $ 60.00 |
| Total Amount Sought | | | | | | $ 21,483.00 |

September 2011 (Billed on October 31, 2011)

| Date | Timekeeper | Hours | Rate | Total Fees | Total Costs | Total Fees and Costs |
|---|---|---|---|---|---|---|
| 9/12/2011 | T. Radom | 0.7 | $475.00 | $ 332.50 | $ - | $ 332.50 |
| 9/13/2011 | T. Radom | 4.5 | $475.00 | $ 2,137.50 | $ - | $ 2,137.50 |
| 9/13/2011 | C. Kasiborski | 0.2 | $300.00 | $ 60.00 | $ - | $ 60.00 |
| 9/14/2011 | T. Radom | 0.5 | $475.00 | $ 237.50 | $ - | $ 237.50 |
| 9/19/2011 | C. Haffey | 1.7 | $375.00 | $ 637.50 | $ - | $ 637.50 |
| 9/20/2011 | T. Radom | 3.00 | $475.00 | $ 1,425.00 | $ - | $ 1,425.00 |
| 9/20/2011 | C. Haffey | 2 | $375.00 | $ 750.00 | $ - | $ 750.00 |
| 9/20/2011 | S. Klein | 1.5 | $400.00 | $ 600.00 | $ - | $ 600.00 |
| 9/20/2011 | D. DeVine | 4.0 | $275.00 | $ 1,100.00 | $ - | $ 1,100.00 |
| 9/20/2011 | M. Boneau | 4.8 | $285.00 | $ 1,368.00 | $ - | $ 1,368.00 |
| 9/20/2011 | C. Kasiborski | 0.2 | $300.00 | $ 60.00 | $ - | $ 60.00 |
| 9/21/2011 | T. Radom | 6 | $475.00 | $ 2,850.00 | $ - | $ 2,850.00 |
| 9/21/2011 | C. Haffey | 0.5 | $375.00 | $ 187.50 | $ - | $ 187.50 |
| 9/21/2011 | S. Klein | 11 | $400.00 | $ 4,400.00 | $ - | $ 4,400.00 |
| 9/21/2011 | D. DeVine | 4 | $275.00 | $ 1,100.00 | $ - | $ 1,100.00 |
| 9/21/2011 | M. Boneau | 5 | $285.00 | $ 1,425.00 | $ - | $ 1,425.00 |
| 9/21/2011 | A. Richards | 2 | $150.00 | $ 300.00 | $ - | $ 300.00 |
| 9/22/2011 | T. Radom | 0.5 | $475.00 | $ 237.50 | $ - | $ 237.50 |
| 9/22/2011 | C. Haffey | 4 | $0.00 (N/C) | 0 | $ - | $ - |
| 9/22/2011 | C. Haffey | 2.5 | $375.00 | $ 937.50 | $ - | $ 937.50 |
| 9/22/2011 | S. Klein | 8 | $400.00 | $ 3,200.00 | $ - | $ 3,200.00 |
| 9/23/2011 | T. Radom | 0.2 | $400.00 | $ 80.00 | $ - | $ 80.00 |
| 9/23/2011 | C. Haffey | 0.8 | $375.00 | $ 300.00 | $ - | $ 300.00 |
| 9/23/2011 | S. Klein | 0.2 | $400.00 | $ 80.00 | $ - | $ 80.00 |
| 9/27/2011 | T. Radom | 1 | $475.00 | $ 475.00 | $ - | $ 475.00 |
| 9/27/2011 | C. Haffey | 0.3 | $375.00 | $ 112.50 | $ - | $ 112.50 |
| 9/29/2011 | T. Radom | 0.6 | $475.00 | $ 285.00 | $ - | $ 285.00 |
| 9/29/2011 | C. Haffey | 0.2 | $375.00 | $ 75.00 | $ - | $ 75.00 |
| 9/30/2011 | T. Radom | 0.3 | $475.00 | $ 142.50 | $ - | $ 142.50 |
| 9/30/2011 | T. Radom | 1.2 | $275.00 | $ 330.00 | $ - | $ 330.00 |
| 9/30/2011 | H. Epps | 1 | $100.00 | $ 100.00 | $ - | $ 100.00 |
| Total Amount Sought | | | | | | $ 25,325.50 |

October 2011 (Billed on November 18, 2011)

| Date | Timekeeper | Hours | Rate | Total Fees | Total Costs | Total Fees and Costs | |
|---|---|---|---|---|---|---|---|
| 10/3/2011 | C. Haffey | 1.2 | $375 | $ 450.00 | $  - | $ 450.00 | |
| 10/3/2011 | D. DeVine | 0.8 | $275.00 | $ 220.00 | $  - | $ 220.00 | |
| 10/10/2011 | C. Haffey | 0.1 | $375.00 | $ 37.50 | $  - | $ 37.50 | |
| | | | | | | | |
| Total Amount Sought | | | | | | $ 707.50 | |

November 2011 (Billed on December 7, 2011)

| Date | Timekeeper | Hours | Rate | Total Fees | Total Costs | Total Fees and Costs | |
|---|---|---|---|---|---|---|---|
| 9/19/2011 | T. Radom | 0.5 | $475.00 | $ 237.50 | $  - | $ 237.50 | (Entry was billed belatedly) |
| 11/16/2011 | T. Radom | 0.5 | $475.00 | $ 237.50 | $  - | $ 237.50 | |
| 11/16/2011 | C. Haffey | 0.25 | $375.00 | $ 93.75 | $  - | $ 93.75 | |
| 11/22/2011 | D. DeVine | 3.8 | $275.00 | $ 1,045.00 | $  - | $ 1,045.00 | |
| 11/23/2011 | D. DeVine | 5.4 | $275.00 | $ 1,485.00 | $  - | $ 1,485.00 | |
| 11/28/2011 | C. Haffey | 2.25 | $375.00 | $ 843.75 | $  - | $ 843.75 | |
| 11/28/2011 | D. DeVine | 3.1 | $275.00 | $ 852.50 | $  - | $ 852.50 | |
| 11/29/2011 | C. Haffey | 1 | $375.00 | $ 375.00 | $  - | $ 375.00 | |
| 11/29/2011 | D. DeVine | 3.6 | $275.00 | $ 990.00 | $  - | $ 990.00 | |
| 11/30/2011 | T. Radom | 0.3 | $475.00 | $ 142.50 | $  - | $ 142.50 | |
| 11/30/2011 | C. Haffey | 1.25 | $375.00 | $ 468.75 | $  - | $ 468.75 | |
| 11/30/2011 | D. DeVine | 1.7 | $275.00 | $ 467.50 | $  - | $ 467.50 | |
| | | | | | | | |
| Total Amount Sought | | | | | | $ 7,238.75 | |

| TOTAL AMOUNT SOUGHT FOR ALL MONTHS THROUGH NOVEMBER | $56,649.75 |
|---|---|