# EXHIBIT O

## Breakdown of Amount Sought for Weinstein Invoices By Month

June 2011 (Billed on July 11, 2011)

| Date | Timekeeper | Hours | Rate | Total Fees | Total Costs | Total Fees and Costs |
|---|---|---|---|---|---|---|
| 6/2/2011 | K. Worley | 0.7 | $337.50 | $ 236.25 | $ - | $ 236.25 |
| 6/3/2011 | D. Weinstein | 0.8 | $337.50 | $ 270.00 | $ - | $ 270.00 |
| 6/3/2011 | K. Worley | 2.4 | $337.50 | $ 810.00 | $ - | $ 810.00 |
| 6/6/2011 | D. Weinstein | 0.2 | $337.50 | $ 67.50 | $ - | $ 67.50 |
| 6/6/2011 | K. Worley | 3.00 | $337.50 | $ 1,012.50 | $ - | $ 1,012.50 |
| 6/7/2011 | N/A | N/A | N/A | $ - | $ 110.00 | $ 110.00 |
| 6/7/2011 | D. Weinstein | 0.1 | $337.50 | $ 33.75 | $ - | $ 33.75 |
| 6/7/2011 | K. Worley | 0.4 | $337.50 | $ 135.00 | $ - | $ 135.00 |
| 6/8/2011 | D. Weinstein | 0.2 | $337.50 | $ 67.50 | $ - | $ 67.50 |
| 6/8/2011 | K. Worley | 0.6 | $337.50 | $ 202.50 | $ - | $ 202.50 |
| 6/9/2011 | D. Weinstein | 0.5 | $337.50 | $ 168.75 | $ - | $ 168.75 |
| 6/9/2011 | K. Worley | 0.2 | $337.50 | $ 67.50 | $ - | $ 67.50 |
| 6/10/2011 | D. Weinstein | 0.2 | $337.50 | $ 67.50 | $ - | $ 67.50 |
| 6/10/2011 | K. Worley | 1.5 | $337.50 | $ 506.25 | $ - | $ 506.25 |
| 6/11/2011 | D. Weinstein | 0.4 | $337.50 | $ 135.00 | $ - | $ 135.00 |
| 6/13/2011 | D. Weinstein | 0.3 | $337.50 | $ 101.25 | $ - | $ 101.25 |
| 6/13/2011 | K. Worley | 0.5 | $337.50 | $ 168.75 | $ - | $ 168.75 |
| 6/14/2011 | D. Weinstein | 0.2 | $337.50 | $ 67.50 | $ - | $ 67.50 |
| 6/14/2011 | K. Worley | 3 | $337.50 | $ 1,012.50 | $ - | $ 1,012.50 |
| 6/15/2011 | D. Weinstein | 0.1 | $337.50 | $ 33.75 | $ - | $ 33.75 |
| 6/16/2011 | D. Weinstein | 0.3 | $337.50 | $ 101.25 | $ - | $ 101.25 |
| 6/16/2011 | K. Worley | 0.7 | $337.50 | $ 236.25 | $ - | $ 236.25 |
| 6/17/2011 | K. Worley | 4.5 | $337.50 | $ 1,518.75 | $ - | $ 1,518.75 |
| 6/19/2011 | K. Worley | 3 | $337.50 | $ 1,012.50 | $ - | $ 1,012.50 |
| 6/20/2011 | N/A | N/A | N/A | $ - | $ 1,241.38 | $ 1,241.38 |
| 6/20/2011 | K. Worley | 3.7 | $337.50 | $ 1,248.75 | $ - | $ 1,248.75 |
| 6/20/2011 | P. McDaniel | 0.5 | $337.50 | $ 168.75 | $ - | $ 168.75 |
| 6/21/2011 | D. Weinstein | 0.9 | $337.50 | $ 303.75 | $ - | $ 303.75 |
| 6/21/2011 | K. Worley | 3.3 | $337.50 | $ 1,113.75 | $ - | $ 1,113.75 |
| 6/21/2011 | P. McDaniel | 0.3 | $337.50 | $ 101.25 | $ - | $ 101.25 |
| 6/22/2011 | D. Weinstein | 0.4 | $337.50 | $ 135.00 | $ - | $ 135.00 |
| 6/22/2011 | K. Worley | 2.4 | $337.50 | $ 810.00 | $ - | $ 810.00 |
| 6/22/2011 | P. McDaniel | 6 | $337.50 | $ 2,025.00 | $ - | $ 2,025.00 |
| 6/22/2011 | M. Peroni | 0.1 | $117.00 | $ 11.70 | $ - | $ 11.70 |
| 6/23/2011 | D. Weinstein | 0.3 | $337.50 | $ 101.25 | $ - | $ 101.25 |
| 6/23/2011 | K. Worley | 3.5 | $337.50 | $ 1,181.25 | $ - | $ 1,181.25 |
| 6/23/2011 | P. McDaniel | 0.2 | $337.50 | $ 67.50 | $ - | $ 67.50 |
| 6/23/2011 | M. Peroni | 0.5 | $117.00 | $ 58.50 | $ - | $ 58.50 |
| 6/24/2011 | K. Worley | 1 | $337.50 | $ 337.50 | $ - | $ 337.50 |
| 6/27/2011 | D. Weinstein | 0.1 | $337.50 | $ 33.75 | $ - | $ 33.75 |

