# EXHIBIT P

## Breakdown of Amount Sought for Bacon Invoices By Month

### June 2011 (Billed on July 6, 2011)

| Date | Timekeeper | Hours | Rate | Total Fees | Total Costs | Total Fees and Costs |
|---|---|---|---|---|---|---|
| 6/14/2011 | P. Thornton | 0.2 | $ 150.00 | $ 30.00 | $ - | $30 |
| Total Amount Sought | | | | | | $ 30.00 |

### July 2011 (Billed on August 3, 2011)

| Date | Timekeeper | Hours | Rate | Total Fees | Total Costs | Total Fees and Costs |
|---|---|---|---|---|---|---|
| 7/15/2011 | P. Thornton | 0.5 | $ 150.00 | $ 75.00 | $ - | $ 75.00 |
| 7/18/2011 | P. Thornton | 0.5 | $ 150.00 | $ 75.00 | $ - | $ 75.00 |
| 7/18/2011 | P. Steifel | 2.5 | $ 50.00 | $ 125.00 | $ - | $ 125.00 |
| 7/18/2011 | N/A | N/A | N/A | $ - | $ 47.33 | $ 47.33 |
| Total Amount Sought | | | | | | $ 322.33 |

### August 2011 (Billed on September 2, 2011)

| Date | Timekeeper | Hours | Rate | Total Fees | Total Costs | Total Fees and Costs |
|---|---|---|---|---|---|---|
| 8/5/2011 | P. Thornton | 0.6 | $ 150.00 | $ 90.00 | $ - | $ 90.00 |
| 8/12/2011 | P. Thornton | 0.2 | $ 150.00 | $ 30.00 | $ - | $ 30.00 |
| 8/16/2011 | P. Thornton | 0.5 | $ 150.00 | $ 75.00 | $ - | $ 75.00 |
| 8/16/2011 | N/A | N/A | N/A | $ - | $ 21.56 | $ 21.56 |
| 8/17/2011 | M. Vedder | 1.5 | $ 125.00 | $ 187.50 | $ - | $ 187.50 |
| 8/17/2011 | N/A | N/A | N/A | $ - | $ 18.36 | $ 18.36 |
| 8/18/2011 | P. Thornton | 1.2 | $ 150.00 | $ 180.00 | $ - | $ 180.00 |
| 8/22/2011 | P. Thornton | 0.3 | $ 150.00 | $ 45.00 | $ - | $ 45.00 |
| Total Amount Sought | | | | | | $ 647.42 |

September 2011 (Billed on October 6, 2011)

| Date | Timekeeper | Hours | Rate | Total Fees | Total Costs | Total Fees and Costs |
|---|---|---|---|---|---|---|
| 9/2/2011 | P. Thornton | 0.1 | $ 150.00 | $ 15.00 | $ - | $ 15.00 |
| 9/7/2011 | P. Thornton | 0.2 | $ 150.00 | $ 30.00 | $ - | $ 30.00 |
| 9/9/2011 | P. Thornton | 0.5 | $ 150.00 | $ 75.00 | $ - | $ 75.00 |
| 9/9/2011 | N/A | N/A | N/A | $ - | $ 40.08 | $ 40.08 |
| 9/12/2011 | S. Osborne | 0.5 | $ 125.00 | $ 62.50 | $ - | $ 62.50 |
| 9/23/2011 | P. Thornton | 0.1 | $ 150.00 | $ 15.00 | $ - | $ 15.00 |
| Total Amount Sought | | | | | | $ 237.58 |

October 2011 (Billed on December 14, 2011)

| Date | Timekeeper | Hours | Rate | Total Fees | Total Costs | Total Fees and Costs |
|---|---|---|---|---|---|---|
| 10/7/2011 | P. Thornton | 0.4 | $ 150.00 | $ 60.00 | $ - | $ 60.00 |
| 10/18/2011 | P. Thornton | 0.5 | $ 150.00 | $ 75.00 | $ - | $ 75.00 |
| 10/31/2011 | P. Thornton | 0.3 | $ 150.00 | $ 45.00 | $ - | $ 45.00 |
| Total Amount Sought | | | | | | $ 180.00 |

November 2011 (Billed on December 14, 2011)

| Date | Timekeeper | Hours | Rate | Total Fees | Total Costs | Total Fees and Costs |
|---|---|---|---|---|---|---|
| 11/1/2011 | S. Osborne | 0.8 | $ 125.00 | $ 100.00 | $ - | $ 100.00 |
| 11/1/2011 | N/A | N/A | N/A | $ - | $ 18.08 | $ 18.08 |
| 11/3/2011 | P. Thornton | 0.2 | $ 150.00 | $ 30.00 | $ - | $ 30.00 |
| 11/7/2011 | P. Thornton | 0.1 | $ 150.00 | $ 15.00 | $ - | $ 15.00 |
| Total Amount Sought | | | | | | $ 163.08 |

| TOTAL AMOUNT SOUGHT FOR ALL MONTHS | $1,580.41 |
|---|---|