HONIGMAN MILLER SCHWARTZ AND COHN LLP
Norman C. Ankers (Michigan Bar No. P30533)
Seth A. Drucker (Michigan Bar No. 656451)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7306
Facsimile: (313) 465-7307
Email: nankers@honigman.com

Attorneys for Swynson Limited, assignee of evo Medical Solutions, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | : | |
|---|---|---|
| **In re** | : | Chapter 11 |
| | : | |
| **DPH HOLDINGS CORP.,** <u>et al</u>., | : | Case No. 05-44481 (RDD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF**
**MOTION FOR ORDER DETERMINING THAT SWYNSON LIMITED, ASSIGNEE OF**
**evo MEDICAL SOLUTIONS, INC., MAY PURSUE BINDING ARBITRATION**

Swynson Limited ("**Swynson**"), assignee of evo Medical Solutions, Inc. ("**evo**"), hereby withdraws its Motion for Order Determining that Swynson May Pursue Binding Arbitration Against DPH Medical Systems LLC (Docket No. 21734).

        HONIGMAN MILLER SCHWARTZ AND COHN LLP
        Attorneys for Swynson Limited

Dated: December 27, 2011    By: /s/ Seth A. Drucker
        Norman C. Ankers (Michigan Bar No. P30533)
        Seth A. Drucker (Michigan Bar No. 656451)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI 48226
        Telephone: (313) 465-7626
        Facsimile: (313) 465-7627
        Email: sdrucker@hongiman.com

10175853.1