# EXHIBIT A



177 Michigan Avenue, Suite 200
Detroit, MI 48226

*AFC 29206*

**U.S. Customs and Border Protection**

**SEP 2 5 2009**

*118-6948226-0*

2009-3801-200854-01 (VK)

Mr. Ralph S. Klip
Delphi Corporation
5825 Delphi Drive
Troy, MI 48098-2815

Dear Mr. Klip:

We received your petition, dated July 7, 2009, in which you seek relief from liquidated damages assessed pursuant to title 19, United States Code, section 1484(b) and title 19, Code of Federal Regulations, parts 113.62(b) and 142.12. Upon review of this case, we are satisfied that the 89 entries that were due for reconciliation by April 30, 2009 have been properly reconciled. However, the entries were not reconciled within the time frame specified by U.S. Customs and Border Protection regulations. We therefore find that a violation did occur and our claim for liquidated damages is valid.

Pursuant to the U.S. Customs and Border Protection Mitigation Guidelines, dated February 2004, our claim will be canceled upon payment of the Option 1 amount of $500.00. This decision is conditioned upon remittance of the stated amount within sixty (60) days from the date of this decision. Payment should be in the form of a corporate check, certified check, or money order; drawn on a U.S. bank; payable in U.S. funds; and made payable to the order of "U.S. Customs and Border Protection."

For questions or further information, you may contact paralegal specialist Vie Knighton at (313) 442-0222.

Sincerely,

*Betty Heymann*
Wanda Vela
Fines, Penalties & Forfeitures Officer

**RECEIVED**

SEP 28 2009

Delphi Tax/Customs

**Delphi Mechatronic Systems, Inc.**
Case No. 05-44567 (RDD)

**Administrative Expense Claim**

**Liquidated Damages**

| CBP Case Number | Violation Date | Violation | Amount Due |
|---|---|---|---|
| 2009-3801-200854-01 | April 1, 2009 | other liquidation damages 19 U.S.C. § 1484(B) | $200,000.00 |

This violation was a result of debtor's failure to file reconciliation on flagged entry summaries.

**DELPHI**
P.O. Box 972930
El Paso, TX 79997-2930

PAGE: 1 of 1
DATE: October 13, 2009
TRACE NUMBER: 14102000300019
CHECK NUMBER: 0900771707
AMOUNT PAID: $500.00
U.S. DOLLARS

**DEBTOR-IN-POSSESSION**

DELPHI

|..|.||.|..||.||..|.|.|||..|.|.||..|.|.||..||..|
00003 CKS 6A 09262 - 0900771707 NNNN 2825100005007 X348A1 C
BUREAU OF CUSTOMS AND BORDER PROTEC
PO BOX 70946
CHARLOTTE NC 28272-0946

SUPPLIER NO: 00178919007

| INVOICE DATE | INVOICE NUMBER | BOL DESCRIPTION | P.O. REF. | INVOICE AMOUNT | DISCOUNT AMOUNT |
|---|---|---|---|---|---|
| 10/05/09 | 1900155370 | AFC29206 EW  AFC29206 | N/A | $500.00 | $0.00 |
|  |  | **TOTALS** |  | **$500.00** | **$0.00** |

Part level line item detail is attainable from Covisint Web application by registering through Delphi's Supplier Portal https://portal.covisint.com/portal/ and requesting the Delphi ePayments application.

### This check is payment for Liquidated Damages Claim #
*2009 3801 200854-01*
Entry: *112-6948226-0*
### Please See Attached
### Tax ID: 38-343047300

