**LOWENSTEIN SANDLER PC**
Michael S. Etkin, (ME 0570)
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700  (Telephone)
(212) 262-7402  (Facsimile)

*Bankruptcy Counsel for Lead Plaintiff and the Class*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al*., | Case No. 05-44481-RDD |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO BE REMOVED FROM DISTRIBUTION LIST

Please take notice that the undesigned attorney hereby withdraws his appearance as bankruptcy counsel for lead plaintiffs, Teachers Retirement System of Oklahoma, Public Employees' Retirement System of Mississippi, Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP ("Lead Plaintiffs") and the class of persons and entities who purchased or otherwise acquired publicly traded shares, bonds or notes of Delphi Corporation and/or securities of Delphi Trust I and Delphi Trust II between March 7, 2000 and March 3, 2005, as described in the consolidated class action complaint entitled *In re Delphi Corp Securities Litigation,* Master File No. 1:05-CV-2637 (NRB), filed in the United States District Court for the Southern District of New York, and requests that he be removed from the service and notice lists in this case.

18692/2
01/03/2012 19383168.1

Dated:  January 2, 2012

**LOWENSTEIN SANDLER PC**

By: /s/ Michael S. Etkin
    Michael S. Etkin, Esq. (ME-0570)
    1251 Avenue of the Americas, 18th Floor
    New York, New York 10020
    (212) 262-6700  (Telephone)
    (212) 262-7402  (Facsimile)

    *Bankruptcy Counsel to Lead*
    *Plaintiffs and the Class*