BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, MI 48226
(313) 225-7000
Cynthia J. Haffey
Thomas B. Radom
David J. DeVine

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.,* | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Reorganized Debtors. | |

**WITHDRAWAL OF "REORGANIZED DEBTORS' MOTION FOR
SANCTIONS RELATING TO IMPROPER PURSUIT OF
MARYLAND STATE COURT ACTION BY AVERBUKHS,"
<u>AS TO WELTCHEK MALLAHAN & WELTCHEK LLC ONLY</u>**

On December 23, 2011, DPH Holdings Corp. ("DPH Holdings") and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases, filed a Motion For Sanctions Relating To Improper Pursuit of Maryland State Court Action By Averbukhs (the "Motion") (Docket No. 21778). In relevant part, the Motion sought sanctions against the law firm of Weltchek Mallahan & Weltchek LLC ("WMW"), among others.

The Reorganized Debtors hereby withdraw their Motion as to WMW only. The Reorganized Debtors' Motion shall remain otherwise unchanged and fully applicable against all other parties against which the Motion was originally directed.

1

Dated: Detroit, Michigan
January 6, 2012

                    BUTZEL LONG, a professional corporation

                    By: /s/ Cynthia J. Haffey
                          Cynthia J. Haffey
                          Thomas B. Radom
                          David J. DeVine
150 West Jefferson, Suite 100
Detroit, MI  48226
(313) 225-7000

*Attorneys for Reorganized Debtors*

BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, MI  48226
(313) 225-7000
Cynthia J. Haffey
Chester E. Kasiborski, Jr.

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.*, | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Reorganized Debtors. | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2012, a true and correct copy of the *Withdrawal Of "Reorganized Debtors' Motion For Sanctions Relating To Improper Pursuit Of Maryland State Court Action By Averbukhs," As To Weltchek Mallahan & Weltchek LLC Only* was served by Fed Ex, next day delivery, to the following persons at the following addresses:

Vladimir Averbukh
6 Bridgeport Court, Apt. L2
Owings Mills, MD  21117-5368

Gregory G. Hopper, Esq.
Salsbury, Clements, Bekman, Marder
and Adkins, LLC
300 West Pratt Street, Suite 450
Baltimore, MD  21201
(410) 539-6633

3

|  |  |
|---|---|
|  | Bradley D. Kuhlman, Esq.<br>The Kuhlman Law Firm, LLC<br>1100 Main Street, Suite 2550<br>Kansas City, MO  64105<br>(816) 799-0330 |
|  | Chad C. Lucas, Esq.<br>The Kuhlman Law Firm, LLC<br>1100 Main Street, Suite 2550<br>Kansas City, MO  64105<br>(816) 799-0330 |
| Aleksandr Averbukh<br>6994 Millbrook Park, Apt. 2D<br>Baltimore, MD  21215 | Alex Poberesky, Esq.<br>Law Offices of Alex Poberesky, P.A.<br>104 Church Lane, Suite 100<br>Baltimore, MD  21208<br>(410) 484-0400 |
| Alla Averbukh<br>3 Russern Court, Apt. 2-A<br>Baltimore, MD  21215 | Robert J. Weltchek, Esq.<br>Weltcheck Mallahan & Weltchek LLC<br>2330 W. Joppa Road, Suite 203<br>Lutherville, MD  21093<br>(410) 825-5287 |
|  | Kristopher A. Mallahan, Esq.<br>Weltcheck Mallahan & Weltchek LLC<br>2330 W. Joppa Road, Suite 203<br>Lutherville, MD  21093<br>(410) 825-5287 |

and was served by U.S. First-Class Mail upon Brian Masumoto, Counsel to the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York  10004-2112.

Dated: Detroit, Michigan            /s/Alexis Richards
       January 6, 2012