# EXHIBITS TO RESPONSE TO SANCTIONS MOTION

A    Complaint in Maryland Action

B    Affidavit of Bradley D. Kuhlman

C    Answer in Maryland Action

D    Reorganized Debtors Responses to Plaintiffs' First Interrogatories and Plaintiffs' First Requests for Production

E    Reorganized Debtors Proposed Stipulated Order Regarding Confidentiality of Materials Filed by Defendant DPH-DAS, LLC

F    Reorganized Debtors Responses to Plaintiffs' Second Requests for Production

G    Reorganized Debtors' first round of discovery to all Plaintiffs

H    Reorganized Debtors Pretrial Statement to the Court in the Maryland Action

I    Reorganized Debtors Supplemental Responses to Plaintiffs' Second Request for Production

J    Reorganized Debtors Responses to Plaintiffs' Third Requests for Production

K    Reorganized Debtors Supplemental Responses to Plaintiffs' First Interrogatories, Plaintiffs' First Requests for Production, and Plaintiffs' Second Requests for Production

L    Reorganized Debtors Responses to Plaintiffs' Fourth Requests for Production

M    Plaintiff's Interrogatory No. 23

O    Response to Plaintiffs' Interrogatories, "Prefatory Notes . . . Correct Defendant"

P    Deposition Notice for Alla Averbukh

Q    Email of August 23, 2011 (STATE SETTLEMENT DEMAND OF $900,000)

R    Email of August 26, 2011 (BREAKING OFF SETTLEMENT NEGOTIATIONS)

S    Motion for Injunction (AUGUST 30, 2011 MOTION)

T    Motion to Dismiss in the Smith Action

U    Response to Motion to Dismiss in the Smith Action

| | |
|---|---|
| V | Order Denying Motion to Dismiss in the <u>Smith</u> Action |
| W | Administrative Expense Claim Request of Alla Averbukh |
| X | Response to Motion for Injunction (RESPONSE TO MOTION OF AUGUST 30, 2011) |
| Y | Order Granting Motion for Injunction (GRANTING MOTION OF AUGUST 30, 2011) |
| Z | Email chain beginning on October 6, 2011 (EMAIL CHAIN THAT CONTAIN ALL COMMUNICATIONS REGARDING STIPULATED DISMISSAL) |