# EXHIBIT C

# EXHIBIT C

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

| | |
|---|---|
| VLADIMIR AVERBUKH, Individually and as Personal Representative of the Estate of Boris Averbukh § § § § § | |
| And § | CASE NO. CAE09-35924 |
| ALESANDER AVERBUKH, Individually, § § § | |
| Plaintiffs, § § | |
| And § § | |
| ALLA AVERBUKH, Individually, § § § | |
| Use Plaintiff § § | |
| v. § § | |
| ENTERPRISE RAC COMPANY OF MARYLAND, LLC § § § | |
| And § § | |
| ENTERPRISE LEASING COMPANY § § | |
| And § § | |
| ENTERPRISE RENT-A-CAR COMPANY § § | |
| And § § | |
| DELPHI CORPORATION § § | |
| And § § | |
| DELPHI AUTOMOTIVE SYSTEMS LLC § § | |
| And § § | |
| THE ROCKMONT MOTOR COMPANY § § | |
| And § § | |
| | § |

ACON, THORNTON
& PALMER
L.L.P.
CAPITAL OFFICE PARK
6411 IVY LANE
SUITE 500
GREENBELT, MARYLAND
20770-1411
(301) 345-7001
FAX (301) 345-7075

| | |
|---|---|
| ALLA AVERBUKH | §<br>§ |
| Defendants. | §<br>§ |

## ORIGINAL ANSWER OF DPH HOLDINGS CORPORATION (FORMERLY KNOWN AS DELPHI CORPORATION) AND DPH-DAS LLC (FORMERLY KNOWN AS DELPHI AUTOMOTIVE SYSTEMS LLC) TO PLAINTIFFS' COMPLAINT

DPH Holdings Corporation (formerly known as Delphi Corporation) and DPH-DAS LLC (formerly known as Delphi Automotive Systems LLC) ("Delphi") file their Original Answer to Plaintiffs' Complaint and state as follows:

### FIRST DEFENSE

Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Delphi generally denies all liability for the allegations contained in each and every Count of Plaintiffs' Complaint directed against Delphi, pursuant to Rule 2-323(d).

### THIRD DEFENSE

Plaintiffs' Complaint may, depending on the outcome of further investigation and discovery, be barred by the sole and/or contributory negligence of Plaintiffs.

### FOURTH DEFENSE

As of the time of Plaintiffs' alleged injury, Delphi's products were produced, manufactured, sold and/or distributed in accordance with the then existing state-of-the-art technology.

### FIFTH DEFENSE

Plaintiffs' claims may, depending on the outcome of further investigation and discovery, be barred by misuse.

ACON, THORNTON
& PALMER
L.L.P.
CAPITAL OFFICE PARK
6411 IVY LANE
SUITE 500
GREENBELT, MARYLAND
20770-1411
(301) 345-7001
FAX (301) 345-7075

ND: 4827-7000-0645, v. 1

## SIXTH DEFENSE

Delphi asserts, depending on the outcome of further investigation and discovery, that the intervening and superseding negligence or intentional actions of persons or entities over whom Delphi had no authority or control may have been the cause of Plaintiffs' injuries and losses.

## SEVENTH DEFENSE

Plaintiffs' Complaint may, depending on the outcome of further investigation and discovery, be barred by the Plaintiffs' assumption of known risks.

## EIGHTH DEFENSE

At the time that the product was sold by Delphi, the product met all industry standards.

## NINTH DEFENSE

Plaintiffs' causes of action may, depending on the outcome of further investigation and discovery, be barred, in whole or in part, to the extent Plaintiffs' damages, if any, were brought about or caused by a post-manufacture alteration, modification, or change in the condition of the product.

## TENTH DEFENSE

Delphi denies any and all allegations of strict liability and product defect made against it.

## ELEVENTH DEFENSE

Delphi denies any and all allegations of failure to warn made against it.

## TWELFTH DEFENSE

Delphi denies any and all allegations of breach of implied warranty made against it.

ACON, THORNTON
& PALMER
L.L.P.
CAPITAL OFFICE PARK
6411 IVY LANE
SUITE 500
GREENBELT, MARYLAND
20770-1411
(301) 345-7001
FAX (301) 345-7075

ND: 4827-7000-0645, v. 1

### THIRTEENTH DEFENSE

Delphi is entitled to a set-off for the amount of any monies paid to Plaintiffs in settlement of claims with other parties and non-parties.

### FOURTEENTH DEFENSE

Delphi asserts any and all other offsets and/or credits allowed under the statutory and common law of the State of Maryland.

### FIFTEENTH DEFENSE

Delphi asserts Plaintiffs' claims for damages may, depending on the outcome of further investigation and discovery, be barred in whole or in part, whether under the doctrine of failure to mitigate damages.

### SIXTEENTH DEFENSE

Plaintiffs' Complaint may, depending on the outcome of further investigation and discovery, be barred by the statute of limitations.

### SEVENTEENTH DEFENSE

Delphi reserves the right to amend this answer.

Delphi, having fully answered Plaintiffs' Complaint, prays that Plaintiffs' Complaint be dismissed with prejudice with costs to be borne by the Plaintiffs.

Respected submitted,

BACON, THORNTON & PALMER, L.L.P.

*Patricia m. Thornton /smo*
Patricia Thornton
Maryland Bar No. TH3284
6411 Ivy Lane Suite 500
Greenbelt, Maryland 20770
Telephone:   301.345.7001
Facsimile:   301.345.7075

ACON, THORNTON
& PALMER
L.L.P.
CAPITAL OFFICE PARK
6411 IVY LANE
SUITE 500
GREENBELT, MARYLAND
20770-1411
(301) 345-7001
FAX (301) 345-7075

ND: 4827-7000-0645, v. 1

## DEMAND FOR JURY TRIAL

DPH Holdings Corporation (formerly known as Delphi Corporation) and DPH-DAS LLC (formerly known as Delphi Automotive Systems LLC) demand a trial by jury on all issues.

*Patricia M. Thornton/smo*
Patricia M. Thornton

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2th day of February, 2010, a copy of the foregoing Original Answer of DPH Holdings Corporation (formerly known as Delphi Corporation) and DPH-DAS LLC (formerly known as Delphi Automotive Systems LLC) to Plaintiffs' Complaint was mailed, postage prepaid, first class to:

### COUNSEL FOR PLAINTIFFS

Gregory G. Hopper
Salsbury Clements Bekman Marder & Adkins, L.L.C.
300 West Pratt Street Suite 450
Baltimore, Maryland 21201
Telephone:   (410) 539-6633
Facsimile:   (410) 625-9554

*Patricia M. Thornton/smo*
Patricia M. Thornton

BACON, THORNTON
& PALMER
L.L.P.
CAPITAL OFFICE PARK
6411 IVY LANE
SUITE 500
GREENBELT, MARYLAND
20770-1411
(301) 345-7001
FAX (301) 345-7075

ND: 4827-7000-0645, v. 1