# EXHIBIT P

# EXHIBIT P

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY

| | |
|---|---|
| VLADIMIR AVERBUKH, et al. | * |
| Plaintiffs | * |
| v. | * Case No. CAL-09-35924 |
| ENTERPRISE RAC COMPANY OF MARYLAND, LLC, et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \*

## FIRST AMENDED NOTICE OF ORAL DEPOSITION THROUGH VIDEOCONFERENCE

You are hereby notified that the Plaintiffs desire, pursuant to the terms and provisions of the Maryland Rules of Procedure 2-419, to take, and will take, upon oral examination, the deposition of the following named person on the date and time and at the location indicated below. Deposition will be taken before a duly qualified court reporter from LAD Reporting 6301 Ivy Lane, Suite 610, Greenbelt, Maryland 20770, and will be videoconferenced through Merill LAD and Christopher Video, 1100 Main Street, Suite 2190 Kansas City, MO 64105 and is to be continued from time to time until completed:

**NAME:** Alla Averbukh

**LOCATION:** **Merill LAD**
**300 East Lombard Street, Suite 1125**
**Baltimore, Maryland 21202**

**DATE:** **August 15, 2011**

**TIME:** **2:00 p.m.**

Respectfully submitted by:

_____
Bradley D. Kuhlman
Chad C. Lucas
Kuhlman Law Firm, LLC
1100 Main Street, Suite 2550
Kansas City, MO 64105
(816)799-0330 (phone)
(816)799-0336 (facsimile)

Gregory G. Hopper
Salsbury Clements Bekman
 Marder & Adkins, LLC
300 W. Pratt Street, Suite 450
Baltimore, Maryland 21201
(410) 539-6633 (phone)

## Certificate of Service

I hereby certify that a copy of the above and foregoing was sent via U.S. Mail, postage prepaid, on this _____ day of August, 2011 to:

Katheryne MarDock
David Weinstein
Weinstein, Tippetts & Little LLP
7660 Woodway, Suite 500
Houston, TX 77063

Patricia M. Thornton
Bacon, Thornton & Palmer, L. L.P.
6411 Ivy Lane, Suite 706
Greenbelt, MD 20770

Jodi Oley
Edward Gray
Eckert Seamans
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102

Kip Mallahan
Weltchek Mallahan & Welltchek, LLC
The Foxleigh Building
2330 W. Joppa Road, Suite 203
Lutherville, MD 21093

John C. Lynch
Jack D. Lapidus
Macleay, Lynch, Gregg & Lynch
1629 K Street, NW, Suite 802
Washington, DC 20006

Marsha Krawitz Samuels
O'Connor Grant & Samuels
401 Washington Ave, Suite 400
Towson, MD 21204

James E. Green, Jr.
Conner & Winters
4000 One Williams Center
Tulsa, OK 74172

_____
Attorneys for Plaintiffs