# EXHIBIT R

# EXHIBIT R

## Brad Kuhlman

**From:** David Weinstein <david.weinstein@wtllaw.com>
**Sent:** Friday, August 26, 2011 6:21 AM
**To:** Brad Kuhlman
**Cc:** Katheryne Worley
**Subject:** RE: Averbukh

Brad,
I've discussed this with our client. Given your opening demand, and knowing how Delphi evaluates this case, I can advise that it probably makes little sense to negotiate at this point. I do appreciate your willingness to discuss settlement, but we are currently in two different universes in terms of evaluation. Therefore, it appears we should stay on track for continued discovery, subject to Delphi's filing in the bankruptcy court of its motion to dismiss.
- Dave

David B. Weinstein
Weinstein Tippetts & Little LLP
7660 Woodway, Suite 500
Houston, TX 77063
Ph (713) 244-0810
Fax (713) 244-0801
david.weinstein@wtllaw.com

**From:** Brad Kuhlman [mailto:brad@kuhlman-law.com]
**Sent:** Tuesday, August 23, 2011 1:37 PM
**To:** David Weinstein
**Subject:** Averbukh

David- I am authorized to settle all claims versus the Delphi defendants for $900,000.  Brad


Bradley D. Kuhlman
**The Kuhlman Law Firm, LLC**
1100 Main Street, Suite #2550
Kansas City, MO 64105
Telephone: (816) 799-0330
Facsimile: (816)799-0336
Brad@Kuhlman-Law.com

***NOTE:*** *The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE. The information contained in this electronic message may be attorney-client privileged, confidential, and exempt from disclosure under applicable law and is intended only for the use of the individual(s) to whom this electronic message is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this electronic communication or any attachment thereto is strictly prohibited. If you have received this electronic communication in error, you should immediately return it to us and delete the message from your system. We would also appreciate it if you would telephone us at (816)799-0330, to advise of the misdirected communication. Thank you.*

1