# EXHIBIT Z

# EXHIBIT Z

# Brad Kuhlman

| | |
|---|---|
| **From:** | Chad Lucas |
| **Sent:** | Tuesday, January 03, 2012 1:30 PM |
| **To:** | Brad Kuhlman (brad@kuhlman-law.com) |
| **Subject:** | FW: Averbukh dismissal |
| **Attachments:** | Mardock and Thornton.111024.pdf |

Here's the email chain re the dismissal

---

**From:** Chad Lucas
**Sent:** Tuesday, October 25, 2011 11:11 AM
**To:** 'David Weinstein'; Brad Kuhlman; Marsha.Samuels@SA-Trial.com; kmallahan@wmwlawfirm.com
**Cc:** Greg Hopper; 'Patricia M. Thornton'; Katheryne Worley; EGray@eckertseamans.com; JOley@eckertseamans.com; 'ljupka@kuhlman-law.com (Ljupka@kuhlman-law.com)'
**Subject:** RE: Averbukh dismissal

David:

I'm assuming your email is referring to our disagreement about whether Alla should be included on the stipulation of dismissal. Attached is the letter and signed stipulation we mailed out yesterday. As I stated in the letter, the order directs the "Averbukhs" to dismiss the state court action. The order defines the Averbukhs as "Vladimir Averbukh, individually and as personal representative of Boris Averbukh's estate, and Aleksander Averbukh." That definition does not include Alla. I readily admit I'm not the smartest person in the world, but I don't follow the logic in having someone stipulate to the dismissal of a claim that hasn't been asserted. Maybe Alla's attorneys see it differently. I can tell you our clients are ready and willing to stipulate to the dismissal of their claims against Delphi per Judge Drain's order and are willing to work with you to get this done. I will be around all day if you want to meet and confer.

Thanks.

Chad C. Lucas
The Kuhlman Law Firm, LLC
1100 Main Street, Suite 2550
Kansas City, Missouri 64105
Telephone: (816) 799-0330
Facsimile: (816) 799-0336
www.kuhlman-law.com

NOTICE OF CONFIDENTIALITY, ATTORNEY-CLIENT PRIVILEGE AND/OR ATTORNEY WORK PRODUCT: The information contained in this e-mail message, including any attachments, is confidential information intended only for the use of the recipient(s) named above. The information is privileged and/or protected by the attorney-client privilege, the attorney work-product doctrine, or other similar privileges and limitations on disclosure. If you are not the named or intended recipient of this message, please do not read, rely upon, save, copy, print or retransmit, but rather, destroy it immediately and permanently delete the message from your computer or network system. Any unauthorized retransmission, retention, distribution, printing or copying of this message or any attachments is strictly prohibited. If you have received this e-mail message in error, please immediately contact chad@kuhlman-law.com or call (816) 799-0330 immediately. Thank you.

**From:** David Weinstein [mailto:david.weinstein@wtllaw.com]
**Sent:** Tuesday, October 25, 2011 10:44 AM
**To:** Chad Lucas; Brad Kuhlman; Marsha.Samuels@SA-Trial.com; kmallahan@wmwlawfirm.com
**Cc:** Greg Hopper; 'Patricia M. Thornton'; Katheryne Worley; EGray@eckertseamans.com; JOley@eckertseamans.com
**Subject:** RE: Averbukh dismissal
**Importance:** High

Chad and Brad,

Katheryne Worley is out of the office today. DPH/Delphi needs quickly to understand the basis for your refusal to sign the attached dismissal stipulation as proposed. Judge Drain's Oct 4, 2011 order (attached) is clear. By copy of this to Alla Averbukh's counsel Ms. Samuels and Mr. Mallahan, we are asking for their immediate input, as well. **We all need to talk today (as a meet-and-confer), if at all possible.** An apparent violation on a U.S. judge's order will not be taken lightly. We look forward to your response – and those of Ms. Samuels and Mr. Mallahan -- before the end of today. Thanks.

