Hearing Date and Time:  January 12, 2012 at 10:00 a.m. (ET)

Dimitri L. Karapelou, Esq.
Law Offices of Dimitri L. Karapelou, LLC
1600 Market Street, 25th Floor
Philadelphia, PA 19103
(215) 391-4312

AND

Chad C. Lucas, Esq.
Bradley D. Kuhlman, Esq
The Kuhlman Law Firm, LLC
1100 Main Street, Suite 2550
Kansas City, MO 64105
 (816)799-0330

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., *et al.*, | : | Case No. 05-44481 (RDD) |
| | : | Jointly Administered |
| Reorganized Debtors. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, Dimitri L. Karapelou, Esquire, do hereby certify that on this date a true and correct copy of the ***Response of the Kuhlman Law Firm to the Reorganized Debtors' Motion for Sanctions Relating to Improper Pursuit of Maryland State Court Action by Averbukhs*** was served by electronic mail upon:

**Brian Masumoto**
**Office of the United States Trustee**
**Southern District of New York**
**33 Whitehall Street, Suite 2100**
**New York, NY 1004**
**brian.masumoto@usdoj.gov**
**brian.s.masumoto@usdoj.gov**

**Cynthia J.Haffey, Esquire**

**Thomas B. Radom, Esquire**
**David J. DeVine, Esquire**
**Butzel Long**
**150 West Jefferson, Suite 100**
**Detroit, Ml 48226**
**haffey@butzel.com**
**kasiborski@butzel.com**
**radom@butzel.com**

**Gregory G. Hopper, Esq.**
**Salsbury, Clements, Bekman, Marder**
**and Adkins, LLC**
**300 West Pratt Street, Suite 450**
**Baltimore, MD 21201**
**hopper@scbmalaw.com**

**Alex Poberesky, Esq.**
**Law Offices of Alex Poberesky, P.A.**
**104 Church Lane, Suite 100**
**Baltimore, MD 21208**
**lawhelp@usa.net**

**Robert J. Weltchek, Esq.**
**Kristopher A. Mallahan, Esq.**
**Weltcheck, Mallahan & Weltchek LLC**
**2330 W. Joppa Road, Suite 203**
**Lutherville, MD 21093**
**(410)825-5287**
**rweltchek@wmwlawfirm.com**
**kmallahan@wmwlawfirm.com**

**Donald S. Bernstein**
**Brian M. Resnick**
**Davis, Polk, &Wardell**
**450 Lexington Avenue**
**New York, NY 10017**
**donald.bernstein@davispolk.com**;
**brian.resnick@davispolk.com**;

Respectfully Submitted:

 _/s/   Dimitri L. Karapelou_
Dimitri L. Karapelou, Esq.
Law Offices of Dimitri L. Karapelou, LLC
1600 Market Street, 25th Floor

           Philadelphia, PA 19103

           Chad C. Lucas, Esq.
           Bradley D. Kuhlman, Esq
           The Kuhlman Law Firm, LLC
           1100 Main Street, Suite 2550
           Kansas City, MO 64105
            (816)799-0330

**Date: January 6, 2012**