**Hearing Date and Time: February 16, 2012 at 10:00 a.m. (ET)**

CIARDI CIARDI & ASTIN
Rick A. Steinberg, Esq. (RS-7396)
100 Church Street, 8th Floor
New York, New York 10007
Tel: (646) 485-0605
Fax: (646) 688-4385
rsteinberg@ciardilaw.com

-and-

Daniel K. Astin (No. 4068)
John D. McLaughlin, Jr. (No. 4123)
Joseph J. McMahon, Jr. (No. 4819)
919 N. Market Street, Suite 700
Wilmington, Delaware 19801
Tel:  (302) 658-1100
Fax:  (302) 658-1300
jmcmahon@ciardilaw.com

*Attorneys for Alla Averbukh, Alesander Averbukh and Vladimir Averbukh (Individually and as
Personal Representative for the Estate of Boris Averbukh)*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., *et al.*, | : | Case No. 05-44481 (RDD) |
| | : | Jointly Administered |
| Reorganized Debtors. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, Rick A. Steinberg, do certify that on January 9, 2012, I caused a true and correct copy

of the **Response of Alla Averbukh, Alesander Averbukh and Vladimir Averbukh (Both**

**Individually and In His Capacity as Representative of the Estate of Boris Averbukh)** **to the**

**Reorganized Debtors' Motion for Sanctions Related to the Alleged Improper Pursuit of**

**Maryland State Court Action by Averbukhs** to be served on the following by Overnight Mail:

DPH Holdings Corp.
Attn: President
5725 Delphi Drive
Troy, MI 48098

Cynthia J. Haffey, Esq.
Thomas B. Radom, Esq.
David J. Devine, Esq.
Butzel Long
150 West Jefferson, Suite 100
Detroit, MI 48226
(*Counsel to the Reorganized Debtors*)

Brian Masumoto
Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

Donald S. Bernstein, Esq.
Brian M. Resnick, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
(*Counsel for Agent Under the Debtors'
Former Postpetition Credit Facility)*

Dated:  New York, New York
        January 9, 2012

                    CIARDI CIARDI & ASTIN


            By:     /s/ Rick A. Steinberg
                    Rick A. Steinberg, Esq. (RS-7396)
                    100 Church Street, 8th Floor
                    New York, New York 10007
                    Tel: (646) 485-0605
                    Fax: (646) 688-4385
                    rsteinberg@ciardilaw.com

                    *Counsel to Alla Averbukh, Alesander Averbuch and
                    Vladimir Averbukh (Individually and as Personal
                    Representative for the Estate of Boris Averbukh)*

2