**Hearing Date and Time: February 16, 2012 at 10:00 a.m. (Prevailing Eastern Time)**
**Response Deadline: February 9, 2012 at 4:00 p.m. (Prevailing Eastern Time)**
**Reply Deadline: February 15, 2012 at 4:00 p.m. (Prevailing Eastern Time)**

BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, MI 48226
(313) 225-7000
Cynthia J. Haffey
Thomas B. Radom
David J. DeVine

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.,* | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Reorganized Debtors. | |

# NOTICE OF ADJOURNMENT OF HEARING REGARDING REORGANIZED DEBTORS' MOTION FOR SANCTIONS RELATING TO IMPROPER PURSUIT OF MARYLAND STATE COURT ACTION BY AVERBUKHS

PLEASE TAKE NOTICE that on December 23, 2011, DPH Holdings Corp. ("DPH Holdings") and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed a Motion For Sanctions Relating To Improper Pursuit of Maryland State Court Action By Averbukhs (the "Motion").

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Motion was originally scheduled for January 12, 2012 at 10:00 a.m. (prevailing Eastern time) before the

1

Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140 (the "Bankruptcy Court"). The January 12, 2012 hearing date is adjourned and rescheduled for **February 16, 2012 at 10:00 a.m.** at the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883) ("Supplemental Case Management Order"), and the Twenty-Fifth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered October 19, 2011 (Docket No. 21659) (together with the Supplemental Case Management Order, the "Case Management Orders"), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based work processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President), (ii) counsel to the Reorganized Debtors, Butzel Long, 150 West Jefferson, Suite 100, Detroit, Michigan 48226 (Att'n: Cynthia J. Haffey, Thomas B. Radom, and David J. DeVine), (iii) the Office of the United States Trustee for the Southern District of New

York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Brian Masumoto), and (iv) counsel for the agent under the Debtors' former postpetition credit facility, Davis Polk & Wardell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald S. Bernstein and Brian M. Resnick) in each case so as to be received no later than 4:00 p.m. (prevailing Eastern time) on February 9, 2012.

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Case Management Orders will be considered by the Bankruptcy Court at the Hearing. If no objections to the Motion are timely filed and served in accordance with the procedures set forth herein and in the Case Management Orders, the Bankruptcy Court may enter an order granting the Motion without further notice.

Dated:  Detroit, Michigan
        January 9, 2012

                                BUTZEL LONG, a professional corporation

                                By:  /s/ David J. DeVine
                                     Cynthia J. Haffey
                                     Thomas B. Radom
                                     David J. DeVine
                                150 West Jefferson, Suite 100
                                Detroit, MI 48226
                                (313) 225-7000

                                *Attorneys for Reorganized Debtors*

1318552v1

3

BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, MI 48226
(313) 225-7000
Cynthia J. Haffey
Chester E. Kasiborski, Jr.

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.,* | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2012, a true and correct copy of the *Notice Of Adjournment Of Hearing Regarding Reorganized Debtors' Motion For Sanctions Relating To Improper Pursuit Of Maryland State Court Action By Averbukhs* was served by Fed Ex, next day delivery, to the following persons at the following addresses:

Alex Poberesky, Esq.
Law Offices of Alex Poberesky, P.A.
104 Church Lane, Suite 100
Baltimore, MD 21208
(410) 484-0400
*Attorneys for Alesander Averbukh*

Gregory G. Hopper, Esq.
Salsbury, Clements, Bekman, Marder
and Adkins, LLC
300 West Pratt Street, Suite 450
Baltimore, MD 21201
(410) 539-6633
*Attorneys for Vladimir Averbukh*

Bradley D. Kuhlman, Esq.
The Kuhlman Law Firm, LLC
1100 Main Street, Suite 2550
Kansas City, MO 64105
(816) 799-0330

Chad C. Lucas, Esq.
The Kuhlman Law Firm, LLC
1100 Main Street, Suite 2550
Kansas City, MO 64105
(816) 799-0330

4

Rick A. Steinberg, Esq.  
CIARDI CIARDI & ASTIN  
100 Chursch Street, 8th Floor  
New York, New York 10007  
(646) 485-0605

Daniel K. Astin, Esq.  
Joesph J. McMahon, Jr., Esq.  
CIARDI CIARDI & ASTIN  
919 N. Market Street, Suite 700  
Wilmington, Delaware 19801  
(302) 658-1100

Dimitri L. Karapelou, Esq.  
Law Offices of Dimitri L. Karapelou, LLC  
1600 Market Street, 25th Floor  
Philadelphia, PA 19103  
(215) 391-4312

and was served by U.S. First-Class Mail upon Brian Masumoto, Counsel to the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004-2112.

Dated: Detroit, Michigan             /s/Alexis Richards  
        January 9, 2012