## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., *et al.*, | : | Case No. 05-44481 (RDD) |
| | : | Jointly Administered |
| Reorganized Debtors. | : | |
| | : | |

### **ORDER**

AND NOW this ___ day of _____, 2012 upon consideration of the Response of the Kuhlman Law Firm to the Reorganized Debtors' Motion for Sanctions Relating to Improper Pursuit of Maryland State Court Action by Averbukhs and any reply thereto, it is hereby ORDERED that the Debtors' Motion for Sanctions Relating to Improper Pursuit of Maryland State Court Action by Averbukhs is DENIED.

It is further ORDERED that neither The Averbukhs' law firms (collectively, "Averbukhs' Law Firms") or the Averbukhs personally will be responsible for paying any and all legal fees and costs the Reorganized Debtors have incurred from and after June 2, 2011 in connection with the Averbukh Claim and the Maryland Action. The Averbukhs' Law Firms that are subject to this Order include Salsbury, Clements, Bekman, Marder and Adkins, LLC, The Kuhlman Law Firm, LLC, the Law Offices of Alex Poberesky, P.A., and Weltcheck Mallahan & Weltchek LLC;

It is further ORDERED that the prevailing party may apply by separate Motion for reimbursement of reasonable attorney's fees and costs.

This Court shall retain jurisdiction should issues arise regarding implementation of this Order.

By:

_____
UNITED STATES BANKRUPTCY JUDGE