SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan, III
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re | : Chapter 11 |
| DPH HOLDINGS CORP., et al., | : Case No. 05-44481 (RDD) |
| | : (Jointly Administered) |
| Reorganized Debtors. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF RESCHEDULING OF SEVENTY-FOURTH OMNIBUS
HEARING AND FIFTY-SECOND CLAIMS HEARING

      PLEASE TAKE NOTICE that pursuant to the request of the Court, the Seventy-Fourth Omnibus Hearing and the Fifty-Second Claims Hearing in the above-captioned cases, which are scheduled to occur on Thursday, January 12, 2012 at 10:00 a.m. (prevailing Eastern

time) at the Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140,[1] have been rescheduled for a hearing on Thursday, February 16, 2012 at 10:00 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that pursuant to an agreement of the parties, the schedule with respect to further briefing regarding the Motion of The Bank of New York Mellon, as Indenture Trustee, Paul Feinsilver, James A. Klotz and Terrance O'Grady for Permission to Proceed in the Appropriate Tribunal as Against the Reorganized Debtors (Docket No. 21758) shall proceed as follows: the movant's reply shall be filed no later that 4:00 p.m. (prevailing Eastern time) on January 18, 2012 and the Reorganized Debtors' sur-reply shall be filed no later that 4:00 p.m. (prevailing Eastern time) on February 10, 2012.

PLEASE TAKE FURTHER NOTICE that all other corresponding deadlines shall shift in accordance with the following orders, as applicable: (a) the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089), (b) the Order Pursuant To 11 U.S.C. §§ 105(a) And 503(b) Authorizing Debtors To Apply Claims Objection Procedures To Address Contested Administrative Expense Claims, entered October 22, 2009 (Docket No. 18998), or (c) the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain

---

[1] See Twenty-Fifth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered October 19, 2011 (Docket No. 21659) and Seventeenth Supplemental Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered October 19, 2011 (Docket No. 21657).

2

Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883), as amended.

Dated:   New York, New York
         January 10, 2012

        SKADDEN, ARPS, SLATE, MEAGHER
         & FLOM LLP

        By:  /s/ Ron E. Meisler
          John Wm. Butler, Jr.
          John K. Lyons
          Albert L. Hogan, III
          Ron E. Meisler
        155 North Wacker Drive
        Chicago, Illinois 60606

         - and -

        Four Times Square
        New York, New York 10036

        Attorneys for DPH Holdings Corp., et al.,
          Reorganized Debtors