IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re: )
) Bankruptcy Case No.
Delphi Mechatronic Systems, Inc. )
) 05-44567 (RDD)
)
Debtor )

## NOTICE OF WITHDRAWAL OF ADMINISTRATIVE EXPENSE CLAIM

The administrative expense claim (claim #19276) of the U.S. Customs and Border Protection previously filed in this case is withdrawn in its entirety.

DATE: 12/28/11

Casey Hohn
Chief, Debt Collection Section
Financial Operations, Office of Administration
U.S. Customs and Border Protection



RECEIVED JAN - 5 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK