SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                             :
   In re                         :    Chapter 11
                                             :
DPH HOLDINGS CORP., et al.,                  :    Case No. 05-44481 (RDD)
                                             :
       Reorganized Debtors.   :    (Jointly Administered)
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER BETWEEN REORGANIZED
DEBTORS AND AHAUS TOOL & ENGINEERING INC. PROVIDING AHAUS
TOOL & ENGINEERING INC. AN ALLOWED GENERAL UNSECURED
NON-PRIORITY CLAIM  PURSUANT TO 11 U.S.C.§ 502(h)

(AHAUS TOOL & ENGINEERING INC.)

DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors") and Ahaus Tool & Engineering ("Ahaus") respectfully submit this Joint Stipulation And Agreed Order Between Reorganized Debtors And Ahaus Tool & Engineering Inc. Providing Ahaus Tool & Engineering Inc. An Allowed General Unsecured Non-Priority Claim Pursuant To 11 U.S.C. § 502(h) (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8 and 14, 2005, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), former debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.  In connection with the consummation of the Modified Plan, Delphi and DAS LLC emerged from chapter 11 as DPH Holdings Corp and DPH-DAS LLC, respectively.

WHEREAS, Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests." Modified Plan, art. 9.6.

WHEREAS, pursuant to section 7.19 of the Modified Plan, the Reorganized Debtors in their sole and absolute discretion retained the right to pursue the claims and causes of action asserted in the Complaint (as defined below) and to settle, release or compromise such claims and causes of action without further approval of this Court.

WHEREAS, on September 28, 2007, the Reorganized Debtors commenced an adversary proceeding (the "Adversary Proceeding") by filing a complaint (the "Complaint") to avoid and recover certain amounts (the "Transfers") from Ahaus.

WHEREAS, on June 17, 2011, the Reorganized Debtors and Ahaus entered into a settlement agreement (the "Settlement Agreement") to resolve the Adversary Proceeding with respect to the Transfers, pursuant to which the Reorganized Debtors and Ahaus agreed that pursuant to 11 U.S.C. § 502(h) Ahaus should be provided with an allowed general unsecured non-priority claim in the amount as set forth in the Settlement Agreement.

NOW, THEREFORE, the Reorganized Debtors and Ahaus stipulate and agree as follows:

1.  Pursuant to 11 U.S.C.§ 502(h), Ahaus shall receive an allowed general unsecured non-priority claim against DPH-DAS LLC in accordance with the terms of the Modified Plan in the amount in the amount set forth in the Settlement Agreement.

2.  This Court shall retain original and exclusive jurisdiction to adjudicate any disputes arising from or in connection with this Stipulation.

So Ordered in White Plains, New York, this 13th day of January, 2012

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| /s/ John K. Lyons | /s/ Harris D. Leinwand |
|---|---|
| John Wm. Butler, Jr. | Harris D. Leinwand, Esq. |
| John K. Lyons | One Grand Central Place |
| Ron E. Meisler | 315 Madison Avenue, Ste. 901 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | New York, NY 10165 |
| 155 North Wacker Drive | Attorney for Ahaus Tool & Engineering Inc. |
| Chicago, Illinois 60606 | |

- and –

Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
    Reorganized Debtors