SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
    In re                                      :        Chapter 11
: 
DPH HOLDINGS CORP., et al.,        :        Case No. 05-44481 (RDD)
: 
:        (Jointly Administered)
        Reorganized Debtors.     :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF WITHDRAWAL OF REORGANIZED DEBTORS'
FORTY-FOURTH OMNIBUS CLAIMS OBJECTION WITH
<u>RESPECT TO CERTAIN PROOFS OF CLAIM</u>

PLEASE TAKE NOTICE that DPH Holdings Corp. and its affiliated reorganized debtors (collectively, the "Reorganized Debtors"), successors of Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), former debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to certain proofs of claims (the "Proofs of Claim") filed by certain parties (collectively, the "Claimants"), as set forth on <u>Exhibit A</u> attached hereto, pursuant to the Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities (Docket No. 19395) (the "Forty-Fourth Omnibus Claims Objection").

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by the United States Bankruptcy Court for the Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors. In connection with the consummation of the Modified Plan, Delphi and DAS LLC emerged from chapter 11 as DPH Holdings Corp. and DPH-DAS LLC, respectively.

PLEASE TAKE FURTHER NOTICE that Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests."

PLEASE TAKE FURTHER NOTICE that the Forty-Fourth Omnibus Objection was filed to preserved any rights that the Reorganized Debtors may have had under 11 U.S.C. § 502(d) pending the prosecution of certain avoidance actions.

PLEASE TAKE FURTHER NOTICE that the Reorganized Debtors have resolved the avoidance actions related to each of the Proofs of Claim set forth on <u>Exhibit A</u>.

PLEASE TAKE FURTHER NOTICE that the Forty-Fourth Omnibus Objection with respect to the Proofs of Claim is moot pursuant to the resolution of the related avoidance actions, accordingly, the Reorganized Debtors are withdrawing the Forty-Fourth Omnibus Claims Objection with respect to each of the Proofs of Claim set forth on <u>Exhibit A</u>.

PLEASE TAKE FURTHER NOTICE that in accordance with Articles 1.9 and 9.6 of the Modified Plan and 11 U.S.C § 502, the withdrawal of the Forty-Fourth Omnibus Claims Objection with respect to the Proofs of Claim will result in each Proof of Claim being treated in accordance with the terms of the Modified Plan.

Dated:    New York, New York
            January 18, 2012

                                    SKADDEN, ARPS, SLATE, MEAGHER
                                        & FLOM LLP

                                    By:  /s/ John K. Lyons
                                          John Wm. Butler, Jr.
                                          John K. Lyons
                                          Ron E. Meisler
                                    155 North Wacker Drive
                                    Chicago, Illinois 60606

                                          - and -

                                  Four Times Square
                                  New York, New York 10036

                                  Attorneys for DPH Holdings Corp., et al.,
                                     Reorganized Debtors

| Claim Number | Date Filed | Claimant | Owner |
|---|---|---|---|
| 2111 | 2/24/2006 | SUMITOMO WIRING SYSTEMS USA INC | JPMORGAN CHASE BANK NA/SUMITOMO WIRING SYSTEMS USA INC |
| 2174 | 3/3/2006 | UNIVERSAL TOOL AND ENGINEERING COMPANY INC | UNIVERSAL TOOL AND ENGINEERING COMPANY INC |
| 2175 | 3/3/2006 | UNIVERSAL TOOL AND ENGINEERING COMPANY INC | UNIVERSAL TOOL AND ENGINEERING COMPANY INC |
| 6878 | 5/25/2006 | UNIVERSAL TOOL AND ENGINEERING COMPANY INC | UNIVERSAL TOOL AND ENGINEERING COMPANY INC |
| 7547 | 6/6/2006 | M&Q PLASTIC PRODUCTS L P | GOLDMAN SACHS CREDIT PARTNERS LP |
| 9352 | 7/11/2006 | HEWLETT PACKARD COMPANY | HEWLETT PACKARD COMPANY |
| 9470 | 7/13/2006 | D & R TECHNOLOGY LLC | TPG CREDIT OPPORTUNITIES FUND LP/TPG CREDIT OPPORTUNITIES INVESTORS LP |
| 9940 | 7/19/2006 | THYSSEN KRUPP WAUPACA INC | GOLDMAN SACHS CREDIT PARTNERS LP |
| 10811 | 7/25/2006 | ITAUTEC AMERICA INC | ITAUTEC AMERICA INC |
| 11114 | 7/26/2006 | UNIVERSAL TOOL & ENGINEERING CO INC | LONGACRE MASTER FUND LTD |
| 11462 | 7/27/2006 | VALEO CLIMATE CONTROL CORPORATION | VALEO CLIMATE CONTROL CORPORATION |
| 11465 | 7/27/2006 | VALEO SWITCHES AND DETECTION SYSTEMS INC | VALEO SWITCHES AND DETECTION SYSTEMS INC |
| 11466 | 7/27/2006 | VALEO ELECTRICAL SYSTEMS INC WIPERS DIVISION | VALEO ELECTRICAL SYSTEMS INC WIPERS DIVISION |
| 11660 | 7/27/2006 | OLIN CORPORATION ASSIGNED TO BANK OF AMERICA | BANK OF AMERICA N A |
| 11925 | 7/28/2006 | LEXINGTON RUBBER GROUP INC | LEXINGTON RUBBER GROUP INC |
| 12151 | 7/28/2006 | LEXINGTON RUBBER GROUP INC | LEXINGTON RUBBER GROUP INC |
| 12161 | 7/28/2006 | MARQUARDT GMBH | MARQUARDT GMBH |
| 12678 | 7/28/2006 | ELECTRONIC DATA SYSTEMS CORPORATION | JPMORGAN CHASE BANK NA/TPG CREDIT OPPORTUNITIES FUND LP/TPG CREDIT OPPORTUNITIES INVESTORS LP/TPG CREDIT STRATEGIES FUND LP |
| 14152 | 7/31/2006 | VALEO ELECTRICAL SYSTEMS INC MOTORS AND ACTUATORS DIVISION | VALEO ELECTRICAL SYSTEMS INC MOTORS AND ACTUATORS DIVISION |
| 16320 | 9/18/2006 | SIMCO CONSTRUCTION INC | SIMCO CONSTRUCTION INC |