In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640      Entity #39

# AMENDED AND RESTATED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 2145533 - 10405212<br>GENERAL MOTORS CORPORATION<br>100 RENAISSANCE CENTER<br>PO BOX 431301<br>DETROIT    MI    48243 | LITIGATION - CO-DEFENDANT<br>CIRCUIT CT LIMESTONE COUNTY AL | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1557067 - 10021701<br>GENERAL MOTORS CORPORATION<br>Attn JOHN DEVINE, CFO<br>300 RENAISSANCE CENTER<br>P.O. BOX 300<br>DETROIT    MI    48265 | DEBT<br>INDUSTRIAL DEVELOPMENT BOND - MI STRATEGIC FUND 1988A | | Interest<br>     $512.38<br>Principal<br>     $1,626,000.00 |
| 1557067 - 10021702<br>GENERAL MOTORS CORPORATION<br>Attn JOHN DEVINE, CFO<br>300 RENAISSANCE CENTER<br>P.O. BOX 300<br>DETROIT    MI    48265 | DEBT<br>INDUSTRIAL DEVELOPMENT BOND - MI STRATEGIC FUND 1995 | | Interest<br>     $22,949.35<br>Principal<br>     $3,763,200.00 |
| 1557067 - 10021703<br>GENERAL MOTORS CORPORATION<br>Attn JOHN DEVINE, CFO<br>300 RENAISSANCE CENTER<br>P.O. BOX 300<br>DETROIT    MI    48265 | DEBT<br>INDUSTRIAL DEVELOPMENT BOND - CITY OF BROOKHAVEN | | $24,458.37 |
| 1557067 - 10021704<br>GENERAL MOTORS CORPORATION<br>Attn JOHN DEVINE, CFO<br>300 RENAISSANCE CENTER<br>P.O. BOX 300<br>DETROIT    MI    48265 | DEBT<br>INDUSTRIAL DEVELOPMENT BOND - OHIO WATER DEVELOPMENT | | Interest<br>     $288,832.08<br>Principal<br>     $15,717,000.00 |
| 1557067 - 10021705<br>GENERAL MOTORS CORPORATION<br>Attn JOHN DEVINE, CFO<br>300 RENAISSANCE CENTER<br>P.O. BOX 300<br>DETROIT    MI    48265 | DEBT<br>INDUSTRIAL DEVELOPMENT BOND - CITY OF LAUREL MISSISSIPPI | | $24,458.37 |
| 1557067 - 10021706<br>GENERAL MOTORS CORPORATION<br>Attn JOHN DEVINE, CFO<br>300 RENAISSANCE CENTER<br>P.O. BOX 300<br>DETROIT    MI    48265 | DEBT<br>INDUSTRIAL DEVELOPMENT BOND - COUNTY OF TRUMBULL | | Interest<br>     $49,702.87<br>Principal<br>     $2,750,000.00 |
| 1560677 - 10106937<br>GENERAL MOTORS CORPORATION<br>Attn EDWARD PETERSON,SUPERFUND PGM MGR<br>2000 CENTERPOINT PARKWAY<br>MC 483-520190<br>PONTIAC    MI    48341 | ENVIRONMENTAL CLAIMS<br>CERCLA: TREMONT BARREL FILL PRP | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1560678 - 10106938<br>GENERAL MOTORS CORPORATION<br>Attn JAMES R. CAMPBELL, ENG MGMT INC<br>1500 ARDMORE BOULEVARD<br>SUITE 502<br>PITTSBURGH    PA    15221-4468 | ENVIRONMENTAL CLAIMS<br>CERCLA: TREMONT BARREL FILL PRP | Contingent,<br>Disputed,<br>Unliquidated | Unknown |