In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640     Entity #39

## AMENDED AND RESTATED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1595480 - 10403762<br>AGERE SYSTEMS INC<br>BANK OF NEW YORK<br>PO BOX 14028A<br>NEWARK   NJ   071950028 | ACCOUNTS PAYABLE | Disputed, Unliquidated | $0.00 |
| 1595482 - 10403763<br>AGF BURNER INC<br>PO BOX 496<br>ELIZABETH   NJ   07207 | ACCOUNTS PAYABLE | Disputed, Unliquidated | $0.00 |
| 1595489 - 10396045<br>AGIE LTD<br>Attn CREDIT MANAGER<br>PO BOX 673097<br>DETROIT   MI   482673097 | ACCOUNTS PAYABLE | | $73.00 |
| 1595492 - 10396046<br>AGILE SOFTWARE CORPORATION<br>13425 COLLECTIONS CENTER DRIVE<br>CHICAGO   IL   60693 | ACCOUNTS PAYABLE | | $197,766.52 |
| 1595493 - 10396047<br>AGILENT TECHNOLOGIES<br>4187 COLLECTIONS CENTER DR<br>CHICAGO   IL   60693 | ACCOUNTS PAYABLE | | $251,431.88 |
| 1595494 - 10407329<br>AGILENT TECHNOLOGIES<br>PO BOX 60000 FILE 73738<br>SAN FRANSISCO   CA   941603738 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS SCHEDULE NUMBER 10396048 SCHEDULED FOR $302,183.65 | | $488,158.02 |
| 1561747 - 10395681<br>AGILENT TECHNOLOGIES EUROPE<br>BV AMSTERDAM MEYRIN BRANCH RUE<br>DE VEYROT 39 1217 MEYRIN 1<br>GENEVA<br>SWITZERLAND | ACCOUNTS PAYABLE | | $6,388.69 |
| 1595497 - 10396049<br>AGILITY INC<br>7761 CUNNINGHAM RD<br>BRISTOL   VA   24202 | ACCOUNTS PAYABLE | | $374.50 |
| 1000318 - 10004579<br>AGLE SANDRA<br>(Address on File) | WORKERS COMPENSATION | Contingent, Disputed, Unliquidated | Unknown |
| 1595500 - 10396050<br>AGRA EARTH & ENVIRONMENTAL INC<br>PO BOX 24445<br>SEATTLE   WA   981240445 | ACCOUNTS PAYABLE | | $155,465.00 |
| 1595503 - 10396051<br>AGRI CITY TRACTOR INC<br>131 US HWY 31 S<br>ATHENS   AL   35611 | ACCOUNTS PAYABLE | | $448.40 |
| 1560446 - 10106699<br>AGRICO CHEMICAL CO.<br>HIGHWAY 18<br>ST. JAMES   LA   70086-7652 | ENVIRONMENTAL CLAIMS<br>CERCLA: MERCURY REFINING SUPERFUND SITE PRP | Contingent, Disputed, Unliquidated | Unknown |

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640    Entity #39

## AMENDED AND RESTATED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1598497 - 10409278<br>BANK OF NEW YORK<br>PO BOX 19015<br>NEWARK   NJ   071950015 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS SCHEDULE NUMBER 10396539 SCHEDULED FOR $96,014.93 | | $0.00 |
| 1598541 - 10396540<br>BANK ONE<br>INVESTMENT MANAGEMENT FEE DEPT<br>PO BOX 710812<br>COLUMBUS   OH   432710812 | ACCOUNTS PAYABLE | | $3,265.54 |
| 1598536 - 10411377<br>BANK ONE<br>FOR DEPOSIT TO THE ACCOUNT OF<br>STEVE CLEMONS #25851565<br>611 WOODWARD  MI1-8089<br>DETROIT   MI   48226 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $21,733.33 |
| 1001993 - 10004691<br>BANKS CYNTHIA<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 80406316 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1001994 - 10004692<br>BANKS DELLA<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1002014 - 10004693<br>BANKS MARY<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 80408226 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2145539 - 10405167<br>BANKS, HERMAN<br>(Address on File) | INDEMNIFIED CO-DEFENDANT<br>CV-03-210, CIRCUIT CT LIMESTONE COUNTY AL | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1002037 - 10004694<br>BANKSTON DANIEL<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1002039 - 10004695<br>BANNAN KIMBERLY<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 80103027 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1002046 - 10004696<br>BANSKY MARCIA<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 02-873277 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1598599 - 10396542<br>BAR PROCESSING CORP<br>COMERICA BANK DEPT 199201<br>PO BOX 67000<br>DETROIT   MI   482671992 | ACCOUNTS PAYABLE | | $1,260.65 |
| 1002061 - 10004697<br>BARAN TERRI<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 80213036 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1002063 - 10004698<br>BARANEK BRETT<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640    Entity #39

