In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640    Entity #39

# AMENDED AND RESTATED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|
| 1561559 - 10108203<br>JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT<br>270 PARK AVENUE<br>NEW YORK    NY    10017 | LIEN<br>UCC FILED ON 06/14/2005 IN SECRETARY OF STATE, DE - UCC, FILE NUMBER 51824185 | Contingent,<br>Disputed,<br>Unliquidated | Unknown | |
| 1549665 - 10001200<br>KENSINGTON CAPITAL CORP<br>5725 FORWARD AVE STE 30<br>PITTSBURGH    PA    15217 | LIEN<br>UCC FILED ON 01/14/2002 IN DE-SECY OF STATE, FILE NUMBER 20325310 | Contingent,<br>Disputed,<br>Unliquidated | Unknown | |
| 1549665 - 10001201<br>KENSINGTON CAPITAL CORP<br>5725 FORWARD AVE STE 30<br>PITTSBURGH    PA    15217 | LIEN<br>UCC FILED ON 03/05/2002 IN DE-SECY OF STATE, FILE NUMBER 20751531 | Contingent,<br>Disputed,<br>Unliquidated | Unknown | |
| 1549665 - 10001203<br>KENSINGTON CAPITAL CORP<br>5725 FORWARD AVE STE 30<br>PITTSBURGH    PA    15217 | LIEN<br>UCC FILED ON 12/13/2001 IN DE-SECY OF STATE, FILE NUMBER 20132732 | Contingent,<br>Disputed,<br>Unliquidated | Unknown | |
| 1561560 - 10108212<br>LAKESIDE PLASTICS LIMITED<br>3786 NORTH TALBOT RR#1<br>OLDCASTLE    ON    N0R 1L0<br>CANADA | LIEN<br>UCC FILED ON 09/29/2005 IN SECRETARY OF STATE, DE - UCC, FILE NUMBER 53025484 | Contingent,<br>Disputed,<br>Unliquidated | Unknown | |
| 1530138 - 10380896<br>LASALLE BANK NATIONAL ASSOCIATION<br>135 SOUTH LASALLE STREET<br>SUITE 545<br>CHICAGO    IL    60603 | LIEN<br>UCC FILED ON 04/02/2003 IN IN-SECY OF STATE FILE NUMBER 200300002989821 | Contingent,<br>Disputed,<br>Unliquidated | Unknown | |
| 1530138 - 10380897<br>LASALLE BANK NATIONAL ASSOCIATION<br>135 SOUTH LASALLE STREET<br>SUITE 545<br>CHICAGO    IL    60603 | LIEN<br>UCC FILED ON 04/02/2003 IN IN-SECY OF STATE FILE NUMBER 200300002990186 | Contingent,<br>Disputed,<br>Unliquidated | Unknown | |
| 1530138 - 10380898<br>LASALLE BANK NATIONAL ASSOCIATION<br>135 SOUTH LASALLE STREET<br>SUITE 545<br>CHICAGO    IL    60603 | LIEN<br>UCC FILED ON 04/02/2003 IN IN-SECY OF STATE FILE NUMBER 200300002990308 | Contingent,<br>Disputed,<br>Unliquidated | Unknown | |
| 1530138 - 10380899<br>LASALLE BANK NATIONAL ASSOCIATION<br>135 SOUTH LASALLE STREET<br>SUITE 545<br>CHICAGO    IL    60603 | LIEN<br>UCC FILED ON 04/02/2003 IN IN-SECY OF STATE FILE NUMBER 200300002990742 | Contingent,<br>Disputed,<br>Unliquidated | Unknown | |
| 1530138 - 10380900<br>LASALLE BANK NATIONAL ASSOCIATION<br>135 SOUTH LASALLE STREET<br>SUITE 545<br>CHICAGO    IL    60603 | LIEN<br>UCC FILED ON 06/03/2003 IN IN-SECY OF STATE FILE NUMBER 200300005196622 | Contingent,<br>Disputed,<br>Unliquidated | Unknown | |
| 1530138 - 10380901<br>LASALLE BANK NATIONAL ASSOCIATION<br>135 SOUTH LASALLE STREET<br>SUITE 545<br>CHICAGO    IL    60603 | LIEN<br>UCC FILED ON 10/27/2003 IN DE-SECY OF STATE FILE NUMBER 32811753 | Contingent,<br>Disputed,<br>Unliquidated | Unknown | |

