UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                          )    Chapter 11
                                                )
**DPH HOLDINGS CORP, ET AL.,**                  )    Case No. 05-44481 (RDD)
                                                )
                    Debtors.                    )    Jointly Administered

## NOTICE OF TRANSFER OF CLAIM OTHER THAN
## FOR SECURITY PURSUANT TO RULE 3001(E)(2)

A Claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Fed. R. Bankr. P. Rule 3001(e)(2) of the transfer, other than for security, of the claim referenced in this Notice.

**TRANSFEROR:**    IBJTC BUSINESS CREDIT CORPORATION, as successor to IBJ WHITEHALL BUSINESS CREDIT CORPORATION
1251 Avenue of the Americas
New York, New York 10020.

Your Claim Number 9995 filed against the above Debtors, in the original amount of 98,086.39, which was later reduced to $44,643.53, has been transferred to:

**TRANSFEREE:**    VIDALEX CAPITAL I, LLC
One Expressway Plaza, Suite 114
Roslyn Heights, NY 11577

Name and Address where notices and payment to Transferee should be sent:

Vidalex Capital I, LLC
Attn: Mark F. Magnozzi, Esq.
c/o Magnozzi & Kye, LLP
23 Green Street, Suite 302
Huntington, NY 11743
Tel: 631-923-2858

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge and belief.

By:    _/s/ Mark F. Magnozzi_____          Date: January 9, 2012
       Member of Transferee

# CERTIFICATE OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF SUFFOLK | ) |

    I, John Magnozzi, reside in the Whitestone, New York. I am over the age of 18 and am not a party to the within matter; my business address is: 23 Green Street, Suite 302, Huntington, NY 11743.

    On January 20, 2012, I served the certain document entitled as **Notice of Transfer of Claim Other Than For Security Pursuant to Rule 3001(e)(2),** on the following party by enclosing a copy of the Notice in an envelope addressed as set forth in the attached Service List, to be deposited in an official depository of the United States post office located in at Huntington, NY with proper pre-paid postage thereon:

    IBJTC Business Credit Corporation,
    1251 Avenue of the Americas
    New York, New York 10020

    I declare under penalty of perjury under the laws of the State of New York that the above is true and correct.

Dated: January 20, 2011
Huntington, New York

    /s/   John Magnozzi
    John Magnozzi