BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, MI 48226
(313) 225-7000
Cynthia J. Haffey
Thomas B. Radom
David J. DeVine

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.,* | Case No. 05-44481 (RDD)<br>Jointly Administered |
| Reorganized Debtors. | |

### WITHDRAWAL OF "REORGANIZED DEBTORS' MOTION FOR SANCTIONS RELATING TO IMPROPER PURSUIT OF MARYLAND STATE COURT ACTION BY AVERBUKHS"

On December 23, 2011, DPH Holdings Corp. ("DPH Holdings") and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases, filed a Motion For Sanctions Relating To Improper Pursuit of Maryland State Court Action By Averbukhs (the "Motion") (Docket No. 21778). The Reorganized Debtors hereby withdraw their Motion in its entirety.

*[Signature Page to Withdrawal of "Reorganized Debtors' Motion for Sanctions Relating to Improper Pursuit of Maryland State Court Action by Averbukhs"]*

Dated:    Detroit, Michigan
          January 24, 2012

BUTZEL LONG, a professional corporation

By:    /s/ Cynthia J. Haffey
       Cynthia J. Haffey
       Thomas B. Radom
       David J. DeVine
150 West Jefferson, Suite 100
Detroit, MI  48226
(313) 225-7000

*Attorneys for Reorganized Debtors*

05-44481-rdd    Doc 21819    Filed 01/24/12    Entered 01/24/12 15:58:17    Main Document
     Pg 3 of 4

BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, MI 48226
(313) 225-7000
Cynthia J. Haffey
Chester E. Kasiborski, Jr.

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.,* | Case No. 05-44481 (RDD) |
|  | Jointly Administered |
| Reorganized Debtors. |  |

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2012, a true and correct copy of the *Withdrawal of Reorganized Debtors' Motion for Sanctions Relating to Improper Pursuit of Maryland State Court Action by Averbukhs* was served by Fed Ex, next day delivery, to the following persons at the following addresses:

| | |
|---|---|
| Alex Poberesky, Esq.<br>Law Offices of Alex Poberesky, P.A.<br>104 Church Lane, Suite 100<br>Baltimore, MD 21208<br>(410) 484-0400<br>*Attorneys for Alesander Averbukh* | Gregory G. Hopper, Esq.<br>Salsbury, Clements, Bekman, Marder and Adkins, LLC<br>300 West Pratt Street, Suite 450<br>Baltimore, MD 21201<br>(410) 539-6633<br>*Attorneys for Vladimir Averbukh* |
| Bradley D. Kuhlman, Esq.<br>The Kuhlman Law Firm, LLC<br>1100 Main Street, Suite 2550<br>Kansas City, MO 64105<br>(816) 799-0330 | Chad C. Lucas, Esq.<br>The Kuhlman Law Firm, LLC<br>1100 Main Street, Suite 2550<br>Kansas City, MO 64105<br>(816) 799-0330 |

3

Rick A. Steinberg, Esq.  
CIARDI CIARDI & ASTIN  
100 Chursch Street, 8th Floor  
New York, New York 10007  
(646) 485-0605

Daniel K. Astin, Esq.  
Joesph J. McMahon, Jr., Esq.  
CIARDI CIARDI & ASTIN  
919 N. Market Street, Suite 700  
Wilmington, Delaware 19801  
(302) 658-1100

Dimitri L. Karapelou, Esq.  
Law Offices of Dimitri L. Karapelou, LLC  
1600 Market Street, 25th Floor  
Philadelphia, PA 19103  
(215) 391-4312

and was served by U.S. First-Class Mail upon Brian Masumoto, Counsel to the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004-2112.

Dated:  Detroit, Michigan           /s/Alexis Richards
           January 24, 2012