## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -   -     x
                                                            :
In re                                                       :     Chapter 11
                                                            :
DPH HOLDINGS CORP., <u>et</u> <u>al.</u>,                   :     Case No. 05-44481 (RDD)
                                                            :
                        Reorganized Debtors.                :     (Jointly Administered)
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

## <u>AFFIDAVIT OF SERVICE</u>

I, Alvaro Salas, Jr. being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court-appointed claims and noticing agent for the Reorganized Debtors in the above-captioned cases.

On or before February 6, 2012, I caused copies of the
- [Customized for Rule 3001(e)(1) and Rule 3001(e)(2)] Notice of Rejection of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) and 3001(e)(2) [Re Docket Nos. 21817 and 21823]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Dated: February 6, 2012

_____*/s/ Alvaro Salas, Jr.*_____
Alvaro Salas, Jr.

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 6th day of February, 2012, by Alvaro Salas, Jr., proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____*/s/ Vanessa R. Quiñones*_____

Commision Expires:_____10/20/2015_____

# Exhibit A

**Exhibit A**
**Rule 3001(e)(1) - 3001(e)(4) Rejected**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Docket Number | Party Description |
|------|-------------|-----------|-----------|------|-------|-----|---------|---------------|-------------------|
| Diconza Law Pc | Gerard Diconza Esq | 630 Third Ave 7th Fl | | New York | NY | 10017 | | 21823 | Notice Party |
| IBJTC Business Credit Corporation as successor in interest to IBJ Whitehall Business Credit Corporation | Ronald S Beacher & Conrad K Chiu | Day Pitney LLP | 7 Times Square | New York | NY | 10036 | | 21817 | Notice Party |
| IBJTC BUSINESS CREDIT CORPORATION, as successor to IBJ WHITEHALL BUSINESS CREDIT CORPORATION | | 1251 Avenue of the Americas | | New York | NY | 10020 | | 21817 | Transferor |
| South Koufax, LLC | Attn: Jeff Cohen | 2 West Greenwich Office Park, 1st Floor | | Greenwich | CT | 06831 | | 21823 | Transferee |
| TAI Unsecured Creditors Liquidating Trust | c/o LeClairRyan | 2318 Mill Road, Suite 110 | | Alexandria | VA | 22314 | | 21823 | Transferor |
| Tower Automotive Inc | c/o Kirkland & Ellis LLP | 200 E Randolph Dr | | Chicago | IL | 60601 | | 21823 | Notice Party |
| Vidalex Capital I, LLC | | One Expressway Plaza, Suite 114 | | Roslyn Heights | NY | 11577 | | 21817 | Transferee |
| Vidalex Capital I, LLC | Attn: Mark F. Magnozzi, Esq. | 23 Green Street, Suite 302 | | Huntington | NY | 11743 | | 21817 | Notice Party |

In re: DPH Holdings Corp., et al.
USBC Case No. 05-44481 (RDD)

Page 1 of 1