## LABOR ADVOCATES WORKERS SOLUTION
Not for Profit Working for American Workers, Retirees, and Families
Patricia Meyer, Director
(kimshee97@att.net) (www.disputethis.org)
P.O. Box 112
West Olive, MI 49460
269-998-4609

January 31, 2012

Judge Drain,

I am writing you today concerning the GM/Delphi spin-off and subsequent bankruptcy of Delphi. My agency has been investigating the circumstances surrounding the 1999 GM/Delphi spin-off since 1997 when rumors of the separation of the parts division from GM were brought to our attention by GM employees concerned about their future. (See Judge Gerber's material included with this mailing for more information.)

With the publishing of the 1998 Delphi Prospectus it became apparent to me that Delphi would not be a separate stand-alone company. Gm would still control the board and its common stock thusly it was not eligible to sell stock or bankrupt on its own . (See copies of pages of the 1998 Delphi Prospectus included)

In regards to stock I personally am aware of Delphi employees who largely invested in Delphi stock at the urging of UAW President Stephen Yokich. Many ended up losing their retirement money and now their pensions are at the mercy of the PBGC.

Morrie W. Henry, one of these employees, has asked me to send you some information concerning his endeavors over the years to rectify this situation. You will find these papers included with this mailing.

Not only are the Delphi employees' pension coming from the PBGC but a group of salaried employees who never worked for Delphi but were employed by GM and American Axle found their GM pension had been switched to Delphi and are now also receiving their pensions from the PBGC. Rita Ertman, one of these retirees, has been working since 2003 to rectify this injustice on the part of GM. Several of her letters and other information are following this letter.

Judge Drain, due to the importance of our information , the proofs that we have found and the years that my agency has been trying to bring this information into the open only to be covered up by agencies at all levels, it is time that this fraudulent behavior on the part of GM/Delphi be brought to light. I am requesting that you read all of this information and act on it

Thank you for your help.

*Patricia Meyer*
Patricia Meyer
Director of L.A.W.S., Inc.