Patricia A. Meyer
Box 112
West Olive, Michigan 49460
Telephone: 269-998-4609

Claimant

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
                                                    :
In re                                               :      Chapter 11 Case No.
                                                    :
MOTORS LIQUIDATION COMPANY, et al.  :      09-500026 (REG)
      f/k/a General Motors Corp., et al.           :
                                                    :
                  Debtors                           :      (Jointly Administered)
                                                    :
---------------------------------------------------------X

### RESPONSE TO OBJECTION TO PROOF OF CLAIM
### NO. 15927 FILED BY PATRICIA MEYER

TO THE HONORABLE ROBERT E. GERBER
UNITED STATES BANRUPTCY JUDGE:

I am presenting my response to the Objection to Proof of Claim No. 15927, Document 11300 by Patricia Meyer filed on January 6, 2012.

My claim is based on the cost of my organization's investigation of the Debtors and others related to the Debtors purported fraud. These expenses began in 1997 when General Motors workers became aware of rumors of a spin off GMC's parts division. In 1998 a Delphi prospectus was written that shows GM never completely spun off its parts division, known as Delphi, into a stand alone corporation. It was supposedly an independent company while, in reality, it remained in GM's manufacturing process with GM controlling price variances of

goods sold to GM below cost and other companies above cost and lead by a board controlled by General Motors. see Exhibit A

In 1997 I was contacted by General Motors workers who would be affected by the spin off. Money was spent in phone bills, our physical presence picketing at plants that would be affected by the spin off and holding meetings at Western Michigan University at the advice of Ralph Nader who told me that a public arena is acceptable to all.

In 1998 an office was opened to provide easier access for the workers to contact us and provide a clearing house for information to keep others aware of what was happening in this situation. During this time the cost of communications and office supplies were extensive including phone bills, travel to several cities and states and rental costs for halls for meetings.

With the publication of the Delphi Prospectus of 1998 it became apparent to me that only creative accounting could make Delphi appear to be a viable company on its own under the direction of a GM controlled board and with a GM executive, J.T. Battenberg, becoming the first president.

From 1998 to 2002 I maintained an office in Kalamazoo, Michigan and also worked out of my home in West Olive, Michigan. Expenses during this time included office rent, office supplies, communications, travel and meetings.

After several years of trying to get action by Michigan officials I was advised to take my information to Washington which naturally incurred more

expenses. In 2001 I approached the United States Department of Labor. Don Todd advised me to go to the Congress with my information of fraud.

In 2003 the decision was made to go to the Work Force Committee of the United States Congress with my evidence proving the fraudulent spin off of Delphi even though from 1999 to 2001 the SEC had investigated this spin off and a class action lawsuit was underway regarding accounting fraud. The Work Force Committee indicated that they would investigate our allegations. Nothing was ever done.

Rita Ertman, a retiree from GM and American Axle, made me aware of a problem with her GM retirement. In 1994 General Motors sold its axle division to American Axle. Many workers from GM finished their working years with American Axle. When Rita retired she was to receive a pension from both GM and American Axle in proportion to the years she worked for each company. Imagine her surprise when her GM pension came from Delphi, a company she never worked for. She is now receiving her GM retirement from the PBGC.

In 2004 it became evident that both GMC and Delphi were cooking their books to appease Wall Street.

In 2006 I went to the Criminal Division of the FBI in Washington, D.C. I was told that the Detroit Division would be sent the information for investigation.

3

In 2007 because no action had been taken by the FBI or the government I took my information to the Tax Advocacy Office in Washington under the direction of Nina Olson. After reviewing my information I was encouraged by Attorney Laura Baek to become a whistleblower to the IRS Whistleblower Office. I contacted Vice President Cheney's office to inform he and President Bush of my concerns about the GMC/Delphi spin off. I was encouraged to contact Floyd Williams, National Director of Legislative Affairs in the United States, who explained the working of the Whistleblower Office to me and what steps I could take. I was part of the IRS Whistleblower Program until June of 2010 when I was abruptly dropped. When I talked with Attorney Laura Baek about this situation she indicated that I had 30 days to appeal to the US Tax Court to ask for reinstatement of my whistleblower case only to learn that Congress has not given the Court the power to reinstate whistleblower cases.

In a December of 2008 meeting with FBI Special Agent Hoppe of the Troy, Michigan office he informed me that the GMC case was ordered by SEC Secretary Christopher Cox to be closed and all documents were to be returned to Washington.

After receiving the mailing from the Garden City Group about debts against GMC to be resolved during its bankruptcy I felt I had an honest claim - not an omnibus claim as it appears in your documents - because General Motors created the lie and fraud therefore it is GMC's due to the American taxpayer.

4

Dated: January 27, 2012

*Patricia Meyer* (signature)

Patricia Meyer
Box 112
West Olive, Michigan 49460
Telephone: (269) 998-4609



# Delphi Automotive Systems Corporation (DPH)
## A global automotive supplier.

### WORLDWIDE LOCATIONS

**North America:**
- Canada
- Mexico
- United States

**South America:**
- Argentina
- Brazil
- Venezuela

**Asia:**
- China
- India
- Indonesia
- Japan
- Malaysia
- Saudi Arabia
- Singapore
- South Korea
- Taiwan
- Thailand
- Turkey

**Europe:**
- Austria
- Belgium
- Czech Republic
- France
- Germany
- Hungary
- Ireland
- Luxembourg
- Poland
- Portugal
- Romania
- Russia
- Spain
- Sweden
- United Kingdom

**Africa:**
- Morocco
- South Africa
- Tunisia

**Australia**

### OPERATIONS

Headquartered in Troy, Michigan, USA, Delphi Automotive Systems has operations in 36 countries. We have regional headquarters in São Paulo, Brazil; Paris, France; and Tokyo, Japan.

### PEOPLE/FACILITIES

Delphi operates 169 manufacturing sites, 27 technical centers, and 51 customer service centers and sales activity offices around the world. We employ over 200,000 individuals and are engaged in 40 joint ventures.