# Morrie Henry
# Information

2010

SHOWS CLAIMANT CHECK NEVER SIGNED OR CASHED Because He felt He SHOULD NOT?

2011 GM HOURLY PENSION

2011 DELPH FIDELITY INVESTMENT FIGURE HOW BOOKEEP MAKES NO SENSE!

# *L.A.W.S., Inc.*

### LABOR ADVOCATES WORKERS SOLUTIONS
(bobandlornafoster@sbcglobal.net)
*Non Profit Agency Working for American Workers, Retirees and Families*
P.O. BOX 112
WEST OLIVE, MI 49460
269-998-4609

May 30, 2006

U.S. Department of Justice
Federal Bureau of Investigation
935 Pennsylvania Ave. NW
Washington, D.C. 20535-0001

To The FBI:
    Chief Agent Mike Anderson, Fraud Chief – 202-324-5701
    Attorney Audra Jolicoeur – 202-324-3886

*Per your request with Mike Anderson, Fraud Chief, and Attorney Audra Jolicoeur, we are presenting these documents in an attempt for your office to swiftly SUBPOENA with the possibility to INDICT Rick Wagoner, CEO of General Motors for his involvement in the FRAUDULENT Bankruptcy of Delphi Corporation in the United States ONLY, their Parts Division due to concessionary price fixing of Delphi Auto Parts in the United States.*

*Several complaints have been made to the Security Exchange Commission. Patrick Hyde, United States Labor Department under the direction of Elaine Chao was given the Delphi papers which we are giving you today that proved that previous workers of General Motors who now work or are retired from the American Axel Division also spun-off by General Motors in 1994 are receiving checks from Delphi Fidelity now seeking Chapter 11 Bankruptcy who has never worked for Delphi Corporation. We meet with Patrick Hyde on February 10, 2006*

*gave Patrick the same papers being delivered to you today, who stated that he would get back with us in a few days. He also stated that the Securities Commission is monitored by General Motors. We waited several weeks and then preceded to take information to Senator Carl Levin of Michigan whose office said they would check what Labor Department was doing with this information. To date, we have heard from neither.*

*On May 23rd I spoke to Audra of your office along with my brother Morrie Henry who explained to us that if an investigation was warranted, the Fraud Division of the FBI would decide which Unit would be investigating the FRAUD of the General Motors Corporation. In our conversation with Audra, Morrie Henry related to her that accounting errors not reported by the Arthur Anderson in year 2001 plus the hiding of kick-back contract and earned credit certainly contributed to the need of immediate action to certainly stop another ENRON! !*

*As an employee of General Motors Morrie Henry was caught in the spin-off of General Motors parts division now known as Delphi. It is his belief that Sheehan was the Delphi Official who uncovered the losses in 2001 which led workers who converted their stock from General Motors to Delphi to believe that GM orchestrated the failure and now are asking Bankruptcy Judge Robert Drain of New York to allow the request of Steven Miller to cut workers wages, benefits and pensions and bust the Union as his records shows what he accomplished with the United Steel Industry and United Airlines. It would seem appropriate at this time that Steven Miller along with Richard "Rick" Wagoner and Ron Gettelfinger of the UAW be served a subpoena. WHY? The workers white and blue shirt have lost all of their money from the stock fraudulently presented to them and are threatened even though under a bargaining contract to make wage concessions, lose health care and their pensions. The booklet you have received today is proof that corruption and collusion with General Motors Corporation and the Leadership of the UAW which violates the Taft Hartley Act is evidence.*

*Case in fact: Case No.: 05-73991 The case pending in Michigan under Judge Robert H. Cleland – Case No.: 2:05-CV-73991 where General Motors hourly employees opposed paying health care premiums which the Leaders said was necessary to save General Motors from Bankruptcy due to their losses with the Delphi Corporation. The retirees are now appealing this decision through their attorney Mark Baumkel (27613) Attorney for Intervenor Plaintiff, 30200 Telegraph Road, Suite 200, Bingham Farms, Mi. 48025 (248-642-0444). Audra, in our conversation you ask which FBI agent in Michigan would understand the UAW problems. His name, Jeffrey Dancer of the Detroit, Michigan office. In this packet is a series on the UAW Leadership activities, May 17-18-19, 2001 by reporter Jeff McCracken of the Detroit Free Press who accompanied our group to Washington DC in September of 2001 only to be denied entrance to the United States Labor Department.*

