**Hearing Date: February 16, 2012**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                              :
  In re                                                       :   Chapter 11
                                                              :
DPH HOLDINGS CORP., et al.,                                   :   Case No. 05-44481 (RDD)
                                                              :
                    Reorganized Debtors.                      :   (Jointly Administered)
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PROPOSED FIFTY-SECOND CLAIMS HEARING AGENDA

Location Of Hearing:   United States Bankruptcy Court for the Southern District of New York,
                       300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Fifty-Second Claims Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (1 Matter)

    C.    Uncontested, Agreed, Or Settled Matters (2 Matters)

    D.    Contested Matters (None)

**A.    Introduction**

**B.    Continued Or Adjourned Matters**

    1.    **"Claims Objection Hearing Regarding Claims of Ohio Bureau of Workers' Compensation"** - Claims Objection Hearing Regarding Claims of Ohio Bureau of Workers' Compensation as Objected to on the Debtors' Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension And OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claims, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) State Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 17182)

        *Responses filed:*    *Ohio Bureau Of Workers' Compensation's Response To Debtors' Thirty-Fourth Omnibus Objection To Claims (Docket No. 18346)*

        *Replies filed:*    *Debtors' Omnibus Reply In Support Of Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension And OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claim, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) State Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 18569)*

|               |                                                                                                                                                                                                                                                                                                                                                                                                                                  |
|---------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Debtors Objection To Proofs Of Claim Nos. 1294 And 1301 (Ohio Bureau Of Workers' Compensation) (Docket No. 19687)* |
|               | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proofs Of Claim Numbers 1294 And 1301 (Ohio Bureau Of Workers' Compensation) (Docket No. 19720)* |
|               | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 19864)* |
|               | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20509)* |
|               | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20549)* |
|               | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20693)* |
|               | *(I) Notice Of Adjournment Of Evidentiary Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation And (II) Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1294 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20803)* |
|               | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21117)* |
|               | *Order Denying Motion Of Ohio Bureau Of Workers' Compensation To (I) Deem Claim Timely Filed, Or, Alternatively, (II) Authorize The Amendment Of Claim, Or (III) Permit Late Filed Claim (Docket No. 21147)* |

3

        *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21207)*

        *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21359)*

        *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21567)*

        *Notice Of Change Of Time Of Seventy-Second Omnibus Hearing And Fiftieth Claims Hearing (Docket No. 21690)*

        *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21707)*

        *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21824)*

        *Proof Of Claim No. 1301*

*Status:*    *The hearing with respect to proof of claim number 1301 has been adjourned to the June 14, 2012 claims hearing pursuant to the Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21824).*

    C.    **Uncontested, Agreed, Or Settled Matters**

        2.    **"Claims Objection Hearing Regarding Claim of U.S. Department of Health and Human Services"** - Claims Objection Hearing Regarding Claim of U.S. Department of Health and Human Services as Objected to on the Debtors' Twenty-Third Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (A) Duplicate Claim, (B) Certain Equity Claims, (C) Insufficiently Documented Claim, (D) Certain Claims Not Reflected On Debtors' Books And Records, And (E) Certain Claims Subject To Modification, Modified Claims Asserting Reclamation, Claim Subject To Modification That Is Subject To

        Prior Order, And Modified Claim Asserting Reclamation That Is Subject To Prior Order (Docket No. 10982)

|  |  |
|---|---|
| *Responses filed:* | *United States Of America's Response To Debtors' Objection To The Claim Of The Department Of Health And Human Services (Docket No. 11442)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Twenty-Third Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (A) Duplicate Claim, (B) Certain Equity Claims, (C) Insufficiently Documented Claim, (D) Certain Claims Not Reflected On Debtors' Books And Records, And (E) Certain Claims Subject To Modification, Modified Claims Asserting Reclamation, Claim Subject To Modification That Is Subject To Prior Order, And Modified Claim Asserting Reclamation That Is Subject To Prior Order (Docket No. 11542)* |
|  | *Reorganized Debtors' Supplemental Reply with Respect to Proof of Claim Number 2578 (Docket No. 21784)* |
| *Related filings:* | *Notice of Sufficiency Hearing with Respect to Debtors' Objection to Proof of Claim Number 2578 (Docket No. 21762)* |
|  | *Notice Of Rescheduling Of Seventy-Fourth Omnibus Hearing And Fifty-Second Claims Hearing (Docket No. 21800)* |
|  | *Proof Of Claim Number 2578* |
|  | *Joint Stipulation And Agreed Order Between Reorganized Debtors And United States Department Of Health And Human Services Allowing Proof Of Claim Number 2578 (Docket No. 21806)* |
| *Status:* | *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors And United States Department Of Health And Human Services Allowing Proof Of Claim Number 2578 (Docket No. 21806).* |

3.    **"Claims Objection Hearing Regarding Claim of U.S. Customs and Border Patrol"** - Claims Objection Hearing Regarding Claim of U.S. Customs and Border Patrol as Objected to on the Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503 (b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims,

(F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19711)

*Responses filed:*    *Response Of The United States Of America To Reorganized Debtors' Objection To The Administrative Expense Claims Of United States Customs And Border Protection (Claim Nos. 19275 And 19276) (Docket No. 19867)*

*Replies filed:*    *Reorganized Debtors' Omnibus Reply In Support Of Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503 (b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19903)*

*Reorganized Debtors' Supplemental Reply with Respect to Proof of Administrative Expense Claim Number 19276 (Docket No. 21783)*

*Related filings:*    *Notice of Sufficiency Hearing with Respect to Reorganized Debtors' Objection to Proof of Administrative Expense Claim Number 19276 (Docket No. 21763)*

*Notice Of Rescheduling Of Seventy-Fourth Omnibus Hearing And Fifty-Second Claims Hearing (Docket No. 21800)*

*Proof of Administrative Expense Claim Number 19276*

*Joint Stipulation And Agreed Order Between Reorganized Debtors And United States Customs And Border Protection Withdrawing Proof Of Administrative Expense Claim Number 19276 (Docket No. 21805)*

   *Status:*   *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors And United States Customs And Border Protection Withdrawing Proof Of Administrative Expense Claim Number 19276 (Docket No. 21805).*

**D. Contested Matters**

  *None.*

Dated: New York, New York
    February 15, 2012

          SKADDEN, ARPS, SLATE, MEAGHER
           & FLOM LLP

         By: /s/ Ron E. Meisler
           John Wm. Butler, Jr.
           John K. Lyons
           Albert L. Hogan III
           Ron E. Meisler

         155 North Wacker Drive
         Chicago, Illinois 60606
         (312) 407-0700

           - and -

         Four Times Square
         New York, New York 10036
         (212) 735-3000

        Attorneys for DPH Holdings Corp., et al.,
         Reorganized Debtors