**Exhibit 1**
*Adversary Proceedings Subject to Procedures Order (By Case No.)*

07-02124
07-02077
07-02138
07-02227
07-02077
07-02124
07-02259
07-02270
07-02280
07-02288
07-02131
07-02238
07-02257
07-02217
07-02260
07-02098
07-02214
07-02234
07-02236
07-02220
07-02272
07-02309
07-02358
07-02302
07-02374
07-02442
07-02445
07-02475
07-02322
07-02720
07-02745
07-02758
07-02416
07-02432
07-02457
07-02477
07-02489
07-02527
07-02540

07-02543
07-02562
07-02563
07-02572
07-02580
07-02339
07-02385
07-02690
07-02804
07-02694
07-02742
07-02744
07-02639
07-02649
07-02650
07-02652
07-02654
07-02661
07-02668
07-02523
07-02551
07-02553
07-02554
07-02597
07-02602
07-02606
07-02712

**Exhibit 2**

*Adversary Proceedings Subject to Rule 15/Rule 4(m) Hearings (By Case No.)*

07-02259
07-02270
07-02217
07-02098
07-02236
07-02358
07-02302
07-02442
07-02445
07-02475
07-02322
07-02758
07-02416
07-02432
07-02477
07-02489
07-02540
07-02563
07-02572
07-02580
07-02385
07-02690
07-02742
07-02744
07-02639
07-02649
07-02654
07-02661
07-02668
07-02523
07-02551
07-02597
07-02606

**Exhibit 3**

*Rule 15/Rule 4(m) Hearing Defendants' Counsel*

| Adv. Proc. No. | Rule 15/Rule 4(m) Hearing Defendant | Rule 15/Rule 4(m) Hearing Defendant's Counsel |
|---|---|---|
| 07-02259 | Blair Strip Steel Co. Inc. | Nathan A. Wheatley<br>Jean Robertson<br>CALFEE, HALTER & GRISWOLD LLP<br>The Calfee Building<br>1405 East Sixth Street<br>Cleveland, Ohio 44114<br>Phone: (216) 622-8200<br>Fax: (216) 241-0816<br>nwheatley@calfee.com<br>jrobertson@calfee.com |
| 07-02270 | Castrol, Castrol Industrial, and Unifrax Corp. | Gilbert R. Saydah Jr.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, New York 10178<br>Phone:  (212) 808-7612<br>Fax:  (212) 808-7897<br>gsaydah@kelleydrye.com<br>Counsel for Castrol and Castrol Industrial<br><br>James C. Thoman<br>Hodgson Russ LLP<br>The Guaranty Building<br>140 Pearl Street<br>Buffalo, New York 14202-4040<br>United States of America<br>Phone:  (716) 848-1361<br>Fax:  (716) 819-4614<br>jthoman@hodgsonruss.com<br>Counsel for Unifrax Corp. |

| Adv. Proc. No. | Rule 15/Rule 4(m) Hearing Defendant | Rule 15/Rule 4(m) Hearing Defendant's Counsel |
|---|---|---|
| 07-02217 | D & S Machine Products, Inc. | Michael B. O'Neal<br>Warner Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon Street, NW<br>Grand Rapids, Michigan 49503-2487<br>Phone: (616) 752-2000<br>Fax: (616) 222-2500<br>moneal@wnj.com |
| 07-02236 | DSSI, et al. | C. R. Bowles<br>Bingham Greenebaum Doll<br>3500 National City Tower<br>101 South Fifth Street<br>Louisville, Kentucky 40202<br>Phone: (502) 589-4200<br>Fax: (502) 540-2274<br>crb@gdm.com<br><br>Richard M. Meth<br>Fox Rothschild LLP<br>75 Eisenhower Parkway, Suite 200<br>Roseland, New Jersey 07068<br>Phone: (973) 994-7515<br>Fax: (973) 992-9125<br>rmeth@foxrothschild.com |
| 07-02358 | Fernandez Racing, LLC | Lawrence Morrison, Esq.<br>MEISTER SEELIG & FEIN LLP<br>2 Grand Central Tower<br>140 East 45th Street, 19th Floor<br>New York, New York 10017<br>Phone: (212) 655-3500<br>Fax: (212) 655-3535<br>lmorrison@lfm-law.com |

