BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, MI 48226
(313) 225-7000

Cynthia J. Haffey
Thomas B. Radom
*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.,* | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Reorganized Debtors. | |

**NOTICE OF VOLUNTARY WITHDRAWAL OF MOTION FOR ORDER (I) ENFORCING MODIFICATION PROCEDURES ORDER, MODIFIED PLAN AND PLAN MODIFICATION ORDER INJUNCTIONS AGAINST TRUSTEE FOR THE OLDCO M DISTRIBUTION TRUST, AND (II) DIRECTING TRUSTEE TO DISMISS ACTION TO RECOVER DISCHARGED CLAIM (DOC. 21556)**

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), made applicable by Federal Rule of Bankruptcy Procedure 9014, the Reorganized Debtors withdraw their Motion for Order (i) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, And (ii) Directing the Trustee to Dismiss Action to Recover Discharged Claim (Doc. 21556), with prejudice and without costs against any party. The respondent on the motion has not served a response.

Dated: Detroit, MI
       February 29, 2012

BUTZEL LONG

By: */s/ Thomas B. Radom*
    Cynthia J. Haffey
    Thomas B. Radom
    150 West Jefferson Avenue, Suite 100
    Detroit, MI 48226
    (313) 225-7000

Attorneys for Reorganized Debtors