UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                               :

In re:                                                           :       Chapter 11

DPH HOLDINGS CORP., *et al.*;                 :       Case No. 05-44481 (RDD)

        Reorganized Debtors.             :       (Jointly Administered)

---------------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM MAILING MATRIX

PLEASE TAKE NOTICE that Patrick M. Costello hereby withdraws his appearance in the above-referenced case on behalf of Coherent, Inc., and requests to be removed from all service lists and from the CM/ECF notice list for this case.

All future correspondence, papers and pleadings that affect Coherent, Inc.'s rights should be sent to Bialson, Bergen & Schwab, Attention: Lawrence Schwab, Esq., 2600 El Camino Real, Suite 300, Palo Alto, California 94306.

Dated this 9th day of March, 2012.

                                  VECTIS LAW GROUP

                                  By:  /s/ Patrick M. Costello
                                        Patrick M. Costello
                                        2225 E. Bayshore Road, Suite 200
                                        Palo Alto, CA 94303
                                        Telephone: (650) 320-1688
                                        Facsimile: (650) 320-1687
                                        E-Mail: pcostello@vectislawgroup.com