UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                 :
In re:                                                           :    Chapter 11
                                                                 :
DPH HOLDINGS CORP., *et al.*;                                    :    Case No. 05-44481 (RDD)
                                                                 :
         Reorganized Debtors.                                    :    (Jointly Administered)
                                                                 :
---------------------------------------------------------------- x

# NOTICE OF WITHDRAWAL OF APPEARANCE AND
# REQUEST FOR REMOVAL FROM MAILING MATRIX

PLEASE TAKE NOTICE that Patrick M. Costello hereby withdraws his appearance in the above-referenced case on behalf of Solectron Corporation, and requests to be removed from all service lists and from the CM/ECF notice list for this case.

All future correspondence, papers and pleadings that affect Solectron Corporation's rights should be sent to Bialson, Bergen & Schwab, Attention: Lawrence Schwab, Esq., 2600 El Camino Real, Suite 300, Palo Alto, California 94306.

Dated this 9th day of March, 2012.

VECTIS LAW GROUP

By:   /s/ Patrick M. Costello
      Patrick M. Costello
      2225 E. Bayshore Road, Suite 200
      Palo Alto, CA 94303
      Telephone: (650) 320-1688
      Facsimile: (650) 320-1687
      E-Mail: pcostello@vectislawgroup.com