# LAW OFFICES OF
## DIMITRI L. KARAPELOU
### LLC

February 17, 2012

United States Bankruptcy Court
Southern District of New York
Office of The Clerk
300 Quarropas Street
White Plains, NY 10601-4140
Attention: Lonnie Webb

    *RE:*   *DPH Holdings Corp, et al. Chapter 11 Bankruptcy*
           *Docket No.: 05-44481*

Dear Mr. Webb:

    Please remove attorney Dimitri L. Karapelou, Esquire from the service list in the above referenced bankruptcy.

                              Regards,

                              Dimitri L. Karapelou, Esq.

DLK/cdl

DIMITRI L. KARAPELOU
1600 Market Street | 25th Floor | Philadelphia, PA 19103 | p 215.391.4312 | f 215.391.4350 | dkarapelou@karapeloulaw.com | www.karapeloulaw.com
Admitted to Practice in Pennsylvania, New Jersey and New York

2012 FEB 21 P 3: 23
S.D. OF N.Y.
FILED