**Hearing Date: March 22, 2012**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                    :

In re                                :   Chapter 11
                                      :

DPH HOLDINGS CORP., et al.,       :   Case No. 05-44481 (RDD)
                                      :

            Reorganized Debtors.  :   (Jointly Administered)
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### PROPOSED SEVENTY-FIFTH OMNIBUS HEARING AGENDA

<u>Location Of Hearing</u>:    United States Bankruptcy Court for the Southern District of New York,
                               300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Seventy-Fifth Omnibus Hearing Agenda:

    A.      Introduction

    B.      Continued Or Adjourned Matters (None)

    C.      Uncontested, Agreed, Withdrawn, Or Settled Matters (2 matters)

    D.      Contested Matters (1 Matter)

    E.      Adversary Proceedings (2 Matters)

**A.**    **Introduction**

    *None.*

**B.**    **Continued Or Adjourned Matters∗**

    *None.*

**C.**    **Uncontested, Agreed, Withdrawn, Or Settled Matters**

    1.    **"Motion by Reorganized Debtors To Enforce Plan Injunction Against Oldco Trustee"**-- Reorganized Debtors' Motion For Order (I) Enforcing Modification Procedures Order, Modified Plan And Plan Modification Order Injunctions Against Trustee For The Oldco M Distribution Trust, And (II) Directing Trustee To Dismiss Action To Recover Discharged Claim (Docket No. 21556)

        *Responses filed:*    *None.*

        *Replies filed:*    *None.*

        *Related filings:*    *Notice Of Reorganized Debtors' Motion For Order (I) Enforcing Modification Procedures Order, Modified Plan And Plan Modification Order Injunctions Against Trustee For The Oldco M Distribution Trust, And (II) Directing Trustee To Dismiss Action To Recover Discharged Claim ("Oldco Trustee Injunction Motion") [re: Docket No. 21556] (Docket No. 21557)*

---

∗    The motion found at the following docket number that appeared on a previous Proposed Omnibus Hearing Agenda has been voluntarily withdrawn from the agenda and would need to be re-noticed under the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 17, 2006 (Docket No. 2883), to be reinstated on a future Proposed Omnibus Hearing Agenda:  Methode Electronics, Inc.'s Setoff Motion [Docket No. 4912].

*[Proposed] Order (I) Enforcing Modification Procedures
Order, Modified Plan And Plan Modification Order
Injunctions Against Trustee For The Oldco M Distribution
Trust, And (II) Directing Trustee To Dismiss Action To
Recover Discharged Claim ("Oldco Trustee Injunction
Order") (Docket No. 21558)*

*Certificate Of Service Of Thomas B. Radom Re: 1)
Reorganized Debtors' Motion For Order (I) Enforcing
Modification Procedures Order, Modified Plan And Plan
Modification Order Injunctions Against Trustee For The
Oldco M Distribution Trust, And (II) Directing Trustee To
Dismiss Action To Recover Discharged Claim ("Oldco
Trustee Injunction Motion") [Docket No. 21556]; 2) Notice
Of Reorganized Debtors' Motion For Order (I) Enforcing
Modification Procedures Order, Modified Plan And Plan
Modification Order Injunctions Against Trustee For The
Oldco M Distribution Trust, And (II) Directing Trustee To
Dismiss Action To Recover Discharged Claim ("Oldco
Trustee Injunction Order") (re: Docket No. 21556) [Docket
No. 21557]; And 3) Order (I) Enforcing Modification
Procedures Order, Modified Plan And Plan Modification
Order Injunctions Against Trustee For The Oldco M
Distribution Trust, And (II) Directing Trustee To Dismiss
Action To Recover Discharged Claim ("Oldco Trustee
Injunction Order") [Docket No. 21558] (Docket No. 21559)*

