**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | : | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Alvaro Salas, Jr. being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court-appointed claims and noticing agent for the Reorganized Debtors in the above-captioned cases.

On or before March 8, 2012, I caused copies of the
- [Customized for Rule 3001(e)(1) and Rule 3001(e)(2)] Notice of Rejection of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) and 3001(e)(2) [Re Docket No. 21842]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Dated: March 9, 2012

                                                    */s/ Alvaro Salas, Jr.*
                                                    Alvaro Salas, Jr.

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 9th day of March, 2012, by Alvaro Salas, Jr., proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature:     */s/ Vanessa R. Quiñones*

Commision Expires:    10/20/2015

# Exhibit A

**Exhibit A**
**Rule 3001(e)(1) - 3001(e)(4) Rejected**

| Name | Notice Name | Address | City | State | Zip | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|
| Kasowitz Benson Torres & Friedman LLP | David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman | 1633 Broadway 22nd Fl | New York | NY | 10019 | 21842 | Notice Party |
| Longacre Master Fund Ltd | Vladimir Jelisavcic | 810 Seventh Ave 33rd Fl | New York | NY | 10019 | 21842 | Transferor |
| Park Enterprises of Rochester Inc. | Hyo-Sik Park | 226 Jay Street | Rochester | NY | 14608 | 21842 | Transferee |

In re: DPH Holdings Corp., et al.
USBC Case No. 05-44481 (RDD)