IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                             :
     In re                       :     Chapter 11
                             :
DPH HOLDINGS CORP., et al.,     :     Case No. 05-44481 (RDD)
                             :
          Reorganized Debtors.     :     (Jointly Administered)
                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF SERVICE

       I, Darlene Calderon, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Reorganized Debtors in the above-captioned cases.

       On March 21, 2012, I caused to be served the documents listed below (i) upon the parties listed on Exhibit A hereto via electronic notification, and (ii) upon the party listed on Exhibit B hereto via postage pre-paid U.S. mail:

1) Order Pursuant to 11 U.S.C. §§ 105(d), 544, 547, and 548 and Fed. R. Bankr. P. 7016 Establishing (I) Dates for Hearings Regarding Adversary Proceedings and (II) Notices and Procedures Governing Adversary Proceedings Hearings ("Adversary Proceedings Procedures Order") (Docket No. 21833) [a copy of which is attached hereto as Exhibit C]

2) Joint Stipulation and Agreed Order Between Reorganized Debtors and United States Compromising and Allowing Proofs of Claim Numbers 14154 and 16504 (Docket No. 21849) [a copy of which is attached hereto as Exhibit D]

On March 21, 2012, I caused to be served the document listed below upon the parties listed on Exhibit E hereto via postage pre-paid U.S. mail:

3) Joint Stipulation and Agreed Order Between Reorganized Debtors and United States Compromising and Allowing Proofs of Claim Numbers 14154 and 16504 (Docket No. 21849) [a copy of which is attached hereto as Exhibit D]

Dated: March 26, 2012

_____/s/ Darlene Calderon_____
Darlene Calderon

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 26th day of March, 2012, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _/s/ Vanessa R. Quiñones_____

Commission Expires: _10/20/15_____

# EXHIBIT A

DPH Holdings Corp.
Post-Emergence Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | Deborah L. Thorne Kathleen L. Matsoukas | One N Wacker Drive | Suite 4400 | Chicago | IL | 60606 | 312-357-1313 | dthorne@btlaw.com kmatsoukas@btlaw.com | Counsel to Johnson Controls Battery Group, Inc.; Johnson Controls, Inc. (Power Solutions) |
| Delphi Automotive Systems LLP | Sean Corcoran Karen Craft David M. Sherbin | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com david.sherbin@delphi.com | Delphi Automotive Systems LLP |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | fgorman@honigman.com rweiss@honigman.com | Counsel to General Motors Corporation |
| Ruskin Moscou Faltischek PC | Jeffrey A. Wurst, Esq. | 1425 RXR Plaza | 15th Floor | Uniondale | NY | 11556 | 516-663-6535 | jwurst@rmfpc.com | |
| Skadden, Arps, Slate, Meagher & Flom LLP | Ron E. Meisler | 155 N Wacker Drive | Suite 2700 | Chicago | IL | 60606-1720 | 312-407-0700 | rmeisler@skadden.com | Counsel to the Reorganized Debtor |
| Weil, Gotshal & Manges LLP | Harvey R. Miller Robert J. Lemons | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | harvey.miller@weil.com robert.lemons@weil.com | Counsel to General Motors Corporation |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

3/23/2012 2:14 PM
Post-Emergence Master Service List 120321.xlsx Email (6)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Adalberto Cañadas Castillo | | Avda Ramon de Carranza | 10-1º | Cadiz | | 11006 | Spain | 34 956 226 311 | | adalberto@canadas.com | Representative to DASE |
| Adler Pollock & Sheehan PC | Joseph Avanzato | One Citizens Plz 8th Fl | | Providence | RI | 02903 | | 401-274-7200 | 401-751-0604 | javanzato@apslaw.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | | 610-902-6028 | 610-687-3187 | david.boyle@airgas.com | Counsel to Airgas, Inc. |
| Akebono Brake Corporaton | Brandon J. Kessinger | 310 Ring Road | | Elizabethtown | KY | 42701 | | 270-234-5580 | 270-234-5504 | bkessinger@akebono-usa.com | Representative for Akebono Corporation |
| Akin Gump Strauss Hauer & Feld, LLP | Ira S Dizengoff | One Bryant Park | | New York | NY | 10036 | | 212-872-1000 | 212-872-1002 | idizengoff@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | 949-553-8354 | mgreger@allenmatkins.com | Counsel to Kilroy Realty, L.P. |
| Alliance for Sustainable Energy LLC | National Renewable Energy Laboratory | Jim Martin Senior Attorney | 1617 Golden Blvd MS 1734 | Golden | CO | 80401 | | 303-384-7497 | 303-384-7499 | jim.martin@nrel.gov | Counsel for National Renewable Energy Laboratory |
| Alston & Bird, LLP | Craig E. Freeman | 90 Park Avenue | | New York | NY | 10016 | | 212-210-9400 | 212-922-3891 | craig.freeman@alston.com | Counsel to Cadence Innovation, LLC |
| Alston & Bird, LLP | Dennis J. Connolly; David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 | | 404-881-7269 | 404-253-8554 | dconnolly@alston.com dwender@alston.com | Counsel to Cadence Innovation, LLC, PD George Co, Furukawa Electric Companay, Ltd., and Furukawa Electric North America APD, Inc. |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | | steven.keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | 626-577-7764 | mtf@afrct.com | Counsel to Stanley Electric Sales of America, Inc. |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Hirsh.Robert@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | 404-873-8121 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | 202-942-5999 | joel_gross@aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | 519-650-6520 | cgalloway@atsautomation.com | Company |
| Balch & Bingham LLP | Eric T. Ray | PO Box 306 | | Birmingham | AL | 35201 | | 205-251-8100 | 205-226-8799 | eray@balch.com | Attorney for Alabama Power Company |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | Kimberly J. Robinson | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | kim.robinson@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | William J. Barrett | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | william.barrett@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | alan.mills@btlaw.com | Counsel to Mays Chemical Company |
| Barnes & Thornburg LLP | Damon R Leichty | 600 1st Source Bank Center | 100 North Michigan | South Bend | IN | 46601 | | 574-233-1171 | 574-237-1125 | damon.leichty@btlaw.com | Counsel to Bank of America, N.A. |
| Barnes & Thornburg LLP | David M. Powlen | 1000 N West Street | Suite 1200 | Wilmington | DE | 19801 | | 302-888-4536 | 317-231-7433 | david.powlen@btlaw.com | Counsel to Howard County, Indiana |
| Barnes & Thornburg LLP | Deborah L. Thorne | One North Wacker Drive | Suite 4400 | Chicago | IL | 60606 | | 312-357-1313 | 312-759-5646 | deborah.thorne@btlaw.com | Counsel to Johnson Controls Battery Group, Inc.; Johnson Controls, Inc. (Power Solutions) |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 21

3/23/2012 2:13 PM
Email (393)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | John T. Gregg | 171 Monroe Avenue NW | Suite 1000 | Grand Rapids | MI | 49503 | | 616-742-3930 | 616-742-3999 | jgregg@btlaw.com | Counsel to Priority Health; Clarion Corporation of America; Continental AG and Affiliates |
| Barnes & Thornburg LLP | Kathleen L. Matsoukas | One North Wacker Drive | Suite 4400 | Chicago | IL | 60606 | | 312-357-1313 | 312-759-5646 | kathleen.matsoukas@btlaw.com | Counsel to Johnson Controls Battery Group, Inc.; Johnson Controls, Inc. (Power Solutions); Howard County, Indiana |
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | mark.owens@btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | michael.mccrory@btlaw.com | Counsel to Gibbs Die Casting Corporation; Clarion Corporation of America |
| Barnes & Thornburg LLP | Patrick E. Mears | 171 Monroe Avenue NW | Suite 1000 | Grand Rapids | MI | 49503 | | 616-742-3936 | 616-742-3999 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Sarah Quinn Kuhny | 600 1st Source Bank Center | 100 North Michigan | South Bend | IN | 46601 | | 574-233-1171 | 574-237-1125 | sarah.kuhny@btlaw.com | Counsel to Bank of America, N.A. |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | wendy.brewer@btlaw.com | Counsel to Gibbs Die Casting Corporation |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | 617-422-0383 | ffm@bostonbusinesslaw.com | Counsel to Iron Mountain Information Management, Inc. |
| Beeman Law Office | Thomas M Beeman | 33 West 10th Street | Suite 200 | Anderson | IN | 46016 | | 765-640-1330 | 765-640-1332 | tom@beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | 2125541444 | hannah@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | | 313-496-1200 | 313-496-1300 | murph@berrymoorman.com | Counsel to Kamax L.P.; Optrex America, Inc.; GKN Sinter Metals, Inc. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | tgaa@bbslaw.com | Counsel to  Veritas Software Corporation |
| Bingham McHale LLP | Whitney L Mosby | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | 317-236-9907 | wmosby@binghammchale.com | Counsel to Universal Tool & Engineering co., Inc. and M.G. Inc. |
| Blank Rome LLP | Marc E. Richards | The Chrylser Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | 212-885-5002 | mrichards@blankrome.com | Counsel to DENSO International America, Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 2 of 21

3/23/2012 2:13 PM
Email (393)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | 313-393-7579 | rmcdowell@bodmanllp.com | Counsel to Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S.A. de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | chill@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | csullivan@bsk.com | Counsel to Diemolding Corporation |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | sdonato@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | amcmullen@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | rjones@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brembo S.p.A. | Massimiliano Cini | Administration Department via Brembo 25 | 24035 Curno BG | Bergamo | | | Italy | 00039-035-605-529 | 0039-035-605-671 | massimiliano_cini@brembo.it | Creditor |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | 856-853-9933 | dludman@brownconnery.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, A Profesional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com | Counsel to Oracle USA, Inc.; Oracle Credit Corporation |
| Buchanan Ingersoll & Rooney PC | Mark Pfeiffer | 50 S. 16th St Ste 3200 | | Philadelphia | PA | 19102 | | 215-665-8700 | | mark.pfeiffer@bipc.com | Counsel to ATEL Leasing Corp. |
| Buchanan Ingersoll & Rooney PC | Mary Caloway | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | 302-552-4200 | 302-552-4295 | mary.caloway@bipc.com | Counsel to Fiduciary Counselors |
| Buchanan Ingersoll & Rooney PC | Peter S. Russ | 620 Eighth Ave | 23rd Floor | New York | NY | 10018 | | 212-440-4400 | | peter.russ@bipc.com | Counsel to ATEL Leasing Corp. |
| Buchanan Ingersoll & Rooney PC | William H. Schorling, Esq. | Two Liberty Place | 50 S. 16th St., Ste 3200 | Philadelphia | PA | 19102 | | 215-665-5326 | 215-665-8760 | william.schorling@bipc.com | Counsel to Fiduciary Counselors |
| Butzel Long | Bruce L. Sendek | 150 W. Jefferson Avenue | Suite 100 | Detroit | MI | 48226 | | 313-225-7000 | 313-225-7080 | sendek@butzel.com | Counsel to Reorganized Debtors |
| Butzel Long | Chester E. Kasiborski, Jr. | 150 W. Jefferson Avenue | Suite 100 | Detroit | MI | 48226 | | 313-225-7000 | 313-225-7080 | kasiborski@butzel.com | Counsel to Reorganized Debtors |
| Butzel Long | Cynthia J. Haffey | 150 W. Jefferson | Suite 100 | Detroit | MI | 48226 | | 313-983-7434 | 313-225-7080 | haffey@butzel.com | Counsel to Delphi Corporation |
| Butzel Long | David J. DeVine | 150 W. Jefferson Avenue | Suite 100 | Detroit | MI | 48226 | | 313-225-7000 | 313-225-7080 | devine@butzel.com | Counsel to Reorganized Debtors |
| Butzel Long | Donald V. Orlandoni | 150 W. Jefferson | Suite 100 | Detroit | MI | 48226 | | 313-225-7063 | 313-225-7080 | orlandoni@butzel.com | Counsel to Delphi Corporation |
| Butzel Long | Sheldon H. Klein | Stoneridge West | 41000 Woodward Avenue | Bloomfield Hills | MI | 48304 | | 248-258-1414 | 248-258-1439 | klein@butzel.com | Counsel to Reorganized Debtors |
| Butzel Long | Thomas B. Radom | Stoneridge West | 41000 Woodward Avenue | Bloomfield Hills | MI | 48304 | | 248-258-1413 | 248-258-1439 | radom@butzel.com | Counsel to Reorganized Debtors |
| Butzel Long | Thomas D. Noonan | 150 W. Jefferson Avenue | Suite 100 | Detroit | MI | 48226 | | 313-225-7000 | 313-225-7080 | noonan@butzel.com | Counsel to Reorganized Debtors |
| Cadwalader Wickersham & Taft LLP | Jeannine D'Amico | 1201 F St NW Ste 1100 | | Washington | DC | 20004 | | 202-862-2452 | 202-862-2400 | jeannine.damico@cwt.com | Attorneys for the Audit Committee of Dephi Corporation |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 3 of 21

3/23/2012 2:13 PM
Email (393)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cadwalader Wickersham & Taft LLP | John J. Rapisardi Esq Joseph Zujkowski Esq | One World Financial Center | | New York | NY | 10281 | | 212-504-6000 | 212-504-6666 | john.rapisardi@cwt.com joseph.zujkowski@cwt.com | Counsel to the Auto Task Force of the U.S. Department of the Treasury |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 732-205-6777 | jonathan.greenberg@BASF.COM | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Kevin Burke | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 212-378-2167 | kburke@cahill.com | Counsel to Engelhard Corporation |
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 | | 216-622-8404 | 216-241-0816 | jrobertson@calfee.com | Counsel to Brush Engineered materials |
| Calinoff & Katz, LLP | Dorothy H. Marinis-Riggio Robert Calinoff | 140 East 45th Street | 17th Floor | New York | NY | 10017 | | 212-826-8800 | 212-644-5123 | dhriggio@gmail.com rcalinoff@candklaw.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, I |
| Cantor Colburn LLP | Michael J Rye | 20 Church Street | 22nd Floor | Hartford | CT | 06103-3207 | | 860-286-2929 | 860-286-0115 | mrye@cantorcolburn.com | Patent Counsel to Delphi Corporation et al., Debtors and Debtors-in-Possession |
| Carson Fischer, P.L.C. | Joseph M Fischer Patrick J Kukla | 4111 Andover Road | West 2nd Floor | Bloomfield Hills | MI | 48302 | | 248-644-4840 | | brcy@carsonfischer.com | Counsel to Bing Metals Group, LLC; Behr America, Inc.; Findlay Industries; Vitec, LLC |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 4111 Andover Road | West 2nd Floor | Birmingham | MI | 48302 | | 248-644-4840 | 248-644-1832 | rweisberg@carsonfischer.com brcy@carsonfischer.com | Counsel to Cascade Die Casting Group, Inc.; Behr America, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | 212-732-3232 | cahn@clm.com | Counsel to STMicroelectronics, Inc. |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | 212-541-5369 | ddeutsch@chadbourne.com | Counsel to EagleRock Capital Management, LLC |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | japplebaum@clarkhill.com | Counsel to 1st  Choice Heating & Cooling, Inc.; BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLC | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | sdeeby@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | 313-965-8252 | rgordon@clarkhill.com | Counsel to ATS Automation Tooling Systems Inc. |
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | 412-209-1837 | tmaxson@cohenlaw.com | Counsel to Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | 646-473-8238 | jvitale@cwsny.com bceccotti@cwsny.com | Counsel to International Union, United Automobile, Areospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | 860-727-0361 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 4 of 21

3/23/2012 2:13 PM
Email (393)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | 302-658-0380 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |
| Coolidge Wall Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | Pretekin@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Company; Attorneys for Columbia Industrial |
| Covington & Burling | Susan Power Johnston Aaron R. Marcu | 620 Eighth Ave | | New York | NY | 10018 | | 212-841-1005 | 646-441-9005 | sjohnston@cov.com | Special Counsel to the Debtor |
| Cox, Hodgman & Giarmarco, P.C. | Sean M. Walsh, Esq. | Tenth Floor Columbia Center | 101 W. Big Beaver Road | Troy | MI | 48084-5280 | | 248-457-7000 | 248-457-7001 | swalsh@chglaw.com | Counsel to Nisshinbo Automotive Corporation |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennslyvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | dpm@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Cindi Eilbott | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-6936 | 212-697-1559 | ceilbott@curtis.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | 716-856-5510 | wsavino@damonmorey.com | Counsel to Relco, Inc.; The Durham Companies, Inc. |
| David P. Martin | | 519 Energy Center Blvd | Ste 1104 | Northport | AL | 35401 | | 205-343-1771 | 205-343-1781 | davidmartin@erisacase.com davidmartin@bellsouth.net | Co-Counsel for David Gargis, Jimmy Mueller, and D. Keith Livingston |
| Day Pitney LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | 973-966-1015 | rmeth@daypitney.com | Counsel to Marshall E. Campbell Company |
| Day Pitney LLP | Ronald S. Beacher Conrad K. Chiu | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | 212-916-2940 | rbeacher@daypitney.com cchiu@daypitney.com | Counsel to IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation |
| Dechert LLP | Glenn E. Siegel James O. Moore | 1095 Avenue of the Americas | | New York | NY | 10036-6797 | | 212-698-3500 | 212-698-3599 | glenn.siegel@dechert.com james.moore@dechert.com | Counsel for Kensington International Limited, Manchester Securities Corp. and Springfield Associates, LLC |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | 248-350-7772 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | | 212-682-4940 | 212-682-4942 | gdiconza@dlawpc.com | Counsel to Tyz-All Plastics, Inc.; Co-Counsel to Tower Automotive, Inc. |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | 513-977-8141 | john.persiani@dinslaw.com | Counsel to The Procter & Gamble Company |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | 410-580-3001 | richard.kremen@dlapiper.com | Counsel to Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 5 of 21

