05-44481-rdd    Doc 21855    Filed 03/27/12    Entered 03/27/12 15:22:21    Main Document
Pg 1 of 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
      In re                                 :      Chapter 11
                                            :
DPH HOLDINGS CORP., et al.,                 :      Case No. 05-44481 (RDD)
                                            :
            Reorganized Debtors.            :      (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER DENYING PATRICIA MEYER'S REQUEST FOR RELIEF

Upon the letter from Patricia Meyer to this Court, dated January 31, 2012 and filed on February 9, 2012 (Docket No. 21827); and upon the materials included therewith (Docket No. 21827); and upon the additional materials submitted by Patricia Meyer and filed on March 7, 2012 (Docket No. 21841) (together with the foregoing letter and materials, the "Request for Relief"), in which Ms. Meyer seeks relief with respect to alleged claims relating to a transaction or transactions initiated by GM before the commencement of these chapter 11 cases and the related assumption and subsequent termination of certain pension and benefits obligations of GM by debtors herein; and upon the record of the hearing held by the Court on March 22, 2012 (the "Hearing"); and after due deliberation; and good and sufficient cause appearing for the reasons stated by the Court at the Hearing:

IT IS HEREBY FOUND AND DETERMINED THAT:[1]

A.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a) and 1334(b). This is a core proceeding under 28 U.S.C. § 157(b)(2) in which the Court may enter a final order. Venue of these cases and this matter in this district is proper under 28 U.S.C. §§ 1408 and 1409.

---

[1] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. See Fed. R. Bankr. P. 7052.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Request for Relief is denied for the reasons stated on the record at the Hearing.

2. This Court shall retain jurisdiction over the parties to hear and determine all matters arising from the implementation of this order.

3. Kurtzman Carson Consultants LLC is hereby directed to serve this order.

Dated:  White Plains, New York
       March 27, 2012

                        /s/Robert D. Drain
                        UNITED STATES BANKRUPTCY JUDGE