UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
                                                             :
In re                                                        :          Chapter 11
                                                             :
DPH HOLDINGS CORP., et al.,                                  :          Case No. 05-44481 (RDD)
                                                             :
            Reorganized Debtors.                             :          (Jointly Administered)
                                                             :
------------------------------------------------------------ X
```

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO BE
REMOVED FORM SERVICE LISTS AND ELECTRONIC FILING NOTICES**

PLEASE TAKE NOTICE that Douglas J. Buncher, Esq. hereby withdraws his

appearance in the above-referenced case on behalf of (i) RSR Corporation and (ii) Eco-Bat

America, LLC and requests to be removed from all service lists and from the CM/ECF notice list

for this case.

Dated:  April 5, 2012

                                        Respectfully submitted,

                                        */s/ Douglas J. Buncher*
                                        Douglas J. Buncher
                                        Texas Bar No. 03342700
                                        dbuncher@neliganlaw.com
                                        David Ellerbe
                                        Texas Bar No. 06530600
                                        dellerbe@neliganlaw.com

                                        NELIGAN FOLEY LLP
                                        325 N. St. Paul, Suite 3600
                                        Dallas, Texas  75201
                                        214-840-5300
                                        214-840-5301 (fax)

                                        COUNSEL FOR RSR CORPORATION AND
                                        ECO-BAT AMERICA, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2012, a true and correct copy of the foregoing was mailed on the parties listed on the list below and transmitted electronically to all parties requesting Notice.

John Wm. Butler Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Suite 2700
Chicago, IL  60606

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Mark A. Broude, Esq.
Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Tracy Hope Davis, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2111

Delphi Corporation Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA  90245

Cynthia J. Haffey, Esq.
Butzel Long
150 W. Jefferson Avenue
Suite 100
Detroit, MI  48226

*/s/ Douglas J. Buncher*

69943v.1