SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan, III
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                            :
   In re                         :     Chapter 11
                            :
DPH HOLDINGS CORP., et al.,     :     Case No. 05-44481 (RDD)
                            :
     Reorganized Debtors.      :     (Jointly Administered)
                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

REORGANIZED DEBTORS' DESIGNATION OF ADDITIONAL ITEMS
TO BE INCLUDED IN RECORD ON APPEAL IN CONNECTION WITH
NOTICE OF APPEAL FILED BY BANK OF NEW YORK MELLON,
PAUL FEINSILVER, JAMES A. KLOTZ, AND TERRANCE O'GRADY

In accordance with Fed. R. Bankr. P. 8006, appellees DPH Holdings Corp. and its affiliated reorganized debtors submit this designation of additional items to be included in the record on appeal in connection with the Notice Of Appeal (Docket No. 21846), dated March 12, 2012.

| Item No. | Document Title[*] | Docket No. | Filing Date |
|---|---|---|---|
| RD-1 | Notice Of Appearance And Demand For Service Of Papers By James L. Bromley On Behalf Of Bear, Stearns & Co. Inc., Citigroup Inc., Credit Suisse First Boston, Deutsche Bank Securities, Inc., Goldman Sachs Group, Inc., JPMorgan Chase & Co., Lehman Brothers Inc., Merrill Lynch & Co., Morgan Stanley & Co., Inc., And UBS Securities LLC | 1014 | November 10, 2005 |
| RD-2 | Delphi Automotive Systems LLC - Schedules Of Assets And Liabilities - Schedule(s) D, E And F | Case No. 05-44640, Docket No. 5 | January 20, 2006 |
| RD-3 | Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed. R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof | 3206 | April 12, 2006 |
| RD-4 | Affidavit Of Service | 3501 | April 28, 2006 |
| RD-5 | Order Authorizing Debtors To Implement Amended And Restated Global Settlement Agreement And Amended And Restated Master Restructuring Agreement | 14287 | September 26, 2008 |
| RD-6 | (A) Supplement To Motion For Order (I) Approving Modifications To Debtors' First Amended Plan Of Reorganization (As Modified) And Related Disclosures And Voting Procedures And (II) Setting Final Hearing Date To Consider Modifications | 16646 | June 1, 2009 |

---

[*] The references to documents in this table include all exhibits thereto.

2

| | To Confirmed First Amended Plan Of Reorganization And (B) Request To Set Administrative Expense Claims Bar Date And Alternative Sale Hearing Date | | |
|---|---|---|---|
| RD-7 | Order (A)(I) Approving Modifications To Debtors' First Amended Plan Of Reorganization (As Modified) And Related Disclosures And Voting Procedures And (II) Setting Final Hearing Date To Consider Modifications To Confirmed First Amended Plan Of Reorganization And (B) Setting Administrative Expense Claims Bar Date And Alternative Transaction Hearing Date | 17032 | June 16, 2009 |
| RD-8 | Affidavit Of Service | 17267 | June 23, 2009 |
| RD-9 | Order Approving Modifications Under 11 U.S.C. § 1127(b) To (I) First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified And (II) Confirmation Order (Docket No. 12359) | 18707 | July 30, 2009 |
| RD-10 | Notice Of (A) Order Approving Modifications To First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession And (B) Occurrence Of Effective Date | 18958 | October 6, 2009 |
| RD-11 | Affidavit Of Service | 18978 | October 14, 2009 |
| RD-12 | Transcript Regarding Hearing Held on September 24, 2010 | 20640 | September 27, 2010 |
| RD-13 | Joinder Of Delphi Automotive LLP Regarding Reorganized Debtors' Motion For Order Enforcing Modified Plan And Plan Modification Order Injunctions Against Indenture Trustee With Respect To Certain 1994 Bonds Issued By The County Of Trumbull, Ohio | 20835 | November 19, 2010 |

Dated: New York, New York
      April 9, 2012

                SKADDEN, ARPS, SLATE, MEAGHER
                  & FLOM LLP

By: /s/ Ron E. Meisler
    John Wm. Butler, Jr.
    John K. Lyons
    Albert L. Hogan, III
    Ron E. Meisler
    155 North Wacker Drive
    Chicago, Illinois 60606

        - and -

    Four Times Square
    New York, New York 10036

    Attorneys for DPH Holdings Corp., et al.,
     Reorganized Debtors