James B. Sumpter
21169 Westbay Circle
Noblesville, IN  46062
April 14, 2012

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x Chapter 11 Case No. 05-44481 (RDD)

In re:

DELPHI CORPORATION, et. al.,      :(Jointly Administered)

Debtors.

----------------------------------------x

Re: Supplemental Request For Calendar Change For The
    Vesting Motion Regarding Extended Disability Benefits For Salaried
    Mployees And Salaried Retirees (Docket # 21680)


## Enclosures

- Two paper copies of Motion

- Two paper copies of Certificate of Service

- DVD with

    - Supplement to VESTING_MOTION_14APR12.pdf
    - Supplement to VESTING_MOTION_14APR12.doc
    - Service_list _14-apr-12.pdf
    - Service_list _14-apr-12.doc

Hearing Date And Time: May 24, 2012 at 10:00 a.m. (prevailing Eastern Time)
Response Date And Time: May 17, 2012 at 4:00 p.m. (prevailing Eastern Time)

James B. Sumpter, pro se
21169 Westbay Circle
Noblesville, IN 46062
Telephone: (317) 877-0736
Facsimile: (317) 877-1070
jsump@ieee.org

Salaried Retiree of Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------x Chapter 11 Case No. 05-44481 (RDD)

In re:

DELPHI CORPORATION, et. al.,
: (Jointly Administered) :
    Debtors.                  : :
                            : :

-------------------------------x

# Supplemental Request for Calendar change for the
## Vesting Motion Regarding Extended Disability Benefits for Salaried Employees and Salaried Retirees (Docket # 21680)

## I.  Calendar Change Request

1.  This supplement is a request for calendar changes for the **Response Date** and **Reply Date** for the Vesting Motion Regarding Extended Disability Benefits for Salaried Employees and Salaried Retirees, "Vesting Motion."

1

2. The current Calendar for the Vesting Motion is:

- Response Date and Time: May 17, 2012 at 4:00 p.m.

- Reply Date And Time: May 23, 2012 at 4:00 p.m.

- Hearing Date and Time: May 24, 2012 at 10:00 a.m.

3. The Proposed Calendar for the Vesting Motion is:

- Response Date And Time: **May 3, 2012** at 4:00 p.m. (change)

- Reply Date And Time: **May 10, 2012** at 4:00 p.m. (change)

- Hearing Date And Time: May 24, 2012 at 10:00 a.m. (no change)

4. This calendar change would still allow DPHH (formerly Delphi) more than 18 days to respond (22 days from the original filing date), which is considerably more than the 14 day minimum required by the rules.

## II.              Reason for Request

5. The Movant (James B. Sumpter), who is a disabled retiree of the debtor, has surgery scheduled to replace his right knee on May 16, 2012.

6. Thus, the Movant will not be available to read or reply to any DPHH Response the week following the surgery.

7. In addition, the Movant is also required to suspend most of his medications (which includes all his critical prescriptions) one week prior to surgery. As a result, he is

2

vulnerable to serious stress activated flare–ups in his symptoms, which would cause the surgery to be cancelled and rescheduled. Therefore, it is necessary to minimize stress and any other risks that could impact the surgery date.

8. This adjustment would avoid the precise scenario, which occurred last July 2011, when surgery to replace the left knee was cancelled, and rescheduled for January 2012, due to a stress activated flare-up coincident with the hearing on a prior motion (Request for Stay regarding VEBA in Lieu of COBRA – Docket #'s 21308, 21415 and 21491).

### III.   Benefit of Relief

9. Thus, this schedule modification would allow the motion and hearing to proceed without unfairly impacting DPHH. The new timing would allow the Movant to have appropriate time to read and possibly Reply to any DPHH Response, without impacting surgery preparation; while the new timing also minimizes various risks to the Movant's health and surgery schedule.

WHEREFORE, the Movant respectfully requests that this Court enter an order granting the relief requested herein, and such other and further relief as may be just, necessary and appropriate[1].

---

[1] Movant also request that the 'Vesting Motion" be scheduled as the first item on the May 24th hearing agenda. Based on the January surgery, the Movant will have comfort issues and limited stamina, which will impact his ability to endure a long hearing.

3

Dated: Noblesville, Indiana
April 14, 2012

By: *(signature)*
James B. Sumpter

James B. Sumpter, pro se
21169 Westbay circle
Noblesville, IN 46062
Telephone: (317) 877-0736
Facsimile: (317) 877-1070
jsump@ieee.org

Salaried Retiree of Debtors

4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x Chapter 11 Case No. 05-44481 (RDD)

In re:

DELPHI CORPORATION, et. al., : (Jointly Administered)

Debtors.

------------------------------------------x

AFFIDAVIT OF SERVICE

I, James B. Sumpter, do herby state that relative to the Motion:

# Supplemental Request For Calendar Change For The
### Vesting Motion Regarding Extended Disability Benefits For Salaried Employees And Salaried Retirees (Docket # 21680)

I served copies of the above motion on the entities listed in Exhibit A, via Email and U.S. Mail n 14-APR-2012. A paper copy was also sent via FED EX overnight to the clerk of the court on 14-APR-2012.

/s/ James B. Sumpter

_____        14/APR/2012
James B. Sumpter                            Date
21169 Westbay circle
Noblesville, IN 46062
Telephone: (317) 877-0736
Facsimile: (317) 877-1070
jsump@ieee.org

1

# AFFIDAVIT OF SERVICE

## Serving Date - April 9, 2012

Hon. Robert D. Drain
United States Bankruptcy Court
for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140
Telephone: (914) 390-4155

Cynthia Haffey & Chester E. Kasiborski, Jr
Butzel Long
150 W. Jefferson
Suite 100
Detroit, MI 48236
Telephone: 313-225-7064
haffey@butzel.com

Counsel to the Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive, Suite 2700
Chicago, Illinois 60606
Attn: Ron E. Meisler
Telephone: (312) 407-0700
rmeisler@skadden.com

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Harvey R. Miller
      Robert J. Lemons
Telephone: (212) 310-8500
harvey.miller@weil.com
robert.lemons@weil.com

Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583
Attn: Frank L. Gorman, Esq. &
      Robert B. Weiss, Esq.
Telephone: 313-465-7000
fgorman@honigman.com
rweiss@honigman.com

DPH Holdings Corp.
5725 Delphi Drive
Troy, MI 48098
Attn: John Brooks
Telephone: 312-357-1313
john.brooks@delphi.com

Ruskin Moscou Faltischek PC
1425 RXR Plaza, 15th Floor
Uniondale, NY 11556
Attn: Jeffrey A. Wurst, Esq.
Telephone: (516) 663-6535
jwurst@rmfpc.com

Delphi Automotive Systems LLP
5725 Delphi Drive
Troy, MI 48098
Attn:   Sean Corcoran
        Karen Craft
        David M. Sherbin
Telephone: 248-813-2000
sean.p.corcoran@delphi.com
karen.j.craft@delphi.com
david.sherbin@delphi.com

2

# AFFIDAVIT OF SERVICE

## Serving Date - April 14, 2012

| | |
|---|---|
| Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, 21st floor<br>New York, New York 10004<br>Attn: Brian Masumoto<br>Telephone: (212) 510-0500 | Barnes & Thornburg LLP<br>One N Wacker Drive<br>Suite 4400<br>Chicago, IL 60606<br>Telephone: 312-357-1313<br>dthorne@btlaw.com<br>kmatsoukas@btlaw.com |