

## Phillips Lytle LLP

April 18, 2012

Clerk, U.S. Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004

Re:   In re DPH Holdings Corp., et al.
      Case No. 05-44481-rdd

Dear Sir/Madam:

This letter is to request that I no longer receive e-mail notifications of filings in this case. My e-mail address is amiller@phillipslytle.com.  Thank you.

Very truly yours,

Phillips Lytle LLP

By /s/ Angela Z. Miller

Angela Z. Miller

AZMhj
Doc # 01-2570978.1

RECEIVED APR 23 2012 U.S. BANKRUPTCY COURT SO DIST. OF NEW YORK
ATTORNEYS AT LAW

ANGELA Z. MILLER, PARTNER  DIRECT 716 847 7060  AMILLER@PHILLIPSLYTLE.COM

3400 HSBC CENTER  BUFFALO, NY 14203-2887  PHONE 716 847 8400  FAX 716 852 6100

BUFFALO ALBANY CHAUTAUQUA GARDEN CITY NEW YORK ROCHESTER  WWW.PHILLIPSLYTLE.COM