# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Cynthia J. Haffey
313 983 7434
haffey@butzel.com

Suite 100    150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
butzel.com

*Via email/pdf to rdd.chambers@nysb.uscourts.gov*

April 26, 2012

The Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *James Sumpter's Expedited Request for Preliminary Injunction to Prohibit DPHH from Terminating Salaried Disability Plan and Vesting Motion Regarding Extended Disability Benefits for Salaried Employees and Salaried Retirees*

Dear Judge Drain:

    As counsel to and on behalf of DPH Holdings Corp. and certain of its affiliated reorganized debtors (collectively, the "Reorganized Debtors") and per the court's request we are submitting two Proposed Orders, the first Denying James B. Sumpter's Vesting Motion Regarding Extended Disability Benefits For Salaried Employees And Salaried Retirees and the second Denying James B. Sumpter's Expedited Request For Preliminary Injunction To Prohibit DPHH From Terminating Salaried Disability Plan for entry on the docket, therefore dismissing both motions on the basis that the relief requested must be sought in an adversary proceeding pursuant to Fed. R. Bankr. P. 7001.

Very truly yours,

*Cynthia Haffey*
Cynthia J. Haffey

cc: James Sumpter, *via electronic mail*