KLESTADT & WINTERS, LLP
John E. Jureller, Jr.
570 Seventh Avenue, 17th Floor
New York, New York 10018
T: (212) 972-3000
F: (212) 972-2245

Hearing Date: May 24, 2012, at 10:00 a.m.
Objection Deadline: May 17, 2012, by 4:00 p.m.

*Counsel to Ontario Specialty Contracting, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DELPHI CORPORATION, et al. | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF MOTION OF ONTARIO SPECALITY CONTRACTING, INC. FOR
ALLOWANCE OF AN ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. §
503(b)(1)(A), OR IN THE ALTERNATIVE, FOR LEAVE TO FILE
A LATE ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO
<u>FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)</u>**

**PLEASE TAKE NOTICE** that Ontario Specialty Contracting, Inc. filed a motion for allowance of an administrative claim pursuant to 11 U.S.C. § 503(b)(1)(A), or in the alternative, for leave to file a late administrative expense claim pursuant to Federal Rule of Bankruptcy Procedure 9006(b) (the "<u>Motion</u>").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Judge Robert D. Drain, United States Bankruptcy Judge, United States Courthouse, 300 Quarropas Street White Plains, New York 10601-4140, on **May 24, 2012 at 10:00 a.m.** (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion shall be in writing, state with particularity the basis for the objection, and be filed with the Bankruptcy

1

Court in accordance with General Order #462 by users of the Bankruptcy Court's case filing system, and by all other parties, on a 3.5 inch disk, with a hard copy to Chambers, and served upon: (a) Klestadt & Winters, LLP, attorneys for Ontario Specialty Contracting, Inc., 570 Seventh Avenue, 17th Floor, New York, NY 10018; Attn: John E. Jureller, Jr., Esq.; and (b) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, NY 10004, **so as to be received no later than 4:00 p.m. on May 17, 2012.**

Dated: New York, New York
May 4, 2012

      KLESTADT & WINTERS, LLP

      By: */s/ John E. Jureller, Jr.*
           John E. Jureller, Jr.
      570 Seventh Avenue, 17th Floor
      New York, NY 10018
      T: (212) 972-3000
      F: (212) 972-2245

      *Counsel to Ontario Specialty Contracting, Inc.*