KLESTADT & WINTERS, LLP
John E. Jureller, Jr.
570 Seventh Avenue, 17th Floor
New York, NY 10018
Telephone: (212) 972-3000
Facsimile: (212) 972-2245

*Counsel to Ontario Specialty Contracting, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : Chapter 11 |
| DELPHI CORPORATION, et al. | : Case No. 05-44481 (RDD) |
| Debtors. | : (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                                          ) ss.:
COUNTY OF NEW YORK   )

Lauren C. Kiss, being duly sworn, deposes and says:

1. I am over the age of 18, am not a party to this action, and am a law clerk with the firm Klestadt & Winters, LLP located at 570 Seventh Avenue, 17th Floor, New York, New York, 10018.

2. On the 4th day of May, 2012, I served copies of the (1) Notice of Motion of Ontario Specialty Contracting, Inc. for Allowance of an Administrative Claim Pursuant to 11 U.S.C. § 503(b)(1)(A), or in the Alternative, for Leave to File a Late Administrative Expense Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(b); and (2) Motion of Ontario Specialty Contracting, Inc. for Allowance of an Administrative Claim Pursuant to 11 U.S.C. § 503(b)(1)(A), or in the Alternative, for Leave to File a Late Administrative Expense Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(b), on behalf of Ontario Specialty Contracting, Inc. by overnight mail upon the parties set forth in the attached service list.

          _/s/ Lauren C. Kiss_____
          Lauren C. Kiss
          (Admission Pending)

Sworn to and Subscribed by me this
4th day May, 2012

_/s/ Thomas Szaniawski_
Notary Public

## SERVICE LIST

| | |
|---|---|
| Hon. Robert D. Drain<br>U.S. Bankruptcy Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601 | United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 |
| Skadden, Arps, Slate, Meagher & Flom, LLP<br>155 N. Wacker Drive<br>Chicago, IL 60606<br>Attn: John Wm. Butler, Jr. Esq.<br>      John K. Lyons, Esq.<br>      Ron E. Meisler, Esq.<br><br>Attorneys for DPH Holdings Corp. | Skadden, Arps, Slate, Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036<br><br>Attorneys for DPH Holdings Corp. |