UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  |  |
|---|---|
| IN RE: | Chapter 11 |
| DPH HOLDINGS CORP., <u>et al.</u>, | Case No. 05-44481 (RDD) |
|  | (Jointly Administered) |
| Reorganized Debtors. |  |
|  | Adversary Proceeding |
|  | No. 11-02934 |
| CAI DISTRESSED DEBT OPPORTUNITY MASTER FUND LTD.; ANCHORAGE CAPITAL GROUP, LLC; CSS, LLC; DP AUTO HOLDINGS, LP, EACH ON BEHALF OF ITSELF AND ON BEHALF OF PENSION BENEFIT GUARANTY CORPORATION AS HOLDER OF RECORD; MUDRICK CAPITAL MANAGEMENT LP; AND ARMORY MASTER FUND LTD., |  |
| Plaintiffs, |  |
| - against - |  |
| DELPHI AUTOMOTIVE PLC; DIP HOLDCO 3, LLC; AND DIP HOLDCO LLP DBA DELPHI AUTOMOTIVE LLP, |  |
| Defendants. |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DELPHI AUTOMOTIVE PLC, DIP HOLDCO 3, LLC, AND DIP HOLDCO LLP
DBA DELPHI AUTOMOTIVE LLP'S DESIGNATION OF ADDITIONAL ITEMS TO
BE INCLUDED IN THE RECORD ON APPEAL**

## DESIGNATION OF ADDITIONAL RECORD ITEMS FOR APPEAL

Defendants Delphi Automotive PLC, DIP Holdco 3 LLC, and Delphi Automotive LLP, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, designate the following items to be included in the record on appeal:[1]

| Date | Document |
|---|---|
| December 10, 2007 | First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession, dated Dec. 10, 2007 (*In re DPH Holdings Corp.*, Case No. 05-44481, Docket No. 11386 (Bankr. S.D.N.Y.)) |
| June 1, 2009 | First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession, dated June 1, 2009, attached as Exhibit 1-A to (A) Supplement to Motion for Order (I) Approving Modifications to Debtors' First Amended Plan of Reorganization (As Modified) and Related Disclosures and Voting Procedures and (II) Setting Final Hearing Date to Consider Modifications to Confirmed First Amended Plan of Reorganization and (B) Request to Set Administrative Expense Claims Bar Date and Alternative Sale Hearing Date, dated June 1, 2009 (*In re DPH Holdings Corp.*, Case No. 05-44481, Docket No. 16646 (Bankr. S.D.N.Y.)) |
| June 9, 2009 | Objection of the Official Committee of Unsecured Creditors to the Debtors' (A) Supplement to Motion for Order (I) Approving Modifications to Debtors' First Amended Plan of Reorganization (As Modified) and Related Disclosures and Voting Procedures and (II) Setting Final Hearing Date to Consider Modifications to Confirmed First Amended Plan of Reorganization and (B) Request to Set Administrative Expense Claims Bar Date and Alternative Sale Hearing Date, dated June 9, 2009 (*In re DPH Holdings Corp.*, Case No. 05-44481, Docket No. 16900 (Bankr. S.D.N.Y.)) |
| July 8, 2009 | Order under 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 9018 Authorizing Debtors to File Certain Exhibits and Schedules to Amended and Restated Global Settlement Agreement and Master Restructuring Agreement with GM Components Holdings, LLC, General Motors Corporation, and Parnassus Holdings II, LLC, Under Seal, dated July 8, 2009 (*In re DPH Holdings Corp.*, Case No. 05-44481, Docket No. 17753 (Bankr. S.D.N.Y.)) |

---

[1] The documents listed herein will be contained in an Appendix to be filed with the Court.

1

| Date | Document |
|---|---|
| July 15, 2009 | Supplemental Objection of the Official Committee of Unsecured Creditors to the Proposed Modifications to the Debtors' Confirmed Plan of Reorganization and to the Sale of Substantially All the Debtors' Assets as an Alternative to a Plan; and Objection to Debtors' Motion for Extension of their Exclusive Periods, dated July 15, 2009 ((*In re DPH Holdings Corp.*, Case No. 05-44481, Docket No. 18291 (Bankr. S.D.N.Y.)) |
| July 30, 2009 | Debtors' First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors, and Debtors-in-Possession (as Modified), last modification dated July 30, 2009 (Exhibit A of the Order Approving Modifications under 11 U.S.C. § 1127(b) to (I) First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession, as Modified and (II) Confirmation Order (Docket No. 12359), dated July 30, 2009 (*In re DPH Holdings Corp.*, Case No. 05-44481, Docket No. 18707 (Bankr. S.D.N.Y.)) |
| August 10, 2009 | Order under 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 9018 Authorizing Debtors to File Certain Revised Exhibits and Schedules to the Master Disposition Agreement with GM Components Holdings, LLC, General Motors Corporation, and DIP Holdco 3, LLC, Under Seal, dated August 10, 2009 (*In re DPH Holdings Corp.*, Case No. 05-44481, Docket No. 18765 (Bankr. S.D.N.Y.)) |

Dated:  New York, New York
       May 11, 2012

                                DAVIS POLK & WARDWELL LLP

                                By:  /s/ Benjamin S. Kaminetzky
                                    Benjamin S. Kaminetzky
                                    Samir Kaushal

                              450 Lexington Avenue
                              New York, New York  10017
                              (212) 450-4000

                              *Attorneys for Defendants Delphi Automotive PLC, DIP Holdco 3, LLC, and DIP Holdco LLP d/b/a Delphi Automotive LLP*