DAVIS POLK & WARDWELL LLP
Benjamin S. Kaminetzky
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

*Counsel for Delphi Automotive PLC,
DIP Holdco 3, LLC, and DIP Holdco LLP
d/b/a Delphi Automotive LLP*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE: | Chapter 11 |
| DPH HOLDINGS CORP., et al., | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| Reorganized Debtors. | |
| | Adversary Proceeding |
| | No. 11-02934 |
| CAI DISTRESSED DEBT OPPORTUNITY MASTER FUND LTD.; ANCHORAGE CAPITAL GROUP, LLC; CSS, LLC; DP AUTO HOLDINGS, LP, EACH ON BEHALF OF ITSELF AND ON BEHALF OF PENSION BENEFIT GUARANTY CORPORATION AS HOLDER OF RECORD; MUDRICK CAPITAL MANAGEMENT LP; AND ARMORY MASTER FUND LTD., | |
| Plaintiffs, | |
| - against - | |
| DELPHI AUTOMOTIVE PLC; DIP HOLDCO 3, LLC; AND DIP HOLDCO LLP DBA DELPHI AUTOMOTIVE LLP, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

SAMIR KAUSHAL, an attorney admitted to practice before this Court, certifies under penalty of perjury that, on May 11, 2012, a true and accurate copy of the Defendants' Designation of Additional Items to be Included in the Record on Appeal was served upon all parties who receive notice of filings in this case via the Court's ECF filing system.

On May 14, 2012, true and accurate copies of the same were served upon the United States Trustee by overnight courier and counsel for Plaintiffs by courier at the addresses listed on the annexed service list.

Dated:   New York, New York
         May 14, 2012

                                                    /s/  Samir Kaushal
                                                    Samir Kaushal

## SERVICE LIST

| | |
|---|---|
| Brian Shoichi Masumoto, Esq.<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br><br>*United States Trustee* | Matthew M. Walsh<br>Dewey & Leboeuf LLP<br>333 South Grand Avenue, Suite 2600<br>Los Angeles, CA  90071<br><br>*Counsel for Plaintiffs CAI Distressed Debt Opportunity Master Fund Ltd., Anchorage Capital Group, LLC, CSS, LLC, DP Auto Holdings, LP, each on behalf of itself and on behalf of Pension Benefit Guaranty Corporation as Holder of Record, Mudrick Capital Management LP, and Armory Master Fund Ltd.* |