BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, Michigan 48226
Cynthia J. Haffey
Thomas Radom
Bruce L. Sendek
David J. DeVine
Telephone: (313) 225-7000
Facsimile: (313) 225-7080

--and--

380 Madison Avenue
22nd Floor
New York, New York 10017
Telephone: (212) 818-1110
Facsimile:  (212) 818-0494

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
                               :
    In re                      :    Chapter 11
                               :
DPH HOLDINGS CORP., et al.,    :    Case No. 05-44481 (RDD)
                               :
                               :    (Jointly Administered)
    Reorganized Debtors.       :
                               :    **NOTICE OF APPEARANCE**
                               :
------------------------------ x

    PLEASE TAKE NOTICE that Maria Caceres-Boneau, a member of the firm of Butzel Long, a professional corporation, hereby enters her appearance as counsel for The Reorganized Debtors, in the above-captioned proceeding and requests that she receive all notices given or required to be given and all papers served or required to be served at the following address:

        BUTZEL LONG, a professional corporation
        Maria Caceres-Boneau
        380 Madison Avenue
        22nd Floor
        New York, New York 10017
        Telephone:  (212) 905-1505
        Facsimile:  (212) 818-0494
        boneau@butzel.com

Dated:  New York, New York
       May 22, 2012

        **BUTZEL LONG,**
        a professional corporation

        By:  /s/ Maria Caceres-Boneau
            Maria Caceres-Boneau
        380 Madison Avenue
        22nd Floor
        New York, New York 10017
        Telephone:  (212) 905-1505
        Facsimile:  (212) 818-0494
        boneau@butzel.com

        *Attorneys for*
        *The Reorganized Debtors*