**Hearing Date: May 24, 2012**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PROPOSED SEVENTY-SIXTH OMNIBUS HEARING AGENDA

Location Of Hearing:    United States Bankruptcy Court for the Southern District of New York,
                        300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Seventy-Sixth Omnibus Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (None)

    C.    Uncontested, Agreed, Withdrawn, Or Settled Matters (3 matters)

    D.    Contested Matters (1 Matter)

    E.    Adversary Proceedings (1 Matter)

**A.    Introduction**

*None.*

**B.    Continued Or Adjourned Matters**∗

*None.*

**C.    Uncontested, Agreed, Withdrawn, Or Settled Matters**

    1.    **"Motion By James Sumpter Regarding Extended Disability Benefits For Salaried Employees And Salaried Retirees "** – Vesting Motion Regarding Extended Disability Benefits For Salaried Employees And Salaried Retirees (Docket No. 21860)

        *Responses filed:*    None.

        *Replies filed:*    None.

        *Related filings:*    *Letter re: Vesting Motion And Email By Cynthia Haffey (Docket No. 21866)*

                *Expedited Request for Preliminary Injunction to Prohibit DPHH from Terminating Salaried Disability Plan (Docket No. 21867)*

---

∗    The motion found at the following docket number that appeared on a previous Proposed Omnibus Hearing Agenda has been voluntarily withdrawn from the agenda and would need to be re-noticed under the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 17, 2006 (Docket No. 2883), to be reinstated on a future Proposed Omnibus Hearing Agenda:  Methode Electronics, Inc.'s Setoff Motion [Docket No. 4912].

|  |  | *Supplemental Request for Calendar Change for the Vesting Motion Regarding Extended Disability Benefits for Salaried Employees and Salaried Retirees [re: Docket No. 21680] (Docket No. 21868)* |
|---|---|---|

                              *Order Denying James B. Sumpter's Vesting Motion Regarding Extended Disability Benefits For Salaried Employees And Salaried Retirees (Docket No. 21876)*

       *Status:*          *This matter has been resolved pursuant to the Order Denying James B. Sumpter's Vesting Motion Regarding Extended Disability Benefits For Salaried Employees And Salaried Retirees (Docket No. 21876).*

2. **"Motion By James Sumpter For Preliminary Injunction Regarding Salaried Disability Plan"** – Expedited Request For Preliminary Injunction To Prohibit DPHH From Terminating Salaried Disability Plan. (Docket No. 21867)

    *Responses filed:*    None.

    *Replies filed:*    None.

    *Related filings:*    *Letter re: Vesting Motion And Email By Cynthia Haffey (Docket No. 21866)*

                            *Expedited Request for Preliminary Injunction to Prohibit DPHH from Terminating Salaried Disability Plan (Docket No. 21867)*

                            *Supplemental Request for Calendar Change for the Vesting Motion Regarding Extended Disability Benefits for Salaried Employees and Salaried Retirees [re: Docket No. 21680] (Docket No. 21868)*

                            *Order Denying James B. Sumpter's Expedited Request For Preliminary Injunction To Prohibit DPH From Terminating Salaried Disability Plan (Docket No. 21877)*

    *Status:*    *This matter has been resolved pursuant to the Order Denying James B. Sumpter's Expedited Request For Preliminary Injunction To Prohibit DPH From Terminating Salaried Disability Plan (Docket No. 21877).*

3. **"Motion by James Grai To Lift Stay"** -- Amended Notice Of Motion, Pursuant To Section 362 Of The Bankruptcy Code, For An Order Modifying The Automatic Stay (Docket No. 21682)

|   |   |
|---|---|
| *Responses filed:* | *Response To Letter Submitted By James Michael Grai (Docket No. 21652)* |
|   | *Response And Limited Objection Of The ACE Companies To The Amended Motion Of James Grai Pursuant To Section 362 Of The Bankruptcy Code To Modify Automatic Stay And Amended Motion For Joinder Of Parties (Docket No. 21708)* |
|   | *Reorganized Debtors' Objection To Amended Notice Of Motion, Pursuant To Section 362 Of The Bankruptcy Code, For An Order Modifying The Automatic Stay And Related Papers (Docket No. 21682)(Docket No. 21710)* |
|   | *Michigan Defendants' Response To Amended Motion For Joinder Of Parties And Amended Motion Of James Grai Pursuant To Section 362 Of The Bankruptcy Code To Modify Automatic Stay (Docket No. 21711)* |
|   | *Supplemental Response To Motion For Joinder Of Parties And Amended Motion By James Grai Pursuant To Section 362 Of The Bankruptcy Code To Modify Automatic Stay (Docket No. 21719)* |
| *Replies filed:* | *Reorganized Debtors' Reply And Supplemental Objection To Amended Notice Of Motion, Pursuant To Section 362 Of The Bankruptcy Code, For An Order Modifying The Automatic Stay And Related Papers (Docket No. 21721)* |
| *Related filings:* | *Letter Requesting Relief From The Stay So That The State Of Michigan State Worker's Compensation Commission Can Disburse The Allocated Funds To Disabled Workers Filed By James Michael Grai (Docket No. 21574)* |
|   | *Joinder To Lift Automatic Stay (Docket No. 21665)* |
|   | *Defendants Michigan Workers' Compensation Agency's And Michigan Funds Administration's Response To Letter Written By James Michael Grai (Docket No. 21666)* |
|   | *Notice Of Change Of Time Of Seventy-Second Omnibus Hearing And Fiftieth Claims Hearing (Docket No. 21690)* |
| *Status:* | *A stipulation will be submitted.* |

**D.    Contested Matters**

4.  **"Motion By Ontario Specialty Contracting, Inc. For Allowance Of Administrative Expense Claim Number 19873 Or Leave To File Late Claim"** –

       Motion Of Ontario Specialty Contracting, Inc. For Allowance Of An Administrative Claim Pursuant To 11 U.S.C. Section 503(b)(1)(A), Or In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Federal Rule Of Bankruptcy Procedure 9006(b) (Docket No. 21878)

| | |
|---|---|
| *Responses filed:* | Reorganized Debtors' Objection To Ontario Specialty Contracting Inc.'s Motion For Allowance Of An Administrative Claim Pursuant To 11 U.S.C. § 503(b)(1)(A), Or In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Federal Rule Of Bankruptcy Procedure 9006(b)(Docket No. 21886) |
| *Replies filed:* | None. |
| *Related filings:* | Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356) |
| | Notice Of Deadline To File Motion For Leave To File Late Administrative Expense Claim With Respect To Late Administrative Expense Claim Filed By Ontario Specialty Contracting, Inc. (Docket No. 21873) |
| | Notice of Motion of Ontario Specialty Contracting Inc for Allowance of an Administrative Claim Pursuant to 11 U.S.C. Section 503(b)(1)(A), or in the Alternative, for Leave to File a Late Administrative Expense Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) (Docket No. 21879) |
| | Proof Of Administrative Expense Claim Number 19873 |
| *Status:* | The hearing with respect to this matter will be proceeding. |

E.    **Adversary Proceedings**

    5.    *A separate agenda for adversary proceedings will be filed*.

Dated: New York, New York
       May 23, 2012

                              SKADDEN, ARPS, SLATE, MEAGHER
                                    &FLOM LLP

 By: /s/ John K. Lyons
     John Wm. Butler, Jr.
     John K. Lyons
     Albert L. Hogan III
     Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606

        - and -

Four Times Square
New York, New York 10036

 Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors