**Hearing Date: May 24, 2012**
                                  **Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                        :
  In re                                 :   Chapter 11
                                        :
DPH HOLDINGS CORP., et al.,        :   Case No. 05-44481 (RDD)
                                        :
              Reorganized Debtors.  :   (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED FIFTY-FOURTH CLAIMS HEARING AGENDA

Location Of Hearing:    United States Bankruptcy Court for the Southern District of New York,
                                     300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Fifty-Fourth Claims Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (None)

    C.    Uncontested, Agreed, Or Settled Matters (1 Matter)

    D.    Contested Matters (None)

**A.    Introduction**

**B.    Continued Or Adjourned Matters**

    *None.*

**C.    Uncontested, Agreed, Or Settled Matters**

1. **"Sufficiency Hearing Regarding Proofs Of Claim Numbers 15514, 15525, And 15526"** – Sufficiency Hearing Regarding Proofs Of Claim Numbers 15514, 15525, And 15526 As Objected To On Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 7999)

   *Responses filed:*    *Response Of Johnson Controls, Inc. (Claim Number 15514) To Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8337)*

       *Response Of Johnson Controls, Inc. (Claim Number 15525) To Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8339)*

|  |  |
|---|---|
|  | *Response Of Johnson Controls, Inc. (Claim Number 15526) To Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8340)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8396)* |
|  | *Reorganized Debtors' Supplemental Reply To Responses Of Claimants To Debtors' Objections To Proofs Of Claim Nos. 15514, 15525, And 15526 Filed By Johnson Controls, Inc. And Affiliates (Docket No. 21882)* |
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 15514, 15525, And 15526 (Docket No. 21872)* |
|  | *Proof Of Claim Nos. 15514, 15525, and 15526* |
| *Status:* | *A withdrawal of the proof of claims will be submitted.* |

**D.    Contested Matters**

*None.*

Pg 4 of 4

Dated: New York, New York
      May 23, 2012

                      SKADDEN, ARPS, SLATE, MEAGHER
                          & FLOM LLP

By: /s/ John K. Lyons
    John Wm. Butler, Jr.
    John K. Lyons
    Albert L. Hogan III
    Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

      - and -

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors