Michael P. Kessler, Esq.
PROSKAUER ROSE, LLP
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
*In re*                                                                    :        Chapter 11
:
DELPHI CORPORATION, *et al.*,                          :        Case No. 05-44481 (RDD)
:
            Debtors.                                                   :        Jointly Administered
------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws as counsel to General Motors Corporation,

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws his appearance and requests that the undersigned be removed from CM/ECF electronic notification list and any other service list in this case and its associated cases.

Dated: May 25, 2012                                    PROSKAUER ROSE, LLP

                                                                    /s/ Michael P. Kesser                   

                                                                    Michael P. Kessler
                                                                    Eleven Times Square
                                                                    New York, NY 10036
                                                                    mkessler@proskauer.com