SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan, III
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  |  |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., et al., | Case No. 05-44481 (RDD) |
|  | (Jointly Administered) |
| Reorganized Debtors. |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF RESCHEDULING OF SEVENTY-SEVENTH OMNIBUS
HEARING AND FIFTY-FIFTH CLAIMS HEARING

PLEASE TAKE NOTICE that the Seventy-Seventh Omnibus Hearing and the

Fifty-Fifth Claims Hearing in the above-captioned cases, which are scheduled to occur on

Thursday, June 14, 2012 at 10:00 a.m. (prevailing Eastern time) at the Hon. Charles L. Brieant Jr.

Federal Building and Courthouse, 300 Quarropas Street, Courtroom 118, White Plains, New York

10601-4140,[1] have been rescheduled for a hearing on Monday, June 25, 2012 at 10:00 a.m.

(prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that pursuant to an agreement of the parties,

the schedule with respect to further briefing regarding DPH Holdings Corp.'s And Delphi

Automotive LLP's Joint Motion For Entry Of An Order Enforcing Modified Plan And Plan

Modification Order (Docket No. 21892) shall proceed as follows: any objections shall be filed no

later than June 17, 2012 and the movants' reply shall be filed no later than June 22, 2012.

PLEASE TAKE FURTHER NOTICE that all other corresponding deadlines shall

shift in accordance with the following orders, as applicable: (a) the Order Pursuant To 11 U.S.C. §

502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I)

Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures

Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089), (b) the Order

Pursuant To 11 U.S.C. §§ 105(a) And 503(b) Authorizing Debtors To Apply Claims Objection

Procedures To Address Contested Administrative Expense Claims, entered October 22, 2009

(Docket No. 18998), or (c) the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed.

R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain

Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No.

2883), as amended.

---

[1]   See Twenty-Sixth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m),
9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And
Administrative Procedures, entered January 20, 2012 (Docket No. 21816) and Eighteenth Supplemental Order
Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014
Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures
Governing Objections To Claims, entered January 20, 2012 (Docket No. 21815).

Dated:   New York, New York
         June 1, 2012

                              SKADDEN, ARPS, SLATE, MEAGHER
                                & FLOM LLP

                              By:   /s/ Ron E. Meisler
                                  John Wm. Butler, Jr.
                                  John K. Lyons
                                  Albert L. Hogan, III
                                  Ron E. Meisler
                              155 North Wacker Drive
                              Chicago, Illinois 60606

                                  - and -

                              Four Times Square
                              New York, New York 10036

                              Attorneys for DPH Holdings Corp., et al.,
                                  Reorganized Debtors

3