UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                   :

In re:                                              :        Chapter 11
                                                   :        Case No. 05-44481 (RDD)
DPH HOLDINGS CORP., et al.,             :        (Post Confirmation)

      Reorganized Debtors,                    :

------------------------------------------------------------x

DELPHI CORPORATION, et al.,

                          Plaintiffs,        Adv. Pro. Nos. 07-02442 (RDD)
                                                     and 07-02445 (RDD)
                         v.

HERAEUS METAL PROCESSING, LLC and
HERAEUS PRECIOUS METALS
MANAGEMENT LLC,

                        Defendants.
------------------------------------------------------------x

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to this action, that pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41(a)(1)(A)(ii) and subject to the order of this Court, this action is hereby dismissed with prejudice and without costs to any party as against the other.

Dated: Detroit, Michigan
June 6, 2012

BUTZEL LONG, a professional corporation

By: _Cynthia J. Haffey_ (w/ authority) (P70012)
Cynthia J. Haffey, Esq.
150 W. Jefferson, Suite 100
Detroit, MI 48226
*Attorney for Plaintiffs*

Dated: New York, New York
June 5, 2012

EPSTEIN BECKER & GREEN P.C.

By: _William M. Barron_
William M. Barron
250 Park Avenue
New York, New York 10177
*Attorneys for Defendants*

SO ORDERED this ____ day of _____, 2012

_____
UNITED STATES BANKRUPTCY JUDGE