

May 25, 2012

30600 Telegraph Road
Suite 2345
Bingham Farms, MI 48025

248 646 9033 tel
www.ctcorporation.com

Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive.
Chicago, IL  60606

Re:  DPH Holdings Corp., et al., Reorganized Debtors vs. Delphi Automotive LLP

Case No.  0544481RDD

Dear Sir/Madam:

We are herewith returning the Notice, Motion, Exhibit(s) which we received regarding the above captioned matter.

Delphi Automotive LLP is not listed on our records or on the records of the State of MI.

Very truly yours,
The Corporation Company

Log# 520577433

cc:  Southern District of New York - U.S. Bankruptcy Court
     One Bowling Green,
     New York, NY  10004



RECEIVED JUN - 4 2012