BLANK ROME LLP
Marc E. Richards
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel: (212) 885-5000
Fax: (212) 885-5001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
In re:                                                              :
                                                                    :
DPH HOLDINGS CORP., et al.,                                         :   Chapter 11
                                                                    :
                              Debtors.                              :   Case No. 05-44481 (RDD)
                                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## REQUEST BY ATTORNEY TO WITHDRAW

Request is hereby made by Marc E. Richards, Esquire of the law firm of Blank Rome LLP to withdraw from electronic notification and be removed from the master service list maintained in connection with the within case (including any and all related adversary proceedings).

Dated: New York, New York
       June 7, 2012

                                        BLANK ROME LLP

                                        By: /s/ Marc E. Richards
                                            Marc E. Richards
                                            405 Lexington Avenue
                                            New York, New York 10174-0208
                                            Tel: (212) 885-5149
                                            Fax: (212) 210-9444

900200.00001/22136242v.1