SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
Albert L. Hogan III
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
Reorganized Debtors, and Delphi Automotive LLP and its
Subsidiaries

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | (Jointly Administered) |
| Reorganized Debtors. | : | |

**NOTICE OF WITHDRAWAL OF DPH HOLDINGS CORP.'S AND DELPHI
AUTOMOTIVE LLP'S JOINT MOTION FOR ENTRY OF AN ORDER ENFORCING
MODIFIED PLAN AND PLAN MODIFICATION ORDER (DOCKET NO. 21892)**

      On May 24, 2012, DPH Holdings Corporation ("DPH Holdings") and certain of its

affiliated reorganized debtors in the above-captioned cases (together with DPH Holdings, the

"Reorganized Debtors") and Delphi Automotive LLP ("Delphi LLP") and certain of its

subsidiaries (together with Delphi LLP, "New Delphi") filed their Joint Motion For Entry Of An Order Enforcing Modified Plan And Plan Modification Order (the "Motion") (Docket No. 21892), which sought to enjoin certain multidistrict antitrust litigation (the "Antitrust Actions") pending against the Reorganized Debtors and New Delphi in the United States District Court of the Eastern District of Michigan, Southern Division, Case No. 12-md-02311-MOB.

On June 14, 2012, the plaintiffs in the Antitrust Actions ("Plaintiffs") voluntarily dismissed the Reorganized Debtors and New Delphi from the Antitrust Actions without prejudice.  See In re Automotive Wire Harness Sys. Antitrust Litig., No. 2:12-md-02311-MOB (E.D. Mich.) (Docket Nos. 127, 129, 130, 131, 132, and 133).

Accordingly, the Reorganized Debtors and New Delphi hereby withdraw, without prejudice, their Motion in its entirety.  For the avoidance of doubt, this withdrawal is without prejudice to each of the Reorganized Debtors' and New Delphi's right to reassert the arguments raised in the Motion, and to seek all available relief, in the event that Plaintiffs rejoin any of the Reorganized Debtors or New Delphi, as parties in the Antitrust Actions.

Dated:   New York, New York
         June 15, 2012

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:  /s/ Ron E. Meisler
     Albert L. Hogan III
     Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606
     - and -
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
Reorganized Debtors, and Delphi Automotive
LLP and its subsidiaries

2