**Michelle T. Sutter**
**Ohio Attorney General**
**30 East Broad Street, 26th Floor**
**Columbus, OH 43215**
**(614) 466-8600**
**(866) 483-1104 (facsimile)**
Michelle.sutter@ohioattorneygeneral.gov
**Attorney for the Ohio Environmental**
 **Protection Agency**

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | **Case No.: 05-44481 (rdd)** |
| **DPH Holdings Corp., et al.,** | **(Jointly Administered)** |
|   **f/k/a Delphi Corporation,** | |
| **Debtors.** | **Chapter 11** |

### WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST
### TO BE REMOVED FROM THE SERVICE LIST AND MATRIX

Please take notice that Michelle T. Sutter, Assistant Attorney General, State of Ohio, hereby withdraws her Notice of Appearance as counsel for the Ohio Environmental Protection Agency and requests that her name be removed from the service list and matrix. This Withdrawal applies only to the undersigned and not to any other member of the Office of the Ohio Attorney General who has entered an appearance in this proceeding.

**MICHAEL DEWINE (00009181)**
**Ohio Attorney General**

*/s/ Michelle T. Sutter*

Michelle T. Sutter  (0013880)
Assistant Attorney General
30 East Broad Street, 26th Floor
Columbus, OH 43215
(614) 466-8600
(866) 483-1104 (facsimile)
Michelle.sutter@ohioattorneygeneral.gov

Dated:  June 15, 2012