**Hearing Date: July 26, 2012**
                                    **Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | (Jointly Administered) |
| Reorganized Debtors. | : | |

REORGANIZED DEBTORS' SUPPLEMENTAL REPLY WITH RESPECT
TO (I) PROOF OF CLAIM NUMBER 15523 AND (II) PROOF
<u>OF ADMINISTRATIVE EXPENSE CLAIM NUMBER 18528</u>

("SUPPLEMENTAL REPLY –
JOHNSON CONTROLS, INC. AND CERTAIN AFFILIATES")

DPH Holdings Corp. and its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), hereby submit this Supplemental Reply With Respect To (I) Proof Of Claim Number 15523 And (II) Proof Of Administrative Expense Claim Numbers 18528 (the "Supplemental Reply") and respectfully represent as follows:

1. On May 22, 2012, the Reorganized Debtors filed the Notice Of Claims Objection Hearing With Respect To (I) Debtors' Objections To Proof Of Claim Number 15523 And (II) Reorganized Debtors' Objections To Proof Of Administrative Expense Claim Number 18528 (Docket No. 21887) filed by Johnson Controls, Inc. and certain affiliates (collectively, the "Claimants").

2. On May 30, 2012, the Reorganized Debtors filed the Reorganized Debtors' Statement Of Disputed Issues With Respect To (I) Proof Of Claim Number 15523 And (II) Proof Of Administrative Expense Claim Number 18528 (Docket No. 21899) (the "Statement of Disputed Issues").

3. Because the Claimants have not filed a supplemental response, the Statement of Disputed Issues is uncontested and the Reorganized Debtors rely upon the Statement of Disputed Issues.

4. In the event that the Claimants file a supplemental response or otherwise raises additional issues contesting the assertions in the Statement of Disputed Issues, the Reorganized Debtors reserve all of the their rights to (a) supplement this Supplemental Reply and (b) assert that the Claimants have not followed the claims objection procedures approved by this Court.

WHEREFORE the Reorganized Debtors respectfully request that this Court enter an order (a) disallowing and expunging each of proof of claim number 15523 and proof of

administrative expense claim number 18528 in its entirety and (b) granting the Reorganized Debtors such other and further relief as is just.

Dated:   New York, New York
        June 27, 2012

    SKADDEN, ARPS, SLATE, MEAGHER
     & FLOM LLP

By:  /s/ John K. Lyons
    John Wm. Butler, Jr.
    John K. Lyons
    Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606

- and -

Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors