

**CT Corporation**

248 646 9033 tel
www.ctcorporation.com

30600 Telegraph Road
Suite 2345
Bingham Farms, MI 48025

June 18, 2012

Ron E. Meisler
Skadden, Arps, Sltate, meagher & Flom LLP
155 North Wacker Drivw,
Chicago, IL 60606

Re: Skadden, Arps, Slate, Meagher & Flom LLP, et al. vs. DPH Holdings Corp, et al.
Including Delphi Automotive LLP

Case No. 0544481RDD

Dear Sir/Madam:

We are herewith returning the tem(s) which we received regarding the above captioned matter.

Delphi Automotive LLP is not listed on our records or on the records of the State of MI.

Very truly yours,

Cecile King
Corporate Operation Specialist

Log# 520702879

cc: Southern District of New York - U.S. Bankruptcy Court
    One Bowling Green,
    New York, NY 10004



RECEIVED JUN 26 2012