UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                                         :
                                                               :
DELPHI CORPORATION., et al.,                                   :    Chapter 11
                                                               :
          Debtors.                                             :    Case No. 05-44481 (RDD)
                                                               :
                                                               :    (Jointly Administered)
                                                               :
                                                               :    NOTICE OF CHANGE OF ADDRESS
                                                               :
                                                               :
                                                               :
                                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that effective July 16, 2012, the law firm of Wilmer Cutler Pickering Hale and Dorr LLP will be relocating to 7 World Trade Center, New York, New York 10007. All facsimile and telephone numbers will remain the same.

PLEASE TAKE FURTHER NOTICE that all future correspondence, notices, pleadings and other documents should be directed to the address listed above.

Dated: New York, New York
       _____, 2012

                                               WILMER CUTLER PICKERING HALE
                                                 AND DORR LLP

                                               /s/ Philip D. Anker
                                               Philip D. Anker
                                               7 World Trade Center
                                               New York, NY 10036
                                               (212) 230-8800

US1DOCS 7373039v1

(212) 230-8888 (fax)

*Special Regulatory Counsel for the Audit Committee of Delphi Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on_____, 2012, a copy of the foregoing was electronically filed. Notice of this filing will be sent to all counsel of record by operation of the Court's Electronic Filing System.

_____/s/ Philip D. Anker_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:

DELPHI CORPORATION., et al.,

Debtors.

: Chapter 11

: Case No. 05-44481 (RDD)

: (Jointly Administered)

: CERTIFICATE OF SERVICE

:

:

:

:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The undersigned hereby certifies that, on this __ of July 2012, a true and correct copy of the

*Notice of Change of Address* was served electronically upon all interested parties using the

Court's CM/ECF system.

Dated: New York, New York

US1DOCS 7373039v1

_____, 2012

        WILMER CUTLER PICKERING HALE
         AND DORR LLP

        /s/ Philip D. Anker
        Philip D. Anker
        7 World Trade Center
        New York, NY 10036
        (212) 230-8800
        (212) 230-8888 (fax)

        *Special Regulatory Counsel for the Audit*
        *Committee of Delphi Corporation*