SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
                                    :
    In re                           :    Chapter 11
                                    :
DPH HOLDINGS CORP., et al.,     :    Case No. 05-44481 (RDD)
                                    :
                                    :    (Jointly Administered)
                                    :
          Reorganized Debtors.     :
                                    :
------------------------------- x

NOTICE OF ADJOURNMENT OF (I) CLAIMS OBJECTION HEARING WITH RESPECT
TO (A) DEBTORS' OBJECTION TO PROOF OF CLAIM NUMBER 15523 AND (B)
REORGANIZED DEBTORS' OBJECTION TO PROOF OF ADMINISTRATIVE
EXPENSE CLAIM NUMBER 18528 AND (II) SUFFICIENCY HEARING WITH
RESPECT TO REORGANIZED DEBTORS' OBJECTIONS TO PROOFS OF
<u>ADMINISTRATIVE EXPENSE CLAIM NUMBERS 18719 AND 18720</u>

("NOTICE OF ADJOURNMENT OF CLAIMS OBJECTION HEARING
AND SUFFICIENCY HEARING -- JOHNSON CONTROLS INC.
AND CERTAIN AFFILIATES")

PLEASE TAKE NOTICE that on May 22, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases (f/k/a <u>In re Delphi Corporation, et al.</u>) (collectively, the "Debtors"), now known as DPH Holdings Corp. and its affiliated reorganized debtors (the "Reorganized Debtors"), objected to proof of claim number 15523 ("Claim 15523") filed by Johnson Controls Inc. Automotive Group ("JCI Automotive") pursuant to the Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 7999) (the "Fifteenth Omnibus Claims Objection").

PLEASE TAKE FURTHER NOTICE that on January 22, 2010, the Reorganized Debtors objected to proof of administrative expense claim number 18528 ("Claim 18528") filed by Johnson Controls Inc., Automotive Experience Division And Affiliates ("JCI Experience") pursuant to the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356) (the "Forty-Third Omnibus Claims Objection").

PLEASE TAKE FURTHER NOTICE that on March 19, 2010, the Reorganized Debtors objected to proof of administrative expense claim number 18719 ("Claim 18719") filed by Johnson Controls, Inc. (Power Solutions) ("JCI Power") and proof of administrative expense claim number 18720 ("Claim 18720," and together with Claim 15523, Claim 18528, and Claim 18719, the "Claims") filed by Johnson Controls Battery Group, Inc. ("JCBGI," and together with JCI Automotive, JCI Experience, and JCI Power, the "Claimants") pursuant to the Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19711) (the "Forty-Sixth Omnibus Objection").

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by the United States Bankruptcy Court for the Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

PLEASE TAKE FURTHER NOTICE that Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests."

PLEASE TAKE FURTHER NOTICE that on May 22, 2012, the Reorganized Debtors filed the Notice Of Claims Objection Hearing With Respect To (I) Debtors' Objections To Proof Of Claim Number 15523 And (II) Reorganized Debtors' Objections To Proof Of Administrative Expense Claim Number 18528 (Docket No. 21887), scheduling an evidentiary hearing (the "Claims Objection Hearing") on the merits of Claim 15523 and Claim 18528 for July 26, 2012, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 118, White Plains, New York 10601-4140 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that on June 27, 2012, the Reorganized Debtors filed Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 18719 And 18720 (Docket No. 21917), scheduling a sufficiency hearing (the "Sufficiency Hearing") to address the legal sufficiency of each of Claim 18719 and Claim 18720 and whether each such claim states a colorable claim against the asserted Debtor for July 26, 2012, at 10:00 a.m. (prevailing Eastern time) in the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that pursuant to paragraph 9(a)(ii) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006

(Docket No. 6089), the Order Pursuant To 11 U.S.C. §§ 105(a) And 503(b) Authorizing Debtors To Apply Claims Objection Procedures To Address Contested Administrative Expense Claims entered October 22, 2009 (Docket No. 18998), and the Twenty-Seventh Supplemental Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims (Docket No. 21865), each of the Claims Objection Hearing and the Sufficiency Hearing is hereby adjourned to August 23, 2012, at 10:00 a.m. (prevailing Eastern time).

Dated:  New York, New York
        July 13, 2012

        SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP

        By:  /s/ John K. Lyons
           John Wm. Butler, Jr.
           John K. Lyons
           Ron E. Meisler
        155 North Wacker Drive
        Chicago, Illinois 60606

        - and -

        Four Times Square
        New York, New York 10036

        Attorneys for DPH Holdings Corp., et al.,
          Reorganized Debtors