# **EXHIBIT A**

| Case No. | Filing Debtor | Address per Petition | Tax ID Number |
|---|---|---|---|
| 05-44482 | ASEC Manufacturing General Partnership | 1301 Main Parkway Catoosa, OK  74015 | 73-1474201 |
| 05-44484 | ASEC Sales General Partnership | 1301 Main Parkway Catoosa, OK  74015 | 73-1474151 |
| 05-44596 | Delphi Automotive Systems (Holding), Inc. | 5785 Delphi Drive Troy, MI  48098 | 38-3422378 |
| 05-44593 | Delphi Automotive Systems Overseas Corporation | 5725 Delphi Drive Troy, MI  48098 | 38-3318021 |
| 05-44632 | Delphi Automotive Systems Services LLC | 5725 Delphi Drive Troy, MI  48098 | 38-3568834 |

000141814.0003 / #1354929v1