**Hearing Date: July 26, 2012**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PROPOSED SEVENTY-SEVENTH OMNIBUS HEARING AGENDA

Location Of Hearing:    United States Bankruptcy Court for the Southern District of New York,
                        300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Seventy-Seventh Omnibus Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (None)

    C.    Uncontested, Agreed, Withdrawn, Or Settled Matters (2 Matters)

    D.    Contested Matters (1 Matter)

    E.    Adversary Proceedings (3 Matters)

**A.    Introduction**

*None.*

**B.    Continued Or Adjourned Matters**∗

*None.*

**C.    Uncontested, Agreed, Withdrawn, Or Settled Matters**

    1.    **"Fourth Case Closing Motion"** -- Motion of DPH Holdings Corp. for Final Decree and Order Pursuant to 11 U.S.C. § 350(a), Fed. R. Bankr. P. 3022, and Local R. Bankr. P. 3022-1 Closing Chapter 11 Cases of Five Filing Debtors (Docket No. 21924)

        *Responses filed:*    *None.*

        *Replies filed:*    *None.*

        *Related filings:*    *Notice Of Hearing On Motion Of DPH Holdings Corp. For Final Decree And Order Pursuant To 11 U.S.C. § 350(a), Fed. R. Bankr. P. 3022, And Local R. Bankr. P. 3022-1 Closing Chapter 11 Cases Of Five Filing Debtors (Docket No. 21923)*

        *Status:*    *The hearing with respect to this matter will be proceeding.*

    2.    **"Plaintiffs' Emergency Motion To Shorten Time"** -- Plaintiffs' Motion To Shorten Time With Respect To Emergency Motion Pursuant To 11 U.S.C. § 105(a)

---

∗    The motion found at the following docket number that appeared on a previous Proposed Omnibus Hearing Agenda has been voluntarily withdrawn from the agenda and would need to be re-noticed under the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 17, 2006 (Docket No. 2883), to be reinstated on a future Proposed Omnibus Hearing Agenda:  Methode Electronics, Inc.'s Setoff Motion [Docket No. 4912].

And Federal Rules Of Bankruptcy Procedure 7065 For An Injunctive Order (Ad. Pro. Case No. 09-01510 Docket No. 126)

*Responses filed:*    None.

*Replies filed:*    None.

*Related filings:*    *See all pleadings listed under matter number 5.*

*Status:*    *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order (I) Establishing Schedule For Joint Motion Of State Of Michigan Workers' Compensation Agency And Funds Administration To Stay Adversary Proceeding Pending Appeal And (II) Resolving Plaintiffs' Motion To Shorten Time With Respect To Emergency Motion Pursuant To 11 U.S.C. § 105(a) And Federal Rules Of Bankruptcy Procedure 7065 For An Injunctive Order (Ad. Pro. Case No. 09-01510 Docket No. 128).*

D.    **Contested Matters**

3.    **"Motion by James Grai To Lift Stay" --** Amended Notice Of Motion, Pursuant To Section 362 Of The Bankruptcy Code, For An Order Modifying The Automatic Stay (Docket No. 21682)

*Responses filed:*    *Response To Letter Submitted By James Michael Grai (Docket No. 21652)*

*Response And Limited Objection Of The ACE Companies To The Amended Motion Of James Grai Pursuant To Section 362 Of The Bankruptcy Code To Modify Automatic Stay And Amended Motion For Joinder Of Parties (Docket No. 21708)*

*Reorganized Debtors' Objection To Amended Notice Of Motion, Pursuant To Section 362 Of The Bankruptcy Code, For An Order Modifying The Automatic Stay And Related Papers (Docket No. 21682)(Docket No. 21710)*

*Michigan Defendants' Response To Amended Motion For Joinder Of Parties And Amended Motion Of James Grai Pursuant To Section 362 Of The Bankruptcy Code To Modify Automatic Stay (Docket No. 21711)*

