LAW OFFICES




PROFESSIONAL CORPORATION

1901 Avenue of the Stars
Twelfth Floor
Los Angeles, California
90067-6013

Telephone: (310) 228-5600
Facsimile: (310) 228-5788

Writer's Direct Number:
310 228-5600

August 3, 2012

**VIA US MAIL**

Clerk of Court
U.S. Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Re: **In re DPH Holdings Corp., et al. and DIP Holdco LLP dba Delphi Automotive LLP**
**Case No. 05-44481-rdd**

***and***

**Delphi Corporation, et al. v. Eaton Corporation**
**Case No. 07-02252-rdd**

Dear Sir/Madam:

This correspondence is a formal request for the removal from the Court's Electronic Noticing System of Eric D. Goldberg, Esq. (California State Bar No. 157544) of the law firm of Stutman, Treister & Glatt, PC., 1901 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067, Phone Number (310) 228-5600, egoldberg@stutman.com. Mr. Goldberg and Stutman, Treister & Glatt, PC are no longer involved in the above cases.

Sincerely,




Eric D. Goldberg

EDG:jfb

565173v1