SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :
   In re                                      :   Chapter 11
                                                   :
DPH HOLDINGS CORP., et al.,          :   Case No. 05-44481 (RDD)
                                                   :
                                                   :   (Jointly Administered)
                                                   :
             Reorganized Debtors.    :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ADJOURNMENT OF SUFFICIENCY HEARING WITH RESPECT
TO REORGANIZED DEBTORS' OBJECTIONS TO PROOFS OF
<u>ADMINISTRATIVE EXPENSE CLAIM NUMBERS 18719 AND 18720</u>

("NOTICE OF ADJOURNMENT OF SUFFICIENCY HEARING —
JOHNSON CONTROLS INC. AND CERTAIN AFFILIATES")

PLEASE TAKE FURTHER NOTICE that on March 19, 2010, the Reorganized Debtors objected to proof of administrative expense claim number 18719 ("Claim 18719") filed by Johnson Controls, Inc. (Power Solutions) ("JCI Power") and proof of administrative expense claim number 18720 ("Claim 18720," and Claim 18719, the "Claims") filed by Johnson Controls Battery Group, Inc. ("JCBGI," and together with JCI Power, the "Claimants") pursuant to the Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19711) (the "Forty-Sixth Omnibus Objection").

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by the United States Bankruptcy Court for the Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

PLEASE TAKE FURTHER NOTICE that Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests."

PLEASE TAKE FURTHER NOTICE that on June 27, 2012, the Reorganized Debtors filed Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 18719 And 18720 (Docket No. 21917), scheduling a sufficiency hearing (the "Sufficiency Hearing") to address the legal sufficiency of each of Claim 18719 and Claim 18720 and whether each such claim states a colorable claim against the asserted Debtor for August 23, 2012,[1] at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 118, White Plains, New York 10601-4140 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that pursuant to paragraph 9(a)(ii) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089), the Order Pursuant To 11 U.S.C. §§ 105(a) And 503(b) Authorizing Debtors To Apply Claims Objection Procedures To Address Contested Administrative Expense Claims entered October 22, 2009 (Docket No. 18998), and the Twenty-Seventh Supplemental Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007,

---

[1] The Sufficiency Hearing was rescheduled from July 26, 2012 to August 23, 2012 pursuant the Notice Of Adjournment Of (I) Claims Objection Hearing With Respect To (A) Debtors' Objection To Proof Of Claim Number 15523 And (B) Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 18528 And (II) Sufficiency Hearing With Respect To Reorganized Debtors' Objections To Proofs Of Administrative Expense Claim Numbers 18719 And 18720 (Docket No. 21928).

And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims (Docket No. 21865), the Sufficiency Hearing is hereby adjourned to September 13, 2012, at 10:00 a.m. (prevailing Eastern time).

Dated: New York, New York
August 13, 2012

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By:  /s/ John K. Lyons
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606

- and -

Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors