SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan, III
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  |  |
|---|---|
| | : |
| In re | :   Chapter 11 |
| | : |
| DPH HOLDINGS CORP., et al., | :   Case No. 05-44481 (RDD) |
| | : |
| | :   (Jointly Administered) |
| Reorganized Debtors. | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF RESCHEDULING OF SEVENTY-EIGHTH OMNIBUS
### HEARING AND FIFTY-SIXTH CLAIMS HEARING

PLEASE TAKE NOTICE that the Seventy-Eighth Omnibus Hearing and the Fifty-

Sixth Claims Hearing in the above-captioned cases, which are scheduled to occur on Thursday,

August 23, 2012 at 10:00 a.m. (prevailing Eastern time) at the Hon. Charles L. Brieant Jr. Federal

Building and Courthouse, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140,[1] have been rescheduled for a hearing on **Thursday, September 13, 2012** at 10:00 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that all other corresponding deadlines shall shift in accordance with the following orders, as applicable: (a) the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089), (b) the Order Pursuant To 11 U.S.C. §§ 105(a) And 503(b) Authorizing Debtors To Apply Claims Objection Procedures To Address Contested Administrative Expense Claims, entered October 22, 2009 (Docket No. 18998), or (c) the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883), as amended.

---

[1]   See Twenty-Sixth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered January 20, 2012 (Docket No. 21816); Eighteenth Supplemental Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered January 20, 2012 (Docket No. 21815).

Dated:   New York, New York
          August 16, 2012

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:  /s/ John K. Lyons
      John Wm. Butler, Jr.
      John K. Lyons
      Albert L. Hogan, III
      Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606

  - and -

Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

3