# Exhibit A -- Non-DPH Claims

| A | B | C | D |
|---|---|---|---|
| **Last Name** | **First Name** | **Social Security Number** | **Status** |
| Ashmore | Roger | 382442123 | Non-DPH Claim |
| Bachula | Dennis | 365503318 | Non-DPH Claim |
| Bady | Eugene | 362564788 | Non-DPH Claim |
| Baldwin | Roy | 430028663 | Non-DPH Claim |
| Beasley | Odell | 381401745 | Non-DPH Claim |
| Bell | Johnnie | 255826023 | Non-DPH Claim |
| Brown | Russell | 378463930 | Non-DPH Claim |
| Conklin | James | 385465615 | Non-DPH Claim |
| Henderson | Ardella | 418588060 | Non-DPH Claim |
| Jones | Christine | 383584981 | Non-DPH Claim |
| King | Mettie | 348406955 | Non-DPH Claim |
| Lewis | Norris | 372467996 | Non-DPH Claim |
| Nagy | Debra | 384748571 | Non-DPH Claim |
| Pratt | Ray | 366448264 | Non-DPH Claim |
| Reis | Paul | 526660164 | Non-DPH Claim |
| Snowden | Shirley | 362726210 | Non-DPH Claim |
| Stuhr | Dennis | 378589086 | Non-DPH Claim |
| Trisch | Alan | 365668474 | Non-DPH Claim |
| Tunney | William | 385465469 | Non-DPH Claim |
| Wagner | Nick | 366406505 | Non-DPH Claim |
| Whitting | Robert | 367463154 | Non-DPH Claim |
| Wilson | Henrietta | 432686076 | Non-DPH Claim |
| Zieroff | Gary | 385465710 | Non-DPH Claim |