## Exhibit B -- GM Assumed Claims

| A | B | C | D |
|---|---|---|---|
| **Last Name** | **First Name** | **Social Security Number** | **Status** |
| Abner | Claudia | 379545360 | GM Assumed Claim |
| Bark | Julie | 374926024 | GM Assumed Claim |
| Breamsey | Spencer | 432925757 | GM Assumed Claim |
| Chernow | Andrew | 379529260 | GM Assumed Claim |
| Crowe | Joyce | 362509348 | GM Assumed Claim |
| Crumpton | Maggie | 369542939 | GM Assumed Claim |
| Fife | Claudine | 385466112 | GM Assumed Claim |
| Fodo | Julius | 378589755 | GM Assumed Claim |
| Freeman | Yolanda | 376900297 | GM Assumed Claim |
| Gage | James | 372444987 | GM Assumed Claim |
| Guymer | Gordon | 375706356 | GM Assumed Claim |
| Gwizdala | Tracy | 384926703 | GM Assumed Claim |
| Hall | Randall | 368447893 | GM Assumed Claim |
| Jones | Linda | 369486341 | GM Assumed Claim |
| Jones | Ann | 433847677 | GM Assumed Claim |
| Killingbeck | Tammy | 386744036 | GM Assumed Claim |
| Krasinski | Nicodem | 90340756 | GM Assumed Claim |
| Macon (Macom) | Claude | 366448591 | GM Assumed Claim |
| Malusi | Daniel | 376742026 | GM Assumed Claim |
| Miller | Larry | 384502726 | GM Assumed Claim |
| Mink | Debra | 383542914 | GM Assumed Claim |
| Mize | Dale | 383583674 | GM Assumed Claim |
| Murry | Shirley | 367463173 | GM Assumed Claim |
| Ostash | Robert | 381408663 | GM Assumed Claim |
| Parker | Barbara | 573062883 | GM Assumed Claim |
| Raab | Robert | 371546585 | GM Assumed Claim |
| Reinahrdt | Donald | 379447589 | GM Assumed Claim |
| Ross | Barbara | 363527367 | GM Assumed Claim |
| Sabo | Robert | 379504291 | GM Assumed Claim |
| Salo | Leila | 364643507 | GM Assumed Claim |
| Sanders | Yvonne | 366663271 | GM Assumed Claim |
| Scott | Doris | 436986126 | GM Assumed Claim |
| Smith | Laura | 367701623 | GM Assumed Claim |
| Snook | Terrence | 370500776 | GM Assumed Claim |
| Taylor | Michael | 430152135 | GM Assumed Claim |
| Vinton | David | 368746763 | GM Assumed Claim |
| Weidner | Glendale | 368704231 | GM Assumed Claim |
| White | Cynthia | 367540712 | GM Assumed Claim |
| Willis | Gregory | 363546032 | GM Assumed Claim |