## Exhibit C -- Date Excluded Claims

| A | B | C | D |
|---|---|---|---|
| **Last Name** | **First Name** | **Social Security Number** | **Status** |
| Acker | Gloria | 251949726 | Date Excluded Claim* |
| Anderson | Steve | 375663628 | Date Excluded Claim* |
| Block | Larry | 372625559 | Date Excluded Claim* |
| Enriquez | Mary | 452709971 | Date Exluded Claim |
| Goodrich | Dayton | 363644355 | Date Exluded Claim |
| Jones | Vernon | 362562952 | Date Excluded Claim* |
| Pobocik | Greg | 363664340 | Date Excluded Claim* |
| Richards | Michael | 377608704 | Date Excluded Claim* |

\*  Denotes workers' compensation claims that pre-date GM's spinoff of Delphi, and on which GM has
been making payments.