## ACKNOWLEDGMENT

I, _____, hereby acknowledge that I have read and agree to abide by the Joint Stipulation And Agreed Order Resolving (I) Letter From James Michael Grai Dated September 3, 2011, (II) Debtors' Motion Pursuant To Section 362 Of The Bankruptcy Code To Modify Automatic Stay And Notice Of Motion For Joinder Of Parties, And (III) Amended Motion Of James Grai Pursuant To Section 362 Of The Bankruptcy Code To Modify Automatic Stay And Amended Motion For Joinder Of Parties (the "Stipulation") and further agree that I (i) will not assert an injury date that implicates the Policies (as defined in the Stipulation), (ii) will not seek to collect any payment from the Policies, (iii) will not assert or argue that the Policies provide coverage for my workers' compensation claim, and (iv) will not otherwise implicate the Policies in any manner in the Michigan tribunals in any proceeding that is permitted to go forward under the Stipulation without first taking all actions necessary to obtain an adjournment of such proceeding.


By:_____
   Name:




Acknowledged by_____ before me on the _____ day of _____, 2012


Signature_____


Printed name_____


Notary public, State of Michigan, County of



My commission expires_____