**Hearing Date:  September 13, 2012**
                                                        **Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                   :
  In re                                              :   Chapter 11
                                                   :
DPH HOLDINGS CORP., et al.,           :   Case No. 05-44481 (RDD)
                                                   :
                   Reorganized Debtors.  :   (Jointly Administered)
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED FIFTY-SIXTH CLAIMS HEARING AGENDA

Location Of Hearing:    United States Bankruptcy Court for the Southern District of New York,
                                      300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Fifty-Sixth Claims Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (None)

    C.    Uncontested, Agreed, Or Settled Matters (2 Matters)

    D.    Contested Matters (None)

**A.**    **Introduction**

**B.**    **Continued Or Adjourned Matters**

*None.*

**C.**    **Uncontested, Agreed, Or Settled Matters**

1. **Claims Objection Hearing Regarding (I) Proof Of Claim Number 15523 and (II) Proof Of Administrative Expense Claim Number 18528"** – Sufficiency Hearing Regarding Proofs Of Administrative Expense Claim Numbers 18719 And 18720 as objected to on (I) Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 7999) and (II) Reorganized Forty-Third Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books and Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, and OPEB Claims, (H) Workers' Compensation Claims, and (I) Transferred Workers' Compensation Claims, (II) Modify and Allow Certain Administrative Expense Severance Claims, and (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

    *Responses filed:*    *Response to Debtors' Fifteenth Omnibus Claims Objection (Docket No. 8338)*

        *Response to Reorganized Debtors' Forty-Third Omnibus Claims Objection (Docket No. 19843)*

    *Replies filed:*    *Debtors' Omnibus Reply In Support Of Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax*

*Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8396)*

*Reorganized Debtors' Omnibus Reply in Support of Forty-Third Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books and Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, and OPEB Claims, (H) Workers' Compensation Claims, and (I) Transferred Workers' Compensation Claims, (II) Modify and Allow Certain Administrative Expense Severance Claims, and (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)*

*Reorganized Debtors' Supplemental Reply with Respect to (I) Proof of Claim Number 15523 and (II) Proof of Administrative Expense Claim Number 18528 (Docket No. 21918)*

*Related filings:*     *Notice of Claims Objection Hearing With Respect to (I) Debtors' Objections to Proof of Claim Number 15523 and (II) Reorganized Debtors' Objections to Proof of Administrative Expense Claim Number 18528 (Docket No. 21887)*

*Reorganized Debtors' Statement of Disputed Issues with Respect to (I) Proof of Claim Number 15523 and (II) Proof of Administrative Expense Claim Number 18528 (Docket No. 21899)*

*Notice Of Adjournment Of (I) Claims Objection Hearing With Respect To (A) Debtors' Objection To Proof Of Claim Number 15523 And (B) Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 18528 And (II) Sufficiency Hearing With Respect To Reorganized Debtors' Objections To Proofs Of Administrative Expense Claim Numbers 18719 And 18720 (Docket No. 21928)*

*Joint Stipulation and Agreed Order Between Reorganized Debtors and Johnson Controls Inc. and Certain of its Affiliates (I) Withdrawing Proof of Claim Number 15523 and (II) Compromising and Allowing Proof of Administrative Expense Claim Number 18528 (Docket No. 21942)*

*Proof Of Claim Number 15523*

3

|   |   |   |
|---|---|---|
|   |   | *Proof Of Administrative Expense Claim Number 18528* |
|   | *Status:* | *This matter has been resolved pursuant to the Joint Stipulation and Agreed Order Between Reorganized Debtors and Johnson Controls Inc. and Certain of its Affiliates (I) Withdrawing Proof of Claim Number 15523 and (II) Compromising and Allowing Proof of Administrative Expense Claim Number 18528 (Docket No. 21942).* |

2. **"Sufficiency Hearing Regarding Proofs Of Administrative Expense Claim Numbers 18719 And 18720"** – Sufficiency Hearing Regarding Proofs Of Administrative Expense Claim Numbers 18719 And 18720 As Objected To On Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19711)

|   |   |
|---|---|
| *Responses filed:* | *Response Of Johnson Controls Inc. Power Solutions (Claim No. 18719) And Johnson Controls Battery Group, Inc. (Claim No. 18720) To Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19843)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E)* |

4

|  |  |
|---|---|
|  | *Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19903)* |
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 18719 And 18720 (Docket No. 21917)* |
|  | *Notice Of Adjournment Of (I) Claims Objection Hearing With Respect To (A) Debtors' Objection To Proof Of Claim Number 15523 And (B) Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 18528 And (II) Sufficiency Hearing With Respect To Reorganized Debtors' Objections To Proofs Of Administrative Expense Claim Numbers 18719 And 18720 (Docket No. 21928)* |
|  | *Notice Of Adjournment Of Sufficiency Hearing With Respect To Reorganized Debtors' Objections To Proofs Of Administrative Expense Claim Numbers 18719 And 18720 (Docket No. 21943)* |
|  | *Reorganized Debtors' Supplemental Reply To Responses Of Claimants To Debtors' Objections To Proofs Of Administrative Expense Claim Numbers 18719 And 18720 By Johnson Controls, Inc. And Affiliates (Docket No. 21955)* |
|  | *Joint Stipulation And Agreed Order Between Reorganized Debtors And Johnson Controls Inc. And Certain Of Its Affiliates Disallowing Without Prejudice Proofs Of Administrative Expense Claim Numbers 18719 And 18720 (Docket No. [●])* |
|  | *Proof of Administrative Expense Claim Numbers 18719 and 18720* |
| *Status:* | *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors And Johnson Controls Inc. And Certain of Its Affiliates Disallowing Without Prejudice Proofs of Administrative* |

*Expense Claim Numbers 18719 and 18720 (Docket No. 21961).*

**D.  Contested Matters**

*None.*

Dated:  New York, New York
September 12, 2012

                      SKADDEN, ARPS, SLATE, MEAGHER
                         & FLOM LLP

By: /s/ John K. Lyons
    John Wm. Butler, Jr.
    John K. Lyons
    Albert L. Hogan III
    Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors