# UNITED STATES BANKRUPTCY COURT

SOUTHERN District Of NEW YORK

In re DELHI CORPORATION, et al )
) Case No. 05-44481(RDD)
)
) Chapter 11

## NOTICE OF CHANGE OF ADDRESS AND DEMAND FOR INSTRUCTIONS FOR DELIVERY OF OLD NOTES, ETC WHEN DUE, BY WAY OF PLAN

RECEIVED SEP 1 2 2012

**************************************************

THE NEW & CURRENT ADDRESS OF VINCENT RHYNES IS 513 W. 159TH GARDENA CALIF. 90248

THE OLD ADDRESS 1514 W. MANCHESTER AVE. #5 LOS ANGELES CALIF. 90047 HAS BEEN VACATED AND SHOULD NOT BE USED TO PROVIDE NOTICE ETC.

NOTE: ACCOUNT NUMBER ATTACH HERETO FOR THE PURPOSE RULE 3021 OF THE BANKRUPTCY CODE.

DATE: 09-09-2012

*[signature]*
VINCENT E. RHYNES
513 W. 159TH STREET
GARDENA CALIF. 90248

NUMBER DPH 135475

152766 188007

COMMON STOCK
PAR VALUE $.01

THIS CERTIFICATE IS TRANSFERABLE IN
BOSTON, MASSACHUSETTS
OR IN NEW YORK, NEW YORK

# DELPHI AUTOMOTIVE SYSTEMS CORPORATION

INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE



This certifies that

VINCENT RHYNES
1514 W MANCHESTER AVE APT 5
LOS ANGELES CA 90047-5427

is the owner of ONE THOUSAND TWO HUNDRED

FULLY PAID AND NON-ASSESSABLE SHARES OF THE COMMON STOCK OF



*Delphi Automotive Systems Corporation transferable on person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This Certificate and the shares represented hereby are subject to all the terms, conditions and limitations of the Certificate of Incorporation and all Amendments thereto and Supplements thereof. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.*

*Witness the signatures of its duly authorized officers.*

Dated: SEP 29, 2005

COUNTERSIGNED AND REGISTERED:
THE BANK OF NEW YORK
TRANSFER AGENT AND REGISTRAR

BY John N. Ainster
AUTHORIZED SIGNATURE

Wasie L. Ray
SECRETARY
0226

J. Battenberg III
CHAIRMAN OF THE BOARD

T527000155

CUSIP 247126 10 5
SEE REVERSE FOR CERTAIN DEFINITIONS

COMMON STOCK
PAR VALUE $.01

Statement for the Period May 1, 2012 to May 31, 2012

VINCENT RHYNES - Individual
Account Number: ████3390



# Account Overview

| CHANGE IN ACCOUNT VALUE | Current Period | Year-to-Date |
|---|---|---|
| BEGINNING VALUE | $1,984.67 | $1,378.31 |
| Securities Transfers | $0.00 | ($34.00) |
| Additions and Withdrawals | $0.00 | $0.00 |
| Income | $0.00 | $19.47 |
| Taxes, Fees and Expenses | $0.00 | ($35.00) |
| Other Activity | $377.00 | $876.66 |
| Change in Investment Value | ($464.70) | ($308.47) |
| ENDING VALUE (AS OF 05/31/12) | $1,896.97 | $1,896.97 |

*Refer to Miscellaneous Footnotes for more information on Change in Investment Value.*

### INCOME

| TAXABLE | Current Period | Year-to-Date |
|---|---|---|
| Taxable Dividends | $0.00 | $19.47 |
| TOTAL TAXABLE | $0.00 | $19.47 |
| TOTAL INCOME | $0.00 | $19.47 |

*Taxable income is determined based on information available to NFS at the time the statement was prepared, and is subject to change. Final information on taxation of interest and dividends is available on Form 1099-Div, which is mailed in February of the subsequent year.*

| TAXES, FEES AND EXPENSES | Current Period | Year-to-Date |
|---|---|---|
| Account Fees | $0.00 | ($35.00) |
| TOTAL TAXES, FEES AND EXPENSES | $0.00 | ($35.00) |

