# BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP

200 WEST MADISON STREET, SUITE 3900
CHICAGO, ILLINOIS 60606

Robert D. Nachman
(312) 629-5175
Voice Mail Ext. 5175
robert.nachman@bfkn.com

Telephone (312) 984-3100
Facsimile (312) 984-3150

September 13, 2012

Clerk of the United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re:   Request for removal from CM/ECF notification list in re: Delphi Corporation, Case No. 05-44481

Dear Clerk:

Pursuant to the Current Guidelines – Electronic Filing dated December 15, 2011 (Section II.B.5), I am requesting removal from the electronic mailing list in re Delphi Corporation, Case No. 05-44481, as I am no longer involved in the case. My email address is: robert.nachman@bfkn.com.

Thank you for your assistance in this regard and please contact me if you have any questions.

Very truly yours,

Robert D. Nachman

SEP 17 2012

RDN/mrm

812448v1