Form 210B (12/09)

# United States Bankruptcy Court

# Southern District Of New York

In re DPH Holdings Corporation, *et al.*,                                Case No. 05-44481

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The claims set forth on Schedule I were filed or deemed filed under 11 U.S.C. § 1111(a) in this case. Transferee hereby gives notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claims referenced in this notice.

| | |
|---|---|
| SPCP Group, LLC, as Agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund Ltd. | Seaport V LLC |
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| | |
| SPCP Group, LLC, as Agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund Ltd.<br>Two Greenwich Plaza, 1st Floor<br>Attention: Brian Jarmain<br>(203) 542-4032 | Seaport V LLC<br>360 Madison Avenue, 22nd Floor<br>New York, NY 10017<br>Attention: General Counsel<br>(212) 616-7700 |

### ~DEADLINE TO OBJECT TO TRANSFER~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____  _____

**CLERK OF THE COURT**

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
:
In re:                                                    :
                                                          :
DPH Holdings Corporation, *et al.*,                       :    Chapter 11
                                                          :    Case No. 05-44481
                         Debtors.                         :    (Jointly Administered)
                                                          :
----------------------------------------------------------x


TO:    THE DEBTOR AND THE BANKRUPTCY COURT

      For value received, the adequacy and sufficiency of which are hereby acknowledged, **SPCP GROUP, LLC, as Agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund Ltd.** ("Assignor"), as assignee of the entities identified on Schedule I attached hereto, hereby unconditionally and irrevocably sells, transfers and assigns to **SEAPORT V LLC** ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) as identified on Schedule I attached hereto against DPH Holdings Corporation or any one of its operating subsidiaries, the debtor-in-possession in the chapter 11 reorganization case entitled, *In re:* DPH Holdings Corporation, *et al.*, Chapter 11 Case, Case No. 05-44481 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim assigned to Assignor by the original owner thereof and any and all notices of Evidence of Transfer filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

      Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim, Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

*(The remainder of this page is left blank intentionally. The signatures follow on next page.)*

IN WITNESS HEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 21ˢᵗ day of September, 2012

SPCP GROUP, LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, L.P. AND SILVER POINT CAPITAL OFFSHORE FUND LTD.

By: _____
Name:
Title: Michael A. Gatto
Authorized Signatory

SEAPORT V LLC

By: _____
Name:
Title:

IN WITNESS HEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 21st day of September, 2012

**SPCP GROUP, LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, L.P. AND SILVER POINT CAPITAL OFFSHORE FUND LTD.**

By: _____
    Name:
    Title:

**SEAPORT V LLC**

By: _____
    Name: Jonathan Silverman
    Title: General Counsel

# SCHEDULE I

## ASSIGNED CLAIMS

1451512.3

# Schedule 1

| Original Creditor Name | Claim # | Current Claim Amount (per KCC) |
|---|---|---|
| AFC- Holcroft, L.L.C. | F (1595445-10396034) | $94,460.00 |
| Affinia Group, Inc. | 11099 | $34,511.79 |
| AFL Automotive (Alcoa Automotive Inc.) | 12201 | $47,533.62 |
| AFL Automotive (Alcoa Automotive Inc.) | 12202 | $38,872.56 |
| Alcoa Automotive Inc. | 12007 | $268,346.36 |
| Alpine Electronics of America Inc. | 16192 | $409,245.00 |
| Alumax Mill Products (Alcoa Automotive Inc.) | 12006 | $2,492,998.91 |
| Bardons & Oliver Inc. | 15492 | $233,750.00 |
| Behr Industries Corp. | 16439 | $409,399.05 |
| Bell Anderson & Sanders LLC | 8569 | $63,696.63 |
| Brush Wellman Inc. | 9105 | $246,462.28 |
| Cooper-Standard Automotive Inc. | 14661 | $266,352.24 |
| Cyro Industries | 11948 | $579,162.10 |
| Die-Namic, Inc. | 14149 | $304,038.87 |
| Doshi Prettl International, LLC | 16427 | $1,130,675.71 |
| E.S. Investments, LLC | 14148 | $134,509.20 |
| Electronic Solutions, Inc. | 1201 | $101,001.74 |
| Eva Orlick | 12163 | $200,000.00 |
| Export Corporation | F (1609190-10398007) | $77,228.85 |
| Fairway Spring Co Inc. | 15476 | $244,087.26 |
| Formall Inc. | 2775 | $178,382.68 |
| Furukawa Electric North America APD, Inc. | 10574 | $327,817.00 |
| Genesee Packaging, Inc. | 16536 | $481,540.09 |
| Greystone of Lincoln, Inc. | 9219 | $264,541.61 |
| Hilite International, Inc. | 9840 | $507,065.45 |
| Hoover Precision Products, Inc. | 11292 | $1,229,984.99 |
| I2 Technologies, Inc. | F (1615260-10398733) | $123,119.35 |
| Intermet Corporation | 14489 | $3,724,793.18 |
| Jabil Circuit, Inc. | 14140 | $1,625,292.17 |
| Johnson Electric North America, Inc. | 9880 | $2,553,527.50 |
| Kensa LLC | 14109 | $90,901.16 |
| Key Plastics LLC | 14134 | $164,793.93 |
| Kimchuk, Inc. | 10849 | $124,819.49 |
| Kostal Kontakt Systeme GMBH | 14580 | $120,665.22 |
| Kostal Mexicana, S.A. de C.V. | 14404 | $1,162,879.40 |
| Kostal of America Inc | 14479 | $567,396.36 |
| Lem Industries Inc. | 7207 | $180,407.58 |
| Machine Vision Products, Inc. | 606 | $136,175.00 |
| Magnesium Elektron, Inc. | 1524 | $265,694.00 |
| Malvern Instruments Inc. | 11853 | $68,480.00 |
| McCann Erickson, Inc. | 2583 | $668,185.49 |
| Means Industries, Inc. | 9652 | $681,145.20 |
| MEMC Electronic Materials, Inc. | 9799 | $122,951.00 |
| Micron Semiconductor Products Inc. | 7578 | $390,744.00 |
| Mid South Electronics Inc. | 12031 | $105,820.05 |
| Milliken & Company | 11646 | $1,966,663.74 |
| Motion Industries, Inc. | 10231 | $6,132.75 |

