REICH REICH & REICH, P.C.
Attorneys for Critech Research, Inc.
235 Main Street, 4th Floor
White Plains, New York 10601
(914) 949-2126
By: Lawrence R. Reich
reichlaw@aol.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
In re
                                                              Chapter 11
    DELPHI CORPORATION, *et al.*,      Case No. 05-44481-RDD

                     Debtors.
----------------------------------x

**REQUEST TO BE REMOVED FROM ELECTRONIC NOTICING**

      Lawrence R. Reich, a partner in the firm of Reich Reich & Reich, P.C. hereby requests that the following email address be eliminated from the electronic notice procedures of the Clerk's office.

        Lawrence R. Reich
        reichlaw@aol.com


Dated: White Plains, New York
       October 1, 2012

                                      REICH REICH & REICH, P.C.


                               By: /s/Lawrence R. Reich
                                  Lawrence R. Reich
                                  235 Main Street, 4th Floor
                                  White Plains, NY 10601
                                  (914) 949-2126