**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., *et al.*, | : | Case No. 05-44481 (RDD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |
| | : | |

**NOTICE OF WITHDRAWAL OF APPEARANCE
AND REQUEST FOR REMOVAL FROM SERVICE LISTS**

**TO:    THE CLERK OF THE COURT; AND ALL PARTIES IN INTEREST**

*PLEASE TAKE NOTICE* that the undersigned attorney hereby withdraws his appearance in the above-captioned cases, and hereby requests removal from the Court's CM/ECF and any other service lists in these cases.

Dated:   New York, New York
         October 12, 2012

                                        Respectfully submitted,

                                        */s/ Marc E. Richards*
                                        Marc E. Richards
                                        **BLANK ROME LLP**
                                        405 Lexington Avenue
                                        New York, NY 10174
                                        Telephone:  (212) 885-5000
                                        Facsimile:   (212) 885-5001
                                        MRichards@blankrome.com

900202.11000/40203699v.1