2

## CERTIFICATE OF SERVICE

I, Marc E. Richards, hereby certify that on October 12, 2012, a copy of the attached **Notice of Withdrawal of Appearance and Request for Removal from Service Lists** has been served via the Court's CM/ECF system.

*/s/ Marc E. Richards*
Marc E. Richards