UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                             :

    In re                               :        Chapter 11

                                             :

DPH HOLDINGS CORP., et al.,           :        Case No. 05-44481 (RDD)

                                           :

                Reorganized Debtors.    :        (Jointly Administered)

                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TWENTY-EIGHTH SUPPLEMENTAL ORDER UNDER 11 U.S.C. §§ 102(1) AND 105
AND FED. R. BANKR. P. 2002(m), 9006, 9007, AND 9014 ESTABLISHING
OMNIBUS HEARING DATES AND CERTAIN NOTICE, CASE
MANAGEMENT, AND ADMINISTRATIVE PROCEDURES

("TWENTY-EIGHTH SUPPLEMENTAL CASE MANAGEMENT ORDER")

Upon the motion, dated October 8, 2005 (the "Case Management Motion"),[1] of

Delphi Corporation and certain of its affiliates (collectively, the "Debtors"), now known as DPH

Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases

(collectively, the "Reorganized Debtors"), for an order under 11 U.S.C. §§ 102(1), 105(a), and

105(d) and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 (a) establishing omnibus hearing

dates, (b) establishing certain notice, case management, and administrative procedures in the

Debtors' chapter 11 cases, and (c) scheduling an initial case conference in accordance with Rule

1007-2(e) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the

Southern District of New York; and

---

[1]    Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Case Management Motion.

Upon the order, entered October 14, 2005, granting the Case Management Motion (Docket No. 245); and

Upon the supplemental case management orders entered on March 20, 2006 (Docket No. 2883) (the "Supplemental Order"), March 28, 2006 (Docket No. 2995), April 20, 2006 (Docket No. 3293), May 3, 2006 (Docket No. 3589), May 5, 2006 (Docket No. 3629), May 11, 2006 (Docket No. 3730), May 19, 2006 (Docket No. 3824), October 26, 2006 (Docket No. 5418), October 19, 2007 (Docket No. 10661), February 4, 2008 (Docket No. 12487), July 15, 2008 (Docket No. 13920), July 23, 2008 (Docket No. 13965), December 4, 2008 (Docket No. 14534), April 30, 2009 (Docket No. 16589), August 26, 2009 (Docket No. 18839), December 11, 2009 (Docket No. 19178), January 25, 2010 (Docket No. 19360), April 5, 2010 (Docket No. 19774 ), May 25, 2010 (Docket No. 20189), July 16, 2010 (Docket No. 20427), November 1, 2010 (Docket No. 20764), January 28, 2011 (Docket No. 21099), May 3, 2011 (Docket No. 21251), August 1, 2011 (Docket No. 21507), October 19, 2011 (Docket No. 21659), January 20, 2012 (Docket No. 21816), and April 20, 2012 (Docket No. 21865) (collectively, the "Prior Supplemental Orders");

IT IS HEREBY ORDERED THAT:

1.      This Court shall conduct omnibus hearings in these cases, to be held in Courtroom 118, Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601-4140 or as may be determined by the Court, on the following dates and at the following times (the "Omnibus Hearing Dates"):

> January 24, 2013 at 10:00 a.m. (prevailing Eastern time)
>
> February 28, 2013 at 10:00 a.m. (prevailing Eastern time)

        March 14, 2013 at 10:00 a.m. (prevailing Eastern time)

        April 25, 2013 at 10:00 a.m. (prevailing Eastern time)

        May 16, 2013 at 10:00 a.m. (prevailing Eastern time)

        June 20, 2013 at 10:00 a.m. (prevailing Eastern time)

2. Additional Omnibus Hearing Dates thereafter may be scheduled by this Court. All matters requiring a hearing in these cases shall be set for and be heard on Omnibus Hearing Dates unless alternative hearing dates are approved by the Court for good cause shown.

3. If this Court changes any of the Omnibus Hearing Dates set forth in paragraph 1 above, the Reorganized Debtors are authorized to provide a notice of change of hearing (the "Notice") in accordance with paragraph 15 of the Supplemental Order, as amended, including, without limitation, the amendments included in the Nineteenth Supplemental Case Management Order, entered May 25, 2010 (Docket No. 20189). The terms of such Notice shall be binding upon all parties-in-interest in these chapter 11 cases and no other or further notice or order of this Court shall be necessary.

4. Except as set forth herein, the Prior Supplemental Orders shall continue in full force and effect.

Dated: White Plains, New York
       October 15, 2012

                          /s/ Robert D. Drain
                          UNITED STATES BANKRUPTCY JUDGE