EPSTEIN BECKER & GREEN, P.C.
William M. Barron
250 Park Avenue
New York New York 10177
Tel: (212) 351-4500
Fax: (212) 878-8600
Attorneys for Defendants

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re                                                                    Chapter 11
                                                                             Case. No. 05-44481 [RDD]
DPH HOLDINGS CORP., et al.
                                                                             Jointly Administered
          Reorganized Debtors,
-----------------------------------------------------------X
DELPHI AUTOMOTIVE SYSTEMS, LLC,

          Plaintiff,

v.                                                                          Adv. Pro. No 07-02445 [RDD]

HERAEUS PRECIOUS METALS,

          Defendant.
-----------------------------------------------------------X
DELPHI AUTOMOTIVE SYSTEMS, LLC,

          Plaintiff,

v.                                                                          Adv. Pro. No. 07-02442 [RDD]

HERAEUS METALS PROCESSING,

          Defendants.
-----------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND REQUEST FOR REMOVAL FROM SERVICE LISTS

**TO: THE CLERK OF THE COURT; AND ALL PARTIES IN INTEREST**

***PLEASE TAKE NOTICE*** that the undersigned attorney hereby withdraws his

appearance in the above-captioned cases, and hereby requests removal from the Court's

CM/ECF and any other service lists in these cases.

Dated: New York, New York
   October 17, 2012

                    Respectfully submitted,
                    */s/ William M. Barron*
                    William M. Barron
                    **Epstein Becker & Green, P.C.**
                    250 Park Avenue
                    New York, NY 10177
                    Telephone: (212) 351-4500
                    Fax: (212) 878-8600
                    wbarron@ebglaw.com

## CERTIFICATE OF SERVICE

I, William M. Barron, hereby certify that on October 17, 2012, a copy of the attached **Notice of Withdrawal of Appearance and Request for Removal from Service Lists** has been served via the Court's CM/ECF system.

/s/ *William M. Barron*
William M. Barron