**Jay N. Selanders**
**Kutak Rock LLP**
**1010 Grand Blvd., Suite 500**
**Kansas City, MO  64106**
**Direct:  816-502-4617**
**Fax:  816-960-0041**
**Jay.selanders@kutakrock.com**

## UNITED STATES BANKUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | Case No. 05-44481 (rdd) |
| **DPH Holdings Corp., et al.,** | **(Jointly Administered)** |
|   f/k/a Delphi Corporation | |
| **Debtors.** | Chapter 11 |

### WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST TO BE REMOVED FROM THE SERVICE LIST AND MATRIX

Please take notice that Jay Selanders hereby withdraws his Notice of Appearance as counsel for Chrysler Group, LLC and requests that his name be removed from the service list and matrix.  This Withdrawal applies only to the undersigned and not to any other member of Kutak Rock LLP who may have entered an appearance in this proceeding.

/s/ Jay N. Selanders
**Jay N. Selanders**
**Kutak Rock LLP**
**1010 Grand Blvd., Suite 500**
**Kansas City, MO  64106**
**Direct:  816-502-4617**
**Fax:  816-960-0041**
**Jay.selanders@kutakrock.com**

Dated:  November 5, 2012

4842-9672-7569.1