B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  DPH Holdings Corp., et al.                    ,          Case No.  05-44481 (RDD)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Highland Crusader Offshore Partners, L.P. | Bank of America, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Highland Capital Management, L.P.
300 Crescent Court, Suite 700
Dallas, TX 75201

Court Claim # (if known): ___N/A___
Amount of Claim:  $743,261.00
Date Claim Filed:  N/A

Phone:  (972) 628-4100
Last Four Digits of Acct #:  N/A

Phone:  N/A
Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):
kaoldowelrue

Phone:  (972) 628-4100
Last Four Digits of Acct #:  N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_____      Date: 11/13/12
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court Southern District of New York

## EXHIBIT A
## FORM OF EVIDENCE OF TRANSFER OF CLAIM

### NOTICE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

Assignor:  Bank of America, N.A.

Assignee:  Highland Crusader Offshore Partners, L.P.

For value received, the adequacy and sufficiency of which are hereby acknowledged, Assignor hereby unconditionally and irrevocably sells, transfers and assigns to Assignee all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the aggregate amount of $11,049,751.64 against Delphi Automotive Systems LLC ("Debtor") in the bankruptcy Case no.05-44481 jointly administered, in the United States Bankruptcy Court Southern District of New York (the "Bankruptcy Court"), consisting of: (i) claim no. 11660 in the amount of $9,153,420.00, (ii) claim no. 1913 in the amount of $97,854.32, (iii) claim no. 6989 in the amount of $260,383.20, (iv) claim no. 13825 in the amount of $330,238.12, (v) claim no. 1555 in the amount of $464,595.00 and (vi) the claim of SMK Electronics Corp. in the amount of $743,261.00 and assigned to Assignor on March 13, 2007and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 19th day of May, 2008.

| ASSIGNOR: BANK OF AMERICA, N.A. | ASSIGNEE: HIGHLAND CRUSADER OFFSHORE PARTNERS, L.P. |
|---|---|
| By: *[signature]* <br> Name: Warren F. Holland <br> Title: Principal | By: Highland Crusader Fund GP, L.P., its general partner <br><br> By: Highland Crusader GP LLC, its general partner <br><br> By: Highland Capital Management, L.P., its sole member <br><br> By: Strand Advisors, Inc., its general partner <br><br> By: _____ <br> Name: <br> Title: |

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS
19th day of May, 2008.

| ASSIGNOR: BANK OF AMERICA, N.A. | ASSIGNEE: HIGHLAND CRUSADER OFFSHORE PARTNERS, L.P. |
|---|---|
| By: _____<br>Name:<br>Title: | By: Highland Crusader Fund GP, L.P., its general partner<br><br>By: Highland Crusader GP LLC, its general partner<br><br>By: Highland Capital Management, L.P., its sole member<br><br>By: Strand Advisors, Inc., its general partner<br>By: _[signature]_<br>Name:<br>Title: Mandy Rudolph |

Authorized Signatory
Strand Advisors, Inc.
General Partner of
Highland Capital Management, L.P.