**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | : | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Alvaro Salas, Jr. being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court-appointed claims and noticing agent for the Reorganized Debtors in the above-captioned cases.

On or before October 24, 2012, I caused copies of the
- [Customized for Rule 3001(e)(1) and Rule 3001(e)(2)] Notice of Rejection of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) and 3001(e)(2) [Re Docket Nos. 21967 and 21968]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Dated: November 6, 2012

                                                                                        */s/ Alvaro Salas, Jr.*
                                                                                           Alvaro Salas, Jr.

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 6th day of November, 2012, by Alvaro Salas, Jr., proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____*/s/ Vanessa R. Quiñones*_____

Commision Expires:_____10/20/2015_____

# Exhibit A

**Exhibit A**
**Rule 3001(e)(1) - 3001(e)(4) Rejected**

| Name | Notice Name | Address | Address 2 | City | State | Zip | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|
| Bodman Llp | Ralph E Mcdowell | 100 Renaissance Ctr | | Detroit | MI | 48243 | 21967 & 21968 | Notice Party |
| Diconza Law Pc | Gerard Diconza Esq | 630 Third Ave 7th Fl | | New York | NY | 10017 | 21967 & 21968 | Notice Party |
| Goodwin Procter LLP | Allan S Brilliant Craig P Druehl & Meagan E Costello | 599 Lexington Ave | | New York | NY | 10022 | 21967 & 21968 | Notice Party |
| Intermet Corporation | Alan J Miller | 700 Tower Dr 4th Fl | Alan J Miller | Troy | MI | 48098-2808 | 21967 & 21968 | Notice Party |
| Otterbourg Steindler Houston & Rosen PC | Scott L Hazan Stanley L Lane | 230 Park Ave | | New York | NY | 10169 | 21967 & 21968 | Notice Party |
| Seaport V LLC | Attn General Counsel | 360 Madison Avenue, 22nd Fl | | New York | NY | 10017 | 21967 & 21968 | Transferee |
| SPCP Group LLC | Attn Brain A Jarmain | Two Greenwich Plaza 1st Fl | | Greenwich | CT | 06830 | 21967 & 21968 | Transferor |
| SPCP Group LLC | Attn Brian Jarmain | 2 Greenwich Plz 1st Fl | | Greenwich | CT | 06830 | 21967 & 21968 | Transferor |
| SPCP Group LLC | Irene Wu | Two Greenwich Plz 1st Fl | | Greenwich | CT | 06830 | 21967 & 21968 | Transferor |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain | Two Greenwich Plaza 1st Fl | | Greenwich | CT | 06830 | 21967 & 21968 | Transferor |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund Ltd | Attn Brian Jarmain | 2 Greenwich Plz 1st Fl | | Greenwich | CT | 06830 | 21967 & 21968 | Transferor |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund Ltd | Attn Irene Wu | 2 Greenwich Plz 1st Fl | | Greenwich | CT | 06830 | 21967 & 21968 | Transferor |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund Ltd | Attn Irene Wu & Brian Jarmain | 2 Greenwich Plz 1st Fl | | Greenwich | CT | 06830 | 21967 & 21968 | Transferor |
| SPCP Group LLC as Assignee of Die Namic Inc | Brian Jarmain | Two Greenwich Plz 1st Fl | | Greenwich | CT | 06830 | 21967 & 21968 | Transferor |
| SPCP Group LLC as Assignee of ES Investments Sun Microstamping Technologies | Brian Jarmain | Two Greenwich Plz 1st Fl | | Greenwich | CT | 06830 | 21967 & 21968 | Transferor |
| SPCP Group LLC as Assignee of Intermet Corporation | Brian Jarmain | Silver Point Capital | Two Greenwich Plz 1st Fl | Greenwich | CT | 06830 | 21967 & 21968 | Transferor |
| SPCP Group LLC as assignee of Key Plastics LLC | Attn Brian Jarmain | Two Greenwich Plz 1st Fl | | Greenwich | CT | 06830 | 21967 & 21968 | Transferor |
| SPCP Group LLC as Assignee of Multek Flexible Circuits Inc et al | Brian Jarmain | SPCP Group LLC | Two Greenwich Plz 1st Fl | Greenwich | CT | 06830 | 21967 & 21968 | Transferor |
| SPCP Group LLC as Assignee of PEC of America Corp | Brian Jarmain | Two Greenwich Plz 1st Fl | | Greenwich | CT | 06830 | 21967 & 21968 | Transferor |
| SPCP Group LLC as assignee of Precision Die & Stamping Inc | Attn Brian Jarmain | Two Greenwich Plz 1st Fl | | Greenwich | CT | 06830 | 21967 & 21968 | Transferor |
| SPCP Group LLC as Assignee of Solution Recovery Services Inc | Attn Brian Jarmain | Two Greenwich Plz 1st Fl | | Greenwich | CT | 06830 | 21967 & 21968 | Transferor |

In re: DPH Holdings Corp., et al.
USBC Case No. 05-44481 (RDD)

Page 1 of 1