

Tax Operations
P O Box 4006
Seminole, FL 33775-4006

Phone: 727.464.7777
Fax: 727.464.4110

November 9, 2012

U.S. Bankruptcy Court
Southern District of New York
Attn: Clerk's Office
One Bowling Green
New York, NY 10004

Re:  Delphi Automotive Systems LLC
     BK Case #05-44640-rdd

To Whom It May Concern:

Please file the enclosed Notice of Change of Address in the above-captioned case.  We have enclosed an extra copy for you to date stamp with the filing date and return in the self-addressed, stamped, envelope.

Thank you for your attention to this request.

Sincerely,

Diane Nelson, CFC
Pinellas County Tax Collector


By: _____
Robin Ferguson, CFCA
Tax Manager
P O Box 4006
Seminole, FL 33775-4006
Telephone: (727) 464-8552
Fax: (727) 464-4110
E-mail address: PCTCEBN@taxcollect.com

RF/tw
Enclosures

cc:  Kayalyn A. Marafioti (w/enclosure)
     U.S. Trustee, Southern District of New York (w/enclosure)

RECEIVED NOV 16 2012

NOV 1 6 2012

UNITED STATES BANKRUPTCY COURT
(DISTRICT)
(DIVISION)

In re:

Case No. __05-44640-rdd_____

__Delphi Automotive Systems LLC____/
Debtor(s)

A Chapter __11__ Case

NOTICE OF CHANGE OF ADDRESS

**CHECK ONLY ONE**:    Debtor(s) _____    Creditor: ✓

Please _print_ the following information:

NAME:

(Name and address on return address labels or envelopes)
Tax Collector, Pinellas County

OLD MAILING ADDRESS:    P.O. Box 2943, Clearwater, FL 33757-2943
P.O. Box 10832, Clearwater, FL 33757

NEW MAILING ADDRESS:    Diane Nelson, CFC
Pinellas County Tax Collector
PO Box 4006
Seminole, FL 33775-4006

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished either electronically or by U.S. Mail to: Kayalyn A. Marafioti, Skadden Arps, Slate, Meagher & Floom LLP, Four Times Square, NY, NY, 20036; and U.S. Trustee, So. District of New York, 33 Whitehall St., 21st FL, NY, NY 10004.

Date: November 9, 2012

DIANE NELSON, CFC
TAX COLLECTOR
PINELLAS COUNTY, FLORIDA

By: ROBIN FERGUSON, CFCA
TAX MANAGER
PINELLAS COUNTY TAX COLLECTOR
PO BOX 4006
SEMINOLE, FL 33775-4006
TEL. (727) 464-3386
FAX. (727) 464-4110
PCTCBK@taxcollect.com