**Hearing Date:  December 18, 2012**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                             :
  In re                                                      :    Chapter 11
                                                             :
DPH HOLDINGS CORP., et al.,                                  :    Case No. 05-44481 (RDD)
                                                             :
                           Reorganized Debtors.   :    (Jointly Administered)
                                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PROPOSED EIGHTIETH OMNIBUS HEARING AGENDA

Location Of Hearing:        United States Bankruptcy Court for the Southern District of New York,
                            300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Eightieth Omnibus Hearing Agenda:

      A.      Introduction

      B.      Continued Or Adjourned Matters (None)

      C.      Uncontested, Agreed, Withdrawn, Or Settled Matters (None)

      D.      Contested Matters (None)

      E.      Adversary Proceedings – (1 Matter)

**A.      Introduction**

      *None.*

**B.      Continued Or Adjourned Matters\***

      *None.*

**C.      Uncontested, Agreed, Withdrawn, Or Settled Matters**

      *None.*

**D.      Contested Matters**

      *None.*

**E.      Adversary Proceedings**

      *A separate agenda regarding the Adversary Proceedings  will be submitted to the Court.*

---

\*      The motion found at the following docket number that appeared on a previous Proposed Omnibus Hearing Agenda has been voluntarily withdrawn from the agenda and would need to be re-noticed under the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 17, 2006 (Docket No. 2883), to be reinstated on a future Proposed Omnibus Hearing Agenda:  Methode Electronics, Inc.'s Setoff Motion [Docket No. 4912].

Dated:  New York, New York
          December 17, 2012

                              SKADDEN, ARPS, SLATE, MEAGHER
                                 & FLOM LLP

                          By:. <u>John K. Lyons</u>
                                John Wm. Butler, Jr.
                                John K. Lyons
                                Albert L. Hogan III
                                Ron E. Meisler

                          155 North Wacker Drive
                          Chicago, Illinois 60606

                                - and -

                          Four Times Square
                          New York, New York 10036

                          Attorneys for DPH Holdings Corp., <u>et</u> <u>al.</u>,
                            Reorganized Debtors