**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | : | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Jennifer Goldman being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court-appointed claims and noticing agent for the Reorganized Debtors in the above-captioned cases.

On or before January 4, 2013, I caused copies of the
- [Customized for Rule 3001(e)(1) and Rule 3001(e)(2)] Notice of Rejection of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) and 3001(e)(2) [Re Docket Nos. 21987, 21988, 21989, 21990, 21991 and 21992]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Dated: January 4, 2013

        /s/ Jennifer Goldman
        Jennifer Goldman

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 4th day of January, 2013, by Jennifer Goldman, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature:    /s/ Vanessa R. Quinones

Commion Expires: 10/20/2015

# Exhibit A

**Exhibit A**
**Rule 3001(e)(1) - 3001(e)(4) Rejected**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|
| Bank of America N A | Attn David Halesworth | 1 Bryant Park | | New York | NY | 10035 | 21988 | Transferor |
| Bank of America N A | Attn David Halesworth | 1 Bryant Park | | New York | NY | 10035 | 21989 | Transferor |
| Bank of America N A | Attn David Halesworth | 1 Bryant Park | | New York | NY | 10035 | 21990 | Transferor |
| Bank of America N A | Attn David Halesworth | 1 Bryant Park | | New York | NY | 10035 | 21991 | Transferor |
| Bank of America N A | Attn David Halesworth | 1 Bryant Park | | New York | NY | 10035 | 21992 | Transferor |
| Bank of America N A | | 401 N Tryon St | NC1 821 02 20 | Charlotte | NC | 28255 | 21988 | Notice Party |
| Bank of America NA | | 1 Bryant Park | | New York | NY | 10035 | 21987 | Transferor |
| Barnes & Thornburg LLP | John T Gregg | 300 Ottawa Ave NW Ste 500 | | Grand Rapids | MI | 49503 | 21987 | Notice Party |
| Barnes & Thornburg LLP | John T Gregg | 300 Ottawa Ave NW Ste 500 | | Grand Rapids | MI | 49503 | 21990 | Notice Party |
| Highland Crusader Offshore Partners, L.P. | Highland Capital Management, L.P. | 300 Crescent Court, Suite 700 | | Dallas | TX | 75201 | 21987 | Transferee |
| Highland Crusader Offshore Partners, L.P. | Highland Capital Management, L.P. | 300 Crescent Court, Suite 700 | | Dallas | TX | 75201 | 21988 | Transferee |
| Highland Crusader Offshore Partners, L.P. | Highland Capital Management, L.P. | 300 Crescent Court, Suite 700 | | Dallas | TX | 75201 | 21989 | Transferee |
| Highland Crusader Offshore Partners, L.P. | Highland Capital Management, L.P. | 300 Crescent Court, Suite 700 | | Dallas | TX | 75201 | 21990 | Transferee |
| Highland Crusader Offshore Partners, L.P. | Highland Capital Management, L.P. | 300 Crescent Court, Suite 700 | | Dallas | TX | 75201 | 21991 | Transferee |
| Highland Crusader Offshore Partners, L.P. | Highland Capital Management, L.P. | 300 Crescent Court, Suite 700 | | Dallas | TX | 75201 | 21992 | Transferee |

In re: DPH Holdings Corp., et al.
USBC Case No. 05-44481 (RDD)

Page 1 of 1