Courtney Engelbrecht Barr (CE 7768)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois  60606
Tel:  (312) 443-0700
Fax: (312) 443-0336
cbarr@lockelord.com

*Counsel for Methode Electronics, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., et al., | Case No. 05-44481 [RDD] |
| Reorganized Debtors. | (Jointly Administered) |

------------------------------------------------x

**WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST TO BE REMOVED FROM SERVICE LISTS**

**TO:    CLERK OF THE COURT and ALL PARTIES IN INTEREST**

PLEASE TAKE NOTICE that Courtney Engelbrecht Barr withdraws her notice of appearance as counsel for Methode Electronics, Inc. and requests that her name be removed from the service list and the matrix related to the above-captioned cases (the "Withdrawal"). This Withdrawal applies only to the undersigned and not to any other attorney of Locke Lord LLP who may have entered an appearance in these cases.

Dated:  January 18, 2013
Chicago, Illinois

  /s/ Courtney Engelbrecht Barr
Courtney Engelbrecht Barr (CE 7768)
LOCKE LORD LLP
111 S. Wacker Dr.
Chicago, Illinois  60606
Tel: (312) 443-0700
Fax: (312) 443-0336
cbarr@lockelord.com