**Hearing Date:  January 24, 2013**
                                                  **Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
|  In re | : | Chapter 11 |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
|               Reorganized Debtors. | : | (Jointly Administered) |

## PROPOSED EIGHTY-FIRST OMNIBUS HEARING AGENDA

Location Of Hearing:    United States Bankruptcy Court for the Southern District of New York,
                                       300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Eighty-First Omnibus Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (None)

    C.    Uncontested, Agreed, Withdrawn, Or Settled Matters (1 Matter)

    D.    Contested Matters (None)

    E.    Adversary Proceedings – (None)

**A.    Introduction**

*None.*

**B.    Continued Or Adjourned Matters**∗

*None.*

**C.    Uncontested, Agreed, Withdrawn, Or Settled Matters**

1.     *"Fifth Case Closing Motion"* -- Motion Of DPH Holdings Corp. For Final Decree And Order Pursuant To 11 U.S.C. § 350(A), Fed. R. Bankr. P. 3022, And Local R. Bankr. P. 3022-1 Closing Chapter 11 Cases Of Two Filing Debtors (Docket No. 22010)

    | | |
    |---|---|
    | *Responses filed:* | None. |
    | *Replies filed:* | None. |
    | *Related filings:* | *Notice Of Motion Of DPH Holdings Corp. For Final Decree And Order Pursuant To 11 U.S.C. § 350(a), Fed. R. Bankr. P. 3022, And Local R. Bankr. P. 3022-1 Closing Chapter 11 Cases Of Two Filing Debtors (Docket No. 22009)* |
    | *Status:* | *The hearing with respect to this matter will be proceeding on an uncontested basis.* |

---

∗    The motion found at the following docket number that appeared on a previous Proposed Omnibus Hearing Agenda has been voluntarily withdrawn from the agenda and would need to be re-noticed under the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 17, 2006 (Docket No. 2883), to be reinstated on a future Proposed Omnibus Hearing Agenda: Methode Electronics, Inc.'s Setoff Motion [Docket No. 4912].

**D.    Contested Matters**

*None.*

**E.    Adversary Proceedings**

*None.*

Dated:  New York, New York
        January 23, 2013

                              SKADDEN, ARPS, SLATE, MEAGHER
                                 & FLOM LLP

                              By:. /s/ John K. Lyons
                                   John Wm. Butler, Jr.
                                   John K. Lyons
                                   Albert L. Hogan III
                                   Ron E. Meisler

                              155 North Wacker Drive
                              Chicago, Illinois 60606

                                   - and -

                              Four Times Square
                              New York, New York 10036

                              Attorneys for DPH Holdings Corp., et al.,
                                 Reorganized Debtors