# **EXHIBIT A**

| **Case No.** | **Filing Debtor** | **Address per Petition** | **Tax ID Number** |
|---|---|---|---|
| 05-44554 | Delphi Technologies, Inc. | 5725 Delphi Drive<br>Troy, Michigan 48098 | 38-3430681 |
| 05-44612 | Delphi Diesel Systems Corp. | 5725 Delphi Drive<br>Troy, Michigan 48098 | 38-3505001 |

1382561