SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan, III
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Reorganized Debtors. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF (I) CANCELLATION OF OMNIBUS HEARING DATE
AND CLAIMS HEARING DATE AND (II) RESCHEDULING OF
OMNIBUS HEARING DATE AND CLAIMS HEARING DATE

     PLEASE TAKE NOTICE that pursuant to the request of the Court, the omnibus

and claims hearings in the above-captioned cases, which are scheduled to occur on Thursday,

February 28, 2013 at 10:00 a.m. (prevailing Eastern time) at the Hon. Charles L. Brieant Jr.

Federal Building and Courthouse, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140,[1] have been cancelled.

PLEASE TAKE FURTHER NOTICE that pursuant to the request of the Court, the omnibus and claims hearings in the above-captioned cases, which are scheduled to occur on Thursday, March 14, 2013 at 10:00 a.m. (prevailing Eastern time) at the Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140,[2] have been rescheduled for a hearing on **Thursday, March 21, 2013** at 10:00 a.m. (prevailing Eastern time)

PLEASE TAKE FURTHER NOTICE that all corresponding deadlines shall shift in accordance with the following orders, as applicable: (a) the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089), (b) the Order Pursuant To 11 U.S.C. §§ 105(a) And 503(b) Authorizing Debtors To Apply Claims Objection Procedures To Address Contested Administrative Expense Claims, entered October 22, 2009 (Docket No. 18998), or (c) the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain

---

[1] See Twenty-Eighth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered October 15, 2012 (Docket No. 21974) ("Twenty-Eighth Supplemental Case Management Order"); Twentieth Supplemental Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered October 15, 2012 (Docket No. 21975) ("Twentieth Supplemental Claims Procedures Order").

[2] See Twenty-Eighth Supplemental Case Management Order and Twentieth Supplemental Claims Procedures Order.

Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883), as amended.

Dated:   New York, New York
         January 29, 2013

                          SKADDEN, ARPS, SLATE, MEAGHER
                                                                               & FLOM LLP

By:   /s/ John K. Lyons
     John Wm. Butler, Jr.
     John K. Lyons
     Albert L. Hogan, III
     Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606

- and -

Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors