```
                                                                Page 1

 1   UNITED STATES BANKRUPTCY COURT

 2   SOUTHERN DISTRICT OF NEW YORK

 3   Case No. 05-44481(RDD)

 4   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

 5   In the Matter of:

 6

 7   DPH HOLDINGS CORP., ET AL.,

 8

 9             Debtors.

10

11   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

12

13                  U.S. Bankruptcy Court

14                  300 Quarropas Street

15                  White Plains, New York

16

17                  January 24, 2013

18                  10:00 AM

19

20   B E F O R E :

21   HON ROBERT D. DRAIN

22   U.S. BANKRUPTCY JUDGE

23

24

25
```

1    Hearing re:   Notice of Agenda Proposed Fifty-Ninth Claims

2    Hearing Agenda

3

4    Hearing re:   Notice of Agenda Proposed Eighty-First Omnibus

5    Hearing Agenda

6

7    Hearing re:   Motion to Allow Motion of DPH Holdings Corp.

8    for Final Decree and Order Pursuant to 11 U.S.C. 350(a),

9    Fed. R. Bankr. P. 3022, and Local R. Bankr. P. 3022-1

10   Closing Chapter 11 Cases of Two Filings Debtors

11

12   Hearing re:   Hearing Of Sufficiency Hearing With Respect To

13   Debtors Objection To Proofs Of Administrative Expense Claim

14   Number 19716

15

16   Hearing re:   Hearing Of Sufficiency Hearing With Respect To

17   Reorganized Debtors Objection To Proof of Administrative

18   Expense Claim Number 19715

19

20

21

22

23

24

25   Transcribed by:   Dawn South

1  A P P E A R A N C E S :

2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

3       Attorney for the Debtors

4       155 N. Wacker Drive

5       Chicago, IL 60606

6

7  BY:  LOUIS S. CHIAPPETTA, ESQ. (TELEPHONIC)

8

9  BUTZEL LONG P.C.

10      Attorney for the Debtors

11      Suite 100

12      150 West Jefferson Avenue

13      Detroit, MI 48226

14

15  BY   DAVID DEVINE, ESQ. (TELEPHONIC)

16

17

18

19

20

21

22

23

24

25

1                P R O C E E D I N G S
2            THE COURT:  In re: DPH Holdings.  Do I have a
3    couple people on the phone?
4            MR. DEVINE:  David Devine from Butzel Long on
5    behalf of DPH.
6            THE COURT:  Good morning.
7            MR. DEVINE:  Good morning.  Are we being joined by
8    anybody else, do you know?
9            MR. CHIAPPETTA:  Yes, this is Louis Chiappetta,
10   Skadden, Arps on behalf of the DPH.
11           THE COURT:  Okay.
12           MR. CHIAPPETTA:  I'm just making myself available
13   if the Court had any question.
14           THE COURT:  Okay.  Good morning.  I don't think
15   we're expecting anyone else.  There was no opposition to
16   this motion, the U.S. Trustee is not present and didn't ask
17   to participate by phone.
18           So as far as the agenda is concerned on the
19   omnibus hearing we have the motion to close the two cases
20   for Delphi Diesel and Delphi Technologies?
21           MR. CHIAPPETTA:  That's correct, Your Honor.
22           THE COURT:  Okay.  Anything to add to what's set
23   forth in the motion?
24           MR. DEVINE:  No, Your Honor, we've spoken with the
25   U.S. Trustee, the U.S. Trustee has given their approval for

1   us to proceed with the case closing motions.

2           As we put in our papers, there are no motions of

3   contested matters or adversary matters affecting these two

4   debtors.

5           THE COURT:  Okay.

6           MR. DEINE:  So we're happy to answer any questions

7   the Court has, but other than that we leave it to the Court.

8           THE COURT:  Okay.  No, I don't have any questions.

9           So I'll enter an order closing the case and you

10  can email that to chambers in each case.

11          MR. DEVINE:  Thank you very much, Your Honor.

12          THE COURT:  Okay.

13          MR. DEVINE:  And I don't know -- we did have that

14  proposed order attached to --

15          THE COURT:  Yeah, that's fine.

16          MR. DEVINE:  -- our motion papers.  Okay.

17          THE COURT:  You can just -- you can email that, we

18  need it in electronic form so we can enter it on the docket.

19          MR. DEVINE:  Perfect.  We will do that today.

20          THE COURT:  Are you -- this is completely

21  unrelated.  Are you working on the various adversaries, the

22  preference adversaries?

23          MR. DEVINE:  We are, Your Honor.

24          THE COURT:  No, but I mean you personally?

25          MR. DEVINE:  Yes.

Page 6

1       THE COURT:  Okay.  I just had a question.  You
2  know, I've been periodically entering order on consent
3  dismissing various adversary proceedings, and this is really
4  a matter of just my curiosity more than anything else.
5       MR. DEVINE:  Sure.
6       THE COURT:  Are those orders preceded by any sort
7  of settlement or are they just being dismissed?
8       MR. DEVINE:  No, those orders have been preceded
9  by an agreement between the parties.
10      THE COURT:  Okay.  So the parties have -- this is
11 then in many cases, if not all of them, the last step in
12 completing the agreement.
13      MR. DEVINE:  Correct, Your Honor.
14      THE COURT:  Okay.  All right.  I -- and as I
15 recall the plan doesn't require there to be any approval
16 motion for these types of settlements unless they're above
17 a --
18      MR. DEVINE:  That's correct.
19      THE COURT:  -- unless they've above a certain
20 dollar amount.
21      MR. DEVINE:  That is my understanding, Your Honor.
22      THE COURT:  Okay.  All right.  Just wanted a
23 reality check there.  All right.  Thanks.
24      MR. DEVINE:  All right, thank you very much.
25      THE COURT:  Thanks very much.

Page 7

1  MR. DEVINE: Okay.
2  THE COURT: Bye bye.
3  MR. DEVINE: Thanks.
4  (Whereupon these proceedings were concluded at 10:03
5  AM)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 8

## INDEX

### RULINGS

|  | Page | Line |
|---|---|---|
| Motion to Close Chapter 11 Cases | 5 | 9 |

```
 1                C E R T I F I C A T I O N
 2
 3    I, Dawn South, certify that the foregoing transcript is a
 4    true and accurate record of the proceedings.
 5
 6
 7
 8
 9    AAERT Certified Electronic Transcriber CET**D-408
10
11
12    Veritext
13    200 Old Country Road
14    Suite 580
15    Mineola, NY 11501
16
17    Date:   January 28, 2013
18
19
20
21
22
23
24
25
```