Thomas J. Schank (0025500)
Hunter & Schank Co., LPA
1700 Canton Avenue
Toledo, OH  43604
419-255-4300
Fax: 419-255-9121
tomschank@hunterschank.com

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

_____

**In re:**

      **DELPHI CORPORATION, et al.,**      Case No.  05-44481 (RDD)
                                       Chapter 11
                  Debtors,             (jointly administered)

                                      Judge Robert D. Drain

_____/

### NOTICE OF WITHDRAWAL OF APPEARANCES AND
### REQUEST FOR REMOVAL FROM ECF

      Please take notice that Thomas J. Schank, attorney for Creditor, Blissfield Manufacturing

Company, hereby withdraws his appearance in this case and requests that Thomas J. Schank be

removed from the court's CM/ECF electronic filing system in reference to the above captioned

bankruptcy case.  The matter for which the appearance was made has been resolved.

      The email address to be removed from all mailing lists and notices of electronic filings in

the above-captioned matter is:  tomschank@hunterschank.com.

Respectfully submitted,

Hunter & Schank Co. LPA

/s/ Thomas J. Schank
Thomas J. Schank (0025500)
Hunter & Schank Co. LPA
1700 Canton Avenue
Toledo, Ohio 43604
(419) 255-4300
Fax (419) 255-9121
tomschank@hunterschank.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Withdrawal of Appearance and Request for Removal from ECF was filed electronically this 27th day of February, 2013.  Notice of this filing will be sent electronically to all parties and attorneys who have entered an appearance and receive notices in this case through the Court's CM/ECF. Parties may access this filing through the Court's electronic filing system.

/s/  Thomas J. Schank
Thomas J. Schank (0025500)