JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Scott J. Friedman

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., et al., | Case No. 05-44481 (RDD) |
|     Reorganized Debtors. | (Jointly Administered) |

**WITHDRAWAL OF NOTICE OF APPEARANCE
AND REQUEST FOR NOTICE AND PAPERS**

    PLEASE TAKE NOTICE that Jones Day hereby withdraws its Notice of Appearance and Request for Notice and Papers on behalf of WL Ross & Co. LLC (Docket No. 1048) in the above-captioned bankruptcy cases.

    PLEASE TAKE FURTHER NOTICE that Jones Day also hereby withdraws its request that all notices or papers served or required to be served in this proceeding, formal or informal, including ECF notices, be served upon the undersigned.

Dated: New York, New York
         March 14, 2013

                                      Respectfully submitted,

                                      /s/ Scott J. Friedman
                                      Scott J. Friedman
                                      JONES DAY
                                      222 East 41st Street
                                      New York, New York 10017
                                      Telephone: (212) 326-3939
                                      Facsimile: (212) 755-7306
                                      Email:  sjfriedman@jonesday.com