# EXHIBIT 5

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                      :
In re                    :       Chapter 11
                      :
DELPHI CORPORATION, et al.,    :       Case No. 05-44481 (RDD)
                      :
            Debtors.    :       (Jointly Administered)
                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On or before October 9, 2009, I caused to be served the document listed below upon the parties listed on Exhibit A hereto via postage pre-paid U.S. mail:

Notice of (A) Order Approving Modifications to First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affilicates, Debtors and Debtors-in-Possession and (B) Occurrence of Effective Date (Docket No. 18958)

On or before October 13, 2009, I caused to be served the appropriate number of copies of the document listed below (i) upon the service list attached hereto as Exhibit B, for subsequent distribution to beneficial holders of Common Stock, CUSIP 172737 10 8; 6 ½% Notes due 2009, CUSIP 247126 AB 1; 7 1/8% Notes due 2029, CUSIP 247126 AC 9; 6.55% Notes due 2006, CUSIP 247126 AD 7; 6.50% Notes due 2013, CUSIP 247126 AE 5; 8 ¼% Adjustable Rate Subordinated Note due 2033, CUSIP 247126 AF 2; and 6.197% Junior Subordinated Note due 2033, CUSIP 247126 AG 0, via Overnight mail and hand delivery; (ii) upon the parties set forth on Exhibit C via postage pre-paid U.S. Mail; (iii) upon the registered holders of Common Stock listed on Exhibit D, provided by Computershare as transfer agent, via postage pre-paid U.S. Mail; and (iv) upon the service list attached hereto as Exhibit E via Electronic mail.

Notice of (A) Order Approving Modifications to First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affilicates, Debtors and Debtors-in-Possession and (B) Occurrence of Effective Date (Docket No. 18958)



0544481091015000000000001

Dated: October 14, 2009

_____*/s/ Evan Gershbein*_____
Evan Gershbein

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 14th day of October, 2009, by
Evan Gershbein, proved to me on the basis of satisfactory evidence to be the person who
appeared before me.

