# EXHIBIT 10

Saved July 9, 2009
Rec'vd via e-mail w/ two attachments

Original Recipients:
To: jsump@ieee.org
Cc:

Dear Mr. Sumpter:

This will respond to your letter dated June 11, 2009 requesting a copy of
the records relevant to your claim, including a PDF version of the Summary
Plan Description, and the Life Insurance Certificate.

You are covered under the Delphi Life and Disability Benefits Program for
Salaried Employees.  The Disability Benefits Program is provided by Delphi
Corporation under the provisions of a self-funded Employee Welfare Benefit
Plan as described in the Employee Retirement Income Security Act (ERISA).
Metropolitan Life is the claims administrator of the Life and Disability
Benefits Program.

Pursuant to your request, attached please find a copy of the publication
entitled, Summary Plan Description For Salaried Employees hired on or
before December 31, 2000 and/or with a service date on or before December
31, 2000.  I have also attached a copy of the Life Insurance Certificate
for the Salaried Plan 1998-1999.  As you last worked on December 7, 2000,
this is the agreement under which you were covered.

I hope this information will be of assistance to you.  However, if you have
any additional questions, please feel free to contact me in writing at:
Metropolitan Life Insurance Company, National Benefit Center,
Correspondence and Claims Review, Litigation & Appeals, P.O. Box 5164,
Southfield, MI 48086-5164.

Metropolitan Life reserves all rights, limitations, exclusions and defenses
available under the Program and ERISA.  Nothing in this letter shall be
construed as a waiver thereof.

Sincerely,

**Met_L LET - V**

Peggy A. Martin
Litigation and Appeals Analyst

(See attached file: Delphi Summary Plan Description_(PRE)Hired or service
date on or before 12-31-2000.pdf)         (See attached file: 1998
Salaried Combo Cert-final.pdf)

The information contained in this message may be CONFIDENTIAL and is for the intended
addressee only.  Any unauthorized use, dissemination of the information, or copying of
this message is prohibited.  If you are not the intended addressee, please notify the sender
immediately and delete this message.

**Saved July 9, 2009**
**Rec'vd via e-mail w/ two attachments**



**Complete PDF document received as e-mail attachment 9-JUL-2009**

## Summary Plan Description

For salaried employees hired on or
before December 31, 2000 and/or
with a service date on or before December 31, 2000

DELPHI
Automotive Systems

**Met_L LET - V**

Saved July 9, 2009
Rec'vd via e-mail w/ two attachments

Complete PDF document received
as e-mail attachment 9-JUL-2009

# MetLife

## Metropolitan Life Insurance Company

### A Mutual Company Incorporated in New York State

Certifies that under and subject to the terms and conditions of the Group Policies issued to the Policyholder, coverage is provided for each Employee as defined herein.

The date when an Employee is eligible for coverage is set forth in the form with the title Eligibility for Benefits.

The date when an Employee's Personal Benefits become effective is set forth in the form with the title Effective Dates of Personal Benefits.

The date when an Employee's Dependent Benefits become effective is set forth in the form with the title Effective Dates of Dependent Benefits.

The amounts of coverage are determined by the form with the title Schedule of Benefits.

**Metropolitan Life Insurance Company,**

Robert H. Benmosche
Chairman, President and Chief Executive Officer

Policyholder:          DELPHI AUTOMOTIVE SYSTEMS CORPORATION

Group Policies Nos.:   95746-G    Basic Life Insurance, Accidental Death Insurance
                       95761-G    Optional Life Insurance
                       95763-G    Dependent Life Insurance

Salaried Plan

May 28, 1999

Accelerated Benefits may be taxable. If so, You or Your Beneficiary may incur a tax obligation. As with all tax matters, You should consult Your personal tax advisor to assess the impact of this benefit.

If any prior certificate relating to the coverage set forth herein has been given to the Employee, such certificate is void.

Form G.23000-Cert.-1

Met_L LET - V