# EXHIBIT 11

Metropolitan Life Insurance Company
National Benefit Center
Integrated Disability Activity
P O. Box 5164
Southfield, MI 48086-5164



July 15, 2009


James Sumpter
21169 Westbay Circle
Noblesville, IN 46062


RE:    Total & Permanent Disability Benefits, a payout of your Basic Life Insurance
Group: 14000– Salaried


Dear Mr. Sumpter:

This will respond to your letters dated July 6, 2009 and June 11, 2009 requesting a copy of the
records relevant to your claim, including a Summary Plan Description, a copy of the Life
Insurance Certificate and a copy of the appeal process.

You are covered under the Delphi Life and Disability Benefits Program for Salaried Employees.
The Disability Benefits Program is provided by Delphi Corporation under the provisions of a
self-funded Employee Welfare Benefit Plan as described in the Employee Retirement Income
Security Act (ERISA). Metropolitan Life is the claims administrator of the Life and Disability
Benefits Program

Pursuant to your request, attached please find a copy of the publication entitled, Summary Plan
Description For Salaried Employees hired on or before December 31, 2000 and/or with a
service date on or before December 31, 2000. I have also included a copy of the Life
Insurance Certificate for the Salaried Plan 1998-1999. As you last worked on December 7,
2000, this is the agreement under which you were covered. Please note that I previously sent
this information to you via e-mail including a PDF version of the requested documents on July
9, 2009.

In addition, I have included a copy of the June 3, 2009 letter responding to your request for a
Total and Permanent Disability payout of your Basic Life Insurance, which includes the appeal
process, pursuant to your request. Please note there are no required forms for this process.

I hope this information will be of assistance to you. However, if you have any additional
questions, please feel free to contact me in writing at: Metropolitan Life Insurance Company,
National Benefit Center, Correspondence and Claims Review, Litigation & Appeals, P.O. Box
5164, Southfield, MI 48086-5164.


**Met_L LET - VI**

2 James Sumpter

Metropolitan Life reserves all rights, limitations, exclusions, and defenses available under the Program and ERISA. Nothing in this letter shall be construed as a waiver thereof.

Sincerely,

Peggy Martin

Litigation and Appeals Analyst
Metropolitan Life
National Benefit Center

Enclosures

**Met_L LET - VI**