SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan, III
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  | : |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
|  | : | (Jointly Administered) |
| Reorganized Debtors. | : |  |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ADJOURNMENT OF SUFFICIENCY HEARING WITH RESPECT
TO REORGANIZED DEBTORS' OBJECTIONS TO PROOFS OF
ADMINISTRATIVE EXPENSE CLAIM NUMBER 19715 AND 19716

("NOTICE OF ADJOURNMENT OF SUFFICIENCY HEARING —
ACE AMERICAN INSURANCE COMPANY AND
PACIFIC EMPLOYERS INSURANCE COMPANY")

PLEASE TAKE NOTICE that on March 19, 2010, DPH Holdings Corp. and its affiliated reorganized debtors (the "Reorganized Debtors"), formerly known as Delphi Corporation and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases (f/k/a In re Delphi Corporation, et al.) (collectively, the "Debtors") objected to proof of administrative expense claim number 19715 ("Claim 19715") and 19716 ("Claim 19716," and together with Claim 19716, the "Claims") filed by ACE American Insurance Company ("ACE") and Pacific Employers Insurance Company ("Pacific," and together with ACE, the "Claimants") pursuant to the Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19711) (the "Forty-Sixth Omnibus Objection").

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by the United States Bankruptcy Court for the

Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No.

18707), and emerged from chapter 11 as the Reorganized Debtors.

PLEASE TAKE FURTHER NOTICE that Article 9.6(a) of the Modified Plan

provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing,

objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the

Debtors and making distributions (if any) with respect to all Claims and Interests."

PLEASE TAKE FURTHER NOTICE that the Reorganized Debtors filed (i) the

Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proof Of Administrative

Expense Claim Number 19715 (Docket No. 21994) on November 16, 2012 and (ii) the Notice Of

Sufficiency Hearing With Respect To Debtors' Objection To Proof Of Administrative Expense

Claim Number 19716 (Docket No. 22001) on December 7, 2012, scheduling a sufficiency

hearing (the "Sufficiency Hearing") to address the legal sufficiency of each Claim and whether

each such Claim states a colorable claim against the asserted Debtor for April 25, 2013[1] at 10:00

a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of

New York, 300 Quarropas Street, Room 118, White Plains, New York 10601-4140 (the

"Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that pursuant to paragraph 9(a)(ii) of the

Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006,

9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II)

Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006

---

[1]    See Notice Of Adjournment Of Sufficiency Hearing With Respect To Reorganized Debtors' Objections To
Proofs Of Administrative Expense Claim Number 19715 And 19716 (Docket No. 22018); Notice Of (I)
Cancellation Of Omnibus Hearing Date And Claims Hearing Date And (II) Rescheduling Of Omnibus Hearing
Date And Claims Hearing Date (Docket No. 22027); Notice Of Adjournment Of Sufficiency Hearing With
Respect To Reorganized Debtors' Objections To Proofs Of Administrative Expense Claim Number 19715 And
19716 (Docket No. 22034).

(Docket No. 6089), the Order Pursuant To 11 U.S.C. §§ 105(a) And 503(b) Authorizing Debtors

To Apply Claims Objection Procedures To Address Contested Administrative Expense Claims

entered October 22, 2009 (Docket No. 18998), and the Twentieth Supplemental Order Pursuant

To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014

Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices

And Procedures Governing Objections To Claims (Docket No. 21975), the Sufficiency Hearing

is hereby adjourned to **June 20, 2013**, at 10:00 a.m. (prevailing Eastern time).

Dated:      New York, New York
            April 15, 2013

                            SKADDEN, ARPS, SLATE, MEAGHER
                              & FLOM LLP

                            By:   /s/ John K. Lyons
                                  John Wm. Butler, Jr.
                                  John K. Lyons
                                  Albert L. Hogan, III
                                  Ron E. Meisler
                            155 North Wacker Drive
                            Chicago, Illinois 60606

                                  - and -

                            Four Times Square
                            New York, New York 10036

                            Attorneys for DPH Holdings Corp., et al.,
                              Reorganized Debtors

4