# Exhibit 1

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------- x
                                :
   In re                        :    Chapter 11
                                :
DELPHI CORPORATION, et al.,     :    Case No. 05-44481 (RDD)
                                :
              Debtors.          :    (Jointly Administered)
                                :
------------------------------- x
```

### AFFIDAVIT OF SERVICE

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On or before October 16, 2009, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via overnight delivery; (ii) upon the parties listed on Exhibit B via email notification and (ii) upon the parties listed on Exhibit C hereto via postage pre-paid U.S. mail:

1)  Reorganized Debtors' Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit And OPEB Claims, And (VII) Duplicate Claims ("Thirty-Seventh Omnibus Claims Objection") (Docket No. 18984) [a copy of which is attached hereto as Exhibit D]

On October 16, 2009, I caused to be served the documents listed below upon the parties listed on Exhibit E hereto via postage pre-paid U.S. mail:

2)  Reorganized Debtors' Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit And OPEB Claims, And (VII) Duplicate Claims ("Thirty-Seventh Omnibus Claims Objection") (without exhibits) (Docket No. 18984) [a copy of which is attached hereto as Exhibit D]

3)  Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit F]. Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of Exhibit E attached hereto. In addition, the chart provided on each



0544481091021000000000049

party's Personalized Notice contained the information listed in columns 3 through 8 of <u>Exhibit E</u> attached hereto. The chart contained in the form of the Personalized Notice which is attached hereto as <u>Exhibit F</u> has been marked so as to demonstrate the manner in which the information listed in columns 3 through 8 of <u>Exhibit E</u> attached hereto was incorporated into each Personalized Notice.

4) Order Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, and 9014 Establishing (I) Dates for Hearings Regarding Objections to Claims and (II) Certain Notices and Procedures Governing Objections to Claims ("Claim Objection Procedures Order") (Docket No. 6089) [a copy of which is attached hereto as <u>Exhibit G</u>]

Dated: October 21, 2009

                                                /s/ *Evan Gershbein*
                                                Evan Gershbein

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 21st day of October, 2009, by Evan Gershbein, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:   /s/ *Shannon J. Spencer*

Commission Expires:  *6/20/10*

# EXHIBIT E

Delphi Corporation
Thirty-Seventh Omnibus Claims Objection
Exhibit F Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment of Claim | Surviving Claim Number |
| James A Luecke | 3845 W College Ave Milwaukee, WI 53221 | 6/30/09 | 17081 | $159,000.00 | Pension, Benefit, And OPEB Claims | Disallow And Expunge | |
| James A Spencer | 705 Hardwick Aurora, OH 44202 | 7/15/09 | 19014 | $0.00 | Pension, Benefit, And OPEB Claims | Disallow And Expunge | |
| James B Sumpter | 21169 Westbay Cir Noblesville, IN 46062 | 7/14/09 | 18620 | $97,788.00 | Pension, Benefit, And OPEB Claims | Disallow And Expunge | |
| James B Sumpter | 21169 Westbay Cir Noblesville, IN 46062 | 7/14/09 | 18621 | $62,524.08 | Pension, Benefit, And OPEB Claims | Disallow And Expunge | |
| James D Newton Jr | 5555 Widgeon Ct Dayton, OH 45424 | 6/26/09 | 16888 | $487,200.00 | Pension, Benefit, And OPEB Claims | Disallow And Expunge | |
| James E Steffan | 4902 Eastbrooke Pl Williamsville, NY 14221 | 7/13/09 | 18529 | $0.00 | Pension, Benefit, And OPEB Claims | Disallow And Expunge | |
| James H Boardman | 2714 Whitehouse Dr Kokomo, ID 46902 | 6/26/09 | 16873 | $33,320.52 | Pension, Benefit, And OPEB Claims | Disallow And Expunge | |
| James Robert Imoehl | W363S10902 Burr Oak Trl Eagle, WI 53119 | 6/29/09 | 17117 | $2,274.00 | Pension, Benefit, And OPEB Claims | Disallow And Expunge | |
| James Robert Imoehl | W363S10902 Burr Oak Trl Eagle, WI 53119 | 6/29/09 | 17118 | $2,274.00 | Pension, Benefit, And OPEB Claims | Disallow And Expunge | |
| James T Carney | 8004 Anderson Warren, OH 44484 | 7/2/09 | 17203 | $0.00 | Pension, Benefit, And OPEB Claims | Disallow And Expunge | |

# EXHIBIT F