# Exhibit 2

Docket #19155  Date Filed: 12/8/2009

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                                         :

In re                        :    Chapter 11
                                           :

DPH HOLDINGS CORP., et al.,     :    Case No. 05-44481 (RDD)
                                           :

          Reorganized Debtors.   :    (Jointly Administered)
                                           :
------------------------------ x

## AFFIDAVIT OF SERVICE

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Reorganized Debtors in the above-captioned cases.

On December 4, 2009, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via electronic notification and (ii) upon the parties listed on Exhibit B hereto via postage pre-paid U.S. mail:

1) Order Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicative Claims ("Thirty-Seventh Omnibus Claims Objection Order") (Docket No. 19135) [a copy of which is attached hereto as Exhibit C]

On December 4, 2009, I caused to be served the documents listed below upon the parties listed on Exhibit D hereto via postage pre-paid U.S. mail:

2) Order Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicative Claims ("Thirty-Seventh Omnibus Claims Objection Order") [without exhibits] (Docket No. 19135) [a copy of which is attached hereto as Exhibit C]

3) Personalized Notice Of Entry Of Order Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicative Claims Identified In The Thirty-Seventh Omnibus Claims Objection (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit E]. Each party's Personalized Notice was sent to



0544481091208000000000003

the name and address listed in columns 1 and 2 of <u>Exhibit D</u> attached hereto. In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 8 of <u>Exhibit D</u> attached hereto. The chart contained in the form of the Personalized Notice which is attached hereto as <u>Exhibit E</u> has been marked so as to demonstrate the manner in which the information listed in columns 3 through 8 of <u>Exhibit D</u> attached hereto was incorporated into each Personalized Notice.

Dated: December 8, 2009

_/s/ Evan Gershbein_
Evan Gershbein

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 8th day of December, 2009, by Evan Gershbein, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:    _/s/ Aimee M. Parel_

Commission Expires:    _9/27/13_

# EXHIBIT D

Thirty-Seventh Omnibus Objection Order
Exhibit F Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment of Claim | Surviving Claim Number |
| Jack Gaston | 5340 Pierce Rd Warren, OH 44481 | 7/13/09 | 18385 | $0.00 | Pension, Benefit, And OPEB Claims | Disallow And Expunge | |
| James A Spencer | 705 Hardwick Aurora, OH 44202 | 7/15/09 | 19014 | $0.00 | Pension, Benefit, And OPEB Claims | Disallow And Expunge | |
| James B Sumpter | 21169 Westbay Cir Noblesville, IN 46062 | 7/14/09 | 18620 | $97,788.00 | Pension, Benefit, And OPEB Claims | Disallow And Expunge | |
| James B Sumpter | 21169 Westbay Cir Noblesville, IN 46062 | 7/14/09 | 18621 | $62,524.08 | Pension, Benefit, And OPEB Claims | Disallow And Expunge | |
| James D Newton Jr | 5555 Widgeon Ct Dayton, OH 45424 | 6/26/09 | 16888 | $487,200.00 | Pension, Benefit, And OPEB Claims | Disallow And Expunge | |
| James E Stefan | 4902 Eastbrooke Pl Williamsville, NY 14221 | 7/13/09 | 18529 | $0.00 | Pension, Benefit, And OPEB Claims | Disallow And Expunge | |
| James H Boardman | 2714 Whitehouse Dr Kokomo, ID 46902 | 6/26/09 | 16873 | $33,320.52 | Pension, Benefit, And OPEB Claims | Disallow And Expunge | |
| James Robert Imoehl | W363S10902 Burr Oak Trl Eagle, WI 53119 | 6/29/09 | 17117 | $2,274.00 | Pension, Benefit, And OPEB Claims | Disallow And Expunge | |
| James Robert Imoehl | W363S10902 Burr Oak Trl Eagle, WI 53119 | 6/29/09 | 17118 | $2,274.00 | Pension, Benefit, And OPEB Claims | Disallow And Expunge | |
| James T Carney | 8004 Anderson Warren, OH 44484 | 7/2/09 | 17203 | $0.00 | Pension, Benefit, And OPEB Claims | Disallow And Expunge | |
| Jan A Sullivan | 14152 Arcadian Cir Carmel, IN 46033 | 7/1/09 | 17185 | $0.00 | Pension, Benefit, And OPEB Claims | Disallow And Expunge | |

# EXHIBIT E