# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

**Debtor:** Delphi Technologies, Inc.
**Case Number:** 05-44554, And As Jointly Administered Under Delphi Corporation, et al. (Case No. 05-44481) (RDD)

**Quarterly Operating Report for the Period Ended:**
March 31, 2013

**Delphi Technologies, Inc.'s Address:**
5725 Delphi Drive
Troy, Michigan 48098

**Operating Income for the Three Months Ended March 31, 2013:  $35 Million**

**Delphi Technologies, Inc.'s Attorneys:**

David M. Sherbin
Sean P. Corcoran
Delphi Technologies, Inc.
5725 Delphi Drive
Troy, Michigan  48098
Telephone: (248) 813-3009
Facsimile: (248) 813-3445

**Report Preparer:**

The undersigned, having reviewed the attached report and being familiar with Delphi Technologies, Inc.'s financial affairs, verifies under penalty of perjury that the information contained therein is complete, accurate, and truthful to the best of my knowledge. [1]

**Date:**  April 24, 2013             /s/:  KEITH D. STIPP
                                      Keith D. Stipp
                                      Treasurer of Delphi Technologies, Inc.

---

(1)   All amounts herein are unaudited and subject to revision. Delphi Technologies, Inc. reserves all rights to revise this report.

## Delphi Technologies, Inc.
**SCHEDULE OF DISBURSEMENTS**
**THREE MONTHS ENDED MARCH 31, 2013**

| Debtor Name[1] | Case Number | Amount[2] |
|---|---|---|
| Delphi Technologies, Inc. | 05-44554 | $7,389,000 |

(1) Pursuant to the Final Decree And Order Pursuant To 11 U.S.C. § 350(a) And Fed.R. Bankr. P. 3022 And Local R. Bankr. P. 3022-1 Closing Chapter 11 Cases Of Five Filing Debtors, entered at docket no. 21026, the debtor case of Delphi China LLC (Case No. 05-44577) was closed.  In addition, pursuant to the Final Decree And Order Pursuant To 11 U.S.C. § 350(a), Fed. R. Bankr. P. 3022, And Local R. Bankr. P. 3022-1 Closing Chapter 11 Cases Of Delphi Technologies, Inc. and Delphi Diesel Systems Corp. entered at docket no.22025, the debtor case of Delphi Technologies, Inc. (Case No. 05-44554) was closed.

(2) Operating expenses for the three months ended March 31, 2013 was used as a proxy for disbursements for Delphi Technologies, Inc.

Case Number:  05-44481 (RDD) (Jointly Administered)