**Hearing Date:  April 25, 2013**
                                                  **Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
  In re                                      :   Chapter 11
                                              :
DPH HOLDINGS CORP., et al.,             :   Case No. 05-44481 (RDD)
                                              :
                Reorganized Debtors.  :   (Jointly Administered)
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

                              PROPOSED EIGHTY-SECOND OMNIBUS HEARING AGENDA

Location Of Hearing:     United States Bankruptcy Court for the Southern District of New York,
                                   300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Eighty-Second Omnibus Hearing Agenda:

  A.  Introduction

  B.  Continued Or Adjourned Matters (None)

  C.  Uncontested, Agreed, Withdrawn, Or Settled Matters (1 Matter)

  D.  Contested Matters (None)

  E.  Adversary Proceedings (None)

**A. Introduction**

*None.*

**B. Continued Or Adjourned Matters∗**

*None.*

**C. Uncontested, Agreed, Withdrawn, Or Settled Matters**

*None.*

**D. Contested Matters**

  1. *"Sumpter ERISA Injunction Motion"* -- Reorganized Debtors' Motion For Order (I) Enforcing Modification Procedures Order, Modified Plan And Plan Modification Order Injunction And Thirty-Seventh Omnibus Claims Objection Order Against James Sumpter, As Plaintiff, In Federal Court ERISA Action; And (II) Directing James Sumpter To Dismiss Federal Court ERISA Action Against The Reorganized Debtors And The Reorganized Debtors Life & Disability Benefits Program (Docket No. 22040)

    *Responses filed:*  *Response to "Haffey Injunction Motion" (Docket No. 22048)*

    *Replies filed:*  *Reorganized Debtors' Reply In Support of Sumpter ERISA Injunction Motion (Docket No. 22049)*

---

∗ The motion found at the following docket number that appeared on a previous Proposed Omnibus Hearing Agenda has been voluntarily withdrawn from the agenda and would need to be re-noticed under the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 17, 2006 (Docket No. 2883), to be reinstated on a future Proposed Omnibus Hearing Agenda: Methode Electronics, Inc.'s Setoff Motion [Docket No. 4912].

| | |
|---|---|
| *Related filings:* | *Letter Response By Thomas B. Radom On Behalf Of DPH Holdings Corp., Et Al. To James B. Sumpter's Letter Regarding Reorganized Debtors' Motion For Order (I) Enforcing Modification Procedures Order, Modified Plan And Plan Modification Order Injunction And Thirty-Seventh Omnibus Claims Objection Order Against James Sumpter, As Plaintiff, In Federal Court ERISA Action; And (II) Directing James Sumpter To Dismiss Federal Court ERISA Action Against The Reorganized Debtors And The Reorganized Debtors Life & Disability Benefits Program (Docket No. 22044)* |
| | *Letter Response Of James B. Sumpter To Reorganized Debtors' Motion For Order (I) Enforcing Modification Procedures Order, Modified Plan And Plan Modification Order Injunction And Thirty-Seventh Omnibus Claims Objection Order Against James Sumpter, As Plaintiff, In Federal Court ERISA Action; And (II) Directing James Sumpter To Dismiss Federal Court ERISA Action Against The Reorganized Debtors And The Reorganized Debtors Life & Disability Benefits Program (Docket No. 22043)* |
| | *Notice of Reorganized Debtors' Motion for Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunction and Thirty-Seventh Omnibus Claims Objection Order Against James Sumpter, as Plaintiff, in Federal Court ERISA Action; and (II) Directing James Sumpter to Dismiss Federal Court ERISA Action Against the Reorganized Debtors and the Reorganized Debtors' Life & Disability Benefits Program (Docket No. 22041)* |
| | *Order Denying James B. Sumpter's Expedited Request For Preliminary Injunction To Prohibit DPH From Terminating Salaried Disability Plan (Docket No. 21877)* |
| | *Order Denying James B. Sumpter's Vesting Motion Regarding Extended Disability Benefits For Salaried Employees And Salaried Retirees (Docket No. 21876)* |
| | *Expedited Request For Preliminary Injunction To Prohibit DPHH From Terminating Salaried Disability Plan (Docket No. 21867)* |
| | *Vesting Motion Regarding Extended Disability Benefits For Salaried Employees And Salaried Retirees (Docket No. 21860)* |

*Amended Motion For Recoupment On Behalf Of Delphi Salaried Retirees (Docket No. 21566)*

*Affidavit Of Service Of Evan Gershbein re: 1) Order Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicative Claims ("Thirty-Seventh Omnibus Claims Objection Order") [Docket No. 19135]; And 2) Personalized Notice Of Entry Of Order Pursuant To 11 U.S.C. § 503(B) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicative Claims ("the Personalized Notice") (Docket No. 19155)*

*Order Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicative Claims (Docket No. 19135)*

*Reorganized Debtors' Omnibus Reply In Support Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 19100)*

*Affidavit Of Service Of Evan Gershbein re: 1) Reorganized Debtors' Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit And OPEB Claims, And (VII) Duplicate Claims ("Thirty-Seventh Omnibus Claims Objection") [Docket No. 18984]; 2) Order Pursuant To 11 U.S.C. Section 502(B) And Fed. R. Bankr. P. 2002(M), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims ("Claim Objection Procedures Order") [Docket No.*

4

*6089]; And 3) Personalized Notice of Objection to Claim (Docket No. 18997)*

*Reorganized Debtors' Thirty- Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 18984)*

*Affidavit Of Service Of Evan Gershbein re: Notice Of (A) Order Approving Modifications To First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession And (B) Occurrence Of Effective Date (Docket No. 18978)*

*Notice Of (A) Order Approving Modifications To First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors, And Debtors-In-Possession And (B) Occurrence Of Effective Date (Docket No. 18958)*

*Order Approving Modifications Under 11 U.S.C. § 1127(b) To (I) First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors, And Debtors-In-Possession, As Modified, And (II) Confirmation Order (Docket No. 12359) ("Plan Modification Order") (Docket No. 18707)*

*Expedited Motion To Enforce COBRA Benefit For Delphi Salaried Retirees And Motion For COBRA Settlement ("COBRA Benefit Motion") (Docket No. 18366)*

*Order (A) (I) Approving Modifications To Debtors' First Amended Plan Of Reorganization (As Modified) And Related Disclosures And Voting Procedures And (II) Setting Final Hearing Date To Consider Modifications To Confirmed First Amended Plan Of Reorganization And (B) Setting Administrative Expense Claims Bar Date And Alternative Transaction Hearing Date ("Modification Procedures Order") (Docket No. 17032)*

*First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified) (Docket No. 17030)*

5

*Final Order Under 11 U.S.C. §§ 105, 363 (b)(1), 1108, And 1114 (d) (I) Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses And (II) Amending Scope And Establishing Deadline For Completion Of Retirees' Committee's Responsibilities ("Final OPEB Termination Order") (Docket No. 16448)*

*Proof Of Claim No. 18620*

  *Status:*  *The hearing with respect to this matter will be proceeding.*

E.  **Adversary Proceedings**

  *None.*

Dated: New York, New York
    April 24, 2013

      SKADDEN, ARPS, SLATE, MEAGHER
       & FLOM LLP

     By:. /s/ John K. Lyons
      John Wm. Butler, Jr.
      John K. Lyons
      Albert L. Hogan III
      Ron E. Meisler

     155 North Wacker Drive
     Chicago, Illinois 60606

      - and -

     Four Times Square
     New York, New York 10036

      Attorneys for DPH Holdings Corp., et al.,
       Reorganized Debtors