**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
In re:

| | |
|---|---|
| DPH HOLDINGS CORP., et al., | Chapter 11 |
| | Case No. 05-44481(RDD) |
| Reorganized Debtors. | (Jointly Administered) |

-------------------------------------------------------X

# ORDER DENYING MOTION FOR RECONSIDERATION OF SUMPTER ERISA INJUNCTION ORDER

Upon the motion, dated May 20, 2013 (the "Rule 59 Motion"), of James B. Sumpter, which the Court has deemed to be a motion pursuant to Fed. R. Bankr. P. 9023 (incorporating Fed. R. Civ. P. 59) for relief from the Court's Order, entered on May 28, 2013 (the "Sumpter ERISA Injunction Order"), which, after a hearing on April 25, 2013, granted the motion, dated April 5, 2013, of DPH Holding Corp. and certain of its affiliated reorganized debtors in the above-captioned cases; and the Court having considered the Rule 59 Motion and having found and concluded that the Rule 59 Motion does not set forth any basis for relief under Fed. R. Bankr. P. 9023 (incorporating Fed. R. Civ. P. 59); and no additional briefing of or a hearing on the Rule 59 Motion being required, it is hereby

**ORDERED** that the Rule 59 Motion is denied.

Dated: June 3, 2013
　　　　White Plains, New York

　　　　　　　　　　　　　　　　　　　　　　　　　 /s/Robert D. Drain
　　　　　　　　　　　　　　　　　　　　　　　　**HON. ROBERT D. DRAIN**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES BANKRUPTCY JUDGE**