Hearing Date And Time: July 25, 2013 at 10:00 a.m. (prevailing Eastern Time)
Response Date And Time: July 18, 2013 at 4:00 p.m. (prevailing Eastern Time)

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Neil Berger
Steven S. Flores

*Counsel for DPH Holdings Corp., et al.,*
  *Reorganized Debtors*

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                         :
In re                                                    :   Chapter 11
                                                         :
DPH HOLDINGS CORP., et al.,                              :   Case No. 05-44481 (RDD)
                                                         :
           Reorganized Debtors.                          :   (Jointly Administered)
                                                         :
-------------------------------------------------------------x

**NOTICE OF HEARING TO CONSIDER REORGANIZED DEBTORS' MOTION FOR AN ORDER TO COMPEL COMPLIANCE WITH, AND TO IMPLEMENT, THE MODIFIED PLAN, PLAN MODIFICATION ORDER AND RELATED DOCUMENTS**

**PLEASE TAKE NOTICE** that on July 3, 2013, DPH Holdings Corp. ("DPH Holdings" or "DPH," and, together with certain of its affiliated reorganized debtors in the above-captioned chapter 11 cases, the "Reorganized Debtors") filed the *Reorganized Debtors' Motion for an Order to Compel Compliance With, and to Implement, the Modified Plan, Plan Modification Order and Related Documents* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion will be held on July 25, 2013 at 10:00 a.m. (prevailing Eastern time) (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern

District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, the Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures, entered on March 20, 2006 (Docket No. 2883), and the Twenty-Ninth Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures, entered May 13, 2013 (Docket No. 22058) (together the "Case Management Orders"), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) -- registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties in interest must file on a compact disk (preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon: (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Attn.: President); (ii) counsel to the Reorganized Debtors, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119 (Attn.: Neil Berger, Esq. and Steven S. Flores, Esq.); and (iii) the Office of the United States Trustee for the Southern District of New York, United States Federal Office Building, 201 Varick Street, New York, New York 10014 (Attn.: Brian Masumoto, Esq.), in each case so as to be **actually received** no later than **4:00 p.m. (prevailing Eastern time) on July 18, 2013**.

2

**PLEASE TAKE FURTHER NOTICE** that only those objections made in accordance with the foregoing provisions and the Case Management Orders will be considered by the Bankruptcy Court at the Hearing.  If objections to the Motion are not timely filed and served in accordance with the procedures set forth herein and in the Case Management Orders, the Bankruptcy Court may enter an order granting the Motion without further notice.

Dated:   New York, New York
　　　　  July 3, 2013

　　　　　　　　　　　　　　　　　　　　　　　　DPH Holdings Corp., *et al.*
　　　　　　　　　　　　　　　　　　　　　　　　By Their Attorneys
　　　　　　　　　　　　　　　　　　　　　　　　TOGUT, SEGAL & SEGAL LLP
　　　　　　　　　　　　　　　　　　　　　　　　By:

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Albert Togut
　　　　　　　　　　　　　　　　　　　　　　　　ALBERT TOGUT
　　　　　　　　　　　　　　　　　　　　　　　　NEIL BERGER
　　　　　　　　　　　　　　　　　　　　　　　　STEVEN S. FLORES
　　　　　　　　　　　　　　　　　　　　　　　　One Penn Plaza
　　　　　　　　　　　　　　　　　　　　　　　　Suite 3335
　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10119
　　　　　　　　　　　　　　　　　　　　　　　　(212) 594-5000