EXHIBIT 2



# Delaware

PAGE 1

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF CONVERSION OF A DELAWARE CORPORATION UNDER THE NAME OF "GENERAL MOTORS COMPANY" TO A DELAWARE LIMITED LIABILITY COMPANY, CHANGING ITS NAME FROM "GENERAL MOTORS COMPANY" TO "GENERAL MOTORS LLC", FILED IN THIS OFFICE ON THE SIXTEENTH DAY OF OCTOBER, A.D. 2009, AT 1:01 O'CLOCK P.M.

4692623  8

090962427

You may verify this certificate
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 7602210

DATE: 10-26-09

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 01:01 PM 10/16/2009*
*FILED 01:01 PM 10/16/2009*
*SRV 090941470 - 4692623 FILE*

## STATE OF DELAWARE
## CERTIFICATE OF CONVERSION
## FROM A CORPORATION TO A
## LIMITED LIABILITY COMPANY PURSUANT TO
## SECTION 18-214 OF THE LIMITED LIABILITY ACT

1.) The jurisdiction where the Corporation first formed is Delaware.
2.) The jurisdiction immediately prior to filing this Certificate is Delaware.
3.) The date the Corporation first formed is May 29, 2009.
4.) The name of the Corporation immediately prior to filing this Certificate is General Motors Company.
5.) The name of the Limited Liability Company as set forth in the Certificate of Formation is General Motors LLC.

IN WITNESS WHEREOF, the undersigned has executed this Certificate on the 16 day of October, 2009.

GENERAL MOTORS COMPANY

Name: Niharika Ramdev
Title: Assistant Treasurer