# EXHIBIT 3

# SEAL PENDING