# EXHIBIT 4

<dave.murray@GM.COM>                                                                                              August 1, 2012 10:22 AM
To: "Brooks, John" <john.brooks@delphi.com>
Cc: "Kulikowski, Amy" <amy.kulikowski@delphi.com>, "Maynarich, Linda" <linda.maynarich@delphi.com>, "jesse.seidman@gm.com" <jesse.seidman@GM.COM>
Re: DPH Holdings Corp. Funding Request --- August 2012 Forecast

1 Attachment, 68 KB

John:

As we discussed, we would like to see detail on the asset sales and other wind down proceeds included in the wind down budget forecast so that we have an accurate picture of the wind down activity from a financial perspective. We understand this request differs from an accounting forecast. The inclusion of these amounts in the budget forecast is specifically required under Exhibit 3.1.1.E to the MDA. Can you provide an updated forecast including these amounts?

Also, we would like more detail on the large draw forecast for June, 2013. As previously indicated, GM has not agreed to fund any wind down trusts or other amounts which are not monthly costs and expenses of the wind down of the DPH estate through December 31, 2013, net of available cash and liquidation proceeds. This amount does not seem to be consistent with the requirements of Exhibit 3.1.1.E to the MDA.

Regards,

David Murray
Business Development
(212) 418-6291


From:    "Brooks, John" <john.brooks@delphi.com>
To:      "dave.murray@gm.com" <dave.murray@gm.com>, "jesse.seidman@gm.com" <jesse.seidman@gm.com>
Cc:      "Kulikowski, Amy" <amy.kulikowski@delphi.com>, "Maynarich, Linda" <linda.maynarich@delphi.com>
Date:    07/27/2012 09:42 AM
Subject: DPH Holdings Corp. Funding Request --- August 2012 Forecast


David and Jesse,

Pursuant to Sections 3 and 5 of the Delphi Wind Up Funding Letter Agreement and Section 3.1.1.E of the MDA, attached is the Reorganized DPH Holdings' monthly wind-up Funding Request for August 2012.

Post closing advances will not be required for this month or next month due to better than expected asset sales and preference recoveries.

I am available to answer questions at 1 248 813-2143.

Regards,

John


*********************************************************************************** Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.
***********************************************************************************

Nothing in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

Confidentiality Note: This message is intended only for the person or entity to which it is addressed. It may contain confidential and/or

privileged material. Any review, transmission, dissemination or other use, or taking of any action in reliance upon this message by persons or entities other than the intended recipient is prohibited and may be unlawful. If you received this message in error, please contact the sender and delete it from your computer.

[PDF icon] DPHH Wind...st.pdf (68 KB)