# EXHIBIT 6



Lawrence S. Buonomo
Attorney

General Motors Legal Staff
400 Renaissance Center
Mail Code: 482-026-601
Detroit, MI 48265-4000
Tel 313-665-7390
Fax 248-267-4291
lawrence.s.buonomo@gm.com

<u>Via E-mail (sflores@teamtogut.com)</u>

July 3, 2013

Steven S. Flores, Esq.
Togut, Segal & Segal
One Penn Plaza
New York, NY 101119

Re: <u>In Re DPH Holdings</u>

Dear Mr. Flores:

In Mr. Gorman's absence, I acknowledge receipt of your letter to him dated July 1, 2013. GM will not be able to respond substantively by July 3 as requested. We will endeavor to respond next week.

In the interim, I must observe that we see nothing in the MDA Documents (as defined in your letter) that would suggest an obligation on the part of GM or its affiliates to fund a trust to support expenditures i) beyond the relevant periods established in the Wind Up Funding exhibit (Exhibit 3.1.1.E) as to "Availability" or ii) beyond December 31, 2013. Although we will be considering the question more thoroughly in the near term, we would be pleased to consider any explanation or rationale you might choose to offer.

Sincerely,

/s/

Lawrence S. Buonomo
Attorney


c: Frank Gorman, Esq.
   Marco Caporicci