# EXHIBIT 7



Advance Request
DPH Holdings Corp Monthly Request for Post Closing Advances

Month ending Jul-13

$ In Thousands (positive)/negative Cash Flow

- GL Balance at end of prior month — Jun-13
- Current month forecast spending: — Jul-13
- Change in restricted cash account — Jul-13
- Amount requested from GM — Jul-13
- Ending Unrestricted Cash forecast for end of month — Jul-13
- Next month forecast spending: — Aug-13
- Change in restricted cash account — Aug-13
- Amount requested from GM — Aug-13
- Ending Unrestricted Cash forecast end of next month — Aug-13

26 Jun 2013
Date

John Brooks
DPH Holdings Corp



Detail of Administrative Cost

| # | Site | Month/Year disposed per Fcst | Estimated ($M) net proceeds | Notes |
|---|---|---|---|---|
| 1 | Athens | Complete | 7.1 | Sold in February 2012 |
| 2 | Clinton Plant 24 | Complete | 1.1 | Sold in September 2012 |
| 3 | Columbia (Springhill) | Complete | N/A | Lease exit settlement November 2009 |
| 4 | Columbus | Complete | 2.4 | Sold in February 2010 |
| 5 | Cortland | Complete | 2.1 | Sold in March 2010 |
| 6 | Dayton - Home Ave | Complete | (1.2) | Sold in December 2012 |
| 7 | Dayton - Needmore | Complete | 3.0 | Sold in June 2010 |
| 8 | Fitzgerald | Complete | N/A | Donated in June 2013 to Fitzgerald and Ben Hill Development Authority |
| 9 | Flint 43 & 6 | Complete | 2.6 | Sold in April 2013 |
| 10 | Flint Dort Hwy and TCF | Jul-13 | N/A | |
| 11 | Flint WWTP | Complete | 0.0 | Sold in March 2012 ($23K) |
| 12 | Kettering | Complete | 3.1 | Sold in June 2012 |
| 13 | Kokomo Plant 1 | Complete | N/A | Donated in Feb 2011 to Economic Development Council |
| 14 | Lockport WWTP | Complete | 0.0 | Sold in August 2012 ($38K) |
| 15 | Milwaukee | Complete | 7.6 | Sold in August 2011 |
| 16 | New Castle Plant 12 | Complete | 1.3 | Sold in October 2011 |
| 17 | Olathe | Oct-13 | 0.3 | Marketing - no offers |
| 18 | Rootstown Plant | Complete | 1.1 | Sold in February 2013 |
| 19 | Rootstown Landfill | Jul-13 | N/A | |
| 20 | Saginaw - Gennesee Ave. | Complete | 3.4 | Sold in December 2009 |
| 21 | Saginaw - Holmes St; Plt 2 | Jul-13 | N/A | |
| 22 | Vandalia | Complete | 0.2 | Sold in December 2012 |
| 23 | Warren - Dana St Bldg 3 | Complete | 0.1 | Sold in January 2011 |
| 24 | Warren Bldg 8 | Complete | see above | Sold in January 2011 |
| | Grand totals | | 34.3 | |

## Adjourned Prepetition Claims (06/26/2013)

### Adjourned Prepetition Claims

| | Count | Asserted Amount |
|---|---|---|
| Total Adjourned Claims (at June 26, 2013) | 4 | $ 64,329.64 |
| | | $ - |
| | **4** | **$ 64,329.64** |
| Remaining Adjourned Claims (at June 26, 2013) | 4 | $ 64,329.64 |
| | | |
| **Remaining Adjourned Claims:** | | |
| ███████████████ | 1 | $ 64,329.64 |
| ███████████████ | 3 | $ - |
| **Total Adjourned** | **4** | **$ 64,329.64** |

## Adjourned Adminstrative Claims (06/26/2013)

### Adjourned Administrative Claims

| | Count | | Asserted Amount |
|---|---|---|---|
| Total Adjourned Claims (at June 26, 2013) | 13 | $ | 75,619,604.42 |
| | | $ | - |
| | 13 | $ | 75,619,604.42 |
| | (2) | $ | (67,311,662.50) |
| Remaining Adjourned Claims (at June 26, 2013) | 11 | $ | 8,307,941.92 |

#### Remaining Adjourned Claims:

| | | | |
|---|---|---|---|
| | 5 | $ | - |
| | 3 | $ | 8,087,941.92 |
| | 1 | $ | - |
| | 2 | $ | 220,000.00 |
| Total Adjourned | 11 | $ | 8,307,941.92 |

OPEN PREFERENCE CLAIMS

| CASE # | DEFENDANT |
|--------|-----------|
| 07-02339 | Polar Oil and Polar Oil & Chemical Inc. |
| 07-02650 | Starbrook Industries Inc. |
| 07-02527 | ND AMC LLC |
| 07-02602 | Westwood Assocates Inc., Westwood & Associates/Nanya, and Westwood C/O Nanya |
| 07-02374 | Hague WM Co. and WM Hague Company |
| 07-02236 | DSSI and DSSI LLC |
| 07-02416 | Merrill Tool & Machine |
| 07-02690 | Pro Tech Machine |
| 07-02742 | Republic |
| 07-02744 | Republic Engineered Products, Republic Eng. Products, and Republic Engineered |
| 07-02661 | Summit Polymers Inc. |
| 07-02668 | Tata America Intn'l. Corp. |
| 07-02523 | UVA Machine Company |