UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                        :
In re                                          :          Chapter 11
                                        :
DPH HOLDINGS CORP., et al.,        :          Case No. 05-44481 (RDD)
                                        :
           Reorganized Debtors.         :          (Jointly Administered)
                                        :
------------------------------------------------------------x

**ORDER GRANTING EX PARTE MOTION FOR AN
ORDER AUTHORIZING THE FILING OF REDACTED DOCUMENTS AND
RELATED RELIEF**

This matter having come before the Court on the ex parte motion, dated July 3, 2013 (the "Motion"),[1] of the Reorganized Debtors seeking entry of an order, pursuant to section 107 of the Bankruptcy Code, 11 U.S.C. §§ 101 et seq., and Bankruptcy Rule 9018, authorizing the Reorganized Debtors to file redacted forms of the Motion to Compel and only certain exhibits to the Declaration in support thereof; and this Court having jurisdiction over the Motion and the relief requested therein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

---

[1] Capitalized terms used but not otherwise defined herein shall be ascribed the meanings provided in the Application.

FOUND AND DETERMINED THAT:

A.   This Court has jurisdiction over the Motion and the relief requested therein under 28 U.S.C. §§ 157(a) and 1334(b).  Venue is proper under 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding under 28 U.S.C. § 157(b);

B.   The proposed redacted information is confidential commercial information properly protected under section 107(b) of the Bankruptcy Code, and the relief requested in the Motion is in the best interests of the Debtors, Reorganized Debtors, their estates, their creditors and other parties in interest; now, therefore, it is hereby

ORDERED THAT:

1.   The Motion is GRANTED.

2.   The Reorganized Debtors are authorized to file a redacted version of the Motion to Compel, as set forth in the Motion, and only Exhibits 3, 5 and 7 to the Declaration, and serve an unredacted version of the Motion to Compel and all exhibits thereto, with a copy of this Order, on the United States Trustee for the Southern District of New (the "U.S. Trustee") and New GM, with a copy to the Court's chambers.

3.   All parties who receive the unredacted Motion to Compel and the Exhibits thereto shall maintain the confidentiality of the redacted portions thereof that are, in fact, confidential, subject to further court order

4.   Any documents filed in response to the Motion or the Motion to Compel that refer to or quote provisions of the Funding Agreement, or any projections thereunder, shall also be filed under seal (with redacted copies to be filed on the

docket), with unredacted versions of those documents to be provided to the Court, the U.S. Trustee and the Reorganized Debtors (and New GM if applicable).

5.  The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

6.  Entry of this Order is without prejudice to the right of any party in interest seeking relief from this Order upon written application on notice to the Reorganized Debtors, New GM and such other parties entitled to receive notice under the Case Management Orders.

Dated:  White Plains, New York
        July 9, 2013

                                        /s/Robert D. Drain
                                        HONORABLE ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE