TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Neil M. Berger
Steven S. Flores

*Counsel for DPH Holdings Corp., et al.,*
*Reorganized Debtors*

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                              :
In re                                                         :    Chapter 11
                                                              :
DPH HOLDINGS CORP., et al.,                                   :    Case No. 05-44481 (RDD)
                                                              :
          Reorganized Debtors.                                :    (Jointly Administered)
                                                              :
-----------------------------------------------------------------x

**AFFIDAVIT OF SERVICE OF (I) ORDER GRANTING EX PARTE MOTION
FOR AN ORDER AUTHORIZING THE FILING OF REDACTED DOCUMENTS
AND RELATED RELIEF; (II) NOTICE OF HEARING TO CONSIDER
REORGANIZED DEBTORS' MOTION FOR AN ORDER TO COMPEL
COMPLIANCE WITH, AND TO IMPLEMENT, THE MODIFIED PLAN, PLAN
MODIFICATION ORDER AND RELATED DOCUMENTS, TOGETHER WITH
MOTION AND EXHIBIT A; AND (III) DECLARATION OF
RICHARD M. GOLDMAN IN SUPPORT OF REORGANIZED DEBTORS'
MOTION FOR AN ORDER TO COMPEL COMPLIANCE WITH, AND TO
IMPLEMENT, THE MODIFIED PLAN, PLAN MODIFICATION ORDER
<u>AND RELATED DOCUMENTS</u>**

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

      DENISE CAHIR, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at New York, New York.

      On July 10, 2013, deponent served copies of the: (i) Order Granting *Ex Parte* Motion for an Order Authorizing the Filing of Redacted Documents and Related

Relief; (ii) the Notice of Hearing to Consider Reorganized Debtors' Motion for an Order to Compel Compliance With, and to Implement, the Modified Plan, Plan Modification Order and Related Documents, together with its underlying motion and proposed order; and (iii) Declaration of Richard M. Goldman in Support of Reorganized Debtors' Motion for an Order to Compel Compliance With, and to Implement, the Modified Plan, Plan Modification Order and Related Documents, upon the parties set forth on the service list annexed hereto as Exhibit "A" by FedEx Standard Overnight Delivery, and upon the parties set forth on the service list annexed hereto as Exhibit "B" by hand delivery.

/s/Denise Cahir
DENISE CAHIR

Sworn to before me this
16th day of July 2013

/s/Elizabeth Stevens
NOTARY PUBLIC

## Exhibit "A"

*By FedEx Standard Overnight Delivery*

The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court, S.D.N.Y.
300 Quarropas Street
Room 248
White Plains, NY  10601

Mr. Frank L. Gorman
30001 Van Dyke Avenue
MC 480-210-855
Warren, MI  48093

Mr. Lawrence S. Buonomo
General Motors Legal Staff
400 Renaissance Center
Mail Code:  482-026-601
Detroit, MI  48265-4000

## Exhibit "B"

*By Hand Delivery*

Arthur J. Steinberg, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY  10036

Brian Masumoto, Esq.
Office of the United States Trustee, Region 2
United States Federal Office Building
201 Varick Street
Suite 1006
New York, NY  10014