LAMBERT LESER
Susan M. Cook (Mich. Bar No. P31514)
Adam D. Bruski (Mich. Bar No. P70030)
916 Washington Ave, Suite 309
PO Box 835
Bay City, MI 48707
989-893-3518
abruski@lambertleser.com

Attorneys for Pro Tech Machine

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| DELPHI CORPORATION, et al., | ) Case No. 05-44481 (RDD) |
| Debtors. | ) Hon. Robert D. Drain |

**JOINDER OF PRO TECH MACHINE IN LIMITED OBJECTION OF REPUBLIC ENGINEERED PRODUCTS TO MOTION FOR FINAL DECREE AND ORDER**

Pro Tech Machine ("Pro Tech"), by and through its undersigned counsel, hereby files this joinder in the limited objection (the "Objection"), to the Reorganized Debtors' Motion for Final Decree and Order Pursuant to 11 U.S.C. §§ 105, 350(a), and 1142, Fed. R. Bankr. P. 3022, and Local Bankr. R. 3022-1 Closing the Bankruptcy Cases and Providing Related Relief (the "Closing Motion") [Docket No. 22073] filed by Republic Engineered Products [Docket No. 22082]. Pro Tech is a defendant in an adversary proceeding before this Court (Adversary Proceeding No. 07-02690) which is scheduled for a Rule 15/Rule 4(m) hearing in December. Pro Tech hereby joins, supports, and adopts the statements and arguments made in the Objection and also asks that the Court deny the relief requested in the Closing

{00192838}1

Motion to the extent it seeks to prejudice Pro Tech's rights in its defense of the adversary proceeding between it and the Reorganized Debtor.

Respectfully submitted,

LAMBERT LESER

Dated: July 18, 2013        By:        /s/ Adam D. Bruski
_____
Susan M. Cook (Mich. Bar No. P31514)
Adam D. Bruski (Mich. Bar No. P70030)
Attorneys for Defendant Pro Tech Machine
916 Washington Ave, Suite 309
PO Box 835
Bay City, MI  48707
989-893-3518
abruski@lambertleser.com

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served electronically, through the Court's ECF system, upon those parties registered to receive such notice on this 18th day of July, 2013.

/s/ Adam D. Bruski
_____
Adam D. Bruski

{00192838}2