**FOX ROTHSCHILD LLP**
75 Eisenhower Parkway, Suite 200
Roseland, NJ 07068
973-992-4800
- and -
100 Park Avenue, 15th Floor
New York, NY 10017
rmeth@foxrothschild.com
RICHARD M. METH, ESQ. (RM7791)(admitted *pro hac vice*)
- and -
**BINGHAM GREENEBAUM DOLL LLP**
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202
cbowles@bgdlegal.com
C. R. BOWLES, ESQ. (admitted *pro hac vice*)
502-589-4200
- and -
**DINSMORE & SHOHL LLP**
255 East Fifth Street
Suite 1900
Cincinnati, OH 45202
seth.schwartz@dinslaw.com
SETH A. SCHWARTZ, ESQ. (*pro hac vice pending*)
(513) 977-8565
Attorneys For Defendants, DSSI and DSSI, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |
| DELPHI AUTOMOTIVE SYSTEMS, LLC, ("DAS") | |
| Plaintiff | Adv. Pro. No. 07-02236 (RDD) |
| - against - | |
| DSSI and DSSI, LLC, | |
| Defendants. | |

**CERTIFICATE OF SERVICE REGARDING THE LIMITED OBJECTION OF DSSI, LLC TO MOTION FOR FINAL DECREE AND ORDER PURSUANT TO 11 U.S.C. §§ 105, 350(A), AND 1142, FED. R. BANKR. P. 3022, AND LOCAL BANKR. R. 3022-1 <u>CLOSING THE BANKRUPTCY CASES AND PROVIDING RELATED RELIEF</u>**

ACTIVE 21813813v1 07/18/2013 2:48 PM

MARCIA L. STEEN, of full age, hereby certifies as follows:

1. I am a paralegal employed by the firm of Fox Rothschild LLP. My business address is 75 Eisenhower Parkway, Suite 200, Roseland, New Jersey 07068. Fox Rothschild LLP is counsel to DSSI, LLC in connection with the above-referenced case.

2. On July 18, 2013, I electronically filed the Limited Objection Of DSSI, LLC To Motion For Final Decree And Order Pursuant To 11 U.S.C. §§ 105, 350(a), And 1142, Fed. R. Bankr. P. 3022, And Local Bankr. R. 3022-1 Closing The Bankruptcy Cases And Providing Related Relief (the "Limited Objection") with the United States Bankruptcy Court for the Southern District of New York, thereby causing the parties entitled to receive notice via the Court's ECF system to be served.

3. In addition, I caused copies of the Limited Objection to be served upon the parties identified on the annexed service list as noted thereon.

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

/s/ Marcia L. Steen
MARCIA L. STEEN

Dated: July 18, 2013

# SERVICE LIST

**Served Via E-Mail and Overnight Mail 07/18/2013**

Cynthia J. Haffey, Esq.
Butzel Long
150 W. Jefferson Avenue, Suite 100
Detroit, Michigan 48226
Email : haffey@butzel.com

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Albert L. Hogan III, Esq..
Ron E. Meisler, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
Emails:  jack.butler@skadden.com
         john.lyons@skadden.com
         al.hogan@skadden.com
         ron.meisler@skadden.com

**Served Via Overnight Mail 07/18/2013**

Brian S. Masumoto, Trial Attorney
U.S. Federal Office Building
Office of the United States Trustee
201 Varick Street, Suite 1006
New York NY, 10014