SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

 - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  -  x
              :
  In re          :  Chapter 11
              :
DPH HOLDINGS CORP., et al.,  :  Case No. 05-44481 (RDD)
              :
              :  (Jointly Administered)
      Reorganized Debtors.  :
              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ADJOURNMENT OF REORGANIZED DEBTORS' MOTION FOR A FINAL
DECREE AND ORDER PURSUANT TO 11 U.S.C. §§ 105, 350(a), AND 1142, FED. R.
BANKR. P. 3022, AND LOCAL BANKR. R. 3022-1 CLOSING THE BANKRUPTCY
CASES AND PROVIDING RELATED RELIEF

("NOTICE OF ADJOURNMENT OF CASE CLOSING MOTION")

PLEASE TAKE NOTICE that on July 3, 2013, Delphi Corporation and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases (f/k/a In re Delphi Corporation, et al.) (collectively, the "Debtors"), now known as DPH Holdings Corp. and its affiliated reorganized debtors (the "Reorganized Debtors"), filed the Reorganized Debtors' Motion for Final Decree and Order Pursuant to 11 U.S.C. §§ 105, 350(a), and 1142, Fed. R. Bankr. P. 3022, and Local Bankr. R. 3022-1 Closing the Bankruptcy Cases and Providing Related Relief (Docket No. 22073) (the "Motion").

PLEASE TAKE FURTHER NOTICE that the hearing originally set for July 25, 2013 at 10:00 a.m. (prevailing Eastern time) to consider the Motion has been adjourned to July 30, 2013 at 1:00 p.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 118, White Plains, New York 10601-4140.

Dated:    New York, New York
           July 19, 2013

                          SKADDEN, ARPS, SLATE, MEAGHER
                            & FLOM LLP


                          By:   /s/ John K. Lyons
                              John Wm. Butler, Jr.
                              John K. Lyons
                              Ron E. Meisler
                          155 North Wacker Drive
                          Chicago, Illinois 60606


                              - and -


                          Four Times Square
                          New York, New York 10036

                          Attorneys for DPH Holdings Corp., et al.,
                            Reorganized Debtors

3