**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re:                                                                                    Chapter 11

    DPH HOLDINGS CORP., et al.,                               Case No. 05-44481 (RDD)

        Reorganized Debtors.                                    (Jointly Administered)
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I hereby certify that as of July 25, 2013, copies of the Statement of the United States of America in Support of the Reorganized Debtors' Motion for an Order to Compel Compliance With, and to Implement, the Modified Plan, Plan Modification Order and Related Documents, were served on the parties on the attached list by way of ECF notification and email and/or United States mail.

Dated: New York, New York
       July 25, 2013

                                          PREET BHARARA
                                          United States Attorney for the
                                          Southern District of New York

                            By:    s/ Cristine Irvin Phillips
                                          CRISTINE IRVIN PHILLIPS
                                          Assistant United States Attorney
                                          86 Chambers Street, 3d Floor
                                          New York, New York 10007
                                          Tel:  (212) 637-2696
                                          Fax:  (212) 637-2702
                                          cristine.phillips@usdoj.gov

Neil Matthew Berger
Steven Flores
Togut, Segal & Segal LLP
One Penn Plaza
New York, NY 10119
(212) 594-5000
Fax : (212) 967-4258
Email: neilberger@teamtogut.com
       sflores@teamtogut.com

Arthur Steinberg, Esq.
Scott Davidson, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY  10036
Tel: (212) 556-2100
Fax: (212) 556-2222
Email:  asteinberg@kslaw.com
        sdavidson@kslaw.com

Brian S. Masumoto, Trial Attorney
U.S. Federal Office Building
Office of the United States Trustee
201 Varick Street, Suite 1006
       New York NY, 10014