**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re:                                                                          Chapter 11

    DPH HOLDINGS CORP., et al.,                      Case No. 05-44481 (RDD)

        Reorganized Debtors.                          (Jointly Administered)
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I hereby certify that as of July 25, 2013, copies of the Objection of the United States of America to the Reorganized Debtors' Motion for a Final Decree and Order Closing the Bankruptcy Cases, were served on the parties on the attached list by way of ECF notification and email and/or United States mail.

Dated: New York, New York
       July 25, 2013

                                                PREET BHARARA
                                                United States Attorney for the
                                                Southern District of New York

                           By:     s/ Cristine Irvin Phillips
                                                CRISTINE IRVIN PHILLIPS
                                                Assistant United States Attorney
                                                86 Chambers Street, 3d Floor
                                                New York, New York 10007
                                                Tel:  (212) 637-2696
                                                Fax:  (212) 637-2702
                                                cristine.phillips@usdoj.gov

Albert L. Hogan III, Esq.
Brandon M. Duncomb, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
Emails: al.hogan@skadden.com
         brandon.duncomb@skadden.com

Brian S. Masumoto, Trial Attorney
U.S. Federal Office Building
Office of the United States Trustee
201 Varick Street, Suite 1006
         New York NY, 10014