James B. Sumpter, pro se
21169 Westbay Circle
Noblesville, IN 46062
Telephone: (317) 877-0736
jsump@ieee.org

Salaried Retiree of Debtors



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------.x Chapter 11 Case No. 05-44481 (RDD)

In re:

DELPHI CORPORATION, et. al.,
: (Jointly Administered) :
    Debtors.
: :
: :

------------------------------------x

# APPELLANTS' STATEMENT OF ISSUE AND DESIGNATION OF RECORD ON APPEAL

Appellant, James B. Sumpter, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, hereby designate the record and state the issues to be presented on appeal, as follows:

## I.  STATEMENT OF ISSUE ON APPEAL

The issue to be presented on appeal is:

1.  Did the Bankruptcy Court commit a reversible error by enjoining the appellant's ERISA litigation in the Indiana Distinct Court (SDIN) against the Delphi Automotive Systems Life & Disability Benefits Program?

## II.  DESIGNATION OF RECORD

| DESIGNATION OF RECORD | | | |
|---|---|---|---|
| | Date Filed | Docket No. | Description |
| 1 | 4/5/2013 | Docket # 22040 | Reorganized Debtors' Motion for Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunction and Thirty-Seventh Omnibus Claims Objection Order Against James Sumpter, as Plaintiff, in Federal Court ERISA Action; and (II) Directing James Sumpter to Dismiss Federal Court ERISA Action Against the Reorganized Debtors and the Reorganized Debtors Life & Disability Benefits Program ("Sumpter ERISA Injunction Motion") (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15# 16 Exhibit 16) |
| 2 | 4/5/2013 | Docket # 22040 | Exhibit 4, Sumpter ERISA Benefit Denial Complaint |
| 3 | 4/11/2013 | Docket # 22043 | Response of James b. Sumpter to reorganized debtors' motion for order (i) enforcing modification procedures order, modified plan and plan modification order injunction and thirty-seventh omnibus claims objection order against James Sumpter, as plaintiff, in federal court ERISA action; and (ii) directing James Sumpter to dismiss federal court ERISA action against the reorganized debtors and the reorganized debtors life & disability benefits program ("Sumpter ERISA injunction motion") (docket no. 22040) |

| | **DESIGNATION OF RECORD** | | |
|---|---|---|---|
| | **Date Filed** | **Docket No.** | **Description** |
| 4 | 4/11/2013 | Docket # 22044 | Response by Thomas B. Radom on behalf of DPH Holdings Corp., et al. To James B. Sumpter's letter regarding reorganized debtors' motion for order (i) enforcing modification procedures order, modified plan and plan modification order injunction and thirty-seventh omnibus claims objection order against James Sumpter, as plaintiff, in federal court ERISA action; and (ii) directing James Sumpter to dismiss federal court ERISA action against the reorganized debtors and the reorganized debtors life & disability benefits program ("Sumpter ERISA injunction motion") (docket no. 22040) |
| 5 | 4/23/2013 | Docket # 22048 | Response by James B. Sumpter to reorganized debtors' motion for order (i) enforcing modification procedures order, modified plan and plan modification order injunction and thirty-seventh omnibus claims objection order against James Sumpter, as plaintiff, in federal court ERISA action; and (ii) directing James Sumpter to dismiss federal court ERISA action against the reorganized debtors and the reorganized debtors life & disability benefits program ("Sumpter ERISA Injunction motion") (docket no. 22040) |
| 6 | 4/23/2013 | Docket # 22049 | Reorganized debtors' reply in support of motion for order (i) enforcing modification procedures order, modified plan and plan modification order injunction and thirty-seventh omnibus claims objection order against James Sumpter, as plaintiff, in united states district court, southern district of Indiana ERISA claim action; and (ii) directing James Sumpter to dismiss federal court ERISA action against the reorganized debtors and the reorganized debtors' life & disability benefits program ("reply in support of Sumpter ERISA injunction motion") |

| | | DESIGNATION OF RECORD | |
|---|---|---|---|
| | **Date Filed** | **Docket No.** | **Description** |
| 7 | 4/29/2013 | Docket # 22056 | Transcript Regarding Hearing Held on April 25, 2013 – Regarding DPHH Motion to enjoin Sumpter ERISA denial complaint. |
| 8 | 5/24/2013 | Docket # 22062 | Supplemental memorandum in support of reorganized debtors' motion for order (i) enforcing modification procedures order, modified plan and plan modification order injunction and thirty-seventh omnibus claims objection order against James Sumpter, as plaintiff, in federal court ERISA action; and (ii) directing James Sumpter to dismiss united states district court, southern division of Indiana action against reorganized debtors and the reorganized debtors' life & disability benefits program ("supplemental memorandum in support of motion") |
| 9 | 6/24/13 | <u>Not Docketed</u> | Sumpter supplemental memorandum |
| 10 | 5/28/2013 | Docket # 22063 | Order (i) enforcing modification procedures order, modified plan and plan modification order injunction and thirty-seventh omnibus claims objection order against James Sumpter, as plaintiff, in federal court ERISA action; and (ii) directing James Sumpter to dismiss united states district court, southern division of Indiana action against reorganized debtors and the reorganized debtors' life & disability benefits program ("Sumpter ERISA Injunction Order") |
| 11 | 6/3/2013 | Docket # 22065 | Order denying motion for reconsideration of Sumpter ERISA injunction order |
| 12 | 6/11/2013 | Docket # 22070 | Notice Of Appeal |

| | Date Filed | Docket No. | Description |
|---|---|---|---|
| | | | **DESIGNATION OF RECORD** |
| 13 | 7/19/2013 | Docket # 22090 | Second order on reorganized debtor's motion for an order (i) enforcing modification procedures order, modified plan and plan modification order injunction and thirty-seventh omnibus claims objection order against James Sumpter, as plaintiff, in federal court ERISA action; and (ii) directing James Sumpter to dismiss United States District Court, Southern Division of Indiana action against reorganized debtors and the reorganized debtors' life & disability benefits program |

Dated: Noblesville, Indiana
July 22, 2013

By: *James B. Sumpter* (signature)
James B. Sumpter

James B. Sumpter, pro se
21169 Westbay Circle
Noblesville, IN 46062
Telephone: (317) 877-0736
jsump@ieee.org

Salaried Retiree of Debtors