**Hearing Date: July 30, 2013 (cont'd from July 25, 2013)**
**Hearing Time: 1:00 p.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

 - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### PROPOSED EIGHTY-THIRD OMNIBUS HEARING AGENDA (CONTINUED)

Location Of Hearing:   United States Bankruptcy Court for the Southern District of New York,
                       300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Eighty-Second Omnibus Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (1 Matter)

    C.    Uncontested, Agreed, Withdrawn, Or Settled Matters (None)

    D.    Contested Matters (1 Matter)

    E.    Adversary Proceedings (None)

**A.    Introduction**

*None.*

**B.    Continued Or Adjourned Matters∗**

    1.    *"Plan Modification Compliance Motion"* -- Reorganized Debtors' Motion For An Order To Compel Compliance With, And To Implement, The Modified Plan, Plan Modification Order And Related Documents (Docket No. 22075)

        *Responses filed:*    *Objection By General Motors LLC To (I) Reorganized Debtors' Motion For An Order To Compel Compliance With And To Implement, The Modified Plan, Plan Modification Order And Related Document, And (II) Reorganized Debtors' Motion For Final Decree And Order Pursuant To 11 U.S.C. §§ 105, 350(a), And 1142, Fed. R. Bankr. P. 3022, And Local Bankr. R. 3022-1 Closing The Bankruptcy Cases And Providing Related Relief (Docket No. 22088)*

        *Replies filed:*    *Reorganized Debtors' Reply To Objection By General Motors LLC To (I) Reorganized Debtors' Motion For An Order To Compel Compliance With And To Implement, The Modified Plan, Plan Modification Order And Related Document, And (II) Reorganized Debtors' Motion For Final Decree And Order Pursuant To 11 U.S.C. §§ 105, 350(a), And 1142, Fed.*

---

∗    The motion found at the following docket number that appeared on a previous Proposed Omnibus Hearing Agenda has been voluntarily withdrawn from the agenda and would need to be re-noticed under the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 17, 2006 (Docket No. 2883), to be reinstated on a future Proposed Omnibus Hearing Agenda:  Methode Electronics, Inc.'s Setoff Motion [Docket No. 4912].

|   |   |
|---|---|
|   | *R. Bankr. P. 3022, And Local Bankr. R. 3022-1 Closing The Bankruptcy Cases And Providing Related Relief (Docket No. __)* |
| *Related filings:* | *Declaration of Richard M. Goldman in Support of Reorganized Debtors' Motion for an Order to Compel Compliance with, and to Implement, the Modified Plan, Plan Modification Order and Related Documents (Docket No. 22076)* |
|   | *Ex Parte Application for an Order Authorizing the Filing of Redacted Documents (Docket No. 22074)* |
|   | *Order Granting Ex Parte Motion for an Order Authorizing the Filing of Redacted Documents and Related Relief (Docket No. 22078)* |
|   | *Statement Of The United States Of America In Support Of The Reorganized Debtors' Motion For An Order To Compel Compliance With, And To Implement, The Modified Plan, Plan Modification Order And Related Documents (Docket No. 22100)* |
| *Status:* | *The hearing with respect to this matter has been adjourned to the August 22, 2013 hearing pursuant to an agreement of the parties.* |

**C.    Uncontested, Agreed, Withdrawn, Or Settled Matters**

3

*None.*

**D.**     **Contested Matters**

2.     ***"Motion For Final Decree"*** -- Reorganized Debtors' Motion For Final Decree and Order Pursuant To 11 U.S.C. §§ 105, 350(a), And 1142, Fed. R. Bankr. P. 3022, And Local Bankr. R. 3022-1 Closing The Bankruptcy Cases And Providing Related Relief (Docket No. 22073)

        *Responses filed:*     *Limited Objection Of Republic Engineered Products To Motion For Final Decree And Order (Docket No. 22082)*

        *Joinder Of Pro Tech Machine In Limited Objection Of Republic Engineered Products To Motion For Final Decree And Order (Docket No. 22085)*

        *Limited Objection Of DSSI, LLC To Motion For Final Decree And Order Pursuant To 11 U.S.C. §§ 105, 350(a), And 1142, Fed. R. Bankr. P. 3022 ,And Local Bankr. R. 3022-1 Closing The Bankruptcy Cases And Providing Relief (Docket No. 22086)*

