TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Neil M. Berger
Steven S. Flores

*Counsel for DPH Holdings Corp., et al.,*
  *Reorganized Debtors*

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11
                                            :
DPH HOLDINGS CORP., et al.,                 :    Case No. 05-44481 (RDD)
                                            :
         Reorganized Debtors.               :    (Jointly Administered)
                                            :
----------------------------------------------------------------x

**AFFIDAVIT OF SERVICE OF REORGANIZED DEBTORS' REPLY
TO OBJECTION BY GENERAL MOTORS LLC TO MOTION FOR FINAL
DECREE AND ORDER PURSUANT TO 11 U.S.C. §§ 105, 350(a),
AND 1142, FED. R. BANKR. P. 3022, AND LOCAL BANKR. R. 3022-1
<u>CLOSING THE BANKRUPTCY CASES AND PROVIDING RELATED RELIEF</u>**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK )

   DENISE CAHIR, being duly sworn, deposes and says:  deponent is not a party to the action, is over 18 years of age and resides at New York, New York.

   On July 29, 2013, deponent served a copy of the Reorganized Debtors' Reply to Objection by General Motors LLC to Motion for Final Decree and Order Pursuant to 11 U.S.C. §§ 105, 350(A), and 1142, Fed. R. Bankr. P. 3022, and Local Bankr.

R. 3022-1 Closing the Bankruptcy Cases and Providing Related Relief upon each of the the parties set forth on the service list annexed hereto by hand delivery.

/s/Denise Cahir
DENISE CAHIR

Sworn to before me this
29th day of July 2013

/s/Cynthia Juliano
NOTARY PUBLIC