## SERVICE LIST

*By Hand Delivery*

Arthur J. Steinberg, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

Scott Davidson, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036