```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                      :
In re                                                 :       Chapter 11
                                                      :
DPH HOLDINGS CORP., et al.,                           :       Case No. 05-44481 (RDD)
                                                      :
            Reorganized Debtors.                      :       (Jointly Administered)
                                                      :
-----------------------------------------------------------------x
```

## ORDER TO REDACT HEARING TRANSCRIPT

Upon the August 1, 2013 request of DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned Chapter 11 cases (collectively, the "Reorganized Debtors") that this Court authorize limited redactions to the transcript (the "Transcript") of the hearing conducted by this Court on July 30, 2013 (the "Hearing") on the *Reorganized Debtors' Motion for Final Decree and Order Pursuant to 11 U.S.C. §§ 105, 350(a), and 1142, Fed. R. Bankr. P. 3022, and Local Bankr. R. 3022-1 Closing the Bankruptcy Cases and Providing Related Relief* [Docket No. 22073]; and this Court having jurisdiction over the Reorganized Debtors' request; and after due deliberation thereon, and good and sufficient cause appearing therefor, including, but not limited to, the relief previously granted by this Court's *Order Granting Ex Parte Motion for an Order Authorizing the Filing of Redacted Documents and Related Relief*, entered on July 9, 2013 [Docket No. 22078], it is hereby:

ORDERED, DECREED AND ADJUDGED THAT:

1.     Veritext, the court reporter responsible for the Hearing Transcript, shall redact from the Transcript:  (a) the statement by M Steinberg, counsel for General

Motors LLC ("New GM"), concerning the dollar amount of an advance that the Reorganized Debtors have requested New GM fund pursuant to the Master Disposition Agreement that is the subject of a dispute between the parties (that is, the specific dollar amount stated by Mr. Steinberg shall be redacted), (b) the statement by Mr. Butler, counsel for the Reorganized Debtors, identifying a dollar amount to be payable under the Master Disposition Agreement, or MDA (that is, the specific dollar amount stated by Mr. Butler should be redacted), and (c) this Court's statement identifying a dollar amount that the Reorganized Debtors could arguably have requested from New GM (that is, the specific dollar amount stated by the Court shall be redacted).  No other portion of the Hearing Transcript shall be redacted.

2. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated:  White Plains, New York
        August 2, 2013

/s/ Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE