IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re : Chapter 11
:
DPH HOLDINGS CORP., et al., : Case No. 05-44481 (RDD)
:
Reorganized Debtors. : (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Darlene Calderon, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Reorganized Debtors in the above-captioned cases.

On July 3, 2013, I caused to be served the document listed below upon the parties listed on Exhibit A hereto via overnight mail:

Reorganized Debtors' Motion for Final Decree and Order Pursuant to 11 U.S.C. §§ 105, 350(a), and 1142, Fed. R. Bankr. P. 3022, and Local Bankr. R. 3022-1 Closing the Bankruptcy Cases and Providing Related Relief (Docket No. 22073)

Dated: August 8, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Darlene Calderon
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Darlene Calderon

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 8th day of August, 2013, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/ Vanessa R. Quiñones

Commission Expires: 10/20/15

# EXHIBIT A

DPH Holdings Corp.
Special Parties

| Company | City | State | Zip |
|---|---|---|---|
| ALABAMA DEPARTMENT OF REVENUE | MONTGOMERY | AL | 36104 |
| DELAWARE SECRETARY OF STATE | BINGHAMTON | NY | |
| GEORGIA DEPARTMENT OF REVENUE | ATLANTA | GA | |
| MISSISSIPPI SECRETARY OF STATE | JACKSON | MS | |
| NYS LLC LLP FEE | ALBANY | NY | |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

8/7/2013 8:02 PM
DPH 2013 activity v3 Express.xlsx