SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan, III
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
   In re                               :        Chapter 11
:
DPH HOLDINGS CORP., et al.,     :        Case No. 05-44481 (RDD)
:
:        (Jointly Administered)
           Reorganized Debtors.    :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF CANCELLATION OF OMNIBUS
HEARING DATE AND CLAIMS HEARING DATE

       PLEASE TAKE NOTICE that pursuant to the request of the Court, the omnibus

and claims hearings in the above-captioned cases, which are scheduled to occur on Thursday,

August 22, 2013 at 10:00 a.m. (prevailing Eastern time) at the Hon. Charles L. Brieant Jr. Federal

Building and Courthouse, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140,[1] have been cancelled.

PLEASE TAKE FURTHER NOTICE that pursuant to the Twenty-Ninth Supplemental Case Management Order and the Twenty-First Supplemental Claims Procedures Order the next omnibus and claims hearings are scheduled to occur on Thursday, September 26, 2013 at 10:00 a.m. (prevailing Eastern time) at the Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.

PLEASE TAKE FURTHER NOTICE that all corresponding deadlines shall shift in accordance with the following orders, as applicable: (a) the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089), (b) the Order Pursuant To 11 U.S.C. §§ 105(a) And 503(b) Authorizing Debtors To Apply Claims Objection Procedures To Address Contested Administrative Expense Claims, entered October 22, 2009 (Docket No. 18998), or (c) the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883), as amended.

---

[1] See Twenty-Ninth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered May 13, 2013 (Docket No. 22058) ("Twenty-Ninth Supplemental Case Management Order") and Twenty-First Supplemental Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered May 13, 2013 (Docket No. 22059) ("Twenty-First Supplemental Claims Procedures Order").

Dated:    New York, New York
        August 15, 2013

        SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP

By:  /s/ John K. Lyons
    John Wm. Butler, Jr.
    John K. Lyons
    Albert L. Hogan, III
    Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606

  - and -

Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors