UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., et al. | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | (Jointly Administered) |
| DELPHI AUTOMOTIVE SYSTEMS, LLC, | |
| Plaintiff, | Adv. Pro. No. 07-02416 (RDD) |
| v | |
| MERRILL TOOL & MACHINE, | |
| Defendant. | |

_____/

## REPORT OF MEDIATOR

Wallace M. Handler, duly appointed mediator, submits the following as a Mediation Report in the above-entitled matter. Mediation was scheduled for August 20, 2013, pursuant to the parties' Stipulation and mediation did not occur.

Respectfully submitted,

/s/Wallace M. Handler
Wallace M. Handler, Esq.
Mediator
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48037-0222
248.746.0700
whandler@swappc.com
Mich Bar No. P14598

W1338290.DOC