UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re: DPH Holdings Corp., et al.,                                    Case No.: 05-44481

                                                                      Chapter 11

                              Debtor
------------------------------------------------------------x

                              Plaintiff
                   v.

                              Defendant
------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Daniella A. Einik, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent DPH Holdings Corp., a Reorganized Debtor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the District of Columbia and, if applicable, the bar of the U.S. District Court for the _____ District of _____.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: August 23, 2013
District of Columbia

*(signature)*

*Mailing Address*:
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
*E-mail address*: deinik@JonesDay.com
*Telephone number*: (202) 879-3939



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

### DANIELLA ADAR EINIK

was on **SEPTEMBER 9, 2011** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **AUGUST 13, 2013**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk