UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re: DPH Holdings Corp., et al.,                          Case No.: 05-44481

                                                            Chapter 11
                    Debtor
-----------------------------------------------------------x


                    Plaintiff
          v.


                    Defendant
-----------------------------------------------------------x


           MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*


   I, Kevin P. Holewinski            , request admission, *pro hac vice*, before the
Honorable Robert D. Drain      , to represent DPH Holdings Corp.          , a
Reorganized Debtor      in the above-referenced ☑ case ☐ adversary proceeding.


   *I certify that I am a member in good standing* of the bar in the
District of Columbia   and, if applicable, the bar of the U.S. District Court for the _____
District of _____.


   I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.


Dated: August 23, 2013
District of Columbia                          [signature: Kevin P Holewinski]

                                              Mailing Address:
                                              JONES DAY
                                              51 Louisiana Ave., N.W.
                                              Washington, D.C. 20001
                                              E-mail address: kpholewinski@JonesDay.com
                                              Telephone number: ( 202 ) 879-3939



# District of Columbia Court of Appeals
### Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## KEVIN P HOLEWINSKI

was on **FEBRUARY 28, 1990** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **AUGUST 13, 2013**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk