**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re: DPH Holdings Corp., et al.,    Case No.: 05-44481

                                            Chapter 11

                         Debtor

-------------------------------------------------------------x

                         Plaintiff

                    v.

                         Defendant

-------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

      Upon the motion of Daniella A. Einik, to be admitted, *pro hac vice*, to represent DPH Holdings Corp., (the "Client") a Reorganized Debtor in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the District of Columbia and, if applicable, the bar of the U.S. District Court for the _____ District of _____, it is hereby

      **ORDERED**, that Daniella A. Einik, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: August 29, 2013
White Plains, New York                /s/ Robert D. Drain
                                                 UNITED STATES BANKRUPTCY JUDGE