**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

In re: DPH Holdings Corp., et al.,                               Case No.: 05-44481

                                                                 Chapter 11

                                Debtor

-----------------------------------------------------------------x

                                Plaintiff

                       v.

                                Defendant

-----------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

        Upon the motion of  Kevin P. Holewinski , to be admitted, *pro hac vice*, to represent  DPH Holdings Corp. , (the "Client") a  Reorganized Debtor  in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the  District of Columbia  and, if applicable, the bar of the U.S. District Court for the _____ District of _____ , it is hereby

        **ORDERED**, that  Kevin P. Holewinski , Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: August 29, 2013
 White Plains, New York                   /s/ Robert D. Drain
                                                     UNITED STATES BANKRUPTCY JUDGE