05-44481-rdd    Doc 22140    Filed 09/09/13    Entered 09/09/13 19:19:40    Main Document
Pg 1 of 5

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re : Chapter 11

DPH HOLDINGS CORP., et al., : Case No. 05-44481 (RDD)

: (Jointly Administered)

Reorganized Debtors. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF CLAIMS OBJECTION HEARING WITH RESPECT TO
REORGANIZED DEBTORS' OBJECTION TO PROOF OF
ADMINISTRATIVE EXPENSE CLAIM NUMBER 19571

(JOE N. SWAN)

PLEASE TAKE NOTICE that on March 19, 2010, DPH Holdings Corp. and

certain of its affiliated reorganized debtors (the "Reorganized Debtors"), successors of Delphi

Corporation and certain of its subsidiaries and affiliates, former debtors and debtors-in-

possession in the above-captioned cases (f/k/a In re Delphi Corporation, et al.) (collectively, the

"Debtors") objected to proof of administrative expense claim number 19571 (the "Claim") filed

by the Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association (the

"Association") on behalf of Joe N. Swan (the "Claimant") pursuant to the Reorganized Debtors'

Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To

(I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B)

Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State

Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers'

Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance

Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B)

A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify

Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers'

Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims

(Docket No. 19711) (the "Forty-Sixth Omnibus Claims Objection").

PLEASE TAKE FURTHER NOTICE THAT ON April 15, 2010, the Association,

on behalf of the Claimant, filed the Response of Mississippi Workers' Compensation Individual

Self-Insurer Guaranty Association to the Reorganized Debtor's Forty-Sixth Omnibus Claims

Objection Claim No. 19571 (Joe N. Swan)  (Docket No. 19849).

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors

substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi

Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the

"Modified Plan"), which had been approved by the United States Bankruptcy Court for the

Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No.

18707), and emerged from chapter 11 as the Reorganized Debtors.

PLEASE TAKE FURTHER NOTICE that Article 9.6(a) of the Modified Plan

provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing,

objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the

Debtors and making distributions (if any) with respect to all Claims and Interests."

PLEASE TAKE FURTHER NOTICE that on October 12, 2010, the Reorganized

Debtors filed the Notice Of Claims Objection Hearing With Respect To Reorganized Debtors'

Objection To Proof Of Administrative Expense Claim Number 19571 (Joe N. Swan) (Docket

No. 20666), pursuant to which the claim objection hearing on the Claim was scheduled for

December 16, 2010.

PLEASE TAKE FURTHER NOTICE that on October 19, 2010, the Reorganized

Debtors filed the Reorganized Debtors' Statement of Disputed Issues With Respect To Proof Of

Administrative Expense Claim Number 19571 (Joe N. Swan) (Docket No. 20679).

PLEASE TAKE FURTHER NOTICE that on the Reorganized Debtors filed the

Reorganized Debtors' Supplemental Reply With Respect To Proof Of Administrative Expense

Claim No. 19571 (Joe N. Swan) (Docket No. 20809).

PLEASE TAKE FURTHER NOTICE that on November 18, 2010, the

Association, on behalf of the Claimant, filed the Supplemental Response Of Mississippi

Workers' Compensation Individual Self-Insurer Guaranty Association To The Reorganized

Debtor's Forty-Sixth Omnibus Claims Objection Claim No. 19571 (Joe N. Swan) (Docket No.

20830).

WHEREAS, on December 3, 2010, the Reorganized Debtors Filed the Notice of

Adjournment of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To

Proof Of Administrative Expense Claim Number 19571 Filed by Mississippi Workers'

Compensation Individual Self-Insurer Guaranty Association On Behalf Of Joe N. Swan (Docket

No. 20973), adjourning the claims objection hearing on the Claim without date, subject to the

Reorganized Debtors' right to renotice the Claim for a future hearing pursuant to the Order (as

defined below).

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11

U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014

Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices

And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089)

(the "Order"), the Order Pursuant To 11 U.S.C. §§ 105(a) And 503(b) Authorizing Debtors To

Apply Claims Objection Procedures To Address Contested Administrative Expense Claims

(Docket No. 18998) (the "Administrative Claims Procedures Order"), and the Twenty-First

Supplemental Order Pursuant to 11 U.S.C. § 102(1) and 502(b) and Fed. R. Bankr. P. 2002(m),

3007, 7016, 7026, 9006, 9007, and 9014 Establishing (I) Dates for Hearings Regarding

Objections to Claims and (II) Certain Notices and Procedures Governing Objections to Claims,

entered May 13, 2013 (Docket No. 22059), a claims objection hearing (the "Claims Objection

Hearing") for purposes of holding an evidentiary hearing on the merits of the Claim is hereby

scheduled for November 14, 2013, at 10:00 a.m. (prevailing Eastern time) in the United States

Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 118,

White Plains, New York  10601-4140 (the "Court").

PLEASE TAKE FURTHER NOTICE that the Claims Objection Hearing will

proceed in accordance with the procedures provided in the Order, unless such procedures are

modified in accordance with Paragraph 9(k) thereof.  Please review the Order carefully because

failure to comply with the procedures provided in the Order (or as modified pursuant to

Paragraph 9(k)) could result in the disallowance and expungement of your Claim.  Copies of the

Order and the Administrative Claims Procedures Order are attached hereto for your convenience.

PLEASE TAKE FURTHER NOTICE that the Reorganized Debtors may further

adjourn the Claims Objection Hearing at any time at least five business days prior to the

scheduled hearing upon notice to the Court, the Association, and the Claimant.

Dated:    New York, New York
          September 9, 2013

                                        SKADDEN, ARPS, SLATE, MEAGHER
                                           & FLOM LLP

                                        By:   /s/ John K. Lyons
                                              John Wm. Butler, Jr.
                                              John K. Lyons
                                              Ron E. Meisler
                                        155 North Wacker Drive
                                        Chicago, Illinois 60606

                                           - and -

                                        Four Times Square
                                        New York, New York 10036

                                        Attorneys for DPH Holdings Corp., et al.,
                                           Reorganized Debtors