BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, MI  48226
(313) 225-7000
Cynthia J. Haffey
Thomas B. Radom
Bruce L. Sendek
David J. DeVine
*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.,* | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Reorganized Debtors. | |

### NOTICE OF WITHDRAWAL OF REORGANIZED DEBTORS' FORTY-FOURTH OMNIBUS CLAIMS OBJECTION WITH RESPECT TO CERTAIN ADDITIONAL PREFERENCE-RELATED PROOFS OF CLAIM AND SCHEDULED LIABILITIES

PLEASE TAKE NOTICE that DPH Holdings Corp. and its affiliated reorganized debtors (collectively, the "Reorganized Debtors"), formerly known as Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), former debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to certain proofs of claim and scheduled liabilities pursuant to the Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims,

1

And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities (Docket No. 19395) (the "Forty-Fourth Omnibus Claims Objection").

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by the United States Bankruptcy Court for the Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.  In connection with the consummation of the Modified Plan, Delphi and DAS LLC emerged from chapter 11 as DPH Holdings Corp. and DPH-DAS LLC, respectively.

PLEASE TAKE FURTHER NOTICE that Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests."

PLEASE TAKE FURTHER NOTICE that the Forty-Fourth Omnibus Claims Objection was filed to preserve any rights that the Reorganized Debtors may have had under 11 U.S.C. § 502(d) pending the prosecution of certain avoidance actions.

PLEASE TAKE FURTHER NOTICE that the Reorganized Debtors have resolved the avoidance actions relating to (a) all proofs of claim identified on Exhibit I to the Forty-Fourth Omnibus Claims Objection (the "Preference-Related Claims") and (b) the scheduled liabilities identified on Exhibit J to the Forty-Fourth Omnibus Claims Objection (the "Preference-Related Scheduled Liabilities").

PLEASE TAKE FURTHER NOTICE that, in light of the resolution of the above-referenced avoidance actions, the Forty-Fourth Omnibus Claims Objection is now moot and is hereby withdrawn as to all Preference-Related Claims and Preference-Related Scheduled Liabilities.

PLEASE TAKE FURTHER NOTICE that in accordance with Articles 1.9 and 9.6 of the Modified Plan and 11 U.S.C § 502, the withdrawal of the Forty-Fourth Omnibus Claims Objection with respect to the Preference-Related Claims and Preference-Related Scheduled Liabilities will result in each such Preference-Related Claim and Preference-Related Scheduled Liability being treated in accordance with the terms of the Modified Plan, except as set forth in the following paragraph.

PLEASE TAKE FURTHER NOTICE that, notwithstanding any provision to the contrary in this Notice of Withdrawal of Reorganized Debtors' Forty-Fourth Omnibus Claims Objection With Respect to Certain Additional Preference-Related Proofs of Claim And Scheduled Liabilities (the "Notice"), this Notice shall not affect the treatment of any Preference-Related Claims and Preference-Related Scheduled Liabilities that were the subject of any stipulation or order filed on the docket in these chapter 11 cases after the date of the Forty-Fourth Omnibus Claims Objection and before the filing of this Notice. Rather, each such Preference-Related Claim and Preference-Related Scheduled Liability shall be treated as provided for in such stipulation or order.

Dated: Detroit, Michigan
September 13, 2013

BUTZEL LONG, a professional corporation

By:  /s/ Cynthia J. Haffey
    Cynthia J. Haffey
    Thomas B. Radom
    Bruce L. Sendek
    David J. DeVine
150 West Jefferson, Suite 100
Detroit, Michigan 48226
(313) 225-7000
*Attorneys for Reorganized Debtors*

1429393