**EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **JAMES B. SUMPTER,** | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|     vs. | ) CAUSE NO. 1:13-cv-1024-WTL-TAB |
| | ) |
| **DELPHI AUTOMOTIVE SYSTEMS** | ) |
| **(HOLDING), INC., et al.,** | ) |
| | ) |
|    Defendants. | ) |

## ENTRY ON EMERGENCY MOTION FOR INJUNCTION

     Plaintiff James Sumpter has filed an emergency motion seeking to enjoin the Defendants from seeking an injunction against his pursuit of this suit from the Bankruptcy Court for the Southern District of New York. There is nothing facially improper about the Defendants' motion in the Bankruptcy Court; it is the Defendants' position that the issues in this case have been resolved by the Bankruptcy Court. If the Defendants' position is incorrect, the Bankruptcy Court presumably will rule accordingly; if it does not, and Sumpter disagrees with its ruling, Sumpter may appeal that ruling. Accordingly, Sumpter's emergency motion is **DENIED**.

     It appears that what Sumpter is really trying to avoid is being forced to respond to the Defendants' motion in the Bankruptcy Court under the schedule that has been imposed in that court because he is having health issues. Indeed, Sumpter has been granted a substantial extension of time in this court to respond to the pending motion to dismiss because of his health issues. If Sumpter needs additional time to respond to the Defendants' motion in the Bankruptcy Court, the proper course of action is to file a motion with the Bankruptcy Court seeking an extension.

SO ORDERED: 09/16/2013

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

**Copy by United States Mail to:**

**James B. Sumpter**
**21169 Westbay Circle**
**Noblesville, IN 46062**

Copies to all counsel of record via electronic notification