**EXHIBIT C**

| | |
|---|---|
| **From:** | DeVine, David |
| **Sent:** | Friday, September 06, 2013 11:08 PM |
| **To:** | 'jsump@ieee.org' |
| **Subject:** | DPH/Sumpter Injunction Motion II |
| **Attachments:** | Exhibit 1A.pdf; Exhibit 1B.pdf; Exhibit 2.pdf; Exhibit 3.pdf; Exhibit 4.pdf; Exhibit 5.pdf; Exhibit 6.pdf; Exhibit 7.pdf; Notice of Hearing for 9-6 Sumpter Motion.pdf; Sumpter Injunction Motion--9-6.pdf |

Dear Mr. Sumpter:

Attached please find the *Reorganized Debtors' Motion For Order (I) Enforcing (A) Modified Plan and Plan Modification Order Injunctions, (B) OPEB Orders, and (C) Recoupment Order; (II) Enjoining James Sumpter's Second Lawsuit Filed in the United States District Court for the Southern District of Indiana and Requiring James Sumpter to Dismiss the Indiana Action With Prejudice; and (III) Holding James Sumpter in Contempt and Awarding Other Sanctions ("Sumpter Injunction Motion II")*, as well as the *Notice of the Sumpter Injunction Motion II*.  Respectively, these documents have been filed on the docket as document numbers 22138 and 22139.

If you have any questions, please feel free to contact me.

Very truly yours,
David DeVine

*David J. DeVine*
*devine@butzel.com*
*Direct: 313 225 7088*
*Mobile: 248 763 9724*

**BUTZEL LONG**

**BUTZEL LONG** A PROFESSIONAL CORPORATION
150 West Jefferson, Suite 100  I  Detroit, MI 48226
Tel:  313 225 7000  I  Fax: 313 225 7080  I  www.butzel.com