SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan, III
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | |
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Reorganized Debtors. | : | |
| | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

NOTICE OF ADJOURNMENT OF SUFFICIENCY HEARING WITH RESPECT
TO REORGANIZED DEBTORS' OBJECTIONS TO PROOFS OF
<u>ADMINISTRATIVE EXPENSE CLAIM NUMBER 19715 AND 19716</u>

("NOTICE OF ADJOURNMENT OF SUFFICIENCY HEARING —
ACE AMERICAN INSURANCE COMPANY AND
PACIFIC EMPLOYERS INSURANCE COMPANY")

PLEASE TAKE NOTICE that on March 19, 2010, DPH Holdings Corp. and its affiliated reorganized debtors (the "Reorganized Debtors"), formerly known as Delphi Corporation and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases (f/k/a In re Delphi Corporation, et al.) (collectively, the "Debtors") objected to proof of administrative expense claim number 19715 ("Claim 19715") and 19716 ("Claim 19716," and together with Claim 19715, the "Claims") filed by ACE American Insurance Company ("ACE") and Pacific Employers Insurance Company ("Pacific," and together with ACE, the "Claimants") pursuant to the Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19711) (the "Forty-Sixth Omnibus Objection").

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by the United States Bankruptcy Court for the

Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

PLEASE TAKE FURTHER NOTICE that Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests."

PLEASE TAKE FURTHER NOTICE that the Reorganized Debtors filed (i) the Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proof Of Administrative Expense Claim Number 19715 (Docket No. 21993) on November 16, 2012 and (ii) the Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proof Of Administrative Expense Claim Number 19716 (Docket No. 22001) on December 7, 2012, scheduling a sufficiency hearing (the "Sufficiency Hearing") to address the legal sufficiency of each Claim and whether each such Claim states a colorable claim against the asserted Debtor for October 24, 2013[1] at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 118, White Plains, New York 10601-4140 (the "Bankruptcy Court").

---

[1] See Notice Of Adjournment Of Sufficiency Hearing With Respect To Reorganized Debtors' Objections To Proofs Of Administrative Expense Claim Number 19715 And 19716 (Docket No. 22018); Notice Of (I) Cancellation Of Omnibus Hearing Date And Claims Hearing Date And (II) Rescheduling Of Omnibus Hearing Date And Claims Hearing Date (Docket No. 22027); Notice Of Adjournment Of Sufficiency Hearing With Respect To Reorganized Debtors' Objections To Proofs Of Administrative Expense Claim Number 19715 And 19716 (Docket No. 22034); Notice Of Adjournment Of Sufficiency Hearing With Respect To Reorganized Debtors' Objections To Proofs Of Administrative Expense Claim Number 19715 And 19716 (Docket No. 22045); Notice Of Adjournment Of Sufficiency Hearing With Respect To Reorganized Debtors' Objections To Proofs Of Administrative Expense Claim Number 19715 And 19716 (Docket No. 22067); Notice Of Adjournment Of Sufficiency Hearing With Respect To Reorganized Debtors' Objections To Proofs Of Administrative Expense Claim Number 19715 And 19716 (Docket No. 22081); Notice Of Adjournment Of Sufficiency Hearing With Respect To Reorganized Debtors' Objections To Proofs Of Administrative Expense Claim Number 19715 And 19716 (Docket No. 22123).
.

PLEASE TAKE FURTHER NOTICE that pursuant to paragraph 9(a)(ii) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089), the Order Pursuant To 11 U.S.C. §§ 105(a) And 503(b) Authorizing Debtors To Apply Claims Objection Procedures To Address Contested Administrative Expense Claims entered October 22, 2009 (Docket No. 18998), and the Twenty-First Supplemental Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims (Docket No. 22059), the Sufficiency Hearing is hereby adjourned to **November 14, 2013**, at 10:00 a.m. (prevailing Eastern time).

Dated:   New York, New York
         September 18, 2013

           SKADDEN, ARPS, SLATE, MEAGHER
            & FLOM LLP

           By:   /s/ John K. Lyons
              John Wm. Butler, Jr.
              John K. Lyons
              Albert L. Hogan, III
              Ron E. Meisler
           155 North Wacker Drive
           Chicago, Illinois 60606

           - and -

           Four Times Square
           New York, New York 10036

           Attorneys for DPH Holdings Corp., et al.,
             Reorganized Debtors