**Hearing Date: September 26, 2013**
                                        **Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                        :
  In re                                        :       Chapter 11
                                                        :
DPH HOLDINGS CORP., et al.,               :       Case No. 05-44481 (RDD)
                                                         :
                Reorganized Debtors.    :       (Jointly Administered)
                                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED EIGHTY-FOURTH OMNIBUS HEARING AGENDA

<u>Location Of Hearing</u>:    United States Bankruptcy Court for the Southern District of New York,
                                    300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Eighty-Fourth Omnibus Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (1 Matter)

    C.    Uncontested, Agreed, Withdrawn, Or Settled Matters (None)

    D.    Contested Matters (1 Matter)

    E.    Adversary Proceedings (None)

**A.**     **Introduction**

*None.*

**B.**     **Continued Or Adjourned Matters∗**

    **1.**     **"Motion To Compel"** -- Motion for an Order to Compel Compliance With, and to Implement, the Modified Plan, Plan Modification Order and Related Documents (Docket No. 22075)

> *Responses filed:*     *Objection By General Motors LLC To (I) Reorganized Debtors' Motion For An Order To Compel Compliance With And To Implement, The Modified Plan, Plan Modification Order And Related Document, And (II) Reorganized Debtors' Motion For Final Decree And Order Pursuant To 11 U.S.C. §§ 105, 350(a), And 1142, Fed. R. Bankr. P. 3022, And Local Bankr. R. 3022-1 Closing The Bankruptcy Cases And Providing Related Relief (Docket No. 22088)*
>
> *Replies filed:*     *None.*
>
> *Related filings:*     *Notice Of Adjournment Of Reorganized Debtors' Motion For A Final Decree And Order Pursuant To*

---

∗    The motion found at the following docket number that appeared on a previous Proposed Omnibus Hearing Agenda has been voluntarily withdrawn from the agenda and would need to be re-noticed under the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 17, 2006 (Docket No. 2883), to be reinstated on a future Proposed Omnibus Hearing Agenda: Methode Electronics, Inc.'s Setoff Motion [Docket No. 4912].

        *11 U.S.C. §§ 105, 350(a), And 1142, Fed. R. Bankr. P. 3022, And Local Bankr. R. 3022-1 Closing The Bankruptcy Cases And Providing Related Relief (Docket No. 22091)*

        *Statement Of The United States Of America In Support Of The Reorganized Debtors' Motion For An Order To Compel Compliance With, And To Implement, The Modified Plan, Plan Modification Order And Related Documents (Docket No. 22100)*

        *Joint Stipulation And Order Between The Reorganized Debtors And General Motors LLC Regarding Adjournment Of The Hearing To Consider Motion To Compel (Docket No. 22110)*

        *Order to Redact Hearing Transcript (Docket No. 22120)*

        *Order Pursuant to 11 U.S.C. §§ 105, 350(a), and 1142, Fed. R. Bankr. P. 3022 and Local Bankr. R. 3022-1 Concerning Closing the Bankruptcy Cases and Providing Related Relief (Docket No. 22121)*

        *Joint Stipulation And Order Between The Reorganized Debtors And General Motors LLC To Further Adjourn Hearing To Consider Motion To Compel (Docket No. 22124)*

        *Second Joint Stipulation And Order Between The Reorganized Debtors And General Motors LLC To Further Adjourn Hearing To Consider Motion To Compel (Docket No. 22156)*

    *Status:*    *The hearing with respect to this matter has been adjourned to the October 21, 2013 hearing pursuant to the Second Joint Stipulation And Order Between The Reorganized Debtors And General Motors LLC To Further Adjourn Hearing To Consider Motion To Compel (Docket No. 22156).*

