UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re                                    :    Chapter 11
                                         :
DELPHI CORPORATION, et al.,              :    Case No. 05-44481 (RDD)
                                         :
                      Debtors.           :    (Jointly Administered)
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF BAR DATE FOR FILING PROOFS OF ADMINISTRATIVE EXPENSE

PLEASE TAKE NOTICE that on June 16, 2009, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order (the "Modification Procedures Order") (Docket No. 17032), which among other things, established **July 15, 2009** (the "Administrative Expense Bar Date") as the last date to file proof of administrative expense (each, an "Administrative Expense Claim Form") for the purpose of asserting administrative expense claims ("Administrative Expense Claims" or "Claims"), against Delphi Corporation ("Delphi") and its affiliated debtors and debtors-in-possession (the "Debtors" or "Company"). The Administrative Expense Bar Date and the procedure set out below for filing proofs of administrative expense with respect to Claims apply to all alleged postpetition Claims against the Debtors that arose, accrued, or that were incurred on or before **June 1, 2009**.

PLEASE TAKE FURTHER NOTICE that the Modification Procedures Order requires all parties to file an Administrative Expense Claim Form with Kurtzman Carson Consultants LLC ("KCC"), the claims, noticing, and solicitation agent in these cases, **so that such Administrative Expense Claim Form is received on or before 5:00 p.m., prevailing Eastern time, on the Administrative Expense Bar Date**.

### WHO SHOULD FILE AN ADMINISTRATIVE EXPENSE CLAIM FORM

You must file an Administrative Expense Claim Form if you believe that you are entitled to an Administrative Expense Claim as described in 11 U.S.C. § 503, except as provided below.

You do not need to file an Administrative Expense Claim Form for (i) any claim for postpetition goods and services delivered to the Debtors prior to June 1, 2009 that are not yet due and payable pursuant to the applicable contract terms, (ii) employee claims arising prior to June 1, 2009 for wages, salary, and other benefits arising in the ordinary course of business that are not yet due and payable; (iii) any claim for which the party has already properly filed an Administrative Expense Claim Form or a proof of claim form with the Court which has not been expunged by order of the Court and provided that such proof of claim clearly and unequivocally sets forth that such claim is made for an administrative expense priority; (iv) any claim for fees and/or reimbursement of expenses by a professional employed in these chapter 11 cases accruing through January 25, 2008, to the extent that such claim is subject to this Court's Interim

Compensation Orders;[1] or (v) any claim asserted by any Debtor or any direct or indirect subsidiary of any of the Debtors in which the Debtors in the aggregate directly or indirectly own, control or hold with power to vote, 50% or more of the outstanding voting securities of such subsidiary.

## TIME AND PLACE FOR FILING ADMINISTRATIVE EXPENSE CLAIMS

<u>**A signed original of any Administrative Expense Claim Form, together with accompanying documentation, must be delivered to Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245, so as to be received no later than 5:00 p.m., prevailing Eastern time, on the Administrative Expense Bar Date**</u>. Claims may be submitted in person or by courier service, hand delivery or mail addressed to KCC at the foregoing address. Any Claim submitted by facsimile, e-mail, or by other electronic means will not be accepted and will not be deemed filed until such Claim is submitted by one of the methods described in the preceding sentence. Claims will be deemed filed only when actually received by KCC. If you wish to receive acknowledgment of KCC's receipt of your Claim, you must also submit a copy of your original Claim and a self-addressed, stamped envelope.

