**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re*: | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) |
| Debtors. | Jointly Administered |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND
### WITHDRAWAL OF DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that **Michael P. Kessler** hereby withdraws its appearance filed on behalf of General Motors Corporation and its subsidiaries on October 12, 2005 [Docket No. 148] in the above-captioned bankruptcy proceedings and requests that it be removed from all lists requiring notice and service of papers to be served in this proceeding and all of its affiliated matters, including ECF notices from the United States Bankruptcy Court.

Dated: New York, New York
September 30, 2013

                              **PROSKAUER ROSE LLP**

                              By:   /s/ Michael P. Kessler
                                  Michael P. Kessler
                                  Eleven Times Square
                                  New York, New York 10036
                                  Email: mkessler@proskauer.com
                                  Telephone: (212) 969-4675