**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In Re: :
:    Chapter 11
DPH HOLDINGS CORP., et al., :
:    Case No. 05-44481 (RDD)
Reorganized Debtors. :
:    (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

TO:   Clerk of Court

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
        September 30, 2013                 Respectfully submitted,

                                           PREET BHARARA
                                           United States Attorney for the
                                           Southern District of New York

                                   By:    s/ Cristine Irvin Phillips
                                           CRISTINE IRVIN PHILLIPS
                                           Assistant United States Attorney
                                           86 Chambers Street, 3rd Floor
                                           New York, New York 10007
                                           Telephone: (212) 637-2696
                                           Facsimile: (212) 637-2702
                                           Email: cristine.phillips@usdoj.gov