FILED
U.S. BANKRUPTCY COURT

2013 OCT -1 P 2: 54

Honorable Judge Robert Drain
United States Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601

Mr. James Michael Grai
305 Schillman Pl.
Flushing, Mich, 48433

September 25, 2013

Dear Honorable Judge Drain,

First of all, Judge Drain, I would like to thank you, for taking my letter to you, on September 3, 2011 and entering it into the court documents. At that time I was very optimistic of a positive outcome with my workers compensation claim with Delphi Automotive, Ace Insurance and Pacific Insurance Company, or State of Michigan Workers Compensation Agency. To this date September 24, 2013, my claim has yet to be settled. I understand that some of the claims were settled among these parties, but for some reason, my claim has not. I understand that, the State of Michigan and the Attorney General of Michigan, Mr. Bill Schutte, continue to litigate my case in the courts. I believe that my claim is being singled out due to the letter that I wrote to you. I believe Attorney General Schutte and the State of Michigan is trying to write new bankruptcy law when it comes to workers compensation, for not settling claims. I hope this is not the case. My letter was not intended for that purpose.

Judge Drain, my workers compensation was stopped October 6, 2009. That was four years ago. It has been a battle for me physically and mentally in those four years. I have no idea if you have a solution for me, but at least you, Judge Drain, gave me hope for closure at one time. THANK YOU

Judge Drain, I am enclosing a copy of my letter to you on September 3, 2011.

THANK YOU

*James Michael Grai*

James Michael Grai

**Honorable Judge Robert Drain**  
**United States Bankruptcy Court**  
**300 Quarropas Street**  
**White Plains, NY 10601**

**Mr. James Michael Grai**  
**305 Schillman Place**  
**Flushing, MI, 48433**

September 3, 2011

Dear Honorable Judge Drain:

I am writing this letter on behalf of myself and hundreds of other workers affected by the Delphi Automotive Systems Flint, Michigan East Operations Bankruptcy, which occurred in October 2005, in order to <u>Lift the Stay</u> so that the State of Michigan Worker's Compensation Commission can disburse the worker compensation benefits. <u>Note:</u> When a company in the State of Michigan undergoes bankruptcy, it is the responsibility of the State of Michigan Worker's Compensation Commission to disburse funds to disabled workers, if the company does not have private worker's compensation insurance coverage. This has not occurred, for the Delphi Automotive Flint, Michigan East Operations pending a two-year Stay, in the United States Bankruptcy Court, in the State of New York.

1. I would like to remind the Court and the Honorable Judge Drain that the each Delphi Automotive System Plant operates as independent legal entity. For example, the Delphi Automotive System Adrian, Michigan Operations has private insurance carriers for worker's compensation insurance, therefore, this site does not require the State of Michigan Worker Compensation Commission to disburse funds because the insurance company is responsible; therefore, the Stay does not affect Delphi Adrian, Michigan site.

2. Secondly, I would like to remind the Court and the Honorable Judge Drain that each Delphi Automotive System Plant operates as independent legal entity. For example, the <u>Delphi Automotive System Flint, Michigan East Operations</u> (my work site) did NOT have private insurance carriers for worker's compensation insurance, and therefore it is required that the State of New York Court lift the Stay, so that the State of Michigan Worker's Compensation Commissioning can disburse the allocated funds and stop intervening in historical standard procedures. Unlike the Delphi Adrian, Michigan site, the Delphi Flint, Michigan East, Operations did not have private insurance for worker's compensation; therefore, the State of New York must lift the Stay on this case, so that the State of Michigan Worker's Compensation Commission can disburse the allocated benefits, for workers.

Please understand I have worked in the automatic screw machine industry for 31 years with 24 years those years with Delphi Automotive Systems Flint, Michigan East Operations. While loading an automatic screw machine with bar stock in August 2005, I incurred major hand injuries due to an inherent design safety flaw on the rig, sought medical attention from the Delphi Automotive Systems, and was placed on permanent workers compensation and underwent multiple left/right hand surgeries, which left both hands permanently inoperable with chronic breakthrough pain, ending my career. The State of Michigan Worker's Compensation Benefits were suspended because of the Delphi Automotive Bankruptcy and the Stay. Since the New York Court has initiated a Stay and the benefits suspended, I cannot pay for the most basic health essentials such as medicines, doctors, food, and shelter, which causes me to rely on several of my 30-year-old children Jason and Jennifer, to make ends meet, which is not fair for the next generation, as my children as just starting off living independently with their own newborns.

Kindly realize I am not asking for a government handout, or anything more than what is ethically and fairly intended for an injured Delphi Operator with 31 years working experience in the automatic screw machine industry, I only want the Honorable Judge Drain to lift the Stay so that the State of Michigan Worker's Compensation Commission can disburse funds to Delphi Flint, Michigan East Operations Workers so that I may be able to continue to live in a house and purchase life giving necessities without relying 100% on my children's generosity.

