**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 QUARROPAS STREET, RM. 530**
**WHITE PLAINS, NY 10601**
**(914) 390-4155**

October 4, 2013

Mr. James Michael Grai
305 Schillman Pl.
Flushing, Michigan 48433

      Re: <u>DPH Holdings Corp., et al.</u>,
       Case No. 05-44481

Dear Mr. Grai:

  The Court has received your letter dated September 25, 2013, to which Judge Drain has asked me to respond. It appears that the subject of your letter relates to a claim which was resolved, at least at the Bankruptcy Court level, by a stipulation signed by Judge Drain on August 27, 2012 (Dkt. No. 21951), at which time you were represented by counsel. If you still have counsel, you should discuss this matter with him. Further, the Court is not aware of the status of your claim before the State of Michigan Worker's Compensation Commission. In addition, the Court and its staff are not permitted to give you legal advice.

              Sincerely,

              /s/Rosemary DiSalvo

              Rosemary DiSalvo
              Law Clerk to Judge Drain

cc:
John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive, Suite 2700
Chicago, IL 60606-1720

Louis S. Chiappetta
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, Illinois 60606-1720

David J. DeVine
Butzel Long
150 W. Jefferson Suite 100
Detroit, MI 48226

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10004

Michael P. Doud
1121 North Michigan Avenue
Saginaw, Michigan 48602