UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:

DPH HOLDINGS CORP., et al.

                                Debtor

-----------------------------------------------------------x

Case No.: 05-44481

Chapter 11

Adversary Proceeding No.: _____

                               Plaintiff

                       v.

                               Defendant

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Duane D. Schoonmaker, Esq., request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Curtis J. and Carol Duxbury, a creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of New York and, if applicable, the bar of the U.S. District Court for the Western District of New York.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 11, 2013
       Buffalo, New York

[signature]

*Mailing Address*:

GRECO TRAPP, PLLC
1700 Rand Building
14 Lafayette Square
Buffalo, New York 14203

*E-mail address*: dschoonmaker@grecolawyers.com

*Telephone number*: (716) 856-5800