UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:                                                          Case No.: 05-44481
DPH HOLDINGS CORP., et al.                                      Chapter 11

                        Debtor
-----------------------------------------------------------x

                                                                Adversary Proceeding No.: _____

                        Plaintiff

            v.


                        Defendant
-----------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of _Duane D. Schoonmaker, Esq._, to be admitted, ***pro hac vice***, to represent _Curtis J. and Carol Duxbury_, (the "Client") a _Creditor_ in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of _New York_ and, if applicable, the bar of the U.S. District Court for the _Western_ District of _New York_, it is hereby

**ORDERED**, that _Duane D. Schoonmaker_, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: October 11, 2013

_____Buffalo_____, New York          /s/ _____
                                            UNITED STATES BANKRUPTCY JUDGE