## <u>Exhibit A</u>

**Revised Advance Request**

**Advance Request**
**DPH Holdings Corp Monthly Request for Post Closing Advances**

Month ending
Nov-13

| | | $ In Thousands | (positive)/negative Cash Flow |
|---|---|---|---|
| GL Balance at end of prior month | Oct-13 | | |
| Current month forecast spending: | Nov-13 | | |
| Change in restricted cash account | Nov-13 | | |
| Amount requested from GM: | Nov-13 | | |
| Ending Unrestricted Cash forecast for end of month | Nov-13 | | |
| Next month forecast spending: | Dec-13 | | |
| Change in restricted cash account | Dec-13 | | |
| Amount requested from GM: | Dec-13 | | |
| Ending Unrestricted Cash forecast end of next month | Dec-13 | | |

/s/ John Brooks
John Brooks
DPH Holdings Corp

15-Oct-2013
Date





Detail of Administrative Cost