# Exhibit B

## Schedule of Litigation Matters

**EXHIBIT B**

| Plaintiff/Party | Court | Description |
|---|---|---|
| Bungard | Louisiana District Court for Caddo Parish | Product liability claim concerning motorcycle accident that occurred on September 11, 2008.  Settled.  Funding from New GM requested. |
| Carlson | Ohio Court of Common Pleas for Montgomery County | Workplace injury that occurred on July 15, 2010. |
| Castillo | Delaware Superior Court for New Castle County | Toxic tort for exposure from 1985 through 1999. |
| DeBartolo | - | Product liability claim concerning motorcycle accident that occurred on March 24, 2008. |
| Duxbury | New York Supreme Court for Niagara County | Slip and fall accident that occurred on November 12, 2008. |
| Gaulding | Florida Circuit Court for Duval County | Product liability claim concerning automobile accident that occurred on March 2, 2009. |
| Jefferson | - | Harley Davidson sought contribution from DPH for half of its costs in settling a product liability action. |
| Jennings | California Superior Court for Riverside County | Product liability claim concerning automobile accident that occurred on May 11, 2010.  Settled.  Funding from New GM requested. |
| O'Neill | Illinois Appellate Court for First Judicial District | Product liability claim concerning automobile accident that occurred on July 3, 2001.  Automatic stay lifted pursuant to Bankruptcy Court order dated December 18, 2006 (Docket No. 6198). |

**EXHIBIT B**

| | | |
|---|---|---|
| Quebec Inc./Direct Diesel | Court of Quebec | Indemnification claim relating to product liability action concerning injury that occurred on March 2, 2012.  Settled.  Funding from New GM requested. |
| Sumpter | United States District Court for the Southern District of Indiana | Various claims concerning termination of supplemental extended disability benefits in March 2012. |
| Tarango | Texas District Court for Reeves County | Product liability claim concerning automobile accident that occurred on July 23, 2010. |
| Tebby | Ontario Superior Court | Product liability claim concerning automobile accident that occurred on March 2, 2012. |