STATE OF NEW YORK
SUPREME COURT : COUNTY OF NIAGARA

---

CURTIS J. DUXBURY
CAROL DUXBURY

                               Plaintiff

   v.

FIRST AMHERST DEVELOPMENT GROUP, LLC
RIDGE LEA ASSOCIATES LLC
DELPHI AUTOMOTIVE SYSTEMS, LLC f/k/a
DELPHI CORPORATION

                               Defendant

**RESPONSE TO DEMAND PURSUANT TO C.P.L.R. 3017(c)**

Index No.: 145259

---

       Plaintiffs, for their response to the Demand Pursuant to C.P.L.R. 3017(c) of Defendant DPH-DAS, LLC, respectfully state that they seek judgment on behalf of Curtis J. Duxbury in the sum of One Million Dollars ($1,000,000.00) and judgment on behalf of Carol Duxbury in the sum of One Hundred Thousand Dollars ($100,000.00), together with the costs and disbursements of this action.

Dated:  June 21, 2012
          Buffalo, New York

                                                    _____
                                                    Duane D. Schoonmaker, Esq.
                                                    GRECO TRAPP, PLLC
                                                    *Attorneys for Plaintiffs*
                                                    1700 Rand Building
                                                    14 Lafayette Square
                                                    Buffalo, New York 14203
                                                    Tel: (716) 856-5800

TO:    Mary Q. Wydysh, Esq.
Goldberg Segalla, LLP
*Attorneys for Defendant DPH-DAS, LLC*
665 Main Street, Suite 400
Buffalo, New York 14202
Tel: (716) 566-5400

CC:    Christopher J. Martin, Esq.
Wilson Elser Moskowitz Edelman & Dicker, LLP
*Attorneys for Defendants First Amherst Development Group, LLC
and Ridge Lea Associates LLC*
677 Broadway, 9th Floor
Albany, New York 12207
Tel: (518) 449-8893