TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Neil M. Berger
Steven S. Flores

*Counsel for DPH Holdings Corp., et al.,*
   *Reorganized Debtors*

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11
                                                                :
DPH HOLDINGS CORP., et al.,                                     :    Case No. 05-44481 (RDD)
                                                                :
           Reorganized Debtors.                                 :    (Jointly Administered)
                                                                :
----------------------------------------------------------------x

**AFFIDAVIT OF SERVICE OF (I) *EX PARTE* MOTION FOR A
SUPPLEMENTAL ORDER AUTHORIZING THE FILING OF
REDACTED DOCUMENTS AND RELATED RELIEF;  (II) SUPPLEMENTAL
ORDER GRANTING *EX PARTE* MOTION FOR A SUPPLEMENTAL ORDER
AUTHORIZING THE FILING OF REDACTED DOCUMENTS AND RELATED
RELIEF;  (III) REORGANIZED DEBTORS' REPLY TO OBJECTION BY GENERAL
MOTORS LLC TO REORGANIZED DEBTORS' MOTION FOR AN ORDER TO
COMPEL COMPLIANCE WITH, AND TO IMPLEMENT, THE MODIFIED
PLAN, PLAN MODIFICATION ORDER AND RELATED DOCUMENTS;
(IV) SUPPLEMENTAL DECLARATION OF RICHARD M. GOLDMAN
IN SUPPORT OF REORGANIZED DEBTORS' REPLY TO OBJECTION BY
GENERAL MOTORS LLC TO REORGANIZED DEBTORS' MOTION FOR AN
ORDER TO COMPEL COMPLIANCE WITH, AND TO IMPLEMENT, THE
MODIFIED PLAN, PLAN MODIFICATION ORDER AND RELATED
DOCUMENTS; AND (V) DECLARATION OF JOHN BROOKS**

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

   DENISE CAHIR, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at New York, New York.

   On October 16, 2013, deponent served copies of the: (i) *Ex Parte* Motion for a Supplemental Order Authorizing the Filing of Redacted Documents and Related Relief , together with its exhibit; (ii) Supplemental Order Granting *Ex Parte* Motion for a Supplemental Order Authorizing the Filing of Redacted Documents and Related Relief; (iii) Reorganized Debtors' Reply to Objection by General Motors LLC to Reorganized Debtors' Motion for an Order to Compel Compliance with, and to Implement, the Modified Plan, Plan Modification Order and Related Documents, together with its exhibits, in unredacted/unsealed format; (iv) Supplemental Declaration of Richard M. Goldman in Support of Reorganized Debtors' Reply to Objection by General Motors LLC to Reorganized Debtors' Motion for an Order to Compel Compliance with, and to Implement, the Modified Plan, Plan Modification Order and Related Documents, together with its exhibits, in unredacted/unsealed format; and (v) Declaration of John Brooks, together with its exhibits, in unredacted/unsealed format, upon the parties set forth on the service list annexed hereto by FedEx Priority Overnight Delivery.

                 /s/Denise Cahir
                 DENISE CAHIR

Sworn to before me this
18th day of October 2013

/s/Cynthia Juliano
NOTARY PUBLIC