## Service List

The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court, S.D.N.Y.
300 Quarropas Street
Room 248
White Plains, NY  10601

Arthur J. Steinberg, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY  10036

Brian Masumoto, Esq.
Office of the United States Trustee, Region 2
United States Federal Office Building
201 Varick Street
Suite 1006
New York, NY  10014