UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., *et al.*, | : | Case No.: 05-44481 (RDD) |
| | : | (Jointly Administered) |
| Reorganized Debtors. | : | |

-------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

This is to certify that on October 17, 2013, I caused to be served true and correct copies of the redacted version of the *Cross-Motion By General Motors LLC For Adjournment Of The October 21, 2013 Hearing, Until November 14, 2013, On The Reorganized Debtors' Motion For An Order To Compel Compliance With The Modified Plan*, by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, unredacted copies of the aforesaid document were served upon each of the persons and entities listed on the annexed service list by causing copies of the same to be delivered *via* email and overnight mail at the last known addresses as indicated on the annexed service list.

Dated: October 18, 2013
      New York, New York

                                      KING & SPALDING LLP

                                      By: /s/   Scott Davidson
                                      Arthur J. Steinberg
                                      Scott Davidson
                                      King & Spalding LLP
                                      1185 Avenue of the Americas
                                      New York, NY 10036
                                      (212) 556-2100 - telephone
                                      (212) 556-2222 – facsimile

                                      *Counsel for General Motors LLC*

## SERVICE LIST

### *VIA* EMAIL

rgoldman@teamtogut.com;
neilberger@teamtogut.com;
sflores@teamtogut.com

### *VIA* OVERNIGHT MAIL

Brian Masumoto
United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10004

Richard M. Goldman, Esq.
Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119

Neil Matthew Berger, Esq.
Togut, Segal & Segal LLP
One Penn Plaza
New York, NY 10119

Steven S. Flores, Esq.
Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119