**Hearing Date:  October 21, 2013**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

 - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
  In re                                   :   Chapter 11
                                          :
DPH HOLDINGS CORP., et al.,               :   Case No. 05-44481 (RDD)
                                          :
            Reorganized Debtors.          :   (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED SIXTY-THIRD CLAIMS HEARING AGENDA

Location Of Hearing:    United States Bankruptcy Court for the Southern District of New York,
                        300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Sixty-Third Claims Hearing Agenda:

      A.      Introduction

      B.      Continued Or Adjourned Matters (1 Matter)

      C.      Uncontested, Agreed, Or Settled Matters (None)

      D.      Contested Matters (None)

**A.**    **Introduction**

**B.**    **Continued Or Adjourned Matters**

      1.      **"Sufficiency Hearing Regarding Proofs Of Administrative Expense Claim Numbers 19715 and 19716** – Sufficiency Hearing Regarding Proofs Of Administrative Expense Claim Numbers 19715 And 19716 As Objected To On Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19711)

            *Responses filed:*    *Response Of The ACE Companies To Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19836)*

| | |
|---|---|
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19903)* |
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 19715 (Docket No. 21993)* |
| | *Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 19716 (Docket No. 22001)* |
| | *Proof of Administrative Expense Claim Number 19715* |
| | *Proof of Administrative Expense Claim Number 19716* |
| | *Order and Judgment re: Motions for Summary Judgment with ACE/Pacific and Michigan (Adversary Pro. Case No. 09-01510, Docket No. 174)* |
| | *Notice Of Adjournment Of Sufficiency Hearing With Respect To Reorganized Debtors' Objections To Proof Of Administrate Expense Claim Number 19715 (Docket No. 22002)* |
| | *Notice Of Adjournment Of Sufficiency Hearing With Respect To Reorganized Debtors' Objections To Proofs Of Administrative Expense Claim Numbers 19715 And 19716 (Docket No. 22018)* |
| | *Notice Of Adjournment Of Sufficiency Hearing With Respect To Reorganized Debtors' Objections To Proofs Of Administrative Expense Claim Numbers 19715 And 19716 (Docket No. 22045)* |

        *Notice Of Adjournment Of Sufficiency Hearing With Respect To Reorganized Debtors' Objections To Proofs Of Administrative Expense Claim Numbers 19715 And 19716 (Docket No. 22067)*

        *Notice Of Adjournment Of Sufficiency Hearing With Respect To Reorganized Debtors' Objections To Proofs Of Administrative Expense Claim Numbers 19715 And 19716 (Docket No. 22081)*

        *Notice Of Adjournment Of Sufficiency Hearing With Respect To Reorganized Debtors' Objections To Proofs Of Administrative Expense Claim Numbers 19715 And 19716 (Docket No. 22123)*

        *Notice Of Adjournment Of Sufficiency Hearing With Respect To Reorganized Debtors' Objections To Proofs Of Administrative Expense Claim Numbers 19715 And 19716 (Docket No. 22154)*

  *Status:*  *The hearing with respect to this matter has been adjourned to the November 14, 2013 hearing pursuant to the Notice Of Adjournment Of Sufficiency Hearing With Respect To Reorganized Debtors' Objections To Proofs Of Administrative Expense Claim Numbers 19715 And 19716 (Docket No. 22154).*

**C.**  **Uncontested, Agreed, Or Settled Matters**

  *None.*

**D.    Contested Matters**

*None.*

Dated:  New York, New York
        October 18, 2013

                    SKADDEN, ARPS, SLATE, MEAGHER
                        & FLOM LLP

              By: /s/ John K. Lyons
                  John Wm. Butler, Jr.
                  John K. Lyons
                  Albert L. Hogan III
                  Ron E. Meisler

              155 North Wacker Drive
              Chicago, Illinois 60606
              (312) 407-0700

                  - and -

              Four Times Square
              New York, New York 10036
              (212) 735-3000

              Attorneys for DPH Holdings Corp., et al.,
                  Reorganized Debtors