Hearing Date: October 21, 2013 (10:00 a.m.)

BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, MI 48226
(313) 225-7000
Thomas B. Radom
Bruce L. Sendek
David J. DeVine
*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.*, | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Reorganized Debtors. | |

### REORGANIZED DEBTORS' WITNESS LIST FOR OCTOBER 21, 2013 CONTINUED HEARING ON SUMPTER INJUNCTION MOTION II

The Reorganized Debtors hereby identify the following persons as potential witnesses for the continued hearing regarding the Sumpter Injunction Motion II (Docket No. 22138):

1. John Brooks, President, DPH Holdings Corp.

2. Albert Hogan III, Skadden, Arps, Slate, Meagher & Flom LLP

3. The Reorganized Debtors reserve the right to call any necessary rebuttal witnesses.

Dated: Detroit, Michigan
October 18, 2013

                      BUTZEL LONG, a professional corporation

                      By:  /s/ David J. DeVine
                            Thomas B. Radom
                            Bruce L. Sendek
                            David J. DeVine
                      150 West Jefferson, Suite 100
                      Detroit, Michigan 48226
                      (313) 225-7000
                      *Attorneys for Reorganized Debtors*