<u>**FILED UNDER SEAL**</u>

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In re: | Chapter 11 |
| DPH Holdings Corp., et al., | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| Debtors. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>**CONFIDENTIAL - SUBJECT TO COURT ORDER**</u>

**THIS MATERIAL HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED OCTOBER 16, 2013, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL (Doc. No. 22185):**

**Unredacted Version of Doc. 22186:** *Reorganized Debtors' Reply to Objection by General Motors LLC to Reorganized Debtors' Motion for an Order to Compel Compliance with, and to Implement, the Modified Plan, Plan Modification Order and Related Documents.*

**Unredacted Version of Doc. 22187:** *Exhibits 6,7, and 8 to the Supplemental Declaration of Richard M. Goldman in Support of Reply.*

**Unredacted Version of Doc. 22188:** *Declaration of John Brooks and Exhibit A thereto.*