TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil M. Berger
Steven S. Flores

*Counsel for DPH Holdings Corp., et al.,*
*Reorganized Debtors*

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
|  |  |  |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------------x

## JOINT STIPULATION AND ORDER AMONG THE REORGANIZED DEBTORS, GENERAL MOTORS LLC AND THE UNITED STATES OF AMERICA TO MODIFY STIPULATION AND ORDER

This stipulation and order (this "Stipulation") is entered into by and among DPH Holdings Corp. ("DPH Holdings" or "DPH," and, together with certain of its affiliated reorganized debtors in the above-captioned chapter 11 cases the "Reorganized Debtors"), General Motors LLC ("New GM") and the United States of America, along with its agencies and employees (the "United States," and collectively

with the Reorganized Debtors and New GM, the "<u>Parties</u>," and each individually, a

"<u>Party</u>").

**<u>RECITALS</u>**

**WHEREAS**, on October 21, 2013, the Reorganized Debtors and New GM

presented to the United States Bankruptcy Court for the Southern District of New York

(the "<u>Bankruptcy Court</u>") their Stipulation and Order Partially Resolving Funding

Dispute Between Reorganized Debtors and General Motors LLC, which partially

resolved the funding disputes between the Reorganized Debtors and New GM relating

to the wind up of the Reorganized Debtors (the "<u>Stipulation and Order</u>").  The

Stipulation and Order also constituted a joint request by the Reorganized Debtors and

New GM (i) for a finding that the terms set forth therein contain confidential

commercial information that may cause the Reorganized Debtors and New GM

commercial injury, and (ii) that the Clerk of the Bankruptcy Court be authorized and

directed to docket a redacted version of the Stipulation and Order.

**WHEREAS**, on October 23, 2013, the Bankruptcy Court "So Ordered" the

Stipulation and Order, and the Clerk of the Bankruptcy Court docketed a redacted copy

of the Stipulation and Order (the "<u>Redacted Stipulation and Order</u>") [Docket No.

222000].

**WHEREAS**, the Parties seek to address the request by the United States

for the production of an unredacted copy of the Stipulation and Order by modifying the

terms thereof, solely for the purposes set forth herein.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by

and among counsel for the Reorganized Debtors, New GM and the United States:

1.      The foregoing recitals are hereby fully incorporated into and made

an express part of this Stipulation.

2.      The Reorganized Debtors and New GM are authorized to provide

the United States with a partially redacted Stipulation and Order in a form agreed to by

the Parties (the "Partially Redacted Stipulation and Order").

3.      The United States shall maintain the confidentiality of the Partially

Redacted Stipulation and Order and the provisions thereof in accordance with prior

orders of the Bankruptcy Court, except as provided in paragraphs 4 and 5, below.

Except as expressly provided herein, the Parties reserve all rights with respect to

whether any portion of the Stipulation and Order can be properly sealed.

4.      This Order shall not restrict the transfer of the Partially Redacted

Stipulation and Order by the United States in response to a subpoena, Freedom of

Information Act request, Congressional inquiry or discovery demand in another

proceeding in a court of competent jurisdiction; provided, however, that the United

States must provide the Reorganized Debtors and New GM, through their counsel, at

least ten days' written notice in advance of any such transfer.

5.      Employees of the Department of Justice who are assigned to any

pending criminal investigation or criminal matter shall have access to the Partially

Redacted Stipulation and Order for their unrestricted use in such criminal investigation

or criminal matter.

6.      Each person who executes this Stipulation by or on behalf of the

Parties warrants and represents that such person has been duly authorized and

empowered to execute and deliver this Stipulation on behalf of that Party.

7.      This Stipulation may be executed in any number of counterparts,

each of which shall be deemed an original, but all of which taken together shall

constitute one and the same instrument, with facsimile and PDF signature pages

deemed to be originals.

8.      This Court shall retain jurisdiction to hear any matters or disputes

arising from or relating to this Stipulation.

Dated:   New York, New York
         October 30, 2013

DPH Holdings Corp., et al.,
By Their Attorneys
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Neil M. Berger
NEIL M. BERGER
STEVEN S. FLORES
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000

Dated:  New York, New York
        October 30, 2013

                                        GENERAL MOTORS LLC
                                        By Its Attorneys
                                        KING & SPALDING LLP
                                        By:


                                        /s/ Scott Davidson
                                        ARTHUR STEINBERG
                                        SCOTT DAVIDSON
                                        1185 Avenue of the Americas
                                        New York, New York 10036
                                        (212) 556-2100

Dated:  New York, New York
        October 29, 2013


                                        PREET BHARARA
                                        United States Attorney for the
                                        Southern District of New York
                                        By:


                                        /s/ Cristine I. Phillips
                                        CRISTINE IRVIN PHILLIPS
                                        Assistant United States Attorney
                                        86 Chambers Street, Third Floor
                                        New York, New York 10007
                                        (212) 637-2696

                        SO ORDERED:

                    this 30th day of October, 2013
                     in White Plains, New York


_____/s/Robert D. Drain_____
                    HONORABLE ROBERT D. DRAIN
                    UNITED STATES BANKRUPTCY JUDGE