UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                     :

In re                                            :         Chapter 11

DPH HOLDINGS CORP., et al.,          :         Case No. 05-44481 (RDD)

                  Reorganized Debtors. :         (Jointly Administered)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR DELETION FROM CM/ECF ELECTRONIC NOTIFICATION SERVICE, OFFICIAL MAILING MATRIX AND ALL SERVICE LISTS

**PLEASE TAKE NOTICE** that the undersigned counsel, McElroy, Deutsch, Mulvaney & Carpenter, LLP ("MDMC"), hereby withdraws its appearance [Docket No. 163, dated October 12, 2005], as attorneys for New Jersey Self-Insurers Guaranty Association in the above-captioned proceeding and requests that the undersigned be deleted from the CM/ECF electronic notification service, official mailing matrix and other service lists in the above-captioned chapter 11 cases.

**IT IS FURTHER REQUESTED** that all notices going forward be served upon:

    Richard W. Meyer, Executive Director
    New Jersey Self-Insurers Guaranty Association
    475 Wall Street
    Princeton, New Jersey 08540
    Ph.: (609) 497-2338; Fax: (609)-497-9456
    E-Mail: NJSIGA@aol.com

Dated: November 6, 2013        **MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
                                                    *Withdrawing Attorneys for New Jersey Self-Insurers Guaranty Association*

                                                    By:    /s/*Jeffrey Bernstein*
                                                              Jeffrey Bernstein, Esq.
                                                              Three Gateway Center

#2151876

100 Mulberry Street
Newark, New Jersey  07102-4079
Telephone: (973) 622-7711
Fax: 973.622.5314

- and -

88 Pine Street, 24th Floor
New York, NY 10005
Tel. No. 212.483.9490
Fax: 212/493.9129