James B. Sumpter, pro se
21169 Westbay Circle
Noblesville, IN 46062
Telephone: (317) 877-0736
jsump@ieee.org

Salaried Retiree of Debtors

UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
NEW YORK

---------------------------------x Chapter 11 Case No. 05-44481 (RDD)

In re:

DPH Holdings Corp., et. al.,
: (Jointly Administered) :
    Debtors.                     : :
                                 : :

---------------------------------x

### LIMITED OBJECTION TO REORGANIZE DEBTORS MOTION FOR APPROVAL TO DISPOSE OF NON-ESSENTIAL RECORDS (DOCKET # 22205)

1.      This is a limited objection to the reorganize Debtors motion for approval to dispose of non-essential records, for the reasons stated below.

2.      I am currently pursuing two suits, in the Indiana District Court, which have been addressed by this bankruptcy court, previously. In regards to the first suit, Delphi and the Delphi Life and Disability Program have been removed from the suit (docket # 22090). However, the suit continues against MetLife and a portion of the bankruptcy court ruling is currently under appeal, in District Court SDNY.

3.  The court also entered a ruling on November 4 (Docket # 22210), which enjoins me from pursuing the suit against DPHH and the other defendants in the Second Indiana Suit. However, I will be appealing this ruling in the next few days.

4.  Therefore, to ensure that essential documents are available for purposes of discovery, I am objecting to destruction of any records that meet the descriptions below:

a. **Regarding First Sumpter Indiana Suit**

i.  All documents, including emails and telephone records, regarding communications between James Sumpter and the Delphi Benefit Center regarding disability life insurance between November 1, 2003 and July 31, 2012.

ii.  Copies of all SPD's publish and/ or distributed between February 1991 and March 2002.

iii.  All records regarding publication and distribution data of SPD's and Summary of Material Modifications (SMM) between February 1991 and March 2002; .e.g. number of documents printed; number of documents distributed, method of distribution and distribution dates.

iv.  Records documenting the salaried employee census for the years between 1991 and 2002, inclusively.

**b. Regarding Second Sumpter Indiana Suit**

    **i.** All Delphi Strategy Board records and documents, including emails, meeting minutes and telephone records relating to salaried OPEB benefits and disability benefits, for the periods between January 1, 2008 up to and including November 7, 2013.

    **ii.** All documents, including emails, meeting minutes and telephone records relating to salaried OPEB benefits and disability benefits, between or among any and all of the following entities, during the period January 1, 2008 up to and including November 7, 2013:

Delphi;

The Delphi Strategy Board;

The Dip Lenders;

General Motors;

New Delphi Corporation;

Delphi/DPHH attorneys from Butzel Long and;

Delphi/DPHH attorneys from Skadden Arps;

    **iii.** Records documenting the salaried employee census for the years between 2009 and 2013, inclusively.

5.    In the alternative, these documents can be made available to me, now, in searchable PDF format and provided either electronically via e-mail, or as files on CD-ROM, DVD or Blu-ray data disc. In which case, the need for this objection would be satisfied.

Pg 4 of 4

WHEREFORE, I respectfully request this Court to provide the relief requested above.

Dated: Noblesville, Indiana
November 5, 2013

By: _____
James B. Sumpter, pro se

James B. Sumpter, pro se
21169 Westbay Circle
Noblesville, IN  46062
Phone       317-877-0736
E-mail      jsump@ieee.org

Salaried Retiree of Debtors