# AFFIDAVIT OF SERVICE

## Serving Date - November 6, 2013

God dammit **UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

James B. Sumpter, pro se
21169 Westbay Circle
Noblesville, IN 46062
Telephone: (317) 877-0736
jsump@ieee.org

Salaried Retiree of Debtors

UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
NEW YORK

------------------------------x Chapter 11 Case No. 05-44481 (RDD)

In re:

DPH Holdings Corp., et. al.,

                                    : (Jointly Administered) :

    Debtors.                              : :
                                         : :

------------------------------x

## AFFIDAVIT OF SERVICE

I, James B. Sumpter, do herby state that relative to the Objection:

**LIMITED OBJECTION TO REORGANIZE DEBTORS MOTION
FOR APPROVAL TO DISPOSE OF NON-ESSENTIAL
RECORDS (DOCKET # 22205)**

I served copies of the above objection on the entities listed in Exhibit A, on 6-NOV-2013.

The Honorable Robert D. Drain was served via FedEx overnight. The other entities were served via US Mail, first class, and email.

_____      11/6/2013
James B. Sumpter                                    Date
21169 Westbay circle
Noblesville, IN 46062
Telephone: (317) 877-0736
jsump@ieee.org

## Exhibit A

Hon. Robert D. Drain
United States Bankruptcy Court
for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140
Telephone: (914) 390-4155

Cynthia Haffey & Chester E. Kasiborski, Jr
Butzel Long
150 W. Jefferson
Suite 100
Detroit, MI 48236
Telephone: 313-225-7064
haffey@butzel.com

Counsel to the Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive, Suite 2700
Chicago, Illinois 60606
Attn: Ron E. Meisler
Telephone: (312) 407-0700
rmeisler@skadden.com