PREET BHARARA
United States Attorney for the
Southern District of New York
CRISTINE IRVIN PHILLIPS
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:  (212) 637-2696
Facsimile:  (212) 637-2702
Email: cristine.phillips@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In Re:                                                  :
                                                        :          Chapter 11
   DPH HOLDINGS CORP., et al.,                          :
                                                        :          Case No. 05-44481 (RDD)
               Reorganized Debtors.                     :
                                                        :          (Jointly Administered)
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF LODGING OF PROPOSED**
**SETTLEMENT AGREEMENT**

The United States of America hereby lodges with the Court the proposed Settlement Agreement attached hereto as Exhibit A.   This Settlement Agreement has been executed by all parties.

The United States requests that the Court not approve the proposed Settlement Agreement at this time.   Notice of the lodging of the proposed Settlement Agreement will be published in the *Federal Register*, following which the United States Department of Justice will accept public comments on the proposed Settlement Agreement for a 15-day period.   After the conclusion of the public comment period, the United States will file with the Court any comments received, as well as responses to the comments, and at that time, if appropriate, will request that the Court approve the proposed Settlement Agreement.

Dated: New York, New York
November 8, 2013

       PREET BHARARA
       United States Attorney for the
       Southern District of New York
       Attorney for the United States of America

By:    s/Cristine Irvin Phillips
       CRISTINE IRVIN PHILLIPS
       Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Telephone:   (212) 637-2696
       Facsimile:   (212) 637-2702
       Email: cristine.phillips@usdoj.gov