**Hearing Date: November 14, 2013**
                         **Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                            :
  In re                                     :     Chapter 11
                                            :
DPH HOLDINGS CORP., et al.,       :     Case No. 05-44481 (RDD)
                                            :
                  Reorganized Debtors.  :     (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

                              PROPOSED EIGHTY-SIXTH OMNIBUS HEARING AGENDA

<u>Location Of Hearing</u>:     United States Bankruptcy Court for the Southern District of New York,
                                      300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Eighty-Sixth Omnibus Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (None)

    C.    Uncontested, Agreed, Withdrawn, Or Settled Matters (None)

    D.    Contested Matters (3 Matters)

    E.    Adversary Proceedings (None)

**A.    Introduction**

*None.*

**B.    Continued Or Adjourned Matters**∗

*None.*

**C.    Uncontested, Agreed, Withdrawn, Or Settled Matters**

*None.*

**D.    Contested Matters**

    1.    **"Motion to Dispose Non-Essential Records"** -- Reorganized Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 1142 and Fed. R. Bankr. P. 3020(d) Authorizing the Reorganized Debtors to Dispose of Non-Essential Records (Docket No. 22205)

        *Responses filed:*    *Limited Objection To Reorganized Debtors' Motion For Approval To Dispose Of Non-Essential Records filed by James B. Sumpter (Docket No. 22214)*

        *Replies filed:*    *Reorganized Debtors' Reply To Objection To Motion For Order Pursuant To 11 U.S.C. §§ 105(a) And 1142 And Fed. R. Bankr. P. 3020(d) Authorizing The Reorganized Debtors To*

---

∗    The motion found at the following docket number that appeared on a previous Proposed Omnibus Hearing Agenda has been voluntarily withdrawn from the agenda and would need to be re-noticed under the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 17, 2006 (Docket No. 2883), to be reinstated on a future Proposed Omnibus Hearing Agenda: Methode Electronics, Inc.'s Setoff Motion [Docket No. 4912].

           *Dispose Of Non-Essential Records (Docket No. \_\_\_) to be filed on November 13, 2013.*

   *Related filings:*   *Reorganized Debtors' Motion for Final Decree and Order Pursuant to 11 U.S.C. §§ 105, 350(a), and 1142, Fed. R. Bankr. P. 3022, and Local Bankr. R. 3022-1 Closing the Bankruptcy Cases (Docket 22073)*

           *Order Pursuant to 11 U.S.C. §§ 105, 350(a), and 1142, Fed. R. Bankr. P. 3022 and Local Bankr. R. 3022-1 Concerning Closing the Bankruptcy Cases and Providing Related Relief (Docket No. 22121)*

   *Status:*     *The hearing with respect to this matter will be proceeding.*

2. **"Motion To Compel"** -- Motion For An Order To Compel Compliance With, And To Implement, The Modified Plan, Plan Modification Order And Related Documents (Docket No. 22075)

   *Responses filed:*   *Objection By General Motors LLC To (I) Reorganized Debtors' Motion For An Order To Compel Compliance With And To Implement, The Modified Plan, Plan Modification Order And Related Document, And (II) Reorganized Debtors' Motion For Final Decree And Order Pursuant To 11 U.S.C. §§ 105, 350(a), And 1142, Fed. R. Bankr. P. 3022, And Local Bankr. R. 3022-1 Closing The Bankruptcy Cases And Providing Related Relief (Docket No. 22088)*

           *Statement Of The United States Of America In Support Of The Reorganized Debtors' Motion For An Order To Compel Compliance With, And To Implement, The Modified Plan, Plan Modification Order And Related Documents (Docket No. 22100)*

   *Replies filed:*   *Reorganized Debtors' Reply To Objection By General Motors LLC To Reorganized Debtors' Motion For An Order To Compel Compliance With, And To Implement, The Modified Plan, Plan Modification Order And Related Documents (Docket No. 22186)*

   *Related filings:*   *Ex Parte Application For An Order Authorizing The Filing Of Redacted Documents (Docket No. 22074)*

           *Declaration Of Richard M. Goldman In Support Of Reorganized Debtors' Motion For An Order To Compel Compliance With, And To Implement, The Modified Plan,*

3

*Plan Modification Order And Related Documents(Docket No. 22076)*

*Order Granting Ex Parte Motion For An Order Authorizing The Filing Of Redacted Documents And Related Relief (Docket No. 22078)*

*Joint Stipulation And Order Between The Reorganized Debtors And General Motors LLC Regarding Adjournment Of The Hearing To Consider Motion To Compel (Docket No. 22110)*

*Order Pursuant to 11 U.S.C. §§ 105, 350(a), and 1142, Fed. R. Bankr. P. 3022 and Local Bankr. R. 3022-1 Concerning Closing the Bankruptcy Cases and Providing Related Relief (Docket No. 22121)*

*Joint Stipulation And Order Between The Reorganized Debtors And General Motors LLC To Further Adjourn Hearing To Consider Motion To Compel (Docket No. 22124)*

*Joint Stipulation And Order Among The Reorganized Debtors, General Motors LLC And The United States Of America To Modify Sealing Order (Docket No. 22131)*

*Second Joint Stipulation And Order Between The Reorganized Debtors And General Motors LLC To Further Adjourn Hearing To Consider Motion To Compel (Docket No. 22156)*

*Ex Parte Motion For A Supplemental Order Authorizing The Filing Of Redacted Documents And Related Relief (Docket No. 22181)*

