**Hearing Date:  November 14, 2013**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                          :
  In re                                                   :    Chapter 11
                                                          :
DPH HOLDINGS CORP., et al.,                               :    Case No. 05-44481 (RDD)
                                                          :
                    Reorganized Debtors.   :    (Jointly Administered)
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>PROPOSED SIXTY-FOURTH CLAIMS HEARING AGENDA</u>

<u>Location Of Hearing</u>:        United States Bankruptcy Court for the Southern District of New York,
                                    300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Sixty-Fourth Claims Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (None)

    C.    Uncontested, Agreed, Or Settled Matters (None)

    D.    Contested Matters (4 Matters)

**A.**    **Introduction**

**B.**    **Continued Or Adjourned Matters**

    *None.*

**C.**    **Uncontested, Agreed, Or Settled Matters**

    *None.*

**D.**    **Contested Matters**

    1.    **"Claims Objection Hearing Regarding Proof of Claim Number 19571"** – Claims Objection Hearing Regarding Proof Of Administrative Expense Claim Numbers 19571 As Objected To On Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19711)

        *Responses filed:*    *Response of Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association to the Reorganized Debtor's Forty-Sixth Omnibus Claims Objection Claim No. 19571 (Joe N. Swan) (Docket No. 19849)*

                                          *Supplemental Response of Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association to the Reorganized Debtors' Forty-Sixth Omnibus Claims*

*Objection Claim No. 19571 (Joe N. Swan) (Docket No. 20830)*

Replies filed:  *Reorganized Debtors' Omnibus Reply In Support Of Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19903)*

*Reorganized Debtors' Supplemental Reply with Respect to Proof of Administrative Expense Claim No. 19571 (Joe N. Swan) (Docket No. 20809)*

Related filings:  *Notice of Claims Objection Hearing with Respect to Reorganized Debtors' Objection to Proof of Administrative Expense Claim Number 19571 (Joe N. Swan) (Docket No. 22140)*

*Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Administrative Expense Claim Number 19571 (Joe N. Swan) (Docket No. 20679)*

*Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Administrative Expense Claim Number 19571 (Joe N. Swan) (Docket No. 20666)*

*Notice of Adjournment of Claims Objection Hearing with Respect to Reorganized Debtors' Objection to Proof of Administrative Expense Claim Number 19571 Filed by Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association on Behalf of Joe N. Swan (Docket No. 20973)*

*Reorganized Debtors' Motion for Final Decree and Order Pursuant to 11 U.S.C. §§ 105, 350(a), and 1142, Fed. R. Bankr. P. 3022, and Local Bankr. R. 3022-1 Closing the Bankruptcy Cases (Docket 22073)*

*Order Pursuant to 11 U.S.C. §§ 105, 350(a), and 1142, Fed. R. Bankr. P. 3022 and Local Bankr. R. 3022-1 Concerning Closing the Bankruptcy Cases and Providing Related Relief (Docket No. 22121)*

*Proof of Administrative Expense Claim Number 19571*

*Status:*          *This matter has been settled in principle and the parties have submitted a proposed stipulation to the Court on November 8, 2013.*

2.    **"Sufficiency Hearing Regarding Proofs Of Administrative Expense Claim Numbers 19715 and 19716"** – Sufficiency Hearing Regarding Proofs Of Administrative Expense Claim Numbers 19715 And 19716 As Objected To On Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19711)

*Responses filed:*          *Response Of The ACE Companies To Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers'*

4

*Compensation Claims, And (IV) Allow Certain Administrative
Expense Severance Claims (Docket No. 19836)*

Replies filed:

*Reorganized Debtors' Omnibus Reply In Support Of
Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. §
503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And
Expunge Certain Administrative Expense (A) Books And
Records Claims, (B) Methode Electronics Claims, (C) State
Workers' Compensation Claims, (D) Duplicate State
Workers' Compensation Claims, (E) Workers' Compensation
Claims, (F) Transferred Workers' Compensation Claims, (G)
Tax Claims, (H) Duplicate Insurance Claims, And (I)
Severance Claims, (II) Disallow And Expunge (A) A Certain
Duplicate Workers' Compensation Claim, (B) A Certain
Duplicate Tax Claim, And (C) A Certain Duplicate Severance
Claim, (III) Modify Certain Administrative Expense (A) State
Workers' Compensation Claims And (B) Workers'
Compensation Claims, And (IV) Allow Certain Administrative
Expense Severance Claims (Docket No. 19903)*

Related filings:

*Joint Stipulation and Agreed Order Between Reorganized
Debtors, ACE American Insurance Company, Pacific
Employers Insurance Company, and Illinois Union Insurance
Company Consolidating Certain Proofs of Administrative
Expense Claims (Docket No. 20504)*

*Notice Of Sufficiency Hearing With Respect To Reorganized
Debtors' Objection To Proof Of Administrative Expense
Claim Number 19715 (Docket No. 21993)*

*Notice Of Sufficiency Hearing With Respect To Reorganized
Debtors' Objection To Proof Of Administrative Expense
Claim Number 19716 (Docket No. 22001)*

*Proof of Administrative Expense Claim Number 19715*

*Proof of Administrative Expense Claim Number 19716*

*Order and Judgment re: Motions for Summary Judgment with
ACE/Pacific and Michigan (Adversary Pro. Case No.
09-01510, Docket No. 173)*

*Notice Of Adjournment Of Sufficiency Hearing With Respect
To Reorganized Debtors' Objections To Proof Of
Administrate Expense Claim Number 19715 (Docket No.
22002)*

*Notice Of Adjournment Of Sufficiency Hearing With Respect To Reorganized Debtors' Objections To Proofs Of Administrative Expense Claim Numbers 19715 And 19716 (Docket Nos. 22018, 22045, 22067, 22081, 22123, 22154)*

*Reorganized Debtors' Motion for Final Decree and Order Pursuant to 11 U.S.C. §§ 105, 350(a), and 1142, Fed. R. Bankr. P. 3022, and Local Bankr. R. 3022-1 Closing the Bankruptcy Cases (Docket 22073)*

*Order Pursuant to 11 U.S.C. §§ 105, 350(a), and 1142, Fed. R. Bankr. P. 3022 and Local Bankr. R. 3022-1 Concerning Closing the Bankruptcy Cases and Providing Related Relief (Docket No. 22121)*

*Status:*    *The parties have reached an agreement in principle  and will submit a proposed stipulation resolving the matter to the Court on or before November 25, 2013.  In the event that a final stipulation cannot be reached, the Reorganized Debtors reserve the right to request an expedited hearing on the matter subject to the Court's availability and consistent with the Order Pursuant to 11 U.S.C. §§ 105, 350(a), and 1142, Fed. R. Bankr. P. 3022 and Local Bankr. R. 3022-1 Concerning Closing the Bankruptcy Cases and Providing Related Relief (Docket No. 22121).*

3.    **"Claims Objection Hearing Regarding (i) Proofs of Claim Numbers 13018, 13080, and 13309 and (ii) Proofs of Administrative Expense Claim Numbers 18900, 19162, 19270, 19633, and 19671"** – Claims Objection Hearing Regarding (i) Proof of Claim Numbers 13018, 13080, and 13309 as objected to on the Debtors' Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected on Debtors' Books and Records, (E) Untimely Claims and Untimely Tax Claims, and (F) Claims Subject to Modification, Tax Claims Subject to Modification, and Claims Subject to Modification and Reclamation Agreement (Docket No. 7825) and (ii) Proofs Of Administrative Expense Claim Numbers 18900, 19192, 19270, 19633, and 19671 as objected to on Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A)

6

State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19711)

*Responses filed:*    *Response of the ACE Companies to Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. Section 502(B) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected on Debtors' Books and Records, (E) Untimely Claims and Untimely Tax Claims, and (F) Claims Subject to Modification, Tax Claims Subjection Modification and Reclamation Agreement (Docket No. 8023)*

    *Response Of The ACE Companies To Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19836)*

*Replies filed:*    *Debtors' Omnibus Reply in Support of Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected on Debtors' Books and Records, (E) Untimely Claims and Untimely Tax Claims, and (F) Claims Subject to Modification, Tax Claims Subject to Modification, and Claims Subject to Modification and Reclamation Agreement with Respect to Claims Listed on Exhibits E-1 and E-2 (Docket No. 8398)*

    *Reorganized Debtors' Omnibus Reply In Support Of Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And*

7

*Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19903)*

Related filings:

*Joint Stipulation and Agreed Order Resolving the Debtors' Thirteenth Omnibus Claims Objection and Claims Estimation Motion with Respect to Proofs of Claim Filed by ACE American Insurance Company, Pacific Employers Insurance Company, Illinois Union Insurance Company, ESIS, Inc. and their Affiliates and Consolidating Such Proofs of Claim (Docket No. 10405)*

*Joint Stipulation and Agreed Order Resolving the Debtors' Thirteenth Omnibus Claims Objection and Claims Estimation Motion with Respect to Proofs of Claim Filed by ACE American Insurance Company, Pacific Employers Insurance Company, Illinois Union Insurance Company, ESIS, Inc. and their Affiliates and Consolidating Such Proofs of Claim (Docket No. 10520)*

*Joint Stipulation and Agreed Order Between Reorganized Debtors, ACE American Insurance Company, Pacific Employers Insurance Company, and Illinois Union Insurance Company Consolidating Certain Proofs of Administrative Expense Claims (Docket No. 20504)*

*Reorganized Debtors' Motion for Final Decree and Order Pursuant to 11 U.S.C. §§ 105, 350(a), and 1142, Fed. R. Bankr. P. 3022, and Local Bankr. R. 3022-1 Closing the Bankruptcy Cases (Docket 22073)*

*Order Pursuant to 11 U.S.C. §§ 105, 350(a), and 1142, Fed. R. Bankr. P. 3022 and Local Bankr. R. 3022-1 Concerning Closing the Bankruptcy Cases and Providing Related Relief (Docket No. 22121)*

8

*Order and Judgment re: Motions for Summary Judgment with ACE/Pacific and Michigan (Adversary Pro. Case No. 09-01510, Docket No. 173)*

*Proof of Claim Number 13018*

*Proof of Claim Number 13080*

*Proof of Claim Number 13309*

*Proof of Administrative Expense Claim Number 18900*

*Proof of Administrative Expense Claim Number 19192*

*Proof of Administrative Expense Claim Number 19270*

*Proof of Administrative Expense Claim Number 19633*

*Proof of Administrative Expense Claim Number 19671*

*Status:*    *The parties have reached an agreement in principle  and will submit a proposed stipulation resolving the matter to the Court on or before November 25, 2013.  In the event that a final stipulation cannot be reached, the Reorganized Debtors reserve the right to request an expedited hearing on the matter subject to the Court's availability and consistent with the Order Pursuant to 11 U.S.C. §§ 105, 350(a), and 1142, Fed. R. Bankr. P. 3022 and Local Bankr. R. 3022-1 Concerning Closing the Bankruptcy Cases and Providing Related Relief (Docket No. 22121).*

4.    **"Claims Objection Hearing Regarding (i) Proof of Claim Number 15785 and (ii) Proofs of Administrative Expense Claim Numbers 18956, 19539, and 19786"** – Claims Objection Hearing Regarding (i) Proof of Claim Number 15785 as objected to on the Reorganized Debtors' Thirty-Eighth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to (I) Expunge Certain (A) Equity Interests, (B) Books and Records Claims, (C) Untimely Claims, (D) Pension, Benefit, and OPEB Claims, and (E) Workers' Compensation Claims and (II) Modify and Allow Certain Claims (Docket No. 19044) and (ii) Proofs Of Administrative Expense Claim Numbers 18956, 19539, and 19786 as objected to on Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B)

9

A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19711)

| | |
|---|---|
| *Responses filed:* | *Michigan Department of Environmental Quality's Response to Reorganized Debtors' Thirty-Eighth Omnibus Claims Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to (I) Expunge Certain (A) Equity Interests, (B) Books and Records Claims, (C) Untimely Claims (D) Pension, Benefits and OPEB Claims, and (E) Worker's Compensation Claims and (II) Modify and Allow Certain Claims (Docket No. 19132)* |
| | *Response of the United States of America to Reorganized Debtors' Objection to the Administrative Expense Claims of the United States Environmental Protection Agency (Claim Nos. 18956, 19539, and 19786) (Docket No. 19870)* |
| | *Response of the Environmental Agencies to the Reorganized Debtors' Notice of Claims Objection and Statement of Disputed Issues with Respect to Environmental Claim Number 15785, 19539, and 19786 and All Other Environmental Issues at the Sites Owned by the Reorganized Debtors (Docket No. 22150)* |
| | *Notice Of Lodging Of Proposed Settlement Agreement (Docket No. 22215)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply in Support of Thirty-Eighth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to (I) Expunge Certain (A) Equity Interests, (B) Books and Records Claims, (C) Untimely Claims, (D) Pension, Benefit, and OPEB Claims, and (E) Workers' Compensation Claims and (II) Modify and Allow Certain Claims (Docket No. 19167)* |
| | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain* |

*Duplicate Workers' Compensation Claim, (B) A Certain
Duplicate Tax Claim, And (C) A Certain Duplicate Severance
Claim, (III) Modify Certain Administrative Expense (A) State
Workers' Compensation Claims And (B) Workers'
Compensation Claims, And (IV) Allow Certain Administrative
Expense Severance Claims (Docket No. 19903)*

*Related filings:*          *Order Establishing Procedures Governing the Resolution of
Environmental Claim Numbers 15785, 18956, 19539, and
19786 and All Other Environmental Issues at the Sites Owned
by the Reorganized Debtors (Docket No. 22136)*

*Reorganized Debtors' Notice of Claims Objection and
Statement of Disputed Issues with Respect to Environmental
Claim Number 15785, 18956, 19539, and 19786 and All
Other Environmental Issues at the Sites Owned by the
Reorganized Debtors (Docket No. 22137)*

*Proof of Claim Number 15785*

*Proof of Administrative Expense Claim Number 18956*

*Proof of Administrative Expense Claim Number 19539*

*Proof of Administrative Expense Claim Number 19786*

*Status:*          *The parties have reached an agreement in principle, as
reflected in the Joint Stipulation and Agreed Order, Consent
Decree and Settlement Agreement Among Reorganized Debtors,
the United States on Behalf of the United States Environmental
Protection Agency, the State of Michigan on Behalf of the
Michigan Department of Environmental Quality, the State of
Ohio on behalf of the Ohio Environmental Protection Agency,
and the Environmental Response Trust Trustee (I) Resolving
Proof of Claim Number 15785 and Proofs of Administrative
Expense Numbers 18956, 19539, and 19786 and (II) Establishing
an Environmental Response Trust filed with the Court on
November 8, 2013  (the "Environmental Stipulation") as attached
to the Notice Of Lodging Of Proposed Settlement Agreement
(Docket No. 22215).  Pursuant to the Environmental Stipulation,
after the conclusion of a public comment period, the United States
will file with the Bankruptcy Court any comments received, as
well as the United States' responses to the comments, and at that
time, if appropriate, the United States will request approval of the
Environmental Stipulation under applicable environmental laws.
The United States reserves the right to withdraw or withhold its
consent if the comments regarding the Environmental Stipulation*

11

*disclose facts or considerations which indicate that the*
*Environmental Stipulation is not in the public interest.*

Dated: New York, New York
       November 13, 2013

                    SKADDEN, ARPS, SLATE, MEAGHER
                      & FLOM LLP

                By:/s/ John K. Lyons
                    John Wm. Butler, Jr.
                    John K. Lyons
                    Albert L. Hogan III
                    Ron E. Meisler

                155 North Wacker Drive
                Chicago, Illinois 60606
                (312) 407-0700

                  - and -

                Four Times Square
                New York, New York 10036
                (212) 735-3000

                Attorneys for DPH Holdings Corp., et al.,
                  Reorganized Debtors