James B. Sumpter, Pro se
21169 Westbay Circle
Noblesville, IN 46062
Telephone: (317) 877-0736
jsump@ieee.org

Salaried Retiree of Debtors

UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
NEW YORK

----------------------------------x Chapter 11 Case No. 05-44481 (RDD)

In re:

DPH Holdings Corp., et. al.,
                              : (Jointly Administered) :
    Debtors.               : :
                                : :

----------------------------------x

### STATEMENT OF ELECTION THAT APPEAL BE HEARD BY THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Appellant, James Sumpter, pro se (Salaried Retiree of Debtor); hereby elects, pursuant to 28 U.S.C. § 158(c)(1) and Federal Rule of Bankruptcy Procedure 8001, to have the appeal from the Bankruptcy Court's Final Order Under 28 U.S.C. §§ 157(b) [Docket #22210], enjoining the Appellant from pursuing his Indiana lawsuit suit (related to the termination of Appellant's disability benefits) against DPH Holdings Corp. and other defendants in the Indiana District Court, in response to the motion by DPH Holdings Corp. [Docket number 22138] heard by the United States Bankruptcy Court for the Southern District of New York on September 26 and October 21, 2013.

Dated: Noblesville, Indiana
November 9, 2013

By: *[signature]*
James B. Sumpter

James B. Sumpter, pro se
21169 Westbay Circle
Noblesville, IN 46062
Telephone: (317) 877-0736
jsump@ieee.org

Salaried Retiree of Debtors