UNITED STATES BANKRUPCTY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORPORATION, et al.                    Chapter 11
                                              Case No. 05-44481-RDD
                    Debtor.                   Jointly Administered
_____/


**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR DELETION FROM
CM/ECF ELECTRONIC NOTIFICATION SERVICE,
OFFICIAL MAILING MATRIX AND ALL SERVICE LISTS**

**PLEASE TAKE NOTICE** that the undersigned counsel, Scott A. Wolfson of Wolfson Bolton PLLC, withdraws his appearance as attorney for Access One Technology Group, LLC in this case and in Adversary Proceeding No. 07-02142 and requests that he be deleted from the CM/ECF electronic notification service, official mailing matrix and other service lists in this case.

                                              WOLFSON BOLTON PLLC

Dated: November 21, 2013                      By: /s/ Scott A. Wolfson
                                                  Scott A. Wolfson (P53194)
                                                  Adam L. Kochenderfer (P65757)
                                              3150 Livernois, Suite 275
                                              Troy, MI 48083
                                              Telephone: (248) 247-7103
                                              Facsimile: (248) 247-7099
                                              E-mail: swolfson@wolfsonbolton.com

{00020702.DOC }