**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., et al., | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | (Jointly Administered) |

-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I hereby certify that as of December 3, 2013, copies of the United States' Motion to Approve the Join Stipulation and Agreed Order, Consent Decree and Settlement Agreement, and attached Exhibit A, were served on the parties on the Master Service List and the Post-Emergence 2002 List by way of ECF notification and email and/or overnight delivery.

Dated: New York, New York
       December 3, 2013

                                 PREET BHARARA
                                 United States Attorney for the
                                 Southern District of New York

               By:    s/ Cristine Irvin Phillips
                         CRISTINE IRVIN PHILLIPS
                         Assistant United States Attorney
                         86 Chambers Street, 3d Floor
                         New York, New York 10007
                         Tel:  (212) 637-2696
                         Fax:  (212) 637-2702
                         cristine.phillips@usdoj.gov