**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., et al., | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | (Jointly Administered) |

------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that as of December 3, 2013, copies of the Motion of the United States of America for Entry of an Order Shortening the Notice Period for Hearing on the United States' Motion to Approve the Join Stipulation and Agreed Order, Consent Decree and Settlement Agreement, and attached Exhibit A, were served on the parties on the Master Service List and the Post-Emergence 2002 List by way of ECF notification and email and/or overnight delivery.

Dated: New York, New York
       December 3, 2013

                                          PREET BHARARA
                                        United States Attorney for the
                                        Southern District of New York

By:    s/ Cristine Irvin Phillips
        CRISTINE IRVIN PHILLIPS
        Assistant United States Attorney
        86 Chambers Street, 3d Floor
        New York, New York 10007
        Tel: (212) 637-2696
        Fax: (212) 637-2702
        cristine.phillips@usdoj.gov