UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JAMES B. SUMPTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:13-cv-01024-TWP-DKL |
| | ) | |
| BUTZEL LONG, P.C., JOHN BROOKS, | ) | |
| CYNTHIA HAFFEY, ROBERTA P. | ) | |
| GRANADIER, DPH HOLDINGS CORP., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER VACATING INITIAL PRE-TRIAL CONFERENCE**

On the same date this matter was reassigned to Magistrate Judge LaRue, an order issued setting this matter for an initial pretrial conference before Magistrate Judge Baker [Dkt. 37]. However, the Court notes that there are unresolved issues in the bankruptcy matter and a *Motion to Dismiss Complaint for Lack of Personal Jurisdiction, Improper Venue and Insufficient Service of Process* [Dkt. 28] pending in this matter. Therefore, the October 31, 2013, conference is VACATED and shall be reset at a later date.

SO ORDERED: 10/25/2013

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

JAMES B. SUMPTER
21169 Westbay Circle
Noblesville, IN 46062

Douglas Dormire Powers
BECKMAN LAWSON LLP
dpowers@beckmanlawson.com

Robin Luce Herrmann
BUTZ LONG P.C.
luce-herrmann@butzel.com

Angela Emmerling Boufford
BUTZEL LONG, P.C.
boufford@butzel.com

Bruce L. Sendek
BUTZEL LONG, P.C.
sendek@butzel.com