TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil M. Berger
Steven S. Flores

*Counsel for DPH Holdings Corp., et al.,*
  *Reorganized Debtors*

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :
In re                                                              :    Chapter 11
                                                                   :
DPH HOLDINGS CORP., et al.,                                        :    Case No. 05-44481 (RDD)
                                                                   :
         Reorganized Debtors.                                      :    (Jointly Administered)
                                                                   :
-------------------------------------------------------------------x

**AFFIDAVIT OF SERVICE OF REORGANIZED DEBTORS' RESPONSE TO
GENERAL MOTORS LLC'S DOCUMENT REQUEST ANNEXED
AS EXHIBIT "A" TO THE NOTICE OF DEPOSITION OF JOHN C. BROOKS**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK )

       KATIE WARREN, being duly sworn, deposes and says:  deponent is not a party to the action, is over 18 years of age and resides at Weehawken, New Jersey.

       On December 6, 2013, deponent served a copy of the Reorganized Debtors' Response to General Motors LLC's Document Request Annexed as Exhibit "A" to the Notice of Deposition of John C. Brooks, upon the following party:

**King & Spalding
1185 Avenue of the Americas
New York, NY  10036
Attn: Arthur J. Steinberg**

by depositing a true copy of same enclosed in a pre-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

/s/ Katie Warren
KATIE WARREN

Sworn to before me this
11TH day of December 2013

/s/ Krista Ackerman
NOTARY PUBLIC