**Hearing Date:  December 18, 2013**
                                    **Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                               :
  In re                                           :    Chapter 11
                                               :
DPH HOLDINGS CORP., et al.,          :    Case No. 05-44481 (RDD)
                                               :
                      Reorganized Debtors.  :    (Jointly Administered)
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### PROPOSED EIGHTY-SEVENTH OMNIBUS HEARING AGENDA

<u>Location Of Hearing</u>:    United States Bankruptcy Court for the Southern District of New York,
                                      300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Eighty-Seventh Omnibus Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (None)

    C.    Uncontested, Agreed, Withdrawn, Or Settled Matters (None)

    D.    Contested Matters (1 Matters)

    E.    Adversary Proceedings (None)

**A.**    **Introduction**

*None.*

**B.**    **Continued Or Adjourned Matters∗**

*None.*

**C.**    **Uncontested, Agreed, Withdrawn, Or Settled Matters**

*None.*

**D.**    **Contested Matters**

    1.    **"Case Closing Motion"** -- Reorganized Debtors' Motion For Final Decree and Order Pursuant To 11 U.S.C. §§ 105, 350(a), And 1142, Fed. R. Bankr. P. 3022, And Local Bankr. R. 3022-1 Closing The Bankruptcy Cases And Providing Related Relief (Docket No. 22073)

        *Responses filed:*    *Limited Objection Of JPMorgan Chase Bank, N.A., To The Reorganized Debtors' Motion For Final Decree And Order And To The Reorganized Debtors' Case Closing Status Report (Docket No. 22247)*

---

∗    The motion found at the following docket number that appeared on a previous Proposed Omnibus Hearing Agenda has been voluntarily withdrawn from the agenda and would need to be re-noticed under the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 17, 2006 (Docket No. 2883), to be reinstated on a future Proposed Omnibus Hearing Agenda:  Methode Electronics, Inc.'s Setoff Motion [Docket No. 4912].

| | |
|---|---|
| *Replies filed:* | *Reorganized Debtors' Reply To The Limited Objection Of JPMorgan Chase Bank, N.A., To The Reorganized Debtors' Motion For Final Decree And Order And To The Reorganized Debtors' Case Closing Status Report (to be filed on December 17, 2013)* |
| *Related filings:* | *Limited Objection Of Republic Engineered Products To Motion For Final Decree And Order (Docket No. 22082)* |
| | *Joinder Of Pro Tech Machine In Limited Objection Of Republic Engineered Products To Motion For Final Decree And Order (Docket No. 22085) (Docket No. 22082)* |
| | *Limited Objection Of DSSI, LLC To Motion For Final Decree And Order Pursuant To 11 U.S.C. §§ 105, 350(a), And 1142, Fed. R. Bankr. P. 3022 ,And Local Bankr. R. 3022-1 Closing The Bankruptcy Cases And Providing Relief (Docket No. 22086) (Docket No. 22082)* |
| | *Objection By General Motors LLC To (I) Reorganized Debtors' Motion For An Order To Compel Compliance With And To Implement, The Modified Plan, Plan Modification Order And Related Document, And (II) Reorganized Debtors' Motion For Final Decree And Order Pursuant To 11 U.S.C. §§ 105, 350(a), And 1142, Fed. R. Bankr. P. 3022, And Local Bankr. R. 3022-1 Closing The Bankruptcy Cases And Providing Related Relief (Docket No. 22088) (Docket No. 22082)* |
| | *Joinder Of Tata America International Corporation d/b/a TCS America To The Limited Objections To Motion For Final Decree And Order Pursuant to 11 U.S.C. §§ 105, 350(a), and 1142, Fed. R. Bankr. P. 3022, And Local Rule Bankr. R. 3022-1 Closing The Bankruptcy Cases And Providing Related Relief (Docket No. 22092) (Docket No. 22082)* |
| | *Michigan Department Of Environmental Quality's Limited Objection To Motion For Final Decree And Order Pursuant To 11 U.S.C. 105, 350(a), And 1142, Fed. R. Bankr. P. 3022, And Local Bankr. R. 3022-1 Closing The Bankruptcy Cases And Providing Related Relief [Docket No. 22073](Docket No. 22095) (Docket No. 22082)* |
| | *Objection To Reorganized Debtors' Motion For Final Decree And Order Closing The Bankruptcy Cases submitted by* |

3

*James Sumpter (Docket Nos. 22106, 22113)*

*Objection Of The United States Of America To The Reorganized Debtors' Motion For A Final Decree And Order Closing The Bankruptcy Cases (Docket No. 22101)*

*Reorganized Debtors' Reply To Objections To Motion For A Final Decree And Order Pursuant To 11 U.S.C. §§ 105, 350(a), And 1142, Fed. R. Bankr. P. 3022, And Local Bankr. R. 3022-1 Closing The Bankruptcy Cases And Providing Related Relief Objections Filed By Republic Engineered Products (Docket No. 22082), Pro Tech Machine (Docket No. 22085), DSSI, LLC (Docket No. 22086), James B. Sumpter (Docket No. 22089), Tata America International Corporation d/b/a TCS America (Docket No. 22092), The Michigan Department Of Environmental Quality (Docket No. 22095), And The United States Of America (Docket No. 22100) (Docket No. 22112)*

*Reorganized Debtors' Reply To Objection By General Motors LLC To Motion For Final Decree And Order Pursuant To 11 U.S.C. §§ 105, 350(a), And 1142, Fed. R. Bankr. P. 3022, And Local Bankr. R. 3022-1 Closing The Bankruptcy Cases And Providing Related Relief (Docket No. 22107)*

*Notice Of Adjournment Of Reorganized Debtors' Motion For A Final Decree And Order Pursuant To 11 U.S.C. §§ 105, 350(a), And 1142, Fed. R. Bankr. P. 3022, And Local Bankr. R. 3022-1 Closing The Bankruptcy Cases And Providing Related Relief (Docket No. 22091)*

*Statement Of The United States Of America In Support Of The Reorganized Debtors' Motion For An Order To Compel Compliance With, And To Implement, The Modified Plan, Plan Modification Order And Related Documents (Docket No. 22100*

*Order Pursuant to 11 U.S.C. §§ 105, 350(a), and 1142, Fed. R. Bankr. P. 3022, and Local Bankr. R. 3022-1 Concerning Closing the Bankruptcy Cases and Providing Related Relief (Docket No. 22121)*

*Reorganized Debtors' Case Closing Status Report (Docket No. 22245)*

    *Status:*    *The Closing Status Hearing with respect to this matter will be proceeding.*

**E.  Adversary Proceedings**

  *None.*

Dated: New York, New York
   December 17, 2013

           SKADDEN, ARPS, SLATE, MEAGHER
            & FLOM LLP

          By:/s/ John K. Lyons
            John Wm. Butler, Jr.
            John K. Lyons
            Albert L. Hogan III
            Ron E. Meisler

          155 North Wacker Drive
          Chicago, Illinois 60606

            - and -

          Four Times Square
          New York, New York 10036

           Attorneys for DPH Holdings Corp., et al.,
            Reorganized Debtors