**Hearing Date: December 18, 2013**
                           **Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
|  | : |  |
| In re | : | Chapter 11 |
|  | : |  |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Reorganized Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>PROPOSED SIXTY-FIFTH CLAIMS HEARING AGENDA</u>

<u>Location Of Hearing</u>:    United States Bankruptcy Court for the Southern District of New York,
                                       300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Sixty-Fifth Claims Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (None)

    C.    Uncontested, Agreed, Or Settled Matters (1 Matter)

    D.    Contested Matters (None)

**A.    Introduction**

**B.    Continued Or Adjourned Matters**

*None.*

**C.    Uncontested, Agreed, Or Settled Matters**

1. **"Claims Objection Hearing Regarding (i) Proof of Claim Number 15785 and (ii) Proofs of Administrative Expense Claim Numbers 18956, 19539, and 19786"** – Claims Objection Hearing Regarding (i) Proof of Claim Number 15785 as objected to on the Reorganized Debtors' Thirty-Eighth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to (I) Expunge Certain (A) Equity Interests, (B) Books and Records Claims, (C) Untimely Claims, (D) Pension, Benefit, and OPEB Claims, and (E) Workers' Compensation Claims and (II) Modify and Allow Certain Claims (Docket No. 19044) and (ii) Proofs Of Administrative Expense Claim Numbers 18956, 19539, and 19786 as objected to on Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19711)

    *Responses filed:*    *Michigan Department of Environmental Quality's Response to Reorganized Debtors' Thirty-Eighth Omnibus Claims Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to (I) Expunge Certain (A) Equity Interests, (B) Books and Records Claims, (C) Untimely Claims (D) Pension, Benefits and OPEB Claims, and (E) Worker's Compensation*

2

|  |  |
|---|---|
|  | *Claims and (II) Modify and Allow Certain Claims (Docket No. 19132)* |
|  | *Response of the United States of America to Reorganized Debtors' Objection to the Administrative Expense Claims of the United States Environmental Protection Agency (Claim Nos. 18956, 19539, and 19786) (Docket No. 19870)* |
|  | *Response of the Environmental Agencies to the Reorganized Debtors' Notice of Claims Objection and Statement of Disputed Issues with Respect to Environmental Claim Number 15785, 19539, and 19786 and All Other Environmental Issues at the Sites Owned by the Reorganized Debtors (Docket No. 22150)* |
|  | *Notice Of Lodging Of Proposed Settlement Agreement (Docket No. 22215)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply in Support of Thirty-Eighth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to (I) Expunge Certain (A) Equity Interests, (B) Books and Records Claims, (C) Untimely Claims, (D) Pension, Benefit, and OPEB Claims, and (E) Workers' Compensation Claims and (II) Modify and Allow Certain Claims (Docket No. 19167)* |
|  | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19903)* |
| *Related filings:* | *Order Establishing Procedures Governing the Resolution of Environmental Claim Numbers 15785, 18956, 19539, and 19786 and All Other Environmental Issues at the Sites Owned by the Reorganized Debtors (Docket No. 22136)* |

3

*Reorganized Debtors' Notice of Claims Objection and Statement of Disputed Issues with Respect to Environmental Claim Number 15785, 18956, 19539, and 19786 and All Other Environmental Issues at the Sites Owned by the Reorganized Debtors (Docket No. 22137)*

*United States' Motion to Approve the Joint Stipulation and Agreed Order, Consent Decree and Settlement Agreement (Docket No. 22235)*

*Motion of the United States of America for Entry of an Order Shortening the Notice Period for Hearing on the United States' Motion to Approve the Joint Stipulation and Agreed Order, Consent Decree and Settlement Agreement (Docket No. 22236)*

*Certificate of No Objection Regarding the United States' Motion to Approve the Joint Stipulation and Agreed Order, Consent Decree and Settlement Agreement (Docket No. 22239)*

*Order Shortening Notice Period for Hearing on the United States' Motion to Approve the Joint Stipulation and Agreed Order, Consent Decree and Settlement Agreement (Docket No. 22240)*

*Order Approving the Joint Stipulation and Agreed Order, Consent Decree and Settlement Agreement (Docket No. 22241)*

*Joint Stipulation and Agreed Order, Consent Decree and Settlement Agreement Among Reorganized Debtors, the United States on Behalf of the United States Environmental Protection Agency, the State of Michigan on Behalf of the Michigan Department of Environmental Quality, the State of Ohio on Behalf of the Ohio Environmental Protection Agency, and the Environmental Response Trust Trustee (I) Resolving Proof of Claim Number 15785 and Proofs of Administrative Expense Claim Number 18956, 19539, and 19786 and (II) Establishing an Environmental Response Trust (Docket No. 22242).*

*Proof of Claim Number 15785*

          *Proof of Administrative Expense Claim Number 18956*

          *Proof of Administrative Expense Claim Number 19539*

          *Proof of Administrative Expense Claim Number 19786*

*Status:*    *This matter has been resolved pursuant to the Joint Stipulation and Agreed Order, Consent Decree and Settlement Agreement Among Reorganized Debtors, the United States on Behalf of the United States Environmental Protection Agency, the State of Michigan on Behalf of the Michigan Department of Environmental Quality, the State of Ohio on Behalf of the Ohio Environmental Protection Agency, and the Environmental Response Trust Trustee (I) Resolving Proof of Claim Number 15785 and Proofs of Administrative Expense Claim Number 18956, 19539, and 19786 and (II) Establishing an Environmental Response Trust (Docket No. 22242).*

**D.    Contested Matters**

    *None.*

Dated: New York, New York
December 17, 2013

                         SKADDEN, ARPS, SLATE, MEAGHER
                                  & FLOM LLP

By: /s/ John K. Lyons
    John Wm. Butler, Jr.
    John K. Lyons
    Albert L. Hogan III
    Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

      - and -

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for DPH Holdings Corp., et al.,
    Reorganized Debtors