UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                 :
         In re                          :     Chapter 11
                                   :
DPH HOLDINGS CORP., et al.,      :     Case No. 05-44481 (RDD)
                                   :
              Reorganized Debtors. :     (Jointly Administered)
                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FINAL DECREE AND ORDER PURSUANT TO 11 U.S.C. § 350(a)
AND FED. R. BANKR. P. 3022 AND LOCAL R. BANKR. P. 3022-1
CLOSING CHAPTER 11 CASES OF DPH HOLDINGS CORP., DELPHI
MEDICAL SYSTEMS COLORADO CORPORATION, DELPHI MEDICAL
SYSTEMS TEXAS CORPORATION, DELPHI MECHATRONIC
SYSTEMS, INC., AND DELPHI AUTOMOTIVE SYSTEMS LLC

Upon the motion, dated July 3, 2013 (the "Motion"), of DPH Holdings Corp.

("DPH Holdings"), on behalf of itself and certain of its affiliated reorganized debtors in the

above-captioned cases (together with DPH Holdings, the "Reorganized Debtors"), successors to

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, former debtors and

debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an

order and final decree pursuant to 11 U.S.C. §§ 105, 350(a), and 1142, Fed. R. Bankr. P. 3022

and Local R. Bankr. P. 3022-1 closing the chapter 11 cases of the remaining Debtors, which

cases were jointly administered pursuant to the Order Authorizing Joint Administration (Docket

No. 28) and the Second Joint Administration Order (Docket No. 404); upon the record of the

hearing held by the Court on the Motion on July 30, 2013; upon the entry of the Order Pursuant

to 11 U.S.C. §§ 105, 350(a), and 1142, Fed R. Bankr. P. 3022, and Local Bankr. R. 3022-1

Concerning Closing the Bankruptcy Cases and Providing Related Relief (Docket No. 22121),

entered August 6, 2013 (the "Case Closing Order"); and upon the filing of the Reorganized

Debtors' Case Closing Status Report Pursuant to the Order Pursuant to 11 U.S.C. §§ 105, 350(a),

and 1142, Fed R. Bankr. P. 3022, and Local Bankr. R. 3022-1 Concerning Closing the

Bankruptcy Cases and Providing Related Relief, dated December 13, 2013 (the "Case Closing

Status Report") and the record of the case closing status hearing held by the Court on December

18, 2013, including the resolution of the remaining objection to the Motion that had not been

previously resolved or overruled, as set forth on the record; and the Debtors' estates having been

fully administered within the meaning of 11 U.S.C. § 350 and in accordance with the First

Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors

And Debtors-In-Possession, As Modified (the "Modified Plan"); and after due deliberation

thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:[1]

1.      This Court has core jurisdiction over these chapter 11 cases and the parties

and property affected hereby pursuant to 28 U.S.C. §§ 157(a)-(b)(2) and 1334(b), article 13 of

the Modified Plan, and paragraphs FF and 56 of the Order Approving Modifications Under 11

U.S.C. § 1127(b) to (I) First Amended Joint Plan of Reorganization of Delphi Corporation and

Certain Affiliates, Debtors, and Debtors-In-Possession, as Modified and (II) Confirmation Order

(Docket No. 12359) (Docket No. 18707).  Venue of these case and the Motion in this District is

proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      Notwithstanding the possible application of any law or rule to the contrary,

the provisions of this final decree and order shall be immediately effective and enforceable upon

---

[1]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.

the date (the "Effective Date") that each of the following have been filed in the Chapter 11 Cases,

which shall occur as soon as reasonably practicable after the date hereof: (1) a notice by General

Motors LLC ("GM"), a form of which is attached as Exhibit A hereto, that amounts due under

the Stipulation and Order Further Resolving Funding Dispute Between Reorganized Debtors and

General Motors LLC (the "GM Settlement") have been received by GM; (2) a notice by Jay A.

Steinberg, not individually, but solely as President of the DPH Environmental Response Trust

Trustee, a form of which is attached as Exhibit B hereto, under the Joint Stipulation and Agreed

Order, Consent Decree and Settlement Agreement Among Reorganized Debtors, the United

States on Behalf of the United States Environmental Protection Agency, the State of Michigan

on Behalf of the Michigan Department of Environmental Quality, the State of Ohio on Behalf of

the Ohio Environmental Protection Agency, and the Environmental Response Trust Trustee (I)

Resolving Proof of Claim Number 15785 and Proofs of Administrative Expense Claim Numbers

18956, 19539, and 19786 and (II) Establishing an Environmental Response Trust (Docket No.

22242) (the "Environmental Settlement"), that the Environmental Response Trust (as defined in

the Environmental Settlement) has received all property required to be transferred under the

Environmental Settlement by the Reorganized Debtors; and (3) a notice by the Reorganized

Debtors that DPH Holdings has filed a notice of dissolution and commenced wind-down

proceedings in accordance with Delaware law (the "Delaware Proceeding"). In the event that any

of the aforementioned notices have not been filed by January 6, 2014, the party responsible for

filing such notice shall appear in this Court on January 13, 2014, at 2:00 p.m. (prevailing Eastern

time) and show cause as to why such notice has not been filed.

        3.        The chapter 11 cases of the five Debtors (the "Closing Debtors")

identified in Exhibit D attached hereto and incorporated herein by reference shall be deemed

closed as of the Effective Date, pursuant to section 350 of the Bankruptcy Code, Bankruptcy

Rule 3022, and Local Rule 3022-1. None of the entry of this final decree and order, the

dissolution of DPH Holdings or any of the other relief contemplated by this final decree and

order or the Case Closing Order shall prejudice or otherwise limit the rights of holders of

General Unsecured Claims to receive payment of the General Unsecured MDA Distribution (as

such terms are defined in the Modified Plan) in accordance with the terms of the Modified Plan.

4.    The Clerk of the Court shall enter this final decree and order individually

in each of the dockets for the Closing Debtors and such dockets shall be marked "Closed" upon

the occurrence of the Effective Date.

5.    The discharges and releases authorized and approved by this Court

pursuant to the Case Closing Order shall be effective as of the Effective Date.

6.    Any assets remaining at the conclusion of the Delaware Proceeding shall

be transferred to, and shall be the property of, GM under the GM Settlement, except, in the event

that all advances made by GM to the Reorganized Debtors pursuant to section 3.1.1.E of the

Master Disposition Agreement, dated as of July 30, 2009, by and among Delphi Corporation,

GM Components Holdings, LLC, General Motors Company, Motors Liquidation Company, DIP

Holdco 3, LLC, and the other sellers and buyers party thereto, are paid in full, such remaining

assets shall be transferred to Delphi Automotive LLP.

7.    This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to the implementation of this order.

Dated: White Plains, New York
          December 18, 2013

                              /s/Robert D. Drain
                              UNITED STATES BANKRUPTCY JUDGE

## Exhibit A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
     In re                                 :     Chapter 11
                                                            :
DPH HOLDINGS CORP., et al.,           :     Case No. 05-44481 (RDD)
                                                            :
                                                            :     (Jointly Administered)
               Reorganized Debtors.     :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE BY GENERAL MOTORS, LLC PURSUANT TO FINAL
<u>DECREE OF PAYMENT UNDER GM SETTLEMENT</u>**

        **PLEASE TAKE NOTICE** that pursuant to the Final Decree And Order Pursuant

To 11 U.S.C. § 350(a) And Fed. R. Bankr. P. 3022 And Local R. Bankr. P. 3022-1 Closing

Chapter 11 Case Of DPH Holdings Corp. (the "Final Decree"), entered December __, 2013

(Docket No._____), the undersigned hereby gives notice that General Motors LLC has

received payment under the Stipulation and Order Further Resolving Funding Dispute Between

Reorganized Debtors and General Motors LLC (the "GM Settlement") of the Settlement

Payment (as such term is defined in the GM Settlement).

  Dated:  New York, New York
          [DATE]

                             KING & SPALDING LLP

                             By: _____
                             Arthur Steinberg, Esq.
                             Scott Davidson, Esq.
                             1185 Avenue of the Americas
                             New York, New York 10036
                             Telephone: (212) 556-2100
                             Facsimile: (212) 556-2222

                             Counsel to General Motors LLC

## Exhibit B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Reorganized Debtors. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE BY ENVIRONMENTAL RESPONSE TRUST TRUSTEE
PURSUANT TO FINAL DECREE OF TRANSFER OF PROPERTY
TO ENVIRONMENTAL RESPONSE TRUST**

**PLEASE TAKE NOTICE** that pursuant to the Final Decree And Order Pursuant

To 11 U.S.C. § 350(a) And Fed. R. Bankr. P. 3022 And Local R. Bankr. P. 3022-1 Closing

Chapter 11 Case Of DPH Holdings Corp. (the "Final Decree"), entered December __, 2013

(Docket No. _____), the undersigned hereby gives notice that all property required to be

transferred by the Reorganized Debtors under the Joint Stipulation and Agreed Order, Consent

Decree and Settlement Agreement Among Reorganized Debtors, the United States on Behalf of

the United States Environmental Protection Agency, the State of Michigan on Behalf of the

Michigan Department of Environmental Quality, the State of Ohio on Behalf of the Ohio

Environmental Protection Agency, and the Environmental Response Trust Trustee (I) Resolving

Proof of Claim Number 15785 and Proofs of Administrative Expense Claim Numbers 18956,

19539, and 19786 and (II) Establishing an Environmental Response Trust (Docket No. 22242)

(the "Environmental Settlement") has been received by the Environmental Response Trust (as

defined in the Environmental Settlement).

Dated:    Chicago, Illinois
          [DATE]

By: _____
Jay A. Steinberg, not individually, but solely
as President of the Environmental Response Trust
Trustee

35 East Wacker Drive - Suite 1550
Chicago, Illinois 60601
Phone: (312)505-2688

2

**<u>Exhibit C</u>**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
        In re                             :    Chapter 11
                                                          :
DPH HOLDINGS CORP., et al.,                               :    Case No. 05-44481 (RDD)
                                                          :
                                                          :    (Jointly Administered)
        Reorganized Debtors.              :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## REORGANIZED DEBTORS' NOTICE PURSUANT TO FINAL
## DECREE OF DISSOLUTION OF DPH HOLDINGS CORP.

**PLEASE TAKE NOTICE** that pursuant to the Final Decree And Order Pursuant

To 11 U.S.C. § 350(a) And Fed. R. Bankr. P. 3022 And Local R. Bankr. P. 3022-1 Closing

Chapter 11 Case Of DPH Holdings Corp. (the "Final Decree"), entered December __, 2013

(Docket No._____), the undersigned counsel hereby gives notice that DPH Holdings Corp. has

filed its notice of dissolution and commenced wind-down proceedings in accordance with

Delaware law.


Dated:   New York, New York
           [DATE]

                      COLE, SCHOTZ, MEISEL,
                      FORMAN & LEONARD, P.A.

                      By: _____
                        Michael D. Warner (admitted pro hac vice)
                        Ilana Volkov
                      900 Third Avenue, 16th Floor
                      New York, New York 10022
                      (646) 752-8000

                      Attorneys for DPH Holdings Corp., et al.,
                      Reorganized Debtors

## Exhibit D

|    | Case No. | Filing Debtor | Address[2] | Tax ID Number |
|----|----------|---------------|------------|---------------|
| 1. | 05-44481 | DPH Holdings Corp., f/k/a Delphi Corporation | 5725 Delphi Drive, Troy Michigan 48098-2815 | 38-3430473 |
| 2. | 05-44507 | Delphi Medical Systems Colorado Corporation | 4300 Road 18, Longmont, CO 80504 | 32-0052827 |
| 3. | 05-44511 | Delphi Medical Systems Texas Corporation | 5725 Delphi Drive, Troy Michigan 48098-2815 | 20-2885110 |
| 4. | 05-44567 | Delphi Mechatronic Systems, Inc. | 5725 Delphi Drive, Troy Michigan 48098-2815 | 38-3589834 |
| 5. | 05-44640 | Delphi Automotive Systems LLC | 5725 Delphi Drive, Troy Michigan 48098-2815 | 38-3431131 |

---

[2]    All Debtor addresses are those that appear on the voluntary petitions.