**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
900 Third Avenue, 16th Floor
New York, New York  10022
(646) 752-8000
Michael D. Warner (admitted *pro hac vice*)
Ilana Volkov

Attorneys for DPH Holdings Corp., et al., Reorganized Debtors
DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br>In re:<br><br>DPH HOLDINGS CORP., et al.,<br><br>                    Reorganized Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF DOCUMENTS**

       PLEASE TAKE NOTICE that Cole, Schotz, Meisel, Forman & Leonard, P.A. enters its appearance as counsel for DPH Holdings Corp., et al., the Reorganized Debtors (the **"Reorganized Debtors"**) pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b), and demands that all notices given or required to be given in these cases and any consolidated cases, and all papers served or required to be served in these cases be given to and served upon the undersigned at the following office and address:

>**COLE, SCHOTZ, MEISEL,**
>**FORMAN & LEONARD, P.A.**
>Attn: Michael D. Warner, Esq.
>301 Commerce Street, Suite 1700
>Fort Worth, Texas  76102
>(817) 810-5250
>(817) 810-5255 Facsimile
>E-mail: mwarner@coleschotz.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and pleadings referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex, electronically or otherwise.

DATED:  December 18, 2013

>Respectfully submitted,
>
>COLE, SCHOTZ, MEISEL,
>FORMAN & LEONARD, P.A.
>Attorneys for DPH Holdings Corp., et al.,
>Reorganized Debtors
>
>
>By:     */s/ Michael D. Warner*
>          Michael D. Warner (admitted *pro hac vice*)
>          Ilana Volkov

2