IN THE UNITED STATES BANKRUPTCY COURT
SOURTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ------------------------------ x | : | |
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |
| | : | |
| ------------------------------ x | | |

AFFIDAVIT OF SERVICE

    I, Darlene Calderon, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Reorganized Debtors in the above-captioned cases.

    On December 13, 2013, I caused to be served the document listed below upon the parties listed on Exhibit A hereto via overnight mail:

Reorganized Debtors' Case Closing Status Report (Docket No. 22245)

Dated: December 18, 2013

                                                  */s/ Darlene Calderon*
                                                  Darlene Calderon

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 18th day of December, 2013, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: */s/ Lydia Pastor Nino*

Commission Expires: *11/18/15*

# EXHIBIT A

DPH Holdings Corp.
Special Parties

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ACE American Insurance Company | Ace American Insurance Company/Pacific Employers Insurance Company Anton Metlitsky | | O'Melveny & Myers, LLP(NYC) | 7 Times Square | New York | NY | 10036 |
| ACE American Insurance Company | Jonathan D. Hacker | O'Melveny & Myers, LLP | 7 Times Square | | New York | NY | 10036 |
| ACE American Insurance Company | State of Michigan Workers' Compensation Insurance Agency/State of Michigan Funds Administration Melanie L. Cyganowski | | Otterbourg, Steindler, Houston & Rosen | 230 Park Avenue | New York | NY | 10169 |
| ACE American Insurance Company | William C. Heuer | Duane Morris, LLP (NYC) | 1540 Broadway | | New York | NY | 10036-4086 |
| Bungard, David | Barry Ray Laiche, Esq. | Provosty, Sadler, deLaunay, Fiorenza and Sobel | 237 S. Washington St Suite A | | Marksville | LA | 71351 |
| Bungard, David | Joseph J. Bailey, Esq. | Provosty, Sadler, deLaunay, Fiorenza and Sobel | 934 Third Street Suite 800 | P.O. Box 1791 | Alexandria | LA | 71309-1791 |
| Carlson, Jeffrey | David Patterson, Esq. | Weston Hurd, LLP | 10 West Broad St Suite 240 | | Columbus | OH | 43215-3469 |
| Carlson, Jeffrey | Jay R. Vaughn Ronald E. Johnson, Jr Timothy J. Byland | Schachter, Handy & Johnson, P.S.C. | 909 Wright's Summit Parkway Suite 210 | | Ft. Wright | KY | 41011 |
| Castillo, Priscilla Flores | Ian Connor Bifferato, Esq. | Bifferato, LLC | 800 N. King St Plaza Level | | Wilmington | DE | 19801 |
| Chang, Chae Won | Louis Young Chang, Esq. | Attorney & Counselor at Law | 413 Third Street 2nd Floor | Jack London Square | Oakland | CA | 94607 |
| Cochrane, Patrick | William H. Shaheen, Esq. | Shaheen & Gordon, PA | P.O. Box 977 | | Dover | NH | 03821 |
| Duxbury, Curtis, J. | Duane D. Schoonmaker, Esq. | Greco Trapp, PLLC | 1700 Rand Building | 14 Lafayette Square | Buffalo | NY | 14203 |
| Gaulding, et al. | Brian M. Flaherty, Esq. | Farah & Farah, P.A. | 10 W. Adams | | Jacksonville | FL | 32202 |
| Gaulding, et al. | Edward McCarthy, III, Esq. | Rogers Towers, P.A. | 1301 Riverplace Blvd Suite 1500 | | Jacksonville | FL | 32207 |
| Gaulding, et al. | Eric S. Block, Esq Fraz Ahmed, Esq | Law Offices of Eric S. Block, P.A. | 6817 Southpoint Parkway Suite 2502 | | Jacksonville | FL | 32216 |
| Gaulding, et al. | Robert L. Corse, Esq. | 233 East Bay Street | Suite 920 | | Jacksonville | FL | 32202 |
| Hickok Incorporated | Robert D. Kehoe, Esq. | Kehoe & Associates, LLC | 1940 East Sixth Street | Suite 900 Baker Building | Cleveland | OH | 44114 |
| James B. Sumpter | | 21169 Westbay Circle | | | Noblesville | IN | 46062 |
| Jefferson, Eric R. | Daniel Hanrahan, Esq. | Senior Products Counsel | Harley-Davidson Motor Company | 11800 W. Capitol Drive | Wauwatosa | WI | 53222 |
| Jennings, Adam | Douglas F. Welebir, Esq. | Welebir Tierney & Weck | 2068 Orange Tree Lane Suite 215 | | Redlands | CA | 92374 |
| Newton, David | Charles Ferguson | Weitz & Luxenberg, P.C. | 700 Broadway | | New York | NY | 10003 |
| O'Neill, Mary P. | Philip L Harris, Thalia L Myrianthopoulos | Jenner & Block | 353 N. Clark Street | | Chicago | IL | 60654 |
| O'Neill, Mary P. | Richard F. Burke, Jr John T. Karnezis George S. Baellas | Clifford Law Offices, P.C. | 120 N. LaSalle Street 31st Floor | | Chicago | IL | 60602 |
| State of New York Workers' Compensation Board Claim #425766763-Q3 | Ms. Mary Garrison | Special Services | RMS, Inc. | 335 Madison Ave., 27th Floor | New York | NY | 10017 |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

12/16/2013 7:40 PM
DPH - Active Litigation Special Parties.xlsx

DPH Holdings Corp.
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Cameron, Hodges, Coleman, LaPointe & Wright PA | A. Craig Cameron, Esq. | 111 North Magnolia Avenue | Suite 1350 | Orlando | FL | 32801 |
| Conroy, Simberg, Ganon, Krevans, Abel, Lurvey, Morrow & Schefer, P.A. | Eric M. Thorn, Esq. | 4887 Belford Road, Suite 103 | | Jacksonville | FL | 32256 |
| O'Hara, Halvorsen, Humphries, PA | Jerilynn M. O'Hara, Esq. | 4811 Beach Bouleavard | Suite 303 | Jacksonville | FL | 32207 |
| The Cagle Law Firm | Zane T. Cagle, Esq. | 211 North Broadway, Suite 2420 | | Saint Louis | MO | 63102 |
| The Winter Law Firm | W. Alan Winter, Esq. | 310 Third Street | | Neptune Beach | FL | 32266 |
| Vernis & Blowing of North Florida, P.A. | T. Daniel Webb, Esq. | 4309 Salisbury Road | | Jacksonville | FL | 33216 |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

12/16/2013 7:38 PM
DPH - Case Closing Status Report Service List.xlsx