UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re                                         :        Chapter 11
                                              :
DPH HOLDINGS CORP., et al.,                   :        Case No. 05-44481 (RDD)
                                              :
                                              :        (Jointly Administered)
              Reorganized Debtors.            :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE BY GENERAL MOTORS LLC PURSUANT TO FINAL
### DECREE OF PAYMENT UNDER GM SETTLEMENT

      **PLEASE TAKE NOTICE** that pursuant to the *Final Decree And Order Pursuant To 11 U.S.C. § 350(a) And Fed. R. Bankr. P. 3022 And Local R. Bankr. P. 3022-1 Closing Chapter 11 Case Of DPH Holdings Corp.*, entered on December 18, 2013 [Docket No. 22254], the undersigned hereby gives notice that General Motors LLC has received payment under the *Stipulation and Order Further Resolving Funding Dispute Between Reorganized Debtors and General Motors LLC* ("**GM Settlement**") of the Settlement Payment (as such term is defined in the GM Settlement).

Dated:    New York, New York
          December 20, 2013

                                   KING & SPALDING LLP

                                   By:  /s/ Scott Davidson
                                   Arthur Steinberg, Esq.
                                   Scott Davidson, Esq.
                                   1185 Avenue of the Americas
                                   New York, New York 10036
                                   Telephone: (212) 556-2100
                                   Facsimile: (212) 556-2222

                                   *Counsel to General Motors LLC*