UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :
    In re                    :    Chapter 11
                               :
DPH HOLDINGS CORP., et al.,    :    Case No. 05-44481 (RDD)
                               :
                               :    (Jointly Administered)
        Reorganized Debtors.     :
                               :
------------------------------ x

## NOTICE BY ENVIRONMENTAL RESPONSE TRUST TRUSTEE PURSUANT TO FINAL DECREE OF TRANSFER OF PROPERTY TO ENVIRONMENTAL RESPONSE TRUST

**PLEASE TAKE NOTICE** that pursuant to the Final Decree And Order Pursuant To 11 U.S.C. § 350(a) And Fed. R. Bankr. P. 3022 And Local R. Bankr. P. 3022-1 Closing Chapter 11 Case Of DPH Holdings Corp. (the "Final Decree"), entered December __, 2013 (Docket No. _____), the undersigned hereby gives notice that all property required to be transferred by the Reorganized Debtors under the Joint Stipulation and Agreed Order, Consent Decree and Settlement Agreement Among Reorganized Debtors, the United States on Behalf of the United States Environmental Protection Agency, the State of Michigan on Behalf of the Michigan Department of Environmental Quality, the State of Ohio on Behalf of the Ohio Environmental Protection Agency, and the Environmental Response Trust Trustee (I) Resolving Proof of Claim Number 15785 and Proofs of Administrative Expense Claim Numbers 18956, 19539, and 19786 and (II) Establishing an Environmental Response Trust (Docket No. 22242) (the "Environmental Settlement") has been received by the Environmental Response Trust (as defined in the Environmental Settlement).

Dated:  Chicago, Illinois
        [DATE]
        12/23/13

By: /s/ Jay A. Steinberg [handwritten annotation: "not individually, but solely as President"]
Jay A. Steinberg, not individually, but solely as President of the Environmental Response Trust Trustee

35 East Wacker Drive - Suite 1550
Chicago, Illinois 60601
Phone: (312)505-2688