UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :

     In re                                    :        Chapter 11

                                                  :

DPH HOLDINGS CORP., et al.,        :        Case No. 05-44481 (RDD)

                                                  :
                                                  :        (Jointly Administered)

        Reorganized Debtors.        :

                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**REORGANIZED DEBTORS' NOTICE PURSUANT TO FINAL
DECREE OF DISSOLUTION OF DPH HOLDINGS CORP.**

**PLEASE TAKE NOTICE** that pursuant to the Final Decree And Order Pursuant To 11 U.S.C. § 350(a) And Fed. R. Bankr. P. 3022 And Local R. Bankr. P. 3022-1 Closing Chapter 11 Case Of DPH Holdings Corp., entered December 18, 2013 (Docket No. 22254), the undersigned counsel hereby gives notice that DPH Holdings Corp. has filed its Notice of Dissolution and commenced wind-down proceedings in accordance with Delaware law.

Dated:  New York, New York
            December 26, 2013

                                              COLE, SCHOTZ, MEISEL,
                                              FORMAN & LEONARD, P.A.

                                              By:  /s/ Michael D. Warner
                                                  Michael D. Warner (admitted pro hac vice)
                                                  Ilana Volkov
                                              900 Third Avenue, 16th Floor
                                              New York, New York 10022
                                              (646) 752-8000

                                              Attorneys for DPH Holdings Corp., et al.,
                                              Reorganized Debtors

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2013, a true and correct copy of *Reorganized Debtors' Notice Pursuant to Final Decree of Dissolution of DPH Holdings Corp.* was served upon all parties that are registered to receive ECF notice in the above cases.

/s/ Michael D. Warner

76216/0000-10168641v1