**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **DPH HOLDINGS CORP, et al.** | § | Case No. 05-44481-RDD |
| | § | |
| | § | |
| **Debtor(s)** | § | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS**

The undersigned attorney with the Law Offices of Robert E. Luna, P.C., as counsel for CARROLLTON-FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT, hereby withdraws her appearance and requests that she be removed from any and all service lists in this matter including the Court's CM/ECF notification list.

DATED this 19th day of May, 2014.

LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 N. Central Expressway
Dallas, Texas 75205
(214) 521-8000
(214) 521-1738 FACSIMILE

By:  /s/ Andrea Sheehan
    Andrea Sheehan
    Texas State Bar No. 24002935
    sheehan@txschoollaw.com

Attorneys for CARROLLTON-FARMERS BRANCH
INDEPENDENT SCHOOL DISTRICT

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Appearance and Request for Removal from Service Lists was served electronically upon the parties receiving notice through the Court's CM/ECF system this 19th day of May, 2014.

        /s/ Andrea Sheehan
        ANDREA SHEEHAN