United States Bankruptcy Court
Southern District of New York

In re DPH Holdings Corp., et al.,                         Case No. 05-44481
                                                          (Jointly Administered)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **Longacre Master Fund Ltd** |
|---|---|
| Name of Transferee | **Longacre Capital Partners (QP), L.P.** |
|  | Name of Transferor |
| Name and Address where notices to transferee should be sent | |
| | |
| Contrarian Funds, LLC | Longacre Master Fund Ltd |
| 411 West Putnam Ave., Ste. 425 | Longacre Capital Partners (QP), L.P. |
| Greenwich, CT 06830 | 810 Seventh Avenue, 33rd Floor |
| Attn: Alisa Mumola | New York, NY 10019 |
| Phone 203-862-8211 | |
| | |
| | Longacre Master Fund, Ltd. |
| | c/o U.S. Bank National Association |
| | Coporate Trust Services |
| See attached schedule. | 1420 Fifth Avenue, 7th Floor |
| | Seattle, Washington 98101 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alisa Mumola*_____                    Date:_____July 28, 2014_____
          Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

| ~DEADLINE TO OBJECT TO TRANSFER~ |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                        _____
                                                         **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

Longacre Master Fund Ltd. and Longacre Capital Partners (QP), L.P., its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated July 24, 2014, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") all rights, title and interest in and to the general unsecured claims attached hereto as Schedule I (the "Claims"), against DPH Holdings Corp., et al., the Debtor, in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York, case no. 05-44481 or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claims as an unconditional assignment and Assignee as the valid owner of the Assigned Rights.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 24 day of July 2014.

(Assignor)
LONGACRE MASTER FUND, LTD.
By: Capstone Management Services, LLC, its liquidator
By: _Finbarr O'Connor_
Name: FINBARR O'CONNOR
Title: EXECUTIVE DIRECTOR
Telephone: 212 782 1403

LONGACRE CAPITAL PARTNERS (QP), L.P.
By: Capstone Management Services, LLC, its liquidator
By: _Finbarr O'Connor_
Name: FINBARR O'CONNOR
Title: EXECUTIVE DIRECTOR
Telephone: 212 782 1403

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C., as manager
By: _____
Name: JANICE M. STANTON
Title: MEMBER
Telephone:

## Schedule I

## Schedule of Delphi Claims

| Original Creditor | Claim Numbers |
|---|---|
| A. Berger Precision Ltd | 16369 |
| Ace Rent A Car | 1682 |
| Advent Tool & Mold Inc. | 123 |
| Ahlstrom Engine Filtration | 1940 |
| AMI Semiconductor Inc | schedule |
| Angell Demmel North America, Inc. | 12346 |
| Associated Spring Do Brasil Ltda. (c/o Barnes Group, Inc.) | 12830 |
| Barnes Group, Inc. | 12832 |
| Barnes Group, Inc. | 12840 |
| Barnes Group Canada Corp. | 12829 |
| Batesville Tool & Die | 10558 |
| Buehler Motor Inc. | 1898, 1899, 1900, 1901, 1902, 1907 & 1908 |
| C Thorrez Industries, Inc | 16247 |
| Calvary Design Team Inc., d/b/a Calvary Automation Systems | 4298 |
| Carlton-Bates Company | schedule |
| Certified Tool & Mfg Corp | 16277 |
| Coherent Inc | 12370 |
| Compuware Corporation | 11609 |
| | 11610 |
| Constellation NewEnergy - Gas Division LLC | 2381 |
| Constellation NewEnergy, Inc. | 2382 |
| Continental Teves, Inc. | 6936 |
| Datwyler Rubber & Plastics | 10906 & 10907 |
| DieTech Tool & Mfg Inc. | 12021 |
| DJ/Nypro Inc | 10622 |
| Dupont Powder Coatings USA, Inc. | 8285 |
| Emerson & Cuming Inc. (Indopco Inc.) | 2063 |
| Exacto Spring Corp | schedule |
| Exhibit Enterprises Inc. | 16410 |
| Export Development Canada/Eagle Precision Technologies | 1669 |
| Export Development Canada/Opal RT-Technologies Inc | 2624 |

| | |
|---|---|
| Export Development Canada/Pine Valley Packaging | 1543 |
| Export Development Canada/Wescast Industries Inc | 928 |
| Fair Harbor Capital LLC (Wood Herron & Evans LLP) | schedule |
| Fair Harbor Capital LLC (Ballek Die Mold Inc.) | schedule |
| Freer Tool & Die Inc. | 16472 |
| General Silicones | schedule |
| Gill Industries | 16413 |
| IER Industries | 12166 |
| Inovise Medical Inc. | 16322 |
| JKL Components | schedule |
| KCRS Inc. | 9090 |
| Kilian Mfg Corp. | schedule |
| Kurz Kasch, Inc. | 13526 |
| Ladd Industries | schedule |
| Master Automatic Inc. | 16387 & 16388 |
| Master Molded Products Corp | 9989 |
| May & Scofield | 16327 |
| Metal Flow Corporation | 11455 |
| Motorola Inc. | 2402 |
| National Molding Corp. | 16418 |
| National Paper & Packaging | 16312 |
| Nationwide Precision Products Corp | schedule |
| NGK Automotive Ceramics USA | 2071 |
| NMB Technologies Corp. | 4531 |
| Noma Company | 15019 |
| Northern Engraving Corporation | 7572 |
| | 7571 |
| Northern Indiana Supply Co. Inc. | 1927 |
| Nova Chemicals | 16438 |
| NSK Corporation | 16346 |
| Ohio Gasket & Shim Co. Inc. | schedule |
| Oiles America Corp | schedule |
| Panasonic Electric Works Corp of America f/k/a Aromat | 16376 |
| Par Foam Products | 13459 |
| Plastomer Corp | 5988 |
| Pohlman Inc. | schedule |
| Potters Industries | 6586 & R340 |
| Productivity Improvement Center (The PIC Group Ltd) | 2173 |
| Proto Manufacturing | 16414 |

- 4 -

| | |
|---|---|
| Ralco Industries | 8525 |
| Renesas Technology America, Inc. | schedule |
| Riverside Automation | schedule |
| Rotaform LLC | 11519 & 11527 |
| Royal Die & Stamping Co | 2612 |
| Safety Consulting Engineers | 3984 |
| Sasco Corporation | 4498 |
| Scientific Tube, Inc. | 4409 |
| Seal & Design | 9585 |
| Sharp Electronics Corp. | 13974 & 15113 |
| Sony Electronics Inc. | 6117 |
| Specmo Enterprises | 1 |
| Square D Co. Inc. | 2331 |
| ST Microelectronics, Inc. (participation under Special Situtations Investing Group (c/o Goldman) | 10682 & 15423 |
| Systron Donner Inertial | 8140 |
| Tempel Steel Co. | 16422 |
| Thaler Machine Company | 6671 |
| The Furukawa Electric Co., Ltd | 2649 |
| The P.D. George Company | 10126 |
| Top Line Express inc. | 16381 |
| Triquint Semicondutor, Inc | 8587 |
| Twist Inc. | 8715 |
| Tyz-All Plastics Inc | 12396 |
| United Chemi Con, Inc | schedule |
| United Plastics Group | 11200 |
| United Plastics Group | schedule |
| VJ Technologies, Inc | 16460 |

100866350v3