## CHANGE OF ADDRESS FOR NOTICES

*BY E-MAIL AND U.S. MAIL*

To:   DPH Holdings Corporation

From:   (i) Longacre Master Fund Ltd. ("LMF");
(ii) Longacre Capital Partners (QP), L.P ("LCP", and collectively with LMF, "Longacre").

Re:   <u>In re DPH Holdings Corp., et al.</u>, Case No. 05-44481 (RDD) (Jointly Administered) in the United States Bankruptcy Court for the Southern District of New York – Notice of Change of Address for Longacre

Ladies and Gentlemen:

Longacre ("Claimant") is the holder of each of the following claims attached hereto (collectively, the "Claims"), against the DPH Holdings Corp. et al. (Case No. 05-44481) jointly administered under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York.

Effective immediately, all further notices and all payments, remittances or distributions of money, proceeds or property in respect of the above-referenced Claims, shall be delivered or made to the following address:

> Longacre Master Fund Ltd. *or* Longacre Capital Partners (QP), L.P
> c/o Contrarian Funds, LLC
> 411 West Putnam Avenue, Suite 425,
> Greenwich, CT 06830
> Phone: (203) 862-8261
> Fax: (203) 629-1977
> Email: lreddock@contrariancapital.com

IN WITNESS WHEREOF, the undersigned has duly executed this Notice of Change of Address by its duly authorized representative dated the **24** day of July, 2014.

LONGACRE MASTER FUND, LTD.
By: Capstone Management Services, LLC, its liquidator

By: *[signature]*
Name: FINBARR O'CONNOR
Title: EXECUTIVE DIRECTOR
Telephone: 212 782-1403

LONGACRE CAPITAL PARTNERS (QP), L.P.
By: Capstone Management Services, LLC, its liquidator

By: *[signature]*
Name: FINBARR O'CONNOR
Title: EXECUTIVE DIRECTOR
Telephone: 212 782-1403

- 9 -