## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: awilrodri | Date Created: 7/28/2014 |
| Case: 05−44481−rdd | Form ID: trc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| 4547123 | Longacre Master Fund, Ltd. | 810 Seventh Avenue, 33rd Floor | New York, NY 10019 | Attn: Vladimir Jelisavcic |

TOTAL: 1