**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| IN RE: | : |
| | : Chapter 11 |
| DPH HOLDINGS CORP., et al., | : |
| | : Case No. 05-44481 (RDD) |
| Reorganized Debtors. | : (Jointly Administered) |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| _____ | : |

**[PROPOSED] ORDER GRANTING MOTION TO REOPEN THE DPH
HOLDINGS CORP. CHAPTER 11 CASES PURSUANT TO SECTIONS 105(A) AND
350(B) OF THE BANKRUPTCY CODE AND RULE 5010 OF THE FEDERAL RULES
OF BANKRUPTCY PROCEDURE**

Upon the Motion to Reopen the DPH Holdings Corp. Chapter 11 Cases Pursuant to

Sections 105(a) and 350(b) of the Bankruptcy Code and Rule 5010 of the Federal Rules of

Bankruptcy Procedure (Docket No. 22270) (the "Motion") and it appearing that the relief

requested is in the best interests of the general unsecured creditors and other parties in interest; and

it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334;

and it appearing that the Motion is a core proceeding pursuant to 28 U.S.C. § 157; and after due

deliberation and sufficient cause therefore,

**IT IS HEREBY ORDERED:**

1.  The Motion is **GRANTED**;

2.  Pursuant to section 350(b) of the Bankruptcy Code and Bankruptcy Rule 5010, the

    Bankruptcy Court hereby orders the following bankruptcy case reopened:  DPH Holdings

    Corp., et. al. (Case No. 05-44481-RDD).

Dated: February __, 2015
      New York, New York

_____
Honorable Robert D. Drain
United States Bankruptcy Judge