# Exhibit F

**Delphi**

Distributions from March 2011 - November 2014

| Distributions already made | Amount | Type | Notes |
|---|---|---|---|
| 3/31/2011 | $3,791 | GM cashout | On March 31, 2011, Delphi Automotive LLP redeemed the membership interests owned by GM and the PBGC for $3.8 billion and $594 million, |
| 3/31/2011 | $594 | PBGC cashout | respectively (pg 10 S-1) |
| 10/30/2011 | $179 | Class B takeout | As of September 30, 2011, 7,705 Class B membership interests were repurchased for a cumulative cost of approximately $140 million at an average price per membership interests unit of $18,261. Subsequent to September 30, 2011, an additional 2,300 Class B membership interests were repurchased at a cumulative cost of approximately $39 million at an average price of $16,709 per membership interests unit. (pg 11 S-1) |
| 10/30/2011 | $95 | Distribution | In October 2011, the Board of Managers of Delphi Automotive LLP approved a distribution of approximately $95 million, which was paid on December 5, 2011, (pg 11 S-1) |
| 6/30/2012 | $150 | Repurchase | During the second quarter of 2012, Delphi repurchased 5,297,240 shares at an average price of $28.35 (pg 18 Q212 10-Q) |
| 9/30/2012 | $162 | Repurchase | During the third quarter of 2012, Delphi repurchased 5,443,213 shares at an average price of $29.78 (pg 18 Q312 10-Q) |
| 12/30/2012 | $91 | Repurchase | During the fourth quarter of 2012, Delphi repurchased 2,681,289 shares at an average price of $33.81 (pg 27 2012 10-K) |
| 3/27/2013 | $53 | Dividend | On March 27, 2013, ~$53 million was paid to shareholders of record as of March 15, 2013. (pg. 21 Q314 10-Q/Bloomberg) |
| 3/30/2013 | $122 | Repurchase | During the first quarter of 2013, Delphi repurchased 2,850,000 shares at an average price of $42.79 (pg 19 Q114 10-Q) |
| 5/30/2013 | $53 | Dividend | On May 30, 2013, ~$53 million was paid to shareholders of record as of May 15, 2013. (pg. 21 Q314 10-Q/Bloomberg) |
| 6/30/2013 | $120 | Repurchase | During the second quarter of 2013, Delphi repurchased 2,445,583 shares at an average price of $49.12 (pg. 20 Q214 10-Q) |
| 9/30/2013 | $120 | Repurchase | During the third quarter of 2013, Delphi repurchased 2,120,000 shares at an average price of $56.50 (pg. 21 Q314 10-Q) |
| 8/29/2014 | $53 | Dividend | On August 29, 2013, ~$53 million was paid to shareholders of record as of August 16, 2013. (pg. 21 Q314 10-Q/Bloomberg) |
| 11/27/2013 | $53 | Dividend | On November 27, 2013, ~$53 million was paid to shareholders of record as of November 15, 2013. (pg. 21 Q314 10-Q/Bloomberg) |
| 12/30/2013 | $95 | Repurchase | During the fourth quarter of 2013, Delphi repurchased 1,690,851 shares at an average price of $56.03 (pg 27 2013 10-K) |
| 2/27/2014 | $77 | Dividend | On February 27, $77 million was paid to shareholders of record as of February 18, 2014. (pg. 21 Q314 10-Q/Bloomberg) |
| 3/31/2014 | $157 | Repurchase | During the first quarter of 2014, Delphi repurchased 2,376,391 shares at an average price of $66.14. (pg 19 Q114 10-Q) |
| 5/28/2014 | $76 | Dividend | On May 28, 2014, $76 million was paid to shareholders of record as of May 14, 2014. (pg. 21 Q314 10-Q/Bloomberg) |
| 6/30/2014 | $220 | Repurchase | During the second quarter of 2014, Delphi repurchased 3,267,998 shares at an average price of $67.43 (pg. 20 Q214 10-Q) |
| 8/27/2014 | $75 | Dividend | On August 27, 2014, $75 million was paid to shareholders of record as of August 13, 2014. Total dividends since initiation on February 26, 2013 is $439 million through Q314. (pg. 21 Q314 10-Q/Bloomberg) |
| 9/30/2014 | $296 | Repurchase | 4,360,097 shares repurchased at an average price of $68.00 from 7/1/14 to 9/30/14 (pg. 21 Q314 10-Q) |
| 10/23/2014 | $47 | Repurchase | Shares repurchased from 10/1/14 to 10/23/14 (pg. 21 Q314 10-Q) |
| 11/26/2014 | $75 | Dividend | On November 26, 2014, ~$75 million was paid to shareholders of record as of November 12, 2014. (Bloomberg) |

| | |
|---|---|
| **Total Distributions through 11/26/14** | **$6,754** |
| **Remaining Distributions to Hit $7.2 billion** | **$446** |
| | |
| **Total 2011** | **$4,659** |
| **Total Share Repurchases** | **$1,581** |
| **Total Dividends** | **$514** |