Hearing Date: February 19, 2014 at 10:00 a.m.
Objections Due: January 23, 2015

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

*Counsel for Solus Alternative Asset Management LP
and Angelo, Gordon & Co., L.P.*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | x  Chapter 11 |
| | :  Case No. 05-44481 (RDD) |
| DPH HOLDINGS CORP., et al., | :  Jointly Administered |
| | : |
| Reorganized Debtors. | : |
| | x |

**NOTICE OF HEARING OF MOTION OF SOLUS ALTERNATIVE ASSET MANAGEMENT L.P. AND ANGELO GORDON & CO., L.P., PURSUANT TO SECTIONS 105(A) AND 350(B) OF THE BANKRUPTCY CODE AND RULE 5010 OF FEDERAL RULES OF BANKRUPTCY PROCEDURE, TO REOPEN DPH HOLDINGS CORP. CHAPTER 11 CASE**

PLEASE TAKE NOTICE THAT, upon the Motion of Solus Alternative Asset Management L.P. and Angelo Gordon & Co., L.P., Pursuant to Sections 105(a) and 350(b) of the Bankruptcy Code and Rule 5010 of Federal Rules of Bankruptcy Procedure, To Reopen DPH Holdings Corp. Chapter 11 Case, filed on December 29, 2014 [Docket No. 22270] (the "Motion"), Solus Alternative Asset Management L.P. and Angelo Gordon & Co., L.P., by their undersigned counsel, will move before the Honorable Robert D. Drain of the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 on **February 19, 2014 at 10:00 a.m. (EDT)**, for an order reopening the above-captioned chapter 11 case.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must be in writing, must conform to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of the Bankruptcy Court for the Southern District of New York, must set

forth the name of the objecting party, the basis for the objection and the specific grounds therefore, and must be filed with the Bankruptcy Court, by no later than **January 23, 2015**, electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System may be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) by registered users of the Bankruptcy Court's case filing system (with a hard copy hand delivered directly to the Chambers of the Honorable Rober D. Drain at the United States Bankruptcy Court, Southern District of New York, 300 Quarropas Street, White Plains, New York 10601).  Any objection must be served upon (i) Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010, Attn: Susheel Kirpalani, Esq. and  James C. Tecce, Esq., attorneys for Solus Alternative Asset Management, L.P.; and (ii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014.

DATED:   New York, New York
             December 31, 2014

                            **QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP**

               By:   /s/ Susheel Kirpalani
                    Susheel Kirpalani
                    James C. Tecce
                    51 Madison Avenue, 22nd Floor
                    New York, New York  10010
                    Telephone:  (212) 849-7000
                    Fax:  (212) 849-7100
                    susheelkirpalani@quinnemanuel.com
                    jamestecce@quinnemanuel.com

                    *Attorneys for Solus Alternative Asset Management
                    LP and Angelo, Gordon & Co., L.P.*