**Hearing Date: February 19, 2015 at 10:00 a.m.**
**Objections Due: January 23, 2015**

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000

*Counsel for Solus Alternative Asset Management LP*
*and Angelo, Gordon & Co., L.P.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | x | Chapter 11 |
| | : | Case No. 05-44481 (RDD) |
| DPH HOLDINGS CORP., <u>et</u> <u>al.</u>, | : | Jointly Administered |
| | : | |
| Reorganized Debtors. | : | |
| | x | |

**NOTICE OF HEARING OF MOTION OF SOLUS ALTERNATIVE ASSET**
**MANAGEMENT L.P. AND ANGELO GORDON & CO., L.P., PURSUANT TO**
**SECTIONS 105(A) AND 350(B) OF THE BANKRUPTCY CODE AND RULE 5010 OF**
**FEDERAL RULES OF BANKRUPTCY PROCEDURE, TO REOPEN DPH HOLDINGS**
<u>**CORP. CHAPTER 11 CASE**</u>

PLEASE TAKE NOTICE THAT, upon the Motion of Solus Alternative Asset

Management L.P. and Angelo Gordon & Co., L.P., Pursuant to Sections 105(a) and 350(b) of the

Bankruptcy Code and Rule 5010 of Federal Rules of Bankruptcy Procedure, To Reopen DPH

Holdings Corp. Chapter 11 Case, filed on December 29, 2014 [Docket No. 22270] (the

"Motion"), Solus Alternative Asset Management L.P. and Angelo Gordon & Co., L.P., by their

undersigned counsel, will move before the Honorable Robert D. Drain of the United States

Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains,

New York 10601 on **February 19, 2015 at 10:00 a.m. (EDT)**, for an order reopening the above-

captioned chapter 11 case.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must be in

writing, must conform to the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>")

and the Local Rules of the Bankruptcy Court for the Southern District of New York, must set

forth the name of the objecting party, the basis for the objection and the specific grounds

therefore, and must be filed with the Bankruptcy Court, by no later than **January 23, 2015**,

electronically in accordance with General Order M-242 (General Order M-242 and the User's

Manual for the Electronic Case Filing System may be found at www.nysb.uscourts.gov, the

official website for the Bankruptcy Court) by registered users of the Bankruptcy Court's case

filing system (with a hard copy hand delivered directly to the Chambers of the Honorable Rober

D. Drain at the United States Bankruptcy Court, Southern District of New York, 300 Quarropas

Street, White Plains, New York 10601).  Any objection must be served upon (i) Quinn Emanuel

Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010, Attn:

Susheel Kirpalani, Esq. and  James C. Tecce, Esq., attorneys for Solus Alternative Asset

Management, L.P.; and (ii) the Office of the United States Trustee, U.S. Federal Office Building,

201 Varick Street, Suite 1006, New York, New York 10014.


DATED:    New York, New York
                December 31, 2014


**QUINN EMANUEL URQUHART &
  SULLIVAN, LLP**

By:   /s/ Susheel Kirpalani
        Susheel Kirpalani
        James C. Tecce
        51 Madison Avenue, 22nd Floor
        New York, New York  10010
        Telephone:  (212) 849-7000
        Fax:  (212) 849-7100
        susheelkirpalani@quinnemanuel.com
        jamestecce@quinnemanuel.com

        *Attorneys for Solus Alternative Asset Management
        LP and Angelo, Gordon & Co., L.P.*

2