# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | x | Chapter 11 |
| | : | Case No. 05-44481 (RDD) |
| DPH HOLDINGS CORP., et al., | : | Jointly Administered |
| | : | |
| Reorganized Debtors. | : | |
| | x | |

## Certificate of Service

The undersigned hereby certifies that:

1.  On January 6, 2015, copies of the Motion of Solus Alternative Asset Management L.P. and Angelo Gordon & Co., L.P., Pursuant to Sections 105(a) and 350(b) of the Bankruptcy Code and Rule 5010 of Federal Rules of Bankruptcy Procedure, To Reopen DPH Holdings Corp. Chapter 11 Case, filed in Case No. 05-44481 (RDD) [Docket No. 22270] and the Notice of Hearing on Motion of Solus Alternative Asset Management L.P. and Angelo Gordon & Co., L.P., Pursuant to Sections 105(a) and 350(b) of the Bankruptcy Code and Rule 5010 of Federal Rules of Bankruptcy Procedure, To Reopen DPH Holdings Corp. Chapter 11 Case, filed in Case No. 05-44481 (RDD) [Docket No. 22273] was served on Delphi Automotive LLP and Delphi Automotive PLC per Exhibit A.

Dated: Los Angeles, California
       January 8, 2015

/s/ Rachel Appleton
Rachel Appleton

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CASE NO. 05-44481 (RDD)

In re:

DPH Holdings Et Al

AFFIDAVIT OF PERSONAL SERVICE

STATE OF MICHIGAN   )
                    ) ss
COUNTY OF Oakland   )

S. Miller _____ being first duly sworn deposes and says that
(name)
he/she is a PROCESS SERVICE OFFICER/INVESTIGATOR for U.S. FEDERAL and
that on Tuesday, 1-6-15 at 1:31 pm, at
       (day)    (date)   (time)
5725 Delphi Dr., Troy, MI. 48098
(address)
he/she served a Notice of Hearing, Motion to Re-Open
_____
(description of served documents)
in this action upon Judy Yeager o/b/o Delphi Automotive LLP
by then and there delivering to said individual the above noted documents.

_____ 1-7-15

Subscribed and sworn to before me on 1-7-15, Oakland County, Michigan.
                                      (date)
My Commission expires 9-11-2016.  Signature _____ William J. Ratliff
                      (date)                                  Notary Public
                                                              Wayne County, Michigan
                                                              My Commission Expires Sept. 11, 2016

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CASE NO. 05-44481 (RDD)

In re:

DPH Holdings, Et Al

## AFFIDAVIT OF PERSONAL SERVICE

STATE OF MICHIGAN    )
                     ) ss
COUNTY OF Oakland    )

S. Miller (name) being first duly sworn deposes and says that he/she is a PROCESS SERVICE OFFICER/INVESTIGATOR for U.S. FEDERAL and that on Tuesday (day), 1-6-15 (date) at 1:31 pm (time), at

5725 Delphi Dr., Troy, MI. 48098 (address)

he/she served a Notice of Hearing Motion to Re-Open (description of served documents)

in this action upon Judy Yeager o/b/o Delphi Automotive PLC by then and there delivering to said individual the above noted documents.

1-7-15

Subscribed and sworn to before me on 1-7-15 (date), Oakland County, Michigan.
My Commission expires 9-11-2016 (date). Signature _____

William J. Ratliff
Notary Public
Wayne County, Michigan
My Commission Expires Sept. 11, 2016