**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

*Counsel for Solus Alternative Asset Management LP
and Angelo, Gordon & Co., L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | x | Chapter 11 |
| | : | Case No. 05-44481 (RDD) |
| DPH HOLDINGS CORP., et al., | : | Jointly Administered |
| | : | |
| Reorganized Debtors. | : | |
| | x | |

**NOTICE OF WITHDRAWAL OF MOTION OF SOLUS ALTERNATIVE ASSET MANAGEMENT LP AND ANGELO GORDON & CO., L. P., PURSUANT TO SECTIONS 105(A) AND 350(B) OF BANKRUPTCY CODE AND RULE 5010 OF FEDERAL RULES OF BANKRUPTCY PROCEDURE, TO REOPEN DPH HOLDINGS CORP. CHAPTER 11 CASE**

TO THE HONORABLE ROBERT D. DRAIN, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AND ALL OTHER PARTIES ENTITLED TO NOTICE:

**PLEASE TAKE NOTICE** that Solus Alternative Asset Management and Angelo Gordon & Co., L.P. hereby withdraw the Motion Of Solus Alternative Asset Management L.P. and Angelo Gordon & Co., L.P., Pursuant to Sections 105(a) and 350(b) of Bankruptcy Code and Rule 5010 of Federal Rules of Bankruptcy Procedure to Reopen DPH Holdings Corp. Chapter 11 Case (the "Motion")  [Docket No. 22270].

DATED:  New York, New York  **QUINN EMANUEL URQUHART &**
    January 16, 2015   **SULLIVAN, LLP**

            By:  /s/ Susheel Kirpalani
              Susheel Kirpalani
              James C. Tecce
              51 Madison Avenue, 22nd Floor
              New York, New York  10010
              Telephone:  (212) 849-7000
              Fax:  (212) 849-7100
              susheelkirpalani@quinnemanuel.com
              jamestecce@quinnemanuel.com

              *Attorneys for Solus Alternative Asset Management*
              *LP and Angelo, Gordon & Co., L.P.*