# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | x | Chapter 11 |
| | : | Case No. 05-44481 (RDD) |
| DPH HOLDINGS CORP., et al., | : | Jointly Administered |
| | : | |
| Reorganized Debtors. | : | |
| | x | |

### Certificate of Service

The undersigned hereby certifies that:

1.      On January 16, 2015, copies of the Notice of Withdrawal of the Motion of Solus Alternative Asset Management L.P. and Angelo Gordon & Co., L.P., Pursuant to Sections 105(a) and 350(b) of the Bankruptcy Code and Rule 5010 of Federal Rules of Bankruptcy Procedure, To Reopen DPH Holdings Corp. Chapter 11 Case, filed in Case No. 05-44481 (RDD) [Docket No. 22276] was served as follows:

    a.  by Federal Express upon the Office of the United States Trustee, 201 Varick Street, Suite 1006, New York, NY 10014;

    b.  by Federal Express upon the parties listed in the annexed Exhibit A at the addresses indicated therein; and

    c.  by CM/ECF upon the parties listed in the annexed Exhibit B at the addresses indicated therein.

Dated: Los Angeles, California
   January 16, 2015

            /s/ Rachel Appleton
            Rachel Appleton

# Exhibit A

### Counsel for the Official Committee of Unsecured Creditors

Mark A. Broude
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Fax : (212) 751-4864
Email: mark.broude@lw.com

Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022
(212) 906-1200
Fax : (212) 751-4864
Email: robert.rosenberg@lw.com

### Debtor's Counsel

Neil Matthew Berger
Togut, Segal & Segal LLP
One Penn Plaza
New York, NY 10119
(212) 594-5000
Fax : (212) 967-4258
Email: neilberger@teamtogut.com

Kevin P. Holewinski
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
202-879-3797
Fax : 202-626-1700
Email: kpholewinski@jonesday.com

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive
Suite 2700
Chicago, IL 60606-1720
(312) 407-0700
Fax : (312) 407-0411
Email: jbutler@skadden.com

John K. Lyons
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive Suite 2700
Chicago, IL 60606
312.407.0700
Fax : 3124070411
Email: John.Lyons@skadden.com

David J. DeVine
Butzel Long
150 W. Jefferson Suite 100
Detroit, MI 48226
313-225-7000
Fax : 313-225-7080
Email: devine@butzel.com

Ron E. Meisler
Skadden Arps Slate Meagher & Flom
4 Times Square
New York, NY 10036
(212) 735-3000
Fax : (917) 777-2000
Email: rmeisler@skadden.com

Daniella A Einik
Jones Day
51 Louisiana Ave. N.W
Washington, DC 20001
202-879-3939
Email: deinik@JonesDay.com

Steven S. Flores
Togut, Segal & Segal, LLP
One Penn Plaza
Suite 3335
New York, NY 10119
(212) 594-5000
Fax : (212) 967-4258
Email: sflores@teamtogut.com

Richard M. Goldman
Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10036
212-594-5000
Email: rgoldman@teamtogut.com


Albert L. Hogan, III
Skadden Arps Slate Meagher & Flom, LLP
155 North Wacker Drive
Chicago, IL 60606-1720
(312) 407-0785
Fax : (312) 407-0411
Email: al.hogan@skadden.com

Thomas B. Radom
Butzel Long
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, MI 48304
(248) 258-1616
Fax : (248) 258-1439
Email: radom@butzel.com

Albert Togut
Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119
(212) 594-5000
Fax : (212) 967-4258
Email: alcourt@teamtogut.com

Ilana Volkov
Cole, Schotz, Meisel, Forman &Leonard PA
25 Main Street
Hackensack, NJ 07601
201-525-6269
Fax : 201-489-1536
Email: ivolkov@coleschotz.com

Michael D. Warner
Cole Schotz Meisel Forman & Leonard PA
301 Commerce Street
Suite 1700
Fort Worth, TX 76102
(817) 810-5250
Fax : (817) 810-5255
Email: mwarner@coleschotz.com

# Exhibit B

## CM/ECF Service List

Elizabeth Abdelmasieh on behalf of Creditor Riverside Claims LLC
  elizabeth@regencap.com

Marc Abrams on behalf of Attorney Counsel for Certain Tranche C DIP Lenders
  maosbny@willkie.com, mabrams@willkie.com

Letitia Accarrino on behalf of Defendant A 1 Specialized SVC & Supp., Inc.
  letitia.accarrino@mac.com

Franklin C. Adams on behalf of Unknown Solid State Stamping
  franklin.adams@bbklaw.com

Robert H. Adams on behalf of Creditor Simco Construction Inc.
  radams@rumberger.com, docketingorlando@rumberger.com;
  radamssecy@rumberger.com; mbarnette@rumberger.com; mcourtney@rumberger.com;
  ldowner@rumberger.

Jennifer L. Adamy on behalf of Attorney Shipman & Goodwin LLP
  bankruptcy@goodwin.com

David J. Adler on behalf of Creditor Energy Conversion System
  dadler@mccarter.com

Derek P. Alexander on behalf of Unknown Rothschild Inc.
  derekpalexander@gmail.com

Serge Ambroise on behalf of Plaintiff IUE-CWA
  sambroise@kjmlabor.com

Philip D. Anker on behalf of Spec. Counsel Special Regulatory Counsel for the Audit Committee
of Delphi Corporation
  philip.anker@wilmerhale.com

Joel D. Applebaum on behalf of Creditor 1st Choice Heating & Cooling, Inc.
  japplebaum@clarkhill.com

Allison R. Bach on behalf of Financial Advisor W.Y. Campbell & Company
  abach@dickinsonwright.com

Stephen M. Bales on behalf of Interested Party Tremco Incorporated
  sbales@zieglermetzger.com

C. David Bargamian on behalf of Creditor RBS Asset Finance, Inc.
dbargamian@bsdd.com

Courtney Engelbrecht Barr on behalf of Defendant D&R Technology, LLC
cbarr@lockelord.com, docket@lockelord.com; pwilliams@lockelord.com

Leslie S. Barr on behalf of Defendant Tyco Adhesives
lbarr@windelsmarx.com

William J. Barrett on behalf of Creditor EIS, Inc.
william.barrett@bfkn.com

David S. Barritt on behalf of Interested Party Littelfuse, Inc.
barritt@chapman.com

William M. Barron on behalf of Interested Party Heraeus Metals Processing, Inc.
wbarron@sgrlaw.com, nyoecf@sgrlaw.com

Joseph M. Barry on behalf of Defendant Tyco Electronics Corporation
jbarry@ycst.com, bankfilings@ycst.com

Robert E. Bartkus on behalf of Unknown BANK OF AMERICA, N.A.
rbartkus@dbl-law.com

Donald F. Baty, Jr. on behalf of Creditor Fujitsu Ten Corp. of America
dbaty@honigman.com

Douglas P. Baumstein on behalf of Defendant A-D Acquisition Holdings, LLC
dbaumstein@whitecase.com, mcosbny@whitecase.com; jdisanti@whitecase.com

Peter Nils Baylor on behalf of Creditor Hollingsworth & Vose Co.
pnb@nutter.com

Ronald Scott Beacher on behalf of Unknown IBJTC Business Credit Corporation
rbeacher@pryorcashman.com, docketing@pryorcashman.com

W. Robinson Beard on behalf of Creditor Akebono Corporation (North America)
jkirk@stites.com

Thomas M. Beeman on behalf of Creditor Madison County (Indiana) Treasurer
tom@beemanlawoffice.com

Christopher Robert Belmonte on behalf of Unknown Moody's Investors Service
cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com

Ryan B. Bennett on behalf of Creditor Tower Automotive, Inc.
rbennett@kirkland.com; jgoldfinger@kirkland.com; cpickerill@kirkland.com;
bgiordano@kirkland.com; benjamin.winger@kirkland.com

Neil Matthew Berger on behalf of Debtor DPH Holdings Corp., et al.
neilberger@teamtogut.com; sskelly@teamtogut.com; dcahir@teamtogut.com;
kackerman@teamtogut.com; aquirk@teamtogut.com

Neil Matthew Berger on behalf of Plaintiff DPH Holdings Corp., et al.
neilberger@teamtogut.com; sskelly@teamtogut.com; dcahir@teamtogut.com;
kackerman@teamtogut.com; aquirk@teamtogut.com

Leslie Ann Berkoff on behalf of Creditor Demag Plastics Group, Corporation dba Van Dorn
Demag Corporation
lberkoff@moritthock.com

Richard J. Bernard on behalf of Creditor Ohio Bureau of Workers' Compensation
rbernard@foley.com, khall@foley.com; rbressler@foley.com

Harold S. Berzow on behalf of Creditor Okaloosa County Tax Collector
hberzow@rmfpc.com

Daniel B. Besikof on behalf of Creditor Kyocera Industrial Ceramics Corp.
dbesikof@loeb.com

Brendan G. Best on behalf of Creditor Federal Screw Works
ssalinas@dykema.com

John A. Bicks on behalf of Defendant Setech Inc.
john.bicks@klgates.com, nathanael.meyers@klgates.com

Beth Ann Bivona on behalf of Creditor Durham Staffing Inc.
bbivona@damonmorey.com, wsavino@damonmorey.com;
nbishouty@damonmorey.com

Christopher B. Block on behalf of Defendant BP Microsystems Inc.
cblock@gordonrees.com

Anthony D. Boccanfuso on behalf of Interested Party CSX Transportation, Inc.
Anthony_Boccanfuso@aporter.com

Florence Bonaccorso-Saenz on behalf of Unknown Louisiana Department of Revenue
florence.saenz@la.gov

Charles E. Boulbol on behalf of Creditor Russell Reynolds Associates, Inc.
rtrack@msn.com

Claude R. Bowles on behalf of Defendant DSSI
crb@gdm.com, shm@gdm.com

Jordan Brackett on behalf of Plaintiff DPH Holdings Corp., et al.
vgarvey@fklaw.com

6

Eliza K. Bradley on behalf of Creditor WorldWide Battery Co., LLC
    ebradley@robergelaw.com

Kate M. Bradley on behalf of Defendant Steere Enterprises Inc.
    kbradley@brouse.com, tpalcic@brouse.com

William M. Braman on behalf of Creditor M.G. Corporation
    wbraman@meplegal.com

Beverley S. Braun on behalf of Defendant Jamestown Container
    bbraun@jaeckle.com

Allan S. Brilliant on behalf of Unknown Asset Management Inc
    allan.brilliant@dechert.com, brett.stone@dechert.com

Lynn M. Brimer on behalf of Defendant LTC Roll & Engineering Co.
    lbrimer@stroblpc.com, sfraser@stroblpc.com

Timothy W. Brink on behalf of Creditor Sedgwick Claims Management Services, Inc.
    tbrink@mpslaw.com, dnichols@mpslaw.com

Timothy T. Brock on behalf of Creditor JPMorgan Chase Bank, N.A., as Administrative Agent
    tbrock@ssbb.com, tlewis@ssbb.com; asnow@ssbb.com; managingclerk@ssbb.com;
    cgrace@ssbb.com

Timothy T. Brock on behalf of Unknown VEBA Committee
    tbrock@ssbb.com, tlewis@ssbb.com; asnow@ssbb.com; managingclerk@ssbb.com;
    cgrace@ssbb.com

James L. Bromley on behalf of Creditor Citigroup, Inc.
    maofiling@cgsh.com, jbromley@cgsh.com; reckenrod@cgsh.com

Mark A. Broude on behalf of Creditor Committee The Official Committee Of Unsecured
Creditors
    mark.broude@lw.com, peter.gilhuly@lw.com

Robert F. Brown on behalf of Defendant UVA Machine Company
    rbrown@rendigs.com

Robert F. Brown on behalf of Unknown Mad River Transportation, Inc.
    rbrown@rendigs.com

William J. Brown on behalf of Creditor HSBC Bank USA, National Association
    wbrown@phillipslytle.com, khatch@phillipslytle.com

Lee B. Brumitt on behalf of Creditor Gully Transportation
    lbrumitt@dysarttaylor.com, sriley@dysarttaylor.com

Adam D. Bruski on behalf of Creditor Linamar Corporation
adbruski@lambertleser.com

Adam D. Bruski on behalf of Defendant Pro Tech Machine
adbruski@lambertleser.com

Daniel E. Bruso on behalf of Spec. Counsel Cantor Colburn LLP
dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com

Jacob Buchdahl on behalf of Plaintiff DPH Holdings Corp., et al.
jbuchdahl@susmangodfrey.com, mchristie@susmangodfrey.com

Deborah M. Buell on behalf of Defendant UBS Securities LLC
maofiling@cgsh.com

Douglas J. Buncher on behalf of Defendant Eco-Bat America LLC
dbuncher@neliganlaw.com, snash@neliganlaw.com; sklein@neliganlaw.com

Martin G. Bunin on behalf of Plaintiff ACE American Insurance Company
marty.bunin@alston.com

Kevin J. Burke on behalf of Creditor Engelhard Corporation
kburke@cahill.com, mmcloughlin@cahill.com,nmarcantonio@cahill.com

Brent Adam Burns on behalf of Respondent Paul Higgins
bburns@babfirm.com

John Wm. Butler, Jr. on behalf of Counter-Claimant DPH Holdings Corp., et al.
jbutler@skadden.com, John.Murphy@skadden.com

Dan E. Bylenga, Jr. on behalf of Defendant ND AMC LLC
dan@chasebylenga.com, justine@chasebylenga.com

Maria Caceres-Boneau on behalf of Debtor DPH Holdings Corp., et al.
boneau@butzel.com

Malani Cademartori on behalf of Creditor International Rectifier Corp.
mcademartori@sheppardmullin.com

Aaron R. Cahn on behalf of Unknown STMicroelectronics, Inc.
cahn@clm.com

Robert A. Calinoff on behalf of Creditor Hydro Aluminum Adrian, Inc.
rcalinoff@candklaw.com

Judy B. Calton on behalf of Creditor Affinia Canada Corp.
jcalton@honigman.com

Paul W. Carey on behalf of Creditor Allegro MicroSystems, Inc.
bankrupt@modl.com, pwcarey@modl.com

Scott Cargill on behalf of Interested Party Cerberus Capital Management, L.P.
scargill@lowenstein.com, msavetsky@lowenstein.com

James C. Carignan on behalf of Creditor SKF USA Inc.
carignanj@pepperlaw.com, carignanj@ecf.inforuptcy.com; wlbank@ecf.inforuptcy.com

Jeffrey A. Carlino on behalf of Plaintiff DPH Holdings Corp., et al.
jacarlino@kslnlaw.com, rabacon@kslnlaw.com; arrusso@kslnlaw.com

Eric D. Carlson on behalf of Defendant Dr. Schneider
carlson@millercanfield.com

James S. Carr on behalf of Creditor BP Products North America Inc., Castrol Industrial, BP
Amoco Corp.
KDWBankruptcyDepartment@kelleydrye.com

D. Christopher Carson on behalf of Creditor Citation Corporation
ccarson@burr.com

Michelle Carter on behalf of Creditor Mitsubishi Electric Automobile America, Inc.
pwhite@kslaw.com; dmeadows@kslaw.com

Erin M. Casey on behalf of Creditor Omron Dualtec Automotive Electronics, Inc.
erin.casey@goldbergkohn.com, jeremy.downs@goldbergkohn.com

Linda J. Casey on behalf of Creditor SKF USA Inc.
caseyl@pepperlaw.com, jaffeh@pepperlaw.com; shieldsa@pepperlaw.com

Michael Cassell on behalf of Creditor H.E. Services Company
mcassell@lefkowitzhogan.com

Katherine R. Catanese on behalf of Creditor Kautex Inc.
kcatanese@foley.com

Ben T. Caughey on behalf of Creditor Sumco, Inc.
ben.caughey@icemiller.com

George B. Cauthen on behalf of Creditor Akzo Nobel Coatings Inc., Akzo Nobel Industrial
Coatings Mexico SA de CV.; Viscom, Inc.
george.cauthen@nelsonmullins.com, Linnea.hann@nelsonmullins.com;
joan.kishline@nelsonmullins.com

Rocco A. Cavaliere on behalf of Creditor O&R Precision Grinding, Inc.
rcavaliere@tarterkrinsky.com

Michael J. Chapman on behalf of Defendant UVA Machine Company
    mchapman@rendigs.com

Sarah B. Chapman Carter on behalf of Creditor City of Vandalia, Ohio
    scarter@pselaw.com

Erik G. Chappell on behalf of Creditor Metro Fibres, Inc.
    egc@lydenlaw.com

J Eric Charlton on behalf of Creditor GW Plastics, Inc.
    echarlton@hiscockbarclay.com

Maria Ellena Chavez-Ruark on behalf of Creditor Constellation NewEnergy - Gas Division, LLC
    mruark@saul.com

Mark Ira Chinitz on behalf of Unknown Key Safety Systems, Inc.
    mark.chinitz@SRMMLaw.com

Conrad Chiu on behalf of Unknown IBJTC Business Credit Corporation, as successor to IBJ
Whitehall Business Credit Corporation
    cchiu@pryorcashman.com, docketing@pryorcashman.com

Bertrand J. Choe on behalf of Interested Party Longacre Master Fund, LTD.
    bertrand.choe@kattenlaw.com, NYC.bknotices@kattenlaw.com

Gloria M. Chon on behalf of Creditor Raymond L. Johnson
    gloria.chon@kkue.com

Jared Riley Clark on behalf of Unknown Deutsche Bank Securities, Inc.
    jared.clark@morganlewis.com, david.marcus@morganlewis.com

R. John Clark on behalf of Creditor Alliance Precision Plastics Corporation
    rjclark@hancocklaw.com, jmccarthy@hancocklaw.com; ssagert@hancocklaw.com

Joseph L. Clasen on behalf of Defendant Prudential Relocation
    jclasen@rc.com, tgorrell@rc.com

David D. Cleary on behalf of Creditor Recticel North America, Inc.
    clearyd@gtlaw.com, peaglerb@gtlaw.com

Marvin E. Clements, Jr. on behalf of Creditor Tennessee Department of Revenue
    agbanknewyork@ag.tn.gov

Tiffany Strelow Cobb on behalf of Attorney Vorys, Sater, Seymour and Pease LLP
    tscobb@vorys.com, bjtobin@vorys.com; lnfromme@vorys.com

Michael A. Cohen, on behalf of Unknown AOL LLC
    jweber@curtis.com

Theodore A. Cohen on behalf of Creditor Gary Whitney
    tcohen@smrh.com, amontoya@sheppardmullin.com

Mark B. Conlan on behalf of Creditor Breen Color Concentrates, Inc.
    mconlan@gibbonslaw.com

Dennis J. Connolly on behalf of Creditor Cadence Innovation, LLC
    dconnolly@alston.com

Susan M. Cook on behalf of Creditor Arnold Center, Inc.
    smcook@lambertleser.com

Jesse Cook-Dubin on behalf of Defendant Carlisle
    jcookdubin@cohenkinne.com

Dawn R. Copley on behalf of Creditor Ambrake Corporation
    dcopley@dickinsonwright.com,dnavin@dickinsonwright.com

Joseph N. Cordaro on behalf of Unknown United States Of America
    joseph.cordaro@usdoj.gov

Joseph Corneau on behalf of Unknown Wiegel Tool Works, Inc.
    jcorneau@klestadt.com

Trent P. Cornell on behalf of Interested Party Paul Higgins
    tcornell@stahlcowen.com

David N. Crapo on behalf of Interested Party Epcos, Inc.
    dcrapo@gibbonslaw.com

Tyson A. Crist on behalf of Creditor Battelle Memorial Institute
    Tyson.Crist@icemiller.com, Sandy.Heaberlin@icemiller.com

Maureen A. Cronin on behalf of Unknown Rothschild Inc.
    mao-ecf@debevoise.com

Michael G. Cruse on behalf of Creditor Compuware Corporation
    mcruse@wnj.com, hziegler@wnj.com

Gary H. Cunningham on behalf of Unknown Nash
    gcunningham@gmhlaw.com

John K. Cunningham on behalf of Unknown Appaloosa Management L.P.
    jcunningham@whitecase.com; rkebrdle@whitecase.com; jdisanti@whitecase.com;
    avenes@whitecase.com; mcosbny@whitecase.com

Louis A. Curcio on behalf of Creditor AB Automotive Electronics Ltd.
    louis.curcio@snrdenton.com

Jeannine D'Amico on behalf of Other Prof. Cadwalader Wickersham & Taft LLP
jeannine.damico@cwt.com

Raniero D'Aversa on behalf of Creditor Bank of America, N.A.
rdaversa@orrick.com, lmetzger@orrick.com

Sherri L. Dahl
sdahl@ssd.com

Sherri Lynn Dahl on behalf of Creditor Dayton, City of
sdahl@ssd.com

Michael R. Dal Lago on behalf of Defendant Equis Corporation
mdallago@hahnlaw.com, cmbeitel@hahnlaw.com; hlpcr@hahnlaw.com

Scott I. Davidson on behalf of Interested Party General Motors LLC (f/k/a General Motors
Company)
sdavidson@kslaw.com

Michael S. Davis on behalf of Unknown AIG Member Companies
mdavis@zeklaw.com, mmccarthy@zeklaw.com; rguttmann@zeklaw.com;
mmillnamow@zeklaw.com

Karen Veronica DeFio on behalf of Creditor Marquardt GmbH
kdefio@bsk.com, kdoner@bsk.com; tayers@bsk.com

James E. DeLine on behalf of Defendant Pontiac Coil Inc.
jed@krwlaw.com, pal@krwlaw.com

David J. DeVine on behalf of Debtor DPH Holdings Corp., et al.
devine@butzel.com

David J. DeVine on behalf of Plaintiff Delphi Corporation, et al.
devine@butzel.com

J. Michael Debbeler on behalf of Attorney Graydon Head & Ritchey
mdebbeler@graydon.com

Robert Dehney on behalf of Creditor Chicago Miniature Optoelectronic Technologies, Inc.
rdehney@mnat.com; cmiller@mnat.com; dabbott@mnat.com; dbutz@mnat.com;
wlamotte@mnat.com; cfights@mnat.com; aconway@mnat.com

Christopher M. Desiderio on behalf of Creditor S.A. Gevelot Extrusion
cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Matthew F Dexter on behalf of Defendant Grace Davidson
matthew.dexter@kirkland.com

Gerard DiConza on behalf of Creditor Furukawa Electric North America ADP
gdiconza@dtklawgroup.com, las@dtklawgroup.com

Maria J. DiConza on behalf of Creditor Duraswitch Industries Inc.
diconzam@gtlaw.com, petermann@gtlaw.com; cusumanod@gtlaw.com;
lowena@gtlaw.com

John P. Dillman on behalf of Creditor Cypress-Fairbanks ISD
houston_bankruptcy@publicans.com

Karen Dine, on behalf of Unknown Clarion Corporation of America
karen.dine@kattenlaw.com

Ira S. Dizengoff on behalf of Creditor TAI Unsecured Creditors Liquidating Trust
idizengoff@akingump.com, afreeman@akingump.com; blaylocka@akingump.com;
apreis@akingump.com; dkrasaberstell@akingump.com; kmanoukian@akingump.com;
jwatters@akingump.com

Stephen A. Donato on behalf of Creditor Diemolding Corporation
sdonato@bsk.com, kdoner@bsk.com; tayers@bsk.com

J. Ted Donovan on behalf of Creditor Burkburnett I.S.D.
TDonovan@GWFGlaw.com, jstrauss@gwfglaw.com

Amish R. Doshi on behalf of Unknown IBJTC Business Credit Corporation, as successor to IBJ
Whitehall Business Credit Corporation
adoshi@magnozzikye.com

Mary Joanne Dowd on behalf of Creditor Audio MPEG, Inc.
mary.dowd@arentfox.com, jeffrey.rothleder@arentfox.com

Jeremy M. Downs on behalf of Defendant Johnson Controls
jeremy.downs@goldbergkohn.com, kristina.bunker@goldbergkohn.com;
zachary.garrett@goldbergkohn.com

Daniel D. Doyle on behalf of Unknown Carl Visconti
ddoyle@lathropgage.com

David G. Dragich on behalf of Creditor GE Commercial Materials SA de CV
ddragich@harringtondragich.com

David B. Draper on behalf of Creditor Maxim Integrated Products, Inc.
ddraper@terra-law.com

Dennis J. Drebsky on behalf of Unknown Corning Incorporated
ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com;
apabon@nixonpeabody.com

Robert W. Dremluk on behalf of Attorney Seyfarth Shaw LLP
rwd1517@gmail.com,rdremluk@culhanemeadows.com,
rwd1517@ecf.inforuptcy.com,lwarman@culhanemeadows.com

Seth A. Drucker on behalf of Creditor BorgWarner Turbo Systems Inc.
sdrucker@fosterswift.com

David W. Dykhouse on behalf of Creditor Ashland, Inc.
dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com

David Edelberg on behalf of Unknown Con-way Freight Inc.
dedelberg@njbankruptcy.com

Daniel Egan on behalf of Other Prof. KPMG LLP
daniel.egan@dlapiper.com, evelyn.rodriguez@dlapiper.com;
MLinn@FarallonCapital.com

Gayle Ehrlich on behalf of Creditor City of Wyoming, Michigan
gehrlich@pierceatwood.com

Robert L. Eisenbach, III on behalf of Creditor BEI Sensors & Systems Company
reisenbach@cooley.com

David M. Eisenberg on behalf of Unknown Martinrea International Inc.
deisenberg@ermanteicher.com

Roger Elder on behalf of Unknown Apple Inc., Apple Computer International, and Hon Hai
Precision Industry Company Ltd.
roger.elder@pillsburylaw.com

Judith Elkin on behalf of Creditor Amtek Engineering Limited, et al.
judith.elkin@haynesboone.com

David Ellerbe on behalf of Defendant Eco-Bat America LLC
dellerbe@neliganlaw.com

Paige Leigh Ellerman on behalf of Unknown Gobar Systems, Inc.
ellerman@taftlaw.com

Kristin Elliott on behalf of Creditor Tata America International Corporation d/b/a TCS America
kelliott@kelleydrye.com, KDWBankruptcyDepartment@Kelleydrye.com

Rex H. Elliott on behalf of Creditor Estate of Clarence Huston
loris@cooperelliott.com

Alyssa Englund on behalf of Creditor American President Lines, Ltd. and APL Co. Pte Ltd.
aenglund@orrick.com

Michael R. Enright on behalf of Creditor GE Fanuc Automation North America, Inc.
menright@rc.com

Richard L. Epling on behalf of Unknown MeadWestvaco Corporation
richard.epling@pillsburylaw.com

Margot Erlich on behalf of Unknown MeadWestvaco Corporation
margot.erlich@pillsburylaw.com

Scott L. Esbin on behalf of Creditor Credit Suisse
bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com

Michael S. Etkin on behalf of Defendant Teachers' Retirement System of Oklahoma
metkin@lowenstein.com, mseymour@lowenstein.com; tdwatson@lowenstein.com

Stephen Vincent Falanga on behalf of Creditor Susan M. Buttitta
sfalanga@connellfoley.com, sdarling@connellfoley.com

Eugene I. Farber on behalf of Creditor DBM Technologies, Inc.
efarber747@aol.com

Michael Farina on behalf of Creditor David Gargis
thalergertler@aol.com

Kathleen A. Farinas on behalf of Creditor Charles Ronald Musgrave
kf@lgrslaw.com

Robert Michael Farquhar on behalf of Creditor GCi Technologies
mfarquhar@winstead.com

David D. Farrell on behalf of Defendant Kataman Metals Inc.
dfarrell@thompsoncoburn.com, kknickmeyer@thompsoncoburn.com;
jcorrado@thompsoncoburn.com

Bonnie Glantz Fatell on behalf of Interested Party Special Devices Inc.
fatell@blankrome.com

Oscar B. Fears, III on behalf of Creditor Georgia Department of Revenue
bfears@law.ga.gov

Benjamin D. Feder on behalf of Spec. Counsel Thompson Hine LLP
KDWBankruptcyDepartment@kelleydrye.com

Robert J. Feinstein on behalf of Creditor Essex Group, Inc.
rfeinstein@pszyj.com, dharris@pszyjw.com

Ilene J. Feldman on behalf of Unknown Union Pacific Railroad Company
collinsfeldman@aol.com

Richard L. Ferrell on behalf of Creditor Koyo Corporation
 Ferrell@taftlaw.com

Charles J. Filardi, Jr. on behalf of Creditor FedEx Trade Networks Transport & Brokerage, Inc.
 charles@filardi-law.com, abothwell@filardi-law.com

Andrea Fischer, on behalf of Interested Party Paul Feinsilver, James A. Klotz and Terrance
O'Grady
 afischer@sflawgroup.com, jsantiago@sflawgroup.com

Eric Fisher on behalf of Defendant Applied Biosystems
 fishere@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com;
 kilfoylec@dicksteinshapiro.com

Elizabeth K. Flaagan on behalf of Unknown ColorsTek, Inc.
 elizabeth.flaagan@faegrebd.com, carol.wildt@faegrebd.com

Jonathan L. Flaxer on behalf of Unknown Universal Bearings, LLC
 jflaxer@golenbock.com, eneuman@golenbock.com; mweinstein@golenbock.com

Daniel A. Fliman on behalf of Interested Party Longacre Master Fund, LTD.
 dfliman@kasowitz.com, courtnotices@kasowitz.com

Steven S. Flores on behalf of Debtor DPH Holdings Corp., et al.
 sflores@teamtogut.com, dcahir@teamtogut.com; mhamersky@teamtogut.com;
 dpaul@teamtogut.com

Paul C. Foley on behalf of Unknown Paul C. Foley
 foley@mountaindearborn.com

Jonathan D. Forstot, on behalf of Creditor TT electronics, Plc.
 jonathan.forstot@troutmansanders.com, nymc@troutmansanders.com

Mateo Z. Fowler on behalf of Spec. Counsel Quinn Emanuel
 leticiabustinduy@quinnemanuel.com

Edward M. Fox on behalf of Creditor Wilmington Trust Company
 efox@polsinelli.com

Shawn Randall Fox on behalf of Creditor Alumax Mill Products, Inc., Alcoa Automotive
Castings, A Michigan Partnership And Alcoa Extrusions, Inc.
 sfox@mcguirewoods.com, tcollins@mcguirewoods.com

Joseph D. Frank on behalf of Other Prof. Jones Lang LaSalle Americas, Inc.
 jfrank@fgllp.com, ccarpenter@fgllp.com; rheiligman@fgllp.com; zzielinski@fgllp.com

Mark S. Frankel on behalf of Unknown SPCP Group L.L.C.
 mfrankel@couzens.com

Thomas M. Franklin on behalf of Creditor Kansas Department of Health and Environment
tmflaw@swbell.net

Edward A. Friedman on behalf of Plaintiff DPH Holdings Corp., et al.
efriedman@fklaw.com, vgarvey@fklaw.com; jshaw@fklaw.com

Michael Friedman on behalf of Creditor Goldman Sachs Credit Partners L.P.
friedman@chapman.com, iyassin@chapman.com

Patricia B. Fugee on behalf of Interested Party Ericka S. Parker
pfugee@ralaw.com, mwallace@ralaw.com

Lars H. Fuller on behalf of Unknown Photo Stencil, LLC
lfuller@rothgerber.com

Timothy A. Fusco on behalf of Creditor Autoliv ASP, Inc.
fusco@millercanfield.com

GE Commercial Materials, Thomas M. Gaa on behalf of Creditor VERITAS Software
Corporation
tgaa@bbslaw.com, yessenia@bbslaw.com

James Gadsden on behalf of Unknown Carter Ledyard & Milburn LLP
bankruptcy@clm.com

James M. Garner on behalf of Creditor Gulf Coast Bank & Trust Company
jgarner@shergarner.com, jchocheles@shergarner.com

Victoria D. Garry on behalf of Creditor Ohio Bureau of Workers' Compensation
vgarry@ag.state.oh.us

Joanne Gelfand on behalf of Unknown Itautec America Inc.
joanne.gelfand@akerman.com

Yann Geron on behalf of Creditor M&Q Plastic Products, Inc.
ygeron@foxrothschild.com

Philip J. Giacinti, Jr. on behalf of Creditor Sunrise Medical, Inc.
pjg@procopio.com, kristina.terlaga@procopio.com; laj@procopio.com;
phil.giacinti@procopio.com; calendaring@procopio.com

Karen Giannelli on behalf of Creditor Breen Color Concentrates, Inc.
kgiannelli@gibbonslaw.com

A. Spencer Gilbert, III on behalf of Creditor Mississippi Workers' Compensation Individual Self-
insurer Guaranty Association
sgilbert@asgilbert.com, kimwolford@asgilbert.com

Celeste R. Gill on behalf of Creditor Michigan Department of Environmental Quality
gillc1@michigan.gov, wilcoxk3@michigan.gov

Joseph M. Gitto on behalf of Interested Party First Technology Holdings, Inc. and Affiliates and Subsidiaries, Control Devices, Inc. and First Inertia Switch Limited
jgitto@nixonpeabody.com

Rozanne M. Giunta on behalf of Creditor Stephenson & Sons Roofing
rmgiunta@lambertleser.com

Eduardo J. Glas on behalf of Creditor Automodular Assemblies Inc.
eglas@mccarter.com

Jeffrey R. Gleit on behalf of Interested Party Contrarian Funds LLC
jgleit@teamtogut.com, sskelly@teamtogut.com; aquirk@teamtogut.com; lmuchnik@teamtogut.com; dperson@teamtogut.com

Larry Ivan Glick on behalf of Defendant Sidney Bernstein
lglick@shutts.com

Ronald L. Glick on behalf of Creditor Equistar Chemicals, LP
ron@ronaldglick.com

Dean M. Gloster on behalf of Unknown Delphi Salaried Retirees Association
dgloster@fbm.com

Matthew Alexander Gold on behalf of Creditor Argo Partners
courts@argopartners.net

Thomas D. Goldberg on behalf of Creditor Carrier Corporation
tdgoldberg@dbh.com

Scott A. Golden on behalf of Creditor XM Satellite Radio Inc.
sagolden@hhlaw.com

Richard M. Goldman on behalf of Debtor DPH Holdings Corp., et al.
rgoldman@teamtogut.com, lmuchnik@teamtogut.com; rgoldman@ecf.inforuptcy.com

Robert C. Goodrich, Jr. on behalf of Defendant Setech Inc.
nashvillebankruptcyfilings@stites.com

Robert D. Gordon on behalf of Attorney Clark Hill PLC
rgordon@clarkhill.com

Neil Andrew Goteiner on behalf of Creditor Official Committee of Eligible Salaried Retirees
ngoteiner@fbm.com, calendar@fbm.com; karentsen@fbm.com

Gary A. Gotto on behalf of Interested Party Thomas Kessler
ggotto@krplc.com

Garry M. Graber on behalf of Creditor Jideco of Bardstown, Inc.
ggraber@hodgsonruss.com; mmuskopf@hodgsonruss.com; rleek@hodgsonruss.com;
swells@hodgsonruss.com; clutterbein@hodgsonruss.com

Jeffrey J. Graham on behalf of Creditor Small Parts, Inc.
jgraham@taftlaw.com, ecfclerk@taftlaw.com

Corey D. Grandmaison on behalf of Creditor Merrill Tool & Machine
corgra@bkf-law.com, aijhal@bkf-law.com

Christopher T. Greco on behalf of Defendant Grace Davidson
christopher.greco@kirkland.com, jacob.goldfinger@kirkland.com

Jonathan S. Green on behalf of Attorney Miller, Canfield, Paddock and Stone
greenj@millercanfield.com

John T. Gregg on behalf of Creditor Armada Rubber Manufacturing Company
jgregg@btlaw.com

Lisa S. Gretchko on behalf of Other Prof. Howard & Howard Attorneys, P.C.
lgretchko@howardandhoward.com

Thomas Parker Griffin on behalf of Creditor Multitronics, Inc.
pgriffin@babc.com

Emanuel C. Grillo on behalf of Unknown Davidson Kempner Capital Management LLC
egrillo@goodwinprocter.com

David M. Grogan on behalf of Creditor Wellman, Inc.
dgrogan@slk-law.com

Stephen H. Gross on behalf of Creditor Mubea, Inc.
shgross5@yahoo.com

Stephen B. Grow on behalf of Creditor Behr Industries Corp.
sgrow@wnj.com, kfrantz@wnj.com

Janice Beth Grubin on behalf of Defendant Auramet Trading LLC
Janice.Grubin@leclairryan.com

Kevin Grzelak on behalf of Unknown Price, Heneveld, Cooper, DeWitt & Litton, LLP.
phcdelphi@priceheneveld.com

Peter J. Gurfein on behalf of Creditor Wamco, Inc
pgurfein@lgbfirm.com, rmartin-patterson@LGBFirm.com

Elizabeth A. Haas on behalf of Creditor Allegro MicroSystems, Inc.
info@thehaaslawfirm.com

Eric J. Haber on behalf of Defendant DSSI LLC
ehaber@cooley.com, jrothstein@cooley.com

Cynthia J. Haffey on behalf of Debtor DPH Holdings Corp., et al.
haffey@butzel.com

Richard F. Hahn on behalf of Unknown Rothschild Inc.
rfhahn@debevoise.com; mao-bk-ecf@debevoise.com

Dennis M. Haley on behalf of Creditor Twin Corporation
dhaley@winegarden-law.com

Alan D. Halperin on behalf of Attorney Halperin Battaglia Raicht, LLP
lgu@halperinlaw.net

Michael C. Hammer on behalf of Creditor Ambrake Corporation
mchammer3@dickinsonwright.com

Wallace M. Handler on behalf of Mediator Wallace M. Handler
whandler@swappc.com, tlooney@swappc.com

Marc B. Hankin on behalf of Defendant Olin Corp.
mhankin@jenner.com, docketing@jenner.com

William J. Hanlon on behalf of Creditor Bradford Industries, Inc.
whanlon@seyfarth.com

Jill M. Hartley on behalf of Creditor IBEW Brotherhood of Electrical Workers Local 663
jh@previant.com

Brian W. Harvey on behalf of Creditor A.G. Machining
bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

Bruce A. Harwood on behalf of Creditor Source Electronics Inc
bharwood@sheehan.com, ntoli@sheehan.com; nhbankruptcycourt@sheehan.com

Lonie A. Hassel on behalf of Unknown Clerk's Office of the U.S. Bankruptcy Court
lhassel@groom.com

William M. Hawkins on behalf of Creditor Kyocera Industrial Ceramics Corp.
whawkins@loeb.com, tcummins@loeb.com

Nava Hazan on behalf of Creditor Motorola, Inc.
nava.hazan@squirepb.com, karen.graves@squirepb.com

Ryan D. Heilman on behalf of Creditor AI-Shreveport, LLC
rheilman@schaferandweiner.com

Ira L. Herman on behalf of Creditor Midwest Tool & Die Corporation
ira.herman@tklaw.com, justin.roberts@tklaw.com

Neil E. Herman on behalf of Interested Party Steering Holding, LLC
Nherman@morganlewis.com

Jennifer B. Herzog on behalf of Unknown City of Oak Creek
jherzog@gklaw.com

William Heuer on behalf of Plaintiff ACE American Insurance Company
wheuer@duanemorris.com

Robert M. Hirsh on behalf of Unknown Pullman Bank and Trust Company
hirsh.robert@arentfox.com, nova.alindogan@arentfox.com

Shannon E. Hoff on behalf of Creditor Mercedes-Benz U.S. International, Inc.
mstinson@burr.com

Marie Polito Hofsdal on behalf of Unknown IBJTC Business Credit Corporation, as successor to
IBJ Whitehall Business Credit Corporation
marie.hofsdal@wilsonelser.com

Albert L. Hogan, III on behalf of Debtor DPH Holdings Corp., et al.
al.hogan@skadden.com, chdocket@skadden.com

Kevin P. Holewinski on behalf of Debtor DPH Holdings Corp., et al.
kpholewinski@jonesday.com

Evan C. Hollander on behalf of Unknown A-D Acquisition Holdings, LLC
mcosbny@whitecase.com; jdisanti@whitecase.com

Pamela Smith Holleman on behalf of Creditor Fidelity Employer Services Company LLC
pholleman@eink.com

Joon P. Hong on behalf of Creditor Goldman Sachs Credit Partners L.P.
joonhong@chapman.com

Jonathan Hook on behalf of Interested Party Highland Crusader Offshore Partners, L.P.
jonathan.hook@haynesboone.com, lenard.parkins@haynesboone.com;
ishmael.kamara@haynesboone.com

Bruce W. Hoover on behalf of Plaintiff DPH Holdings Corp., et al.
bhoover@goldbergsegalla.com, jsymack@goldbergsegalla.com;
rbraden@goldbergsegalla.com

Eric H. Horn on behalf of Creditor AT&T Entities
 ehorn@lowenstein.com

Casey B. Howard on behalf of Defendant Methode Electronics Inc.
 choward@lockelord.com

Patrick Howell on behalf of Defendant Stapla Ultrasonics Corp.
 phowell@whdlaw.com, tmichalak@whdlaw.com; dprim@whdlaw.com

John R. Humphrey on behalf of Creditor Preferred Sourcing, LLC
 jhumphrey@taftlaw.com, ecfclerk@taftlaw.com; aolave@taftlaw.com

P. Warren Hunt on behalf of Defendant Pontiac Coil Inc.
 pwh@krwlaw.com

John J. Hunter, Jr. on behalf of Creditor ZF Boge Elastmetall, LLC
 jrhunter@hunterschank.com

Jay W. Hurst on behalf of Creditor Texas Comptroller Of Public Accounts
 jay.hurst@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov

Donald J. Hutchinson on behalf of Creditor Ford Motor Company
 dhutchinson@plunkettcooney.com

Roland Hwang on behalf of Unknown State of Michigan Department of Labor & Economic
Growth, Unemployment Insurance Agency
 hwangr@michigan.gov

Mark S. Indelicato on behalf of Creditor Affinia Canada Corp., EFT
 mindelicato@hahnhessen.com; eschnitzer@hahnhessen.com;
 jcerbone@hahnhessen.com; aladd@hahnhessen.com; sthompson@hahnhessen.com;
 lschlussel@hahnhessen.com

Shalom Jacob on behalf of Creditor Methode Electronics, Inc., and its Affiliates
 sjacob@lockelord.com

Kurt Jacobs on behalf of Plaintiff Banc of America Securities LLC
 kjacobs@sidley.com

Gary S. Jacobson on behalf of Creditor Charter Manufacturing Co.
 gjacobson@heroldlaw.com

Susan Jennik on behalf of Creditor International Union of Electronic, Salaried, Machine and
Furniture Workers - Communications Workers of America
 sjennik@kjmlabor.com, smiller@kjmlabor.com; dpaul@kjmlabor.com

22

Brandon Johnson on behalf of Creditor Apple Inc., Apple Computer International, and Hon Hai
Precision Industry Company Ltd.
  brandon.johnson@pillsburylaw.com

Mary L. Johnson on behalf of Creditor International Rectifier Corp.
  msternstein@sheppardmullin.com

James O. Johnston on behalf of Plaintiff Anchorage Capital Group, LLC
  jjohnston@jonesday.com

Roger G. Jones on behalf of Creditor Calsonic Kansei North America, Inc.
  rjones@bccb.com

Richard Josephson on behalf of Creditor ENTEK International LLC
  basargent@stoel.com

John E. Jureller, Jr. on behalf of Creditor Bayer MaterialScience, LLC
  jjureller@klestadt.com, jjureller@klestadt.com

David J. Jurkiewicz on behalf of Creditor Decatur Plastic Products, Inc.
  djurkiewicz@boselaw.com, mwakefield@boselaw.com

Kenneth W. Kable on behalf of Defendant Merrill Tool & Machine
  kenkab@bkf-law.com, aijhal@bkf-law.com

Allen G. Kadish on behalf of Creditor Jacobson Mfg., LLC
  akadish@dtlawgroup.com, las@dtlawgroup.com

Robert G. Kamenec on behalf of Plaintiff ACE American Insurance Company
  rkamenec@plunkettcooney.com

Benjamin S. Kaminetzky on behalf of Defendant DELPHI AUTOMOTIVE PLC, DIP HOLDCO
3, LLC, and DIP HOLDCO LLP d/b/a DELPHI AUTOMOTIVE LLP
  kaminet@dpw.com, ecf.ct.papers@davispolk.com

Dana P. Kane on behalf of Creditor Revenue Management
  lsi@liquiditysolutions.com

Karel S. Karpe on behalf of Creditor Cisco Systems, Inc. and its subsidiaries and affiliates,
including but not limited to Cisco Systems Capital Corporation
  kkarpe@karpelaw.com

Andrew C. Kassner on behalf of Creditor Penske Truck Leasing Co., L.P.
  andrew.kassner@dbr.com

Elyssa Suzanne Kates on behalf of Creditor Ohio Bureau of Workers' Compensation
  ekates@bakerlaw.com, bhlitdocket@bakerlaw.com

William M. Katich on behalf of Unknown Illinois Department of Revenue
wkatich@atg.state.il.us

Kristi A. Katsma on behalf of Unknown Dickinson Wright PLLC
kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com

Jordan Kaye on behalf of Defendant Vishay Americas
jkaye@kramerlevin.com

Jordan Kaye, on behalf of Creditor Electronic Data Systems Corp & EDS Information Services,
LLC
jordankaye@yahoo.com

Barry M. Kazan on behalf of Defendant Rieck Group LLC
Barry.Kazan@ThompsonHine.com

Patrick J. Keating on behalf of Creditor Marco Manufacturing Co.
pkeating@bdblaw.com

David Kennedy on behalf of Unknown IRS Department of the Treasury
david.kennedy2@usdoj.gov

Thomas M. Kennedy on behalf of Creditor International Union of Electric, Electrical, Salaried,
Machine and Furniture Workers Communications Workers of America (IUE-CWA)
tkennedy@kjmlabor.com, sjennik@kjmlabor.com; sambroise@kjmlabor.com

Michael P. Kessler on behalf of Interested Party General Motors Corporation
mkessler@proskauer.com, ebarak@proskauer.com; mlespinasselee@proskauer.com

Ron Kilgard on behalf of Creditor ERISA Lead Plaintiffs
BankruptcyECF@krplc.com

Tami Hart Kirby on behalf of Creditor Alegre, Inc
tkirby@porterwright.com

Myron Kirschbaum on behalf of Interested Party Harbinger Capital Partners Master Fund I, Ltd.
mkirschbaum@kayescholer.com

Karen L. Kirshenbaum on behalf of Unknown Viasystems
kkirshenbaum@lynchrowin.com

Jeremy C. Kleinman on behalf of Other Prof. Jones Lang LaSalle Americas, Inc.
jkleinman@fgllp.com, ccarpenter@fgllp.com

Tracy L. Klestadt on behalf of Creditor Detroit Heading, LLC
tklestadt@klestadt.com, tklestadt@gmail.com

Brandi P. Klineberg on behalf of Creditor Robin Industries, Inc.
    bklineberg@moritthock.com

Maura Klugman on behalf of Defendant Grace Davidson
    maura.klugman@kirkland.com

Alan J. Knauf, on behalf of Unknown American Recycling & Manufacturing Co., Inc.
    aknauf@nyenvlaw.com

Anthony J. Kochis on behalf of Creditor Access One Technology Group, LLC
    akochis@wolfsonbolton.com, stravis@wolfsonbolton.com

Joseph B. Koczko on behalf of Spec. Counsel Thompson Hine LLP
    joseph.koczko@thompsonhine.com

Jonathan Koevary on behalf of Unknown Latigo Master Fund Ltd.
    jkoevary@olshanlaw.com, ssallie@olshanlaw.com

Howard Koh on behalf of Creditor Solectron Corporation
    hkoh@meisterseelig.com

Seth F. Kornbluth on behalf of Creditor Juki Automation Systems, Inc.
    skornbluth@herrick.com

Alan M. Koschik on behalf of Creditor Goodyear Canada Inc.
    akoschik@brouse.com

Lawrence J. Kotler on behalf of Creditor ACE American Insurance Company
    ljkotler@duanemorris.com

Deborah Kovsky-Apap on behalf of Creditor David Armstrong
    kovskyd@pepperlaw.com, alexsym@pepperlaw.com,kressk@pepperlaw.com

Stuart A. Krause on behalf of Unknown Toyota Tsusho America, Inc.
    skrause@zeklaw.com

Julia S. Kreher on behalf of Creditor BAILEY MANUFACTURING COMPANY, LLC
    rleek@hodgsonruss.com

Sarah Quinn Kuhny on behalf of Defendant Autocam Corporation
    sarah.kuhny@btlaw.com

Patrick J. Kukla on behalf of Creditor Behr America, Inc.
    pkukla@carsonfischer.com

Jerrold S. Kulback on behalf of Defendant Magnesium Electron Inc.
    jkulback@archerlaw.com

Duane Kumagai on behalf of Unknown NMB Technologies, Corp.
    dkumagai@rutterhobbs.com

Glenn M. Kurtz on behalf of Defendant A-D Acquisition Holdings, LLC
    gkurtz@whitecase.com, jdisanti@whitecase.com; mcosbny@whitecase.com

Matthew F. Kye on behalf of Creditor Vidalex Capital, LLC
    mkye@magnozzikye.com

Randall D. LaTour on behalf of Attorney Vorys, Sater, Seymour and Pease LLP
    rdlatour@vssp.com

Robinson B. Lacy on behalf of Defendant Goldman Sachs & Co.
    Lacyr@sullcrom.com, s&cmanagingclerk@sullcrom.com

Darryl S. Laddin on behalf of Creditor Daishinku (America) Corp. d/b/a KDS America
    bkrfilings@agg.com

Ralph L. Landy on behalf of Creditor Pension Benefit Guaranty Corporation
    landy.ralph@pbgc.gov, efile@pbgc.gov

Stuart A. Laven, Jr. on behalf of Defendant Republic Engineered Products
    slaven@cavitch.com

James N. Lawlor on behalf of Interested Party Flow Dry Technology, Ltd.
    jlawlor@wmd-law.com, jgiampolo@wmd-law.com

James Michael Lawniczak on behalf of Creditor Benecke-Kaliko AG
    jlawniczak@calfee.com

Harlan Mitchell Lazarus on behalf of Defendant NYCH LLC
    hmllaw@att.net, hmllaw@att.net

David H. Lee on behalf of Unknown Sensata Technologies, Inc.
    dlee@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Thomas A. Lee, III on behalf of Creditor FIA Card Services aka Bank of America by eCAST
Settlement Corporation as its agent
    notices@becket-lee.com

Alexander B. Lees on behalf of Unknown Methode Electronics Inc.
    ablees@wlrk.com, calert@wlrk.com

David S. Lefere on behalf of Creditor Eclipse Tool and Die Inc.
    davidl@bolhouselaw.com

Rachel Jeanne Lehr on behalf of Unknown State of New Jersey, Department of Environmental Protection
rachel.lehr@dol.lps.state.nj.us

Damon R. Leichty on behalf of Defendant Autocam Corporation
damon.leichty@btlaw.com

David S. Leinwand on behalf of Interested Party Amroc Investments, LLC
dleinwand@avenuecapital.com

Harris Donald Leinwand on behalf of Creditor Ahaus Tool & Engineering Inc.
hleinwand@aol.com, hleinwand@aol.com

David E. Lemke on behalf of Creditor Nissan North America, Inc.
david.lemke@wallerlaw.com, cathy.thomas@wallerlaw.com;
chris.cronk@wallerlaw.com; bk@wallerlaw.com

Joseph H. Lemkin on behalf of Attorney Masuda, Funai, Eifert & Mitchell, Ltd.
joseph.lemkin@piblaw.com, fedfiling@piblaw.com

Ira M. Levee on behalf of Defendant Teachers' Retirement System of Oklahoma
ilevee@lowenstein.com, mseymour@lowenstein.com

Jill Levi on behalf of Creditor Bank of Lincolnwood
jlevi@toddlevi.com, drosenberg@toddlevi.com

Jonathan Levine on behalf of Defendant Microchip
bankruptcy@andrewskurth.com

Kenneth M. Lewis on behalf of Creditor Dott Industries, Inc.
klewis@lewispllc.com

Kim Martin Lewis on behalf of Creditor Feintool Cincinnati, Inc.
kim.lewis@dinslaw.com, john.persiani@dinslaw.com; lisa.geeding@dinslaw.com;
patrick.burns@dinslaw.com

Barry E. Lichtenberg on behalf of Creditor Marybeth Cunningham
barrylichtenberg@sl-llp.com

David Liebov on behalf of Defendant Goldman Sachs & Co.
liebovd@sullcrom.com, S&Cmanagingclerk@sullcrom.com

Carmen H. Lonstein on behalf of Defendant Danobat Machine Tool Co Inc
carmen.lonstein@bakernet.com

Eric Lopez Schnabel on behalf of Creditor Entergy Mississippi, Inc.
mikhailevich.jessica@dorsey.com; de.ecf@dorsey.com

Dennis W. Loughlin on behalf of Creditor PIC Productivity Improvement Center
dloughlin@wnj.com, robinclark@wnj.com

Daniel A. Lowenthal on behalf of Attorney Thelen Reid & Priest LLP
dalowenthal@pbwt.com, mcobankruptcy@pbwt.com; bguiney@pbwt.com;
cdent@pbwt.com

A. Peter Lubitz on behalf of Attorney Means Industries, Inc
plubitz@nyc.rr.com

Donald K. Ludman on behalf of Creditor SAP America, Inc.
dludman@brownconnery.com

Matthew J. Lund on behalf of Creditor Paul R. Free
kovskyd@pepperlaw.com

Douglas L. Lutz on behalf of Creditor AK Steel Corporation
dlutz@fbtlaw.com, dlutz@ecf.inforuptcy.com

Christopher A. Lynch on behalf of Interested Party Johnson Controls, Inc.
clynch@reedsmith.com

John K. Lyons on behalf of Debtor DPH Holdings Corp., et al.
John.Lyons@skadden.com, chdocket@skadden.com

John H. Maddock, III on behalf of Creditor CSX Corporation
jmaddock@mcguirewoods.com, jsheerin@mcguirewoods.com

Amina Maddox on behalf of Creditor New Jersey Division of Taxation
amina.maddox@law.dol.lps.state.nj.us

Jennifer L. Maffett on behalf of Defendant Rieck Group LLC
jennifer.maffett@thompsonhine.com

John S. Mairo on behalf of Creditor Neuman Aluminum Automotive, Inc. and Neuman
Aluminum Impact Extrusion, Inc.
jsmairo@pbnlaw.com; mdlaskowski@pbnlaw.com; sakelly@pbnlaw.com;
lkkabse@pbnlaw.com; mpdermatis@pbnlaw.com; kdcurtin@pbnlaw.com

Christopher J. Major on behalf of Defendant Fernandez Racing, LLC
cjm@msf-law.com, bm@msf-law.com

Donald W. Mallory on behalf of Creditor Plastic Moldings Company, Ltd.
dmallory@ctks.com, ddcass@ctks.com

Richard Mancino on behalf of Attorney Counsel for Certain Tranche C DIP Lenders
maosbny@willkie.com, rmancino@willkie.com

Jacob A. Manheimer on behalf of Creditor FCI USA, Inc.
jmanheimer@pierceatwood.com, mpottle@pierceatwood.com

Kayalyn A. Marafioti on behalf of Debtor DREAL, Inc.
kmarafio@skadden.com, John.Murphy@skadden.com

Wendy G. Marcari on behalf of Attorney Traub, Bonacquist & Fox LLP
wmarcari@ebglaw.com, nyma@ebglaw.com

Alan E. Marder on behalf of Creditor Kilroy Realty, L.P.
lgomez@msek.com

Jeffrey S. Margolin on behalf of Defendant OSAR SRL
margolin@hugheshubbard.com

Andrew L. Margulis on behalf of Creditor Technology Properties Ltd.
amargulis@ropers.com, nbatchelder@rmkb.com; lverrier@rmkb.com

Kenneth S. Marks on behalf of Plaintiff DPH Holdings Corp., et al.
kmarks@susmangodfrey.com

Ilan Markus on behalf of Creditor Associated Spring Do Brasil Ltda
ilan.markus@leclairryan.com, kim.knicely@leclairryan.com

John J. Marquess on behalf of Unknown Legal Cost Control, Inc.
jjm@legalcost.com

Madison L. Martin on behalf of Defendant Setech
nashvillebankruptcyfilings@stites.com, madison.martin@stites.com

Gregory J Mascitti on behalf of Defendant Corning
gregory.mascitti@leclairryan.com; susan.foster@leclairryan.com;
michael.crosnicker@leclairryan.com; bankruptcyroc@leclairryan.com

Richard Gary Mason on behalf of Unknown Capital Research and Management Company
rgmason@wlrk.com, calert@wlrk.com

Victor J. Mastromarco, Jr. on behalf of Creditor H.E. Services Company
vmastromar@aol.com

Scott C. Matasar on behalf of Creditor Blair Strip Steel Co.
smatasar@calfee.com, nwheatley@calfee.com

Kathleen Leicht Matsoukas on behalf of Creditor Howard County, Indiana
kmatsoukas@btlaw.com

Deborah A. Mattison on behalf of Creditor Rosalyn Motley
dmattison@wcqp.com

Douglas Kirk Mayer on behalf of Unknown Methode Electronics Inc.
dkmayer@wlrk.com, calert@wlrk.com

Alan S. Maza on behalf of Creditor SECURITIES AND EXCHANGE COMMISSION
mazaa@sec.gov

Jil Mazer-Marino on behalf of Creditor Cherokee North Kansas City, LLC
jmazermarino@msek.com, kgiddens@msek.com

Louis G. McBryan on behalf of Creditor Vanguard Distributors, Inc.
lmcbryan@hwmklaw.com, AMcLeod@hwmklaw.com

Aaron G. McCollough on behalf of Unknown Siemens Energy & Automation, Inc.
amccollough@mcguirewoods.com

Michael K. McCrory on behalf of Creditor Gibbs Die Casting Corporation
michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com

Robert F. McDonough on behalf of Creditor City of Olathe, Kansas
ahatch@polsinelli.com; tbackus@polsinelli.com

Ralph E. McDowell on behalf of Creditor American Axle & Manufacturing, Inc.
rmcdowell@bodmanlaw.com

Douglas J. McGill, on behalf of Attorney Drinker Biddle & Reath LLP
dmcgill@webbermcgill.com

Frank McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Lorraine S. McGowen on behalf of Defendant SUMCO USA Sales Corporation f/k/a Sumitomo
Sitix Inc.
lmcgowen@orrick.com, dfelder@orrick.com

Terence McLaughlin on behalf of Defendant Pardus DPH Holding LLC
tmclaughlin@morrisoncohen.com, courtnotices@morrisoncohen.com

Michelle McMahon on behalf of Creditor Spartech Corporation and Spartech Polycom
michelle.mcmahon@bryancave.com, jamila.willis@bryancave.com

Austin L. McMullen on behalf of Creditor Calsonic Harrison Co., Ltd.
amcmullen@babc.com

Patrick E. Mears on behalf of Creditor Armada Rubber Manufacturing Company
patrick.mears@btlaw.com

Derek F. Meek on behalf of Creditor Hyundai Motor Manufacturing Alabama, LLC
dmeek@burr.com, mstinson@burr.com

Barbara S Mehlsack on behalf of Creditor International Association of Machinists, AFL-CIO
Tool and Die Makers Local Lodge 78, District 10 (IAM District 10)
    bmehlsack@gkllaw.com

Ron E. Meisler on behalf of Debtor DPH Holdings Corp., et al.
    rmeisler@skadden.com, chdocket@skadden.com; brandon.duncomb@skadden.com

Richard G. Menaker on behalf of Creditor Mary P & Liam P O'Neill
    rmenaker@mhjur.com

Marc B. Merklin on behalf of Defendant Steere Enterprises Inc.
    mmerklin@brouse.com

Richard M. Meth on behalf of Creditor 2088343 Ontario Limited
    msteen@foxrothschild.com, mlsecf@gmail.com

G. Christopher Meyer on behalf of Creditor Dayton, City of
    cmeyer@ssd.com

Sally Meyer on behalf of Unknown Madison Niche Opportunities, LLC
    smeyer@madisonliquidity.com

Merle C. Meyers on behalf of Creditor Alps Automotive, Inc.
    mmeyers@mlg-pc.com

Robert N. Michaelson on behalf of Creditor ASSEMBLEON AMERICA, INC.
    rmichaelson@r3mlaw.com

Brian Parker Miller on behalf of Creditor Furukawa Electric Co., LTD.
    parker.miller@alston.com

Kathleen M. Miller on behalf of Creditor Airgas, Inc.
    kmm@skfdelaware.com

W. Timothy Miller on behalf of Creditor Select Industries Corporation
    miller@taftlaw.com

Alan K. Mills on behalf of Creditor Mays Chemical Company
    amills@btlaw.com, bankruptcyindy@btlaw.com

Robert K. Minkoff on behalf of Creditor Capital Investors, LLC
    rminkoff@jefferies.com, mrichards@jefferies.com

Benjamin Mintz on behalf of Unknown Harbinger Del-Auto Investment Company, Ltd.
    bmintz@kayescholer.com, maosbny@kayescholer.com

Joseph Thomas Moldovan on behalf of Interested Party Dennis Black and Charles Cunningham
    bankruptcy@morrisoncohen.com

James P. Moloy on behalf of Creditor Filters Unlimited, Inc.
  jmoloy@boselaw.com

Michael C. Moody on behalf of Creditor Ameritech Credit Corporation d/b/a SBC Capital
Services
  mmoody@orourkeandmoody.com, firm@orourkeandmoody.com;
  morourke@orourkeandmoody.com

Audrey E. Moog on behalf of Unknown Umicore Autocat Canada Corp.
  amoog@hhlaw.com

Brett S. Moore on behalf of Creditor Schulte & Co. GMBH
  bsmoore@pbnlaw.com; mdlaskowski@pbnlaw.com; sakelly@pbnlaw.com;
  lkkabse@pbnlaw.com; rmschechter@pbnlaw.com; mpdermatis@pbnlaw.com

Brian F. Moore on behalf of Creditor Automodular Assemblies Inc.
  bmoore@teamtogut.com, bmoore@ecf.inforuptcy.com

Gene T. Moore on behalf of Unknown Arlis M. Elmore
  gtmlaw@bellsouth.net

James O. Moore on behalf of Creditor Kensington International Limited, Manchester Securities
Corp. and Springfield Associates, LLC
  james.moore@dechert.com

Matthew P. Morris on behalf of Defendant Tesa AG
  matthew.morris@lovells.com

Thomas R. Morris on behalf of Creditor Ralco Industries, Inc.
  morris@silvermanmorris.com, morris@silvermanmorris.com

Andrew L. Morrison on behalf of Unknown Siemens VDO Automotive SAS
  AMorrison@manatt.com, AStaltari@manatt.com

Lawrence F. Morrison on behalf of Defendant Fernandez Racing, LLC
  morrlaw@aol.com, info@m-t-law.com

Sarah E. Morrison on behalf of Creditor Department Of Toxic Substances Control
  sarah.morrison@doj.ca.gov

Joshua D. Morse on behalf of Plaintiff Anchorage Capital Group, LLC
  jmorse@jonesday.com

Whitney L. Mosby on behalf of Creditor M.G. Corporation
  wmosby@binghammchale.com

Eric T. Moser on behalf of Unknown Sensus Precision Die Casting, Inc.
  emoser@r3mlaw.com

Alisa Mumola on behalf of Interested Party Contrarian Capital Management, LLC
alisa@contrariancapital.com

James P. Murphy on behalf of Creditor GKN Sinter Metals, Inc.
murph@berrymoorman.com

Robert D. Nachman on behalf of Defendant MJ Celco
robert.nachman@bfkn.com

Jason A. Nagi on behalf of Creditor City of Olathe, Kansas
jnagi@polsinelli.com, tbackus@polsinelli.com; kvervoort@polsinelli.com;
docketing@polsinelli.com

Shannon Lowry Nagle on behalf of Attorney O'Melveny & Myers LLP
snagle@omm.com, diana.fisher@friedfrank.com

Stephen M. Nagle on behalf of Creditor Workers Compensation Board
stephen.nagle@oag.state.ny.us

Bruce S. Nathan on behalf of Creditor The CARQUEST Corporation
bnathan@lowenstein.com; dclaussen@lowenstein.com

David Neier on behalf of Creditor Ad Hoc Group of Tranche A & B DIP Lenders
dneier@winston.com, dcunsolo@winston.com

Melissa Z. Neier on behalf of Unknown Lord Corporation
mneier@ibolaw.com

Michael R. Nestor on behalf of Creditor Metalforming Technologies, Inc.
bankfilings@ycst.com

Jill L. Nicholson on behalf of Creditor Holset Engineering Company
jnicholson@foley.com, khall@foley.com

Timothy F. Nixon on behalf of Interested Party Miniature Precision Components
tnixon@gklaw.com, kboucher@gklaw.com; shuntema@gklaw.com

Richard P. Norton on behalf of Creditor Jason Incorporated, Sackner Products Division
rnorton@hunton.com

Gordon Z. Novod on behalf of Creditor Electronic Data Systems Corp & EDS Information
Services, LLC
gnovod@gelaw.com, cnevers@gelaw.com

David John Nowaczewski on behalf of Defendant Freudenberg Nok De Mexico
dnowaczewski@bodmanllp.com

Michael P. O'Connor on behalf of Creditor American Casualty Company of Reading, PA
mpolaw@aol.com

Michael O'Hayer on behalf of Unknown A-1 Specialized Services & Supplies, Inc.
mkohayer@aol.com

Martin P. Ochs on behalf of Creditor Coherent, Inc.
martin@oglaw.net

Sean A. Okeefe on behalf of Creditor Metal Surfaces, Inc.
sokeefe@winthropcouchot.com

Norman D. Orr on behalf of Creditor Raymond L. Johnson
norman.orr@kkue.com

Patrick J. Orr on behalf of Creditor 3M Company
tklestadt@klestadt.com; kgarofalo@klestadt.com

Lawrence E. Oscar on behalf of Creditor ARC Automotive, Inc.
leoscar@hahnlaw.com, hlpcr@hahnlaw.com; cmbeitel@hahnlaw.com

Mark Russell Owens on behalf of Creditor EMCON Technologies Canada, ULC
mowens@btlaw.com, mowens@btlaw.com; bankruptcyindy@btlaw.com

Deirdre Woulfe Pacheco on behalf of Defendant A 1 Specialized SVC & Supp., Inc.
dpacheco@wilentz.com, dpacheco@wilentz.com

Isaac M. Pachulski on behalf of Creditor Elliot Associates, L.P.
ipachulski@stutman.com

Stephen M. Packman on behalf of Creditor Magnesium Electron, Inc.
spackman@archerlaw.com, mfriedman@archerlaw.com

Nicholas R. Pagliari on behalf of Creditor Actco Tool & Manufacturing Company
npagliari@mijb.com, sburick@mijb.com; amayes@mijb.com

Ingrid S. Palermo on behalf of Creditor P & R Industries, Inc.
ipalermo@bsk.com

Sapna W. Palla on behalf of Defendant Harbinger Capital Partners Master Fund I, Ltd.
spalla@kayescholer.com, bmintz@kayescholer.com; maosbny@kayescholer.com

George Panters on behalf of Spec. Counsel Banner & Witcoff
gpanteris@panterislaw.com

Lenard M. Parkins on behalf of Creditor Highland Capital Management L.P.
lenard.parkins@haynesboone.com

Richard J. Parks on behalf of Creditor American Turned Products, Inc.
    rjp@pietragallo.com, kas2@pietragallo.com; ms@pietragallo.com

Barbra R. Parlin on behalf of Defendant Danice Manufacturing Co.
    barbra.parlin@hklaw.com

Tiiara N.A. Patton on behalf of Attorney Calfee, Halter & Griswold LLP
    nwheatley@calfee.com

Melissa A. Pena on behalf of Defendant Dove Equipment Co. Inc.
    mapena@nmmlaw.com, jspezzacatena@nmmlaw.com,sshepard@nmmlaw.com

Melissa A. Pena on behalf of Unknown Dove Equipment Co. Inc.
    mapena@nmmlaw.com, jspezzacatena@nmmlaw.com,sshepard@nmmlaw.com

Anne J. Penachio on behalf of Defendant UVA Machine Company
    apenachio@pmlawllp.com; penachio.anne@gmail.com; fmalara@pmlawllp.com;
    pmbestcase@gmail.com; jraggo@pmlawllp.com

Geoffrey J. Peters on behalf of Creditor Seven Seventeen Credit Union
    colnyecf@weltman.com

Lowell Peterson on behalf of Creditor United Steel, Paper and Forestry, Rubber, Manufacturing,
Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO
    lpeterson@msek.com

Ronald R. Peterson on behalf of Creditor Alcan Rolled Products-Ravenswood, LLC
    rpeterson@jenner.com, docketing@jenner.com

Robert A. Peurach on behalf of Creditor Ogura Clutch Company
    rpeurach@gdakmak.com

Cristine Irvin Phillips on behalf of Unknown United States Environmental Protection Agency
    cristine.phillips@usdoj.gov

Ed Phillips, Jr. on behalf of Creditor Royberg, Inc. d/b/a Precision Mold & Tool and d/b/a
Precision Mold & Tool Group
    ephillips@thurman-phillips.com

Deborah J. Piazza on behalf of Creditor Unifrax Corporation
    dpiazza@tarterkrinsky.com, cvazquez@tarterkrinsky.com

Shone Pierre on behalf of Unknown Louisiana Department of Revenue
    florence.saenz@la.gov

Oscar N. Pinkas on behalf of Creditor Schaeffler Canada, Inc.
    oscar.pinkas@dentons.com

Thomas A. Pitta on behalf of Creditor Sandvik Materials Technology
  tpitta@emmetmarvin.com, pdelrio@emmetmarvin.com; lkopito@emmetmarvin.com

Leslie A. Plaskon on behalf of Witness Rafael De Paoli and GE Corporate Financial Services
  leslieplaskon@paulhastings.com

James A. Plemmons on behalf of Defendant Sumitomo Electric Wiring
  jplemmons2@dickinsonwright.com

Constantine Pourakis on behalf of Creditor Globe Motors
  cp@stevenslee.com

Mark T. Power on behalf of Creditor Affinia Canada Corp., EFT
  MPower@HahnHessen.com; jcerbone@hahnhessen.com; jzawadzki@hahnhessen.com;
  jorbach@hahnhessen.com; sthompson@hahnhessen.com; aladd@hahnhessen.com

Susan Power-Johnston on behalf of Spec. Counsel Covington & Burling
  sjohnston@cov.com

Ronald S. Pretekin on behalf of Unknown Columbia Industrial
  piatt@coollaw.com

Susan Przekop-Shaw on behalf of Cross Defendant State of Michigan Workers' Compensation
Insurance Agency
  przekopshaws@michigan.gov

Dennis E. Quaid on behalf of Creditor Penn Aluminum International, Inc.
  dquaid@fagelhaber.com

Amanda Raboy on behalf of Spec. Counsel Covington & Burling LLP
  araboy@cov.com

Paul A. Rachmuth on behalf of Attorney Dell Receivables, L.P.
  paul@paresq.com

Thomas B. Radom on behalf of Attorney Butzel Long, P.C.
  radom@butzel.com

John J. Rapisardi on behalf of Unknown Auto Task Force of the United States Department of the
Treasury
  jrapisardi@omm.com

Craig V. Rasile on behalf of Unknown BANK OF AMERICA, N.A.
  craig.rasile@dlapiper.com, monica.tucker@dlapiper.com

Dennis Jay Raterink on behalf of Creditor Michigan Funds Administration
  raterinkd@michigan.gov, bannisters@michigan.gov

Gary O. Ravert on behalf of Creditor Motorola, Inc.
gravert@mwe.com, gary.ravertpllc@gmail.com

Eric T. Ray on behalf of Creditor Alabama Power Company
eray@balch.com, bevans@balch.com

Jo Christine Reed on behalf of Creditor INA USA, Inc.
jochristine.reed@snrdenton.com, robert.millner@dentons.com

Margery N. Reed on behalf of Plaintiff ACE American Insurance Company
mreed@duanemorris.com

Lawrence R. Reich on behalf of Attorney Reich Reich & Reich, P.C.
reichlaw@reichpc.com

Steven J. Reisman on behalf of Creditor Flextronics International Asia-Pacific Ltd. and
Flextronics Technology (M) Sdn. Bhd.
sreisman@curtis.com; cgiglio@curtis.com; jdrew@curtis.com; mgallagher@curtis.com;
tsmith@curtis.com; bkotliar@curtis.com; jweber@curtis.com; bbutterfield@

Lisa Pierce Reisz on behalf of Defendant Carlisle Companies Inc.
lpreisz@vorys.com, cspearce@vorys.com

Susan Fuhrer Reiter on behalf of Defendant Blair Strip Steel Co
sreiter@mijb.com, sburick@mijb.com; amayes@mijb.com

Kenneth A. Reynolds on behalf of Creditor National Molding Corp.
jwalsh@mklawnyc.com; tcard@mklawnyc.com

Kenneth A. Reynolds on behalf of Unknown Security Plastics Division/NMC, LLC
kreynolds@mklawnyc.com, jwalsh@mklawnyc.com; tcard@mklawnyc.com

Walter Reynolds on behalf of Creditor Alegre, Inc
wreynolds@porterwright.com

Jeffrey N. Rich on behalf of Unknown JPMorgan Chase Bank, N. A.
jrich@r3mlaw.com, emoser@r3mlaw.com

Marc E. Richards on behalf of Interested Party DENSO International America Inc.
mrichards@blankrome.com

Michael P. Richman on behalf of Other Prof. Ernst & Young LLP
mrichman@hunton.com, candonian@hunton.com

Paul J. Ricotta on behalf of Interested Party Tokico (USA), Inc.
pricotta@mintz.com, docketing@mintz.com

Craig Philip Rieders on behalf of Creditor Ryder Integrated Logistics, Inc.
crieders@gjb-law.com; cgreco@gjb-law.com, cgreco@gjb-law.com; bamron@gjb-law.com

Sandra A. Riemer on behalf of Creditor Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc.
sriemer@phillipsnizer.com, ddore@phillipsnizer.com

Marianne Goldstein Robbins on behalf of Creditor IBEW Brotherhood of Electrical Workers Local 663
MGR@PREVIANT.COM, MGR@PREVIANT.com; EM@PREVIANT.com

Matthew R. Robbins on behalf of Unknown International Brotherhood of Electrical Workers Local Union No. 663 (IBEW Local 663)
mrr@previant.com

Elizabeth A. Roberge on behalf of Creditor WorldWide Battery Co., LLC
eroberge@robergelaw.com

H. Buswell Roberts, Jr. on behalf of Defendant Owens Corning
hbroberts@live.com, droberts1949@live.com

Patricia M. Rodenhausen on behalf of Creditor Elaine L. Chao (ASEC EB Plans)
ny-sol-ecf@dol.gov

Ronald L. Rose on behalf of Spec. Counsel Dykema Gossett PLLC
rrose@dykema.com

Scott D. Rosen on behalf of Creditor Floyd Manufacturing Co., Inc.
srosen@cb-shea.com

Risa M. Rosenberg on behalf of Creditor Dolce Investments LLC
jbrewster@milbank.com

Robert J. Rosenberg on behalf of Creditor Committee The Official Committee Of Unsecured Creditors
rachel.feld@lw.com

Heath D. Rosenblat on behalf of Creditor Celestica Inc.
Heath.Rosenblat@dbr.com

Paul M. Rosenblatt on behalf of Creditor IDG USA, LLC
prosenblatt@kilpatricktownsend.com, lcanty@kilpatricktownsend.com; mwilliams@kilpatricktownsend.com

Jeffrey A. Rosenthal on behalf of Defendant UBS Securities LLC
maofiling@cgsh.com, jrosenthal@cgsh.com

David A. Rosenzweig on behalf of Attorney Fulbright & Jaworski L.L.P.
    DRosenzweig@Fulbright.com

David S. Rosner on behalf of Creditor Argo Partners
    courtnotices@kasowitz.com

David E. Roth on behalf of Creditor Multitronics, Inc.
    pdarby@bradleyarant.com

Ira Rubin on behalf of Unknown Beaver Valley Manufacturing
    irarubin265@aol.com

Paul Rubin on behalf of Unknown Canon U.S.A., Inc.
    prubin@rubinlawllc.com

Robert B. Rubin on behalf of Creditor Hyundai Motor Manufacturing Alabama, LLC
    brubin@burr.com

Peter S. Russ on behalf of Creditor ATEL Leasing Corporation, as Agent
    peter.russ@bipc.com, donna.curcio@bipc.com

Lyle D. Russell on behalf of Attorney Lyle Russell
    lylerussell@magnusoft.com

Maura I. Russell on behalf of Attorney Dreier LLP
    mrussell@dtklawgroup.com

Michael J. Rye on behalf of Unknown Cantor Colburn, LLP
    mrye@cantorcolburn.com

E. Todd Sable on behalf of Creditor Nidec Motor & Actuators (USA), Inc.
    tsable@honigman.com

Chester B. Salomon on behalf of Creditor Tonolli Canada Ltd.
    csalomon@beckerglynn.com, saltreuter@beckerglynn.com

Diane W. Sanders on behalf of Creditor Angelina County
    austin.bankruptcy@lgbs.com

William A. Sankbeil on behalf of Creditor John Blahnik
    was@krwlaw.com

Thomas P. Sarb on behalf of Creditor Avon Automotive
    ecfsarbt@millerjohnson.com

Robert V. Sartin on behalf of Creditor Toyota Motor Corporation
    rsartin@fbtlaw.com, chruska@fbtlaw.com

William F. Savino on behalf of Creditor Durham Companies, Inc.
    wsavino@damonmorey.com

Robert Scannell on behalf of Creditor Hitachi Chemical (Singapore) Pte. Ltd.
    rscannell@morganlewis.com

Louis A. Scarcella on behalf of Unknown Official Committee of Equity Security Holders
    lscarcella@farrellfritz.com

Thomas J. Schank on behalf of Creditor ZFGroup North American Operations, Inc
    tomschank@hunterschank.com

Ilan D. Scharf on behalf of Creditor Essex Group, Inc.
    ischarf@pszjlaw.com

Michael L. Schein on behalf of Creditor Best Foam Fabricators, Inc.
    mschein@vedderprice.com, ecfnydocket@vedderprice.com

James R. Scheuerle on behalf of Creditor Muskegon Castings Corp.
    jrs@parmenterlaw.com, lms@parmenterlaw.com

Andrew W. Schilling on behalf of Plaintiff DPH Holdings Corp., et al.
    aschilling@fklaw.com, vgarvey@fklaw.com

Michael Schlanger on behalf of Defendant Plasco
    michael@schlangerlegal.com, jeanne@schlangerlegal.com

William H. Schorling on behalf of Creditor Arkema Inc.
    william.schorling@bipc.com, donna.curcio@bipc.com

Christopher P. Schueller on behalf of Creditor Keystone Powdered Metal Company
    christopher.schueller@bipc.com, timothy.palmer@bipc.com; donna.curcio@bipc.com

Sheila R. Schwager on behalf of Creditor ARAMARK Uniform & Career Apparel Inc.
    srs@hteh.com

Andrea B. Schwartz on behalf of Creditor Castwell Products, LLC
    andrea.b.schwartz@usdoj.gov

Bryan I. Schwartz on behalf of Unknown KL Industries, Inc.
    bschwartz@lplegal.com

Matthew L. Schwartz on behalf of Creditor Equal Employment Opportunity Commission
    matthew.schwartz@usdoj.gov

Peter Gregory Schwed on behalf of Creditor Deloitte & Touch LLP
    gschwed@loeb.com, tcummins@loeb.com

Lisa M. Schweitzer on behalf of Creditor HP Enterprise Services, LLC
lschweitzer@cgsh.com, maofiling@cgsh.com; llipner@cgsh.com; reckenrod@cgsh.com

Barry N. Seidel on behalf of Plaintiff DPH Holdings Corp., et al.,
seidelb@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com

Lon J. Seidman on behalf of Creditor Collins & Aikman Corporation
filings@spallp.com, lseidman@silvermanacampora.com

Howard Seife on behalf of Interested Party EagleRock Capital Management, LLC
arosenblatt@chadbourne.com

Mark A. Shaiken on behalf of Creditor ThyssenKrupp Budd Systems, LLC
mark.shaiken@stinsonleonard.com, jgant@stinson.com

Dan Shaked on behalf of Defendant Barnes & Associates
dan@shakedandposner.com

Mark H. Shapiro on behalf of Interested Party Central Transport International, Inc.
shapiro@steinbergshapiro.com

Mary Kay Shaver on behalf of Creditor Brown Co. of Ionia LLC
mkshaver@varnumlaw.com

Brian L. Shaw on behalf of Creditor ATC Logistics & Electronics, Inc.
bshaw100@shawfishman.com

Howard S. Sher on behalf of Unknown The Delphi Salaried Retiree Association
howard@jacobweingarten.com

David M. Sherbin on behalf of Unknown Joint Fee Review Committee
david.sherbin@delphi.com

Andrew Howard Sherman on behalf of Creditor Doosan Infracore America Corp.
asherman@sillscummis.com

Mark Sherrill on behalf of Attorney Sutherland Asbill & Brennan LLP
mark.sherrill@sablaw.com

Adam L. Shiff on behalf of Interested Party Contrarian Funds LLC
ashiff@kasowitz.com, courtnotices@kasowitz.com; jcarter@kasowitz.com

J. Christopher Shore on behalf of Counter-Claimant A-D Acquisition Holdings, LLC
cshore@whitecase.com, jdisanti@whitecase.com; mcosbny@whitecase.com

Robert J. Sidman on behalf of Attorney Vorys, Sater, Seymour and Pease LLP
rjsidman@vorys.com, bkbowers@vorys.com

Robert Sidorsky on behalf of Creditor Pioneer Speakers, Inc.
    sidorsky@butzel.com

Glenn E. Siegel on behalf of Creditor Kensington International Limited, Manchester Securities
Corp. and Springfield Associates, LLC
    Glenn.Siegel@morganlewis.com

John D. Silk on behalf of Unknown LASALLE NATIONAL BANK
    silk@rbmchicago.com

Paul N. Silverstein on behalf of Unknown Credit Suisse International
    paulsilverstein@andrewskurth.com, jlevine@akllp.com

Wendy M. Simkulak on behalf of Creditor ACE American Insurance Company
    wmsimkulak@duanemorris.com

Sam O. Simmerman on behalf of Unknown Millwood, Inc.
    sosimmerman@kwgd.com, mhelmick@kwgd.com; gswope@kwgd.com

John A. Simon on behalf of Other Prof. Ernst & Young LLP
    jsimon@foley.com

Kate K. Simon on behalf of Defendant Sumitomo Corp. of America
    kate.simon@bingham.com

Rebecca H. Simoni on behalf of Unknown Rotaform, LLC.
    rsimoni@vonbriesen.com, jlohr@vonbriesen.com

Joseph E. Simpson on behalf of Creditor P & R Industries, Inc.
    jsimpson@hselaw.com

Douglas S. Skalka on behalf of Defendant Westwood & Associates/NANYA
    dskalka@npmlaw.com, bankruptcy@npmlaw.com; npm.bankruptcy@gmail.com;
    smowery@npmlaw.com

Thomas R. Slome on behalf of Attorney Rosen Slome Marder LLP.
    lgomez@msek.com

Neil J. Smith on behalf of Creditor Tal-Port Industries, LLC
    nsmith@mackenziehughes.com, jneedham@mackenziehughes.com

Richard G. Smolev on behalf of Unknown InPlay Technologies
    rsmolev@kayescholer.com, maosbny@kayescholer.com

Abigail Snow on behalf of Unknown VEBA Committee
    asnow@ssbb.com

Marc P. Solomon on behalf of Creditor Castwell Products, Inc.
msolomon@burr.com

Sean C. Southard on behalf of Unknown Davidson Kempner Capital Management LLC
ssouthard@klestadt.com

Paul H. Spaeth on behalf of Unknown F&G Multi-Slide Inc.
spaethlaw@phslaw.com

Robyn J. Spalter on behalf of Creditor Riverside Claims LLC
notice@regencap.com

Sarah F. Sparrow on behalf of Unknown Automotive Systems Laboratory, Inc.
ssparrow@tuggleduggins.com, martit@tuggleduggins.com

Douglas E. Spelfogel on behalf of Creditor CYRO Industries
dspelfogel@foley.com

Michael A. Spero on behalf of Creditor Doosan Infracore America Corp.
jspecf@sternslaw.com

David Spiegel on behalf of Defendant Magnesium Aluminum Corp.
david.spiegel@kirkland.com, gary.vogt@kirkland.com

Byron C. Starcher on behalf of Creditor Akzo Nobel Coatings Inc., Akzo Nobel Industrial
Coatings Mexico SA de CV. Viscom, Inc.
byron.starcher@nelsonmullins.com

Catherine Steege on behalf of Creditor Honeywell International - Aerospace
csteege@jenner.com, jeffrey_cross@discovery.com

Karen M. Steel on behalf of Defendant Styner & Bienz Formtech
ksteel@schlaw.com

Arthur Jay Steinberg on behalf of Interested Party General Motors LLC (f/k/a General Motors
Company)
asteinberg@kslaw.com, sdavidson@kslaw.com

Rick Aaron Steinberg on behalf of Creditor Vladimir Averbukh
rsteinberg@nakblaw.com

Bonnie Steingart on behalf of Other Prof. Fried Frank Harris Shriver & Jacobson LLP
steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Andrew W. Stern on behalf of Plaintiff Banc of America Securities LLC
astern@sidley.com

Jason V. Stitt on behalf of Defendant FA Tech Corp.
jstitt@kmklaw.com

Alexander Stotland on behalf of Creditor Danice Manufacturing Co.
msl@maddinhauser.com; bac@maddinhauser.com

Brent C. Strickland on behalf of Creditor Pepco Energy Services, Inc.
bstrickland@wtplaw.com

Harvey A. Strickon on behalf of Defendant A-D Acquisition Holdings, LLC
harveystrickon@paulhastings.com

Joseph G. Strines on behalf of Unknown The Dayton Power and Light Company
joseph.strines@dplinc.com

James M. Sullivan on behalf of Creditor Motorola, Inc.
jsullivan@mosessinger.com, dkick@mosessinger.com

Michelle T. Sutter on behalf of Creditor Ohio Environmental Protection Agency
msutter@ag.state.oh.us

Charles C. Swanekamp on behalf of Spec. Counsel Jaeckle Fleischmann & Mugel, LLP
cswanekamp@jaeckle.com

Marc N. Swanson on behalf of Creditor Autoliv ASP, Inc.
swansonm@millercanfield.com

Paul Sweeney on behalf of Creditor Quest Diagnostics, Inc.
psweeney@yvslaw.com, jbeckman@yvslaw.com; jbeckman@loganyumkas.com;
psweeney@loganyumkas.com

Dona Szak on behalf of Creditor Rassini, S.A. de C.V.
dszak@ajamie.com

Jocelyn Keynes Szekretar on behalf of Creditor Equistar Chemicals, LP
jkeynes@halperinlaw.net

Douglas T. Tabachnik on behalf of Creditor SEALY RG VALLEY BUILDINGS, L.P.
dtabachnik@dttlaw.com, rdalba@dttlaw.com

Jeffrey L. Tanenbaum on behalf of Creditor General Motors Corporation
garrett.fail@weil.com; robert.lemons@weil.com; michele.meises@weil.com

Roger L. Tarbutton on behalf of Creditor Board of County Commissioners of Johnson County,
Kansas
roger.tarbutton@jocogov.org, Lisa.wetzler@jocogov.org

Samuel Jason Teele on behalf of Unknown Lead Plaintiff and the Prospective Class
jteele@lowenstein.com, adeleo@lowenstein.com

Jay Teitelbaum on behalf of Creditor Mary Schafer
jteitelbaum@tblawllp.com, dcampagne@tblawllp.com

Andrew M. Thaler on behalf of Creditor David Gargis
thaler@thalergertler.com, dawn@athalerlaw.com; dsaponara@athalerlaw.com

James C. Thoman on behalf of Creditor Unifrax Corporation
jthoman@hodgsonruss.com, rleek@hodgsonruss.com

Deborah L. Thorne on behalf of Creditor Johnson Controls Battery Group, Inc.
deborah.thorne@btlaw.com

Richard S. Toder on behalf of Unknown PricewaterhouseCoopers, LLP.
richtoder@gmail.com

Gordon J. Toering on behalf of Creditor Bosch Automotive Products (Suzhou) Co., Ltd.
gtoering@wnj.com

Albert Togut on behalf of Debtor DPH Holdings Corp., et al.
alcourt@teamtogut.com, kackerman@teamtogut.com; alcourt@ecf.inforuptcy.com

Albert Togut on behalf of Other Prof. Togut, Segal & Segal LLP
alcourt@teamtogut.com, kackerman@teamtogut.com; alcourt@ecf.inforuptcy.com

Sheldon S. Toll on behalf of Unknown Milwaukee Investment Company
lawtoll@comcast.net

Martin B. Tucker on behalf of Unknown Martin B. Tucker
mtucker@fbtlaw.com

Daniel J. Tyson on behalf of Defendant Applied Biosystems
dtyson@lemerygreisler.com

Ann Marie Uetz on behalf of Creditor Kautex Inc.
auetz@foley.com

Raymond J. Urbanik on behalf of Counter-Defendant Computer Sciences Corporation
rurbanik@munsch.com

Robert Usadi on behalf of Creditor Engelhard Corporation
mmcloughlin@cahill.com

Nina M. Varughese on behalf of Creditor Ametek, Inc.
ninavarughese@yahoo.com

Shmuel Vasser on behalf of Interested Party Speedline Technologies, Inc.
  shmuel.vasser@dechert.com

Lori V. Vaughan on behalf of Creditor Intermet Corporation
  dranson@trenam.com; jfollman@trenam.com

Frank F. Velocci on behalf of Creditor QEK Global Solutions (US), LP
  frank.velocci@dbr.com, andrew.groesch@dbr.com

Debra S. Verstandig on behalf of Creditor General Electric Capital Corporation
  dturetsky@reedsmith.com

Michael J. Viscount, Jr. on behalf of Creditor M&Q Plastic Products, Inc.
  mviscount@foxrothschild.com

Gary Vist on behalf of Creditor Sumida America Inc.
  gvist@masudafunai.com, docketing@masudafunai.com

Joseph J. Vitale on behalf of Creditor International Union, UAW
  jvitale@cwsny.com

Ilana Volkov on behalf of Debtor DPH Holdings Corp., et al.
  ivolkov@coleschotz.com, fyudkin@coleschotz.com

Arthur T. Walsh on behalf of Creditor Edwin B Stimpson
  awalsh@nassauotb.com

Matthew M. Walsh on behalf of Plaintiff Anchorage Capital Group, LLC
  mwalsh@dl.com

Sean M. Walsh on behalf of Creditor Nisshinbo Automotive Corporation
  swalsh@gmhlaw.com, lsugars@gmhlaw.com

Bryan R. Walters on behalf of Creditor Summit Polymers, Inc.
  brwalters@varnumlaw.com, tmgarber@varnumlaw.com

Michael D. Warner on behalf of Attorney Warner Stevens, L.L.P.
  mwarner@coleschotz.com, klabrada@coleschotz.com

Michael D. Warner on behalf of Debtor DPH Holdings Corp., et al.
  mwarner@coleschotz.com, klabrada@coleschotz.com

Terence D. Watson on behalf of Defendant Invotec Engineering
  twatson@lowenstein.com

W. Clark Watson on behalf of Creditor Alabama Power Company
  cwatson@balch.com

Robert K. Weiler on behalf of Creditor Carlisle Engineered Products, Inc.
        rweiler@greenseifter.com, lellis@greenseifter.com

Bruce Weiner on behalf of Defendant WM Hague Company
        rmwlaw@att.net

William P. Weintraub on behalf of Creditor Essex Group, Inc.
        wweintraub@stutman.com, gfox@goodwinprocter.com

Allison H. Weiss on behalf of Creditor Camoplast Incorporated
        marie.ferrara@hoganlovells.com; ronald.cappiello@hoganlovells.com

Jay Welford on behalf of Creditor DC Coaters, Inc.
        jwelford@jaffelaw.com, dgoldberg@jaffelaw.com; phage@jaffelaw.com;
        aschehr@jaffelaw.com

Robert J. Welhoelter on behalf of Creditor Nissan North America, Inc.
        rjwelho@gmail.com

Elizabeth Weller on behalf of Creditor Dallas County
        dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com

David A. Wender on behalf of Creditor Cadence Innovation, LLC
        david.wender@alston.com

Michael R. Wernette on behalf of Creditor L & W Engineering Co.
        mwernette@schaferandweiner.com

Nathan A. Wheatley on behalf of Creditor Republic Engineered Products, Inc.
        nwheatley@calfee.com

Nathan A. Wheatley on behalf of Defendant Park Ohio Industries
        nwheatley@calfee.com

Robert A White on behalf of Creditor Lydall Thermal/Acoustical Sales Co. LLC
        rwhite@murthalaw.com

Amy Williams-Derry on behalf of Interested Party Thomas Kessler
        awilliams-derry@kellerrohrback.com, kmak@kellerrohrback.com

Stephen F. Willig on behalf of Defendant National Union Fire Insurance Company of Pittsburgh,
PA
        swillig@damato-lynch.com, ecf@damato-lynch.com

Eric R. Wilson on behalf of Creditor Pension Benefit Guaranty Corporation
        KDWBankruptcyDepartment@Kelleydrye.com

I.W. Winsten on behalf of Creditor Affinia Group Holdings, Inc.
iww@honigman.com

Eric D. Winston on behalf of Unknown Quinn Emanual Urquhart Oliver & Hedges, LLP.
ericwinston@quinnemanuel.com

Jeffrey C. Wisler on behalf of Creditor Connecticut General Life Insurance Company
jwisler@connollygallagher.com

Craig A. Wolfe on behalf of Creditor Pension Benefit Guaranty Corporation
cwolfe@kelleydrye.com

Douglas Wolfe on behalf of Creditor ASM Capital II, L.P.
dwolfe@asmcapital.com

Robert D. Wolford on behalf of Creditor Monroe, Inc.
ecfwolfordr@millerjohnson.com

Scott A. Wolfson on behalf of Creditor Ex-Cell-O Machine Tools, Inc.
swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com

Lee E. Woodard on behalf of Creditor Excellus Health Plans, Inc. and its Affiliates
bkemail@harrisbeach.com, ktompsett@harrisbeach.com

Kelly A. Woodruff on behalf of Creditor Delphi Salaried Retirees Association
kwoodruff@fbm.com, svillalobos@fbm.com

Jeffrey A. Wurst on behalf of Defendant Wells Fargo Business
JWURST@RMFPC.COM, dolsen@rmfpc.com; smcgrath@rmfpc.com;
rregan@rmfpc.com

David Farrington Yates on behalf of Creditor UPG de MEXICO S de RL de CV
farrington.yates@dentons.com

Doron Yitzchaki on behalf of Creditor Ambrake Corporation
dyitzchaki@dickinsonwright.com

Stephen L. Yonaty on behalf of Attorney Hodgson Russ LLP
syonaty@chwattys.com

Kenneth S. Yudell on behalf of Unknown Park Enterprises of Rochester, Inc.
kyudell@aryllp.com

German Yusufov on behalf of Creditor Pima County, Arizona
pcaocvbk@pcao.pima.gov

Helen A. Zamboni on behalf of Creditor McAlpin Industries, Inc.
hzamboni@underbergkessler.com

Menachem O. Zelmanovitz on behalf of Creditor Hitachi Chemical (Singapore) Pte. Ltd.
   mendy@zelmlaw.com

Peter Alan Zisser on behalf of Interested Party New York Power Authority
   Lawzisser@twcny.rr.com

Nicholas J. Zluticky on behalf of Unknown Thyssen Krupp Waupaca, Inc.
   nicholas.zluticky@stinsonleonard.com

Edward P. Zujkowski on behalf of Interested Party The Bank of New York Mellon, as Indenture
Trustee
   ezujkowski@emmetmarvin.com, pdelrio@emmetmarvin.com;
   mgeisler@emmetmarvin.com

Carina M. de la Torre on behalf of Defendant Decatur Plastic Products Inc.
   carina@dltlawoffice.com