# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION., et al.,<br><br>Delphi Automotive Systems LLC<br>("the Debtors") | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>Jointly Administered<br><br>Case No. 05-44640<br><br>**Claim No:** Scheduled<br>**Claim Amount:** $11,268.00 |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, VonWin Capital, L.P., creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
VonWin Capital, L.P.
60 Madison Avenue, 2nd Floor
New York, NY 10010

**New Address [Creditor]**
VonWin Capital, L.P.
261 Fifth Avenue, 22nd Floor
New York, NY 10016

Dated:P  2/23/15

Respectfully submitted,

By: VonWin Capital, L.P.
Signature: _____
Print Name:  Michael Winschuh
Managing Director