Honorable Judge Robert Drain          James Michael Grai

United States Bankruptcy Court        305 Schillman Pl

300 Quarropas Street                  Flushing, Mi 48433

White Plains, NY 10601

May 5, 2015

Dear Honorable Judge Drain,

I am writing you today concerning the Delphi Automotive bankruptcy issue and the State of Michigan lack of cooperation in the workers compensation issues of the Delphi employees. I am one of these employees. You would think, after 5 ½ years of court interventions, that the issue of Workers Compensation would have come to a conclusion, but it has not. Just today, May 5, 2015, I was told that the Delphi Bankruptcy Stay was still the issue with the State of Michigan in resolving the workers compensation issue, even though the State of Michigan has finally took responsibility for this claims. If this is the case, I am asking you to lift the Delphi Bankruptcy Stay, just for the State of Michigan, just for the Delphi workers compensation issue, that the State of Michigan and the Delphi Employees can finally put this behind us all.

Judge Drain, if this is not the case, please forgive me in my lack of the law, and disregard this letter. However, if this letter has some merit, please let me and my attorney know. By the way, my attorney does not know that I have written to you, again. I am enclosing my attorney's information for you. Thank you, once again.

ATTORNEY MICHAEL P. DOUD

    3438 LENNON RD

    FLINT, MI 48507

    810-239-5700

THANK YOU

*James Michael Grai*

JAMES MICHAEL GRAI