**Exhibit A**

| | Case No. | Filing Debtor | Address[2] | Tax ID Number |
|---|---|---|---|---|
| 1. | 05-44481 | DPH Holdings Corp., f/k/a Delphi Corporation | 5725 Delphi Drive, Troy Michigan 48098-2815 | 38-3430473 |
| 2. | 05-44507 | Delphi Medical Systems Colorado Corporation | 4300 Road 18, Longmont, CO 80504 | 32-0052827 |
| 3. | 05-44511 | Delphi Medical Systems Texas Corporation | 5725 Delphi Drive, Troy Michigan 48098-2815 | 20-2885110 |
| 4. | 05-44567 | Delphi Mechatronic Systems, Inc. | 5725 Delphi Drive, Troy Michigan 48098-2815 | 38-3589834 |
| 5. | 05-44640 | Delphi Automotive Systems LLC | 5725 Delphi Drive, Troy Michigan 48098-2815 | 38-3431131 |

---

[2] All Debtor addresses are those that appear on the voluntary petitions.