UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  Chapter 11

DPH Holdings Corp., et al.,  Case No. 05-44481

Debtors.

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **THE BRIX GROUP, INC.**, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register, as claim number **8229**), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
The Brix Group Inc.
1400 Dell Avenue, Suite A
Campbell, CA 95008

New Address
The Brix Group, Inc.
c/o Hain Capital Investors, LLC
301 Route 17 North, 7th Floor
Rutherford, NJ 07070

I declare under penalty of perjury that the foregoing is true and correct

Authorized Signatory for:
THE BRIX GROUP INC.
By: _____
Title: CFO
Date: 10/23/2015