UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DPH Holdings Corp., et al., | Case No. 05-44481 |
| Debtors. | |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **DAVID KNILL,** a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register, as claim number **20029**), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
David Knill
8091 Caribou Lake Ln.
Clarkston, MI 48346

New Address
David Knill
c/o Hain Capital Investors, LLC
301 Route 17 North, 7th Floor
Rutherford, NJ 07070

I declare under penalty of perjury that the foregoing is true and correct

Authorized Signatory for:
**DAVID KNILL**

By: _[signature]_

Date: November 24, 2015