# Notice Recipients

District/Off: 0208−1 | User: brichards | Date Created: 12/7/2015
Case: 05−44481−rdd | Form ID: trc | Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
4311845     SPCP Group, LLC     Attn Brian Jarmain     Two Greenwich Plaza 1st Floor     Greenwich CT 06830

TOTAL: 1