# United States Bankruptcy Court

## Southern District Of New York

<u>In re:</u> **Delphi Corporation, et al.**          <u>Case No.:</u> **05-44481**

Court ID (Court use only)_____

## NOTICE OF AMENDED TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Hain Capital Investors, LLC** | **James Crouse** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Court Record Address of Transferor (Court Use Only) |
| **Hain Capital Holdings, LLC**<br>**301 Route 17, 7th Floor**<br>**Rutherford, NJ  07070**<br>**Attn: Amanda Rapaport**<br>Phone: **(201) 896 - 6100** | |
| Last Four Digits of Acct #: _____ | Last Four Digits of Acct. #: _____ |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor<br><br>**James Crouse**<br>**8223 Waterview Rd.** |
| Court Claim # (if known):  **9774**<br>Claim Amount:  **$1,101,532.79**<br>Date Claim Filed: 10/08/2005 | **Lakewood Ranch, FL 34202** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Amanda Rapoport          Date: 12/21/2015
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                    _____
                                   **CLERK OF THE COURT**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                          Chapter 11

DPH Holdings Corp., et al.,                                     Case No. 05-44481

Debtors.

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **JAMES CROUSE**, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register, as claim number **9774**), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
James Crouse
c/o Hain Capital Investors, LLC
301 Route 17 North, 7th Floor
Rutherford, NJ 07070

New Address
James Crouse
8223 Waterview Rd.
Lakewood Ranch, FL 34202

I declare under penalty of perjury that the foregoing is true and correct

Authorized Signatory for:
**JAMES CROUSE**

By: _James L. Crouse_ (signature)

Date: 12/17/15