UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                     :

     In re                                    :        Chapter 11

                                             :

DPH HOLDINGS CORP., et al.,         :        Case No. 05-44481 (RDD)

                                           :

                Reorganized Debtors. :       (Jointly Administered)

                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER APPROVING BANKRUPTCY COURT CLERK'S DESTRUCTION OF ALL DOCUMENTS PREVIOUSLY FILED UNDER SEAL

THIS MATTER having come before the Court upon the request of the Office of the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "Clerk") to destroy or return to DPH Holdings Corp. ("DPH") any and all documents and pleadings filed with the Court under seal during the pendency, and in connection with the administration, of the above-captioned jointly administered Chapter 11 bankruptcy cases (collectively, the "Sealed Documents"); and DPH, through its counsel, having consented to the relief set forth herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1. The Clerk's destruction of the Sealed Documents is authorized and approved. The Clerk shall not, however, unseal any of the Sealed Documents prior to such destruction.

2. This Court shall retain jurisdiction to hear and determine all matters

52436/0001-13059137v1

arising from or relating to the implementation of this order.

Dated: White Plains, New York
April 21, 2016

                                              /s/Robert D. Drain
                                              HONORABLE ROBERT D. DRAIN
                                              UNITED STATES BANKRUPTCY JUDGE

52436/0001-13059137v1