UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

DPH Holdings Corp, et al.

　　　　　Debtors.

: Chapter 11
:
: Case No. 054481
:
: Jointly Administered

---

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Liquidity Solutions, Inc. pursuant to Power of Attorney granted under the assignment of claim agreement dated December 26, 2008 between Liquidity Solutions, Inc. and Ore Hill Hub Fund Ltd ("Ore Hill"), a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors, debtors in possession and/or liquidating trustee, and any representatives thereof, including the claims and distribution agent appointed in these cases (collectively, "Debtor Parties"), to change its address for the purposes of administering its proofs of claim (Claim Nos. 8676, 3755, 2099, and 12142), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof. Ore Hill hereby instructs the Debtor Parties that no further change of address or instruction of any kind with respect to the claim(s) or any distribution or payment related thereto shall be accepted by the Debtor Parties without the express written consent of Liquidity Solutions, Inc.

**Former Address**
Ore Hill Hub Fund Ltd
650 Fifth Ave, 9th Floor
New York, NY 10019

**New Address**
Ore Hill Hub Fund Ltd
c/o Liquidity Solutions, Inc
One University Plaza, Suite 312
Hackensack, NJ 07601

I declare that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　　Ore Hill Hub Fund Ltd through
　　　　　　　　　　　　　　　　Liquidity Solutions pursuant to Power of Attorney

By: _____
Its: ___President___
Date: __06/26/17__