UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                                              :
                                                                    :   Chapter 11
DPH Holdings Corp, et al.                                           :
                                                                    :   Case No. 054481
                                                                    :
                          Debtors.                                  :   Jointly Administered
---

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Liquidity Solutions, Inc. pursuant to Power of Attorney granted under the assignment of claim agreement dated April 24, 2006 between Liquidity Solutions, Inc. and Pyramid Technologies Inc ("Pyramid Technologies"), a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors, debtors in possession and/or liquidating trustee, and any representatives thereof, including the claims and distribution agent appointed in these cases (collectively, "Debtor Parties"), to change its address for the purposes of administering its proof of claim (Claim Nos. 2074), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.  Pyramid Technologies hereby instructs the Debtor Parties that no further change of address or instruction of any kind with respect to the claim(s) or any distribution or payment related thereto shall be accepted by the Debtor Parties without the express written consent of Liquidity Solutions, Inc.

**Former Address**
Pyramid Technologies Inc
210 Goddard St.
Irvine, CA 92618

**New Address**
Pyramid Technologies Inc
c/o Liquidity Solutions, Inc
One University Plaza, Suite 312
Hackensack, NJ 07601

I declare that the foregoing is true and correct.

Pyramid Technologies Inc through
Liquidity Solutions pursuant to Power of Attorney

By: _____
Its: _____President_____
Date: __06/26/17__