**United States Bankruptcy Court**
For the **Southern District of New York**

**DPH Holdings Corp., et al.**　　　　　　　　　} Chapter 11
}
}
}
}
}
} Case No. 05-44481
}
Debtor

# NOTICE OF WITHDRAWAL OF NOTICE OF TRANSFER

PLEASE TAKE NOTICE that the Notice of Transfer for Docket No. 22292 filed by Liquidity Solutions, Inc. is hereby withdrawn.

By: /Liquidity Solutions, Inc./
(201) 968-0001