UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

DPH Holdings Corp, et al.,

Reorganized Debtors.

Chapter 11

Case No. 05-4481

Jointly Administered

---

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Brown & Sharpe, Inc. ("B&S"), a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Reorganized Debtors, debtors in possession and/or liquidating trustee, and any representatives thereof, including the claims and distribution agent appointed in these cases (collectively, "Debtor Parties"), to change its address for the purposes of administering its proof of claim (Claim No. 9881), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof. B&S hereby instructs the Debtor Parties that no further change of address or instruction of any kind with respect to the claim(s) or any distribution or payment related thereto shall be accepted by the Debtor Parties without the express written consent of Liquidity Solutions, Inc.

**Former Address**
**Brown & Sharpe, Inc**
c/o Brown & Sharpe Mfg Cp
Attn: K McBride
200 Frenchtown Rd.
North Kingstown, RI 02852

**New Address**
Brown & Sharpe, Inc
c/o Liquidity Solutions, Inc
One University Plaza, Suite 312
Hackensack, NJ 07601

I declare that the foregoing is true and correct.

Brown & Sharpe, Inc.
n/k/a Hexagon Metrology, Inc.

By: _Kevin McBride_

Kevin McBride, Manager, Financial Services
July 7, 2017