**Gray Distribution Services, Inc.**
2512 Westgate Drive
Unit 37
Albany, GA 31707
pgreene1965@gmail.com


RECEIVED JUL 3 1 2017 U.S BANKRUPTCY COURT SO DIST OF NEW YORK

July 28, 2017

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re:     Case No. 05-44481,
        Change of contact information for:   Gray Distribution Services, Inc.
                                             General Unsecured Creditor
                                             Claim: 5880

Please change the mailing address, email address and phone numbers for the above referenced General Unsecured Creditor to:

Gray Distribution Services, Inc.
2512 Westgate Drive
Unit 37
Albany, GA 31707
pgreene1965@gmail.com

Phone Numbers:    229-344-8882
                  229-883-3721

Thanks and please contact me if you have any questions.

Yours truly,

Phillip R. Greene
President/ CEO

Gray Distribution Services, Inc.
2512 Westgate Drive
Unit 37
Albany, GA 31707
[illegible]

July 28, 2017

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re: Case No. 05-44481
Change of contact information for: Gray Distribution Services, Inc.
General Unsecured Creditor
Claim: 5880

Please change the mailing address, email address and phone numbers for the above referenced General Unsecured Creditor to:

Gray Distribution Services, Inc.
2512 Westgate Drive
Unit 37
Albany, GA 31707
[illegible]

Phone Numbers: [illegible]
229-883-3721

Thanks and please contact me if you have any questions.

Yours truly,

Phillip R. Greene
President/CEO