# EXHIBIT C

Claims Register

| Date Filed | Claim No. | Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/31/2006 | 13541 | Willingham Terry M | | 1065 Torrey Pines St NE | | | Warren | OH | 44484 | | EXPUNGED | Priority | | | | Delphi Corporation | 05-44481 |
| 07/31/2006 | 13541 | Willingham Terry M | | 1065 Torrey Pines St NE | | | Warren | OH | 44484 | | EXPUNGED | General Unsecured | | | | Delphi Corporation | 05-44481 |
| 07/25/2006 | 10868 | Willis A Lamping and Dorothy M | | Lamping Tr The Willis A Lamping and Dorothy M Lamping | Inter Vivos Tr Dtd 020293 3295 Bauer Dr | | Saginaw | MI | 48604-2240 | | EXPUNGED | General Unsecured | | | | Delphi Corporation | 05-44481 |
| 07/31/2006 | 15129 | Willis Steven | c/o David R Scott | Scott & Scott Llc | 108 Norwich Ave | PO Box 192 | Colchester | CT | 06415 | | EXPUNGED | General Unsecured | | | | Delphi Corporation | 05-44481 |
| 06/08/2006 | 7652 | Willow Hill Industries Llc | | 3700 Chagrin River Rd | | | Moreland Hls | OH | 44022-1130 | | $49,792.47 | General Unsecured | | | | Delphi Automotive Systems LLC | 05-44640 |
| 06/08/2006 | 7653 | Willow Hill Industries Llc | | 37611 Euclid Ave | | | Willoughby | OH | 44094-5923 | | EXPUNGED | General Unsecured | | | | Delphi Corporation | 05-44481 |
| 06/27/2006 | 8627 | Wilma H Phillips | | 304 Oakview Dr | | | Kettering | OH | 45429-2818 | | EXPUNGED | General Unsecured | | | | Delphi Corporation | 05-44481 |
| 05/01/2006 | 3555 | Wilma J Richards | | 877 E March Ln Apt 321 | | | Stockton | CA | 95207-5878 | | EXPUNGED | General Unsecured | | | | Delphi Corporation | 05-44481 |
| 05/05/2006 | 4891 | Wilma L Carney | | 1720 Bowen Rd | | | Mansfield | OH | 44903-8706 | | EXPUNGED | General Unsecured | | | | Delphi Corporation | 05-44481 |
| 05/22/2006 | 6455 | Wilma R Milosevich and Grover | | G Milosevich Jt Ten | Box 193 | | Oliver | PA | 15472-0193 | | EXPUNGED | General Unsecured | | | | Delphi Corporation | 05-44481 |
| 07/24/2006 | 10271 | Wilmington Trust Company as Indenture Trustee | Attn Edward M Fox Esq | Kirkpatrick & Lockhart Nicholson Graham LLP | 599 Lexington Ave | | New York | NY | 10022 | | $2,044,593,402.77 | General Unsecured | | | | Delphi Corporation | 05-44481 |
| 07/14/2009 | 19628 | Wilmington Trust Company as Indenture Trustee | c o Edward M Fox Esq | K&L Gates LLP | 599 Lexington Ave | | New York | NY | 10022 | | EXPUNGED | Admin Priority | | | | Delphi Corporation | 05-44481 |
| 04/28/2006 | 3075 | Wilmouth Rice Janet L | | 110 Mcclelland Ave | | | Greenville | PA | 16125 | | EXPUNGED | Priority | | | | Delphi Corporation | 05-44481 |
| 07/13/2006 | 9442 | Wilson Carl | | 112202 Lake Circle Dr South | | | Saginaw | MI | 48609 | | EXPUNGED | Priority | | | | Delphi Corporation | 05-44481 |
| 05/08/2006 | 5670 | Wilson Co Nc | | Wilson Co Tax Collector | PO Box 1162 | | Wilson | NC | 27894 | | EXPUNGED | Secured | | | | Delphi Automotive Systems LLC | 05-44640 |
| 05/16/2006 | 6053 | Wilson Co Tn | | Wilson County Trustee | PO Box 865 | | Lebanon | TN | 37088 | | $537.75 | Priority | | | | Delphi Corporation | 05-44481 |
| 07/05/2006 | 8896 | Wilson Denise | | PO Box 7462 | | | Nbrunswick | NJ | 089029998 | | EXPUNGED | Priority | | | | Delphi Corporation | 05-44481 |
| 07/05/2006 | 8896 | Wilson Denise | | PO Box 7462 | | | Nbrunswick | NJ | 089029998 | | EXPUNGED | General Unsecured | | | | Delphi Corporation | 05-44481 |
| 07/10/2006 | 9208 | Wilson Dennis R | | 207 E Auburndale Ave | | | Youngstown | OH | 44507-1905 | | EXPUNGED | General Unsecured | | | | Delphi Corporation | 05-44481 |
| 06/26/2006 | 8478 | Wilson Edna M | | 591 Mary Erna Dr | | | Fairburn | GA | 30213-2721 | | EXPUNGED | General Unsecured | | | | Delphi Corporation | 05-44481 |
| 06/21/2006 | 8293 | Wilson Gerald B | Gerald B Wilson | 3275 Fergus Rd | | | Burt | MI | 48417 | | EXPUNGED | General Unsecured | | | | Delphi Corporation | 05-44481 |
| 06/21/2006 | 8293 | Wilson Gerald B | Gerald B Wilson | 3275 Fergus Rd | | | Burt | MI | 48417 | | EXPUNGED | Priority | | | | Delphi Corporation | 05-44481 |
| 07/19/2006 | 9669 | Wilson Vonell | | 22597 Mooresville Rd | | | Athens | AL | 35613 | | EXPUNGED | General Unsecured | | | | Delphi Corporation | 05-44481 |
| 05/09/2006 | 5394 | Wilton D Rogers | | 8107 Webster | | | Mt Morris | MI | 48458 | | EXPUNGED | General Unsecured | | | | Delphi Corporation | 05-44481 |
| 06/26/2006 | 8567 | Winchell Barbara J | | 1932 Vermont St | | | Saginaw | MI | 48602-1748 | | EXPUNGED | General Unsecured | | | | Delphi Automotive Systems LLC | 05-44640 |
| 06/26/2006 | 8568 | Winchell Barbara J | | 1932 Vermont St | | | Saginaw | MI | 48602-1748 | | EXPUNGED | General Unsecured | | | | Delphi Corporation | 05-44481 |
| 06/26/2006 | 8568 | Winchell Barbara J | | 1932 Vermont St | | | Saginaw | MI | 48602-1748 | | EXPUNGED | Priority | | | | Delphi Corporation | 05-44481 |
| 07/31/2006 | 15617 | Wind River Systems Inc | | 500 Wind River Way | | | Alameda | CA | 94501 | | $116,802.74 | General Unsecured | | | | Delphi Automotive Systems LLC | 05-44640 |
| 05/01/2006 | 4152 | Winegardner Richard N | | 3046 Walker Rd | | | Carsonville | MI | 48419-9288 | | EXPUNGED | General Unsecured | | | | Delphi Corporation | 05-44481 |
| 06/26/2006 | 15263 | Wineland Larry J | | 5464 Seymour Rd | | | Swartz Creek | MI | 48473-1034 | | EXPUNGED | General Unsecured | | | | Delphi Corporation | 05-44481 |
| 07/03/2009 | 17772 | Winifred Beasley | | 801 Winding Hills Dr | | | Clinton | MS | 39056 | | EXPUNGED | Admin Priority | | | | Delphi Corporation | 05-44481 |
| 07/18/2006 | 9800 | Wingeier Kenneth G | | 555 Mt Vintage Plantation Dr | | | N Augusta | SC | 29860-9264 | | $943,354.88 | General Unsecured | | | | Delphi Corporation | 05-44481 |
| 07/18/2006 | 9801 | Wingeier Kenneth G | | 555 Mt Vintage Plantation Dr | | | N Augusta | SC | 29860-9264 | | EXPUNGED | General Unsecured | | | | Delphi Corporation | 05-44481 |
| 07/18/2006 | 9802 | Wingeier Kenneth G | | 555 Mt Vintage Plantation Dr | | | N Augusta | SC | 29860-9264 | | EXPUNGED | General Unsecured | | | | Delphi Corporation | 05-44481 |
| 07/18/2006 | 9803 | Wingeier Kenneth G | | 555 Mt Vintage Plantation Dr | | | N Augusta | SC | 29860-9264 | | EXPUNGED | Priority | | | | Delphi Corporation | 05-44481 |
| 07/18/2006 | 9803 | Wingeier Kenneth G | | 555 Mt Vintage Plantation Dr | | | N Augusta | SC | 29860-9264 | | EXPUNGED | General Unsecured | | | | Delphi Corporation | 05-44481 |
| 07/18/2006 | 9804 | Wingeier Kenneth G | | 555 Mt Vintage Plantation Dr | | | N Augusta | SC | 29860-9264 | | EXPUNGED | General Unsecured | | | | Delphi Corporation | 05-44481 |
| 07/18/2006 | 9805 | Wingeier Kenneth G | | 555 Mt Vintage Plantation Dr | | | N Augusta | SC | 29860-9264 | | EXPUNGED | General Unsecured | | | | Delphi Corporation | 05-44481 |
| 07/31/2006 | 14282 | Winiarski James L | | 204 Clarmore Dr | | | Frankenmuth | MI | 48734 | | EXPUNGED | Priority | | | | Delphi Corporation | 05-44481 |
| 07/31/2006 | 14282 | Winiarski James L | | 204 Clarmore Dr | | | Frankenmuth | MI | 48734 | | EXPUNGED | General Unsecured | | | | Delphi Corporation | 05-44481 |
| 03/60/2006 | 3560 | Winifred Thatcher | | 114 Sunset Ave | | | Gibsonburg | OH | 43431-1263 | | EXPUNGED | General Unsecured | | | | Delphi Corporation | 05-44481 |
| 05/05/2006 | 4922 | Winifrede Shay | | 818 Ferndale Ave | | | Dayton | OH | 45406-5109 | | EXPUNGED | General Unsecured | | | | Delphi Corporation | 05-44481 |
| 05/04/2006 | 4645 | Winkle Electric Co Inc | | Rmt Add Chg 12 02 04 Am | 1900 Hubbard Rd | | Youngstown | OH | 44501-6014 | | $28,341.62 | General Unsecured | | | | Delphi Automotive Systems LLC | 05-44640 |
| 05/01/2006 | 4017 | Winston Heat Treating Inc | | PO Box 1551 | | | Dayton | OH | 45401-0001 | | $7,980.95 | General Unsecured | | | | Delphi Automotive Systems LLC | 05-44640 |
| 04/24/2006 | 2728 | Winters M L Co | | 8467 E Loch Lomand | | | Pico Rivera | CA | 90660-2508 | | EXPUNGED | General Unsecured | | | | Delphi Corporation | 05-44481 |
| 07/31/2006 | 7298 | Winzeler Stamping Co | c/o Capital Markets | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | | EXPUNGED | General Unsecured | | | | Delphi Automotive Systems LLC | 05-44640 |
| 05/10/2006 | 5505 | Winzeler Stamping Co | | 129 W Wabash St | | | Montpelier | OH | 43543-1838 | | W/D | General Unsecured | | | | Delphi Automotive Systems LLC | 05-44640 |
| 06/16/2006 | 81299 | Wirco Products Inc | | 2550 20th St | | | Port Huron | MI | 48060-6449 | | $1,412.00 | General Unsecured | | | | Delphi Corporation | 05-44481 |
| 07/28/2009 | 19497 | Wirco Products Incorporated | | 2550 20th St | | | Port Huron | MI | 48060 | | EXPUNGED | Admin Priority | | | | Delphi Corporation | 05-44481 |
| 07/26/2006 | 11188 | Wire Products Inc | E Mark Young Esq | c/o Roetzel & Andress LPA | 1375 E Ninth St | One Cleveland Ctr 9th Fl | Cleveland | OH | 44114 | | $110,125.53 | General Unsecured | | | | Delphi Automotive Systems LLC | 05-44640 |
| 07/26/2006 | 11188 | Wire Products Inc | E Mark Young Esq | c/o Roetzel & Andress LPA | 1375 E Ninth St | One Cleveland Ctr 9th Fl | Cleveland | OH | 44114 | | $9,733.72 | Priority | | | | Delphi Corporation | 05-44481 |
| 07/09/2009 | 18099 | Wisconsin Aluminum Foundry Company Inc | Kory Brockman | 838 S 16th St | PO Box 246 | | Manitowoc | WI | 54221 | | W/D | Admin Priority | | | | Delphi Corporation | 05-44481 |