**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                                       :
                                                             : Chapter 11
DELPHI CORP., ET AL.,                                        : Case No.  05-44481 (RDD)
                                                             : Jointly Administered
                                        Debtors.             :
------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

      I, <u>Christopher Clark</u>, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.  I further certify that on August 11, 2017, I caused a true and correct copy of the following pleadings (the "<u>Pleadings</u>") to be served by electronic mail to all persons and entities to have formally appeared and requested service in these cases, which e-mail addresses are attached hereto as **Schedule A**:

1)    Notice of Motion of Adversary Proceeding Plaintiffs, Pursuant to 11 U.S.C. §§ 105(a), 350(b), and 1142(b) and Fed. R. Bankr. P. 3021 and 5010, for Entry of an Order (A) Reopening DPH Holdings Corp. et al. Chapter 11 Cases for Sole Administrative Purpose of Considering Motion, (B) Waiving Fees to Reopen Cases, and (C) Aiding Implementation of Plan and Adversary Proceeding Settlement By Clarifying that Claims Record Date Set Under Plan Does Not Apply to Distributions to Beneficial Holders of Delphi Senior Unsecured Notes (Dkt. No. 22301)

2)    Motion of Adversary Proceeding Plaintiffs, Pursuant to 11 U.S.C. §§ 105(a), 350(b), and 1142(b) and Fed. R. Bankr. P. 3021 and 5010, for Entry of an Order (A) Reopening DPH Holdings Corp. et al. Chapter 11 Cases for Sole Administrative Purpose of Considering Motion, (B) Waiving Fees to Reopen Cases, and (C) Aiding Implementation of Plan and Adversary Proceeding Settlement By Clarifying that

Claims Record Date Set Under Plan Does Not Apply to Distributions to Beneficial Holders of Delphi Senior Unsecured Notes (Dkt. No. 22302)

I further certify that on August 11, 2017 I caused a true and correct copy of the Pleadings to be served on the parties as set forth in **Schedule B** via FedEx express mail service.

I further certify that on August 14, 2017 I caused a true and correct copy of the Pleadings to be served on the parties set forth in **Schedule C** via postage pre-paid U.S. Mail.

I further certify that on August 14, 2017 I caused a true and correct copy of the Pleadings to be served on the parties as set forth in **Schedule D** via by electronic mail.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 14, 2017
         New York, New York

                                           /s/ Christopher Clark
                                           CHRISTOPHER CLARK

# SCHEDULE A

adalberto@canadas.com;
javanzato@apslaw.com;
david.boyle@airgas.com;
bkessinger@akebono-usa.com;
idizengoff@akingump.com;
mgreger@allenmatkins.com;
jim.martin@nrel.gov;
craig.freeman@alston.com;
dconnolly@alston.com;
dwender@alston.com ;
steven.keyes@aam.com; mtf@afrct.com;
Hirsh.Robert@arentfox.com;
dladdin@agg.com; joel_gross@aporter.com;
cgalloway@atsautomation.com;
eray@balch.com; kim.robinson@bfkn.com;
william.barrett@bfkn.com;
alan.mills@btlaw.com;
damon.leichty@btlaw.com;
david.powlen@btlaw.com;
deborah.thorne@btlaw.com;
jgregg@btlaw.com;
kathleen.matsoukas@btlaw.com;
mark.owens@btlaw.com;
michael.mccrory@btlaw.com;
pmears@btlaw.com;
sarah.kuhny@btlaw.com;
wendy.brewer@btlaw.com;
dthorne@btlaw.com;
kmatsoukas@btlaw.com ;
ffm@bostonbusinesslaw.com;
tom@beemanlawoffice.com;
hannah@blbglaw.com;
murph@berrymoorman.com;
klaw@bbslaw.com; lschwab@bbslaw.com;
tgaa@bbslaw.com;
wmosby@binghammchale.com;
rmcdowell@bodmanllp.com;
chill@bsk.com; csullivan@bsk.com;
sdonato@bsk.com; amcmullen@bccb.com;
rjones@bccb.com;
massimiliano_cini@brembo.it;
dludman@brownconnery.com;
schristianson@buchalter.com;
mark.pfeiffer@bipc.com;
mary.caloway@bipc.com;
peter.russ@bipc.com;
william.schorling@bipc.com;
sendek@butzel.com;
kasiborski@butzel.com;
haffey@butzel.com; devine@butzel.com;
orlandoni@butzel.com;
boneau@butzel.com; klein@butzel.com;
radom@butzel.com; noonan@butzel.com;
jeannine.damico@cwt.com;
john.rapisardi@cwt.com;
joseph.zujkowski@cwt.com ;
jonathan.greenberg@BASF.COM;
kburke@cahill.com;
jrobertson@calfee.com;
dhriggio@gmail.com;
rcalinoff@candklaw.com ;
mrye@cantorcolburn.com;
brcy@carsonfischer.com;
rweisberg@carsonfischer.com;
brcy@carsonfischer.com ; cahn@clm.com;
ddeutsch@chadbourne.com;
japplebaum@clarkhill.com;
sdeeby@clarkhill.com;
rgordon@clarkhill.com;
maofiling@cgsh.com;
tmaxson@cohenlaw.com;
jvitale@cwsny.com; bceccotti@cwsny.com;
srosen@cb-shea.com; jwisler@cblh.com;
Pretekin@coollaw.com;
sjohnston@cov.com; swalsh@chglaw.com;
dpm@curtinheefner.com;
ceilbott@curtis.com;
wsavino@damonmorey.com;
davidpmartin@erisacase.com;
davidpmartin@bellsouth.net ;
rmeth@daypitney.com;
rbeacher@daypitney.com;
cchiu@daypitney.com ;
glenn.siegel@dechert.com;
james.moore@dechert.com ;
sean.p.corcoran@delphi.com;
karen.j.craft@delphi.com;
david.sherbin@delphi.com ;
carol_sowa@denso-diam.com;
gdiconza@dlawpc.com;
john.persiani@dinslaw.com;
richard.kremen@dlapiper.com;

03727-61406/9488353.1

john.brooks@delphi.com;
andrew.kassner@dbr.com;
jhlemkin@duanemorris.com;
Olshin@duanemorris.com;
dmdelphi@duanemorris.com;
mreed@duanemorris.com ;
wmsimkulak@duanemorris.com;
dparker@dykema.com;
ayala.hassell@eds.com; bem@eorrlaw.com;
akatz@entergy.com;
MRussell@ebglaw.com; gettelman@e-hlaw.com; eflaagan@faegre.com;
lscarcella@farrellfritz.com;
pcollins@farrellfritz.com ; charles@filardi-law.com; tdonovan@finkgold.com;
jmurch@foley.com; jsimon@foley.com;
jtrentacosta@foley.com;
kcatanese@foley.com;
bisen@foxrothschild.com;
fstevens@foxrothschild.com;
ftrikkers@rikkerslaw.com;
rgold@fbtlaw.com;
drosenzweig@fulbright.com;
mparker@fulbright.com; dcimo@gjb-law.com; dcrapo@gibbonslaw.com;
bhoover@goldbergsegalla.com;
bhoover@goldbergsegalla.com;
bmehlsack@gkllaw.com;
pbilowz@goulstonstorrs.com;
jsabella@gelaw.com;
jeisenhofer@gelaw.com;
mrr@previant.com;
mdebbeler@graydon.com;
diconzam@gtlaw.com; heyens@gtlaw.com;
ckm@greensfelder.com;
jpb@greensfelder.com ;
leoscar@hahnlaw.com;
cpeer@hahnlaw.com ;
cbattaglia@halperinlaw.net;
ahalperin@halperinlaw.net;
jdyas@halperinlaw.net ;
rjclark@hancocklaw.com;
ddragich@hdolaw.com;
hleinwand@aol.com; rha@hsy.com;
judith.elkin@haynesboone.com;
lenard.parkins@haynesboone.com;
kenric.kattner@haynesboone.com ;

prubin@herrick.com; ken.higman@hp.com;
Ramona.neal@hp.com;
sharon.petrosino@hp.com;
mpendell@haslaw.com;
echarlton@hiscockbarclay.com;
ggraber@hodgsonruss.com;
jthoman@hodgsonruss.com;
amoog@hhlaw.com; ecdolan@hhlaw.com;
sagolden@hhlaw.com;
matthew.morris@hoganlovells.com;
dbaty@honigman.com;
tsable@honigman.com;
iww@honigman.com;
lmurphy@honigman.Com;
sdrucker@honigman.com;
lgretchko@howardandhoward.com;
jrhunter@hunterschank.com;
sholmes@hunton.com;
aee@hurwitzfine.com;
Ben.Caughey@icemiller.com;
henry.efroymson@icemiller.com;
greg.bibbes@infineon.com;
jeffery.gillispie@infineon.com;
rgriffin@iuoe.org; bruzinsky@jw.com;
hforrest@jw.com; JRS@Parmenterlaw.com;
wschultz@jasoninc.com;
rpeterson@jenner.com;
gerdekomarek@bellsouth.net;
deinik@JonesDay.com;
kpholewinski@JonesDay.com;
pjbenvenutti@jonesday.com
mcorrea@jonesday.com;
kkarpe@karpelaw.com;
john.sieger@kattenlaw.com;
rsmolev@kayescholer.com;
kcookson@keglerbrown.com;
lsarko@kellerrohrback.com;
claufenberg@kellerrohrback.com;
eriley@kellerrohrback.com ;
ggotto@kellerrohrback.com;
cwolfe@kelleydrye.com;
mstone@kelleydrye.com;
sjennik@kjmlabor.com;
tkennedy@kjmlabor.com;
jed@krwlaw.com; pwh@krwlaw.com;
sdabney@kslaw.com;
david.spiegel@kirkland.com;

jstempel@kirkland.com; efox@klng.com;
pepope@nisource.com;
jkaye@kramerlevin.com;
lschmits@kdlegal.com;
pbeaty@kdlegal.com;
sosimmerman@kwgd.com;
ekutchin@kutchinrufo.com;
knorthup@bmklegal.com;
adbruski@lambertleser.com;
smcook@lambertleser.com;
mark.broude@lw.com;
michael.riela@lw.com;
mitchell.seider@lw.com;
robert.rosenberg@lw.com;
mkohayer@aol.com; rcharles@lrlaw.com;
sfreeman@lrlaw.com;
austin.bankruptcy@publicans.com;
dallas.bankruptcy@publicans.com;
houston_bankruptcy@publicans.com;
kwalsh@lockelord.com;
gschwed@loeb.com; whawkins@loeb.com;
bnathan@lowenstein.com;
ilevee@lowenstein.com;
krosen@lowenstein.com;
scargill@lowenstein.com;
vdagostino@lowenstein.com;
egc@lydenlaw.com;
axs@maddinhauser.com;
jlanden@madisoncap.com; lmc@ml-legal.com; vmastromar@aol.com;
gsantella@masudafunai.com;
dadler@mccarter.com;
eglas@mccarter.com;
lsalzman@mccarthy.ca; gravert@mwe.com;
sselbst@mwe.com; shandler@mwe.com;
mquinn@mwe.com ;
sopincar@mcdonaldhopkins.com;
sriley@mcdonaldhopkins.com;
amccollough@mcguirewoods.com;
dblanks@mcquirewoods.com;
jmaddock@mcguirewoods.com;
tslome@msek.com; hkolko@msek.com;
mmeyers@mlg-pc.com;
emeyers@mrrlaw.net;
rrosenbaum@mrrlaw.net;
mdtcbkc@miamidade.gov;
miag@michigan.gov;

raterinkd@michigan.gov;
miag@michigan.gov;
trenda@milesstockbridge.com;
vjones@millermartin.com;
sarbt@millerjohnson.com;
wolfordr@millerjohnson.com ;
greenj@millercanfield.com;
swansonm@millercanfield.com;
fusco@millercanfield.com;
pjricotta@mintz.com; pricotta@mintz.com ;
Jeff.Ott@molex.com ;
agottfried@morganlewis.com;
mzelmanovitz@morganlewis.com;
resterkin@morganlewis.com;
lberkoff@moritthock.com;
jsullivan@mosessinger.com;
rurbanik@munsch.com;
jwielebinski@munsch.com;
drukavina@munsch.com ; sandy@nlsg.com;
Knathan@nathanneuman.com;
l.moore@pnc.com;
george.cauthen@nelsonmullins.com;
tracy.richardson@dol.lps.state.nj.us;
NJSIGA@aol.com;
cdesiderio@nixonpeabody.com;
vmilione@nixonpeabody.com ;
dgheiman@jonesday.com;
cahope@chapter13macon.com;
jay.hurst@oag.state.tx.us;
michaelz@orbotech.com;
mmoody@orourkeandmoody.com;
aenglund@orrick.com;
fholden@orrick.com;
Rdaversa@orrick.com;
mseidl@pszjlaw.com;
Rfeinstein@pszjlaw.com;
Ischarf@pszjlaw.com ;
dalowenthal@pbwt.com;
dwdykhouse@pbwt.com;
spaethlaw@phslaw.com;
arosenberg@paulweiss.com;
ddavis@paulweiss.com;
emccolm@paulweiss.com;
housnerp@michigan.gov;
apenachio@pmlawllp.com;
lawallf@pepperlaw.com;
jaffeh@pepperlaw.com;

varughesen@pepperlaw.com;
scarter@pselaw.com;
jmanheimer@pierceatwood.com;
kcunningham@pierceatwood.com;
rjp@pbandg.com;
karen.dine@pillsburylaw.com;
margot.erlich@pillsburylaw.com;
mark.houle@pillsburylaw.com;
richard.epling@pillsburylaw.com;
robin.spear@pillsburylaw.com;
bsmoore@pbnlaw.com;
jsmairo@pbnlaw.com; jh@previant.com;
mgr@previant.com ;
enrique.bujidos@es.pwc.com;
xst@qad.com; knye@quarles.com;
valerie.bailey-rihn@quarles.com;
apille@reedsmith.com;
jkaczka@republicengineered.com;
meier900@netscape.net;
jshickich@riddellwilliams.com;
jcrotty@rieckcrotty.com;
jwurst@rmfpc.com; rtrack@msn.com;
cbelmonte@ssbb.com;
pbosswick@ssbb.com;
dweiner@schaferandweiner.com;
hborin@schaferandweiner.com;
rheilman@schaferandweiner.com;
egeekie@schiffhardin.com;
david.karp@srz.com;
james.bentley@srz.com;
michael.cook@srz.com; barryster@att.net;
pbaisier@seyfarth.com;
rdremluk@seyfarth.com;
whanlon@seyfarth.com;
bshaw100@shawgussis.com;
bharwood@sheehan.com ;
lawtoll@comcast.net;
ewaters@sheppardmullin.com;
msternstein@sheppardmullin.com;
tcohen@sheppardmullin.com;
twardle@sheppardmullin.com;
rthibeaux@shergarner.com;
rthibeaux@shergarner.com;
bankruptcy@goodwin.com;
asherman@sillscummis.com;
jzackin@sillscummis.com ;
vhamilton@sillscummis.com;
skimmelman@sillscummis.com ;
cfortgang@silverpointcapital.com;
rmeisler@skadden.com;
kmiller@skfdelaware.com;
fyates@sonnenschein.com;
opinkas@sonnenschein.com;
rrichards@sonnenschein.com;
cmeyer@ssd.com;
sarah.morrison@doj.ca.gov;
hwangr@michigan.gov;
przekopshaws@michigan.gov;
jmbaumann@steeltechnologies.com;
jspecf@sternslaw.com; cp@stevenslee.com;
mshaiken@stinsonmoheck.com;
nzluticky@stinson.com;
robert.goodrich@stites.com;
madison.cashman@stites.com;
wbeard@stites.com;
loucourtsum@stites.com ;
ferrell@taftlaw.com; miller@taftlaw.com;
jteitelbaum@tblawllp.com;
rbaskin@tblawllp.com ;
agbanknewyork@ag.tn.gov;
jforstot@tpw.com; lcurcio@tpw.com;
niizeki.tetsuhiro@furukawa.co.jp;
rnm@michaelsonlawfirm.com;
michael.hart@timken.com;
rhett.campbell@tklaw.com;
ira.herman@tklaw.com;
john.brannon@tklaw.com;
lnewman@thompsoncoburn.com;
Jennifer.Maffett@ThompsonHine.com;
tguerriero@us.tiauto.com;
jlevi@toddlevi.com;
matthew.schwartz@usdoj.gov;
Joseph.Cordaro@usdoj.gov ;
hzamboni@underbergkessler.com;
mkilgore@UP.com; djury@usw.org;
schen@vedderprice.com;
tscobb@vorys.com; RGMason@wlrk.com;
gtoering@wnj.com; mcruse@wnj.com;
growsb@wnj.com; gpeters@weltman.com;
gkurtz@ny.whitecase.com;
guzzi@whitecase.com;
dbaumstein@ny.whitecase.com ;
tlauria@whitecase.com;
featon@miami.whitecase.com ;

03727-61406/9488353.1

barnold@whdlaw.com;
jmoennich@wickenslaw.com;
dneier@winston.com;
cschreiber@winston.com ;
mwinthrop@winthropcouchot.com;
sokeefe@winthropcouchot.com;

agrumbine@wcsr.com;
mbusenkell@wcsr.com;
rkisicki@woodsoviatt.com;
skrause@zeklaw.com;
Tom.schank@zf.com;

03727-61406/9488353.1

## SCHEDULE B

Depository Trust and Clearing Corporation  
55 WATER ST  
NEW YORK, NEW YORK, 10041  
Attention:  General Counsel

Depository Trust Company  
c/o C T CORPORATION SYSTEM  
111 EIGHTH AVENUE  
NEW YORK, NEW YORK, 10011

Cede & Company  
55 WATER ST  
NEW YORK, NEW YORK, 10041  
Attention:  General Counsel

Cede & Company  
c/o C T CORPORATION SYSTEM  
111 EIGHTH AVENUE  
NEW YORK, NEW YORK, 10011

Depository Trust Company  
55 Water Street  
New York New York  10041  
Attention:  General Counsel

Depository Trust and Clearing Corporation  
c/o C T CORPORATION SYSTEM  
111 EIGHTH AVENUE  
NEW YORK, NEW YORK, 10011

03727-61406/9488353.1

## SCHEDULE C

| | | | | | | |
|---|---|---|---|---|---|---|
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 |
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 |
| Coolidge Wall Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 |
| Covington & Burling | Susan Power Johnston Aaron R. Marcu | 620 Eighth Ave | | New York | NY | 10018 |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 |
| David P. Martin | | 519 Energy Center Blvd | Ste 1104 | Northport | AL | 35401 |

03727-61406/9488353.1

| | | | | | | |
|---|---|---|---|---|---|---|
| Day Pitney LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 |
| Day Pitney LLP | Ronald S. Beacher<br>Conrad K. Chiu | 7 Times Square | | New York | NY | 10036 |
| Dechert LLP | Glenn E. Siegel<br>James O. Moore | 1095 Avenue of the Americas | | New York | NY | 10036-6797 |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 |
| Epstein Becker & Green PC | Maura I. Russell<br>Anthony B. Stumbo | 250 Park Ave | 11th Floor | New York | NY | 10177-1211 |
| Fox Rothschild LLP | Brian Isen | 1301 Atlantic Avenue | | Atlantic City | NJ | 08401 |
| Fox Rothschild LLP | Fred Stevens | 100 Park Avenue | 15th Floor | New York | NY | 10017 |
| Harrington, Dragich & O'Neill PLLC | David G Dragich | 21043 Mack Avenue | | Grosse Pointe Woods | MI | 48236 |
| Haskell Slaughter Young & Rediker LLC | Robert H. Adams | 2001 Park Place North | Suite 1400 | Birmingham | AL | 35203 |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 |
| Hinckley Allen & Snyder LLP | Michael J Pendell | 185 Asylum St CityPlace I | 35th Floor | Hartford | CT | 06103-3488 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Hogan Lovells US LLP | Matthew P Morris | 875 Third Avenue | | New York | NY | 10022 |
| Honigman, Miller, Schwartz and Cohn, LLP | Lawrence J. Murphy; Seth A Drucker | 2290 First National Building | 660 Woodward Ave | Detroit | MI | 48226 |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 |
| Hunton & Wiliams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 |
| Jason, Inc. | Will Schultz, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 |
| Jones Day | Peter J. Benvenutti Michaeline H. Correa | 555 California St 26th Floor | | San Francisco | CA | 94104 |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 |
| King & Spalding, LLP | H. Slayton Dabney, Jr. | 1185 Avenue of the Americas | | New York | NY | 10036 |
| Kirkland & Ellis LLP | David Spiegel | 300 North LaSalle | | Chicago | IL | 60654 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 |
| Kramer Levin Naftalis & Frankel LLP | Jordan D Kaye | 1177 Avenue of the Americas | | New York | NY | 10036 |
| Krieg Devault LLP | Lawrence W. Schmits Esq., Patricia L. Beaty Esq | One Indiana Square, Suite 2800 | | Indianapolis | IN | 46204 |
| Locke Lord Bissell & Liddell | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 |
| Maddin, Hauser, Wartell, Roth & Heller PC | Alexander Stotland Esq | 28400 Northwestern Hwy | Third Floor | Southfield | MI | 48034 |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 |

| | | | | | | |
|---|---|---|---|---|---|---|
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 |
| McCarthy Tetrault LLP | Lorne P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 |
| McDermott Will & Emery LLP | Gary O. Ravert | 340 Madison Avenue | | New York | NY | 10017-1922 |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 |
| McGuirewoods LLP | Daniel F Blanks | One James Center | 901 East Cary Street | Richmond | VA | 23219 |
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 |
| Miller & Martin PLLC | Dale Allen | 150 Fourth Ave North | Ste 1200 | Nashville | TN | 37219 |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried; Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178-0060 |
| Moses & Singer LLP | James M. Sullivan Esq. | The Chrylser Building | 405 Lexington Avenue | New York | NY | 10174 |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 |
| New Jersey Attorney General's Office Division of Law | Tracy E Richardson Deputy Attorney General | R.J. Hughes Justice Complex | 25 Market St P.O. Box 106 | Trenton | NJ | 08628-0106 |
| Pepper, Hamilton LLP | Nina M. Varughese | 3000 Two Logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 |

03727-61406/9488353.1

| | | | | | | |
|---|---|---|---|---|---|---|
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine, Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | Ste 550 | Costa Mesa | CA | 92626-7122 |
| QAD, Inc. | Stephen Tyler Esq | 10,000 Midlantic Drive | Suite 100 West | Mt. Laurel | NJ | 08054 |
| Quarles & Brady LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 |
| Quarles & Brady LLP | Valerie L. Bailey-Rihn Esq | 33 E Main St Ste 900 | | Madison | WI | 53703 |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | 7500 Sears Tower | | Chicago | IL | 60606 |
| Schwartz Lichtenberg LLP | Barry E Lichtenberg Esq | 420 Lexington Ave Ste 2400 | | New York | NY | 10170 |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot, Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | Japan | 100-8322 |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 |
| TI Group Automotive Systms LLC | Timothy M. Guerriero | 12345 E Nine Mile Rd | | Warren | MI | 48089 |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 |
| Womble Carlyle Sandridge & Rice, PLLC | Allen Grumbine | 550 South Main St | | Greenville | SC | 29601 |
| Womble Carlyle Sandridge & Rice, PLLC | Michael G. Busenkell | 222 Delaware Avenue | Suite 1501 | Wilmington | DE | 19801 |
| DeVries International | Cathy Hsu | 17671 Armstrong Ave. | | Irving | CA | 92614 |

## SCHEDULE D

gmoody@jonesday.com;
JKoh@dykema.com.

03727-61406/9488353.1