## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
## MANHATTAN DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., et al., | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | |

## NOTICE OF CHANGE OF ADDRESS FOR
## OAK POINT PARTNERS, INC.

TO:    U.S. Bankruptcy Court             Delphi Corporation, et al. Distributions
       Southern District of New York     c/o Kurtzman Carson Consultants LLC
       Clerk of Court                    2335 Alaska Avenue
       One Bowling Green                 El Segundo, CA 90245
       New York, NY 10004

PLEASE TAKE NOTICE that the mailing address for Oak Point Partners, Inc., a creditor in the above referenced Chapter 11 Case, has changed. Please update the appropriate records for purposes of notices and claim distributions to reflect the following:

Former mailing address:             **New mailing address:**

Oak Point Partners Inc             **Oak Point Partners Inc**
Eric Linn                          **Eric Linn**
PO Box 8338                        **P.O. Box 1033**
Rolling Meadows, IL 60008          **Northbrook, IL 60065-1033**

Claim No. 5994                     **Claim No. 5994**

By: _____
     Eric A. Linn, President, Oak Point Partners, Inc.

