**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
IN RE:                                                              :         Chapter 11
                                                                    :
DPH HOLDINGS CORP., *et al*,                                        :         Case No. 05-44481 (RDD)
                                                                    :
                        Reorganized Debtors.                        :
-----------------------------------------------------------------x

## REQUEST FOR REMOVAL FROM ECF NOTIFICATIONS

    James J. Vincequerra, an attorney with Alston & Bird LLP, requests that he be removed from the ECF notification in the above captioned case.

Dated: New York, New York
    December 6, 2017

                 **ALSTON & BIRD LLP**

              By: /s/ James J. Vincequerra
                James J. Vincequerra, Esq.
                90 Park Avenue
                New York, NY 10016
                Telephone: (212) 210-9400

LEGAL02/37737572v1