UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

DPH HOLDINGS CORP., *et al.*

       Reorganized Debtors.

Chapter 11
Case No. 05-44481 (RDD)

**REQUEST FOR REMOVAL FROM ECF NOTIFICATIONS**

Paul R. Hage, an attorney with Jaffe, Raitt, Heuer & Weiss, P.C., request that he be removed from the ECF Notification in the above captioned case on behalf of DC Coaters, Inc.

JAFFE, RAITT, HEUER & WEISS,
Professional Corporation


By:  /s/    Paul R. Hage
      Paul R. Hage (P70460)
Attorneys for DC Coaters, Inc.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
(248) 351-3000
phage@jaffelaw.com

Dated:  December 7, 2017