IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF: )
)
DPH HOLDINGS CORP., et al., ) Case No. 05-44481 (RDD)
)
Debtors. )
)

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Lisa R. Wetzler hereby withdraws her appearance as counsel for the creditor Board of County Commissioners of Johnson County, Kansas and requests that she be removed from all service lists, including CM/ECF electronic service list.

Dated: January 2, 2018

Respectfully submitted,

/s/ Lisa R. Wetzler
Lisa R. Wetzler    MO   #40154
                  KS   #14173
Asst. County Counselor
Johnson County Legal Dept.
111 S. Cherry, Suite 3200
Olathe, KS  66061
Lisa.wetzler@jocogov.org
(913) 715-1900
Fax (913) 715-1873
ATTORNEY FOR BOARD OF COUNTY
COMMISSIONERS, JOHNSON COUNTY, KS

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2018, a true and correct copy of the foregoing document was filed electronically with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

/s/ Lisa R. Wetzler