# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re.:<br><br>DELPHI<br><br>　　　　　　Debtor(s).<br>_____ | )<br>)<br>) Chapter 11<br>)<br>) CASE NO. 05-44481<br>)<br>) **NOTICE OF CHANGE OF ADDRESS**<br>) |

**PLEASE TAKE NOTICE** that Debt Acquisition Company of America V, LLC and DACA VI, LLC, formerly located at 1565 Hotel Circle South, Suite 310, San Diego, California 92108 has the following change of address effective as of the date below:

**New Address:**

Debt Acquisition Company of America V, LLC

DACA VI, LLC

P O Box 230550
Encinitas, CA 92023

**PLEASE TAKE FURTHER NOTICE** that Debt Acquisition Company of America V, LLC and DACA VI, LLC, request that all future distributions, future notices given or required to be given and all papers hereinafter served or required to be served in this case be given to and served upon Debt Acquisition Company of America V, LLC and DACA VI, LLC, at its new address as set forth above.

**By:** _/s/ Andrew Whatnall_
**Date: December 6, 2017**
Name: Andrew Whatnall
1565 Hotel Circle South, Suite 310
San Diego, CA 92108