**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>DPH HOLDINGS CORP, *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD) |

**NOTICE OF WITHDRAWAL AND**
**REQUEST FOR REMOVAL FROM ECF NOTIFICATIONS**

PLEASE TAKE NOTICE that the undersigned hereby withdraws his appearance in this case and requests to be removed from the ECF and any other service in this case. Please remove the name, mailing address and email address listed below from the Court's ECF system for this case:

Gordon Z. Novod
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: 646-722-8500
Fax: 646-722-8501
gnovod@gelaw.com

Dated: February 20, 2018

BY:  /s/ Gordon Z. Novod
Gordon Z. Novod
(gnovod@gelaw.com)
485 Lexington Avenue
New York, New York 10017
Tel:   (646) 722-8523
Fax:   (646) 722-8501

*Formerly Counsel for* Electronic Data Systems Corporation and EDS Information Services, LLC