**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                  :        **Chapter 11 Case No.**

                                                        :

**DPH HOLDINGS CORP., et al.,**                          :        **05-44481 (RDD)**

                                                        :

*f/k/a* **DELPHI CORP.,** *et al.,*                      :        **(Jointly Administered)**

                                                        :

                **Debtors.**                             :

                                                        :

---------------------------------------------------------------x

Upon the motion dated April 16, 2018 ('the Motion") of the IUE-CWA, Industrial

Division of the Communications Workers of America, AFL-CIO, CLC ("IUE-CWA"), seeking

entry of an order, pursuant to 11 U.S.C. §§ 105(a) and 363, amending the Order under 11 U.S.C.

§§ 363, 1113 and 1114 and Fed. R. Bankr. P. 6004 and 9019 Approving Memorandum of

Understanding among IUE-CWA, Delphi, and General Motors Corporation Including

Modification of IUE-CWA Collective Bargaining Agreements and Retiree Welfare Benefits for

Certain IUE-CWA-Represented Retirees ("IUE-CWA 1113/1114 SETTLEMENT APPROVAL

ORDER"), entered on August 16, 2007 (Docket No. 9106), and any objections to the Motion

having been settled, resolved, withdrawn or overruled, and it further appearing that proper and

adequate notice of the Motion has been given and that no other or further notice is necessary; and

after due deliberation thereon, and good and sufficient cause appearing therefore:

IT IS HEREBY

ORDERED, the relief requested in the Motion is granted to the extent provide herein; and

it is further

ORDERED, that pursuant to 11 U.S.C. §§ 105(a) and 363, paragraph 8 of the IUE-CWA

1113/1114 SETTLEMENT APPROVAL ORDER is hereby amended in its entirety to state:

1

Subject to Section H.2.e of the IUE-CWA Settlement Agreement, the IUE-CWA shall receive an allowed general unsecured prepetition claim against Delphi in the amount of $126 million in complete settlement of all asserted and unasserted IUE-CWA claims, including, but not limited, to IUE-CWA/Delphi Joint Activities Center (the "JAC"), asserted and unasserted claims (the "Allowed Claim"). Since the proceeds that were realized by the IUE-CWA from this Claim in 2017 amounted to $6,278,888.72, this amount shall be apportioned substantially as follows:

A.      $250,000 to be used by IUE-CWA for training and skills enhancement for active Delphi employees.

B.      $1,260,000 in health care reimbursement for 105 Delphi employees from the two surviving IUE CWA Delphi local unions (9 from Local 718 and 96 from Local 717) who as of the critical date of January 1, 2010 were eligible for the GM benefits guarantee but were not within 7 years of qualifying for a retirement.

C.      $3,762,000 in health care reimbursement accounts for Delphi retirees who participated in the pre-65 health program but were limited by age to two years or less of participation.

D.      $500,000 to the IUE CWA Joint Activities Center ("JAC") to support its operations.

E.      $360,000 for administrative VEBA costs to administer the health care reimbursement programs.

F.      $150,000 reimbursement to Kennedy Jennik & Murray for legal work to litigate and establish the IUE-CWA unsecured Delphi claim.

and it is further

ORDERED, that this Court shall retain jurisdiction of all matters and disputes arising in

connection with or related to the interpretation or implementation of this Order.

**IT IS SO ORDERED**

Date: May    , 2018
        White Plains, New York


                                                    _____
                                                    Robert Drain
                                                    United States Bankruptcy Judge

2