**COHEN, WEISS and SIMON LLP**
900 Third Avenue
New York, NY 10022
Telephone: (212) 563-4100
Facsimile: (212) 563-6527

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
                                                           :
In re:                                                     :
                                                           :   Chapter 11
DELPHI CORP., et al.,                                      :   Case No. 05-44481 (RDD)
                                                           :   Jointly Administered
                                   Debtors.                :
                                                           :
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, EDWARD LOGUE, certify that I am, and at all times during the service or process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that on May 23, 2018, I caused a true and correct copy of IUE-CWA's Motion Pursuant to 11 U.S.C. Secs. 105 and 363(b) to Amend the IUE-CWA 1113/1114 Settlement Approval Order to be served by UPS Overnight Mail upon:

    Office of the United States Trustee
    201 Varick Street, Suite 1006
    New York, NY 10014

    Arthur J. Steinberg, Esq.
    King & Spalding
    1185 Avenue of the Americas, 35th Fl.
    New York, NY 10036

00960763.1

Jeffrey M. Peterson, Esq.
Aptiv
5725 Innovation Drive
Troy, Michigan 48098-2852

Dated: May 23, 2018
       New York, New York

                                                        EDWARD W. LOGUE

Sworn to before me this
23rd day of May, 2018

_____
Notary Public

THOMAS M. MURRAY
Notary Public, State of New York
No. 02MU6058040
Qualified in New York County
Commission Expires April 30, 20__