New Address

Sheryl J. Carter
85821 Porter Road #95
Royal Park Apt
Niagara Falls, New York 14304

Thank You
Sheryl J. Carter



RECEIVED
DEC 26 2018
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK