December 20, 2018

July 5, 2018

sjp

Honorable Robert E. Gerbert
United States Bankruptcy Court Southern District
One Bowling Green Room L621
New York, New York 10004

1 of 8

Dear Honable Robert E. Gerbert

I Stacey L. Coxten, Reside at R726 Tery
Ave Side Line, Niagara Falls, New York 14301.
My phone Number is (800) 475-9449
My I respectfully request all my information, concerning
records in this Claims enclosed Against Delphi
Holdings Corp et al, and their affiliates Debtors
In these dockets, claim all of my claims
has not paid to me at all. I have not
received any funds from DPH Holding Corp,
and their affiliates Debtors in any of my claims
cases. If they were Dismissed I Stacey L. Coxten
respectfully request all previous documents requested, all
of documents, records that DPH Holding and
there affiliates have bill me Respecting of the

RECEIVED
DEC 2 6 2018
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

800 page deposition that my previous
attorney Geoffrey Damon from Cincinnati Ohio
mailed to your courts. That was an 7/8 hr
deposition and I Stacy J. Carter paid
800.00 cash fee it to my thur attorney
ho started this case in Dayton Ohio.
I know this case is years old, but I
Stacy J. Carter read in the massive
paper work document that BPH Holding
and their affiliates Debtors had 10 years
to pay everyone envolved. I have not received
any payment from BPH Holding and affiliates
Debtors at all. There is tax claims that I
clicks were broken down from all these
tickets that they BPH Holding and their
affiliates Debtors tried to mix up

Enclosed is a money order of $30.00
I believe I was told to look up my
claim to give me any information all these
claim dockets that I have in your court.
Claim dockets. Thank you.

Sincerely,
Stacy J. Carter

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
        In re                       :    Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :    Case No. 05-44481 (RDD)
                                    :
                                    :    (Jointly Administered)
                                    :
            Debtors.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EX PARTE APPLICATION UNDER 11 U.S.C. § 107(b)
AND FED. R. BANKR. P. 9018 FOR ORDER AUTHORIZING
DEBTORS TO FILE CERTAIN EXHIBITS AND SCHEDULES
TO MASTER DISPOSITION AGREEMENT WITH GM
COMPONENTS HOLDINGS, LLC, GENERAL MOTORS
CORPORATION, AND PARNASSUS HOLDINGS II, LLC UNDER SEAL

("MDA SEALING APPLICATION")

On June 1, 2009, Delphi Corporation ("Delphi") and certain of its subsidiaries and

affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                    :

In re                     :    Chapter 11
                    :

DPH HOLDINGS CORP., et al.,   :    Case No. 05-44481 (RDD)
                    :

                    :    (Jointly Administered)

      Reorganized Debtors.   :
                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ADJOURNMENT OF CLAIMS OBJECTION HEARING WITH
RESPECT TO REORGANIZED DEBTORS' OBJECTION TO PROOF
OF CLAIM NUMBER 16850 FILED BY SHARYL Y. CARTER

("NOTICE OF ADJOURNMENT AS TO SHARYL Y. CARTER'S
PROOF OF CLAIM NUMBER 16850")

Debtors and making distributions (if any) with respect to all Claims and Interests ...." Modified

Plan, art. 9.6.

PLEASE TAKE FURTHER NOTICE that on November 18, 2009, the

Reorganized Debtors filed the Notice Of Sufficiency Hearing With Respect To Debtors'

Objection To Proofs Of Claim Nos. 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382,

1383, 1384, 1385, 1386, 1387, 2539, 3175, 5408, 6468, 6668, 7269, 9396. 10570, 10571. 10835,

10836, 10964, 10965, 10966, 10967, 10968, 12251, 13464, 13663, 13699, 13730, 13734, 13863,

13875, 14334, 14350, 14751, 15071, 15075, 15513, 15515, 15519, 15520, 15521, 15524, 15525,

15532, 15584, 15586, 15587, 15588, 15590, 15591, 15592, 15593, 15594, 15595, 16175, 16591,

16849, And 16850 (Docket No. 19108) (the "Sufficiency Hearing Notice") scheduling a

sufficiency hearing (the "Sufficiency Hearing") for December 18, 2009, at 10:00 a.m. (prevailing

Eastern time) in the United States Bankruptcy Court for the Southern District of New York, 300

Quarropas Street, Room 118, White Plains, New York 10601-4140 to address the legal

sufficiency of each Proof of Claim and whether each Proof of Claim states a colorable claim

against the asserted Debtor.

PLEASE TAKE FURTHER NOTICE that pursuant to paragraph 9(a)(ii) of the

Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006,

9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii)

Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006

(Docket No. 6089) (the "Claims Objection Procedures Order"), the Sufficiency Hearing with

respect to proof of claim number16850 is hereby adjourned to January 21, 2010.

PLEASE TAKE FURTHER NOTICE that the Sufficiency Hearing will proceed

in accordance with the procedures provided in the Claims Objection Procedures Order unless

3

Fully Unliquidated Claims Reserve | Exhibit F - Executory Contracts Claims | Motors Liquidation Company

Case No. 09-50026 (REG), Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Reserve Type | Objection Status |
|---|---|---|---|---|
| CLARK STREET REDEVELOPMENT ONE LLC<br>ATTN: KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER PC<br>28400 NORTHWESTERN HIGHWAY 3RD FL<br>SOUTHFIELD, MI 48034 | 58638 | Motors Liquidation Company | Fully Unliquidated claims | *Remaining Claim* |
| CLARK STREET REDEVELOPMENT SIX LLC<br>KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER P C<br>28400 NORTHWESTERN HIGH WAY 3RD FLOOR<br>SOUTHFIELD, MI 48034 | 58642 | Motors Liquidation Company | Fully Unliquidated claims | *Remaining Claim* |
| CLARK STREET REDEVELOPMENT THREE LLC<br>ATTN: KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER PC<br>28400 NORTHWESTERN HIGHWAY 3RD FL<br>SOUTHFIELD, MI 48034 | 58640 | Motors Liquidation Company | Fully Unliquidated claims | *Remaining Claim* |
| CLARK STREET REDEVELPOMENT FOUR LLC<br>ATTN: KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER PC<br>28400 NORTHWESTERN HIGHWAY 3RD FL<br>SOUTHFIELD, MI 48034 | 58647 | Motors Liquidation Company | Fully Unliquidated claims | *Remaining Claim* |
| CLARK STREET TECHNOLOGY PARK<br>KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER, P C<br>28400 NORTHWESTERN HIGHWAY 3RD FLOOR<br>SOUTHFIELD, MI 48034 | 58643 | Motors Liquidation Company | Fully Unliquidated claims | *Remaining Claim* |
| COMERICA LEASING CORPORATION<br>BODMAN LLP<br>C O COLIN T DARKE ESQ<br>1901 ST ANTOINE STREET 6TH FLR AT FORD FIELD<br>DETROIT, MI 48226 | 64630 | Motors Liquidation Company | Fully Unliquidated claims | *Remaining Claim* |
| DPH HOLDINGS CORP AND ITS SUBSIDIARIES AND AFFILIATES<br>C O DPH HOLDINGS CORP<br>ATTN: JOHN BROOKS<br>5725 DELPHI DRIVE<br>TROY, MI 48098<br>UNITED STATES OF AMERICA | 67324 | Motors Liquidation Company | Fully Unliquidated claims | *Remaining Claim* |

(1) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

"Debtors"), filed the (A) Supplement To Motion For Order (I) Approving Modifications To

Debtors' First Amended Plan Of Reorganization (As Modified) And Related Disclosures And

Voting Procedures And (II) Setting Final Hearing Date To Consider Modifications To

Confirmed First Amended Plan Of Reorganization And (B) Request To Set Administrative

Expense Claims Bar Date And Alternative Sale Hearing Date (Docket No. 16646) (the

"Modification Procedures Motion").  Attached as Exhibit 1-A-1 to the Motion were exhibits to

the Debtors' First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain

Affiliates, Debtors And Debtors-In-Possession (As Modified) (the "Modified Plan"), including

the Master Disposition Agreement (the "MDA").  By this ex parte application (the

"Application"), the Debtors seek limited relief to protect certain sensitive information.

Specifically, the Debtors seek authority to file under seal certain exhibits and schedules to the

MDA with GM Components Holdings, LLC, General Motors Corporation, And Parnassus

Holdings II, LLC (the "Buyers," and together with the Debtors, the "Parties"), and certain

agreements which are ancillary to the MDA.  The exhibits, schedules, and ancillary agreements

proposed to be filed under seal are identified on Attachment 1 to the proposed order submitted

herewith (collectively the "Exhibits and Schedules").[1]  In furtherance of the relief being sought,

the Debtors respectfully represent as follows:

<div align="center">Background</div>

A.    The Chapter 11 Filings

   1.    On October 8 and 14, 2005, Delphi and certain of its U.S. subsidiaries and

affiliates filed voluntary petitions in this Court for reorganization relief under chapter 11 of title

11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code").

---

[1]  Certain exhibits and schedules to the MDA have not yet been completed.  When those exhibits and schedules
have been completed, the Debtors anticipate seeking authority motion to file certain of those exhibits and
schedules under seal by separate ex parte motion.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

     - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                         :

      In re                     :       Chapter 11

DELPHI CORPORATION, et al.,     :       Case No. 05-44481 (RDD)
                         :

                 Debtors.     :       (Jointly Administered)
                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DEBTORS' OMNIBUS REPLY IN SUPPORT OF THIRTY-FOURTH OMNIBUS OBJECTION
PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO (I) EXPUNGE (A) CERTAIN
PENSION AND OPEB CLAIMS, (B) CERTAIN INDIVIDUAL WORKERS' COMPENSATION CLAIMS,
(C) CERTAIN DUPLICATE AND/OR AMENDED INDIVIDUAL WORKERS' COMPENSATION
CLAIMS, (D) CERTAIN UNTIMELY INDIVIDUAL WORKERS' COMPENSATION CLAIMS, (E) A
SECURED BOOKS AND RECORDS CLAIM, AND (F) CERTAIN UNTIMELY CLAIMS, (II) MODIFY
CERTAIN (A) WAGE AND BENEFIT CLAIMS, (B) STATE WORKERS' COMPENSATION CLAIMS,
AND (C) INDIVIDUAL WORKERS' COMPENSATION CLAIMS ASSERTING PRIORITY, (III)
PROVISIONALLY DISALLOW CERTAIN UNION CLAIMS, AND (IV) MODIFY AND ALLOW
<u>CERTAIN SETTLED CLAIMS</u>

("DEBTORS' OMNIBUS REPLY IN SUPPORT OF THIRTY-FOURTH
OMNIBUS CLAIMS OBJECTION")

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 9. | Paul Pickles (Docket No. _____ ) | 13464 | Paul Pickles disagrees with the Debtors' Objection to disallow and expunge proof of claim no. 13464 and requests that the Bankruptcy Court reconsider its decision with respect to the health and life insurance benefits of the salaried retirees. | Pension and OPEB claim | Adjourn |
| 10. | Jack Hamilton (Docket No. _____ ) | 818 | Jack Hamilton disagrees with the Debtors' Objection to disallow and expunge proof of claim no. 818 and requests that the Bankruptcy Court reconsider its decision with respect to the workers' compensation claims. | Individual workers' compensation books and records claims | Adjourn |
| 11. | Sharyl Carter (Docket No. _____ ) | 16849, 16850 | Sharyl Carter disagrees with the Debtors' Objection to disallow and expunge proof of claim nos. 16849 and 16850. | Untimely claims | Adjourn |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - -x
              :

    In re                 :     Chapter 11
                        :

DELPHI CORPORATION, et al.,    :     Case No. 05-44481 (RDD)
                        :

           Debtors.    :     (Jointly Administered)
                        :

- - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
TO (I) EXPUNGING (A) CERTAIN PENSION AND OPEB CLAIMS, (B)
CERTAIN INDIVIDUAL WORKERS' COMPENSATION CLAIMS, (C)
CERTAIN DUPLICATE AND/OR AMENDED INDIVIDUAL WORKERS'
COMPENSATION CLAIMS, (D) AN UNTIMELY INDIVIDUAL
WORKERS' COMPENSATION CLAIM, (E) A SECURED BOOKS AND
RECORDS CLAIM, AND (F) CERTAIN UNTIMELY CLAIMS, (II)
MODIFYING CERTAIN (A) WAGE AND BENEFIT CLAIMS, (B) STATE
WORKERS' COMPENSATION CLAIMS, AND (C) INDIVIDUAL
WORKERS' COMPENSATION CLAIMS ASSERTING PRIORITY, (III)
PROVISIONALLY DISALLOWING CERTAIN UNION CLAIMS, AND (IV)
MODIFYING AND ALLOWING CERTAIN SETTLED CLAIMS
IDENTIFIED IN THE THIRTY-FOURTH OMNIBUS CLAIMS
OBJECTION

("THIRTY-FOURTH OMNIBUS CLAIMS OBJECTION ORDER")

Upon the Debtors' Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. §

502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension And OPEB Claims, (B)

Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended

Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers'

Compensation Claims, (E) A Secured Books And Records Claim, And (F) Certain Untimely

Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) State Workers' Compensation

Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III)

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Thirty-Fourth Omni...

### EXHIBIT F-3 - ADJOURNED STATE WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Row 1**

Claim: 11631
Date Filed: 07/27/2006
Docketed Total: $0.00
Filing Creditor Name:
NEW JERSEY SELF INSURERS
GUARANTY ASSOCIATION
MCELROY DEUTSCH MULVANEY
& CARPENTER LLP
THREE GATEWAY CTR
100 MULBERRY ST
NEWARK, NJ 07102-4079

Claim Holder Name
NEW JERSEY SELF INSURERS
GUARANTY ASSOCIATION
MCELROY DEUTSCH MULVANEY &
CARPENTER LLP
THREE GATEWAY CTR
100 MULBERRY ST
NEWARK, NJ 07102-4079

Docketed Total: UNL

Modified Total: $0.00

| Case Number** | Secured | Priority | Unsecured | Case Number** | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | | 05-44481 | | | $0.00 |
| | | UNL | | | | | $0.00 |

**Row 2**

Claim: 1291
Date Filed: 12/27/2005
Docketed Total: $24,732,628.02
Filing Creditor Name:
OHIO BUREAU OF WORKERS
COMPENSATION
30 W SPRING ST
PO BOX 15567
COLUMBUS, OH 43215-0567

Claim Holder Name
OHIO BUREAU OF WORKERS
COMPENSATION
30 W SPRING ST
PO BOX 15567
COLUMBUS, OH 43215-0567

Docketed Total: $24,732,628.02

Modified Total: $24,732,628.02

| Case Number** | Secured | Priority | Unsecured | Case Number** | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $24,732,628.02 | | 05-44481 | | | $24,732,628.02 |
| | | $24,732,628.02 | | | | | $24,732,628.02 |

**Row 3**

Claim: 1301
Date Filed: 12/27/2005
Docketed Total: $39,610,402.53
Filing Creditor Name:
OHIO BUREAU OF WORKERS
COMPENSATION
30 W SPRING ST
PO BOX 15567
COLUMBUS, OH 43215-0567

Claim Holder Name
OHIO BUREAU OF WORKERS
COMPENSATION
30 W SPRING ST
PO BOX 15567
COLUMBUS, OH 43215-0567

Docketed Total: $39,610,402.53

Modified Total: $39,610,402.53

| Case Number** | Secured | Priority | Unsecured | Case Number** | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $39,610,402.53 | | 05-44481 | | | $39,610,402.53 |
| | | $39,610,402.53 | | | | | $39,610,402.53 |

\*    "UNL" denotes an unliquidated claim.

\*\*   See Exhibit G for a listing of debtor entities by case number.

Delphi Corporation, et al.                                 **Thirty-Fourth Omnibus Claims Objection**

Case No. 05-44481 (RDD)

EXHIBIT F-6 - ADJOURNED UNTIMELY CLAIMS

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SHARYL YVETTE CARTER | 16849 | Secured: | $50,000,000.00 | 05/01/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| | | Priority: | UNL | | |
| | | Administrative: | | | |
| | | Unsecured: | UNL | | |
| | | Total: | $50,000,000.00 | | |
| SHARYL YVETTE CARTER | 16850 | Secured: | $50,000,000.00 | 04/28/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| | | Priority: | UNL | | |
| | | Administrative: | | | |
| | | Unsecured: | UNL | | |
| | | Total: | $50,000,000.00 | | |

|  | Total: | 2 | $100,000,000.00 |
|---|---|---|---|

The address of the creditor on this exhibit has been intentionally omitted for privacy reasons.

"UNL" denotes an unliquidated claim.

Page 1 of 1

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Exhibit H - Claimants And Related Claims Subject To Thirty-Fourth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| SCHADE RICHARD A | 9142 | EXHIBIT C-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION |
| SCHMIDT GARY | 7805 | EXHIBIT C-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION |
| SCHMIDT THOMAS A | 7809 | EXHIBIT C-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| SCHMIEDEKNECHT GREGORY | 10164 | EXHIBIT A - PENSION AND OPEB CLAIMS |
| SCHRADER BRIDGEPORT INTL INC | 11284 | EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| SHARYL YVETTE CARTER | 16849 | EXHIBIT F-6 - ADJOURNED UNTIMELY CLAIMS |
| SHARYL YVETTE CARTER | 16850 | EXHIBIT F-6 - ADJOURNED UNTIMELY CLAIMS |
| SHAW LAVERNE | 4871 | EXHIBIT C-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| SHAY RHONDA J | 544 | EXHIBIT C-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| SHEPHERD JEFFREY C | 13518 | EXHIBIT A - PENSION AND OPEB CLAIMS |
| SHERWIN WILLIAMS COMPANY | 1472 | EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| SHORT JOANNE | 14057 | EXHIBIT C-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION |
| SHOWERS TEE | 14930 | EXHIBIT B - WAGE AND BENEFIT CLAIMS SUBJECT TO MODIFICATION |
| SIEMENS AG | 2571 | EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| SIESS BARBARA | 13101 | EXHIBIT C-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| SIKORSKI RAE | 10470 | EXHIBIT C-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| SIMMONS DORIS R | 8917 | EXHIBIT C-1 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION |
| SIMONDS DONALD L | 5068 | EXHIBIT C-2 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| SIMS MENORT | 8335 | EXHIBIT C-1 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION |
| SLOVIK KARIN R | 15031 | EXHIBIT C-2 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| SMALL PARTS INC | 11274 | EXHIBIT C-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| SMALLEY EDNA | 13100 | EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| SMITH JR RICHARD L | 15719 | EXHIBIT C-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| SMITH MICHAEL | 4927 | EXHIBIT B - WAGE AND BENEFIT CLAIMS SUBJECT TO MODIFICATION |
| SMITH MICHAEL W | 5150 | EXHIBIT C-3 - INDIVIDUAL WORKERS' COMPENSATION DUPLICATE AND AMENDED CLAIMS |
| SMITH ROBERT M | 9241 | EXHIBIT C-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| SMITHERS MARY L | 11334 | EXHIBIT A - PENSION AND OPEB CLAIMS |
| SNOOK TERRENCE L | 7173 | EXHIBIT C-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| SOBH RAIDAN | 13099 | EXHIBIT C-1 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11646 | EXHIBIT C-2 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| SPEAR MICHAEL K | 6874 | EXHIBIT C-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| SPENCER ROBERT | 16100 | EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| SPENCER ROBERT L | 16099 | EXHIBIT C-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION |
| SPRONZ JACK | 7146 | EXHIBIT A - PENSION AND OPEB CLAIMS |
| STERLING CALVIN B | 14782 | EXHIBIT A - PENSION AND OPEB CLAIMS |
| STERLING CALVIN B | 14783 | EXHIBIT C-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| STILSON NICHOLAS | 13449 | EXHIBIT C-1 - INDIVIDUAL WORKERS' COMPENSATION DUPLICATE AND AMENDED CLAIMS |
| STINE DANIEL | 14928 | EXHIBIT C-3 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| STINE DAVID | 8644 | EXHIBIT C-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| STINE DAVID | 8646 | EXHIBIT C-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| STRAHM JR CHARLES F | 9618 | EXHIBIT C-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| STRAIGHT MARY | 16125 | EXHIBIT C-1 - INDIVIDUAL WORKERS' COMPENSATION DUPLICATE AND AMENDED CLAIMS |
| STRAIGHT MARY | 16257 | EXHIBIT C-3 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION |
| STREETER STEVEN D | 12248 | EXHIBIT C-2 - INDIVIDUAL WORKERS' COMPENSATION DUPLICATE AND AMENDED CLAIMS |
| STUDIVENT LUTHA M | 8337 | EXHIBIT C-3 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| STUPAK SUSAN E | 9293 | EXHIBIT C-1 - INDIVIDUAL WORKERS' COMPENSATION DUPLICATE AND AMENDED CLAIMS |
| SUFFOLETTA GARY | 10459 | EXHIBIT C-3 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION |
| SWAN SUSAN K | 7489 | EXHIBIT C-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION |
| SWEET RICHARD R | 15198 | EXHIBIT C-2 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |

PRF 26722-3

**Hearing Date: March 18, 2010**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Reorganized Debtors. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## REORGANIZED DEBTORS' OMNIBUS REPLY IN SUPPORT OF FORTY-FIFTH OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 503(b) AND FED. R. BANKR. P. 3007 TO (I) EXPUNGE CERTAIN ADMINISTRATIVE EXPENSE (A) SEVERANCE CLAIMS, (B) BOOKS AND RECORDS CLAIMS, (C) DUPLICATE CLAIMS, (D) PENSION AND BENEFIT CLAIMS, AND (E) TRANSFERRED WORKERS' COMPENSATION CLAIMS, (II) MODIFY AND ALLOW CERTAIN ADMINISTRATIVE EXPENSE SEVERANCE CLAIMS, AND (III) ALLOW CERTAIN ADMINISTRATIVE EXPENSE SEVERANCE CLAIMS

### ("REORGANIZED DEBTORS' OMNIBUS REPLY IN SUPPORT OF FORTY-FIFTH OMNIBUS CLAIMS OBJECTION")

**Exhibit A**

**In re DPH Holdings Corp., et al., Case No. 05-44481 (RDD)**

*Responses To The Reorganized Debtors' Forty-Fifth Omnibus Claims Objection (the "Objection")*
*Organized By Respondent[1]*



| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 1. | Scott M. Leach (Docket No. 19577) | 17165 | Scott M. Leach disagrees with the Reorganized Debtors' Objection to allow proof of administrative expense claim no. 17165 and files his response out of an abundance of caution. | Allowed Severance Claims | Adjourn |
| 2. | Sharyl Y. Carter (Docket No. 19599) | 17094, 17773 | Sharyl Y. Carter disagrees with the Reorganized Debtors' Objection to disallow and expunge proofs of administrative expense claim nos. 17094 and 17773. | Books and Records Claims | Adjourn |
| 3. | Shanghai Inteva Automotive Door Systems Company, Ltd. (Docket No. 19627) | 19994 | Shanghai Inteva Automotive Door Systems Company, Ltd., f/k/a Shanghai Delphi Automotive Door Systems ("SDADS") disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of administrative expense no. 19994. SDADS asserts that its timely filed claim serves as prima facie evidence of the validity and amount of the claim. | Books And Records Claims | Adjourn |
| 4. | Randy D. Austin (Docket No. 19651) | 17330 | Randy D. Austin disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of administrative expense claim no. 17330. | Severance Claims | Adjourn |
| 5. | JPMorgan Chase Bank, N.A. (Docket | 18616 | JPMorgan Chase Bank, N.A. ("JPMorgan") disagrees with the Reorganized Debtors' | Books And Records Claims | Adjourn |

---

[1]  This chart reflects all Responses received by the Reorganized Debtors as of March 16, 2010 at 5:00 p.m. (prevailing Eastern time).

[2]  This chart reflects all resolutions or proposals as of March 16, 2010 at 5:00 p.m. (prevailing Eastern time).

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Forty-Fifth Omnibus Claims Objection

## EXHIBIT B - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DAVID W FERCANA | 17208 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$776.95<br><br>$776.95 | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| GOLDMAN SACHS & CO<br>ATTN MICHAEL KEATS<br>1 NEW YORK PLAZA<br>NEW YORK, NY 10004 | 19061 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$888,409.88<br><br>$888,409.88 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| HARBINGER DEL AUTO INVESTMENT COMPANY LTD<br>C O BENJAMIN MINTZ<br>KAYE SCHOLER LLP<br>425 PARK AVE<br>NEW YORK, NY 10022 | 18963 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| JP MORGAN CHASE BANK NA<br>ATTN SUSAN E ATKINS<br>MANAGING DIRECTOR<br>277 PARK AVENUE 8TH FL<br>NEW YORK, NY 10172 | 18654 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED<br>C O MARC FALCONE<br>PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>1285 AVE OF THE AMERICAS<br>NEW YORK, NY 10019-6064 | 18883 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$7,157,818.25<br><br>$7,157,818.25 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED<br>C O MARC FALCONE<br>PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6064 | 19110 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| OHIO DEPT OF JOB & FAMILY SERVICES<br>OP REPAYMENT LOCKBOX<br>PO BOX 182059<br>COLUMBUS, OH 43218 | 17048 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$7,488.00<br><br>$7,488.00 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| WALTER A KUNKA | 19808 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$2,706.91<br><br>$2,706.91 | 11/03/2009 | DELPHI CORPORATION (05-44481) |

* The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.
** "UNL" denotes an unliquidated claim.
Page 1 of 2

In re DPH Holdings Corp., et al.                                    **Forty-Fifth Omnibus Claims Objection**
Case No. 05-44481 (RDD)

## EXHIBIT 2 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JPMORGAN CHASE BANK NA CO . . ATKINS MANAGING DIR . . 277 . . RTH FL NE . . . . 10172 | 18616 | Secured: Priority: Administrative: Unsecured: Total: | $60,062,043.77 $60,062,043.77 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| S . . . . NTEVA A . . . . R SYSTEMS C . . . . D . . . . ESQ P . . . . LLP 3 . . . . . 2800 C . . . . . . . | 19994 | Secured: Priority: Administrative: Unsecured: Total: | $238,274.80 $238,274.80 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| S . . . . ARTER I . . . . . T NO 1 N . . . . Y 14301 | 17773 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| . . . . . ARTER . . . . AVE NO 1 . . . . . . NY 14301 | 17094 | Secured: Priority: Administrative: Unsecured: Total: | $50,000,000.00 $50,000,000.00 | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| **Total:** | **4** | | **$110,300,318.57** | | |

Case No. 05-44481 (RDD)

Exhibit J - Claimants And Related Claims Subject To Forty-Fifth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
| --- | --- | --- |
| BLANCHE MARIE WILSON NOACK | 17197 | EXHIBIT A - SEVERANCE CLAIMS |
| BRADFORD S WAGNER | 20084 | EXHIBIT C - DUPLICATE CLAIMS |
| BRADFORD S WAGNER | 18437 | EXHIBIT G - ALLOWED SEVERANCE CLAIMS |
| DAVID L VINTON | 17100 | EXHIBIT E - TRANSFERRED WORKERS' COMPENSATION CLAIMS |
| DAVID W FERCANA | 17208 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| DENISE C OLBRECHT | 20019 | EXHIBIT C - DUPLICATE CLAIMS |
| DIANE L HOPWOOD | 17870 | EXHIBIT G - ALLOWED SEVERANCE CLAIMS |
| DON MONTGOMERY | 17217 | EXHIBIT F - MODIFIED AND ALLOWED SEVERANCE CLAIMS |
| DONALD L KIDD | 18370 | EXHIBIT D - PENSION AND BENEFIT CLAIMS |
| DORIS FRAZIER | 18463 | EXHIBIT E - TRANSFERRED WORKERS' COMPENSATION CLAIMS |
| GAYLE INSCHO | 19899 | EXHIBIT C - DUPLICATE CLAIMS |
| GOLDMAN SACHS & CO | 19061 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| HARBINGER DEL AUTO INVESTMENT COMPANY LTD | 18963 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| HORACE CURRY | 17043 | EXHIBIT D - PENSION AND BENEFIT CLAIMS |
| JAMES A LUECKE | 18049 | EXHIBIT H-3 - ADJOURNED PENSION AND BENEFIT CLAIM |
| JAMES R THOMPSON | 18018 | EXHIBIT C - DUPLICATE CLAIMS |
| JAMES T PYTLIK | 17020 | EXHIBIT A - SEVERANCE CLAIMS |
| JIM THOMPSON | 17918 | EXHIBIT F - MODIFIED AND ALLOWED SEVERANCE CLAIMS |
| JIMMY MUELLER | 19882 | EXHIBIT C - DUPLICATE CLAIMS |
| JP MORGAN CHASE BANK NA | 18654 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| JPMORGAN CHASE BANK NA | 18616 | EXHIBIT H-2 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| LAURA E MILLER | 17073 | EXHIBIT G - ALLOWED SEVERANCE CLAIMS |
| MARAL HENDRESS | 19926 | EXHIBIT G - ALLOWED SEVERANCE CLAIMS |
| MARCIA JONES | 18584 | EXHIBIT F - MODIFIED AND ALLOWED SEVERANCE CLAIMS |
| MARCIA JONES | 20010 | EXHIBIT C - DUPLICATE CLAIMS |
| MARY REHBEIN | 19105 | EXHIBIT D - PENSION AND BENEFIT CLAIMS |
| MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED | 18883 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED | 18910 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| MICHAEL K UPTIGROVE | 17063 | EXHIBIT F - MODIFIED AND ALLOWED SEVERANCE CLAIMS |
| NATHANIEL WINSTON | 20044 | EXHIBIT C - DUPLICATE CLAIMS |
| OHIO DEPT OF JOB & FAMILY SERVICES | 17048 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| RALPH E YOUNG | 17768 | EXHIBIT G - ALLOWED SEVERANCE CLAIMS |
| RANDY D AUSTIN | 17330 | EXHIBIT H-1 - ADJOURNED SEVERANCE CLAIM |
| ROGER K MATHIS | 17428 | EXHIBIT G - ALLOWED SEVERANCE CLAIMS |
| ROHIAL ANDREW PERVEZ | 20083 | EXHIBIT A - SEVERANCE CLAIMS |
| SAMUEL C BLANKENSHIP | 18225 | EXHIBIT G - ALLOWED SEVERANCE CLAIMS |
| SCOTT M LEACH | 17165 | EXHIBIT H-4 - ADJOURNED ALLOWED SEVERANCE CLAIM |
| SDADS SHANGHAI INTEVA AUTOMOTIVE DOOR SYSTEMS COMPANY LTD | 19994 | EXHIBIT H-2 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| SHARYL YVETTE CARTER | 17094 | EXHIBIT H-2 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| SHARYL YVETTE CARTER | 17773 | EXHIBIT G - ALLOWED SEVERANCE CLAIMS |
| SHIRLEY J MURRY | 19183 | EXHIBIT D - PENSION AND BENEFIT CLAIMS |
| THOMAS L KNOLL | 18493 | EXHIBIT D - PENSION AND BENEFIT CLAIMS |
| THOMAS ROY RILEY | 16870 | EXHIBIT E - TRANSFERRED WORKERS' COMPENSATION CLAIMS |

**Hearing Date: July 29, 2009**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
Albert L. Hogan, III
Ron E. Meisler

 - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                     :

In re                   :   Chapter 11
                     :

DELPHI CORPORATION, et al.,   :   Case No. 05-44481 (RDD)
                     :

            Debtors.  :   (Jointly Administered)
                     :
                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED AGENDA FOR PLAN MODIFICATION HEARING

Location Of Hearing:    United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton Custom House, Room 610, 6th Floor, One
Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this
Proposed Agenda:

A.    Introduction

B.    Contested Matters (1 Matter)

B.    **Contested Matters** (1 Matter)

1.    **"Supplement to Plan Modification Approval Motion"** (A) Supplement to
Motion for Order (I) Approving Modifications to Debtors' First Amended
Plan of Reorganization (as Modified) and Related Disclosures and Voting
Procedures and (II) Setting Final Hearing Date to Consider Modifications to
Confirmed First Amended Plan of Reorganization and (B) Request to Set
Administrative Expense Claims Bar Date and Alternative Sale Hearing Date
(Docket No. 16646)

*Responses filed:*     *See letter objections listed on Schedules 1(pension)
and 2 (severance) hereto.*

*Response By Robert Ward (Docket No. 14338)*

*Objection By Sheryl Carter (Docket No. 14339)*

*Liquidity Solutions, Inc.'s Objection To Motion For
Order (I) Approving Modifications To Debtors' First
Amended Plan Of Reorganization (As Modified) And
Related Disclosures And Voting Procedures And (II)
Setting Final Hearing Date To Consider
Modifications To Confirmed First Amended Plan Of
Reorganization (Docket No. 14340)*

*Statement Of Pension Benefit Guaranty Corporation
In Response To Debtors' Supplement To Plan
Modification Approval Motion (Docket No. 16893)*
***(The Debtors have reached a settlement with the
PBGC)***

*Objection of Kensington International Limited,
Manchester Securities and Springfield Associates,
LLC To Debtors' Motion Seeking To Modify Its Plan*

2

*(Docket No. 17406)* **(This objection has been resolved)**



*Pima County's Objection to Debtors' First Amended Joint Plan of Reorganization (as Modified June 16, 2009) (Docket No. 17611)* **(This objection has been resolved)**

*Objection of Computer Sciences Corporation to: (I) Confirmation of Debtors' Modified Confirmed Plan; and (II) Debtors Motion for Sale of Substantially All of Their Business Operations (Docket No. 17615)* **(This objection has been resolved)**

*Objection of American Aikoku Alpha, Inc. to Notice of Non-Assumption Under the Modified Plan with Respect to Certain Expired or Terminated Contracts or Leases Previously Deemed to be Assumed or Assumed and Assigned Under Confirmed Plan of Reorganization (Docket No. 17767)*

*Limited Objection of American Aikoku Alpha, Inc. to the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession Possession, as Modified (Docket No. 17773)*



*Preliminary Objection of IUE-CWA to Motion for Order Authorizing and Approving the Equity Purchase and Commitment Agreement Pursuant to Sections 105(a), 363(b), 503(b) and 507(a) of the Bankruptcy Code (Docket No. 17793)*

*Objection Coupled with Chose in Action to Debtors Modification of the Confirmed First Amended Joint Plan of Reorganization filed by Vincent Rhynes (Docket No. 17824)*

*Objection by Brazeway, Inc. to Notice of Non-Assumption Under the Modified Plan with Respect to Certain Expired or Terminated Contracts or Leases Previously Deemed to be Assumed or Assumed and Assigned Under Confirmed Plan of Reorganization (Docket No. 18022)* **(This objection has been resolved)**



*Reorganization (Docket No. 18217)* **(Assumption and Assignment Objection adjourned to August 17, 2009)**

*Objection of Howard County, Indiana to Approval/Confirmation of the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession (as Modified) and for Clarification of Certain Provisions of the (A) First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession (as Modified) and (B) Master Disposition Agreement Among Delphi Corporation, GM Components Holdings, LLC, General Motors Corporation, Parnassus Holdings II, LLC and the Other Sellers and Other Buyers Party Thereto (Docket No. 18218)*

*Objection of Clarion Corporation of America to (I) Approval and/or Confirmation of the Master Disposition Agreement and/or the Modified First Amended Joint Plan of Reorganization of Debtors and (II) the Proposed Treatment of Executory Contracts to the Extent Inconsistent with Prior Settlement Agreement (Docket No. 18219)*

*PBR Tennessee, Inc's Objection to Assumption of Executory Contract Pursuant and Subject to the Terms of Debtors' First Amended Joint Plan of Reorganization (as Modified) and to Confirmation of the Plan to the Extent Such Plan Includes Assumption of the Executory Contract (Redacted Version) Docket No. 18220)*

*Limited Objection of Audio MPEG, Inc. and S.I.SV.EL., S.p.A. to (A) Confirmation of First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession (as Modified) and (B) Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization (Docket No. 18221)*

*Limited Objection of SKF USA Inc. to Confirmation of Debtors' First Amended Plan of Reorganization of*

7

*Workers International Union to Preliminary
Objection of IOUE Locals and IBEW and IAM to
Debtors' Motion for Order Authorizing and Approving
Modified Plan of Reorganization (Docket No. 18258)*

*Objection of Sunrise Medical HHG, Inc. to Cure
Amount (Docket No. 18261)* **(Assumption and
Assignment Objection adjourned to August 17,
2009)**

*State of Michigan Workers' Compensation Agency
and Funds Administration's Limited Objection to
Debtors'(A) Supplement to Motion for Order (I)
Approving Modifications to Debtors' First Amended
Plan of Reorganization (as Modified) and Related
Disclosures and Voting Procedures and (II) Setting
Final Hearing Date to Consider Modifications to
Confirmed First Amended Plan of Reorganization and
(B) Request to Set Administrative Expense Claims Bar
Date and Alternative Sale Hearing Date (Docket No.
18264)*

*Limited Objection of the AT&T Entities to the First
Amended Joint Plan of Reorganization of Delphi
Corporation and Certain Affiliates, Debtors and
Debtors-In-Possession, as Modified (Docket No.
18266)* **(Assumption and Assignment Objection
adjourned to August 17, 2009)**

*Objection of Toyota Motor Engineering &
Manufacturing North America, Inc. to (A)
Confirmation of Debtors' Modifications to the First
Amended Plan of Reorganization and (B) Section 363
Implementation Agreement (Docket No. 18271)*
**(Assumption and Assignment Objection adjourned
to August 17, 2009)**

*Objection of Brazeway, Inc. to Approval and/or
Confirmation of First Amended Joint Plan of
Reorganization of Delphi Corporation and Certain
Affiliates, Debtors and Debtors-in-Possession (as
Modified) (Docket No. 18273)* **(This objection has
been resolved)**

 *Objection of the State of New York to Debtors' Motion
for Entry of Order Approving Modifications to
Confirmed Amended First Plan of Reorganization and*

10

*the Master Disposition Agreement Attached Thereto
(Docket No. 18276)* **(This objection has been
resolved)**

*Objection to Debtors' Proposed Modifications to
Debtors' First Amended Plan of Reorganization (as
Modified) filed by Dennis Black, Charles Cunningham,
and the Delphi Salaried Retiree Association (Docket
No. 18277)*

*Limited Objection and Reservation of Rights of UAW
Regarding Debtors' Supplement to Plan Modification
Approval or Alternative Sale Motion (Docket No.
18279)*

*Fiduciary Counselors Inc.'s Objection to
Confirmation of Debtors' Modified Plan of
Reorganization (Docket No. 18282)*

*Objection of JPMorgan Chase Bank, N.A. to the
Proposed Sale of All or Substantially All of the
Debtors' Assets to Affiliates of General Motors and
Platinum Equity LLC (Docket No. 18283)* **(This
objection has been resolved)**

*Joinder and Reservation of Rights of Liquidity
Solutions, Inc., as Assignee, to Objection of Official
Committee of Unsecured Creditors to the Proposed
Modifications to the Debtors' Confirmed Plan of
Reorganization and to the Sale of Substantially All the
Debtors' Assets as an Alternative to the Plan and
Related Pleadings (Docket No. 18286)*

*Supplemental Objection of the Official Committee of
Unsecured Creditors to the Proposed Modifications to
the Debtors' Confirmed Plan of Reorganization and to
the Sale of Substantially All the Debtors' Assets as an
Alternative to a Plan; and Objection to Debtors'
Motion for Extension of Their Exclusive Periods
(Docket No. 18291)* **(This objection has been
resolved)**

*Statement of Pension Benefit Guaranty Corporation in
Response to First Amended Joint Plan of Delphi
Corporation and Certain Affiliates, Debtors and
Debtor-in-Possession (Docket No. 18292)* **(The
Debtors have reached a settlement with the PBGC)**

11



*United States of America's Response to Debtors'
Objection to the Claim of the United States
Environmental Protection Agency (Claim No. 14309)
(Docket No. 18330)*

*Limited Objection and Reservation of Rights of
Appaloosa Management L.P. and A-D Acquisition
Holdings, LLC with Respect to the Debtors' Plan
Modification Approval Motion and Related
Documents (Docket No. 18345)*

*Joinder of Pardus DPH Holding LLC and Pardus
Special Opportunities Master Fund L.P. in Limited
Objection and Reservation of Rights of Appaloosa
Management L.P. and A-D Acquisition Holdings, LLC
with Respect to the Debtors' Plan Modification
Approval Motion and Related Documents (Docket No.
18347)*

*Joinder of UBS Securities LLC to Limited Objection
and Reservation of Rights of Appaloosa Management
L.P. and A-D Acquisition Holdings, LLC with Respect
to the Debtors' Plan Modification Approval Motion
and Related Documents (Docket No. 18348)*

*Joinder of Harbinger Del-Auto Investment Company
Ltd. and Harbinger Capital Partners Master Fund I,
Ltd. in the Limited Objection and Reservation of
Rights of Appaloosa Management L.P. and A-D
Acquisition Holdings, LLC with Respect to the
Debtors' Plan Modification Approval Motion and
Related Documents (Docket No. 18349)*

*Joinder of Merill Lynch, Pierce, Fenner & Smith
Incorporated to Limited Objection and Reservation of
Rights of Appaloosa Management L.P. and A-D
Acquisition Holdings, LLC with Respect to the
Debtors' Plan Modification Approval Motion and
Related Documents (Docket No. 18350)*

*Objection of Creditor F&G Tool & Die Co. Inc. to
Cure Amount With Respect to Executory Contracts to
be Assumed and Assigned to Parnassus Holdings II,
LLC Under Modified Plan of Reorganization [Docket
No. 18076] (Docket No. 18358)* **(Assumption and
Assignment Objection adjourned to August 17,
2009)**

13

*Assumed and Assigned (Docket No. 18494)* **(Assumption and Assignment Objection adjourned to August 17, 2009)**

*Limited Objection Relating to Assumption and Assignment of Executory Contracts by Flextronics International, Ltd. (Docket No. 18545)* **(Assumption and Assignment Objection adjourned to August 17, 2009)**

*Limited Objection of United Parcel Service to July 10, 2009 Notice of Fling of Notices of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization (Docket No. 18546)* **(Assumption and Assignment Objection adjourned to August 17, 2009)**

*Limited Objection Relating to Assumption and Assignment of Executory Contracts by Sun Microsystems, Inc., et al. (Docket No. 18547)* **(Assumption and Assignment Objection adjourned to August 17, 2009)**

*Objection of NEC Electronics America, Inc. to Debtor's Notice of Non-Assumption Under the Modified Plan with Respect to Certain Expired or Terminated Contracts or Leases Previously Deemed to be Assumed or Assumed and Assigned Under Confirmed Plan of Reorganization (as Listed in Docket No. 17728) (Docket No. 18556)* **(Assumption and Assignment Objection adjourned to August 17, 2009)**

*Limited Objection and Reservation of Rights of Carrier Corporation with Respect to Corrected Notice of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization (Docket No. 18565)* **(Assumption and Assignment Objection adjourned to August 17, 2009)**

*Objection and Reservation of Rights of Technical Materials, Inc. to Debtors' (A) Notice of Assumption and Assignment with Respect to Certain Executory*

24



*Parnassus Holdings II, LLC Under Seal (Docket No. 17014)*

*First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (as Modified) (Docket No. 17030)*

*Supplement to First Amended Disclosure Statement with Respect to First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (as Modified) (Docket No. 17031)*

*Order (A)(I) Approving Modifications to Debtors' First Amended Plan of Reorganization (as Modified) and Related Disclosures and Voting Procedures and (II) Setting Final Hearing Date to Consider Modifications to Confirmed First Amended Plan of Reorganization and (B) Setting Administrative Expense Claims Bar Date and Alternative Transaction Hearing Date (Docket No. 17032)*

*Affidavit of Service of Evan Gershbein for Solicitation Materials Served On or Before June 20, 2009 (Docket No. 17267)*

*Affidavit of Service of Financial Balloting Group LLC of Solicitation Packages on Holders of Public Securities (Docket No. 17268)*

*Order Amending and Supplementing (i) Order (A)(I) Approving Modifications to Debtors' First Amended Plan of Reorganization (as Modified) and Related Disclosures and Voting Procedures and (II) Setting Final Hearing Date to Consider Modifications to Confirmed First Amended Plan of Reorganization and (B) Setting Administrative Expenses Claims Bar Date and Alternative Transaction Hearing Date (Docket No. 17032) and (ii) the Protective Order Governing Production and Use of Confidential and Highly Confidential Information in Connection with (A) Supplement to Plan Modification Approval Motion and (B) Supplement to GM Arrangement Fourth and Fifth Amendment Approval Motion (Docket No. 16920) (Docket No. 17376)*

27

*Motion of Hyundai Motor Company and Hyundai
Motor America Pursuant to Rule 3018(a) Requesting
Temporary Allowance of Claims for Purposes of
Voting to Accept or Reject the Plan (Docket No. 17481)*
**(Motion granted at July 23, 2009 omnibus hearing)**

*Rule 3018(a) Motion for Relief filed by IUOE and
IBEW (Docket No. 17528)* **(Motion granted at July 23,
2009 omnibus hearing)**

*Motion For Order Estimating Claims For Purposes
Of Voting On Plan Of Reorganization filed by
Fiduciary Counselors, Inc. (Docket No. 17539)*
**(Motion granted at July 23, 2009 omnibus hearing)**

*July 2, 2009 Notice of Filing of Plan Exhibits with
Respect to First Amended Joint Plan of
Reorganization of Delphi Corporation and Certain
Affiliates, Debtors and Debtors-in-Possession (as
Modified) (Docket No. 17557)*

*Notice of Section 363 Implementation Agreement in
Accordance with First Amended Joint Plan of
Reorganization of Delphi Corporation and Certain
Affiliates, Debtors and Debtors-in-Possession (as
Modified) and Master Disposition Agreement (Docket
No. 17558)*

*Supplemental Ex Parte Application Under 11 U.S.C. §
107(b) and Fed. R. Bankr. P. 9018 for Order
Authorizing Debtors to File Certain Exhibits and
Schedules to Master Disposition Agreement With GM
Components Holdings, LLC, General Motors
Corporation, and Parnassus Holdings II, LLC Under
Seal (Docket No. 17561)*

*Order Under 11 U.S.C. § 107(b) and Fed. R. Bankr. P.
9018 Authorizing Debtors to File Certain Exhibits and
Schedules to Amended and Restated Global Settlement
Agreement and Master Restructuring Agreement with
GM Components Holdings, LLC, General Motors
Corporation, and Parnassus Holdings II, LLC Under
Seal (Docket No. 17753)*

*Supplement To Motion For Order Estimating Claims
For Purposes Of Voting On Plan Of Reorganization*

28

*and Second Supplemental Modification Procedures Order (Docket No. 18352) (Docket No. 18551)*

*Notice of Filing of Settlement Agreement Between Delphi Corporation and the Pension Benefit Guaranty Corporation (Docket No. 18559)*

*Notice of Adjournment of Plan Modification Hearing Previously Scheduled for July 23, 2009 (Docket No. 18567)*

*Supplemental Declaration of Evan Gershbein Regarding Tabulation of Ballots with Respect to Vote on First Amended Joint Plan of Reorganization (as Modified) of Delphi Corporation and Certain of Its Subsidiaries and Affiliates  (Docket No. 18577)*

*Notice of Adjournment of Hearing on Objections to Notices of Non-Assumption, Cure Amounts, and Assumption and Assignment of Executory Contracts and Unexpired Leases to August 17, 2009 (Docket No. 18649)*

*Statement Notice Of Filing Of Exhibit B To Settlement Agreement Between Delphi Corporation And The Pension Benefit Guaranty Corporation (Docket No. 18657)*

*Notice of Sale Notice Of Successful Bidder At Auction (Docket No. 18658)*

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| | | claim or interest of a particular class, unless the holder of a particular claim or interest agrees to a less favorable treatment of such claim or interest," all administrative claims are entitled to similar treatment. | 2007) (stating that "it is not clear from either the language of the statute or its legislative history whether section 1123(a)(1) prohibits the classification of section 507(a)(2), (a)(3) and (a)(8) claims or merely makes such classification permissive.").

Moreover, to the extent that the Plan Investors' Counterclaims would result in allowed administrative expenses, the objectors do not currently hold allowed claims under section 507(a)(1), and thus section 1129(a)(9)(A) does not mandate that they be paid on the Effective Date.  Furthermore, debtors, especially in cases the same size and complexity as these, routinely pay administrative claims after the effective date of plan.  _See, e.g._, In re Dana Corp., Case No. 06-10354 (Bankr. S.D.N.Y. Dec. 26, 2007) (order confirming plan establishing administrative claims bar date after effective date); In re Delta Air Lines, Inc., Case No. 05-17923 (Bankr. S.D.N.Y. Apr. 25, 2007) (same).  To require a debtor to do otherwise, which is essentially what requiring a reservation for the Plan Investors' Counterclaims would do, would place an unreasonable burden on debtors to identify and resolve all administrative claims prior to the effective date of a plan.  Such a burden should not be placed on the Debtors. |
| 46. | ~~18286, 18291~~ | Asserts that the Alternative 363 Sale would be an improper sub rosa plan. | This objection has been resolved. |
| 47. | 18194 | The Texas Taxing Authorities seek clarification that in the event that the Alternative 363 Sale occurs, any liens secured by the property to be sold would attach to the proceeds of the sale in the order and priority that the liens had against the property sold. | The Debtors do not dispute that in the event of an Alternative 363 Sale, the Texas Taxing Authorities would retain their rights under applicable law. |
| 48. | ~~18313, 18471~~ (Untimely) | Asserts that the Modified Plan does not provide for adequate means for the implementation of the Modified Plan because it does not provide for the disposition of avoidance action proceeds. | DPH Holdings retains the assets of the avoidance actions, and will use the proceeds to pay administrative claims or repay the loan from GM. |
| 49. | 18002, 17951 ✗ | Gary Y. Cook and Sharyl Y. Carter object to the treatment of individual workers' compensation claims asserted in the amounts of $311,800.00 and $50,000,000.00 (plus interest) respectively.  Mr. Cook argues that his claim cannot be modified under the Modified Plan because it would contradict a 2003 order issued by the Michigan Department of Consumer and Industry Services Bureau of Workers' Disability Compensation/Board of Magistrates. | The Modified Plan does not alter the Debtors' injured employees' ability to seek workers' compensation payments.  Each individual worker who filed a timely claim will be entitled to a distribution under the Modified Plan in accordance with the priority scheme under section 507 of the Bankruptcy Code to the extent such claim has not already been paid following the Petition Date pursuant to the claims adjudication process authorized by this Court in these chapter 11 cases.  To the extent that an individual Delphi employee failed to file a timely claim, that employee's workers' compensation claim is barred by the bar date order entered by this Court. |

| OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|
| ✱ | | Mr. Cook had filed proof of claim no. 5408, which was modified on the Debtors' Thirty-Fourth Omnibus Claims Objection from an unliquidated claim asserting priority treatment to a general unsecured claim in the amount of $0.00 |
| 50. 18228, 18490 | | ✱ |
| | | Ms. Carter's proof of claim no. 17951 was objected to on the Debtors' Thirty-Fourth Omnibus Claims Objection. Because she filed a response to the objection, the hearing on that objection to that proof of claim is adjourned indefinitely pursuant to the claims objection procedures authorized by this Court. |
| 51. 18223 | Lear Corporation ("Lear") asserts that any chapter 5 avoidance action against Lear is prohibited by the automatic stay in Lear's bankruptcy case and that any pending action against Lear should be dismissed and removed from Exhibit 7.19 to the Modified Plan. | To the extent that there is a pending avoidance action against Lear, which is presently stayed by the Preservation Of Estate Claims Procedures Order, as Modified (Docket Nos. 9105, 13277, 13484), the Debtors will consent to the resolution of such avoidance claims against Lear as part of the claim reconciliation process in Lear's bankruptcy case. It would not be appropriate for the Debtors to dismiss any actions against Lear, as such a dismissal could be construed as an abandonment of the Debtors' claims. |
| | SKF USA Inc. ("SKF") objects to Modified Plan to the extent that it seeks to limit the Debtor's cure obligations to amounts due as of the time notices were issued and various prior deadlines. SKF requests inclusion of language in the order confirming the Modified Plan stating (i) that nondebtor counterparties, shall be entitled to payment in full on any executory contract obligation that has accrued, but is not in default, as of the moment such executory contract is assumed and assigned, (ii) whether the Debtors or the assignee of such contract is liable for such accrued obligations, and (iii) if the Debtors are liable for such obligations, that these obligations shall either be paid in the ordinary course of business or through administrative claims allowance process set forth in the Modified Plan. | This is not an objection to confirmation of the Modified Plan. The Debtors assert that the procedures set forth in Article 8 of the Plan provide for the cure of all defaults under the contract counterparties' executory contracts, and that such procedures are appropriate, notwithstanding the fact that the Debtors may make cure payments after the Effective Date. |

| Docket No. | Objector |
|---|---|
| ~~17169~~ | Wilmington Trust Company |
| ~~17264~~ | Collective of DIP Lenders |
| 17591 | Sharyl Y. Carter |
| ~~17611~~ | Pima County |
| ~~17615~~ | Computer Sciences Corporation |
| ~~17406~~ | Kensington International limited, Manchester Securities Corp., and Springfield Associates, LLC |
| 17767 | American Aikoku Alpha, Inc. |
| 17773 | American Aikoku Alpha, Inc. |
| 17793 | IUE-CWA |
| 18002 | Gary Y. Cook |
| 18022 | Brazeway, Inc. |
| 18110 | IUOE Locals and IBEW and IAM |
| 18193 | Comerica Leasing Corporation |
| 18194 | Texas Taxing Authorities |
| ~~18211~~ | Michigan Department Energy Quality |
| 18215 | Robert Bosch LLC |
| 18216 | Ace Companies |
| 18217 | Robert Bosch LLC |
| 18218 | Howard County, Indiana |
| 18219 | Clarion Corporation of America |
| 18220 | PBR Tennessee, Inc. |
| 18221 | Audio MPEG, Inc and Societa' Italiana per lo Sviluppo dell'Elettronica |
| 18223 | SKF USA Inc. |
| 18228 | Lear Corporation |
| 18229 | Freudenberg-NOK General Partnership, Freudenberg-NOK de Queretaro, S.A. de C.V. and Freudenber Filtration Technologies |
| 18233 | Pentastar Aviation, LLC and Automotive Air Charter |
| 18234 | Connecticut General Life Insurance |
| 18235 | Ogura Clutch Company |
| 18245 | XM Satellite Radio Inc. |
| 18254 | Autocam Corporation |
| 18256 | Furukawa Electric Company, Ltd and Furukawa Electric North America |
| 18258 | The United Steel, Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service International Union |
| 18261 | Sunrise Medical HHG, Inc. |
| 18264 | State of Michigan Workers' Compensation Agency and Funds Administration |
| 18266 | AT&T Corp., AT&T Solutions Inc., and SBC Global Services Inc. |

| Docket No. | Objector |
|---|---|
| 18271 | Toyota Motor Engineering & Manufacturing North America Inc. |
| 18273 | Brazeway, Inc. |
| 18276 | State of New York Department of Environmental Conservation |
| 18277 | DSR Dennis Black and Charles Cunningham |
| 18279 | UAW |
| 18282 | Fiduciary Counselors, Inc. |
| 18283 | JP Morgan Chase Bank, N.A. |
| 18286 | Liquidity Solutions, Inc. |
| 18291 | Official Committee of Unsecured Creditors |
| 18292 | Pension Benefit Guaranty Corporation |
| 18293 | Inteva Products LLC |
| 18294 | New York State Workers' Compensation Board |
| 18296 | Kensington International Limited, Manchester Securities Corp. and Springfield Associates LLC |
| 18297 | Hewlett-Packard Company |
| 18440 | Collective of DIP Lenders |
| 18313 | Wilmington Trust Company |
| 18323 | F&G Multi-Slide Inc |
| 18325 | Alccciones de Metalcs Sinterizados |
| 18345 (Untimely) | Appaloosa Management L.P. and A-D Acquisition Holdings, LLC |
| 18347 (Untimely) | Pardus DPH Holding LLC and Pardus Special Opportunities Master Fund |
| 18348 (Untimely) | UBS Securities LLC |
| 18349 (Untimely) | Harbinger Del-Auto Investment Company Ltd and Harbinger Capital Partners Master Fund I, Ltd. |
| 18350 (Untimely) | Merrill Lynch, Pierce, Fenner & Smith Incorporated |
| 18358 | F&G Multi-Slide Inc |
| 18366 | James B. Sumpter |
| 18367 | James B. Sumpter |
| 18368 | Autocam Corporation |
| 18369 | Motorola, Inc |
| 18370 | USW |
| 18372 | Continental AG and its affiliates |
| 18373 | XM |
| 18374 | Navistar, Inc. |
| 18382 | Bing Metals Group, LLC |
| 18385 | Linamar Corporation, Vehcom Division |
| 18386 | Linamar Corporation, Roctel Division |
| 18387 | Linamar Corporation, Inavar Division |
| 18388 | Linamar Corporation and Linamar Holdings, Inc. |

July 27, 2009
Form Of Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                     :

In re                      :     Chapter 11

DELPHI CORPORATION, et al.,   :     Case No. 05-44481 (RDD)

           Debtors.    :    (Jointly Administered)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER APPROVING MODIFICATIONS UNDER 11 U.S.C. § 1127(b) TO (I) FIRST AMENDED JOINT PLAN OF REORGANIZATION OF DELPHI CORPORATION AND CERTAIN AFFILIATES, DEBTORS AND DEBTORS-IN-POSSESSION, AS MODIFIED AND (II) CONFIRMATION ORDER (DOCKET NO. 12359)

### ("PLAN MODIFICATION ORDER")

Upon the Court's Findings of Fact, Conclusions of Law, And Order Under 11 U.S.C. §§ 1129(a) And (b) And Fed. R. Bankr. P. 3020 Confirming the First Amended Joint Plan Of Reorganization Of Delphi Corporation ("Delphi") And Certain Affiliates, Debtors And Debtors-In-Possession (each, a "Debtor"), As Modified (the "Confirmed Plan"), dated January 25, 2008 (Docket No. 12359) (the "Confirmation Order"); and

Upon the Debtors' Motion for Order (I) Approving Modifications to Debtors' First Amended Plan of Reorganization (as Modified) and Related Disclosures and Voting Procedures and (II) Setting Final Hearing Date to Consider Modifications to Confirmed First Amended Plan of Reorganization (Docket No. 14310), dated October 3, 2008, (the "Plan Modification Approval Motion"); and

Upon the Debtors' (A) Supplement to Motion for Order (I) Approving Modifications to Debtors' First Amended Plan of Reorganization (as Modified) and

July 27, 2009
Form Of Order

Delphi-PBGC Settlement Agreement exists. The record also reflects that clear grounds exist under Section 4042 of ERISA, 29 U.S.C. § 1342, for the PBGC to initiate involuntary terminations of the Pension Plans, for the Debtors to enter into termination and trusteeship agreements with the PBGC, and that the PBGC has determined to seek involuntary terminations to reduce the PBGC's own exposure under the Pension Plans. The consideration provided under the Delphi-PBGC Settlement Agreement is fair and reasonable, and is in the best interests of the estate, in light of the potential amount of a PBGC claim arising out of plan termination and the need to obtain releases from the PBGC to effectuate the sale pursuant to this Modified Plan and under the MDA Documents. For the reasons set forth in the Debtors' Omnibus Reply, the Court finds that neither (1) the Delphi-PBGC Settlement Agreement, (2) the potential involuntary termination of the Delphi HRP, nor (3) the Debtors' consent to a termination and trusteeship agreement with the PBGC as a result of the PBGC having decided to implement an involuntary termination of the Delphi HRP or the Packard Hughes Bargaining Interconnect Bargaining Retirement Plan violates (a) the Labor MOUs,[4] or any modifications thereto, (b) the orders of this Court pursuant to 11 U.S.C. §§ 363, 1113, and 1114 approving each of the Labor MOUs on terms and conditions described in those orders (the "Union 1113/1114 Settlement Approval Orders"), (c) the Local Agreement Between Delphi Connection Systems (formerly Packard-Hughes Interconnect) And

---

[4]    "Labor MOUs" means the UAW-Delphi-GM Memorandum of Understanding, the IUE-CWA-Delphi-GM Memorandum of Understanding, the USW-Home Avenue Memorandum of Understanding, the USW-Vandalia Memorandum of Understanding, the IUOE Local 832S Memorandum of Understanding, the IUOE Local 18S Memorandum of Understanding, the IUOE Local 101S Memorandum of Understanding, the IBEW E&S Memorandum of Understanding, the IBEW Powertrain Memorandum of Understanding, and the IAM-Delphi Memorandum of Understanding, each as defined in the Modified Plan.

Debtors' estates and allows substantial distributions to be made to the holders of Claims and Interests, which could not be made without the Delphi-GM Global Settlement Agreement;

(c)    The GM Releases are an important part of the Modified Plan because, as set forth in section 4.01(1) of the Delphi-GM Global Settlement Agreement, and as acknowledged by the Debtors, GM would not have agreed to make these substantial contributions to the Debtors' estates without obtaining the GM Releases;

(d)    The breadth of the GM Releases is necessary to the Modified Plan and bears a reasonable relationship to the protection of the Debtors' estates; and

(e)    Absent the Delphi-GM Global Settlement Agreement and the GM Releases, as a result of existing indemnification agreements and GM's filed claims for indemnification and contribution, the third-party claims that are being released thereby may have indirectly impacted the Debtors and /or Reorganized Delphi.

Accordingly, the GM Releases, including the third-party releases, are consistent with sections 105, 1123, and 1129 of the Bankruptcy Code and the law in the Second Circuit, and should be, and hereby are, approved.

LL.    <u>PBGC Settlement</u>.  The Debtors have demonstrated good, sufficient, and sound business purposes and justification for entering into the Delphi-PBGC Settlement Agreement, which was executed by Delphi and the PBGC on July 21, 2009.  The PBGC Settlement Agreement was filed with the Bankruptcy Court on July 21, 2009 (Docket No. 18559).  The record reflects that the Debtors would be unable to reorganize under the Modified Plan so long as the Debtors' liability under the Pension Plans covered by the

**Hearing Date: July 29, 2009**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS. SLATE. MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
Albert L. Hogan, III
Ron E. Meisler

  - and -

SKADDEN, ARPS. SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
  In re                                       :   Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :   Case No. 05-44481 (RDD)
                                              :
                            Debtors.          :   (Jointly Administered)
                                              :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED AGENDA FOR PLAN MODIFICATION HEARING

Location Of Hearing:           United States Bankruptcy Court for the Southern District of New York,
                               Alexander Hamilton Custom House, Room 610, 6th Floor, One
                               Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this
Proposed Agenda:

      A.    Introduction

      B.    Contested Matters (1 Matter)

**B.**    **Contested Matters** (1 Matter)

      1.    **"Supplement to Plan Modification Approval Motion"** (A) Supplement to
Motion for Order (I) Approving Modifications to Debtors' First Amended
Plan of Reorganization (as Modified) and Related Disclosures and Voting
Procedures and (II) Setting Final Hearing Date to Consider Modifications to
Confirmed First Amended Plan of Reorganization and (B) Request to Set
Administrative Expense Claims Bar Date and Alternative Sale Hearing Date
(Docket No. 16646)

      *Responses filed:*    *See letter objections listed on Schedules 1(pension)
and 2 (severance) hereto.*

      *Response By Robert Ward (Docket No. 14338)*

 *Objection By Sheryl Carter (Docket No. 14339)*

      *Liquidity Solutions, Inc.'s Objection To Motion For
Order (I) Approving Modifications To Debtors' First
Amended Plan Of Reorganization (As Modified) And
Related Disclosures And Voting Procedures And (II)
Setting Final Hearing Date To Consider
Modifications To Confirmed First Amended Plan Of
Reorganization (Docket No. 14340)*

      *Statement Of Pension Benefit Guaranty Corporation
In Response To Debtors' Supplement To Plan
Modification Approval Motion (Docket No. 16893)*
***(The Debtors have reached a settlement with the
PBGC)***

      *Objection of Kensington International Limited,
Manchester Securities and Springfield Associates,
LLC To Debtors' Motion Seeking To Modify Its Plan*

*Preliminary Objection of IUOE Locals and IBEW and IAM to Debtors' Motion for Order Authorizing and Approving Modified Plan of Reorganization (Docket No. 18110)*

*Limited Objection of Raymond L. Johnson, Jr. to Approval of Modified Plan (Docket No. 18130)*

*Objection of Comerica Leasing Corporation to First Amended Joint Plan of Delphi Corporation and Certain Affiliates, Debtors and Debtors in Possession (as Modified) (Docket No. 18193)*

*Objection of Texas Taxing Authorities to Proposed Plan Modifications of Debtor's First Amended Plan of Reorganization (Docket No. 18194)*

*Michigan Department of Environmental Quality's Limited Objection to the First Amended Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession (as Modified) and Any Alternate Sales Transactions (Docket No. 18211)* **(This objection has been resolved)**

*Response and Limited Objection of Robert Bosch LLC's to Debtors July 10, 2009 Notice of Filing Notices of Assumption and Assignment to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to GM Component Holdings, LLC or Steering Solution Services Corporation, as Applicable, Under Modified Plan of Reorganization (Docket No. 18215)* **(Assumption and Assignment Objection adjourned to August 17, 2009)**

*Limited Objection of the Ace Companies to First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession (as Modified) (Docket No. 18216)*

*Response and Limited Objection of Robert Bosch LLC's to Debtors July 13, 2009 Notice of Filing Certain Corrected Notices of Assumption and Assignment to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan (*

6

*Reorganization (Docket No. 18217)* **(Assumption and Assignment Objection adjourned to August 1⁻. 2009)**

*Objection of Howard County, Indiana to Approval/Confirmation of the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession (as Modified) and for Clarification of Certain Provisions of the (A) First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession (as Modified) and (B) Master Disposition Agreement Among Delphi Corporation, GM Components Holdings, LLC, General Motors Corporation, Parnassus Holdings II, LLC and the Other Sellers and Other Buyers Party Thereto (Docket No. 18218)*

*Objection of Clarion Corporation of America to (I) Approval and/or Confirmation of the Master Disposition Agreement and/or the Modified First Amended Joint Plan of Reorganization of Debtors and (II) the Proposed Treatment of Executory Contracts to the Extent Inconsistent with Prior Settlement Agreement (Docket No. 18219)*

*PBR Tennessee, Inc's Objection to Assumption of Executory Contract Pursuant and Subject to the Terms of Debtors' First Amended Joint Plan of Reorganization (as Modified) and to Confirmation of the Plan to the Extent Such Plan Includes Assumption of the Executory Contract (Redacted Version) Docket No. 18220)*

*Limited Objection of Audio MPEG, Inc. and S.I.SV.EL., S.p.A. to (A) Confirmation of First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession (as Modified) and (B) Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization (Docket No. 18221)*

*Limited Objection of SKF USA Inc. to Confirmation of Debtors' First Amended Plan of Reorganization of*

*Delphi Corporation and Certain Affiliates, Debtors
and Debtors-in-Possession (as Modified) and
Proposed Modifications Thereto (Docket No. 18223)*

*Objection of Lear Corporation to Approval of First
Amended Joint Plan of Delphi Corporation and
Certain Affiliates, Debtors and Debtors in Possession
(as Modified) (Docket No. 18228)*

*Objection of Freudenberg-NOK General Partnership
(and its subsidiaries Vibracoustic de Mexico, S.A. de
C.V., Freudenberg-NOK, Inc., Freudenberg-NOK de
Queretaro, S.A. de C.V., and Freudenberg-NOK de
Mexico, S.A. de C.V.), Freudenberg Filtration
Technologies, L.P. f/k/a Freudenberg Nonwovens, L.P.
and Freudenberg NOK Mechatronics GmbH & Co.
KG to Approval of First Amended Joint Plan of Delphi
Corporation and Certain Affiliates, Debtors in
Possession (as Modified) (Docket No. 18229)*

*Objection of Pentastar Aviation, L.L.C. and
Automotive Air Charter, Inc. to Approval of First
Amended Joint Plan of Delphi Corporation and
Certain Affiliates, Debtors and Debtors in Possession
(as Modified) (Docket No. 18233)*

*Objection of Connecticut General Life Insurance
Company to First Amended Joint Plan of
Reorganization of Delphi Corporation and Certain
Affiliates, Debtors and Debtors-in-Possession (as
Modified) (Docket No. 18234)* **(Assumption and
Assignment Objection adjourned to August 17,
2009)**

*Creditor, Ogura Clutch Company's, Objection to
Debtor's Modified Plan (Docket No. 18235)*
**(Assumption and Assignment Objection adjourned
to August 17, 2009)**

*Objection of Creditor Renee Adamski to Debtors'
First Amended Plan of Reorganization (as Amended)
(Docket No. 18236)*

*Objections of Creditor Michael Andrud to Debtor's
First Amended Plan of Reorganization (as Amended)
(Docket No. 18238)*

8

*Objections of Creditor Michael Clancy to Debtor's First Amended Plan of Reorganization (as Amended Docket No. 18240)*

*Objections of Creditor Jorge Cornejo to Debtor's First Amended Plan of Reorganization (as Amended Docket No. 18241)*

*Objection of Jonathan R. Stegner to Debtor's First Amended Plan or Reorganization (as Amended) (Docket No. 18242)*

*Objections of Creditor Richard Varner to Debtor's First Amended Plan of Reorganization (as Modified) (Docket No. 18243)*

*Objections of Creditor Linda Wiersema to Debtor's First Amended Plan of Reorganization (as Modified) (Docket No. 18244)*

*Objection of XM Satellite Radio Inc. to the Notice of Non-Assumption of Contract and to the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession, as Modified (Docket No. 18245)* **(Assumption and Assignment Objection adjourned to August 17, 2009)**

*Limited Objection of Autocam Corporation to Confirmation of First Amended Joint Plan of Delphi Corporation and Certain Affiliates, Debtors and Debtors in Possession (Docket No. 18254)* **(Assumption and Assignment Objection adjourned to August 17, 2009)**

*Limited Response and Reservation of Rights of Furukawa Electric North America APD, Inc. to Debtors' July 2, 2009 Notice of Filing of Plan Exhibits with Respect to First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (as Modified) (Docket No. 18256)* **(Assumption and Assignment Objection adjourned to August 17, 2009)**

*Joinder of United Steel, Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service*

9

Workers International Union to Preliminary Objection of IOUE Locals and IBEW and IAM to Debtors' Motion for Order Authorizing and Approving Modified Plan of Reorganization (Docket No. 18258)

Objection of Sunrise Medical HHG, Inc. to Cure Amount (Docket No. 18261) *(Assumption and Assignment Objection adjourned to August 17, 2009)*

State of Michigan Workers' Compensation Agency and Funds Administration's Limited Objection to Debtors'(A) Supplement to Motion for Order (I) Approving Modifications to Debtors' First Amended Plan of Reorganization (as Modified) and Related Disclosures and Voting Procedures and (II) Setting Final Hearing Date to Consider Modifications to Confirmed First Amended Plan of Reorganization and (B) Request to Set Administrative Expense Claims Bar Date and Alternative Sale Hearing Date (Docket No. 18264)

Limited Objection of the AT&T Entities to the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession, as Modified (Docket No. 18266) *(Assumption and Assignment Objection adjourned to August 17, 2009)*

Objection of Toyota Motor Engineering & Manufacturing North America, Inc. to (A) Confirmation of Debtors' Modifications to the First Amended Plan of Reorganization and (B) Section 363 Implementation Agreement (Docket No. 18271) *(Assumption and Assignment Objection adjourned to August 17, 2009)*

Objection of Brazeway, Inc. to Approval and/or Confirmation of First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession (as Modified) (Docket No. 18273) *(This objection has been resolved)*

Objection of the State of New York to Debtors' Motion for Entry of Order Approving Modifications to Confirmed Amended First Plan of Reorganization and

10

*the Master Disposition Agreement Attached Thereto (Docket No. 18276)* **(This objection has been resolved)**

*Objection to Debtors' Proposed Modifications to Debtors' First Amended Plan of Reorganization (as Modified) filed by Dennis Black, Charles Cunningham, and the Delphi Salaried Retiree Association (Docket No. 18277)*

*Limited Objection and Reservation of Rights of UAW Regarding Debtors' Supplement to Plan Modification Approval or Alternative Sale Motion (Docket No. 18279)*

*Fiduciary Counselors Inc.'s Objection to Confirmation of Debtors' Modified Plan of Reorganization (Docket No. 18282)*

*Objection of JPMorgan Chase Bank, N.A. to the Proposed Sale of All or Substantially All of the Debtors' Assets to Affiliates of General Motors and Platinum Equity LLC (Docket No. 18283)* **(This objection has been resolved)**

*Joinder and Reservation of Rights of Liquidity Solutions, Inc., as Assignee, to Objection of Official Committee of Unsecured Creditors to the Proposed Modifications to the Debtors' Confirmed Plan of Reorganization and to the Sale of Substantially All the Debtors' Assets as an Alternative to the Plan and Related Pleadings (Docket No. 18286)*

*Supplemental Objection of the Official Committee of Unsecured Creditors to the Proposed Modifications to the Debtors' Confirmed Plan of Reorganization and to the Sale of Substantially All the Debtors' Assets as an Alternative to a Plan; and Objection to Debtors' Motion for Extension of Their Exclusive Periods (Docket No. 18291)* **(This objection has been resolved)**

*Statement of Pension Benefit Guaranty Corporation in Response to First Amended Joint Plan of Delphi Corporation and Certain Affiliates, Debtors and Debtor-in-Possession (Docket No. 18292)* **(The Debtors have reached a settlement with the PBGC)**

11

*Inteva Products LLC's Limited Objection and Reservation of Rights with Respect to the Plan to the Extent Such Plan Does Not Provide for the Assumption of a Certain Executory Contract and Lease Between the Debtors and Inteva (Docket No. 18293)*

*Limited Objection of the New York State Workers' Compensation Board (Docket No. 18294)*

*Objection of Kensington International Limited, Manchester Securities Corp. and Springfield Associates, LLC to (A) Confirmation of Debtors' First Amended Plan of Reorganization (as Modified) and (B) Approval of Debtors' Proposed Section 363 Sale (Docket No. 18296)* **(This objection has been resolved)**

*Limited Response to Debtors' First Amended Plan of Reorganization (as Modified) filed by Hewlett-Packard Company and Electronic Data Systems, LLC (Docket No. 18297)*

*First Supplemental Objection of the Collective of DIP Lenders to (A) Confirmation of Debtors' First Amended Plan of Reorganization (as Modified) and (B) Approval of Debtors' Proposed Section 363 Sale (Docket No. 18300)* **(This objection has been resolved)**

*Supplemental Objection of Wilmington Trust Company, as Indenture Trustee, to Debtors' Motion for an Order (I) Approving Plan Modifications or, in the Alternative, (II) Approving Sale of Assets (Docket No. 18313)* **(This objection has been resolved)**

*Objection of Creditor F&G Multi-Slide Inc. to Cure Amount with Respect to Executory Contracts to be Assumed and Assigned (Docket No. 18323)* **(Assumption and Assignment Objection adjourned to August 17, 2009)**

*Objection to Non-Assumption of an Executory Contract of Aleaciones De Metales Sinterizados, Pro Se of Purchase Order SAG 90I5385 Under the Modified Plan of Debtors (Docket No. 18325)* **(This objection has been resolved and withdrawn)**

*United States of America's Response to Debtors'
Objection to the Claim of the United States
Environmental Protection Agency (Claim No. 14304)
(Docket No. 18330)*

*Limited Objection and Reservation of Rights of
Appaloosa Management L.P. and A-D Acquisition
Holdings, LLC with Respect to the Debtors' Plan
Modification Approval Motion and Related
Documents (Docket No. 18345)*

*Joinder of Pardus DPH Holding LLC and Pardus
Special Opportunities Master Fund L.P. in Limited
Objection and Reservation of Rights of Appaloosa
Management L.P. and A-D Acquisition Holdings, LLC
with Respect to the Debtors' Plan Modification
Approval Motion and Related Documents (Docket No.
18347)*

*Joinder of UBS Securities LLC to Limited Objection
and Reservation of Rights of Appaloosa Management
L.P. and A-D Acquisition Holdings, LLC with Respect
to the Debtors' Plan Modification Approval Motion
and Related Documents (Docket No. 18348)*

*Joinder of Harbinger Del-Auto Investment Company
Ltd. and Harbinger Capital Partners Master Fund I,
Ltd. in the Limited Objection and Reservation of
Rights of Appaloosa Management L.P. and A-D
Acquisition Holdings, LLC with Respect to the
Debtors' Plan Modification Approval Motion and
Related Documents (Docket No. 18349)*

*Joinder of Merill Lynch, Pierce, Fenner & Smith
Incorporated to Limited Objection and Reservation of
Rights of Appaloosa Management L.P. and A-D
Acquisition Holdings, LLC with Respect to the
Debtors' Plan Modification Approval Motion and
Related Documents (Docket No. 18350)*

*Objection of Creditor F&G Tool & Die Co. Inc. to
Cure Amount With Respect to Executory Contracts to
be Assumed and Assigned to Parnassus Holdings II,
LLC Under Modified Plan of Reorganization [Docket
No. 18076] (Docket No. 18358) (Assumption and
Assignment Objection adjourned to August 17,
2009)*

13

*Contracts or Unexpired Leases to be Assumed and
Assigned to GM Components Holdings, LLC or
Steering Solutions Services Corporation, as
Applicable, Under Modified Plan of Reorganization
(Docket No. 18401)* **(Assumption and Assignment
Objection adjourned to August 17, 2009)**

*Limited Objection of ATEL Leasing Corporation to
Notice of Assumption and Assignment with Respect to
Certain Executory Contracts or Unexpired Leases to
be Assumed and Assigned to Parnassus Holdings II,
LLC Under Modified Plan of Reorganization (Docket
No. 18402)* **(Assumption and Assignment Objection
adjourned to August 17, 2009)**

*Siemens Product Lifecycle Management Software
Inc.'s Limited Objection and Reservation of Rights to
Notice of Assumption and Assignment with Respect to
Certain Executory Contracts or Unexpired Leases to
be Assumed and Assigned to GM Components
Holdings LLC or Steering Solutions Services
Corporation, as Applicable, Under Modified Plan of
Reorganization (Docket No. 18414)* **(Assumption and
Assignment Objection adjourned to August 17,
2009)**

*Findlay Industries, Inc.'s Objection to Notice of
Assumption and Assignment with Respect to Certain
Executory Contracts or Unexpired Leases to be
Assumed and Assigned to Parnassus Holdings II, LLC
Under Modified Plan of Reorganization (Docket No.
18417)* **(Assumption and Assignment Objection
adjourned to August 17, 2009)**

*Vitec, LLC's Limited Objection to Notice of
Assumption and Assignment with Respect to Certain
Executory Contracts or Unexpired Leases to be
Assumed and Assigned (Docket No. 18420)*
**(Assumption and Assignment Objection adjourned
to August 17, 2009)**

*Protective Objection and Reservation of Rights of the
TT Group to the Assumption and Assignment of
Executory Contracts and Cure Amounts Related
Thereto (Docket No. 18430)* **(Assumption and
Assignment Objection adjourned to August 17,
2009)**

18

*Nissan North America, Inc.'s Objection to Assumption and Assignment of Executory Contracts and to Proposed Cure Amounts in Connection Thereto (Docket No. 18456)* **(Assumption and Assignment Objection adjourned to August 17, 2009)**

*Objection to Confirmation of Debtor's First Amended Plan of Reorganization (as Modified) and Objection to the Approval of Debtor's Proposed Section 363 Sale (Docket No. 18458)*

*Objection of Madison County, Indiana, to Approval/Confirmation of the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors, and Debtors in Possession (Docket No. 18461)*

*Limited Objection of AM General LLC to Assumption and Proposed Cure Amounts (Docket No. 18463)* **(Assumption and Assignment Objection adjourned to August 17, 2009)**

*Behr America, Inc.'s Limited Objection to Notice of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization (Docket No. 18468)* **(Assumption and Assignment Objection adjourned to August 17, 2009)**

*Limited Response and Reservation of Rights of Furukawa Electric North America APD, Inc. and Furukawa Electric Company, Ltd to Debtors' July 13, 2009 Notice of Filing of Certain Corrected Notices of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization (Docket No. 18472)* **(Assumption and Assignment Objection adjourned to August 17, 2009)**

*Limited Objection of General Electric Capital Corporation to Notice of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization (Docket No. 18473)* **(Assumption and**

19

Notice of Filing Exhibit List of Autocam Corporation (Docket No. 18610) **(Assumption and Assignment Objection adjourned to August 17, 2009)**

Objection of Connecticut General Life Insurance Company to Notice of Assumption and Assignment with Respect to Certain Executory Contracts and Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization (Docket No. 18652) **(Assumption and Assignment Objection adjourned to August 17, 2009)**

Reply filed:

Debtors' Omnibus Reply to Objections to Plan Modification Approval Motion (Docket No. 16935)

Debtors' Debtors' Omnibus Reply In Support Of Modified Plan And Master Disposition Agreement (Docket No. 18659)

Related filings:

Motion For Order (I) Approving Modifications To Debtors' First Amended Plan Of Reorganization (As Modified) And Related Modifications And Related Disclosures And Voting Procedures And (II) Setting Final Hearing Date To Consider Modifications To Confirmed First Amended Plan Of Reorganization (Docket No. 14310)

Notice of Adjournment of Hearing Previously Scheduled for June 2, 2009 (Docket No. 16648)

Amended Order Establishing Schedule for Non-Omnibus Hearing on Hearing June 10, 2009 (Docket No. 16652)

Notice of Filing of Certain Exhibits and Schedules to Master Disposition Agreement (Docket No. 16646) (Docket No. 16936)

Transcript Regarding Hearing Held on June 10, 2009 at 9:35 a.m. (Docket No. 17011)

Ex Parte Application Under 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 9018 for Order Authorizing Debtors to File Certain Exhibits and Schedules to Master Disposition Agreement with GM Components Holdings, LLC, General Motors Corporation, and

26

*Parnassus Holdings II, LLC Under Seal (Docket No.
17014)*

*First Amended Joint Plan of Reorganization of Delphi
Corporation and Certain Affiliates, Debtors and
Debtors-In-Possession (as Modified) (Docket No.
17030)*

*Supplement to First Amended Disclosure Statement
with Respect to First Amended Joint Plan of
Reorganization of Delphi Corporation and Certain
Affiliates, Debtors and Debtors-In-Possession (as
Modified) (Docket No. 17031)*

*Order (A)(I) Approving Modifications to Debtors'
First Amended Plan of Reorganization (as Modified)
and Related Disclosures and Voting Procedures and
(II) Setting Final Hearing Date to Consider
Modifications to Confirmed First Amended Plan of
Reorganization and (B) Setting Administrative
Expense Claims Bar Date and Alternative Transaction
Hearing Date (Docket No. 17032)*

*Affidavit of Service of Evan Gershbein for Solicitation
Materials Served On or Before June 20, 2009 (Docket
No. 17267)*

*Affidavit of Service of Financial Balloting Group LLC
of Solicitation Packages on Holders of Public
Securities (Docket No. 17268)*

*Order Amending and Supplementing (i) Order (A)(I)
Approving Modifications to Debtors' First Amended
Plan of Reorganization (as Modified) and Related
Disclosures and Voting Procedures and (II) Setting
Final Hearing Date to Consider Modifications to
Confirmed First Amended Plan of Reorganization and
(B) Setting Administrative Expenses Claims Bar Date
and Alternative Transaction Hearing Date (Docket No.
17032) and (ii) the Protective Order Governing
Production and Use of Confidential and Highly
Confidential Information in Connection with (A)
Supplement to Plan Modification Approval Motion
and (B) Supplement to GM Arrangement Fourth and
Fifth Amendment Approval Motion (Docket No. 16920)
(Docket No. 17376)*

27

*Motion of Hyundai Motor Company and Hyundai Motor America Pursuant to Rule 3018(a) Requesting Temporary Allowance of Claims for Purposes of Voting to Accept or Reject the Plan (Docket No. 17481)* **(Motion granted at July 23, 2009 omnibus hearing)**

*Rule 3018(a) Motion for Relief filed by IUOE and IBEW (Docket No. 17528)* **(Motion granted at July 23, 2009 omnibus hearing)**

*Motion For Order Estimating Claims For Purposes Of Voting On Plan Of Reorganization filed by Fiduciary Counselors, Inc. (Docket No. 17539)* **(Motion granted at July 23, 2009 omnibus hearing)**

*July 2, 2009 Notice of Filing of Plan Exhibits with Respect to First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession (as Modified) (Docket No. 17557)*

*Notice of Section 363 Implementation Agreement in Accordance with First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession (as Modified) and Master Disposition Agreement (Docket No. 17558)*

*Supplemental Ex Parte Application Under 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 9018 for Order Authorizing Debtors to File Certain Exhibits and Schedules to Master Disposition Agreement With GM Components Holdings, LLC, General Motors Corporation, and Parnassus Holdings II, LLC Under Seal (Docket No. 17561)*

*Order Under 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 9018 Authorizing Debtors to File Certain Exhibits and Schedules to Amended and Restated Global Settlement Agreement and Master Restructuring Agreement with GM Components Holdings, LLC, General Motors Corporation, and Parnassus Holdings II, LLC Under Seal (Docket No. 17753)*

*Supplement To Motion For Order Estimating Claims For Purposes Of Voting On Plan Of Reorganization*

28

*filed by Fiduciary Counselors, Inc. (Docket No. 1 ~~~*
**(Motion granted at July 23, 2009 omnibus hearing)**

*July 10, 2009 Notice of Filing of Notices of Amended*
*Cure Amount for Executory Contract or Unexpired*
*Lease in Connection with Cure Amounts Previously*
*Deemed to be Established Under Confirmed Plan of*
*Reorganization (Docket No. 18075)*

*July 10, 2009 Notice of Filing of Notices of*
*Assumption and Assignment with Respect to Certain*
*Executory Contracts or Unexpired Leases to be*
*Assumed and Assigned to Parnassus Holdings II, LLC*
*Under Modified Plan of Reorganization (Docket No.*
*18076)*

*July 10, 2009 Notice of Filing of Notices of*
*Assumption and Assignment with Respect to Certain*
*Executory Contracts or Unexpired Leases to be*
*Assumed and Assigned to GM Components Holdings,*
*LLC or Steering Solutions Services Corporation, as*
*Applicable, Under Modified Plan of Reorganization*
*(Docket No. 18077)*

*Errata Schedule 2 to Certain Notices of Assumption*
*and Assignment With Respect to Certain Executory*
*Contracts or Unexpired Leases to be Assumed and*
*Assigned to Parnassus Holdings II, LLC Under*
*Modified Plan of Reorganization (Docket No. 18168)*

*July 13, 2009 Notice of Filing of Certain Corrected*
*Notices of Assumption and Assignment with Respect to*
*Certain Executory Contracts or Unexpired Leases to*
*be Assumed and Assigned to Parnassus Holdings II,*
*LLC Under Modified Plan of Reorganization (Docket*
*No. 18169)*

*Stipulation and Agreed Order Modifying Paragraph*
*38 of Modification Procedures Order Establishing*
*Administrative Expense Bar Date (Docket No. 18259)*

*July 15, 2009 Notice of Filing of Additional Notices of*
*Assumption and Assignment with Respect to Certain*
*Executory Contracts or Unexpired Leases to be*
*Assumed and Assigned to Parnassus Holdings II, LLC*
*Under Modified Plan of Reorganization (Docket No.*
*18315)*

29

*Declaration of Richard A. Devers in Support of Motion for Order Estimating Claims for Purposes of Voting on Plan of Reorganization (Docket No. 18317)*

*Declaration of Richard A. Devers in Support of Motion for Order Estimating Claims for Purposes of Voting on Plan of Reorganization (Docket No. 17539) (Docket No. 18326)*

*Order Amending and Supplementing Modification Procedures Order (Docket No. 17032) and Supplemental Modification Procedures Order (Docket No. 17376) (Docket No. 18352)*

*Expedited Motion to Enforce COBRA Benefit for Delphi Salaried Retirees and Motion for COBRA Settlement (COBRA Benefit Motion) (Docket No. 18366)*

*Motion to Shorten Notice with Respect to James B. Sumpter's Expedited Motion to Enforce COBRA Benefit for Delphi Salaried Retirees and Motion for COBRA Settlement (Docket No. 18367)* **(Motion denied on July 17, 2009)**

*Declaration of Evan Gershbein Regarding Tabulation of Ballots with Respect to Vote on First Amended Joint Plan of Reorganization (as Modified) of Delphi Corporation and Certain of Its Subsidiaries and Affiliates (Docket No. 18462)*

*Declaration of Jane Sullivan Certifying Tabulation of Ballots Regarding Vote on First Amended Joint Plan of Reorganization (as Modified) of Delphi Corporation and Certain of Its Subsidiaries and Affiliates (Docket No. 18464)*

*July 20, 2009 Notice of Filing of Amended Plan Exhibit 8.1(a) with Respect to First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (as Modified) (Docket No. 18492)*

*Order Amending and Supplementing Modification Procedures Order (Docket No. 17032), Supplemental Modification Procedures Order (Docket No. 17376),*

*and Second Supplemental Modification Procedures
Order (Docket No. 18352) (Docket No. 18551)*

*Notice of Filing of Settlement Agreement Between
Delphi Corporation and the Pension Benefit Guaranty
Corporation (Docket No. 18559)*

*Notice of Adjournment of Plan Modification Hearing
Previously Scheduled for July 23, 2009 (Docket No.
18567)*

*Supplemental Declaration of Evan Gershbein
Regarding Tabulation of Ballots with Respect to Vote
on First Amended Joint Plan of Reorganization (as
Modified) of Delphi Corporation and Certain of Its
Subsidiaries and Affiliates (Docket No. 18577)*

*Notice of Adjournment of Hearing on Objections to
Notices of Non-Assumption, Cure Amounts, and
Assumption and Assignment of Executory Contracts
and Unexpired Leases to August 17, 2009 (Docket No.
18649)*

*Statement Notice Of Filing Of Exhibit B To Settlement
Agreement Between Delphi Corporation And The
Pension Benefit Guaranty Corporation (Docket No.
18657)*

*Notice of Sale Notice Of Successful Bidder At Auction
(Docket No. 18658)*

*Notice Of Filing Of Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To DIP Holdco 3, LLC Under Modified Plan Of Reorganization (Docket No. 18660)*

Status:

*The hearing with respect to this matter will be proceeding.*

Dated: New York, New York
July 28, 2009

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr.
    Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
Albert L. Hogan III
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DEBTORS' OMNIBUS REPLY IN SUPPORT OF MODIFIED PLAN AND MASTER DISPOSITION AGREEMENT

### ("MODIFIED PLAN AND MASTER DISPOSITION AGREEMENT REPLY")

---

[1]  See Order (A)(I) Approving Modifications To Debtors' First Amended Plan Of Reorganization (As Modified) And Related Disclosures And Voting Procedures And (II) Setting Final Hearing Date To Consider Modifications To Confirmed First Amended Plan Of Reorganization And (B) Setting Administrative Expense Claims Bar Date And Alternative Transaction Hearing Date, dated June 16, 2009 (Docket No. 17032).

[2]  See Order Amending And Supplementing Modification Procedures Order (Docket No. 17032), Supplemental Modification Procedures Order (Docket No. 17376), And Second Supplemental Modification Procedures Order (Docket No. 18352), dated July 21, 2009 (Docket No. 18551).

1

Docket 18261 - Docket 18204

Dockets - 18462 - Docket 18577

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| | | claim or interest of a particular class, unless the holder of a particular claim or interest agrees to a less favorable treatment of such claim or interest," all administrative claims are entitled to similar treatment. | 2007) (stating that "it is not clear from either the language of the statute or its legislative history whether section 1123(a)(1) prohibits the classification of section 507(a)(2), (a)(3) and (a)(8) claims or merely makes such classification permissive.").<br><br>Moreover, to the extent that the Plan Investors' Counterclaims would result in allowed administrative expenses, the objectors do not currently hold allowed claims under section 507(a)(1), and thus section 1129(a)(9)(A) does not mandate that they be paid on the Effective Date. Furthermore, debtors, especially in cases the same size and complexity as these, routinely pay administrative claims after the effective date of plan. See, e.g., In re Dana Corp., Case No. 06-10354 (Bankr. S.D.N.Y. Dec. 26, 2007) (order confirming plan establishing administrative claims bar date after effective date); In re Delta Air Lines, Inc., Case No. 05-17923 (Bankr. S.D.N.Y. Apr. 25, 2007) (same). To require a debtor to do otherwise, which is essentially what requiring a reservation for the Plan Investors' Counterclaims would do, would place an unreasonable burden on debtors to identify and resolve all administrative claims prior to the effective date of a plan. Such a burden should not be placed on the Debtors. |
| 46. | ~~18286, 18291~~ | Asserts that the Alternative 363 Sale would be an improper sub rosa plan. | This objection has been resolved. |
| 47. | 18194 | The Texas Taxing Authorities seek clarification that in the event that the Alternative 363 Sale occurs, any liens secured by the property to be sold would attach to the proceeds of the sale in the order and priority that the liens had against the property sold. | The Debtors do not dispute that in the event of an Alternative 363 Sale, the Texas Taxing Authorities would retain their rights under applicable law. |
| 48. | ~~18313, 18471~~<br>(Untimely) | Asserts that the Modified Plan does not provide for adequate means for the implementation of the Modified Plan because it does not provide for the disposition of avoidance action proceeds. | DPH Holdings retains the assets of the avoidance actions, and will use the proceeds to pay administrative claims or repay the loan from GM. |
| 49. | 18002, 17951 | Gary Y. Cook and Sharyl Y. Carter object to the treatment of individual workers' compensation claims asserted in the amounts of $311,800.00 and $50,000,000.00 (plus interest) respectively. Mr. Cook argues that his claim cannot be modified under the Modified Plan because it would contradict a 2003 order issued by the Michigan Department of Consumer and Industry Services Bureau of Workers' Disability Compensation/Board of Magistrates. | The Modified Plan does not alter the Debtors' injured employees' ability to seek workers' compensation payments. Each individual worker who filed a timely claim will be entitled to a distribution under the Modified Plan in accordance with the priority scheme under section 507 of the Bankruptcy Code to the extent such claim has not already been paid following the Petition Date pursuant to the claims adjudication process authorized by this Court in these chapter 11 cases. To the extent that an individual Delphi employee failed to file a timely claim, that employee's workers' compensation claim is barred by the bar date order entered by this Court. |

|  | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESPO... |
|---|---|---|---|
|  |  |  | Mr. Cook had filed proof ... which ... Debtors Thirty-Fourth Omnibus O... ... priority treatment to a gen... ... in ... amount ...9.00 ...<br><br>Ms. Carter's proof of clai... ... was ... ... the debtors' Thirty-Fourth Omnibus Claims O... ... respo... to the objection the hearing on that objecti... ... ... pursuant to the claims obj... ... ... to this c... rt. |
| 50. | 18228, 18490 | Lear Corporation ("Lear") asserts that any chapter 5 avoidance action against Lear is prohibited by the automatic stay in Lear's bankruptcy case and that any pending action against Lear should be dismissed and removed from Exhibit 7.19 to the Modified Plan. | To the extent that there is ... ... ... which is presently stayed by the In... ... ... ... record... as Modified (Docket Nos. 9... ... ... ... ... ... resolution of such avoida... ... ... ... the ... ... process in Lear's bankru... ... ... ... ... Debtors to dismiss any actions aga... ... ... ... ... ... on ... as an abandonment of the Deb... ... |
| 51. | 18223 | SKF USA Inc. ("SKF") objects to Modified Plan to the extent that it seeks to limit the Debtor's cure obligations to amounts due as of the time notices were issued and various prior deadlines. SKF requests inclusion of language in the order confirming the Modified Plan stating (i) that nondebtor counterparties shall be entitled to payment in full on any executory contract obligation that has accrued, but is not in default, as of the moment such executory contract is assumed and assigned, (ii) whether the Debtors or the assignee of such contract is liable for such accrued obligations, and (iii) if the Debtors are liable for such obligations, that these obligations shall either be paid in the ordinary course of business or through administrative claims allowance process set forth in the Modified Plan. | This is not an objection to ... ... ... the Deb... ... ... that the procedures set for... ... ... ... ... ... the ... ... of defaults under the contrac... ... ... ... ... ... the cure procedures are appropri... ... ... ... ... ... ... ... make cure payments after the '... ... ... ... |

RESPONSE DEADLINE: January 7, 2010 at 4:00 p.m. (Eastern Time)

---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

---

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
                         :

**In re**                      :       **Chapter 11 Case No.**
                          :

**MOTORS LIQUIDATION COMPANY,** *et al.,*  :      **09-50026 (REG)**
     **f/k/a General Motors Corp.,** *et al.*   :
                          :

             **Debtors.**         :       **(Jointly Administered)**
                          :

-------------------------------------------------------x

## NOTICE OF DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Claims)

      **PLEASE TAKE NOTICE** that on December 8, 2009, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their third omnibus non-substantive objection to claims (the "**Debtors'**

**Third Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the

Debtors' Third Omnibus Objection to Claims will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on

Motors L...
Case No. 09-50026 (REG), Jointly...

# Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SANDRA AHAUS IRA<br><br>SANDRA AHAUS 10548 PENN AVE SO BLOOMINGTON, MN 55431<br><br>Official Claim Date: 10/2/2009 | 3038 | Motors Liquidation Company | $0.00 (S)<br>$22,880.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$22,880.00 (T) | Duplicate Claim | Pgs. 1-4 |
| SCHOENL KEVIN M<br><br>SCHOENL, KEVIN M 16 WEST MAIN STREET 6TH FLOOR ROCHESTER, NY 14614<br><br>Official Claim Date: 11/9/2009 | 7554 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,000,000.00 (U)<br>$2,000,000.00 (T) | Duplicate Claim | Pgs. 1-4 |
| SHARYL Y CARTER<br><br>1541 LASALLE AVE, #1 NIAGRA FALLS, NY 14301<br><br>Official Claim Date: 6/19/2009 | 552 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Duplicate Claim | Pgs. 1-4 |
| SHIPMAN & GOODWIN LLP<br><br>ATTN JULIE A MANNING ONE CONSTITUTION PLAZA HARTFORD, CT 06103<br><br>Official Claim Date: 8/21/2009 | 1207 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,906.18 (U)<br>$13,906.18 (T) | Duplicate Claim | Pgs. 1-4 |

## SURVIVING CLAIMS

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
|---|---|---|---|
| SANDRA AHAUS IRA<br><br>SANDRA AHAUS 10548 PENN AVE SO BLOOMINGTON, MN 55431<br><br>Official Claim Date: 10/2/2009 | 3033 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$22,880.00 (T) |
| SCHOENL KEVIN M<br><br>SCHOENL, CYNNIE CELLINO & BARNES PC 16 WEST MAIN STREET 6TH FLOOR ROCHESTER, NY 14614<br><br>Official Claim Date: 11/9/2009 | 7553 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,000,000.00 (T) |
| SHARYL Y CARTER<br><br>1541 LASALLE AVE, #1 NIAGRA FALLS, NY 14301<br><br>Official Claim Date: 6/19/2009 | 136 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| SHIPMAN & GOODWIN LLP<br><br>JULIE A MANNING ONE CONSTITUTION PLAZA HARTFORD, CT 06103<br><br>Official Claim Date: 8/18/2009 | 1217 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,906.18 (U)<br>$13,906.18 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

HEARING DATE AND TIME: January 14, 2010 at 9:30 a.m. (Eastern Time)
RESPONSE DEADLINE: January 7, 2010 at 4:00 p.m. (Eastern Time)

---

> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, f/k/a General Motors Corp., *et al.* | : : : | **09-50026 (REG)** |
| **Debtors.** | : : : | **(Jointly Administered)** |

---------------------------------------------------------------x

## NOTICE OF DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Claims)

**PLEASE TAKE NOTICE** that on December 8, 2009, Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed their third omnibus non-substantive objection to claims (the "**Debtors' Third Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the Debtors' Third Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on