IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
: 
In re:                                                                        :     Chapter 11
                                                                                    :
DELPHI CORPORATION., *et al.*,                          :     Case No. 05-44481 (RDD)
                                                                                    :
            Debtors.[1]                                                  :
                                                                                    :
---------------------------------------------------------- X

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that I, James L. Bromley, hereby request the withdrawal of my appearance on behalf of Arneses Electricos Automotrices, Bear, Stearns & Co. Inc., Citigroup, Cordaflex, Credit Suisse First Boston, Deutsche Bank Securities, Inc., Goldman Sachs Group, Inc., JPMorgan Chase & Co., Lehman Brothers Inc., Merrill Lynch & Co., Morgan Stanley & Co., Inc., and UBS Securities LLC in the above-captioned chapter 11 cases as I am no longer affiliated with Cleary Gottlieb Steen & Hamilton LLP.

PLEASE TAKE FURTHER NOTICE that I further request to be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

Dated:  New York, New York                          Respectfully submitted,
            March 14, 2019

                                                                          */s/ James L. Bromley*
                                                                          James L. Bromley

---

[1] The list of affiliated debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification number, are set forth in the *Chapter 11 Voluntary Petition* filed on October 8, 2005 [Docket No. 1]. The location of the debtors' address is Delphi Corporation, 5725 Delphi Drive, Troy, Michigan, 48908-2815.

SC1:4890116.2