```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
IN RE:                                                  :
                                                        :
DPH HOLDINGS CORP., et al.,                             :
                                                        :
        Reorganized Debtors.                            :
------------------------------------------------------- x
SOLUS ALTERNATIVE ASSET                                 :   No. 17-cv-00650 (CM)
MANAGEMENT LP, ANGELO GORDON                            :
& CO, L.P., LONGHORN CREDIT                             :   On appeal from the United States
FUNDING, LLC, NEXPOINT CREDIT                           :   Bankruptcy Court for the Southern
STRATEGIES FUND, GOV RE, LTD,                           :   District of New York:
ULTRA MASTER LTD, SOLA LTD,                             :
SOLUS OPPORTUNITIES FUND 1 LP,                          :   Case No.: 05-44481 (RDD)
SOLUS OPPORTUNITIES FUND 2 LP,                          :   Adversary No. 14-02445 (RDD)
SOLUS RECOVER FUND III MASTER                           :
LP, AG SUPER FUND INTERNATIONAL                         :
PARTNERS, L.P., and BOTTICELLI LLC,                     :
                                                        :
        Plaintiffs,                                     :
    vs.                                                 :
DELPHI AUTOMOTIVE PLC and                               :
DELPHI AUTOMOTIVE LLP,                                  :
                                                        :
        Defendants, and                                 :
                                                        :
DPH HOLDINGS CORP.,                                     :
                                                        :
        Nominal Defendant.                              :
------------------------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/19

## DISMISSAL AGREEMENT PURSUANT TO FED. R. BANKR. P. 8023

WHEREAS, this is an appeal from an adversary proceeding in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"); and

WHEREAS, the parties to the adversary proceeding and this appeal entered into stipulation settling their dispute, and such settlement stipulation was approved by order of the Bankruptcy Court (Hon. Robert D. Drain, presiding),

3380104.1

MEMO ENDORSED

Mark off Calendar and close case.

[signature]
4/16/19

NOW, THEREFORE, in consideration of the foregoing, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows, pursuant to the terms of the settlement stipulation:

1. This appeal is hereby voluntarily dismissed with prejudice.

2. Each party shall bear its own costs.

Dated. New York, New York
September 13, 2018

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: _____
James C. Tecce
Eric M. Kay
Daniel Holzman
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone: (212) 849 7000

*Attorneys for Plaintiffs-Appellees Solus Alternative Asset Management LP, Ultra Master Ltd, SOLA Ltd, Solus Opportunities Fund 1 LP, Solus Opportunities Fund 2 LP, Solus Recovery Fund III Master LP, Angelo, Gordon & Co., L.P., AG Super Fund International Partners, L.P., Botticelli LLC, Longhorn Credit Funding, LLC, NexPoint Credit Strategies Fund, and Gov Re, Ltd. Ltd.*

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

By: _____
Edward A. Friedman
Jeffrey C. Fourmaux
7 Times Square
New York, New York 10036
Telephone: (212) 833-1100

*Attorneys for Defendants-Appellants Delphi Automotive PLC (now known as Aptiv PLC) and Delphi Automotive LLP*

2

3380104.1