Timothy T. Brock, Esq.
Abigail Snow, Esq.
DUANE MORRIS LLP
230 Park Avenue, Suite 1130
New York, New York 10169
(212) 818-9200

*Counsel for Delphi Salaried Retirees
Association Benefit Trust VEBA Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DPH HOLDINGS CORP., *et al*.,<br><br>                Reorganized Debtors. | Chapter 11<br><br>Case No.: 05-44481(RDD)<br><br>(Jointly Administered)<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

       PLEASE TAKE NOTICE THAT pursuant to Rule 2090-1(e) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, and upon the annexed declaration, Abigail Snow, an attorney for The VEBA Committee for the Delphi Salaried Retirees Association Benefit Trust (the "VEBA Committee") in the above-captioned action, hereby moves for leave to withdraw as counsel. VEBA Committee will continue to be represented by Timothy T. Brock of Duane Morris LLP, who has entered a notice of appearance in this case.

       I hereby request that the Court grant my withdrawal and that my appearance be removed from the docket of this case, and remove my name from the ECF distribution lists.

Dated: New York, New York
       May 28, 2020

                                           DUANE MORRIS LLP

                                           By:     /s/Abigail Snow
                                                       Abigail Snow, Esq.
                                             230 Park Avenue
                                             New York, New York 10169
                                             (212) 818-9200

810168_1

- 2 -

AESnow@duanemorris.com

Co-Counsel with:

Patricia L. Beaty, Esq.
KRIEG DEVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, IN  46204
(317) 636-4341

*Co-Counsel for Delphi Salaried Retirees Association Benefit Trust VEBA Committee*