Timothy T. Brock, Esq.
Abigail Snow, Esq.
DUANE MORRIS LLP
230 Park Avenue, Suite 1130
New York, New York 10169
(212) 818-9200

*Counsel for Delphi Salaried Retirees*
*Association Benefit Trust VEBA Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DPH HOLDINGS CORP., *et al.*,

        Reorganized Debtors.

Chapter 11

Case No.: 05-44481(RDD)

(Jointly Administered)

## **DECLARATION OF ABIGAIL SNOW**

I, Abigail Snow, declare under penalty of perjury under the laws of the United States of America, including 28 USC §1746, that the following statements are true and correct.

1. I am Special Counsel with the law firm Duane Morris LLP and am one of the attorneys representing The VEBA Committee for the Delphi Salaried Retirees Association Benefit Trust (the "VEBA Committee") in the above-captioned action.

2. I submit this Declaration in support of my motion to withdraw as counsel for the Foreign Representatives in the above-captioned matter.

3. On May 31, 2020, I will be retiring and ending my employment with Duane Morris LLP.

4. The Foreign Representatives will continue to be represented by Timothy Brock of Duane Morris LLP.

5. My withdrawal will not interfere with or require the extension of any deadlines set by the Court.

810168_1

- 2 -

6. The foregoing is true and correct to the best of my knowledge.

Dated: May 28, 2020  By:  */s/ Abigail Snow*
Abigail Snow

# **CERTIFICATE OF SERVICE**

      I hereby certify that on May 28, 2020, I caused to be electronically filed the foregoing document with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems. Parties may access the filing through the Court's CM/ECF System.

Dated: May 28, 2020                                                               By:    */s/ Abigail Snow*
                                                                                                                  Abigail Snow