UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DPH HOLDINGS CORP., *et al*.,<br><br>    Reorganized Debtors. | Chapter 11<br><br>Case No.: 05-44481(RDD)<br><br>(Jointly Administered) |

### [PROPOSED] ORDER FOR WITHDRAWAL OF ABIGAIL SNOW AS COUNSEL

Upon the motion of Abigail Snow, for leave to withdraw as counsel (the "Motion"), and the Court having reviewed the Motion, and having determined that the legal and factual bases of the Motion establish sufficient cause for the relief requested therein, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Abigail Snow shall be removed as counsel of record for The VEBA Committee for the Delphi Salaried Retirees Association Benefit Trust (the "VEBA Committee") and that the VEBA Committee will continue to be represented by remaining counsel, Timothy T. Brock of Duane Morris LLP.

Dated: June __, 2020
   New York, New York

                   _____
                   THE HONORABLE ROBERT D. DRAIN
                   UNITED STATES BANKRUPTCY JUDGE

810168_1