Timothy T. Brock, Esq.
DUANE MORRIS LLP
230 Park Avenue, Suite 1130
New York, New York 10169
(212) 818-9200

*Counsel for Delphi Salaried Retirees
Association Benefit Trust VEBA Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DPH HOLDINGS CORP., *et al*.,<br><br>                Reorganized Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

## NOTICE OF CHANGE OF LAW FIRM NAME AND E-MAIL ADDRESS

**PLEASE TAKE NOTICE** that the law firm SATTERLEE STEPHENS LLP, attorneys for The VEBA Committee for the Delphi Salaried Retirees Association Benefit Trust, has combined with and changed its name to DUANE MORRIS LLP.  The address, phone numbers, and facsimile number of the firm will remain the same.  The email addresses for Christopher R. Belmonte and Pamela A. Bosswick have changed to the following:

    Timothy T. Brock, Esq.    TRBrock@duanemorris.com

Dated:  New York, New York
        May 28, 2020

                                    DUANE MORRIS LLP


                                    By:  __Timothy T. Brock_____
                                             Timothy T. Brock, Esq.
                                         230 Park Avenue
                                         New York, New York 10169
                                         Phone:  (212) 818-9200
                                         Fax:  (212) 818-9606
                                         Email:  TRBrock@duanemorris.com

810168_1