| Date | Timekeeper | Hours | Rate | Total Fees | Total Costs | Total Fees and Costs |
|---|---|---|---|---|---|---|
| 6/28/2011 | D. Weinstein | 0.3 | $337.50 | $ 101.25 | $ - | $ 101.25 |
| 6/28/2011 | P. McDaniel | 0.3 | $337.50 | $ 101.25 | $ - | $ 101.25 |
| Total Amount Sought | | | | | | $ 17,284.08 |

July 2011 (Billed on August 8, 2011)

| Date | Timekeeper | Hours | Rate | Total Fees | Total Costs | Total Fees and Costs |
|---|---|---|---|---|---|---|
| 7/1/2011 | N/A | N/A | N/A | $ - | $ 29.35 | $ 29.35 |
| 7/8/2011 | D. Weinstein | 0.2 | $337.50 | $ 67.50 | $ - | $ 67.50 |
| 7/12/2011 | K. Worley | 0.2 | $337.50 | $ 67.50 | $ - | $ 67.50 |
| 7/13/2011 | D. Weinstein | 0.4 | $337.50 | $ 135.00 | $ - | $ 135.00 |
| 7/13/2011 | K. Worley | 1.9 | $337.50 | $ 641.25 | $ - | $ 641.25 |
| 7/14/2011 | D. Weinstein | 0.40 | $337.50 | $ 135.00 | $ - | $ 135.00 |
| 7/14/2011 | K. Worley | 1.60 | $337.50 | $ 540.00 | $ - | $ 540.00 |
| 7/15/2011 | D. Weinstein | 0.2 | $337.50 | $ 67.50 | $ - | $ 67.50 |
| 7/15/2011 | K. Worley | 1.5 | $337.50 | $ 506.25 | $ - | $ 506.25 |
| 7/18/2011 | K. Worley | 3.0 | $337.50 | $ 1,012.50 | $ - | $ 1,012.50 |
| 7/19/2011 | D. Weinstein | 0.3 | $337.50 | $ 101.25 | $ - | $ 101.25 |
| 7/20/2011 | D. Weinstein | 0.2 | $337.50 | $ 67.50 | $ - | $ 67.50 |
| 7/21/2011 | D. Weinstein | 0.2 | $337.50 | $ 67.50 | $ - | $ 67.50 |
| 7/22/2011 | D. Weinstein | 0.1 | $337.50 | $ 33.75 | $ - | $ 33.75 |
| 7/22/2011 | K. Worley | 1.4 | $337.50 | $ 472.50 | $ - | $ 472.50 |
| 7/24/2011 | K. Worley | 0.3 | $337.50 | $ 101.25 | $ - | $ 101.25 |
| 7/25/2011 | K. Worley | 0.8 | $337.50 | $ 270.00 | $ - | $ 270.00 |
| 7/26/2011 | D. Weinstein | 0.4 | $337.50 | $ 135.00 | $ - | $ 135.00 |
| 7/26/2011 | K. Worley | 0.5 | $337.50 | $ 168.75 | $ - | $ 168.75 |
| 7/27/2011 | K. Worley | 2.1 | $337.50 | $ 708.75 | $ - | $ 708.75 |
| 7/28/2011 | K. Worley | 1.7 | $337.50 | $ 573.75 | $ - | $ 573.75 |
| Total Amount Sought | | | | | | $ 5,901.85 |

August 2011 (Billed on September 12, 2011)

| Date | Timekeeper | Hours | Rate | Total Fees | Total Costs | Total Fees and Costs |
|---|---|---|---|---|---|---|
| 8/2/2011 | K. Worley | 0.8 | $337.50 | $ 270.00 | $ - | $ 270.00 |
| 8/3/2011 | N/A | N/A | N/A | $ - | $ 765.30 | $ 765.30 |
| 8/3/2011 | D. Weinstein | 0.1 | $337.50 | $ 33.75 | $ - | $ 33.75 |
| 8/3/2011 | K. Worley | 3.5 | $337.50 | $ 1,181.25 | $ - | $ 1,181.25 |
| 8/5/2011 | D. Weinstein | 0.2 | $337.50 | $ 67.50 | $ - | $ 67.50 |
| 8/5/2011 | K. Worley | 0.40 | $337.50 | $ 135.00 | $ - | $ 135.00 |
| 8/8/2011 | D. Weinstein | 0.10 | $337.50 | $ 33.75 | $ - | $ 33.75 |
| 8/8/2011 | K. Worley | 2.2 | $337.50 | $ 742.50 | $ - | $ 742.50 |

2

| Date | Timekeeper | Hours | Rate | Total Fees | Total Costs | Total Fees and Costs |
|---|---|---|---|---|---|---|
| 8/9/2011 | K. Worley | 1.9 | $337.50 | $ 641.25 | $ - | $ 641.25 |
| 8/10/2011 | D. Weinstein | 0.1 | $337.50 | $ 33.75 | $ - | $ 33.75 |
| 8/10/2011 | K. Worley | 1.1 | $337.50 | $ 371.25 | $ - | $ 371.25 |
| 8/11/2011 | K. Worley | 0.8 | $337.50 | $ 270.00 | $ - | $ 270.00 |
| 8/12/2011 | K. Worley | 2.9 | $337.50 | $ 978.75 | $ - | $ 978.75 |
| 8/12/2011 | M. Peroni | 1.3 | $117.00 | $ 152.10 | $ - | $ 152.10 |
| 8/14/2011 | K. Worley | 3 | $337.50 | $ 1,012.50 | $ - | $ 1,012.50 |
| 8/15/2011 | K. Worley | 10 | $337.50 | $ 3,375.00 | $ - | $ 3,375.00 |
| 8/15/2011 | M. Peroni | 0.2 | $117.00 | $ 23.40 | $ - | $ 23.40 |
| 8/16/2011 | D. Weinstein | 0.6 | $337.50 | $ 202.50 | $ - | $ 202.50 |
| 8/16/2011 | K. Worley | 1.7 | $337.50 | $ 573.75 | $ - | $ 573.75 |
| 8/17/2011 | D. Weinstein | 0.1 | $337.50 | $ 33.75 | $ - | $ 33.75 |
| 8/17/2011 | K. Worley | 2.2 | $337.50 | $ 742.50 | $ - | $ 742.50 |
| 8/18/2011 | K. Worley | 2.3 | $337.50 | $ 776.25 | $ - | $ 776.25 |
| 8/19/2011 | D. Weinstein | 0.3 | $337.50 | $ 101.25 | $ - | $ 101.25 |
| 8/19/2011 | K. Worley | 1 | $337.50 | $ 337.50 | $ - | $ 337.50 |
| 8/22/2011 | D. Weinstein | 1.4 | $337.50 | $ 472.50 | $ - | $ 472.50 |
| 8/22/2011 | K. Worley | 4.4 | $337.50 | $ 1,485.00 | $ - | $ 1,485.00 |
| 8/23/2011 | D. Weinstein | 0.4 | $337.50 | $ 135.00 | $ - | $ 135.00 |
| 8/23/2011 | K. Worley | 0.5 | $337.50 | $ 168.75 | $ - | $ 168.75 |
| 8/24/2011 | D. Weinstein | 0.2 | $337.50 | $ 67.50 | $ - | $ 67.50 |
| 8/24/2011 | K. Worley | 0.2 | $337.50 | $ 67.50 | $ - | $ 67.50 |
| 8/25/2011 | K. Worley | 0.7 | $337.50 | $ 236.25 | $ - | $ 236.25 |
| 8/26/2011 | N/A | N/A | N/A | $ - | $ 436.75 | $ 436.75 |
| 8/26/2011 | D. Weinstein | 0.1 | $337.50 | $ 33.75 | $ - | $ 33.75 |
| 8/26/2011 | K. Worley | 0.7 | $337.50 | $ 236.25 | $ - | $ 236.25 |
| 8/29/2011 | D. Weinstein | 0.8 | $337.50 | $ 270.00 | $ - | $ 270.00 |
| 8/29/2011 | K. Worley | 0.5 | $337.50 | $ 168.75 | $ - | $ 168.75 |
| 8/30/2011 | K. Worley | 0.2 | $337.50 | $ 67.50 | $ - | $ 67.50 |
| 8/31/2011 | D. Weinstein | 0.6 | $337.50 | $ 202.50 | $ - | $ 202.50 |
| 8/31/2011 | K. Worley | 0.3 | $337.50 | $ 101.25 | $ - | $ 101.25 |
| Total Amount Sought | | | | | | $ 17,003.80 |

September 2011 (Billed on October 10, 2011)

| Date | Timekeeper | Hours | Rate | Total Fees | Total Costs | Total Fees and Costs |
|---|---|---|---|---|---|---|
| 9/1/2011 | K. Worley | 0.5 | $337.50 | $ 168.75 | $ - | $ 168.75 |
| 9/2/2011 | K. Worley | 0.3 | $337.50 | $ 101.25 | $ - | $ 101.25 |
| 9/7/2011 | D. Weinstein | 0.5 | $337.50 | $ 168.75 | $ - | $ 168.75 |
| 9/7/2011 | K. Worley | 0.6 | $337.50 | $ 202.50 | $ - | $ 202.50 |
| 9/8/2011 | K. Worley | 0.5 | $337.50 | $ 168.75 | $ - | $ 168.75 |
| 9/9/2011 | D. Weinstein | 0.40 | $337.50 | $ 135.00 | $ - | $ 135.00 |
| 9/9/2011 | K. Worley | 3.4 | $337.50 | $ 1,147.50 | $ - | $ 1,147.50 |

3

| Date | Timekeeper | Hours | Rate | Total Fees | Total Costs | Total Fees and Costs |
|---|---|---|---|---|---|---|
| 9/12/2011 | K. Worley | 0.2 | $337.50 | $ 67.50 | $ - | $ 67.50 |
| 9/12/2011 | M. Peroni | 0.4 | $117.00 | $ 46.80 | $ - | $ 46.80 |
| 9/13/2011 | D. Weinstein | 0.3 | $337.50 | $ 101.25 | $ - | $ 101.25 |
| 9/13/2011 | K. Worley | 0.2 | $337.50 | $ 67.50 | $ - | $ 67.50 |
| 9/13/2011 | M. Peroni | 1.9 | $117.00 | $ 222.30 | $ - | $ 222.30 |
| 9/14/2011 | D. Weinstein | 0.1 | $337.50 | $ 33.75 | $ - | $ 33.75 |
| 9/14/2011 | K. Worley | 0.5 | $337.50 | $ 168.75 | $ - | $ 168.75 |
| 9/15/2011 | D. Weinstein | 0.3 | $337.50 | $ 101.25 | $ - | $ 101.25 |
| 9/15/2011 | K. Worley | 2.1 | $337.50 | $ 708.75 | $ - | $ 708.75 |
| 9/15/2011 | M. Peroni | 1.6 | $117.00 | $ 187.20 | $ - | $ 187.20 |
| 9/16/2011 | N/A | N/A | N/A | $ - | $ 369.80 | $ 369.80 |
| 9/16/2011 | K. Worley | 0.5 | $337.50 | $ 168.75 | $ - | $ 168.75 |
| 9/16/2011 | M. Peroni | 1.7 | $117.00 | $ 198.90 | $ - | $ 198.90 |
| 9/18/2011 | D. Weinstein | 0.4 | $337.50 | $ 135.00 | $ - | $ 135.00 |
| 9/19/2011 | N/A | N/A | N/A | $ - | $ 1,232.06 | $ 1,232.06 |
| 9/19/2011 | D. Weinstein | 5.2 | $337.50 | $ 1,755.00 | $ - | $ 1,755.00 |
| 9/19/2011 | K. Worley | 0.4 | $337.50 | $ 135.00 | $ - | $ 135.00 |
| 9/20/2011 | D. Weinstein | 8 | $337.50 | $ 2,700.00 | $ - | $ 2,700.00 |
| 9/20/2011 | K. Worley | 8 | $0.00 (N/C) | $ - | $ - | $ - |
| 9/21/2011 | D. Weinstein | 8 | $337.50 | $ 2,700.00 | $ - | $ 2,700.00 |
| 9/21/2011 | K. Worley | 8 | $0.00 (N/C) | $ - | $ - | $ - |
| 9/22/2011 | D. Weinstein | 0.5 | $337.50 | $ 168.75 | $ - | $ 168.75 |
| 9/22/2011 | K. Worley | 2.2 | $337.50 | $ 742.50 | $ - | $ 742.50 |
| 9/22/2011 | M. Peroni | 0.6 | $117.00 | $ 70.20 | $ - | $ 70.20 |
| 9/23/2011 | D. Weinstein | 1.1 | $337.50 | $ 371.25 | $ - | $ 371.25 |
| 9/23/2011 | K. Worley | 1 | $337.50 | $ 337.50 | $ - | $ 337.50 |
| 9/26/2011 | D. Weinstein | 0.4 | $337.50 | $ 135.00 | $ - | $ 135.00 |
| 9/26/2011 | K. Worley | 0.2 | $337.50 | $ 67.50 | $ - | $ 67.50 |
| 9/28/2011 | D. Weinstein | 0.1 | $337.50 | $ 33.75 | $ - | $ 33.75 |
| 9/28/2011 | K. Worley | 0.2 | $337.50 | $ 67.50 | $ - | $ 67.50 |
| 9/28/2011 | M. Peroni | 0.2 | $117.00 | $ 23.40 | $ - | $ 23.40 |
| Credit applied to due overpayment by Sedgwick | | | | | | ($54.00) |
| Total Amount Sought | | | | | | $15,145.41 |

October 2011 Fees/September 2011 Costs (Billed on November 3, 2011)

| Date | Timekeeper | Hours | Rate | Total Fees | Total Costs | Total Fees and Costs |
|---|---|---|---|---|---|---|
| 9/22/2011 | N/A | N/A | N/A | $ - | $ 291.73 | $ 291.73 |
| 10/3/2011 | D. Weinstein | 0.4 | $337.50 | $ 135.00 | $ - | $ 135.00 |
| 10/3/2011 | K. Worley | 0.2 | $337.50 | $ 67.50 | $ - | $ 67.50 |
| 10/4/2011 | D. Weinstein | 0.4 | $337.50 | $ 135.00 | $ - | $ 135.00 |
| 10/5/2011 | D. Weinstein | 0.1 | $337.50 | $ 33.75 | $ - | $ 33.75 |

| Date | Timekeeper | Hours | Rate | Total Fees | Total Costs | Total Fees and Costs |
|---|---|---|---|---|---|---|
| 10/5/2011 | K. Worley | 0.5 | $337.50 | $ 168.75 | $ - | $ 168.75 |
| 10/6/2011 | D. Weinstein | 0.2 | $337.50 | $ 67.50 | $ - | $ 67.50 |
| 10/6/2011 | K. Worley | 0.2 | $337.50 | $ 67.50 | $ - | $ 67.50 |
| 10/7/2011 | K. Worley | 1.0 | $337.50 | $ 337.50 | $ - | $ 337.50 |
| 10/10/2011 | D. Weinstein | 0.1 | $337.50 | $ 33.75 | $ - | $ 33.75 |
| 10/10/2011 | K. Worley | 0.2 | $337.50 | $ 67.50 | $ - | $ 67.50 |
| 10/11/2011 | K. Worley | 0.2 | $337.50 | $ 67.50 | $ - | $ 67.50 |
| 10/14/2011 | K. Worley | 0.2 | $337.50 | $ 67.50 | $ - | $ 67.50 |
| 10/17/2011 | K. Worley | 0.2 | $337.50 | $ 67.50 | $ - | $ 67.50 |
| 10/18/2011 | K. Worley | 0.6 | $337.50 | $ 202.50 | $ - | $ 202.50 |
| 10/19/2011 | K. Worley | 0.1 | $337.50 | $ 33.75 | $ - | $ 33.75 |
| 10/24/2011 | K. Worley | 0.2 | $337.50 | $ 67.50 | $ - | $ 67.50 |
| 10/25/2011 | D. Weinstein | 1.2 | $337.50 | $ 405.00 | $ - | $ 405.00 |
| 10/28/2011 | M. Peroni | 0.1 | $117.00 | $ 11.70 | $ - | $ 11.70 |
| 10/30/2011 | K. Worley | 0.2 | $337.50 | $ 67.50 | $ - | $ 67.50 |
| 10/31/2011 | D. Weinstein | 0.1 | $337.50 | $ 33.75 | $ - | $ 33.75 |
| | | | | | | |
| Total Amount Sought | | | | | | $ 2,429.68 |

| TOTAL AMOUNT SOUGHT FOR ALL MONTHS | $57,764.82 |
|---|---|