---

PLEASE DETACH BEFORE DEPOSITING CHECK

**DELPHI**
P.O. Box 972930
El Paso, TX 79997-2930

CHECK NUMBER    0900771707

50-93
213

October 13, 2009

**DEBTOR-IN-POSSESSION**

*** VOID AFTER 180 DAYS ***

PAY TO THE ORDER OF:    BUREAU OF CUSTOMS AND BORDER PROTEC

CHECK AMO

$500.0

PAY IN U.S. DOLLARS    EXACTLY *********500 DOLLARS AND 00 CENTS

Morgan Chase Bank, N.A.
Syracuse, NY

SECURITY FEATURES INCLUDED:
SEE DETAILS ON BACK


Authorized Signature

⑈0900771707⑈  ⑆021309379⑆        601250442⑈

DEPARTMENT OF HOMELAND SECURITY
U.S. OF CUSTOMS AND BORDER PROTECTION

NOTICE OF PENALTY OR
LIQUIDATED DAMAGES INCURRED
AND DEMAND FOR PAYMENT

19 USC 1618, 19 USC 1623

DELPHI MECHATRONIC SYSTEMS INC
PO BOX 5091
TROY          MI     48007

ID: 38358983400

CASE NUMBER                F01
2009380120085401

PORT CODE AND NAME
3801 DETROIT, MI

**CLOSED - PAID**

AMT $500.00          DATE 10/14/09

FROM DELPHI

CHECK NO. 0900771707

INT DC          DATE 10/19/2009

DEMAND IS HEREBY MADE FOR PAYMENT OF $300,000.00 REPRESENTING
LIQUIDATED DAMAGES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR
REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:
FAILURE TO FILE RECONCILIATION ON FLAGGED ENTRY SUMMARIES (SEE LIST).
MITIGATION WILL NOT BE CONSIDERED UNTIL A RECONCILIATION ENTRY COVERING ONLY
THE LISTED FLAGGED ENTRY SUMMARIES, HAS BEEN ACCEPTED WITH ALL APPLICABLE
DUTIES, TAXES, FEES AND INTEREST ATTACHED. IN ACCORDANCE WITH PART 172 OF
THE CBP REGULATIONS, THE FILING OF THE RECONCILIATION ENTRY (IES) COVERING
THE LISTED FLAGGED ENTRY SUMMARIES, WILL BE TREATED AS A PETITION FOR RELIEF.

OTHER LIQUIDATED DAMAGES

**RECEIVED**
OCT 21 2009
Delphi Tax/Customs

DELPHI
P.O. Box 972030
El Paso, TX 79997-2030

**DEBTOR-IN-POSSESSION**

PAY
TO THE
ORDER OF:   BUREAU OF CUSTOMS AND BORDER PROTEC

CHECK
NUMBER    0900771707

October 13, 2009

*** VOID AFTER 180 DAYS ***

50-937
---
213

CHECK AMOUNT
$500.00

PAY IN U.S. DOLLARS    EXACTLY *********500 DOLLARS AND 00 CENTS

JPMorgan Chase Bank, N A
Syracuse, NY

SECURITY FEATURES
INCLUDED:
SEE DETAILS ON BACK

_____
Authorized Signature

2009-3801-200854-01

⑆0900771707⑆ ⑈021309379⑈ 601250442⑈

| UNITED STATES ATTORNEY | | |
|---|---|---|
| TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:<br>60 DAYS FROM THE DATE OF THIS NOTICE | | |
| SIGNATURE: | TITLE | DATE |
| WANDA E VELA<br>BY | FP&F OFFICER 313-442-0369 | 05/27/2009 |

# EXHIBIT B

**Delphi Mechatronic Systems, Inc.**
Case No. 05-44567 (RDD)

**Administrative Expense Claim**

Interest - Reconciliation Entries

| Bill Number | Entry Number | Entry Date | Liquidation Date | Interest Due |
|---|---|---|---|---|
| 45342807 | 300-48329715 | May 11, 2009 | July 17, 2009 | $858.52 |
| 45342808 | 300-48329897 | May 18, 2009 | July 17, 2009 | $92.12 |
| 45342809 | 300-48330119 | May 22, 2009 | July 17, 2009 | $120.09 |
| 45342810 | 300-48330317 | May 29, 2009 | July 17, 2009 | $169.22 |
| Total = | | | | $1,239.95 |

Interest will continue to accrue until paid.



DELPHI
P.O. Box 972930
El Paso, TX 79997-2930

PAGE: 1 of 1
DATE: July 30, 2009
TRACE NUMBER: 14102000120999
CHECK NUMBER: 0900766529
AMOUNT PAID: $858.52
U.S. DOLLARS

**DEBTOR-IN-POSSESSION**

DELPHI

00005 CKS 6A 09210 - 0900766529 NNNN 210510000500b X348A1 C
BUREAU OF CUSTOMS AND BORDER PROTEC
PO BOX 70946
CHARLOTTE NC 28272-0946

SUPPLIER NO: 00178919007

| INVOICE DATE | INVOICE NUMBER | BOL DESCRIPTION | P.O. REF. | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 07/27/09 | 1900298025 | AFC29190 DA  AFC29190 | N/A | $858.52 | $0.00 | $858.5 |
| | | **TOTALS** | | **$858.52** | **$0.00** | **$858.5** |

Part level line item detail is attainable from Covisint Web application by registering through Delphi's Supplier Portal  https://portal.covisint.com/portal/  and requesting the Delphi ePayments application.

**Payment for Customs Bill Number:**
45342 8072
**Entry Number:** 300-48329715

*Tax ID: 38-343047300*
*Please See Attached Bill*

---

PLEASE DETACH BEFORE DEPOSITING CHECK

DELPHI
P.O. Box 972930
El Paso, TX 79997-2930

CHECK NUMBER  0900766529

50-937
———
213

July 30, 2009

*** VOID AFTER 180 DAYS ***

**DEBTOR-IN-POSSESSION**

PAY TO THE ORDER OF:   **BUREAU OF CUSTOMS AND BORDER PROTEC**

CHECK AMOUNT
**$858.52**

PAY IN U.S. DOLLARS     EXACTLY *********858 DOLLARS AND 52 CENTS

JPMorgan Chase Bank, N.A.
Chase, NY

SECURITY FEATURES INCLUDED:
SEE DETAILS ON BACK

_____
Authorized Signature

⑇0900766529⑇ ⑇021309379⑇    601250442⑇





DELPHI
P.O. Box 972930
El Paso, TX 79997-2930

PAGE: 1 of 1
DATE: July 30, 2009
TRACE NUMBER: 14102000120996
CHECK NUMBER: 0900766526
AMOUNT PAID: $92.12
U.S. DOLLARS

DEBTOR-IN-POSSESSION

DELPHI

00002 CKS 6A 09210 - 0900766526 NNNN 2105100005006 X348A1 C
BUREAU OF CUSTOMS AND BORDER PROTEC
PO BOX 70946
CHARLOTTE NC 28272-0946



SUPPLIER NO: 00178919007

| INVOICE DATE | INVOICE NUMBER | BOL DESCRIPTION | P.O. REF. | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 07/27/09 | 1900118178 | AFC29191 DA  AFC29191 | N/A | $92.12 | $0.00 | $92.12 |
| | | **TOTALS** | | **$92.12** | **$0.00** | **$92.12** |

Part level line item detail is attainable from Covisint Web application by registering through Delphi's Supplier Portal  https://portal.covisint.com/portal/  and requesting the Delphi ePayments application.

**Payment for Customs Bill Number:**
*453428083*
Entry Number: *300-48329897*

*Tax ID: 38-343047300*
*Please See Attached Bill*

---

PLEASE DETACH BEFORE DEPOSITING CHECK

DELPHI
P.O. Box 972930
El Paso, TX 79997-2930

CHECK NUMBER    0900766526       50-937 / 213

July 30, 2009

*** VOID AFTER 180 DAYS ***

DEBTOR-IN-POSSESSION

PAY TO THE ORDER OF:    BUREAU OF CUSTOMS AND BORDER PROTEC

CHECK AMOUNT
$92.12

PAY IN U.S. DOLLARS    EXACTLY *********92 DOLLARS AND 12 CENTS

JPMorgan Chase Bank, N.A.
Syracuse, NY

SECURITY FEATURES INCLUDED:
SEE DETAILS ON BACK


Authorized Signature

⑆0900766526⑆  ⑈021309379⑈    601250442⑈

U.S. CUSTOMS
AND BORDER PROTECTION
BOX 70946
...OTTE   NC 28272

F... SERVICE/CHARGE AT:

...IT   MI

REFER INQUIRIES TO:
...IT, MI
DIRECTOR
...AMARA BLDG RM 200
...IT   MI 48226

...I MECHATRONIC SYSTEMS I
...X   5091
...MI
...-5091

...ASE ADVISE OF ANY CHANGE OF ADDRESS



| ON THIS DATE | REFERENCE DATE | ASSIGN/ENTRY NO. | TYPE OF CHARGE | AMOUNT |
|---|---|---|---|---|
| 03-18-09 | | ...029897 | INTEREST | 92.12 |

**RECEIVED**
JUL 27 2009
Delphi Tax/Customs

INTEREST ACCRUED TO DATE
INTEREST RATE EFFECTIVE 04-01-09   04.00 %   0.00

PINK COPY OF BILL MUST BE MAILED WITH YOUR PAYMENT

FOR OVERNIGHT PAYMENT ADDRESS GO TO CBP.GOV/BILLPAYMENT
83   SURETY 741

FOR PROPER CREDIT TO YOUR ACCOUNT
**PAY FULL AMOUNT DUE UPON RECEIPT** ▶   92.12
**AMOUNT DUE AFTER**
(INCLUDING INTEREST)   08-15-09 ▶   92.42

| YOUR CUSTOMS IMPORTER NO. | BILL DATE | BILL NUMBER |
|---|---|---|
| 38-3589633400 | 07-17-09 | 453428083 |

DEPARTMENT OF HOMELAND SECURITY
U.S. CUSTOMS AND BORDER PROTECTION



DELPHI
P.O. Box 972930
El Paso, TX 79997-2930

PAGE: 1 of 1
DATE: July 30, 2009
TRACE NUMBER: 14102000120995
CHECK NUMBER: 0900766525
AMOUNT PAID: $120.09
U.S. DOLLARS

**DEBTOR-IN-POSSESSION**

DELPHI

00001 CKS 6A 09210 - 0900766525 NNNN 2105100005006 X348A1 C
BUREAU OF CUSTOMS AND BORDER PROTEC
PO BOX 70946
CHARLOTTE NC 28272-0946

SUPPLIER NO: 00178919007

| INVOICE DATE | INVOICE NUMBER | BOL DESCRIPTION | P.O. REF. | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 07/27/09 | 1900118177 | AFC29192 DA AFC29192 | N/A | $120.09 | $0.00 | $120.0 |
|  |  | **TOTALS** |  | **$120.09** | **$0.00** | **$120.0** |

Part level line item detail is attainable from Covisint Web application by registering through Delphi's Supplier Portal https://portal.covisint.com/portal/ and requesting the Delphi ePayments application.

**Payment for Customs Bill Number:** *45342809 4*
**Entry Number:** *300-48330119*

*Tax ID: 38-343047300*
*Please See Attached Bill*

---

PLEASE DETACH BEFORE DEPOSITING CHECK

DELPHI
P.O. Box 972930
El Paso, TX 79997-2930

CHECK NUMBER    0900766525          50-937 / 213

July 30, 2009

*** VOID AFTER 180 DAYS ***

**DEBTOR-IN-POSSESSION**

PAY TO THE ORDER OF:    **BUREAU OF CUSTOMS AND BORDER PROTEC**

CHECK AMOUNT
**$120.09**

PAY IN U.S. DOLLARS    EXACTLY *********120 DOLLARS AND 09 CENTS

JPMorgan Chase Bank, N.A.
Syracuse, NY

SECURITY FEATURES INCLUDED: SEE DETAILS ON BACK

_____
Authorized Signature

⑈0900766525⑈  ⑆021309379⑆        601250442⑈



| SEND CHECK MADE PAYABLE TO: | | | CBP BILL | | 433428094 |
|---|---|---|---|---|---|
| **U.S. CUSTOMS AND BORDER PROTECTION** | ON THIS DATE | REFERENCE NAME | ASSIGN/ENTRY NO. | TYPE OF CHARGE | AMOUNT |
| P.O. BOX 70946 | 05-22-09 | | 300463-0119 | INTEREST | |
| CHARLOTTE   NC 28272 | | | | | |
| | | | | RECEIVED | |
| FOR SERVICE/CHARGE AT: | | | | JUL 27 2009 | |
| 33801 DETROIT   MI | | | | Delphi Tax/Customs | |
| REFER INQUIRIES TO: | INTEREST ACCRUED TO DATE | | | | |
| DETROIT, MI PORT DIRECTOR P.MCNAMARA BLDG RM 200 DETROIT   MI 48226 | INTEREST RATE EFFECTIVE 04-01-09    04.00 % | | | | |
| | PINK COPY OF BILL MUST BE MAILED WITH YOUR PAYMENT | | | | |
| | FOR OVERNIGHT PAYMENT ADDRESS GO TO CBP.GOV/BILLPAYMENT | | | | |
| DELPHI MECHATRONIC SYSTEMS I PO BOX 5091 TROY MI 48007-5091 | 93   SURETY 741 | | | | |
| | FOR PROPER CREDIT TO YOUR ACCOUNT **PAY FULL AMOUNT DUE UPON RECEIPT** ▶ | | | | 120.09 |
| | AMOUNT DUE AFTER (INCLUDING INTEREST)   08-15-09 ▶ | | | | 120.49 |
| | YOUR CUSTOMS IMPORTER NO. | | | BILL DATE | BILL NUMBER |
| PLEASE ADVISE OF ANY CHANGE OF ADDRESS | | | | | |



DELPHI
P.O. Box 972930
El Paso, TX 79997-2930

PAGE: 1 of 1
DATE: July 30, 2009
TRACE NUMBER: 14102000120998
CHECK NUMBER: 0900766528
AMOUNT PAID: $169.22
U.S. DOLLARS

DELPHI

DEBTOR-IN-POSSESSION

00004 CKS 6A 09210 - 0900766528 NNNN 2105100005006 X348A1 C
BUREAU OF CUSTOMS AND BORDER PROTEC
PO BOX 70946
CHARLOTTE NC 28272-0946

SUPPLIER NO: 00178919007

| INVOICE DATE | INVOICE NUMBER | BOL DESCRIPTION | P.O. REF. | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 07/27/09 | 1900268665 | AFC29193 DA  AFC29193 | N/A | $169.22 | $0.00 | $169.22 |
|  |  | **TOTALS** |  | **$169.22** | **$0.00** | **$169.22** |

Part level line item detail is attainable from Covisint Web application by registering through Delphi's Supplier Portal  https://portal.covisint.com/portal/  and requesting the Delphi ePayments application.

**Payment for Customs Bill Number:**
*4534 28107*

**Entry Number:** *300-48330317*

*Tax ID:  38-343047300*
*Please See Attached Bill*

---

PLEASE DETACH BEFORE DEPOSITING CHECK

DELPHI
P.O. Box 972930
El Paso, TX 79997-2930

CHECK NUMBER   0900766528

50-937 / 213

July 30, 2009

*** VOID AFTER 180 DAYS ***

DEBTOR-IN-POSSESSION

PAY TO THE ORDER OF:   BUREAU OF CUSTOMS AND BORDER PROTEC

CHECK AMOUNT
**$169.22**

PAY IN U.S. DOLLARS   EXACTLY *********169 DOLLARS AND 22 CENTS

JPMorgan Chase Bank, N.A.
Syracuse, NY

SECURITY FEATURES INCLUDED:
SEE DETAILS ON BACK

_____
Authorized Signature

⑈0900766528⑈  ⑆021309379⑆   601250442⑈