- David B. Weinstein


David B. Weinstein
Weinstein Tippetts & Little LLP
7660 Woodway, Suite 500
Houston, TX 77063
Ph (713) 244-0810
Fax (713) 244-0801
david.weinstein@wtllaw.com


**From:** Katheryne Worley
**Sent:** Wednesday, October 19, 2011 10:18 AM
**To:** 'Chad Lucas'
**Cc:** brad@kuhlman-law.com; Greg Hopper; 'Patricia M. Thornton'; David Weinstein
**Subject:** RE: Averbukh dismissal

Chad,

Taking into account the wording of the Original Complaint and the Bankruptcy Court's Order, we believe all the Averbukhs will need to sign the stipulation. We request the stipulation to be signed as we have revised as it is consistent with the Judge Robert Drain's October 4, 2011 order.

Katheryne

**Katheryne R. Worley**
(formerly MarDock)

Weinstein Tippetts & Little, LLP
7660 Woodway, Suite 500
Houston, Texas 77063
Ph 713.244.0806
Fax: 713.244.0801
katheryne.worley@wtllaw.com

**From:** Chad Lucas [mailto:chad@kuhlman-law.com]
**Sent:** Tuesday, October 11, 2011 9:02 AM

2

**To:** Katheryne Worley
**Cc:** brad@kuhlman-law.com; Greg Hopper
**Subject:** RE: Averbukh dismissal

Katheryne:

This is fine except for Alla should be taken out. She hasn't asserted any claims against the Delphi defendants in the case, so she doesn't have anything to dismiss.

Chad

---

**From:** Katheryne Worley [mailto:katheryne.worley@wtllaw.com]
**Sent:** Monday, October 10, 2011 5:06 PM
**To:** Chad Lucas; David Weinstein
**Cc:** Brad Kuhlman; Greg Hopper; Ljupka Lefkova; 'Patricia M. Thornton'
**Subject:** RE: Averbukh dismissal

Chad,

We propose the attached red-lined changes to the dismissal stipulation. Please let us know if these are acceptable to you. Thanks.

Katheryne

---

**From:** Chad Lucas [mailto:chad@kuhlman-law.com]
**Sent:** Thursday, October 06, 2011 1:45 PM
**To:** Katheryne Worley; David Weinstein
**Cc:** brad@kuhlman-law.com; Greg Hopper; Ljupka@kuhlman-law.com
**Subject:** Averbukh dismissal

Katheryne and David:

Attached is a stipulation of dismissal for the Delphi defendants per the bankruptcy Court's recent order. Please take a look at the form and let me know if you have any changes. If not, please sign and return to us and we will get it filed.

Chad C. Lucas
The Kuhlman Law Firm, LLC
1100 Main Street, Suite 2550
Kansas City, Missouri 64105
Telephone: (816) 799-0330
Facsimile: (816) 799-0336
www.kuhlman-law.com

NOTICE OF CONFIDENTIALITY, ATTORNEY-CLIENT PRIVILEGE AND/OR ATTORNEY WORK PRODUCT: The information contained in this e-mail message, including any attachments, is confidential information intended only for the use of the recipient(s) named above. The information is privileged and/or protected by the attorney-client privilege, the attorney work-product doctrine, or other similar privileges and limitations on disclosure. If you are not the named or intended recipient of this message, please do not read, rely upon, save, copy, print or retransmit, but rather, destroy it immediately and permanently delete the message from your computer or network system. Any unauthorized retransmission, retention, distribution, printing or copying of this message or any attachments is strictly prohibited. If you have received this e-mail message in error, please immediately contact chad@kuhlman-law.com or call (816) 799-0330 immediately. Thank you.

4



# KUHLMAN LAW FIRM, LLC
ATTORNEYS AT LAW

BRADLEY D. KUHLMAN
CHAD C. LUCAS

October 24, 2011

Katheryne MarDock
David Weinstein
Weinstein, Tippetts & Little LLP
7660 Woodway, Suite 500
Houston, Texas 77063

Patricia M. Thornton
Bacon, Thorton & Palmer, L.L.P.
6411 Ivy Lane, Suite 706
Greenbelt, Maryland 20770

  **RE:** *Averbukh v. Enterprise RAC Company of Maryland, LLC, et al.*
     **Delphi defendant dismissal**

Dear Counsel:

  On October 4, 2011 Judge Drain entered an order ordering and directing "the Averbukhs" to "immediately dismiss with prejudice the State Court Action" against the Delphi defendants. In the first paragraph of Judge Drain's order, the "Averbukhs" are defined as "Vladimir Averbukh, individually and as personal representative of Boris Averbukh's estate, and Aleksander Averbukh."

  Pursuant to Judge Drain's October 4th order, enclosed please find a signed Stipulation of Dismissal with Prejudice on behalf of Vladimir and Aleksandr Averbukh of the claims asserted against the Delphi defendants. Please sign where indicated and return to me at your earliest convenience and we will file it with the Court.

  Feel free to call me if you have any questions.

          Very truly yours,

          THE KUHLMAN LAW FIRM, LLC

          Chad C. Lucas

CCL:lzl
Enclosure

1100 Main Street ♦ Suite 2550 ♦ Kansas City, Missouri 64105
Telephone 816.799.0330 ♦ Facsimile 816.799.0336 ♦ www.kuhlman-law.com

| | |
|---|---|
| **VLADIMIR AVERBUKH, et al.**<br><br>Plaintiffs<br><br>v.<br><br>**ENTERPRISE RAC COMPANY OF MARYLAND, LLC, et al.**<br><br>Defendants | IN THE<br><br>CIRCUIT COURT<br><br>FOR<br><br>PRINCE GEORGE'S COUNTY<br><br>Case No. 09-35924 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Dear Clerk:

Plaintiffs, Vladimir Averbukh and Aleksandr Averbukh, hereby stipulate to the dismissal of all claims and causes of action against Defendants, DPH Holdings Corporation (formerly known as Delphi Corporation) and DPH-DAS, LLC (formerly known as Delphi Automotive Systems, LLC), with prejudice in the above referenced matter.

Bradley D. Kuhlman
Chad C. Lucas
The Kuhlman Law Firm, LLC
1100 Main Street, Suite 2550
Kansas City, Missouri 64105

Gregory G. Hopper
Salsbury, Clements, Bekman
Marder & Adkins, L.L.C.
300 W. Pratt Street, Suite 450
Baltimore, Maryland 21201

**Attorneys for Plaintiffs
Vladimir and Aleksandr Averbukh**

David Weinstein
Weinstein Tippetts & Little LLP
7660 Woodway, Suite 500
Houston, TX 77063

Patricia M. Thornton, Esquire
Bacon, Thornton & Palmer, L.L.P.
6411 Ivy Lane, Suite 706
Greenbelt, MD 20770

**Attorneys for Defendants Delphi Corporation n/k/a DPH Holdings Corporation and Delphi Automotive Systems, LLC**

## Certificate of Service

I hereby certify that a copy of the above and foregoing was sent via U.S. Mail, postage prepaid, on this 24th day of October, 2011 to:

Katheryne MarDock
David Weinstein
Weinstein, Tippetts & Little LLP
7660 Woodway, Suite 500
Houston, TX 77063

Patricia M. Thornton
Bacon, Thornton & Palmer, L. L.P.
6411 Ivy Lane, Suite 706
Greenbelt, MD 20770

Jodi Oley
Edward Gray
Eckert Seamans
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102

Kip Mallahan
Weltchek Mallahan & Welltchek, LLC
The Foxleigh Building
2330 W. Joppa Road, Suite 203
Lutherville, MD 21093

John C. Lynch
Jack D. Lapidus
Macleay, Lynch, Gregg & Lynch
1629 K Street, NW, Suite 802
Washington, DC 20006

Marsha Krawitz Samuels
O'Connor Grant & Samuels
401 Washington Ave, Suite 400
Towson, MD 21204

James E. Green, Jr.
Conner & Winters
4000 One Williams Center
Tulsa, OK 74172

_____
**Attorneys for Plaintiffs**

2