## AMENDED AND RESTATED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1623228 - 10399715<br>MEGOMAT USA INC<br>W233 N 2830 ROUNDY CIR W<br>PEWAUKEE    WI    53072 | ACCOUNTS PAYABLE | | $89,132.20 |
| 1026474 - 10006391<br>MEIER BRIAN<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1623231 - 10399716<br>MEIER SUPPLY CO INC<br>123 BROWN ST<br>JOHNSON CITY    NY    13790 | ACCOUNTS PAYABLE | | $4,534.12 |
| 1623240 - 10399717<br>MEKTEC INTERNATIONAL CORP<br>PO BOX 515198<br>LOS ANGELES    CA    900515198 | ACCOUNTS PAYABLE | | $841.80 |
| 1623243 - 10411413<br>MELANIE DAWN HOWER<br>2401 LOWRY STREET<br>PERU    IN    46970 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $304.37 |
| 1623244 - 10411414<br>MELBA DUTTON COURT CLERK<br>PO BOX 668 3RD FLR<br>DECATUR    AL    35602 | ACCOUNTS PAYABLE | | $81.77 |
| 2158496 - 10411487<br>MELBA DUTTON DIST COURT SM<br>PO BOX 668<br>DECATUR    AL    35602 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $81.77 |
| 1135041 - 10008093<br>MELFI CONCETTA<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 70408269 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2158497 - 10411488<br>MELLISH RONALD W<br>25 N MAIN ST NO 121<br>MT CLEMENS    MI    48043 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $85.55 |
| 1623261 - 10411196<br>MELLON BANK PITTSBURGH<br>ROUTING 043000261 FOR PA DEPT<br>ONE MELLON FINANCIAL CENTER<br>500 GRANT STREET<br>PITTSBURGH    PA    15258 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS<br>SCHEDULE NUMBER 10399718 SCHEDULED<br>FOR $6,972.18 | | $0.00 |
| 1135045 - 10008094<br>MELLOTT RICHARD G<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1623265 - 10399719<br>MELTON MACHINE & CONTROL CO<br>6350 BLUFF RD<br>WASHINGTON    MO    63090 | ACCOUNTS PAYABLE | | $51,450.00 |
| 1623271 - 10399720<br>MEMA FINANCIAL SERVICES GROUP<br>10 LABORATORY DRIVE<br>RESEARCH TRIANGLE PK    NC    27709 | ACCOUNTS PAYABLE | | $655.14 |

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640    Entity #39

AMENDED AND RESTATED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1138354 - 10008234<br>SALO LEILA M<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1633187 - 10409385<br>SALOMON SMITH BARNEY INC<br>C/O MELLON BANK<br>PO BOX 7777-W4555<br>PHILADELHIA    PA   19175 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS<br>SCHEDULE NUMBER 10401150 SCHEDULED<br>FOR $241,940.56 | | $0.00 |
| 1034200 - 10006914<br>SALOPEK BONNIE<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 2005021862 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1560958 - 10107234<br>SALT RIVER PROJECT<br>26 E. BASELINE RD<br>#16<br>PHOENIX    AZ   85042-6521 | ENVIRONMENTAL CLAIMS<br>CERCLA: MERCURY REFINING SUPERFUND<br>SITE PRP | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1034203 - 10006915<br>SALTER ARELENE<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 05-848452 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1633194 - 10401151<br>SALVATION ARMY<br>270 FRANKLIN ST SE<br>WARREN    OH   44482 | ACCOUNTS PAYABLE | | $500.00 |
| 1633195 - 10401152<br>SALVATION ARMY<br>138 S WILKERSON ST<br>DAYTON    OH   45402 | ACCOUNTS PAYABLE | | $500.00 |
| 1560959 - 10107235<br>SAM ALLEN & SONS INC<br>500 COLLIER RD<br>PONTIAC    MI   48343 | ENVIRONMENTAL CLAIMS<br>CERCLA: MERCURY REFINING SUPERFUND<br>SITE PRP | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1633206 - 10404487<br>SAM WOO PRECISION<br>3 MA 318 BLOCK SI-WHA IND COMP<br>JUNG WONG-DONG 1380<br>SI-HEUNG CITY KYUNG-KI DO<br>429-450<br>KOREA, REPUBLIC OF | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $0.00 |
| 1633211 - 10401153<br>SAMICK INDUSTRIAL CO LTD EFT<br>SAMICK B/D 441-12 WOLAM-DONG<br>UI WANG CITY KYUNG KI-DO<br>KOREA, REPUBLIC OF | ACCOUNTS PAYABLE | | $499.15 |
| 1633212 - 10401154<br>SAMIL ACCOUNTING CORPORATION<br>KUKJE CTR BLDG 191 HANKANGRO 2GA<br>YONGSANKU SEOUL 140-702<br>KOREA, REPUBLIC OF | ACCOUNTS PAYABLE | | $9,288.00 |
| 1633213 - 10408767<br>SAMIL INDUSTRIAL CO LTD<br>4DA 107 SHIWHA INDSTRL COMPLEX<br>660-17 SUNGGOK ANSAN KYONGGI<br>KOREA, REPUBLIC OF | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS<br>SCHEDULE NUMBER 10401155 SCHEDULED<br>FOR $3,000.00 | | $0.00 |

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640    Entity #39

## AMENDED AND RESTATED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1635043 - 10401461<br>SONY ELECTRONICS INCORPORATED<br>22470 NETWORK PLACE<br>CHICAGO   IL   60673 | ACCOUNTS PAYABLE | | $309,164.00 |
| 1635044 - 10401462<br>SONY ELECTRONICS INCORPORATED<br>22470 NETWORK PLACE<br>CHICAGO   IL   60673 | ACCOUNTS PAYABLE | | $14,312.00 |
| 1635045 - 10401463<br>SONY ERICSSON MOBILE COMMUNICATIONS INC<br>C\O MELLON BANK DEPT 1001<br>PO BOX 121001<br>DALLAS   TX   753121001 | ACCOUNTS PAYABLE | | $1,106,313.19 |
| 1139628 - 10008281<br>SOP CHARLES<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 01-886254 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1635052 - 10401464<br>SOPUS PRODUCTS<br>SHELL OIL PRODUCTS US<br>PO BOX 200889<br>HOUSTON   TX   772160889 | ACCOUNTS PAYABLE | | $49,522.20 |
| 1635053 - 10401465<br>SORALUCE HNOS SA<br>POLIGONO INDUSTRIAL SECTOR C<br>APARTADO 30 AZKOITIA 20720<br>SPAIN | ACCOUNTS PAYABLE | | $506.53 |
| 1635055 - 10401466<br>SORENSEN DIV OF ELGAR<br>9250 BROWN DEER RD<br>SAN DIEGO   CA   92121 | ACCOUNTS PAYABLE | | $3,870.00 |
| 1635056 - 10401467<br>SOROC PRODUCTS INC<br>4349 S DORT HWY<br>BURTON   MI   48529 | ACCOUNTS PAYABLE | | $692.47 |
| 1037025 - 10007114<br>SORRELLS REUBEN<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1635060 - 10411428<br>SORTEOS INTEGRADOS<br>Y MANUFACTURA SA DE CV<br>AVENIDA DE LAS INDUSTRIAS 6500<br>INT 44 COL # DE DIOS CP 31160<br>CHIHUAHUA MEXICO<br>MEXICO | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $350.00 |
| 1635062 - 10408833<br>SORTMAN CRANE & HOIST INC<br>923 SENATE DR<br>CENTERVILLE   OH   45459 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS<br>SCHEDULE NUMBER 10401468 SCHEDULED<br>FOR $13,935.72 | | $17,374.72 |

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640    Entity #39

# AMENDED AND RESTATED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1641444 - 10409111<br>W W G INC<br>5602 ELMWOOD AVE STE 222<br>INDIANAPOLIS    IN    46203 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS SCHEDULE NUMBER 10402376 SCHEDULED FOR $4,822.00 | | $4,964.00 |
| 1641446 - 10402377<br>W W GRAINGER INC<br>LOCK BOX C PAY 248<br>PALATINE    IL    600380002 | ACCOUNTS PAYABLE | | $20,277.49 |
| 1561375 - 10108027<br>W.E. MOWREY<br>1435 UNIVERSITY AVE.<br>SAINT PAUL    MN    55104-4003 | ENVIRONMENTAL CLAIMS<br>CERCLA: ANGLO METALS | Contingent, Disputed, Unliquidated | Unknown |
| 1641451 - 10409112<br>WABASH ALLOYS LLC<br>PO BOX 99899<br>CHICAGO    IL    606967699 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS SCHEDULE NUMBER 10404445 SCHEDULED FOR $.00 | Disputed, Unliquidated | $15,852.18 |
| 1641455 - 10411225<br>WABASH MAGNETICS INC EFT<br>1375 SWAN ST<br>HUNTINGTON    IN    46750 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS SCHEDULE NUMBER 10402378 SCHEDULED FOR $372,872.10 | | $334,441.62 |
| 1641457 - 10404444<br>WABASH TECHNOLOGIES<br>MELLON BANK<br>5503 N CUMBERLAND AVE<br>CHICAGO    IL    60656 | ACCOUNTS PAYABLE | Disputed, Unliquidated | $0.00 |
| 1644133 - 10395481<br>WABASH VALLEY<br>P.O. BOX 406<br>WABASH    IN    46992 | ENVIRONMENTAL CLAIMS<br>POTENTIAL CLAIM ARISING FROM ENVIRONMENTAL SERVICE PROVIDERS | Contingent, Disputed, Unliquidated | Unknown |
| 1641464 - 10409113<br>WACKER CHEMICAL CORPORATION<br>PO BOX 91773<br>CHICAGO    IL    60693 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS SCHEDULE NUMBER 10402379 SCHEDULED FOR $228,368.97 | | $278,305.88 |
| 1141229 - 10008346<br>WADDELL EVA M<br>(Address on File) | WORKERS COMPENSATION | Contingent, Disputed, Unliquidated | Unknown |
| 1551628 - 10008736<br>WADE EDNA<br>(Address on File) | WORKERS COMPENSATION | Contingent, Disputed, Unliquidated | Unknown |
| 1040915 - 10007395<br>WAGNER BRIAN<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 89705534 | Contingent, Disputed, Unliquidated | Unknown |
| 1040920 - 10007396<br>WAGNER EARLENE<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 2004040283 | Contingent, Disputed, Unliquidated | Unknown |
| 1641477 - 10402380<br>WAGNER GMBH & CO FAHRZEUGTEILE<br>FABRIK<br>POSTFACH 1145<br>FRANKFURTER STR 80 82<br>FULDA    36011<br>GERMANY | ACCOUNTS PAYABLE | Disputed, Unliquidated | $15,072.61 |