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640    Entity #39

## AMENDED AND RESTATED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1599664 - 10407493<br>BOCK TRANSFER & STORAGE CO<br>1666 MC MYLER N W<br>P O BOX 3007<br>WARREN   OH   44485 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS SCHEDULE NUMBER 10396673 SCHEDULED FOR $2,197.50 | | $2,490.50 |
| 1599675 - 10396674<br>BODYCOTE THERMAL PROCESSING<br>JP MORGAN CHASE BANK<br>2200 ROSS AVE<br>DALLAS   TX   752660197 | ACCOUNTS PAYABLE | | $299.13 |
| 1599680 - 10396675<br>BOEDEKER PLASTICS INC<br>904 WEST 6TH ST<br>SHINER   TX   77984 | ACCOUNTS PAYABLE | | $354.30 |
| 1599684 - 10396676<br>BOEHM MADISEN LUMBER CO INC<br>PO BOX 906<br>BROOKFIELD   WI   530080906 | ACCOUNTS PAYABLE | | $1,990.00 |
| 2158457 - 10411452<br>BOEING CO THE<br>PO BOX 3707<br>SEATTLE   WA   981242207 | ACCOUNTS PAYABLE | Disputed, Unliquidated | $11,085.00 |
| 1551346 - 10008494<br>BOETTCHER DAVID<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 89911653 | Contingent, Disputed, Unliquidated | Unknown |
| 1003690 - 10004812<br>BOGAN-MCGUIRE REBECCA<br>(Address on File) | WORKERS COMPENSATION | Contingent, Disputed, Unliquidated | Unknown |
| 1003695 - 10004813<br>BOGER KENNETH<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 05-869801 | Contingent, Disputed, Unliquidated | Unknown |
| 1003709 - 10004814<br>BOGGS RONNIE<br>(Address on File) | WORKERS COMPENSATION | Contingent, Disputed, Unliquidated | Unknown |
| 1599689 - 10396677<br>BOGNAR TONY<br>6575 MOSHERVILLE RD<br>JONESVILLE   MI   49250 | ACCOUNTS PAYABLE | | $300.00 |
| 1003722 - 10004815<br>BOGUST PATRICIA<br>(Address on File) | WORKERS COMPENSATION | Contingent, Disputed, Unliquidated | Unknown |
| 1599690 - 10403821<br>BOHL CRANE INC EFT<br>534 LASKEY RD<br>TOLEDO   OH   43612 | ACCOUNTS PAYABLE | Disputed, Unliquidated | $0.00 |
| 1599691 - 10396678<br>BOHL EQUIPMENT CO EFT<br>534 W LASKEY RD<br>TOLEDO   OH   43612 | ACCOUNTS PAYABLE | | $6,955.00 |

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640    Entity #39

AMENDED AND RESTATED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1020774 - 10005966<br>JOSEPH ROSLYN<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 70208266 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1020774 - 10005967<br>JOSEPH ROSLYN<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 79606807 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1020774 - 10005968<br>JOSEPH ROSLYN<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 79706652 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1618215 - 10399096<br>JOSUE SILVANO URIBE POZAS<br>AV GRAL ARTEAGA 146 4<br>CP 76000 COL CENTRO QUERETARO<br>MEXICO | ACCOUNTS PAYABLE | | $7,606.90 |
| 1020783 - 10005969<br>JOWDY ELIZABETH<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 80207637 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1020783 - 10005970<br>JOWDY ELIZABETH<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1618224 - 10404221<br>JOYAL<br>1233 W ST GEORGES AVE<br>LINDEN    NJ    070360002 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $0.00 |
| 1618234 - 10404220<br>JP MORGAN CHASE BANK<br>ITS FEE BILLING<br>PO BOX 911953<br>DALLAS    TX    753911953 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $0.00 |
| 1618244 - 10399097<br>JR EDWARDS TRUCKING<br>3100 SCHENK ROAD<br>SIDNEY    OH    45365 | ACCOUNTS PAYABLE | | $9,080.80 |
| 1618245 - 10399098<br>JR3 INC<br>22 HARTER AVE<br>WOODLAND    CA    95776 | ACCOUNTS PAYABLE | | $3,243.00 |
| 1618249 - 10399099<br>JSA TOOL & ENGINEERING INC<br>PO BOX 78772<br>MILWAUKEE    WI    532780772 | ACCOUNTS PAYABLE | | $17,400.00 |
| 1618251 - 10399100<br>JSP INTERNATIONAL LLC<br>PO BOX 8500 54717<br>PHILADELPHIA    PA    191784717 | ACCOUNTS PAYABLE | | $79,285.51 |
| 1618253 - 10404764<br>JST CORP<br>1957 S LAKESIDE DR<br>WAUKEGAN    IL    60085 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $0.00 |