*On October 3, 2005 Pat Meyer went to the Workforce Office of Jody Calamine III with the Delphi information that you have and informed him that Delphi would go to the Bankruptcy Court that week. I assume that Congressman George Miller of California was informed. It has been explained to myself on many occasions by Congressmen-Congresswomen and Senators that the problem with making General Motors CEO Wagoner accountable would be the proof that he was aware of Bookkeeping errors contractual differences and setting a plan that would make the Delphi Corporation fail. In my conversation with you Audra, you stated that the FBI has the power to investigate and order subpoenas in the event that Federal persons had violated the law. I related the Martinsburg, WVA, General Motors SPO Plant hired temporary workers did not pay them for training and took Union dues from their very first paycheck. This case was worked on for several months. The Union, General Motors, Congresswoman Shelly Moore-Capito, Senator Robert Byrd and then Governor Robert Wise were made aware of the frauding of the West Virginia Employment Services. Justice was a tough road because of the objections of the National Labor Relations Board and the United States Wage and Hour Division,*

*Baltimore, Maryland. Hours of investigation proofs of illegal bookkeeping and the collusion with the Martinsburg Union and General Motors at least brought minor relief to some of the temporaries. We have all case numbers and letters to the public officials noted above.*

*In conclusion several attempts have been made to bring General Motors to JUSTICE. Money buys power but the sad situation is that the American Public has been led to believe that the Auto workers who gave BLOOD, GUTS AND TEARS and were promised health care, a pension if they worked hard and took concessions since 1984. Several requests have been made of the Media and now the Federal Agency to understand that when Delphi was spun-off, General Motors gave to them Units that were polluted and led the public to believe that American workers were making to much money while building a DYNASTY off the shores of America with the hard earned American workers DOLLAR. Retirees, myself, attorneys from Michigan and thousands of Auto Workers and Suppliers ask an immediate investigation that must start with the CEO Richard Wagoner of General Motors. We will supply several depositions and Court records at your request.*

*Anxiously awaiting your response.*

*Patricia A. Meyer*
*269-998-4609*

*Fax: 616-846-8863*
*E-Mail: bobandlornafoster@sbcglobal.net*

May 31, 2006

TO:     My FBI

FROM:   Morris Henry, U S Citizen, Taxpayer, Delphi
        Employee, and Shareholder

RE:     Request Investigation of Financial Reporting
        Compliance with Stock Exchange Regulation as
        Required by the Securities Exchange Commission (SEC)

I request that the FBI investigate both General Motors and Delphi that will show proof of a hidden agenda that compromises the integrity of the generally accepted accounting principles (GAAP).

Both companies may be guilty of tax evasion, racketeering, manipulation of funds and huge breach in law that threatens the very sanctity of our Constitution.

It is my belief that CEO's Wagoner and Miller have orchestrated this debacle with the intention to outsource American Jobs and use the UAW to further their own agenda's for power and greed. If this had happened 20 years ago it would have been called "Union Busting". The breach in the legal realm as well as negligence by professionals that believe that they are above the law must be exposed!

As I write this to you, I know of more than a dozen lawsuits pending against Delphi and related parties in regard to Delphi stock held by employees directly or indirectly through the 401 (k) plan. These lawsuits allege numerous claims of Securities Fraud and related misconduct under ERISA, Securities Law and Corporate Law. Our entire Democratic process is in jeopardy if you do not act NOW!

Respectfully,

*Morris Wayne Henry*
Morris Wayne Henry /Trustee
Coopersville Plant, Local 2151

NOTE: This was delivered to FBI Attorney Audra Jolicoeur, Washington, DC

Control No 00005039 00003301 89
In re Delphi Corporation
Securities Litigation Settlement
c/o The Garden City Group, Inc.
P.O. Box 9185
Dublin, OH 43017-4185

Batch Number: 00020
Check Number: 00003301
Claim No.: 00005039
Check Date: 08/30/2010

Morris W Henry
16998 Stanton St
West Olive MI 49460-9753

| NIX PATTERSON & ROACH, LLP<br>205 Linda Drive<br>Daingerfield, TX 75638 | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP<br>1285 Avenue of the Americas<br>New York, NY 10019 | BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 | GRANT & EISENHOFER P.A.<br>485 Lexington Avenue<br>29th Floor<br>New York, NY 10017 |
|---|---|---|---|
| | | Co-Lead Counsel | |

Dear Authorized Claimant:

The calculation of your Recognized Claim and Distribution Amount was based on the following information: (i) the amount available for distribution in each Component Net Settlement Fund; and (ii) the total Recognized Claims with respect to each such fund. By dividing the Amount Available for Distribution in a Component Net Settlement Fund by the Total Recognized Claims for that fund, the respective Proration Factors were derived. Those amounts are:

| Component Net Settlement Fund | Amount Available for Distribution | Total Recognized Claims | Proration Factor |
|---|---|---|---|
| Common Stock, 7.125% Notes due May 1, 2029, 6.5% Notes due May 1, 2009 | $74,454,773.04 | $847,206,805.13 | 8.78% |
| 6.55% Unsecured Notes due June 15, 2006 | $2,241,570.70 | $12,130,471.83 | 18.47% |
| 6.5% Unsecured Notes due August 15, 2013 | $4,510,477.62 | $60,821,198.03 | 7.41% |
| 8.25% Trust I Preferred Securities due October 15, 2033 | $6,934,289.84 | $22,358,364.38 | 31.01% |
| Adjustable Rate Trust II Preferred Securities due November 15, 2033 | $2,979,648.85 | $45,650,061.37 | 6.52% |

Your Distribution Amount for each Component Net Settlement Fund was derived by multiplying your Recognized Claim for the fund by the Proration Factor for that fund. If your Proof of Claim did not reflect transactions in a particular security, or your transactions in a security did not calculate to a Recognized Claim, "Your Recognized Claim" and "Your Distribution Amount" with respect to those Component Net Settlement Funds is "0".

Your Recognized Claim Amount and Distribution Amounts with respect to each Component Net Settlement Fund are as follows:

Common Stock, 7.125% Notes due May 1, 2029 and 6.5% Notes due May 1, 2009:
    Recognized Claim:    $13,964.61    Distribution Amount:    $1,226.66
6.55% Unsecured Notes due June 15, 2006:
    Recognized Claim:    $0.00    Distribution Amount:    $0.00
6.5% Unsecured Notes due August 15, 2013:
    Recognized Claim:    $0.00    Distribution Amount:    $0.00
8.25% Trust I Preferred Securities due October 15, 2033:
    Recognized Claim:    $0.00    Distribution Amount:    $0.00
Adjustable Rate Trust II Preferred Securities due November 15, 2033:
    Recognized Claim:    $0.00    Distribution Amount:    $0.00

Your total Distribution Amount, which is your check amount, is:    $1,226.66

Please cash this check promptly as it becomes void and subject to re-distribution if not cashed by November 28, 2010. If your current address is different from the address noted above or if you have any questions, you may contact the Claims Administrator at www.delphiclasssettlement.com, calling the toll-free number 1-800-918-0998, or by writing to: In re Delphi Corporation Securities Litigation Settlement, c/o The Garden City Group, Inc., P.O. Box 9185, Dublin, OH 43017-4185. Thank you.

| NIX PATTERSON & ROACH, LLP | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP | BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP | GRANT & EISENHOFER P.A. |
|---|---|---|---|
| 205 Linda Drive | 1285 Avenue of the Americas | 280 King of Prussia Road | 485 Lexington Avenue |
| Daingerfield, TX 75638 | New York, NY 10019 | Radnor, PA 19087 | 29th Floor |
| | | | New York, NY 10017 |

Co-Lead Counsel

August 30, 2010

Dear Claimant:

The attached check represents your share of this distribution from the Net Settlement Funds from the *In re Delphi Corporation Securities Litigation Settlement*. Your claim was calculated in accordance with the Court-approved Plan of Allocation set forth in the Notice of Proposed Settlement with Certain Defendants, Motion for Attorneys' Fees and Reimbursement Hearing (the "Notice"), which was sent to you as amended with the approval of the Court.

The Net Settlement Funds were divided into component parts, each a "Component Net Settlement Fund". The Component Net Settlement Funds and the percentage of the total Net Settlement Funds allocated to each, as set forth in Notice, are as follows:

| Component Net Settlement Fund | Percentage of Total Net Settlement Funds |
|---|---|
| Common Stock (which, per the amendment to the Plan of Allocation, also includes 7.125% Notes due May 1, 2029 and 6.5% Notes due May 1, 2009) | 81.71% |
| 6.55% Unsecured Notes due June 15, 2006 | 2.46% |
| 6.5% Unsecured Notes due August 15, 2013 | 4.95% |
| 8.25% Trust I Preferred Securities due October 15, 2033 | 7.61% |
| Adjustable Rate Trust II Preferred Securities due November 15, 2033 | 3.27% |

In order to calculate your distribution amount, the total Recognized Claims with respect to each Component Net Settlement Fund was determined and that amount was compared to the amount in the respective funds. By dividing the amount available in each Component Net Settlement Fund by the total Recognized Claims with respect to the fund, a "proration factor" was determined. The proration factor for each fund as to which you had a Recognized Claim was applied to your Recognized Claim for that fund in order to determine your distribution amount from that fund. A chart setting forth the respective amounts used in calculating your distribution amount(s) is set forth on the stub of the enclosed check.

By Order Approving Distribution Plan for the Net Settlement Funds dated July 9, 2010, if you do not agree with the calculation of your Claim, your disagreement must be made in writing, detailing the disagreement, and must be sent, postmarked no later than 30 days from the date of this letter, that is, by September 29, 2010, to: In re Delphi Corporation Securities Litigation Settlement, c/o The Garden City Group, Inc., Claims Administrator, P.O. Box 9185, Dublin, OH 43017-4185. Unless otherwise ordered by the Court, any Claimant who does not make and serve his, her or its objection in the manner described above shall be deemed to have waived all objections to the amount of his, her or its distribution.

All other inquiries and notices of address change should reference your Claim Number, be in writing only, and sent to: In re Delphi Corporation Securities Litigation Settlement, c/o The Garden City Group, Inc., Claims Administrator, P.O. Box 9185, Dublin, OH 43017-4185.

Please note, The *In re Delphi Corporation Securities Litigation* Settlement Fund is a "Qualified Settlement Fund" as defined in Treas. Reg. Section 1.468B-1 through 5. Please note that the regulations provide in part that "whether a distribution from a Qualified Settlement Fund is included in the claimant's gross income is generally determined by reference to the claim in respect of which the distribution is made and as if the distribution were made directly by the transferor." The claims upon which the *In re Delphi Corporation Securities Litigation Settlement* were based involved allegations that members of the Class were misled into purchasing Delphi Securities during the Class Period at artificially inflated prices in violation of the federal securities laws.

The tax treatment of this distribution varies based upon the recipient's tax status and treatment of his, her or its investments. Therefore, we cannot determine the appropriate tax reporting for all recipients and we cannot provide individual tax advice. The tax treatment of distributions from the Net Settlement Funds is the responsibility of each recipient. You should consult your tax advisor to determine the tax consequences, if any, of this distribution to you.

## Form 1099-R (Copy B) — 2011

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**

CORRECTED (if checked) ☐

| Field | Value |
|---|---|
| PAYER'S Federal identification number | 04-3275867 |
| RECIPIENT'S identification number | *****3081 |
| 1 Gross distribution | $3,301.20 |
| OMB No. 1545-0119 | 2011 Form 1099-R |
| 2a Taxable amount | $3,301.20 |
| 2b Taxable amount not determined | ☐ |
| Total distribution | ☐ |
| 3 Capital gain (included in box 2a) | $0.00 |
| 4 Federal Income tax withheld | $228.48 |
| 5 Employee contrib/desig Roth contrib or insurance premiums | $0.00 |
| 6 Net unrealized appreciation in employer's securities | $0.00 |
| 7 Distribution code(s) | 7 |
| IRA/SEP/SIMPLE | ☐ |
| 8 Other | $0.00   % |
| 9a Your percentage of total distribution | % |
| 9b Total employee contributions | $ |
| 10 Amount allocable to IRR within 5 years | $0.00 |
| 12 State tax withheld | $0.00 |
| 13 State/Payer's state no. | MI 043275867 |
| 14 State distribution | $ |
| Account number | 201201070345000307024 |
| 11 1st year of desig. Roth contrib. | |

PAYER'S name, street address, city, state, and ZIP code:
FIDELITY INVESTMENTS
INSTITUTIONAL OPERATIONS CO.
397 WILLIAMS STREET MC1W
MARLBOROUGH, MA  01752
DB038404-003    1-800-489-4646
GM HOURLY PENSION PLAN

RECIPIENT'S name, street address, city, state, and ZIP code:
ENV#0323670

MORRIE W HENRY
16998 STANTON ST
WEST OLIVE, MI  49460

Copy B — Report this income on your federal tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return. This information is being furnished to the Internal Revenue Service.

Form 1099-R    Department of the Treasury - Internal Revenue Service

---

## Form 1099-R (Copy C) — 2011

CORRECTED (if checked) ☐

PAYER'S Federal identification number: 04-3275867
RECIPIENT'S identification number: *****3081
1 Gross distribution: $3,301.20
OMB No. 1545-0119    2011    Form 1099-R
2a Taxable amount: $3,301.20
2b Taxable amount not determined ☐   Total distribution ☐
3 Capital gain (included in box 2a): $0.00
4 Federal Income tax withheld: $228.48
5 Employee contrib/desig Roth contrib or insurance premiums: $0.00
6 Net unrealized appreciation in employer's securities: $0.00
7 Distribution code(s): 7    IRA/SEP/SIMPLE ☐
8 Other: $0.00  %
9a Your percentage of total distribution: %
9b Total employee contributions: $
10 Amount allocable to IRR within 5 years: $0.00
12 State tax withheld: $0.00
13 State/Payer's state no.: MI 043275867
14 State distribution: $
Account number: 201201070345000307024

PAYER'S name, street address, city, state, and ZIP code:
FIDELITY INVESTMENTS
INSTITUTIONAL OPERATIONS CO.
397 WILLIAMS STREET MC1W
MARLBOROUGH, MA  01752
DB038404-003    1-800-489-4646
GM HOURLY PENSION PLAN

RECIPIENT'S:
MORRIE W HENRY
16998 STANTON ST
WEST OLIVE, MI  49460

Copy C — For Recipient's Records. This information is being furnished to the Internal Revenue Service.

(keep for your records)

Form 1099-R    Department of Treasury - Internal Revenue Service

---

## Form 1099-R (Copy 2) — 2011

CORRECTED (if checked) ☐

PAYER'S Federal identification number: 04-3275867
RECIPIENT'S identification number: *****3081
1 Gross distribution: $3,301.20
OMB No. 1545-0119    2011    Form 1099-R
2a Taxable amount: $3,301.20
2b Taxable amount not determined ☐    Total distribution ☐
3 Capital gain (included in box 2a): $0.00
4 Federal Income tax withheld: $228.48
5 Employee contrib/desig Roth contrib or insurance premiums: $0.00
6 Net unrealized appreciation in employer's securities: $0.00
7 Distribution code(s): 7    IRA/SEP/SIMPLE ☐
8 Other: $0.00  %
9a Your percentage of total distribution: %
9b Total employee contributions: $
10 Amount allocable to IRR within 5 years: $0.00
12 State tax withheld: $0.00
13 State/Payer's state no.: MI 043275867
14 State distribution: $
Account number: 201201070345000307024

PAYER'S name, street address, city, state, and ZIP code:
FIDELITY INVESTMENTS
INSTITUTIONAL OPERATIONS CO.
397 WILLIAMS STREET MC1W
MARLBOROUGH, MA  01752
DB038404-003    1-800-489-4646
GM HOURLY PENSION PLAN

RECIPIENT'S:
MORRIE W HENRY
16998 STANTON ST
WEST OLIVE, MI  49460

Copy 2 — File this copy with your state, city, or local income tax return, when required.

Form 1099-R    Department of Treasury - Internal Revenue Service

In re Delphi Corporation
Securities Litigation Settlement
c/o The Garden City Group, Inc.
P.O. Box 9185
Dublin, OH 43017-4185

Valley National Bank
in cooperation with BNY Mellon
Pittsburgh PA

No. 60-160/433
00003301
Date 08/30/2010

One Thousand Two Hundred Twenty Six Dollars and 66 Cents

************$1,226.66

Pay To The Order Of:
MORRIS W HENRY
16998 STANTON ST
WEST OLIVE MI 49460

CASH PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION
IF NOT CASHED BY NOVEMBER 28, 2010

AUTHORIZED SIGNATURE

⑈00003301⑈ ⑆043301601⑆ ⑈9010030⑈

NeVer CAsHed

## Copy B — 1099-R (2011)

| Field | Value |
|---|---|
| PAYER'S Federal identification number | 04-6568107 |
| RECIPIENT'S identification number | *****3081 |
| 1 Gross distribution | $555.41 |
| OMB No. | 1545-0119 |
| PAYER'S name, street address, city, state, and ZIP code | FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS CO. 82 DEVONSHIRE STREET KW1C BOSTON, MA 02109 29000 DELPHI AUTOMOTIVE SYSTEMS |
| 2a Taxable amount | $555.41 |
| 2b Taxable amount not determined | |
| Total distribution | X |
| 3 Capital gain (included in box 2a) | $0.00 |
| 4 Federal income tax withheld | $111.08 |
| RECIPIENT'S name, street address | ENV#0761116 MORRIE W HENRY 16998 STANTON ST WEST OLIVE, MI 49460-9753 |
| 5 Employee contrib/desig Roth contrib or insurance premiums | $0.00 |
| 6 Net unrealized appreciation in employer's securities | $0.00 |
| 7 Distribution code(s) | 7 |
| IRA/SEP/SIMPLE | |
| 8 Other | $0.00 |
| 9a Your percentage of total distribution | % |
| 9b Total employee contributions | $ |
| 10 Amount allocable to IRR within 5 years | $0.00 |
| 12 State tax withheld | $0.00 |
| 13 State/Payer's state no. | MI 046568107 |
| 14 State distribution | $ |
| Account number | 20120107064001447479 |
| 11 1st year of desig. Roth contrib. | |

Copy B — Report this income on your federal tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return. This information is being furnished to the Internal Revenue Service.

Form 1099-R — Department of the Treasury - Internal Revenue Service

## Copy C — 1099-R (2011)

CORRECTED (if checked) ☐

| Field | Value |
|---|---|
| PAYER'S Federal identification number | 04-6568107 |
| RECIPIENT'S identification number | *****3081 |
| 1 Gross distribution | $555.41 |
| OMB No. | 1545-0119 |
| PAYER'S name, street address, city, state, and ZIP code | FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS CO. 82 DEVONSHIRE STREET KW1C BOSTON, MA 02109 29000 DELPHI AUTOMOTIVE SYSTEMS |
| 2a Taxable amount | $555.41 |
| 2b Taxable amount not determined | |
| Total distribution | X |
| 3 Capital gain (included in box 2a) | $0.00 |
| 4 Federal income tax withheld | $111.08 |
| RECIPIENT'S name, street address | MORRIE W HENRY 16998 STANTON ST WEST OLIVE, MI 49460-9753 |
| 5 Employee contrib/desig Roth contrib or insurance premiums | $0.00 |
| 6 Net unrealized appreciation in employer's securities | $0.00 |
| 7 Distribution code(s) | 7 |
| IRA/SEP/SIMPLE | |
| 8 Other | $0.00 |
| 9a Your percentage of total distribution | % |
| 9b Total employee contributions | $ |
| 10 Amount allocable to IRR within 5 years | $0.00 |
| 12 State tax withheld | $0.00 |
| 13 State/Payer's state no. | MI 046568107 |
| 14 State distribution | $ |
| Account number | 20120107064001447479 |

Copy C — For Recipient's Records. This information is being furnished to the Internal Revenue Service.

Form 1099-R — (keep for your records) — Department of Treasury - Internal Revenue Service

## Copy 2 — 1099-R (2011)

CORRECTED (if checked) ☐

| Field | Value |
|---|---|
| PAYER'S Federal identification number | 04-6568107 |
| RECIPIENT'S identification number | *****3081 |
| 1 Gross distribution | $555.41 |
| OMB No. | 1545-0119 |
| PAYER'S name, street address, city, state, and ZIP code | FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS CO. 82 DEVONSHIRE STREET KW1C BOSTON, MA 02109 29000 DELPHI AUTOMOTIVE SYSTEMS |
| 2a Taxable amount | $555.41 |
| 2b Taxable amount not determined | |
| Total distribution | X |
| 3 Capital gain (included in box 2a) | $0.00 |
| 4 Federal income tax withheld | $111.08 |
| RECIPIENT'S name, street address | MORRIE W HENRY 16998 STANTON ST WEST OLIVE, MI 49460-9753 |
| 5 Employee contrib/desig Roth contrib or insurance premiums | $0.00 |
| 6 Net unrealized appreciation in employer's securities | $0.00 |
| 7 Distribution code(s) | 7 |
| IRA/SEP/SIMPLE | |
| 8 Other | $0.00 |
| 9a Your percentage of total distribution | % |
| 9b Total employee contributions | $ |
| 10 Amount allocable to IRR within 5 years | $0.00 |
| 12 State tax withheld | $0.00 |
| 13 State/Payer's state no. | MI 046568107 |
| 14 State distribution | $ |
| Account number | 20120107064001447479 |

Copy 2 — File this copy with your state, city, or local income tax return, when required.

Form 1099-R — Department of Treasury - Internal Revenue Service