| Adv. Proc. No. | Rule 15/Rule 4(m) Hearing Defendant | Rule 15/Rule 4(m) Hearing Defendant's Counsel |
|---|---|---|
| 07-02302 | Florida Production Engineering Inc., et al. | John B. Persiani<br>Seth Schwartz<br>Dinsmore & Shohl LLP<br>255 East Fifth Street<br>Suite 1900<br>Cincinnati, Ohio 45202<br>Phone: (513) 977-8371<br>Fax: (513) 977-8141<br>john.persiani@dinsmore.com<br>seth.schwartz@dinsmore.com |
| 07-02442 | Heraeus Metals Processing | William M. Barron<br>Epstein Becker Green<br>250 Park Avenue<br>New York, New York 10177<br>Phone:  (212) 351-4602<br>Fax:  (212) 878-8600<br>wbarron@ebglaw.com |
| 07-02445 | Heraeus Precious Metals | William M. Barron<br>Epstein Becker Green<br>250 Park Avenue<br>New York, New York 10177<br>Phone:  (212) 351-4602<br>Fax:  (212) 878-8600<br>wbarron@ebglaw.com |
| 07-02475 | HSS | Dennis M. Haley<br>Winegarden Haley Lindholm & Robertson PLC<br>G-9460 S. Saginaw Street, Ste A<br>Grand Blanc Michigan 48439<br>Phone:  (810) 579-3600<br>Fax:  (810) 579-1748<br>dhaley@winegarden-law.com |

| Adv. Proc. No. | Rule 15/Rule 4(m) Hearing Defendant | Rule 15/Rule 4(m) Hearing Defendant's Counsel |
|---|---|---|
| 07-02322 | Jamestown Container | Beverley S. Braun<br>Jaeckle Fleischmann & Mugel, LLP<br>Avant Building - Suite 900<br>200 Delaware Avenue<br>Buffalo, New York 14202-2107<br>Phone:  (716) 843-3900<br>Fax: (716) 856-0432<br>bbraun@jaeckle.com |
| 07-02758 | Magnesium Elektron | Jerrold S. Kulback<br>Archer & Greiner, P.C.<br>One Centennial Square<br>Haddonfield, New Jersey 08033<br>Phone:  (856) 616-2684<br>Fax:  (856) 673-7163<br>jkulback@archerlaw.com<br><br>Jennifer L. Dering<br>Archer & Greiner, P.C.<br>One Centennial Square<br>Haddonfield, New Jersey 08033<br>Phone:  (856) 673-3918<br>Fax:  (856) 673-7048<br>jdering@archerlaw.com |
| 07-02416 | Merrill Tool & Machine | Corey D. Grandmaison<br>Braun Kendrick Finkbeiner P.L.C.<br>4301 Fashion Square Blvd.<br>Saginaw, Michigan 48603<br>Phone:  (989) 498-2256 Ext. 510<br>Fax: (989) 799-4666<br>corgra@bkf-law.com |
| 07-02432 | Methode Electronics Inc. | Shalom Jacob<br>Zachary D. Silbersher<br>Locke Lord LLP<br>3 World Financial Center<br>New York, New York 10281<br>Phone:  (212) 415-8618<br>Fax:  (212) 303-2754<br>sjacob@lockelord.com<br>zsilbersher@lockelord.com |

| Adv. Proc. No. | Rule 15/Rule 4(m) Hearing Defendant | Rule 15/Rule 4(m) Hearing Defendant's Counsel |
|---|---|---|
| 07-02477 | Monroe Inc. | Robert D. Wolford<br>Miller Johnson<br>250 Monroe Avenue, N.W.<br>Suite 800<br>Grand Rapids, Michigan 49501-0306<br>Phone: (616) 831-1700<br>Fax: (616) 988-1726<br>wolfordr@millerjohnson.com |
| 07-02489 | Mubea | Michael B. O'Neal<br>Warner Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon Street, NW<br>Grand Rapids, Michigan 49503-2487<br>Phone: (616) 752-2000<br>Fax: (616) 222-2500<br>moneal@wnj.com |
| 07-02540 | Owens Corning | H. Buswell Roberts, Jr.<br>2001 South Main Street<br>Suite 206-A<br>Blacksburg, Virginia 24060<br>Phone: (540) 951-8320<br>Fax: (540) 951-8357<br>hbroberts@live.com |
| 07-02563 | Park Ohio Industries | Nathan A. Wheatley<br>James M. Lawniczak<br>CALFEE, HALTER & GRISWOLD LLP<br>The Calfee Building<br>1405 East Sixth Street<br>Cleveland, Ohio 44114<br>Phone: (216) 622-8200<br>Fax: (216) 241-0816<br>nwheatley@calfee.com<br>jlawniczak@calfee.com |

| Adv. Proc. No. | Rule 15/Rule 4(m) Hearing Defendant | Rule 15/Rule 4(m) Hearing Defendant's Counsel |
|---|---|---|
| 07-02572 | PBR Columbia LLC | Michael B. O'Neal<br>Warner Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon Street, NW<br>Grand Rapids, Michigan 49503-2487<br>Phone:  (616) 752-2000<br>Fax:  (616) 222-2500<br>moneal@wnj.com |
| 07-02580 | Philips Semiconductor | Robert N. Michaelson<br>The Michaelson Law Firm<br>11 Broadway, Suite 615<br>New York, New York 10004<br>Phone:  (212) 604-0685<br>Fax:  (800) 364-1291<br>rnm@michaelsonlawfirm.com |
| 07-02385 | Pontiac Coil Inc. | James E. DeLine<br>Kerr, Russell and Weber, PLC<br>500 Woodward Avenue, Suite 2500<br>Detroit, Michigan  48226<br>Phone: (313) 961-0200<br>Fax: (313) 961-0388<br>jed@krwlaw.com<br><br>P. Warren Hunt<br>Kerr, Russell and Weber, PLC<br>500 Woodward Avenue, Suite 2500<br>Detroit, Michigan  48226<br>Phone: (313) 961-0200<br>Fax: (313) 961-0388<br>pwh@krwlaw.com |

| Adv. Proc. No. | Rule 15/Rule 4(m) Hearing Defendant | Rule 15/Rule 4(m) Hearing Defendant's Counsel |
|---|---|---|
| 07-02690 | Pro Tech Machine | Rozanne M. Giunta<br>Susan M. Cook<br>Adam D. Bruski<br>LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.<br>916 Washington Ave, Suite 309<br>PO Box 835<br>Bay City, Michigan 48707<br>Phone:  (989) 893-3518<br>Fax:  (989) 894-2232<br>rgiunta@lambertleser.com<br>scook@lambertleser.com<br>abruski@lambertleser.com |
| 07-02742 | Republic | Douglas L. Lutz<br>Frost Brown Todd LLC<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, Ohio 45202<br>Phone:  (513) 651-6800<br>Fax:  (513) 651-6981<br>dlutz@fbtlaw.com |
| 07-02744 | Republic Engineered Products | Douglas L. Lutz<br>Frost Brown Todd LLC<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, Ohio 45202<br>Phone:  (513) 651-6800<br>Fax:  (513) 651-6981<br>dlutz@fbtlaw.com |
| 07-02639 | Spartech Polycom | Christopher J. Lawhorn<br>BRYAN CAVE LLP<br>200 North Broadway, Suite 3600<br>St. Louis, Missouri 63102<br>Phone: (314) 259-2000<br>Fax: (314) 259-2020<br>cjlawhorn@bryancave.com |

| Adv. Proc. No. | Rule 15/Rule 4(m) Hearing Defendant | Rule 15/Rule 4(m) Hearing Defendant's Counsel |
|---|---|---|
| 07-02649 | Stapla Ultrasonics | Patrick B. Howell<br>Michael E. Gosman<br>WHYTE HIRSCHBOECK DUDEK S.C.<br>555 East Wells Street, Suite 1900<br>Milwaukee, Wisconsin 53202-3819<br>Phone: (414) 273-2100<br>Fax: (414) 223-5000<br>phowell@whdlaw.com<br>mgosman@whdlaw.com |
| 07-02654 | Stephenson & Sons Roofing | Rozanne M. Giunta<br>Susan M. Cook<br>Adam D. Bruski<br>LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.<br>916 Washington Ave, Suite 309<br>PO Box 835<br>Bay City, Michigan 48707<br>Phone:  (989) 893-3518<br>Fax:  989-894-2232<br>rgiunta@lambertleser.com<br>scook@lambertleser.com<br>abruski@lambertleser.com |
| 07-02661 | Summit Polymers Inc. | Bryan R. Walters<br>Varnum<br>333 Bridge Street NW<br>Grand Rapids, Michigan 49504<br>Phone: (616) 336-6865<br>Fax:  (616) 336-7000<br>brwalters@varnumlaw.com |
| 07-02668 | Tata America Int'l Corp. | Gilbert R. Saydah Jr.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, New York 10178<br>Phone:  (212) 808-7612<br>Fax:  (212) 808-7897<br>gsaydah@kelleydrye.com |

| Adv. Proc. No. | Rule 15/Rule 4(m) Hearing Defendant | Rule 15/Rule 4(m) Hearing Defendant's Counsel |
|---|---|---|
| 07-02523 | UVA Machine Company | Robert F. Brown<br>Rendigs, Fry, Kiely & Dennis<br>1 W. Fourth Street, Suite 900<br>Cincinnati, Ohio 45202<br>Phone: (513) 381-9360<br>Fax: (513) 381-9206<br>rbrown@rendigs.com |
| 07-02551 | Victory Packaging, et al. | Ira L. Herman<br>THOMPSON & KNIGHT LLP<br>900 Third Avenue, 20th Floor<br>New York, New York 10022<br>Phone: (212) 751-3001<br>Fax: (212) 751-3113<br>Ira.herman@tklaw.com |
| 07-02597 | Wells Fargo Business, et al. | Jeffrey A. Wurst<br>Michael T. Rozea<br>Ruskin Moscou Faltischek, P.C.<br>East Tower, 15th Floor<br>1425 RXR Plaza<br>Uniondale, New York 11556<br>Phone: (516) 663-6535<br>Fax: (516) 663-6735<br>jwurst@rmfpc.com<br>mrozea@rmfpc.com |
| 07-02606 | Williams Advanced Materials EF | Nathan A. Wheatley<br>Jean Robertson<br>CALFEE, HALTER & GRISWOLD LLP<br>The Calfee Building<br>1405 East Sixth Street<br>Cleveland, Ohio 44114<br>Phone: (216) 622-8200<br>Fax: (216) 241-0816<br>nwheatley@calfee.com<br>jrobertson@calfee.com |

**Exhibit 4**
*Merits Trial Defendants' Counsel*

| Adv. Proc. No. | Merits Trial Defendant | Merits Trial Defendant's Counsel |
| --- | --- | --- |
| 07-02288 | Caretools | Jeffrey D. Vanacore<br>Perkins Coie LLP<br>30 Rockefeller Plaza<br>25th Floor<br>New York, New York 10112<br>Phone:  (212) 262-6912<br>Fax:  (212) 977-1642<br>jvanacore@perkinscoie.com |
| 07-02131 | Century Services, Inc. | Harvey Chaiton<br>Chaitons LLP<br>5000 Yonge Street<br>10th Floor<br>Toronto, Canada, M2N 7E9<br>Phone:  (416) 218-1762<br>Fax:  (416) 218-1849<br>Harvey@chaitons.com |
| 07-02214 | Dove Equipment Co., Inc. | Melissa A. Pena<br>Norris, McLaughlin & Marcus, PA<br>875 Third Ave.<br>8th Floor<br>New York, New York 10022<br>Phone:  (917) 369-8847<br>Fax: (212) 808-0844<br>mapena@nmmlaw.com<br><br>William R. Kohlhase<br>Miller, Hall & Triggs LLC<br>416 Main Street, Suite 1125<br>Peoria, Illinois 61602-1161<br>Phone:  (309) 671-9600<br>Fax:  (309) 671-9616<br>William.kohlhase@mhtlaw.com |

| Adv. Proc. No. | Merits Trial Defendant | Merits Trial Defendant's Counsel |
|---|---|---|
| 07-02234 | Dr. Schneider Automotive Systems, Inc. | Eric D. Carlson<br>Miller Canfield<br>150 West Jefferson<br>Suite 2500<br>Detroit, Michigan  48226<br>Phone:  (313) 496-7567<br>Fax:  (313) 496-8452<br>Carlson@millercanfield.com |
| 07-02220 | Duraswitch Industries, Inc. | Mark R. Sokolowski, Past treasurer and Secretary<br>InPlay Technologies, Inc.<br>(aka: Duraswitch Industries, Inc.)<br>PO Box 28936<br>Scottsdale, Arizona  85255<br>mark@inplaytechnologies.com |
| 07-02272 | Elkhart Products Corp. | Sharon M. Beausoleil<br>Fulbright & Jaworski L.L.P.<br>Fulbright Tower<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010-3095<br>Phone:  (713) 651-5381<br>Fax:  (713) 651-5246<br>sbeausoleil@fulbright.com |
| 07-02309 | Equis Corporation | Michael Dal Lago<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, New York 10022-4784<br>Phone:  (212) 735-8757<br>Fax:  (212) 735-8706<br>mdallago@morrisoncohen.com<br><br>Nicholas J. Nesgos<br>Posternak Blankstein & Lund LLP<br>The Prudential Tower 800 Boylston Street<br>Boston, Massachusetts 02199<br>Phone:  (617) 973-6168<br>Fax:  (617) 367-2315<br>nnesgos@pbl.com |

| Adv. Proc. No. | Merits Trial Defendant | Merits Trial Defendant's Counsel |
|---|---|---|
| 07-02374 | William Hague Company | Bruce Weiner<br>Rosenberg, Musso & Weiner, LLP<br>26 Court St, Suite 2211<br>Brooklyn, New York 11242-1125<br>Phone:  (718) 855-6840<br>Fax:  (718) 625-1966<br>rmwlaw@att.net |
| 07-02527 | ND AMC LLC | Dan E. Bylenga, Jr.<br>Rhoades McKee<br>161 Ottawa Avenue NW<br>600 Waters Building<br>Grand Rapids, Michigan 49503<br>Phone:  (616) 233-5161<br>Fax:  (616) 459-5102<br>debyleng@rhoadesmckee.com |
| 07-02562 | Park Enterprises | Kenneth S. Yudell, Esq.<br>Aronauer, Re & Yudell, LLP<br>444 Madison Avenue<br>New York, New York 10022<br>Phone:  (212) 755-6000<br>Fax:  (212) 755-6006<br>kyudell@aryllp.com |
| 07-02339 | Polar Oil & Chemical Inc. | Chad D. Hansen<br>Bricker & Eckler LLP<br>9277 Centre Pointe Drive<br>Suite 100<br>West Chester, Ohio 45069<br>Phone:  (513) 870-6695<br>Fax:  (513) 870-6699<br>chanson@bricker.com |
| 07-02804 | Product Action Int'l, Inc., f/d/b/a Product Action International | Whitney L. Mosby<br>Thomas C. Scherer<br>Bingham Greenebaum Doll<br>10 West Market Street, #2700<br>Indianapolis, Indiana 46204-2982<br>Phone:  (317) 635-8900<br>Fax:  (317) 236-9907<br>wmosby@binghammchale.com<br>tscherer@binghammchale.com |

| Adv. Proc. No. | Merits Trial Defendant | Merits Trial Defendant's Counsel |
| --- | --- | --- |
| 07-02650 | Starbrook Industries Inc. | Rex Huffman<br>Spitler, Huffman LLP<br>131 East Court Street<br>Bowling Green, Ohio 43402-2495<br>Phone:  (419) 352-2535<br>Fax:  (419) 353-8728<br>rhuffman@spitlerhuffmanlaw.com |
| 07-02652 | Steere Enterprises Inc. | Marc B. Merklin<br>Kate Bradley<br>John P. Hickey<br>Brouse McDowell, L.P.A.<br>388 S. Main St., Suite 500<br>Akron, Ohio 44311<br>Phone:  (330) 535-5711, exts. 203, 384, and 237 (respectively)<br>Fax:  (330) 253-8601<br>mmerklin@brouse.com<br>kbradley@brouse.com<br>jhickey@brouse.com |
| 07-02602 | Westwood & Associates/NANYA, Westwood Associates, Inc., and Westwood c/o NANYA | Louis J. Testa<br>Douglas S. Skalka<br>Neubert, Pepe & Monteith, P.C.<br>195 Church Street<br>New Haven, Connecticut 06510<br>Phone:  (203) 821-2000<br>Fax: (203) 821-2009<br>ltesta@npmlaw.com<br>dskalka@npmlaw.com |
| 07-02712 | Kostal | Eric D. Carlson<br>Miller Canfield<br>150 West Jefferson<br>Suite 2500<br>Detroit, Michigan 48226<br>Phone:  (313) 496-7567<br>Fax:  (313) 496-8452<br>Carlson@millercanfield.com |

**Exhibit 5**

*Adversary Proceedings Subject to Default Hearings (By Case No.)*

07-02720 (As to Laneko Engineering Co. only)
07-02138
07-02227
07-02280
07-02257
07-02260
07-02457
07-02543
07-02553
07-02554
07-02077
07-02124
07-02745
07-02694
07-02238

**Exhibit 6**

BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, Michigan 48226
Cynthia J. Haffey
Thomas Radom
Bruce L. Sendek
David J. DeVine
Telephone: (313) 225-7000
Facsimile: (313) 225-7080

380 Madison Avenue
New York, New York 10017
Telephone:  (212) 818-1110
Facsimile:  (212) 818-0494
*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
            In re                         :    Chapter 11
                                          :
DPH HOLDINGS CORP., et al.,               :    Case No. 05-44481 (RDD)
                                          :
                                          :    (Jointly Administered)
            Reorganized Debtors.          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

NOTICE OF DEFAULT HEARING WITH RESPECT TO
ADVERSARY PROCEEDING NUMBER _____

PLEASE TAKE NOTICE that on ____, DPH Holdings Corp. and certain of its affiliated reorganized debtors (the "Reorganized Debtors"), formerly known as Delphi Corporation and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases (f/k/a In re Delphi Corporation, et al.) (collectively, the "Debtors") commenced an adversary proceeding (the "Adversary Proceeding") by filing a complaint ("the Complaint") to avoid and recover certain amounts (the "Transfers") from _____ (the "Defendant").

PLEASE TAKE FURTHER NOTICE that on [●], the Reorganized Debtors served the Complaint on the Defendant by [●].

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by the United States Bankruptcy Court for the Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

PLEASE TAKE FURTHER NOTICE that on September 7, 2010, the Reorganized Debtors filed their Motion For Leave To File Amended Complaints (Docket No. 21575) (the "Motion to Amend").

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11 U.S.C. §§ 105(d), 544, 547, And 548 And Fed. R. Bankr. P. 7016 Establishing (I) Dates For Hearings Regarding Adversary Proceedings And (II) Notices And Procedures Governing Adversary Proceedings (Docket No. __) (the "Order"), a hearing to address whether default judgment should be entered against the Defendant (the "Default Hearing") is hereby scheduled

for _____ in the United States Bankruptcy Court for the Southern District of New York,

300 Quarropas Street, Room 118, White Plains, New York 10601-4140.

PLEASE TAKE FURTHER NOTICE that the Default Hearing will proceed in

accordance with the procedures provided in the Order, unless such procedures are modified in

accordance with Paragraph 3(m) thereof. Please review the Order carefully because failure to

comply with the procedures provided in the Order (or as modified pursuant to Paragraph 3(m))

will result in a default judgment entered against the Defendant. A Copy of the Order is attached

hereto for your convenience.


Dated: _____

                                        Respectfully submitted,

                                        **BUTZEL LONG,**
                                        a professional corporation

                                        By: _____
                                            Cynthia J. Haffey
                                            Bruce L. Sendek
                                            Thomas B. Radom
                                            David J. DeVine
                                        150 W. Jefferson, Suite 100
                                        Detroit, Michigan 48226
                                        haffey@butzel.com

                                        380 Madison Avenue
                                        New York, New York 10017

**Exhibit 7**

BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, Michigan 48226
Cynthia J. Haffey
Thomas Radom
Bruce L. Sendek
David J. DeVine
Telephone: (313) 225-7000
Facsimile: (313) 225-7080

380 Madison Avenue
New York, New York 10017
Telephone:  (212) 818-1110
Facsimile:  (212) 818-0494
*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                        :
In re                         :   Chapter 11
                         :
DPH HOLDINGS CORP., et al.,   :   Case No. 05-44481 (RDD)
                         :
                         :   (Jointly Administered)
                         :
           Reorganized Debtors.   :
                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

NOTICE OF RULE 15/RULE 4(M) HEARING WITH RESPECT TO
ADVERSARY PROCEEDING NUMBER _____

PLEASE TAKE NOTICE that on _____, DPH Holdings Corp. and certain of its affiliated reorganized debtors (the "Reorganized Debtors"), formerly known as Delphi Corporation and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases (f/k/a In re Delphi Corporation, et al.) (collectively, the "Debtors") commenced an adversary proceeding (the "Adversary Proceeding") by filing a complaint ("the Complaint") to avoid and recover certain amounts (the "Transfers") from _____ (the "Defendant").

PLEASE TAKE FURTHER NOTICE that on [●], the Reorganized Debtors served the Complaint on the Defendant by [●].

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by the United States Bankruptcy Court for the Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

PLEASE TAKE FURTHER NOTICE that on September 7, 2010, the Reorganized Debtors filed their Motion For Leave To File Amended Complaints (Docket No. 21575) (the "Motion to Amend").

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11 U.S.C. §§ 105(d), 544, 547, And 548 And Fed. R. Bankr. P. 7016 Establishing (I) Dates For Hearings Regarding Adversary Proceedings And (II) Notices And Procedures Governing Adversary Proceedings (Docket No. __) (the "Order"), a hearing to address whether the Motion to Amend should be granted as to Defendant (the "Rule 15/Rule 4(m) Hearing") is hereby

scheduled for _____ in the United States Bankruptcy Court for the Southern District of

New York, 300 Quarropas Street, Room 118, White Plains, New York  10601-4140.

PLEASE TAKE FURTHER NOTICE that the Rule 15/Rule 4(m) Hearing will

proceed in accordance with the procedures provided in the Order, unless such procedures are

modified in accordance with Paragraph 3(m) thereof.  Please review the Order carefully because

failure to comply with the procedures provided in the Order (or as modified pursuant to

Paragraph 3(m)) will result in the granting of the Motion to Amend.  A Copy of the Order is

attached hereto for your convenience.


Dated:  _____

                                                              Respectfully submitted,

                                                              **BUTZEL LONG,**
                                                              a professional corporation

                                                              By: _____
                                                                    Cynthia J. Haffey
                                                                    Bruce L. Sendek
                                                                    Thomas B. Radom
                                                                    David J. DeVine
                                                              150 W. Jefferson, Suite 100
                                                              Detroit, Michigan 48226
                                                              haffey@butzel.com

                                                              380 Madison Avenue
                                                              New York, New York 10017

**Exhibit 8**

*Adversary Proceedings Subject to Merits Trial (By Case No.)*

07-02288
07-02131
07-02214
07-02234
07-02220
07-02272
07-02309
07-02374
07-02427
07-02562
07-02339
07-02804
07-02650
07-02652
07-02602
07-02712[1]

---
[1] This action is being prosecuted by conflicts counsel, Togut Segal & Segal.

**Exhibit 9**

BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, Michigan 48226
Cynthia J. Haffey
Thomas Radom
Bruce L. Sendek
David J. DeVine
Telephone: (313) 225-7000
Facsimile: (313) 225-7080

380 Madison Avenue
New York, New York 10017
Telephone:  (212) 818-1110
Facsimile:  (212) 818-0494
*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                  :
        In re                                  :     Chapter 11
                                                  :
DPH HOLDINGS CORP., et al.,                       :     Case No. 05-44481 (RDD)
                                                  :
                                                  :     (Jointly Administered)
        Reorganized Debtors.            :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

NOTICE OF MERITS TRIAL WITH RESPECT TO
ADVERSARY PROCEEDING NUMBER _____

PLEASE TAKE NOTICE that on ____, DPH Holdings Corp. and certain of its affiliated reorganized debtors (the "Reorganized Debtors"), formerly known as Delphi Corporation and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases (f/k/a In re Delphi Corporation, et al.) (collectively, the "Debtors") commenced an adversary proceeding (the "Adversary Proceeding") by filing a complaint ("the Complaint") to avoid and recover certain amounts (the "Transfers") from _____ (the "Defendant").

PLEASE TAKE FURTHER NOTICE that on [●], the Reorganized Debtors served the Complaint on the Defendant by [●].

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by the United States Bankruptcy Court for the Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

PLEASE TAKE FURTHER NOTICE that on September 7, 2010, the Reorganized Debtors filed their Motion For Leave To File Amended Complaints (Docket No. 21575) (the "Motion to Amend"). On _____, the Motion to Amend was granted as to Defendant.

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11 U.S.C. §§ 105(d), 544, 547, And 548 And Fed. R. Bankr. P. 7016 Establishing (I) Dates For Hearings Regarding Adversary Proceedings And (II) Notices And Procedures Governing Adversary Proceedings (Docket No. __) (the "Order"), a hearing on the merits of the Adversary

Proceeding (the "Merits Trial") is hereby scheduled for _____ in the United States

Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 118,

White Plains, New York  10601-4140.

     PLEASE TAKE FURTHER NOTICE that the Merits Trial will proceed in

accordance with the procedures provided in the Order, unless such procedures are modified in

accordance with Paragraph 3(m) thereof.  Please review the Order carefully because failure to

comply with the procedures provided in the Order (or as modified pursuant to Paragraph 3(m))

could result in the entry of judgment in the amount at issue in such Adversary Proceeding.  A

Copy of the Order is attached hereto for your convenience.

Dated:  _____

        Respectfully submitted,

        **BUTZEL LONG,**
        a professional corporation

       By:  _____
        Cynthia J. Haffey
        Bruce L. Sendek
        Thomas B. Radom
        David J. DeVine
       150 W. Jefferson, Suite 100
       Detroit, Michigan 48226
       haffey@butzel.com

       380 Madison Avenue
       New York, New York 10017

**Exhibit 10**
*List of Proposed Mediators*

Southern District of New York
Peter Borowitz
Francis Conrad
Michael Cook
Melanie Cyganowski
Eric Haber
Harold Jones
Adam L. Rosen
Howard Seife
Thomas Slome
Sean Southard
Harvey Strickon
Menachem Zelmanovitz


Michigan
Michael Baum
Howard Borin
Earle Erman
Stuart Gold
Ray Graves
Stephen Gross
Wallace Handler
Ralph McDowell
Larry Rochkind

**Exhibit 11**

BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, Michigan 48226
Cynthia J. Haffey
Thomas Radom
Bruce L. Sendek
David J. DeVine
Telephone: (313) 225-7000
Facsimile: (313) 225-7080

380 Madison Avenue
New York, New York 10017
Telephone:  (212) 818-1110
Facsimile:  (212) 818-0494
*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                                 :
              In re                                      :        Chapter 11
                                                                 :
DPH HOLDINGS CORP., et al.,            :        Case No. 05-44481 (RDD)
                                                                 :
                                                                 :        (Jointly Administered)
                                                                 :
              Reorganized Debtors.            :
                                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

NOTICE OF 12(b) HEARING WITH RESPECT TO
ADVERSARY PROCEEDING NUMBER _____

PLEASE TAKE NOTICE that on ____, DPH Holdings Corp. and certain of its affiliated reorganized debtors (the "Reorganized Debtors"), formerly known as Delphi Corporation and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases (f/k/a In re Delphi Corporation, et al.) (collectively, the "Debtors") commenced an adversary proceeding (the "Adversary Proceeding") by filing a complaint ("the Complaint") to avoid and recover certain amounts (the "Transfers") from _____ (the "Defendant").

PLEASE TAKE FURTHER NOTICE that on [●], the Reorganized Debtors served the Complaint on the Defendant by [●].

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by the United States Bankruptcy Court for the Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

PLEASE TAKE FURTHER NOTICE that on September 7, 2010, the Reorganized Debtors filed their Motion For Leave To File Amended Complaints (Docket No. 21575) (the "Motion to Amend"). On _____, the Motion to Amend was granted as to Defendant.

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11 U.S.C. §§ 105(d), 544, 547, And 548 And Fed. R. Bankr. P. 7016 Establishing (I) Dates For Hearings Regarding Adversary Proceedings And (II) Notices And Procedures Governing Adversary Proceedings (Docket No. __) (the "Order"), a hearing to address the Defendant's

defense under Federal Rule of Civil Procedure 12(b)  (the "Rule 12(b) Hearing") was previously

scheduled for _____ in the United States Bankruptcy Court for the Southern District of

New York, 300 Quarropas Street, Room 118, White Plains, New York   10601-4140 (the

"Bankruptcy Court").   The Rule 12(b) Hearing is hereby adjourned and rescheduled for

_____ in the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that the Rule 12(b) Hearing will proceed in

accordance with the procedures provided in the Order, unless such procedures are modified in

accordance with Paragraph 3(m) thereof.  Please review the Order carefully because failure to

comply with the procedures provided in the Order (or as modified pursuant to Paragraph 3(m))

could result in the entry of judgment in the amount at issue in such Adversary Proceeding.  A

Copy of the Order is attached hereto for your convenience.


Dated:   _____

Respectfully submitted,

**BUTZEL LONG,**
a professional corporation

By: _____
    Cynthia J. Haffey
    Bruce L. Sendek
    Thomas B. Radom
    David J. DeVine
150 W. Jefferson, Suite 100
Detroit, Michigan 48226
haffey@butzel.com

380 Madison Avenue
New York, New York 10017

**Exhibit 12**

BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, Michigan 48226
Cynthia J. Haffey
Thomas Radom
Bruce L. Sendek
David J. DeVine
Telephone: (313) 225-7000
Facsimile: (313) 225-7080

380 Madison Avenue
New York, New York 10017
Telephone:  (212) 818-1110
Facsimile:  (212) 818-0494
*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DPH HOLDINGS CORP., <u>et al.</u>, | : | Case No. 05-44481 (RDD) |
|  | : |  |
|  | : | (Jointly Administered) |
| Reorganized Debtors. | : |  |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

NOTICE OF SUMMARY JUDGMENT HEARING WITH RESPECT TO
ADVERSARY PROCEEDING NUMBER _____

PLEASE TAKE NOTICE that on ____, DPH Holdings Corp. and certain of its affiliated reorganized debtors (the "Reorganized Debtors"), formerly known as Delphi Corporation and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases (f/k/a In re Delphi Corporation, et al.) (collectively, the "Debtors") commenced an adversary proceeding (the "Adversary Proceeding") by filing a complaint ("the Complaint") to avoid and recover certain amounts (the "Transfers") from _____ (the "Defendant").

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by the United States Bankruptcy Court for the Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

PLEASE TAKE FURTHER NOTICE that on September 7, 2010, the Reorganized Debtors filed their Motion For Leave To File Amended Complaints (Docket No. 21575) (the "Motion to Amend").

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11 U.S.C. §§ 105(d), 544, 547, And 548 And Fed. R. Bankr. P. 7016 Establishing (I) Dates For Hearings Regarding Adversary Proceedings And (II) Notices And Procedures Governing Adversary Proceedings (Docket No. __) (the "Order"), a hearing to address whether summary judgment should be entered (the "Summary Judgment Hearing") was previously scheduled for _____ in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 118, White Plains, New York  10601-4140 (the "Bankruptcy Court").

The Summary Judgment Hearing is hereby adjourned and rescheduled for _____ in the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that the Summary Judgment Hearing will proceed in accordance with the procedures provided in the Order, unless such procedures are modified in accordance with Paragraph 3(m) thereof.  Please review the Order carefully because failure to comply with the procedures provided in the Order (or as modified pursuant to Paragraph 3(m)) could result in the entry of judgment of the amount at issue in such Adversary Proceeding.  A Copy of the Order is attached hereto for your convenience.

Dated:  _____

Respectfully submitted,

**BUTZEL LONG,**
a professional corporation

By: _____
    Cynthia J. Haffey
    Bruce L. Sendek
    Thomas B. Radom
    David J. DeVine
150 W. Jefferson, Suite 100
Detroit, Michigan 48226
haffey@butzel.com

380 Madison Avenue
New York, New York 10017