*Amended Certificate Of Service Of Thomas B. Radom Re: 1)
Reorganized Debtors' Motion For Order (I) Enforcing
Modification Procedures Order, Modified Plan And Plan
Modification Order Injunctions Against Trustee For The
Oldco M Distribution Trust, And (II) Directing Trustee To
Dismiss Action To Recover Discharged Claim ("Oldco
Trustee Injunction Motion") [Docket No. 21556]; 2) Notice
Of Reorganized Debtors' Motion For Order (I) Enforcing
Modification Procedures Order, Modified Plan And Plan
Modification Order Injunctions Against Trustee For The
Oldco M Distribution Trust, And (II) Directing Trustee To
Dismiss Action To Recover Discharged Claim ("Oldco
Trustee Injunction Motion") (re: Docket No. 21556) [Docket
No. 21557]; And 3) [Proposed] Order (I) Enforcing
Modification Procedures Order, Modified Plan And Plan
Modification Order Injunctions Against Trustee For The
Oldco M Distribution Trust, And (II) Directing Trustee To
Dismiss Action To Recover Discharged Claim ("Oldco
Trustee Injunction Order") [Docket No. 21558] (Docket No.
21561)*

3

*Declaration Of Dean R. Unrue, Claims Administrator, In Support Of Reorganized Debtors' Motion For Order (I) Enforcing Modification Procedures Order, Modified Plan And Plan Modification Order Injunctions Against Trustee For The Oldco M Distribution Trust, And (II) Directing Trustee To Dismiss Action To Recover Discharged Claim [re: Docket No. 21556] (Docket No. 21562)*

*Letter Filed By Tina N. Moss On Behalf Of Executive Sounding Board Associates Inc., As Trustee For The Oldco M Distribution Trust [Re: Docket No. 21556] (Docket No. 21568)*

*Notice Of Adjourned Hearing On Reorganized Debtors' Motion For Order (I) Enforcing Modification Procedures Order, Modified Plan And Plan Modification Order Injunctions Against Trustee For The Oldco M Distribution Trust, And (II) Directing Trustee To Dismiss Action To Recover Discharged Claim (Docket No. 21578)*

*Notice Of Change Of Time Of Seventy-Second Omnibus Hearing And Fiftieth Claims Hearing (Docket No. 21690)*

*Notice Of Rescheduling Of Seventy-Fourth Omnibus Hearing And Fifty-Second Claims Hearing (Docket No. 21800)*

*Notice of Withdrawal of Motion for Order (i) Enforcing Modification Procedures Order, Modified Plan and Plan Modiifcation Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (ii) Directing Trustee to Dismiss Action to Recover Discharged Claim (Docket No. 21839)*

*Status:*    *This matter has been resolved pursuant to the Notice of Withdrawal of Motion for Order (i) Enforcing Modification Procedures Order, Modified Plan and Plan Modiifcation Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (ii) Directing Trustee to Dismiss Action to Recover Discharged Claim (Docket No. 21839).*

2.    **"Motion by James Grai To Lift Stay" --** Amended Notice Of Motion, Pursuant To Section 362 Of The Bankruptcy Code, For An Order Modifying The Automatic Stay (Docket No. 21682)

*Responses filed:*    *Response To Letter Submitted By James Michael Grai (Docket No. 21652)*

*Response And Limited Objection Of The ACE Companies To The Amended Motion Of James Grai Pursuant To Section 362*

4

*Of The Bankruptcy Code To Modify Automatic Stay And Amended Motion For Joinder Of Parties (Docket No. 21708)*

*Reorganized Debtors' Objection To Amended Notice Of Motion, Pursuant To Section 362 Of The Bankruptcy Code, For An Order Modifying The Automatic Stay And Related Papers (Docket No. 21682)(Docket No. 21710)*

*Michigan Defendants' Response To Amended Motion For Joinder Of Parties And Amended Motion Of James Grai Pursuant To Section 362 Of The Bankruptcy Code To Modify Automatic Stay (Docket No. 21711)*

*Supplemental Response To Motion For Joinder Of Parties And Amended Motion By James Grai Pursuant To Section 362 Of The Bankruptcy Code To Modify Automatic Stay (Docket No. 21719)*

| | |
|---|---|
| *Replies filed:* | *Reorganized Debtors' Reply And Supplemental Objection To Amended Notice Of Motion, Pursuant To Section 362 Of The Bankruptcy Code, For An Order Modifying The Automatic Stay And Related Papers (Docket No. 21721)* |
| *Related filings:* | *Letter Requesting Relief From The Stay So That The State Of Michigan State Worker's Compensation Commission Can Disburse The Allocated Funds To Disabled Workers Filed By James Michael Grai (Docket No. 21574)* |
| | *Joinder To Lift Automatic Stay (Docket No. 21665)* |
| | *Defendants Michigan Workers' Compensation Agency's And Michigan Funds Administration's Response To Letter Written By James Michael Grai (Docket No. 21666)* |
| | *Notice Of Change Of Time Of Seventy-Second Omnibus Hearing And Fiftieth Claims Hearing (Docket No. 21690)* |
| *Status:* | *A stipulation will be submitted.* |

## D.    Contested Matters

3.    **"Letter Filed by Patricia Meyer" --**  Letter To Judge Drain Filed By Patricia Meyer (Docket No. 21827)

| | |
|---|---|
| *Responses filed:* | *None.* |
| *Replies filed:* | *None.* |

5

|  |  |
|---|---|
| *Related filings:* | *Letter And Copies Of (1) Consolidated Class Action Complaint For Violations Of The Employee Retirement Income Security Act Filed In The U.S. District Court For The Eastern District Of Michigan, et.al., And (2) Consolidated Class Action Complaint Filed In The U.S. District Court For The Southern District Of New York, et.al. (Docket No. 21841)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

## E.    Adversary Proceedings

4.    **"Motion by Michigan Defendants Regarding Lift Stay Order" --**  Motion For Relief From Stay (Joint Motion To Partially Lift Stay Order Pending Appeal) (Ad. Pro. Case No. 09-01510, Docket No. 99)

|  |  |
|---|---|
| *Responses filed:* | *Objection of The ACE Companies To The Joint Motion of Michigan Workers' Compensation Agency And Michigan Funds Administration To Partially Lift Stay Pending Appeal (Ad. Pro. Case No. 09-01510, Docket No. 101)* |
|  | *DPH Holdings Corp.'s Objection To Joint Motion Of Michigan Workers' Compensation Agency And Michigan Funds Administration To Partially Lift Stay Order Pending Appeal  (Ad. Pro. Case No. 09-01510, Docket No. 103)* |
| *Replies filed:* | *Joint Reply to Motion Objections to Joint Motion to Partially Lift Stay (Ad. Pro. Case No. 09-01510, Docket No. 104)* |
| *Related filings:* | *Transcript Regarding Hearing Held on November 17, 2011 (Main Docket No. 21768)* |
|  | *Order(I) Denying Defendants Michigan Workers' Compensation Agency's And Michigan Funds Administration's Joint Motion To Dismiss For Lack Of Jurisdiction And In The Alternative, For Abstention And (II) Denying In Part Defendants Michigan Workers' Compensation Agency's And Michigan Funds Administration's Joint Amended Motion To Dismiss Plaintiffs' Adversary Complaint And DPH Holdings Crossclaim For Failure To State A Claim, Lack Of Jurisdiction, And In The Alternative, For Abstention (Ad. Pro. Case No. 09-01510, Docket No. 69)* |
|  | *Order Granting Joint Motion of State of Michigan Workers' Compensation Agency and Funds Administration to Stay Order and Adversary Proceeding Pending Appeal (Ad. Pro. Case No. 09-01510, Docket No. 71)* |

*Statement Of DPH Holdings Corp. And Insurers Concerning Outcome Of Michigan Defendants' Appeal (Ad. Pro. Case No. 09-01510, Docket No. 89)*

*Joint Stipulation And Agreed Order Resolving Emergency Motion Of Michigan Workers' Compensation Agency And Michigan Funds Administration Requesting Immediate Consideration Of Motion To Partially Lift Stay Order Pending Appeal ( Ad. Pro. Case No. 09-01510, Docket No. 100)*

Status:      *The hearing with respect to this matter will be proceeding.*

5.   **"Complaint by CAI Plaintiffs For Declaratory Relief"** -- Complaint For Declaratory Relief, Breach Of Contract, Breach Of The Implied Covenant Of Good Faith And Fair Dealing, And Civil Contempt Filed by CAI Distressed Debt Opportunity Master Fund Ltd., D-Star Ltd., Anchorage Capital Group, LLC, CSS, LLC, DP Auto Holdings, LP, Mudrick Capital Management LP, Armory Master Fund Ltd., Pension Benefit Guaranty Corporation (Ad. Pro. Case No. 11-02934, Docket No. 1)

Responses filed:      *Notice Of Motion And Motion To Dismiss Plaintiffs Complaint For Failure To State A Claim(Ad. Pro. Case No. 11-02934, Docket No. 20)*

*Delphi Automotive PLC, DIP Holdco 3, LLC, And DIP Holdco LLP d/b/a Delphi Automotive LLP's Memorandum Of Law In Support Of Their Motion To Dismiss The Complaint For Failure To State A Claim (Ad. Pro. Case No. 11-02934, Docket No. 21)*

*Reply Memorandum Of Law In Support Of Motion To Dismiss The Complaint For Failure To State A Claim (Ad. Pro. Case No. 11-02934, Docket No. 26)*

Replies filed:      *Opposition To Motion To Dismiss The Complaint For Failure To State A Claim (Ad. Pro. Case No. 11-02934, Docket No. 24)*

Related filings:      *Notice Of Adjournment Of Hearing (Pre-Trial Conference) Scheduled For January 26, 2012 (Ad. Pro. Case No. 11-02934, Docket No. 9)*

*So Ordered Stipulation Signed On 1/23/2012 Regarding Briefing Schedule For Motion To Dismiss. (Ad. Pro. Case No. 11-02934, Docket No. 14)*

*Notice of Dismissal (Voluntary) Without Prejudice Under Fed. R. Civ. P. 41(a)(1)(A)(I) and Fed. R. Bankr. P. 7041. (Ad. Pro. Case No. 11-02934, Docket No. 15)*

*Corporate Ownership Statements (Ad. Pro. Case No. 11-02934, Docket Nos. 16-19)*

*Declaration Of Benjamin S. Kaminetzky In Support Of Delphi Automotive PLC, DIP Holdco 3, LLC, And DIP Holdco LLP d/b/a Delphi Automotive LLP's Memorandum Of Law In Support Of Their Motion To Dismiss The Complaint For Failure To State A Claim (Ad. Pro. Case No. 11-02934, Docket No. 22)*

*Motion To Use/ Request For Judicial Notice In Support Of Plaintiffs' Opposition To Defendants' Motion To Dismiss (Ad. Pro. Case No. 11-02934, Docket No. 25)*

*Declaration Of Benjamin S. Kaminetzky In Support Of Delphi Automotive PLC, DIP Holdco 3, LLC, And DIP Holdco LLP d/b/a Delphi Automotive LLP's Memorandum Of Law In Support Of Their Motion To Dismiss The Complaint For Failure To State A Claim (Ad. Pro. Case No. 11-02934, Docket No. 27)*

*Status:*                    *The hearing with respect to this matter will be proceeding.*

8

Dated: New York, New York
      March 21, 2012

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: /s/ John K. Lyons
    John Wm. Butler, Jr.
    John K. Lyons
    Albert L. Hogan III
    Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606

    - and -

Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
    Reorganized Debtors