3/23/2012 2:13 PM
Email (393)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | 973-424-2001 | jhlemkin@duanemorris.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; and Hosiden America Corporation |
| Duane Morris LLP | Lewis R Olshin Esq | 30 South 17th Street | | Philadelphia | PA | 19103 | | 215-979-1129 | 215-689-3622 | Olshin@duanemorris.com | Counsel to ACE American Insurance Company and Pacific Employers Insurance Company |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | dmdelphi@duanemorris.com mreed@duanemorris.com | Counsel to ACE American Insurance Company and Pacific Employers Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1547 | 215-689-4951 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company and Pacific Employers Insurance Company |
| Dykema Gossett PLLC | Douglas S Parker | 39577 Woodward Ave | Suite 300 | Bloomfield Hills | MI | 48304 | | 248-203-0703 | 248-203-0763 | dparker@dykema.com | Counsel for Federal Screw |
| Dykema Gossett PLLC | Robert D. Nachman | 10 South Wacker Drive | Suite 2300 | Chicago | IL | 60606 | | 312-876-1700 | 312-876-1155 | rnachman@dykema.com | Counsel to MJ Celco, Inc. |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | 212-715-8000 | ayala.hassell@eds.com | Representative for Electronic Data Systems Corporation |
| Ellenberg, Ogier, Rothschild & Rosenfeld, P.C. | Barbara Ellis-Monro | 170 Mitchell Street, SW | | Atlanta | GA | 30303 | | 404-581-3818 | 404-526-8855 | bem@eorrlaw.com | Counsel to Southwire Company |
| Entergy Services, Inc. | Alan H. Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113 | | | | akatz@entergy.com | Assistant General Counsel to Entergy Services, Inc |
| Epstein Becker & Green PC | Maura I. Russell Anthony B. Stumbo | 250 Park Ave | 11th Floor | New York | NY | 10177-1211 | | 212-351-4500 | 212-661-0989 | MRussell@ebglaw.com | Counsel to SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund Ltd |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | | 516-227-6300 | 516-227-6307 | gettelman@e-hlaw.com | Counsel to Jon Ballin |
| Faegre & Benson LLP | Elizabeth K. Flaagan | 3200 Wells Fargo Center | 1700 Lincoln St | Denver | CO | 80203-4532 | | 303-607-3694 | | eflaagan@faegre.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Farrell Fritz PC | Louis A. Scarcella Patrick T. Collins | 1320 RexCorp Plaza | | Uniondale | NY | 11556-1320 | | 516-227-0700 | 516-227-0777 | lscarcella@farrellfritz.com pcollins@farrellfritz.com | Counsel to Official Committee of Equity Holders |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | 65 Trumbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-8588 | 866-890-3061 | charles@filardi-law.com | Counsel to Federal Express Corporation |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | 212-422-6836 | tdonovan@finkgold.com | Counsel to Pillarhouse (U.S.A.) Inc. |
| Foley & Lardner LLP | Ann Marie Uetz | 500 Woodward Avenue | Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | auetz@foley.com | Counsel to PBR Tennessee |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | 312-832-4700 | jmurch@foley.com | Counsel to Kuss Corporation |
| Foley & Lardner LLP | John A. Simon | One Detroit Center | 500 Woodward Ave Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | jsimon@foley.com | Counsel to Ernst & Young LLP |
| Foley & Lardner LLP | John R. Trentacosta Katherine R. Catanese | 500 Woodward Avenue | Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | jtrentacosta@foley.com kcatanese@foley.com | Counsel to Kautex Inc. |
| Fox Rothschild LLP | Brian Isen | 1301 Atlantic Avenue | | Atlantic City | NJ | 08401 | | 609-348-2294 | 609-348-6834 | bisen@foxrothschild.com | Counsel to M&Q Plastic Products L.P. |
| Fox Rothschild LLP | Fred Stevens | 100 Park Avenue | 15th Floor | New York | NY | 10017 | | 212-878-7900 | 212-682-4218 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930555 | Verona | WI | 53593 | | 608-848-6350 | 608-848-6357 | ftrikkers@rikkerslaw.com | Counsel to Southwest Metal Finishing, Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 6 of 21

3/23/2012 2:13 PM
Email (393)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Frost Brown Todd LLC | Ronald E. Gold | 2200 PNC Center | 201 East Fifth Street | Cincinnati | OH | 45202-4182 | | 513-651-6156 | | rgold@fbtlaw.com | Counsel to AKS Receivables, LLC |
| Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Avenue | | New York | NY | 10103-3198 | | 212-318-3000 | 212-318-3400 | drosenzweig@fulbright.com | Counsel to Southwest Research Institute Attorney for Solvay Fluorides, LLC |
| Fulbright & Jaworski LLP | Michael M Parker | 300 Convent St Ste 2200 | | San Antonio | TX | 78205 | | 210-224-5575 | 210-270-7205 | mparker@fulbright.com | Counsel to Southwest Research Institute |
| Genovese Joblove & Battista, P.A. | David C. Cimo | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | | 305-349-2300 | 305-349-2310 | dcimo@gjb-law.com | Counsel to Ryder Integrated Logistics, Inc. |
| Gibbons P.C. | David N. Crapo | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-4523 | 973-639-6244 | dcrapo@gibbonslaw.com | Counsel to Epcos, Inc. |
| Goldberg Segalla LLP | Attn Bruce W Hoover | 665 Main St Ste 400 | | Buffalo | NY | 14203 | | 716-566-5400 | 716-566-5401 | bhoover@goldbergsegalla.com | Attorneys for MasTec Inc. |
| Goldberg Segalla LLP | Bruce W Hoover Richard A Braden | 665 Main St Ste 400 | | Buffalo | NY | 14203 | | 716-566-5400 | 716-566-5401 | bhoover@goldbergsegalla.com | Counsel to Delphi Automotive Systems, LLC, succesor in interest to DPH Holdings Corp. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | 212-269-2540 | bmehlsack@gkllaw.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | 617-574-4112 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |
| Grant & Eisenhofer P.A. | James J Sabella | 485 Lexington Ave | | New York | NY | 10017 | | 646-722-8520 | 302-622-7100 | jsabella@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | 212-755-6503 | jeisenhofer@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | mrr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Graydon Head & Ritchey LLP | J. Michael Debbeler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | 513-651-3836 | mdebbeler@graydon.com | Counsel to Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greenberg Traurig, LLP | Maria J. DiConza | MetLife Bldg | 200 Park Avenue | New York | NY | 10166 | | 212-801-9200 | 212-801-6400 | diconzam@gtlaw.com | Counsel to Samtech Corporation |
| Greenberg Traurig, LLP | Shari L. Heyen | 1000 Louisiana | Suite 1800 | Houston | TX | 77002 | | 713-374-3500 | 713-374-3505 | heyens@gtlaw.com | Counsel to Samtech Corporation |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | 314-241-8624 | ckm@greensfelder.com jpb@greensfelder.com | Counsel to ARC Automotive, Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 7 of 21

3/23/2012 2:13 PM
Email (393)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hahn Loeser & Parks LLP | Lawrence E Oscar Christopher W Peer | 200 Public Square | Suite 2800 | Cleveland | OH | 44114 | | 216-621-0150 | 216-241-2824 | leoscar@hahnlaw.com cpeer@hahnlaw.com | Counsel to Casco Products, a Unit of Sequa Corporation and ARC Automotive, Inc. |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | 212-765-0964 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net jdyas@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc |
| Hancock & Estabrook LLP | R John Clark Esq | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | 315-471-3167 | rjclark@hancocklaw.com | Counsel to Alliance Precision Plastics Corporation |
| Harrington, Dragich & O'Neill PLLC | David G Dragich | 21043 Mack Avenue | | Grosse Pointe Woods | MI | 48236 | | 313-886-4550 | 313-221-9612 | ddragich@hdolaw.com | Counsel to Internet Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 315 Madison Avenue | Suite 901 | New York | NY | 10017 | | 212-725-7338 | 212-244-6219 | hleinwand@aol.com | Counsel to Baker Hughes Incorporated; Baker Petrolite Corporation |
| Haskell Slaughter Young & Rediker LLC | Robert H. Adams | 2001 Park Place North | Suite 1400 | Birmingham | AL | 35203 | | 205-251-1000 | | rha@hsy.com | Counsel to Simco Construction, Inc. |
| Haynes and Boone, LLP | Judith Elkin | 153 East 53rd Street | Suite 4900 | New York | NY | 10022 | | 212-659-7300 | 212-918-8989 | judith.elkin@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Haynes and Boone, LLP | Lenard M. Parkins Kenric D. Kattner | 1 Houston Center | 1221 McKinney, Suite 2100 | Houston | TX | 77010 | | 713-547-2000 | 713-547-2600 | lenard.parkins@haynesboone.com kenric.kattner@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | 212-545-3360 | prubin@herrick.com | Counsel to Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | 740-940-7539 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Ramona S. Neal | 11311 Chinden Blvd., M/S 314 | | Boise | ID | 83714-0021 | | 208-396-6484 | 208-396-3958 | Ramona.neal@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | 908-898-4133 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hinckley Allen & Snyder LLP | Michael J Pendell | 185 Asylum St CityPlace I | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | 860-278-3802 | mpendell@haslaw.com | Counsel to Barnes Group, Inc. |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | 315-425-8576 | echarlton@hiscockbarclay.com | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Garry M. Graber | The Guaranty Building | 140 Pearl Street, Suite 100 | Buffalo | NY | 14202-4040 | | 716-856-4000 | 716-849-0349 | ggraber@hodgsonruss.com | Counsel to Hexcel Corporation; Unifrax I LLC f/k/a Unifrax Corporation |
| Hodgson Russ LLP | James C. Thoman | The Guaranty Building | 140 Pearl Street, Suite 100 | Buffalo | NY | 14202-4040 | | 716-856-4000 | 716-849-0349 | jthoman@hodgsonruss.com | Counsel to Unifrax I LLC f/k/a Unifrax Corporation |
| Hogan & Hartson L.L.P. | Audrey Moog | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | amoog@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | ecdolan@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Hogan Lovells US LLP | Matthew P Morris | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | | matthew.morris@hoganlovells.com | Counsel to TESA AG |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | 313-465-7315 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 8 of 21

3/23/2012 2:13 PM
Email (393)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | 313-465-7549 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division;Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | I. W. Winsten, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7608 | 313-465-7609 | iww@honigman.com | Counsel to Affina Group Holdings Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Lawrence J. Murphy | 2290 First National Building | 660 Woodward Ave | Detroit | MI | 48226 | | 313-465-7488 | 313-465-7489 | lmurphy@honigman.com | Attorneys for Guide Corporation and Lightsource Parent Corporation |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 | 313-465-7627 | sdrucker@honigman.com | Counsel for Valeo Climate Control, Corp. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | 248-645-1568 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | 419-255-9121 | jrhunter@hunterschank.com | Counsel to ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | 419-255-9121 | tomschank@hunterschank.co m | Counsel to ZF Group North America Operations, Inc. |
| Hunton & Wiliams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryant Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | sholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | 716-855-0874 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | 317-236-2219 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Ice Miller LLP | Henry A. Efroymson | One American Square | 29th Floor | Indianapolis | IN | 46482 | | 317-236-2397 | 317-592-4643 | henry.efroymson@icemiller.com | Counsel to Fin Machine Co. Ltd |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | 408-501-2488 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | 765-456-3836 | jeffery.gillispie@infineon.com | Global Account Manager for Infineon Technologies North America |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | 202-778-2641 | rgriffin@iuoe.org | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jackson Walker LLP | Bruce J. Ruzinsky | 1401 McKinney St Ste 1900 | | Houston | TX | 77010 | | 713-751-4200 | 713-752-4221 | bruzinsky@jw.com | Counsel to Constellation NewEnergy, Inc. |
| Jackson Walker LLP | Heather M. Forrest | 901 Main St Ste 600 | | Dallas | TX | 75202 | | 214-953-6000 | 214-953-5822 | hforrest@jw.com | Counsel to Constellation NewEnergy, Inc. |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | 231-728-2206 | JRS@Parmenterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jason, Inc. | Will Schultz, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | 414-277-2110 | 414-277-9445 | wschultz@jasoninc.com | General Counsel to Jason Incorporated |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 9 of 21

3/23/2012 2:13 PM
Email (393)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | 312-840-7381 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC, Tenneco Inc. and Contech LLC |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | 239 E. 4th St. | | Panama City | FL | 32401 | | 850-763-8421 | 850-763-8425 | gerdekomarek@bellsouth.net | Counsel to Peggy C. Brannon, Bay County Tax Collector |
| Jones Day | Corinne Ball | 222 East 41st Street | | New York | NY | 10017 | | 212-326-7844 | 212-755-7306 | cball@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Jones Day | Peter J. Benvenutti Michaeline H. Correa | 555 California St 26th Floor | | San Francisco | CA | 94104 | | 415-626-3939 | 415-875-5700 | pjbenvenutti@jonesday.com mcorrea@jonesday.com | Attorneys for Symantec Corporation, Successor-in-Interest to Veritas Corporation |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | 212-755-7306 | sjfriedman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Karel S. Karpe P.C. d/b/a KarpeLaw | Karel S. Karpe | 44 Wall Street | 12th Floor | New York | NY | 10005 | | 212-461-2250 | | kkarpe@karpelaw.com | Counsel to United Parcel Service |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | 312-577-4733 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-236-8000 | 212-836-8689 | rsmolev@kayescholer.com | Counsel to InPlay Technologies Inc |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | 614-464-2634 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko Cari Campen Laufenberg Erin M. Rily | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | 206-623-3384 | lsarko@kellerrohrback.com claufenberg@kellerrohrback.com eriley@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | 602-248-2822 | ggotto@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Kelley Drye & Warren, LLP | Craig A. Wolfe | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | | cwolfe@kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Merrill B. Stone | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | | mstone@kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | sjennik@kimlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |

In re: DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 10 of 21

3/23/2012 2:13 PM
Email (393)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | tkennedy@kimlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kerr Russell & Weber PLC | James E. DeLine | 500 Woodward Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-961-0200 | 313-961-0388 | jed@krwlaw.com | Counsel to Pontiac Coil, Inc. |
| Kerr Russell & Weber PLC | Patrick Warren Hunt | 500 Woodward Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-961-0200 | 313-961-0388 | pwh@krwlaw.com | Counsel to Pontiac Coil, Inc. |
| King & Spalding, LLP | H. Slayton Dabney, Jr. | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | 212-556-2222 | sdabney@kslaw.com | Counsel to KPMG LLP |
| Kirkland & Ellis LLP | David Spiegel | 300 North LaSalle | | Chicago | IL | 60654 | | 312-862-2000 | | david.spiegel@kirkland.com | |
| Kirkland & Ellis LLP | Jim Stempel | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | 312-861-2200 | jstempel@kirkland.com | Counsel to Lunt Mannufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | 212-536-3901 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Kokomo Gas & Fuel Company | Patti E Pope Revenue Recovery Manager | Northern Indiana Public Service Company | 801 East 86th Avenue | Merrillville | IN | 46410 | | | 219-647-5115 | pepope@nisource.com | Kokomo Gas & Fuel Company |
| Kramer Levin Naftalis & Frankel LLP | Jordan D Kaye | 1177 Avenue of the Americas | | New York | NY | 10036 | | 212-715-9489 | 212-715-9489 | jkaye@kramerlevin.com | Counsel to HP Enterprise Services, LLC; Vishay Americas Inc. |
| Krieg Devault LLP | Lawrence W. Schmits Esq. | One Indiana Square, Suite 2800 | | Indianapolis | IN | 46204 | | 317-238-6271 | | lschmits@kdlegal.com | Co-Counsel for Delphi Salaried Retirees Association Benefit Trust VEBA Committee |
| Krieg Devault LLP | Patricia L. Beaty Esq | One Indiana Square, Suite 2800 | | Indianapolis | IN | 46204 | | 317-636-4341 | | pbeaty@kdlegal.com | Co-Counsel for Delphi Salaried Retirees Association Benefit Trust VEBA Committee |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | 330-497-4020 | sosimmerman@kwgd.com | Counsel to for Millwood, Inc. |
| Kutak Rock LLP | Jay Selanders | 1010 Grand Blvd Ste 500 | | Kansas City | MO | 64106 | | 816-502-4617 | 816-960-0041 | jay.selanders@kutakrock.com | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | 617-542-3001 | ekutchin@kutchinrufo.com | Counsel to Parlex Corporation |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | 617-542-3001 | knorthup@bmklegal.com | Counsel to Parlex Corporation |
| Lambert. Leser, Isackson, Cook & Guinta, P.C. | Adam D. Bruski | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | | adbruski@lambertleser.com | Counsel to Creditor Linamar Corp. |
| Lambert. Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | | smcook@lambertleser.com | Counsel to Linamar Corporation |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | 212-751-4864 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | mitchell.seider@lw.com | UCC Professional |
| Latham & Watkins | Robert Rosenberg | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | UCC Professional |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq | 22 N Walnut Street | | West Chester | PA | 19380 | | 610-738-1230 | 610-738-1217 | mkohayer@aol.com | Counsel to A-1 Specialized Services and Supplies Inc |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | 520-879-4705 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | 602-734-3824 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 11 of 21

3/23/2012 2:13 PM
Email (393)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | 4692215002 | dallas.bankruptcy@publicans.com | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities: Cypress-Fairbanks Independent School District, City of Houston, Harris County |
| Locke Lord Bissell & Liddell | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-812-8304 | 212-812-8364 | kwalsh@lockelord.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | | gschwed@loeb.com | Counsel to Creditor The Interpublic Group of Companies, Inc. and Proposed Auditor Deloitte & Touche, LLP |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | 212-407-4990 | whawkins@loeb.com | Counsel to Industrial Ceramics Corporation |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | bnathan@lowenstein.com | Counsel to Daewoo International (America) Corp. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | ilevee@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | krosen@lowenstein.com | Counsel to Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | scargill@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | vdagostino@lowenstein.com | Counsel to AT&T Corporation |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-867-8900 | 419-867-8909 | egc@lydenlaw.com | Counsel to Metro Fibres, Inc. |
| Maddin, Hauser, Wartell, Roth & Heller PC | Alexander Stotland Esq | 28400 Northwestern Hwy | Third Floor | Southfield | MI | 48034 | | 248-354-4030 | | axs@maddinhauser.com | Attorney for Danice Manufacturing Co. |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | 303-957-2098 | jlanden@madisoncap.com | Representative for Madison Capital Management |
| Margulies & Levinson, LLP | Leah H. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | 216-514-4936 | lmc@ml-legal.com | Counsel to Venture Plastics |
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | | 989-752-1414 | | vmastromar@aol.com | Counsel to H.E. Services Company and Robert Backie and Counsel to Cindy Palmer, Personal Representative to the Estate of Michael Palmer |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | 312-245-7467 | gsantella@masudafunai.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC and Hosiden America Corporation |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | 212-609-6921 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 | | 913-622-4444 | 973-624-7070 | eglas@mccarter.com | Counsel to General Products Delaware Corporation |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 12 of 21

3/23/2012 2:13 PM
Email (393)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| McCarthy Tetrault LLP | Lorne P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | 416-868-0673 | lsalzman@mccarthy.ca | Counsel to Themselves (McCarthy Tetrault LLP) |
| McDermott Will & Emery LLP | Gary O. Ravert | 340 Madison Avenue | | New York | NY | 10017-1922 | | 212-547-5477 | 212-547-5444 | gravert@mwe.com | Counsel for Temic Automotive of North America, Inc. |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | 212-547-5444 | sselbst@mwe.com | Counsel to National Semiconductor Corporation |
| McDermott Will & Emery LLP | Steven P. Handler Monica M. Quinn | 227 W Monroe St | | Chicago | IL | 60606 | | 312-372-2000 | 312-984-7700 | shandler@mwe.com mquinn@mwe.com | Counsel for Temic Automotive of North America, Inc. |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | 973-622-5314 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuirewoods LLP | Aaron G McCollough Esq | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1000 | 804-775-1061 | amccollough@mcguirewoods.com | Counsel to Siemens Energy & Automation, Inc. |
| McGuirewoods LLP | Daniel F Blanks | One James Center | 901 East Cary Street | Richmond | VA | 23219 | | 804-775-1000 | 804-698-2186 | dblanks@mcguirewoods.com | Counsel for CSX Transportation, Inc. |
| McGuirewoods LLP | John H Maddock III | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1178 | 804-698-2186 | jmaddock@mcguirewoods.com | Counsel to Siemens Logistics Assembly Systems, Inc.; Counsel for CSX Transportation, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Attn Thomas R Slome Esq | 990 Stewart Ave Ste 300 | PO Box 9194 | Garden City | NY | 11530-9194 | | 516-741-6565 | 516-741-6706 | tslome@msek.com | Counsel for Pamela Geller; JAE Electronics, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | hkolko@msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Meyers Law Group, P.C. | Merle C. Meyers | 44 Montgomery Street | Suite 1010 | San Francisco | CA | 94104 | | 415-362-7500 | 415-362-7515 | mmeyers@mlg-pc.com | Counsel to Alps Automotive, Inc. |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | emeyers@mrrlaw.net | Counsel to Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | rrosenbaum@mrrlaw.net | Counsel to Prince George County, Maryland |
| Miami-Dade County Tax Collector | April Burch | Paralegal Unit | 140 West Flagler St Ste 1403 | Miami | FL | 33130 | | 305-375-5314 | 305-375-1142 | mdtcbkc@miamidade.gov | Paralegal Collection Specialist for Miami-Dade County |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | miag@michigan.gov | Attorney General for State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1176 | 517-373-2129 | raterinkd@michigan.gov | Assistant Attorney General for Worker's Compensation Agency; Attorney for the Funds Administration for the State of Michigan |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | miag@michigan.gov | Attorney General for Worker's Compensation Agency; Attorney for the Funds Administration for the State of Michigan |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 13 of 21

3/23/2012 2:13 PM
Email (393)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | trenda@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miller & Martin PLLC | Dale Allen | 150 Fourth Ave North | Ste 1200 | Nashville | TN | 37219 | | | | vjones@millermartin.com | Counsel to Averitt Express |
| Miller Johnson | Thomas P. Sarb | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 | 616-988-1748 | sarbt@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |
| | Robert D. Wolford | | | | | | | 616-831-1726 | 616-988-1726 | wolfordr@millerjohnson.com | |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | 313-496-7997 | greeni@millercanfield.com | Counsel to Wells Operating Partnership, LP |
| Miller, Canfield, Paddock and Stone, P.L.C. | Marc N. Swanson | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-963-6420 | 313-496-8452 | swansonm@millercanfield.com | Counsel to Brose North America Holding LP and its affiliates |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | 313-496-8453 | fusco@millercanfield.com | Counsel to Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | 617-542-2241 | pjricotta@mintz.com pricotta@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | 630-512-8610 | Jeff.Ott@molex.com | Counsel to Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | 212-309-6001 | agottfried@morganlewis.com | Counsel to ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | 212-309-6001 | mzelmanovitz@morganlewis.com | Counsel to Hitachi Chemical (Singapore) Pte, Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | 213-612-2501 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | | lberkoff@moritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidares Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interst to Oasis Silicon Systems, Inc.) |
| Moses & Singer LLP | James M. Sullivan Esq. | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-554-7800 | 212-554-7700 | jsullivan@mosessinger.com | Counsel to The Timken Corporation |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | RX | 75201-6659 | | 214-855-7590 214-855-7561 214-855-7587 | 214-855-7584 | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com | Counsel to Texas Instruments Incorporated |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | 616-977-0529 | sandy@nlsg.com | Counsel to Lankfer Diversified Industries, Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 14 of 21

3/23/2012 2:13 PM
Email (393)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | 248-351-0487 | Knathan@nathanneuman.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | 866-298-4481 | l.moore@pnc.com | Vice President and Senior Counsel to National City Commercial Capital |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | 803-256-7500 | george.cauthen@nelsonmullins.com | Counsel to Datwyler Rubber & Plastics, Inc.; Datwyler, Inc.; Datwyler i/o devices (Americas), Inc.; Rothrist Tube (USA), Inc. |
| New Jersey Attorney General's Office Division of Law | Tracy R Richardson Deputy Attorney General | R.J. Hughes Justice Complex | 25 Market St P.O. Box 106 | Trenton | NJ | 08628-0106 | | 609-292-1537 | 609-777-3055 | tracy.richardson@dol.lps.state.nj.us | Deputy Attorney General - State of New Jersey Division of Taxation |
| Nixon Peabody LLP | Victor G. Milione Christopher M. Desiderio | 437 Madison Ave | | New York | NY | 10022 | | 212-940-3000 | 866-596-3967 | cdesiderio@nixonpeabody.com vmilione@nixonpeabody.com | Counsel to Corning Inc., Corning Incorporated, and Corning |
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | dgheiman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | | 478-742-8706 | 478-746-4488 | cahope@chapter13macon.com | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | 512-482-8341 | jay.hurst@oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Ohio Environmental Protection Agency | c/o Michelle T. Sutter | Principal Assistant Attorney General Environmental Enforcement Section | 30 E Broad St 25th Fl | Columbus | OH | 43215 | | 614-466-2766 | 614-752-2441 | msutter@ag.state.oh.us | Attorney for State of Ohio, Environmental Protection Agency |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | 978-667-9969 | michaelz@orbotech.com | Company |
| O'Rourke Katten & Moody | Michael Moody | 55 W Wacker Dr | Ste 1400 | Chicago | IL | 60615 | | 312-849-2020 | 312-849-2021 | mmoody@orourkeandmoody.com | Counsel to Ameritech Credit Corporation d/b/a SBC Capital Services |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | 212-506-5151 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | 415-773-5759 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Raniero D'Aversa, Jr. | 51 West 52nd Street at 6th Avenue | | New York | NY | 10103-0001 | | 212-506-3715 | 212-506-5151 | Rdaversa@orrick.com | Counsel to Bank of America, N.A. |
| Pachulski Stang Ziehl & Jones LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | 302-652-4400 | mseidl@pszjlaw.com | Counsel for Essex Group, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein Ilan D. Scharf | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-561-7700 | 212-561-7777 | Rfeinstein@pszjlaw.com Ischarf@pszjlaw.com | Counsel for Essex Group, Inc. |
| Patterson Belknap Webb & Tyler LLP | Daniel A. Lowenthal | 1133 Avenue of the Americas | | New York | NY | 10036 | | 212-336-2720 | 212-336-1253 | dalowenthal@pbwt.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Patterson Belknap Webb & Tyler LLP | David W. Dykhouse Phyllis S. Wallitt | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | | 212-336-2000 | 212-336-2222 | dwdykhouse@pbwt.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Paul H. Spaeth Co. LPA | Paul H. Spaeth | 130 W Second St Ste 450 | | Dayton | OH | 45402 | | 937-223-1655 | 937-223-1656 | spaethlaw@phslaw.com | Attorneys for F&G Multi-Slide Inc and F&G Tool & Die Co. Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | arosenberg@paulweiss.com | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | ddavis@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | emccolm@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Peggy Housner | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | housnerp@michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |
| Penachio Malara LLP | Anne Penachio | 235 Main Street | Suite 600A | White Plains | NY | 10601 | | 914-946-2889 | 914-946-2882 | apenachio@pmlawllp.com | Counsel to UVA Machine Company and its successors by acquisition |
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | lawallf@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro); Ametek, Inc.; Cleo Inc. |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 | jaffeh@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pepper, Hamilton LLP | Nina M. Varughese | 3000 Two Logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | varughesen@pepperlaw.com | Counsel to Capro, Ltd; Teleflex Automotive Manufacturing Corporation; Teleflex Incorporated; Sierra International, Inc. |
| Pickrel Shaeffer & Ebeling | Sarah B. Carter Esq | 2700 Kettering Tower | | Dayton | OH | 45423-2700 | | 937-223-1130 | 937-223-0339 | scarter@pselaw.com | |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | jmanheimer@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | kcunningham@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pietragallo Bosick & Gordon LLP | Richard J. Parks | 54 Buhl Blvd | | Sharon | PA | 16146 | | 724-981-1397 | 724-981-1398 | rjp@pbandg.com | Counsel to Ideal Tool Company, Inc. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | karen.dine@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | margot.erlich@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | Ste 550 | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | 714-436-2800 | mark.houle@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | richard.epling@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | robin.spear@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | bsmoore@pbnlaw.com | |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | jh@previant.com mgr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| PriceWaterHouseCoopers | Enrique Bujidos | Almagro | 40 | Madrid | | 28010 | Spain | 34 915 684 356 | | enrique.bujidos@es.pwc.com | Representative to DASE |
| QAD, Inc. | Stephen Tyler Esq | 10,000 Midlantic Drive | Suite 100 West | Mt. Laurel | NJ | 08054 | | 856-840-2870 | 856-840-2740 | xst@qad.com | Counsel to QAD, Inc. |
| Quarles & Brady LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | 520-770-2203 | knye@quarles.com | Counsel to Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation; Flambeau Inc. |
| Quarles & Brady LLP | Roy Prange | 33 E Main St Ste 900 | | Madison | WI | 53703-3095 | | 608-283-2485 | 608-294-4920 | rlp@quarles.com | Counsel for Flambeau Inc. |
| Quarles & Brady LLP | Valerie L. Bailey-Rihn Esq | 33 E Main St Ste 900 | | Madison | WI | 53703 | | 608-283-2407 | | valerie.bailey-rihn@quarles.com | Counsel to Charter Manufacturing Co., Charter Mfg. Co. Inc., Charter Steel and Milwaukee Wire Products |
| Reed Smith | Ann Pille | 10 South Wacker Drive | | Chicago | IL | 60606 | | 312-207-1000 | 312-207-6400 | apille@reedsmith.com | Counsel to Infineon; Infineon Technologies |
| Republic Engineered Products, Inc. | Joseph A Kaczka | 3770 Embassy Parkway | | Akron | OH | 44333 | | 330-670-3215 | 330-670-3020 | jkaczka@republicengineered.com | Counsel to Republic Engineered Products, Inc. |
| Richard A Meier | | 30300 Northwestern Hwy Ste 320 | | Farmington Hills | MI | 48334 | | 248-932-3500 248-990-1971 | | meier900@netscape.net | Counsel to Ratko Menjak |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | 206-389-1708 | jshickich@riddellwilliams.com | Counsel to Microsoft Corporation; Microsoft Licensing, GP |
| Rieck and Crotty PC | Jerome F Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-726-4646 | 312-726-0647 | jcrotty@rieckcrotty.com | Counsel to Mary P. O'Neill and Liam P. O'Neill |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | 212-825-9414 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 17 of 21

3/23/2012 2:13 PM
Email (393)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Satterlee Stephens Burke & Burke LLP | Roberto Carrillo | 230 Park Avenue | Suite 1130 | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | rcarrillo@ssbb.com | Attorney's for Tecnomec S.r.l. |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | dweiner@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | hborin@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | rheilman@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | 7500 Sears Tower | | Chicago | IL | 60606 | | 312-258-5635 | 312-258-5600 | egeekie@schiffhardin.com | Counsel to Means Industries |
| Schulte Roth & Zabel LLP | David J. Karp | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | david.karp@srz.com | Counsel to Parnassus Holdings II, LLC and Platinum Equity Capital Partners II, LP |
| Schulte Roth & Zabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | 212-593-5955 | james.bentley@srz.com | Counsel to Panasonic Automotive Systems Company of America |
| Schulte Roth & Zabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | michael.cook@srz.com | Counsel to Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Schwartz Lichtenberg LLP | Barry E Lichtenberg Esq | 420 Lexington Ave Ste 2400 | | New York | NY | 10170 | | 212-389-7818 | 212-682-6511 | barryster@att.net | Counsel to Marybeth Cunningham |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | 404-892-7056 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | 617-946-4801 | whanlon@seyfarth.com | Counsel to le Belier/LBQ Foundry S.A. de C.V. |
| Shaw Gussis Fishman Glantz Wolfson & Towbin LLC | Brian L Shaw | 321 N. Clark St. | Suite 800 | Chicago | IL | 60654 | | 312-541-0151 | 312-980-3888 | bshaw100@shawgussis.com | Counsel to ATC Logistics & Electronics, Inc. |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 | | 603-627-8139 | 603-627-8121 | bharwood@sheehan.com | Counsel to Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | 248-358-2740 | lawtoll@comcast.net | Counsel to Milwaukee Investment Company |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | ewaters@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | msternstein@sheppardmullin.com | Counsel to International Rectifier Corp. and Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | tcohen@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | twardle@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | 225-757-7674 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | 504-299-2300 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Shipman & Goodwin LLP | Kathleen M. LaManna | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5603 | 860-251-5218 | bankruptcy@goodwin.com | |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | asherman@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | jzackin@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 18 of 21

3/23/2012 2:13 PM
Email (393)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sills, Cummis Epstein & Gross, P.C. | Valerie A Hamilton Simon Kimmelman | 650 College Rd E | | Princeton | NJ | 08540 | | 609-227-4600 | 609-227-4646 | vhamilton@sillscummis.com skimmelman@sillscummis.com | Counsel to Doosan Infracore America Corp. |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | 203-542-4100 | cfortgang@silverpointcapital.com | Counsel to Silver Point Capital, L.P. |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | 3026528405 | kmiller@skfdelaware.com | Counsel to Airgas, Inc. |
| SNR Denton US LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | 212-768-6800 | fyates@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. and United Plastics Group |
| SNR Denton US LLP | Oscar N. Pinkas | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | 212-768-6800 | opinkas@sonnenschein.com | Counsel to Schaeffler Canada, Inc. and Schaeffler KG |
| SNR Denton US LLP | Robert E. Richards | 7800 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | rrichards@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc.; Counsel to Schaeffler Canada, Inc. and Schaeffler KG |
| Squire, Sanders & Dempsey L.L.P. | G. Christopher Meyer | 4900 Key Tower | 127 Public Sq | Cleveland | OH | 44114 | | 216-479-8692 | 216-479-8776 | cmeyer@ssd.com | Counsel to Furukawa Electric Co., Ltd.; Counsel for the City of Dayton, Ohio |
| State of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street Ste 1702 | Los Angeles | CA | 90013 | | 213-897-2640 | 213-897-2802 | sarah.morrison@doj.ca.gov | Attorneys for the State of California Department of Toxic Substances Control |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | 313-456-2201 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Tax Office of the Department of Labor & Economic Growth, Unemployment Insurance Agency |
| State of Michigan Labor Division | Susan Przekop-Shaw | PO Box 30736 | | Lansing | MI | 48909 | | 517-373-2560 | | przekopshaws@michigan.gov | Assistant Attorney General as Attorney for the Michigan Workers' Compensation Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | 502-245-0542 | jmbaumann@steeltechnologies.com | Counsel to Steel Technologies, Inc. |
| Sterns & Weinroth, P.C. | Michael A Spero Simon Kimmelman Valerie A Hamilton | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | 609-392-7956 | jspecf@sternslaw.com | Counsel to Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | 212-319-8505 | cp@stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | 816-691-3495 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stinson Morrison Hecker LLP | Nicholas J Zluticky | 1201 Walnut Street | Suite 2900 | Kansas City | MO | 64106 | | 816-691-3278 | | nzluticky@stinson.com | Counsel to ThyssenKrupp Waupaca, Inc. |
| Stites & Harbison PLLC | Madison L.Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | robert.goodrich@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 502-587-3400 | 502-779-8274 502-587-6391 | wbeard@stites.com loucourtsum@stites.com | Counsel to WAKO Electronics (USA), Inc.,Ambrake Corporation, and Akebona Corporation (North America) |
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | | ferrell@taftlaw.com | Counsel to Wren Industries, Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 19 of 21

3/23/2012 2:13 PM
Email (393)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | 513-381-0205 | miller@taftlaw.com | Counsel to Select Industries Corporation and Gobar Systems, Inc. |
| Teitelbaum & Baskin LLP | Jay Teitelbaum Ron Baskin | 3 Barker Avenue | 3rd Floor | White Plains | NY | 10601 | | 914-437-7670 | 914-437-7672 | jteitelbaum@tblawllp.com rbaskin@tblawllp.com | Counsel to Mary H. Schaefer |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division PO Box 20207 | | Nashville | TN | 37202-0207 | | 615-532-2504 | 615-741-3334 | agbanknewyork@ag.tn.gov | Tennesse Department of Revenue |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | 212-912-7751 | jforstot@tpw.com | Counsel to TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | 212-912-7751 | lcurcio@tpw.com | Counsel to TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | Japan | 100-8322 | | 81-3-3286-3919 | | niizeki.tetsuhiro@furukawa.co.jp | Legal Department of The Furukawa Electric Co., Ltd. |
| The Michaelson Law Firm | Robert N Michaelson | 11 Broadway Ste 615 | | New York | NY | 10004 | | 212-604-0685 | 800-364-1291 | rnm@michaelsonlawfirm.com | Counsel to NXP Semiconductors USA, Inc. |
| The Timken Corporation BIC - 08 | Michael Hart | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | | 330-438-3000 | 1-330-471-4388 | michael.hart@timken.com | Representative for Timken Corporation |
| Thompson & Knight | Rhett G. Campbell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | 713-654-1871 | rhett.campbell@tklaw.com | Counsel to STMicroelectronics, Inc. |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 212-751-3045 | 214-999-9139 | ira.herman@tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1505 | 214-969-1609 | john.brannon@tklaw.com | Counsel to Victory Packaging |
| Thompson Coburn Fagel Haber | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | lnewman@thompsoncoburn.com | Counsel to Aluminum International, Inc. |
| Thompson Hine LLP | Jennifer L Maffett | 2000 Courthouse Plaza NE | 10 W Second St | Dayton | OH | 45402 | | 937-443-6600 | | Jennifer.Maffett@ThompsonHine.com | Counsel to Rieck Group, LLC n/k/a Mechanical Construction Managers, LLC |
| TI Group Automotive Systms LLC | Timothy M. Guerriero | 12345 E Nine Mile Rd | | Warren | MI | 48089 | | 586-755-8066 | 586-427-8199 | tguerriero@us.tiauto.com | General Counsel and Company Secretary to TI Group Automotive Systems LLC |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| U.S. Department of Justice | Matthew L Schwartz Joseph N Cordaro | Assistant United States Attorneys | 86 Chambers St 3rd Fl | New York | NY | 10007 | | 212-637-1945 | 212-637-2750 | matthew.schwartz@usdoj.gov Joseph.Cordaro@usdoj.gov | Counsel to Enviromental Protection Agency; Internal Revenue Service; Department of Health and Human Services; and Customs and Border Protection |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | 585-258-2821 | hzamboni@underbergkessler.com | Counsel to McAlpin Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC 1580 | Omaha | NE | 68179 | | 402-544-4195 | 402-501-0127 | mkilgore@UP.com | Counsel to Union Pacific Railroad Company |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy | Allied Industrial and Service Workers, Intl Union (USW), AFL-CIO David Jury, Esq. | | Five Gateway Center Suite 807 | Pittsburgh | PA | 15222 | | 412-562-2546 | 412-562-2574 | djury@usw.org | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Vedder Price PC | Stephanie K Hor Chen | 222 N LaSalle St Ste 2600 | | Chicago | IL | 60601 | | 312-609-7786 | | schen@vedderprice.com | Counsel to The Intec Group, Inc. |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | | 614-464-8322 | 614-719-4663 | tscobb@vorys.com | Counsel to America Online, Inc. and its Subsidiaries and Affiliates |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | RGMason@wlrk.com | Counsel to Capital Research and Management Company |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | 616-222-2185 | gtoering@wnj.com | Counsel to Robert Bosch Corporation; Counsel to Daewoo International Corp and Daewoo International (America) Corp |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | 248-603-9631 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | | growsb@wnj.com | Counsel to Behr Industries Corp. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 20 of 21

3/23/2012 2:13 PM
Email (393)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | 614-222-2193 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | Glenn Kurtz Gerard Uzzi Douglas Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | | gkurtz@ny.whitecase.com guzzi@whitecase.com dbaumstein@ny.whitecase.com | Counsel to Appaloosa Management, LP |
| White & Case LLP | Thomas Lauria Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | 305-358-5744 | tlauria@whitecase.com featon@miami.whitecase.com | Counsel to Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | 414-223-5000 | barnold@whdlaw.com | Counsel to Schunk Graphite Technology |
| Wickens Herzer Panza Cook & Batista Co | James W Moennich Esq | 35765 Chester Rd | | Avon | OH | 44011-1262 | | 440-930-8000 | 440-930-8098 | jmoennich@wickenslaw.com | Counsel for Delphi Sandusky ESOP |
| Winston & Strawn LLP | David Neier Carey D. Schreiber | 200 Park Avenue | | New York | NY | 10166-4193 | | 212-294-6700 | 212-294-4700 | dneier@winston.com cschreiber@winston.com | Counsel to Ad Hoc Group of Tranche A & B DIP Lenders |
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | mwinthrop@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | sokeefe@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Womble Carlyle Sandridge & Rice, PLLC | Allen Grumbine | 550 South Main St | | Greenville | SC | 29601 | | 864-255-5402 | 864-255-5482 | agrumbine@wcsr.com | Counsel to Armacell |
| Womble Carlyle Sandridge & Rice, PLLC | Michael G. Busenkell | 222 Delaware Avenue | Suite 1501 | Wilmington | DE | 19801 | | | | mbusenkell@wcsr.com | Counsel to Chicago Miniature Optoelectronic Technologies, Inc. |
| Woods Oviatt Gilman LLP | Ronald J. Kisinski | 700 Crossroads Bldg | 2 State St | Rochester | NY | 14614 | | 585-362-4514 | 585-362-4614 | rkisicki@woodsoviatt.com | |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | skrause@zeklaw.com | Counsel to Toyota Tsusho America, Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 21 of 21

3/23/2012 2:13 PM
Email (393)

# EXHIBIT B

DPH Holdings Corp.
Post-Emergence Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| United States Trustee | Brian Masumoto | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | Counsel to United States Trustee |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

3/23/2012 2:14 PM
Post-Emergence Master Service List 120321.xlsx US Mail (1)

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -    x
                                                            :
                In re                                       :    Chapter 11
                                                            :
DPH HOLDINGS CORP., et al.,                                 :    Case No. 05-44481 (RDD)
                                                            :
                                                            :    (Jointly Administered)
Reorganized Debtors.                                        :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -    x

ORDER PURSUANT TO 11 U.S.C. §§ 105(d), 544, 547, AND 548 AND FED. R. BANKR. P.
7016 ESTABLISHING (I) DATES FOR HEARINGS REGARDING
ADVERSARY PROCEEDINGS AND (II) NOTICES AND PROCEDURES
GOVERNING ADVERSARY PROCEEDINGS HEARINGS

("ADVERSARY PROCEEDINGS PROCEDURES ORDER")

Upon the Motion For Order Pursuant To 11 U.S.C. §§ 105(d), 544, 547, And 548 And

Fed. R. Bankr. P. 7016 Establishing (I) Dates For Hearings Regarding Adversary Proceedings

And (II) Notices And Procedures Governing Adversary Proceedings Hearings, dated November

4, 2011 (the "Motion"), of DPH Holdings Corp. and its affiliated reorganized debtors (the

"Reorganized Debtors"), formerly known as Delphi Corporation and certain of its subsidiaries

and affiliates, former Debtors and Reorganized Debtors-in-possession in the above-captioned

cases (f/k/a In re Delphi Corporation, et al.) (hereinafter collectively, the "Debtors" or

"Reorganized Debtors"); and the Debtors having asserted, among other things that the Motion is

a core proceeding under 28 U.S.C. § 157(b)(2); and upon the responses to the Motion and

alternative proposed order filed by certain of the defendants[1] to the Adversary Proceedings (as

defined below); and upon conducting a December 21, 2011 hearing on all of the same; and after

---

[1]    Adv. Pro. Nos: 07-02259; 07-02217; 07-02232; 07-02270; 07-02442; 07-02445; 07-02322; 07-02720; 07-
       02758; 07-02432; 07-02489; 07-02562; 07-02563; 07-02572; 07-02580; 07-02744; 07-02639; 07-02661; 07-
       02551; 07-02597; and 07-02606 (hereinafter collectively the "Responding Defendants")

due deliberation thereon and good and sufficient cause appearing therefor, IT IS HEREBY

FOUND AND DETERMINED THAT:[2]

A.    Proper, timely, adequate, and sufficient notice of the Motion has been

provided, such notice was good, sufficient and appropriate under the particular circumstances,

and no other or further notice of the Motion is or shall be required.

B.    The Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157

and 1334.  Venue of these cases and the Motion in this Court is proper under 28 U.S.C. §§ 1408

and 1409.

C.    The relief requested in the Reorganized Debtors' Motion and in the

Responding Defendants' response briefs is granted in part as provided below.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

THAT:

1.    The Motion is granted, in part, and this Order is to be entered in each of

the Adversary Proceedings identified on Exhibit 1 hereto (the "Adversary Proceedings").

2.    This Court shall conduct special periodic hearings (the "Adversary

Proceeding Hearings") on the Adversary Proceedings.  The Adversary Proceeding Hearings shall

be held in the United States Bankruptcy Court for the Southern District of New York, 300

Quarropas Street, Room 118, White Plains, New York 10601-4140 (the "Court") unless the

Reorganized Debtors and the Defendants affected are otherwise notified by the Court.  The

Adversary Proceeding Hearing Dates shall be scheduled pursuant to the procedures set forth

below.

---

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.  Capitalized terms used and not otherwise defined herein
shall have the meanings ascribed to them in the Motion.

2

3.     The following procedures shall apply to the Adversary Proceedings (the "Adversary Proceeding Procedures"):

(a)     <u>Reorganized Debtors' Preliminary Disclosure Statement</u>.  At the October 24, 2011 hearing, the Court considered the declarations or affidavits submitted by certain preference defendants as to the extent of notice received regarding the Extension Motions (each, a "Notice Affidavit").  To the extent that any Defendant submitted a Notice Affidavit and previously opposed the Reorganized Debtors' motion to amend (the "Motion to Amend") or filed a timely joinder in opposition to the Motion to Amend on the basis of prejudice under Fed. R. Civ. P. 15 ("Rule 15") or filed a Motion to Dismiss the Reorganized Debtors' original complaint on the basis of Rule 4(m) or filed a timely joinder to a Motion to Dismiss (collectively, all such Defendants constitute the "Rule 15/Rule 4(m) Defendants" and include those defendants in the Adversary Proceeding numbers identified on <u>Exhibit 2</u>), the Reorganized Debtors shall, within thirty (30) days after the entry of this Adversary Proceedings Procedures Order, serve a preliminary disclosure statement (the "Reorganized Debtors' Preliminary Disclosure Statement") on the Rule 15/Rule 4(m) Defendants.  The Reorganized Debtors' Preliminary Disclosure Statement shall address the following information relating to the preference period:  (A) the current status and availability of the Reorganized Debtors' legacy accounting system and accounting records, including currently available electronically stored information ("ESI") and the form of such ESI, information that may no longer be available in native form, or that is unavailable, to the extent known, (B) the name and address, and telephone number if available, of individuals who the Reorganized Debtors may call upon to testify about the Reorganized Debtors' accounting system or to otherwise provide support for the probative value of the Reorganized Debtors' records, and (C) the identity of individuals that the Reorganized Debtors

3

may call upon as witnesses in their direct case; provided, however, that the Reorganized Debtors

may (i) supplement any disclosure provided in this Paragraph 3(a) at any time prior to fourteen

(14) days before the close of pre-trial discovery and (ii) if necessary, seek additional time to

initially provide or supplement such Preliminary Disclosure Statement, and consent to such

additional time shall not be unreasonably withheld.

    (b)  Notice Affidavit and Prejudice Declaration.

      (i)  Each of the Rule 15/Rule 4(m) Defendants shall serve one or more

declarations (each a "Prejudice Declaration") on the Reorganized Debtors with respect to the

extent of any claimed prejudice suffered by the Rule 15/Rule 4(m) Defendant or any unique Rule

15 issue that has not previously been ruled on by the Court to the extent that such Rule 15/Rule

4(m) Defendant seeks to raise such issue in opposition to the Motion to Amend, and upon which

such Rule 15/Rule 4(m) Defendant intends to rely at the Rule 15/Rule 4(m) Hearing (as defined

below). The Prejudice Declaration is to be served no later than thirty (30) days after the service

of the Reorganized Debtors' Preliminary Disclosure Statement; provided, however, that a Rule

15/Rule 4(m) Defendant may (i) supplement any Prejudice Declaration provided in this

Paragraph 3(b)(i) at any time prior to fourteen (14) days before the close of pre-trial discovery

and (ii) if necessary, seek additional time to initially provide or supplement their Prejudice

Declaration, and consent to such additional time shall not be unreasonably withheld. If a Rule

15/Rule 4(m) Defendant fails to timely serve a Prejudice Declaration in compliance with the

foregoing, the Reorganized Debtors may move to have their proposed Amended Complaint

entered as to that Defendant.

      (ii)  Nothing in this Adversary Proceedings Procedures Order shall

limit the Reorganized Debtors' right to object to the timeliness or other procedural infirmities

4

with respect to any Defendant's claim of prejudice, notice or unique Rule 15 issues or limit any

Defendant's right to object to the timeliness or other procedural infirmities with respect to the

Reorganized Debtor's motion to file an amended complaint or assertion of any other argument or

claim, except as to those already ruled on by the Court.

(c)    Scheduling of Adversary Proceeding Hearings.

(i)    The Reorganized Debtors shall schedule each Adversary

Proceeding to an Adversary Proceeding Hearing as provided below.  For Rule 15/Rule 4(m)

Hearinga or Merit Hearings, any notice of hearing and amended complaint shall be served by

either facsimile or electronic mail *and* by overnight delivery to the respective defense counsel at

the respectively applicable facsimile number or address listed on Exhibits 3 and 4.  All other

documents are to be served by either facsimile, electronic mail *or* overnight mail.[3]  Each

defendant shall notify Reorganized Debtor's counsel, by electronic mail and overnight mail, of

any change in facsimile, electronic mail *and* by overnight delivery instructions/addresses.  For

Default Hearing the hearing notice shall be served on the Defendant as required under the

Federal Rules of Civil Procedure. All other documents are to be served by either facsimile,

electronic mail *or* overnight mail.

(A)    Default Hearing, in the event that a Defendant in an

Adversary Proceeding has not filed an answer or otherwise proper response in opposition to the

Reorganized Debtors' complaint (a "Default Hearing Defendant", all of which are the defendants

in the Adversary Proceeding numbers identified on Exhibit 5), by serving upon the relevant

Defendant and filing with this Court, (1) a notice substantially in the form attached hereto as

---

[3]    Defense counsel may request a particular format.  The Reorganized Debtors will attempt to comply with the
request but it will not be a violation of this Order if the Reorganized Debtors serve a document in an alternate
format.

Exhibit 6 (a "Notice Of Default Hearing"), (2) a copy of the complaint, (3) a motion for entry of

default judgment (the "Motion for Default Judgment"), and (4) a copy of this Adversary

Proceedings Procedures Order at least twenty-eight (28) days prior to the date of such Default

Hearing, or

                   (B)      Rule 15/Rule 4(m) Hearing, for any Rule 15/Rule 4(m)

Defendant, by serving upon the relevant Rule 15/Rule 4(m) Defendant's counsel and by filing

with the Court, a notice substantially in the form attached hereto as Exhibit 7 (a "Notice of Rule

15/Rule 4(m) Hearing") at least 182 days prior to the date of such Rule 15/Rule 4(m) Hearing, or

                   (C)      Merits Trial, for a trial on the merits of the Adversary

Proceeding (a "Merits Trial") for any Defendant other than a Rule 15/Rule 4(m) Defendant or a

Defendant whose action was completely resolved pursuant to a Default Hearing.  Rule 15/Rule

4(m) Defendants shall not be subject to Merits' Trial procedures.  Such Defendants that are

subject to a Merits Trial (each, a "Merits Trial Defendant") currently include those defendants in

the Adversary Proceeding numbers identified on Exhibit 8.  As to all Merits Trial Defendants,

the Reorganized Debtors' Motion to Amend is hereby granted, and the Reorganized Debtors

shall schedule a Merits Trial by serving upon the relevant Merits Trial Defendant's counsel and

filing with this Court, (1) a notice substantially in the form attached hereto as Exhibit 9 (a

"Notice of Merits Trial" and, collectively with the Notice of Default Hearing and the Notice of

Rule 15/Rule 4(m) Hearing, the "Notices of Hearing") and (2) an amended complaint or, where

applicable, a revised amended complaint reflecting the Reorganized Debtors' revisions, if any, to

remove assumed transfers, to reconcile transfers, and to include antecedent debt information

where previously missing, all by at least 182 days prior to the date of such Merits Trial.

(ii)     The Reorganized Debtors or any individual defendant, acting in good faith and for good reason, may seek an adjournment of a Default Hearing, a Rule 15/Rule 4(m) Hearing, or a Merits Trial, or any other hearing scheduled in these Adversary Proceedings at any time by providing notice to the other party at least ten (10) business days prior to the date of the scheduled hearing; provided, however, that the requesting party shall meet and confer with opposing counsel  and seek such counsel's consent to the adjournment.  The parties have the right to mutually consent to such adjournments, and if the parties are unable to reach an agreement, they shall promptly contact the Court and, after holding a telephonic conference with the parties, the Court shall make a determination on the requested adjournment.  At no time shall any hearing be adjourned for more than a total of 182 calendar days.

(d)     Default Hearing Procedures.

(i)     If a Default Hearing Defendant does not oppose the relief sought in the Motion for Default Judgment in the manner set forth below, the Court will enter a default judgment against such Default Hearing Defendant.  Any objection or other pleading in opposition to the relief sought in the Motion for Default Judgment shall be filed and served no later than fourteen (14) days before the scheduled Default Hearing.  Such Default Hearing Defendant's pleading must (A) show cause why a timely answer was not filed, and (B) attach a proposed answer.

(ii)     To the extent that an Adversary Proceeding is scheduled for a Default Hearing, if the Reorganized Debtors wish to file a reply, the Reorganized Debtors shall file and serve their reply no later than two (2) business days before the scheduled Default Hearing.

7

(iii)     To the extent that this Court determines upon conclusion of the

Default Hearing that the Default Hearing Defendant should be granted leave to file a late answer

or otherwise plead, the Reorganized Debtors shall provide to the Default Hearing Defendant a

Notice of Hearing pursuant to the procedures set forth above.  All Default Hearings shall proceed

to hearing, subject to modification pursuant to paragraph 3(m) below.

(e)     <u>Mandatory Meet And Confer - Rule 15/Rule 4(m) Hearing and Merits</u>

<u>Trial Defendants</u>.

(i)     To the extent that an Adversary Proceeding is scheduled by the

Reorganized Debtors for a Rule 15/Rule 4(m) Hearing or a Merits Trial, the Reorganized

Debtors and the relevant Rule 15/Rule 4(m) Defendant or Merits Trial Defendant shall hold a

telephonic meet-and-confer (a "Meet-and-Confer") within seven (7) days of service of the Notice

of Rule 15/Rule 4(m) Hearing or the Notice of Merits Trial, unless a longer perod of time is

agreed to by the parties, at a date and time to be set by the Reorganized Debtors, who shall seek

concurrence of the date and time with defense counsel.  The purpose of the Meet-and-Confer

shall be: (A) to attempt to resolve the Adversary Proceeding on its merits (including any Rule

15/Rule 4(m) issues) and, if unsuccessful in resolving the matter, (B) to set ground rules as to the

scope of mediation, subject to the procedures set forth below.

(ii)     The following representatives of each of the Reorganized Debtors

and the Rule 15/Rule 4(m) Defendant or Merits Trial Defendant shall attend the Meet-and-

Confer: (A) counsel for each of the parties and, in addition to counsel, (B) a party representative.

(f)     <u>Mediation - Rule 15/Rule 4(m) Hearing and Merits Hearing</u>.  All Rule

15/Rule 4(m) Hearing and Merits Trial Adversary Proceedings shall be subject to non-binding

mediation ("Mediation").  The Mediation and the below procedures shall be governed generally

8

by General Order M-390. However, if the terms of this Order conflict with General Order M-390, then the terms of this Order shall control. No rights, remedies, claims or defenses of any party shall be impaired, waived or compromised in any further proceeding in these cases should no settlement or compromise result from participation in the Mediation process. The following procedures shall apply to each Mediation:

(i)     Except as set forth below, the Mediation shall be held at least 133 days prior to commencement of the Rule 15/Rule 4(m) Hearing or Merits Trial;

(ii)    Each party shall provide the mediator with a confidential mediation statement (each, a "Mediation Statement").

(A)     For Rule 15/Rule 4(m) Defendant actions:   The Mediation Statement shall, at a minimum, provide the mediator with a brief confidential statement addressing the party's views on the merits of the underlying case and the party's views on its likelihood of success at the Rule 15/Rule 4(m) Hearing. The parties may, upon agreement, expand the scope of the Mediation Statements or provide the Mediation Statements to the other party. In all cases, Mediation Statements shall be submitted to the mediator at least seven (7) days prior to the Mediation unless otherwise requested by the mediator or agreed to by the parties.

(B)     For Merits Trial actions: The Mediation Statements shall provide the mediator with that party's views on the merits of the underlying case, including each defense to be raised, all legal theories, and specific factual detail as to each.

(iii)   For Rule 15/Rule 4(m) Hearing actions, no later than fourteen (14) days prior to the Mediation, the Reorganized Debtors shall also provide the Rule 15/Rule 4(m) Defendant with a copy of their proposed amended complaint or, where applicable, their revised

9

proposed amended complaint reflecting the Reorganized Debtors' revisions to remove assumed transfers, to reconcile transfers and to include antecedent debt information where previously missing.

(iv)     No later than seven (7) days prior to the Mediation, the Rule 15/Rule 4(m) Defendant or Merits Trial Defendant shall provide the Reorganized Debtors with a list of defenses it intends to raise at the Rule 15/Rule 4(m) Hearing and  at trial, but without prejudice to the defendant's right to present other later discovered defenses at trial.

(v)     The Mediation Statements and any and all communications and information provided during or as part of the Mediation shall be confidential and subject to all protections afforded under Federal Rule of Evidence 408.

(vi)     Each Mediation shall be mediated by a mediator identified on the list attached as Exhibit 10, or such other person upon which the parties agree (the "Mediator"). If the parties cannot agree to a Mediator, the Court shall choose the Mediator.

(vii)     The parties may agree to provide any additional information or briefing with respect to the Mediation, as provided above.

(viii)     To the extent that the Rule 15/Rule 4(m) Defendant's or Merits Trial Defendant's principal place of business is located within 140 miles of Troy, Michigan, the Mediation shall be held at a neutral location in Troy, Michigan.  To the extent that the Defendant's principal place of business is located more than 140 miles from Troy, Michigan, the Mediation shall be held at a neutral location reasonably acceptable to the Reorganized Debtors and the Defendant; provided, however, that, if the Reorganized Debtors and the Defendant are unable to agree upon a neutral location at the Meet-and-Confer, the Mediation shall be held in New York, New York.

10

(ix)     A representative of each party, possessing the authority required

pursuant to General Rule M-390, shall attend the Mediation.  The identity and of the

representative shall be provided to opposing counsel no later than seven (7) days before the

Mediation.

(x)      Absent consent of each of the Defendant and the Reorganized

Debtors, the length of the Mediation shall be limited to four (4) hours.

(xi)     The Reorganized Debtors and the Defendant shall each bear their

own costs in participating in the Mediation and shall share equally in the Mediator's fees and

costs and the cost of the Mediation facility, if any.

(g)      <u>Rule 15/Rule 4(m) Hearing Discovery</u>.

If Mediation is unsuccessful and a Rule 15/Rule 4(m) Hearing is scheduled, the

Reorganized Debtors and the Rule 15/Rule 4(m) Defendant shall be bound by the following

limited discovery procedures (the "Rule 15/Rule 4(m) Hearing Discovery"), subject to

modification pursuant to paragraph 3(m) below:

(i)      The scope of Rule 15/Rule 4(m) Hearing Discovery shall be

limited to (A) factual issues identified in a Rule 15/Rule 4(m) Defendant's Prejudice Declaration,

including prejudice, (B) notice of the Extension Motions, solely to the extent identified in a Rule

15/Rule 4(m) Defendant's Notice Affidavit, and (C) Rule 4(m) issues that are specific to the

matter that have not already been ruled on by the Court, subject to modification pursuant to

paragraph 3(m) below.

(ii)     Discovery shall be limited to the scope of issues defined in

paragraph 3(g)(i), and the following limitations, unless otherwise agreed by the parties:

11

     (A)  no more than fifteen (15) requests for production, including

discrete subparts.

     (B)  no more than fifteen (15) interrogatories, including discrete

subparts.

     (C)  no more than five (5) requests for admission, including

discrete subparts.

     (D)  no more than five (5) depositions, including but not limited

to any deposition made under Fed. R. Civ. P. 30(b)(6).

    (iii)  All Rule 15/Rule 4(m) Hearing Discovery shall be completed

within ninety-one (91) days after Mediation.

    (iv)  The parties shall discuss any objection(s) to  Rule 15/Rule 4(m)

Hearing Discovery and, in good faith, attempt to resolve the objection(s).  If good-faith attempts

to resolve the objection(s) have failed, the objecting party shall provide a letter to the Court, with

a copy to opposing counsel.  Any response to the letter is to be filed and provided to the Court,

with a copy to opposing counsel, within two (2) business days.  The Court shall either issue a

ruling on the parties' papers or hold a telephonic conference with the parties.

    (h)  <u>Rule 15/Rule 4(m) Hearing Procedures</u>.

   At the Rule 15/Rule 4(m) Hearing, the Court will conduct an evidentiary hearing to the

extent necessary and solely to determine matters of notice, prejudice, and any unique (to that

Rule 15/Rule 4(m) Defendant) Rule 15 issues that have not been previously decided by the Court

and that have expressly been raised in the Notice Affidavit or the Prejudice Declaration.   All

Rule 15/Rule 4(m) Hearings shall proceed to hearing, subject to modification pursuant to

paragraph 3(m) below.

(i)      Rule 15/Rule 4(m) Hearing Briefs.

The following procedures shall apply to the parties' written briefs, if any, filed in advance of the Rule 15/Rule 4(m) Hearing, if any, subject to modification pursuant to paragraph 3(m) below:

(i)      The Rule 15/Rule 4(m) Defendant shall file and serve a written statement in opposition to the Reorganized Debtors' Motion to Amend (the "Defendant's Rule 15/Rule 4(m) Supplemental Response") no later than fourteen (14) days prior to commencement of the Rule 15/Rule 4(m) Hearing.  If the Rule 15/Rule 4(m) Defendant relies on exhibits, the Rule 15/Rule 4(m) Defendant shall include such exhibits in its Rule 15/Rule 4(m) Supplemental Response, subject to the qualifications set forth in paragraph 3(i)(iii) below.

(ii)      The Reorganized Debtors may file and serve a written statement in support of their Motion to Amend (the "Reorganized Debtors' Rule 15/Rule 4(m) Supplemental Brief") no later than seven (7) days prior to commencement of the Rule 15/Rule 4(m) Hearing. If the Reorganized Debtors rely on exhibits, the Reorganized Debtors shall include such exhibits in the Reorganized Debtors' Rule 15/Rule 4(m) Supplemental Brief subject to the qualifications set forth in paragraph 3(i)(iii) below.

(iii)      Any exhibits attached to or included within any of the briefs discussed above (each a "Rule 15/Rule 4(m) Brief"), must have previously been provided to the opposing party during Rule 15/Rule 4(m) Discovery, unless factual information or argument made in the opposing brief was not provided or asserted during discovery or in the Prejudice Declaration.  The parties shall include a certificate of counsel or a declaration or affidavit authenticating any documents attached to any Rule 15/Rule 4(m) Brief.

13

(iv)    A Rule 15/Rule 4(m) Brief must include any affidavits or

declarations from witnesses upon which the parties will rely at the Rule 15/Rule 4(m) Hearing;

provided, however, that neither party shall be permitted to elicit any direct testimony at the Rule

15/Rule 4(m) Hearing, subject to the exception stated in section (iii) above; instead, the affidavit

or declaration submitted with the Rule 15/Rule 4(m) Brief, or such witnesses' deposition

transcript, shall serve as the witnesses' direct testimony and the opposing party may cross-

examine the witnesses at the Rule 15/Rule 4(m) Hearing or counter-designate deposition

testimony.  No additional witnesses may testify and no additional exhibits may be introduced

into evidence at the Rule 15/Rule 4(m) Hearing beyond those included in the Rule 15/Rule 4(m)

Briefs, subject to the exception stated in section (iii) above, or upon a showing of cause and

order of the Court.  All witnesses that a party seeks to cross-examine at the Rule 15/Rule 4(m)

Hearing shall be physically present at the Rule 15/Rule 4(m) Hearing, so long as the party

seeking to conduct the cross-examination provides at least ten (10) days' notice to the opposing

party and so long as their presence may be compelled.  In circumstances where a witness cannot

be compelled to appear, their direct and cross-examination testimony by deposition may be

offered.   Re-direct examination will only be allowed as permitted by the Court.

(j)    Conduct Of The Rule 15/Rule 4(m) Hearing.

The Reorganized Debtors and the Rule 15/Rule 4(m) Defendant shall each be permitted,

subject to modification pursuant to paragraph 3(m) below, to present their respective cases to the

Court at the Rule 15/Rule 4(m) Hearing, subject to the provisions of this Adversary Proceedings

Procedures Order.  The parties shall coordinate with each other in advance of the hearing with

respect to anticipated disputes regarding the admission of particular evidence and any designated

deposition testimony.

14

(k)      Post-Rule 15/Rule 4(m) Hearing Discovery and Trial.

(i)      If the Rule 15/Rule 4(m) Adversary Proceeding is not dismissed at
the Rule 15/Rule 4(m) Hearing stage, the Court shall issue an order allowing the proposed
amended complaint provided with the Notice of Rule 15/Rule 4(m) Hearing to be filed
("Amended Complaint"), and such Defendant's answer or other permissible response to the
amended complaint shall be filed within fourteen (14) days after the filing and service of the
Amended  Complaint.

(ii)      Within five (5) business days after the Rule 15/Rule 4(m)
Defendant files and serves its answer or other response  to the Amended Complaint, the parties
shall contact the Court to schedule a pre-trial conference.  The pre-trial conference shall be held
telephonically, and Rules 16 and 26 of the Federal Rules of Civil Procedure shall apply, unless
otherwise agreed by the parties or otherwise ordered by the Court.  The parties shall discuss an
appropriate discovery cut-off date prior to the pre-trial conference.

(iii)      Unless otherwise ordered or set by the Court during the pre-trial
conference, the following provisions shall apply to pre-trial matters relating to Rule 15/Rule
4(m) Defendants:

(A) discovery shall be permitted as provided under the Federal
Rules of Civil Procedure;

(B) all discovery disputes that cannot be resolved by the parties
shall be resolved by providing a letter to the Court, with a copy to opposing counsel.  Any
response to the letter is to be filed and provided to the Court, with a copy to opposing counsel,
within two (2) business days.  The Court shall either issue a ruling on the parties' papers or hold
a telephonic conference with the parties.

15

(C)    If at any time permissible under the Federal Rules of Civil

Procedure after the filing and service of the Amended Complaint, the Reorganized Debtors or a

Rule 15/Rule 4(m) Defendant moves for summary judgment, the Court will decide such motion

prior to trial.  Upon a party's filing of a summary judgment motion, the trial date, if scheduled,

shall be adjourned automatically to a future Adversary Proceeding Hearing Date which shall be

set by the Court or by agreement of the parties for a date after the entry of an order on the

summary judgment motion.   All Summary Judgment Hearings shall proceed to hearing, subject

to modification pursuant to paragraph 3(m) below.  All timing rules, page limitations and

scheduling procedures provided below in Section (3)(l)(iii) for Rule 12(b)(6) Motions shall apply

to Summary Judgment Hearings.

(l)    <u>Merits Trial Procedures – Merits Trial Defendants Only</u>.  Only the Merits

Trial Defendants[4] shall be subject to the Merits Trial Procedures stated below:

(i)    At the Merits Trial, the Court will determine all matters necessary

to resolve the Adversary Proceeding.

(ii)    <u>Amended Complaint and Answer</u>.

(A)    The Reorganized Debtors shall file their amended

complaint in the applicable Adversary Proceeding in the form provided with the Notice of Merits

Trial.  The Reorganized Debtors shall serve such Merits Trial Defendant with the Notice of

Merits Trial as set forth above.

(B)    A Merits Trial Defendant must answer or otherwise plead

in response to the amended complaint within fourteen (14) days after the Reorganized Debtors

file such amended complaint in the Adversary Proceeding.  In the event that a Merits Trial

---

[4] Identify Merit Trial Defendants:

16

Defendant fails to answer or otherwise plead (including by filing a 12(b) Motion, as defined

below) prior to the 14-day deadline, the Adversary Proceeding will automatically be scheduled

for a Default Hearing on the next Adversary Proceeding Hearing Date that is at least 42 days

after the date the amended complaint was filed in the Adversary Proceeding.  Prior to the Default

Hearing, a Merits Trial Defendant and the Reorganized Debtors may file pleadings as described

in the Default Hearing Procedures described above.

       (iii)    <u>Rule 12(b) Proceedings</u>.  If a Merits Trial Defendant files a

responsive pleading that asserts a defense under Federal Rule of Civil Procedure 12(b) (a "12(b)

Motion"), the following procedures shall apply:

       (A)    All Merits Trial Defendants are subject to the Meet and

Confer and Mediation obligations stated above.

       (B)    A Merits Trial Defendant may file and serve a 12(b)

Motion no later than fourteen (14) days after an amended complaint is filed in an Adversary

Proceeding.  If the Merits Trial Defendant relies on exhibits, the Merits Trial Defendant shall

include such exhibits in its 12(b) Motion.

       (C)    Upon a Merits Trial Defendants' filing of a 12(b) Motion,

the Merits Trial shall be adjourned automatically to a future Adversary Proceeding Hearing Date

until the 12(b) Motion is resolved and upon further notice by the Reorganized Debtors.  In

addition, the hearing on a 12(b) Motion (a "Rule 12(b) Hearing") shall be adjourned

automatically to a future Adversary Proceeding Hearing Date, which shall be determined by the

Reorganized Debtors in their sole discretion, by serving Defendant with a Notice of Rule 12(b)

Hearing, substantially in the form attached hereto as <u>Exhibit 11</u> at least twenty-eight (28) days

prior to the applicable 12(b) Hearing date.  All Rule 12(b) Hearings shall proceed to hearing, subject to modification pursuant to paragraph 3(m) below.

(D)  The Reorganized Debtors may file and serve a response in opposition to a 12(b) Motion (a "12(b) Response") no later than fourteen (14) days prior to commencement of the 12(b) Hearing.  If the Reorganized Debtors rely on exhibits, the Reorganized shall include such exhibits in their 12(b) Response.

(E)  A Merits Trial Defendant may file and serve a reply in support of a 12(b) Motion (a "12(b) Reply") no later than seven (7) days prior to commencement of the 12(b) Hearing.  If the Merits Trial Defendant relies on exhibits, such Merits Trial Defendant shall include such exhibits in its 12(b) Reply.

(F)  In the event that a 12(b) Motion is denied, withdrawn, or otherwise resolved in favor of the Reorganized Debtors, a Merits Trial Defendant shall file an answer as provided in paragraph 3(l)(ii) above.

(iv)  <u>Summary Judgment</u>.  If at any time permissible under the Federal Rules of Civil Procedure, a party moves for summary judgment, the Court will decide such motion prior to the Merits Trial.  Upon a Merits Trial Defendant's filing of a summary judgment motion, the Merits Trial shall be adjourned automatically to a future Adversary Proceeding Hearing Date after the summary judgment motion is resolved and after notice has been provided by the Reorganized Debtors.  In addition, the hearing on a summary judgment motion (a "Summary Judgment Hearing") shall be adjourned automatically to a future Adversary Proceeding Hearing Date, which shall be determined by the Reorganized Debtors in their sole discretion, by serving Defendant with a Notice of Summary Judgment Hearing, substantially in the form attached hereto as <u>Exhibit 12</u> at least twenty-eight (28) days prior to the applicable

18

Summary Judgment Hearing date.  All Summary Judgment Hearings shall proceed to hearing,

subject to modification pursuant to paragraph 3(m) below.  All timing rules, page limitations and

scheduling procedures provided above for Rule 12(b)(6) Motions shall apply.

(v)    Merits Discovery.  Discovery shall be governed by the Federal

Rules of Civil Procedure.

(vi)    Merits Briefs.  The following procedures shall apply to the parties'

written briefs, if any, filed in advance of the Merits Trial, subject to modification pursuant to

paragraph 3(m) below:

(A)    The Reorganized Debtors may file and serve a written

statement in support of the relief sought in their amended complaint (a "Merits Brief") no later

than fourteen (14) days prior to commencement of the Merits Trial.  If the Reorganized Debtors

rely on exhibits, the Reorganized Debtors shall include such exhibits in the their Merits Brief.

(B)    The Merits Trial Defendant may file and serve a written

response in opposition to the relief sought in the Reorganized Debtors' amended complaint (a

"Merits Response") no later than seven (7) days prior to commencement of the Merits Trial.  If

the Merits Trial Defendant relies on exhibits, such Merits Trial Defendant shall include such

exhibits in its Merits Response.

(C)    The Reorganized Debtors may file and serve a brief in

reply to the Merits Response (a "Merits Reply") no later than two (2) business days prior to

commencement of the Merits Trial.  If the Reorganized Debtors rely on exhibits, the

Reorganized Debtors shall include such exhibits in their Merits Reply.

(D)    The Merits Brief, the Merits Response, and the Merits

Reply must include any affidavits or declarations from witnesses upon which the parties will rely

at the Merits Trial; provided, however, that each party shall not be permitted to elicit any direct

testimony at the Merits Trial; instead, the affidavit or declaration submitted with the Merits

Brief, the Merits Response, or the Merits Reply, or such witnesses' deposition transcript, shall

serve as the witnesses' direct testimony and the opposing party may cross-examine the witnesses

at the Merits Trial or counter-designate deposition testimony.  No other or additional witnesses

may testify and no exhibits may be introduced into evidence at the Merits Trial beyond those

included in the Merits Brief, the Merits Response, or the Merits Reply, absent a showing of

cause and order of the Court.

       (vii)    Conduct Of The Merits Trial.  The Reorganized Debtors and the

Merits Trial Defendant shall each be permitted, subject to modification pursuant to paragraph

3(m) below, to present their respective cases to the Court at the Merits Trial.  The parties shall

coordinate with each other in advance of the hearing with respect to anticipated disputes

regarding the admission of particular evidence and any designated deposition testimony.

       (m)    Ability to Modify Procedures By Agreement Or Order Of Court.

At each Meet and Confer, the parties, if not successful in resolving the Adversary Proceeding

during the Meet and Confer, shall discuss discovery parameters, briefing, and evidence to be

presented as outlined herein and any modifications to this order.  If a modification is requested

by a party at the Meet and Confer or at any other time, and should the parties be unable to agree

on the modification, either party may request that the Court schedule a teleconference to consider

the requested modification.

       4.    This Court shall retain jurisdiction to hear and determine all matters arising from

the implementation of this Adversary Proceedings Procedures Order; provided, however, that all

Merits Trial Defendants and Rule 15/Rule 4(m) Defendants shall be deemed to have retained

their objections as to this Court's jurisdiction over these Adversary Proceedings, and the

Reorganized Debtors shall be deemed to have retained their right to oppose those objections and

maintain their assertion that the Motion and the Adversary Proceedings are core proceedings

under 28 U.S.C. § 157 (b)(2).

5.     The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the

United States Bankruptcy Court for the Southern District of New York for the service and filing

of a separate memorandum of law is deemed satisfied by the Motion.


Dated: White Plains, New York
        February 15, 2012



                        /s/Robert D. Drain
                         UNITED STATES BANKRUPTCY JUDGE

21

05-44481-rdd    Doc 21833    Filed 02/15/12    Entered 02/15/12 16:36:23    Exhibit

**Exhibit 1**

*Adversary Proceedings Subject to Procedures Order (By Case No.)*

07-02124
07-02077
07-02138
07-02227
07-02077
07-02124
07-02259
07-02270
07-02280
07-02288
07-02131
07-02238
07-02257
07-02217
07-02260
07-02098
07-02214
07-02234
07-02236
07-02220
07-02272
07-02309
07-02358
07-02302
07-02374
07-02442
07-02445
07-02475
07-02322
07-02720
07-02745
07-02758
07-02416
07-02432
07-02457
07-02477
07-02489
07-02527
07-02540

05-44481-rdd Doc 21833 Filed 02/15/12 Entered 02/15/12 16:36:23 Exhibit
Pg 2 of 33

07-02543
07-02562
07-02563
07-02572
07-02580
07-02339
07-02385
07-02690
07-02804
07-02694
07-02742
07-02744
07-02639
07-02649
07-02650
07-02652
07-02654
07-02661
07-02668
07-02523
07-02551
07-02553
07-02554
07-02597
07-02602
07-02606
07-02712

05-44481-rdd    Doc 21833    Filed 02/15/12    Entered 02/15/12 16:56:23    Exhibit
Pg 53 of 99

**Exhibit 2**

*Adversary Proceedings Subject to Rule 15/Rule 4(m) Hearings (By Case No.)*

07-02259
07-02270
07-02217
07-02098
07-02236
07-02358
07-02302
07-02442
07-02445
07-02475
07-02322
07-02758
07-02416
07-02432
07-02477
07-02489
07-02540
07-02563
07-02572
07-02580
07-02385
07-02690
07-02742
07-02744
07-02639
07-02649
07-02654
07-02661
07-02668
07-02523
07-02551
07-02597
07-02606

05-44481-rdd   Doc 21833   Filed 02/15/12   Entered 02/15/12 16:36:23   Exhibit
Pg 53 of 93

**Exhibit 3**
*Rule 15/Rule 4(m) Hearing Defendants' Counsel*

| Adv. Proc. No. | Rule 15/Rule 4(m) Hearing Defendant | Rule 15/Rule 4(m) Hearing Defendant's Counsel |
|---|---|---|
| 07-02259 | Blair Strip Steel Co. Inc. | Nathan A. Wheatley<br>Jean Robertson<br>CALFEE, HALTER & GRISWOLD LLP<br>The Calfee Building<br>1405 East Sixth Street<br>Cleveland, Ohio 44114<br>Phone: (216) 622-8200<br>Fax: (216) 241-0816<br>nwheatley@calfee.com<br>jrobertson@calfee.com |
| 07-02270 | Castrol, Castrol Industrial, and Unifrax Corp. | Gilbert R. Saydah Jr.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, New York 10178<br>Phone:  (212) 808-7612<br>Fax:  (212) 808-7897<br>gsaydah@kelleydrye.com<br>Counsel for Castrol and Castrol Industrial<br><br>James C. Thoman<br>Hodgson Russ LLP<br>The Guaranty Building<br>140 Pearl Street<br>Buffalo, New York 14202-4040<br>United States of America<br>Phone:  (716) 848-1361<br>Fax:  (716) 819-4614<br>jthoman@hodgsonruss.com<br>Counsel for Unifrax Corp. |

05-44481-rdd    Doc 21833    Filed 02/15/12    Entered 02/15/12 16:36:29    Exhibit
Pg 54 of 98

| Adv. Proc. No. | Rule 15/Rule 4(m) Hearing Defendant | Rule 15/Rule 4(m) Hearing Defendant's Counsel |
|---|---|---|
| 07-02217 | D & S Machine Products, Inc. | Michael B. O'Neal<br>Warner Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon Street, NW<br>Grand Rapids, Michigan 49503-2487<br>Phone:  (616) 752-2000<br>Fax:  (616) 222-2500<br>moneal@wnj.com |
| 07-02236 | DSSI, et al. | C. R. Bowles<br>Bingham Greenebaum Doll<br>3500 National City Tower<br>101 South Fifth Street<br>Louisville, Kentucky 40202<br>Phone:  (502) 589-4200<br>Fax:  (502) 540-2274<br>crb@gdm.com<br><br>Richard M. Meth<br>Fox Rothschild LLP<br>75 Eisenhower Parkway, Suite 200<br>Roseland, New Jersey 07068<br>Phone:  (973) 994-7515<br>Fax:  (973) 992-9125<br>rmeth@foxrothschild.com |
| 07-02358 | Fernandez Racing, LLC | Lawrence Morrison, Esq.<br>MEISTER SEELIG & FEIN LLP<br>2 Grand Central Tower<br>140 East 45th Street, 19th Floor<br>New York, New York 10017<br>Phone: (212) 655-3500<br>Fax: (212) 655-3535<br>lmorrison@lfm-law.com |

05-44481-rdd   Doc 21833   Filed 02/15/12   Entered 02/15/12 16:36:29   Exhibit
Pg 56 of 98

| Adv. Proc. No. | Rule 15/Rule 4(m) Hearing Defendant | Rule 15/Rule 4(m) Hearing Defendant's Counsel |
|---|---|---|
| 07-02302 | Florida Production Engineering Inc., et al. | John B. Persiani<br>Seth Schwartz<br>Dinsmore & Shohl LLP<br>255 East Fifth Street<br>Suite 1900<br>Cincinnati, Ohio 45202<br>Phone: (513) 977-8371<br>Fax: (513) 977-8141<br>john.persiani@dinsmore.com<br>seth.schwartz@dinsmore.com |
| 07-02442 | Heraeus Metals Processing | William M. Barron<br>Epstein Becker Green<br>250 Park Avenue<br>New York, New York 10177<br>Phone:  (212) 351-4602<br>Fax:  (212) 878-8600<br>wbarron@ebglaw.com |
| 07-02445 | Heraeus Precious Metals | William M. Barron<br>Epstein Becker Green<br>250 Park Avenue<br>New York, New York 10177<br>Phone:  (212) 351-4602<br>Fax:  (212) 878-8600<br>wbarron@ebglaw.com |
| 07-02475 | HSS | Dennis M. Haley<br>Winegarden Haley Lindholm & Robertson PLC<br>G-9460 S. Saginaw Street, Ste A<br>Grand Blanc Michigan 48439<br>Phone:  (810) 579-3600<br>Fax:  (810) 579-1748<br>dhaley@winegarden-law.com |

05-44481-rdd    Doc 21833    Filed 03/26/12    Entered 03/26/12 16:36:23    Exhibit
Pg 56 of 98

| Adv. Proc. No. | Rule 15/Rule 4(m) Hearing Defendant | Rule 15/Rule 4(m) Hearing Defendant's Counsel |
| --- | --- | --- |
| 07-02322 | Jamestown Container | Beverley S. Braun<br>Jaeckle Fleischmann & Mugel, LLP<br>Avant Building - Suite 900<br>200 Delaware Avenue<br>Buffalo, New York 14202-2107<br>Phone: (716) 843-3900<br>Fax: (716) 856-0432<br>bbraun@jaeckle.com |
| 07-02758 | Magnesium Elektron | Jerrold S. Kulback<br>Archer & Greiner, P.C.<br>One Centennial Square<br>Haddonfield, New Jersey 08033<br>Phone: (856) 616-2684<br>Fax: (856) 673-7163<br>jkulback@archerlaw.com<br><br>Jennifer L. Dering<br>Archer & Greiner, P.C.<br>One Centennial Square<br>Haddonfield, New Jersey 08033<br>Phone: (856) 673-3918<br>Fax: (856) 673-7048<br>jdering@archerlaw.com |
| 07-02416 | Merrill Tool & Machine | Corey D. Grandmaison<br>Braun Kendrick Finkbeiner P.L.C.<br>4301 Fashion Square Blvd.<br>Saginaw, Michigan 48603<br>Phone: (989) 498-2256 Ext. 510<br>Fax: (989) 799-4666<br>corgra@bkf-law.com |
| 07-02432 | Methode Electronics Inc. | Shalom Jacob<br>Zachary D. Silbersher<br>Locke Lord LLP<br>3 World Financial Center<br>New York, New York 10281<br>Phone: (212) 415-8618<br>Fax: (212) 303-2754<br>sjacob@lockelord.com<br>zsilbersher@lockelord.com |

05-44481-rdd    Doc 21853    Filed 03/26/12    Entered 03/26/12 16:36:29    Exhibit
Pg 57 of 98

| Adv. Proc. No. | Rule 15/Rule 4(m) Hearing Defendant | Rule 15/Rule 4(m) Hearing Defendant's Counsel |
|---|---|---|
| 07-02477 | Monroe Inc. | Robert D. Wolford<br>Miller Johnson<br>250 Monroe Avenue, N.W.<br>Suite 800<br>Grand Rapids, Michigan  49501-0306<br>Phone:  (616) 831-1700<br>Fax: (616) 988-1726<br>wolfordr@millerjohnson.com |
| 07-02489 | Mubea | Michael B. O'Neal<br>Warner Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon Street, NW<br>Grand Rapids, Michigan 49503-2487<br>Phone:  (616) 752-2000<br>Fax:  (616) 222-2500<br>moneal@wnj.com |
| 07-02540 | Owens Corning | H. Buswell Roberts, Jr.<br>2001 South Main Street<br>Suite 206-A<br>Blacksburg, Virginia 24060<br>Phone: (540) 951-8320<br>Fax: (540) 951-8357<br>hbroberts@live.com |
| 07-02563 | Park Ohio Industries | Nathan A. Wheatley<br>James M. Lawniczak<br>CALFEE, HALTER & GRISWOLD LLP<br>The Calfee Building<br>1405 East Sixth Street<br>Cleveland, Ohio 44114<br>Phone: (216) 622-8200<br>Fax: (216) 241-0816<br>nwheatley@calfee.com<br>jlawniczak@calfee.com |

| Adv. Proc. No. | Rule 15/Rule 4(m) Hearing Defendant | Rule 15/Rule 4(m) Hearing Defendant's Counsel |
|---|---|---|
| 07-02572 | PBR Columbia LLC | Michael B. O'Neal<br>Warner Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon Street, NW<br>Grand Rapids, Michigan 49503-2487<br>Phone: (616) 752-2000<br>Fax: (616) 222-2500<br>moneal@wnj.com |
| 07-02580 | Philips Semiconductor | Robert N. Michaelson<br>The Michaelson Law Firm<br>11 Broadway, Suite 615<br>New York, New York 10004<br>Phone: (212) 604-0685<br>Fax: (800) 364-1291<br>rnm@michaelsonlawfirm.com |
| 07-02385 | Pontiac Coil Inc. | James E. DeLine<br>Kerr, Russell and Weber, PLC<br>500 Woodward Avenue, Suite 2500<br>Detroit, Michigan 48226<br>Phone: (313) 961-0200<br>Fax: (313) 961-0388<br>jed@krwlaw.com<br><br>P. Warren Hunt<br>Kerr, Russell and Weber, PLC<br>500 Woodward Avenue, Suite 2500<br>Detroit, Michigan 48226<br>Phone: (313) 961-0200<br>Fax: (313) 961-0388<br>pwh@krwlaw.com |

05-44481-rdd    Doc 21833    Filed 02/15/12    Entered 02/15/12 16:36:29    Exhibit
Pg 59 of 98

| Adv. Proc. No. | Rule 15/Rule 4(m) Hearing Defendant | Rule 15/Rule 4(m) Hearing Defendant's Counsel |
| --- | --- | --- |
| 07-02690 | Pro Tech Machine | Rozanne M. Giunta<br>Susan M. Cook<br>Adam D. Bruski<br>LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.<br>916 Washington Ave, Suite 309<br>PO Box 835<br>Bay City, Michigan 48707<br>Phone:  (989) 893-3518<br>Fax:  (989) 894-2232<br>rgiunta@lambertleser.com<br>scook@lambertleser.com<br>abruski@lambertleser.com |
| 07-02742 | Republic | Douglas L. Lutz<br>Frost Brown Todd LLC<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, Ohio 45202<br>Phone:  (513) 651-6800<br>Fax:  (513) 651-6981<br>dlutz@fbtlaw.com |
| 07-02744 | Republic Engineered Products | Douglas L. Lutz<br>Frost Brown Todd LLC<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, Ohio 45202<br>Phone:  (513) 651-6800<br>Fax:  (513) 651-6981<br>dlutz@fbtlaw.com |
| 07-02639 | Spartech Polycom | Christopher J. Lawhorn<br>BRYAN CAVE LLP<br>200 North Broadway, Suite 3600<br>St. Louis, Missouri 63102<br>Phone: (314) 259-2000<br>Fax: (314) 259-2020<br>cjlawhorn@bryancave.com |

05-44481-rdd    Doc 21833    Filed 02/15/12    Entered 02/15/12 16:36:23    Exhibit
Pg 60 of 98

| Adv. Proc. No. | Rule 15/Rule 4(m) Hearing Defendant | Rule 15/Rule 4(m) Hearing Defendant's Counsel |
|---|---|---|
| 07-02649 | Stapla Ultrasonics | Patrick B. Howell<br>Michael E. Gosman<br>WHYTE HIRSCHBOECK DUDEK S.C.<br>555 East Wells Street, Suite 1900<br>Milwaukee, Wisconsin 53202-3819<br>Phone: (414) 273-2100<br>Fax: (414) 223-5000<br>phowell@whdlaw.com<br>mgosman@whdlaw.com |
| 07-02654 | Stephenson & Sons Roofing | Rozanne M. Giunta<br>Susan M. Cook<br>Adam D. Bruski<br>LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.<br>916 Washington Ave, Suite 309<br>PO Box 835<br>Bay City, Michigan 48707<br>Phone:  (989) 893-3518<br>Fax:  989-894-2232<br>rgiunta@lambertleser.com<br>scook@lambertleser.com<br>abruski@lambertleser.com |
| 07-02661 | Summit Polymers Inc. | Bryan R. Walters<br>Varnum<br>333 Bridge Street NW<br>Grand Rapids, Michigan 49504<br>Phone: (616) 336-6865<br>Fax:  (616) 336-7000<br>brwalters@varnumlaw.com |
| 07-02668 | Tata America Int'l Corp. | Gilbert R. Saydah Jr.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, New York 10178<br>Phone:  (212) 808-7612<br>Fax:  (212) 808-7897<br>gsaydah@kelleydrye.com |

| Adv. Proc. No. | Rule 15/Rule 4(m) Hearing Defendant | Rule 15/Rule 4(m) Hearing Defendant's Counsel |
|---|---|---|
| 07-02523 | UVA Machine Company | Robert F. Brown<br>Rendigs, Fry, Kiely & Dennis<br>1 W. Fourth Street, Suite 900<br>Cincinnati, Ohio 45202<br>Phone:  (513) 381-9360<br>Fax:  (513) 381-9206<br>rbrown@rendigs.com |
| 07-02551 | Victory Packaging, et al. | Ira L. Herman<br>THOMPSON & KNIGHT LLP<br>900 Third Avenue, 20th Floor<br>New York, New York 10022<br>Phone: (212) 751-3001<br>Fax: (212) 751-3113<br>Ira.herman@tklaw.com |
| 07-02597 | Wells Fargo Business, et al. | Jeffrey A. Wurst<br>Michael T. Rozea<br>Ruskin Moscou Faltischek, P.C.<br>East Tower, 15th Floor<br>1425 RXR Plaza<br>Uniondale, New York 11556<br>Phone:  (516) 663-6535<br>Fax:  (516) 663-6735<br>jwurst@rmfpc.com<br>mrozea@rmfpc.com |
| 07-02606 | Williams Advanced Materials EF | Nathan A. Wheatley<br>Jean Robertson<br>CALFEE, HALTER & GRISWOLD LLP<br>The Calfee Building<br>1405 East Sixth Street<br>Cleveland, Ohio 44114<br>Phone: (216) 622-8200<br>Fax: (216) 241-0816<br>nwheatley@calfee.com<br>jrobertson@calfee.com |

05-44481-rdd    Doc 21833    Filed 02/15/12    Entered 02/15/12 16:36:23    Exhibit
Pg 62 of 98

**Exhibit 4**
*Merits Trial Defendants' Counsel*

| Adv. Proc. No. | Merits Trial Defendant | Merits Trial Defendant's Counsel |
|---|---|---|
| 07-02288 | Caretools | Jeffrey D. Vanacore<br>Perkins Coie LLP<br>30 Rockefeller Plaza<br>25th Floor<br>New York, New York 10112<br>Phone: (212) 262-6912<br>Fax: (212) 977-1642<br>jvanacore@perkinscoie.com |
| 07-02131 | Century Services, Inc. | Harvey Chaiton<br>Chaitons LLP<br>5000 Yonge Street<br>10th Floor<br>Toronto, Canada, M2N 7E9<br>Phone: (416) 218-1762<br>Fax: (416) 218-1849<br>Harvey@chaitons.com |
| 07-02214 | Dove Equipment Co., Inc. | Melissa A. Pena<br>Norris, McLaughlin & Marcus, PA<br>875 Third Ave.<br>8th Floor<br>New York, New York 10022<br>Phone: (917) 369-8847<br>Fax: (212) 808-0844<br>mapena@nmmlaw.com<br><br>William R. Kohlhase<br>Miller, Hall & Triggs LLC<br>416 Main Street, Suite 1125<br>Peoria, Illinois 61602-1161<br>Phone: (309) 671-9600<br>Fax: (309) 671-9616<br>William.kohlhase@mhtlaw.com |

| Adv. Proc. No. | Merits Trial Defendant | Merits Trial Defendant's Counsel |
|---|---|---|
| 07-02234 | Dr. Schneider Automotive Systems, Inc. | Eric D. Carlson<br>Miller Canfield<br>150 West Jefferson<br>Suite 2500<br>Detroit, Michigan 48226<br>Phone: (313) 496-7567<br>Fax: (313) 496-8452<br>Carlson@millercanfield.com |
| 07-02220 | Duraswitch Industries, Inc. | Mark R. Sokolowski, Past treasurer and Secretary<br>InPlay Technologies, Inc.<br>(aka: Duraswitch Industries, Inc.)<br>PO Box 28936<br>Scottsdale, Arizona 85255<br>mark@inplaytechnologies.com |
| 07-02272 | Elkhart Products Corp. | Sharon M. Beausoleil<br>Fulbright & Jaworski L.L.P.<br>Fulbright Tower<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010-3095<br>Phone: (713) 651-5381<br>Fax: (713) 651-5246<br>sbeausoleil@fulbright.com |
| 07-02309 | Equis Corporation | Michael Dal Lago<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, New York 10022-4784<br>Phone: (212) 735-8757<br>Fax: (212) 735-8706<br>mdallago@morrisoncohen.com<br><br>Nicholas J. Nesgos<br>Posternak Blankstein & Lund LLP<br>The Prudential Tower 800 Boylston Street<br>Boston, Massachusetts 02199<br>Phone: (617) 973-6168<br>Fax: (617) 367-2315<br>nnesgos@pbl.com |

| Adv. Proc. No. | Merits Trial Defendant | Merits Trial Defendant's Counsel |
|---|---|---|
| 07-02374 | William Hague Company | Bruce Weiner<br>Rosenberg, Musso & Weiner, LLP<br>26 Court St, Suite 2211<br>Brooklyn, New York 11242-1125<br>Phone: (718) 855-6840<br>Fax: (718) 625-1966<br>rmwlaw@att.net |
| 07-02527 | ND AMC LLC | Dan E. Bylenga, Jr.<br>Rhoades McKee<br>161 Ottawa Avenue NW<br>600 Waters Building<br>Grand Rapids, Michigan 49503<br>Phone: (616) 233-5161<br>Fax: (616) 459-5102<br>debyleng@rhoadesmckee.com |
| 07-02562 | Park Enterprises | Kenneth S. Yudell, Esq.<br>Aronauer, Re & Yudell, LLP<br>444 Madison Avenue<br>New York, New York 10022<br>Phone: (212) 755-6000<br>Fax: (212) 755-6006<br>kyudell@aryllp.com |
| 07-02339 | Polar Oil & Chemical Inc. | Chad D. Hansen<br>Bricker & Eckler LLP<br>9277 Centre Pointe Drive<br>Suite 100<br>West Chester, Ohio 45069<br>Phone: (513) 870-6695<br>Fax: (513) 870-6699<br>chanson@bricker.com |
| 07-02804 | Product Action Int'l, Inc., f/d/b/a Product Action International | Whitney L. Mosby<br>Thomas C. Scherer<br>Bingham Greenebaum Doll<br>10 West Market Street, #2700<br>Indianapolis, Indiana 46204-2982<br>Phone: (317) 635-8900<br>Fax: (317) 236-9907<br>wmosby@binghammchale.com<br>tscherer@binghammchale.com |

| Adv. Proc. No. | Merits Trial Defendant | Merits Trial Defendant's Counsel |
|---|---|---|
| 07-02650 | Starbrook Industries Inc. | Rex Huffman<br>Spitler, Huffman LLP<br>131 East Court Street<br>Bowling Green, Ohio 43402-2495<br>Phone:  (419) 352-2535<br>Fax:  (419) 353-8728<br>rhuffman@spitlerhuffmanlaw.com |
| 07-02652 | Steere Enterprises Inc. | Marc B. Merklin<br>Kate Bradley<br>John P. Hickey<br>Brouse McDowell, L.P.A.<br>388 S. Main St., Suite 500<br>Akron, Ohio 44311<br>Phone:  (330) 535-5711, exts. 203, 384, and 237 (respectively)<br>Fax:  (330) 253-8601<br>mmerklin@brouse.com<br>kbradley@brouse.com<br>jhickey@brouse.com |
| 07-02602 | Westwood & Associates/NANYA, Westwood Associates, Inc., and Westwood c/o NANYA | Louis J. Testa<br>Douglas S. Skalka<br>Neubert, Pepe & Monteith, P.C.<br>195 Church Street<br>New Haven, Connecticut 06510<br>Phone:  (203) 821-2000<br>Fax: (203) 821-2009<br>ltesta@npmlaw.com<br>dskalka@npmlaw.com |
| 07-02712 | Kostal | Eric D. Carlson<br>Miller Canfield<br>150 West Jefferson<br>Suite 2500<br>Detroit, Michigan 48226<br>Phone:  (313) 496-7567<br>Fax:  (313) 496-8452<br>Carlson@millercanfield.com |

05-44481-rdd   Doc 21833   Filed 02/15/12   Entered 02/15/12 16:56:23   Exhibit
Pg 66 of 98

**Exhibit 5**

*Adversary Proceedings Subject to Default Hearings (By Case No.)*

07-02720 (As to Laneko Engineering Co. only)
07-02138
07-02227
07-02280
07-02257
07-02260
07-02457
07-02543
07-02553
07-02554
07-02077
07-02124
07-02745
07-02694
07-02238

05-44481-rdd Doc 21833 Filed 02/15/12 Entered 02/15/12 16:36:23 Exhibit
Pg 67 of 98

**Exhibit 6**

BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, Michigan 48226
Cynthia J. Haffey
Thomas Radom
Bruce L. Sendek
David J. DeVine
Telephone: (313) 225-7000
Facsimile: (313) 225-7080

380 Madison Avenue
New York, New York 10017
Telephone:  (212) 818-1110
Facsimile:  (212) 818-0494
*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
              In re                           :      Chapter 11
                                              :
DPH HOLDINGS CORP., et al.,                   :      Case No. 05-44481 (RDD)
                                              :
                                              :      (Jointly Administered)
              Reorganized Debtors.            :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF DEFAULT HEARING WITH RESPECT TO
ADVERSARY PROCEEDING NUMBER _____

PLEASE TAKE NOTICE that on ____, DPH Holdings Corp. and certain of its affiliated reorganized debtors (the "Reorganized Debtors"), formerly known as Delphi Corporation and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases (f/k/a In re Delphi Corporation, et al.) (collectively, the "Debtors") commenced an adversary proceeding (the "Adversary Proceeding") by filing a complaint ("the Complaint") to avoid and recover certain amounts (the "Transfers") from _____ (the "Defendant").

PLEASE TAKE FURTHER NOTICE that on [●], the Reorganized Debtors served the Complaint on the Defendant by [●].

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by the United States Bankruptcy Court for the Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

PLEASE TAKE FURTHER NOTICE that on September 7, 2010, the Reorganized Debtors filed their Motion For Leave To File Amended Complaints (Docket No. 21575) (the "Motion to Amend").

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11 U.S.C. §§ 105(d), 544, 547, And 548 And Fed. R. Bankr. P. 7016 Establishing (I) Dates For Hearings Regarding Adversary Proceedings And (II) Notices And Procedures Governing Adversary Proceedings (Docket No. __) (the "Order"), a hearing to address whether default judgment should be entered against the Defendant (the "Default Hearing") is hereby scheduled

05-44481-rdd   Doc 21833   Filed 02/15/12   Entered 02/15/12 16:36:23   Main Document Exhibit
Pg 70 of 98

for _____ in the United States Bankruptcy Court for the Southern District of New York,

300 Quarropas Street, Room 118, White Plains, New York  10601-4140.

PLEASE TAKE FURTHER NOTICE that the Default Hearing will proceed in
accordance with the procedures provided in the Order, unless such procedures are modified in
accordance with Paragraph 3(m) thereof.  Please review the Order carefully because failure to
comply with the procedures provided in the Order (or as modified pursuant to Paragraph 3(m))
will result in a default judgment entered against the Defendant.  A Copy of the Order is attached
hereto for your convenience.


Dated:  _____

                                        Respectfully submitted,

                                        **BUTZEL LONG,**
                                        a professional corporation

                                        By: _____
                                            Cynthia J. Haffey
                                            Bruce L. Sendek
                                            Thomas B. Radom
                                            David J. DeVine
                                        150 W. Jefferson, Suite 100
                                        Detroit, Michigan 48226
                                        haffey@butzel.com

                                        380 Madison Avenue
                                        New York, New York 10017

**Exhibit 7**

BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, Michigan 48226
Cynthia J. Haffey
Thomas Radom
Bruce L. Sendek
David J. DeVine
Telephone: (313) 225-7000
Facsimile: (313) 225-7080

380 Madison Avenue
New York, New York 10017
Telephone:  (212) 818-1110
Facsimile:  (212) 818-0494
*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., et al., | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| Reorganized Debtors. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

NOTICE OF RULE 15/RULE 4(M) HEARING WITH RESPECT TO
ADVERSARY PROCEEDING NUMBER _____

05-44481-rdd    Doc 21833    Filed 02/15/12    Entered 02/15/12 16:36:29    Exhibit
Pg 24 of 39

PLEASE TAKE NOTICE that on ____, DPH Holdings Corp. and certain of its affiliated reorganized debtors (the "Reorganized Debtors"), formerly known as Delphi Corporation and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases (f/k/a In re Delphi Corporation, et al.) (collectively, the "Debtors") commenced an adversary proceeding (the "Adversary Proceeding") by filing a complaint ("the Complaint") to avoid and recover certain amounts (the "Transfers") from _____ (the "Defendant").

PLEASE TAKE FURTHER NOTICE that on [●], the Reorganized Debtors served the Complaint on the Defendant by [●].

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by the United States Bankruptcy Court for the Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

PLEASE TAKE FURTHER NOTICE that on September 7, 2010, the Reorganized Debtors filed their Motion For Leave To File Amended Complaints (Docket No. 21575) (the "Motion to Amend").

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11 U.S.C. §§ 105(d), 544, 547, And 548 And Fed. R. Bankr. P. 7016 Establishing (I) Dates For Hearings Regarding Adversary Proceedings And (II) Notices And Procedures Governing Adversary Proceedings (Docket No. __) (the "Order"), a hearing to address whether the Motion to Amend should be granted as to Defendant (the "Rule 15/Rule 4(m) Hearing") is hereby

05-44481-rdd    Doc 21833    Filed 02/15/12    Entered 02/15/12 16:56:26    Exhibit
Pg 25 of 39

scheduled for _____ in the United States Bankruptcy Court for the Southern District of

New York, 300 Quarropas Street, Room 118, White Plains, New York  10601-4140.

PLEASE TAKE FURTHER NOTICE that the Rule 15/Rule 4(m) Hearing will

proceed in accordance with the procedures provided in the Order, unless such procedures are

modified in accordance with Paragraph 3(m) thereof.  Please review the Order carefully because

failure to comply with the procedures provided in the Order (or as modified pursuant to

Paragraph 3(m)) will result in the granting of the Motion to Amend.  A Copy of the Order is

attached hereto for your convenience.


Dated:    _____


                                        Respectfully submitted,

                                        **BUTZEL LONG,**
                                        a professional corporation

                                        By:    _____
                                               Cynthia J. Haffey
                                               Bruce L. Sendek
                                               Thomas B. Radom
                                               David J. DeVine
                                        150 W. Jefferson, Suite 100
                                        Detroit, Michigan 48226
                                        haffey@butzel.com

                                        380 Madison Avenue
                                        New York, New York 10017

**Exhibit 8**

*Adversary Proceedings Subject to Merits Trial (By Case No.)*

07-02288

07-02131

07-02214

07-02234

07-02220

07-02272

07-02309

07-02374

07-02427

07-02562

07-02339

07-02804

07-02650

07-02652

07-02602

07-02712[1]

---

[1] This action is being prosecuted by conflicts counsel, Togut Segal & Segal.

05-44481-rdd Doc 21833 Filed 02/15/12 Entered 02/15/12 16:36:26 Exhibit
Pg 27 of 30

**Exhibit 9**

BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, Michigan 48226
Cynthia J. Haffey
Thomas Radom
Bruce L. Sendek
David J. DeVine
Telephone: (313) 225-7000
Facsimile: (313) 225-7080

380 Madison Avenue
New York, New York 10017
Telephone:  (212) 818-1110
Facsimile:  (212) 818-0494
*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                               :

|  |  |
|---|---|
| In re | :    Chapter 11 |
|  | : |
| DPH HOLDINGS CORP., <u>et al.</u>, | :    Case No. 05-44481 (RDD) |
|  | : |
|  | :    (Jointly Administered) |
|        Reorganized Debtors. | : |
|  | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

 

NOTICE OF MERITS TRIAL WITH RESPECT TO
ADVERSARY PROCEEDING NUMBER _____

05-44481-rdd   Doc 21833   Filed 02/15/12   Entered 02/15/12 16:36:23   Exhibit
Pg 29 of 30

PLEASE TAKE NOTICE that on _____, DPH Holdings Corp. and certain of its affiliated reorganized debtors (the "Reorganized Debtors"), formerly known as Delphi Corporation and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases (f/k/a In re Delphi Corporation, et al.) (collectively, the "Debtors") commenced an adversary proceeding (the "Adversary Proceeding") by filing a complaint ("the Complaint") to avoid and recover certain amounts (the "Transfers") from _____ (the "Defendant").

PLEASE TAKE FURTHER NOTICE that on [●], the Reorganized Debtors served the Complaint on the Defendant by [●].

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by the United States Bankruptcy Court for the Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

PLEASE TAKE FURTHER NOTICE that on September 7, 2010, the Reorganized Debtors filed their Motion For Leave To File Amended Complaints (Docket No. 21575) (the "Motion to Amend"). On _____, the Motion to Amend was granted as to Defendant.

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11 U.S.C. §§ 105(d), 544, 547, And 548 And Fed. R. Bankr. P. 7016 Establishing (I) Dates For Hearings Regarding Adversary Proceedings And (II) Notices And Procedures Governing Adversary Proceedings (Docket No. __) (the "Order"), a hearing on the merits of the Adversary

05-44481-rdd   Doc 21833   Filed 02/15/12   Entered 02/15/12 16:36:23   Exhibit
Pg 79 of 98

Proceeding (the "Merits Trial") is hereby scheduled for _____ in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 118, White Plains, New York  10601-4140.

PLEASE TAKE FURTHER NOTICE that the Merits Trial will proceed in accordance with the procedures provided in the Order, unless such procedures are modified in accordance with Paragraph 3(m) thereof.  Please review the Order carefully because failure to comply with the procedures provided in the Order (or as modified pursuant to Paragraph 3(m)) could result in the entry of judgment in the amount at issue in such Adversary Proceeding.  A Copy of the Order is attached hereto for your convenience.

Dated:  _____

Respectfully submitted,

**BUTZEL LONG,**
a professional corporation

By: _____
    Cynthia J. Haffey
    Bruce L. Sendek
    Thomas B. Radom
    David J. DeVine
150 W. Jefferson, Suite 100
Detroit, Michigan 48226
haffey@butzel.com

380 Madison Avenue
New York, New York 10017

05-44481-rdd   Doc 21833   Filed 02/15/12   Entered 02/15/12 16:56:25   Exhibit
Pg 81 of 98

**Exhibit 10**
*List of Proposed Mediators*

<u>Southern District of New York</u>
Peter Borowitz
Francis Conrad
Michael Cook
Melanie Cyganowski
Eric Haber
Harold Jones
Adam L. Rosen
Howard Seife
Thomas Slome
Sean Southard
Harvey Strickon
Menachem Zelmanovitz

<u>Michigan</u>
Michael Baum
Howard Borin
Earle Erman
Stuart Gold
Ray Graves
Stephen Gross
Wallace Handler
Ralph McDowell
Larry Rochkind

**Exhibit 11**

BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, Michigan 48226
Cynthia J. Haffey
Thomas Radom
Bruce L. Sendek
David J. DeVine
Telephone: (313) 225-7000
Facsimile: (313) 225-7080

380 Madison Avenue
New York, New York 10017
Telephone:  (212) 818-1110
Facsimile:  (212) 818-0494
*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                    :
             In re                                  :    Chapter 11
                                                    :
DPH HOLDINGS CORP., et al.,                         :    Case No. 05-44481 (RDD)
                                                    :
                                                    :    (Jointly Administered)
             Reorganized Debtors.                   :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - -x

NOTICE OF 12(b) HEARING WITH RESPECT TO
ADVERSARY PROCEEDING NUMBER _____

05-44481-rdd   Doc 21833   Filed 02/15/12   Entered 02/15/12 16:36:23   Exhibit
Pg 84 of 99

PLEASE TAKE NOTICE that on ____, DPH Holdings Corp. and certain of its affiliated reorganized debtors (the "Reorganized Debtors"), formerly known as Delphi Corporation and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases (f/k/a <u>In re Delphi Corporation, et al.</u>) (collectively, the "Debtors") commenced an adversary proceeding (the "Adversary Proceeding") by filing a complaint ("the Complaint") to avoid and recover certain amounts (the "Transfers") from _____ (the "Defendant").

PLEASE TAKE FURTHER NOTICE that on [●], the Reorganized Debtors served the Complaint on the Defendant by [●].

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by the United States Bankruptcy Court for the Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

PLEASE TAKE FURTHER NOTICE that on September 7, 2010, the Reorganized Debtors filed their Motion For Leave To File Amended Complaints (Docket No. 21575) (the "Motion to Amend"). On _____, the Motion to Amend was granted as to Defendant.

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11 U.S.C. §§ 105(d), 544, 547, And 548 And Fed. R. Bankr. P. 7016 Establishing (I) Dates For Hearings Regarding Adversary Proceedings And (II) Notices And Procedures Governing Adversary Proceedings (Docket No. __) (the "Order"), a hearing to address the Defendant's

defense under Federal Rule of Civil Procedure 12(b)  (the "Rule 12(b) Hearing") was previously scheduled for _____ in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 118, White Plains, New York  10601-4140 (the "Bankruptcy Court").   The Rule 12(b) Hearing is hereby adjourned and rescheduled for _____ in the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that the Rule 12(b) Hearing will proceed in accordance with the procedures provided in the Order, unless such procedures are modified in accordance with Paragraph 3(m) thereof.  Please review the Order carefully because failure to comply with the procedures provided in the Order (or as modified pursuant to Paragraph 3(m)) could result in the entry of judgment in the amount at issue in such Adversary Proceeding.  A Copy of the Order is attached hereto for your convenience.

Dated:    _____

Respectfully submitted,

**BUTZEL LONG,**
a professional corporation

By:  _____
    Cynthia J. Haffey
    Bruce L. Sendek
    Thomas B. Radom
    David J. DeVine
150 W. Jefferson, Suite 100
Detroit, Michigan 48226
haffey@butzel.com

380 Madison Avenue
New York, New York 10017

05-44481-rdd Doc 21833 Filed 02/15/12 Entered 02/15/12 16:36:23 Exhibit Pg 86 of 99

**Exhibit 12**

05-44481-rdd Doc 21833 Filed 02/15/12 Entered 02/15/12 16:56:26 Exhibit
Pg 87 of 99

BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, Michigan 48226
Cynthia J. Haffey
Thomas Radom
Bruce L. Sendek
David J. DeVine
Telephone: (313) 225-7000
Facsimile: (313) 225-7080

380 Madison Avenue
New York, New York 10017
Telephone:  (212) 818-1110
Facsimile:  (212) 818-0494
*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -x
                              :

        In re                       :      Chapter 11

                              :

DPH HOLDINGS CORP., et al.,     :      Case No. 05-44481 (RDD)

                              :

                              :      (Jointly Administered)

              Reorganized Debtors.    :

                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - -x

### NOTICE OF SUMMARY JUDGMENT HEARING WITH RESPECT TO
### ADVERSARY PROCEEDING NUMBER _____

05-44481-rdd    Doc 21833    Filed 02/15/12    Entered 02/15/12 16:36:29    Exhibit
Pg 88 of 98

PLEASE TAKE NOTICE that on ____, DPH Holdings Corp. and certain of its affiliated reorganized debtors (the "Reorganized Debtors"), formerly known as Delphi Corporation and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases (f/k/a In re Delphi Corporation, et al.) (collectively, the "Debtors") commenced an adversary proceeding (the "Adversary Proceeding") by filing a complaint ("the Complaint") to avoid and recover certain amounts (the "Transfers") from _____ (the "Defendant").

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by the United States Bankruptcy Court for the Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

PLEASE TAKE FURTHER NOTICE that on September 7, 2010, the Reorganized Debtors filed their Motion For Leave To File Amended Complaints (Docket No. 21575) (the "Motion to Amend").

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11 U.S.C. §§ 105(d), 544, 547, And 548 And Fed. R. Bankr. P. 7016 Establishing (I) Dates For Hearings Regarding Adversary Proceedings And (II) Notices And Procedures Governing Adversary Proceedings (Docket No. __) (the "Order"), a hearing to address whether summary judgment should be entered (the "Summary Judgment Hearing") was previously scheduled for _____ in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 118, White Plains, New York  10601-4140 (the "Bankruptcy Court").

05-44481-rdd   Doc 21853   Filed 02/15/12   Entered 02/15/12 16:56:29   Exhibit
Pg 89 of 99

The Summary Judgment Hearing is hereby adjourned and rescheduled for _____ in the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that the Summary Judgment Hearing will proceed in accordance with the procedures provided in the Order, unless such procedures are modified in accordance with Paragraph 3(m) thereof. Please review the Order carefully because failure to comply with the procedures provided in the Order (or as modified pursuant to Paragraph 3(m)) could result in the entry of judgment of the amount at issue in such Adversary Proceeding. A Copy of the Order is attached hereto for your convenience.

Dated: _____

Respectfully submitted,

**BUTZEL LONG,**
a professional corporation

By: _____
    Cynthia J. Haffey
    Bruce L. Sendek
    Thomas B. Radom
    David J. DeVine
150 W. Jefferson, Suite 100
Detroit, Michigan 48226
haffey@butzel.com

380 Madison Avenue
New York, New York 10017

# EXHIBIT D

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

     - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp.  Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                              :
      In re                                :       Chapter 11
                                              :
DPH HOLDINGS CORP., et al.,           :       Case No. 05-44481 (RDD)
                                              :
            Reorganized Debtors.     :       (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

JOINT STIPULATION AND AGREED ORDER BETWEEN REORGANIZED DEBTORS
AND UNITED STATES COMPROMISING AND ALLOWING PROOFS OF CLAIM
NUMBERS 14154 AND 16504

DPH Holdings Corp. and its affiliated reorganized debtors, including but not

limited to DPH-DAS LLC, in the above-captioned cases (collectively, the "Reorganized

Debtors"), and the United States of America, on behalf of the Internal Revenue Service ("IRS")

respectfully submit this Joint Stipulation and Agreed Order Between Reorganized Debtors and

United States Compromising and Allowing Proofs of Claim Numbers 14154 and 16504 (the

"Stipulation") and agree and state as follows:

WHEREAS, on October 8 and 14, 2005, Delphi Corporation ("Delphi") and

certain of its subsidiaries and affiliates including Delphi Automotive Systems LLC ("DAS LLC")

and Delphi Automotive Systems Services LLC ("DASS LLC"), former debtors and debtors-in-

possession in the above-captioned cases (collectively, the "Debtors"), filed voluntary petitions

under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended

(the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of

New York.

WHEREAS, on the dates listed in column B on Schedule A (titled "Date Filed"),

attached hereto, the proofs of claim listed in column A on Schedule A (titled "Proof of Claim

Number") were filed by the parties listed in column C on Schedule A (titled "Party Filing Proof

of Claim") against the Debtor entities listed in column F on Schedule A (titled "Asserted Debtor")

asserting claims (collectively, the "Claims") in the amounts listed in columns D on Schedule A

(titled "Asserted Amount").

WHEREAS, on April 27, 2007, the Debtors objected to Claim 14154 pursuant to

the Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b)

And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not

Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance

2

Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7825) ("Thirteenth Omnibus Claims Objection").

WHEREAS, on May 24, 2007, the United States of America on behalf of the IRS filed its United States Of America's Response to Debtor's Objection to the Claim of The Internal Revenue Service (Docket No. 8040) (the "Response to Thirteenth Omnibus Claims Objection").

WHEREAS, on October 6, 2009 (the "Effective Date"), the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.  In connection with the consummation of the Modified Plan, Delphi, DAS LLC, and DASS LLC emerged from chapter 11 as DPH Holdings Corp., DPH-DAS LLC, and DPH-DAS Services LLC, respectively.

WHEREAS, Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests."

WHEREAS, on October 15, 2009, the Reorganized Debtors objected to Claim 16504 pursuant to the Reorganized Debtors' Thirty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow Claim And (II) Expunge Certain (A) Duplicate SERP Claims, (B) Books And Records Claims, (C) Untimely Claims, And

3

(D) Pension, Benefit, And OPEB Claims (Docket No. 18983) (the "Thirty-Sixth Omnibus

Claims Objection").

WHEREAS, on November 16, 2009, the United States filed the United States Of

America's Response to Debtors' Objection to the Claim of the Internal Revenue Service (Claim

No. 16504) (Docket No. 19088) (the "Response to Thirty-Sixth Omnibus Claims Objection").

WHEREAS, an action is pending in the United States District Court for the

Southern District of New York styled <u>Delphi Corporation, et al. v. United States of America</u>, No.

08-CIV-4487 (the "Delphi FICA Case").

WHEREAS, the Reorganized Debtors have tendered to the United States an offer

(the "FICA Settlement Offer") to resolve the Delphi FICA Case.

WHEREAS, in connection with the FICA Settlement Offer and to resolve (a)

each of the Thirteenth Omnibus Claims Objection and the Response to Thirteenth Omnibus

Claims Objection with respect to Claim 14154 and (b) each of the Thirty-Sixth Omnibus Claims

Objection and the Response to Thirty-Sixth Omnibus Claims Objection with respect to Claim

16504, the Reorganized Debtors acknowledge and agree that the Claims listed in column A on

<u>Schedule A</u> (titled "Proof of Claim Number") shall be allowed against those Reorganized Debtor

entities and in the classifications and amounts set forth in columns G, H, and E, respectively, on

<u>Schedule A</u> (titled "Reconciled Reorganized Debtor," "Classification," and "Allowed Amount,"

respectively).

NOW, THEREFORE, the Reorganized Debtors and the IRS stipulate and agree as

follows:

1.      <u>Satisfaction of Claims 14154 and 16504</u>.  The Reorganized Debtors

acknowledge and agree that the Claims listed in column A on <u>Schedule A</u> attached hereto (titled

4

"Proof of Claim Number") shall be allowed as prepetition claims in the aggregate amount of $62,417.48 and in the amount and classification set forth in columns E and H on Schedule A (titled "Allowed Amount" and "Allowed Classification" and respectively) against the Reorganized Debtor entities identified in column G on Schedule A (titled "Reconciled Reorganized Debtor") in accordance with the terms of the Modified Plan.

2.      In accordance with section 553 of the Bankruptcy Code and article 11.9 of the Plan of Reorganization, and as more specifically set forth in the FICA Settlement Offer, the United States shall apply the allowed amounts of the Claims set forth on Schedule A as a setoff against the refund owed to the Reorganized Debtors in connection with the settlement of the Delphi FICA case.  Consummation of the setoff described in the FICA Settlement Offer shall constitute the IRS's distribution and rights provided under the Modified Plan with respect to each of Claims 14154 and 16504; and the IRS shall be entitled to no further distributions or other payments under the Modified Plan on account of Claims 14154 and 16504.

3.      Debtors withdraw hereby withdraw their objections to (i) Claim 14154 in the Thirteenth Omnibus Claims Objection and (ii) Claim 16504 in the Thirty-Sixth Omnibus Claims Objection with prejudice.

4.      The Response to Thirteenth Omnibus Claims Objection and the Response to Thirty-Sixth Omnibus Claims Objection are each hereby deemed withdrawn with prejudice.

5

5.      This Stipulation is subject to approval by the Court.  In the event the Court declines to approve this Stipulation, or if the FICA settlement agreement never becomes effective, this Stipulation shall be null and void, with no effect.

So Ordered in White Plains, New York, this 20th day of March, 2012

_____/s/Robert D. Drain_____

UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| | |
|---|---|
| /s/ John K. Lyons | /s/ Joseph N. Cordaro |
| John Wm. Butler, Jr. | Joseph N. Cordaro |
| John K. Lyons | Assistant United States Attorney |
| Ron E. Meisler | Office of the United States Attorney for the |
| SKADDEN, ARPS, SLATE, MEAGHER | Southern District of New York |
| & FLOM LLP | 86 Chambers Street, 3rd Floor |
| 155 North Wacker Drive | New York, New York 10007 |
| Chicago, Illinois  60606 | |

– and –

Four Times Square
New York, New York  10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

## Schedule A

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| **Proof of Claim Number** | **Date Filed** | **Party Filing Proof of Claim** | **Asserted Amount** | **Allowed Amount** | **Asserted Debtor** | **Reconciled Reorganized Debtor** | **Allowed Classification** |
| 14154 | 7/31/2006 | Department of the Treasury Internal Revenue Service | $9,281.26 | $9,281.26 | Delphi Automotive Systems Services LLC | DPH-DAS Services LLC | Secured |
| 16504 | 1/22/2007 | Department of the Treasury Internal Revenue Service | $73,741.51 | $53,136.22 | Delphi Corporation | DPH Holdings Corp. | Secured |

# EXHIBIT E

DPH Holdings Corp.
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Assistant United States Attorney | Southern District of New York | Joseph N Cordaro | 86 Chambers Street, 3rd Floor | New York | NY | 10007 |
| Department of the Treasury Internal Revenue Service | Internal Revenue Service | 290 Broadway 5th Fl | | New York | NY | 10007 |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

3/23/2012 2:08 PM
DPH - Cordaro and IRS Service List FCM 2-0.xlsx