*Supplemental Response To Motion For Joinder Of Parties And Amended Motion By James Grai Pursuant To Section 362 Of The Bankruptcy Code To Modify Automatic Stay (Docket No. 21719)*

|  |  |
|---|---|
| *Replies filed:* | *Reorganized Debtors' Reply And Supplemental Objection To Amended Notice Of Motion, Pursuant To Section 362 Of The Bankruptcy Code, For An Order Modifying The Automatic Stay And Related Papers (Docket No. 21721)* |
| *Related filings:* | *Letter Requesting Relief From The Stay So That The State Of Michigan State Worker's Compensation Commission Can Disburse The Allocated Funds To Disabled Workers Filed By James Michael Grai (Docket No. 21574)* |
|  | *Joinder To Lift Automatic Stay (Docket No. 21665)* |
|  | *Defendants Michigan Workers' Compensation Agency's And Michigan Funds Administration's Response To Letter Written By James Michael Grai (Docket No. 21666)* |
|  | *Notice Of Change Of Time Of Seventy-Second Omnibus Hearing And Fiftieth Claims Hearing (Docket No. 21690)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

E. **Adversary Proceedings**

4. **"Michigan Defendant's Joint Motion To Stay Adversary Proceeding"** -- Joint Motion of State of Michigan Workers' Compensation Agency and Funds Administration to Stay Adversary Proceeding Pending Appeal (Docket No. 21927, Ad. Pro. Case No. 09-01510 Docket No. 123)

|  |  |
|---|---|
| *Responses filed:* | *Objection Of The Ace Companies To The Joint Motion Of Michigan Workers' Compensation Agency And Michigan Funds Administration For Stay "Pending Appeal" (Ad. Pro. Case No. 09-01510 Docket No. 131)* |
|  | *DPH Holdings Corp.'s Objection To Joint Motion Of State Of Michigan Workers' Compensation Agency And Funds Administration To Stay Adversary Proceeding Pending Appeal (Ad. Pro. Case No. 09-01510 Docket No. 132)* |
| *Replies filed:* | *Joint Reply Of State Of Michigan Workers' Compensation Agency And Funds Administration To "Ace Companies" And DPH Holdings' Objection To Motion For Stay Pending Appeal (Ad. Pro. Case No. 09-01510 Docket No. 136)* |
| *Related filings:* | *Letter Filed By Albert L. Hogan III On Behalf Of DPH Holdings Corp., et al. (Ad. Pro. Case No. 09-01510 Docket No. 118)* |

       *Letter Supporting Debtor's Request For Teleconference And Entry Of Scheduling Order Filed By William Heuer On Behalf Of ACE American Insurance Company (Ad. Pro. Case No. 09-01510 Docket No. 119)*

       *Letter To Judge Drain Filed By Dennis Jay Raterink On Behalf Of State Of Michigan Funds Administration, State Of Michigan Workers' Compensation Insurance Agency (Ad. Pro. Case No. 09-01510 Docket No. 120)*

       *Letter Filed By Albert L. Hogan III On Behalf Of DPH Holdings Corp., et al. (Ad. Pro. Case No. 09-01510 Docket No. 124)*

       *Joint Stipulation And Agreed Order (I) Establishing Schedule For Joint Motion Of State Of Michigan Workers' Compensation Agency And Funds Administration To Stay Adversary Proceeding Pending Appeal And (II) Resolving Plaintiffs' Motion To Shorten Time With Respect To Emergency Motion Pursuant To 11 U.S.C. § 105(a) And Federal Rules Of Bankruptcy Procedure 7065 For An Injunctive Order (Ad. Pro. Case No. 09-01510 Docket No. 128)*

       *Letter Dated July 18, 2012 Filed By Richard G. Haddad On Behalf Of State Of Michigan Workers' Compensation Insurance Agency (Ad. Pro. Case No. 09-01510 Docket No. 129)*

       *Letter To Judge Drain Updating Status Of Michigan Cases Filed By Dennis Jay Raterink On Behalf Of State Of Michigan Funds Administration (Ad. Pro. Case No. 09-01510 Docket No. 130)*

  *Status:*    *The hearing with respect to this matter will be proceeding.*

5. **"Plaintiffs' Emergency Motion for Preliminary Injunction"** -- Plaintiffs' Emergency Motion Pursuant To 11 U.S.C. § 105(a) And Federal Rules Of Bankruptcy Procedure 7065 For An Injunctive Order (Ad. Pro. Case No. 09-01510 Docket No. 125)

  *Responses filed:*  *Objection To Plaintiffs' Motion For Injunctive Relief Pursuant To 11 U.S.C. § 105(a) And Fed. R. Bankr. P. 7065 (Ad. Pro. Case No. 09-01510 Docket No. 135)*

  *Replies filed:*   *DPH Holdings Corp.'s Reply In Support Of Plaintiffs' Emergency Motion Pursuant To 11 U.S.C. § 105(a) And Federal Rules Of Bankruptcy Procedure 7065 For An*

5

*Injunctive Order (Ad. Pro. Case No. 09-01510 Docket No. 137)*

*Reply In Further Support Of Plaintiffs' Emergency Motion Pursuant To 11 U.S.C. § 105(A) And Federal Rules Of Bankruptcy Procedure 7065 For An Injunctive Order (Ad. Pro. Case No. 09-01510 Docket No. 137)*

*Related filings:*   *Letter Filed By Albert L. Hogan III On Behalf Of DPH Holdings Corp., et al. (Ad. Pro. Case No. 09-01510 Docket No. 118)*

*Letter Supporting Debtor's Request For Teleconference And Entry Of Scheduling Order Filed By William Heuer On Behalf Of ACE American Insurance Company (Ad. Pro. Case No. 09-01510 Docket No. 119)*

*Letter To Judge Drain Filed By Dennis Jay Raterink On Behalf Of State Of Michigan Funds Administration, State Of Michigan Workers' Compensation Insurance Agency (Ad. Pro. Case No. 09-01510 Docket No. 120)*

*Letter Filed By Albert L. Hogan III On Behalf Of DPH Holdings Corp., et al. (Ad. Pro. Case No. 09-01510 Docket No. 124)*

*Plaintiffs' Motion To Shorten Time With Respect To Emergency Motion Pursuant To 11 U.S.C. § 105(a) And Federal Rules Of Bankruptcy Procedure 7065 For An Injunctive Order (Ad. Pro. Case No. 09-01510 Docket No. 126)*

*DPH Holdings Corp.'s Joinder Of Plaintiffs' Emergency Motion Pursuant To 11 U.S.C. § 105(a) And Federal Rules Of Bankruptcy Procedure 7065 For An Injunctive Order (Ad. Pro. Case No. 09-01510 Docket No. 127)*

*Joint Stipulation And Agreed Order (I) Establishing Schedule For Joint Motion Of State Of Michigan Workers' Compensation Agency And Funds Administration To Stay Adversary Proceeding Pending Appeal And (II) Resolving Plaintiffs' Motion To Shorten Time With Respect To Emergency Motion Pursuant To 11 U.S.C. § 105(a) And Federal Rules Of Bankruptcy Procedure 7065 For An Injunctive Order (Ad. Pro. Case No. 09-01510 Docket No. 128)*

|  |  | *Letter Dated July 18, 2012 Filed By Richard G. Haddad On Behalf Of State Of Michigan Workers' Compensation Insurance Agency (Ad. Pro. Case No. 09-01510 Docket No. 129)* |
|---|---|---|
|  |  | *Letter To Judge Drain Updating Status Of Michigan Cases Filed By Dennis Jay Raterink On Behalf Of State Of Michigan Funds Administration (Ad. Pro. Case No. 09-01510 Docket No. 130)* |
|  | *Status:* | The hearing with respect to this matter will be proceeding. |
| 6. | **"Michigan Defendants' Amended Motion To Dismiss"** – Defendants Michigan Workers' Compensation Agency's And Michigan Funds Administration's Joint Amended Motion To Dismiss Plaintiffs' Adversary Complaint And DPH Holdings Crossclaim For Failure To State A Claim, Lack Of Jurisdiction, And In The Alternative, For Abstention (Ad. Pro. Case No. 09-01510 Docket No. 43) | |
|  | *Responses filed:* | *Plaintiffs' Brief In Response To The (I) Joint Reply And (II) Amended Motion To Dismiss Of State Of Michigan Workers' Compensation Agency And State Of Michigan Funds Administration (Ad. Pro. Case No. 09-01510 Docket No. 54)* |
|  |  | *Declaration Of Lewis R. Olshin In Support Of Plaintiffs' Response (Ad. Pro. Case No. 09-01510 Docket No. 55)* |
|  |  | *Supplemental Memorandum Of DPH Holdings Corp. (Formerly Delphi Corporation) In Opposition To Defendants Michigan Workers' Compensation Agency's And Michigan Funds Administration's Joint Amended Motion To Dismiss Plaintiffs' Adversary Complaint And DPH Holdings Crossclaim For Failure To State A Claim, Lack Of Jurisdiction, And In The Alternative, For Abstention (Ad. Pro. Case No. 09-01510 Docket No. 57)* |
|  | *Replies filed:* | *None.* |
|  | Related filings: | *Complaint (Ad. Pro. Case No. 09-01510 Docket No. 1)* |
|  |  | *(I) Answer To Complaint And (II) Counterclaims And Crossclaim By DPH Holdings Corp. (Formerly Known As Delphi Corporation) (Ad. Pro. Case No. 09-01510 Docket No. 26)* |
|  |  | *Defendants Michigan Workers' Compensation Agency's And Michigan Funds Administration's Brief In Support Of Joint Amended Motion To Dismiss Plaintiffs' Adversary Complaint And DPH Holdings Crossclaim For Failure To State A Claim,* |

*Lack Of Jurisdiction, And In The Alternative, For Abstention (Ad. Pro. Case No. 09-01510 Docket No. 44)*

*Defendants Michigan Workers' Compensation Agency's And Michigan Funds Administration's Joint Reply To Memorandum Of DPH Holdings Corp. (Formerly Delphi Corporation) In Opposition To Defendants Michigan Workers' Compensation Agency's And Michigan Funds Administration's Joint Motion To Dismiss For Lack Of Jurisdiction And In The Alternative, For Abstention (Ad. Pro. Case No. 09-01510 Docket No. 45)*

*Joint Reply To Plaintiffs' Brief In Opposition To Motion To Dismiss Of State Of Michigan Workers' Compensation Agency And State Of Michigan Funds Administration (Ad. Pro. Case No. 09-01510 Docket No. 46)*

*Plaintiffs' Reply To Memorandum Of DPH Holdings Corp. (Formerly, Delphi Corporation) In Opposition To Defendants Michigan Workers' Compensation Agency's And Michigan Funds Administration's Joint Motion To Dismiss For Lack Of Jurisdiction And In The Alternative, For Abstention (Ad. Pro. Case No. 09-01510 Docket No. 51)*

*Corrected Joint Reply To Plaintiffs' Brief In Opposition To Motion To Dismiss Of State Of Michigan Workers' Compensation Agency And State Of Michigan Funds Administration (Ad. Pro. Case No. 09-01510 Docket No. 53)*

*Order (I) Denying Defendants Michigan Workers' Compensation Agency's And Michigan Funds Administration's Joint Motion To Dismiss For Lack Of Jurisdiction And In The Alternative, For Abstention And (II) Denying In Part Defendants Michigan Workers' Compensation Agency's And Michigan Funds Administration's Joint Amended Motion To Dismiss Plaintiffs' Adversary Complaint And DPH Holdings Crossclaim For Failure To State A Claim, Lack Of Jurisdiction, And In The Alternative, For Abstention (Ad. Pro. Case No. 09-01510 Docket No. 69)*

*Status:* *The hearing with respect to this matter will be proceeding.* \*

---

\* On January 26, 2010, the Court entered an order denying the Michigan Defendants' Amended Motion To Dismiss, except for the portion of the motion that seeks to dismiss the complaint and DPH Holdings Corp.'s crossclaim for failure to state a claim upon which relief can be granted under Fed. R. Bankr. P. 7012(b) and Fed.

Dated: New York, New York
July 25, 2012

                    SKADDEN, ARPS, SLATE, MEAGHER
                         & FLOM LLP

By: /s/ John K. Lyons
    John Wm. Butler, Jr.
    John K. Lyons
    Albert L. Hogan III
    Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606

      - and -

Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

---

R. Civ. P. 12(b)(6).  (Ad. Pro. Case No. 09-01510 Docket No. 69 ¶ 2.)  Only that remaining portion of the motion will be heard on July 26, 2012.