### ACCOUNT ALLOCATION



Equity 100.0%

| | Percent | Prior Period | Current Period |
|---|---|---|---|
| Equity | 100.0% | $1,984.67 | $1,896.97 |
| TOTAL | 100.0% | $1,984.67 | $1,896.97 |

*Account Allocation shows the percentage that each asset class represents of your total account value. Account Allocation for equities, fixed income, and other categories may include mutual funds and may be net of short positions. NFS has made assumptions concerning how certain mutual funds are allocated. Closed-end mutual funds and Exchange Traded Funds (ETFs) listed on an exchange may be included in the equity allocation. The chart may not reflect your actual portfolio allocation. Consult your broker/dealer prior to making investment decisions.*



# UNITED STATES BANKRUPTCY COURT

__SOUTHERN__ **DISTRICT OF** __NEW YORK__

**In re** __DELHI CORPORATION__ **Case NO.** __05-44481 (RDD)__
          et al

**Chapter** __11__

********************************************************************************

## CERTIFICATE OF SERVICE

I, Vincent Rhynes, hereby certify under penalty of perjury that:

I am over the age of Eighteen years of age and reside in Los Angeles, County, CALIF.

On 09-10-2012, I caused to be served a true and correct Copy of notice & demand To Be Sent by first class mail upon the parties Listed in Exhibit A attach hereto.

Date: 09-10-2012

Vincent Rhynes (310)329-4254
513 W. 159th Street Gardena CALIF, 90248

# EXHIBIT A

#6

#7 (LDTC)

United States Trustee

DB Services Americas, INC.

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 4. | United Auto Workers<br>8000 E. Jefferson<br>Detroit, MI 48214<br><br>Tel: 313-926-5000<br>Fax: 313-823-6016 | Richard Shoemaker, Vice President & Director GM Department | Wages and Benefits | Contingent and Unliquidated | Unknown |
| 5. | United Steel Workers<br>5 Gateway Center<br>Pittsburgh, PA 15222<br><br>Tel: 412-562-2400<br>Fax: 412-562-2484 | Leo W. Gerard, President | Wages and Benefits | Contingent and Unliquidated | Unknown |
| 6. | Wilmington Trust Company<br>Corporate Trust Office<br>1100 North Market Street Rodney Square North,<br>Wilmington, DE 19890<br><br>Tel: 302-636-6058<br>Fax: 302-636-4143 | Steven M. Cimalore, Vice President | Notes | | $2,000,000,000 |
| 7. | Law Debenture Trust Company of New York<br>Corporate Trust Office<br>780 Third Ave, 31st Floor<br>New York, NY 10017<br><br>Tel: 212-750-6474<br>Fax: 212-750-1361<br><br>and<br><br>Wilmington Trust Company<br>Corporate Trust Office<br>1100 North Market Street Rodney Square North,<br>Wilmington, DE 19890<br><br>Tel: 302-636-6058<br>Fax: 302-636-4143 | Patrick Healy, Vice President<br><br>and<br><br>Steven M. Cimalore, Vice President | Junior Subordinated Notes | | $412,371,975 |

<u>United States Trustee</u>
Brian S. Masumoto, Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2111
T: 212-510-0500
F: 212-668-2255

KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Edward M. Fox, Esq. (EF1619)
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Attorneys for Wilmington Trust Company,
as Indenture Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                          :       Chapter 11
                                                :
DELHI CORPORATION, et al.,                      :       Case No. 05-44481 (RDD)
                                                :
                    Debtors.                    :       (Jointly Administered)
                                                :
                                                :
-----------------------------------------------------------x

## Notice of Change of Address
*********************************************************************

The address on old note for "Vincent E. Rhynes" has changed to 513 W. 159th street Gardena CALIF. 90248

Please up date your files & Provide any Instructions Required of Vincent E. Rhynes With respect to "Delivery of Notes" at the new address above.
NOTE: a copy of the old note is attach hereto for your records.

ATTN: DB services Americas, INC.    (fax 615-866-3889)

This notice is being provided by mail & fax transmission to: DB services Americas, INC.

Dated : 08-24-2012

*Vincent E. Rhy[signature]*
Vincent E. Rhynes
513 W. 159th Street
Gardena CALIF. 90248