# Schedule 1

| | | |
|---|---|---|
| Motion Industries, Inc. | 10232 | $108,287.35 |
| Motion Industries, Inc. | 16416 | $628,436.76 |
| Multek Flexible Circuits, Inc. d.b.a. Sheldahl | 13815 | $162,168.60 |
| Multi Tool Inc. | 15361 | $251,159.00 |
| Muskegon Casting Corp. | 12185 | $73,050.70 |
| Muskegon Casting Corp. | 12186 | $48,161.52 |
| Neun H P Co Inc. | 8442 | $122,478.94 |
| Nichicon (America) Corp. | 2229 | $17,039.47 |
| Northern Stamping, Inc. | 9839 | $92,123.78 |
| NXP Semiconductors USA, Inc. (successor to Philips Semi Conductors, Inc.) | 14347 | $1,952,018.90 |
| Oberg Industries Inc. | 13562 | $572,827.52 |
| On Semiconductor Components Industries LLC | 11566 | $5,764,040.00 |
| On Semiconductor Components Industries LLC | 11567 | $24,141.71 |
| On Semiconductor Components Industries LLC | 11568 | $29,961.47 |
| P & R Industries, Inc. | 11429 | $275,394.25 |
| Panasonic Automotive Systems Company of America | 14318 | $500,000.00 |
| Parlex Corporation | 11190 | $74,795.17 |
| Parlex Corporation | 11191 | $53,986.58 |
| Parlex Corporation | 11192 | $284,168.66 |
| Parlex Corporation | 11193 | $36,986.58 |
| Parlex Corporation | 11194 | $4,978.75 |
| PEC of America Corporation | 14132 | $249,138.20 |
| Plastic Moldings Company LLC | 9685 | $139,824.40 |
| Precision Die and Stamping | 14138 | $314,358.90 |
| Rasselstein GmbH | 9958 | $152,461.57 |
| Robin Industries Inc. | 14262 | $121,429.01 |
| Robin Industries Inc. | 14264 | $192,567.77 |
| Robin Industries Inc. | 14265 | $22,072.38 |
| Robin Industries Inc. | 14267 | $97,345.56 |
| Robin Industries Inc. | 14271 | $386,900.37 |
| Robin Industries Inc. | 14274 | $354,316.01 |
| Saia- Burgess Automotive Inc. | 12233 | $1,029,932.14 |
| Senko America Corporation | 12135 | $101,752.01 |
| Sheffield Measurement Inc | 10398 | $22,104.75 |
| Solution Recovery Services, Inc. | 14143 | $279,156.30 |
| Stanley Electric Sales of America, Inc. | 12257 | $217,587.60 |
| Superior Industries International Inc. | 4000 | $124,695.09 |
| Tata America International Corp. | 12828 | $2,671,979.95 |
| Technical Materials, Inc | 9106 | $190,345.06 |
| Timken U.S. Co. and Timken Co. | 14319 | $2,847,130.71 |
| Toko America, Inc. | F | $555,580.70 |
| Ultratech Inc. | 12216 | $306,747.64 |
| United States Steel Corporation | 8657 | $351,061.00 |
| Valmark Industries, Inc. | 1880 | $60,577.03 |
| Wabash Technologies Inc. | 585 | $172,388.82 |
| West Virginia Polymer Corp. | 6859 | $72,786.00 |
| Wisconsin Electric Power Company a/k/a WE Energies | 1047 | $405,194.95 |
| WR Grace & Co. -Conn. | 7748 | $865,213.80 |
| Zentrix Technologies, Inc. | 9107 | $71,073.31 |
| | | |
| **TOTAL** | | **$48,668,177.30** |