Signature: _*/s/ Shannon J. Spencer*_____

Commission Expires:_*6/20/10*_____

Delphi Corporation
Creditor Matrix

| CreditorNoticeName | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| JAMAICA MINIATURE BEARING | 320 CAMARILLO RANCH RD | | | | CAMARILLO | CA | 93012-5064 | |
| JAMAICA TOURS UNLIMITED | 1207 PROVIDENCE IRONSHORE | MONTEGO BAY ST JAMES | | | JAMAICA WI | | | JAMAICA |
| JAMAICA TOURS UNLIMITED | PO BOX 207 | MONTEGO BAY ST JAMES | | | JAMAICA WI | | | JAMAICA |
| JAMAK FABRICATION EUROPE LTD | OAK HILL INDUSTRIAL ESTATE | | | | MANCHESTER | GB | M28 3PT | GB |
| JAMAK FABRICATION EUROPE LTD | STONECLOUGH RD RADCLIFFE | M26 1GG MANCHESTER | | | GREAT BRITAIN | | | UNITED KINGDOM |
| JAMAK FABRICATION EUROPE LTD | UNITS H1 & H2 EUROPA TRADE EST | STONECLOUGH RD | | | RADCLIFFE MANCHESTE | | M26 1GG | UNITED KINGDOM |
| JAMAK FABRICATION INC | 1401 N BOWIE DR | | | | WEATHERFORD | TX | 76086 | |
| JAMAK FABRICATION INC | PORTER SEAL CO | 1401 N BOWIE | | | WEATHERFORD | TX | 76086 | |
| JAMAK FABRICATION INC | 1401 NORTH BOWIE DR | | | | WEATHERFORD | TX | 76086 | |
| JAMAK FABRICATION INC EFT | 1401 N BOWIE DR | | | | WEATHERFORD | TX | 76086 | |
| JAMAK FABRICATION INC EFT | PO BOX 14219 | | | | DALLAS | TX | 75280-9135 | |
| JAMAK FABRICATION TEX LLC | 1401 N BOWIE DR | | | | WEATHERFORD | TX | 76086 | |
| JAMAK FABRICATION TEX LTD | JAMAK HEALTHCARE | 1401 N BOWIE DR | | | WEATHERFORD | TX | 76086 | |
| JAMAX CORPORATION | PO BOX 10219 | | | | TERRE HAUTE | IN | 47801 | |
| JAMCO AMERICA INC | 1903 BETHEL ST SW | | | | OLYMPIA | WA | 98501 | |
| JAMCO ELECTRONICS COMP | 1355 SHOREWAY RD | | | | BELMONT | CA | 94002-0002 | |
| JAMECO ELECTRONICS | 1355 SHOREWAY RD | PO BOX 822 | | | BELMONT | CA | 94002 | |
| JAMECO ELECTRONICS | PO BOX 822 | | | | BELMONT | CA | 94002 | |
| JAMECO ELECTRONICS | DIV OF ARNDT ELECTRONICS | | | | BELMONT | CA | 94002 | |
| JAMES ELECTRONICS INC | 2175 WEST ORCHARD ST | | | | MONTREAL | PQ | H1W 5S1 | CANADA |
| JAMERSON CATHY EBEL | 11 WALNUT DR | 1355 SHOREWAY RD | | | ALISO VIEJO | CA | 92656 | |
| JAMERSON GARY O | 2301 COLLINS LN | | | | SODDY DAISY | TN | 37379-3213 | |
| JAMERSON HENRY | 1472 WAGON WHEEL LN | | | | GRAND BLANC | MI | 48439 | |
| JAMES & CHARLOTTE HICKS | PO BOX 61 | | | | SPRINGPORT | MI | 49284 | |
| JAMES A WEAVER INC | 22 WEST WOOD ST | | | | YOUNGSTOWN | OH | 44503 | |
| JAMES A WEAVER INC | 22 W WOOD ST | | | | YOUNGSTOWN | OH | 44503-1028 | |
| JAMES A ABBOTT | ACCT OF CURTIS NEWELL | CASE 96I M00280511 LT | | | HAZEL PK | MI | 5578-53824 | |
| JAMES ADAMS ACCT OF CURTIS NEWELL | CASE 96I M00280511 LT | PO BOX 665 | | | HAZEL PK | MI | 48030 | |
| JAMES A RABB | 6706 HALL TRAMEL HWY | | | | MADISON | AL | 35757 | |
| JAMES A BARKER | 2763 SHELTERING | | | | PICKERING | MS | 49426 | |
| JAMES AD | 18075 ARLINGTON RD | | | | ATHENS | AL | 35611-3997 | |
| JAMES A FINK | 2701 ERVIN HILL RD | | | | ANN ARBOR | MI | 48104 | |
| JAMES A FLEMING | 47865 200 W | | | | ANGOLA | IN | 46703 | |
| JAMES A JESSUP | 237 KIRK RD | | | | ROCHESTER | NY | 14612 | |
| JAMES A KANEF | 125 KESTLETOE RD | | | | NILES | OH | 44446 | |
| JAMES A LUEDKE | 3945 W COLLEGE AVE | | | | MILWAUKEE | WI | 53221 | |
| JAMES A MONTAZZARO | 39342 LEITH CIR CT | | | | ROCHESTER | MI | 48309 | |
| JAMES A OCONNOR | 237 KIRK RD | | | | CASEVILLE | MI | 48725-9761 | |
| JAMES A OCONNOR | 4926 MIKES DR | | | | CASEVILLE | MI | 48725 | |
| JAMES A SPENCER | 406 HARDWICK | | | | ALASKA | MI | 49028 | |
| JAMES AARON | PO BOX 10401 | | | | JACKSON | MS | 39209-0401 | |
| JAMES ADCOX | 2070 TERRY HILL RD | | | | LAUREL | MS | 39443 | |
| JAMES AIKROYDA | 47875 200 W | | | | KOKOMO | IN | 46902 | |
| JAMES AIR CARGO INC | 19739 SHELDON RD | | | | CLEVELAND | OH | 44139 | |
| JAMES AIR GROUP INC | PO BOX 109 | | | | KOKOMO | IN | 44708 | |
| JAMES AL KAWAN | 7 SO TALLMADGE ST | | | | NEW BRUNSWICK | NJ | 08901 | |
| JAMES AL KAWAN | 7 SOUTH TALLMADGE ST | | | | NEW BRUNSWICK | NJ | 08901 | |
| JAMES ALAN KLENK | 3869 FEATHER HEIGHTS CT | | | | RIVINE | OH | 45440 | |
| JAMES AMELIA F | PO BOX A303 | | | | DAYTON | OH | 88513 | |
| JAMES AMELIA F | 22 WEST YOUNGS ST | | | | DAYTON | OH | 45405 | |
| JAMES ANDERSON & ASSOC INC | PO BOX 26125 | | | | LANSING | MI | 48909-6125 | |
| JAMES ANDERSON & ASSOCIATES | 2123 UNIVERSITY PK DR ST 130 | | | | OKEMOS | MI | 48864 | |
| JAMES ANDERSON & ASSOCIATES I | PO BOX 27133 | | | | LANSING | MI | 48864 | |
| JAMES ANDERSON AND ASSOCIATES INC | 1222 CHESTNUT ST | | | | VICKSBURG | MS | 39183-2710 | |
| JAMES ANGELA R | PO BOX 124 | | | | FORT DEFIANCE | AZ | 86504 | |
| JAMES ANNA F | ONE INDIANAPOLIS | | | | INDIANAPOLIS | IN | 46204 | |
| JAMES B SUMPTER | 21199 WESTBAY DR | | | | NOBLESVILLE | IN | 46062 | |
| JAMES IZ ELLEN | 39520 WOODWARD STE 205 | | | | BLOOMFIELD HLS | MI | 48304 | |
| JAMES IZ ELLEN | ACCT OF GLENN W JETT | CASE 10S23Z | 1520 N WOODWARD STE 205 | | | | | |
| JAMES IZ ELLEN ACCT OF GLENN W JETT | CASE 10S23Z | 1520 N WOODWARD STE 205 | | | BLOOMFIELD H & S | MI | 59705-2984 | |
| JAMES BABCOCK INC | 2927A NITTINGHTER PL | | | | INDIANAPOLIS | IN | 46229 | |
| JAMES BADER | 603 BAY ST RT 140 BOX 705 | | | | NILES | OH | 44446 | |
| JAMES BARKER | 20 NEW HAMPSHIRE | | | | IRVINE | CA | 92606 | |
| JAMES BELINDA | PO BOX 60992 | | | | DAYTON | OH | 45406 | |
| JAMES BELL | 5558 HOWARD ST | | | | WOLVER FALLS | IN | 47006 | |
| JAMES BOBBY | 297 HOWARD ST | | | | NEW BRUNSWICK | NJ | 08601 | |
| JAMES BONE CHAP 13 TRUSTEE | ACCT OF CHARLES E HARRELL | CASE A03 69801 SWC | | | | | | |
| JAMES BONE CHAP 13 TRUSTEE ACCT OF CHARLES | CASE A03 69801 SWC | 100 PEACHTREE ST NW STE 1100 | | | ATLANTA | GA | 42352-2975 | |
| E HARRELL | | | | | | | | |
| JAMES BONE TRUSTEE | 100 PEACHTREE ST NW STE 1100 | | | | ATLANTA | GA | 30303 | |
| JAMES BONE TRUSTEE | 100 PEACHTREE ST NW STE 1100 | 100 P/6ACHTREE ST NW STE 1100 | | | ATLANTA | GA | 30303 | |
| JAMES BOTTEMA JR | 44 CHERRY ST SE | | | | GRAND RAPIDS | MI | 49503 | |
| JAMES BOTTEMA TRUSTEE OF WILMA BOTTEMA IRR | 1442 BURTON ST SW | | | | WYOMING | MI | 49509 | |
| TRUST | | | | | | | | |
| JAMES BOTTEMA TRUSTEE OF WILMA BOTTEMA IRR | | | | | | | | |
| TRUST | | | | | | | | |
| JAMES BRADLEY K GLAZER | CAROLE D BOS BRADLEY K GLAZER | 990 MONROE AVE NW | | | GRAND RAPIDS | MI | 49503-1423 | |
| JAMES BRIAN | CO BOS & GLAZER | 1889 STILLWAGON | | | STILLWAGON | | | |
| JAMES BRUCE F | 2266 E SOUTHWAY BLVD | | | | KOKOMO | IN | 46902-4536 | |
| JAMES BUREAU MACROING CO | 6150 B NETHERLAND | | | | BRINK HEIGHTS | MI | 49014 | |
| JAMES C BAGGETT JR MD | PO BOX 668 | PO BOX 705 | | | MAGNOLIA SPRINGS | AL | 36555 | |
| JAMES C BAKER | 603 BAY ST | | | | TRAVERSE CITY | MI | 49686-9705 | |

Delphi Corporation
Creditor Matrix

| CreditorName | OriginalCreditorName | Address | Address2 | Address3 | Address4 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| SUMMIT POLYMERS | SHARON WILLIAMS | 4000 TOWN CTR 1250 | | | | SOUTHFIELD | MI | 48075 | |
| SUMMIT POLYMERS INC | | 1211 PROGRESS ST | | | | STURGIS | MI | 49091 | |
| SUMMIT POLYMERS INC | | 1010 N COMMERCE DR | | | | DEARBORN | MI | 49120 | |
| SUMMIT POLYMERS INC | | 160 CLARENCE DR | | | | MOUNT STERLING | KY | 40353 | |
| SUMMIT POLYMERS INC | | 4402 AUSTIN RD | | | | BROWNSVILLE | TX | 78521 | |
| SUMMIT POLYMERS INC | | 4750 EXECUTIVE DR | | | | PORTAGE | MI | 49002 | |
| SUMMIT POLYMERS INC | | 6700 SPRINKLE RD | | | | KALAMAZOO | MI | 49001 | |
| SUMMIT POLYMERS INC | | 6700 SPRINKLE RD | | | | KALAMAZOO | MI | 49001 | |
| SUMMIT POLYMERS INC | | 6715 SPRINKLE RD | | | | PORTAGE | MI | 49002 | |
| SUMMIT POLYMERS INC | | 6715 S SPRINKLE RD | | | | KALAMAZOO | MI | 49002 | |
| SUMMIT POLYMERS INC | | SUMMIT EAST | | | | PORTAGE | MI | 49002-9707 | |
| SUMMIT POLYMERS INC | | SUMMIT SOUTH PLANT | | | | MOUNT STERLING | KY | 40353 | |
| SUMMIT POLYMERS INC | | TECHNICAL CTR | | | | PORTAGE | MI | 49002 | |
| SUMMIT POLYMERS INC | | TECHNICAL CTR PLANT 1 | | | | PORTAGE | MI | 49002 | |
| SUMMIT POLYMERS INC | ACCOUNTS PAYABLE | AV PROGRESSO SN | | | | MATAMOROS | | M87316 | MEXICO |
| SUMMIT POLYMERS INC | PATRICIA ASTUDILLO EXT234 | 6715 SPRINKLE RD | | | | PORTAGE | MI | 49002 | |
| SUMMIT POLYMERS INC EFT | ROGER OUELLETTE | 6715 SPRINKLE RD | | | | KALAMAZOO | MI | 49002 | |
| SUMMIT POLYMERS INC EFT | | 6700 SPRINKLE RD | | | | KALAMAZOO | MI | 49001 | |
| SUMMIT POLYMERS INC EFT | | 4750 EXECUTIVE DR | | | | PORTAGE | MI | 49002 | |
| SUMMIT RADIO EQUIPMENT | | PO BOX 4499 | | | | AKRON | OH | 44304-0899 | |
| SUMMIT REAL ESTATE INVESTMENT | | | ROY COM ADVISORS C/O CARTER AS | 408 N REO ST STE 160 | | TAMPA | FL | 33609 | |
| SUMMIT REAL ESTATE INVESTMENT TRUST ROY | | TRUST ROY COM SUMMIT REIT BY | | | | | | | |
| COM SUMMIT REIT BY | | ROY COM ADVISORS ATTN A NELSON | | | | TAMPA | FL | 33634 | |
| SUMMIT SPECIALTY CHEMICALS COR | | 1 PINEY PLACE WITH L | | | | FORT LEE | NJ | 07024 | |
| SUMMIT SPECIALTY CHEMICALS COR | | 1 PIER PLAZA | | | | FORT LEE | NJ | 07024 | |
| SUMMIT TECHNICAL SERVICES | | INC | 385 CTRVILLE RD | | | WARWICK | RI | 02886 | |
| SUMMIT TECHNICAL SERVICES EFT | | INC | 385 CTRVILLE RD | | | WARWICK | RI | 02886 | |
| SUMMIT TECHNICAL SERVICES INC | | PO BOX 845149 | | | | BOSTON | MA | 02284-5149 | |
| SUMMIT TECHNICAL SERVICES INC | | SUMMIT MARINE NAVL DIV | 15 BRIANT REE HILL PK STE 109 | | | LINCOLN | RI | 02865 | |
| SUMMIT TECH INC | | 296 BUNYAN AVE | | | | BERTHOUD | CO | 80513 | |
| SUMMIT TECH INC | | 296 BUNYAN AVE | | | | BERTHOUD | CO | 80513-9134 | |
| SUMMIT TECHNOLOGIES | | 1171 TENNY | | | | DEARBORN | MI | 48124 | |
| SUMMIT TEST SYSTEMS INC | | 28660 HORIZON DR SE | | | | GRAND RAPIDS | MI | 49546 | |
| SUMMIT TRAINING SOURCE | | VALLEY OFFICES | 2890 HORIZON DR SE | | | GRAND RAPIDS | MI | 49546-7527 | |
| SUMMIT TRAINING SOURCE INC | | 4770 EMBASSY DR SE | | | | GRAND RAPIDS | MI | 49546 | |
| SUMMIT TRAINING SOURCE INC | | 2384 BROMGATE DR | | | | GRAND RAPIDS | MI | 49507 | |
| SUMMIT MICHAEL | | | | | | | | | |
| SUMNER NORTH OPEDICS LTD | | DBA MINNESOTA OCCUPATIONAL | HEALTH | 1661 SAINT ANTHONY AVE | | SAINT PAUL | MN | 55104 | |
| SUMNER HOPE C | | 217 EASTER LILLY RD | | | | WAVELAND | MS | 48889-9553 | |
| SUMNER WILLIAM L | | 11777 CLARY RD | | | | WAVELAND | OH | 44889-9553 | |
| SUMNER BRUCE | | 4494 FALCON DR | | | | NINEVEH | IN | 46164-9609 | |
| SUMNER BRUCE | | 675 74 MERIDIAN RD | | | | SHARPSVILLE | IN | 46068 | |
| SUMNER CHRIS | | 9308 COUNTY REBECCA RD | | | | DALEVILLE | IN | 47334 | |
| SUMNER CO TN | | SUMNER COUNTY TRUSTEE | 355 BELVEDERE DR RM 107 | | | GALLATIN | TN | 37066 | |
| SUMNER COUNTY TRUSTEE | | 355 BELVEDERE DR RM107 | ROOM 107 | | | GALLATIN | TN | 37066 | |
| SUMNER DANIEL | | 1170 TUBELEE BEND RD | | | | GALLATIN | TN | 37066 | |
| SUMNER JAMES | | 8175 N MADON RD | | | | WHEELER | MI | 48662-9742 | |
| SUMNER KENNETH | | 2718 BRIGHT TRL | | | | SUGAR LAND | TX | 77479 | |
| SUMNER KENNETH | | 2778 BRIGHT TRL | | | | SUGAR LAND | TX | 77479 | |
| SUMNER RANDALL | | 870 1 MCCARY RD | | | | NEW WILMINGTON | PA | 16142 | |
| SUMNER RONALD | | 3181 MILLBURN DR | | | | BELLBROOK | OH | 45305 | |
| SUMNER SANDRA E | | 1411 S 100 E | | | | GREENTOWN | IN | 46936-9748 | |
| SUMNER STEPHEN | | 2070 DENALER | | | | ANDERSON | IN | 46017-9664 | |
| SUMNER THOMAS M DBA THOMAS SU MNER RAIL | | | | | | | | | |
| SERVICE | | 217 FAYETTE LILLY RD | | | | FITZGERALD | GA | 31750 | |
| SUMNER RANDALL C | | RR1 5 MCCARY RD | | | | NEW WILMINGTON | PA | 16142 | |
| SUMNTER DOLORES | | 283 HEMPSTEAD DR | | | | SOMERSET | NJ | 08873 | |
| SUMPTER CORNELIUS | | 8184 JAMAICA DR | | | | INDIANAPOLIS | IN | 46268 | |
| SUMPTER LARRY TY DEP OF DR HR | | PO BOX 519 | | | | LIVINGSTON | TN | 38570 | |
| SUMPTER JAMES B | | 2198 WESTBAY DR | | | | NOBLESVILLE | IN | 46062-9311 | |
| SUMPTER MELODY | | 1300 VICTORY LN | | | | GREENTOWN | IN | 46936 | |
| SUMPTER MICHAEL W | | 8184 E 14TH ST | | | | INDIANAPOLIS | IN | 46219 | |
| SUMPTER YVONNE C | | 9965 BRAY RD | | | | CLIO | MI | 48420-9779 | |
| SUMPTER DAVID KENT | | 8184 E 100 N | | | | GREENTOWN | IN | 46936 | |
| SUMPTER MELODY A | | 216 MABEL AVE | | | | GREENTOWN | IN | 46936 | |
| SUMPTER RANDY D | | 4990 WKY 31ST STE 300 | | | | DAYTON | OH | 45432-4476 | |
| SUMRALL ASSOCIATES OF SUM | | 5200 TOWN CTR CIR STE 470 | 507 MCCORMICK AVE | | | BOCA RATON | FL | 33486-1086 | |
| SUMRACK EQUIPMENT INC | | 507 MCCORMICK | | | | LAPEER | MI | 48446 | |
| SUMRALL CLARENCE | | 420 MULLCAR RD | | | | LIVORNA | MS | 39076-9322 | |
| SUMRALL RECYCLING SERVICES INC | | 175 TOGO RD | | | | HARRELL | MS | 39040 | |
| SUMTER CTY DEP OF HR | | PO BOX 519 | | | | LIVINGSTON | AL | 35470 | |
| SUMTER DENISE | | 8306 W PARK AVE | | | | FAIRLAND | IN | 47540 | |
| SUN BELT COATING LLC | | 182 CORPORATE DR SW | | | | CLEVELAND | TN | 37311-6683 | |
| SUN BELT MACHINE INC | | 6921 ORCHID STE 213 | | | | CHARLOTTE | NC | 28213-6333 | |
| SUN BELT MANUFACTURING INC | | 8100 E 14TH ST | | | | INDIANAPOLIS | IN | 46219 | |
| SUN ENVIRON | | 215 MABEL AVE | | | | GREENTOWN | IN | 46936 | |
| SUN CAPITAL GROUP | | 4990 WKY 31ST STE 300 | | | | BROWNSVILLE | FL | 43540 | |
| SUN CAPITAL PARTNERS INC | | 5200 TOWN CTR CIR STE 470 | | | | BOCA RATON | FL | 33486-1086 | |
| SUN CHEMICAL | | 1860 GLOBE | | | | LIVORNA | | 48150-1133 | |
| SUN CHEMICAL | | 301 US WIXOM | | | | WIXOM | MI | 48393-3440 | |
| SUN CHEMICAL CORP | | GENERAL PRINTING INK DIV | 30110 S WIXOM RD | | | WIXOM | MI | 48393-3440 | |
| SUN CHEMICAL CORP | | PO BOX 75623 | 10 S WASSHER DR STE 2200 | | | CHICAGO | IL | 60690 | |
| SUN CHEMICAL CORP US INK DIVISION OF SUN | TREMONT CITY BARREL FILL PRP | | | | | | | | |
| CHEMICAL CORPORATION FKA US PRINTING INK | GROUP | SHARON A SALINAS DYKEMA GOSSEL | 35 WATERVIEW BLVD | | | PARSIPPANY | NJ | 07054-1285 | |

Page 2963 of 3458

Delphi Corporation
Registered Holders

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY AND STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| JAMES SCOTT YASSICK | | 1782 SOMERFIELD LN | | | | CRYSTAL LAKE IL | 60014-2041 | |
| JAMES SEBRA | | 2087 AVE A | | | | PARMA | 16171 | |
| JAMES SEEVERS | | 8251 COLUMBIA AVE | | | | DYER IN | 46311 | |
| JAMES SEPHERS III | | 19275 GEORGE WASHINGTON DR | | | | SOUTHFIELD MI | 48075 | |
| JAMES SERCIANI JR | | 374 WINDSOR DR | | | | HARLEYSVILLE PA | 19438-2589 | |
| JAMES SERL RITCHIE | | SUPERIOR NATIONAL BANK | 2830 E 2ND ST | | | SUPERIOR WI | 54880-3906 | |
| JAMES SETAS | TR UA 12/06/83 | SETAS UGMA MI | 6361 PINE HOLLOW | | | EAST LANSING MI | 48823-9726 | |
| JAMES SETH A | CUST BENJAMIN S | TR SETH FAMILY REVOCABLE TRUST | UA 09/15/95 | | | MARTINEZ CA | 94553-3734 | |
| JAMES SETH A | NELLIE KATHERINE SETH | 25 GRAYHAWK LN | | | | LT LEGH HBR NJ | 08007-6243 | |
| JAMES SETYON | | 53-68-65TH PLACE | | | | MASPETH NY | 11378 | |
| JAMES SHANAHAN | | 30 PICCADILLY CT | | | | SAN RAFAEL CA | 94903-4255 | |
| JAMES SHARTZER POWELL | | ROUTE 1 | | | | MCLEAN TX | 79057-9801 | |
| JAMES SHAW & | LORETTA SHAW JT TEN | 1141 HARRISON ST | | | | PHILADELPHIA PA | 19124-2507 | |
| JAMES SHAW SIBREE | | 1788 RELYEA DR | | | | NORTH MERRICK NY | 11566-2524 | |
| JAMES SHELBY | | 1780 OLD JACKSON RD | | | | PERRY MO | 39170-7167 | |
| JAMES SIMANER JR REV | TR JAMES SIMANER JR REV | LIV TRUST UA 06/11/92 | | | | ORCHARD LAKE MI | 48323-2846 | |
| JAMES SIMMONS | TR | INTERVIVOS TRUST UA DTC | 0367/FOR RUBY T WILLIAMS RR 3 BOX 232 | | | DALTON PA | 18414 | |
| JAMES SIMMONS ARMSTRONG | | 2400 VIRGINIA AVE NW C917 | | | | WASHINGTON DC | 20037-2625 | |
| JAMES SIMON & | JOSEPH ELIJAS RUSINOVICH JT TEN | 10901 WILSHIRE BLVD#1105 | | | | LOS ANGELES CA | 90024 | |
| JAMES SIMS | | 348 SOUTH CENTER ST | | | | ORANGE NJ | 07050-3392 | |
| JAMES SINAND | | 665 GREA OAK DR | | | | HUDSON OH | 44236-2297 | |
| JAMES SIRLS & | PATRICIA SIRLS JT TEN | 270 MAPLEWOOD | | | | STRUTHERS OH | 44471-1818 | |
| JAMES SIRLS & | PATRICIA SIRLS JT TEN | 270 KAPA EWOOD AVE | | | | STRUTHERS OH | 44471-1818 | |
| JAMES SKIRO | | 5652 CHARIDAGE CT | | | | OXFORD MI | 48371-5808 | |
| JAMES SLOAN & | CAROL ANN SLOAN JT TEN | 6809 BLUEGRASS | | | | CLARKSTON MI | 48346-1403 | |
| JAMES SMITH | | 15 ROSELING AVE | | | | BUFFALO NY | 14215-3815 | |
| JAMES SMITH | | PO BOX 656 | | | | WAXAHACHIE TX | 75168-0656 | |
| JAMES SMITH JR | | 15740 WYOMING ST | | | | DETROIT MI | 48238-1135 | |
| JAMES SNYDER | | 179 ARCTURUS STREET | | | | THOUSAND OAKS CA | 91360-3006 | |
| JAMES SOKOLOWSKY & | JANET M SOKOLOWSKY JT TEN | 4573 WINOOSKE CT | | | | WILLIAMSTON MI | 48170-3846 | |
| JAMES SORBI & | LINDA C SORBI JT TEN | 10100 CANYON COUNTRY RD | | | | RENO NV | 89521 | |
| JAMES SOUTHERN | | 29661 NEWPORT | | | | WARREN MI | 48093-8504 | |
| JAMES SPATOLA | | 51 COLLINS PL | | | | UTICA MI | 48317 | |
| JAMES SPATES | | 45465 DESCHOR STREET | | | | UTICA MI | 48317-5654 | |
| JAMES SPAK JR | | 1163 HOOSICK RD | | | | TROY NY | 12180-8898 | |
| JAMES SPANG | | 437 CHANDLER ROAD | | | | RED LION PA | 17270 | |
| JAMES ST ANDREW | | 129 ASHWOOD LANE | | | | MOORESVILLE NC | 28117 | |
| JAMES STASEVICH JR | | 29160 ORIOLE | | | | LIVONIA MI | 48154-4532 | |
| JAMES STENSON | TR UW JOHN S | DRURY | 2 COUNTRY ROAD WEST | | | BOYNTON BEACH FL | 33435 | |
| JAMES STENSON | | 11 DEER LANE | | | | GREENWICH CT | 06830-3802 | |
| JAMES STEPHEN ALSWORTH | | PO BOX 2652 | | | | PAYSON AZ | 85547 | |
| JAMES STEPHEN KLINK | | 589 NORTH HWY 181 TER | | | | SPRINGFIELD MO | 65807-7361 | |
| JAMES STEPHEN MAY | | 977 PINE ST | | | | SAN FRANCISCO CA | 94108-2950 | |
| JAMES STEPHENS | | 1014 WOODVIEW BLVD | APT 203 | | | FT WAYNE IN | 46804-4226 | |
| JAMES STEPHENS | | 1094 WEST 80 TERR | | | | KANSAS CITY MO | 64114-2733 | |
| JAMES STERMAN | | 30 ODESSA LN | | | | E AMHERST NY | 14051-1121 | |
| JAMES STEVEN BOETTCHER | | 5215 HANSEN DR | | | | SWARTZ CREEK MI | 48473-8221 | |
| JAMES STEVEN GUARD | | 2250 STILLER BLVD | | | | SAINT CLAIR SHORES MI | 48081-2387 | |
| JAMES STEVEN SLAVICK | | 309 COLFAX AVE | | | | POMPTON LAKES NJ | 07442-1210 | |
| JAMES STEWART BOYER | | 12375 MARGARET DRIVE | | | | FENTON MI | 48430-8850 | |
| JAMES STEWART JR | | 89 BELMONT AVE | | | | HAWTHORNE NJ | 07507-2445 | |
| JAMES STEWART OTTEN | | PO BOX 131 | | | | RIVER FALLS AL | 36476-0131 | |
| JAMES STEWART OTTEN | CUST LAURIE STEWART OTTEN UGMA | 408 GROVE HILL PARK | | | | NEWTON MA | 02460-2304 | |
| JAMES STIMA | | 1019 SWAMP CREEK RD | | | | HURRICANE TN | 37601-5157 | |
| JAMES STONE | | 109 RYAN CREST LANE | | | | DECATUR AL | 35603-3717 | |
| JAMES STONE | | 30940 ARDMORE RIDGE RD | | | | ARDMORE TN | 38449-3181 | |
| JAMES STREET | | 3111 EAGLE RUN | | | | ANDERSON IN | 46011 | |
| JAMES STURGEON | | 417 PAMELA DRIVE | | | | OXFORD OH | 45056-2505 | |
| JAMES STURNER | | 56 BRUNDAGE AVE | | | | NO TONAWANDA NY | 14120-1704 | |
| JAMES SUTKO | | 4531 MEADOWOOD LANE | | | | TOLEDO OH | 43614 | |
| JAMES SUMMERS | | 5 E SHENANDOAH LANE | | | | NEW CASTLE PA | 16105-2556 | |
| JAMES SUMPTER | | 19377 WINTHROP | | | | DETROIT MI | 48235-2031 | |
| JAMES SURWILO | | 101 BROAD AVE | | | | PALISADES PARK NJ | 07650-1438 | |
| JAMES SWAIN JR | | 1404 LOCUST ST | | | | ANDERSON IN | 46016-3499 | |
| JAMES SWANSON | | 9419 NEWGATE COURT | | | | NEW HAVEN IN | 46774-2729 | |
| JAMES SWEENEY | | 5303 BELMONT CT | | | | TOMS RIVER NJ | 08755-1920 | |
| JAMES SWEET | | 845 E NINTH ST | | | | FLINT MI | 48503-2724 | |
| JAMES SYKORA & | JUDITH SYKORA JT TEN | 26384 AUGUSTA CREEK CT | | | | BONITA SPGS FL | 34134-0758 | |
| JAMES T ADE & | MINA A ADE JT TEN | 216 N 2ND ST | | | | ELSIE MI | 48831-9736 | |
| JAMES T ALEXANDER | | 8381 REVILO RD | | | | NEW LOTHROP MI | 48460-9761 | |
| JAMES T APPLETON & | RUTH B APPLETON JT TEN | 446 LAKESHORE DR | | | | HILTON NY | 14468-9660 | |
| JAMES T AVERY | | 6965 FOREST RIDGE CT | | | | PLAINFIELD IN | 46168-9880 | |
| JAMES T BARTLEY & | PHYLLIS J BARTLEY | TR BARTLEY FAM TRUST | UA 06/08/200 | 6677 HAMILTON MIDDLETOWN RD | | DOUGLASVILLE GA | 30134-1032 | |
| JAMES T BEACH | | 8521 OLD HARFORD RD | APT E | | | MIDDLETOWN OH | 45044-7898 | |
| JAMES T BELLONE | | 1765 GLORIA DR | | | | BALTIMORE MD | 21234 | |
| | | | | | | FAIRPORT NY | 14450-9137 | |