        *Objection By General Motors LLC To (I) Reorganized Debtors' Motion For An Order To Compel Compliance With And To Implement, The Modified Plan, Plan Modification Order And Related Document, And (II) Reorganized Debtors' Motion For Final Decree And Order Pursuant To 11 U.S.C. §§ 105, 350(a), And 1142, Fed. R. Bankr. P. 3022, And Local Bankr. R. 3022-1 Closing The Bankruptcy Cases And Providing Related Relief (Docket No. 22088)*

        *Joinder Of Tata America International Corporation d/b/a TCS America To The Limited Objections To Motion For Final Decree And Order Pursuant to 11 U.S.C. §§ 105, 350(a), and 1142, Fed. R. Bankr. P. 3022, And Local Rule Bankr. R. 3022-1 Closing The Bankruptcy Cases And Providing Related Relief (Docket No. 22092)*

        *Michigan Department Of Environmental Quality's Limited Objection To Motion For Final Decree And Order Pursuant To 11 U.S.C. 105, 350(a), And 1142, Fed. R. Bankr. P. 3022, And Local Bankr. R. 3022-1 Closing The Bankruptcy Cases And Providing Related Relief [Docket No. 22073](Docket No. 22095)*

|  |  |
|---|---|
|  | *Objection To Reorganized Debtors' Motion For Final Decree And Order Closing The Bankruptcy Cases submitted by James Sumpter (Undocketed)* |
|  | *Attachment I To Objection To Reorganized Debtors' Motion For Final Decree And Order Closing The Bankruptcy Cases submitted by James Sumpter (Undocketed)* |
|  | *Objection Of The United States Of America To The Reorganized Debtors' Motion For A Final Decree And Order Closing The Bankruptcy Cases (Docket No. 22101)* |
| *Replies filed:* | *Reorganized Debtors' Reply To Objections To Motion For A Final Decree And Order Pursuant To 11 U.S.C. §§ 105, 350(a), And 1142, Fed. R. Bankr. P. 3022, And Local Bankr. R. 3022-1 Closing The Bankruptcy Cases And Providing Related Relief Objections Filed By Republic Engineered Products (Docket No. 22082), Pro Tech Machine (Docket No. 22085), DSSI, LLC (Docket No. 22086), James B. Sumpter (Docket No. 22089), Tata America International Corporation d/b/a TCS America (Docket No. 22092), The Michigan Department Of Environmental Quality (Docket No. 22095), And The United States Of America (Docket No. 22100) (Docket No. ___)* |
|  | *Reorganized Debtors' Reply To Objection By General Motors LLC To Motion For Final Decree And Order Pursuant To 11 U.S.C. §§ 105, 350(a), And 1142, Fed. R. Bankr. P. 3022, And Local Bankr. R. 3022-1 Closing The Bankruptcy Cases And Providing Related Relief (Docket No. 22107)* |
| *Related filings:* | *Notice Of Adjournment Of Reorganized Debtors' Motion For A Final Decree And Order Pursuant To 11 U.S.C. §§ 105, 350(a), And 1142, Fed. R. Bankr. P. 3022, And Local Bankr. R. 3022-1 Closing The Bankruptcy Cases And Providing Related Relief (Docket No. 22091)* |
|  | *Statement Of The United States Of America In Support Of The Reorganized Debtors' Motion For An Order To Compel Compliance With, And To Implement, The Modified Plan, Plan Modification Order And Related Documents (Docket No. 22100)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

**E.     Adversary Proceedings**

*None.*

Dated: New York, New York
       July 29, 2013

                                          SKADDEN, ARPS, SLATE, MEAGHER
                                             & FLOM LLP

                                    By:.  /s/ John K. Lyons
                                        John Wm. Butler, Jr.
                                        John K. Lyons
                                        Albert L. Hogan III
                                        Ron E. Meisler

                                   155 North Wacker Drive
                                   Chicago, Illinois 60606

                                          - and -

                                   Four Times Square
                                   New York, New York 10036

                                  Attorneys for DPH Holdings Corp., et al.,
                                    Reorganized Debtors