**C.**    **Uncontested, Agreed, Withdrawn, Or Settled Matters**

    *None.*

**D.    Contested Matters**

**2.    "Sumpter Injunction Motion II"** – Reorganized Debtors' Motion For Order (I) Enforcing (A) Modified Plan and Plan Modification Order Injunctions, (B) OPEB Orders, and (C) Recoupment Order; (II) Enjoining James Sumpter's Second Lawsuit Filed in the United States District Court for the Southern District of Indiana and Requiring James Sumpter to Dismiss the Indiana Action With Prejudice; and (III) Holding James Sumpter in Contempt and Awarding Other Sanctions (Docket No. 22138)

| | |
|---|---|
| *Responses filed:* | *Response To DPHH's Injunction Motion- Docket #22139 (Sumpter Injunction Motion II) (Not Yet Docketed)* |
| *Replies filed:* | *Reply Brief To Be Filed Prior to Hearing.* |
| *Related filings:* | *Reorganized Debtors' Response in Opposition to James B. Sumpter's Expedited Motion for a Delay Regarding Sumpter Injunction Motion II (Docket No. 22152)* |
| | *Expedited Motion for a Delay Regarding DPHH's Injunction Motion- Docket #22139 (Sumpter Injunction Motion II) (Docket No. 22151)* |
| | *Notice of Debtors' Motion For Order (I) Enforcing (A) Modified Plan and Plan Modification Order Injunctions, (B) OPEB Orders, and (C) Recoupment Order; (II) Enjoining James Sumpters Second Lawsuit Filed in the United States District Court for the Southern District of Indiana and Requiring James Sumpter to Dismiss the Indiana Action With Prejudice; and (III) Holding James Sumpter in Contempt and Awarding Other Sanctions (Docket No. 22139)* |
| | *Order Pursuant to 11 U.S.C. §§ 105, 350(a), and 1142, Fed. R. Bankr. P. 3022, and Local Bankr. R. 3022-1 Concerning Closing the Bankruptcy Cases and Providing Related Relief (Docket No. 22121)* |
| | *Objection to Reorganized Debtors' Motion for Final Decree and Order Closing the Bankruptcy Cases (Docket No. 22113)* |
| | *Reorganized Debtors' Reply to Objections to Motion for a Final Decree and Order Pursuant to 11 U.S.C. §§ 105, 350(a), and 1142, Fed. R. Bankr. P. 3022, and* |

05-44481-rdd    Doc 22162    Filed 09/25/13    Entered 09/25/13 11:26:43    Main Document
Pg 5 of 11

*Local Bankr. R. 3022-1 Closing the Bankruptcy Cases and Providing Related Relief Objections Filed by Republic Engineered Products (Docket No. 22082), Pro Tech Machine (Docket No. 22085), DSSI, LLC (Docket No. 22086), James B. Sumpter (Docket Nos. 22089, 22106), Tata America International Corporation d/b/a TCS America (Docket No. 22092), the Michigan Department of Environmental Quality (Docket No. 22095), and the United States of America (Docket No. 22100) (Docket No. 22112)*

*Second Order on Reorganized Debtor's Motion for an Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunction and Thirty-Seventh Omnibus Claims Objection Order Against James Sumpter, as Plaintiff, in Federal Court ERISA Action; and (II) Directing James Sumpter to Dismiss United States District Court, Southern Division of Indiana Action Against Reorganized Debtors and the Reorganized Debtors' Life & Disability Benefits Program (Docket No. 22090)*

*Response to the Haffey Supplemental Memorandum Regarding the ERISA Injunction Motion Concerning the Sumpter ERISA Suit in District Court (Docket No. 22077)*

*Order Denying Motion for Reconsideration of Sumpter ERISA Injunction Order (Docket No. 22065)*

*Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunction and Thirty-Seventh Omnibus Claims Objection Order Against James Sumpter, as Plaintiff, in Federal Court ERISA Action; and (II) Directing James Sumpter to Dismiss United States District Court, Southern Division of Indiana Action Against Reorganized Debtors and the Reorganized Debtors' Life & Disability Benefits Program (Docket No. 22063)*

*Supplemental Memorandum in Support of Reorganized Debtors' Motion for Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunction and Thirty-Seventh Omnibus Claims Objection Order Against James Sumpter, as Plaintiff, in Federal Court ERISA Action; and (II) Directing James Sumpter to*

*Dismiss United States District Court, Southern Division of Indiana Action Against Reorganized Debtors and the Reorganized Debtors' Life & Disability Benefits Program (Docket No. 22062)*

*Reorganized Debtors' Reply In Support of Sumpter ERISA Injunction Motion (Docket No. 22049)*

*Response to "Haffey Injunction Motion" (Docket No. 22048)*

*Letter Response By Thomas B. Radom On Behalf Of DPH Holdings Corp., Et Al. To James B. Sumpter's Letter Regarding Reorganized Debtors' Motion For Order (I) Enforcing Modification Procedures Order, Modified Plan And Plan Modification Order Injunction And Thirty-Seventh Omnibus Claims Objection Order Against James Sumpter, As Plaintiff, In Federal Court ERISA Action; And (II) Directing James Sumpter To Dismiss Federal Court ERISA Action Against The Reorganized Debtors And The Reorganized Debtors Life & Disability Benefits Program (Docket No. 22044)*

*Letter Response Of James B. Sumpter To Reorganized Debtors' Motion For Order (I) Enforcing Modification Procedures Order, Modified Plan And Plan Modification Order Injunction And Thirty-Seventh Omnibus Claims Objection Order Against James Sumpter, As Plaintiff, In Federal Court ERISA Action; And (II) Directing James Sumpter To Dismiss Federal Court ERISA Action Against The Reorganized Debtors And The Reorganized Debtors Life & Disability Benefits Program (Docket No. 22043)*

*Notice of Reorganized Debtors' Motion for Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunction and Thirty-Seventh Omnibus Claims Objection Order Against James Sumpter, as Plaintiff, in Federal Court ERISA Action; and (II) Directing James Sumpter to Dismiss Federal Court ERISA Action Against the Reorganized Debtors and the Reorganized Debtors' Life & Disability Benefits Program (Docket No. 22041)*

*Order Denying James B. Sumpter's Expedited Request For Preliminary Injunction To Prohibit DPH From Terminating Salaried Disability Plan (Docket No. 21877)*

*Order Denying James B. Sumpter's Vesting Motion Regarding Extended Disability Benefits For Salaried Employees And Salaried Retirees (Docket No. 21876)*

*Expedited Request For Preliminary Injunction To Prohibit DPHH From Terminating Salaried Disability Plan (Docket No. 21867)*

*Letter re: Vesting Motion and Email by Cynthia Haffey (Docket No. 21866)*

*Vesting Motion Regarding Extended Disability Benefits For Salaried Employees And Salaried Retirees (Docket No. 21860)*

*Order Denying Amended Motion for Recoupment on Behalf of Delphi Salaried Retirees (Docket No. 21645)*

*Transcript Regarding Hearing Held on September 22, 2011 [re: Docket No. 21534] (Docket No. 21609)*

*Reorganized Debtors' Response in Opposition to Amended Motion for Recoupment on Behalf of Delphi Salaried Retirees (Docket No. 21581)*

*Amended Motion For Recoupment On Behalf Of Delphi Salaried Retirees (Docket No. 21566)*

*Motion for Recoupment on Behalf of Delphi Salaried Retirees (Docket No. 21534)*

*Affidavit Of Service Of Evan Gershbein re: 1) Order Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicative Claims ("Thirty-Seventh Omnibus Claims Objection Order") [Docket No. 19135]; And 2) Personalized Notice Of Entry Of Order Pursuant To 11 U.S.C. § 503(B) And Fed. R. Bankr. P. 3007 To*

*Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicative Claims ("the Personalized Notice") (Docket No. 19155)*

*Order Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicative Claims (Docket No. 19135)*

*Reorganized Debtors' Omnibus Reply In Support Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 19100)*

*Affidavit Of Service Of Evan Gershbein re: 1) Reorganized Debtors' Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit And OPEB Claims, And (VII) Duplicate Claims ("Thirty-Seventh Omnibus Claims Objection") [Docket No. 18984]; 2) Order Pursuant To 11 U.S.C. Section 502(B) And Fed. R. Bankr. P. 2002(M), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims ("Claim Objection Procedures Order") [Docket No. 6089]; And 3) Personalized Notice of Objection to Claim (Docket No. 18997)*

*Reorganized Debtors' Thirty- Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance*

8

*Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 18984)*

*Affidavit Of Service Of Evan Gershbein re: Notice Of (A) Order Approving Modifications To First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession And (B) Occurrence Of Effective Date (Docket No. 18978)*

*Notice Of (A) Order Approving Modifications To First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors, And Debtors-In-Possession And (B) Occurrence Of Effective Date (Docket No. 18958)*

*Order Approving Modifications Under 11 U.S.C. § 1127(b) To (I) First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors, And Debtors-In-Possession, As Modified, And (II) Confirmation Order (Docket No. 12359) ("Plan Modification Order") (Docket No. 18707)*

*Expedited Motion To Enforce COBRA Benefit For Delphi Salaried Retirees And Motion For COBRA Settlement ("COBRA Benefit Motion") (Docket No. 18366)*

*Order (A) (I) Approving Modifications To Debtors' First Amended Plan Of Reorganization (As Modified) And Related Disclosures And Voting Procedures And (II) Setting Final Hearing Date To Consider Modifications To Confirmed First Amended Plan Of Reorganization And (B) Setting Administrative Expense Claims Bar Date And Alternative Transaction Hearing Date ("Modification Procedures Order") (Docket No. 17032)*

*First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified) (Docket No. 17030)*

*Amended Order Pursuant to 11 U.S.C. § 363 and Fed. R. Bankr. P. 9019 for Order Approving Debtors' Compromise and Settlement with Committee of*

9

*Eligible Salaried Retirees and Delphi Salaried Retirees' Association ("Salaried OPEB Settlement Order") (Docket No. 16547)*

*Transcript of Hearing Held on February 24, 2009 at 10:08 a.m. (Docket No. 16451)*

*Final Order Under 11 U.S.C. §§ 105, 363 (b)(1), 1108, And 1114 (d) (I) Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses And (II) Amending Scope And Establishing Deadline For Completion Of Retirees' Committee's Responsibilities ("Final OPEB Termination Order") (Docket No. 16448)*

*Modified Bench Ruling on Debtors' Salaried OPEB Termination Motion (Docket No. 16443)*

*Supplement and Report in Support of Motion to Appoint an Official Retiree Committee Pursuant to Section 1114 of the Bankruptcy Code and in Opposition to Debtors' Motion to Terminate Salaried Retiree Benefits (Docket No. 16431)*

*Supplement and Report in Support of Motions to Appoint an Official Retiree Committee Pursuant to Section 1114 of the Bankruptcy Code and in Opposition to Debtors' Motion to Terminate Salaried Retiree Benefits (Docket No. 16430)*

*Order Under 11 U.S.C. §§ 105, 363(b)(1), 1108, and 1114(d) (I) Provisionally Confirming Debtors' Authority to Terminate Employer-Paid Post-Retirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses, (II) Directing Appointment of Committee of Retired Employees with Limited Scope, and (III) Setting March 11, 2009 Final Hearing ("Provisional Salaried OPEB Termination Order") (Docket No. 16380)*

*Debtors' Omnibus Reply in Support of Salaried OPEB Termination Motion and Objection to Motions to*

       *Appoint Official Committee of Retired Employees (Docket No. 16327)*

       *Revised Proposed Fortieth Omnibus Hearing Agenda (Docket No. 16326)*

       *Motion for Order Under 11 U.S.C. §§ 105, 363(b)(1), and 1108 Confirming Debtors' Authority to Terminate Employer-Paid-Post-Retirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses ("Salaried OPEB Termination Motion") (Docket No. 14705)*

       *Proof Of Claim No. 18620*

    *Status:*    *The hearing with respect to this matter will be proceeding.*

**E.** **Adversary Proceedings**

 *None.*

Dated: New York, New York
    September 25, 2013

       SKADDEN, ARPS, SLATE, MEAGHER
        & FLOM LLP

      By: /s/ John K. Lyons
        John Wm. Butler, Jr.
        John K. Lyons
        Albert L. Hogan III
        Ron E. Meisler

      155 North Wacker Drive
      Chicago, Illinois 60606

       - and -

      Four Times Square
      New York, New York 10036

       Attorneys for DPH Holdings Corp., et al.,
        Reorganized Debtors