## CONSEQUENCES OF FAILURE TO TIMELY SUBMIT
## ADMINISTRATIVE EXPENSE CLAIM FORM

**ANY PARTY THAT IS REQUIRED BUT FAILS TO FILE AN ADMINISTRATIVE EXPENSE CLAIM FORM IN ACCORDANCE WITH THIS NOTICE ON OR BEFORE THE ADMINISTRATIVE EXPENSE BAR DATE SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH CLAIM AGAINST THE DEBTORS AND REORGANIZED DEBTORS, AS APPLICABLE, AND THEIR PROPERTY SHALL BE FOREVER DISCHARGED FROM ANY AND ALL INDEBTEDNESS, LIABILITY, OR OBLIGATION WITH RESPECT TO SUCH CLAIM.**

---

[1] <u>See</u> Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated November 4, 2005 (Docket No. 869) (the "Interim Compensation Order"); Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated March 8, 2006 (Docket No. 2747) (the "Supplemental Compensation Order"); Second Supplemental Order Under 11 U.S.C. Section 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated March 28, 2006 (Docket No. 2986) (the "Second Supplemental Interim Compensation Order"); and Third Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals, dated May 5, 2006 (Docket No. 3630) (the "Third Supplemental Interim Compensation Order"); Fourth Supplemental Order Under 11 U.S.C. Section 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated July 13, 2006 (Docket No. 4545) (the "Fourth Supplemental Interim Compensation Order"); Fifth Supplemental Order Under 11 U.S.C. Section 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses, dated October 13, 2006 (Docket No. 5310) (the "Fifth Supplemental Interim Compensation Order"); Sixth Supplemental Order Under 11 U.S.C. Section 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated December 12, 2006 (Docket No. 6145) (the "Sixth Supplemental Interim Compensation Order"); and the Seventh Supplemental Order Under 11 U.S.C. §331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated January 28, 2008 (Docket No. 12367) (together with the Interim Compensation Order, the Supplemental Compensation Order, the Second Supplemental Interim Compensation Order, the Third Supplemental Interim Compensation Order, the Fourth Supplemental Interim Compensation Order, the Fifth Supplemental Interim Compensation Order, and the Sixth Interim Compensation Order, the "Interim Compensation Orders").

PLEASE TAKE FURTHER NOTICE that all pleadings and orders of the Bankruptcy Court are publicly available along with the docket and other case information by accessing the Delphi Legal Information Website at www.delphidocket.com and may also be obtained, upon reasonable written request, from the Creditor Voting Agent, Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245, Att'n: Delphi Corporation, et al.

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

Dated: New York, New York
       June 16, 2009

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

John Wm. Butler, Jr.
Ron E. Meisler
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Kayalyn A. Marafioti
Thomas J. Matz
Four Times Square
New York, New York 10036

Attorneys for Delphi Corporation, et al., Debtors and Debtors-in-Possession

# EXHIBIT K

05-44481-rdd    Doc 17031    Filed 06/23/09    Entered 06/23/09 23:45:00    Exhibit A
to T    Pg 40 of 201

| United States Bankruptcy Court<br>Southern District of New York<br>Delphi Corporation et al. Claims Processing<br>c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue<br>El Segundo, California 90245 | Administrative Expense Claim Form |
|---|---|
| **Debtor against which claim is asserted:**<br>Delphi Corporation, et al. 05-44481 | **Case Name and Number**<br>In re Delphi Corporation., et al. 05-44481<br>Chapter 11, Jointly Administered |

**NOTE:** This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case but prior to June 1, 2009, pursuant to 11 U.S.C. § 503.

| Name of Creditor<br>*(The person or other entity to whom the debtor owes money or property)*<br><br>Name and Address Where Notices Should be Sent<br><br><br><br>Telephone No. | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|---|
| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: | Check here if this claim   ☐ replaces<br>☐ amends a previously filed claim, dated: _____ | |

| 1. BASIS FOR CLAIM<br>☐ Goods sold<br>☐ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other (Describe briefly) | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐ Wages, salaries, and compensation (Fill out below)<br>   Your social security number _____<br>   Unpaid compensation for services performed<br>   from _____ to _____<br>              (date)                          (date) |
|---|---|
| 2. DATE DEBT WAS INCURRED | 3. IF COURT JUDGMENT, DATE OBTAINED: |

4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM: $_____
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

5. Brief Description of Claim (attach any additional information):



| | | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|---|
| 6. **CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.<br><br>7. **SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".<br><br>8. **DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | | |
| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) | |

## INSTRUCTIONS FOR FILING ADMINISTRATIVE EXPENSE CLAIM FORM

*The instructions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to the general rules.*

| "DEFINITIONS" | | |
|---|---|---|
| **DEBTORS**<br>The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.<br><br>**CREDITOR**<br>A creditor is any person, corporation, or other entity to whom the debtor owes a debt. | **ADMINISTRATIVE EXPENSE CLAIM**<br>Any right to payment constituting a cost or expense of administration of any of the Chapter 11 Cases arising under 11 U.S.C. § 503(b) of the Bankruptcy Code for the period from the commencement of these cases through June 1, 2009, provided however, that you do **not** need to file an Administrative Expense Claim Form for (i) any claim for postpetition goods and services delivered to the Debtors prior to June 1, 2009 that are not yet due and payable pursuant to the applicable contract terms, (ii) employee claims arising prior to June 1, 2009 for wages, salary, and other benefits arising in the ordinary course of business that are not yet due and payable; (iii) any claim for which the party has already properly filed an Administrative Expense Claim Form (as defined in the Modification Procedures Order) (Docket No. 17032) or a proof of claim form with the Court which has not been expunged by order of the Court and provided that such proof of claim clearly and unequivocally sets forth that such claim is made for an administrative expense priority; (iv) any claim for fees and/or reimbursement of expenses by a professional employed in these chapter 11 cases accruing through January 25, 2008, and which are subject to this Court's Interim Compensation Orders (as defined in Modification Procedures Order); or (v) any claim asserted by any Debtor or any direct or indirect subsidiary of any of the Debtors in which the Debtors in the aggregate directly or indirectly own, control or hold with power to vote, 50% or more of the outstanding voting securities of such subsidiary. | **ADMINISTRATIVE BAR DATE**<br>Pursuant to section 10.2 of the Modified Plan and paragraphs 38-39 of the Modification Procedures Order, all requests for payment of an Administrative Claim that has arisen between October 8, 2005 and June 1, 2009 must be filed no later than **July 15, 2009**. |

### Items to be completed in Administrative Expense Claim Form (if not already filled in):

**Information about Creditor:**
Complete the section giving the name, address, and telephone number of the creditor to whom the Debtors owe money or property, and the Debtors' account number(s), if any. If anyone else has already filed an Administrative Expense Claim Form relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this Administrative Expense Claim Form replaces or changes an Administrative Expense Claim Form that was already filed, check the appropriate box on the form.

**1. Basis for Claim:**
Check the type of debt for which the Administrative Expense Claim Form is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the Debtors, fill in your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**
Fill in the date when the Debtors first owed the debt.

**3. Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Total Amount of Administrative Claim:**
Fill in the total amount of the entire Claim. If interest or other charges in addition to the principal amount of the Claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**5. Brief Description of Claim:**
Describe the Administrative Expense Claim including, but not limited to, the actual and necessary costs and expenses of operating one or more of the Debtors' Estates or any actual and necessary costs and expenses of operating one or more of the Debtors' businesses.

**6. Credits and Setoffs:**
By signing this Administrative Expense Claim Form, you are stating under oath that in calculating the amount of your Claim you have given the Debtors credit for all payments received from the Debtors.

**7. Supporting Documents:**
You must attach to this Administrative Expense Claim Form copies of documents that show the Debtors owe the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available you must attach an explanation of why they are not available.

**8. Date-Stamped Copy:**
To receive an acknowledgement of the filing of your Claim, enclose a stamped, self-addressed envelope and copy of this Administrative Expense Claim Form.

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 357

# EXHIBIT U

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| DUTTON LARRY | | 1626 DIFFORD RD | | | | NILES | OH | 44446 | |
| DUTTON M | | 821 COUNTY RD 346 | | | | MOULTON | AL | 35650-8175 | |
| DUTTON MARC IRRIGATION INC | | 4720 HATCHERY RD | | | | WATERFORD | MI | 48329 | |
| DUTTON W | | PO BOX 29276 | | | | SHREVEPORT | LA | 71149-9276 | |
| DUTTON WILLIAM | | 850 WILKERSON TRACE | BUILDING 15 APT 157 | | | BOWLING GREEN | KY | 42103 | |
| DUTTON WILLIAM | | 850 WILKERSON TRACE | BUILDING 15 APT 157 | | | BOWLING GREEN | KY | 42103 | |
| DUTY JOHN | | 2110 STEVENSON ST | | | | FLINT | MI | 48504-4031 | |
| DUVALL EDWARD C | | 4412 E MULBERRY 41 | | | | FT COLLINS | CO | 80524 | |
| DUVALL EMMA | | 10901 W 88TH TERR STE 705 | | | | OVERLAND PK | KS | 66214 | |
| DUVALL EMMA L | | 10901 W 88 TERR 705 | | | | OVERLAND PK | KS | 66214 | |
| DUVALL ERIC | | 16922 DUNDALK LN | | | | NORTHVILLE | MI | 48167 | |
| DUVALL ERIC | | 16922 DUNDALK LN | | | | NORTHVILLE | MI | 48167 | |
| DUVALL JOAN | | 4430 DURHAM CT | | | | RAVENNA | OH | 44266 | |
| DUVALL LEE | | 550 E AMBERLEAF TRAIL | | | | WESTFIELD | IN | 46074 | |
| DUVALL MICHAEL | | 550 AMBERLEAF TRAIL | | | | WESTFIELD | IN | 46074 | |
| DUVALL, ERIC | | 16922 DUNDALK LN | | | | NORTHVILLE | MI | 48168 | |
| DUVALL, JOAN M | | 4430 DURHAM CT | | | | RAVENNA | OH | 44266 | |
| DUVENDACK PAUL | | 960 WILSON | | | | SAGINAW | MI | 48603 | |
| DUVENDACK, PAUL T | | 960 WILSON | | | | SAGINAW | MI | 48638 | |
| DUWAYNE E KELLER AND ASSOC INC | | 12655 S W KINGS HWY STE A | | | | LAKE SUZY | FL | 34266 | |
| DUWE RONALD R | | 3027 E WANDA AVE | | | | CUDAHY | WI | 53110-2538 | |
| DUWEL KANDY | | 8530 WILDCAT RD | | | | TIPP CITY | OH | 45371 | |
| DUXBURY CURTIS | | 2359 HARDING AVE | | | | WILSON | NY | 14172-9772 | |
| DV POWER LIMITED | | FLAT C9 F HIP LIK INDBLDG | 33 TSFUK LUK ST | | | SAN PO | | | HONG KONG |
| DV POWER LIMITED | ANDY LAM | 7 F NEW TREND CENTRE | 704 PRINCE EDWARD RD EAST | | | SAN PO KONG | | KOWLOON | HONG KONG |
| DVD COPY CONTROL ASSOCIATION | | INC | C O LICENSE MANAGEMENT INTL LL | 225 B COCHRANE CIRCLE | | MORGAN HILL | CA | 95037 | |
| DVD COPY CONTROL ASSOCIATION I | | 225B COCHRANE CIR | | | | MORGAN HILL | CA | 95037 | |
| DVD COPY CONTROL ASSOCIATION INC | | C/O LICENSE MANAGEMENT INTL LL | 225 B COCHRANE CIRCLE | | | MORGAN HILL | CA | 95037 | |
| DVD FORMAT LOGO LAISENCING KK | | C/O LICENSE MANAGEMENT INTL LL | 225 B COCHRANE CIRCLE | | | MORGAN HILL | CA | 95037 | |
| DVD FORMAT LOGO LICENENG CORP | | 2 3 11 SHIBADAIMON | SHIBADAIMON MINATO KU 105 0012 | | | MINATO KU | | 1050012 | |
| DVD FORMAT LOGO LICENENG CORP | | SHIBS SHIMIZU BLDG 3F 2 3 11 | 2 3 11 SHIBADAIMON MINATO KU | TOKYO 105 0012 | | TOKYO | | | JAPAN |
| DVD FORMAT/LOGO LICENEING | | SHIBA SHIMITU BLDG 5F | SHIBADAIMON MINATO KU 105 0012 | | | TOKYO | | 95037 | JAPAN |
| DVD FORMAT/LOGO LICENEING | | SHIBS SHIMIZU BLDG 3F 2 3 11 | SHIBADAIMON MINATO KU 105 0012 | | | TOKYO | | 95037 | JAPAN |
| DVD FORMAT/LOGO LICENEING CORP | | SHIBS SHIMIZU BLDG 3F 2 3 11 | | | | TOKYO | | 95037 | JAPAN |
| DVG PIERBURG GMBH | | ALFRED PIERBURG STR1 | | | | NEUSS | | 04040 | GERMANY |
| DVK INTEGRATED SERVICES EFT | | 1710 ZANKER RD STE 200 | | | | SAN JOSE | CA | 95112 | |
| DVK INTEGRATED SERVICES INC | | 1710 ZANKER RD STE 200 | | | | SAN JOSE | CA | 95112 | |
| DVORAK DOUGLAS C | | 1788 LANCASTER | | | | YOUNGSTOWN | OH | 44511 | |
| DVORSCAK MICHAEL | ACCOUNTS PAYABLE | 1388 WOODNOLL DR | | | | FLINT | MI | 48507 | |
| DVORSCAK, MICHAEL J | | 1388 WOODNOLL DR | | | | FLINT | MI | 48507 | |
| DW SALES INC | | 1953 BRINSTON | | | | TROY | MI | 48083 | |
| DWAN PETER | | 142 LITTLE KILLARNEY | BEACH DR | | | BAY CITY | MI | 48706 | |
| DWAYNE PLAUNT | | 1624 MEIJER DR | | | | TROY | MI | 48084 | |
| DWAYNE TYSON | TYSON CONSTRUCTION & REPAIR LLC | DWAYNE TYSON | 14900 KEITH LN | | | FOLEY | AL | 36535 | |
| DWAYNE WILLIS | | 106 E MAIN ST | | | | INMAN | SC | 29349 | |
| DWIGANS LAURIE | | PO BOX 158 | | | | KEMPTON | IN | 46049 | |
| DWIGANS, LAURIE | | PO BOX 158 | | | | KEMPTON | IN | 46049 | |
| DWIGGINS SHERYL | | 1962 TROTWOOD COURT | | | | ELWOOD | IN | 46036 | |
| DWIGGINS, SHERYL B | | 1962 TROTWOOD CT | | | | ELWOOD | IN | 46036 | |
| DWIGHT DAVIS | | 1275 CUNNINGHAM RD 105 | | | | MARIETTA | GA | 30008 | |
| DWIGHT III WILLIAM | | 329 HALF MOON RD | | | | ABBEVILLE | GA | 31001 | |
| DWIGHT III, WILLIAM | | 329 HALF MOON RD | | | | ABBEVILLE | GA | 31001 | |
| DWIGHT JR WILLIAM | | 206 EASY ST | | | | ABBEVILLE | GA | 31001-4130 | |
| DWIGHT LAWSON LATONIA | | 942 HAMPSHIRE HEATH DR | | | | O FALLON | MO | 63368-8356 | |
| DWIGHT W PROUTY COMPANY INC | | PO BOX 6807 | | | | MOBILE | AL | 36660 | |
| DWIGUN JEROME | | 1440 JAMISON RD | | | | ELMA | NY | 14059-9572 | |
| DWIGUN JEROME | | 38 PARTRIDGE WALK | | | | LANCASTER | NY | 14086 | |
| DWIGUN, JEROME | | 38 PARTRIDGE WALK | | | | LANCASTER | NY | 14086 | |
| DWIRE RAYMOND D | | 5093 DIAMOND MILL RD | | | | GERMANTOWN | OH | 45327-9513 | |
| DWJ TELEVISION INC | | 1 ROBINSON LN | | | | RIDGEWOOD | NJ | 07450 | |