**Honorable Judge Drain – Please lift the Stay so that the State of Michigan State Worker's Compensation Commission can disburse the allocated funds to disabled workers, like myself.**

For reference, below is my Attorney information:

Attorney Michael P. Doud  
3438 Lennon Rd.  
Flint, MI, 48507  
810-239-5700

Sincerely,

James Michael Grai  
24 Year Veteran Delphi Operator

# DAVIDSON, BREEN, DOUD, STEELE & FERGUSON, P.C.
## ATTORNEYS AND COUNSELORS AT LAW
3438 LENNON ROAD
FLINT, MI 48507

| | | |
|---|---|---|
| *John Davidson\* (1928-2000)* | (810) 239-5700 | *\*Joseph F. Mullaney* |
| *John F. Breen\* (1934-2011)* | (888) 333-1363 | *Ayiteh Sowah* |
| *Richard J. Doud* | FAX (810) 239-2669 | *Jeffrey C. Atkin* |
| *Craig A. Zanot* | \*\*\*\*\*\*\*\* | *Daniel A. Pollard* |
| *Ferris L. Arnold\** | 1121 N. MICHIGAN AVENUE, SAGINAW, MI 48602 | *Aaron T. Lemmens* |
| *Floyd W. Steele* | (888) 444-4744  (989) 752-9595  FAX (989) 752-0531 | *Paul J. McHugh* |
| *Andrew M. Ferguson* | \*\*\*\*\*\*\*\* | |
| *Michael P. Doud* | 3303 W. SAGINAW STREET, SUITE B-1, LANSING, MI 48917 | *\*of counsel* |
| *Philip S. Della Santina* | (517) 323-1615  FAX (517) 323-2316 | |
| *James W. Smith* | \*\*\*\*\*\*\*\* | |

OAKLAND TOWNE CENTER, 28 N. SAGINAW, SUITE 602, PONTIAC, MI 48324
(888) 333-1363  (248) 322-4022  FAX (248) 322-4426
\*\*\*\*\*\*\*\*
3333 GRAND RIDGE DR., N.E., GRAND RAPIDS, MI 49525
(888) 363-1604  (616) 363-6802  FAX  (616) 363-6305

June 4, 2013

Mr. James Grai
305 Schillman Place
Flushing, MI 48433

RE: James Grai vs. Delphi

Dear Mr. Grai:

It was a pleasure seeing you again with regards to your workers' compensation matter. As you are aware, the United States Court of Appeals has yet to render a decision regarding the State of Michigan's appeal on our issue. Once the United States Court of Appeals renders a decision, I will contact you accordingly.

Yours truly,

MICHAEL P. DOUD
MPD/jds

*Last Correspondence with My Attorney   June 4, 2013*

# DAVIDSON, BREEN, DOUD, STEELE & FERGUSON, P.C.
## ATTORNEYS AND COUNSELORS AT LAW
3438 LENNON ROAD
FLINT, MI 48507

| | | |
|---|---|---|
| *John Davidson* (1928-2000)* | (810) 239-5700 | **Joseph F. Mullaney* |
| *John F. Breen* (1934-2011)* | (888) 333-1363 | *Ayiteh Sowah* |
| *Richard J. Doud* | FAX (810) 239-2669 | *Jeffrey C. Atkin* |
| *Craig A. Zanot* | ******** | *Daniel A. Pollard* |
| *Ferris L. Arnold** | 1121 N. MICHIGAN AVENUE, SAGINAW, MI 48602 | *Aaron T. Lemmens* |
| *Floyd W. Steele* | (888) 444-4744   (989) 752-9595   FAX (989) 752-0531 | *Paul J. McHugh* |
| *Andrew M. Ferguson* | ******** | |
| *Michael P. Doud* | 3303 W. SAGINAW STREET, SUITE B-1, LANSING, MI 48917 | **of counsel* |
| *Philip S. Della Santina* | (517) 323-1615   FAX (517) 323-2316 | |
| *James W. Smith* | ******** | |

OAKLAND TOWNE CENTER, 28 N. SAGINAW, SUITE 602, PONTIAC, MI 48324
(888) 333-1363   (248) 322-4022   FAX (248) 322-4426
********
3333 GRAND RIDGE DR., N.E., GRAND RAPIDS, MI 49525
(888) 363-1604   (616) 363-6802   FAX  (616) 363-6305

May 24, 2013

Mr. James Grai
305 Schillman Place
Flushing, MI 48433

RE:  James Grai vs. Delphi

Dear Mr. Grai:

As you are aware, we are actively working with the United States Bankruptcy Court and the other federal bankruptcy courts in relationship to the reinstatement of your workers' compensation benefits. Currently, our issue that we are concerned with regarding Delphi's bankruptcy is on appeal at the United States Court of Appeals. I expect a decision from the Untied Court of Appeals shortly. Once the United States Court of Appeals renders a decision, it is likely that the State of Michigan will appeal the decision to the United States Supreme Court. I do not believe that the United States Supreme Court will even agree to hear their appeal. I believe the end is near. I will keep you advised as the decision comes down from the United States Court of Appeals.

Your case is currently scheduled for hearing on **Tuesday, September 10, 2013**. I do expect a decision prior to that date and there is a possibility that I can have your case concluded prior then. However, until the United States Court of Appeals renders a decision, I cannot give you a time estimate. However, I will continue to keep you advised as your case progresses.

Yours truly,

MICHAEL P. DOUD
MPD/jds