*Supplemental Order Granting Ex Parte Motion For A Supplemental Order Authorizing The Filing Of Redacted Documents And Related Relief (Docket No. 22185)*

*Supplemental Declaration Of Richard M. Goldman In Support Of Reorganized Debtors' Reply To Objection By General Motors LLC To Reorganized Debtors' Motion For An Order To Compel Compliance With, And To Implement, The Modified Plan, Plan Modification Order And Related Documents (Docket No. 22187)*

*Declaration Of John Brooks (Docket No. 22188)*

      *Cross-Motion By General Motors LLC For Adjournment Of The October 21, 2013 Hearing, Until November 14, 2013, On The Reorganized Debtors' Motion For An Order To Compel Compliance With Modified Plan (Docket No. 22189)*

      *Stipulation And Order Partially Resolving Funding Dispute Between Reorganized Debtors And General Motors LLC (Docket No. 22200)*

      *Stipulation And Order Partially Resolving Funding Dispute Between Reorganized Debtors And General Motors LLC (Docket No. 22202)*

      *Joint Stipulation And Order Among The Reorganized Debtors, General Motors LLC And The United States Of America To Modify Stipulation And Order (Docket No. 22207)*

      *Third Joint Stipulation And Order Between The Reorganized Debtors And General Motors LLC To Further Adjourn Hearing To Consider Motion To Compel And Any Related Issues (Docket No. \_\_) submitted to the Court on November 13, 2013*

  *Status:*    *The parties intend to present a status report to the Court and to adjourn the hearing on this matter until the December date specified in the Stipulation And Order Partially Resolving Funding Dispute Between Reorganized Debtors And General Motors LLC (Docket No. 22200).*

3. **"Duxbury Injunction Motion"** – Reorganized Debtors' Motion for Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunction Against Curtis J. Duxbury and Carol Duxbury, as Plaintiffs, in New York State Court Personal Injury Action; and (II) Directing Curtis J. Duxbury and Carol Duxbury to Dismiss Action to Recover Upon Discharged and Expunged Claim (Docket No. 22167)

  *Responses filed:*  *Response to Motion of Reorganized Debtors for Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunction Against Curtis J. Duxbury and Carol Duxbury, as Plaintiffs, in New York State Court Personal Injury Action; and (II) Directing Curtis Duxbury and Carol Duxbury to Dismiss Action to Recover Upon Discharged and Expunged Claim (Docket No. 22183)*

      *Motion for Admission to Practice, Pro Hac Vice, submitted by Duane D. Schoonmaker, Esq., of Greco Trapp, PLLC, and attached Affidavit of Curtis J. Duxbury and Declaration of*

5

|  |  |
|---|---|
|  | *Duane D. Schoonmaker, Esq. (22182)* |
| *Replies filed:* | *Reorganized Debtors' Reply in Support of Their Motion for Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunction Against Curtis J. Duxbury and Carol Duxbury, as Plaintiffs, in New York State Court Personal Injury Action; and (II) Directing Curtis J. Duxbury and Carol Duxbury to Dismiss Action to Recover Upon Discharged and Expunged Claim (Docket No. 22190)* |
| *Related documents:* | *Order for Admission Pro Hac Vice of Duane D. Schoonmaker, Esq. to Represent Curtis J. and Carol Duxbury (Docket No. 22184)* |
|  | *Order Approving Modifications Under 11 U.S.C. § 1127(b) to (I) First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession, as Modified and (II) Confirmation Order (Docket No. 12359) ("Plan Modification Order") (Docket No. 18707)* |
|  | *Affidavit of Publication of Kathy Armengol in the USA Today (National) (Docket No. 17415)* |
|  | *Affidavit of Publication of Kathy Armengol in the USA Today (International) (Docket No. 17414)* |
|  | *Affidavit of Publication of Alice Weber in the New York Times (Docket No. 17413)* |
|  | *Affidavit of Publication of Erin Ostenson in the Wall Street Journal (National and Global) (Docket No. 17412)* |
|  | *Affidavit of Publication of Blair Parkman in the Detroit News and Detroit Free Press (Docket No. 17411)* |
|  | *Affidavit of Public of Alice Weber in the New York Times (Docket No. 17410)* |
|  | *Affidavit of Publication of Kathy Armengol in the USA Today (International) (Docket No. 17409)* |
|  | *Affidavit of Publication of Kathy Armengol in the USA Today (National) (Docket No. 17408)* |
|  | *Affidavit of Publication of Erin Ostenson in the Wall Street Journal (National and Global) (Docket No. 17407)* |

6

*Affidavit of Service of Evan Gershbein for Solicitation Materials Served On or Before June 20, 2009 (Docket No. 17267)*

*Order (A) (I) Approving Modifications To Debtors' First Amended Plan Of Reorganization (As Modified) And Related Disclosures And Voting Procedures And (II) Setting Final Hearing Date To Consider Modifications To Confirmed First Amended Plan Of Reorganization And (B) Setting Administrative Expense Claims Bar Date And Alternative Transaction Hearing Date ("Modification Procedures Order") (Docket No. 17032)*

*Status:*   *The hearing with respect to this matter will be proceeding.*

**E.   Adversary Proceedings**

*None.*

Dated: New York, New York
      November 13, 2013

                    SKADDEN, ARPS, SLATE, MEAGHER
                          & FLOM LLP

By: /s/ John K. Lyons
    John Wm. Butler, Jr.
    John K. Lyons
    Albert L. Hogan III
    Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606

     - and -

Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors